1

2    UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

3    ------------------------------------------------X
NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR

4    AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.
MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,

5    JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS ESCALANTE,
KEVIN GALEANO, LERLY NOE RODRIGUEZ, JOSE VEGA

6    CASTILLO, JUAN QUINTEROS, and MARCUS TULIO
PEREZ,

7

                              Plaintiffs,

8

9              -against-              Case No:
                                      09-CV-5331

10

11    SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
LOUIS VECCHIA, CHRISTOPHER VECCHIA,

12    HELENE VECCHIA, and JOHN DOES 1-5,

                              Defendants.

13    ------------------------------------------------X

14
                        September 20, 2011
15                      9:45 a.m.

16                      4875 Sunrise Highway
                        Bohemia, New York
17

18        EXAMINATION BEFORE TRIAL of NELSON

19    QUINTANILLA, one of the Plaintiffs herein, taken

20    by the Defendants, pursuant to Article 31 of the

21    Civil Practice Law and Rules of Testimony, and

22    Notice and order, held at the above-mentioned

23    time and place, before Karen LaMendola, a

24    Professional Court Reporter and Notary Public of

25    the State of New York.

South Shore Court Reporting
(631)-235-6218

2

```
 1

 2    A P P E A R A N C E S:

 3

 4         LAW OFFICES OF LAUREN GOLDBERG, PLLC
           Attorneys for Plaintiffs
 5              501 Fifth Avenue
                New York, New York 10017
 6
                (NOT PRESENT)
 7

 8
           LAW OFFICES OF PATRICK E. McNAMARA
 9         Co-Counsel for Plaintiffs
                868 Little East Neck Road
10              West Babylon, New York 11704

11         BY:  PATRICK E. McNAMARA, ESQ.

12

13         LAW OFFICES OF IAN WALLACE
           Co-Counsel for Plaintiffs
14              501 Fifth Avenue
                New York, New York 10017
15
                (NOT PRESENT)
16

17
           ZABELL & ASSOCIATES, P.C.
18         Attorneys for Defendants
                4875 Sunrise Highway
19              Bohemia, New York 11716

20         BY:  SAUL ZABELL, ESQ.

21

22

23    ALSO PRESENT:

24    Margarita Arias, Interpreter

25
```

South Shore Court Reporting
(631)-235-6218

3

```
 1
 2                    S T I P U L A T I O N S
 3          IT IS HEREBY STIPULATED AND AGREED
 4          by and between the attorneys for the
 5     respective parties herein, that filing, sealing
 6     and certification be and the same are hereby
 7     waived.
 8             IT IS FURTHER STIPULATED AND AGREED
 9             that all objections, except as to the form
10     of the question shall be reserved to the time of
11     the trial.
12             IT IS FURTHER STIPULATED AND AGREED
13             that the within deposition may be
14     signed and sworn to before any officer
15     authorized to administer an oath, with the same
16     force and effect as if signed and sworn to
17     before the Court.
18
19
20
21
22
23
24
25
```

4

1

2    M A R G A R I T A    A R I A S, the Spanish

3          Interpreter herein, was duly sworn to

4          interpret the questions from English into

5          Spanish and the answers from Spanish into

6          English to the best of her ability:

7    N E L S O N    Q U I N T A N I L L A, the Witness

8          herein, having been duly sworn through the

9          Interpreter, was examined and testified as

10         follows:

11   EXAMINATION BY

12   MR. ZABELL:

13         Q     Would you please state your full

14   name for the record.

15         A     Nelson Quintanilla.

16         Q     What is your current address?

17         A     8 Pennsylvania Avenue, Brentwood,

18   New York 11717.

19               (Document consisting of a copy of

20         Mr. Quintanilla's driver's license was

21         marked as Defendants' Exhibit Number 1

22         for identification, as of this date.)

23         Q     Mr. Quintanilla, I'm going to show

24   you a document that's marked as Defendants'

25   Exhibit Number 1.

5

```
 1                       N. Quintanilla

 2                       Do you know what that is?

 3        A        Yes.

 4        Q        What is this that?

 5        A        It's a copy of my license.

 6        Q        Why do you look so angry there?

 7        A        That's the way I look.

 8        Q        Do you always look angry?

 9        A        Well, most people say that.

10        Q        Most people say you look angry?

11        A        Yes, but I'm not angry.

12        Q        You don't look angry now.

13        A        Most people tell me that.  I don't

14   know why.

15        Q        When you smile, I see your

16   dimples.  You're not angry now.

17        A        Most people -- I'm always like

18   this.

19        Q        Smiling?

20        A        Yes.

21        Q        You're not angry at me are you?

22        A        No.  Why?

23        Q        Just asking.

24        A        Okay.

25        Q        You understand you are at a
```

6

```
 1                     N. Quintanilla
 2    deposition; do you not?
 3          A      Yes.
 4          Q      At this deposition, you're going
 5    to be required to provide answers to the
 6    questions I ask you.
 7                 Do you understand that?
 8          A      Yes.
 9          Q      If you do not understand the
10    question I ask you, you have an obligation to
11    tell me you do not understand that question.
12                 Do you understand that?
13          A      Yes, that's fine.
14          Q      If you provide an answer to a
15    question I ask you, it will be assumed that you
16    understood that question.
17                 Do you understand that?
18          A      I didn't understand.
19          Q      If you provide an answer to any of
20    the questions I ask you, it will be assumed that
21    you understood the question.
22                 Do you understand that?
23          A      Okay, yes.
24          Q      Yes, you understand that?
25          A      Yes.
```

7

                          N. Quintanilla

1

2       Q       When was the last time you have

3   used alcohol?

4       A       Alcohol, I don't usually drink.

5       Q       Please answer my question.

6       A       It's just that -- last year.

7       Q       Are you currently under the

8   influence of any alcohol or drugs?

9       A       No.

10       Q       Can you think of any reason why

11   your ability to give truthful and accurate

12   testimony today would be impaired?

13       A       There are no reasons.  I can

14   answer what you ask me.

15       Q       We'll see.

16               How would you characterize your

17   memory?

18       A       I say that I'm fine.

19       Q       You say that you're fine?

20       A       Yes.

21       Q       Do other people say that you have

22   a good memory?

23       A       Well, when I speak with everyone

24   else, they say that I'm fine.

25       Q       Do you live at 8 Pennsylvania Avenue?

8

```
 1                    N. Quintanilla

 2         A       Yes.

 3         Q       With whom do you live at

 4    8 Pennsylvania Avenue?

 5         A       My wife, my children, my sister,

 6    and my niece; my sister's daughter.

 7         Q       How many children do you have?

 8         A       Two with my wife.

 9         Q       What are the ages of the two

10    children that you have with your wife?

11         A       My daughter is seven years-old,

12    and my son is sixteen months old.

13         Q       When I asked you how many children

14    you had, rather than answering the question, you

15    provided a qualifier.  So I'm going to ask you

16    again and ask you not to answer the question

17    with a qualifier.

18         A       Okay.

19         Q       How many children do you have?

20         A       Two.

21         Q       Do you have any more than two

22    children?

23         A       No.

24         Q       Do you know why you said to me

25    that you only have two children with your wife?
```

9

1                        N. Quintanilla

2          A        Yes.

3          Q        Why did you say you only have two

4    children with your wife?

5          A        Because they are the only ones

6    that I have.

7          Q        Do you have any children not with

8    your wife?

9          A        With my wife.

10         Q        Do you have any children not with

11   your wife?

12         A        No.

13         Q        Do you understand why I ask that

14   question?

15         A        No.

16         Q        When you provide an answer that

17   puts a qualifier in there, and here the

18   qualifier was, with my wife, it leads me to

19   believe that there are other answers that you

20   are not providing.  So if you had answered, no,

21   I only have two children, I would not have asked

22   any further questions.

23         A        Okay.

24         Q        But because you said, I only have

25   two children with my wife, it begs me to ask

10

1                    N. Quintanilla

2      additional questions.

3                    Do you understand that?

4           A       Yes.

5           Q       Is there anything else you'd like

6      to tell me?

7           A       No.

8           Q       Are you sure?

9           A       Sure.

10          Q       What is your wife's name?

11          A       Anna Evelyn Flores.

12          Q       Are you actually married to

13     Anna Evelyn Flores?

14          A       No.

15          Q       So she's not your wife?

16          A       No.

17          Q       Why would you lie about that?

18          A       I have no reason to lie.

19          Q       I know, but you lied.  You called

20     her your wife when she's just the woman you live

21     with.

22          A       Well, since the Hispanics --

23     whenever they ask about our wives, we all say

24     it's my wife, even if we're not married.

25          Q       Really?

11

```
 1                        N. Quintanilla
 2           A       Really.
 3           Q       Do you have any other wives?
 4           A       No.
 5           Q       Girlfriends?
 6           A       No.
 7           Q       Any children that people have
 8  claimed to be yours?
 9           A       No.
10           Q       How old are you?
11           A       Almost forty.
12           Q       When were you born?
13           A       January 8, '72.
14           Q       Do you have a Social Security
15  number?
16           A       Yes.
17           Q       How many?
18           A       One.
19           Q       What is your Social Security
20  number?
21           A       ██████████.
22           Q       ████████████████████████
23  ████████████████████████████████████████
24  ████████████████████
25      ██  ████
```

12

1               N. Quintanilla

2        Q

3

4             MR. McNAMARA:  Objection.  I'm

5        going to instruct the witness not to

6        answer the question.

7             MR. ZABELL:  I'm asking him who he

8        provided that number to.  That has

9        absolutely nothing to do with his

10       immigration status.

11            I don't plan on proceeding further

12       than that, but if he provided that number

13       to another individual who happens to be a

14       defendant in this case and it indicates

15       that payroll taxes were paid on behalf of

16       him, then it's absolutely relevant in

17       this case.

18            MR. McNAMARA:  All right.

19            You can answer this question, but

20       don't answer more than he asked.

21       Q

22

23

24

25

13

1              N. Quintanilla

2        Q      What's the company that you

3    started working at with Louie?

4        A      Suffolk; Suffolk Paving.

5        Q      When did you start working for

6    Suffolk Paving?

7        A      In '98.

8        Q      In 1998, where did you work?

9        A      For Suffolk, for Suffolk.

10        Q      For Suffolk Paving?

11        A      Yes.

12        Q      In 1999, where did you work?

13        A      For him, for Suffolk Paving.

14        Q      In 2000, where did you work?

15        A      In 2000, I worked for a different

16    company, Lunati.

17        Q      In 2001, where did you work?

18        A      For Louie.

19        Q      What company?

20        A      For Suffolk Paving.

21        Q      In 2002, where did you work?

22        A      I worked for Suffolk, for Suffolk.

23        Q      Suffolk Paving?

24        A      Yes.

25        Q      In 2003, where did you work?

14

1                    N. Quintanilla

2          A      I left for awhile.  Yes, for a few

3    months, and then, I returned and worked for

4    Louie again.  I don't remember.  I don't

5    remember.

6          Q      At Suffolk Paving?

7          A      Yes.

8          Q      In 2004, where did you work?

9          A      For Suffolk.

10         Q      Suffolk Paving?

11         A      Yes.

12         Q      In 2005, where did you work?

13         A      For Suffolk.

14         Q      Suffolk Paving?

15         A      Yes.

16         Q      In 2006, where did you work?

17         A      In 2006, I don't remember.  The

18   company changed names, and we were working with

19   the union for Suffolk Asphalt.

20         Q      In 2007, where did you work?

21         A      For Suffolk Asphalt.

22         Q      In 2008, where did you work?

23         A      For Suffolk Asphalt.

24         Q      In 2009, where did you work?

25         A      For Suffolk Asphalt.

15

1                  N. Quintanilla

2      Q       In 2010, where did you work?

3      A       For Suffolk Asphalt.

4      Q       In 2011, where did you work?

5      A       For Suffolk Asphalt.  I worked

6  until July -- no, hold on.  Yes, until

7  August 6th.

8      Q       How did your employment come to an

9  end on August 6th?

10     A       Because my boss sent me home.

11     Q       Why were you sent home?

12     A       I don't know, he didn't say.

13 After we had lunch, he sent me home.

14     Q       Were you told to come back?

15     A       No, he never called me back.

16     Q       Did you call him?

17     A       No.

18     Q       Did you try to come back?

19     A       No.

20     Q       Why not?

21     A       Since he didn't call me.

22     Q       Are you working anywhere now?

23     A       Yes, I'm working, but just days.

24     Q       Where are you working days?

25     A       I'm working for a company called

16

1                      N. Quintanilla

2      Sunstone.

3           Q       When did you start working for

4      Sunstone?

5           A       I don't recall, but it's been

6      about three weeks.

7           Q       So you started almost immediately

8      after you left Suffolk Asphalt?

9           A       About two weeks.

10          Q       Are you paid in cash at Sunstone?

11          A       No.

12          Q       You're paid by check?

13          A       Yes.

14          Q       Do you have any of those checks

15     with you?

16          A       No.

17          Q       When you worked for

18     Suffolk Paving, did you ever work any side jobs?

19          A       No.

20          Q       Never did work on weekends?

21          A       No.

22          Q       You never did work on Saturdays?

23          A       For Suffolk, yes, sometimes.

24          Q       You never did work on Sundays?

25          A       No.

17

1                    N. Quintanilla

2          Q       You never helped out any of your

3    friends?

4          A       No.

5          Q       If they said you did, they would

6    be lying?

7          A       Yes, because I haven't done it.

8          Q       Who is the owner of

9    Suffolk Paving?

10         A       Louie Vecchia.

11         Q       Is he the only owner you knew

12   about?

13         A       After we went into the union, his

14   son Chris Vecchia.

15         Q       Is that Suffolk Paving?

16         A       Suffolk Paving was before.  I

17   don't know if they always worked together.  They

18   do work together, but Louie has always been the

19   owner.

20         Q       So Louie has always been the owner

21   of Suffolk Paving?

22         A       Yes.

23         Q       Do you have any reason to believe

24   anybody else was the owner of Suffolk Paving?

25         A       I don't know.

18

1                        N. Quintanilla

2          Q       Do you have any reason to believe

3     anyone else is?

4          A       Well, in the union company, it's

5     Chris.

6          Q       So the owner of Suffolk Asphalt is

7     Christopher Vecchia; correct?

8          A       Yes.

9          Q       Do you have any reason to believe

10    it's anybody else, other than Chris Vecchia?

11         A       I don't know.

12         Q       Did you prepare for this

13    deposition in any way?

14         A       No.

15         Q       Did you meet with your attorneys?

16         A       Yes.

17         Q       When did you meet with them?

18         A       About a month ago.

19         Q       Where did you meet with them?

20         A       In Manhattan.

21         Q       Do you remember the day you met

22    with them?

23         A       No, I don't recall.

24         Q       For how long did you meet with

25    them?

1                    N. Quintanilla

2        A        About an hour.

3        Q        Did you meet with this fellow next

4    to you?

5        A        No.

6        Q        Where did you first meet the

7    fellow next to you?

8        A        Today.

9        Q        Nice enough guy; right?

10       A        Yes.

11                MR. McNAMARA:   Thank you.

12       Q        Did you meet with him before this

13   deposition began?

14       A        No.

15       Q        When you met with your attorneys

16   in the City, who did you meet with?

17       A        With my other friends.

18       Q        Who?

19       A        Mendez, Carlos.

20       Q        Pracelis Mendez?

21       A        Yes.   Pracelis Mendez,

22   Carlos Escalante, Walter Garcia, Alejandro Amaya,

23   and Edwin Rivera.

24       Q        You all met together with the

25   lawyers at the same time?

20

1                     N. Quintanilla

2          A       Yes.

3          Q       You all got your stories straight

4     when you met with the lawyers; right?

5          A       No.

6          Q       Everybody's story was different?

7          A       No, since we all didn't work

8     together; no.

9          Q       So you all worked different times

10    and different schedules; right?

11         A       No.  In one group, we were all

12    together, and in the other one, it was only

13    Mendez.  Sometimes they would change them.

14    Sometimes they would send someone else to work

15    with Mendez.

16         Q       So the schedules were different?

17         A       It was always at the same time.

18    We always got to the yard at the same time.

19         Q       Do you drive?

20         A       Yes.

21         Q       Do you have your own vehicle?

22         A       Yes.

23         Q       For how long have you had your own

24    vehicle?

25         A       Since 2000.

21

N. Quintanilla

1

2      Q      Did you ever drive a company

3  vehicle?

4      A      Yes.

5      Q      When did you drive a company

6  vehicle?

7      A      I drove it -- I don't remember,

8  but it was either 2004 -- I don't really

9  remember.  It was about three years or two.

10      Q      Did you take that company vehicle

11  home?

12      A      No, because it was a big vehicle.

13  It was a box truck.

14      Q      You never brought that vehicle

15  home?

16      A      No.

17      Q      Would you drive other employees to

18  the job site?

19      A      No.

20      Q      Never?

21      A      Never.

22      Q      Nobody drove with you in the box

23  truck?

24      A      In the box truck, my coworkers.

25      Q      How many of them?

22

N. Quintanilla

1

2     A     We were five or six.

3     Q     You didn't drive them all to the

4 job site every day, did you?

5     A     Most of the time, it was every

6 day.

7     Q     Sometimes they took another

8 vehicle to the job site; right?

9     A     In the same company, we also had a

10 pickup.

11     Q     Who would you pick up?

12     A     No, I wouldn't pick anyone up.

13 The company -- the one that drove the other

14 vehicle was Carlos.

15     Q     Carlos Escalante?

16     A     Yes.

17     Q     He would pick up other people and

18 take them to the job site?

19     A     Yes, he would pick Renato up.

20     Q     Did you eat breakfast today?

21     A     Yes.

22     Q     What did you have?

23     A     Corn Flakes.

24     Q     Frosted?

25     A     No, with milk.

23

1                    N. Quintanilla

2        Q      Did you ever eat breakfast before

3   going to work?

4        A      Yes, we would always stop in the

5   mornings at 6:00, 6:30.

6        Q      You would stop?

7        A      Yes.

8        Q      Where would you stop?

9        A      At the deli.

10        Q      What would you get?

11        A      Sandwiches, egg sandwich with

12   mayonnaise.

13        Q      Mayonnaise?

14        A      Yes.

15        Q      Not bacon, egg, and cheese on a

16   roll with ketchup?

17        A      Sometimes.

18        Q      Mayonnaise?

19        A      Yes.

20        Q      Not good.

21               Who would eat breakfast with you?

22        A      We would have breakfast together.

23   We would buy the sandwich, and we would continue

24   to the job with the food in the truck.

25        Q      So all five or six of you would?

24

1                          N. Quintanilla

2          A        Five, six that were always in the

3    truck.

4          Q        Who were the people that were

5    always in the truck?

6          A        There was Walter, there was one

7    who's name was Mario, Ronald, one who's name was

8    Marcos, I was there.  I don't remember the name

9    of the other guy.  We were always five or six in

10   the box truck.

11         Q        And every morning, you went out

12   for breakfast?

13         A        Not always.

14         Q        Did everybody get mayonnaise on

15   their egg sandwich?

16         A        No, each one ate what they liked.

17         Q        Did you get coffee, as well?

18         A        A few times.

19         Q        What kind of coffee do you like?

20         A        I hardly drink coffee.  When I

21   drink it, I have it a little black.

22         Q        All your coworkers said they liked

23   7-Eleven coffee?

24         A        Yes, but not always.

25         Q        Where else; Starbucks?

1                    N. Quintanilla

2         A      Most of the time, it was 7-Eleven

3    coffee.

4         Q      Did you go to a deli and a

5    7-Eleven to get coffee?

6         A      No, no.  When we went -- when we

7    would pass by 7-Eleven, we would stop in the

8    morning on our way to work.

9         Q      But you wouldn't get egg

10   sandwiches at 7-Eleven?

11        A      No, no.

12        Q      Because they don't have good egg

13   sandwiches?

14        A      No.

15        Q      Do you know if any of your

16   coworkers were allowed to meet you at the job

17   site?

18        A      No.

19        Q      How do you know that?

20        A      Because whenever we went to work,

21   we couldn't get together -- we would start

22   working at 7:30, we would work, and there were

23   times when we were waiting for material.  We

24   would talk a little bit, then the truck came,

25   and we would continue working.

26

1           N. Quintanilla

2       Q       How long were you at the shop in

3   the morning?

4       A       From my house, it took twenty or

5   twenty-five minutes, depending on the traffic.

6       Q       You need to listen to the question

7   I ask you.  Otherwise, we're going to be here

8   all day, and like mayonnaise on an egg sandwich,

9   you don't want that; okay?

10              How long did you stay at the shop

11  in the morning?

12      A       I don't understand the question.

13      Q       You said you would go to the shop

14  every morning; correct?

15      A       Yes.

16      Q       How long were you there at the

17  shop; five minutes, ten minutes?

18      A       You're asking how long it takes

19  from my house to the shop?

20      Q       No.

21              How long did you stay at the shop

22  every morning; five minutes, ten minutes?

23      A       Five, five minutes.  We would put

24  the tools in the truck, and then we would leave.

25      Q       Aren't the tools already in the

27

1                    N. Quintanilla

2    truck?

3          A     We would always get propane,

4    cutters.  Sometimes propane or cutters.  Things

5    that we finished or things that were damaged.

6          Q     And that would take about five

7    minutes; right?

8          A     Yes.  We would put everything in

9    and would leave the yard, and we would get to

10   the yard at 6:30.

11         Q     I know.  Everybody says you get to

12   the yard at 6:30.  I suspect by that smile on

13   your face that it was very well rehearsed.

14               MR. McNAMARA:  Objection.

15               MR. ZABELL:  Let the record

16         reflect that he's laughing now.

17         Q     It's okay.  It's okay to laugh.

18         A     That's the time that we would get

19   there, not always.  Sometimes we would get there

20   at 5:00 a.m. or 5:30.  It depended.  When we

21   went to the City, 5:30, or when we went to

22   East Hampton, West Hampton, 5:00 a.m.

23         Q     You know there were GPS units in

24   the trucks; right?

25         A     Yes.

28

1                          N. Quintanilla

2         Q       And those GPS units track when the

3    trucks moved?

4         A       Well, I know that there were, but

5    I didn't know how that worked.

6         Q       So we know what time you got to

7    the shop and what time you started up the truck.

8                 Did you know that?

9         A       Yes.

10        Q       Did your lawyers tell you that?

11        A       No.

12        Q       Did they show you the reams of

13   information showing when those trucks started in

14   the morning?

15        A       We -- yes, we did show them the

16   papers where we would write down the times.

17        Q       Did your lawyers show you the GPS

18   reports showing when the trucks were started and

19   left the shop in the morning?

20        A       No.

21        Q       Because those GPS reports do not

22   support your testimony.

23                You understand at this deposition,

24   you're supposed to tell the truth; right?

25        A       Yes, I am telling the truth.

29

                            N. Quintanilla

1

2       Q       And if you were to lie at this

3    deposition, it would carry the same penalties

4    and effect as if you were lying before a Federal

5    Judge.

6                 Do you understand that?

7       A       Yes, I understand that.

8       Q       Did your lawyers explain to you

9    the ramifications for that?

10      A       Yes.

11      Q       When?

12      A       About -- yes, when -- about a

13   month ago when we got together.

14      Q       So every morning, you went to the

15   shop for about five minutes; is that correct?

16      A       Always.

17      Q       And you would personally load the

18   propane into the truck; correct?

19      A       Yes -- not only me.  Sometimes we

20   would put four or five or six propanes.

21      Q       But you could carry four or five

22   or six; correct?

23      A       We would all do it.

24      Q       Who's "we"?

25      A       Walter -- Walter, Ronald, his name

```
1                    N. Quintanilla

2    is Marcus Tulio.

3          Q       Marcus Tulio Perez?

4          A       Yes.

5          Q       Did you receive a paycheck for

6    each week you worked?

7          A       Yes.

8          Q       Did those checks show the hours

9    that you worked?

10         A       Yes.

11         Q       Did you ever receive cash

12   payments?

13         A       A few times.

14         Q       How much cash would you receive?

15         A       Once, my check was $400, and one

16   time, he gave me $200.

17         Q       Your check was $400, or the cash

18   was $400?

19         A       No, he gave me $200 -- he gave me

20   $400 in cash.

21         Q       Once, he gave you $400 in cash,

22   and once, he gave you $200 in cash?

23         A       Yes.

24         Q       Can you remember any other amounts

25   he gave you in cash?
```

31

                      N. Quintanilla

1

2        A       No.  He would always pay me by

3    check.

4        Q       And every check you received

5    showed the hours you worked; correct?

6        A       Yes.

7        Q       Do you speak any English?

8        A       A little bit.

9        Q       Do you understand what I'm saying

10   without the interpreter interpreting?

11       A       Not everything, no.  I don't

12   understand.  I don't understand.

13       Q       How would you receive your work

14   assignment at Suffolk Asphalt or Paving?

15       A       They would give us a list of where

16   our work was.

17       Q       Who would give you that list?

18       A       Tommy.

19       Q       How would he give you that list?

20       A       Every morning when we got there,

21   they would put the papers on the table, and we

22   would look to see who would go and we would

23   leave.

24       Q       Does the union know that you're

25   working for Sunstone?

32

1                              N. Quintanilla

2          A        No.

3          Q        You didn't report that to them?

4          A        I put my union on hold.

5          Q        Did you give them an out-of-work

6     card?

7          A        No.

8          Q        Did you apply for unemployment

9     benefits?

10         A        Yes.

11         Q        When?

12         A        I don't remember, but it was after

13    they sent me home.

14         Q        And what did you tell

15    unemployment?

16         A        When they asked me why I was

17    collecting, I said it was due to lack of work.

18         Q        Was that an honest statement?

19         A        Yes.

20         Q        So you know why you were sent

21    home?

22         A        I don't know.

23         Q        Well, you told -- you swore to

24    unemployment that you were sent home because of

25    lack of work; correct?

33

```
 1                    N. Quintanilla
 2        A       Yes.
 3        Q       Were you lying to unemployment?
 4        A       No.  It's just that when you call,
 5   they send you a paper for you to fill out, and
 6   you write down the reason.
 7        Q       And you gave them a truthful and
 8   accurate reason; correct?
 9        A       Yes.
10        Q       What was that reason; that
11   truthful and accurate reason?
12        A       I said that my boss had sent me
13   home.
14        Q       For what reason?
15                You already said it.  We know what
16   it is.  You'll feel better when you say it.
17        A       I didn't understand you.
18        Q       You already said that you swore
19   under penalty of perjury to unemployment that
20   you were let go for lack of work; is that
21   correct?
22        A       Yes.
23        Q       Did you lie to unemployment?
24        A       No.
25        Q       So you know the reason why you
```

34

```
 1                    N. Quintanilla

 2    were let go.

 3                    The reason you were let go was for

 4    lack of work; correct?

 5          A     Yes.

 6          Q     So why are you trying to hide that

 7    reason now?

 8                    You're better than that.

 9          A     No, I'm not hiding anything.

10          Q     You kind of are when you're not

11    answering the question.

12                    You can take a moment and ask your

13    lawyer, and he'll tell you.  He'll tell you.  Go

14    ahead.

15                    Do you want a moment?

16          A     No -- okay.

17                MR. ZABELL:  Okay.  He wants a

18          moment with you, go ahead.

19                MR. McNAMARA:  All right.  Thank

20          you.

21                (Whereupon, a recess was taken at

22          this time.)

23          Q     You all right?

24          A     Yes.

25          Q     You had the opportunity to speak
```

```
 1                      N. Quintanilla
 2   with your attorney during that break?
 3          A      Yes.
 4          Q      Did he answer all your questions
 5   satisfactorily?
 6          A      Yes.
 7          Q      Are you getting your money's
 8   worth?
 9          A      Yes.
10          Q      How much did you pay, by the way?
11          A      I don't know.
12          Q      Nothing; right?
13          A      Nothing.
14          Q      So you are getting your money's
15   worth?
16                 MR. McNAMARA:  Objection.
17          A      Yes.
18          Q      Before you took a break, you said
19   you applied for unemployment benefits?
20          A      Yes.
21          Q      And you said that you told
22   unemployment that the reason why you weren't
23   employed was because of lack of work; correct?
24          A      Yes.
25          Q      And you didn't lie to them?
```

36

1                    N. Quintanilla

2        A       No.

3        Q       Which means you were sent home

4    from Suffolk Asphalt because of lack of work;

5    correct?

6        A       Yes.

7        Q       So before when you told me you

8    didn't know why you were sent home, you were

9    lying; correct?

10                MR. McNAMARA:  Objection.

11       A       Yes.

12       Q       Please don't lie to me.

13       A       I don't lie.

14       Q       I understand why you might say

15   that, but when you just answer a question that

16   you were lying to me, it makes it seem as though

17   the answer you just gave is yet another lie, and

18   I don't want you to lie.  I want you to tell the

19   truth.

20                Do you understand that?

21       A       Yes.

22       Q       Please don't lie to me.

23       A       Okay.

24       Q       Thank you.

25                In 2003, you testified that you

1                      N. Quintanilla

2    left Suffolk Paving for awhile.

3                      Were you telling me the truth when

4    you answered that question?

5           A      Yes, yes.

6           Q      Why did you leave Suffolk Paving

7    for awhile?

8           A      I left for the reasons that we

9    would always work very late, and they didn't pay

10   us the overtime.  That's why I left.

11          Q      Where did you go?

12          A      I went -- I worked for

13   Ralph Lunati, but I don't remember the year, but

14   I don't remember the years that I worked for

15   him.

16          Q      You said you worked for

17   Ralph Lunati in 2000?

18          A      Yes, yes.

19          Q      Are you saying you worked for

20   Ralph Lunati in 2003, as well?

21          A      Because in 2000 and in 2003, I

22   don't remember if it was in Pave-Co or for

23   Ralph Lunati.  I don't remember.

24          Q      Do you know if you worked for

25   Pave-Co or Ralph Lunati during the paving

38

```
 1                    N. Quintanilla

 2    season?

 3          A      Pave-Co, yes, in the paving.

 4          Q      You didn't work for Suffolk Paving

 5    at all in 2003?

 6          A      A few months, yes, a few months.

 7          Q      What months?

 8          A      We would always start in March or

 9    April.  It was a short time, and then I

10    returned.  I don't remember the exact date.

11                 MR. ZABELL:  Excuse me.  I need to

12          take a break.

13                 (Whereupon, a recess was taken at

14          this time.)

15          Q      What months in 2003 did you work

16    for Suffolk Paving?

17                 Only answer if you're sure.  I

18    don't want you lying.

19          A      March, April, May, June.  I don't

20    remember, but through mid season, approximately.

21          Q      Did you work full weeks in March?

22          A      Yes -- no, not in March.  No, not

23    in March because the season would start in

24    March.  March 15th, and sometimes in April.

25          Q      You know that I know the answers
```

39
```
 1                    N. Quintanilla
 2   to most of the questions that I ask; right?
 3        A      I know.
 4        Q      So it's very important that you
 5   think about your answers before you provide them
 6   to me because like your lawyer, I only want to
 7   you to tell the truth.
 8        A      Okay.
 9        Q      It reflects poorly on you when you
10   say something that's not true.
11        A      Okay, but I don't remember.
12        Q      If you don't remember, you need to
13   say you don't remember.
14               Do you understand?
15        A      Okay.
16        Q      I don't want you to make up an
17   answer.
18        A      Okay.
19        Q      Got it?
20        A      (In English.)  I got it.
21               MR. ZABELL:  Let the record
22            reflect that the deponent put his thumb
23            up and said he got it in English.
24               Counselor, do you agree?
25               MR. McNAMARA:  That's accurate.
```

40

```
 1                   N. Quintanilla
 2         Q      Did you ever take any sick days
 3    while you were working for Suffolk Paving?
 4         A      Yes.  When I would get sick, I
 5    would call and say that I was sick.
 6         Q      About how many times a year would
 7    that happen?
 8         A      One -- about one or two times.
 9         Q      One or two times a year?
10         A      Yes.
11         Q      What do you like to eat for lunch?
12         A      At lunch?
13         Q      Si.
14         A      Italian hero.
15         Q      With meatballs?
16         A      No.
17         Q      Chicken parm?
18         A      Or chicken cutlet.
19         Q      You eat lunch every day; right?
20         A      Yes, but fast.
21         Q      When you were working for
22    Suffolk Paving, you would eat lunch; correct?
23         A      Yes.
24         Q      What would you drink?
25         A      Iced tea or water.
```

41

1                      N. Quintanilla

2          Q       Do you like Snapple Iced Tea or

3     Arizona Iced Tea?

4          A       No.  We would get Snapple or

5     Arizona.

6          Q       Either/or; right?

7          A       Yes.

8          Q       You would get that at a deli;

9     correct?

10         A       Yes.

11         Q       You would take a lunch break every

12    day and get your lunch from a deli?

13                 MR. McNAMARA:  Objection.

14         A       At the deli in the morning, we

15    would buy breakfast, and at lunchtime, someone

16    would go and pick up the food and bring it.

17         Q       Who?

18         A       Edwin would go.

19         Q       Edwin Rivera?

20         A       Yes.

21         Q       Why Edwin?

22         A       He would always go, since he was

23    more familiar with the areas.

24         Q       So he took a bigger break, and you

25    guys had the smaller break?

```
 1                        N. Quintanilla
 2          A      Yes.
 3          Q      Did you ever go get lunch?
 4          A      Sometimes.
 5          Q      Do you like baseball?
 6          A      No, soccer.
 7          Q      You like soccer?
 8          A      Yes.
 9          Q      Did you ever play soccer at the
10   worksite?
11          A      About two times when we were
12   waiting for material.
13          Q      Two times a week?
14          A      No, no.
15          Q      Two times a month?
16          A      It must have been -- it was two
17   times.
18          Q      Two times over ten years?
19          A      Yes.
20          Q      You know I don't believe you;
21   right?
22          A      No, but I'm not lying.
23          Q      Where would the soccer ball come
24   from?
25          A      I always have it in my car.
```

43

1                    N. Quintanilla

2          Q       Why?

3          A       Because sometimes from work, I

4    would go to the field.

5          Q       In the box truck?

6          A       No, in my car.

7          Q       Sometimes you would bring your car

8    to the job site?

9          A       Always.

10         Q       So you always brought your car to

11   the job site and not the box car; correct?

12         A       From my house, I would take the

13   car to the yard.  We would leave it there, and

14   from there, we would take the box truck and

15   leave.

16         Q       How would your soccer ball go from

17   your car to the box truck?

18         A       Because in the morning, I would

19   put it into the box truck.

20         Q       Every morning?

21         A       No.

22         Q       Just the mornings you expected to

23   play soccer?

24         A       It was only two times.

25         Q       But those two times, you knew you

44

1                        N. Quintanilla

2    were going to play soccer so you brought the

3    soccer ball; right?

4          A        I would put it in just in case we

5    have time.

6          Q        How often would you put it in

7    "just in case?"

8          A        It was only two times.

9          Q        I'm going to give you an

10   opportunity to rethink your answer, because I

11   know you want to change it.

12         A        No.

13         Q        Take a moment to think about what

14   you just said and whether or not it's

15   believable, and if you want to change your

16   answer, I'll give you an opportunity to do that.

17                  Think for a minute.  Take a deep

18   breath.

19         A        Okay.

20         Q        Take a breath again.

21                  Do you remember Pelé?

22         A        Yes.

23         Q        He used to play soccer with a

24   grapefruit.

25                  Did you ever play soccer with a

45

1                        N. Quintanilla

2    grapefruit?

3            A        No.

4            Q        Did you have time to think?

5            A        Yes.

6            Q        Is there anything you want to

7    change?

8            A        No.

9            Q        So on the two times that you

10   played soccer, you correctly anticipated that

11   you were going to have enough time in the day to

12   take a break to play soccer, so you took the

13   soccer ball from your car and moved it into the

14   box truck just on those two days that you

15   happened to play soccer, but never any other

16   time; correct?

17           A        Yes.

18           Q        That's your answer?

19           A        Yes.

20           Q        You're sticking with it?

21                    MR. McNAMARA:  Objection.

22           A        No.

23           Q        What do you want to change?

24           A        No, I'm not going to change

25   anything.

46

                    N. Quintanilla

1

2        Q       You're staying with that answer?

3        A       Yes.

4        Q       Because you believe it to be 100

5   percent accurate?

6                MR. McNAMARA:  Objection.

7        A       Yes.

8        Q       Do you know it's not terribly

9   believable?

10               MR. McNAMARA:  Objection.

11       A       But that's the correct thing.

12       Q       What kind of soccer ball did you

13  keep in your car?

14       A       Mikasa.

15       Q       Is that the same soccer ball

16  that's in your car now?

17       A       No, not today.

18       Q       You don't have a soccer ball in

19  your car today?

20       A       No.

21       Q       You said you always keep a soccer

22  ball in your car.

23       A       Yes, but I take it out when -- I

24  take it out on Sunday.  I take my things out, I

25  put them away, and I don't have them today.

47

1                        N. Quintanilla

2        Q        When do you put them back in?

3        A        Saturday.

4        Q        If you take them out on Sunday and

5  put them in the day before, how is your soccer

6  ball available for you to take into the box

7  truck?

8                 It's not very believable.

9        A        Because I used to have it.

10       Q        And now you don't?

11       A        Not today.

12       Q        Not today?

13       A        No.

14       Q        Tomorrow?

15       A        I don't know if I'll put it in or

16  not.

17       Q        Do you want to take a break now?

18       A        That's okay.

19       Q        So you put the soccer ball in your

20  car on Saturday, and you take the soccer ball

21  out of your car on Sunday?

22       A        Yes.  In the afternoon when I come

23  back from playing.

24       Q        What days did you play soccer when

25  you worked for Suffolk Paving?

48

1                      N. Quintanilla

2          A      I don't remember.

3          Q      Was it a Saturday?

4          A      No.

5          Q      It can't be a Sunday because you

6     didn't work Sundays; right?

7          A      Yes.

8          Q      So if your soccer ball is only in

9     your car on Saturday and you take it out on

10    Sunday, is it true that you played soccer during

11    the week?

12         A      Yes.

13         Q      Explain to me how that happens.

14         A      Look, look --

15         Q      I'm looking.

16         A      -- I always have my ball.  I would

17    put it in my car; okay?  When -- we never knew

18    when there was going to be time, but when there

19    was time, we...

20         Q      But you don't always have your

21    soccer ball in your car; do you?

22         A      No.

23         Q      So when you say you always have

24    your soccer ball in your car, you're lying;

25    right?

49

                        N. Quintanilla

1

2      A      I didn't say -- I said that I have

3   a ball, but not always.  Not always.

4      Q      Before you said always.

5             Were you incorrect in what you

6   were saying?

7      A      No.

8      Q      So you always have a ball in your

9   car?

10     A      Yes.

11     Q      Okay.  Go to your car and get the

12  ball, please.

13            MR. McNAMARA:  Objection.

14     Q      Go.

15            MR. McNAMARA:  Objection,

16         Counselor.

17            You don't have to go to the car to

18         get the ball.

19            MR. ZABELL:  Yes, he does.

20            MR. McNAMARA:  He does not have to

21         go get the ball.

22     A      I don't have the ball in the car.

23     Q      So you don't always have the ball

24  in your car; do you?

25     A      No.

50

1               N. Quintanilla

2        Q      So you lied to me when you said

3   that you did; right?

4               MR. McNAMARA:  Objection.

5        A      You confused me.

6        Q      How?

7        A      Because you're asking me a

8   question, and then you're asking me another one.

9        Q      That's what a deposition is, and

10  you answer those questions honestly and

11  truthfully, and you should never be confused.

12  Your lawyer should have explained this to you.

13              Did they not?

14              MR. McNAMARA:  Objection.

15       A      No.

16       Q      That's sad.  They should have.

17              Is it your testimony that you did

18  not always have a soccer ball in your car?

19       A      Yes.

20       Q      Before when you said you always

21  have a soccer ball in your car, that was untrue;

22  correct?

23       A      Yes.  When we played, I did have

24  it.

25       Q      Of course, you did; otherwise, you

51

1                     N. Quintanilla

2    wouldn't have been able to play; right?

3         A       Yes.

4         Q       Do you always carry cleats in your

5    car, spiked sneakers?

6         A       Just that we didn't play with

7    them.  We played with our work boots.

8         Q       You played with your work boots?

9         A       Yes.

10        Q       Did that hurt your feet?

11        A       No.

12        Q       It was okay?

13        A       Yes.

14        Q       Do you like playing in your work

15   boots?

16        A       No.  At work I would wear them,

17   but when we played other times, I would play

18   with soccer shoes.

19        Q       So all the times that you played

20   soccer at work, you wore your work boots?

21                MR. McNAMARA:  Objection.

22        A       Yes.

23        Q       Did you ever take the soccer ball

24   into the box truck and not play soccer?

25        A       No.

52

```
 1                      N. Quintanilla

 2         Q        Who played soccer with you?

 3         A        Once we played -- the time that we

 4    played, it was Mendez, Renato, me, Carlos, and

 5    Marcos.

 6         Q        Is Mendez a good soccer player?

 7         A        He used to play.

 8         Q        He looks angrier than you; is he?

 9         A        No.

10         Q        You're angrier than him?

11         A        No.

12         Q        So then he's angrier than you?

13         A        It's just that we're not angry.

14         Q        Did he treat you fairly?

15         A        Yes.

16         Q        Renato, do you know what Renato's

17    name is?

18         A        Yes.

19         Q        What is Renato's name?

20         A        It's Maynor Fajardo.  I don't know

21    his name well.  I don't remember his name.

22         Q        Do you know a Renato Guerra?

23         A        I don't know.  I don't know.

24         Q        Do you know if Maynor Fajardo ever

25    used the name Renato Guerra?
```

53

1                      N. Quintanilla

2          A        I don't know.  Since I've never

3    seen his papers or anything, I don't know what

4    his name is.

5          Q        Did he ever present to you that

6    his name should be Renato Guerra?

7          A        I always knew him by Renato.  We

8    would all call him Renato.

9          Q        Even though his name was

10   Maynor Fajardo?

11         A        Yes.

12         Q        Your name is Nelson Quintanilla;

13   correct?

14         A        Yes.

15         Q        Do the people call you a different

16   name?

17         A        Yes.

18         Q        What did they call you?

19         A        Only Victor.

20         Q        Where did we get Victor from?

21         A        I don't know.  On the papers, it

22   always says Victor, Victor.

23         Q        On what papers?

24         A        On my work papers.

25         Q        Who is Victor?

54

```
 1                   N. Quintanilla

 2        A       I used to work with that name;

 3   Victor.

 4        Q       Does your mom ever call you

 5   Victor?

 6        A       No.

 7        Q       Does your dad ever call you

 8   Victor?

 9        A       No.

10        Q       Do you like the name Victor?

11        A       No.

12        Q       Did you ever tell anybody your

13   name was Victor?

14        A       When I worked there in '98, that's

15   only what he would call me.  They would only

16   call me Victor.  Just Victor.  Victor, they

17   would call me.

18        Q       Did you tell them your name was

19   Victor?

20        A       Yes.

21        Q       Who did you tell?

22        A       Louie.

23        Q       But your name isn't Victor?

24        A       No.

25        Q       So you lied to Louie; correct?
```

55

```
 1                    N. Quintanilla
 2                    You could say it, we know.
 3         A          Yes.
 4         Q          Do you usually lie?
 5         A          No.
 6         Q          Did you ever lie to get something
 7    that you wanted?
 8         A          No.
 9         Q          Then, why did you lie to Louie?
10         A          Because since he -- how do I say
11    this?
12         Q          I don't know.
13         A          How do I say this?
14         Q          I don't know.
15         A          How do I say this?
16         Q          Go ahead and just say it.
17         A          █████████████████████
18         Q          No.
19                    My question is:  Why did you lie
20    and tell Louie your name is Victor when Victor
21    was not your name?
22         A          I want to speak to my attorney.
23                    MR. ZABELL:  I'm going to withdraw
24             the question.
25         Q          You lied to Louie in order to the
```

56

```
 1                        N. Quintanilla

 2      get the job; correct?

 3            A       I say yes, but because it wasn't

 4      my name.

 5            Q       So you lied just to get the job;

 6      correct?

 7            A       Yes.

 8            Q       Okay.

 9                    Do you want to speak to your

10      lawyer now?

11            A       Yes.

12            Q       Go ahead.

13                    (Whereupon, a recess was taken at

14             this time.)

15            Q       You had an opportunity to speak

16      with your attorney?

17            A       Yes.

18            Q       Did he answer all your questions?

19            A       Yes.

20            Q       Did you discuss the content of

21      this deposition?

22            A       Yes.

23            Q       He helped you sufficiently?

24            A       Yes.

25            Q       Are you getting your money's
```

57

1                    N. Quintanilla

2    worth?

3          A      Yes.

4          Q      Is there anything you want to tell

5    me?

6          A      No, it's fine this way.

7                 MR. ZABELL:  Counselor, is there

8            any statement you'd like to make?

9                 MR. McNAMARA:  No, we're fine

10           right now.

11         Q      Before you took that break, you

12   advised me that you lied to Louis Vecchia in

13   order to get a job at Suffolk Paving; is that

14   correct?

15         A      Yes.

16         Q      Isn't it true that you will lie in

17   order to get things that you want?

18         A      No.

19         Q      Isn't it true that in the past,

20   you have lied to get things that you want?

21         A      Yes, but one doesn't lie always.

22         Q      So you just lie sometimes?

23         A      ████████████████████████████

24   ████████████

25         Q      So my question is:  Do you just

58

1                    N. Quintanilla

2    lie sometimes; yes or no?

3         A     Yes.

4         Q     And you're just lying sometimes

5    here today; yes or no?

6              MR. McNAMARA:  Objection.

7         A     No, no, no.

8         Q     Do you remember that you admitted

9    to me that on at two least occasions today, that

10   you gave me false answers?

11             MR. McNAMARA:  Objection.

12        Q     Don't you remember?

13        A     (No verbal response.)

14        Q     Yes or no?

15        A     Yes.

16        Q     Now, do you see a difference

17   between giving a false answer and a lie?

18        A     Excuse me?

19        Q     Is there a difference between

20   giving a false answer and a lie?

21        A     (No verbal response.)

22        Q     Yes or no?

23        A     Yes.

24        Q     What's the difference?

25        A     I don't understand.  I don't

59

1                    N. Quintanilla

2    understand the question that you're asking me.

3         Q        What don't you understand?

4         A        I don't understand what you're

5    telling me.

6         Q        I'm not telling you anything.  I'm

7    asking you.

8         A        That's why I don't understand the

9    question.

10        Q        You've just admitted that you told

11   me answers that aren't true today; correct?

12        A        Yes.

13        Q        Those answers that weren't correct

14   were lies; correct?

15        A        Yes.

16                 MR. McNAMARA:  Objection.

17        Q        And I already asked you not to lie

18   to me; correct?

19        A        Yes.

20        Q        I warned you that if you lie under

21   oath today, it has the same effect as if you had

22   lied to a Federal Judge under oath; correct?

23        A        Yes.

24        Q        You've only told the truth

25   sometimes during this deposition; correct?

60

1                    N. Quintanilla

2                    MR. McNAMARA:  Objection.

3          A      Yes.

4          Q      And sometimes you have told

5     untruths; correct?

6          A      Yes.

7          Q      So you're admitting to telling

8     lies at this deposition?

9                    MR. McNAMARA:  Objection.

10         Q      Correct?

11         A      Yes.

12         Q      I'm asking you not to tell any

13    more lies.

14                   MR. McNAMARA:  Objection.

15         Q      Okay?

16         A      Okay.

17         Q      Can you promise me that you'll

18    tell no lies?

19         A      Yes.

20         Q      Who's idea was it to sue

21    Suffolk Paving?

22         A      Everyone's.

23         Q      Who was the main person?

24         A      There is no main person.

25         Q      Why is your name first on the

61

1                       N. Quintanilla

2      lawsuit?

3            A       I don't know why they put mine

4      first.

5            Q       Who is the main person that gets

6      everybody organized to go see the lawyers?

7            A       The attorney calls everyone.

8            Q       Who?

9            A       Ian calls us.

10           Q       When did you first start speaking

11     with Ian regarding this lawsuit?

12                   MR. McNAMARA:  Objection.

13                   This is privileged.  It is

14              privileged.

15                   MR. ZABELL:  Timing is not.

16              Content is.

17                   MR. McNAMARA:  All right.

18                   MR. ZABELL:  Are you withdrawing

19              your objection?

20                   MR. McNAMARA:  I will withdraw my

21              objection.

22           A       What is the question?

23           Q       When did you first start speaking

24     with Ian about this lawsuit?

25           A       In about December.

62

1              N. Quintanilla

2        Q       December of what year?

3        A       Of 2009.

4        Q       You started speaking to him in

5    December of 2009 after everybody got laid off

6    for the end of the season; correct?

7        A       Yes.

8        Q       Now, every year, you get laid off

9    at the end of November, December, through March;

10   correct?

11       A       Yes.

12       Q       And why do you get laid off?

13       A       Because the company always closes.

14   We can't put down the material that we put down.

15       Q       You can't lay asphalt in December,

16   January, February, and March; correct?

17       A       No.

18       Q       No, what I'm saying is correct?

19       A       Yes.

20       Q       How much are you suing

21   Suffolk Paving for?

22       A       I don't know.

23       Q       Do you have an idea?

24       A       No.

25       Q       How much do you want from

63

1                       N. Quintanilla

2       Suffolk Paving?

3            A       I don't know.  I really don't

4       know.

5            Q       Do you have any way of figuring it

6       out?

7            A       No.

8            Q       Are there any documents you can

9       review that will help you figure it out?

10           A       I don't have any documents.

11           Q       Do you know if any documents exist

12      that will help you figure it out?

13           A       Yes, there are.

14           Q       What documents?

15           A       The ones that my attorney has.

16           Q       What documents are those?

17           A       They're -- they did the

18      calculations for the hours that we worked.

19           Q       Do you know what they based those

20      calculations on?

21           A       (No verbal response.)

22           Q       Yes or no?

23           A       No.

24           Q       Did you provide them any

25      information to base those calculations on?

64

1                        N. Quintanilla

2          A      Well, we gave them all of our work

3     hours and our check stubs.

4          Q      Did you provide them with any

5     information; you, specifically you?

6          A      No.

7          Q      Do you have any idea how many

8     hours you worked in 2001?

9          A      In 2001, at that time, we would

10    start at 7:00 a.m., and we would get out at

11    6:00, 7:00, or 8:00 p.m.

12         Q      Every day?

13         A      Not every day.  Some days, we got

14    out at 5:00, 5:00, 6:00.

15         Q      Did you ever end any days earlier

16    than that?

17         A      At that time -- not at that time.

18         Q      What if it rained?  Would you ever

19    leave after a half day if it rained; yes or no?

20         A      Yes.

21         Q      So you just lied to me again;

22    correct?

23                MR. McNAMARA:  Objection.

24         Q      Yes or no?

25         A      But --

1                         N. Quintanilla

2          Q        Yes or no?

3          A        Okay, yes.

4          Q        Please stop lying to me.

5          A        Okay.

6          Q        You promise not to lie to me?

7          A        Yes.

8          Q        Because if you keep lying to me,

9     it's going to become a real problem.

10         A        Okay.

11         Q        Do you understand that?

12         A        Okay.

13         Q        I want you to say, I'm not going

14    to lie to you at this deposition anymore.

15         A        Yes.

16         Q        Can you say that?

17         A        Yes.

18         Q        Please do.

19                  MR. McNAMARA:  Objection.

20         A        Please --

21         Q        Please say:  I'm not going to lie

22    to you anymore.

23                  MR. McNAMARA:  Objection.

24         A        I'm not going to lie to you

25    anymore.

66

```
 1                    N. Quintanilla

 2        Q      Okay, thank you.

 3               When it rains or there was bad

 4    weather, you wouldn't work a full day; correct?

 5        A      When I would wake up and it was

 6    raining, no.

 7        Q      What if it started to rain in the

 8    middle of a day, would you ever go home early;

 9    yes or no?

10        A      A few times, and sometimes we

11    would finish the work.

12        Q      Sometimes you would finish the

13    work, and sometimes you would go home early;

14    right?

15               MR. McNAMARA:  Objection.

16        A      Yes.

17        Q      In 2002, how many hours did you

18    work?

19        A      In 2002 -- I don't remember.

20        Q      In 2003, you worked for Pave-Co

21    and Lunati?

22        A      I don't remember if it was at

23    Pave-Co or Lunati.

24        Q      Oh, you didn't work for both of

25    them?
```

67

1                       N. Quintanilla

2        A        Yes, but -- but...

3        Q        But what?

4        A        I left Suffolk, but I don't

5    remember exactly which year because I left twice

6    from Suffolk.

7        Q        You didn't tell me that before.

8                 When did you leave Suffolk?

9        A        I don't remember, I don't

10   remember.

11       Q        Can you try to remember?

12       A        It's been some years.  I don't

13   remember.  I don't remember.

14       Q        Nelson, help me try to remember.

15       A        I did work for Pave-Co --

16       Q        When?

17       A        -- but I don't remember the year.

18       Q        Was it in 2003?

19       A        I don't know.  I don't remember.

20       Q        Was it in 2004?

21       A        No.  It's just that I don't

22   remember.

23       Q        I know.

24                When you worked for Pave-Co, did

25   you receive checks?

```
 1                     N. Quintanilla

 2          A      Yes.

 3          Q      Okay.  So it will be on your

 4    income tax returns; right?

 5          A      Yes.

 6                 MR. McNAMARA:  I'd like to stop it

 7             here, and just say that any questioning

 8             and answering in regards to income tax

 9             returns are subject to the

10             confidentiality agreement.

11          Q      So you worked for Pave-Co, but you

12    just have no idea when; right?

13          A      Yes, I don't remember when.

14          Q      Do you know what years you're

15    suing the defendants for in this lawsuit?

16          A      From 2009, until 2 -- until --

17    nine, ten, eleven, twelve until...

18          Q      From 2003 to 2009; correct?

19          A      One moment.

20                 It's just that I don't know.

21          Q      You have no idea what years you're

22    suing the defendants for; correct?

23                 MR. McNAMARA:  Objection.

24          A      Yes.

25          Q      It wasn't explained to you by your
```

69

1                    N. Quintanilla

2    esteemed counsel?

3          A      No.

4          Q      During some of those years that I

5    think you're suing the defendants, you worked

6    for Lunati and you worked for Pave-Co; correct?

7          A      Yes.

8          Q      And you just have no idea what

9    years you worked for those two companies;

10   correct?

11         A      No.

12         Q      And the only thing that will help

13   you figure out when you worked for those

14   companies is the tax information that those

15   companies provided you; correct?

16         A      Yes, I have it.

17               MR. McNAMARA:  Objection.

18               MR. ZABELL:  Rather than giving me

19          your income tax returns, I'm going to

20          request that you give me your W-2 Forms

21          from Pave-Co.

22               MR. McNAMARA:  Counselor, if you'd

23          like to make a formal written demand for

24          those, you can.

25               MR. ZABELL:  We already have.

70

1                   N. Quintanilla

2                   MR. McNAMARA:  Okay.

3          Q        Do you have your W-2 Forms from

4     Pave-Co?

5          A        Yes.

6          Q        Do you know exactly where they

7     are?

8          A        I have to look for them.

9          Q        But do you know exactly where they

10    are when you go look for them?

11         A        I would have to -- it would take

12    some time because I have a lot of papers to look

13    through.

14         Q        But you know you have them;

15    correct?

16         A        Yes.

17         Q        Do you also have your W-2 Forms

18    from Lunati?

19         A        Yes.

20         Q        Both of those companies only paid

21    you in checks; right?

22         A        In checks; yes.

23         Q        Not cash?

24         A        No cash.

25         Q        Do you have any paycheck stubs

1                    N. Quintanilla

2    from those companies?

3        A      From Pave-Co, yes, but from

4    Ralph Lunati, I don't remember.

5              MR. ZABELL:  I'm going to ask that

6         maybe during the break you go home and

7         get those documents.

8              MR. McNAMARA:  No.

9              MR. ZABELL:  Stop.  When I'm

10        finished asking, you can make your

11        objection.

12             MR. ZABELL:  Maybe during the

13        break, you go home and get these

14        documents so I can question you on them.

15        Otherwise, you may have to come back

16        another day, and I'm trying to minimize

17        that from occurring.  Okay?

18             THE WITNESS:  Okay.

19             MR. ZABELL:  Counselor, you had

20        something to say.

21             MR. McNAMARA:  Yes.

22             I would like to object to that

23        question and answer, and I would also

24        like to add that if you would like any

25        tax returns, you can make a formal

72

```
 1                      N. Quintanilla

 2          motion.

 3                  MR. ZABELL:  I'm not asking for

 4          tax returns.

 5                  MR. McNAMARA:  You just asked for

 6          W-2s.

 7                  MR. ZABELL:  That's not a tax

 8          return.

 9                  MR. McNAMARA:  That is a tax

10          return.  You're thinking of W-4s.

11                  W-4 is what's filled out to the

12          employer so that they're able to file

13          taxes.

14                  MR. ZABELL:  And what do you get

15          at the end of the year, Counselor?

16                  MR. McNAMARA:  You get a W-2.

17          That's a tax return.

18                  MR. ZABELL:  No, it's not a tax

19          return.  It's something you attach to a

20          tax return.

21                  Do you want to discuss this off

22          the record so I could show you?

23                  MR. McNAMARA:  Yes, can we go off

24          the record?

25                  MR. ZABELL:  If you're asking me
```

73

1                    N. Quintanilla

2          if we can go off the record, my answer to

3          that is yes, we can go off the record.

4                    (Whereupon, a discussion was held

5          off the record.)

6                    MR. ZABELL:  Counsel has indicated

7          that he needs to speak with co-counsel

8          and his client, and he's asking me to

9          give him a few minutes to do so.

10                    We will recess at this time.

11                    (Whereupon, a recess was taken at

12          this time.)

13                    MR. ZABELL:  We have a dispute,

14          and we are going to call the Judge to get

15          a ruling on the dispute, so what I'm

16          going to do is ask the deponent to step

17          out.

18                    MR. McNAMARA:  That's fine.

19                    (Whereupon, the witness left the

20          conference room.)

21                    MR. ZABELL:  Now, you know the

22          Judge is going to want this on the

23          record; right?

24                    THE COURT REPORTER:  Yes.

25                    MR. ZABELL:  Off the record for a

74

```
 1                   N. Quintanilla
 2          moment.
 3                   (Whereupon, a discussion was held
 4          off the record.)
 5                   (Whereupon, a call was made to
 6          Judge Tomlinson, and the following
 7          colloquy was had:)
 8                   LAW SECRETARY:  Judge Tomlinson's
 9          chambers.
10                   MR. ZABELL:  Yes, good morning,
11          for the next five minutes anyway.
12                   This is Saul Zabell, and I'm here
13          with Patrick McCarthy --
14                   MR. McNAMARA:  McNamara.
15                   MR. ZABELL:  -- McNamara; I'm
16          sorry.
17                   We're at a deposition in the
18          matter of Quintanilla v Suffolk Paving Corp.
19                   LAW SECRETARY:  I just need the
20          case number.
21                   MR. ZABELL:  Sure, that's okay.
22          It's 095331.
23                   LAW SECRETARY:  Who is being
24          deposed?
25                   MR. ZABELL:  Nelson Quintanilla,
```

```
 1                    N. Quintanilla

 2         who is one of the plaintiffs, is being

 3         deposed.

 4              Do you want a brief outline of the

 5         issue?

 6              LAW SECRETARY:  Yes.

 7              MR. ZABELL:  Judge Tomlinson

 8         issued a protective order regarding the

 9         income tax returns for these individuals,

10         and left open the door that there may be

11         a need for them subsequent to deposition.

12              Well, we're at the deposition of

13         Mr. Nelson Quintanilla, and I'm deposing

14         him regarding the periods of time he

15         claimed to have worked for the

16         defendants.

17              He says that some time between, I

18         believe, 2002 and 2005, he left the

19         employ of the defendant to work for two

20         different companies.  I believe he

21         testified one was called Pave-Co, we

22         believe it to be Pave-Co, and another one

23         was for Lunati, which is Ralph Lunati.

24              Now, he testified that he received

25         W-2s from these companies, but he has no
```

76

 1                N. Quintanilla

 2       idea when he worked for them, and he

 3       can't tell us the periods of time that he

 4       left the employment of Suffolk Paving,

 5       even though he's suing Suffolk Paving for

 6       this period of time in the lawsuit.

 7            We made a request for the W-2

 8       Forms that this individual received from

 9       Pave-Co and Lunati.  He testified that

10       he -- I'm sorry, his W-2 forms and for

11       actual pay stubs.  He testified that he

12       has those; although, his lawyer is taking

13       the position that he will not turn them

14       over.

15            LAW SECRETARY:  Okay, let me just

16       briefly hear from other counsel.

17            MR. McNAMARA:  Good morning.  This

18       is Patrick McNamara here.

19            We have objected to turning over

20       the requested W-2s and pay stubs, and we

21       believe that they are not relevant to the

22       subject matter at the litigation, and

23       we've instructed counsel to make a formal

24       motion, if he'd like to, for them.

25            MR. ZABELL:  Just a little bit

                         N. Quintanilla

1

2        more of some background.

3               We were specifically instructed by

4        Judge Tomlinson not to make any more

5        motions, letter or otherwise, and that

6        all disputes should be brought up in a

7        telephone conference with counsel

8        present.

9               LAW SECRETARY:  All right.  Let me

10       see what her recollection was on that, as

11       well, and just give me a few moments.

12              Let me see if she is available to

13       handle this.

14              MR. ZABELL:  Thank you kindly.

15              THE COURT:  Good morning.  This is

16       Judge Tomlinson.

17              Who is on for the plaintiff,

18       please?

19              MR. McNAMARA:  Good morning,

20       your Honor.  This is Patrick McNamara.

21              THE COURT:  All right.  And for

22       the defendant?

23              MR. ZABELL:  Good morning,

24       your Honor, Saul Zabell.

25              THE COURT:  First of all, is the

78

1              N. Quintanilla

2      witness excused?

3           MR. ZABELL:  Yes.  The witness is

4      excused, and the court reporter is

5      reporting.

6           THE COURT:  Okay, good.

7           This has to do with the question

8      of pay stubs and testimony being given

9      about what the witness does or doesn't

10     remember and, apparently, his, I assume,

11     renewed request to get his tax returns.

12          Is that correct?

13          MR. ZABELL:  I don't want his tax

14     returns, your Honor, just the W-4

15     Forms -- I'm sorry, W-2.  I keep mixing

16     that up.  The W-2 Forms for a company

17     that he identified as Pave-Co and another

18     company that he's identified as Lunati,

19     which he testified that he worked at

20     sometime between 2002 and 2005.

21          He just doesn't remember the

22     dates, but he says that he has both pay

23     stubs for Pave-Co and W-2 Forms for both

24     entities.  That will show us the years in

25     which he's worked.

1                          N. Quintanilla

2                  THE COURT:  All right.  And this

3          is the contention that these are also the

4          times he was working for the defendant?

5                  MR. ZABELL:  In his lawsuit, he

6          has alleged that he worked for the

7          defendant from 1998 through 2011.

8                  THE COURT:  Let me hear from

9          plaintiff's counsel.

10                 MR. McNAMARA:  Your Honor, we

11         believe they're not relevant to the

12         subject matter of the litigation.

13             The fact that this particular

14         plaintiff worked at, you know, other

15         establishments at a certain point isn't

16         relevant when defense counsel has records

17         of when he was actually working at

18         Pave-Co -- I'm sorry, at Suffolk Paving

19         and Suffolk Asphalt.

20                 THE COURT:  Well, if he was

21         working someplace else at the same time

22         or in the same time period, it certainly

23         occurs to me that it's relevant --

24                 MR. McNAMARA:  There isn't an

25         allegation that --

1                    N. Quintanilla

2            THE COURT:  Let me finish; all

3       right?

4            MR. McNAMARA:  I'm sorry.

5            THE COURT:  If this is the same

6       timeframe in which he was working for the

7       defendant, the defendant has the right to

8       test out the validity of his claim that

9       he was working a certain period of time

10      and being paid a certain amount of money

11      from defendant, so, again, the scope of

12      relevance here is quite broad under the

13      Federal Rules.

14            It doesn't mean that it's getting

15      in at trial, but it's certainly broad

16      enough that the restriction with the W-2

17      Forms, if he's got them, I'm going to

18      have him produce them; not his tax

19      returns.  I would not permit his tax

20      returns to be produced without meeting a

21      higher threshold required, which I don't

22      see here, but his W-2 Forms, he

23      certainly -- even if it is for another

24      company, given the fact that it is in the

25      same timeframe, there is some relevance

81

1              N. Quintanilla

2         here.

3              MR. McNAMARA:  Can I just add,

4         Your Honor, that if the defendants are

5         already able to see from their own

6         records what time periods Mr. Quintanilla

7         worked at Suffolk Paving and Asphalt, I

8         don't think it should be necessary to

9         disclose the W-2s to prove that exact

10        same information.

11             THE COURT:  Well, Counsel, I think

12        the time that he was working for the

13        defendant is part of the issue being

14        contested here, and with regard to what

15        your client says he worked and what the

16        defendant says he worked, may be two

17        different things.  I don't know that.

18             At this point, the defendants have

19        the right to check that, given the claim

20        that your client is making here, so he

21        can present those W-2s.

22             MR. McNAMARA:  Okay, your Honor.

23             THE COURT:  I don't expect him to

24        have them on him today, obviously.

25             MR. ZABELL:  Actually, your Honor,

82

```
 1                    N. Quintanilla

 2          he lives in Brentwood, and my office is

 3          right in Bohemia.  We've had this issue

 4          before during a deposition where a

 5          witness has gone home during lunch and

 6          brought the records back, and we were

 7          able to resume and not take them out of

 8          another day of work, because I know they

 9          are manual laborers and they're relying

10          on the work.

11               He's indicated that he could go

12          back during a break to get those

13          documents without any undue burden on

14          him.

15               THE COURT:  If that's the case,

16          then fine.  It would certainly save

17          everybody from having to come back

18          another day.

19               MR. McNAMARA:  That would be fine,

20          Your Honor.

21               The only thing is that I have not

22          yet spoken to him, and I don't know

23          exactly if he does or does not have them

24          in his possession at home.  He indicated

25          on the record that he wasn't sure.
```

83

```
 1                    N. Quintanilla
 2              MR. ZABELL:  I think the record
 3         says something a little different, but
 4         I'm sure we'll be able to sort through
 5         that.
 6              THE COURT:  If he wants to go home
 7         and check, fine.  He'll do his best to
 8         find them, and if he finds them, great.
 9         If he doesn't, he's going to come back
10         and tell you that.
11              MR. ZABELL:  Your Honor, I just
12         want to make sure that you're granting my
13         request to get the W-2s and the pay
14         stubs?
15              THE COURT:  Anything he's got that
16         shows the time he worked at the other
17         company, so long as, as I said, it's
18         within the timeframe that he claims he
19         was also working for the defendant.
20              MR. ZABELL:  Thank you,
21         Your Honor.
22              THE COURT:  Okay?
23              MR. McNAMARA:  Yes.  We appreciate
24         it, Your Honor.  Thank you.
25              THE COURT:  Have a good day.
```

84

1                    N. Quintanilla

2                    MR. ZABELL:  You, as well,

3         Your Honor.

4                    (Whereupon, the telephone call

5         with Judge Tomlinson was concluded.)

6                    MR. McNAMARA:  Let me go talk to

7         my client.

8                    (Whereupon, a recess was taken at

9         this time.)

10                    MR. ZABELL:  Counsel has agreed to

11        comply with all my requests and comply

12        with the Judge's order by 1:10 p.m.

13                    Correct, Counselor?

14                    MR. McNAMARA:  Or as soon as

15        possible.

16                    MR. ZABELL:  As soon as humanly

17        possible.

18                    We're breaking for lunch now.

19        It's 12:10 p.m.

20                    (Whereupon, a luncheon recess was

21        taken from 12:10 p.m. to 2:00 p.m.)

22        Q       Mr. Quintanilla, during that

23   break, I asked you to look at these documents to

24   make sure that the copies that I just made are

25   true and accurate copies of the documents that

85

                         N. Quintanilla

1

2    you brought to us during lunch.

3                    Did you have an opportunity to do

4    that?

5         A     Yes.

6         Q     Are they true and accurate copies?

7         A     Yes.

8         Q     You had a full and adequate

9    opportunity to review the documents to ensure

10   that they're adequate copies; right?

11        A     Yes.

12        Q     Okay.  Thank you, sir.

13                   I'm now handing you back your

14   original documents.  (Handing.)

15                   Do you have those?

16        A     Okay.

17        Q     Did I hand them back to you; yes

18   or no?

19        A     Yes.

20        Q     Did you ever provide these

21   documents to your attorneys?

22        A     Yes.

23        Q     You did?

24        A     Yes.

25        Q     Do you know why they didn't turn

86

1                        N. Quintanilla

2    them over to me?

3          A      I don't know.

4          Q      Was it Patrick's fault?

5                 MR. McNAMARA:  Objection.

6          A      No.

7          Q      Was it Ian's fault?

8                 MR. McNAMARA:  Objection.

9          A      I don't know.

10         Q      Was it Lauren's fault?

11                MR. McNAMARA:  Objection.

12         A      I don't know.

13         Q      You don't know?  Me neither.

14                Do you work for a company called

15   DF Stone Contracting now?

16         A      Yes.  That's Sunstone, but it's

17   just days.  I'm not working full-time.

18         Q      You're just working days there,

19   but you're not working nights; correct?

20         A      No.  I only work -- when they do

21   asphalt, they call me, and when they don't, I

22   don't.  They only call me some days.

23         Q      Do you work with anybody that you

24   worked with at Suffolk Paving or

25   Suffolk Asphalt?

87

```
 1                    N. Quintanilla

 2        A      Yes.

 3        Q      Who?

 4        A      Mendez.

 5        Q      Pracelis Mendez?

 6        A      Yes.

 7        Q      Don't you also work with

 8   Lerly Noe Rodriguez?

 9        A      Yes.

10        Q      Didn't I just ask you who you

11   worked with, and you said only Mendez?

12        A      No.

13               MR. McNAMARA:  Objection.

14               MR. ZABELL:  Would you read back a

15          couple of questions before.

16               (Whereupon, the requested portion

17          of the record was read by the court

18          reporter.)

19        Q      Other than Pracelis Mendez, do you

20   currently work with anybody else that you worked

21   with at Suffolk Asphalt or Suffolk Paving?

22        A      Can you repeat the question?

23        Q      No.

24        A      I don't understand the question.

25        Q      Yes, you do.
```

88

                          N. Quintanilla

1

2          A       It's just that I didn't

3    understand.

4          Q       Who do you work with that you used

5    to work with at Suffolk Asphalt and

6    Suffolk Paving?

7          A       I used to work with Renato.

8          Q       Now who do you work with now?

9                  MR. McNAMARA:  Objection.

10         A       Oh, now.  With Mendez and Lerly.

11         Q       Anybody else?

12         A       No.

13         Q       Are you sure?

14         A       Sure.

15         Q       Do you work for a company called

16   Capital Concrete of Long Island?

17         A       The company that I'm working for,

18   I know that it's called Sunstone, but I don't

19   know if it has another name.

20         Q       Don't you currently work with

21   Maynor Fajardo?

22         A       No.

23         Q       How about Renato Guerra?

24         A       No.

25         Q       Do you know where Renato Guerra

1                       N. Quintanilla

2    works?

3           A     Yes.

4           Q     Where does he work?

5           A     At Pioneer Company.

6           Q     And you don't work with him?

7           A     No.

8           Q     What about Maynor Fajardo?

9           A     Yes.  I work there.  It's the same

10   one.

11          Q     So you also work with

12   Maynor Fajardo?

13                MR. McNAMARA:  Objection.

14          A     No.

15          Q     You just said yes, you worked

16   there, it's the same one.

17          A     No, I said no.  Fajardo works at

18   Pioneer.  I don't work with him.

19          Q     Then, why did you just say you

20   did?

21          A     No, I didn't say yes.

22          Q     How did you get a job at Sunstone

23   as you claim?

24          A     Through Mendez.

25          Q     What if I told you that Mendez did

90
                              N. Quintanilla

1

2    not testify that he works for a company called

3    Sunstone?

4         A       Well, I don't know.

5         Q       What if I told you that Mendez

6    says that he works for a company called Capital

7    Concrete of Long Island?

8         A       That's why -- I don't know if the

9    company has another name or not.  I saw that it

10   says Sunstone.

11        Q       Well, Lerly Rodriguez also says

12   that he worked for a company called Capital

13   Concrete of Long Island.

14               Did you know that?

15        A       No.

16        Q       He also says that he works for a

17   company known as DF Stone Contracting.

18               Did you ever work for that

19   company?

20        A       For Sunstone?

21        Q       D, the letter D, F Stone?

22        A       Yes.

23        Q       Yes, what?

24        A       Yes, I worked for that company.

25        Q       So you worked for DF Stone; is

91

1                    N. Quintanilla

2    that correct?

3         A       Yes.

4         Q       What about Sunstone?

5         A       I don't know if it's the same

6    company or if it's separate.  I don't know.

7         Q       How much do you get paid an hour

8    working at Sunstone?

9         A       Sixty-nine -- I don't know

10   exactly, about sixty-nine.

11        Q       Sixty-nine what?

12        A       Dollars an hour.

13        Q       That's more than you made when you

14   were working at Suffolk Asphalt; correct?

15        A       Yes.

16        Q       You're being paid as a laborer;

17   correct?

18        A       As a laborer.

19        Q       What was your job at Suffolk Asphalt?

20        A       Sometimes I would rake, and

21   sometimes I was on the screw.

22        Q       What was your title?

23        A       Raker.

24        Q       You weren't an operating engineer?

25        A       No, I didn't use machinery.  I

92

1                        N. Quintanilla

2    used the screw when we did big streets because I

3    knew how to use it.

4         Q       You're sure you know how to use

5    it?

6         A       Yes.

7         Q       Let's talk about your last day of

8    work at Suffolk Asphalt.

9         A       That's fine.

10        Q       What happened?

11                Remember you promised to tell the

12   truth.  We know the truth.

13        A       My last day, they called me.  We

14   were working on 24 Hempstead Turnpike.  I don't

15   remember the name of the street.  We started at

16   8:00 a.m., and then we stopped for lunch.

17        Q       How long did you stop for lunch?

18        A       We stopped for lunch a

19   half-an-hour.

20        Q       Which is what you usually stop for

21   lunch; correct?

22        A       We would get sandwiches; Italian

23   heros, chicken cutlets.  That's what we liked.

24        Q       You usually stopped for at least

25   half-an-hour; right?

1                    N. Quintanilla

2        A       Yes.

3        Q       Okay, continue.

4        A       We would come back.  When I came

5   back, Lou was up on the paver, so then he worked

6   for awhile, and then he came down to me and

7   said -- he asked me why I was moving the buttons

8   on the paver so much, because the one that

9   drives the paver goes to one side and doesn't

10  drive it straight.

11              You move the extension so that

12  it's not open, so he said you moved them too

13  much.  Then, he said -- I said, if the paver

14  goes fast, it goes fast -- the thing that moves

15  the asphalt.

16       Q       The screw?

17       A       The screw; yes.

18              And he said, you moved it too

19  much, and I said, no.  Okay, and he said, if you

20  don't want to work, go home.

21       Q       He said that to you?

22       A       Yes.

23       Q       Did you tell him, no, I want to

24  work?

25       A       No, so I came home.

94

                              N. Quintanilla

1

2          Q      So he said to you that if you

3    don't want to work, go home --

4          A      Yes.

5          Q      -- and you went home?

6          A      Yes, I went home.

7          Q      Indicating that you did not want

8    to work; correct?

9          A      Because he was sending me home.

10         Q      Correct?

11                He said if you don't want to work,

12   go home; and you said you don't want to go to

13   work, so you went home; correct?

14         A      Yes.

15         Q      Were there any witnesses?

16         A      Yes, my friends were working

17   together with me.

18         Q      I would like their names, please.

19         A      Nelson Mendez and Efram

20   Quinteros -- Juan Quinteros.

21         Q      What about Efram?

22         A      Efram?

23         Q      You said Efram Quinteros.

24         A      No, Juan Quinteros.

25                THE INTERPRETER:  I'm sorry.  I

95

```
 1                    N. Quintanilla

 2          must have misunderstood him.

 3                    MR. ZABELL:  No, you didn't

 4          misunderstand him.  I heard him.

 5          A       I said Juan Quinteros.

 6          Q       No, you didn't.

 7          A       Yes.

 8          Q       No.

 9                    So you voluntarily walked off of

10    the job; correct?

11          A       Yes.  But because my boss sent me.

12          Q       He gave you the choice and you

13    chose to go home?

14          A       Yes.

15          Q       You didn't tell that to

16    unemployment; did you?

17          A       Excuse me?

18          Q       You didn't tell that to

19    unemployment; did you?

20          A       No.

21          Q       You lied to unemployment?

22          A       No, because he sent me home.

23          Q       He didn't send you home.  He gave

24    you the choice of working and listening to him,

25    and if you didn't want to work, you could have
```

96

1                    N. Quintanilla

2    gone home.

3                    That's what you just testified to;

4    correct?

5         A      Yes.

6         Q      And you choose to go home?

7         A      Yes.

8         Q      Not for lack of work, but for lack

9    of a desire to work; correct?

10        A      Yes, but --

11        Q      Yes, but nothing.

12        A      Okay.

13        Q      Then, you swore to unemployment

14   that you were telling the truth and said that

15   there was a lack of work, but that wasn't the

16   case when you walked off the job; correct?

17        A      (No verbal response.)

18        Q      Correct?

19        A      Yes.

20        Q      You lied to unemployment just to

21   get unemployment benefits; correct?

22        A      (No verbal response.)

23        Q      Correct?

24        A      No.

25        Q      Why did you lie to unemployment?

97

```
 1                    N. Quintanilla
 2        A       Because my boss sent me home.
 3        Q       Your boss gave you a choice
 4   between working or going home.
 5                You chose to go home; correct?
 6        A       Yes.
 7        Q       So your boss didn't tell you to go
 8   home.
 9                You chose to go home; correct?
10        A       Yes.
11        Q       Why are you lying again?
12                I thought we agreed you weren't
13   going to do that anymore.
14        A       No.  But it's that I'm telling the
15   truth.  That's what happened.  I'm not lying.
16        Q       Right.  You're telling me the
17   truth.  Lou Vecchia told you that you could
18   either work or you can go home.
19                You chose to go home; correct?
20        A       Yes.
21        Q       Then, you lied to unemployment and
22   told them that there was no work and that was
23   not true; correct?
24        A       Yes, but --
25        Q       But there was work, and you just
```

98

1                          N. Quintanilla

2      chose not to do it; correct?

3              A       Yes.

4              Q       Did you tell unemployment that?

5              A       No.

6              Q       Do you know what the penalty is

7      for lying to receive unemployment benefits?

8              A       No.

9              Q       Do you know that it's a violation

10     of the law?

11             A       No.

12             Q       But you were comfortable lying to

13     get something that you wanted; correct?

14             A       No, I did not.

15             Q       How much money did you receive a

16     week from unemployment?

17             A       A week, $364 they gave me.

18             Q       They only gave you that money

19     because you lied to them and told them the false

20     reason; correct?

21             A       Afterwards, they stopped my

22     benefits because Louie informed them that I had

23     abandoned the job.

24             Q       And you did abandon the job;

25     correct?

1                    N. Quintanilla

2          A      It's true that I abandoned it,

3    but --

4          Q      Thank you.

5          A      -- it was because he told me to.

6          Q      He gave you the choice.  You could

7    either work or go home.

8                 You chose to go home; correct?

9          A      Yes.

10         Q      Do you not understand that that's

11   abandoning your job?

12         A      No.

13         Q      What country are you from?

14         A      El Salvador.

15         Q      In El Salvador, if a boss says to

16   you that you can work or go home and you go

17   home, is that equivalent to abandoning a job?

18         A      No.  Because in my country, when

19   somebody -- when a boss sends you home, it's

20   because he's firing you from the job.

21         Q      Louis Vecchia didn't send you

22   home.

23                He gave you the choice of staying

24   or going and you chose to go; correct?

25         A      Yes.

1                          N. Quintanilla

2          Q        He didn't send you home; correct?

3          A        Yes, he sent me home.

4          Q        You sent yourself home; didn't

5     you?

6          A        Because -- I didn't leave because

7     I wanted to.

8          Q        You could have stayed and worked

9     and done what you were told; correct, and

10    followed orders like a good worker; correct?

11         A        I always followed his orders,

12    always.

13         Q        He said do you want to work or go

14    home; correct?

15         A        Yes.

16         Q        Did you say, I want to work?

17         A        No.

18         Q        But you could have; right?

19         A        Yes.

20         Q        But your ego wouldn't let you;

21    correct?

22         A        Yes.

23         Q        So your ego got you out of a job;

24    right?

25         A        Yes.

101

1                      N. Quintanilla

2          Q      If you just did what you were

3     told, you'd still be working now; correct?

4          A      I don't think so, because I didn't

5     work a lot from July 4th.  I worked about

6     five -- I don't remember, but they would not

7     have a lot of work for me.

8          Q      There wasn't a lot of work for

9     anybody; was there?

10         A      Most of them worked.  They would

11    only leave me and Lerly home.

12         Q      Why did you walk off the job?

13         A      Because my boss sent me home.

14         Q      We just we want through this.  He

15    didn't send you home.  You just admitted to me

16    that he didn't send you home.

17                He said to you, either you work or

18    you go home; right?

19         A      Yes.

20         Q      So he didn't send you home; right?

21         A      Yes.

22         Q      So stop lying.

23                Why did you go home?

24         A      Because he told me to go.

25         Q      You know you're lying; right?

1                              N. Quintanilla

2        A        I'm not lying to you.

3        Q        You are.

4                  Ask your lawyer if he thinks

5   you're lying.  Go ahead, look at him.

6                  MR. McNAMARA:  I think that you

7             need to be more clear, and listen to what

8             Mr. Zabell is asking you.

9                  THE WITNESS:  Okay.

10       Q        Did Louis Vecchia send you home?

11       A        He told me to go.  He said, do you

12   want to work or you go home.

13       Q        He gave you a choice; right?

14       A        Yes.

15       Q        You had two choices?

16       A        Yes.

17       Q        What were the two choices?

18       A        Work or go home.

19       Q        Which one did you choose?

20       A        Go home.

21       Q        Did you tell him, I choose to go

22   home?

23       A        Yes.

24       Q        What did he say in response?

25       A        You go.

103

1                     N. Quintanilla

2          Q      Did you say, no, but I really want

3     to work?

4          A      No.

5          Q      It was entirely your choice;

6     correct?

7          A      Yes.

8          Q      And it was your ego that wouldn't

9     let you say, no, I want to stay here and work?

10         A      Yes.

11         Q      Is your ego providing for your

12    family now?

13                MR. McNAMARA:  Objection.

14         A      I don't have to answer that

15    question.

16         Q      Yes, you do.  Answer the question.

17         A      No.

18         Q      Are you sorry you made the choice

19    that you made?

20         A      No.

21         Q      You're happy with the choice that

22    you made?

23         A      Yes.

24         Q      Did you tell the woman that you

25    call your wife about the choice that you made?

104

                              N. Quintanilla

1

2        A       Yes.

3        Q       Did you tell your wife that you

4   lost your job because of your ego?

5        A       I didn't say that it was because

6   of my ego, but I said I had lost my job because

7   they had sent me home.

8        Q       But they didn't send you home;

9   right?

10       A       Yes.

11       Q       You chose to go home?

12       A       Yes.

13       Q       How did you get home?

14       A       In my friend's car.

15       Q       Who?

16       A       Juan Quinteros.

17       Q       Did he quit too?

18       A       No.

19       Q       He did what he was told and wanted

20   to work; right?

21       A       No, because they didn't say

22   anything to him.

23       Q       Why do you think they said

24   something to you?

25       A       I don't know.

1                       N. Quintanilla

2          Q       Do you think they only said

3    something to you because you're Hispanic?

4          A       No.

5          Q       Do you have any idea why they said

6    anything to you?

7          A       No.

8          Q       Could they have said something to

9    you because they didn't like the way you were

10   doing your job?

11         A       I don't know.

12         Q       And they only wanted you to modify

13   how you were doing your job; right?

14         A       I don't know, I don't know.

15         Q       That's what Lou Vecchia said.

16                 He was only showing you a

17   different way to use the machine; right?

18         A       Yes.

19         Q       And you refused to follow his

20   directions; correct?

21         A       No, I didn't refuse to follow his

22   instructions.

23         Q       Did you follow his instructions?

24         A       I -- he didn't give me the

25   opportunity to follow them.

106

1           N. Quintanilla

2           Q      Well, he did give you the

3    opportunity to answer the question whether or

4    not you wanted to work or whether you wanted to

5    go home; correct?

6           A      Yes.

7           Q      So he did give you the opportunity

8    to say, I want to work and I'll follow your

9    instructions; correct?

10          A      Yes.

11          Q      So he did give you the

12   opportunity; correct?

13          A      Yes.

14          Q      Why would you lie again to me?

15          A      I'm not lying, but I'm confused.

16          Q      What are you confused about?

17          A      You're asking me a question, and

18   then, you're asking me another one.

19          Q      I'm going to continue asking you

20   questions all day and most of the night if this

21   continues.

22                 You understand that; right?

23                 If you don't understand a question

24   I ask you, you have to tell me that.

25                 Do you understand?

107

1                    N. Quintanilla

2        A       Yes.

3        Q       If you give me an answer to a

4    question, it will be assumed that you understood

5    it.

6                Do you understand?

7        A       Yes.

8        Q       So you lied to unemployment and

9    told them that there was no work when, in fact,

10   you walked off the job; correct?

11       A       Yes.

12       Q       And you lied to unemployment just

13   for the purposes of getting unemployment

14   benefits; correct?

15       A       Yes.

16       Q       And you received money that you

17   did not deserve; correct?

18       A       Yes.

19       Q       Are you going to return it?

20       A       If they ask me for it, yes.

21       Q       What else are you lying about?

22       A       No, I'm not lying anymore.

23       Q       Anymore from this point forward?

24       A       No.

25       Q       But up until this point, you were

108

1                           N. Quintanilla

2     okay lying; right?

3                     MR. McNAMARA:  Objection.

4          A       No.  It's not that I lied, but --

5     well --

6          Q       It's not that you lied, but you

7     didn't tell the truth.

8                     Is that what you're saying?

9          A       It's just that I'm saying -- I'm

10    saying -- I'm saying the truth.

11         Q       What are you saying the truth

12    about?

13         A       About what you're asking me.

14         Q       We're going to try this again.

15                    On the table is a donut; correct?

16         A       Yes.

17         Q       How many donuts are on the table?

18         A       One.

19         Q       Are you telling the truth?

20         A       Yes.

21         Q       I say there's one donut on the

22    table now.

23                    Am I telling the truth?

24         A       No.

25         Q       Why am I not telling the truth?

109

N. Quintanilla

2      A      Because there is no donut on the

3      table.

4      Q      Now I say there is a donut on the

5      table.

6             Am I telling the truth?

7      A      Yes.

8      Q      Why am I telling the truth?

9      A      Because there's a donut on the

10     table.

11     Q      So we understand the difference

12     between the truth and a lie; correct?

13     A      Yes.

14     Q      And you understand between when

15     you were telling the truth today and when you

16     were telling a lie today; correct?

17     A      Excuse me?

18     Q      You understand today when you were

19     telling the truth and when you were telling a

20     lie; correct?

21     A      Yes.

22     Q      Okay.  Please don't lie anymore.

23            Do you understand?

24     A      Yes.

25     Q      Do you understand that every time

1                        N. Quintanilla

2      you lie, you're exposing yourself to allegations

3      of perjury?

4             A      Okay.

5             Q      There are severe penalties for

6      that.

7                    MR. McNAMARA:  Objection.

8             A      Okay.

9             Q      Plus, it hurts your case, and your

10     lawyer cringes every time you lie.  Look at him,

11     he'll agree.

12                   MR. McNAMARA:  Just please

13              continue to tell the truth.

14                   THE WITNESS:  Okay.

15            Q      Did you ever get paid overtime

16     when you worked at Suffolk Paving?

17            A      Yes, a few times.

18            Q      Did you ever get paid overtime

19     when you worked at Suffolk Asphalt?

20            A      Yes.

21            Q      Was overtime ever paid at double

22     the amount of your hourly wage?

23            A      No.  They paid time-and-a-half.

24            Q      They paid time-and-a-half for all

25     hours over forty?

111

```
 1                    N. Quintanilla

 2         A      Yes.

 3                (Document consisting of copies of

 4         pay stubs from Pave-Co were marked as

 5         Defendants' Exhibit Number 2, for

 6         identification, as of this date.)

 7         Q      Now, I'm going to show you a

 8    document that has been marked as Defendants'

 9    Exhibit Number 2.

10                Take a look at that.

11         A      (Witness complies.)

12         Q      Do you know what that document is?

13         A      Yes.

14         Q      What is that document?

15         A      It's a check stub.

16         Q      It's more than one check stub;

17    right?

18         A      Yes.

19         Q      It's a check stub from what

20    entity?

21         A      It's from Pave-Co.

22         Q      Does it show the period of time

23    that you worked for Pave-Co?

24         A      I don't know what the period of

25    time is.
```

112

                           N. Quintanilla

1

2        Q       Pass it up here, please.

3        A       (Witness complies.)

4        Q       Doesn't it show that you worked

5    from June to October of 2006?

6        A       Where does it say that?

7               MR. ZABELL:  Let the record

8           reflect that Patrick McNamara is coaching

9           his witness in what I deem to be a

10          permissible manner, pointing to where on

11          the document it shows that my statement

12          is absolutely correct.

13              Do you agree with that

14          characterization of your action?

15              MR. McNAMARA:  That's a fair

16          characterization.

17              MR. ZABELL:  Okay, thank you.

18       A       Yes.

19       Q       Yes, what?

20       A       He's showing me.

21       Q       He's showing you what?

22       A       The date of the check stub.

23       Q       Right.

24              Do the dates show that you worked

25    from June to October of '06, like I said?

113

1                          N. Quintanilla

2        A        Yes, from 06/25 of 2006.

3        Q        To?

4        A        Until --

5        Q        October?

6                 MR. McNAMARA:  Can you tell the

7            witness that the documents are out of

8            order, and that's why...

9                 MR. ZABELL:  Say please.

10                MR. McNAMARA:  Please.

11       A        Yes, I don't remember from what

12   period to what period I worked.

13       Q        Give me the document.

14       A        (Witness complies.)

15       Q        The first page shows that you

16   worked in June; correct?

17       A        Yes.

18       Q        When you turn the page, does it

19   not show that you worked in October?

20       A        Yes.

21       Q        See, I don't lie; do I?

22       A        Yes.

23       Q        I do lie?

24       A        No.

25       Q        I never lie; right?

114

1                          N. Quintanilla

2          A       No.

3          Q       Thank you.

4                  Do you remember working from June

5     to October of 2006 now?

6          A       Yes.

7          Q       Then, why didn't you tell me that?

8          A       Because I wasn't sure.

9          Q       You're not sure about a lot of

10    things you don't have a problem telling me

11    about; right?

12         A       Yes.

13         Q       I know.

14                 (Document consisting of a copies

15             of pay stubs from Ralph Lunati was marked

16             as Defendants' Exhibit Number 3, for

17             identification, as of this date.)

18         Q       I'm going to show you a document

19    marked as Defendants' Exhibit Number 3.

20                 You can take a look.  Touch it,

21    feel it, review it.

22         A       (Witness complies.)

23         Q       Do you know what this document is?

24         A       Yes.

25         Q       What is this document?

115

N. Quintanilla

1

2       A       Check stubs when I worked for

3   Ralph Lunati.

4       Q       What did you do for Ralph Lunati?

5       A       I raked and I shoveled.

6       Q       Same thing you did for

7   Suffolk Paving at the time; correct?

8       A       Yes.

9       Q       And you worked, roughly, the same

10  amount of hours each week; correct?

11      A       No.  Sometimes we worked and

12  sometime we didn't.

13      Q       Did you work more or less hours at

14  Ralph Lunati?

15      A       Sometimes we worked from 7:00 to

16  5:00.  Sometimes 7:00 to 4:00, 6:00, 7:00, but

17  we never had an hour.  We got out at different

18  times.

19      Q       Answer the question I ask you.

20              Did you work more hours or less

21  hours at Ralph Lunati?

22      A       No.

23      Q       Listen to my question.

24              Did you work more or less hours at

25  Ralph Lunati than you did at Suffolk Paving?

116

                           N. Quintanilla

1

2          A      I worked less hours for

3    Ralph Lunati.

4          Q      Did you ever work overtime at

5    Ralph Lunati?

6          A      Yes.

7          Q      Were you paid for that overtime?

8          A      Yes.

9          Q      Does that show on your paychecks

10   that you were paid for that overtime?

11         A      Yes.

12         Q      Show me where, please.

13         A      (Perusing.)

14         Q      Stop whispering, speak up.

15         A      There are no overtime hours here.

16         Q      I thought you just said you were

17   paid overtime.

18                Are you lying again?

19                MR. McNAMARA:  Objection.

20         A      I haven't seen this in years.  I

21   don't remember.

22         Q      You don't remember working

23   overtime, or you don't remember getting paid

24   overtime?

25         A      No, I don't remember.

1                        N. Quintanilla

2          Q      You don't remember either or any?

3          A      No.

4          Q      If you don't remember something,

5    don't lie about it.  Just say you don't

6    remember.

7                 Do you understand that?

8          A      (No verbal response.)

9          Q      Do you understand that?

10         A      Yes.

11         Q      Would you like to take back what

12   you said before?

13         A      No.  I don't remember.

14                (Document consisting of a copy of

15                Mr. Quintanilla's W-2 Form from Pave-Co

16                was marked as Defendants' Exhibit Number 4,

17                for identification, as of this date.)

18         Q      I'm going to show you a document

19   that's been marked as Exhibit 4.

20                Take a look at that document.

21         A      (Witness complies.)

22         Q      Do you know what that document is?

23         A      Yes, it's a W-2.

24         Q      For when?

25         A      For 2006.

118

```
 1                    N. Quintanilla

 2        Q       For what employer?

 3        A       For Pave-Co.

 4        Q       You worked for Pave-Co in 2006;

 5   right?

 6        A       Yes.

 7        Q       Do you remember when you worked

 8   for Ralph Lunati?

 9        A       Yes, in 2003.

10        Q       Right.

11                From what month to what month?

12        A       I don't recall.

13        Q       Do you want to look at Exhibit 3?

14   And I'll tell you that you worked from June to

15   October.

16        A       I don't remember the exact dates.

17   I don't remember.

18        Q       Right.  But if you look at the

19   document you just had in your hands, it will

20   show that you worked from June to October;

21   right?

22        A       Yes.

23        Q       So did you work from June to

24   October?

25        A       Yes.
```

119

1                    N. Quintanilla

2        Q      You worked for the whole paving

3   season; right?

4        A      It's just that -- it's just

5   that -- yes, but I really don't remember, yes.

6        Q      You brought those documents in;

7   right?

8        A      Yes.

9        Q      I didn't make them up; right?

10       A      No.

11       Q      But the documents say you worked

12  from June to October; correct?

13       A      Yes.

14       Q      Is there any reason why you don't

15  believe that to be truthful and accurate?

16       A      No, no, because the dates are

17  here.  It's true.

18       Q      So you worked for Ralph Lunati for

19  the paving season; correct?

20       A      Yes.

21       Q      And yet, the very next year,

22  Suffolk Paving took you back; correct?

23       A      Yes.

24       Q      Why do you think they were so nice

25  to you?

120

                              N. Quintanilla

1

2        A        Because I was a good worker.

3        Q        They paid you; correct?

4        A        No.

5        Q        They never paid you; right?

6        A        At Suffolk Paving?

7        Q        Correct.

8        A        Yes.

9        Q        Yes, they never paid you?

10       A        Yes.

11       Q        They made you work for free?

12       A        They never paid me for all of the
13 work that I did.

14       Q        They made you work for free;
15 right?

16                MR. McNAMARA:  Objection.

17       Q        Yes or no?

18       A        Yes.

19       Q        Yes, you worked for free; right,
20 and every week you received a paycheck, though;
21 right?

22       A        Yes.

23       Q        And every week it showed the hours
24 that you worked on your paycheck; correct?

25       A        Yes.

121

N. Quintanilla

2    Q    Some of those weeks you received

3  overtime; correct?

4    A    A few times.

5    Q    And some of those weeks you even

6  got something called grease time; right?

7    A    No, they would never pay me for

8  grease time.  I never used the machinery.

9    Q    In addition to your paycheck,

10  sometimes you'd get cash; right?

11    A    Yes, a few times.

12    Q    That money that they paid you

13  allowed you to provide for the woman you call

14  your wife; correct?

15    A    Yes.

16    Q    And your two children --

17    A    Yes.

18    Q    -- that you told me about?

19    A    Yes.

20    Q    There may be others that you don't

21  want to tell me about.

22    MR. McNAMARA:  Objection.

23    A    No.

24    Q    That money didn't help you pay to

25  raise those children?

1                      N. Quintanilla

2              MR. McNAMARA:  Objection.

3        A      Yes.  The ones that I have now,

4    yes.

5        Q      Are you planning on having more?

6        A      No, no, no.

7        Q      When you say "the ones that I have

8    now," you indicate to me that you might have

9    another one on the way.

10             If you do and you don't want to

11   tell me about it, it's okay, but I'm wishing you

12   congratulations.

13             MR. McNAMARA:  Objection.

14       A      No, I don't think so.

15       Q      But you're not sure now; are you?

16   You're going to have to check.

17                  I'll take those back.

18       A      (Handing.)

19                  (Document consisting of a copy of

20                  tax form Mr. Quintanilla received from

21                  Suffolk Paving was marked as Defendants'

22                  Exhibit Number 5, for identification, as

23                  of this date.)

24       Q      I'm going to show you what's been

25   identified as Defendants' Exhibit Number 5.

123

1                     N. Quintanilla

2                 What is that document?

3          A       It's a copy of the taxes.

4          Q       It's a copy of the tax form that

5      you received from Suffolk Paving; correct?

6          A       Yes.

7          Q       For what year?

8          A       For 2006.

9          Q       That's the same year you worked

10     for Pave-Co; right?

11         A       Yes.

12         Q       In addition to the money you made

13     from Pave-Co, you also received money from

14     Suffolk Paving; correct?

15         A       Yes.

16         Q       A lot of money; right?

17         A       Yes.

18         Q       For a short period of time; right?

19         A       Yes.

20         Q       Suffolk Paving was pretty good to

21     you; right?

22         A       Yes.

23         Q       It allowed you to get hair gel;

24     right?

25         A       Yes.

124

N. Quintanilla

1    Q    It allowed you to provide for your

2    family?

4    A    Yes.

5    Q    Put a roof over your head?

6    A    Yes.

7    Q    Food in your belly?

8    A    Yes.

9    Q    And you're suing them?

10    A    Yes.

11    Q    And you don't know how much money

12    you want from them?

13    A    I don't know.

14    Q    Not only are you suing

15    Louis Vecchia, but you're suing his son;

16    correct?

17    A    Yes.

18    Q    Do you know why you're suing his

19    son?

20    A    Yes.  Because the company is owned

21    by the father and him.

22    Q    How do you know that?

23    A    Because Chris's name is on the

24    union company.

25    Q    Is that the only reason you know

125

1                              N. Quintanilla

2     that?

3              A      Yes.

4              Q      But not only are you suing the

5     father and son, you're also suing his wife.

6                     Did you know that?

7              A      Yes.

8              Q      Is that a nice thing to do?

9                     MR. McNAMARA:  Objection.

10             A      No.

11             Q      Are you comfortable suing his

12    wife?

13             A      Well, yes, because she is the one

14    that was in charge of making the checks and

15    everything.

16             Q      But if she doesn't own the

17    company, you've got no right to sue her;

18    correct?

19             A      I don't know if she's an owner.

20             Q      Do you have any reason to believe

21    that she is an owner?

22             A      I think she is.  She's Louie's

23    wife.

24             Q      Does your wife own everything you

25    have?

126

                        N. Quintanilla

1

2      A      No.

3      Q      Does she own your hair gel?

4      A      No.

5      Q      Does she own your shirt?

6      A      No.

7      Q      Why do you think that

8  Helene Vecchia owns the company?

9      A      Well, I don't know.

10     Q      Exactly.

11            Do you think it's right to sue his

12  wife?

13            MR. McNAMARA:  Objection.

14     A      Yes.

15     Q      Why?

16     A      Because she -- because she is in

17  the business together with him, I think.

18     Q      Why do you think?

19     A      Because if he gave Chris the

20  company, she can have it, as well.  She can be

21  in the business.

22     Q      She was the one that made sure you

23  got a paycheck every week; right?

24     A      Yes.

25     Q      And the paycheck indicated the

127

                        N. Quintanilla

2    hours you worked; correct?

3           A       Yes.

4           Q       Are you familiar with your

5    collective bargaining agreement?

6           A       What is the union?

7           Q       The agreement that your union

8    entered into with Suffolk Asphalt.

9           A       No.

10          Q       Do you know what the union

11   agreement says with regard to travel time?

12          A       No.

13          Q       Do you know how travel time is

14   supposed to be paid?

15          A       No.

16          Q       Do you know what travel time is?

17          A       No.

18          Q       Travel time is the time between

19   getting to the shop in the morning and getting

20   to the worksite.

21          A       Okay.

22          Q       Are you looking for anything,

23   other than travel time in this lawsuit?

24          A       (No verbal response.)

25          Q       Yes or no?

128

1                        N. Quintanilla

2          A       No, no.

3          Q       You're only looking for travel

4    time; correct?

5          A       No, for the hours that we worked

6    and that they didn't pay us for.

7          Q       What hours were those?

8                  Go by day, day and year.  Tell me

9    what those hours were.

10         A       Days and years, I don't remember.

11   We would always work sixty, fifty, and sometimes

12   we worked seventy-five hours.

13         Q       In a month?

14         A       A week.

15         Q       No, you didn't.

16                 MR. McNAMARA:  Objection.

17         Q       Stop lying.

18                 MR. McNAMARA:  Objection.

19         A       No, because we would always

20   work -- we would start 6:30.  We would get to

21   the yard at 6:30.  We would return at 6:00 p.m.,

22   7:00 at night.  We worked fifty, fifty-five

23   hours per week.

24         Q       Did you work fifty or fifty-five?

25         A       We would always work -- it wasn't

129

1                           N. Quintanilla

2      always fifty or fifty-five.  Sometimes we work

3      forty, forty-five, fifty, sixty hours a week.

4           Q      No, you didn't.

5           A      Yes.

6           Q      When it rained, sometimes you

7      didn't work forty hours in a week.

8           A      No.  When it rained and it was

9      raining when we woke up, we didn't go in.

10          Q      And then, there were some weeks

11     where, in the beginning and the end of the

12     season, you didn't even work every day of the

13     week; correct?

14          A      I don't understand.

15                 Can you repeat the question?

16          Q      At the beginning and at the end of

17     the season, you didn't even work five days a

18     week; correct?

19          A      No.  At the end of the season, we

20     would work four or three days, four or three

21     days because of cold.  It was for those reasons,

22     we didn't work.

23          Q      At the beginning of the season

24     too; correct?

25          A      Yes.

130

                        N. Quintanilla

1

2          Q        So you didn't always work the

3     hours you said.

4                        You were, again, lying; correct?

5          A        No.  Because we worked -- when the

6     season would start and it was hot, we did work

7     all of that time.

8                        MR. McNAMARA:  Can we take a short

9               bathroom break?

10                       MR. ZABELL:  You're asking me if

11              you can go to the bathroom?

12                       MR. McNAMARA:  Well, on the record

13              just so that we can --

14                       MR. ZABELL:  Are you asking me if

15              you can go to the bathroom?

16                       MR. McNAMARA:  Well, I'm not

17              asking you.  I'm asking, on the record,

18              to take a break.

19                       MR. ZABELL:  As long as you wash

20              your hands before you come back in.

21                       MR. McNAMARA:  Your office needs

22              to provide some soap then.  Good thing I

23              have hand sanitizer.

24                       MR. ZABELL:  You're excused.

25                       MR. McNAMARA:  Great.

131

1                        N. Quintanilla

2                   (Whereupon, a recess was taken at

3            this time.)

4        Q      Are you okay?

5        A      Yes.

6        Q      You're going to tell the truth;

7     right?

8        A      Yes.

9        Q      If you don't, your nose is going

10    to grow like Pinocchio.

11                   MR. McNAMARA:  I just want to say

12            on the record that any questioning

13            regarding Nelson's unemployment and/or

14            the Department of Labor will be subject

15            to the confidentiality agreement.

16                   MR. ZABELL:  I will object to that

17            designation, and, Counselor, you know

18            what steps you need to take in order to

19            enforce your designation or to test the

20            appropriateness with the Court.

21                   MR. McNAMARA:  Right.

22                   MR. ZABELL:  Correct?

23                   MR. McNAMARA:  Yes.

24        Q      Now, why did you lie to the

25    New York State Department of Labor, Division of

132

```
 1                   N. Quintanilla
 2    Unemployment, regarding the end of your
 3    employment with Suffolk Paving or
 4    Suffolk Asphalt?
 5                   You may want to ask your attorney
 6    if you should assert your rights to not
 7    incriminate yourself.
 8         A      Can I speak --
 9                   MR. McNAMARA:  Would you come and
10             translate for us?
11                   THE INTERPRETER:  Sure.
12                   MR. ZABELL:  Can I, please?
13                   MR. McNAMARA:  I'm sorry.  Please.
14                   THE INTERPRETER:  Yes, I will.
15                   MR. McNAMARA:  Thank you.
16                   (Whereupon, a recess was taken at
17             this time.)
18         Q      You guys met and spoke outside?
19         A      Yes.
20         Q      Is there something you want to
21    say?
22         A      No.
23                   MR. ZABELL:  Go ahead.  Help him
24             out, Counselor.
25                   MR. McNAMARA:  We discussed
```

133

N. Quintanilla

2          outside that you have a Fifth Amendment

3          Right against self-incrimination, and you

4          can elect to assert that right by

5          responding to Mr. Zabell as we discussed

6          outside.

7                    THE WITNESS:  Okay, yes.

8          Q      Do you feel that if you answer my

9    question, you will be incriminating yourself?

10         A      I'm going to use -- take the

11   Fifth.

12         Q      Do you believe that if you answer

13   my question, you will be incriminating yourself?

14         A      (No verbal response.)

15         Q      You must answer that.

16         A      Yes.

17         Q      So you acknowledge that you did

18   something wrong with unemployment?

19         A      I don't think so, because when I

20   called for unemployment, I didn't have work.  I

21   wasn't working.  I was at home, and from

22   July 4th until August, I worked about five days.

23   I don't remember really well, but I didn't work

24   much.

25                Q      And you didn't work because you

134

1                          N. Quintanilla

2    walked off of the job site; correct?

3                    MR. McNAMARA:  Objection.

4          A      No.  At that time, they called me

5    to work another day.  I went and then that's

6    when I went home.

7          Q      After you walked off the job site,

8    they called you back to come back to work?

9                    Mr. McNAMARA:  Objection.

10         A      No, no, no, no, no.

11         Q      Because that's what you just said.

12                  Are you lying to me again?

13         A      No.

14         Q      I think you might be.

15                  MR. McNAMARA:  Objection.

16         A      No.  From July -- since July, I

17   didn't work.  Okay, the last day I worked -- I'm

18   not sure if it was August 6th.  I don't know the

19   date, but it was in August, and whenever I

20   worked, I reported the day.

21         Q      Right.  But the last day you

22   worked was when you walked off the job; correct?

23         A      Yes.

24         Q      Voluntarily because of your ego;

25   yes?

135

1                     N. Quintanilla

2              MR. McNAMARA:  Objection.

3         Q     Yes?

4         A     Can I take the Fifth?

5         Q     Did your attorneys convey to you a

6    settlement offer in this case?

7         A     Yes, to my friend.

8         Q     What did they tell you?

9         A     Mendez told me that they had

10   offered him $100,000.

11        Q     Him, personally, or everybody?

12        A     Everyone.

13        Q     Did your lawyers tell you that?

14        A     Yes.

15        Q     When?

16        A     I don't remember when.

17        Q     Did they give you an opportunity

18   to accept or reject that amount?

19        A     My attorney?

20        Q     Yes.

21        A     They told me to reject it.

22        Q     Did they give you an opportunity

23   to accept it?

24        A     No.

25        Q     Don't you think they should have?

136

                        N. Quintanilla

1

2        A        No.

3        Q        Because now, instead of getting a
4   potential settlement, you're looking at
5   potential perjury charges and Workers'
6   Compensation fraud; right?

7        A        (No verbal response.)

8        Q        Correct?

9        A        Can I take the Fifth?

10       Q        No.

11       A        Can you repeat the question?

12       Q        Instead of accepting the
13   settlement and walking away, you're now looking
14   at potential perjury charges, because you've
15   lied throughout today's deposition and criminal
16   prosecution for unemployment fraud; right?

17       A        Yes.

18       Q        Are you happy about that?

19       A        No.

20       Q        It seems like you got some bad
21   advice along the way, my friend.

22                Do you understand that?

23       A        Yes.

24       Q        When did you drive the box truck;
25   during which years?

1                    N. Quintanilla

2         A      The box truck, I don't remember

3    which years.

4         Q      Is that the only company vehicle

5    you drove?

6         A      Yes, the box truck.

7         Q      And you have no idea what years

8    you drove that box truck?

9         A      No, I don't recall.

10        Q      Do you remember testifying today

11   that you always drive the box truck?

12        A      No, not always.  I drove it for

13   some years because a few of us drove it.  I

14   drove it, Lerly drove it, and Walter.

15        Q      Did you drive anybody to work in

16   the morning?

17        A      Yes.

18        Q      Who?

19        A      I would drive from the yard to the

20   job.

21        Q      Every day?

22        A      During the time that I was

23   driving, yes.

24        Q      Your vehicle or the company's

25   vehicle?

138

1                    N. Quintanilla

2        A        No, the company's.  The box truck.

3        Q        And you have no idea when that

4    was?

5        A        No.

6        Q        And you have no idea for how long

7    that was; do you?

8        A        No, I don't know for how long I

9    drove it.

10        Q        When you drove to the shop every

11    morning, to the shop, did you pick anybody else

12    up in the morning?

13        A        In the box truck?

14        Q        In your car.

15        A        In my car, I always left my house

16    at 5:30.  Sometimes I would pick up a coworker

17    of mine and sometimes not.

18        Q        Who was the coworker you would

19    pick up?

20        A        Jose Vega.

21        Q        He was the only person you would

22    pick up in the morning?

23        A        Yes.

24        Q        Do you have a telephone?

25        A        Yes.

139

1                     N. Quintanilla

2         Q       What is your telephone number?

3         A       (No verbal response.)

4         Q       Do you not know your telephone

5    number?

6         A       His?

7         Q       Yours.

8         A       Oh, mine; yes.

9         Q       What is your telephone number?

10        A       It's (631) 782-5953.

11        Q       Did you ever provide that number

12   to anyone at Suffolk Paving?

13        A       Yes.

14        Q       Who did you provide that to?

15        A       To Chris.

16        Q       So Chris could call you and give

17   you job assignments; correct?

18        A       Yes.

19        Q       So you knew where to show up in

20   the morning; correct?

21        A       Yes.

22        Q       And Chris has been calling you for

23   the past six years to tell you where to show up

24   for work in the morning; right?

25        A       (No verbal response.)

140

```
 1                    N. Quintanilla

 2        Q      Yes?

 3        A      (No verbal response.)

 4        Q      Si?

 5        A      Not six years.

 6        Q      Five years?

 7        A      From -- he started calling me

 8   in 2009.

 9        Q      So from 2009 forward, he would

10   call you the night before to tell you where to

11   go in the morning?

12        A      No, he would call me in the

13   morning.

14        Q      Oh, he would call you in the

15   morning and tell you where to go?

16        A      Yes.

17        Q      Before 2009, he would call you at

18   night and tell you where to go; right?

19        A      No.

20        Q      You have a GPS in your car; right?

21        A      In my car?

22        Q      Yes.

23        A      Yes.

24        Q      It tells you where to go.  It

25   gives you directions; correct?
```

141

                         N. Quintanilla

1

2        A        Yes.

3        Q        When did you get that?

4        A        I got it -- I don't remember when

5    I bought it.

6        Q        But you got it at or about the

7    time that you stopped driving to the shop in the

8    morning; right?

9        A        Yes.

10       Q        Because before, you would go to

11   the shop to get a copy of a map to give you

12   directions on where to go; right?

13       A        Yes.

14       Q        And that was really the only

15   reason you would go in the morning; correct?

16       A        Yes.

17                MR. ZABELL:  Thank you.  I have

18           nothing further.

19                (Time noted:  4:15 p.m.)

20

21

22

23

24

25

142

1

2                    A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK      )

5                           : ss

6    COUNTY OF              )

7

8          I, NELSON QUINTANILLA, hereby certify that

9    I have read the transcript of my testimony taken

10   under oath in my deposition of September 20, 2011;

11   that the transcript is a true, complete and

12   correct record of my testimony; and that the

13   answers on the record as given by me are true

14   and correct.

15

16   _____

17         NELSON QUINTANILLA

18

19

20   Signed and subscribed to before me
     this ____ day of _____, 2011.
21

22   _____
     Notary Public, State of New York
23

24

25

143

1

2                    INDEX TO TESTIMONY

3    WITNESS              EXAMINATION BY          PAGE

4    Nelson Quintanilla   Mr. Zabell               4

5

6                        EXHIBITS

7    DEFENDANTS'    DESCRIPTION                    PAGE

8
9    1              Document consisting of
                    a copy of Mr. Quintanilla's
10                  driver's license               4

11   2              Document consisting of copies
                    of pay stubs from Pave-Co     110

12   3              Document consisting of copies
                    of pay stubs from Ralph Lunati 114
13
14   4              Document consisting of a copy
                    of Mr. Quintanilla's W-2 Form
15                  from Pave-Co                   117

16   5              Document consisting of a copy
                    of Mr. Quintanilla's tax form
17                  from Suffolk Paving            122

18

19

20

21

22

23

24

25

144

1

2                  C E R T I F I C A T E

3

4        I, KAREN M. LaMENDOLA, a Notary Public in

5    and for the State of New York, do hereby certify:

6        THAT the witness whose testimony is

7    hereinbefore set forth, was duly sworn by me;

8    and

9        THAT the within transcript is a true

10   record of the testimony given by said witness.

11       I further certify that I am not related,

12   either by blood or marriage, to any of the

13   parties in this action; and

14       THAT I am in no way interested in the

15   outcome of this matter.

16       IN WITNESS WHEREOF, I have hereunto set

17   my hand this 5th day of October, 2011.

18

19

20   _____
                KAREN M. LaMENDOLA
21

22

23

24

25

145

1

2                          ERRATA SHEET

3        I wish to make the following changes for

4    the following reasons:

5    PAGE LINE

6    ____ ___ CHANGE:_____

7             REASON:_____

8    ____ ___ CHANGE:_____

9             REASON:_____

10   ____ ___ CHANGE:_____

11            REASON:_____

12   ____ ___ CHANGE:_____

13            REASON:_____

14   ____ ___ CHANGE:_____

15            REASON:_____

16   ____ ___ CHANGE:_____

17            REASON:_____

18   ____ ___ CHANGE:_____

19            REASON:_____

20   ____ ___ CHANGE:_____

21            REASON:_____

22   ____ ___ CHANGE:_____

23            REASON:_____

24   ____ ___ CHANGE:_____

25            REASON:_____

1

**$**

**$100,000** [1] - 135:10
**$200** [3] - 30:16, 30:19, 30:22
**$364** [1] - 98:17
**$400** [5] - 30:15, 30:17, 30:18, 30:20, 30:21

**'**

**'06** [1] - 112:25
**'72** [1] - 11:13
**'98** [2] - 13:7, 54:14

**0**

**06/25** [1] - 113:2
**09-CV-5331** [1] - 1:9
**095331** [1] - 74:22

**1**

**1** [3] - 4:21, 4:25, 143:8
**1-5** [1] - 1:11
**100** [1] - 46:4
**10017** [2] - 2:5, 2:14
**110** [1] - 143:11
**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** [1] - 11:21
**114** [1] - 143:12
**117** [1] - 143:14
**11704** [1] - 12:10
**11716** [1] - 2:19
**11717** [1] - 4:18
**122** [1] - 143:16
**12:10** [2] - 84:19, 84:21
**15th** [1] - 38:24
**1998** [2] - 13:8, 79:7
**1999** [1] - 13:12
**1:10** [1] - 84:12

**2**

**2** [4] - 68:16, 111:5, 111:9, 143:10
**20** [2] - 1:14, 142:10
**2000** [5] - 13:14, 13:15, 20:25, 37:17, 37:21
**2001** [3] - 13:17, 64:8, 64:9
**2002** [5] - 13:21,

66:17, 66:19, 75:18, 78:20
**2003** [10] - 13:25, 36:25, 37:20, 37:21, 38:5, 38:15, 66:20, 67:18, 68:18, 118:9
**2004** [3] - 14:8, 21:8, 67:20
**2005** [3] - 14:12, 75:18, 78:20
**2006** [8] - 14:16, 14:17, 112:5, 113:2, 114:5, 117:25, 118:4, 123:8
**2007** [1] - 14:20
**2008** [1] - 14:22
**2009** [8] - 14:24, 62:3, 62:5, 68:16, 68:18, 140:8, 140:9, 140:17
**2010** [1] - 15:2
**2011** [6] - 1:14, 15:4, 79:7, 142:10, 142:20, 144:17
**24** [1] - 92:14
**2:00** [1] - 84:21

**3**

**3** [4] - 114:16, 114:19, 118:13, 143:12
**31** [1] - 1:20

**4**

**4** [5] - 117:16, 117:19, 143:4, 143:9, 143:13
**4875** [2] - 1:16, 2:18
**4:00** [1] - 115:16
**4:15** [1] - 141:19
**4th** [2] - 101:5, 133:22

**5**

**5** [3] - 122:22, 122:25, 143:15
**501** [2] - 2:5, 2:14
**5:00** [5] - 27:20, 27:22, 64:14, 115:16
**5:30** [2] - 27:20, 27:21, 138:16
**5th** [1] - 144:17

**6**

**631** [1] - 139:10
**6:00** [5] - 23:5, 64:11, 64:14, 115:16, 128:21
**6:30** [5] - 23:5, 27:10, 27:12, 128:20, 128:21
**6th** [3] - 15:7, 15:9, 134:18

**7**

**7-Eleven** [5] - 24:23, 25:2, 25:5, 25:7, 25:10
**782-5953** [1] - 139:10
**7:00** [6] - 64:10, 64:11, 115:15, 115:16, 128:22
**7:30** [1] - 25:22

**8**

**8** [4] - 4:17, 7:25, 8:4, 11:13
**868** [1] - 2:9
**8:00** [2] - 64:11, 92:16

**9**

**9:45** [1] - 1:15

**A**

**a.m** [5] - 1:15, 27:20, 27:22, 64:10, 92:16
**abandon** [1] - 98:24
**abandoned** [2] - 98:23, 99:2
**abandoning** [2] - 99:11, 99:17
**ability** [2] - 4:6, 7:11
**able** [6] - 51:2, 57:23, 72:12, 81:5, 82:7, 83:4
**above-mentioned** [1] - 1:22
**absolutely** [3] - 12:9, 12:16, 112:12
**accept** [2] - 135:18, 135:23
**accepting** [1] - 136:12
**accurate** [8] - 7:11, 33:8, 33:11, 39:25,

46:5, 84:25, 85:6, 119:15
**acknowledge** [1] - 133:17
**action** [2] - 112:14, 144:13
**actual** [1] - 76:11
**add** [2] - 71:24, 81:3
**addition** [2] - 121:9, 123:12
**additional** [1] - 10:2
**address** [1] - 4:16
**adequate** [2] - 85:8, 85:10
**administer** [1] - 3:15
**admitted** [3] - 58:8, 59:10, 101:15
**admitting** [1] - 60:7
**advice** [1] - 136:21
**advised** [1] - 57:12
**afternoon** [1] - 47:22
**afterwards** [1] - 98:21
**ages** [1] - 8:9
**ago** [2] - 18:18, 29:13
**agree** [3] - 39:24, 110:11, 112:13
**agreed** [2] - 84:10, 97:12
**AGREED** [3] - 3:3, 3:8, 3:12
**agreement** [5] - 68:10, 127:5, 127:7, 127:11, 131:15
**ahead** [6] - 34:14, 34:18, 55:16, 56:12, 102:5, 132:23
**alcohol** [3] - 7:3, 7:4, 7:8
**Alejandro** [1] - 19:22
**ALEJANDRO** [1] - 1:3
**ALEX** [1] - 1:3
**allegation** [1] - 79:25
**allegations** [1] - 110:2
**alleged** [1] - 79:6
**allowed** [4] - 25:16, 121:13, 123:23, 124:2
**almost** [2] - 11:11, 16:7
**ALSO** [1] - 2:23
**AMAYA** [1] - 1:3
**Amaya** [1] - 19:22
**Amendment** [1] - 133:2
**AMIR** [1] - 1:3
**amount** [4] - 80:10, 110:22, 115:10,

135:18
**amounts** [1] - 30:24
**AND** [3] - 3:3, 3:8, 3:12
**angrier** [3] - 52:8, 52:10, 52:12
**angry** [8] - 5:6, 5:8, 5:10, 5:11, 5:12, 5:16, 5:21, 52:13
**Anna** [2] - 10:11, 10:13
**answer** [32] - 6:14, 6:19, 7:5, 7:14, 8:16, 9:16, 12:6, 12:19, 12:20, 35:4, 36:15, 36:17, 38:17, 39:17, 44:10, 44:16, 45:18, 46:2, 50:10, 56:18, 58:17, 58:20, 71:23, 73:2, 103:14, 103:16, 106:3, 107:3, 115:19, 133:8, 133:12, 133:15
**answered** [2] - 9:20, 37:4
**answering** [3] - 8:14, 34:11, 68:8
**answers** [9] - 4:5, 6:5, 9:19, 38:25, 39:5, 58:10, 59:11, 59:13, 142:13
**anticipated** [1] - 45:10
**anyway** [1] - 74:11
**applied** [1] - 35:19
**apply** [1] - 32:8
**appreciate** [1] - 83:23
**appropriateness** [1] - 131:20
**April** [3] - 38:9, 38:19, 38:24
**areas** [1] - 41:23
**AREVALO** [1] - 1:4
**Arias** [1] - 2:24
**Arizona** [2] - 41:3, 41:5
**Article** [1] - 1:20
**Asphalt** [21] - 14:19, 14:21, 14:23, 14:25, 15:3, 15:5, 16:8, 18:6, 31:14, 36:4, 79:19, 81:7, 86:25, 87:21, 88:5, 91:14, 91:19, 92:8, 110:19, 127:8, 132:4
**ASPHALT** [1] - 1:10
**asphalt** [3] - 62:15, 86:21, 93:15
**assert** [2] - 132:6, 133:4

assignment [1] - 31:14
assignments [1] - 139:17
ASSOCIATES [1] - 2:17
assume [1] - 78:10
assumed [3] - 6:15, 6:20, 107:4
ate [1] - 24:16
attach [1] - 72:19
attorney [7] - 35:2, 55:22, 56:16, 61:7, 63:15, 132:5, 135:19
Attorneys [2] - 2:4, 2:18
attorneys [5] - 3:4, 18:15, 19:15, 85:21, 135:5
August [5] - 15:7, 15:9, 133:22, 134:18, 134:19
authorized [1] - 3:15
available [2] - 47:6, 77:12
Avenue [5] - 2:5, 2:14, 4:17, 7:25, 8:4
awhile [4] - 14:2, 37:2, 37:7, 93:6

**B**

Babylon [1] - 2:10
background [1] - 77:2
bacon [1] - 23:15
bad [2] - 66:3, 136:20
ball [25] - 42:23, 43:16, 44:3, 45:13, 46:12, 46:15, 46:18, 46:22, 47:6, 47:19, 47:20, 48:8, 48:16, 48:21, 48:24, 49:3, 49:8, 49:12, 49:18, 49:21, 49:22, 49:23, 50:18, 50:21, 51:23
bargaining [1] - 127:5
base [1] - 63:25
baseball [1] - 42:5
based [1] - 63:19
bathroom [3] - 130:9, 130:11, 130:15
become [1] - 65:9
BEFORE [1] - 1:18
began [1] - 19:13
beginning [3] - 129:11, 129:16,

129:23
begs [1] - 9:25
behalf [1] - 12:15
believable [3] - 44:15, 46:9, 47:8
belly [1] - 124:7
benefits [6] - 32:9, 35:19, 96:21, 98:7, 98:22, 107:14
best [2] - 4:6, 83:7
better [2] - 33:16, 34:8
between [9] - 3:4, 58:17, 58:19, 75:17, 78:20, 97:4, 109:12, 109:14, 127:18
big [2] - 21:12, 92:2
bigger [1] - 41:24
bit [3] - 25:24, 31:8, 76:25
black [1] - 24:21
blood [1] - 144:12
Bohemia [3] - 1:16, 2:19, 82:3
boots [4] - 51:7, 51:8, 51:15, 51:20
born [1] - 11:12
boss [11] - 12:23, 12:24, 15:10, 33:12, 95:11, 97:2, 97:3, 97:7, 99:15, 99:19, 101:13
bought [1] - 141:5
box [19] - 21:13, 21:22, 21:24, 24:10, 43:5, 43:11, 43:14, 43:17, 43:19, 45:14, 47:6, 51:24, 136:24, 137:2, 137:6, 137:8, 137:11, 138:2, 138:13
break [15] - 35:2, 35:18, 38:12, 41:11, 41:24, 41:25, 45:12, 47:17, 57:11, 71:6, 71:13, 82:12, 84:23, 130:9, 130:18
breakfast [6] - 22:20, 23:2, 23:21, 23:22, 24:12, 41:15
breaking [1] - 84:18
breath [2] - 44:18, 44:20
Brentwood [2] - 4:17, 82:2
brief [1] - 75:4
briefly [1] - 76:16
bring [2] - 41:16, 43:7
broad [2] - 80:12, 80:15

brought [7] - 21:14, 43:10, 44:2, 77:6, 82:6, 85:2, 119:6
burden [1] - 82:13
business [2] - 126:17, 126:21
but.. [1] - 67:2
buttons [1] - 93:7
buy [2] - 23:23, 41:15
BY [3] - 2:20, 4:11, 143:3

**C**

calculations [3] - 63:18, 63:20, 63:25
Capital [3] - 88:16, 90:6, 90:12
car [31] - 42:25, 43:6, 43:7, 43:10, 43:11, 43:13, 43:17, 45:13, 46:13, 46:16, 46:19, 46:22, 47:20, 47:21, 48:9, 48:17, 48:21, 48:24, 49:9, 49:11, 49:17, 49:22, 49:24, 50:18, 50:21, 51:5, 104:14, 138:14, 138:15, 140:20, 140:21
card [1] - 32:6
Carlos [5] - 19:19, 19:22, 22:14, 22:15, 52:4
CARLOS [1] - 1:5
carry [3] - 29:3, 29:21, 51:4
case [9] - 12:14, 12:17, 44:4, 44:7, 74:20, 82:15, 96:16, 110:9, 135:6
Case [1] - 1:9
cash [11] - 16:10, 30:11, 30:14, 30:17, 30:20, 30:21, 30:22, 30:25, 70:23, 70:24, 121:10
CASTILLO [1] - 1:6
certain [3] - 79:15, 80:9, 80:10
certainly [4] - 79:22, 80:15, 80:23, 82:16
certification [1] - 3:6
certify [3] - 142:8, 144:5, 144:11
chambers [1] - 74:9
change [6] - 20:13, 44:11, 44:15, 45:7,

45:23, 45:24
CHANGE [10] - 145:6, 145:8, 145:10, 145:12, 145:14, 145:16, 145:18, 145:20, 145:22, 145:24
changed [1] - 14:18
changes [1] - 145:3
characterization [2] - 112:14, 112:16
characterize [1] - 7:16
charge [1] - 125:14
charges [2] - 136:5, 136:14
check [14] - 16:12, 30:15, 30:17, 31:3, 31:4, 64:3, 81:19, 83:7, 111:15, 111:16, 111:19, 112:22, 115:2, 122:16
checks [6] - 16:14, 30:8, 67:25, 70:21, 70:22, 125:14
cheese [2] - 23:15
Chicken [1] - 40:17
chicken [2] - 40:18, 92:23
children [15] - 8:5, 8:7, 8:10, 8:13, 8:19, 8:22, 8:25, 9:4, 9:7, 9:10, 9:21, 9:25, 11:7, 121:16, 121:25
choice [10] - 95:12, 95:24, 97:3, 99:6, 99:23, 102:13, 103:5, 103:18, 103:21, 103:25
choices [2] - 102:15, 102:17
choose [3] - 96:6, 102:19, 102:21
chose [8] - 95:13, 97:5, 97:9, 97:19, 98:2, 99:8, 99:24, 104:11
Chris [7] - 17:14, 18:5, 18:10, 126:19, 139:15, 139:16, 139:22
Chris's [1] - 124:23
CHRISTOPHER [1] - 1:11
Christopher [1] - 18:7
City [2] - 19:16, 27:21
Civil [1] - 1:21
claim [3] - 80:8,

81:19, 89:23
claimed [2] - 11:8, 75:15
claims [1] - 83:18
clear [1] - 102:7
cleats [1] - 51:4
client [2] - 73:8, 81:15, 81:20, 84:7
closes [1] - 62:13
Co [30] - 2:9, 2:13, 37:22, 37:25, 38:3, 66:20, 66:23, 67:15, 67:24, 68:11, 69:6, 69:21, 70:4, 71:3, 75:21, 75:22, 76:9, 78:17, 78:23, 79:18, 111:4, 111:21, 111:23, 117:15, 118:3, 118:4, 123:10, 123:13, 143:11, 143:14
co [1] - 73:7
Co-Counsel [2] - 2:9, 2:13
co-counsel [1] - 73:7
coaching [1] - 112:8
coffee [6] - 24:17, 24:19, 24:20, 24:23, 25:3, 25:5
cold [1] - 129:21
collecting [1] - 32:17
collective [1] - 127:5
colloquy [1] - 74:7
comfortable [2] - 98:12, 125:11
companies [7] - 69:9, 69:14, 69:15, 70:20, 71:2, 75:20, 75:25
Company [1] - 89:5
company [33] - 13:2, 13:16, 13:19, 14:18, 15:25, 18:4, 21:2, 21:5, 21:10, 22:9, 22:13, 62:13, 78:16, 78:18, 80:24, 83:17, 86:14, 88:15, 88:17, 90:2, 90:6, 90:9, 90:12, 90:17, 90:19, 90:24, 91:6, 124:20, 124:24, 125:17, 126:8, 126:20, 137:4
company's [2] - 137:24, 138:2
Compensation [1] - 136:6
complete [1] - 142:11
complies [5] - 111:11, 112:3,

113:14, 114:22, 117:21
**comply** [2] - 84:11
**concluded** [1] - 84:5
**Concrete** [3] - 88:16, 90:7, 90:13
**conference** [2] - 73:20, 77:7
**confidentiality** [2] - 68:10, 131:15
**confused** [4] - 50:5, 50:11, 106:15, 106:16
**congratulations** [1] - 122:12
**consisting** [10] - 4:19, 111:3, 114:14, 117:14, 122:19, 143:8, 143:10, 143:12, 143:13, 143:15
**content** [2] - 56:20, 61:16
**contention** [1] - 79:3
**contested** [1] - 81:14
**continue** [5] - 23:23, 25:25, 93:3, 106:19, 110:13
**continues** [1] - 106:21
**Contracting** [2] - 86:15, 90:17
**convey** [1] - 135:5
**copies** [8] - 84:24, 84:25, 85:6, 85:10, 111:3, 114:14, 143:10, 143:12
**copy** [10] - 4:19, 5:5, 117:14, 122:19, 123:3, 123:4, 141:11, 143:9, 143:13, 143:15
**corn** [1] - 22:23
**Corp** [1] - 74:18
**CORP** [2] - 1:10
**Correct** [2] - 84:13, 94:10
**correct** [119] - 18:7, 26:14, 29:15, 29:18, 29:22, 31:5, 32:25, 33:8, 33:21, 34:4, 35:23, 36:5, 36:9, 40:22, 41:9, 43:11, 45:16, 46:11, 50:22, 53:13, 54:25, 56:2, 56:6, 57:14, 59:11, 59:13, 59:14, 59:18, 59:22, 59:25, 60:5, 60:10, 62:6, 62:10, 62:16, 62:18, 64:22, 66:4, 68:18, 68:22, 69:6, 69:10, 69:15,

70:15, 78:12, 86:19, 91:2, 91:14, 91:17, 92:21, 94:8, 94:13, 95:10, 96:4, 96:9, 96:16, 96:18, 96:21, 96:23, 97:5, 97:9, 97:19, 97:23, 98:2, 98:13, 98:20, 98:25, 99:8, 99:24, 100:2, 100:9, 100:10, 100:14, 100:21, 101:3, 103:6, 105:20, 106:5, 106:9, 106:12, 107:10, 107:14, 107:17, 108:15, 109:12, 109:16, 109:20, 112:12, 113:16, 115:7, 115:10, 119:12, 119:19, 119:22, 120:3, 120:7, 120:24, 121:3, 121:14, 123:5, 123:14, 124:16, 125:18, 127:2, 128:4, 129:13, 129:18, 129:24, 130:4, 131:22, 134:2, 134:22, 136:8, 139:17, 139:20, 140:25, 141:15, 142:12, 142:14
**correctly** [1] - 45:10
**counsel** [7] - 69:2, 73:7, 76:16, 76:23, 77:7, 79:9, 79:16
**Counsel** [5] - 2:9, 2:13, 73:6, 81:11, 84:10
**Counselor** [8] - 39:24, 49:16, 69:22, 71:19, 72:15, 84:13, 131:17, 132:24
**counselor** [1] - 57:7
**country** [1] - 99:13, 99:18
**COUNTY** [1] - 142:6
**couple** [1] - 87:15
**course** [1] - 50:25
**court** [2] - 78:4, 87:17
**Court** [3] - 1:24, 3:17, 131:20
**COURT** [18] - 1:2, 73:24, 77:15, 77:21, 77:25, 78:6, 79:2, 79:8, 79:20, 80:2, 80:5, 81:11, 81:23, 82:15, 83:6, 83:15, 83:22, 83:25
**coworker** [2] -

138:16, 138:18
**coworkers** [3] - 21:24, 24:22, 25:16
**criminal** [1] - 136:15
**cringes** [1] - 110:10
**current** [1] - 4:16
**cutlet** [1] - 40:18
**cutlets** [1] - 92:23
**cutters** [2] - 27:4

## D

**dad** [1] - 54:7
**damaged** [1] - 27:5
**date** [8] - 4:22, 38:10, 111:6, 112:22, 114:17, 117:17, 122:23, 134:19
**dates** [4] - 78:22, 112:24, 118:16, 119:16
**daughter** [2] - 8:6, 8:11
**days** [15] - 15:23, 15:24, 40:2, 45:14, 47:24, 64:13, 64:15, 86:17, 86:18, 86:22, 128:10, 129:17, 129:20, 129:21, 133:22
**December** [5] - 61:25, 62:2, 62:5, 62:9, 62:15
**deem** [1] - 112:9
**deep** [1] - 44:17
**defendant** [11] - 12:14, 75:19, 77:22, 79:4, 79:7, 80:7, 80:11, 81:13, 81:16, 83:19
**Defendants** [3] - 1:12, 1:20, 2:18
**defendants** [6] - 68:15, 68:22, 69:5, 75:16, 81:4, 81:18
**Defendants'** [9] - 4:21, 4:24, 111:5, 111:8, 114:16, 114:19, 117:16, 122:21, 122:25
**DEFENDANTS'** [1] - 143:7
**defense** [1] - 79:16
**deli** [5] - 23:9, 25:4, 41:8, 41:12, 41:14
**demand** [1] - 69:23
**Department** [2] - 131:14, 131:25
**depended** [1] - 27:20

**deponent** [2] - 39:22, 73:16
**deposed** [2] - 74:24, 75:3
**deposing** [1] - 75:13
**deposition** [18] - 3:13, 6:2, 6:4, 18:13, 19:13, 28:23, 29:3, 50:9, 56:21, 59:25, 60:8, 65:14, 74:17, 75:11, 75:12, 82:4, 136:15, 142:10
**DESCRIPTION** [1] - 143:7
**deserve** [1] - 107:17
**designation** [2] - 131:17, 131:19
**desire** [1] - 96:9
**DF** [3] - 86:15, 90:17, 90:25
**difference** [4] - 58:16, 58:19, 58:24, 109:11
**different** [11] - 13:15, 20:6, 20:9, 20:10, 20:16, 53:15, 75:20, 81:17, 83:3, 105:17, 115:17
**dimples** [1] - 5:16
**directions** [3] - 105:20, 140:25, 141:12
**disclose** [1] - 81:9
**discuss** [2] - 56:20, 72:21
**discussed** [2] - 132:25, 133:5
**discussion** [2] - 73:4, 74:3
**dispute** [2] - 73:13, 73:15
**disputes** [1] - 77:6
**DISTRICT** [2] - 1:2, 1:2
**Division** [1] - 131:25
**document** [19] - 4:19, 4:24, 111:3, 111:8, 111:12, 111:14, 112:11, 113:13, 114:14, 114:18, 114:23, 114:25, 117:14, 117:18, 117:20, 117:22, 118:19, 122:19, 123:2
**Document** [5] - 143:8, 143:10, 143:12, 143:13, 143:15
**documents** [16] -

63:8, 63:10, 63:11, 63:14, 63:16, 71:7, 71:14, 82:13, 84:23, 84:25, 85:9, 85:14, 85:21, 113:7, 119:6, 119:11
**DOES** [1] - 1:11
**dollars** [1] - 91:12
**done** [2] - 17:7, 100:9
**donut** [2] - 108:15, 108:21, 109:2, 109:4, 109:9
**donuts** [1] - 108:17
**door** [1] - 75:10
**double** [1] - 110:21
**down** [5] - 28:16, 33:6, 62:14, 93:6
**drink** [4] - 7:4, 24:20, 24:21, 40:24
**drive** [10] - 20:19, 21:2, 21:5, 21:17, 22:3, 93:10, 136:24, 137:11, 137:15, 137:19
**driver's** [2] - 4:20, 143:9
**drives** [1] - 93:9
**driving** [2] - 137:23, 141:7
**drove** [11] - 21:7, 21:22, 22:13, 137:5, 137:8, 137:12, 137:13, 137:14, 138:9, 138:10
**drugs** [1] - 7:8
**due** [1] - 32:17
**duly** [4] - 4:3, 4:8, 144:7
**during** [14] - 35:2, 37:25, 48:10, 59:25, 69:4, 71:6, 71:12, 82:4, 82:5, 82:12, 84:22, 85:2, 136:25, 137:22

## E

**early** [2] - 66:8, 66:13
**East** [2] - 2:9, 27:22
**EASTERN** [1] - 1:2
**eat** [6] - 22:20, 23:2, 23:21, 40:11, 40:19, 40:22
**EDWIN** [1] - 1:5
**Edwin** [4] - 19:23, 41:18, 41:19, 41:21
**effect** [3] - 3:16, 29:4, 59:21

4

**Efram** [3] - 94:19, 94:21, 94:23
**efram** [1] - 94:22
**egg** [6] - 23:11, 23:15, 24:15, 25:9, 25:12, 26:8
**ego** [7] - 100:20, 100:23, 103:8, 103:11, 104:4, 104:6, 134:24
**either** [6] - 21:8, 97:18, 99:7, 101:17, 117:2, 144:12
**either/or** [1] - 41:6
**El** [2] - 99:14, 99:15
**elect** [1] - 133:4
**eleven** [1] - 68:17
**employ** [1] - 75:19
**employed** [1] - 35:23
**employees** [1] - 21:17
**employer** [2] - 72:12, 118:2
**employment** [3] - 15:8, 76:4, 132:3
**end** [9] - 15:9, 62:6, 62:9, 64:15, 72:15, 129:11, 129:16, 129:19, 132:2
**enforce** [1] - 131:19
**engineer** [1] - 91:24
**English** [5] - 4:4, 4:6, 31:7, 39:20, 39:23
**ensure** [1] - 85:9
**entered** [1] - 127:8
**entirely** [1] - 103:5
**entities** [1] - 78:24
**entity** [1] - 111:20
**equivalent** [1] - 99:17
**ERRATA** [1] - 145:2
**ESCALANTE** [1] - 1:5
**Escalante** [2] - 19:22, 22:15
**ESQ** [2] - 2:11, 2:20
**establishments** [1] - 79:15
**esteemed** [1] - 69:2
**Evelyn** [2] - 10:11, 10:13
**exact** [1] - 38:10, 81:9, 118:16
**exactly** [6] - 67:5, 70:6, 70:9, 82:23, 91:10, 126:10
**EXAMINATION** [3] - 1:18, 4:11, 143:3
**examined** [1] - 4:9
**except** [1] - 3:9

**Excuse** [1] - 109:17
**excuse** [3] - 38:11, 58:18, 95:17
**excused** [3] - 78:2, 78:4, 130:24
**Exhibit** [11] - 4:21, 4:25, 111:5, 111:9, 114:16, 114:19, 117:16, 117:19, 118:13, 122:22, 122:25
**EXHIBITS** [1] - 143:6
**exist** [1] - 63:11
**expect** [1] - 81:23
**expected** [1] - 43:22
**explain** [2] - 29:8, 48:13
**explained** [2] - 50:12, 68:25
**exposing** [1] - 110:2
**extension** [1] - 93:11

## F

**face** [1] - 27:13
**fact** [3] - 79:13, 80:24, 107:9
**fair** [1] - 112:15
**fairly** [1] - 52:14
**FAJARDO** [1] - 1:4
**Fajardo** [7] - 52:20, 52:24, 53:10, 88:21, 89:8, 89:12, 89:17
**false** [1] - 58:10, 58:17, 58:20, 98:19
**familiar** [2] - 41:23, 127:4
**family** [2] - 103:12, 124:3
**fast** [3] - 40:20, 93:14
**father** [2] - 124:21, 125:5
**fault** [3] - 86:4, 86:7, 86:10
**February** [1] - 62:16
**Federal** [3] - 29:4, 59:22, 80:13
**feet** [1] - 51:10
**fellow** [2] - 19:3, 19:7
**few** [12] - 14:2, 24:18, 30:13, 38:6, 66:10, 73:9, 77:11, 110:17, 121:4, 121:11, 137:13
**field** [1] - 43:4
**Fifth** [6] - 2:5, 2:14, 133:2, 133:11, 135:4, 136:9

**fifty** [8] - 128:11, 128:22, 128:24, 129:2, 129:3
**fifty-five** [3] - 128:22, 128:24, 129:2
**figure** [3] - 63:9, 63:12, 69:13
**figuring** [1] - 63:5
**file** [1] - 72:12
**filing** [1] - 3:5
**fill** [1] - 33:5
**filled** [1] - 72:11
**fine** [11] - 6:13, 7:18, 7:19, 7:24, 57:6, 57:9, 73:18, 82:16, 82:19, 83:7, 92:9
**finish** [1] - 66:11, 66:12, 80:2
**finished** [2] - 27:5, 71:10
**firing** [1] - 99:20
**first** [7] - 19:6, 60:25, 61:4, 61:10, 61:23, 77:25, 113:15
**five** [23] - 22:2, 23:25, 24:2, 24:9, 26:5, 26:17, 26:22, 26:23, 27:6, 29:15, 29:20, 29:21, 74:11, 101:6, 128:12, 128:22, 128:24, 129:2, 129:3, 129:17, 133:22, 140:6
**Flakes** [1] - 22:23
**Flores** [2] - 10:11, 10:13
**follow** [5] - 105:19, 105:21, 105:23, 105:25, 106:8
**followed** [2] - 100:10, 100:11
**following** [3] - 74:6, 145:3, 145:4
**follows** [1] - 4:10
**food** [3] - 23:24, 41:16, 124:7
**force** [1] - 3:16
**Form** [2] - 117:15, 143:14
**form** [4] - 3:9, 122:20, 123:4, 143:16
**formal** [3] - 69:23, 71:25, 76:23
**forms** [1] - 76:10
**Forms** [9] - 69:20, 70:3, 70:17, 76:8, 78:15, 78:16, 78:23, 80:17, 80:22
**forth** [1] - 144:7
**forty** [5] - 11:11,

110:25, 129:3, 129:7
**forty-five** [1] - 129:3
**forward** [2] - 107:23, 140:9
**four** [4] - 29:20, 29:21, 129:20
**fraud** [2] - 136:6, 136:16
**free** [1] - 120:11, 120:14, 120:19
**friend** [2] - 135:7, 136:21
**friend's** [1] - 104:14
**friends** [3] - 17:3, 19:17, 94:16
**frosted** [1] - 22:24
**full** [5] - 4:13, 38:21, 66:4, 85:8, 86:17
**full-time** [1] - 86:17
**FURTHER** [2] - 3:8, 3:12

## G

**GALEANO** [1] - 1:5
**Garcia** [1] - 19:22
**GARCIA** [1] - 1:4
**gel** [2] - 123:23, 126:3
**girlfriends** [1] - 11:5
**given** [5] - 78:8, 80:24, 81:19, 142:13, 144:10
**GOLDBERG** [1] - 2:4
**GPS** [5] - 27:23, 28:2, 28:17, 28:21, 140:20
**granting** [1] - 83:12
**grapefruit** [2] - 44:24, 45:2
**grease** [2] - 121:6, 121:8
**great** [2] - 83:8, 130:25
**group** [1] - 20:11
**grow** [1] - 131:10
**Guerra** [5] - 52:22, 52:25, 53:6, 88:23, 88:25
**guy** [2] - 19:9, 24:9
**guys** [2] - 41:25, 132:18

## H

**hair** [2] - 123:23, 126:3
**half** [5] - 64:19,

92:19, 92:25, 110:23, 110:24
**half-an-hour** [2] - 92:19, 92:25
**Hampton** [2] - 27:22
**hand** [3] - 85:17, 130:23, 144:17
**handing** [1] - 85:13, 85:14, 122:18
**handle** [1] - 77:13
**hands** [2] - 118:19, 130:20
**happy** [2] - 103:21, 136:18
**hardly** [1] - 24:20
**head** [1] - 124:5
**hear** [2] - 76:16, 79:8
**heard** [1] - 95:4
**held** [3] - 1:22, 73:4, 74:3
**Helene** [1] - 126:8
**HELENE** [1] - 1:11
**help** [5] - 63:9, 63:12, 67:14, 69:12, 121:24
**Help** [1] - 132:23
**helped** [2] - 17:2, 56:23
**Hempstead** [1] - 92:14
**HEREBY** [1] - 3:3
**hereby** [3] - 3:6, 142:8, 144:5
**herein** [4] - 1:19, 3:5, 4:3, 4:8
**hereinbefore** [1] - 144:7
**hereunto** [1] - 144:16
**hero** [1] - 40:14
**heros** [1] - 92:23
**hide** [1] - 34:6
**hiding** [1] - 34:9
**higher** [1] - 80:21
**Highway** [2] - 1:16, 2:18
**Hispanic** [1] - 105:3
**Hispanics** [1] - 10:22
**hold** [2] - 15:6, 32:4
**home** [67] - 15:10, 15:11, 15:13, 21:11, 21:15, 32:13, 32:21, 32:24, 33:13, 36:3, 36:8, 66:8, 66:13, 71:6, 71:13, 82:5, 82:24, 83:6, 93:20, 93:25, 94:3, 94:5, 94:6, 94:9, 94:12, 94:13, 95:13, 95:22, 95:23, 96:2, 96:6,

97:2, 97:4, 97:5, 97:8, 97:9, 97:18, 97:19, 99:7, 99:8, 99:16, 99:17, 99:19, 99:22, 100:2, 100:3, 100:4, 100:14, 101:11, 101:13, 101:15, 101:16, 101:18, 101:20, 101:23, 102:10, 102:12, 102:18, 102:20, 102:22, 104:7, 104:8, 104:11, 104:13, 106:5, 133:21, 134:6
**honest** [1] - 32:18
**honestly** [1] - 50:10
**Honor** [12] - 77:20, 77:24, 78:14, 79:10, 81:4, 81:22, 81:25, 82:20, 83:11, 83:21, 83:24, 84:3
**hot** [1] - 130:6
**hour** [6] - 19:2, 91:7, 91:12, 92:19, 92:25, 115:17
**hourly** [1] - 110:22
**hours** [24] - 30:8, 31:5, 63:18, 64:3, 64:8, 66:17, 110:25, 115:10, 115:13, 115:20, 115:21, 115:24, 116:2, 116:15, 120:23, 127:2, 128:5, 128:7, 128:9, 128:12, 128:23, 129:3, 129:7, 130:3
**house** [4] - 26:4, 26:19, 43:12, 138:15
**humanly** [1] - 84:16
**hurt** [1] - 51:10
**hurts** [1] - 110:9

### I

**ian** [1] - 61:9
**IAN** [1] - 2:13
**Ian** [2] - 61:11, 61:24
**Ian's** [1] - 86:7
**iced** [1] - 40:25
**Iced** [2] - 41:2, 41:3
**idea** [1] - 60:20, 62:23, 64:7, 68:12, 68:21, 69:8, 76:2, 105:5, 137:7, 138:3, 138:6
**identification** [5] - 4:22, 111:6, 114:17, 117:17, 122:22

**identified** [3] - 78:17, 78:18, 122:25
**immediately** [1] - 16:7
**immigration** [1] - 12:10
**impaired** [1] - 7:12
**important** [1] - 39:4
**IN** [1] - 144:16
**income** [4] - 68:4, 68:8, 69:19, 75:9
**incorrect** [1] - 49:5
**incriminate** [1] - 132:7
**incriminating** [2] - 133:9, 133:13
**incrimination** [1] - 133:3
**INDEX** [1] - 143:2
**indicate** [1] - 122:8
**indicated** [4] - 73:6, 82:11, 82:24, 126:25
**indicates** [1] - 12:14
**indicating** [1] - 94:7
**individual** [2] - 12:13, 76:8
**individuals** [1] - 75:9
**influence** [1] - 7:8
**information** [5] - 28:13, 63:25, 64:5, 69:14, 81:10
**informed** [1] - 98:22
**instead** [2] - 136:3, 136:12
**instruct** [1] - 12:5
**instructed** [2] - 76:23, 77:3
**instructions** [3] - 105:22, 105:23, 106:9
**interested** [1] - 144:14
**interpret** [1] - 4:4
**interpreter** [1] - 31:10
**INTERPRETER** [3] - 94:25, 132:11, 132:14
**Interpreter** [2] - 2:24, 4:3, 4:9
**interpreting** [1] - 31:10
**IS** [3] - 3:3, 3:8, 3:12
**Island** [3] - 88:16, 90:7, 90:13
**issue** [3] - 75:5, 81:13, 82:3
**issued** [1] - 75:8
**IT** [3] - 3:3, 3:8, 3:12
**Italian** [2] - 40:14, 92:22

### J

**January** [2] - 11:13, 62:16
**JAVIER** [1] - 1:5
**job** [33] - 21:18, 22:4, 22:8, 22:18, 23:24, 25:16, 43:8, 43:11, 56:2, 56:5, 57:13, 57:23, 89:22, 91:19, 95:10, 96:16, 98:23, 98:24, 99:11, 99:17, 99:20, 100:23, 101:12, 104:4, 104:6, 105:10, 105:13, 107:10, 134:2, 134:7, 134:22, 137:20, 139:17
**jobs** [1] - 16:18
**JOHN** [1] - 1:11
**Jose** [1] - 138:20
**JOSE** [2] - 1:4, 1:5
**Juan** [4] - 94:20, 94:24, 95:5, 104:16
**JUAN** [1] - 1:6
**judge** [2] - 74:8, 75:7
**Judge** [8] - 29:5, 59:22, 73:14, 73:22, 74:6, 77:4, 77:16, 84:5
**Judge's** [1] - 84:12
**July** [5] - 15:6, 101:5, 133:22, 134:16
**June** [9] - 38:19, 112:5, 112:25, 113:16, 114:4, 118:14, 118:20, 118:23, 119:12

### K

**Karen** [1] - 1:23
**KAREN** [2] - 144:4, 144:20
**keep** [4] - 46:13, 46:21, 65:8, 78:15
**ketchup** [1] - 23:16
**KEVIN** [1] - 1:5
**kind** [3] - 24:19, 34:10, 46:12
**kindly** [1] - 77:14
**known** [1] - 90:17

### L

**Labor** [2] - 131:14, 131:25
**laborer** [2] - 91:16,

91:18
**laborers** [1] - 82:9
**lack** [6] - 32:17, 32:25, 33:20, 34:4, 35:23, 36:4, 96:8, 96:15
**laid** [3] - 62:5, 62:8, 62:12
**LaMendola** [3] - 1:23, 144:4, 144:20
**last** [6] - 7:2, 7:6, 92:7, 92:13, 134:17, 134:21
**late** [1] - 37:9
**laugh** [1] - 27:17
**laughing** [1] - 27:16
**LAUREN** [1] - 2:4
**Lauren's** [1] - 86:10
**law** [1] - 98:10
**Law** [1] - 1:21
**LAW** [9] - 2:4, 2:8, 2:13, 74:8, 74:19, 74:23, 75:6, 76:15, 77:9
**lawsuit** [7] - 61:2, 61:11, 61:24, 68:15, 76:6, 79:5, 127:23
**lawyer** [7] - 34:13, 39:6, 50:12, 56:10, 76:12, 102:4, 110:10
**lawyers** [7] - 19:25, 20:4, 28:10, 28:17, 29:8, 61:6, 135:13
**lay** [1] - 62:15
**leads** [1] - 9:18
**least** [2] - 58:9, 92:24
**leave** [10] - 26:24, 27:9, 31:23, 37:6, 43:13, 43:15, 64:19, 67:8, 100:6, 101:11
**left** [13] - 14:2, 16:8, 28:19, 37:2, 37:8, 37:10, 67:4, 67:5, 73:19, 75:10, 75:18, 76:4, 138:15
**Lerly** [5] - 87:8, 88:10, 90:11, 101:11, 137:14
**LERLY** [1] - 1:5
**less** [4] - 115:13, 115:20, 115:24, 116:2
**letter** [2] - 77:5, 90:21
**license** [3] - 4:20, 5:5, 143:9
**lie** [39] - 10:17, 10:18, 29:2, 33:23, 35:25, 36:12, 36:13, 36:17, 36:18, 36:22, 55:4, 55:6, 55:9,

55:19, 57:16, 57:21, 57:22, 58:2, 58:17, 58:20, 59:17, 59:20, 65:6, 65:14, 65:21, 65:24, 96:25, 106:14, 109:12, 109:16, 109:20, 109:22, 110:2, 110:10, 113:21, 113:23, 113:25, 117:5, 131:24
**lied** [19] - 10:19, 50:2, 54:25, 55:25, 56:5, 57:12, 57:20, 57:24, 59:22, 64:21, 95:21, 96:20, 97:21, 98:19, 107:8, 107:12, 108:4, 108:6, 136:15
**lies** [4] - 59:14, 60:8, 60:13, 60:18
**LINE** [1] - 145:5
**list** [3] - 31:15, 31:17, 31:19
**listen** [1] - 26:6, 102:7, 115:23
**listening** [1] - 95:24
**litigation** [2] - 76:22, 79:12
**live** [2] - 7:25, 8:3, 10:20
**lives** [1] - 82:2
**load** [1] - 29:17
**look** [19] - 5:6, 5:7, 5:8, 5:10, 5:12, 31:22, 48:14, 70:8, 70:10, 70:12, 84:23, 102:5, 110:10, 111:10, 114:20, 117:20, 118:13, 118:18
**looking** [5] - 48:15, 127:22, 128:3, 136:4, 136:13
**looks** [1] - 52:8
**lost** [2] - 104:4, 104:6
**Lou** [3] - 93:5, 97:17, 105:15
**Louie** [13] - 12:25, 13:3, 13:18, 14:4, 17:10, 17:18, 17:20, 54:22, 54:25, 55:9, 55:20, 55:25, 98:22
**Louie's** [1] - 125:22
**LOUIS** [1] - 1:11
**Louis** [4] - 57:12, 99:21, 102:10, 124:15
**Lunati** [26] - 13:16, 37:13, 37:17, 37:20, 37:23, 37:25, 66:21, 66:23, 69:6, 70:18, 71:4, 75:23, 76:9,

78:18, 114:15, 115:3, 115:4, 115:14, 115:21, 115:25, 116:3, 116:5, 118:8, 119:18, 143:12
**lunch** [15] - 15:13, 40:11, 40:12, 40:19, 40:22, 41:11, 41:12, 42:3, 82:5, 84:18, 85:2, 92:16, 92:17, 92:18, 92:21
**luncheon** [1] - 84:20
**lunchtime** [1] - 41:15
**lying** [27] - 17:6, 29:4, 33:3, 36:9, 36:16, 38:18, 42:22, 48:24, 58:4, 65:4, 65:8, 97:11, 97:15, 98:7, 98:12, 101:22, 101:25, 102:2, 102:5, 106:15, 107:21, 107:22, 108:2, 116:18, 128:17, 130:4, 134:12

## M

**machine** [1] - 105:17
**machinery** [2] - 91:25, 121:8
**main** [3] - 60:23, 60:24, 61:5
**Manhattan** [1] - 18:20
**manner** [1] - 112:10
**manual** [1] - 82:9
**map** [1] - 141:11
**March** [9] - 38:8, 38:19, 38:21, 38:22, 38:23, 38:24, 62:9, 62:16
**Marcos** [2] - 24:8, 52:5
**MARCUS** [1] - 1:6
**Marcus** [2] - 30:2, 30:3
**margarita** [1] - 2:24
**Mario** [1] - 24:7
**marked** [9] - 4:21, 4:24, 111:4, 111:8, 114:15, 114:19, 117:16, 117:19, 122:21
**marriage** [1] - 144:12
**married** [2] - 10:12, 10:24
**MARTINEZ** [1] - 1:4
**material** [3] - 25:23, 42:12, 62:14

**matter** [4] - 74:18, 76:22, 79:12, 144:15
**MAYNOR** [1] - 1:4
**Maynor** [6] - 52:20, 52:24, 53:10, 88:21, 89:8, 89:12
**mayonnaise** [5] - 23:12, 23:13, 23:18, 24:14, 26:8
**McCarthy** [1] - 74:13
**McNamara** [98] - 2:8, 2:11, 12:4, 12:18, 19:11, 27:14, 34:19, 35:16, 36:10, 39:25, 41:13, 45:21, 46:6, 46:10, 49:13, 49:15, 49:20, 50:4, 50:14, 51:21, 57:9, 58:6, 58:11, 59:16, 60:2, 60:9, 60:14, 61:12, 61:17, 61:20, 64:23, 65:19, 65:23, 66:15, 68:6, 68:23, 69:17, 69:22, 70:2, 71:8, 71:21, 72:5, 72:9, 72:23, 73:18, 74:14, 74:15, 76:17, 76:18, 77:19, 77:20, 79:10, 79:24, 80:4, 81:3, 81:22, 82:19, 83:23, 84:14, 86:5, 86:8, 86:11, 87:13, 88:9, 89:13, 102:6, 103:13, 108:3, 110:12, 112:8, 112:15, 113:6, 113:10, 116:19, 120:16, 121:22, 122:2, 122:13, 125:9, 126:13, 128:16, 128:18, 130:8, 130:12, 130:16, 130:21, 130:25, 131:11, 131:21, 131:23, 132:9, 132:13, 132:25, 134:3, 134:9, 134:15, 135:2
**mcNAMARA** [4] - 72:16, 84:6, 110:7, 132:15
**mean** [1] - 80:14
**means** [1] - 36:3
**meatballs** [1] - 40:15
**meet** [9] - 18:15, 18:17, 18:19, 18:24, 19:3, 19:6, 19:12, 19:16, 25:16
**meeting** [1] - 80:20
**memory** [2] - 7:17, 7:22

**MENDEZ** [1] - 1:4
**Mendez** [17] - 19:19, 19:20, 19:21, 20:13, 20:15, 52:4, 52:6, 87:4, 87:5, 87:11, 87:19, 88:10, 89:24, 89:25, 90:5, 94:19, 135:9
**mentioned** [1] - 1:22
**met** [5] - 18:21, 19:15, 19:24, 20:4, 132:18
**mid** [1] - 38:20
**middle** [1] - 66:8
**might** [3] - 36:14, 122:8, 134:14
**Mikasa** [1] - 46:14
**milk** [1] - 22:25
**mine** [3] - 61:3, 138:17, 139:8
**minimize** [1] - 71:16
**minute** [1] - 44:17
**minutes** [10] - 26:5, 26:17, 26:22, 26:23, 27:7, 29:15, 73:9, 74:11
**misunderstand** [1] - 95:4
**misunderstood** [1] - 95:2
**mixing** [1] - 78:15
**modify** [1] - 105:12
**mom** [1] - 54:4
**moment** [6] - 34:12, 34:15, 34:18, 44:13, 68:19, 74:2
**moments** [1] - 77:11
**money** [10] - 80:10, 98:15, 98:18, 107:16, 121:12, 121:24, 123:12, 123:13, 123:16, 124:11
**money's** [3] - 35:7, 35:14, 56:25
**month** [6] - 18:18, 29:13, 42:15, 118:11, 128:13
**months** [6] - 8:12, 14:3, 38:6, 38:7, 38:15
**morning** [30] - 24:11, 25:8, 26:3, 26:11, 26:14, 26:22, 28:14, 28:19, 29:14, 31:20, 41:14, 43:18, 43:20, 74:10, 76:17, 77:15, 77:19, 77:23, 127:19, 137:16, 138:11, 138:12, 138:22, 139:20, 139:24,

140:11, 140:13, 140:15, 141:8, 141:15
**mornings** [2] - 23:5, 43:22
**most** [9] - 5:9, 5:10, 5:13, 5:17, 22:5, 25:2, 39:2, 101:10, 106:20
**motion** [2] - 72:2, 76:24
**motions** [1] - 77:5
**move** [1] - 93:11
**moved** [4] - 28:3, 45:13, 93:12, 93:18
**moves** [1] - 93:14
**moving** [1] - 93:7
**MR** [151] - 4:12, 12:4, 12:7, 12:18, 19:11, 27:14, 27:15, 34:17, 34:19, 36:10, 38:11, 39:21, 39:25, 41:13, 45:21, 46:6, 46:10, 49:13, 49:15, 49:19, 49:20, 50:4, 50:14, 51:21, 55:23, 57:7, 57:9, 58:6, 58:11, 59:16, 60:2, 60:9, 60:14, 61:12, 61:15, 61:17, 61:18, 61:20, 64:23, 65:19, 65:23, 66:15, 68:6, 68:23, 69:17, 69:18, 69:22, 69:25, 70:2, 71:5, 71:8, 71:9, 71:12, 71:19, 71:21, 72:3, 72:5, 72:7, 72:9, 72:14, 72:16, 72:18, 72:23, 72:25, 73:6, 73:13, 73:18, 73:21, 73:25, 74:10, 74:14, 74:15, 74:21, 74:25, 75:7, 76:17, 76:25, 77:14, 77:19, 77:23, 78:3, 78:13, 79:5, 79:10, 79:24, 80:4, 81:3, 81:22, 81:25, 82:19, 83:2, 83:11, 83:20, 83:23, 84:2, 84:6, 84:10, 84:14, 84:16, 86:5, 86:8, 86:11, 87:13, 87:14, 88:9, 89:13, 95:3, 102:6, 103:13, 108:3, 110:7, 110:12, 112:7, 112:15, 112:17, 113:6, 113:9, 113:10, 116:19, 120:16, 121:22, 122:2, 122:13, 125:9, 126:13, 128:16, 128:18, 130:8,

130:10, 130:12, 130:14, 130:16, 130:19, 130:21, 130:24, 130:25, 131:11, 131:16, 131:21, 131:22, 131:23, 132:9, 132:12, 132:13, 132:15, 132:23, 132:25, 134:3, 134:15, 135:2, 141:17
**must** [3] - 42:16, 95:2, 133:15

## N

**name** [29] - 4:14, 10:10, 24:7, 24:8, 29:25, 52:17, 52:19, 52:21, 52:25, 53:4, 53:6, 53:9, 53:12, 53:16, 54:2, 54:10, 54:13, 54:18, 54:23, 55:20, 55:21, 56:4, 60:25, 88:19, 90:9, 92:15, 124:23
**names** [2] - 14:18, 94:18
**necessary** [1] - 81:8
**Neck** [1] - 2:9
**need** [7] - 26:6, 38:11, 39:12, 74:19, 75:11, 102:7, 131:18
**needs** [2] - 73:7, 130:21
**nelson** [2] - 142:17, 143:4
**NELSON** [3] - 1:3, 1:18, 142:8
**Nelson** [6] - 4:15, 53:12, 67:14, 74:25, 75:13, 94:19
**Nelson's** [1] - 131:13
**never** [19] - 15:15, 16:20, 16:22, 16:24, 17:2, 21:14, 21:20, 21:21, 45:15, 48:17, 50:11, 53:2, 113:25, 115:17, 120:5, 120:9, 120:12, 121:7, 121:8
**New** [12] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 131:25, 142:22, 144:5
**NEW** [2] - 1:2, 142:4
**next** [4] - 19:3, 19:7, 74:11, 119:21
**nice** [3] - 19:9, 119:24, 125:8

**niece** [1] - 8:6
**night** [4] - 106:20, 128:22, 140:10, 140:18
**nights** [1] - 86:19
**nine** [4] - 68:17, 91:9, 91:10, 91:11
**nobody** [1] - 21:22
**NOE** [1] - 1:5
**Noe** [1] - 87:8
**nose** [1] - 131:9
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:24, 142:22, 144:4
**noted** [1] - 141:19
**nothing** [5] - 12:9, 35:12, 35:13, 96:11, 141:18
**Notice** [1] - 1:22
**November** [1] - 62:9
**Number** [9] - 4:21, 4:25, 111:5, 111:9, 114:16, 114:19, 117:16, 122:22, 122:25
**number** [13] - 11:15, 11:20, 11:23, 11:24, 12:2, 12:8, 12:12, 12:22, 74:20, 139:2, 139:5, 139:9, 139:11

## O

**oath** [4] - 3:15, 59:21, 59:22, 142:10
**object** [2] - 71:22, 131:16
**objected** [1] - 76:19
**objection** [51] - 12:4, 27:14, 35:16, 36:10, 41:13, 45:21, 46:6, 46:10, 49:13, 49:15, 50:4, 50:14, 51:21, 58:6, 58:11, 59:16, 60:2, 60:9, 60:14, 61:12, 61:19, 61:21, 64:23, 65:19, 65:23, 66:15, 68:23, 69:17, 71:11, 86:5, 86:8, 86:11, 87:13, 88:9, 89:13, 103:13, 108:3, 110:7, 116:19, 120:16, 121:22, 122:2, 122:13, 125:9, 126:13, 128:16, 128:18, 134:3, 134:9, 134:15, 135:2
**objections** [1] - 3:9
**obligation** [1] - 6:10

**obviously** [1] - 81:24
**occasions** [1] - 58:9
**occurring** [1] - 71:17
**occurs** [1] - 79:23
**October** [9] - 112:5, 112:25, 113:19, 114:5, 118:15, 118:20, 118:24, 119:12, 144:17
**october** [1] - 113:5
**OF** [6] - 1:2, 2:4, 2:8, 2:13, 142:4, 142:6
**offer** [1] - 135:6
**offered** [1] - 135:10
**office** [2] - 82:2, 130:21
**officer** [1] - 3:14
**OFFICES** [3] - 2:4, 2:8, 2:13
**often** [1] - 44:6
**old** [3] - 8:11, 8:12, 11:10
**once** [4] - 30:15, 30:21, 30:22, 52:3
**one** [30] - 1:19, 11:18, 20:11, 20:12, 22:13, 24:6, 24:7, 24:16, 30:15, 40:8, 40:9, 50:8, 57:21, 68:19, 75:2, 75:21, 75:22, 89:10, 89:16, 93:8, 93:9, 102:19, 106:18, 108:18, 108:21, 111:16, 122:9, 125:13, 126:22
**ones** [4] - 9:5, 63:15, 122:3, 122:7
**open** [2] - 75:10, 93:12
**operating** [1] - 91:24
**opportunity** [12] - 34:25, 44:10, 44:16, 56:15, 85:3, 85:9, 105:25, 106:3, 106:7, 106:12, 135:17, 135:22
**order** [8] - 1:22, 55:25, 57:13, 57:17, 75:8, 84:12, 113:8, 131:18
**orders** [2] - 100:10, 100:11
**organized** [1] - 61:6
**original** [1] - 85:14
**OSMAR** [1] - 1:4
**otherwise** [4] - 26:7, 50:25, 71:15, 77:5
**out-of-work** [1] - 32:5
**outcome** [1] - 144:15

**outline** [1] - 75:4
**outside** [3] - 132:18, 133:2, 133:6
**overtime** [12] - 37:10, 110:15, 110:18, 110:21, 116:4, 116:7, 116:10, 116:15, 116:17, 116:23, 116:24, 121:3
**own** [7] - 20:21, 20:23, 81:5, 125:16, 125:24, 126:3, 126:5
**owned** [1] - 124:20
**owner** [8] - 17:8, 17:11, 17:19, 17:20, 17:24, 18:6, 125:19, 125:21
**owns** [1] - 126:8

## P

**P.C** [1] - 2:17
**p.m** [7] - 64:11, 84:12, 84:19, 84:21, 128:21, 141:19
**PAGE** [3] - 143:3, 143:7, 145:5
**page** [2] - 113:15, 113:18
**PAGOADA** [1] - 1:4
**paid** [22] - 12:15, 16:10, 16:12, 70:20, 80:10, 91:7, 91:16, 110:15, 110:18, 110:21, 110:23, 110:24, 116:7, 116:10, 116:17, 116:23, 120:3, 120:5, 120:9, 120:12, 121:12, 127:14
**paper** [1] - 33:5
**papers** [8] - 28:16, 31:21, 53:3, 53:21, 53:23, 53:24, 55:17, 70:12
**parm** [1] - 40:17
**part** [1] - 81:13
**particular** [1] - 79:13
**parties** [2] - 3:5, 144:13
**pass** [2] - 25:7, 112:2
**past** [2] - 57:19, 139:23
**Patrick** [4] - 74:13, 76:18, 77:20, 112:8
**PATRICK** [1] - 2:8
**pATRICK** [1] - 2:11
**Patrick's** [1] - 86:4
**Pave** [27] - 37:22,

37:25, 66:20, 66:23, 67:15, 67:24, 68:11, 69:6, 69:21, 70:4, 71:3, 75:21, 75:22, 76:9, 78:17, 78:23, 79:18, 111:4, 111:21, 111:23, 117:15, 118:3, 118:4, 123:10, 123:13, 143:11, 143:14
**pave** [1] - 38:3
**Pave-Co** [27] - 37:22, 37:25, 66:20, 66:23, 67:15, 67:24, 68:11, 69:6, 69:21, 70:4, 71:3, 75:21, 75:22, 76:9, 78:17, 78:23, 79:18, 111:4, 111:21, 111:23, 117:15, 118:3, 118:4, 123:10, 123:13, 143:11, 143:14
**pave-Co** [1] - 38:3
**paver** [4] - 93:5, 93:8, 93:9, 93:13
**Paving** [47] - 13:4, 13:6, 13:10, 13:13, 13:20, 13:23, 14:6, 14:10, 14:14, 16:18, 17:9, 17:15, 17:16, 17:21, 17:24, 31:14, 37:2, 37:6, 38:4, 38:16, 40:3, 40:22, 47:25, 57:13, 60:21, 62:21, 63:2, 74:18, 76:4, 76:5, 79:18, 81:7, 86:24, 87:21, 88:6, 110:16, 115:7, 115:25, 119:22, 120:6, 122:21, 123:5, 123:14, 123:20, 132:3, 139:12, 143:16
**paving** [4] - 37:25, 38:3, 119:2, 119:19
**PAVING** [1] - 1:10
**pay** [15] - 31:2, 35:10, 37:9, 76:11, 76:20, 78:8, 78:22, 83:13, 111:4, 114:15, 121:7, 121:24, 128:6, 143:11, 143:12
**paycheck** [7] - 30:5, 70:25, 120:20, 120:24, 121:9, 126:23, 126:25
**paychecks** [1] - 116:9
**payments** [1] - 30:12
**payroll** [1] - 12:15
**Pelé** [1] - 44:21

**penalties** [2] - 29:3, 110:5
**penalty** [2] - 33:19, 98:6
**Pennsylvania** [3] - 4:17, 7:25, 8:4
**people** [9] - 5:9, 5:10, 5:13, 5:17, 7:21, 11:7, 22:17, 24:4, 53:15
**per** [1] - 128:23
**percent** [1] - 46:5
**Perez** [1] - 30:3
**PEREZ** [1] - 1:6
**period** [8] - 76:6, 79:22, 80:9, 111:22, 111:24, 113:12, 123:18
**periods** [3] - 75:14, 76:3, 81:6
**perjury** [4] - 33:19, 110:3, 136:5, 136:14
**permissible** [1] - 112:10
**permit** [1] - 80:19
**person** [4] - 60:23, 60:24, 61:5, 138:21
**personally** [2] - 29:17, 135:11
**perusing** [1] - 116:13
**pick** [9] - 22:11, 22:12, 22:17, 22:19, 41:16, 138:11, 138:16, 138:19, 138:22
**pickup** [1] - 22:10
**Pinocchio** [1] - 131:10
**Pioneer** [2] - 89:5, 89:18
**place** [1] - 1:23
**plaintiff** [2] - 77:17, 79:14
**plaintiff's** [1] - 79:9
**Plaintiffs** [5] - 1:7, 1:19, 2:4, 2:9, 2:13
**plaintiffs** [1] - 75:2
**plan** [1] - 12:11
**planning** [1] - 122:5
**play** [13] - 42:9, 43:23, 44:2, 44:23, 44:25, 45:12, 45:15, 47:24, 51:2, 51:6, 51:17, 51:24, 52:7
**played** [10] - 45:10, 44:10, 50:23, 51:7, 51:8, 51:17, 51:19, 52:2, 52:3, 52:4
**player** [1] - 52:6
**playing** [2] - 47:23,

51:14
**PLLC** [1] - 2:4
**plus** [1] - 110:9
**point** [4] - 79:15, 81:18, 107:23, 107:25
**pointing** [1] - 112:10
**poorly** [1] - 39:9
**portion** [1] - 87:16
**position** [1] - 76:13
**possession** [1] - 82:24
**possible** [2] - 84:15, 84:17
**potential** [3] - 136:4, 136:5, 136:14
**Pracelis** [4] - 19:20, 19:21, 87:5, 87:19
**PRACELIS** [1] - 1:4
**Practice** [1] - 1:21
**prepare** [1] - 18:12
**present** [3] - 53:5, 77:8, 81:21
**PRESENT** [3] - 2:6, 2:15, 2:23
**pretty** [1] - 123:20
**privileged** [2] - 61:13, 61:14
**problem** [2] - 65:9, 114:10
**proceeding** [1] - 12:11
**produce** [1] - 80:18
**produced** [1] - 80:20
**Professional** [1] - 1:24
**promise** [2] - 60:17, 65:6
**promised** [1] - 92:11
**propane** [2] - 27:3, 27:4, 29:18
**propanes** [1] - 29:20
**prosecution** [1] - 136:16
**protective** [1] - 75:8
**prove** [1] - 81:9
**provide** [15] - 6:5, 6:14, 6:19, 9:16, 12:2, 12:21, 39:5, 63:24, 64:4, 85:20, 121:13, 124:2, 130:22, 139:11, 139:14
**provided** [5] - 8:15, 11:22, 12:8, 12:12, 69:15
**providing** [2] - 9:20, 103:11
**Public** [3] - 1:24, 142:22, 144:4
**purposes** [1] - 107:13

**pursuant** [1] - 1:20
**put** [19] - 26:23, 27:8, 29:20, 31:21, 32:4, 39:22, 43:19, 44:4, 44:6, 46:25, 47:2, 47:5, 47:15, 47:19, 48:17, 61:3, 62:14, 124:5
**puts** [1] - 9:17

# Q

**qualifier** [4] - 8:15, 8:17, 9:17, 9:18
**questioning** [2] - 68:7, 131:12
**questions** [11] - 4:4, 6:6, 6:20, 9:22, 10:2, 35:4, 39:2, 50:10, 56:18, 87:15, 106:20
**QUINTANILLA** [5] - 1:3, 1:5, 1:19, 142:8, 142:17
**Quintanilla** [10] - 4:15, 4:23, 53:12, 74:18, 74:25, 75:13, 81:6, 84:22, 122:20, 143:4
**Quintanilla's** [5] - 4:20, 117:15, 143:9, 143:14, 143:16
**Quinteros** [6] - 94:20, 94:23, 94:24, 95:5, 104:16
**QUINTEROS** [1] - 1:6
**quit** [1] - 104:17
**quite** [1] - 80:12

# R

**rain** [1] - 66:7
**rained** [4] - 64:18, 64:19, 129:6, 129:8
**raining** [2] - 66:6, 129:9
**rains** [1] - 66:3
**raise** [1] - 121:25
**rake** [1] - 91:20
**raked** [1] - 115:5
**raker** [1] - 91:23
**Ralph** [18] - 37:13, 37:17, 37:20, 37:23, 37:25, 71:4, 75:23, 114:15, 115:3, 115:4, 115:14, 115:21, 115:25, 116:3, 116:5, 118:8, 119:18, 143:12
**ramifications** [1] -

29:9
**rather** [2] - 8:14, 69:18
**read** [3] - 87:14, 87:17, 142:9
**real** [1] - 65:9
**really** [8] - 10:25, 11:2, 21:8, 63:3, 103:2, 119:5, 133:23, 141:14
**reams** [1] - 28:12
**REASON** [10] - 145:7, 145:9, 145:11, 145:13, 145:15, 145:17, 145:19, 145:21, 145:23, 145:25
**reason** [19] - 7:10, 10:18, 17:23, 18:2, 18:9, 33:6, 33:8, 33:10, 33:11, 33:14, 33:25, 34:3, 34:7, 35:22, 98:20, 119:14, 124:25, 125:20, 141:15
**reasons** [4] - 7:13, 37:8, 129:21, 145:4
**receive** [7] - 30:5, 30:11, 30:14, 31:13, 67:25, 98:7, 98:15
**received** [9] - 31:4, 75:24, 76:8, 107:16, 120:20, 121:2, 122:20, 123:5, 123:13
**recess** [9] - 34:21, 38:13, 56:13, 73:10, 73:11, 84:8, 84:20, 131:2, 132:16
**recollection** [1] - 77:10
**record** [21] - 4:14, 27:15, 39:21, 72:22, 72:24, 73:2, 73:3, 73:5, 73:23, 73:25, 74:4, 82:25, 83:2, 87:17, 112:7, 130:12, 130:17, 131:12, 142:12, 142:13, 144:10
**records** [3] - 79:16, 81:6, 82:6
**reflect** [3] - 27:16, 39:22, 112:8
**reflects** [1] - 39:9
**refuse** [1] - 105:21
**refused** [1] - 105:19
**regard** [2] - 81:14, 127:11
**regarding** [5] - 61:11, 75:8, 75:14,

131:13, 132:2
**regards** [1] - 68:8
**rehearsed** [1] - 27:13
**reject** [2] - 135:18, 135:21
**related** [1] - 144:11
**relevance** [2] - 80:12, 80:25
**relevant** [5] - 12:16, 76:21, 79:11, 79:16, 79:23
**relying** [1] - 82:9
**remember** [62] - 14:4, 14:5, 14:17, 18:21, 21:7, 21:9, 24:8, 30:24, 32:12, 37:13, 37:14, 37:22, 37:23, 38:10, 38:20, 39:11, 39:12, 39:13, 44:21, 48:2, 52:21, 58:8, 58:12, 66:19, 66:22, 67:5, 67:9, 67:10, 67:11, 67:13, 67:14, 67:17, 67:19, 67:22, 68:13, 71:4, 78:10, 78:21, 92:11, 92:15, 101:6, 113:11, 114:4, 116:21, 116:22, 116:23, 116:25, 117:2, 117:4, 117:6, 117:13, 118:7, 118:16, 118:17, 119:5, 128:10, 133:23, 135:16, 137:2, 137:10, 141:4
**Renato** [11] - 22:19, 52:4, 52:16, 52:22, 52:25, 53:6, 53:7, 53:8, 88:7, 88:23, 88:25
**Renato's** [2] - 52:16, 52:19
**renewed** [1] - 78:11
**repeat** [3] - 87:22, 129:15, 136:11
**report** [1] - 32:3
**reported** [1] - 134:20
**REPORTER** [1] - 73:24
**reporter** [2] - 78:4, 87:18
**Reporter** [1] - 1:24
**reporting** [1] - 78:5
**reports** [2] - 28:18, 28:21
**request** [4] - 69:20, 76:7, 78:11, 83:13
**requested** [2] - 76:20, 87:16
**requests** [1] - 84:11

131:13, 132:2
**required** [2] - 6:5, 80:21
**reserved** [1] - 3:10
**respective** [1] - 3:5
**responding** [1] - 133:5
**response** [13] - 58:13, 58:21, 63:21, 96:17, 96:22, 102:24, 117:8, 127:24, 133:14, 136:7, 139:3, 139:25, 140:3
**restriction** [1] - 80:16
**resume** [1] - 82:7
**rethink** [1] - 44:10
**return** [7] - 72:8, 72:10, 72:17, 72:19, 72:20, 107:19, 128:21
**returned** [2] - 14:3, 38:10
**returns** [10] - 68:4, 68:9, 69:19, 71:25, 72:4, 75:9, 78:11, 78:14, 80:19, 80:20
**review** [3] - 63:9, 85:9, 114:21
**rights** [1] - 132:6
**Rivera** [2] - 19:23, 41:19
**RIVERA** [1] - 1:5
**Road** [1] - 2:9
**Rodriguez** [2] - 87:8, 90:11
**RODRIGUEZ** [1] - 1:5
**roll** [1] - 23:16
**Ronald** [2] - 24:7, 29:25
**roof** [1] - 124:5
**room** [1] - 73:20
**roughly** [1] - 115:9
**Rules** [2] - 1:21, 80:13
**ruling** [1] - 73:15

# S

**sad** [1] - 50:16
**Salvador** [2] - 99:14, 99:15
**sandwich** [4] - 23:11, 23:23, 24:15, 26:8
**sandwiches** [4] - 23:11, 25:10, 25:13, 92:22
**sanitizer** [1] - 130:23
**satisfactorily** [1] -

35:5

**Saturday** [4] - 47:3, 47:20, 48:3, 48:9
**Saturdays** [1] - 16:22
**SAUL** [1] - 2:20
**Saul** [2] - 74:12, 77:24
**save** [1] - 82:16
**saw** [1] - 90:9
**schedules** [2] - 20:10, 20:16
**scope** [1] - 80:11
**screw** [4] - 91:21, 92:2, 93:16, 93:17
**sealing** [1] - 3:5
**season** [11] - 38:2, 38:20, 38:23, 62:6, 119:3, 119:19, 129:12, 129:17, 129:19, 129:23, 130:6
**SECRETARY** [6] - 74:8, 74:19, 74:23, 75:6, 76:15, 77:9
**Security** [5] - 11:14, 11:19, 11:23, 11:24, 12:22
**see** [10] - 5:15, 7:15, 31:22, 58:16, 61:6, 77:10, 77:12, 80:22, 81:5, 113:21
**seem** [1] - 36:16
**self** [1] - 133:3
**self-incrimination** [1] - 133:3
**send** [10] - 20:14, 33:5, 95:23, 99:21, 100:2, 101:15, 101:16, 101:20, 102:10, 104:8
**sending** [1] - 94:9
**sends** [1] - 99:19
**sent** [16] - 15:10, 15:11, 15:13, 32:13, 32:20, 32:24, 33:12, 36:3, 36:8, 95:11, 95:22, 97:2, 100:3, 100:4, 101:13, 104:7
**separate** [1] - 91:6
**September** [2] - 1:14, 142:10
**set** [2] - 144:7, 144:16
**settlement** [3] - 135:6, 136:4, 136:13
**seven** [1] - 8:11
**seventy** [1] - 128:12
**seventy-five** [1] - 128:12
**severe** [1] - 110:5
**shall** [1] - 3:10

**SHEET** [1] - 145:2
**shirt** [1] - 126:5
**shoes** [1] - 51:18
**shop** [14] - 26:2, 26:10, 26:13, 26:17, 26:19, 26:21, 28:7, 28:19, 29:15, 127:19, 138:10, 138:11, 141:7, 141:11
**short** [3] - 38:9, 123:18, 130:8
**shoveled** [1] - 115:5
**show** [20] - 4:23, 28:12, 28:15, 28:17, 30:8, 72:22, 78:24, 111:7, 111:22, 112:4, 112:24, 113:19, 114:18, 116:9, 116:12, 117:18, 118:20, 122:24, 139:19, 139:23
**showed** [2] - 31:5, 120:23
**showing** [5] - 28:13, 28:18, 105:16, 112:20, 112:21
**shows** [3] - 83:16, 112:11, 113:15
**si** [2] - 40:13, 140:4
**sick** [3] - 40:2, 40:4, 40:5
**side** [2] - 16:18, 93:9
**Signed** [1] - 142:20
**signed** [2] - 3:14, 3:16
**sister** [1] - 8:5
**sister's** [1] - 8:6
**site** [9] - 21:18, 22:4, 22:8, 22:18, 25:17, 43:8, 43:11, 134:2, 134:7
**six** [8] - 22:2, 23:25, 24:2, 24:9, 29:20, 29:22, 139:23, 140:5
**sixteen** [1] - 8:12
**sixty** [5] - 91:9, 91:10, 91:11, 128:11, 129:3
**sixty-nine** [3] - 91:9, 91:10, 91:11
**smaller** [1] - 41:25
**smile** [2] - 5:15, 27:12
**smiling** [1] - 5:19
**Snapple** [2] - 41:2, 41:4
**sneakers** [1] - 51:5
**soap** [1] - 130:22
**soccer** [34] - 42:6, 42:7, 42:9, 42:23,

43:16, 43:23, 44:2, 44:3, 44:23, 44:25, 45:10, 45:12, 45:13, 45:15, 46:12, 46:15, 46:18, 46:21, 47:5, 47:19, 47:20, 47:24, 48:8, 48:10, 48:21, 48:24, 50:18, 50:21, 51:18, 51:20, 51:23, 51:24, 52:2, 52:6
**Social** [5] - 11:14, 11:19, 11:23, 12:22
**someone** [2] - 20:14, 41:15
**someplace** [1] - 79:21
**sometime** [2] - 78:20, 115:12
**sometimes** [31] - 16:23, 20:13, 20:14, 22:7, 23:17, 27:4, 27:19, 29:19, 38:24, 42:4, 43:3, 43:7, 57:22, 58:2, 58:4, 59:25, 60:4, 66:10, 66:12, 66:13, 91:20, 91:21, 115:11, 115:15, 115:16, 121:10, 128:11, 129:2, 129:6, 138:16, 138:17
**son** [5] - 8:12, 17:14, 124:15, 124:19, 125:5
**soon** [2] - 84:14, 84:16
**sorry** [8] - 74:16, 76:10, 78:15, 79:18, 80:4, 94:25, 103:18, 132:13
**sort** [1] - 83:4
**Spanish** [3] - 4:2, 4:5
**speaking** [3] - 61:10, 61:23, 62:4
**specifically** [2] - 64:5, 77:3
**spiked** [1] - 51:5
**spoken** [1] - 82:22
**ss** [1] - 142:5
**Starbucks** [1] - 24:25
**start** [10] - 13:5, 16:3, 25:21, 38:8, 38:23, 61:10, 61:23, 64:10, 128:20, 130:6
**started** [10] - 12:23, 13:3, 16:7, 28:7, 28:13, 28:18, 62:4, 66:7, 92:15, 140:7
**State** [4] - 1:25, 131:25, 142:22, 144:5

**STATE** [1] - 142:4
**state** [1] - 4:13
**statement** [3] - 32:18, 57:8, 112:11
**STATES** [1] - 1:2
**status** [1] - 12:10
**stay** [3] - 26:10, 26:21, 103:9
**stayed** [1] - 100:8
**staying** [2] - 46:2, 99:23
**step** [1] - 73:16
**steps** [1] - 131:18
**sticking** [1] - 45:20
**still** [1] - 101:3
**STIPULATED** [3] - 3:3, 3:8, 3:12
**Stone** [4] - 86:15, 90:17, 90:21, 90:25
**stop** [12] - 23:4, 23:6, 23:8, 25:7, 65:4, 68:6, 71:9, 92:17, 92:20, 101:22, 116:14, 128:17
**stopped** [5] - 92:16, 92:18, 92:24, 98:21, 141:7
**stories** [1] - 20:3
**story** [1] - 20:6
**straight** [2] - 20:3, 93:10
**street** [1] - 92:15
**streets** [1] - 92:2
**stub** [4] - 111:15, 111:16, 111:19, 112:22
**stubs** [12] - 64:3, 70:25, 76:11, 76:20, 78:8, 78:23, 83:14, 111:4, 114:15, 115:2, 143:11, 143:12
**subject** [4] - 68:9, 76:22, 79:12, 131:14
**subscribed** [1] - 142:20
**subsequent** [1] - 75:11
**sue** [3] - 60:20, 125:17, 126:11
**sufficiently** [1] - 56:23
**sUFFOLK** [1] - 1:10
**Suffolk** [77] - 13:4, 13:6, 13:9, 13:10, 13:13, 13:20, 13:22, 13:23, 14:6, 14:9, 14:10, 14:13, 14:14, 14:19, 14:21, 14:23, 14:25, 15:3, 15:5, 16:8, 16:18, 16:23,

17:9, 17:15, 17:16, 17:21, 17:24, 18:6, 31:14, 36:4, 37:2, 37:6, 38:4, 38:16, 40:3, 40:22, 47:25, 57:13, 60:21, 62:21, 63:2, 67:4, 67:6, 67:8, 74:18, 76:4, 76:5, 79:18, 79:19, 81:7, 86:24, 86:25, 87:21, 88:5, 88:6, 91:14, 91:19, 92:8, 110:16, 110:19, 115:7, 115:25, 119:22, 120:6, 122:21, 123:5, 123:14, 123:20, 127:8, 132:3, 132:4, 139:12, 143:16
**SUFFOLK** [1] - 1:10
**suing** [12] - 62:20, 68:15, 68:22, 69:5, 76:5, 124:9, 124:14, 124:15, 124:18, 125:4, 125:5, 125:11
**Sunday** [5] - 46:24, 47:4, 47:21, 48:5, 48:10
**Sundays** [2] - 16:24, 48:6
**Sunrise** [1] - 1:16, 2:18
**Sunstone** [12] - 16:2, 16:4, 16:10, 31:25, 86:16, 88:18, 89:22, 90:3, 90:10, 90:20, 91:4, 91:8
**support** [1] - 28:22
**supposed** [2] - 28:24, 127:14
**suspect** [1] - 27:12
**swore** [3] - 32:23, 33:18, 96:13
**sworn** [5] - 3:14, 3:16, 4:3, 4:8, 144:7

**T**

**table** [7] - 31:21, 108:15, 108:17, 108:22, 109:3, 109:5, 109:10
**tax** [19] - 68:4, 68:8, 69:14, 69:19, 71:25, 72:4, 72:7, 72:9, 72:17, 72:18, 72:20, 75:9, 78:11, 78:13, 80:18, 80:19, 122:20, 123:4, 143:16
**taxes** [3] - 12:15, 72:13, 123:3

tea [1] - 40:25
**Tea** [2] - 41:2, 41:3
**telephone** [6] - 77:7, 84:4, 138:24, 139:2, 139:4, 139:9
**ten** [4] - 26:17, 26:22, 42:18, 68:17
**terribly** [1] - 46:8
**test** [2] - 80:8, 131:19
**testified** [8] - 4:9, 36:25, 75:21, 75:24, 76:9, 76:11, 78:19, 96:3
**testify** [1] - 90:2
**testifying** [1] - 137:10
**TESTIMONY** [1] - 143:2
**testimony** [8] - 7:12, 28:22, 50:17, 78:8, 142:9, 142:12, 144:6, 144:10
**Testimony** [1] - 1:21
**THAT** [3] - 144:6, 144:9, 144:14
**THE** [24] - 71:18, 73:24, 77:15, 77:21, 77:25, 78:6, 79:2, 79:8, 79:20, 80:2, 80:5, 81:11, 81:23, 82:15, 83:6, 83:15, 83:22, 83:25, 94:25, 102:9, 110:14, 132:11, 132:14, 133:7
**thinking** [1] - 72:10
**thinks** [1] - 102:4
**three** [4] - 16:6, 21:9, 129:20
**threshold** [1] - 80:21
**throughout** [1] - 136:15
**thumb** [1] - 39:22
**time-and-a-half** [2] - 110:23, 110:24
**timeframe** [3] - 80:6, 80:25, 83:18
**timing** [1] - 61:15
**title** [1] - 91:22
**TO** [1] - 143:2
**today** [17] - 7:12, 19:8, 22:20, 46:17, 46:19, 46:25, 47:11, 47:12, 58:5, 58:9, 59:11, 59:21, 81:24, 109:15, 109:16, 109:18, 137:10
**today's** [1] - 136:15
**together** [10] - 17:17, 17:18, 19:24, 20:8,

20:12, 23:22, 25:21, 29:13, 94:17, 126:17
**Tomlinson** [5] - 74:6, 75:7, 77:4, 77:16, 84:5
**Tomlinson's** [1] - 74:8
**Tommy** [1] - 31:18
**tomorrow** [1] - 47:14
**took** [7] - 22:7, 26:4, 35:18, 41:24, 45:12, 57:11, 119:22
**tools** [2] - 26:24, 26:25
**touch** [1] - 114:20
**track** [1] - 28:2
**traffic** [1] - 26:5
**transcript** [3] - 142:9, 142:11, 144:9
**translate** [1] - 132:10
**travel** [6] - 127:11, 127:13, 127:16, 127:18, 127:23, 128:3
**treat** [1] - 52:14
**TRIAL** [1] - 1:18
**trial** [2] - 3:11, 80:15
**truck** [26] - 21:13, 21:23, 21:24, 23:24, 24:3, 24:5, 24:10, 25:24, 26:24, 27:2, 28:7, 29:18, 43:5, 43:14, 43:17, 43:19, 45:14, 47:7, 51:24, 136:24, 137:2, 137:6, 137:8, 137:11, 138:2, 138:13
**trucks** [4] - 27:24, 28:3, 28:13, 28:18
**true** [13] - 39:10, 48:10, 57:16, 57:19, 59:11, 84:25, 85:6, 97:23, 99:2, 119:17, 142:11, 142:13, 144:9
**truth** [24] - 28:24, 28:25, 36:19, 37:3, 39:7, 59:24, 92:12, 96:14, 97:15, 97:17, 108:7, 108:10, 108:11, 108:19, 108:23, 108:25, 109:6, 109:8, 109:12, 109:15, 109:19, 110:13, 131:6
**truthful** [4] - 7:11, 33:7, 33:11, 119:15
**truthfully** [1] - 50:11
**try** [4] - 15:18, 67:11, 67:14, 108:14
**trying** [2] - 34:6, 71:16

**TULIO** [1] - 1:6
**Tulio** [2] - 30:2, 30:3
**turn** [3] - 76:13, 85:25, 113:18
**turning** [1] - 76:19
**Turnpike** [1] - 92:14
**twelve** [1] - 68:17
**twenty** [2] - 26:4, 26:5
**twenty-five** [1] - 26:5
**twice** [1] - 67:5
**Two** [1] - 42:18
**two** [28] - 8:8, 8:9, 8:20, 8:21, 8:25, 9:3, 9:21, 9:25, 16:9, 21:9, 40:8, 40:9, 42:11, 42:13, 42:15, 42:16, 43:24, 43:25, 44:8, 45:9, 45:14, 58:9, 69:9, 75:19, 81:16, 102:15, 102:17, 121:16

**U**

**under** [6] - 7:7, 33:19, 59:20, 59:22, 80:12, 142:10
**understood** [3] - 6:16, 6:21, 107:4
**undue** [1] - 82:13
**Unemployment** [1] - 132:2
**unemployment** [26] - 32:8, 32:15, 32:24, 33:3, 33:19, 33:23, 35:19, 35:22, 95:16, 95:19, 95:21, 96:13, 96:20, 96:21, 96:25, 97:21, 98:4, 98:7, 98:16, 107:8, 107:12, 107:13, 131:13, 133:18, 133:20, 136:16
**union** [9] - 14:19, 17:13, 18:4, 31:24, 32:4, 124:24, 127:6, 127:7, 127:10
**UNITED** [1] - 1:2
**units** [2] - 27:23, 28:2
**until..** [1] - 68:17
**untrue** [1] - 50:21
**untruths** [1] - 60:5
**up** [23] - 22:11, 22:12, 22:17, 22:19, 28:7, 39:16, 39:23, 41:16, 66:5, 77:6, 78:16, 93:5, 107:25,

112:2, 116:14, 119:9, 129:9, 138:12, 138:16, 138:19, 138:22, 139:19, 139:23

**V**

**validity** [1] - 80:8
**VECCHIA** [3] - 1:11, 1:11
**Vecchia** [11] - 17:10, 17:14, 18:7, 18:10, 57:12, 97:17, 99:21, 102:10, 105:15, 124:15, 126:8
**Vega** [1] - 138:20
**VEGA** [1] - 1:5
**vehicle** [12] - 20:21, 20:24, 21:3, 21:6, 21:10, 21:12, 21:14, 22:8, 22:14, 137:4, 137:24, 137:25
**verbal** [12] - 58:13, 58:21, 63:21, 96:17, 96:22, 117:8, 127:24, 133:14, 136:7, 139:3, 139:25, 140:3
**Victor** [17] - 53:19, 53:20, 53:22, 53:25, 54:3, 54:5, 54:8, 54:10, 54:13, 54:16, 54:19, 54:23, 55:20
**violation** [1] - 98:9
**voluntarily** [2] - 95:9, 134:24

**W**

**W-2** [14] - 69:20, 70:3, 70:17, 72:16, 76:7, 76:10, 78:15, 78:16, 78:23, 80:16, 80:22, 117:15, 117:23, 143:14
**W-2s** [6] - 72:6, 75:25, 76:20, 81:9, 81:21, 83:13
**W-4** [2] - 72:11, 78:14
**W-4s** [1] - 72:10
**wage** [1] - 110:22
**waiting** [2] - 25:23, 42:12
**waived** [1] - 3:7
**wake** [1] - 66:5
**walk** [1] - 101:12
**walked** [6] - 95:9, 96:16, 107:10, 134:2,

134:7, 134:22
**walking** [1] - 136:13
**WALLACE** [1] - 2:13
**WALTER** [1] - 1:4
**Walter** [5] - 19:22, 24:6, 29:25, 137:14
**wants** [2] - 34:17, 83:6
**warned** [1] - 59:20
**wash** [1] - 130:19
**water** [1] - 40:25
**we..** [1] - 48:19
**wear** [1] - 51:16
**weather** [1] - 66:4
**week** [15] - 30:6, 42:13, 48:11, 98:16, 98:17, 115:10, 120:20, 120:23, 126:23, 128:14, 128:23, 129:3, 129:7, 129:13, 129:18
**weekends** [1] - 16:20
**weeks** [6] - 16:6, 16:9, 38:21, 121:2, 121:5, 129:10
**West** [2] - 2:10, 27:22
**WHEREOF** [1] - 144:16
**whispering** [1] - 116:14
**whole** [1] - 119:2
**why..** [1] - 113:8
**wife** [21] - 8:5, 8:8, 8:10, 8:25, 9:4, 9:8, 9:9, 9:11, 9:18, 9:25, 10:15, 10:20, 10:24, 103:25, 104:3, 121:14, 125:5, 125:12, 125:23, 125:24, 126:12
**wife's** [1] - 10:10
**wish** [1] - 145:3
**wishing** [1] - 122:11
**withdraw** [2] - 55:23, 61:20
**withdrawing** [1] - 61:18
**WITNESS** [6] - 71:18, 102:9, 110:14, 133:7, 143:3, 144:16
**witness** [15] - 12:5, 73:19, 78:2, 78:3, 78:9, 82:5, 111:11, 112:3, 112:9, 113:7, 113:14, 114:22, 117:21, 144:6, 144:10
**Witness** [1] - 4:7
**witnesses** [1] - 94:15
**wives** [2] - 10:23,

11:3
  **woke** [1] - 129:9
  **woman** [3] - 10:20, 103:24, 121:13
  **wore** [1] - 51:20
  **worker** [2] - 100:10, 120:2
  **Workers'** [1] - 136:5
  **works** [5] - 89:2, 89:17, 90:2, 90:6, 90:16
  **worksite** [2] - 42:10, 127:20
  **worth** [3] - 35:8, 35:15, 57:2
  **write** [2] - 28:16, 33:6
  **written** [1] - 69:23

## Y

  **yard** [7] - 20:18, 27:9, 27:10, 27:12, 43:13, 128:21, 137:19
  **year** [13] - 7:6, 37:13, 40:6, 40:9, 62:2, 62:8, 67:5, 67:17, 72:15, 119:21, 123:7, 123:9, 128:8
  **years** [19] - 8:11, 21:9, 37:14, 42:18, 67:12, 68:14, 68:21, 69:4, 69:9, 78:24, 116:20, 128:10, 136:25, 137:3, 137:7, 137:13, 139:23, 140:5, 140:6
  **years-old** [1] - 8:11
  **YORK** [2] - 1:2, 142:4
  **York** [12] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 131:25, 142:22, 144:5
  **yourself** [5] - 100:4, 110:2, 132:7, 133:9, 133:13

## Z

  **Zabell** [4] - 74:12, 77:24, 133:5, 143:4
  **ZABELL** [59] - 2:17, 2:20, 4:12, 12:7, 27:15, 34:17, 38:11, 39:21, 49:19, 55:23, 57:7, 61:15, 61:18, 69:18, 69:25, 71:5, 71:9, 71:12, 71:19,

72:3, 72:7, 72:14, 72:18, 72:25, 73:6, 73:13, 73:21, 73:25, 74:10, 74:15, 74:21, 74:25, 75:7, 76:25, 77:14, 77:23, 78:3, 78:13, 79:5, 81:25, 83:2, 83:11, 83:20, 84:2, 84:10, 84:16, 95:3, 112:7, 112:17, 113:9, 130:10, 130:14, 130:19, 130:24, 131:16, 131:22, 132:12, 132:23, 141:17
  **zabell** [2] - 87:14, 102:8