# ORIGINAL

1

2    UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

3    ------------------------------------------------X
NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR

4    AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.
MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,

5    JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS ESCALANTE,
KEVIN GALEANO, LERLY NOE RODRIGUEZ, JOSE VEGA

6    CASTILLO, JUAN QUINTEROS, and MARCUS TULIO
PEREZ,

7

                         Plaintiffs,

8

9          -against-           Case No:
                            09-CV-5331

10

   SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,

11    LOUIS VECCHIA, CHRISTOPHER VECCHIA,
HELENE VECCHIA, and JOHN DOES 1-5,

12

                         Defendants.

13

   ------------------------------------------------X

14

                        September 21, 2011

15                         9:50 a.m.

16                         4875 Sunrise Highway
                        Bohemia, New York

17

18       EXAMINATION BEFORE TRIAL of ALEJANDRO AMAYA,

19    one of the Plaintiffs herein, taken by the

20    Defendants, pursuant to Article 31 of the Civil

21    Practice Law and Rules of Testimony, and Notice

22    and order, held at the above-mentioned time and

23    place, before Karen LaMendola, a Professional

24    Court Reporter and Notary Public of the State of

25    New York.

2

1

2      A P P E A R A N C E S:

3

4          LAW OFFICES OF LAUREN GOLDBERG, PLLC
           Attorneys for Plaintiffs
5              501 Fifth Avenue
               New York, New York 10017
6
               (NOT PRESENT)
7

8

           LAW OFFICES OF PATRICK E. McNAMARA
9          Co-Counsel for Plaintiffs
               868 Little East Neck Road
10             West Babylon, New York 11704

11         BY:  PATRICK E. McNAMARA, ESQ.

12

13         LAW OFFICES OF IAN WALLACE
           Co-Counsel for Plaintiffs
14             501 Fifth Avenue
               New York, New York 10017
15
               (NOT PRESENT)
16

17

           ZABELL & ASSOCIATES, P.C.
18         Attorneys for Defendants
               4875 Sunrise Highway
19             Bohemia, New York 11716

20         BY:  SAUL ZABELL, ESQ.

21

22

23     ALSO PRESENT:

24     Margarita Arias, Interpreter
       Theresa Stahl
25

South Shore Court Reporting
(631)-235-6218

3

1

2                    S T I P U L A T I O N S

3          IT IS HEREBY STIPULATED AND AGREED

4          by and between the attorneys for the

5     respective parties herein, that filing, sealing

6     and certification be and the same are hereby

7     waived.

8          IT IS FURTHER STIPULATED AND AGREED

9          that all objections, except as to the form

10    of the question shall be reserved to the time of

11    the trial.

12         IT IS FURTHER STIPULATED AND AGREED

13         that the within deposition may be

14    signed and sworn to before any officer

15    authorized to administer an oath, with the same

16    force and effect as if signed and sworn to

17    before the Court.

18

19

20

21

22

23

24

25

4

1

2      M A R G A R I T A    A R I A S, the Spanish

3              Interpreter herein, was duly sworn to

4              interpret the questions from English into

5              Spanish and the answers from Spanish into

6              English to the best of her ability:

7      A L E J A N D R O    A M A Y A, the Witness

8      herein, having been duly sworn through the

9      Interpreter, was examined and testified as

10     follows:

11     EXAMINATION BY

12     MR. ZABELL:

13          Q      Would you please state your full

14     name for the record.

15          A      Alejandro Amaya.

16          Q      What is your current address?

17          A      146 Wittberg Street, Brentwood,

18     New York 11717.

19          Q      Mr. Alejandro?

20          A      Yes.

21          Q      How are you feeling today?

22          A      Good.

23          Q      Thank you for the time that you

24     took to dress appropriately for this deposition.

25     Many of your colleagues did not do so.

5

                              A. Amaya

1

2               I'm sure you understand that this

3       is a very formal process.

4        A      Yes.

5        Q      We like to see when people treat

6       it appropriately.

7               MR. ZABELL:  Right, Counselor?

8               MR. McNAMARA:  Correct.

9        Q      You understand that you're at a

10      deposition today; do you not?

11       A      Yes.

12       Q      At this deposition, I will be

13      asking you questions.

14              Do you understand that?

15       A      Yes.

16       Q      You are required to provide

17      answers to the questions I ask you.

18              Do you understand that?

19       A      Yes.

20       Q      If you do not understand a

21      question I ask you, you have an obligation to

22      tell me that you do not understand the question.

23              Do you understand that?

24       A      That's fine; yes.

25       Q      If you provide an answer to a

6

1                          A. Amaya

2      question I ask you, it will be assumed that you

3      understood the question.

4                     Do you understand that?

5          A      Yes.

6          Q      Are you currently under the

7      influence of any alcohol?

8          A      No.

9          Q      When was the last time you drank

10     alcohol?

11         A      December.  I don't usually drink.

12         Q      Are you currently under the

13     influence of any prescription drugs?

14         A      No.

15         Q      Are you currently under the

16     influence of any drugs?

17         A      No.

18         Q      Are you currently taking any

19     prescription drugs?

20         A      No.

21         Q      When was the last time you went to

22     a doctor?

23         A      I don't recall; seven or eight

24     years.

25         Q      Are you married?

7

1                          A. Amaya

2          A      Yes.

3          Q      What is your wife's name?

4          A      Maricela Rivas.

5          Q      Do you have children?

6          A      No.

7          Q      For how long have you been

8    married?

9          A      Recent; four months.

10         Q      Do you have a marriage license?

11         A      No.

12         Q      Were you really married, or do you

13   just call her your wife?

14         A      I just call her my wife, but we're

15   together.

16         Q      So when I asked you if you're

17   married, why didn't you just tell me that I am

18   with someone and did not marry her?

19         A      Okay.  I'm not married.  I'm just

20   together.

21         Q      We're starting this deposition on

22   the wrong foot.

23                Do you understand that?

24         A      Yes.

25         Q      You have already lied to me, and

```
 1                        A. Amaya
 2    we're just a few questions in.
 3                   MR. McNAMARA:   Objection.
 4         Q      Do you understand that?
 5         A      Yes.
 6         Q      Don't lie to me.
 7                 Do you understand that?
 8         A      Yes.
 9         Q      Did your lawyers explain to you
10    that if you lie at a deposition, it is no
11    different than lying under oath before a Federal
12    Judge?
13         A      Yes, I understand that.
14                 It's a legal process, and you
15    can't lie, but sometimes the question -- I take
16    it as true, and maybe you understand it as
17    false.
18         Q      Did your lawyers explain to you
19    the penalty for perjury for lying under oath?
20         A      (No verbal response.)
21         Q      Yes or no?
22         A      Yes.
23         Q      Do you understand that you've
24    already lied; yes or no?
25         A      It's just that --
```

9

1                           A. Amaya

2          Q       Yes or no?

3          A       -- the question about my wife, you

4    know --

5          Q       Yes or no?

6          A       If you take that as a lie, then --

7    I simply said that I'm married.  I just say that

8    I'm married.  If you take that question as a

9    lie, that's your option.

10         Q       I take the answer as a lie.  I

11   take the question as a natural and normal

12   question.

13                 Are you agreeing not to lie

14   anymore during this deposition?

15         A       No.

16         Q       So you are going to lie during

17   this deposition?

18         A       No.

19         Q       I'm going to ask you this question

20   again:  Are you agreeing not to lie anymore

21   during this deposition?

22         A       I'm not going to lie anymore.

23         Q       Do you promise?

24                 MR. McNAMARA:  Objection.

25         A       Yes.

10

1                          A. Amaya

2          Q       Are you sorry that you lied

3      before?

4                  MR. McNAMARA:   Objection.

5          A       Yes, I'm sorry.

6          Q       I accept your apology.

7                  (Document consisting of a copy of

8              Mr. Amaya's personal identification was

9              marked as Defendants' Exhibit Number 6,

10             for identification, as of this date.)

11         Q       Your attorney had you give me this

12     document just before we began.

13                 I'm going to show you the document

14     identified as Defendants' Exhibit Number 6.

15                 Do you know what that document is?

16         A       Yes, it's my personal

17     identification.

18         Q       Is that you?

19         A       Yes.

20         Q       Look at me, please.

21                 Is all the information on there

22     truthful and accurate?

23         A       Yes.

24         Q       I'm going to ask you that question

25     again.  Keep in mind that we know the answer to

11

1                          A. Amaya

2      this question.

3                     MR. McNAMARA:   Objection.

4           Q      Is all the information on there

5      truthful and accurate?

6           A      Yes, it's truthful.

7           Q      Thank you.

8                  Are you currently employed?

9           A      Yes.

10          Q      Where are you currently employed?

11          A      Lunati Paving Construction.

12          Q      When did you start working for

13     Lunati Paving Construction?

14          A      I don't recall exactly, but it was

15     November or at the end of October of 2010.

16          Q      Did you ever work for Lunati

17     Paving Construction prior to October or November

18     of 2010?

19          A      For Ralphie, no.

20          Q      Did you ever work for Lunati prior

21     to November or October of 2010?

22          A      I gave you my response.  I'm not

23     sure if it was at the end of October or in

24     November.  I can't give you an exact date

25     because I don't recall.

                                                            12

1                               A. Amaya

2          Q       Did you ever work for Ralph Lunati

3   before October or November of 2010?

4          A       No.

5          Q       Truth?

6          A       Yes.

7                  MR. ZABELL:  This is not going to

8          go well.

9          Q       In 2001, who did you work for?

10         A       2001?

11         Q       That's what I said.

12         A       No one.  I wasn't in this country

13   yet.

14         Q       Where were you?

15         A       In El Salvador.

16         Q       In 2002?

17         A       I was in El Salvador.

18         Q       In 2003?

19         A       I was El Salvador.

20         Q       In 2004?

21         A       I was in El Salvador.

22         Q       In 2005?

23         A       In 2005, I entered the

24   United States.

25         Q       ████████

13

A. Amaya

2    A    ████████████████

3    █    ████ ████ ████ ██████████

4    █    ████

5    █    ██████

6    █    ████

7         MR. McNAMARA:  Counselor, I'd like

8    to object here and say that any answers

9    that come from your questioning are going

10   to be subject to the protective order, so

11   I'm instructing my witness not to answer.

12        MR. ZABELL:  He already answered.

13        MR. McNAMARA:  Tell the witness

14   not to answer, please.

15        THE INTERPRETER:  He already said

16   no.

17   Q    What was your first employment in

18   the United States?

19   A    It was at a company -- a

20   construction company.  At that time, it was

21   called Pave-Co Paving, something like that.

22   Q    You worked there for 2005?

23   A    Yes.

24   Q    All of 2005?

25   A    No.  I worked there about two

South Shore Court Reporting
(631)-235-6218

14

1                              A. Amaya

2      months for that company.

3              Q       What two months?

4              A       It was -- it was May and June

5      of 2005.

6              Q       Did you tell them that your name

7      was Alejandro Amaya?

8              A       Yes.

9              Q       Did you ever go by any other

10     names, other than Alejandro Amaya?

11             A       No, only by Alejandro.

12             Q       When you worked for Pave-Co

13     in 2005, did they pay you in check or cash?

14             A       By check.

15             Q       They paid you for all your hours

16     in check; right?

17             A       Yes.

18             Q       Do you have those checks?

19             A       Yes.  I have those at home.

20             Q       Did you stop working for Pave-Co

21     in June of 2005?

22             A       Yes.

23             Q       Are you sure it was June of 2005?

24             A       Yes.

25             Q       Where did you go to work in June

1                          A. Amaya

2       of 2005?

3              A       I worked for Baseball Heaven at

4       their baseball fields.

5              Q       From what period of time to what

6       period of time did you work for Baseball Heaven?

7              A       (No verbal response.)

8              Q       Cookie?

9              A       No, thank you.

10             MR. ZABELL:  Counselor?

11             MR. McNAMARA:  No, thank you,

12      Counselor.

13             Q       You can answer now.

14             A       What was the question?

15             Q       From what period of time to what

16      period of time did you work for Baseball Heaven?

17             A       I really don't remember.

18             Q       How were you paid by Baseball Heaven?

19             A       What?

20             Q       How were you paid by Baseball Heaven?

21             A       Baseball Heaven, they paid me

22      cash.

23             Q       How much cash did they pay you?

24             A       Five hundred per week.

25             Q       Do you have any documents that

16

                                        A. Amaya

1

2    show the period of time that you worked for

3    Baseball Heaven?

4          A      No.

5          Q      How many years did you work for

6    Baseball Heaven?

7          A      I didn't even work one year, but I

8    don't remember the exact time.

9          Q      It could have been 2005 or 2006;

10   correct?

11                MR. McNAMARA:   Objection.

12         A      No.  I'm confused.

13         Q      I know.

14         A      I'm confused.

15         Q      I know.

16         A      Yes, because I started working for

17   Suffolk Paving in 2005.

18         Q      Where do you live?

19         A      In Brentwood.

20         Q      Very close to here; right?

21         A      Close.

22         Q      You drove here today?

23         A      Yes.

24         Q      And you know when you worked for

25   Pave-Co, you were paid in a check for all the

17

1                          A. Amaya

2     time you worked; correct?

3          A     Yes.

4          Q     You have those pay stubs that will

5     show when you worked at Pave-Co; correct?

6          A     Yes.

7          Q     And you know exactly where they

8     are; right?

9          A     Yes.

10         Q     If we sent you home now, you would

11    know exactly where to get them; correct?

12         A     Yes.

13         Q     We may have to do that later

14    today; okay?

15         A     Okay.

16         Q     Is that a problem for you?

17         A     No problem.

18         Q     No problem; good.

19               After you left Pave-Co in June

20    of 2005, you say you worked for Baseball Heaven;

21    correct?

22         A     No.

23         Q     Don't lie to me.

24               I asked you if you already

25    testified that when you left Pave-Co, you went

18

1                              A. Amaya

2      to work for Baseball Heaven in 2005; correct?

3              A       It's true that I answered that,

4      but I'm confused.

5              Q       So you lied to me again?

6                      MR. McNAMARA:  Objection.

7              Q       Right?

8              A       (No verbal response.)

9              Q       Right; yes or no?

10             A       Yes.

11             Q       Stop lying to me.

12                     Do you understand?

13             A       Yes.

14             Q       I will accept your apology.

15                     MR. McNAMARA:  Objection.

16             Q       Okay?

17             A       Okay.

18             Q       You said you worked for Pave-Co in

19     May or June of 2005; correct?

20             A       No.

21             Q       So you lied to me?

22             A       Can we start again with the

23     interview?

24             Q       This is not an interview, sir.

25     This is a deposition.  You're here to provide

1                          A. Amaya

2      testimony regarding your lawsuit against the

3      defendants.

4                  Do you understand that?

5          A      Yes.

6          Q      I am here as Counsel for the

7      defendants.  My job is to explore all the facts

8      you may have to offer.

9                  If you should provide information

10     to me that indicates that you violated the law

11     or provide information that is clearly perjured

12     testimony, I will be obligated to take all

13     appropriate steps to protect my client's

14     interests.

15                 Do you understand that?

16         A      Yes.

17         Q      That is why I am urging you to

18     only tell the truth.

19                 Do you understand that?

20         A      Yes.

21         Q      You have already acknowledged to

22     telling me lies throughout this deposition so

23     far; correct?

24         A      Yes.  That's why --

25         Q      I'm urging you to stop lying.

20

```
 1                      A. Amaya
 2              Do you understand?
 3      A      Yes.
 4      Q      You only hurt yourself when you
 5  lie.
 6              Do you understand?
 7      A      Yes.
 8      Q      I would like it very much if you
 9  were to make a statement saying that you will
10  stop lying at this deposition.
11              MR. McNAMARA:   Objection.
12      Q      Please do so.
13      A      Yes.
14      Q      Yes, what?
15              MR. McNAMARA:   Objection.
16              Counselor, you can't just tell my
17          witness what to say.  Your job is to ask
18          questions.
19      Q      Yes, what?
20      A      Yes, I understand what you're
21  saying.
22      Q      What is it that I'm saying?
23              MR. ZABELL:  Let him finish, and
24          then you can make your objection.
25      Q      Go ahead and answer.
```

21

1                              A. Amaya

2          A       I understand you're saying that if

3    I lie, I'm violating a law, so if you don't want

4    to accept that -- I'm confused.  It was a year

5    before that I worked for Pave-Co and Baseball

6    Heaven.

7          Q       So you worked for Pave-Co and

8    Baseball Heaven in 2004?

9          A       2004.

10         Q       Does Pave-Co and Baseball Heaven

11   exist in El Salvador?

12         A       No.

13         Q       So you lied to me when you said

14   you came to the United States in 2005; correct?

15         A       No.

16         Q       Whoa, whoa, whoa.

17                 Did you not testify that you came

18   to the United States in 2005, to New York?

19         A       Yes.  Because I was confused

20   thinking that I had come in from El Salvador

21   in 2005, but the truth is I came in 2004.

22         Q       ███████████████████████████████

23   ███████████████████████████████████████████

24                 MR. McNAMARA:  Objection.

25                 MR. ZABEL:  He can answer yes or

22

```
 1                          A. Amaya
 2          no.
 3          A      No.
 4          Q      No?
 5          A      ███      ████████████
   █  ███████████  ██████████████  ███████████████
   █  ████████████████████████
 8          Q      What personal documents do you
 9      have that will show --
10              MR. McNAMARA:  Objection.
11          Instruct my witness to please not answer
12          that question.
13          Q      ████████████████████████
14      █      ██████████████████
15      █      ████████████████████████
16      █      ████
17      █      ██████████████
18              MR. McNAMARA:  Counselor --
19              MR. ZABELL:  It's just a ticket.
20          I'm not asking him about his immigration
21          status.
22              MR. McNAMARA:  Objection.  It
23          speaks to --
24              MR. ZABELL:  It's not a problem if
25          he doesn't know when he came to the
```

1                        A. Amaya

2          United States.

3                  He's already testified that he

4          came in 2005, and now he's changing that.

5          I'm asking him if there are papers, other

6          than his immigration papers, that would

7          show when he actually arrived here.

8                  It has nothing to do with his

9          immigration status, so if he tells me

10         that he has a plane, train, submarine

11         ticket; that's fine.

12                 MR. McNAMARA:  Well, he hasn't.

13         He's already -- he has already --

14         Q        ███████████████████████

15    that ████████████████████████

16         █      ██

17         █      █████████████████████████

18         █      █████████████

19         █      ████████

20         █      ██████████████████

21                 MR. ZABELL:  Off the record.

22                 (Whereupon, a discussion was held

23         off the record.)

24         Q        Did you come to the United States

25    in 2005, like you testified?

24

1                              A. Amaya

2        A      No, I came in 2004.

3        Q      So you testified incorrectly?

4        A      Yes.

5        Q      You lied?

6               MR. McNAMARA:  Objection.

7        Q      Correct?

8        A      Yes.

9        Q      When did you work for Pave-Co?

10       A      Pave-Co, in 2004.

11       Q      When in 2004?

12       A      It's May and June.

13       Q      Are you sure?

14       A      No -- I'm sure that I worked, but

15   the exact months that I worked...

16       Q      Do you remember when I asked you

17   before if you were sure if you worked in May or

18   June in 2005 for Pave-Co?

19       A      (No verbal response.)

20       Q      Do you remember me asking you that

21   before?

22       A      Yes, I remember that you asked me.

23       Q      And do you remember telling me

24   that you were sure you worked in May and June

25   of 2005 for Pave-Co?

25

1                          A. Amaya

2          A      Yes.

3          Q      And you were wrong; correct?

4          A      I was incorrect.

5          Q      You lied to me; correct?

6          A      Yes.

7                 MR. ZABELL:  Counselor, not unlike

8          our situation yesterday, I'm going to ask

9          you to instruct your client when we take

10         a break around lunchtime, to go home, and

11         get these documents.

12                MR. McNAMARA:  I'm not surprised

13         by that instruction at all.

14                MR. ZABELL:  Are you going to

15         instruct him to do that?

16                MR. McNAMARA:  Yes, I'm going to

17         instruct him to do that.

18                MR. ZABELL:  Could you do it

19         without rolling your eyes at me and

20         expressing some attitude because that's

21         just inappropriate.

22                MR. McNAMARA:  I apologize for

23         rolling my eyes.

24                MR. ZABELL:  This is not your

25         first time at the rodeo.

26

1                          A. Amaya

2                MR. McNAMARA:  It's not.

3                MR. ZABELL:  And this is not your

4        first time at the rodeo with me.

5                MR. McNAMARA:  Right, I agree.  I

6        agree.

7                MR. ZABELL:  I accept your

8        apology.

9                MR. McNAMARA:  I haven't

10        apologized.

11                MR. ZABELL:  You have.

12                MR. McNAMARA:  Did I?  I may have.

13        Q        Your attorney is going to instruct

14    you, during the lunch break, to go home, and get

15    any documents you have from Pave-Co and from

16    Baseball Heaven that will show when you worked,

17    including, but not limited to, your pay stubs.

18                Do you understand?

19        A        Yes.

20        Q        Do you understand that you are

21    suing the defendants going all the way back

22    to 2003?

23        A        I don't understand the question; no.

24        Q        Do you know that you're suing the

25    defendants claiming you worked for them in 2003?

27

1                          A. Amaya

2        A      No.

3        Q      That wasn't explained to you?

4        A      I didn't work for the defendants

5   in 2003.

6        Q      So if you're suing them, claiming

7   you worked for them in 2003, it would be false

8   and frivolous?

9                MR. McNAMARA:  Objection.

10       Q      Correct?

11       A      I didn't work 2003.  I came into

12  the United States in 2004.

13       Q      So if your lawsuit says you did,

14  it would be a lie; correct?

15               MR. McNAMARA:  Can we go off the

16          record?

17               MR. ZABELL:  Not until he answers.

18       A      I don't understand the question

19  well.

20       Q      No?

21               Your lawsuit, if it says that

22  you're claiming damages against the defendant

23  for work going as far back as 2003, that would

24  be false; correct?

25       A      No, I didn't work for them.

```
 1                          A. Amaya
 2          Q      I know you didn't work for them,
 3    but your lawsuit says you did.
 4                 MR. McNAMARA:   Objection.
 5          A      No.
 6          Q      No, it doesn't say you did?
 7          A      No.
 8          Q      Do you know what your lawsuit
 9    says?
10                 MR. McNAMARA:   Objection.
11          Q      You can answer.
12                 It's okay if you don't.
13          A      (No verbal response.)
14          Q      Do you know what your lawsuit
15    says?
16          A      I don't know exactly what my
17    lawsuit says because -- I do know that there is
18    a lawsuit and who am I suing?
19          Q      Are you asking me who are you
20    suing?
21          A      Suffolk Paving, Suffolk Asphalt,
22    Louis Vecchia, Helena Vecchia, and
23    Christopher Vecchia.
24          Q      Do you know what the lawsuit says?
25          A      I don't know exactly what the
```

29

1                        A. Amaya

2    lawsuit says.

3           Q      Do you know, generally, what it

4    says?

5           A      Yes, I know the basics.  I know

6    why I'm filing a lawsuit.

7           Q      Why are you filing a lawsuit?

8           A      I'm filing a lawsuit, because I

9    wasn't paid the overtime hours that were worked

10   for the company.

11          Q      What else?

12          A      That's the only thing that I'm

13   fighting for in my lawsuit, for my overtime

14   hours, for the hours that were not paid to me

15   during the time that I worked for that company.

16          Q      Do you know you're claiming those

17   overtime hours going all the way back to 2003?

18                 MR. McNAMARA:  Objection.

19          A      No.  I'm suing from 2005

20   through 2010.

21          Q      Did you stop working in 2010?

22          A      I stopped working in 2010.

23          Q      Why did you stop working?

24          A      Because they didn't give me any

25   more work.  They didn't give me no explanation.

1                          A. Amaya

2    All of a sudden, they didn't speak to me.  They

3    didn't tell me whether there was work or not.

4                    I would call the person in charge,

5    the immediate supervisor, who was Tommy.  He's

6    in charge of all personnel.  He didn't answer

7    the telephone, so then I found out through a

8    another person that there was no more work for

9    me.

10          Q       Who was that other person?

11          A       It's a person that works for the

12   company.  He's a driver.

13          Q       Who?

14          A       A driver.  His name -- I don't

15   know it.

16                  What's his name?

17          Q       I don't know what his name is.

18   That's why I'm asking you.

19          A       Yes, I know his name.

20          Q       Good.  Tell me his name.

21          A       It's Kenny.  I only know him by

22   Kenny.

23          Q       Is Kenny your supervisor?

24          A       No, he wasn't my supervisor.  But

25   I went to the job where I had been working to

31

1                          A. Amaya

2       see why, to found out why, if they were going to

3       give me more work or not, and then he was at

4       that job, and it was a surprise for him.  He's

5       the one who takes the material in the trucks, so

6       he was with another person, and I don't know him

7       either.

8            Q       "Him" being who?

9            A       His name is Eddie.  He works more

10      than anyone in the yard, but that day, he was

11      working outside, so then Kenny said that there

12      was no more work for me.  We had work, but he

13      didn't tell me from whom.

14           Q       Do you have a telephone?

15           A       Me?  Yes.

16           Q       What's your telephone number?

17           A       It's (631)-433-3453.

18           Q       For how long have you had that

19      telephone number?

20           A       About two-and-a-half years,

21      approximately.

22           Q       Did you ever provide that

23      telephone number to Suffolk Paving or

24      Suffolk Asphalt?

25           A       Yes.  The previous one that I had,

32

```
 1                         A. Amaya
 2    which is not this one.
 3         Q      What is the previous one?
 4         A      It's 6 -- I don't remember the
 5    number.
 6         Q      Really?  You don't remember your
 7    own telephone number?
 8                MR. McNAMARA:  Objection.
 9         A      I really don't remember.
10         Q      How would you characterize your
11    memory?
12         A      Maybe not that good.
13         Q      Maybe bad?
14         A      Maybe not bad, but maybe it's not
15    perfect, but I don't consider myself to have
16    problems.
17         Q      You don't remember your telephone
18    number?
19         A      For me, it's normal if I don't
20    remember.
21                What can I do?
22         Q      Do you have a car?
23         A      Yes.
24         Q      What kind of car?
25         A      Nissan Quest.
```

33

```
 1                         A. Amaya
 2          Q     Minivan?
 3          A     A minivan.
 4          Q     For how long have you had a Nissan
 5   Quest?
 6          A     Almost two years.
 7          Q     Before that, did you have a
 8   vehicle?
 9          A     Yes.
10          Q     What was that?
11          A     Nissan Sentra.
12          Q     You like Nissans?
13          A     Yes.
14          Q     For how long did you have that
15   Nissan Sentra?
16          A     About four years.
17          Q     ███████████████████████████
18          ██    ███
19          ██    ██████████████████████
20   ███████████████████
21          ██    █ ████████  ████████  █████
22   █████████████████████████████████
23          Q     ██████████████████
24          ██    ███████████  ████████████
25   ██████████████████████████████████
```

34

```
 1                        A. Amaya
 2          Q      Are you comfortable breaking the
 3    law because you need to?
 4          A      It's not that I want to break it,
 5    but it's a necessity for me to survive here.  I
 6    have to work, and in order to work, I have to
 7    have transportation.
 8          Q      ██████████████████████████████
██    ██████████████████████████████
██    ██      ██
██    ██      Did you ever lie?
██    ██      No.
██    ██      Think about your answer.
██          MR. McNAMARA:  Objection.
██    ██      I'm going to ask you again.
██          Did you ever lie?
██    ██      The question about the license,
18    I'm not lying to you.
19          Q      No, ever?  Did you ever lie?
20          A      No.
21          Q      Didn't you lie to me here today?
22          MR. McNAMARA:  Objection.
23          A      Yes, but I apologize.  I was
24    telling you that I was confused.
25          Q      I'm asking you if you ever lied to
```

35

1                          A. Amaya

2    get something that you wanted?

3          A      No.

4          Q      In your entire life?

5          A      No.

6          Q      Not even a little white lie?

7          A      Little white lies, but not big

8    lies that involve me and problems.

9          Q      So you have told little white lies

10   to get something you wanted; right?

11                MR. McNAMARA:  Objection.

12         A      To get something for myself?

13         Q      Or to avoid problems?

14         A      No.

15         Q      Did you ever lie to the woman you

16   call your wife?

17         A      No.

18         Q      Did you ever lie to travel into

19   the United States?

20         A      No.

21         Q      Did you ever conceal facts?

22                MR. McNAMARA:  Objection.

23         Q      You may answer.

24                MR. McNAMARA:  I'm instructing him

25          not to answer.

36

1                                    A. Amaya

2                    MR. ZABELL:   It's a general

3            question as to whether or not this man

4            has ever concealed facts.

5                    He can answer that.

6        A       No.

7        Q       I thought you promised not to lie

8    to me; right?

9        A       (No verbal response.)

10       Q       Didn't you promise not to lie to

11   me?

12                   MR. McNAMARA:   Objection.

13       Q       You may answer.

14       A       Yes.

15       Q       Why are you lying to me now?

16                   MR. McNAMARA:   Objection.

17       A       I'm not lying.  If maybe I've

18   answered a question and you've said that I've

19   lied, I'm correcting it.

20       Q       Did you ever conceal facts?

21       A       (No verbal response.)

22       Q       Look at me.

23               Did you ever conceal facts?

24       A       No.

25       Q       Do you want to take a break?

37

1                              A. Amaya

2              MR. McNAMARA:  Counselor, you

3        don't have to instruct my witness.  We

4        can continue with the questioning.

5              MR. ZABELL:  You said you wanted

6        to take a break before.  I'm giving you

7        that opportunity to take your break now.

8              MR. McNAMARA:  I didn't say I

9        wanted to take a break.

10             MR. ZABELL:  I'm sorry, but it was

11       on the record a couple of questions back

12       that you wanted to take a break, and I

13       said after he finishes answering the

14       question, and you said, okay, and thank

15       you.

16             MR. McNAMARA:  I wanted to talk

17       shortly off the record.

18             MR. ZABELL:  Okay, do you want to

19       talk shortly off the record?

20             MR. McNAMARA:  No, we're fine now,

21       and we don't need to take a break.  I'll

22       let you know when my witness needs to

23       take a break.

24             MR. ZABELL:  Eat a cookie,

25       Counselor.

38

1                          A. Amaya

2                  MR. McNAMARA:  All right.  They do

3          smell good.

4          Q      Mr. Amaya?

5          A      Yes.

6          Q      Did you prepare for this

7    deposition in any way, other than putting on

8    cologne?

9          A      No.

10         Q      Did you speak to your attorney in

11   preparation for this deposition?

12         A      No.

13         Q      When was the last time you spoke

14   to your attorneys?

15         A      About three month ago, I think.

16   For this interview, I didn't receive any

17   preparation or anything.

18         Q      Did they ever show you any

19   documents in advance of this depression?

20         A      Yes.  When we filed the lawsuit,

21   they gave me documents for the lawsuit, but it

22   was in English, so I don't know how to read.

23         Q      Do you know how to read in

24   Spanish?

25         A      Yes.

39

1                        A. Amaya

2          Q      Did they translate the documents

3    into Spanish for you?

4          A      Yes.

5          Q      Who translated those documents?

6                 MR. McNAMARA:  I'm instructing the

7          witness not to answer.

8                 This is attorney/client privilege.

9          It is.  You're going to tell me it's not.

10         It is and he's not going to answer your

11         question, and he's not going to answer

12         any question about attorney/client

13         communications.

14                MR. ZABELL:  Counselor, you're

15         trying very hard, and I appreciate that,

16         but you're actually laughing at yourself

17         as you're saying it, so I'm having a hard

18         time taking you seriously.

19                MR. McNAMARA:  I'm completely

20         serious and if --

21                MR. ZABELL:  Are you denying that

22         you are not grinning from ear-to-ear?

23                MR. McNAMARA:  If anything, it's

24         due to the face that you're making.

25                MR. ZABELL:  Are you denying that

40

1                          A. Amaya

2        you are grinning ear-to-ear?

3               MR. McNAMARA:  Are you denying

4        that you're grinning right now?

5               MR. ZABEL:  Answer my question.

6               MR. McNAMARA:  No, I'm not denying

7        it --

8               MR. ZABELL:  Right, okay.

9               MR. McNAMARA:  -- but it's really

10       because of the face that you're making at

11       me.

12       Q     Mr. Amaya, you said your attorneys

13   gave you documents.

14              You read those documents in

15   advance of this deposition; correct?

16              MR. McNAMARA:  Objection.

17       Q     Did you read those documents in

18   advance of this deposition?

19       A     No.

20       Q     Did you read any of the documents

21   that your attorneys gave you?

22       A     Did I see them?

23       Q     Did you read them?

24       A     Yes, the Spanish translation; yes.

25       Q     What documents were translated

41

1                          A. Amaya

2       into Spanish for you?  Just identify them for

3       me.

4            A       Only where they let us know about

5       the lawsuit, and why we were suing, and it was

6       about the rights that we're requesting.

7            Q       Did you see a copy of the actual

8       lawsuit translated into Spanish?

9            A       Copy?  Yes.

10           Q       So they actually translated the

11      lawsuit into Spanish for you?

12           A       Yes.

13           Q       Then, you know that you're suing

14      for periods of time before you arrived in the

15      United States.

16                   MR. McNAMARA:  Objection.

17           Q       You may answer.  When he objects,

18      you may disregard his objections; okay.

19                   Please provide an answer.

20           A       Can you repeat the question?

21           Q       ██████████████████████

22      ████████  ██████████████████████████

23      ██████████████████████████████

24      ██████████████████████  █████████

25           A       No.  I'm suing from 2005 to 2010.

South Shore Court Reporting
(631)-235-6218

42

```
 1                         A. Amaya
 2              MR. McNAMARA:  Objection.
 3              MR. ZABELL:  Are you objecting to
 4        his answer?
 5        Q     Who explained that to you?
 6        A     My attorney.
 7        Q     Patrick?
 8        A     No.  We have the lawsuit.
 9        Q     Do you know who Patrick is?
10        A     Yes.
11        Q     When did you meet Patrick?
12        A     Today.
13        Q     Well, that was nice.
14              He introduced himself to you?
15        A     Yes.
16        Q     In Spanish?
17        A     No, in English.
18        Q     But do you understand English?
19        A     I understand a little.
20        Q     How do you communicate on the job
21        site?
22        A     Because there are more people who
23        translate.  There are Hispanics who know
24        Spanish.
25        Q     Oh, that's very nice.
```

43

1                          A. Amaya

2                    In 2005, who did you work for?

3          A      In 2005, I worked for

4    Suffolk Paving.

5          Q      In 2006, who did you work for?

6          A      For Suffolk Paving.

7          Q      In 2007, who did you work for?

8          A      For Suffolk Paving.

9          Q      In 2008, who did you work for?

10         A      For Suffolk Paving.

11         Q      In 2009, who did you work for?

12         A      For Suffolk Paving.

13         Q      In 2010, who did you work for?

14         A      For Suffolk Paving, but I didn't

15   work the whole year.

16         Q      Who did you work for in 2010?

17         A      Part for Suffolk Paving and part

18   for Ralphie Lunati; the Lunati Paving

19   Construction.

20         Q      When in 2010, did you start

21   working for Ralphie Lunati, exactly?

22         A      Exactly, I don't remember, but it

23   was at the end of 2010.  It was after I stopped

24   working for Suffolk Paving.

25         Q      Did you receive pay stubs from

44

1                          A. Amaya

2    Ralphie Lunati?

3          A      Yes.

4          Q      Do you still have those?

5          A      Yes.

6          Q      Will those show us when you

7    started working for Ralphie Lunati?

8          A      Yes.  I have those.  I have check

9    stubs.

10         Q      So when you go home this afternoon

11   during our break, you can bring those back to

12   us, as well; correct?

13         A      Yes.

14         Q      Will you?

15         A      Yes.

16         Q      Very good.

17                Were you ever in a union?

18         A      No.

19         Q      In 2005, how much were you paid

20   per hour by Suffolk Paving?

21         A      Sixteen an hour.

22         Q      What type of work did you do?

23         A      Regular laborer.

24         Q      What kind of jobs did you work on?

25         A      It was asphalt.

45

1                         A. Amaya

2          Q       Did you ever receive more than $16

3    an hour in 2005?

4          A       No, $16, $16.

5          Q       In 2006, how much did you make an

6    hour?

7          A       Sixteen, the same.

8          Q       Did you ever make more than $16 an

9    hour in 2006?

10         A       No.

11         Q       In 2007, how much did you make an

12   hour?

13         A       Sixteen, the same.

14         Q       Did you ever receive more per hour

15   in 2007 from Suffolk Paving?

16         A       There, I'm not sure if it was 2007

17   when I got a raise or 2008, but I did get a

18   raise to $18.75 an hour, but I don't remember if

19   it was 2007 or 2008.

20         Q       In 2008, how much did you make per

21   hour?

22         A       I think $18.75, but I'm not really

23   sure if I was earning that at that time.

24         Q       In 2009, how much were you making

25   per hour from Suffolk Paving?

1                          A. Amaya

2          A          It was $18.75.

3          Q          In 2010, how much were you making

4     from Suffolk Paving per hour?

5          A          It was $18.75.

6          Q          How much an hour are you making

7     working for Ralph Lunati?

8          A          Twenty an hour.

9          Q          Did you receive paychecks from

10    Suffolk Paving from 2005 to 2010?

11         A          Yes.

12         Q          Those paychecks showed the hours

13    that you worked; correct?

14         A          The check, yes, but not all of the

15    hours that we worked were there.

16         Q          And you also received cash

17    payments from Suffolk Paving; correct?

18         A          No.

19         Q          You never received cash from

20    Suffolk Paving?

21         A          I never received cash.

22         Q          You know all your coworkers said

23    they received cash?

24         A          Yes, because each one is

25    different.  I don't know the agreement that they

47

1                          A. Amaya

2    had come to, why they got cash, but in my case,

3    I was never given cash.

4            Q      In 2005, what were some of the

5    specific jobs that you worked on?

6            A      I can't really tell you exactly

7    about the jobs because they were different.  It

8    was mostly in Suffolk, but there was also work

9    in Nassau.

10           Q      Good.

11                  Tell me some of the names of the

12   jobs.

13           A      Some of the names of the jobs?

14           Q      Yes.

15           A      I can't really give you exact

16   names, but maybe the places, the towns.  It's

17   Riverhead, this whole area, the area of Medford,

18   Brentwood, this area here, Bohemia, Central

19   Islip, and the Town of Babylon.

20           Q      What were the names of some of the

21   projects that you worked on?

22           A      They don't really give you names,

23   because they didn't let me know the names of the

24   projects because I wasn't in charge.  I was just

25   a regular laborer.

48

1                          A. Amaya

2        Q      But you would go to the projects;

3  would you not?

4        A      Yes.

5        Q      You could look around you and see

6  what the project is; right?

7        A      Yes.

8        Q      What streets did you do in

9  Riverhead?

10       A      No, I don't remember the names of

11  the streets.

12       Q      What streets did you work on in

13  Central Islip?

14       A      Central Islip.

15              You asked me for specific streets.

16  I can't really give you the names.

17       Q      What streets did you work on in

18  Bohemia?

19       A      I don't recall streets or names of

20  projects.

21       Q      Do you remember any parking lots

22  that you did?

23       A      Yes.

24       Q      What are some of the names?

25       A      There are many, but the names, I

49

A. Amaya

1

2     didn't have.  I would go to work with the person

3     in charge.  He would tell me you have to do

4     this, so I would only do what the person in

5     charge told me.

6          Q     So you can't identify any of the

7     projects that you worked on; can you?

8          A     No.

9          Q     From 2005 all the way up to 2010;

10     correct?

11          A     Well, I can identify a job.  I can

12     take you to a place, and I can tell you that I

13     worked there.

14          Q     I have no interest in going

15     anywhere with you, sir.

16          A     Okay.

17          Q     I do have an interest in exploring

18     the truth with you.

19                Can you tell me the names of any

20     of the projects that you worked on with

21     Suffolk Paving from 2005 to 2010?

22          A     I don't recall.  Names of projects

23     and names of streets, I can't give you because

24     that wasn't my job.  I went to work, to the

25     place, and they would say you have to do this

50

1                          A. Amaya

2    and this.  I would only do my job.

3        Q      So you just said that you would go

4    to work at the place, and they would say, work,

5    and that's what you did; correct?

6        A      Yes.

7        Q      Who would tell you to go to work

8    at a place?

9        A      Well, from the office, they would

10   send us.  They would give us a work order

11   specifying the work, but that work order would

12   be given to the person in charge of the group.

13       Q      How did you get to the work office

14   every morning?

15       A      I would get to the office every

16   morning with the person in charge that I worked

17   with.  He would take me there.

18       Q      Mendez would drive you; right?

19       A      Mendez.

20       Q      Pracelis Mendez?

21       A      Pracelis.

22       Q      He drove you to work every

23   morning; right?

24       A      Yes.

25       Q      He waited outside of your house

```
1                         A. Amaya
2    until you woke up in the morning?
3         A       No.  I would go to his house, and
4    from his house, we would leave for the yard.
5         Q       Really?  Because his GPS reports
6    show that he would go to your house.
7         A       No.
8         Q       If his GPS reports show that he
9    would go from his house in the morning to your
10   house, those GPS reports would be false?
11        A       I really don't know if the report
12   is false or not, but that's my truth.  I would
13   go from my house to Mendez's house, and from
14   Mendez's house, we would leave for the Suffolk
15   Paving yard.
16        Q       Why didn't you just go to the work
17   site every morning?
18        A       No, because I was working almost
19   always with him, so that's why I would go from
20   my house to his house.
21        Q       So you went along with him for the
22   ride?
23        A       Yes.
24        Q       Did you eat breakfast today?
25        A       Yes.
```

52

1                        A. Amaya

2          Q       What did you eat?

3          A       Normal breakfast.

4          Q       What is a "normal breakfast" for

5     you?

6          A       For me, it's beans, fried eggs,

7     and banana.

8          Q       Did you make that at home or at a

9     deli?

10         A       No, that, I made at home.

11         Q       When you were working for

12    Suffolk Paving, you would get breakfast at a

13    deli; correct?

14         A       Yes.

15         Q       Would Mendez go to the deli with

16    you?

17         A       No.

18         Q       He doesn't eat much; right?

19         A       He doesn't eat much, but at

20    lunchtime, he would buy my food, and I would

21    stay at work working, because we would only take

22    a maximum of ten minutes.  We would eat and then

23    we would go back to work.

24         Q       That's a great answer, but it's

25    not an answer to question that I asked you.

I understand that you were prepped and told to get certain information out at this deposition; okay?

A (No verbal response.)

Q Okay?

MR. McNAMARA: Objection.

A No.

Q Your job today is not to get your story out but to answer the questions that I ask you.

Do you understand?

A Yes.

Q Just answer the questions I ask you and don't lie.

A Okay.

Q Okay?

A Okay.

Q No more lies today; okay?

MR. McNAMARA: Objection.

Q Okay?

A That's fine.

Q So there will be no more lies?

MR. McNAMARA: Objection.

Counselor, stop telling my witness

54

1                         A. Amaya

2          what to say.

3          A      No.

4          Q      Okay.

5                 Do you know what a diary is?

6          A      Diary?

7          Q      Yes.

8          A      I know about two kinds of diaries;

9     one is the news about everything that happens in

10    the country, and the other one is a diary like a

11    personal diary.

12         Q      Did you ever keep a personal

13    diary?

14         A      No.

15         Q      Did you ever keep a list of all

16    the days that you worked?

17         A      No, because the person in charge

18    did all of that.

19         Q      Did you ever keep a list of all

20    the hours you worked?

21         A      No.

22         Q      Didn't you just testify that

23    Mendez was the person in charge on the job?

24         A      Yes, he's in charge.

25         Q      So Mendez kept a list; is that

55

1                          A. Amaya

2       what your testimony is?

3              A       Yes.

4              Q       Did you ever see Mendez's list?

5              A       Yes, sometimes I saw it.

6              Q       What did it look like?

7              A       It was a sheet where the days were

8       specified for the whole week and where all the

9       hours worked were put down.

10             Q       Did you put down your own hours?

11             A       No, but I knew the hours that I

12      worked per week.

13             Q       How did you know them?

14             A       Easy.  Because in one week, I

15      would keep track of how many hours.  It wasn't

16      necessary to write them or to keep a personal

17      report, but I did know the hours that I worked.

18             Q       How many hours did you work?

19             A       It varied from fifty to sixty

20      hours, fifty-five.

21             Q       So your work schedule varied from

22      fifty to sixty hours; correct?

23             A       Yes.

24             Q       After you would get to the shop in

25      the morning, you would drive to a deli; correct?

56

1                            A. Amaya

2            A       Before.  When I left my house, I

3     would stop and buy my breakfast.

4            Q       After you left the shop; correct?

5            A       No, before.  Before getting to the

6     shop, I had already bought my breakfast.

7            Q       You know the GPS reports show that

8     you would go for breakfast after leaving the

9     shop?

10           A       No.  I would always buy my

11    breakfast before getting there.

12           Q       When you left the shop, you would

13    leave with Mendez; correct?

14           A       Yes.

15           Q       Was anybody else with you?

16           A       No.  It was, most of the time,

17    just the two of us.

18           Q       Sometimes there was somebody else?

19           A       Sometimes, yes; sometimes.

20           Q       Would Mendez ever go to a deli

21    after leaving the shop in the morning, like he

22    testified?

23           A       He did it maybe once or twice.

24           Q       How about going to a 7-Eleven?

25           A       Yes, he used to go to 7-Eleven.

57

```
 1                          A. Amaya

 2            Q      So he would go to the 7-Eleven

 3     after leaving the shop in the morning; correct?

 4            A      Yes, sometimes.

 5            Q      And he would get coffee; right?

 6            A      Yes.

 7            Q      He likes their coffee; right?

 8            A      Yes.

 9            Q      Do you like their coffee?

10            A      Yes.

11            Q      What do you like about it?

12            A      Because I like it.

13            Q      What do you like about it?

14            A      About the coffee?

15            Q      Yes.

16            A      Because it's according to one's

17     taste.

18            Q      Is it tasty?

19            A      Yes.

20            Q      Is it worth the price?

21            A      Yes.

22            Q      How do you take your coffee?

23            A      Half milk and half coffee.

24            Q      Sugar?

25            A      A little.
```

58

```
 1                          A. Amaya
 2         Q      Sweet and low?
 3         A      Flower?
 4         Q      What flower?  Just sugar?
 5         A      Just sugar.
 6         Q      How does Mendez take his coffee?
 7         A      He also likes it with a lot of
 8  milk.
 9         Q      Regular milk or low-fat milk?
10         A      Regular milk.
11         Q      What about the flavored milks?
12         A      No, regular.
13         Q      Does he like hazelnut coffee?
14         A      Hazelnut coffee?
15         Q      Yes.
16         A      Yes, I like coffee.
17         Q      French vanilla coffee?
18         A      Yes, I've tasted it, and I like
19  it.
20         Q      What about Mendez, what kind of
21  coffee does he like?
22         A      I've always seen that he likes
23  regular coffee.
24         Q      Sometimes you would get him
25  coffee, and sometimes he would get you coffee;
```

59

1                          A. Amaya

2    right?

3          A       No.   Normally, he would always buy

4    me.

5          Q       Oh, he was very generous; right?

6          A       Yes.

7          Q       I see.

8                  So you worked for Suffolk Paving

9    for five years; correct?

10         A       Five years.   Five, six, seven,

11   eight, nine, ten; five.

12         Q       In those five years, you got a

13   paycheck each week you worked; correct?

14         A       Yes.

15         Q       You got a paycheck for the hours

16   you worked; correct?

17         A       Yes, the hours worked, but not all

18   of the ones that were worked.

19         Q       Were you ever paid overtime at

20   Suffolk Paving?

21         A       Sometimes one, two, or three hours

22   of additional overtime.

23         Q       You took lunch every day that you

24   worked at Suffolk Paving; right?

25         A       I hardly ever took a half-an-hour

60

1                          A. Amaya

2     because with Mendez, you really don't take a

3     break.  He likes to eat and then work right

4     away.

5              Q       Do you like soccer or baseball?

6              A       I like both of the them.  I like

7     both sports.

8              Q       Which sports have you played on

9     the job site?

10             A       That I recall, none of them.

11             Q       Mendez says he plays baseball on

12    the job site.  He says he keeps a mitt and a

13    baseball.

14             A       No.

15             Q       He lied to me?

16             A       If that's what he said, but I

17    never saw a bat or a glove in his car.

18             Q       What about a soccer ball?

19             A       Soccer ball, yes.

20             Q       You've seen that in his car?

21             A       Sometimes I've seen them, but in

22    my case, I've never played soccer or any other

23    sport at work.

24             Q       Did you ever see any of your

25    coworkers play soccer at work?

61

1                              A. Amaya

2          A       No.   Because at work, it was

3    almost always me and Mendez.   I don't know about

4    the other group.

5          Q       Are you sure?

6          A       Yes.

7          Q       How much money are you suing the

8    defendants for?

9          A       I can't give you an exact number.

10         Q       Give me a rough number.

11         A       A rough number?

12         Q       Yes.

13         A       From sixty to $75,000.

14         Q       How do you arrive at the sixty to

15   $75,000?

16         A       It's kind of what I figured out,

17   because of the time that I worked.

18         Q       Tell me what calculations you

19   made.

20         A       Because I work weekly work hours.

21   There's always ten, fifteen, or twenty hours

22   missing per week.

23         Q       Always; right?

24         A       Always.

25         Q       What about on weeks where there

62

1                        A. Amaya

2    were rain days?

3          A       When there was a lot of water --

4    when there was rain days, we didn't work.

5          Q       On weeks where there were rain

6    days, ten, fifteen, twenty hours were not

7    missing from your paycheck; right?

8          A       No, but when we worked four days

9    of the week, there was more than forty hours per

10   week because the least that we worked was ten

11   hours per day.

12         Q       So if you work ten hours per day

13   for four days of the week, you worked forty

14   hours; correct?

15         A       Forty hours.

16         Q       Then, if you subtract the travel

17   time, you worked less than forty hours; correct?

18         A       No.  That's from the moment we

19   would get to the yard until the hour that we

20   finished the work.

21         Q       But you didn't have to go to the

22   yard.  You could have gone directly to the job

23   site; correct?

24         A       But all the personnel went

25   directly to the yard to pick up their work

63

1                        A. Amaya

2    papers.

3         Q      But they didn't have to.  They

4    could have gone directly to the job site;

5    correct?

6         A      (No verbal response.)

7         Q      Correct?

8         A      Yes, that's true.

9         Q      But you only followed Mendez

10   because he was your ride; correct?

11        A      (No verbal response.)

12        Q      Correct?

13        A      It's true.

14        Q      You were only at the shop for

15   maybe five minutes every morning; correct?

16        A      Sometimes more --

17        Q      Yes?

18        A      Sometimes --

19        Q      Yes?

20        A      Yes.

21        Q      Because you were waiting for

22   Mendez?

23        A      We had to pick up tools.  Mendez

24   always -- the time that it took Mendez to go to

25   the office to pick up the work papers, I would

64

                              A. Amaya

1
2    stay back and load the truck with tools and also

3    putting the diesel in for the truck.

4         Q      The truck always had the tools in

5    it from the previous day; correct?

6         A      Yes.  But sometimes he needs more

7    tools and we had to load them.

8         Q      But you could have gone to the job

9    directly in the morning, and you only followed

10   Mendez to work because he was your ride;

11   correct?

12        A      (No verbal response.)

13        Q      Correct?

14        A      It's true that I went to the job.

15        Q      Just answer the questions.

16               And I understand that you

17   acknowledge that as a correct statement;

18   correct?

19        A      Yes.

20               MR. ZABELL:  I think we should

21          take a break now and try and coordinate

22          when we are going to take our lunch break

23          and send him home to get those documents.

24               MR. McNAMARA:  Sure.

25               (Whereupon, a recess was taken at

65

1                          A.  Amaya

2              this time from 11:02 a.m. until

3              11:44 a.m.)

4         Q      Mr. Alejandro?

5         A      Yes.

6         Q      Who is Jose Alejandro?

7         A      Jose Alejandro, me.  I have two

8    names; Jose Alejandro Amaya Romero.

9         Q      Why do you have two names?

10        A      Because in El Salvador, we use two

11   names.  No one knows me by Jose.  They only know

12   me by Alejandro.  Even though in my original

13   document, it says, Jose Alejandro Amaya Romero.

14        Q      What original documents?

15        A      The document that -- the ID that I

16   showed you.  You have the copy.

17        Q      Well, the ID that you showed me

18   doesn't have two names.  It has four names;

19   correct?

20        A      Two first names and two last

21   names.

22        Q      So you have two first names and

23   two last names?

24        A      Yes.

25        Q      And Amaya goes with Romero;

66

```
1                         A.  Amaya
2    correct?
3           A      Yes.
4           Q      And Jose goes with Alejandro;
5    correct?
6           A      Yes.
7           Q      ████████████████████████████
8    ██████████
9           ██    ████████████████████  ████████
10   ████████████████████████████████
11          Q      You didn't start working in this
12   country under any of your real names?
13                 MR. McNAMARA:  Objection.
14          Q      You may answer.
15          A      No.
16          Q      Why would you lie about something
17   like that?
18                 MR. McNAMARA:  Objection.
19          A      I'm not lying.  I always worked
20   using Alejandro Amaya.
21          Q      Is it Alejandro Amaya, or is it
22   Amaya Alejandro?
23          A      Alejandro Amaya.
24          Q      Why didn't you use Romero Amaya;
25   isn't that one of your names?
```

67

```
 1                          A. Amaya
 2          A       That's one of my names, but...
 3          Q       And Alejandro Jose is another
 4   name; correct?
 5          A       Jose Alejandro are my first names.
 6          Q       But Amaya Alejandro is not a name?
 7          A       Amaya Alejandro?  Yes, that's my
 8   name; however you want to say it.  Alejandro
 9   Amaya or Amaya Alejandro.
10          Q       But your name is either Amaya
11   Romero or Jose Alejandro; correct?
12          A       Yes, my name is Jose Alejandro
13   Amaya Romero.
14          Q       But you're only choosing to use
15   Amaya Alejandro?
16          A       Yes.
17          Q       Why?
18          A       Because that's how I decided
19   working.  I started working using Alejandro
20   Amaya because no one knows me as Jose.  They
21   only know me as Alejandro.
22          Q       Have you ever been sued either in
23   this country or in any other?
24          A       No.
25          Q       Have you ever been arrested?
```

1                          A. Amaya

2          A      No.

3          Q      Either in this country or another?

4          A      No, in none.

5          Q      Do you owe anybody money?

6          A      No.

7          Q      Either in this country or another?

8          A      In this country, the only one that

9     owes me is Suffolk Paving, Suffolk Asphalt.

10    Those are the companies that -- the only ones

11    that owe me, and that's why we're in this

12    process.

13         Q      Did you ever collect unemployment

14    benefits?

15         A      No.

16         Q      Did you ever apply for

17    unemployment benefits?

18         A      No.

19    ■        ■

20    ■        ■    ■

21    ■        ■

22         MR. McNAMARA:   I'd like --

23    ■   ■    ■

24    ■   ■ ■    ■

25    ■ ■

69

1                    A. Amaya

2        Q     Why?

3              MR. McNAMARA:  I'd like to have --

4        all those questions and answers arising

5        from those questions should be marked

6        confidential, pursuant to the

7        confidentiality agreement.

8              MR. ZABELL:  I'll wait until I get

9        the answer before I determine whether or

10       not I can consent.

11       Q     Answer.

12       A     No.

13       Q     N█  ███████████████████████████

14          █  ███ █ █████████████████████████
    █  ██████████████████████████ █  ██
    █  ██████████████
    █        █        ███
    █  A        ███████ █ ██████
    █        █        █████████
    █              MR. McNAMARA:  I'm going to
    █        instruct my witness not to answer.
    █              MR. ZABELL:  You don't have a
    █        basis.
    █              MR. McNAMARA:  Yes, I do.
    █              MR. ZABELL:  What's your basis?

South Shore Court Reporting
(631)-235-6218

```
 1                    A. Amaya
 2              MR. McNAMARA:  My basis is that I
 3         believe his answer may concern his
 4         immigration status.
 5              MR. ZABELL:  Do you know if it
 6         will or it won't?
 7              MR. McNAMARA:  Do you?
 8              I'm instructing my client not to
 9         answer.
10              MR. ZABELL:  I have no idea what
11         his answer is, and if you don't know what
12         his answer is going to be either, then
13         you have no ability --
14              MR. McNAMARA:  Counselor,
15         Counselor --
16              MR. ZABELL:  You're going to let
17         me finish and give me that courtesy
18         because that is what I do for you.
19              Do you understand, Counselor?
20              MR. McNAMARA:  I do.
21              MR. ZABELL:  I am asking him why
22         he does not believe he can fill out the
23         papers.  If he gives me an answer that
24         touches on something that's privileged,
25         we'll designate it as such, and I won't
```

71

1                         A. Amaya

2        pursue it any further.  But right now,

3        you indicated to me that you don't know

4        what he is going to say, and I do not

5        know what he is going to say.

6               Because we do not know, you do not

7        have a good-faith basis to advise him not

8        the answer the question.

9               Are we clear on that?

10              You'll let him answer, and if it

11       turns out that what you suspect is true,

12       we'll designate it as confidential and

13       I'll move on.

14              MR. McNAMARA:  All right.  That's

15       fine.

16       Q

17

18

19

20       Q

21

22

23

24

25

72

1              A. Amaya

2        Q    ██████████████

3        A    ████████ ▌ █████

4        Q    ██████████

5             You have to tell us why you can't,

6    and your lawyer is advising you to answer.

7        A    Okay.  Let me speak with my

8    attorney then because --

9        Q    You can speak to your attorney

10   only after you answer the question.

11            Answer the question.

12       A    ████ ████████ ▌ █████████████

13   ████████████████████████ ████ ████

██  ██████████████ █████████████

██  ██████████████ █████████████

██  ████████████

17       Q    Okay.

18            MR. ZABELL:  You go speak to your

19   attorney now, like you asked.

20            MR. McNAMARA:  We're going to mark

21   this as confidential.

22            MR. ZABELL:  No.  What was just

23   said, there is not need a for it to be

24   marked as confidential because he didn't

25   give an answer.

1                    A. Amaya

2              All he said was that there are

3        legal issues, and he wants to speak to

4        his attorney, so he answered the

5        question, and now you can take a break.

6        And I'm assuming that you will not be

7        coaching him, unless you're going to

8        coach him to take the Fifth Amendment,

9        which you're free to you.

10             Right, Counselor?

11             MR. McNAMARA:  I got it,

12       Counselor.  We'll be right back.

13             (Whereupon, a recess was taken at

14       this time from 11:53 a.m. until

15       12:01 p.m.)

16             MR. McNAMARA:  I'm instructing my

17       witness not to answer any questions that

18       you posed before the break just because

19       his answers are going to lead to a

20       violation of the protective order.

21             MR. ZABELL:  Is that -- and I'll

22       take your representation.  Is that what

23       he represented to you out in the hallway?

24             MR. McNAMARA:  Yes.

25             MR. ZABELL:  Then, I'll accept

74

1                          A. Amaya

2              your representation.

3                      It's now 12:04.  I think we

4              decided that we were going to take a

5              break around now for lunch.

6                      Are you going to send him to go

7              get his documents?

8                      MR. McNAMARA:  Yes.

9                      MR. ZABELL:  Let's try and get

10             back here at about 1:00.

11                     MR. McNAMARA:  Okay, that's fine.

12                     (Whereupon, a luncheon recess was

13             taken from 12:05 p.m. until 1:35 p.m.)

14        Q       Mr. Alejandro?

15        A       Yes.

16        Q       Do you understand that you're

17   still under oath?

18        A       Yes.

19        Q       You know that; right?

20        A       Yes.

21        Q       No lying; okay?

22        A       Yes.

23        Q       You promise?

24        A       Yes.

25        Q       Yes, what?

75

                                    A. Amaya

1

2          A       Yes, I promise.

3          Q       You brought me back some

4    documents; did you not?

5          A       Yes.

6          Q       What are these documents?

7          A       They're proof of the W-2s and

8    check stubs.

9          Q       Didn't your lawyers ask for these

10   documents before today?

11         A       Yes, they did.  From

12   Suffolk Paving, not from another company.

13         Q       Did you provide all these

14   documents to your attorneys previously?

15                 MR. McNAMARA:  Objection.

16         A       Yes.

17         Q       Okay.  They just never turned it

18   over to me; right?

19         A       (No verbal response.)

20         Q       Right?

21         A       I don't know.

22         Q       Why don't you know?

23                 MR. McNAMARA:  Objection.

24         Q       Why don't you know?

25         A       I don't know.  They know their

76

                              A. Amaya

1

2    job.  I don't know what they do or if they were

3    supposed to tell you.

4                  (Document consisting of a copy of

5             four check stubs belonging to Mr. Amaya

6             was marked as Defendants' Exhibit 7, for

7             identification, as of this date.)

8         Q     I'm going to show you a document

9    that's identified as Defendants' Exhibit Number 7.

10                Do you know what that is?

11        A     Yes, a check stub.

12        Q     Just one?

13        A     There are four, three, four.

14              MR. ZABELL:  Excuse me a second.

15              (Whereupon, a recess was taken at

16          this time.)

17        Q     You had just counted four; did you

18    not?

19        A     Four, yes.

20        Q     Exhibit 7, how many pages are

21    there?

22        A     Two, three, four.

23        Q     Is it true that Exhibit 7 is an

24    accurate representation of the documents that

25    you provided to us?

77

1                          A. Amaya

2          A      Okay.

3          Q      Yes or no?

4          A      Yes.

5          Q      You can take your originals back

6     now (handing).

7                 Exhibit 7 shows pay stubs that you

8     received from Powell & Lunati Paving and

9     Construction, LLC for July and August of 2011;

10    is that correct?

11         A      Yes.

12         Q      And you're still working for

13    Powell & Lunati Paving and Construction;

14    correct?

15         A      Yes.

16         Q      When did you start working for

17    Powell & Lunati Paving and Construction?

18         A      I don't know exactly when, but it

19    was towards the end of 2010.

20         Q      I'm going to show you another set

21    of documents.

22                Do you know what those are

23    (handing)?

24         A      They are check stubs.

25         Q      Is that an accurate copy of those

1                          A. Amaya

2    check stubs?

3          A        (Perusing.)  Yes.

4          Q        What do those pay stubs show?

5          A        Hours worked for this company.

6          Q        And you worked, roughly, the same

7    hours for Powell & Lunati Paving and

8    Construction that you did for Suffolk Asphalt;

9    correct?

10         A        No.

11         Q        Did you work more or less?

12         A        I worked a little less.

13         Q        You worked a little less at

14   Suffolk Asphalt than you did at Powell & Lunati?

15         A        Yes, I worked more at Suffolk.

16         Q        A little more than you testified;

17   right?

18         A        Yes.

19         Q        Like one or two more hours a week?

20         A        No.

21         Q        Tell me.

22         A        We're talking about from ten

23   hours, approximately, more per week at

24   Suffolk Paving.

25         Q        That's what you consider a little

79

1                         A. Amaya

2     more; right?

3            A      Yes.

4                   (Document consisting of a copy of

5            Mr. Amaya's W-2 Form was marked as

6            Defendants' Exhibit 8, for

7            identification, as of this date.)

8            Q      I'm going to show you another

9     document identified as Defendants' Exhibit

10    Number 8.

11                  Do you know what that document is

12    (handing)?

13           A      Yes, I know what it is.  They're

14    copies of the W-2s.

15           Q      Are they accurate copies of your W-2?

16           A      Yes.

17           Q      It shows in 2005, you earned over

18    $30,000; correct?

19           A      Yes.

20           Q      In 2006, you earned over $37,000;

21    correct?

22           A      Yes.

23           Q      In 2007, you earned over $39,000;

24    correct?

25           A      Yes.

80

1                          A. Amaya

2          Q        In 2008, you only earned $30,000.

3                   Do you know why?

4          A        Can you repeat the question?

5          Q        In 2008, you only earned about

6     $30,000.

7                   Do you know why?

8          A        Because supposedly that's the time

9     that was worked throughout the whole year.

10         Q        What does that mean?

11         A        Because it's not the whole time.

12         Q        You didn't work for Suffolk Paving

13    for the whole year?

14         A        Yes, I did work all year, but this

15    is not the real number for the time that I

16    worked.

17         Q        So you made more money than is

18    reflected on this document?

19         A        Yes.

20         Q        How were you paid that money?

21         A        All of this money was paid to me

22    by check which is the whole year.

23         Q        So you're saying that

24    Suffolk Paving paid you more than the $30,425.49?

25         A        No.

81

```
 1                      A. Amaya
 2         Q       Come on.  Stop lying and tell the
 3    truth.
 4                 MR. McNAMARA:  Objection.
 5         Q       Stop lying and tell the truth.
 6                 MR. McNAMARA:  Objection.
 7         Q       Are you saying that you made more
 8    than $30,425.49 from Suffolk Paving?
 9                 Answer truthfully.
10         A       This is what they paid me in this
11    year.  You're asking me and I'm responding what
12    the paper says.
13         Q       In what year?
14         A       In 2008.
15         Q       So in 2008, how much money did
16    Suffolk Paving pay you?
17         A       They paid me $30,425.
18         Q       Then, why did you just say you
19    made more money than that in 2008 from
20    Suffolk Paving?
21         A       Yes.  Because he never paid the
22    overtime that I worked.
23         Q       You just testified that you made
24    more money than this, than is reflected in your
25    W-2 Form.
```

82

1                          A. Amaya

2                    Why did you say that?

3          A        Because I earned more money

4    because he -- according to him, this is what I

5    earned that year, but this wasn't -- because he

6    didn't pay all of the overtime.

7          Q        So you're saying that you made

8    more money than is actually reflected on this

9    document?

10         A        Yes, I did.

11         Q        Why are you lying?

12                  MR. McNAMARA:  Objection.

13         A        I'm not lying.  I'm telling you --

14         Q        How much more money did you

15   receive in 2008; $1, $2, $3?

16                  MR. McNAMARA:  Objection.

17         Q        How much more did you receive

18   in 2008 than is reflected on your W-2 Form?

19                  MR. McNAMARA:  Objection.

20         A        I can't give you an exact amount,

21   because I'm not an accountant.

22         Q        Give me an estimated amount.

23         A        $15,000 in a year.

24         Q        So you received $15,000 more a

25   year than is reflected on your W-2?

83

1                           A. Amaya

2          A       No, I haven't received it.   I

3    received what the W-2 says here (indicating).

4          Q       That's not what you just testified

5    to.

6                   Stop lying.

7                   MR. McNAMARA:   Counselor, I don't

8              think he understands the question.

9                   MR. ZABELL:   Then, he has an

10             obligation to tell me that he doesn't

11             understand the question; doesn't he,

12             Counselor?

13                  MR. McNAMARA:   I don't think that

14             he understands that he doesn't understand

15             the question.

16                  MR. ZABELL:   Well, that's the

17             price he pays for being a litigant, I

18             guess.

19         Q       Why did you testify that you

20   received more than $30,425.49 in 2008?

21         A       Excuse me?

22         Q       Answer the question.

23         A       I already answered it.

24                 What I earned in 2008 was $30,425,

25   what I earned for the company, but it's not the

84

1                          A. Amaya

2    exact amount, because here (indicating) I'm not

3    being paid overtime.

4              Q      Turn the page.

5              A      (Witness complies.)

6              Q      In 2009, how much did you make?

7              A      I made $33,048.

8              Q      That's how much you earned from

9    Suffolk Paving; correct?

10             A      Yes.

11             Q      Turn the page.

12             A      (Witness complies.)

13             Q      In 2010, how much did you make

14   from Suffolk Paving?

15             A      I made $6,191.

16             Q      In 2010, you worked for

17   Suffolk Paving Corp.; correct?

18             A      Yes.

19             Q      You also worked for another

20   company too; didn't you?

21             A      I worked for another company at

22   the end of the year 2010.

23             Q      What were the names of the two

24   companies that you worked for in 2010?

25             A      Suffolk Paving and Lunati Paving,

85

```
 1                       A. Amaya
 2    and Suffolk Paving includes Suffolk Asphalt.
 3            Q       Did you get paid by
 4    Suffolk Asphalt?
 5            A       Yes.
 6            Q       Show me any paychecks you received
 7    from Suffolk Asphalt.
 8            A       Yes.
 9            Q       Show them to me.
10            A       They're here (indicating).
11            Q       Show them to me.
12            A       I don't have them.
13            Q       You don't have them at all?
14            A       I have them at home, but this is
15    the proof of the Suffolk Asphalt from my taxes,
16    from my W-2.
17            Q       Why didn't you bring anything from
18    Suffolk Asphalt?
19            A       Excuse me?
20            Q       Answer the question.
21            A       Yes, I did work for
22    Suffolk Asphalt.
23            Q       Let's go to 2009.
24            A       (Witness complies.)
25            Q       Who did you work for in 2009?
```

```
 1                      A. Amaya
 2          A      For Suffolk Paving.
 3          Q      Did you work for anyone else,
 4    other than Suffolk Paving?
 5          A      No.
 6          Q      Only worked for Suffolk Paving;
 7    correct?
 8          A      Yes.
 9          Q      Go to 2008.
10          A      (Witness complies.)
11          Q      Who did you work for in 2008?
12                 MR. McNAMARA:   Objection.
13          A      For Suffolk Paving.
14          Q      And you only worked for
15    Suffolk Paving in 2008; correct?
16          A      Yes.
17          Q      You didn't work for anybody else
18    in 2008; correct?
19          A      Yes.
20          Q      Turn the page to 2007.
21          A      (Witness complies.)
22          Q      Who did you work for in 2007?
23          A      For Suffolk Paving.
24          Q      And you only worked for
25    Suffolk Paving; correct?
```

87

```
 1                        A. Amaya
 2          A       Yes.
 3          Q       You didn't work for anybody else,
 4   other than Suffolk Paving in 2007; correct?
 5          A       No.
 6          Q       Turn the page to 2006.
 7          A       (Witness complies.)
 8          Q       Who did you work for in 2006?
 9          A       Suffolk Paving.
10          Q       And you only worked for
11   Suffolk Paving in 2006; correct?
12          A       Yes.
13          Q       You didn't work for anybody else
14   in 2006; correct?
15          A       That's true.
16          Q       Turn the page.
17          A       (Witness complies.)
18          Q       Who did you work for in 2005?
19          A       For Suffolk Paving.
20          Q       And you only worked for
21   Suffolk Paving in 2005; right?
22          A       Yes.
23          Q       And you didn't work for anybody
24   else; correct?
25          A       No.
```

1                          A. Amaya

2          Q      Do you remember when I asked you

3     to stop lying to me?

4          A      Yes.

5          Q      Are you lying to me now?

6          A      No.

7          Q      I'm going to show you this

8     (handing).

9                 Do you know what that is?

10         A      It's a W-2.

11         Q      For what year?

12         A      Here (indicating) it says 2005.

13                (Document consisting of a copy of

14                Mr. Amaya's W-2 from Pave-Co was marked

15                as Defendants' Exhibit 9, for

16                identification, as of this date.)

17         Q      Now I'm going to show you the

18     marked exhibit.

19                Is that an identical copy of that

20     W-2?

21         A      Yes.

22         Q      So you worked for somebody else

23     in 2005; didn't you?

24         A      Yes.

25         Q      Why did you lie to me before?

89

1                          A. Amaya

2          A        (No verbal response.)

3          Q        Why did you lie?

4          A        (No verbal response.)

5          Q        Just answer.

6                   MR. McNAMARA:   Objection.

7          A        I worked for Suffolk Paving.

8          Q        In 2005, you worked for this

9   company.  What's this company?

10         A        Pave-Co.

11         Q        Is Pave-Co Suffolk Paving?

12         A        No.

13                  I worked for Pave-Co in 2004, but

14  this is what they sent me, and this is what I

15  declared on my taxes in 2005.

16         Q        They sent you a 2005 W-2

17  indicating that you worked for them in 2005;

18  correct?

19         A        Here (indicating) it

20  indicates 2005, but I worked there in 2004.

21         Q        So their records are lying;

22  correct?

23         A        I don't know because I don't

24  know --

25         Q        Well, either their records are

```
 1                      A. Amaya
 2    lying or you're lying.
 3                      Which one is it?
 4         A      (No verbal response.)
 5         Q      Who's lying?
 6                MR. McNAMARA:  Can we go off the
 7         record for a moment?
 8                MR. ZABELL:  Not until he answers.
 9         Q      Who's lying?
10         A      (No verbal response.)
11         Q      You have to answer the question.
12         A      I really don't know.
13         Q      You're lying; aren't you?
14         A      What?
15         Q      You're lying; aren't you?
16                MR. McNAMARA:  Objection.
17         Q      You're lying to me now; aren't
18    you?
19                MR. McNAMARA:  Objection.
20         Q      Answer the question.
21         A      Yes.  Because I'm saying that and
22    I assure you that I worked in 2004, because it's
23    impossible that I worked for both companies at
24    the same time.  In 2005, I worked for
25    Suffolk Paving.
```

91

1                          A. Amaya

2                  I don't know why this (indicating)

3      says 2002.  This (indicating), I declared

4      in 2005 when I got it in January or February,

5      which is when you have to fill out your taxes.

6            Q     Well, don't you have any pay stubs

7      for Pave-Co?

8            A     No, not now.

9            Q     What did you do with them?

10           A     No, I didn't keep them.

11                 MR. McNAMARA:  Objection.

12           Q     You destroyed them; didn't you?

13                 MR. McNAMARA:  Objection.

14           A     I have some from Suffolk and for

15     the company that I work for now, which is Lunati

16     Paving.

17           Q     You destroyed the pay stubs;

18     correct?

19                 MR. McNAMARA:  Objection.

20           A     Yes.  Because I didn't think it

21     was important.

22           Q     Well, it is important.

23           A     And later, I decided to keep the

24     stubs.

25           Q     It is important because now

92

1                          A. Amaya

2    somebody is lying.  Either Pave-Co is lying or

3    you're lying, and I'm entitled to find out the

4    truth.

5          A      If you want to know if I worked

6    for Pave-Co, I'm showing you that I worked for

7    Pave-Co.  If this isn't sufficient proof, then I

8    don't know what to do.

9          Q      Well, that shows that you worked

10   for Pave-Co in 2005, and you're saying here,

11   under oath, that you didn't work for them in

12   2005.

13                 So who's lying; you or Pave-Co?

14         A      (No verbal response.)

15         Q      I want an answer.

16         A      I worked for Pave-Co in 2004.

17         Q      You're saying that you never

18   worked for them in 2005; is that your testimony?

19         A      Yes.

20         Q      So you're saying that Pave-Co is

21   lying?

22         A      I don't know if Pave-Co is lying,

23   but I worked for Pave-Co in 2004.

24         Q      You're saying that the document

25   that you gave to me that indicates that you

93

1                        A. Amaya

2    worked for Pave-Co in 2005 is false and

3    fraudulent; correct?

4                    MR. McNAMARA:  Objection.

5         A        I can't say if it's false or not.

6    I'm not a speciality to be able to say if this

7    document is false.

8         Q        You gave me that document.

9         A        Yes, I gave you the document.

10        Q        You gave me the document that

11   showed you worked for Pave-Co in 2005; the same

12   time that you just testified you only worked for

13   Suffolk Paving; correct?

14        A        Correct, in 2005.  Here

15   (indicating) is the proof from 2005, because I

16   worked for Suffolk Paving.

17        Q        Yes.

18                  You worked for Suffolk Paving and

19   you worked for Pave-Co; correct?

20                  Just like in 2010, you worked for

21   Suffolk Paving and you worked for Lunati;

22   correct?

23        A        Yes.

24        Q        So you really did work for Pave-Co

25   in 2005; correct?

94

1                    A. Amaya

2          A     No.

3          Q     Ask your attorney if he believes

4    you.  Go ahead.  Look at him.

5               THE WITNESS:  Do you believe me,

6          Attorney?

7               MR. ZABELL:  Go ahead.  Answer

8          him.

9               Do you want me to swear you in?

10              Do you swear or affirm to tell the

11         truth, the whole truth, and nothing but

12         the truth?

13              We'll swear you in.  You could

14         tell him that you don't believe him.

15              Do you want to take a break and

16         speak to him off the record, even though

17         there is a question pending?

18              MR. McNAMARA:  No.

19              I don't think that Mr. Amaya is

20         lying.  I think that, if anything, he may

21         be mistaken, or he may misremember when

22         he worked for Pave-Co.

23         Q     Mr. Amaya, that's a fancy way of

24    saying he doesn't believe you.

25              MR. McNAMARA:  Objection.

95

A. Amaya

1

2          That's not true.  That's not the

3     case.  I think he's --

4               MR. ZABELL:  You're under oath.

5     You had me swear you in, so stop it.

6     It's too early in your career for this,

7     Counselor.

8               MR. McNAMARA:  I think that he's

9     mistaken.  I don't think it's

10    intentional.

11              MR. ZABELL:  Which is a nice way

12    of saying that you don't believe him.

13         Do you want to take a few minutes,

14    look at the document, and try to figure

15    some things out?

16              MR. McNAMARA:  Can we go off the

17    record for a minute?

18              MR. ZABELL:  Yes.

19              (Whereupon, a discussion was held

20    off the record.)

21    Q     No more lying; right?

22    A     No.

23    Q     Before you is Defendants' Exhibit

24 Number 9; correct?

25    A     Yes.

96

1                              A. Amaya

2          Q        This is a 2005 W-2 form; correct?

3          A        Yes.

4          Q        It shows that you worked for

5     Pave-Co Industries in 2005; correct?

6          A        I don't recall exactly.

7          Q        I'm not asking you to recall.  I'm

8     asking you to look at Defendants' Exhibit Number 9.

9     It says, "W-2 Wages and Tax Statement for 2005;"

10    correct?

11         A        Yes.

12         Q        You're saying that you don't know

13    if this document is accurate or inaccurate;

14    correct?

15         A        I can't really say if it's

16    accurate.

17         Q        But you gave me that document, did

18    you not?

19         A        Yes.

20         Q        When you gave me that document,

21    did you believe it to be accurate?

22         A        (No verbal response.)

23         Q        Help me out here.  We all know the

24    answer.  Come on.

25         A        Yes, I think that document is what

97

1                              A. Amaya

2      it says.  I can't say that's it's real, but the

3      truth is -- my answer is that I did work for

4      that company, and if you could continue with the

5      next question...

6              Q      Are you nervous?

7              A      No.

8              Q      Why are you getting all jumpy?

9              A      I'm not getting jumpy.

10             Q      You're getting a little sweaty

11     too; right?

12             A      It's possible.

13             Q      Is it hot in here?

14             A      No.

15             Q      Do you remember testifying earlier

16     that you worked for Pave-Co in 2005?

17             A      No.

18             Q      No, you don't remember testifying

19     to that?

20             A      I don't remember.  I don't

21     remember.

22             Q      Did you work for Pave-Co in 2005?

23             A      I don't remember.

24             Q      Do you remember your name?

25             A      Yes, my name is a Alejandro.

98

1                          A. Amaya

2           Q       That's just one of the four names;

3    right?

4           A       My complete name is Jose Alejandro

5    Amaya Romero.

6           Q       Well, welcome to this depression.

7           A       Thank you.

8           Q       You're welcome.

9                   (Document consisting of a copy of

10                  Mr. Amaya's W-2 from Powell & Lunati

11                  Paving and Construction was marked as

12                  Defendants' Exhibit Number 10, for

13                  identification, as of this date.)

14          Q       I'm going to show you a document

15   marked Defendants's Exhibit 10.

16                  Do you see that?

17          A       Yes.

18          Q       What is that?

19          A       It's a copy of the W-2.

20          Q       For what year?

21          A       (No verbal response.)

22          Q       Come on.  We're waiting.

23          A       For 2010.

24          Q       Do you need help?

25          A       (No verbal response.)

99

```
 1                      A. Amaya
 2          Q    Do you need help; si or no?
 3          A    Yes.
 4          Q    What do you need help with?
 5          A    I need to find this one
 6     (indicating).  I need to see the original.
 7               No.
 8               MR. McNAMARA:  Which one of these
 9          stubs is marked -- it's for Lunati.
10               MR. ZABELL:  Where are the Lunati
11          ones?
12          Q    Did you put it in there (indicating)?
13          A    No, these are check stubs
14     (indicating).
15          Q    Did you find it?
16          A    No.
17          Q    Now you have it; correct?
18          A    Yes.
19          Q    Do you see Defendants' Exhibit 10
20     in front of you?
21          A    (No verbal response.)
22          Q    Do you see Defendants' 10 in front
23     of you?
24          A    Yes.
25          Q    What is Exhibit 10?
```

100

                              A. Amaya

1

2        A      It's a copy of a W-2, a W-2.

3        Q      For what company?

4        A      Ralphie Lunati.

5        Q      Does it say Ralphie Lunati on it?

6        A      No, it doesn't.  It's Ralphie

7   Lunati or Lunati Paving.

8        Q      Doesn't it say Powell & Lunati

9   Paving and Construction?

10       A      Yes.

11              MR. McNAMARA:  I just want to ask,

12          if it was possible, that if the witness

13          has trouble reading the exhibits --

14              MR. ZABELL:  What you're doing now

15          is coaching.

16              MR. McNAMARA:  Could the

17          interpreter, please, assist him in

18          translating it?

19              MR. ZABELL:  It's his

20          responsibility to say if he needs

21          assistance.  You know that.

22       Q      Doesn't it say Powell & Lunati

23   Paving and Construction?

24       A      Yes.

25       Q      Do you work for Powell & Lunati

```
 1                      A. Amaya
 2    Paving and Construction?
 3         A     Yes.
 4         Q     Not Ralph Lunati, like you've been
 5    saying; right?
 6         A     Yes.
 7         Q     Why did you give me false
 8    information before as to who you worked for?
 9         A     It's not false.
10         Q     Yes, it is.
11               MR. McNAMARA:  Objection.
12         A     The person who hired me was
13    Lunati.  I spoke with him about work.  I have no
14    relationship with Powell, because he is not in
15    the company.
16         Q     But you work for his company?
17         A     Yes.
18         Q     So when I asked you what was the
19    name of the company, I don't want to know who
20    the person is you speak to every day.  I want to
21    know the name of the company.
22               Am I clear?
23         A     Yes.
24         Q     So you worked for Powell & Lunati
25    Paving and Construction in 2010; correct?
```

102

1                          A. Amaya

2          A      Yes.

3          Q      Didn't you testify you only worked

4    for Suffolk Paving in 2010?

5          A      I said that I had worked for

6    Suffolk Paving and for Ralphie Lunati

7    Construction.

8          Q      But you didn't work for Ralphie

9    Lunati Construction.

10                MR. McNAMARA:  Objection.

11         Q      Correct?

12         A      (No verbal response.)

13         Q      Correct?

14                MR. McNAMARA:  Objection.

15         A      (No verbal response.)

16         Q      Correct?

17                MR. McNAMARA:  Objection.

18         A      No.

19         Q      No?

20                Please, don't lie to me.

21                MR. McNAMARA:  Objection.

22         Q      In 2009, how did you get to your

23   job sites?

24         A      In your (sic) car.

25                After they filed the suit, then we

103

1                          A. Amaya

2     went directly to the job sites in our own

3     personal cars.

4          Q      In my car?

5          A      In my car.

6                 After they filed the suit, the

7     company changed their position, and they said we

8     didn't have to go to the yard, but that we had

9     to go straight to the job site.

10         Q      No one ever told you that you had

11    to go to the yard.  You just tagged along with

12    Mendez; correct?

13                MR. McNAMARA:  Objection.

14         A      Because the bosses had to be there

15    at a certain hour, which was 6:30.  That was the

16    regular time, but not every day.  We wouldn't

17    get there at that time every day.  Many times we

18    got there earlier than 6:30.

19         Q      You testified before that you only

20    went to the shop because you were bumming a ride

21    with Mendez; correct?

22         A      No.

23         Q      Yes, that's what you testified.

24         A      No.  Mendez didn't pick me up.  I

25    would go to Mendez's house.

1                          A. Amaya

2          Q      Right.  And Mendez would drive you

3    from his house to the shop, but you would only

4    go with him because you wanted the ride from

5    him; correct?

6                  MR. McNAMARA:  Objection.

7          A      Yes.

8          Q      And you didn't have a license to

9    drive in the United States at that time;

10   correct?

11         A      Nor do I have one now.

12         Q      You would drive to his house, and

13   then he would drive you to the shop, and you

14   would only just wait with him while he got a map

15   to find out where the next place to go was;

16   correct?

17                 MR. McNAMARA:  Objection.

18         A      Yes.

19         Q      And sometimes that was only for

20   five minutes; correct?

21         A      It depended.  If we have to pick

22   up tools, then it would take longer than five

23   minutes.

24         Q      But there were always tools in the

25   truck; right?

105

1                          A. Amaya

2          A       Not always tools.

3          Q       And you didn't need propane; did

4    you?

5          A       Sometimes, yes.

6          Q       What would you need propane for?

7                  You were the setup crew.

8          A       Because sometimes we had to go and

9    repair jobs that weren't done well.

10         Q       No.  You were the setup crew.

11                 You weren't anything else;

12   correct?

13                 MR. McNAMARA:  Objection.

14         A       Yes, in general.

15         Q       Didn't the box trucks take the

16   propane?

17         A       Yes, they did.

18         Q       So you had all the tools in

19   Mendez's truck already; correct?

20                 You already testified yes.

21         A       Yes.

22         Q       Stop lying to me about you having

23   to load up tools when you already had tools in

24   the truck.

25                 Do you understand?

```
 1                      A. Amaya
 2              MR. McNAMARA:  Objection.
 3      Q      Do you understand?
 4      A      (No verbal response.)
 5      Q      Yes or no?
 6      A      Yes, I understand.
 7      Q      So you would go with Mendez,
 8  Mendez would go in to get a map, and then you
 9  would leave after a few minutes; correct?
10              MR. McNAMARA:  Objection.
11      A      Yes.
12      Q      And Mendez didn't need your help
13  getting the map; correct?
14      A      No.
15      Q      And you were just along for the
16  ride; correct?
17      A      Yes.  Because I had to work with
18  him, and he had to take me in the company truck.
19      Q      Right.  And then you would go and
20  get breakfast; right?
21      A      Sometimes.
22      Q      Right.  And then you would get
23  coffee; right?
24      A      One --
25      Q      Yes or no?
```

107

1                    A. Amaya

2        A        Once --

3        Q        Yes or no?

4        A        Sometimes.

5        Q        At least once a day?

6        A        Sometimes -- once a day.

7        Q        Then, you wouldn't get to the job

8   until about 8:30 every morning; correct?

9                 MR. McNAMARA:  Objection.

10       A        No.

11       Q        When would you get to the actual

12  job site?

13       A        At 7:00, 7:30, 7:15.  We never had

14  an exact time where we had to be at the job.  It

15  depended on where the job was.

16       Q        Sometimes you wouldn't get to the

17  job until 9:00; correct?

18                MR. McNAMARA:  Objection.

19       A        No.

20       Q        I have you signing in on jobs that

21  you didn't get to until 8:30 in the morning.

22                MR. McNAMARA:  Objection.

23       Q        Correct?

24       A        That's correct, because

25  sometimes --

108

1                          A. Amaya

2          Q      I don't want the because.  I want

3     you to just answer the question.

4                 Do you understand?  Just answer

5     the question and don't lie.

6                 MR. McNAMARA:  Objection.

7          Q      Do you understand?

8          A      (No verbal response.)

9          Q      Do you understand?

10                MR. McNAMARA:  Objection.

11         Q      Do you understand?

12         A      Yes, I understand, but --

13         Q      No but.

14         A      Can you do me the favor of

15    lowering your voice?

16         Q      If you do me the favor of only

17    telling me the truth.

18                Do you think you can do that?

19         A      I'm saying the truth.

20         Q      No, you're not.  Even your lawyer

21    doesn't think you are.

22                MR. McNAMARA:  Objection.

23         Q      Do you know Nelson Quintanilla?

24         A      Yes.

25         Q      Do you work with Nelson

109

```
1                         A. Amaya
2    Quintanilla?
3           A     I worked with him at
4    Suffolk Paving.
5           Q     Did you work with him at Pave-Co?
6           A     No.
7           Q     Not at all?
8           A     Never.
9           Q     Do you know where he's working
10   now?
11          A     No.
12          Q     Do you know Lerly Rodriguez?
13          A     Yes.
14          Q     Do you work with Lerly Rodriguez
15   now?
16          A     No.
17          Q     Did you work with him at
18   Suffolk Paving?
19          A     Yes.
20          Q     Do you find Lerly to be honest?
21          A     Yes.
22          Q     You know Maynor Fajardo?
23          A     Yes, I know him.
24          Q     Do you know if he ever lies?
25          A     I don't know if he lies.
```

110

1                          A. Amaya

2          Q        What if I told you that he told me

3     that he lies?

4          A        I don't know.

5          Q        He said he lies to women to

6     conquer them.

7          A        I'm not following him to be able

8     to confirm that.

9          Q        Do you know Renato Guerra?

10         A        No.   I know Renato, not Renato

11    Guerra.   I know Renato Fajardo.

12         Q        Do you know if Renato Fajardo is

13    the same person as Renato Guerra?

14         A        I don't know.

15         Q        Do you know if Renato Fajardo ever

16    borrowed money from Louis Vecchia?

17         A        No.

18         Q        Do you know if Maynor Fajardo ever

19    bought a car from Louis Vecchia?

20         A        No.

21         Q        Did you ever borrow money from

22    Louis Vecchia?

23         A        No.

24         Q        Why not?

25         A        I never had the necessity to

111

1                               A. Amaya

2    bother him.

3           Q       You're bothering him now.

4                   MR. McNAMARA:   Objection.

5           Q       Did you know that?

6           A       Yes.  But because of the work that

7    he didn't pay me for.

8           Q       Did you work with Lerly Rodriguez

9    at Suffolk Paving?

10          A       Yes, but not always.  Sometimes.

11          Q       Do you know how his employment

12   came to end at Suffolk Paving?

13          A       No.

14          Q       When was the last time you spoke

15   to Lerly Rodriguez?

16          A       I don't recall.  A long time.  I

17   haven't spoken with him in a long time.

18          Q       When was the last time you spoke

19   to Nelson Quintanilla?

20          A       A week ago.

21          Q       What did you discuss with him?

22          A       About work, that he wasn't

23   working, that he had just gotten a job, but he

24   wasn't working much.  Personal things.

25          Q       Did he tell you that he lied to

112

```
 1                         A. Amaya
 2   unemployment?
 3          A      No.
 4          Q      Do you think he's a liar?
 5          A      I can't really say if he's a liar
 6   or not.
 7          Q      You can't?
 8          A      No, because I don't know.  The
 9   truth is that I can't confirm if he's a liar or
10   not.
11          Q      Do you know who Alex Amir Arevalo
12   is?
13          A      Yes.
14          Q      When was the last time you spoke
15   to him?
16          A      I haven't spoken to him in a long
17   time.  It's been about eight or nine months
18   since I've spoken to him.
19          Q      When was the last time you spoke
20   to Pracelis Mendez?
21          A      With Pracelis, I spoke with him
22   three days ago.
23          Q      What did you discuss with him?
24          A      He's the one who let me know.  He
25   reminded me of the date of the interview.
```

113

                                    A. Amaya

1

2          Q       What interview?

3          A       This one that we're doing now.

4          Q       This is not an interview, sir.

5    This is a deposition.

6                  Don't you know that?

7          A       Yes.

8          Q       What level of education do you

9    have?

10         A       Ninth.

11         Q       Ninth what?

12         A       It's ninth in our country.  It's

13   number nine, number nine.  I didn't do high

14   school in my country.

15         Q       Did you ever do any side work?

16         A       Besides Suffolk Paving?

17         Q       Yes.

18         A       No.

19         Q       You never did some work on the

20   weekend to make some extra money?

21         A       One or two times, that's it.

22   Practically nothing.

23         Q       Were you paid in check or cash?

24         A       Cash.

25         Q       Did you report that cash on your

114

1                          A. Amaya

2    income tax returns?

3         A      No.

4              MR. McNAMARA:   I would like any

5         discussion regarding the witness's income

6         tax payments to be marked as

7         confidential, including any discussion

8         about cash payments and whether or not

9         they were reported to the IRS.

10             MR. ZABELL:   I will not consent to

11        such a designation.   I believe there is

12        an agreement in place that provides to

13        you directions on what steps you need to

14        take to maintain this.

15             You may want to take a moment to

16        speak with your client, as well,

17        regarding giving additional testimony on

18        this particular subject; particularly

19        that amendment; okay?

20             MR. McNAMARA:   Come outside with

21        me for a second.

22             (Whereupon, a recess was taken at

23        this time from 3:31 p.m. until 3:55 p.m.)

24             MR. ZABELL:   What was the last

25        question and answer?

                                                                115

1                        A. Amaya

2                   (Whereupon, the requested portion

3              of the record was read by the court

4              reporter.)

5         Q      How much money did you receive for

6    these side jobs?

7         A      Maybe $150 and it was about two or

8    three days.  Not for Suffolk Paving.  It was for

9    a different person.

10        Q      Who?

11        A      Mendez.

12        Q      Mendez hired you to work when both

13   of you were working for Suffolk Paving?

14        A      He was the one that recommended me

15   for work at Suffolk Paving.

16        Q      You did work for Mendez; correct?

17        A      Yes, but about two or three times.

18        Q      And Mendez paid you in cash;

19   correct?

20        A      Yes.

21        Q      What was the name of Mendez's

22   company?

23        A      No, he doesn't have a company.  He

24   got those jobs.  He knows the work and he did

25   it.

116

```
 1                        A. Amaya
 2        Q      He just did side work.
 3               Did you work on Saturdays and
 4    Sundays?
 5        A      Saturday and Sunday.
 6        Q      How many hours a day?
 7        A      Eight hours.
 8        Q      Only eight hours?
 9        A      Yes.
10        Q      Why only eight hours?
11        A      Because they were weekend days,
12    and maybe on Sundays, people had to go out, and
13    we couldn't make a lot of noise at the jobs.
14        Q      What were the names of those jobs?
15        A      I don't know them.  I don't know
16    the names.
17        Q      Did you use any Suffolk Paving
18    equipment?
19        A      He has his own tools.  On one or
20    two occasions, he used company truck, but with
21    Louie's authorization; the owner of the company.
22        Q      How do you know he had Louie's
23    authorization?
24        A      Because he said that he was using
25    the truck, because he had spoken with his boss,
```

117

1                        A. Amaya

2    and he had lent him, but he always would pay him

3    for using the truck.

4              Q       Did you ever see him pay him?

5              A       No, I didn't.

6              Q       So he might have lied to you, like

7    you've lied to me today; right?

8              A       It's possible.

9              Q       Do you have any hobbies?

10             A       Yes.  Sometimes I go to church.

11             Q       When do you go to church?

12             A       On Sundays.

13             Q       From when to when?

14             A       Sometimes every two weeks or

15   monthly.  Not every weekend.

16             Q       Do you ever go to confession?

17             A       No.

18             Q       Why?

19                     MR. McNAMARA:  Objection.

20             A       Because there are rules at my

21   church saying that I can't do that.

22             Q       What rules are those?

23                     MR. McNAMARA:  Objection.

24             A       The churches have -- in order to

25   go to confession, you have to receive certain

118

```
 1                        A. Amaya
 2   sacraments, and if you don't have them, then you
 3   can't do it.
 4         Q      What sacraments are those?
 5                MR. McNAMARA:  Objection.
 6         A      I don't really know which
 7   sacraments they are.  I know that you have to
 8   ask, but I think that question is out of
 9   context.
10         Q      What church do you belong to?
11                MR. McNAMARA:  Objection.
12         A      The Catholic.
13         Q      What actual church do you go to?
14                MR. McNAMARA:  Objection.
15         A      St. Luke.
16         Q      Where is St. Luke Church located?
17                MR. McNAMARA:  Objection.
18         A      On Wicks Road.
19         Q      In what town?
20         A      Brentwood.
21         Q      Who is the priest in charge?
22                MR. McNAMARA:  Objection.
23         A      I don't know his name.
24         Q      You said you go every other
25   weekend, so how do you not know his name?
```

119

1                         A. Amaya

2               MR. McNAMARA:   Objection.

3        Q      If you don't know his name, how

4    can I test whether what you're saying to me is

5    the truth?

6        A      Well, if you don't want to believe

7    me, it's up to you.

8        Q      I don't want to believe you, but

9    that's why you have the ability now to prove me

10   wrong.

11              Go ahead.

12              MR. McNAMARA:   Objection.

13       Q      This is church that you go to

14   every other week, and you don't know the

15   priest's name?

16              MR. McNAMARA:   Objection.

17       Q      I'm assuming it starts with

18   Father?

19              MR. McNAMARA:   Objection.

20       A      I don't know his name.  I can't

21   respond to that, because I don't know his name.

22       Q      Did you ever know his name?

23       A      No.

24       Q      Do you know any of the Fathers at

25   the church?

120

1                      A. Amaya

2          A      No.

3          Q      How long have you been going to

4    this church?

5                 MR. McNAMARA:  Objection.

6          A      I don't remember how long.

7          Q      A week?

8                 MR. McNAMARA:  Objection.

9          A      (No verbal response.)

10         Q      You need to answer.

11         A      More than a week.

12         Q      Two weeks?

13         A      More.

14         Q      Six weeks?

15         A      Around there, six.

16         Q      So you just started going to

17   church?

18         A      I've always gone, but now I'm

19   doing it more frequently.

20         Q      So you've always gone to this

21   church?

22         A      Yes.

23         Q      How long is "always"?

24                MR. McNAMARA:  Objection.

25         A      Every two weeks, every month.

121

1                            A. Amaya

2    It's not every weekend.

3         Q       Are you lying to me about going to

4    church?

5                 MR. McNAMARA:  Objection.

6         A       I go to church.

7         Q       I think it's a big sin if you lie

8    about going to church.

9         A       Yes, I understand, but I'm telling

10   you the truth that I do go.

11        Q       For how long have you been going

12   to church?

13                MR. McNAMARA:  Objection.

14        A       (No verbal response.)

15        Q       I'm waiting for an answer.

16        A       I can't give you an answer, an

17   exact answer, because I don't know exactly how

18   many times a year I go to church.

19        Q       I'm not asking you how many times

20   a year.

21                I'm asking:  How many years have

22   you been going to church?

23        A       For many years.

24        Q       How many years?

25        A       Since -- the Fathers have showed

```
 1                          A. Amaya
 2     me since the beginning, but I don't do it often,
 3     but I've always been going to church.
 4          Q       How long have you been going to
 5     church in Brentwood?
 6                  MR. McNAMARA:   Objection.
 7          Q       Ten years?
 8          A       (No verbal response.)
 9          Q       Ten years?
10                  MR. McNAMARA:   Objection.
11          A       No.
12          Q       More or less?
13          A       Less.
14          Q       One year?
15                  MR. McNAMARA:   Objection.
16          A       (No verbal response.)
17          Q       You have to answer.  Stop it.
18          A       Yes, approximately, a year.
19          Q       See, was that so hard?
20          A       No, it's not difficult, but I feel
21     that it's not related to the case.
22          Q       So you've been going to church for
23     a year, and you don't know who the priest is?
24          A       I don't know.
25          Q       Does he know who you are?
```

123

1                          A. Amaya

2          A       No.

3          Q       Does he know who your family is?

4          A       Yes.

5          Q       Then, why doesn't he know you?

6          A       Because my family goes more

7    frequently.

8          Q       Did you ever go inside the office

9    at Suffolk Paving?

10         A       Yes.

11         Q       When did you do that?

12         A       It was on a few occasions that I

13   went into the office.  Maybe when I went to get

14   my check, but I hardly ever did it.

15         Q       Did you ever see a bulletin board

16   when you walked in?

17         A       Yes.

18         Q       Were there posters on the board?

19         A       I really don't remember.

20         Q       Did you ever look at them?

21                 MR. McNAMARA:  Objection.

22         A       No, I don't recall.

23         Q       Do you know if any of them told

24   you that you don't have to go to the office in

25   the mornings and you can go directly to the job

124

1                          A. Amaya

2    site?

3                    MR. McNAMARA:  Objection.

4          A       Can you repeat the question?

5          Q       No.  I want you to answer it.

6          A       If there wasn't a work order, it

7    was because we knew the day before where the

8    work was going to be.

9          Q       So you're saying on some days, you

10   used to go directly to the job site?

11         A       Yes, some days.  Where, for

12   example, you didn't finish the work in the one

13   day, we had to return to the same job site the

14   next day.

15         Q       I see.

16                 How often would that occur; once

17   twice, three times a week?

18         A       Very few times.

19         Q       About twice a week?

20         A       No.  We didn't do that very often.

21         Q       About twice a week; right?

22                    MR. McNAMARA:  Objection.

23         A       (No verbal response.)

24         Q       Right?

25         A       No.

125

1                          A. Amaya

2          Q        Three times a week?

3          A        No.

4          Q        Four times a week?

5                   MR. McNAMARA:  Objection.

6          A        No.

7          Q        Were you working with Mendez all

8     the time?

9          A        Yes, most of the time; yes.

10         Q        And you worked very closely with

11    him; right?

12         A        Yes.

13         Q        Did he complain all the time?

14         A        Yes.

15         Q        He complained to you; right?

16         A        He would complain to the boss.

17         Q        Did he ever complain to you?

18         A        Yes.  On some occasions, he told

19    me that he wasn't paying the overtime, and I

20    knew it, because I knew about the hours that

21    were worked every week.

22         Q        Did he ever complain to the union?

23         A        I can't really say if he

24    complained to the union.

25         Q        Did you ever see the union

126

1                              A. Amaya

2    question him?

3          A      No.

4          Q      Do you know if he ever told the

5    union that you weren't a union employee?

6          A      No, I don't know.

7          Q      Did you ever get paid

8    prevailing-wage rates?

9          A      Yes.

10         Q      How much are prevailing-wage

11   rates?

12         A      Prevailing-wage rates are for

13   State jobs.  You get paid better than regular

14   jobs.

15         Q      Did you ever get paid

16   prevailing-wage rates?

17         A      Yes.

18         Q      How much were those rates?

19         A      When the company didn't have a

20   union at first, they paid me $47 an hour, and

21   after three years after I started working with

22   the company, I was earning $51 an hour, but

23   those were prevailing-wage jobs.

24         Q      And you got paid prevailing-wage

25   rates when you worked on prevailing-wage jobs;

1                         A. Amaya

2    correct?

3         A    Yes.

4         Q    All the time; correct?

5         A    Not overtime.

6         Q    All the time?

7         A    Yes.

8         Q    Do you know that your lawyer

9    claimed in your complaint that you didn't get

10   paid prevailing-wage rates?  Did you know that?

11        A    Let me --

12        Q    Yes or no?

13        A    Let me explain.

14        Q    No, don't explain.  Just answer.

15        A    Yes.

16        Q    But you just testified you got

17   paid prevailing-wage rates; didn't you?

18        A    Yes.

19        Q    So your lawyers are lying now;

20   right?

21             MR. McNAMARA:  Objection.

22        A    I don't know.  I don't know.

23        Q    They're lying to try and steal

24   money for you; correct?

25             MR. McNAMARA:  Objection.

128

```
 1                        A.  Amaya
 2        Q      Correct?
 3               MR. McNAMARA:  Objection.
 4        A      I am not lying.  I wouldn't be
 5   here if --
 6        Q      But you hired somebody to lie for
 7   you; correct?
 8               MR. McNAMARA:  Objection.
 9        Q      Correct?
10        A      I didn't hire anyone to lie.
11        Q      That's what your lawyers are doing
12   when they say you never received prevailing-wage
13   rates.
14               MR. McNAMARA:  Objection.
15        Q      They're lying for you.
16        A      They're not.
17        Q      So you'll lie for your benefit,
18   and you'll hire someone else to lie for your
19   benefit; right?
20               MR. McNAMARA:  Objection.
21        Q      Right?
22        A      (No verbal response.)
23        Q      Right?
24        A      No.
25        Q      Did you lie to me here today?
```

129

1                          A. Amaya

2          A      No.

3          Q      Do you remember earlier today

4    saying that you did lie to me?

5          A      (No verbal response.)

6          Q      Yes?

7          A      Yes.

8          Q      So you did lie to me; right?

9          A      Yes.

10         Q      Then, stop denying it.  If you're

11   admitting that you lied to me, don't deny that

12   you lied to me.

13                MR. McNAMARA:  Objection.

14         Q      Do you understand?

15         A      (No verbal response.)

16         Q      Do you understand what I am saying

17   to you?

18                MR. McNAMARA:  Objection.

19         A      (No verbal response.)

20         Q      Yes or no?

21         A      (No verbal response.)

22         Q      Yes or no?

23                MR. McNAMARA:  Objection.

24         A      No.

25         Q      You don't understand what I'm

130

```
 1                         A. Amaya
 2   saying to you?  What don't you understand?
 3        A      I'm not going to understand it the
 4   way that you're telling me.
 5        Q      Okay.  Let's take a step back.
 6               You admitted to lying to me today;
 7   correct?
 8               MR. McNAMARA:  Objection.
 9        Q      Come on.  Answer, please.
10        A      (No verbal response.)
11        Q      You admitted lying to me today;
12   correct?
13               MR. McNAMARA:  Objection.
14        A      I understand that it's your job,
15   and you're trying to confuse me, but you're
16   confusing me with the questions.
17        Q      Did you admit to lying to me
18   today?
19               MR. McNAMARA:  Objection.
20        A      (No verbal response.)
21        Q      We know the answer.  You could say
22   it.
23        A      (No verbal response.)
24               MR. ZABELL:  Tell him to answer.
25               MR. McNAMARA:  You can answer the
```

131

1                              A. Amaya

2            question.

3            A      No.

4            Q      You didn't admit to lying to me

5    today?

6            A      Yes.  But I said that I was sorry.

7            Q      You lied to me today, and you

8    think it's okay, because you said you're sorry;

9    right?

10                  MR. McNAMARA:  Objection.

11           A      (No verbal response.)

12           Q      It's all right.  I won't ground

13   you.

14                  MR. McNAMARA:  Objection.

15           A      (No verbal response.)

16           Q      Just say it, so we can move on.

17           A      (No verbal response.)

18           Q      It's all right.  Say it.

19           A      (No verbal response.)

20           Q      Say it.

21           A      Yes.  I'm not lying.  I'm saying

22   what I think.

23           Q      So you lied to me before, and you

24   think it's okay, because you said you were

25   sorry; correct?

132

```
 1                         A.  Amaya
 2               MR.  McNAMARA:   Objection.
 3      A       (No verbal response.)
 4      Q       You're going to be here for a very
 5  long time if you don't start answering my
 6  questions.
 7      A       Okay, there's not a problem.
 8      Q       Did you lie to me today?
 9      A       (No verbal response.)
10      Q       Did you lie to me today?
11      A       I said yes, and I asked you for
12  your forgiveness.
13      Q       Did you lie to me to get something
14  that you wanted?
15      A       I'm not lying.  If it were that
16  way, I wouldn't be here wasting my time.
17      Q       But you are here wasting your
18  time; correct?
19               MR.  McNAMARA:   Objection.
20      A       Yes, but it's because I'm fighting
21  for my rights.
22      Q       Your right to lie?
23               MR.  McNAMARA:   Objection.
24      Q       Is that how you fight for your
25  rights, by lying?  Why don't you fight for your
```

133

1                          A. Amaya

2    rights by telling the truth?

3                   You can't even tell me the truth

4    about going to church.

5                   MR. McNAMARA:  Objection.

6         Q    Why should we believe you about

7    the hours you claim you went to work?

8                   Really, I don't understand you.

9                   MR. McNAMARA:  Objection.

10        A    (No verbal response.)

11        Q    If you had nothing to hide, you'd

12    hide nothing.

13                  MR. McNAMARA:  Objection.

14        A    I'm not hiding anything.

15        Q    Sure you are.

16        A    I'm not doing that.

17        Q    Okay.  What is your priest's name?

18                  MR. McNAMARA:  Objection.

19        A    I don't know it.

20        Q    You're hiding it.

21                  What were the jobs that you worked

22    on in 2009 for Suffolk Asphalt?

23                  MR. McNAMARA:  Objection.

24        A    I don't remember the job sites.

25        Q    What days in 2010 did you work

134

1                      A. Amaya

2    overtime?

3          A        Every day.

4          Q        Even the rain days?

5          A        Except the rain days.

6          Q        Did you work overtime on Sundays?

7          A        On occasions.  Many times, we

8    worked on Saturdays.

9          Q        I didn't ask you about Saturdays.

10   I asked you about Sundays.

11         A        No.

12         Q        What days did you get paid

13   overtime for in 2009?

14         A        (No verbal response.)

15         Q        Come on.

16         A        I don't know what days.

17         Q        What days did you get paid

18   overtime for in 2008?

19         A        I don't know for which days.

20         Q        What days did you get paid

21   overtime for in 2007?

22         A        I can't give you exact days

23   because --

24         Q        What days did you get paid

25   overtime for in 2006?

135

1          A. Amaya

2                MR. McNAMARA:  Objection.

3     A      (No verbal response.)

4     Q      Answer the question.

5     A      I can't give you exact days.  I

6  don't know which days they paid me.

7     Q      So you have no idea what days

8  you got paid overtime for throughout your

9  employment with Suffolk Paving; correct?

10               MR. McNAMARA:  Objection.

11    A      I don't know which days.

12    Q      And you have know idea what jobs

13  you worked on for Suffolk Asphalt throughout

14  your career with them; correct?

15    A      I know that I worked for

16  Suffolk Asphalt, but the exact places, I don't

17  remember.

18    Q      And you have no idea where you

19  worked for Suffolk Paving; correct?

20               MR. McNAMARA:  Objection.

21    A      (No verbal response.)

22    Q      Correct?

23    A      I have an idea of where I worked,

24  but if you want me to give the details about

25  where I worked, let's make time, and I'll go and

136

1                          A. Amaya

2    show you.

3         Q       I want you to tell me.  Tell me.

4         A       But you're asking where the job

5    site --

6         Q       Anybody can drive around and see

7    blacktop and say they worked there.  I want you

8    to tell me the places you worked.

9                 MR. McNAMARA:  Objection.

10        A       I can't give you exact places,

11   because I don't remember.

12        Q       You testified that you got paid

13   prevailing-wage rates at times; correct?

14        A       You can see by my taxes.  You can

15   see by the taxes.

16        Q       You filed your taxes?

17        A       Yes.

18        Q       In what years?

19        A       Every year.

20        Q       All the money you made?

21        A       All of the money for the companies

22   that I've worked for.

23        Q       What about the cash payments you

24   received for Baseball Heaven, for Pracelis

25   Mendez, and any other time you received cash?

137

```
 1                    A. Amaya
 2      A       No, I can't.
 3      Q       When you received cash from
 4  Suffolk Asphalt?
 5      A       I never received cash from
 6  Suffolk Asphalt.
 7      Q       And when you received cash from
 8  Suffolk Paving?
 9      A       I never received cash from Suffolk
10  Paving.
11      Q       Do you remember testifying earlier
12  that you did receive cash?
13              MR. McNAMARA:  Objection.
14      A       No.
15      Q       You never got any cash from
16  Suffolk Paving?
17      A       Never.
18      Q       You know nobody believes you;
19  right?
20              MR. McNAMARA:  Objection.
21      A       They never gave it to me.  Why
22  should I be hiding something?  If they would
23  have given me cash on certain occasions, why
24  would I deny it?
25      Q       Because you're afraid to tell the
```

138

1                              A. Amaya

2      truth.

3                    MR. McNAMARA:  Objection.

4           Q      We can tell when you're lying

5      because you clench your jaw.

6                    MR. McNAMARA:  Objection.

7           Q      And you wrench your hands.

8                    MR. McNAMARA:  Objection.

9           Q      And your face gets all sweaty.

10                   MR. McNAMARA:  Objection.

11          Q      And you look at me like you're

12     angry.

13                   MR. McNAMARA:  Objection.

14          Q      That's why.

15                   MR. McNAMARA:  Objection.

16          A      It's good that God gave you that

17     thing so that you can see what I'm feeling.

18          Q      When you worked on prevailing-wage

19     jobs, you got paid prevailing-wage rates;

20     correct?

21                   MR. McNAMARA:  Objection.

22          A      (No verbal response.)

23          Q      Come on.  Answer.

24          A      (No verbal response.)

25          Q      Answer.

139

1                          A. Amaya

2        A      Yes.

3        Q      Why was that so difficult to

4   answer?

5        A      No.  Because the way you're

6   insisting, and the way you're asking me every

7   question bothers me.

8        Q      Deal with it.

9               Do you understand?

10       A      Yes.

11       Q      Did your attorney ever tell you

12   that there was an offer to settle this case?

13              MR. McNAMARA:  Objection.

14              I'm instructing my client not to

15          answer.

16       Q      Are you aware that there was an

17   offer to settle this case?

18              MR. McNAMARA:  Objection.

19              MR. ZABELL:  You don't have a

20          right to.

21              MR. McNAMARA:  Yes, I do.

22              MR. ZABELL:  You absolutely don't.

23              MR. McNAMARA:  I do.  Settlement

24          discussions are between attorney and

25          client.

140

1                       A. Amaya

2              MR. ZABELL:  No, they are not.

3              MR. McNAMARA:  Yes, they are.

4         It's privileged.

5         Q      Are you aware that there was an

6    offer to settle this case?

7              MR. McNAMARA:  Objection.

8              Don't answer that question.

9              MR. ZABELL:  If we can establish

10             that a settlement offer was made and he's

11             unaware of it, then aside from the fact

12             that you and your co-counsel are in

13             violation of several cannons of ethics

14             and he is still unaware that the

15             settlement offer has been made, then,

16             A; it is completely discoverable, and

17             B; the actions of the attorneys involved

18             are sanctionable.

19                  I can ask him that question.

20             I'm not asking him to reveal any

21             conversations he's had with you.  I'm

22             asking if he's been made aware that there

23             was on offer to settle this case.

24             MR. McNAMARA:  Right.  You're

25             asking privileged material.

141

1                          A. Amaya
2              MR. ZABELL:  It's not privileged.
3         It's a settlement offer that was made,
4         not from you.
5              MR. McNAMARA:  Right, but you're
6         asking about the discussion between an
7         attorney and a client.
8              MR. ZABELL:  No.  I'm asking if
9         he's aware that there has been a
10        settlement offer.
11             MR. McNAMARA:  Yes, if the
12        discussion took place.
13             MR. ZABELL:  No.  It absolutely
14        has nothing to do with that.
15             MR. McNAMARA:  Yes, it does.
16        Q     Are you aware that there has been
17   a settlement offer in this case?
18             MR. McNAMARA:  You don't have to
19        answer that.
20        Q     Yes, you do.
21             MR. McNAMARA:  No, he doesn't.
22             MR. ZABELL:  He's going to have to
23        come back.
24             MR. McNAMARA:  That's not true.
25             MR. ZABELL:  It is true.

142

```
 1                        A. Amaya

 2        Q      Are you aware?

 3        A      (No verbal response.)

 4        Q      You can answer.

 5        A      Yes.

 6        Q      Do you know how much that

 7  settlement offer was?

 8        A      Supposedly $100,000.  That's what

 9  my attorney said.

10        Q      Were you given an opportunity to

11  accept that settlement?

12        A      That will never be accepted.

13        Q      Were you given an opportunity to

14  accept it?

15        A      No.

16        Q      Were you made aware that if you

17  did not accept it and you lied at the

18  deposition, like you did today --

19               Mr. McNAMARA:  Objection.

20        Q      -- you could end up being charged

21  with perjury?

22               MR. McNAMARA:  Objection.

23        A      (No verbal response.)

24        Q      You may answer.

25        A      (No verbal response.)
```

143

1                      A. Amaya

2         Q       Are you going to answer?

3         A       I don't remember if my attorney

4    told me that or not.

5         Q       Do you know as a result of your

6    testimony today, the questions that were

7    submitted to you and your answers will be

8    reported to the Court to determine if the

9    various occasions wherein you admitted lying to

10   me constitutes perjury?

11                MR. McNAMARA:  Objection.

12        Q       Are you aware of that?

13        A       (No verbal response.)

14        Q       You need to provide an answer.

15        A       (No verbal response.)

16        Q       You need to provide an answer now.

17        A       (No verbal response.)

18        Q       Let's go.  Provide an answer.

19        A       (No verbal response.)

20        Q       Can I get an answer, please?

21        A       Yes.

22        Q       How does that make you feel?

23                MR. McNAMARA:  Objection.

24        A       (No verbal response.)

25        Q       Come on.  Provide an answer.

144

```
 1                        A. Amaya
 2          A       (No verbal response.)
 3          Q       Can I get an answer, please?
 4          A       (No verbal response.)
 5          Q       You seem to be staring off into
 6   space.
 7                  You need to provide an answer.
 8          A       Yes.
 9          Q       Yes, what?
10          A       (No verbal response.)
11          Q       Are you planning on answering, or
12   are you going to sit there all day?
13          A       (No verbal response.)
14          Q       Where you ever advised about the
15   possibility of perjury?
16                  MR. McNAMARA:  Objection.
17          A       I don't remember if my attorneys
18   explained it to me or not.  I don't remember.
19          Q       Didn't I explain it to you this
20   morning?
21          A       (No verbal response.)
22          Q       Didn't I?
23          A       Yes.
24          Q       So you knew about it; right?
25          A       (No verbal response.)
```

145

1                          A. Amaya

2          Q        Right?

3          A        Yes.

4          Q        And yet, you continued to lie to

5    me throughout the day; correct?

6          A        Yes.   That's what you've done.

7    You've confused me with the questions.

8          Q        And because you were confused, you

9    lied; correct?

10               MR. McNAMARA:  Objection.

11         A        (No verbal response.)

12         Q        Correct?

13         A        (No verbal response.)

14         Q        Correct?

15         A        (No verbal response.)

16         Q        Answer the question, sir.

17         A        (No verbal response.)

18         Q        Answer the question, sir.

19         A        Yes.

20               MR. ZABELL:  I'm going to adjourn

21            this deposition without a date.

22               Counselor, we're going to have to

23            discuss getting this transcript before

24            the Magistrate to determine how we can

25            depose this individual and have him maybe

146

```
 1                       A. Amaya

 2       tell the truth.

 3               We'll adjourn this.  It's now

 4       4:40, and I've had maybe four hours of

 5       deposition today, and we'll figure out

 6       what we are going to do.

 7               Okay, Counselor?

 8               MR. McNAMARA:  That's fine.

 9               MR. ZABELL:  Very good, and I'm

10       reserving my right to continue.

11               Thank you.

12               (Time noted:  4:45 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

147

1

2                    A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK        )

5                           : ss

6    COUNTY OF               )

7

8         I, ALEJANDRO AMAYA, hereby certify that I

9    have read the transcript of my testimony taken

10   under oath in my deposition of September 21, 2011;

11   that the transcript is a true, complete and

12   correct record of my testimony; and that the

13   answers on the record as given by me are true

14   and correct.

15

16   _____

17         ALEJANDRO AMAYA

18

19

20

21   Signed and subscribed to before me
     this ___ day of _____, 2011.
22

23
     _____
     Notary Public, State of New York
24

25

148

1

2

                        INDEX TO TESTIMONY

3

WITNESS                    EXAMINATION BY              PAGE

4

Alejandro Amaya          Mr. Zabell                   4

5

6                            EXHIBITS

7   DEFENDANTS'      DESCRIPTION                    PAGE

8   6               Document consisting of a
                    Copy of Mr. Amaya's personal
9                   identification                    10

10  7               Document consisting of a copy
                    of four check stubs belonging
11                  to Mr. Amaya                      76

12  8               Document consisting of a copy
                    of Mr. Amaya's W-2 Form           79
13

14  9               Document consisting of a copy
                    of Mr. Amaya's W-2 from Pave-Co   88
15

16  10              Document consisting of a copy
                    of Mr. Amaya's W-2 from
17                  Powell & Lunati Paving and
                    Construction                      98
18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4          I, KAREN LaMENDOLA, a shorthand

5     reporter and Notary Public within and for

6     the State of New York, do hereby certify:

7          That the witness(es) whose testimony

8     is herein before set forth was duly sworn

9     by me, and the foregoing transcript is a

10    true record of the testimony given by such

11    witness(es).

12          I further certify that I am not

13    related to any of the parties to this

14    action by blood or marriage, and that I am

15    in no way interested in the outcome of this

16    matter.

17

18

19                    _Karen LaMendola_

20                    KAREN LaMENDOLA

21

22

23

24

25

150

```
 1
 2                        ERRATA SHEET
 3          I wish to make the following changes for
 4     the following reasons:
 5     PAGE LINE
 6     ____ ___ CHANGE:_____
 7              REASON:_____
 8     ____ ___ CHANGE:_____
 9              REASON:_____
10     ____ ___ CHANGE:_____
11              REASON:_____
12     ____ ___ CHANGE:_____
13              REASON:_____
14     ____ ___ CHANGE:_____
15              REASON:_____
16     ____ ___ CHANGE:_____
17              REASON:_____
18     ____ ___ CHANGE:_____
19              REASON:_____
20     ____ ___ CHANGE:_____
21              REASON:_____
22     ____ ___ CHANGE:_____
23              REASON:_____
24     ____ ___ CHANGE:_____
25              REASON:_____
```

1

## $

**$100,000** [1] - 142:8
**$15,000** [2] - 82:23, 82:24
**$150** [1] - 115:7
**$16** [4] - 45:2, 45:4, 45:8
**$18.75** [4] - 45:18, 45:22, 46:2, 46:5
**$30,000** [3] - 79:18, 80:2, 80:6
**$30,425** [2] - 81:17, 83:24
**$30,425.49** [3] - 80:24, 81:8, 83:20
**$33,048** [1] - 84:7
**$37,000** [1] - 79:20
**$39,000** [1] - 79:23
**$47** [1] - 126:20
**$51** [1] - 126:22
**$6,191** [1] - 84:15
**$75,000** [2] - 61:13, 61:15

## 0

**09-CV-5331** [1] - 1:9

## 1

**1** [1] - 82:15
**1-5** [1] - 1:11
**10** [7] - 98:12, 98:15, 99:19, 99:22, 99:25, 148:9, 148:16
**10017** [2] - 2:5, 2:14
**11704** [1] - 2:10
**11716** [1] - 2:19
**11717** [1] - 4:18
**11:02** [1] - 65:2
**11:44** [1] - 65:3
**11:53** [1] - 73:14
**12:01** [1] - 73:15
**12:04** [1] - 74:3
**12:05** [1] - 74:13
**13th** [1] - 149:16
**146** [1] - 4:17
**1:00** [1] - 74:10
**1:35** [1] - 74:13

## 2

**2** [1] - 82:15
**2001** [2] - 12:9, 12:10
**2002** [2] - 12:16, 91:3
**2003** [8] - 12:18,

26:22, 26:25, 27:5, 27:7, 27:11, 27:23, 29:17
**2004** [13] - 12:20, 21:8, 21:9, 21:21, 24:2, 24:10, 24:11, 27:12, 89:13, 89:20, 90:22, 92:16, 92:23
**2005** [56] - 12:22, 12:23, 13:22, 13:24, 14:5, 14:13, 14:21, 14:23, 15:2, 16:9, 16:17, 17:20, 18:2, 18:19, 21:14, 21:18, 21:21, 23:4, 23:25, 24:18, 24:25, 29:19, 41:25, 43:2, 43:3, 44:19, 45:3, 46:10, 47:4, 49:9, 49:21, 79:17, 87:18, 87:21, 88:12, 88:23, 89:8, 89:15, 89:16, 89:17, 89:20, 90:24, 91:4, 92:10, 92:12, 92:18, 93:2, 93:11, 93:14, 93:15, 93:25, 96:2, 96:5, 96:9, 97:16, 97:22
**2006** [10] - 16:9, 43:5, 45:5, 45:9, 79:20, 87:6, 87:8, 87:11, 87:14, 134:25
**2007** [10] - 43:7, 45:11, 45:15, 45:16, 45:19, 79:23, 86:20, 86:22, 87:4, 134:21
**2008** [18] - 43:9, 45:17, 45:19, 45:20, 80:2, 80:5, 81:14, 81:15, 81:19, 82:15, 82:18, 83:20, 83:24, 86:9, 86:11, 86:15, 86:18, 134:18
**2009** [8] - 43:11, 45:24, 84:6, 85:23, 85:25, 102:22, 133:22, 134:13
**2010** [26] - 11:15, 11:18, 11:21, 12:3, 29:20, 29:21, 29:22, 41:25, 43:13, 43:16, 43:20, 43:23, 46:3, 46:10, 49:9, 49:21, 77:19, 84:13, 84:16, 84:22, 84:24, 93:20, 98:23, 101:25, 102:4, 133:25
**2011** [5] - 1:14, 77:9, 147:10, 147:21, 149:16

**21** [2] - 1:14, 147:10

## 3

**3** [1] - 82:15
**31** [1] - 1:20
**3:31** [1] - 114:23
**3:55** [1] - 114:23

## 4

**4** [1] - 148:4
**4875** [2] - 1:16, 2:18
**4:40** [1] - 146:4
**4:45** [1] - 146:12

## 5

**501** [2] - 2:5, 2:14

## 6

**6** [4] - 10:9, 10:14, 32:4, 148:8
**631)-433-3453** [1] - 31:17
**6:30** [2] - 103:15, 103:18

## 7

**7** [6] - 76:6, 76:9, 76:20, 76:23, 77:7, 148:10
**7-Eleven** [3] - 56:24, 56:25, 57:2
**76** [1] - 148:11
**79** [1] - 148:12
**7:00** [1] - 107:13
**7:15** [1] - 107:13
**7:30** [1] - 107:13

## 8

**8** [3] - 79:6, 79:10, 148:12
**868** [1] - 2:9
**88** [1] - 148:14
**8:30** [2] - 107:8, 107:21

## 9

**9** [4] - 88:15, 95:24, 96:8, 148:14

**98** [1] - 148:17
**9:00** [1] - 107:17
**9:50** [1] - 1:15

## A

**a.m** [4] - 1:15, 65:2, 65:3, 73:14
**ability** [3] - 4:6, 70:13, 119:9
**able** [2] - 93:6, 110:7
**above-mentioned** [1] - 1:22
**absolutely** [2] - 139:22, 141:13
**accept** [8] - 10:6, 18:14, 21:4, 26:7, 73:25, 142:11, 142:14, 142:17
**accepted** [1] - 142:12
**according** [2] - 57:16, 82:4
**accountant** [1] - 82:21
**accurate** [8] - 10:22, 11:5, 76:24, 77:25, 79:15, 96:13, 96:16, 96:21
**acknowledge** [1] - 64:17
**acknowledged** [1] - 19:21
**action** [1] - 149:12
**actions** [1] - 140:17
**actual** [3] - 41:7, 107:11, 118:13
**additional** [2] - 59:22, 114:17
**address** [1] - 4:16
**adjourn** [2] - 145:20, 146:3
**administer** [1] - 3:15
**admit** [2] - 130:17, 131:4
**admitted** [3] - 130:6, 130:11, 143:9
**admitting** [1] - 129:11
**advance** [3] - 38:19, 40:15, 40:18
**advise** [1] - 71:7
**advised** [1] - 144:14
**advising** [1] - 72:6
**affirm** [1] - 94:10
**afraid** [1] - 137:25
**afternoon** [1] - 44:10
**ago** [3] - 38:15, 111:20, 112:22

**agree** [2] - 26:5, 26:6
**AGREED** [3] - 3:3, 3:8, 3:12
**agreeing** [2] - 9:13, 9:20
**agreement** [3] - 46:25, 69:7, 114:12
**ahead** [4] - 20:25, 94:4, 94:7, 119:11
**alcohol** [2] - 6:7, 6:10
**ALEJANDRO** [4] - 1:3, 1:18, 147:8, 147:17
**Alejandro** [31] - 4:15, 14:7, 14:10, 14:11, 65:4, 65:6, 65:7, 65:8, 65:12, 65:13, 66:4, 66:8, 66:20, 66:21, 66:22, 66:23, 67:3, 67:5, 67:6, 67:7, 67:8, 67:9, 67:11, 67:12, 67:15, 67:19, 67:21, 74:14, 97:25, 98:4, 148:4
**alejandro** [1] - 4:19
**Alex** [1] - 112:11
**ALEX** [1] - 1:3
**almost** [3] - 33:6, 51:18, 61:3
**ALSO** [1] - 2:23
**AMAYA** [4] - 1:3, 1:18, 147:8, 147:17
**Amaya** [26] - 4:15, 14:7, 14:10, 38:4, 40:12, 65:8, 65:13, 65:25, 66:7, 66:20, 66:21, 66:22, 66:23, 66:24, 67:6, 67:7, 67:9, 67:10, 67:13, 67:15, 67:20, 76:5, 98:5, 148:4, 148:11
**amaya** [2] - 94:19, 94:23
**Amaya's** [8] - 10:8, 79:5, 88:14, 98:10, 148:8, 148:12, 148:14, 148:16
**Amendment** [1] - 73:8
**amendment** [1] - 114:19
**Amir** [1] - 112:11
**AMIR** [1] - 1:3
**amount** [3] - 82:20, 82:22, 84:2
**AND** [3] - 3:3, 3:8, 3:12
**angry** [1] - 138:12
**answer** [92] - 5:25,

2

9:10, 10:25, 13:11, 13:14, 15:13, 20:25, 21:25, 22:11, 28:11, 30:6, 34:13, 35:23, 35:25, 36:5, 36:13, 39:7, 39:10, 39:11, 40:5, 41:17, 41:19, 42:4, 52:24, 52:25, 53:10, 53:14, 64:15, 66:14, 68:23, 69:9, 69:11, 69:13, 69:21, 70:3, 70:9, 70:11, 70:12, 70:23, 71:8, 71:10, 71:16, 71:22, 72:6, 72:10, 72:11, 72:12, 72:25, 73:17, 81:9, 83:22, 85:20, 89:5, 90:11, 90:20, 92:15, 94:7, 96:24, 97:3, 108:3, 108:4, 114:25, 120:10, 121:15, 121:16, 121:17, 122:17, 124:5, 127:14, 130:9, 130:21, 130:24, 130:25, 135:4, 138:23, 138:25, 139:4, 139:15, 140:8, 141:19, 142:4, 142:24, 143:2, 143:14, 143:16, 143:18, 143:20, 143:25, 144:3, 144:7, 145:16, 145:18
**answered** [5] - 13:12, 18:3, 36:18, 73:4, 83:23
**answering** [3] - 37:13, 132:5, 144:11
**answers** [9] - 4:5, 5:17, 13:8, 27:17, 69:4, 73:19, 90:8, 143:7, 147:13
**apologize** [2] - 25:22, 34:23
**apologized** [1] - 26:10
**apology** [3] - 10:6, 18:14, 26:8
**apply** [1] - 68:16
**appreciate** [1] - 39:15
**appropriate** [1] - 19:13
**appropriately** [2] - 4:24, 5:6
**area** [3] - 47:17, 47:18
**Arevalo** [1] - 112:11
**AREVALO** [1] - 1:4

**Arias** [1] - 2:24
**arising** [1] - 69:4
**arrested** [1] - 67:25
**arrive** [1] - 61:14
**arrived** [2] - 23:7, 41:14
**Article** [1] - 1:20
**aside** [1] - 140:11
**Asphalt** [18] - 28:21, 31:24, 68:9, 78:8, 78:14, 85:2, 85:4, 85:7, 85:15, 85:18, 85:22, 133:22, 135:13, 135:16, 137:4, 137:6
**asphalt** [1] - 44:25
**ASPHALT** [1] - 1:10
**assist** [1] - 100:17
**assistance** [1] - 100:21
**ASSOCIATES** [1] - 2:17
**assumed** [1] - 6:2
**assuming** [2] - 73:6, 119:17
**assure** [1] - 90:22
**attitude** [1] - 25:20
**attorney** [14] - 10:11, 26:13, 38:10, 42:6, 72:8, 72:9, 72:19, 73:4, 94:3, 139:11, 139:24, 141:7, 142:9, 143:3
**Attorney** [1] - 94:6
**attorney/client** [2] - 39:8, 39:12
**Attorneys** [2] - 2:4, 2:18
**attorneys** [7] - 3:4, 38:14, 40:12, 40:21, 75:14, 140:17, 144:17
**August** [1] - 77:9
**authorization** [2] - 116:21, 116:23
**authorized** [1] - 3:15
**automobile** [1] - 13:3
**Avenue** [2] - 2:5, 2:14
**avoid** [1] - 35:13
**aware** [8] - 139:16, 140:5, 140:22, 141:9, 141:16, 142:2, 142:16, 143:12

## B

**Babylon** [2] - 2:10, 47:19
**bad** [2] - 32:13,

32:14
**ball** [2] - 60:18, 60:19
**banana** [1] - 52:7
**Baseball** [14] - 15:3, 15:6, 15:16, 15:18, 15:20, 16:3, 16:6, 17:20, 18:2, 21:5, 21:8, 21:10, 26:16, 136:24
**baseball** [5] - 15:4, 15:21, 60:5, 60:11, 60:13
**basics** [1] - 29:5
**basis** [4] - 69:23, 69:25, 70:2, 71:7
**bat** [1] - 60:17
**beans** [1] - 52:6
**BEFORE** [1] - 1:18
**began** [1] - 10:12
**beginning** [2] - 66:10, 122:2
**believes** [2] - 94:3, 137:18
**belong** [1] - 118:10
**belonging** [2] - 76:5, 148:10
**benefit** [2] - 128:17, 128:19
**benefits** [2] - 68:14, 68:17
**best** [1] - 4:6
**better** [1] - 126:13
**between** [3] - 3:4, 139:24, 141:6
**big** [2] - 35:7, 121:7
**blacktop** [1] - 136:7
**blood** [1] - 149:11
**board** [2] - 123:15, 123:18
**boat** [2] - 13:5, 22:17
**Bohemia** [4] - 1:16, 2:19, 47:18, 48:18
**borrow** [1] - 110:21
**borrowed** [1] - 110:16
**boss** [2] - 116:25, 125:16
**bosses** [1] - 103:14
**bother** [1] - 111:2
**bothering** [1] - 111:3
**bothers** [1] - 139:7
**bought** [2] - 56:6, 110:19
**box** [1] - 105:15
**break** [18] - 25:10, 26:14, 34:4, 36:25, 37:6, 37:7, 37:9, 37:12, 37:21, 37:23, 44:11, 60:3, 64:21, 64:22, 73:5, 73:18,

74:5, 94:15
**breakfast** [9] - 51:24, 52:3, 52:4, 52:12, 56:3, 56:6, 56:8, 56:11, 106:20
**breaking** [1] - 34:2
**Brentwood** [5] - 4:17, 16:19, 47:18, 118:20, 122:5
**bring** [2] - 44:11, 85:17
**brought** [1] - 75:3
**bulletin** [1] - 123:15
**bumming** [1] - 103:20
**but..** [1] - 67:2
**buy** [4] - 52:20, 56:3, 56:10, 59:3
**BY** [3] - 2:20, 4:11, 148:3

## C

**calculations** [1] - 61:18
**cannons** [1] - 140:13
**car** [10] - 23:18, 32:22, 32:24, 41:24, 60:17, 60:20, 102:24, 103:4, 103:5, 110:19
**career** [2] - 95:6, 135:14
**CARLOS** [1] - 1:5
**cars** [1] - 103:3
**case** [9] - 47:2, 60:22, 95:3, 122:21, 139:12, 139:17, 140:6, 140:23, 141:17
**Case** [1] - 1:9
**cash** [23] - 14:13, 15:22, 15:23, 46:16, 46:19, 46:21, 46:23, 47:2, 47:3, 113:23, 113:24, 113:25, 114:8, 115:18, 136:23, 136:25, 137:3, 137:5, 137:7, 137:9, 137:12, 137:15, 137:23
**CASTILLO** [1] - 1:6
**Catholic** [1] - 118:12
**Central** [2] - 47:18, 48:13
**central** [1] - 48:14
**certain** [4] - 53:3, 103:15, 117:25, 137:23
**certification** [1] - 3:6
**certify** [3] - 147:8,

149:4, 149:10
**CHANGE** [10] - 150:6, 150:8, 150:10, 150:12, 150:14, 150:16, 150:18, 150:20, 150:22, 150:24
**changed** [1] - 103:7
**changes** [1] - 150:3
**changing** [1] - 23:4
**characterize** [1] - 32:10
**charge** [11] - 30:4, 30:6, 47:24, 49:3, 49:5, 50:12, 50:16, 54:17, 54:23, 54:24, 118:21
**charged** [1] - 142:20
**check** [16] - 14:13, 14:14, 14:16, 16:25, 44:8, 46:14, 75:8, 76:5, 76:11, 77:24, 78:2, 80:22, 99:13, 113:23, 123:14, 148:10
**checks** [1] - 14:18
**children** [1] - 7:5
**choosing** [1] - 67:14
**Christopher** [1] - 28:23
**CHRISTOPHER** [1] - 1:11
**church** [20] - 117:10, 117:11, 117:21, 118:10, 118:13, 119:13, 119:25, 120:4, 120:17, 120:21, 121:4, 121:6, 121:8, 121:12, 121:18, 121:22, 122:3, 122:5, 122:22, 133:4
**Church** [1] - 118:16
**churches** [1] - 117:24
**Civil** [1] - 1:20
**claim** [1] - 133:7
**claimed** [1] - 127:9
**claiming** [4] - 26:25, 27:6, 27:22, 29:16
**clear** [2] - 71:9, 101:22
**clearly** [1] - 19:11
**clench** [1] - 138:5
**client** [6] - 25:9, 70:8, 114:16, 139:14, 139:25, 141:7
**client's** [1] - 19:13
**close** [2] - 16:20, 16:21

3

**closely** [1] - 125:10
**co** [1] - 140:12
**Co** [42] - 2:9, 2:13, 13:21, 14:12, 14:20, 16:25, 17:5, 17:19, 17:25, 18:18, 21:5, 21:7, 21:10, 24:9, 24:10, 24:18, 24:25, 26:15, 88:14, 89:10, 89:11, 89:13, 91:7, 92:2, 92:6, 92:7, 92:10, 92:13, 92:16, 92:20, 92:22, 92:23, 93:2, 93:11, 93:19, 93:24, 94:22, 96:5, 97:16, 97:22, 109:5, 148:14
**co-counsel** [1] - 140:12
**Co-Counsel** [2] - 2:9, 2:13
**coach** [1] - 73:8
**coaching** [2] - 73:7, 100:15
**coffee** [16] - 57:5, 57:7, 57:9, 57:14, 57:22, 57:23, 58:6, 58:13, 58:14, 58:16, 58:17, 58:21, 58:23, 58:25, 106:23
**colleagues** [1] - 4:25
**collect** [7] - 68:13, 68:24, 71:18, 71:24, 71:25, 72:2
**cologne** [1] - 38:8
**comfortable** [1] - 34:2
**communicate** [1] - 42:20
**communications** [1] - 39:13
**companies** [4] - 68:10, 84:24, 90:23, 136:21
**company** [28] - 13:19, 13:20, 14:2, 29:10, 29:15, 30:12, 75:12, 78:5, 83:25, 84:20, 84:21, 89:9, 91:15, 97:4, 100:3, 101:15, 101:16, 101:19, 101:21, 103:7, 106:18, 115:22, 115:23, 116:20, 116:21, 126:19, 126:22
**complain** [4] - 125:13, 125:16, 125:17, 125:22
**complained** [2] -

125:15, 125:24
**complaint** [2] - 41:21, 127:9
**complete** [2] - 98:4, 147:11
**completely** [2] - 39:19, 140:16
**complies** [7] - 84:5, 84:12, 85:24, 86:10, 86:21, 87:7, 87:17
**conceal** [3] - 35:21, 36:20, 36:23
**concealed** [1] - 36:4
**concern** [1] - 70:3
**confession** [2] - 117:16, 117:25
**confidential** [5] - 69:6, 71:12, 72:21, 72:24, 114:7
**confidentiality** [1] - 69:7
**confirm** [2] - 110:8, 112:9
**confuse** [1] - 130:15
**confused** [8] - 16:12, 16:14, 18:4, 21:4, 21:19, 34:24, 145:7, 145:8
**confusing** [1] - 130:16
**conquer** [1] - 110:6
**consent** [2] - 69:10, 114:10
**consider** [2] - 32:15, 78:25
**consisting** [10] - 10:7, 76:4, 79:4, 88:13, 98:9, 148:8, 148:10, 148:12, 148:14, 148:16
**constitutes** [1] - 143:10
**construction** [1] - 13:20
**Construction** [16] - 11:11, 11:13, 11:17, 43:19, 77:9, 77:13, 77:17, 78:8, 98:11, 100:9, 100:23, 101:2, 101:25, 102:7, 102:9, 148:17
**context** [1] - 118:9
**continue** [3] - 37:4, 97:4, 146:10
**continued** [1] - 145:4
**conversations** [1] - 140:21
**Cookie** [1] - 15:8
**cookie** [1] - 37:24
**coordinate** [1] -

64:21
**copies** [2] - 79:14, 79:15
**copy** [17] - 10:7, 41:7, 41:9, 65:16, 76:4, 77:25, 79:4, 88:13, 88:19, 98:9, 98:19, 100:2, 148:8, 148:10, 148:12, 148:14, 148:16
**Corp** [1] - 84:17
**CORP** [2] - 1:10
**correct** [124] - 5:8, 16:10, 17:2, 17:5, 17:11, 17:21, 18:2, 18:19, 19:23, 21:14, 24:7, 25:3, 25:5, 27:10, 27:14, 27:24, 40:15, 41:24, 44:12, 46:13, 46:17, 49:10, 50:5, 52:13, 55:22, 55:25, 56:4, 56:13, 57:3, 59:9, 59:13, 59:16, 62:14, 62:17, 62:23, 63:5, 63:7, 63:10, 63:12, 63:15, 64:5, 64:11, 64:13, 64:17, 64:18, 65:19, 66:2, 66:5, 67:4, 67:11, 77:10, 77:14, 78:9, 79:18, 79:21, 79:24, 84:9, 84:17, 86:7, 86:15, 86:18, 86:25, 87:4, 87:11, 87:14, 87:24, 89:18, 89:22, 91:18, 93:3, 93:13, 93:14, 93:19, 93:22, 93:25, 95:24, 96:2, 96:5, 96:10, 96:14, 99:17, 101:25, 102:11, 102:13, 102:16, 103:12, 103:21, 104:5, 104:10, 104:16, 104:20, 105:12, 105:19, 106:9, 106:13, 106:16, 107:8, 107:17, 107:23, 107:24, 115:16, 115:19, 127:2, 127:4, 127:24, 128:2, 128:7, 128:9, 130:7, 130:12, 131:25, 132:18, 135:9, 135:14, 135:19, 135:22, 136:13, 138:20, 145:5, 145:9, 145:12, 145:14, 147:12, 147:14

**correcting** [1] - 36:19
**Counsel** [3] - 2:9, 2:13, 19:6
**counsel** [1] - 140:12
**Counselor** [21] - 5:7, 13:7, 15:10, 15:12, 20:16, 22:18, 25:7, 37:2, 37:25, 39:14, 53:25, 70:14, 70:15, 70:19, 73:10, 73:12, 83:7, 83:12, 95:7, 145:22, 146:7
**counted** [1] - 76:17
**country** [10] - 12:12, 54:10, 66:10, 66:12, 67:23, 68:3, 68:7, 68:8, 113:12, 113:14
**COUNTY** [1] - 147:6
**couple** [1] - 37:11
**court** [1] - 115:3
**COURT** [1] - 1:2
**Court** [3] - 1:24, 3:17, 143:8
**courtesy** [1] - 70:17
**coworkers** [2] - 46:22, 60:25
**crew** [2] - 105:7, 105:10
**current** [1] - 4:16

# D

**damages** [1] - 27:22
**date** [9] - 10:10, 11:24, 22:7, 76:7, 79:7, 88:16, 98:13, 112:25, 145:21
**days** [26] - 54:16, 55:7, 62:2, 62:4, 62:6, 62:8, 62:13, 112:22, 115:8, 116:11, 124:9, 124:11, 133:25, 134:4, 134:5, 134:12, 134:16, 134:17, 134:19, 134:20, 134:22, 134:24, 135:5, 135:6, 135:7, 135:11
**deal** [1] - 139:8
**December** [1] - 6:11
**decided** [3] - 67:18, 74:4, 91:23
**declared** [2] - 89:15, 91:3
**defendant** [1] - 27:22
**Defendants** [3] - 1:12, 1:20, 2:18
**defendants** [6] -

19:3, 19:7, 26:21, 26:25, 27:4, 61:8
**Defendants'** [12] - 10:9, 10:14, 76:6, 76:9, 79:6, 79:9, 88:15, 95:23, 96:8, 98:12, 99:19, 99:22
**DEFENDANTS'** [1] - 148:7
**Defendants's** [1] - 98:15
**deli** [5] - 52:9, 52:13, 52:15, 55:25, 56:20
**deny** [2] - 129:11, 137:24
**denying** [5] - 39:21, 39:25, 40:3, 40:6, 129:10
**depended** [2] - 104:21, 107:15
**depose** [1] - 145:25
**deposition** [22] - 3:13, 4:24, 5:10, 5:12, 7:21, 8:10, 9:14, 9:17, 9:21, 18:25, 19:22, 20:10, 38:7, 38:11, 40:15, 40:18, 53:4, 113:5, 142:18, 145:21, 146:5, 147:10
**depression** [2] - 38:19, 98:6
**DESCRIPTION** [1] - 148:7
**designate** [2] - 70:25, 71:12
**designation** [1] - 114:11
**destroyed** [2] - 91:12, 91:17
**details** [1] - 135:24
**determine** [3] - 69:9, 143:8, 145:24
**diaries** [1] - 54:8
**diary** [5] - 54:5, 54:6, 54:10, 54:11, 54:13
**diesel** [1] - 64:3
**different** [4] - 8:11, 46:25, 47:7, 115:9
**difficult** [2] - 122:20, 139:3
**directions** [1] - 114:13
**directly** [7] - 62:22, 62:25, 63:4, 64:9, 103:2, 123:25, 124:10
**discoverable** [1] - 140:16
**discuss** [3] - 111:21, 112:23, 145:23
**discussion** [6] -

4

23:22, 95:19, 114:5, 114:7, 141:6, 141:12
**discussions** [1] - 139:24
**disregard** [1] - 41:18
**DISTRICT** [2] - 1:2, 1:2
**doctor** [1] - 6:22
**document** [25] - 10:7, 10:12, 10:13, 10:15, 65:13, 65:15, 76:8, 79:4, 79:9, 79:11, 80:18, 82:9, 88:13, 92:24, 93:7, 93:8, 93:9, 93:10, 95:14, 96:13, 96:17, 96:20, 96:25, 98:9, 98:14
**Document** [6] - 76:4, 148:8, 148:10, 148:12, 148:14, 148:16
**documents** [25] - 15:25, 21:22, 22:6, 22:8, 25:11, 26:15, 38:19, 38:21, 39:2, 39:5, 40:13, 40:14, 40:17, 40:20, 40:25, 64:23, 65:14, 74:7, 75:4, 75:6, 75:10, 75:14, 76:24, 77:21
**DOES** [1] - 1:11
**done** [2] - 105:9, 145:6
**down** [2] - 55:9, 55:10
**drank** [1] - 6:9
**dress** [1] - 4:24
**drink** [1] - 6:11
**drive** [9] - 33:19, 33:21, 50:18, 55:25, 104:2, 104:9, 104:12, 104:13, 136:6
**driver** [2] - 30:12, 30:14
**driver's** [3] - 33:17, 33:20, 34:9
**drove** [2] - 16:22, 50:22
**drugs** [3] - 6:13, 6:16, 6:19
**due** [1] - 39:24
**duly** [3] - 4:3, 4:8, 149:6
**during** [7] - 9:14, 9:16, 9:21, 26:14, 29:15, 44:11, 69:15

## E

**ear** [4] - 39:22, 40:2
**ear-to-ear** [2] - 39:22, 40:2
**early** [1] - 95:6
**earned** [10] - 79:17, 79:20, 79:23, 80:2, 80:5, 82:3, 82:5, 83:24, 83:25, 84:8
**earning** [2] - 45:23, 126:22
**East** [1] - 2:9
**EASTERN** [1] - 1:2
**easy** [1] - 55:14
**eat** [7] - 37:24, 51:24, 52:2, 52:18, 52:19, 52:22, 60:3
**Eddie** [1] - 31:9
**education** [1] - 113:8
**EDWIN** [1] - 1:5
**effect** [1] - 3:16
**eggs** [1] - 52:6
**eight** [6] - 6:23, 59:11, 112:17, 116:7, 116:8, 116:10
**either** [9] - 31:7, 67:10, 67:22, 68:3, 68:7, 70:12, 89:25, 92:2, 149:11
**EI** [8] - 12:15, 12:17, 12:19, 12:21, 21:11, 21:20, 23:20, 65:10
**employed** [2] - 11:8, 11:10
**employee** [1] - 126:5
**employment** [3] - 13:17, 111:11, 135:9
**end** [7] - 11:15, 11:23, 43:23, 77:19, 84:22, 111:12, 142:20
**English** [5] - 4:4, 4:6, 38:22, 42:17, 42:18
**entered** [2] - 12:23, 41:24
**entire** [1] - 35:4
**entitled** [1] - 92:3
**equipment** [1] - 116:18
**ERRATA** [1] - 150:2
**ESCALANTE** [1] - 1:5
**ESQ** [2] - 2:11, 2:20
**establish** [1] - 140:9
**estimated** [1] - 82:22
**ethics** [1] - 140:13
**exact** [13] - 11:24, 16:8, 24:15, 47:15, 61:9, 82:20, 84:2,

107:14, 121:17, 134:22, 135:5, 135:16, 136:10
**exactly** [11] - 11:14, 17:7, 17:11, 28:16, 28:25, 43:21, 43:22, 47:6, 77:18, 96:6, 121:17
**EXAMINATION** [3] - 1:18, 4:11, 148:3
**examined** [1] - 4:9
**example** [1] - 124:12
**except** [2] - 3:9, 134:5
**excuse** [3] - 76:14, 83:21, 85:19
**Exhibit** [14] - 10:9, 10:14, 76:6, 76:9, 76:23, 79:6, 79:9, 88:15, 95:23, 96:8, 98:12, 98:15, 99:19, 99:25
**exhibit** [3] - 76:20, 77:7, 88:18
**exhibits** [1] - 100:13
**EXHIBITS** [1] - 148:6
**exist** [1] - 21:11
**explain** [5] - 8:9, 8:18, 127:13, 127:14, 144:19
**explained** [3] - 27:3, 42:5, 144:18
**explanation** [1] - 29:25
**explore** [1] - 19:7
**exploring** [1] - 49:17
**expressing** [1] - 25:20
**extra** [1] - 113:20
**eyes** [2] - 25:19, 25:23

## F

**face** [3] - 39:24, 40:10, 138:9
**fact** [1] - 140:11
**facts** [5] - 19:7, 35:21, 36:4, 36:20, 36:23
**faith** [1] - 71:7
**FAJARDO** [1] - 1:4
**Fajardo** [5] - 109:22, 110:11, 110:12, 110:15, 110:18
**false** [10] - 8:17, 27:7, 27:24, 51:10, 51:12, 93:2, 93:5, 93:7, 101:7, 101:9

**family** [2] - 123:3, 123:6
**fancy** [1] - 94:23
**far** [2] - 19:23, 27:23
**fat** [1] - 58:9
**Father** [1] - 119:18
**Fathers** [1] - 119:24, 121:25
**favor** [2] - 108:14, 108:16
**February** [1] - 91:4
**Federal** [1] - 8:11
**few** [5] - 8:2, 95:13, 106:9, 123:12, 124:18
**fields** [1] - 15:4
**fifteen** [2] - 61:21, 62:6
**Fifth** [3] - 2:5, 2:14, 73:8
**fifty** [3] - 55:19, 55:20, 55:22
**fifty-five** [1] - 55:20
**fight** [2] - 132:24, 132:25
**fighting** [2] - 29:13, 132:20
**figure** [2] - 95:14, 146:5
**figured** [1] - 61:16
**filed** [4] - 38:20, 102:25, 103:6, 136:16
**filing** [4] - 3:5, 29:6, 29:7, 29:8
**fill** [4] - 68:25, 70:22, 71:18, 91:5
**fine** [7] - 5:24, 23:11, 37:20, 53:22, 71:15, 74:11, 146:8
**finish** [3] - 20:23, 70:17, 124:12
**finished** [1] - 62:20
**finishes** [1] - 37:13
**first** [7] - 13:17, 25:25, 26:4, 65:20, 65:22, 67:5, 126:20
**five** [9] - 55:20, 59:9, 59:10, 59:11, 59:12, 63:15, 104:20, 104:22
**Five** [1] - 15:24
**flavored** [1] - 58:11
**flower** [2] - 58:3, 58:4
**followed** [2] - 63:9, 64:9
**following** [3] - 110:7, 150:3, 150:4
**follows** [1] - 4:10
**food** [1] - 52:20
**foot** [1] - 7:22
**force** [1] - 3:16

**forgiveness** [1] - 132:12
**Form** [4] - 79:5, 81:25, 82:18, 148:12
**form** [2] - 3:9, 96:2
**formal** [1] - 5:3
**forth** [1] - 149:6
**forty** [4] - 62:9, 62:13, 62:15, 62:17
**four** [16] - 7:9, 33:16, 62:8, 62:13, 65:18, 76:5, 76:13, 76:17, 76:19, 76:22, 98:2, 125:4, 146:4, 148:10
**fraudulent** [1] - 93:3
**free** [1] - 73:9
**French** [1] - 58:17
**frequently** [2] - 120:19, 123:7
**fried** [1] - 52:6
**frivolous** [1] - 27:8
**front** [2] - 99:20, 99:22
**full** [1] - 4:13
**FURTHER** [2] - 3:8, 3:12

## G

**GALEANO** [1] - 1:5
**GARCIA** [1] - 1:4
**general** [2] - 36:2, 105:14
**generally** [1] - 29:3
**generous** [1] - 59:5
**given** [7] - 47:3, 50:12, 137:23, 142:10, 142:13, 147:13, 149:9
**glove** [1] - 60:17
**God** [1] - 138:16
**GOLDBERG** [1] - 2:4
**good-faith** [1] - 71:7
**GPS** [4] - 51:5, 51:8, 51:10, 56:7
**great** [1] - 52:24
**grinning** [3] - 39:22, 40:2, 40:4
**ground** [1] - 131:12
**group** [2] - 50:12, 61:4
**Guerra** [3] - 110:9, 110:11, 110:13
**guess** [1] - 83:18

## H

**half** [4] - 31:20,

5

57:23, 59:25
**half-an-hour** [1] -
59:25
**hallway** [1] - 73:23
**hand** [1] - 149:16
**handing** [2] - 77:23,
79:12
**handing)** [2] - 77:6,
88:8
**hands** [1] - 138:7
**hard** [3] - 39:15,
39:17, 122:19
**hardly** [2] - 59:25,
123:14
**hazelnut** [1] - 58:13
**Hazelnut** [1] - 58:14
**Heaven** [15] - 15:3,
15:6, 15:16, 15:18,
15:20, 15:21, 16:3,
16:6, 17:20, 18:2,
21:6, 21:8, 21:10,
26:16, 136:24
**held** [3] - 1:22,
23:22, 95:19
**Helena** [1] - 28:22
**HELENE** [1] - 1:11
**help** [5] - 96:23,
98:24, 99:2, 99:4,
106:12
**HEREBY** [1] - 3:3
**hereby** [3] - 3:6,
147:8, 149:4
**herein** [4] - 1:19, 3:5,
4:3, 4:8
**hereinbefore** [1] -
149:6
**hereunto** [1] -
149:15
**hide** [2] - 133:11,
133:12
**hiding** [3] - 133:14,
133:20, 137:22
**high** [1] - 113:13
**Highway** [2] - 1:16,
2:18
**himself** [1] - 42:14
**hire** [2] - 128:10,
128:18
**hired** [3] - 101:12,
115:12, 128:6
**Hispanics** [1] - 42:23
**hobbies** [1] - 117:9
**home** [9] - 14:19,
17:10, 25:10, 26:14,
44:10, 52:8, 52:10,
64:23, 85:14
**honest** [1] - 109:20
**hot** [1] - 97:13
**hour** [18] - 44:20,
44:21, 45:3, 45:6,

45:9, 45:12, 45:14,
45:18, 45:21, 45:25,
46:4, 46:6, 46:8,
59:25, 62:19, 103:15,
126:20, 126:22
**hours** [39] - 14:15,
29:9, 29:14, 29:17,
46:12, 46:15, 54:20,
55:9, 55:10, 55:11,
55:15, 55:17, 55:18,
55:20, 55:22, 59:15,
59:17, 59:21, 61:20,
61:21, 62:6, 62:9,
62:11, 62:12, 62:14,
62:15, 62:17, 78:5,
78:7, 78:19, 78:23,
116:6, 116:7, 116:8,
116:10, 125:20,
133:7, 146:4
**house** [10] - 50:25,
51:3, 51:4, 51:6, 51:9,
51:10, 51:13, 51:14,
51:20, 56:2, 103:25,
104:3, 104:12
**hundred** [1] - 15:24
**hurt** [1] - 20:4

## I

**IAN** [1] - 2:13
**ID** [2] - 65:15, 65:17
**idea** [5] - 70:10,
135:7, 135:12,
135:18, 135:23
**identical** [1] - 88:19
**identification** [8] -
10:8, 10:10, 10:17,
76:7, 79:7, 88:16,
98:13, 148:9
**identified** [3] - 10:14,
76:9, 79:9
**identify** [3] - 41:2,
49:6, 49:11
**immediate** [1] - 30:5
**immigration** [4] -
22:20, 23:6, 23:9,
70:4
**important** [3] -
91:21, 91:22, 91:25
**impossible** [1] -
90:23
**IN** [1] - 149:15
**inaccurate** [1] -
96:13
**inappropriate** [1] -
25:21
**includes** [1] - 85:2
**including** [2] - 26:17,
114:7

**income** [2] - 114:2,
114:5
**incorrect** [1] - 25:4
**incorrectly** [1] - 24:3
**INDEX** [1] - 148:2
**indicated** [1] - 71:3
**indicates** [3] - 19:10,
89:20, 92:25
**indicating** [8] - 84:2,
88:12, 89:17, 89:19,
91:2, 91:3, 93:15,
99:12
**indicating)** [4] - 83:3,
85:10, 99:6, 99:14
**individual** [1] -
145:25
**Industries** [1] - 96:5
**influence** [2] - 6:7,
6:13, 6:16
**information** [6] -
10:21, 11:4, 19:9,
19:11, 53:3, 101:8
**inside** [1] - 123:8
**insisting** [1] - 139:6
**instruct** [7] - 22:11,
25:9, 25:15, 25:17,
26:13, 37:3, 69:21
**instructing** [6] -
13:11, 35:24, 39:6,
70:8, 73:16, 139:14
**instruction** [1] -
25:13
**intentional** [1] -
95:10
**interest** [2] - 49:14,
49:17
**interested** [1] -
149:13
**interests** [1] - 19:14
**interpret** [1] - 4:4
**interpreter** [1] -
100:17
**INTERPRETER** [1] -
13:15
**Interpreter** [3] - 2:24,
4:3, 4:9
**interview** [6] - 18:23,
18:24, 38:16, 112:25,
113:2, 113:4
**introduced** [1] -
42:14
**involve** [1] - 35:8
**involved** [1] - 140:17
**IRS** [1] - 114:9
**IS** [3] - 3:3, 3:8, 3:12
**Islip** [3] - 47:19,
48:13, 48:14
**issues** [1] - 73:3
**IT** [3] - 3:3, 3:8, 3:12

## J

**January** [1] - 91:4
**JAVIER** [1] - 1:5
**jaw** [1] - 138:5
**job** [32] - 19:7, 20:17,
30:25, 31:4, 42:20,
49:11, 49:24, 50:2,
53:9, 54:23, 60:9,
60:12, 62:22, 63:4,
64:8, 64:14, 76:2,
102:23, 103:2, 103:9,
107:7, 107:12,
107:14, 107:15,
107:17, 111:23,
123:25, 124:10,
124:13, 130:14,
133:24, 136:4
**jobs** [18] - 44:24,
47:5, 47:7, 47:12,
47:13, 105:9, 107:20,
115:6, 115:24,
116:13, 116:14,
126:13, 126:14,
126:23, 126:25,
133:21, 135:12,
138:19
**JOHN** [1] - 1:11
**Jose** [11] - 65:6,
65:8, 65:11, 65:13,
66:4, 67:3, 67:5,
67:11, 67:12, 67:20,
98:4
**JOSE** [2] - 1:4, 1:5
**jose** [1] - 65:7
**JUAN** [1] - 1:6
**Judge** [1] - 8:12
**July** [1] - 77:9
**jumpy** [2] - 97:8,
97:9
**June** [9] - 14:4,
14:21, 14:23, 14:25,
17:19, 18:19, 24:12,
24:18, 24:24

## K

**Karen** [1] - 1:23
**KAREN** [2] - 149:3,
149:19
**keep** [8] - 10:25,
54:12, 54:15, 54:19,
55:15, 55:16, 91:10,
91:23
**keeps** [1] - 60:12
**Kenny** [4] - 30:21,
30:22, 30:23, 31:11
**kept** [1] - 54:25
**KEVIN** [1] - 1:5

**kind** [4] - 32:24,
44:24, 58:20, 61:16
**kinds** [1] - 54:8
**knows** [3] - 65:11,
67:20, 115:24

## L

**laborer** [2] - 44:23,
47:25
**LaMendola** [3] -
1:23, 149:3, 149:19
**last** [10] - 6:9, 6:21,
38:13, 65:20, 65:23,
111:14, 111:18,
112:14, 112:19,
114:24
**laughing** [1] - 39:16
**LAUREN** [1] - 2:4
**law** [4] - 19:10, 21:3,
33:23, 34:3
**Law** [1] - 1:21
**LAW** [3] - 2:4, 2:8,
2:13
**lawsuit** [20] - 19:2,
27:13, 27:21, 28:3,
28:8, 28:14, 28:17,
28:18, 28:24, 29:2,
29:6, 29:7, 29:8,
29:13, 38:20, 38:21,
41:5, 41:8, 41:11,
42:8
**lawyer** [3] - 72:6,
108:20, 127:8
**lawyers** [5] - 8:9,
8:18, 75:9, 127:19,
128:11
**lead** [1] - 73:19
**least** [2] - 62:10,
107:5
**leave** [4] - 51:4,
51:14, 56:13, 106:9
**leaving** [3] - 56:8,
56:21, 57:3
**left** [5] - 17:19,
17:25, 56:2, 56:4,
56:12
**legal** [3] - 8:14,
72:14, 73:3
**lent** [1] - 117:2
**LERLY** [1] - 1:5
**Lerly** [5] - 109:12,
109:14, 109:20,
111:8, 111:15
**less** [6] - 62:17,
78:11, 78:12, 78:13,
122:12, 122:13
**level** [1] - 113:8
**liar** [3] - 112:4,

6

112:5, 112:9
**license** [7] - 7:10, 33:17, 33:20, 33:21, 34:9, 34:17, 104:8
**lie** [42] - 8:6, 8:10, 8:15, 9:6, 9:9, 9:10, 9:13, 9:16, 9:20, 9:22, 17:23, 20:5, 21:3, 27:14, 34:11, 34:16, 34:19, 34:21, 35:6, 35:15, 35:18, 36:7, 36:10, 53:15, 66:16, 88:25, 89:3, 102:20, 108:5, 121:7, 128:6, 128:10, 128:17, 128:18, 128:25, 129:4, 129:8, 132:8, 132:10, 132:13, 132:22, 145:4
**lied** [20] - 7:25, 8:24, 10:2, 18:5, 18:21, 21:13, 24:5, 25:5, 34:25, 36:19, 60:15, 111:25, 117:6, 117:7, 129:11, 129:12, 131:7, 131:23, 142:17, 145:9
**lies** [10] - 19:22, 35:7, 35:8, 35:9, 53:19, 53:23, 109:24, 109:25, 110:3, 110:5
**life** [1] - 35:4
**limited** [1] - 26:17
**LINE** [1] - 150:5
**list** [4] - 54:15, 54:19, 54:25, 55:4
**litigant** [1] - 83:17
**live** [1] - 16:18
**LLC** [1] - 77:9
**load** [3] - 64:2, 64:7, 105:23
**located** [1] - 118:16
**look** [9] - 10:20, 36:22, 48:5, 55:6, 94:4, 95:14, 96:8, 123:20, 138:11
**Louie's** [2] - 116:21, 116:22
**Louis** [4] - 28:22, 110:16, 110:19, 110:22
**LOUIS** [1] - 1:11
**low** [2] - 58:2, 58:9
**low-fat** [1] - 58:9
**lowering** [1] - 108:15
**Luke** [2] - 118:15, 118:16
**Lunati** [35] - 11:11, 11:13, 11:16, 11:20, 12:2, 43:18, 43:21,

44:2, 44:7, 46:7, 77:8, 77:13, 77:17, 78:7, 78:14, 84:25, 91:15, 93:21, 98:10, 99:9, 99:10, 100:4, 100:5, 100:7, 100:8, 100:22, 100:25, 101:4, 101:13, 101:24, 102:6, 102:9, 148:17
**lunch** [4] - 26:14, 59:23, 64:22, 74:5
**luncheon** [1] - 74:12
**lunchtime** [2] - 25:10, 52:20
**lying** [48] - 8:11, 8:19, 18:11, 19:25, 20:10, 34:18, 36:15, 36:17, 66:19, 74:21, 81:2, 81:5, 82:11, 82:13, 83:6, 88:3, 88:5, 89:21, 90:2, 90:5, 90:9, 90:13, 90:15, 90:17, 92:2, 92:3, 92:13, 92:21, 92:22, 94:20, 95:21, 105:22, 121:3, 127:19, 127:23, 128:4, 128:15, 130:6, 130:11, 130:17, 131:4, 131:21, 132:15, 132:25, 138:4, 143:9

**M**

**Magistrate** [1] - 145:24
**maintain** [1] - 114:14
**man** [1] - 36:3
**map** [3] - 104:14, 106:8, 106:13
**MARCUS** [1] - 1:6
**margarita** [1] - 2:24
**Maricela** [1] - 7:4
**mark** [1] - 72:20
**marked** [11] - 10:9, 69:5, 72:24, 76:6, 79:5, 88:14, 88:18, 98:11, 98:15, 99:9, 114:6
**marriage** [2] - 7:10, 149:11
**married** [7] - 6:25, 7:8, 7:12, 7:17, 7:19, 9:7, 9:8
**marry** [1] - 7:18
**MARTINEZ** [1] - 1:4
**material** [2] - 31:5, 140:25

**matter** [1] - 149:14
**maximum** [1] - 52:22
**Maynor** [2] - 109:22, 110:18
**MAYNOR** [1] - 1:4
**McNAMARA** [200] - 2:8, 2:11, 5:8, 8:3, 9:24, 10:4, 11:3, 13:7, 13:13, 15:11, 16:11, 18:6, 18:15, 20:11, 20:15, 21:24, 22:10, 22:18, 22:22, 23:12, 24:6, 25:12, 25:16, 25:22, 26:2, 26:5, 26:9, 26:12, 27:9, 27:15, 28:4, 28:10, 29:18, 32:8, 34:14, 34:22, 35:11, 35:22, 35:24, 36:12, 36:16, 37:2, 37:8, 37:20, 38:2, 39:6, 39:19, 39:23, 40:3, 40:6, 40:9, 40:16, 41:16, 42:2, 53:7, 53:20, 53:24, 64:24, 66:13, 66:18, 68:22, 69:3, 69:20, 69:24, 70:2, 70:7, 70:14, 70:20, 71:14, 72:20, 73:11, 73:16, 73:24, 74:8, 74:11, 75:15, 75:23, 81:4, 81:6, 82:12, 82:16, 82:19, 83:7, 83:13, 86:12, 89:6, 90:6, 90:16, 90:19, 91:11, 91:13, 91:19, 93:4, 94:18, 94:25, 95:8, 95:16, 99:8, 100:11, 100:16, 101:11, 102:10, 102:14, 102:17, 102:21, 103:13, 104:6, 104:17, 105:13, 106:2, 106:10, 107:9, 107:18, 107:22, 108:6, 108:10, 108:22, 111:4, 114:4, 114:20, 117:19, 117:23, 118:5, 118:11, 118:14, 118:17, 118:22, 119:2, 119:12, 119:16, 119:19, 120:5, 120:8, 120:24, 121:5, 121:13, 122:6, 122:10, 122:15, 123:21, 124:3, 124:22, 125:5, 127:21, 127:25,

128:3, 128:8, 128:14, 128:20, 129:13, 129:18, 129:23, 130:8, 130:13, 130:19, 130:25, 131:10, 131:14, 132:2, 132:19, 132:23, 133:5, 133:9, 133:13, 133:18, 133:23, 135:2, 135:10, 135:20, 136:9, 137:13, 137:20, 138:3, 138:6, 138:8, 138:10, 138:13, 138:15, 138:21, 139:13, 139:18, 139:21, 139:23, 140:3, 140:7, 140:24, 141:5, 141:11, 141:15, 141:18, 141:21, 141:24, 142:19, 142:22, 143:11, 143:23, 144:16, 145:10, 146:8
**mean** [1] - 80:10
**Medford** [1] - 47:17
**meet** [1] - 42:11
**memory** [1] - 32:11
**Mendez** [32] - 50:18, 50:19, 50:20, 52:15, 54:23, 54:25, 56:13, 56:20, 58:6, 58:20, 60:2, 60:11, 61:3, 63:9, 63:22, 63:23, 63:24, 64:10, 103:12, 103:21, 103:24, 104:2, 106:7, 106:8, 106:12, 112:20, 115:11, 115:12, 115:16, 115:18, 125:7, 136:25
**MENDEZ** [1] - 1:4
**Mendez's** [8] - 51:13, 51:14, 55:4, 103:25, 105:19, 115:21
**mentioned** [1] - 1:22
**might** [1] - 117:6
**milk** [5] - 57:23, 58:8, 58:9, 58:10
**milks** [1] - 58:11
**mind** [1] - 10:25
**minivan** [2] - 33:2, 33:3
**minute** [1] - 95:17
**minutes** [8] - 52:22, 63:15, 95:13, 104:20, 104:23, 106:9
**misremember** [1] - 94:21

**missing** [2] - 61:22, 62:7
**mistaken** [2] - 94:21, 95:9
**mitt** [1] - 60:12
**moment** [2] - 62:18, 90:7, 114:15
**money** [18] - 61:7, 68:5, 80:17, 80:20, 80:21, 81:15, 81:19, 81:24, 82:3, 82:8, 82:14, 110:16, 110:21, 113:20, 115:5, 127:24, 136:20, 136:21
**month** [2] - 38:15, 120:25
**monthly** [1] - 117:15
**months** [5] - 7:9, 14:2, 14:3, 24:15, 112:17
**morning** [14] - 50:14, 50:16, 50:23, 51:2, 51:9, 51:17, 55:25, 56:21, 57:3, 63:15, 64:9, 107:8, 107:21, 144:20
**mornings** [1] - 123:25
**most** [2] - 56:16, 125:9
**mostly** [1] - 47:8
**move** [2] - 71:13, 131:16
**MR** [265] - 4:12, 5:7, 5:8, 8:3, 9:24, 10:4, 11:3, 12:7, 13:7, 13:12, 13:13, 15:10, 15:11, 16:11, 18:6, 18:15, 20:11, 20:15, 20:23, 21:24, 21:25, 22:10, 22:18, 22:19, 22:22, 22:24, 23:12, 23:21, 24:6, 25:7, 25:12, 25:14, 25:16, 25:18, 25:22, 25:24, 26:2, 26:3, 26:5, 26:7, 26:9, 26:11, 26:12, 27:9, 27:15, 27:17, 28:4, 28:10, 29:18, 32:8, 34:14, 34:22, 35:11, 35:22, 35:24, 36:2, 36:12, 36:16, 37:2, 37:5, 37:8, 37:10, 37:16, 37:18, 37:20, 37:24, 38:2, 39:6, 39:14, 39:19, 39:21, 39:23, 39:25, 40:3, 40:5, 40:6, 40:8, 40:9, 40:16, 41:16,

7

42:2, 42:3, 53:7, 53:20, 53:24, 64:20, 64:24, 66:13, 66:18, 68:22, 68:23, 69:3, 69:8, 69:20, 69:22, 69:24, 69:25, 70:2, 70:5, 70:7, 70:10, 70:14, 70:16, 70:20, 70:21, 71:14, 72:18, 72:20, 72:22, 73:11, 73:16, 73:21, 73:24, 73:25, 74:8, 74:9, 74:11, 75:15, 75:23, 76:14, 81:4, 81:6, 82:12, 82:16, 82:19, 83:7, 83:9, 83:13, 83:16, 86:12, 89:6, 90:6, 90:8, 90:16, 90:19, 91:11, 91:13, 91:19, 93:4, 94:7, 94:18, 94:25, 95:4, 95:8, 95:11, 95:16, 95:18, 99:8, 99:10, 100:11, 100:14, 100:16, 100:19, 101:11, 102:10, 102:14, 102:17, 102:21, 103:13, 104:6, 104:17, 105:13, 106:2, 106:10, 107:9, 107:18, 107:22, 108:6, 108:10, 108:22, 111:4, 114:4, 114:10, 114:20, 114:24, 117:19, 117:23, 118:5, 118:11, 118:14, 118:17, 118:22, 119:2, 119:12, 119:16, 119:19, 120:5, 120:8, 120:24, 121:5, 121:13, 122:6, 122:10, 122:15, 123:21, 124:3, 124:22, 125:5, 127:21, 127:25, 128:3, 128:8, 128:14, 128:20, 129:13, 129:18, 129:23, 130:8, 130:13, 130:19, 130:24, 130:25, 131:10, 131:14, 132:2, 132:19, 132:23, 133:5, 133:9, 133:13, 133:18, 133:23, 135:2, 135:10, 135:20, 136:9, 137:13, 137:20, 138:3, 138:6, 138:8,

138:10, 138:13, 138:15, 138:21, 139:13, 139:18, 139:19, 139:21, 139:22, 139:23, 140:2, 140:3, 140:7, 140:9, 140:24, 141:2, 141:5, 141:8, 141:11, 141:13, 141:15, 141:18, 141:21, 141:22, 141:24, 141:25, 142:22, 143:11, 143:23, 144:16, 145:10, 145:20, 146:8, 146:9

## N

**name** [28] - 4:14, 7:3, 14:6, 30:14, 30:16, 30:17, 30:19, 30:20, 31:9, 67:4, 67:6, 67:8, 67:10, 67:12, 97:24, 97:25, 98:4, 101:19, 101:21, 115:21, 118:23, 118:25, 119:3, 119:15, 119:20, 119:21, 119:22, 133:17
**names** [31] - 14:10, 47:11, 47:13, 47:16, 47:20, 47:22, 47:23, 48:10, 48:16, 48:19, 48:24, 48:25, 49:19, 49:23, 65:8, 65:9, 65:11, 65:18, 65:20, 65:21, 65:22, 65:23, 66:12, 66:25, 67:2, 67:5, 84:23, 98:2, 116:14, 116:16
**Names** [1] - 49:22
**Nassau** [1] - 47:9
**natural** [1] - 9:11
**necessary** [1] - 55:16
**necessity** [4] - 33:22, 33:25, 34:5, 110:25
**Neck** [1] - 2:9
**need** [16] - 34:3, 37:21, 72:23, 98:24, 99:2, 99:4, 99:5, 99:6, 105:3, 105:6, 106:12, 114:13, 120:10, 143:14, 143:16, 144:7
**needs** [3] - 37:22, 64:6, 100:20
**NELSON** [1] - 1:3
**Nelson** [3] - 108:23, 108:25, 111:19
**nervous** [1] - 97:6

**never** [19] - 46:19, 46:21, 47:3, 60:17, 60:22, 75:17, 81:21, 92:17, 107:13, 109:8, 110:25, 113:19, 128:12, 137:5, 137:9, 137:15, 137:17, 137:21, 142:12
**New** [15] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 13:2, 21:18, 23:15, 23:17, 147:23, 149:4
**NEW** [2] - 1:2, 147:4
**news** [1] - 54:9
**next** [3] - 97:5, 104:15, 124:14
**nice** [3] - 42:13, 42:25, 95:11
**nine** [4] - 59:11, 112:17, 113:13
**ninth** [3] - 113:10, 113:11, 113:12
**Nissan** [4] - 32:25, 33:4, 33:11, 33:15
**Nissans** [1] - 33:12
**nobody** [1] - 137:18
**NOE** [14] - 1:5
**noise** [1] - 116:13
**none** [2] - 60:10, 68:4
**normal** [4] - 9:11, 32:19, 52:3, 52:4
**normally** [1] - 59:3
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:24, 147:23, 149:3
**noted** [1] - 146:12
**nothing** [6] - 23:8, 94:11, 113:22, 133:11, 133:12, 141:14
**Notice** [1] - 1:21
**November** [5] - 11:15, 11:17, 11:21, 11:24, 12:3
**number** [12] - 31:16, 31:19, 31:23, 32:5, 32:7, 32:18, 61:9, 61:10, 61:11, 80:15, 113:13
**Number** [7] - 10:9, 10:14, 76:9, 79:10, 95:24, 96:8, 98:12

## O

**oath** [7] - 3:15, 8:11, 8:19, 74:17, 92:11,

95:4, 147:10
**object** [1] - 13:8
**objecting** [1] - 42:3
**objection** [129] - 8:3, 9:24, 10:4, 11:3, 16:11, 18:6, 18:15, 20:11, 20:15, 20:24, 21:24, 22:10, 22:22, 24:6, 27:9, 28:10, 29:18, 32:8, 34:14, 34:22, 35:11, 35:22, 36:12, 36:16, 40:16, 41:16, 42:2, 53:7, 53:20, 53:24, 66:13, 66:18, 75:15, 75:23, 81:4, 81:6, 82:16, 82:19, 86:12, 89:6, 90:16, 91:11, 91:13, 91:19, 93:4, 94:25, 101:11, 102:10, 102:14, 102:17, 102:21, 103:13, 104:6, 104:17, 105:13, 106:2, 106:10, 107:9, 107:18, 107:22, 108:6, 108:22, 111:4, 117:19, 117:23, 118:5, 118:11, 118:14, 118:17, 118:22, 119:2, 119:12, 119:16, 119:19, 120:5, 120:8, 120:24, 121:5, 121:13, 122:6, 122:10, 122:15, 123:21, 124:3, 124:22, 125:5, 127:21, 127:25, 128:3, 128:8, 128:14, 128:20, 129:13, 129:18, 129:23, 130:8, 130:13, 130:19, 131:10, 131:14, 132:2, 132:19, 132:23, 133:5, 133:9, 133:13, 133:18, 133:23, 135:2, 135:10, 135:20, 136:9, 137:13, 137:20, 138:3, 138:6, 138:8, 138:10, 138:13, 138:15, 138:21, 139:13, 139:18, 140:7, 142:22, 143:11, 143:23, 144:16, 145:10
**Objection** [5] - 28:4, 82:12, 90:19, 108:10, 142:19

95:4, 147:10
**objections** [2] - 3:9, 41:18
**objects** [1] - 41:17
**obligated** [1] - 19:12
**obligation** [2] - 5:21, 83:10
**occasions** [6] - 116:20, 123:12, 125:18, 134:7, 137:23, 143:9
**occur** [1] - 124:16
**October** [6] - 11:15, 11:17, 11:21, 11:23, 12:3, 149:16
**OF** [6] - 1:2, 2:4, 2:8, 2:13, 147:4, 147:6
**offer** [11] - 19:8, 139:12, 139:17, 140:6, 140:10, 140:15, 140:23, 141:3, 141:10, 141:17, 142:7
**office** [7] - 50:9, 50:13, 50:15, 63:25, 123:8, 123:13, 123:24
**officer** [1] - 3:14
**OFFICES** [3] - 2:4, 2:8, 2:13
**often** [3] - 122:2, 124:16, 124:20
**once** [5] - 56:23, 107:2, 107:5, 107:6, 124:16
**one** [33] - 1:19, 12:12, 16:7, 31:5, 31:25, 32:2, 32:3, 46:24, 54:9, 54:10, 55:14, 59:21, 65:11, 66:25, 67:2, 67:20, 68:8, 76:12, 78:19, 90:3, 98:2, 99:5, 99:8, 103:10, 104:11, 106:24, 112:24, 113:3, 113:21, 115:14, 116:19, 122:14, 124:12
**one's** [1] - 57:16
**ones** [3] - 59:18, 68:10, 99:11
**opportunity** [3] - 37:7, 142:10, 142:13
**option** [1] - 9:9
**order** [10] - 1:22, 13:10, 33:22, 34:6, 50:10, 50:11, 72:14, 73:20, 117:24, 124:6
**original** [3] - 65:12, 65:14, 99:6
**originals** [1] - 77:5
**OSMAR** [1] - 1:4

8

**outcome** [1] - 149:14
**outside** [3] - 31:11, 50:25, 114:20
**overtime** [17] - 29:9, 29:13, 29:17, 59:19, 59:22, 81:22, 82:6, 84:3, 125:19, 127:5, 134:2, 134:6, 134:13, 134:18, 134:21, 134:25, 135:8
**owe** [2] - 68:5, 68:11
**owes** [1] - 68:9
**own** [4] - 32:7, 55:10, 103:2, 116:19
**owner** [1] - 116:21

## P

**P.C** [1] - 2:17
**p.m** [6] - 73:15, 74:13, 114:23, 146:12
**PAGE** [3] - 148:3, 148:7, 150:5
**page** [5] - 84:4, 84:11, 86:20, 87:6, 87:16
**pages** [1] - 76:20
**PAGOADA** [1] - 1:4
**paid** [34] - 14:15, 15:18, 15:20, 15:21, 16:25, 29:9, 29:14, 44:19, 59:19, 80:20, 80:21, 80:24, 81:10, 81:17, 81:21, 84:3, 85:3, 113:23, 115:18, 126:7, 126:13, 126:15, 126:20, 126:24, 127:10, 127:17, 134:12, 134:17, 134:20, 134:24, 135:6, 135:8, 136:12, 138:19
**paper** [1] - 81:12
**papers** [6] - 23:5, 23:6, 63:2, 63:25, 70:23, 71:18
**paperwork** [1] - 68:25
**parking** [1] - 48:21
**part** [2] - 43:17
**particular** [1] - 114:18
**particularly** [1] - 114:18
**parties** [2] - 3:5, 149:12
**PATRICK** [1] - 2:8
**Patrick** [3] - 42:7, 42:9, 42:11

**pATRICK** [1] - 2:11
**Pave** [40] - 13:21, 14:12, 14:20, 16:25, 17:5, 17:19, 17:25, 18:18, 21:5, 21:7, 21:10, 24:9, 24:10, 24:18, 24:25, 26:15, 88:14, 89:10, 89:11, 89:13, 91:7, 92:2, 92:6, 92:7, 92:10, 92:13, 92:16, 92:20, 92:22, 92:23, 93:2, 93:11, 93:19, 93:24, 94:22, 96:5, 97:16, 97:22, 109:5, 148:14
**Pave-Co** [40] - 13:21, 14:12, 14:20, 16:25, 17:5, 17:19, 17:25, 18:18, 21:5, 21:7, 21:10, 24:9, 24:10, 24:18, 24:25, 26:15, 88:14, 89:10, 89:11, 89:13, 91:7, 92:2, 92:6, 92:7, 92:10, 92:13, 92:16, 92:20, 92:22, 92:23, 93:2, 93:11, 93:19, 93:24, 94:22, 96:5, 97:16, 97:22, 109:5, 148:14
**Paving** [91] - 11:11, 11:13, 11:17, 13:21, 16:17, 28:21, 31:23, 43:4, 43:6, 43:8, 43:10, 43:12, 43:14, 43:17, 43:18, 43:24, 44:20, 45:15, 45:25, 46:4, 46:10, 46:17, 46:20, 49:21, 51:15, 52:12, 59:8, 59:20, 59:24, 68:9, 75:12, 77:8, 77:13, 77:17, 78:7, 78:24, 80:12, 80:24, 81:8, 81:16, 81:20, 84:9, 84:14, 84:17, 84:25, 85:2, 86:2, 86:4, 86:6, 86:13, 86:15, 86:23, 86:25, 87:4, 87:9, 87:11, 87:19, 87:21, 89:7, 89:11, 90:25, 91:16, 93:13, 93:16, 93:18, 93:21, 98:11, 100:7, 100:9, 100:23, 101:2, 101:25, 102:4, 102:6, 109:4, 109:18, 111:9, 111:12, 113:16, 115:8, 115:13, 115:15, 116:17, 123:9, 135:9, 135:19, 137:8, 137:10, 137:16,

148:17
**PAVING** [1] - 1:10
**pay** [14] - 14:13, 15:23, 17:4, 26:17, 43:25, 77:7, 78:4, 81:16, 82:6, 91:6, 91:17, 111:7, 117:2, 117:4
**paycheck** [3] - 59:13, 59:15, 62:7
**paychecks** [3] - 46:9, 46:12, 85:6
**paying** [1] - 125:19
**payments** [4] - 46:17, 114:6, 114:8, 136:23
**pays** [1] - 83:17
**penalty** [1] - 8:19
**pending** [1] - 94:17
**people** [3] - 5:5, 42:22, 116:12
**per** [12] - 15:24, 44:20, 45:14, 45:20, 45:25, 46:4, 55:12, 61:22, 62:9, 62:11, 62:12, 78:23
**PEREZ** [1] - 1:6
**perfect** [1] - 32:15
**period** [5] - 15:5, 15:6, 15:15, 15:16, 16:2
**periods** [2] - 41:14, 41:23
**perjured** [1] - 19:11
**perjury** [4] - 8:19, 142:21, 143:10, 144:15
**person** [15] - 30:4, 30:8, 30:10, 30:11, 31:6, 49:2, 49:4, 50:12, 50:16, 54:17, 54:23, 101:12, 101:20, 110:13, 115:9
**personal** [10] - 10:8, 10:16, 22:5, 22:8, 54:11, 54:12, 55:16, 103:3, 111:24, 148:8
**personnel** [2] - 30:6, 62:24
**perusing** [1] - 78:3
**pick** [5] - 62:25, 63:23, 63:25, 103:24, 104:21
**place** [8] - 1:23, 49:12, 49:25, 50:4, 50:8, 104:15, 114:12, 141:12
**places** [4] - 47:16, 135:16, 136:8, 136:10
**Plaintiffs** [5] - 1:7,

1:19, 2:4, 2:9, 2:13
**plane** [1] - 13:3, 22:13, 22:15, 23:10
**planning** [1] - 144:11
**play** [1] - 60:25
**played** [2] - 60:8, 60:22
**plays** [1] - 60:11
**PLLC** [1] - 2:4
**portion** [1] - 115:2
**posed** [1] - 73:18
**position** [1] - 103:7
**possibility** [1] - 144:15
**possible** [3] - 97:12, 100:12, 117:8
**posters** [1] - 123:18
**Powell** [12] - 77:8, 77:13, 77:17, 78:7, 78:14, 98:10, 100:8, 100:22, 100:25, 101:14, 101:24, 148:17
**PRACELIS** [1] - 1:4
**Pracelis** [3] - 112:20, 112:21, 136:24
**pracellis** [2] - 50:20, 50:21
**practically** [1] - 113:22
**Practice** [1] - 1:21
**preparation** [2] - 38:11, 38:17
**prepare** [1] - 38:6
**prepped** [1] - 53:2
**prescription** [2] - 6:13, 6:19
**PRESENT** [3] - 2:6, 2:15, 2:23
**prevailing** [13] - 126:8, 126:10, 126:12, 126:16, 126:23, 126:24, 126:25, 127:10, 127:17, 128:12, 136:13, 138:18, 138:19
**prevailing-wage** [13] - 126:8, 126:10, 126:12, 126:16, 126:23, 126:24, 126:25, 127:10, 127:17, 128:12, 136:13, 138:18, 138:19
**previous** [3] - 31:25, 32:3, 64:5
**previously** [1] - 75:14
**price** [2] - 57:20,

83:17
**priest** [2] - 118:21, 122:23
**priest's** [2] - 119:15, 133:17
**privilege** [1] - 39:8
**privileged** [4] - 70:24, 140:4, 140:25, 141:2
**problem** [5] - 17:16, 17:17, 17:18, 22:24, 132:7
**problems** [3] - 32:16, 35:8, 35:13
**process** [3] - 5:3, 8:14, 68:12
**Professional** [1] - 1:23
**project** [1] - 48:6
**projects** [7] - 47:21, 47:24, 48:2, 48:20, 49:7, 49:20, 49:22
**promise** [4] - 9:23, 36:10, 74:23, 75:2
**promised** [1] - 36:7
**proof** [4] - 75:7, 85:15, 92:7, 93:15
**propane** [2] - 105:3, 105:6, 105:16
**protect** [1] - 19:13
**protective** [2] - 13:10, 73:20
**prove** [1] - 119:9
**provide** [13] - 5:16, 5:25, 18:25, 19:9, 19:11, 31:22, 41:19, 75:13, 143:14, 143:16, 143:18, 143:25, 144:7
**provided** [1] - 76:25
**provides** [1] - 114:12
**Public** [3] - 1:24, 147:23, 149:3
**pursuant** [2] - 1:20, 69:6
**pursue** [1] - 71:2
**put** [3] - 55:9, 55:10, 99:12
**putting** [2] - 38:7, 64:3

## Q

**Quest** [2] - 32:25, 33:5
**question..** [1] - 97:5
**questioning** [2] - 13:9, 37:4
**questions** [16] - 4:4,

5:13, 5:17, 8:2, 20:18, 37:11, 53:10, 53:14, 64:15, 69:4, 69:5, 73:17, 130:16, 132:6, 143:6, 145:7
**QUINTANILLA** [2] - 1:3, 1:5
**Quintanilla** [3] - 108:23, 109:2, 111:19
**QUINTEROS** [1] - 1:6

## R

**rain** [5] - 62:2, 62:4, 62:5, 134:4, 134:5
**raise** [2] - 45:17, 45:18
**Ralph** [3] - 12:2, 46:7, 101:4
**Ralphie** [10] - 11:19, 43:18, 43:21, 44:2, 44:7, 100:4, 100:5, 100:6, 102:6, 102:8
**rates** [11] - 126:8, 126:11, 126:12, 126:16, 126:18, 126:25, 127:10, 127:17, 128:13, 136:13, 138:19
**read** [9] - 38:22, 38:23, 40:14, 40:17, 40:20, 40:23, 41:21, 115:3, 147:9
**reading** [1] - 100:13
**real** [3] - 66:12, 80:15, 97:2
**really** [21] - 7:12, 15:17, 32:6, 32:9, 40:9, 45:22, 47:6, 47:15, 47:22, 48:16, 51:5, 51:11, 60:2, 90:12, 93:24, 96:15, 112:5, 118:6, 123:19, 125:23, 133:8
**REASON** [10] - 150:7, 150:9, 150:11, 150:13, 150:15, 150:17, 150:19, 150:21, 150:23, 150:25
**reason** [2] - 71:23, 72:12
**reasons** [2] - 72:15, 150:4
**receive** [10] - 38:16, 43:25, 45:2, 45:14, 46:9, 82:15, 82:17, 115:5, 117:25, 137:12

**received** [17] - 46:16, 46:19, 46:21, 46:23, 77:8, 82:24, 83:2, 83:3, 83:20, 85:6, 128:12, 136:24, 136:25, 137:3, 137:5, 137:7, 137:9
**recent** [1] - 7:9
**recess** [5] - 64:25, 73:13, 74:12, 76:15, 114:22
**recommended** [1] - 115:14
**record** [15] - 4:14, 23:21, 23:23, 27:16, 37:11, 37:17, 37:19, 90:7, 94:16, 95:17, 95:20, 115:3, 147:12, 147:13, 149:9
**records** [2] - 89:21, 89:25
**reflected** [5] - 80:18, 81:24, 82:8, 82:18, 82:25
**refusing** [1] - 69:13
**regarding** [3] - 19:2, 114:5, 114:17
**regular** [8] - 44:23, 47:25, 58:9, 58:10, 58:12, 58:23, 103:16, 126:13
**related** [2] - 122:21, 149:10
**relationship** [1] - 101:14
**remember** [32] - 15:17, 16:8, 24:16, 24:20, 24:22, 24:23, 32:4, 32:6, 32:9, 32:17, 32:20, 43:22, 45:18, 48:10, 48:21, 88:2, 97:15, 97:18, 97:20, 97:21, 97:23, 97:24, 120:6, 123:19, 129:3, 133:24, 135:17, 136:11, 137:11, 143:3, 144:17, 144:18
**reminded** [1] - 112:25
**Renato** [7] - 110:9, 110:10, 110:11, 110:12, 110:13, 110:15
**repair** [1] - 105:9
**repeat** [3] - 41:20, 80:4, 124:4
**report** [3] - 51:11, 55:17, 113:25
**reported** [2] - 114:9,

143:8
**Reporter** [1] - 1:24
**reporter** [1] - 115:4
**reports** [4] - 51:5, 51:8, 51:10, 56:7
**representation** [2] - 73:22, 74:2, 76:24
**represented** [1] - 73:23
**requested** [1] - 115:2
**requesting** [1] - 41:6
**required** [1] - 5:16
**reserved** [1] - 3:10
**reserving** [1] - 146:10
**respective** [1] - 3:5
**respond** [1] - 119:21
**responding** [1] - 81:11
**response** [70] - 8:20, 11:22, 15:7, 18:8, 22:14, 24:19, 28:13, 36:9, 36:21, 53:5, 63:6, 63:11, 64:12, 75:19, 89:2, 89:4, 90:4, 90:10, 92:14, 96:22, 98:21, 98:25, 99:21, 102:12, 102:15, 106:4, 108:8, 120:9, 121:14, 122:8, 122:16, 124:23, 128:22, 129:5, 129:15, 129:19, 129:21, 130:10, 130:20, 130:23, 131:11, 131:15, 131:17, 131:19, 132:3, 132:9, 133:10, 134:14, 135:3, 135:21, 138:22, 138:24, 142:3, 142:23, 142:25, 143:13, 143:15, 143:17, 143:19, 143:24, 144:2, 144:4, 144:10, 144:13, 144:21, 144:25, 145:11, 145:13, 145:15, 145:17
**responsibility** [1] - 100:20
**result** [1] - 143:5
**return** [1] - 124:13
**returns** [1] - 114:2
**reveal** [1] - 140:20
**ride** [6] - 51:22, 63:10, 64:10, 103:20, 104:4, 106:16
**rights** [4] - 41:6, 132:21, 132:25, 133:2

**Rivas** [1] - 7:4
**RIVERA** [1] - 1:5
**Riverhead** [2] - 47:17, 48:9
**Road** [2] - 2:9, 118:18
**rodeo** [2] - 25:25, 26:4
**RODRIGUEZ** [1] - 1:5
**Rodriguez** [4] - 109:12, 109:14, 111:8, 111:15
**rolling** [2] - 25:19, 25:23
**Romero** [7] - 65:8, 65:13, 65:25, 66:24, 67:11, 67:13, 98:5
**rough** [2] - 61:10, 61:11
**roughly** [1] - 78:6
**rules** [2] - 117:20, 117:22
**Rules** [1] - 1:21

## S

**sacraments** [3] - 118:2, 118:4, 118:7
**Salvador** [8] - 12:15, 12:17, 12:19, 12:21, 21:11, 21:20, 23:20, 65:10
**sanctionable** [1] - 140:18
**Saturday** [1] - 116:5
**Saturdays** [3] - 116:3, 134:8, 134:9
**SAUL** [1] - 2:20
**saw** [2] - 55:5, 60:17
**schedule** [1] - 55:21
**school** [1] - 113:14
**sealing** [1] - 3:5
**second** [2] - 76:14, 114:21
**see** [21] - 5:5, 31:2, 40:22, 41:7, 48:5, 55:4, 59:7, 60:24, 98:16, 99:6, 99:19, 99:22, 117:4, 122:19, 123:15, 124:15, 125:25, 136:6, 136:14, 136:15, 138:17
**seem** [1] - 144:5
**send** [3] - 50:10, 64:23, 74:6
**sent** [3] - 17:10, 89:14, 89:16

**Sentra** [2] - 33:11, 33:15
**September** [2] - 1:14, 147:10
**serious** [1] - 39:20
**seriously** [1] - 39:18
**set** [3] - 77:20, 149:6, 149:15
**settle** [4] - 139:12, 139:17, 140:6, 140:23
**settlement** [8] - 139:23, 140:10, 140:15, 141:3, 141:10, 141:17, 142:7, 142:11
**setup** [2] - 105:7, 105:10
**seven** [2] - 6:23, 59:10
**several** [1] - 140:13
**shall** [1] - 3:10
**sheet** [1] - 55:7
**SHEET** [1] - 150:2
**shop** [11] - 55:24, 56:4, 56:6, 56:9, 56:12, 56:21, 57:3, 63:14, 103:20, 104:3, 104:13
**shortly** [2] - 37:17, 37:19
**show** [23] - 10:13, 16:2, 17:5, 21:23, 22:9, 23:7, 26:16, 38:18, 44:6, 51:6, 51:8, 56:7, 76:8, 77:20, 78:4, 79:8, 85:6, 85:9, 85:11, 88:7, 88:17, 98:14, 136:2
**showed** [5] - 46:12, 65:16, 65:17, 93:11, 121:25
**showing** [1] - 92:6
**shows** [5] - 23:15, 77:7, 79:17, 92:9, 96:4
**si** [1] - 99:2
**sic** [1] - 102:24
**side** [3] - 113:15, 115:6, 116:2
**Signed** [1] - 147:21
**signed** [2] - 3:14, 3:16
**signing** [1] - 107:20
**simple** [1] - 71:23
**simply** [1] - 9:7
**sin** [1] - 121:7
**sit** [1] - 144:12
**site** [12] - 42:21, 51:17, 60:9, 60:12,

62:23, 63:4, 103:9, 107:12, 124:2, 124:10, 124:13, 136:5
**sites** [3] - 102:23, 103:2, 133:24
**situation** [1] - 25:8
**six** [3] - 59:10, 120:14, 120:15
**sixteen** [2] - 44:21, 45:13
**Sixteen** [1] - 45:7
**sixty** [4] - 55:19, 55:22, 61:13, 61:14
**smell** [1] - 38:3
**soccer** [5] - 60:5, 60:18, 60:19, 60:22, 60:25
**someone** [2] - 7:18, 128:18
**sometimes** [24] - 8:15, 55:5, 56:18, 56:19, 57:4, 58:24, 58:25, 59:21, 60:21, 63:16, 63:18, 64:6, 104:19, 105:5, 105:8, 106:21, 107:4, 107:6, 107:16, 107:25, 111:10, 117:10, 117:14
**sorry** [6] - 10:2, 10:5, 37:10, 131:6, 131:8, 131:25
**sort** [1] - 23:14
**space** [1] - 144:6
**Spanish** [12] - 4:2, 4:5, 38:24, 39:3, 40:24, 41:2, 41:8, 41:11, 41:22, 42:16, 42:24
**speaks** [1] - 22:23
**speciality** [1] - 93:6
**specific** [2] - 47:5, 48:15
**specified** [1] - 55:8
**specifying** [1] - 50:11
**spoken** [4] - 111:17, 112:16, 112:18, 116:25
**sport** [1] - 60:23
**sports** [2] - 60:7, 60:8
**ss** [1] - 147:5
**st** [1] - 118:15
**St** [1] - 118:16
**Stahl** [1] - 2:24
**staring** [1] - 144:5
**start** [7] - 11:12, 18:22, 43:20, 66:7, 66:11, 77:16, 132:5

**started** [6] - 16:16, 44:7, 66:9, 67:19, 120:16, 126:21
**starting** [1] - 7:21
**starts** [1] - 119:17
**State** [4] - 1:24, 126:13, 147:23, 149:4
**state** [1] - 4:13
**STATE** [1] - 147:4
**statement** [2] - 20:9, 64:17
**Statement** [1] - 96:9
**States** [3] - 12:24, 13:18, 21:14, 21:18, 21:23, 22:7, 23:2, 23:24, 27:12, 35:19, 41:15, 41:24, 104:9
**STATES** [1] - 1:2
**status** [3] - 22:21, 23:9, 70:4
**stay** [2] - 52:21, 64:2
**steal** [1] - 127:23
**step** [1] - 130:5
**steps** [3] - 19:13, 34:8, 114:13
**still** [4] - 44:4, 74:17, 77:12, 140:14
**STIPULATED** [3] - 3:3, 3:8, 3:12
**stop** [16] - 14:20, 18:11, 19:25, 20:10, 29:21, 29:23, 53:25, 56:3, 81:2, 81:5, 83:6, 88:3, 95:5, 105:22, 122:17, 129:10
**stopped** [2] - 29:22, 43:23
**story** [1] - 53:10
**straight** [1] - 103:9
**Street** [1] - 4:17
**streets** [7] - 48:8, 48:11, 48:12, 48:15, 48:17, 48:19, 49:23
**stub** [1] - 76:11
**stubs** [16] - 17:4, 26:17, 43:25, 44:9, 75:8, 76:5, 77:7, 77:24, 78:2, 78:4, 91:6, 91:17, 91:24, 99:9, 99:13, 148:10
**subject** [2] - 13:10, 114:18
**submarine** [1] - 23:10
**submitted** [1] - 143:7
**subscribed** [1] - 147:21
**subtract** [1] - 62:16
**sudden** [1] - 30:2
**sued** [1] - 67:22

**sufficient** [1] - 92:7
**Suffolk** [92] - 16:17, 28:21, 31:23, 31:24, 43:4, 43:6, 43:8, 43:10, 43:12, 43:14, 43:17, 43:24, 44:20, 45:15, 45:25, 46:4, 46:10, 46:17, 46:20, 47:8, 49:21, 51:14, 52:12, 59:8, 59:20, 59:24, 68:9, 75:12, 78:8, 78:14, 78:15, 78:24, 80:12, 80:24, 81:8, 81:16, 81:20, 84:9, 84:14, 84:17, 84:25, 85:2, 85:4, 85:7, 85:15, 85:18, 85:22, 86:2, 86:4, 86:6, 86:13, 86:15, 86:23, 86:25, 87:4, 87:9, 87:11, 87:19, 87:21, 89:7, 89:11, 90:25, 91:14, 93:13, 93:16, 93:18, 93:21, 102:4, 102:6, 109:4, 109:18, 111:9, 111:12, 113:16, 115:8, 115:13, 115:15, 116:17, 123:9, 133:22, 135:9, 135:13, 135:16, 135:19, 137:4, 137:6, 137:8, 137:9, 137:16
**sUFFOLK** [1] - 1:10
**SUFFOLK** [1] - 1:10
**sugar** [3] - 57:24, 58:4, 58:5
**suing** [11] - 26:21, 26:24, 27:6, 28:18, 28:20, 29:19, 41:5, 41:13, 41:22, 41:25, 61:7
**suit** [2] - 102:25, 103:6
**Sunday** [1] - 116:5
**Sundays** [5] - 116:4, 116:12, 117:12, 134:6, 134:10
**Sunrise** [2] - 1:16, 2:18
**supervisor** [3] - 30:5, 30:23, 30:24
**supposed** [1] - 76:3
**supposedly** [2] - 80:8, 142:8
**surprise** [1] - 31:4
**surprised** [1] - 25:12
**survive** [1] - 34:5
**suspect** [1] - 71:11
**swear** [4] - 94:9,

94:10, 94:13, 95:5
**sweaty** [2] - 97:10, 138:9
**sweet** [1] - 58:2
**sworn** [5] - 3:14, 3:16, 4:3, 4:8, 149:6

**T**

**tagged** [1] - 103:11
**taste** [1] - 57:17
**tasted** [1] - 58:18
**tasty** [1] - 57:18
**tax** [2] - 114:2, 114:6
**Tax** [1] - 96:9
**taxes** [6] - 85:15, 89:15, 91:5, 136:14, 136:15, 136:16
**telephone** [7] - 30:7, 31:14, 31:16, 31:19, 31:23, 32:7, 32:17
**ten** [9] - 52:22, 59:11, 61:21, 62:6, 62:10, 62:12, 78:22, 122:7, 122:9
**test** [1] - 119:4
**testified** [15] - 4:9, 17:25, 23:3, 23:25, 24:3, 56:22, 78:16, 81:23, 83:4, 93:12, 103:19, 103:23, 105:20, 127:16, 136:12
**testify** [4] - 21:17, 54:22, 83:19, 102:3
**testifying** [3] - 97:15, 97:18, 137:11
**Testimony** [1] - 1:21
**TESTIMONY** [1] - 148:2
**testimony** [10] - 19:2, 19:12, 55:2, 92:18, 114:17, 143:6, 147:9, 147:12, 149:5, 149:9
**THAT** [3] - 149:5, 149:8, 149:13
**THE** [2] - 13:15, 94:5
**Theresa** [1] - 2:24
**thinking** [1] - 21:20
**three** [10] - 38:15, 59:21, 76:13, 76:22, 112:22, 115:8, 115:17, 124:17, 125:2, 126:21
**throughout** [5] - 19:22, 80:9, 135:8, 135:13, 145:5
**ticket** [6] - 22:13,

22:15, 22:17, 22:19, 23:11, 23:14
**TO** [1] - 148:2
**today** [23] - 4:21, 5:10, 16:22, 17:14, 34:21, 42:12, 51:24, 53:9, 53:19, 75:10, 117:7, 128:25, 129:3, 130:6, 130:11, 130:18, 131:5, 131:7, 132:8, 132:10, 142:18, 143:6, 146:5
**together** [2] - 7:15, 7:20
**Tommy** [1] - 30:5
**took** [5] - 4:24, 59:23, 59:25, 63:24, 141:12
**tools** [11] - 63:23, 64:2, 64:4, 64:7, 104:22, 104:24, 105:2, 105:18, 105:23, 116:19
**touches** [1] - 70:24
**towards** [1] - 77:19
**Town** [1] - 47:19
**town** [1] - 118:19
**towns** [1] - 47:16
**track** [1] - 55:15
**train** [2] - 13:3, 23:10
**transcript** [4] - 145:23, 147:9, 147:11, 149:8
**translate** [2] - 39:2, 42:23
**translated** [4] - 39:5, 40:25, 41:8, 41:10
**translating** [1] - 100:18
**translation** [1] - 40:24
**transportation** [1] - 34:7
**travel** [3] - 23:17, 35:18, 62:16
**traveled** [1] - 23:15
**treat** [1] - 5:5
**trial** [1] - 3:11
**TRIAL** [1] - 1:18
**tried** [1] - 69:14
**trouble** [1] - 100:13
**truck** [10] - 64:2, 64:3, 64:4, 104:25, 105:19, 105:24, 106:18, 116:20, 116:25, 117:3
**trucks** [2] - 31:5, 105:15
**true** [14] - 8:16, 18:3, 63:8, 63:13, 64:14,

11

71:11, 76:23, 87:15, 95:2, 141:24, 141:25, 147:11, 147:13, 149:8
**truth** [21] - 12:5, 19:18, 21:21, 49:18, 51:12, 81:3, 81:5, 92:4, 94:11, 94:12, 97:3, 108:17, 108:19, 112:9, 119:5, 121:10, 133:2, 133:3, 138:2, 146:2
  **truthful** [3] - 10:22, 11:5, 11:6
  **truthfully** [1] - 81:9
  **try** [5] - 34:8, 64:21, 74:9, 95:14, 127:23
  **trying** [2] - 39:15, 130:15
  **TULIO** [1] - 1:6
  **turn** [5] - 84:4, 84:11, 86:20, 87:6, 87:16
  **turned** [1] - 75:17
  **turns** [1] - 71:11
  **twenty** [3] - 46:8, 61:21, 62:6
  **twice** [4] - 56:23, 124:17, 124:19, 124:21
  **two** [25] - 13:25, 14:3, 31:20, 33:6, 54:8, 56:17, 59:21, 65:7, 65:9, 65:10, 65:18, 65:20, 65:22, 65:23, 76:22, 78:19, 84:23, 113:21, 115:7, 115:17, 116:20, 117:14, 120:12, 120:25
  **two-and-a-half** [1] - 31:20
  **type** [1] - 44:22

## U

**unaware** [2] - 140:11, 140:14
**under** [10] - 6:6, 6:12, 6:15, 8:11, 8:19, 66:12, 74:17, 92:11, 95:4, 147:10
  **understood** [1] - 6:3
  **unemployed** [1] - 69:16
  **unemployment** [6] - 68:13, 68:17, 68:25, 69:15, 71:19, 112:2
  **union** [7] - 44:17, 125:22, 125:24, 125:25, 126:5, 126:20

**United** [13] - 12:24, 13:18, 21:14, 21:18, 21:23, 22:6, 23:2, 23:24, 27:12, 35:19, 41:15, 41:24, 104:9
**UNITED** [1] - 1:2
  **unless** [1] - 73:7
  **unlike** [1] - 25:7
  **up** [10] - 49:9, 51:2, 62:25, 63:23, 63:25, 103:24, 104:22, 105:23, 119:7, 142:20
  **urging** [2] - 19:17, 19:25

## V

**vanilla** [1] - 58:17
**varied** [2] - 55:19, 55:21
**various** [1] - 143:9
**VECCHIA** [3] - 1:11, 1:11
**Vecchia** [6] - 28:22, 28:23, 110:16, 110:19, 110:22
**VEGA** [1] - 1:5
**vehicle** [1] - 33:8
**verbal** [69] - 8:20, 15:7, 18:8, 22:14, 24:19, 28:13, 36:9, 36:21, 53:5, 63:6, 63:11, 64:12, 75:19, 89:2, 89:4, 90:4, 90:10, 92:14, 96:22, 98:21, 98:25, 99:21, 102:12, 102:15, 106:4, 108:8, 120:9, 121:14, 122:8, 122:16, 124:23, 128:22, 129:5, 129:15, 129:19, 129:21, 130:10, 130:20, 130:23, 131:11, 131:15, 131:17, 131:19, 132:3, 132:9, 133:10, 134:14, 135:3, 135:21, 138:22, 138:24, 142:3, 142:23, 142:25, 143:13, 143:15, 143:17, 143:19, 143:24, 144:2, 144:4, 144:10, 144:13, 144:21, 144:25, 145:11, 145:13, 145:15, 145:17
**violate** [2] - 33:23, 33:24

**violated** [1] - 19:10
**violating** [1] - 21:3
**violation** [2] - 73:20, 140:13
**voice** [1] - 108:15

## W

**W-2** [20] - 79:5, 79:15, 81:25, 82:18, 82:25, 83:3, 85:16, 88:10, 88:14, 88:20, 89:16, 96:2, 96:9, 98:10, 98:19, 100:2, 148:12, 148:14, 148:16
**W-2s** [2] - 75:7, 79:14
**wage** [13] - 126:8, 126:10, 126:12, 126:16, 126:23, 126:24, 126:25, 127:10, 127:17, 128:12, 136:13, 138:18, 138:19
**Wages** [1] - 96:9
**wait** [2] - 69:8, 104:14
  **waited** [1] - 50:25
  **waiting** [3] - 63:21, 98:22, 121:15
  **waived** [1] - 3:7
  **walked** [1] - 123:16
  **WALLACE** [1] - 2:13
  **WALTER** [1] - 1:4
  **wants** [1] - 73:3
  **wasting** [2] - 132:16, 132:17
  **water** [1] - 62:3
  **week** [21] - 15:24, 55:8, 55:12, 55:14, 59:13, 61:22, 62:9, 62:10, 62:13, 78:19, 78:23, 111:20, 119:14, 120:7, 120:11, 124:17, 124:19, 124:21, 125:2, 125:4, 125:21
  **weekend** [5] - 113:20, 116:11, 117:15, 118:25, 121:2
  **weekly** [1] - 61:20
  **weeks** [6] - 61:25, 62:5, 117:14, 120:12, 120:14, 120:25
  **welcome** [2] - 98:6, 98:8
  **West** [1] - 2:10
  **wherein** [1] - 143:9

**WHEREOF** [1] - 149:15
  **white** [3] - 35:6, 35:7, 35:9
  **whoa** [3] - 21:16
  **whole** [8] - 43:15, 47:17, 55:8, 80:9, 80:11, 80:13, 80:22, 94:11
  **Wicks** [1] - 118:18
  **wife** [4] - 7:13, 7:14, 9:3, 35:16
  **wife's** [1] - 7:3
  **wish** [1] - 150:3
  **witness** [19] - 13:11, 13:13, 20:17, 22:11, 37:3, 37:22, 39:7, 53:25, 69:21, 73:17, 84:12, 85:24, 86:10, 86:21, 87:7, 87:17, 100:12, 149:5, 149:9
  **Witness** [2] - 4:7, 84:5
  **WITNESS** [3] - 94:5, 148:3, 149:15
  **witness's** [1] - 114:5
  **Wittberg** [1] - 4:17
  **woke** [1] - 51:2
  **woman** [1] - 35:15
  **women** [1] - 110:5
  **worked..** [1] - 24:15
  **works** [2] - 30:11, 31:9
  **worth** [1] - 57:20
  **wrench** [1] - 138:7
  **write** [1] - 55:16

## Y

**yard** [8] - 31:10, 51:4, 51:15, 62:19, 62:22, 62:25, 103:8, 103:11
  **year** [21] - 16:7, 21:4, 43:15, 80:9, 80:13, 80:14, 80:22, 81:11, 81:13, 82:5, 82:23, 82:25, 84:22, 88:11, 98:20, 121:18, 121:20, 122:14, 122:18, 122:23, 136:19
  **years** [15] - 6:24, 16:5, 31:20, 33:6, 33:16, 59:9, 59:10, 59:12, 121:21, 121:23, 121:24, 122:7, 122:9, 126:21, 136:18

**yesterday** [1] - 25:8
**YORK** [2] - 1:2, 147:4
**York** [15] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 13:2, 21:18, 23:15, 23:17, 147:23, 149:4
  **yourself** [2] - 20:4, 39:16

## Z

**ZABEL** [2] - 21:25, 40:5
**ZABELL** [66] - 2:17, 2:20, 4:12, 5:7, 12:7, 13:12, 15:10, 20:23, 22:19, 22:24, 23:21, 25:7, 25:14, 25:18, 25:24, 26:3, 26:7, 26:11, 27:17, 36:2, 37:5, 37:10, 37:18, 37:24, 39:14, 39:21, 39:25, 40:8, 42:3, 64:20, 68:23, 69:8, 69:22, 69:25, 70:5, 70:10, 70:16, 70:21, 72:18, 72:22, 73:21, 73:25, 74:9, 76:14, 83:9, 83:16, 90:8, 94:7, 95:4, 95:11, 95:18, 99:10, 100:14, 100:19, 114:10, 114:24, 130:24, 139:19, 139:22, 140:2, 140:9, 141:2, 141:8, 141:13, 141:22, 141:25, 145:20, 146:9
  **Zabell** [1] - 148:4