1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK

3    ------------------------------------------X
     NELSON QUINTANILLA, ALEJANDRO AMAYA,

4    ALEX AMIR AREVALO, MAYNOR FAJARDO,
     WALTER GARCIA, JOSE L. MARTINEZ, PRACELIS

5    MENDEZ, OSMAR W. PAGOADA, JAVIER QUINTANILLA,
     EDWIN RIVERA, CARLOS ESCALANTE, KEVIN

6    GALEANO, LERLY NOE RODRIGUEZ, JOSE VEGA
     CASTILLO, JUAN QUINTEROS, and MARCUS TULIO

7    PEREZ,

8                                   Plaintiffs,

9
                 -against-              Case No:

10                                      09-CV-5331

11   SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
     LOUIS VECCHIA, CHRISTOPHER VECCHIA,

12   HELENE VECCHIA, and JOHN DOES 1-5,

13                                   Defendants.

14   ------------------------------------------X
                                 October 3, 2011

15                               10:15 a.m.

16                               4875 Sunrise Highway
                                 Bohemia, New York

17

18        EXAMINATION BEFORE TRIAL of JAVIER

19   QUINTANILLA, one of the Plaintiffs herein,

20   taken by the Defendants, pursuant to Article

21   31 of the Civil Practice Law and Rules of

22   Testimony, and Notice and order, held at the

23   above-mentioned time and place, before Karen

24   LaMendola, a Professional Court Reporter and

25   Notary Public of the State of New York.

2

```
 1

 2    A P P E A R A N C E S:

 3

 4         LAW OFFICES OF LAUREN GOLDBERG, PLLC
           Attorneys for Plaintiffs
 5              501 Fifth Avenue
                New York, New York 10017
 6
                (NOT PRESENT)
 7

 8
           LAW OFFICES OF PATRICK E. McNAMARA
 9         Co-Counsel for Plaintiffs
                868 Little East Neck Road
10              West Babylon, New York 11704

11         BY:  PATRICK E. McNAMARA, ESQ.

12

13         LAW OFFICES OF IAN WALLACE
           Co-Counsel for Plaintiffs
14              501 Fifth Avenue
                New York, New York 10017
15
                (NOT PRESENT)
16

17
           ZABELL & ASSOCIATES, P.C.
18         Attorneys for Defendants
                4875 Sunrise Highway
19              Bohemia, New York 11716

20         BY:  SAUL ZABELL, ESQ.

21

22

23    ALSO PRESENT:

24    Margarita Arias, Interpreter

25
```

3

1

2                    S T I P U L A T I O N S

3          IT IS HEREBY STIPULATED AND AGREED

4     by and between the attorneys for the

5     respective parties herein, that filing,

6     sealing and certification be  and the same are

7     hereby waived.

8          IT IS FURTHER STIPULATED AND AGREED

9     that all objections, except as to the form of

10    the question shall be reserved to the time of

11    the trial.

12         IT IS FURTHER STIPULATED AND AGREED

13    that the within deposition may be signed and

14    sworn to before any officer authorized to

15    administer an oath, with the same force and

16    effect as if signed and sworn to before the

17    Court.

18

19

20

21

22

23

24

25

1

2   M A R G A R I T A   A R I A S, the Spanish

3        Interpreter herein, was duly sworn to

4        interpret the questions from English

5        into Spanish and the answers from

6        Spanish into English to the best of

7        her ability:

8   J A V I E R   Q U I N T A N I L L A, the

9        Witness herein, having been duly sworn

10        through the Interpreter, was examined

11        and testified as follows:

12   EXAMINATION BY

13   MR. ZABELL:

14        Q    Would you please state your full

15   name for the record.

16        A    Javier Quintanilla.

17        Q    What is your current address?

18        A    683 Jerusalem Avenue, Uniondale,

19   New York 11553.

20        Q    Good morning.

21        A    Good morning.

22        Q    Who are you?

23        A    Javier.

24        Q    Javier what?

25        A    Quintanilla.

5

1                    J. Quintanilla

2        Q      Do you have any identification?

3        A      Yes.

4        Q      May I see it, please.

5        A      (Handing.)

6             MR. ZABELL:  Thank you.  I'm

7        going to make a copy.

8                (Whereupon, a recess was taken

9        from 10:16 a.m. to 10:18 a.m.)

10             MR. ZABELL:  Thank you.

11        (Handing.)

12                (Document consisting of a copy

13        of Mr. Quintanilla's driver's license

14        was marked as Defendants' Exhibit

15        Number 1 for identification, as of this

16        date.)

17        Q      I'm going to show you a document

18   that's been identified as Defendants' Exhibit

19   1 with today's date, and ask:  Do you

20   recognize that document?  (Handing.)

21        A      (Perusing.)  Yes, that's my

22   license.

23        Q      Is that you?

24        A      Yes.

25        Q      Are you sure?

6

1                    J. Quintanilla

2        A      Yes.

3        Q      Thank you.

4               You understand that you're at a

5    deposition today; do you not?

6        A      Yes.

7        Q      At this deposition, I'm going to

8    be asking you questions.

9               Do you understand that?

10       A      Yes.

11       Q      You're required to provide

12   answers to the questions I ask you.

13              Do you understand that?

14       A      Yes.

15       Q      If you do not understood a

16   question I ask you, you have an obligation to

17   advise me of that.

18              Do you understand?

19       A      Yes.

20       Q      If you provide an answer to a

21   question I ask you, it will be assumed that

22   you understood the question.

23              Do you understand that?

24       A      If I understand it, I'll

25   respond.

7

1               J. Quintanilla

2        Q       Are you currently under the

3    influence of my medication?

4        A       Not now.  Some time ago, yes.

5    I'm taking medicine for my heart, because I

6    have a heart problem.

7        Q       You're not on that medication

8    now?

9        A       No, I haven't taken it now.

10        Q       Why?

11        A       I take it at night.

12        Q       When was the last time you took

13    it?

14        A       Last night.

15        Q       Do you know what that medication

16    is?

17        A       It's the one that the doctor

18    gave me for the heart.

19        Q       Do you know what the name of

20    that medication is?

21        A       He gives me two.  One is called

22    Diovan.

23        Q       And the other one?

24        A       The other one, I don't recall.

25        Q       During a break, I'm going to ask

8

1                      J. Quintanilla

2    you to find out the name of that medication

3    and provide it to your attorney; okay?

4          A      Okay.

5          Q      Let me tell you why.  When you

6    testify, it's very important that you testify

7    truthfully and accurately.

8          A      Yes.

9          Q      Any medications that interferes

10   with your ability to testify accurately, I

11   need to be made aware of them.

12                Do you understand that?

13         A      No, I have no problem.

14         Q      Sometimes you don't know if you

15   have a problem, so that's why I'm asking for

16   the name of that medication.

17         A      I only know this one because

18   it's the last.

19         Q      Well, you'll tell us what

20   medication you take.

21         A      Okay.  I'll find out.

22         Q      Did you prepare for this

23   deposition in any way before coming today?

24         A      No, no one prepared me.

25         Q      Did you meet with your attorney

9

```
1                    J. Quintanilla

2    before today?

3          A      About last week.

4          Q      In preparation for this

5    deposition; right?

6          A      Yes.

7          Q      So you did prepare for this

8    deposition; correct?

9          A      Yes.

10         Q      That's exactly the type of lies

11   I don't want you to tell me today.

12                MR. McNAMARA:  Objection.

13         Q      Do you understand that?

14         A      Yes.

15         Q      Would you like to apologize?

16                MR. McNAMARA:  Objection.

17         A      Okay, yes.

18         Q      Your apology is accepted, but

19   please don't lie to me again.

20         A      No, I'm not lying.

21         Q      Are you currently employed?

22         A      Yes.

23         Q      By whom are you currently

24   employed?

25         A      Lindley Brothers.
```

10

1                    J. Quintanilla

2            MR. ZABELL:  Let the record

3        reflect that he's pulling out a pretty

4        thick wallet.

5        Q     What do you got there?

6        A     This is the company

7   (indicating).

8            MR. ZABELL:  Let the record

9        reflect that the deponent has provided

10       a copy of a business card, and I'm

11       going to go make a copy of that

12       business card.

13            (Whereupon, a recess was taken

14       from 10:24 a.m. to 10:43 a.m.)

15            (Document consisting of a copy

16       of a business card was marked as

17       Defendants' Exhibit Number 2 for

18       identification, as of this date.)

19       Q     I'm going to show you a document

20   identified as Defendants' Exhibit 2 with

21   today's date.  (Handing.)

22            Do you know what that document

23   is?

24       A     Yes.

25       Q     What is that document?

11

                          J. Quintanilla

1

2        A        A company card.

3        Q        Is that a copy of the business

4     card of the company you're working for?

5        A        Excuse me?

6        Q        Is that a copy of the business

7     card of the company you're working for?

8        A        Yes.

9        Q        How long have you been working

10    for them?

11       A        I don't remember exactly, but

12    about four years.

13       Q        For a long time?

14       A        Yeah.

15       Q        Do you recall when you started

16    working for them?

17       A        Not exactly.

18       Q        Do you recall what year?

19       A        About four years, four years,

20    but I don't remember the exact year I

21    started.  Between 2008 and 2007.

22       Q        Would you like a cookie?

23       A        No.

24       Q        Did you have breakfast today?

25       A        Yes.

12

```
 1                      J. Quintanilla
 2          Q       Egg sandwich with mayonnaise?
 3          A       I don't like mayonnaise.
 4          Q       Do you eat an egg sandwich every
 5    day?
 6          A       Yes.
 7          Q       It's not good for your heart.
 8          A       Yes, it's not good.
 9          Q       What is your nation of origin?
10          A       El Salvador.
11          Q       When was the last time you went
12    to El Salvador?
13          A       Twelve years ago.
14          Q       Do you miss it?
15          A       Yes.
16          Q       When did you come to the United
17    States?
18          A       2009 -- '99, excuse me.
19          Q       ██████████████████████████████
20    ███████
21          A       ████████████████████     █████████
22    ████
23          Q       █████████████████████████████
24          A       ████████
25          Q       ██████████████████████████████
```

13

```
 1                    J. Quintanilla

 2         A        ██.

 3         Q        Do you speak English?

 4         A        A little.

 5         Q        Understand egg sandwich?

 6         A        Yes, yes.

 7         Q        And you understand mayonnaise?

 8         A        Mayonnaise, hamburger.  I

 9    understand all of that, yes.

10         Q        Do you understand cash?

11         A        Yes.

12         Q        Do you know that fellow next to

13    you?

14         A        Yes.

15         Q        What's his name?

16         A        I don't know his name.

17         Q        Do you know why he's here?

18         A        No, not really.

19         Q        Is he here to look pretty?

20                  MR. ZABELL:  Let the record

21             reflect that both Patrick and the

22             witness were laughing.

23                  MR. McNAMARA:  Let the record

24             reflect that Counselor was smiling as

25             he asked the question.
```

14

1                     J. Quintanilla

2               MR. ZABELL:  I always smile.

3          Q      You have no idea who he is or

4     why he's here?

5          A      No.

6          Q      Me neither.

7               MR. McNAMARA:  Objection.

8          Q      You know he's your attorney;

9     correct?

10         A      I just met him now.

11         Q      You spoke to him before this

12    deposition; correct?

13         A      Yes, this morning, we greeted

14    each other.

15         Q      Did you review any documents

16    with him?  And remember when you lied to me

17    before about meeting with your attorney in

18    the City.

19               MR. McNAMARA:  Objection.

20         A      No, but I didn't understand what

21    you were referring.

22         Q      And you're comfortable with

23    that; right?

24         A      Not comfortable.

25         Q      Remember what I told you.  If

15

1                    J. Quintanilla

2    you don't understand a question I ask you,

3    you have to tell me.

4         A      Okay.

5         Q      If you provide an answer, it

6    will be assumed you understood the question.

7         A      Okay.

8         Q      Right?

9         A      Yes.

10        Q      Was anybody present with you

11   when you met with your attorney in the City?

12               MR. McNAMARA:  Objection.

13        A      No, me and -- just the two of

14   us.

15        Q      You remember that attorney's

16   name?

17        A      I only know that it's Lauren's

18   office.

19        Q      Did you meet with a man or

20   woman?

21        A      A man.

22        Q      Did he speak English?

23               MR. McNAMARA:  Objection.

24        A      Yes.  He speaks English and

25   Spanish.

16

1                    J. Quintanilla

2        Q        Skinny guy, brown hair?

3        A        Yes.

4        Q        Spoke with a funny accent?

5        A        Since I don't really understand

6    the accent...

7        Q        Did he have an accent?

8             MR. McNAMARA:  Objection.

9        A        I don't know because he speaks

10   both languages.

11       Q        Do you know if his name was Ian?

12       A        I don't know his name.

13       Q        Did you review any documents

14   with Ian?

15       A        No, no.

16       Q        Is that the only time you've met

17   with Ian?

18       A        Yes.

19       Q        Did you ever meet with Lauren?

20       A        At the beginning.

21       Q        Did you ever provide any

22   documents to Lauren?

23       A        No.

24       Q        Did she ever ask you for any?

25             MR. McNAMARA:  Objection.

17

1              J. Quintanilla

2      A      No.

3      Q      Do you know why you're here

4  today?

5      A      Yes.

6      Q      Why are you here today?

7      A      Because of the suit against

8  Louie.

9      Q      What lawsuit against Louie?

10     A      For the work hours that they

11 didn't pay us.

12     Q      Who is the "they"?

13     A      Louie, his wife, and his son.

14     Q      You understand you swore to tell

15 the truth today; do you not?

16     A      Yes.

17     Q      You understand that if you do

18 not tell the truth, there are penalties;

19 correct?

20     A      Yes.

21     Q      If you lie again at this

22 deposition, you're subject to penalties as if

23 you lied before a Judge in court.

24              Do you understand that?

25              MR. McNAMARA:  Objection.

18

```
 1                      J. Quintanilla
 2        A       Yes.
 3        Q       So don't lie.
 4                MR. McNAMARA:  Objection.
 5        Q       Where do you live?
 6        A       In Uniondale.
 7        Q       Where in Uniondale?
 8        A       It's in Nassau.
 9        Q       Thank you.  What's your street
10   address?
11        A       683 Jerusalem Avenue, Uniondale,
12   New York 11553.
13        Q       Do you live alone, or do you
14   live with somebody?
15        A       No, with my woman and my
16   children.
17        Q       How many women do you have?
18        A       One.
19        Q       Truth?
20        A       Yes.
21        Q       Are you sure?
22        A       Always.  I've only had one.
23        Q       What's your woman's name?
24        A       Admuri.
25                THE INTERPRETER:  I believe it's
```

19

```
 1                    J. Quintanilla

 2           spelled A-D-M-U-R-I.

 3      Q      How many children do you have?

 4      A      Two.

 5      Q      Are those the only children you

 6  have?

 7      A      Here, yes.

 8      Q      Elsewhere, do you have other

 9  children?

10      A      In El Salvador, yes, I have two,

11  as well.

12      Q      Is Admuri the mother of your two

13  children here?

14      A      Yes.

15      Q      How old are they?

16      A      One is seven and the other is

17  five.

18      Q      How old are your children in

19  El Salvador?

20      A      Thirteen and seventeen.

21      Q      Do you provide for your children

22  in El Salvador?

23      A      My mother.

24      Q      What about your mother?

25      A      My mother?
```

1                              J. Quintanilla

2          Q        Your mother pays for your

3    children in El Salvador?

4          A        No, I do.

5          Q        That's what I asked you.

6          A        Oh.

7          Q        How much do you provide for your

8    children in El Salvador?

9          A        I send them $200 month.

10          Q        Do you own your house or do you

11    rent?

12          A        No, I rent.

13          Q        Does your woman work?

14          A        Yes.

15          Q        Where does she work?

16          A        At the shopping mall in Garden City.

17          Q        Where?

18          A        Garden City.  That's in Nassau.

19    I don't know the exact address of her job.

20          Q        Do you know the store?

21                   MR. McNAMARA:  Objection.

22          A        Crosby (phonetic), I don't

23    really know the name.  Abercrosby (phonetic).

24          Q        Abercrombie?

25          A        Something like that.  I know how

21

```
 1                    J. Quintanilla
 2    to get there.
 3            Q       Have a cookie.
 4            A       No, thank you.
 5            Q       How much do you pay a month in
 6    rent?
 7            A       I pay $900.
 8            Q       Do your children go to school in
 9    the United States?
10            A       Only the seven year old.
11            Q       Not the five year old?
12            A       No, he doesn't, because he's not
13    old enough to go because it's different in
14    Nassau.  He has to be five, and his date of
15    birth day is in February.
16            Q       He's going to be five in
17    February?
18            A       Yes.
19            Q       So he's four?
20            A       We usually say it like that
21    because --
22            Q       And I'm going be eighty
23    sometime.
24            A       Yes.
25            Q       How old are you?
```

22

1                    J. Quintanilla

2          A       Forty-one.

3          Q       Is it safe to say you're going

4    to be sixty someday?

5          A       Maybe.

6          Q       Why would you tell me you're

7    going to be sixty; because you're going to be

8    sixty?

9          A       That's the way we're accustomed

10   to say it.  Because we're in the age at such

11   and such until...

12         Q       So because your son is going to

13   be five in five months, you say he's five

14   now?

15                 MR. McNAMARA:  Objection.

16         A       Yes.

17         Q       Really?

18         A       Yes.  That's our custom.

19                 MR. ZABELL:  Is that true?

20                 THE INTERPRETER:  I never heard

21          of that.

22         Q       Nice sneakers.

23         A       Yes, thank you.

24         Q       In 1999, where did you work?

25         A       I worked in a factory.

```
 1                      J. Quintanilla

 2         Q        What factory?

 3         A        I don't remember the name.

 4         Q        Do you have a memory?

 5         A        Yes, but it's been some years.

 6         Q        Do you have a good memory or no?

 7         A        I don't think so.

 8         Q        Your memory is not so good?

 9         A        I don't think so.

10         Q        Do you remember things that

11  happened last year?

12         A        Last year?

13         Q        Si.

14         A        What happened?

15         Q        I'm asking you.

16         A        I don't know.  I don't know

17  about anything that happened.

18         Q        Where did you work in 2000?

19         A        In 2000, I still worked there at

20  that factory.

21         Q        The same factory that you don't

22  remember the name of?

23         A        Yes.

24         Q        How much did you earn when you

25  worked there?
```

24

```
1                    J. Quintanilla
2        A       About $6 per hour.
3        Q       Where did you work in 2001?
4        A       2001?  I don't remember where I
5    worked.  I don't recall.
6        Q       Where did you work in 2002?
7        A       2002?  2001, 2002, I was in
8    Maryland, I think --
9        Q       Maryland?
10       A       Yes.
11       Q       What did you do in Maryland?
12       A       I worked there for a few days.
13       Q       Just a few days?
14       A       Yes, about six or seven months.
15       Q       Months or days?
16       A       No, months.
17       Q       What did you do down there?
18       A       I worked in spackle.
19       Q       Did you work anywhere else,
20   other than Maryland in 2002?
21       A       No.
22       Q       Did you work anywhere else in
23   New York in 2002?
24       A       Yes, I returned to New York.
25       Q       And where did you work?
```

25

1                    J. Quintanilla

2          A        And I started working with

3    Louie.

4          Q        For what company?

5          A        For Suffolk Paving.

6          Q        So you started working for

7    Suffolk Paving in 2002?

8          A        No, 2003.

9          Q        Are you sure?

10         A        Yes.

11         Q        What did you do for Suffolk

12   Paving in 2003?

13         A        I say laborer, shoveling.

14         Q        How much did you get paid

15   in 2003 for all your hours worked?

16         A        They would give me $90 per day.

17         Q        How much per hour did you get?

18                  MR. McNAMARA:   Objection.

19         A        I don't know how much it was an

20   hour.

21         Q        You got paid in cash or check in

22   2003?

23         A        Check.

24         Q        Every week you got a check;

25   correct?

26

1                          J. Quintanilla

2          A       Yes, every week.

3          Q       And those checks indicated the

4    hours you worked on them; correct?

5          A       Yes.

6          Q       In 2004, where did you work?

7          A       I worked in Pioneer, yes -- no,

8    excuse me, I don't remember.  2002, 2003, I

9    was still at Suffolk.

10         Q       Are you sure?

11         A       Yes, because I worked in Suffolk

12   from 2003 to 2005.

13         Q       What did you do for Suffolk

14   Paving in 2004?

15         A       I did the same thing.

16         Q       How much were you paid in 2004?

17         A       They had already given me an

18   increase.  He would give me $110.

19         Q       That's nice; right?

20         A       Yes.

21         Q       Did you get paid in check or

22   cash?

23         A       Check.

24         Q       And your check indicated all the

25   hours that you worked; correct?

27

 1                           J. Quintanilla

 2          A        Yes.

 3          Q        Now in 2005, where do you work?

 4          A        I still worked at Suffolk.

 5          Q        What did you do in 2005 at

 6    Suffolk Paving?

 7          A        The same thing I always did, the

 8    same thing.

 9          Q        Now, you worked at Suffolk Paving;

10    right?

11          A        Suffolk Paving, yes.

12          Q        How much were you paid in 2005?

13          A        He -- $135 he gave me.

14          Q        You got another raise; right?

15          A        Yes, another raise.

16          Q        That's was nice?

17          A        Yes.

18          Q        They were fair to you; correct?

19          A        (No verbal response.)

20          Q        Yes or no?

21          A        Yes.

22          Q        In 2005, did you get paid in

23    cash or check?

24          A        Check.

25          Q        And your paycheck indicated all

```
 1                    J. Quintanilla
 2      the hours that you worked; correct?
 3            A      Yes.
 4            Q      Now, in 2006, where did you
 5      work?
 6            A      In Pioneer.
 7            Q      Why did you leave Suffolk Paving?
 8            A      Because I asked him for a raise,
 9      and he didn't want to give it to me.
10            Q      Were you angry at him?
11            A      No.
12            Q      Were you happy with him for not
13      giving you a raise?
14            A      If I asked him for a raise, and
15      he didn't want to give it to me, and they
16      were giving others...
17            Q      So you voluntarily left
18      Suffolk Paving and went to Pioneer in 2006?
19            A      Yes.
20            Q      What did you do for Pioneer?
21            A      I would rake.
22            MR. ZABELL:  I need a minute.
23            (Whereupon, a recess was from
24            11:07 a.m. to 11:09 a.m.)
25            Q      You were a raker for Pioneer;
```

1                          J. Quintanilla

2      correct?

3              A      Yes.

4              Q      How much did they pay you per

5      hour?

6              A      I started with $175.

7              Q      A day, $175 per day?

8              A      Yes.

9              Q      Did they pay you in cash or

10     check?

11             A      In a check.

12             Q      And they paid you for all your

13     hours; correct?

14             A      Yes, Pioneer, yes.

15             Q      Were all your hours indicated on

16     your checks?

17             A      Yes.

18             Q      Just like at Suffolk Paving;

19     right?

20                    MR. McNAMARA:   Objection.

21             A      Yes.

22             Q      Where did you work in 2007?

23             A      I was already where I'm working

24     now.

25             Q      In 2007, you went to Lindley

```
 1                    J. Quintanilla
 2   Brothers; correct?
 3        A      Yes.
 4        Q      What did you do at Lindley
 5   Brothers?
 6        A      I am a roller.  I use the
 7   roller.
 8        Q      How much do you get paid in
 9   Lindley Brothers?
10        A      He gives me $18 an hour.
11        Q      Does he pay you in cash or
12   check?
13        A      Check.
14        Q      Made out to you; right?
15        A      Yes.
16        Q      Nobody else?
17        A      No, only my name.
18        Q      Do you get pay stubs from
19   Lindley Brothers?
20        A      Yes.
21        Q      May I see those?
22        A      Yes, they're in my car.
23        Q      Great.  We're going to take a
24   break, and when we do, you can get those from
25   your car; okay?
```

                                                            31

 1                         J. Quintanilla

 2          A        Okay.

 3          Q        Do you have pay stubs from

 4   Suffolk Paving?

 5          A        Yes.

 6          Q        Where are they?

 7          A        They're at home.

 8          Q        Oh, my God.  Didn't you know you

 9   were supposed to bring those?

10                   MR. McNAMARA:  Counselor --

11                   MR. ZABELL:  Those pay stubs --

12             it was typical discovery.

13                   MR. McNAMARA:  You don't need

14             them right now.  He can't go to

15             Uniondale in forty minutes.  It will be

16             longer.

17                   MR. ZABELL:  I need to see the

18             pay stubs.

19          Q        When you started working for

20   Suffolk Paving, did you provide them with a

21   Social Security number?

22                   MR. McNAMARA:  Objection.

23          Q        You may answer.

24          A        (No verbal response.)

25          Q        Yes or no?

1                    J. Quintanilla

2          A      Yes, when -- yes, in 2003.  Yes,

3    I had a Social Security number.

4          Q      Was it a good Social Security

5    number?

6          A      Yes.  It's mine, my Social

7    Security number.

8          Q      Who gave you that Social

9    Security number?

10          A      It's my Social Security.  They

11    give it to me when I applied for my permit.

12          Q      Do you have a Social Security

13    card?

14          A      Yes.

15          Q      May I see it?

16          A      (Witness complies.)

17                 MR. ZABELL:  I'm going to make a

18          copy of this; okay?

19                 THE WITNESS:  Okay.

20                 (Whereupon, a recess was taken

21          from 11:13 a.m. to 11:16 a.m.)

22                 (Document consisting of a copy

23          of Mr. Quintanilla's Social Security

24          card was marked as Defendants' Exhibit

25          Number 3 for identification, as of this

33

1                    J. Quintanilla

2          date.)

3          Q      I'm going to show you this

4    document, sir.  (Handing.)

5                 Do you know what that is?

6          A      Yes, that's my Social Security.

7          Q      When did you get that?

8          A      2001, when -- yes, I think it

9    was 2001 when they gave the TPS to the

10   El Salvadorians.

11         Q      Very good.

12                MR. ZABELL:  He's a smart man.

13         Q      The Social Security number that

14   you have here on Exhibit 3, is that the only

15   Social Security number you've ever used?

16         A      Yes.

17         Q      When you worked at Suffolk

18   Paving, who was your boss?

19         A      Mendez.

20         Q      Mendez would tell you what to do

21   and how to do it?

22         A      Yes.

23         Q      How would you get to work when

24   you worked for Suffolk Paving?

25         A      I would come to the yard, and

34

```
 1                    J. Quintanilla

 2    from there, we would leave in the company

 3    cars.

 4            Q      How would you get to the yard?

 5            A      In my car.

 6            Q      Did you drive with anybody?

 7            A      No, I would come alone.

 8            Q      You drove all by yourself?

 9            A      Yes.

10            Q      Could you have driven all the

11    way to the job site?

12            A      From my house to the yard.

13            Q      Well, I know that's what you

14    testified you did, but could you go from your

15    house to the job site?

16            A      No, we didn't have that

17    authorization.  We always had to go to the

18    yard in the morning.

19            Q      Who told you that?

20            A      Mendez.

21            Q      Mendez told you that?

22            A      Yes, Mendez was --

23            Q      Do you know if Mendez testified

24    that sometimes he would go directly from his

25    house to the job site?
```

35

1                     J. Quintanilla

2                MR. McNAMARA:  Objection.

3        A        No, I don't know.  I don't know

4    if he said that.  I don't speak with him.

5        Q        Were you ever in a union?

6        A        No.  When I worked, they didn't

7    have a union yet.

8        Q        Your pay from Suffolk Paving,

9    did they ever break your pay down by the

10   hour?

11       A        By the hour?

12                MR. McNAMARA:  Objection.

13       A        I don't check the stub.  I can't

14   read English.

15       Q        So you never looked at your

16   stub?

17                MR. McNAMARA:  Objection.

18       A        I would only take them and put

19   them away.

20       Q        Did you look at the paychecks

21   that you got?

22       A        Yes.

23       Q        Do you know what company was

24   issuing those paychecks to you?

25       A        It's Suffolk Paving.

36

1               J. Quintanilla

2       Q       And only Suffolk Paving;

3   correct?

4               MR. McNAMARA:  Objection.

5       A       Yes.

6               MR. ZABELL:  We're going to take

7           a break.  We have a conference call.

8               (Whereupon, a recess was taken

9           from 11:32 a.m. to 2:13 p.m.)

10      Q       You had a night trip, sir?

11      A       Yes, thank you.

12      Q       Before we left for break, you

13  told me that you got paid for your work at

14  Suffolk Paving; correct?

15      A       Yes.

16      Q       And that the owner of Suffolk

17  Paving was Louis Vecchia; correct?

18              MR. McNAMARA:  Objection.

19      A       Yes.

20      Q       Do you know if there were any

21  other owners of Suffolk Paving?

22              MR. McNAMARA:  Objection.

23      A       When I was there, I only heard

24  Louie's name, and since I left after...

25      Q       So when you were there, the only

37

1                    J. Quintanilla

2    person you knew to be the owner was

3    Louis Vecchia; correct?

4                    MR. McNAMARA:  Objection.

5         A    Yes.

6         Q    Louie treated you pretty fairly;

7    right?

8         A    Yes.

9         Q    You got a raise every year?

10                   MR. McNAMARA:  Objection.

11        A    Yes, he gave me a raise three

12   times.

13        Q    And you worked there for three

14   years; right?

15        A    Yes.

16        Q    It was hard work, but it was

17   good work; right?

18        A    Yes.

19        Q    When you didn't work, did you

20   collect unemployment benefits?

21        A    Yes.

22        Q    You worked during the paving

23   season; correct?

24        A    Yes.

25        Q    What was the paving season?

38

1                    J. Quintanilla

2        A       We worked from sometimes in

3   March, middle of March, and sometimes April,

4   and sometimes we ended December 20th.  It

5   changed because if it wasn't very cold, we

6   would continue.

7        Q       When you stopped working, you

8   collected unemployment benefits; correct?

9        A       Yes.

10        Q       You never collected unemployment

11   benefits at the same time that you were

12   working; right?

13        A       No, no.

14        Q       Do you remember any of the

15   projects you worked on in 2005?

16        A       No, I don't remember.  There

17   were so many.

18        Q       Do you remember any of the

19   project names?

20        A       No, I don't recall.

21        Q       Do you remember any of the

22   project names that you worked on in 2004?

23        A       No, because I didn't see the

24   papers that they had, so the ones that were

25   in charge had the papers.

39

1              J. Quintanilla

2         Q    So you have no memory

3    whatsoever?

4         A    No, no.

5         Q    You don't remember any of them;

6    right?

7         A    No.

8         Q    You want a cookie?

9         A    No, thank you.

10        Q    When you would get to work in

11   the morning, you would be at the shop for

12   about five minutes and get your assignment

13   and go; correct?

14             MR. McNAMARA:  Objection.

15        A    Yes.  We would look for what we

16   were going to use; cement, sand, Belgian

17   blocks.

18        Q    And you would be there for a few

19   minutes and then go; right?

20        A    Yes, yes, then we would leave.

21   When we had everything ready, we would leave.

22        Q    And then once you left, you'd go

23   get breakfast; right?

24        A    Yes.  We would pass by, we would

25   buy it, and we would leave.

40

1                    J. Quintanilla

2        Q      And you would all get egg

3    sandwiches; right?

4        A      Yes.  Everyone ate the same

5    thing.

6        Q      Some of people said they ate egg

7    sandwiches with mayonnaise.

8        A      I never saw what they put on

9    theirs.  I would order mine.  I would -- it

10   really was the whole group.  I would -- it

11   was different because I was with Mendez only.

12   It was on rare occasions that I was with

13   everyone.

14       Q      But Mendez would eat his egg

15   sandwich; right?

16       A      Once in a while.  If not, only

17   coffee.

18       Q      But you had it every day; right?

19       A      Yes.

20       Q      How do you like your egg

21   sandwich?

22       A      Who, me?  I like white egg --

23       Q      Egg whites?

24       A      -- with cheese, bacon, and

25   ketchup.

41

1                         J. Quintanilla

2          Q       Salt and pepper?

3          A       No.

4          Q       What about sausage?

5          A       Once in awhile.  I like to vary

6     it.

7          Q       Did you ever see your coworkers

8     play soccer on the job sites?

9          A       When I went with them, there

10    wasn't -- they never did it.

11         Q       But did you ever hear that they

12    did it?

13         A       Yes, they did it, but it wasn't

14    always, only when the machines would get

15    damaged.  They were waiting for the trucks

16    with the material, but they already had

17    everything totally ready.  They were just

18    waiting.

19         Q       Did you ever see anybody get

20    yelled at at work?

21         A       Not when I was there.  Like I

22    said, I would only go with them on occasion.

23         Q       And Louie treated everybody

24    fairly; correct?

25         A       Yes.

42

                    J. Quintanilla

1

2      Q      Never had a problem with him;

3   right?

4      A      I never had a problem.

5      Q      You always worked, and he always

6   made sure you got paid; right?

7      A      Yes.

8      Q      Never treated you differently

9   because you're Hispanic?

10     A      No, never, no.

11     Q      You got paid for your hours;

12  right?

13     A      Yes.

14     Q      Did you ever get paid overtime

15  when you worked at Suffolk Paving?

16     A      No, no.

17     Q      Truth?

18            MR. McNAMARA:  Objection.

19     A      Yes.

20     Q      Some of the checks that you just

21  brought show that you got paid overtime.

22  They show that you got paid overtime.

23            MR. McNAMARA:  Objection.

24     A      We would start at 6:00 a.m.

25  every day.  We got out 5:30, 5:00, 5:30, 6:00

43

1                    J. Quintanilla

2    we would get out.

3         Q      From what time to what time

4    would you actually be on the worksite, the

5    job site?

6         A      It depended.  If a job was

7    small, we would be there three hours, two

8    hours, and we would go to another one.

9         Q      What time would you get to the

10   job site in the morning; 8:30?

11              MR. McNAMARA:  Objection.

12        A      It depended on where we were

13   going, the distance.  If it was nearby, we

14   would be there 6:30, 7:00, and if it was far,

15   8:00 a.m., 7:30.

16        Q      What time would you leave the

17   job site?

18        A      Sometimes at 5:00.  If he wanted

19   the job to be finished, we would finish it,

20   and when we couldn't finish it, at 5:00,

21   5:30.

22        Q      So 5:00 or 5:30; is that your

23   testimony?

24        A      Yes, with me with Mendez.  The

25   rest of them -- when I was with them, it was

44

1                    J. Quintanilla

2    different because we were putting down

3    asphalt.  We would leave later.  Sometimes

4    6:00, 6:30.

5         Q     And you'd start later too;

6    right?

7         A     Like I said, it depended on

8    where we would go, the distance.

9         Q     Did you ever keep track of all

10   your hours?

11        A     No, because Mendez did that.  He

12   was in charge of that.  He was in charge of

13   that.

14        Q     And the paychecks you received

15   showed that you were paid by the hour;

16   correct?

17        A     Yes, it's in the check.  If we

18   did forty-five, fifty hours, sometimes they

19   would pay us forty, forty-two.

20        Q     But you checked your pay stubs,

21   and they were always accurate; correct?

22              MR. McNAMARA:  Objection.

23        A     Yes, I think so.

24        Q     Yes, right?  The stubs were

25   always accurate; right?

45

```
 1                     J. Quintanilla

 2              MR. McNAMARA:  Objection.

 3        A      Yes.

 4        Q      You always got a stub every

 5   week?

 6        A      Yes, yes, every week.

 7        Q      And those stubs showed the hours

 8   that you worked; correct?

 9        A      That, I don't know, because

10   Mendez would prepare the report and give it

11   to Louis.

12        Q      Did you ever do any side work?

13        A      Who?  On my behalf?

14        Q      On anybody's behalf.

15        A      I always worked.

16        Q      You'd do work on the side on the

17   weekends after hours with Mendez?

18        A      For Louis?

19        Q      No.

20               For Mendez?

21        A      No, not for Mendez.

22        Q      Mendez said you did.

23              MR. McNAMARA:  Objection.

24        A      Yes?  I don't remember that.

25        Q      A driveway for a friend on the
```

1                    J. Quintanilla

2    weekend.

3                    MR. McNAMARA:  Objection.

4         A    No, not that I recall.  I don't

5    remember.  I would leave work, and he would

6    go to his house, and I would go to mine.

7         Q    You never worked with Mendez on

8    the weekends?

9         A    No.

10        Q    Never?

11        A    No.

12        Q    You never worked on the

13   weekends?

14                   MR. McNAMARA:  Objection.

15        A    No.

16        Q    Do you go to church?

17        A    Once in awhile.

18        Q    What do you do on the weekends?

19        A    We buy food, do wash, and I help

20   my daughter; I take her to the library.

21        Q    You don't wash during the week?

22                   MR. McNAMARA:  Objection.

23        A    No, we usually do it only on the

24   weekends.

25        Q    You only wash on the weekend?

47

1                    J. Quintanilla

2                    MR. McNAMARA:  Objection.

3          A        No, I bathe every day.

4          Q        Okay.

5          A        I take a bath every day.

6          Q        But you do your laundry on the

7   weekend?

8          A        Yes, yes.  I have enough to

9   change myself -- to change my clothes.

10         Q        So Saturday and Sunday is family

11  time; right?

12         A        Yes.

13         Q        That's important.  I agree.

14  Sometimes Patrick makes me come in on the

15  weekends and makes me work.  It's not right.

16         A        We only work five days at work.

17  I'd like to work six days, but...

18         Q        And everybody only worked five

19  days a week at Suffolk Paving; right?

20                  MR. McNAMARA:  Objection.

21         A        Sometimes they would go on

22  Saturdays, but I hardly ever went on

23  Saturdays.

24         Q        Rarely; right?

25         A        Yes.  Because it was the ones

48

1                        J. Quintanilla

2      that had the most seniority.  Those are the

3      ones that went on Saturdays.

4           Q      That would be if there was rain

5      during that week, that they would have to go

6      in; right?

7                        MR. McNAMARA:  Objection.

8           A      To work?

9           Q      Yes.  If it rained during the

10     week, sometimes they would go make it up on

11     the weekend; right?

12          A      We didn't work when it rained.

13          Q      Ever; right?

14          A      No, we didn't work at all.

15          Q      And usually, it would rain once

16     or twice a week; right?

17          A      It depended on the weather.  If

18     it's good, sometimes it would rain two days

19     of the week, but it didn't always rain.

20          Q      When it did rain, you just

21     didn't work; right?

22          A      No.

23          Q      You had the day off?

24          A      Yes.

25          Q      Did that make some people upset?

49

1                    J. Quintanilla

2                    MR. McNAMARA:  Objection.

3          A        What can you do?  What can you

4     do?  It's nature.

5          Q        Did you ever work for Suffolk

6     Asphalt?

7          A        I was there, but I don't

8     remember.  It was -- like I said, Mendez was

9     the one to get the papers, the report papers,

10    and I never saw them.  He would prepare the

11    report.  I would make sure that everything --

12    that what we needed for work, we had.

13         Q        So you never worked for

14    Suffolk Asphalt?

15                   MR. McNAMARA:  Objection.

16         A        I don't recall, I don't recall.

17         Q        The only company that you worked

18    for with Louis Vecchia was Suffolk Paving;

19    correct?

20                   MR. McNAMARA:  Objection.

21         A        Yes.

22         Q        You don't know if Helene Vecchia

23    is an owner of Suffolk Paving; do you?

24                   MR. McNAMARA:  Objection.

25         A        I didn't know that.

50

```
 1                     J. Quintanilla

 2         Q      You don't know if Chris Vecchia

 3   is an owner of Suffolk Paving; do you?

 4         A      During the time that I was

 5   there, I didn't know that.

 6         Q      You don't know if he was or

 7   wasn't; right?

 8                MR. McNAMARA:  Objection.

 9         A      No, I don't know.

10         Q      Who convinced you to sue Suffolk

11   Paving?

12         A      No one.

13         Q      Somebody had to.

14                MR. McNAMARA:  Objection.

15         A      No one said to me to let's do

16   this.

17         Q      Nobody said that to you?

18                MR. McNAMARA:  Objection.

19         A      No.

20         Q      Then how did you know to do it?

21         A      Because we all work there.

22         Q      Does your brother work there?

23         A      Yes.

24         Q      What's your brother's name?

25         A      Nelson.
```

51

1                    J. Quintanilla

2          Q      So did Nelson talk you into

3    doing this?

4                  MR. McNAMARA:  Objection.

5          A      No, I don't speak with my

6    brother.  He lives here in Brentwood, and I

7    live in Uniondale.

8          Q      You don't speak to him at all?

9          A      Rarely.

10         Q      You don't like him?

11                MR. McNAMARA:  Objection.

12         A      Yeah, I do like him, but we

13   don't have much communication.

14         Q      Did he ever lie to you growing

15   up?

16         A      No.  We've never lied to each

17   other.

18         Q      He never stole your ice cream?

19                MR. McNAMARA:  Objection.

20         A      No.

21         Q      Is he your older brother or

22   younger?

23         A      He's younger.

24         Q      So you helped raise him?

25         A      The difference is small, only

1                    J. Quintanilla

2    two years.

3         Q      Did you ever beat him up?

4                MR. McNAMARA:  Objection.

5         A      Yes, but it was rare that we

6    argued.

7         Q      When you beat him up, did he

8    deserve it?

9                MR. McNAMARA:  Objection.

10        A      Yes, because he was misbehaving.

11        Q      He used to misbehave?

12        A      Yes.

13        Q      But he never lied, ever?

14                MR. McNAMARA:  Objection.

15        A      No.

16        Q      Not even little white lies?

17        A      No.

18        Q      Did he ever lie to your mother?

19        A      No, my mother is sacred.

20        Q      Just to keep himself from

21    getting in trouble?

22                MR. McNAMARA:  Objection.

23        A      No.

24        Q      A little bit?

25        A      No, I never lied to her.

53

1              J. Quintanilla

2      Q       No, did he?  You know he did.

3      A       Oh, him?  I don't know.

4      Q       You know he lied a little bit;

5   right?

6              MR. McNAMARA:  Objection.

7      Q       Right?

8              MR. McNAMARA:  Objection.

9      A       I don't know.

10     Q       What about your father, did he

11   ever lie to your father?

12             MR. McNAMARA:  Objection.

13     A       I never lied to my parents.

14     Q       I'm asking about your brother.

15   I like you.  You, I believe.

16     A       I don't know that.  We

17   sometimes -- if my father didn't like

18   something, he wouldn't talk to us together.

19   He would keep us separate, or if he did

20   something, just the two of them were

21   together, no one else was there, so I can't

22   really say if he lied or not.

23     Q       Do you ever think he lied?

24             MR. McNAMARA:  Objection.

25     A       I don't know.

54

1                     J. Quintanilla

2        Q      Not even a little bit?

3               MR. McNAMARA:  Objection.

4        A      I don't know.

5        Q      You never lie?

6        A      I can't say yes or no.

7        Q      Did you ever lie to the woman

8    you live with?

9        A      No, I don't think I ever lied to

10   her.  We have communication.  We get along

11   well.

12       Q      You never said you were working

13   late when you were going out with your

14   friends?

15              MR. McNAMARA:  Objection.

16       A      No, I hardly ever go out.  I

17   only go out with her.

18       Q      You never told her she looked

19   good when she didn't?

20              MR. McNAMARA:  Objection.

21       A      Excuse me?

22       Q      You never told her she looked

23   good when she really didn't?

24       A      I don't remember having heard

25   her say that.

55

1                          J. Quintanilla

2          Q      Did you ever tell her she's the

3    most beautiful woman in the world?

4                 MR. McNAMARA:  Objection.

5          A      Me to her?

6          Q      Yes.

7          A      Yes, I always tell her that.

8          Q      Is she the most beautiful woman

9    in the world?

10                MR. McNAMARA:  Objection.

11         A      Yes, I tell her because she's my

12   woman.  That's why I choose her for myself.

13         Q      There are no women more

14   beautiful than her?

15                MR. McNAMARA:  Objection.

16         A      Not the way I see them.  She's

17   the only one I see as beautiful.

18         Q      I need to see a picture of this

19   woman.

20                MR. McNAMARA:  Objection.

21         A      I don't have one.

22         Q      I'm just teasing.

23                MR. McNAMARA:  Objection.

24         Q      I like you.  I think you're the

25   first person to come here who is really

1                    J. Quintanilla

2    honest, and I appreciate that, but you have

3    to be honest about absolutely everything;

4    okay?

5         A    Okay.

6         Q    So just to be absolutely honest

7    about everything, you never got cash payments

8    at Suffolk Paving?

9         A    No, I always received a check.

10        Q    Mendez never gave you cash?

11        A    No, Mendez never gave me money.

12        Q    Never?

13        A    No.

14        Q    Each week you got a paycheck;

15   correct?

16        A    Yes.

17        Q    That paycheck came with a pay

18   stub; right?

19        A    Yes.

20        Q    Those pay stubs listed all the

21   hours you worked on them; correct?

22             MR. McNAMARA:  Objection.

23        Q    You said yes before.

24        A    Yes, it had all of them.

25        Q    Were you paid correctly when you

57

                        J. Quintanilla

1

2    worked in Maryland doing spackle?

3           A    Yes.

4           Q    Where you paid correctly when

5    you were at Pioneer?

6           A    Yes.

7           Q    Were you paid correctly when you

8    worked at Lindley Brothers?

9           A    Yes.

10          Q    Lindley Brothers, did you ever

11   make more than $18 an hour?

12          A    No, that's what I'm earning

13   currently.  Before I started -- when I

14   started at the beginning, they gave me $16.

15   That's what I'm earning currently.

16          Q    Did you ever do any prevailing

17   wage work for Lindley Brothers?

18          A    Yes.

19          Q    And when you did prevailing wage

20   work, they only paid you $18 an hour?

21          A    No, no, then they paid more.

22          Q    They did pay more?

23          A    Yes, but it was rare that I did

24   those jobs.  It's not permanent.

25          Q    So you did get more than $18 an

58

1                    J. Quintanilla

2    hour?

3         A      You didn't mention prevailing

4    wage.  You just said regular.

5         Q      That's why I asked the question.

6    I shouldn't have to mention prevailing wage.

7                 Did you ever work on any

8    prevailing wage jobs when you worked at

9    Suffolk Paving?

10        A      When I went with the asphalt

11   group, yes.

12        Q      And you got paid extra when you

13   did that; right?

14        A      Yes.

15        Q      And sometimes you got paid

16   overtime; correct?

17        A      The overtime hours, sometimes

18   two hours, and sometimes we would do more,

19   and they would only give us two hours.

20        Q      But you only got paid overtime

21   at Suffolk Paving when you worked overtime;

22   correct?

23        A      When I worked overtime hours?

24        Q      You got paid; correct?

25               MR. McNAMARA:  Objection.

59

1                          J. Quintanilla

2          A      No.  Because if we started at

3    6:00 a.m., at 5:00, sometimes we got out at

4    5:30, we were supposed to -- six, seven,

5    eight, nine, ten, eleven, twelve -- we'd get

6    out at 5:00, 5:30, and they didn't pay us for

7    that.

8          Q      Do you know you're only supposed

9    to get overtime after forty hours a week --

10                MR. McNAMARA:  Objection.

11         A      Yes.

12         Q      Or did you think it was after

13   eight hours a day?

14                MR. McNAMARA:  Objection.

15         A      Excuse me?

16         Q      Do you think you were supposed

17   to get overtime after eight hours of work a

18   day?

19         A      Yes.  If we worked them, then

20   they would have to pay us.

21         Q      Do you think you were supposed

22   to get overtime after eight hours a day or

23   forty hours a week?

24                MR. McNAMARA:  Objection.

25         A      We could have worked the forty

60

1                    J. Quintanilla

2    hours, but he always wanted us to work more.

3    We would always do more than forty hours per

4    week.

5              Q      What if it rained?

6              A      Then that was different.

7              Q      Right.  And you said it would

8    rain regularly; correct?

9              A      Not always.

10             Q      But sometimes?

11             A      Yes, sometimes.

12             Q      And you never kept track of your

13   hours; correct?

14             A      No.

15             Q      Only Mendez did it; right?

16             A      Yes, just Mendez.

17             Q      And you can't remember any of

18   the jobs that you worked at; correct?

19             A      No, I don't remember.

20             Q      And you don't remember if you

21   were paid overtime or not; do you?

22                    MR. McNAMARA:  Objection.

23             A      No, but I recall they never paid

24   us overtime hours.

25             Q      Never, ever?

61

1                      J. Quintanilla

2                MR. McNAMARA:  Objection.

3      A       No.

4      Q       Do you remember testifying to me

5  just before that you were paid overtime; one

6  hour, two hours, every now and then?

7           A       Two hours, but if we worked

8  until -- up to 2:00 p.m. is eight hours.  We

9  would get out at 5:30, 6:00, 6:30.  They

10 didn't pay us all of them.

11     Q       Have you ever used a Social

12 Security number that was not issued to you?

13                MR. McNAMARA:  Objection.

14     A       No.

15     Q       Never?

16     A       No.

17     Q       Do you remember how much money

18 you made in 2004?

19          A       No, I don't remember.

20     Q       Do you know how much money you

21 made in 2003?

22          A       No.  I don't remember what I

23 earned.

24     Q       Did you ever get $25.54 an hour

25 at Suffolk Paving?

62

```
 1                    J. Quintanilla

 2        A      How much?

 3        Q      Twenty-five dollars and

 4   fifty-four cents.

 5        A      That I earned?

 6        Q      Yes.

 7        A      I didn't earn that.

 8        Q      Did you ever get paid over $41

 9   an hour at Suffolk Paving?

10        A      If it was prevailing wage, yes,

11   but regular, no.

12        Q      So you did?

13        A      That's prevailing wage.

14        Q      Yes, but I asked you if you ever

15   did?

16        A      Prevailing wage, yes.

17        Q      Remember I told you, you have to

18   listen to the question.

19               Are you able to do that?

20               MR. McNAMARA:   Objection.

21        A      I don't understand much English.

22        Q      That's why it's being

23   interpreted for you, so don't play cute.

24   Remember, I said I like you before.  Don't

25   make me rethink that; okay?
```

63

1                    J. Quintanilla

2         A      I'm not changing my mind.

3         Q      I might be.

4         A      I don't think so.

5         Q      You don't think I'm changing my

6    mind?

7         A      Why should I change my mind?  I

8    don't have any reason to change my mind.

9         Q      You would only change your mind

10   if you're lying, so stop changing your mind.

11               MR. McNAMARA:  Objection.

12        Q      You never looked at your pay

13   stubs; did you?

14        A      I would take them, I would take

15   the check, and then I would put them away.

16        Q      You saved them all; right?

17        A      Not all of them.  I don't know

18   if I have all of them, but I have some put

19   away, but I don't know if they're all put

20   away.

21        Q      What did you eat for lunch

22   today?

23        A      An apple and a Dorito.

24        Q      Just one Dorito?

25        A      Yes.

64

1                    J. Quintanilla

2         Q      One chip?

3         A      No, a small bag.

4         Q      Was it one of those

5    hundred-calorie bags?

6         A      I didn't have time to have

7    lunch.  I had to go far away and then return.

8         Q      What do you usually eat for

9    lunch?

10        A      Sometimes I take chicken, rice,

11   and salad.

12        Q      Arroz con pollo ensalada?

13        A      Yes.

14        Q      Did you ever eat a sandwich?

15        A      No.  I just have the sandwich in

16   the morning.

17        Q      When you're working, do you eat

18   a sandwich?

19        A      No.

20        Q      Pizza?

21        A      No, I don't like it.  I don't

22   like pizza.

23        Q      Calzone?

24        A      What is that?

25        Q      It's dough stuffed with cheese.

65

1                    J. Quintanilla

2          A      No.

3          Q      Chicken parm hero?

4          A      Once in awhile.  I like chicken

5      parmigiana.

6          Q      Me too.  How about a chicken

7      hero, chicken cutlet?

8          A      That, I don't like.  I hardly

9      ever buy that.

10         Q      What do you eat for lunch when

11     you're working?

12         A      That's what I take; chicken and

13     rice, salad.

14         Q      You take it from home?

15         A      Yes.  Sometimes meat.  Sometimes

16     I take beef stew meat.

17         Q      Do you keep it in your hand?

18         A      No, I have a lunchbox.

19         Q      A lunchbox?

20         A      Yes.

21         Q      Do you use Tupperware?

22         A      A plastic bag.

23         Q      Container?

24         A      Yes.

25         Q      You use Tupperware or

```
1                    J. Quintanilla

2    Rubbermaid?

3         A      My woman puts them in there.  I

4    don't know the brand.

5         Q      She does a nice job?

6         A      Yes.

7         Q      She cooks for you?

8         A      Yes.

9         Q      Do you cook for her?

10        A      Once in awhile.

11        Q      You barbecue?

12        A      Yes, barbecue tortillas.  I make

13   rice.  I can cook, as well.

14        Q      You make rice?  That's easy.

15        A      Rice?

16        Q      You put it in the pot, and the

17   oven does everything.

18        A      What, the rice?

19        Q      Do you use Uncle Ben's?

20        A      What?

21        Q      What kind of rice do you use;

22   Uncle Ben's rice?

23        A      It's precooked.  Canilla.  There

24   are different types; big, small, ten pounds,

25   fifteen pounds, twenty pounds, whatever you
```

67

1                    J. Quintanilla

2    want.

3         Q      What size do you get?

4         A      I buy the big one, the

5    twenty-five-pound bag.  I don't like to buy

6    often, so I buy the big one.

7         Q      You bring a full lunch with you

8    to work everyday; correct?

9         A      My lunch, yes.

10        Q      In your lunchbox?

11        A      Yes.

12        Q      And you'd eat your lunch?

13        A      Yes.

14        Q      How would you heat it up?

15        A      My lunchbox is made of aluminum,

16   so it doesn't get cold.  It stays warm.

17        Q      That a good meal; right?

18        A      Yes.

19        Q      You're getting hungry now;

20   aren't you?

21        A      Yes.  Can we go buy lunch?

22        Q      I ate all the good ones, but

23   have a cookie.

24        A      No, thank you.  I hardly eat

25   sweets.

68

                    J. Quintanilla

1

2       Q       Really?  You're a husky guy.

3       A       But I really don't like it.  I

4    have high blood pressure, so I can't eat

5    sweets.

6       Q       You can eat sweets; you can't

7    eat salt.

8       A       Both things.

9       Q       You need to tell that to

10   Patrick.  He's going to have high blood

11   pressure.  Look at his face.  A young man,

12   and he's going to get sick.

13              Every day you'd sit down and you

14   would eat your lunch with Mendez?

15      A       Mendez never takes food.  He

16   would go and buy it.

17      Q       What would he buy?

18      A       At Hispanic deli.  I never

19   really noticed what he got.

20      Q       I thought he likes Dominican

21   food.

22      A       Yes?  I don't know if he likes

23   Dominican food.  We only go together from the

24   yard to the job site, and then we would

25   return to the job.  I only knew what he

69

1                    J. Quintanilla

2     brought in the morning.  He would buy coffee.

3     I never knew what he had bought for lunch.

4          Q      But you said he would buy things

5     from the Hispanic deli.

6          A      Yes.  If we were near a Hispanic

7     deli, he would buy from the Hispanic deli,

8     because we weren't always in places that have

9     Hispanic delis.

10         Q      What would he get at a Spanish

11    deli; arroz con pollo?

12         A      Chicken, rice, and beans.

13         Q      Why didn't he just ask you to

14    bring extra for him?

15         A      Because I would take it from my

16    house.

17         Q      He would never ask you to bring

18    him some lunch?

19         A      No, he never told me.  I really

20    don't like food from outside.  If I go to

21    McDonald's, I'll have a chicken sandwich,

22    nothing else.  If I go someplace else to buy

23    food, I'll buy an egg sandwich in the

24    morning, but I always take my lunch from

25    home.

70

1                    J. Quintanilla

2          Q      Your kids like McDonald's;

3     right?

4          A      Oh, yeah.

5          Q      Chicken McNuggets?

6          A      Chicken McNuggets, Happy Meal.

7          Q      Happy Meal?

8          A      Yes, yes.  They wait for me

9     every Friday because they want to go.

10         Q      Would you ever eat McDonald's

11    when you were at work?

12         A      No.

13         Q      Would Mendez?

14                MR. McNAMARA:   Objection.

15         A      I didn't see Mendez buy

16    McDonald's.  I never saw him buy McDonalds.

17    Mendez liked to go to 7-Eleven.

18         Q      What would he get at 7-Eleven?

19         A      Coffee, coffee, coffee.

20         Q      When you worked with Mendez, the

21    both of you would take your lunch breaks

22    together?

23         A      Like I said, I would take my

24    own, and while he went to buy his, I would

25    eat mine.

71

```
 1                        J. Quintanilla

 2            Q       You guys wouldn't talk during

 3    lunch?

 4            A       Yes, just about work.

 5            Q       You wouldn't talk about sports?

 6            A       Hardly.

 7            Q       You don't like sports?

 8            A       Yes, I like sports.

 9            Q       Baseball?

10            A       No, soccer.

11            Q       What's your favorite team?

12            A       Real Madrid.

13            Q       You like the Cosmos?

14            A       No.  I don't like any other

15    sport, just soccer.

16            Q       Cosmos play soccer.

17            A       Yes?

18            Q       They were the New York Cosmos.

19            A       I hardly ever saw -- I don't

20    like the way futbol used to be here in the

21    United States.

22            Q       Why?

23            A       Futbol here isn't good.  Soccer

24    here isn't good.  There's Italy, England,

25    Germany, and Spain.  Those are ones that I
```

72

                        J. Quintanilla

2    see.

3            Q        You like David Beckham?

4            A        Oh, yes.  He's with Madrid, used

5    to be.

6            Q        Did Mendez ever play soccer at

7    work?

8            A        No.  It was only the two of us,

9    so we didn't play soccer.

10           Q        But you would eat lunch

11   together, and you would talk about work;

12   right?

13           A        If he would come back and I was

14   still eating, then, yes, but usually, when he

15   would come back, I would have already

16   finished.  It was unusual.  If where he went

17   to buy food was nearby, then he would come

18   while I was still eating.

19           Q        Sometimes it would take him a

20   little bit longer; right?

21           A        When he went to go buy food a

22   little further away, yes.

23           Q        Twenty minutes, half-an-hour?

24           A        Maybe twenty-five, twenty.

25           Q        Maybe sometimes a little more,

73

1                      J. Quintanilla

2    and sometimes a little less?

3         A     I never really looked at the

4    time.

5         Q     How would you know when you

6    didn't have work on a particular day?

7         A     On any day?  The company -- we

8    would always come to the yard, whether it

9    rained or not, and they would tell us.

10        Q     You never gave them your

11   telephone number and said, "just call me"?

12        A     What, Mendez?

13        Q     You.

14        A     To him?  No, since we would see

15   each other every day at work.  We would see

16   each other every day at work.

17                   (Document consisting of a copy

18             of Mr. Quintanilla's pay stub from Opal

19             was marked as Defendants' Exhibit

20             Number 4 for identification, as of this

21             date.)

22        Q     I'm going to show you a document

23   called Defendants' Exhibit 4 with today's

24   date.  (Handing.)  Take a look at that,

25   please.

74

1                        J. Quintanilla

2          A        (Witness complies.)  It's the

3      same thing.  It's a copy of that you made.

4          Q        Copy of what?

5          A        This is the same as the copy.

6          Q        Right.  It's a copy of what; a

7      check?

8          A        Of a check stub.

9          Q        Right.  For what employer?

10         A        Oh, this is for Opal.

11         Q        How come you didn't tell me you

12     worked at Opal before?

13         A        I don't remember having worked

14     there.  I worked there for a few days.

15         Q        So you worked there, but you

16     don't remember working there?

17         A        Yes.  No, I don't remember that

18     I worked there.  I didn't remember.  How can

19     I remember every place that I worked?

20         Q        You're only supposed to remember

21     at your deposition.

22         A        Yes, of course, but I'm sorry

23     that I forgot.

24         Q        Did you forget?

25         A        Yes, really.

75

```
 1                    J. Quintanilla

 2        Q     Or were you trying to hide it

 3   from me?

 4              MR. McNAMARA:  Objection.

 5        A     No, no, that wasn't my

 6   intention.

 7        Q     I hope not, because then I'll

 8   get upset with you.

 9        A     I didn't mean to lie.

10        Q     I don't like when you lie, so

11   don't do it anymore; okay?

12        A     Okay.

13        Q     You promise not to do it

14   anymore?

15        A     Okay.

16        Q     Do you want to say that you're

17   sorry to me for doing it?

18              MR. McNAMARA:  Objection.

19        A     Yes, that's why I said I'm

20   sorry.

21        Q     Okay.  I accept your apology.

22              (Document consisting of a copy

23              of Mr. Quintanilla's check stubs from

24              Suffolk Paving was marked as

25              Defendants' Exhibit Number 5 for
```

1                    J. Quintanilla

2            identification, as of this date.)

3            Q       I'm showing you Defendants'

4      Exhibit 5.  (Handing.)  Take a look at that,

5      please.

6            A       (Witness complies.)  Do you want

7      me to look at the check stubs one by one?

8            Q       No, you don't have to.  It's a

9      copy; correct?

10           A       Okay.  Yes.

11           Q       What is Exhibit 5?

12           A       These (indicating) are the check

13     stubs, and these (indicating) are the copies.

14           Q       Right.  Check stubs for who?

15           A       Suffolk Paving.  These are the

16     check stubs from the checks.

17           Q       All of the check stubs that you

18     received?

19           A       I don't think I have them all

20     here.  These are the ones that I had and that

21     I could find, because I went home to get them

22     in a hurry.

23           Q       Those are the check stubs that

24     you received with your checks; correct?

25           A       Yes.

77

1                    J. Quintanilla

2        Q      Those check stubs list all your

3    hours worked; correct?

4        A      Yes.

5               (Document consisting of copies

6               of Mr. Quintanilla's check stubs from

7               Lindley Brothers was marked as

8               Defendants' Exhibit Number 6 for

9               identification, as of this date.)

10       Q      I'm going to show you a stack of

11   documents I've identified as Defendants'

12   Exhibit 6.  (Handing.)

13       A      They're copies of check stubs.

14       Q      What check stubs?

15       A      From Lindley Brothers.

16       Q      They're your check stubs; right?

17       A      Yes, these are mime.

18       Q      How come I don't see any pay

19   stubs from Pioneer?

20       A      Oh, I have them in the car.  If

21   you want them -- you only told me to bring

22   these (indicating).

23       Q      Go get them.

24       A      Okay.  If you would have told me

25   to bring the Pioneer ones, I would have

78

1                           J. Quintanilla

2      brought them.

3           Q      I thought I did before, but it's

4      really Patrick's fault.

5           A      You only asked me if I worked

6      there, but you didn't tell me to bring them.

7           Q      It's Patrick's fault.

8           A      I'll bring them right now.

9                  MR. McNAMARA:  Thank you, sir.

10                 THE WITNESS:  No problem.

11                 (Whereupon, a recess was taken

12             from 3:39 p.m. to 3:47 p.m.)

13          Q      I asked you if Lou was good to

14     you; right?

15          A      Yes.

16          Q      He was good to you; fair, right?

17          A      Yes, we never had any problems.

18          Q      Fair and honest with you; right?

19          A      Yes.

20          Q      Never lied to you; right?

21          A      No.

22                 (Document consisting of a copies

23             of Mr. Quintanilla's pay stubs from

24             Pioneer was marked as Defendants'

25             Exhibit Number 7 for identification, as

1                          J. Quintanilla

2              of this date.)

3              Q        I'm going to show you some

4      documents that have been identified as

5      Defendants' Exhibit 7.  (Handing.)  Take a

6      look at those, please.

7              A        (Witness complies.)

8              Q        Do you know what that is?

9              A        Check stubs from when I worked

10     at Pioneer.

11             Q        And they're all accurate; right?

12             A        Yes.

13             Q        Are these all of the pay stubs

14     from when you worked at Pioneer?

15             A        I don't think so.  These are the

16     ones that I was able to get easily.

17             Q        Where are the rest of them?

18             A        I have them put away, but I

19     don't know where they are.  I have so many

20     things.

21             Q        You lost them?

22             MR. McNAMARA:  Objection.

23             A        I don't think so.  They should

24     be at home.

25             Q        You didn't destroy them, did

1                         J. Quintanilla

2        you?

3                         MR. McNAMARA:  Objection.

4             A       No, I don't think so.  I don't

5        destroy things.  I put everything away.

6                         (Document consisting of a copy

7                 of Mr. Quintanilla's W-2 from Pioneer

8                 was marked as Defendants' Exhibit

9                 Number 8 for identification, as of this

10                date.)

11            Q       I'm going to ask you to take a

12       look at this document.

13            A       (Witness complies.)  Yes.

14            Q       Do you know what that is?

15            A       Yes.  These are what they call

16       the W-2 for the taxes.

17            Q       They're not tax returns, though;

18       right?

19            A       This is what they would give me

20       for me to do my taxes.

21            Q       This shows that you worked for

22       Pioneer in 2005; correct?

23            A       Yes.

24            Q       Remember you told me you worked

25       for Suffolk Paving in 2005?

81

1                    J. Quintanilla

2        A       Yes, because when I left Suffolk

3   in 2005, I went to Pioneer.

4        Q       When did you leave Suffolk

5   in 2005?

6        A       Suffolk, May 5, 2005.

7        Q       Cinco de Mayo?  Do you celebrate

8   Cinco de Mayo?

9        A       No, that's the Mexicans.

10        Q       I celebrate it, and I'm not

11   Mexican.

12        A       I really don't like to drink

13   anything.

14        Q       I thought you were going to say

15   you really don't like Mexicans.

16        A       It's not that I don't like them,

17   but I don't like to mix with their

18   celebration because then they would say, what

19   are you doing here?  You're an

20   El Salvadorian, and we're celebrating our own

21   holiday.

22        Q       That's not nice.

23        A       Yes, but I like to respect

24   everyone's decision.

25        Q       You want to respect my decision?

82

1                          J. Quintanilla

2          A       Of course, I do, yes.

3          Q       Good.  I'd like for you to drop

4     this lawsuit.

5                  MR. McNAMARA:  Objection.

6          Q       Will you respect my decision?

7                  MR. McNAMARA:  Objection.

8          A       Yes, I have to respect your

9     decision.

10         Q       So you're going to drop the

11    lawsuit; right?

12                 MR. McNAMARA:  Objection.

13         A       I don't think so.

14         Q       No?  So you're not respecting my

15    decision?

16         A       We're here talking.

17                 (Document consisting of a copy

18             of Mr. Quintanilla's W-2s from Lindley

19             Brothers for the years 2007, 2008,

20             2009, and 2010 was marked as

21             Defendants' Exhibit Number 9 for

22             identification, as of this date.)

23         Q       I'm going to show you another

24    set of documents.  I've identified them as

25    Defendants' Exhibit 9 with today's date.

83

1                     J. Quintanilla

2                     Do you know what these documents

3      are?

4           A      (Perusing.)  Yes.  This is the

5      tax form from Lindley Brothers.

6           Q      For what years?

7           A      2007, 2008, and 2010 and 2009.

8           Q      Thank you.

9                     Why did you leave Pioneer

10     in 2006?

11          A      Because I asked them for more --

12     for a raise and they didn't want to give it

13     to me, and then when I went to Pioneer, they

14     gave me more money.

15          Q      No.  Why did you leave Pioneer?

16          A      Oh, excuse me.  I didn't

17     understand.  The work slowed down a lot, and

18     since I was one of the newer ones, they

19     didn't include me.

20          Q      They laid you off?

21          A      Yes.  They didn't fire me, but

22     they kept telling me that there was no work,

23     and I had my family, so I had to find work.

24          Q      And Lindley Brothers is good to

25     you?

84

1                           J. Quintanilla

2          A        Yes, they're good.

3          Q        As good as Suffolk Paving?

4          A        Yes, the same.

5          Q        Just as good?

6          A        Yes.  Wherever I've gone,

7    they've treated me well.  I have no

8    complaints about that.

9          Q        So at Suffolk Paving they

10   treated you well, and you have no complaints

11   about them; correct?

12         A        Yes.

13                  (Document consisting of a copy

14           of Mr. Quintanilla's W-2 from Suffolk

15           Paving was marked as Defendants'

16           Exhibit Number 10 for identification,

17           as of this date.)

18         Q        I'm going to show you a document

19   marked as Defendants' Exhibit 10.  (Handing.)

20         A        (Perusing.)  Yes, this is the

21   Suffolk form.  This is the -- what is it

22   called?  The W-2.

23         Q        Correct.

24                  Is that true and accurate?

25         A        Yes.

85

1                    J. Quintanilla

2          Q       This represents all the pay you

3     received for all the hours you worked;

4     correct?

5          A       Yes.

6          Q       And it's accurate?

7          A       Yes.

8          Q       You never received any other

9     money that you didn't report on your income

10    tax returns; right?

11         A       No, no.  I've never received

12    more than I declare.

13         Q       You always file tax returns?

14         A       Yes, always.

15         Q       Going back to what year?

16         A       I don't recall the year that I

17    started.  I don't have the exact day.  I

18    can't really tell you what date because I

19    don't remember.

20         Q       You provided your lawyer with a

21    little slip of paper?

22         A       I copied that from the medicine

23    I have.

24         Q       So the name is Metoprolol?

25         A       Yes, that's what it says on the

1                    J. Quintanilla

2    bottle.

3                    MR. ZABELL:

4            M-E-T-O-P-R-O-L-O-L.

5            Q        Do you like working with Mendez?

6            A        Yes.

7            Q        He was all right?

8            A        Yes.

9            Q        Was he always honest with you?

10           A        Yes, we never -- he was always

11   honest.  I always respected him as a boss.

12           Q        If he answered a question one

13   way and you answer the question a different

14   way, who should we believe; you or him?

15                    MR. McNAMARA:  Objection.

16           A        If I'm not saying something

17   correctly, and I never say anything, that's

18   not true.

19           Q        So we should believe you?

20           A        So I don't know if you should

21   believe him or me.

22           Q        So we should believe you because

23   you don't lie?

24           A        I don't lie.

25           Q        So we should believe you; right?

```
 1                  J. Quintanilla

 2        A      Yes.

 3        Q      Okay.  I agree with you.

 4               We talked about you getting a

 5    paycheck every week; correct?

 6               MR. McNAMARA:  Objection.

 7        A      Yes.

 8        Q      Was there ever a week that you

 9    didn't get a paycheck?

10        A      No, there was not even one.

11        Q      So every week you got a check?

12        A      Yes, always.  I always worked

13    the week, and we got a check.

14        Q      And in that check would be your

15    pay stub; correct?

16        A      Yes.

17        Q      Those pay stubs would reflect

18    all the hours you worked; correct?

19        A      Yes.

20        Q      You got that every week;

21    correct?

22        A      Yes.

23        Q      When you worked on prevailing

24    wage jobs, you got paid more; correct?

25        A      Yes.
```

1                    J. Quintanilla

2          Q      You got paid the prevailing

3    wage?

4          A      Yes, they would pay us

5    prevailing wage, and they paid us more.

6          Q      Every now and then, you got some

7    overtime; correct?

8          A      I worked them, yes, almost every

9    day, every day.

10          Q      And you got paid in your

11    paycheck some overtime pay; correct?

12          A      Sometimes.

13          Q      Right.  Sometimes your checks

14    would show that you got overtime and

15    sometimes they wouldn't?

16          A      Like I said, I never looked at

17    the stubs.

18          Q      But sometimes you'd get more in

19    your paycheck, and sometimes you'd get less;

20    right?

21          A      (No verbal response.)

22          Q      Yes or no?

23          A      Almost always it was the hours

24    that we worked, because he would never tell

25    me that he paid me by the hour but the day.

1                    J. Quintanilla

2    I didn't check to see whether he paid me by

3    the hour.

4         Q     Sometimes your check would be

5    more, and sometimes it would be less;

6    correct?

7                    MR. McNAMARA:  Objection.

8         A     When we worked prevailing wage,

9    it was more.

10        Q     And when you worked more hours,

11   it would be more too; correct?

12                   MR. McNAMARA:  Objection.

13        A     It was --

14        Q     Right; yes or no?

15        A     Not always.

16        Q     Sometimes it would be more when

17   you worked more; right?

18        A     Yes, it was more sometimes.

19        Q     Sometimes it would be less?

20        A     Yes.

21        Q     Sometimes it would be less when

22   you didn't work because of rain; correct?

23        A     When it rained, it was less.

24        Q     And at the end of the season, if

25   it was cold out, you wouldn't work; correct?

90

1                         J. Quintanilla

2          A      Yes.   There was always -- from

3     mid-December, we were all off.   Only the ones

4     that could drive would go to clean snow.

5          Q      And sometimes even in November,

6     it would snow; right?

7                  MR. McNAMARA:   Objection.

8          A      Yes, but sometimes it would snow

9     and it would stay there, and we would go

10    again.

11         Q      You would go where again?   You

12    would have to come back?

13         A      Where?

14         Q      To the job, if there was snow.

15         A      What I understood -- what I

16    thought you were saying was if it snowed in

17    November, we wouldn't work, but we always

18    stopped in December.   If the snow melted

19    before then, we would have to go back.

20         Q      Right.   So you would slow down

21    in November; right?

22         A      Yes, it was lighter.

23         Q      You would work less days or less

24    hours?

25         A      Yes, we worked less hours.

1                    J. Quintanilla

2        Q        Really?  In October it would

3    start to slow down; right?

4                 MR. McNAMARA:  Objection.

5        A        No, not really in October.

6        Q        Like today?

7        A        It's supposed to rain, but in

8    October, it's hardly ever cold.

9        Q        You're suing with a group of

10   guys; aren't you?

11       A        Yes.

12       Q        Who is the group leader?

13                MR. McNAMARA:  Objection.

14       A        There is no leader.

15       Q        Who organizes everything?

16       A        There is no leader.  All of us

17   together.  There's no leader.

18       Q        No leader?

19       A        No.

20       Q        Did you speak to any of the guys

21   in your group about this lawsuit?

22       A        If we spoke?

23       Q        Yes.

24       A        Yes, in the beginning.

25       Q        And you all made sure that your

1                    J. Quintanilla

2    stories were on the same page; right?

3                    MR. McNAMARA:  Objection.

4         A    Yes.

5         Q    You all spoke together to make

6    sure you all said the same thing; right?

7                    MR. McNAMARA:  Objection.

8         Q    Right?

9         A    What we were going to say here?

10        Q    Yes.

11        A    We didn't speak about what we

12   were going to speak about here.

13        Q    But you all wanted to make sure

14   that you all had the same story; correct?

15        A    Of course.

16        Q    Right.  How much are you suing

17   for?

18        A    I don't know.  I have no idea.

19        Q    You have no idea at all?

20        A    No.

21        Q    If I asked you to figure it out,

22   would you be able to figure it out?

23                    MR. McNAMARA:  Objection.

24        A    No, I don't think so.  I'm not

25   good in mathematics.

```
 1                    J. Quintanilla
 2        Q     Did your lawyers tell you how
 3   much you're suing for?
 4              MR. McNAMARA:  Objection.
 5        A     He hasn't told me.
 6        Q     Do you have an idea in your head
 7   of how much you want?
 8        A     No.
 9        Q     You're just suing.  You don't
10   know for how much or really why; right?
11              MR. McNAMARA:  Objection.
12        Q     Correct?
13        A     Yes.
14        Q     And you are suing a man that was
15   fair to you; correct?
16        A     Yes, he was fair.
17        Q     And you're suing him; correct?
18        A     Yes.
19        Q     Do you think that's right; yes
20   or no?
21              MR. McNAMARA:  Objection.
22        A     He didn't pay us the overtime.
23        Q     But you already testified that
24   you got overtime, correct; didn't you testify
25   to that?
```

94

1                    J. Quintanilla

2          A       Sometimes.   Two hours.

3    Sometimes.   I said two hours.

4          Q       When you worked overtime, you

5    got paid?

6          A       We always worked more than that.

7    We always worked more.   It was not only two

8    hours of overtime.

9          Q       And you think overtime gets

10   calculated based upon the day or the week?

11                 MR. McNAMARA:   Objection.

12         A       It depends.

13         Q       What does it depend on?

14         A       If sometimes we get out earlier

15   one day, I can't really say if you calculate

16   it on that day, but we do it on the week.

17         Q       So you earn overtime after how

18   many hours of work in a week?

19         A       Five hours, four hours per week.

20         Q       Do you want to get paid for the

21   time that you ate lunch?

22                 MR. McNAMARA:   Objection.

23         A       No, because lunch is lunch.   We

24   had to eat.   You're asking if they paid for

25   lunch?

95

1                    J. Quintanilla

2         Q      Yes.

3         A      No, I didn't understand.

4         Q      Did you want to get paid for

5    your lunch break?

6         A      No, because they can't pay that

7    because it's lunch hour.  It's always a half

8    hour, but we never stopped a half hour.

9    Maybe ten or fifteen minutes, but no more.

10        Q      Don't lie.

11        A      If I'm working with Mendez --

12   I'm going to explain.  He would go and buy

13   food.  He would go twenty minutes,

14   twenty-five, and I would stay at the

15   worksite.  If he didn't come and I would

16   finish eating, I would continue working.

17        Q      And if he did, you would eat

18   with him?

19        A      Yes.  When he got there in time

20   and I was eating, we would eat together.

21        Q      And you want to get paid for

22   that time; right?

23               MR. McNAMARA:  Objection.

24        A      Paid for lunch?

25        Q      Yes.

96

1                    J. Quintanilla

2         A      If -- we're supposed to stop to

3    eat lunch.

4         Q      No.  Do you want to get paid for

5    your lunchtime; si or no?

6              MR. McNAMARA:  Objection.

7         A      I don't know.

8         Q      So what about the time you would

9    take to get your egg sandwich in the morning

10   without mayonnaise?

11        A      But after we did everything that

12   we had to do in the yard, like I said before,

13   we would stop at the deli and buy, and we

14   would eat it on the way to work.

15        Q      So you want to be paid for the

16   time that you ate your breakfast, you ordered

17   your breakfast, and you waited for your

18   breakfast at the deli; correct?

19              MR. McNAMARA:  Objection.

20        A      Yes.

21        Q      You want to get paid for that?

22        A      Yes.

23        Q      Do you want to get paid for the

24   time that you go grocery shopping on the

25   weekend?

                        J. Quintanilla

1                       J. Quintanilla

2                       MR. McNAMARA:  Objection.

3            A        No, not for that.  I do my own

4       shopping with what I earn during the week.

5       No one is supposed to pay me for that.

6            Q        But you also do your own

7       shopping at the deli in the morning for your

8       egg sandwich; right?

9            A        Yes, always.

10           Q        And you want to be paid for that

11      though, right; $16 an hour, $18 an hour, $36

12      an hour?

13           A        Yes, if it's prevailing wage.

14           Q        $41 an hour?

15           A        If it's prevailing wage.

16           Q        Is buying an egg sandwich ever

17      prevailing wage?

18           A        No, that's not prevailing wage.

19           Q        Do you remember any of the

20      prevailing wage jobs you worked on?

21           A        No, I don't remember.

22           Q        You have no reason to think that

23      Lou lied about the jobs that you worked on;

24      correct?

25           A        I don't know.

98

1                    J. Quintanilla

2        Q        He never lied to you; right?

3        A        Not me.  Not to me.

4        Q        You have no reason to think that

5    he ever lied to you; correct?

6        A        I wouldn't speak to him.  Mendez

7    would speak to him because I don't speak

8    English.  He would speak to only Mendez.

9        Q        He never spoke to you?

10        A        No, I didn't speak English.

11        Q        A little bit?

12        A        Today, I do.  Now I speak a

13    little bit.

14        Q        Is there anything else you'd

15    like to tell me?

16        A        I don't know.

17        Q        What do you mean you don't know?

18    Either you know or you don't.

19        A        If you ask me, I'll respond.

20        Q        Why don't we take a break?

21                 MR. McNAMARA:  A break?

22                 MR. ZABELL:  Yes, Patrick, a

23            break.

24                 (Whereupon, a recess was taken

25            from 4:11 p.m. to 4:23 p.m.)

99

1                    J. Quintanilla

2          Q       Do you know you're suing

3      Lou Vecchia's wife?

4          A       Yes.

5          Q       Do you think that's very nice?

6                  MR. McNAMARA:  Objection.

7          A       I don't know if it's nice or

8      not.

9          Q       Is he suing your wife?

10         A       No.

11         Q       You know you're suing his boy?

12         A       Yes.

13         Q       You never worked for his boy?

14         A       Not when I was there, but at

15     that time, no one knew if he was the owner or

16     not.

17         Q       But you never worked for him, so

18     why is this an issue?

19         A       I don't know.

20         Q       Doesn't seem fair; right?

21         A       I don't know if it's fair or

22     not.

23         Q       Here's a man who treated you

24     fairly.

25         A       Yes, he would treat everyone

100

                              J. Quintanilla

 1

 2      well.

 3            Q       And he paid you every week;

 4      correct?

 5            A       He paid us every week.

 6            Q       And he gave you raises every

 7      year?

 8            A       Yes.

 9            Q       This is how you repay him, you

10      sue him; right?

11            A       Yes, but he didn't pay the

12      overtime.

13            Q       You sue his wife; right?

14                    MR. McNAMARA:  Objection.

15            A       I don't know if the wife or the

16      son are owners.  When I worked there, I never

17      dealt with the son or the wife.  I didn't

18      speak English, so the one who dealt with them

19      was Mendez.

20            Q       And you're suing his boy; right?

21            A       I don't know if he's an owner

22      now or not.  Like I already said, when I was

23      there, I knew that Louie was the one who was

24      the owner.  I left in 2005.

25            Q       And you had no reason to think

101

1                    J. Quintanilla

2    that his son was your boss; right?

3         A       When I was there, I never worked

4    with Chris.

5         Q       And you had no reason to believe

6    that his wife was your boss; right?

7                 MR. McNAMARA:  Objection.

8         A       I don't know because, like I

9    already said, Louis dealt with Mendez, and

10   Mendez was the one to tell me what we had to

11   do about work.

12        Q       Did you ever go into the shop at

13   work inside?

14        A       The shop where they fix the

15   trucks?

16        Q       Yes.

17        A       No, I hardly ever went in there.

18   I would go in -- we would go into -- Mendez

19   would say wait there.  I didn't even go into

20   the office.  When they would give Mendez the

21   papers saying where to work, Mendez would

22   say, let's load what we need; Belgian blocks,

23   sand, cement, but I never went into the shop.

24        Q       And you were only at the shop

25   for five or ten minutes a day; right?

1                          J. Quintanilla

2                    MR. McNAMARA:  Objection.

3         A        The shop, no -- the shop, yes.

4    We would be there about five minutes so that

5    they could give us the schedule of the jobs

6    and then we'd leave.

7         Q        So you just went there to get

8    the schedule and go; right?

9         A        Yes.

10        Q        But you had a telephone, so they

11   could have given you the schedule by

12   telephone; right?

13                   MR. McNAMARA:  Objection.

14        A        But it was our obligation to go

15   to the yard.

16        Q        And that was because Mendez told

17   you that; right?

18        A        Yes, Mendez would tell me to go

19   there because he would go the yard too.

20        Q        Is there anything else you'd

21   like to tell me?

22        A        I don't have anything else to

23   say.

24        Q        Did your lawyers tell you that

25   there's been a settlement offer made here?

                        J. Quintanilla

1

2                MR. McNAMARA:  Objection.

3        A       To me?

4        Q       To everybody.

5        A       I guess so, that's why...

6        Q       That's why what?

7        A       Excuse me?  I don't -- what did

8    you mean by that?

9        Q       That Louis Vecchia made a

10   settlement offer.  Did anybody ever explain

11   that to you?

12       A       I don't have any communication

13   with them.

14               MR. McNAMARA:  Objection.  The

15           witness doesn't have to answer that.

16               MR. ZABELL:  Sure, he does.

17               MR. McNAMARA:  No, he doesn't.

18       Q       Did anybody ever tell you that a

19   settlement offer has been made to you?

20               MR. McNAMARA:  That's

21           attorney/client --

22               MR. ZABELL:  I'm not asking if

23           it's attorney/client.  I'm asking

24           anyone.

25               MR. McNAMARA:  You can't just

104

1                    J. Quintanilla

2          add on "anyone."

3                    MR. ZABELL:  Yes, you can.

4          A     I -- supposedly the attorney

5     said that, but I don't know.

6          Q     Did anybody ever say that to

7     you?

8                    MR. McNAMARA:  Objection.

9          Q     Yes or no?

10                   MR. McNAMARA:  Objection.  He

11           doesn't have to answer that.

12                   MR. ZABELL:  Yes, he does.

13                   MR. McNAMARA:  No, he does not.

14         Q     Answer it.

15         A     I don't recall.

16         Q     You don't recall?

17         A     No.

18         Q     Don't you think if a settlement

19    offer was made, that somebody should have

20    communicated that to you?

21                   MR. McNAMARA:  Objection.

22         A     They're supposed to do it.

23         Q     Yes.  That's the responsible

24    thing; right?

25         A     Yes.

1                    J. Quintanilla

2        Q        Do you have a cellphone number?

3        A        Yes.

4        Q        May I have it?

5        A        (516) 808-7693.

6        Q        For how long have you had that

7    number?

8        A        I've had it for a long time.

9        Q        Can you tell me all the reasons

10   why you think you're suing Suffolk Paving?

11               MR. McNAMARA:  Objection.

12       A        For the hours of overtime that

13   they didn't pay us.

14       Q        Us or you?

15               MR. McNAMARA:  Objection.

16       A        Me.

17       Q        Even though your pay stubs show

18   that you got paid overtime; right?

19               MR. McNAMARA:  Objection.

20       Q        Yes or no?

21       A        I don't know.  I didn't really

22   look at the stubs.

23       Q        You've had them for years, and

24   you never looked at them?

25       A        Like I said, I would just put

106

1                           J. Quintanilla

2    them away.

3          Q      What if some of them showed you

4    received lots of overtime?

5          A      I don't know.

6                 MR. ZABELL:  Okay.  Thank you

7          for your time today, sir.

8                 THE WITNESS:  Okay.

9                 MR. ZABELL:  Perhaps next time

10         we meet, we'll meet under nicer

11         circumstances.

12                THE WITNESS:  Okay.  Thank you.

13                MR. ZABELL:  Goodbye.

14                (Time noted:  4:31 p.m.)

15

16

17

18

19

20

21

22

23

24

25

107

1

2                A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK    )

5                    : ss

6    COUNTY OF            )

7

8         I, JAVIER QUINTANILLA, hereby certify

9    that I have read the transcript of my

10   testimony taken under oath in my deposition

11   of October 3, 2011; that the transcript is a true,

12   complete and correct record of my testimony;

13   and that the answers on the record as given

14   by me are true and correct.

15

16   _____

17              JAVIER QUINTANILLA

18

19

20   Signed and subscribed to before me
     this ____ day of _____, 2011.
21

22   _____
     Notary Public, State of New York
23

24

25

108

1

2                          INDEX TO TESTIMONY

3    WITNESS                    EXAMINATION BY              PAGE

4    Javier Quintanilla    Mr. Zabell                         4

5

6                             EXHIBITS

7    DEFENDANTS'    DESCRIPTION                          PAGE

8    1              Document consisting of a
                    copy of Mr. Quintanilla's
9                   driver's license                        5

10   2              Document consisting of a
                    copy of a business card                10
11
     3              Document consisting of a
12                  copy of Mr. Quintanilla's
                    Social Security card                   32
13
     4              Document consisting of a
14                  copy of Mr. Quintanilla's
                    pay stub from Opal                     73
15
     5              Document consisting of a
16                  copy of Mr. Quintanilla's
                    check stubs from Suffolk
17                  Paving                                 75

18
     6              Document consisting of copies
19                  of Mr. Quintanilla's check
                    stubs from Lindley Brothers    76
20
     7              Document consisting of copies
21                  of Mr. Quintanilla's pay stubs
                    from Pioneer                   78
22
     8              Document consisting of a
23                  copy of Mr. Quintanilla's
                    W-2 from Pioneer                       79
24

25

                    South Shore Court Reporting
                         (631)-235-6218

109

1

2

3                           INDEX (CONTINUED)

4      DEFENDANTS'      DESCRIPTION                              PAGE

5      9                Document consisting of a
                        copy of Mr. Quintanilla's
6                       W-2 from Lindley Brothers
                        for the years 2007, 2008,
7                       2009, and 2010                          82

8      10               Document consisting of a
                        copy of Mr. Quintanilla's
9                       W-2 from Suffolk                        83

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

110

1

2               C E R T I F I C A T E

3         I, KAREN M. LaMENDOLA, a Notary Public

4  in and for the State of New York, do hereby certify:

5         THAT the witness whose testimony is

6    hereinbefore set forth, was duly sworn by me;

7    and

8         THAT the within transcript is a true

9    record of the testimony given by said

10   witness.

11        I further certify that I am not

12   related, either by blood or marriage, to any

13   of the parties in this action; and

14        THAT I am in no way interested in the

15   outcome of this matter.

16        IN WITNESS WHEREOF, I have hereunto set

17   my hand this 4th day of November, 2011.

18

19

20   _____

21        KAREN M. LaMENDOLA

22

23

24

25

1

2                          ERRATA SHEET

3          I wish to make the following changes for

4      the following reasons:

5      PAGE LINE

6      ____ ___ CHANGE:_____

7               REASON:_____

8      ____ ___ CHANGE:_____

9               REASON:_____

10     ____ ___ CHANGE:_____

11               REASON:_____

12     ____ ___ CHANGE:_____

13               REASON:_____

14     ____ ___ CHANGE:_____

15               REASON:_____

16     ____ ___ CHANGE:_____

17               REASON:_____

18     ____ ___ CHANGE:_____

19               REASON:_____

20     ____ ___ CHANGE:_____

21               REASON:_____

22     ____ ___ CHANGE:_____

23               REASON:_____

24     ____ ___ CHANGE:_____

25               REASON:_____

1

## $

**$110** [1] - 26:18
**$135** [1] - 27:13
**$16** [2] - 57:14, 97:11
**$175** [2] - 29:6, 29:7
**$18** [5] - 30:10, 57:11, 57:20, 57:25, 97:11
**$200** [1] - 20:9
**$25.54** [1] - 61:24
**$36** [1] - 97:11
**$41** [2] - 62:8, 97:14
**$90** [1] - 25:16
**$900** [1] - 21:7

## '

**'99** [2] - 12:18, 12:24

## 0

**09-CV-5331** [1] - 1:10

## 1

**1** [3] - 5:15, 5:19, 108:8
**1-5** [1] - 1:12
**10** [4] - 84:16, 84:19, 108:10, 109:8
**10017** [2] - 2:5, 2:14
**10:15** [1] - 1:15
**10:16** [1] - 5:9
**10:18** [1] - 5:9
**10:24** [1] - 10:14
**10:43** [1] - 10:14
**11553** [2] - 4:19, 18:12
**11704** [1] - 2:10
**11716** [1] - 2:19
**11:07** [1] - 28:24
**11:09** [1] - 28:24
**11:13** [1] - 32:21
**11:16** [1] - 32:21
**11:32** [1] - 36:9
**1999** [1] - 22:24

## 2

**2** [3] - 10:17, 10:20, 108:10
**2000** [2] - 23:18, 23:19
**2001** [5] - 24:3, 24:4,

24:7, 33:8, 33:9
**2002** [7] - 24:6, 24:7, 24:20, 24:23, 25:7, 26:8
**2003** [8] - 25:8, 25:12, 25:15, 25:22, 26:8, 26:12, 32:2, 61:21
**2004** [5] - 26:6, 26:14, 26:16, 38:22, 61:18
**2005** [12] - 26:12, 27:3, 27:5, 27:12, 27:22, 38:15, 80:22, 80:25, 81:3, 81:5, 81:6, 100:24
**2006** [3] - 28:4, 28:18, 83:10
**2007** [6] - 11:21, 29:22, 29:25, 82:19, 83:7, 109:6
**2008** [4] - 11:21, 82:19, 83:7, 109:6
**2009** [4] - 12:18, 82:20, 83:7, 109:7
**2010** [3] - 82:20, 83:7, 109:7
**2011** [4] - 1:14, 107:11, 107:20, 110:17
**20th** [1] - 38:4
**2:00** [1] - 61:8
**2:13** [1] - 36:9

## 3

**3** [5] - 1:14, 32:25, 33:14, 107:11, 108:11
**31** [1] - 1:21
**32** [1] - 108:12
**3:39** [1] - 78:12
**3:47** [1] - 78:12

## 4

**4** [4] - 73:20, 73:23, 108:4, 108:13
**4875** [2] - 1:16, 2:18
**4:11** [1] - 98:25
**4:23** [1] - 98:25
**4:31** [1] - 106:14
**4th** [1] - 110:17

## 5

**5** [6] - 75:25, 76:4, 76:11, 81:6, 108:9, 108:15

**501** [2] - 2:5, 2:14
**516** [1] - 105:5
**5:00** [6] - 42:25, 43:18, 43:20, 43:22, 59:3, 59:6
**5:30** [7] - 42:25, 43:21, 43:22, 59:4, 59:6, 61:9

## 6

**6** [4] - 24:2, 77:8, 77:12, 108:18
**683** [2] - 4:18, 18:11
**6:00** [5] - 42:24, 42:25, 44:4, 59:3, 61:9
**6:30** [3] - 43:14, 44:4, 61:9

## 7

**7** [3] - 78:25, 79:5, 108:20
**7-Eleven** [2] - 70:17, 70:18
**73** [1] - 108:14
**75** [1] - 108:17
**76** [1] - 108:19
**78** [1] - 108:21
**79** [1] - 108:23
**7:00** [1] - 43:14
**7:30** [1] - 43:15

## 8

**8** [2] - 80:9, 108:22
**808-7693** [1] - 105:5
**82** [1] - 109:7
**83** [1] - 109:9
**868** [1] - 2:9
**8:00** [1] - 43:15
**8:30** [1] - 43:10

## 9

**9** [3] - 82:21, 82:25, 109:5

## A

**A-D-M-U-R-I** [1] - 19:2
**a.m** [13] - 1:15, 5:9, 10:14, 28:24, 32:21, 36:9, 42:24, 43:15, 59:3

**Abercrombie** [1] - 20:24
**abercrosby** [1] - 20:23
**ability** [2] - 4:7, 8:10
**able** [3] - 62:19, 79:16, 92:22
**above-mentioned** [1] - 1:23
**absolutely** [2] - 56:3, 56:6
**accent** [2] - 16:4, 16:7
**accent..** [1] - 16:6
**accept** [1] - 75:21
**accepted** [1] - 9:18
**accurate** [5] - 44:21, 44:25, 79:11, 84:24, 85:6
**accurately** [2] - 8:7, 8:10
**accustomed** [1] - 22:9
**action** [1] - 110:13
**add** [1] - 104:2
**address** [3] - 4:17, 18:10, 20:19
**administer** [1] - 3:15
**admuri** [1] - 18:24
**Admuri** [1] - 19:12
**advise** [1] - 6:17
**after..** [1] - 36:24
**age** [2] - 22:10
**ago** [2] - 7:4, 12:13
**agree** [2] - 47:13, 87:3
**AGREED** [3] - 3:3, 3:8, 3:12
**ALEJANDRO** [1] - 1:3
**ALEX** [1] - 1:4
**almost** [2] - 88:8, 88:23
**alone** [2] - 18:13, 34:7
**ALSO** [1] - 2:23
**aluminum** [1] - 67:15
**AMAYA** [1] - 1:3
**AMIR** [1] - 1:4
**AND** [3] - 3:3, 3:8, 3:12
**angry** [1] - 28:10
**answer** [7] - 6:20, 15:5, 31:23, 86:13, 103:15, 104:11, 104:14
**answered** [1] - 86:12
**answers** [3] - 4:5, 6:12, 107:13
**apologize** [1] - 9:15

**apology** [2] - 9:18, 75:21
**apple** [1] - 63:23
**applied** [1] - 32:11
**appreciate** [1] - 56:2
**April** [1] - 38:3
**AREVALO** [1] - 1:4
**argued** [1] - 52:6
**Arias** [1] - 2:24
**arroz** [2] - 64:12, 69:11
**Article** [1] - 1:20
**Asphalt** [2] - 49:6, 49:14
**asphalt** [2] - 44:3, 58:10
**ASPHALT** [1] - 1:11
**assignment** [1] - 39:12
**ASSOCIATES** [1] - 2:17
**assumed** [2] - 6:21, 15:6
**ate** [5] - 40:4, 40:6, 67:22, 94:21, 96:16
**attorney** [6] - 8:3, 8:25, 14:8, 14:17, 15:11, 104:4
**attorney's** [1] - 15:15
**attorney/client** [2] - 103:21, 103:23
**Attorneys** [2] - 2:4, 2:18
**attorneys** [1] - 3:4
**authorization** [1] - 34:17
**authorized** [1] - 3:14
**Avenue** [4] - 2:5, 2:14, 4:18, 18:11
**aware** [1] - 8:11
**awhile** [4] - 41:5, 46:17, 65:4, 66:10

## B

**Babylon** [1] - 2:10
**bacon** [1] - 40:24
**bag** [3] - 64:3, 65:22, 67:5
**bags** [1] - 64:5
**barbecue** [2] - 66:11, 66:12
**baseball** [1] - 71:9
**based** [1] - 94:10
**bath** [1] - 47:5
**bathe** [1] - 47:3
**beans** [1] - 69:12
**beat** [2] - 52:3, 52:7
**beautiful** [4] - 55:3,

55:8, 55:14, 55:17
**Beckham** [1] - 72:3
**beef** [1] - 65:16
**BEFORE** [1] - 1:18
**beginning** [3] - 16:20, 57:14, 91:24
**behalf** [2] - 45:13, 45:14
**Belgian** [2] - 39:16, 101:22
**Ben's** [2] - 66:19, 66:22
**benefits** [3] - 37:20, 38:8, 38:11
**best** [1] - 4:6
**between** [2] - 3:4, 11:21
**big** [3] - 66:24, 67:4, 67:6
**birth** [1] - 21:15
**bit** [6] - 52:24, 53:4, 54:2, 72:20, 98:11, 98:13
**blocks** [2] - 39:17, 101:22
**blood** [3] - 68:4, 68:10, 110:12
**boat** [1] - 12:19
**Bohemia** [2] - 1:16, 2:19
**boss** [4] - 33:18, 86:11, 101:2, 101:6
**bottle** [1] - 86:2
**bought** [1] - 69:3
**boy** [3] - 99:11, 99:13, 100:20
**brand** [1] - 66:4
**break** [9] - 7:25, 30:24, 35:9, 36:7, 36:12, 95:5, 98:20, 98:21, 98:23
**breakfast** [5] - 11:24, 39:23, 96:16, 96:17, 96:18
**breaks** [1] - 70:21
**Brentwood** [1] - 51:6
**bring** [8] - 31:9, 67:7, 69:14, 69:17, 77:21, 77:25, 78:6, 78:8
**brother** [4] - 50:22, 51:6, 51:21, 53:14
**brother's** [1] - 50:24
**Brothers** [9] - 9:25, 30:2, 30:5, 30:9, 30:19, 57:8, 57:10, 57:17, 77:7, 77:15, 82:19, 83:5, 83:24, 108:19, 109:6
**brought** [3] - 42:21, 69:2, 78:2

**brown** [1] - 16:2
**bus** [2] - 12:21, 12:22
**business** [6] - 10:10, 10:12, 10:16, 11:3, 11:6, 108:10
**but..** [1] - 47:17
**buy** [21] - 39:25, 46:19, 65:9, 67:4, 67:5, 67:6, 67:21, 68:16, 68:17, 69:2, 69:4, 69:7, 69:22, 69:23, 70:15, 70:16, 70:24, 72:17, 72:21, 95:12, 96:13
**buying** [1] - 97:16
**BY** [3] - 2:20, 4:12, 108:3

## C

**calculate** [1] - 94:15
**calculated** [1] - 94:10
**calorie** [1] - 64:5
**calzone** [1] - 64:23
**Canilla** [1] - 66:23
**car** [7] - 12:19, 12:21, 30:22, 30:25, 34:5, 77:20
**card** [10] - 10:10, 10:12, 10:16, 11:2, 11:4, 11:7, 32:13, 32:24, 108:10, 108:12
**CARLOS** [1] - 1:5
**cars** [1] - 34:3
**Case** [1] - 1:9
**cash** [8] - 13:10, 25:21, 26:22, 27:23, 29:9, 30:11, 56:7, 56:10
**CASTILLO** [1] - 1:6
**celebrate** [2] - 81:7, 81:10
**celebrating** [1] - 81:20
**celebration** [1] - 81:18
**cellphone** [1] - 105:2
**cement** [2] - 39:16, 101:23
**cents** [1] - 62:4
**certification** [1] - 3:6
**certify** [3] - 107:8, 110:4, 110:11
**change** [5] - 47:9, 63:7, 63:8, 63:9
**CHANGE** [10] - 111:6, 111:8, 111:10,

111:12, 111:14, 111:16, 111:18, 111:20, 111:22, 111:24
**changed** [1] - 38:5
**changes** [1] - 111:3
**changing** [2] - 63:2, 63:5, 63:10
**charge** [1] - 38:25, 44:12
**check** [38] - 25:21, 25:23, 25:24, 26:21, 26:23, 26:24, 27:23, 27:24, 29:10, 29:11, 30:12, 30:13, 35:13, 44:17, 56:9, 63:15, 74:7, 74:8, 75:23, 76:7, 76:12, 76:14, 76:16, 76:17, 76:23, 77:2, 77:6, 77:13, 77:14, 77:16, 79:9, 87:11, 87:13, 87:14, 89:2, 89:4, 108:16, 108:19
**checked** [1] - 44:20
**checks** [3] - 26:3, 29:16, 42:20, 76:16, 76:24, 88:13
**cheese** [2] - 40:24, 64:25
**chicken** [10] - 64:10, 65:3, 65:4, 65:6, 65:7, 65:12, 69:12, 69:21, 70:5, 70:6
**children** [18] - 18:16, 19:3, 19:5, 19:9, 19:13, 19:18, 19:21, 20:3, 20:8, 21:8
**chip** [1] - 64:2
**choose** [1] - 55:12
**Chris** [2] - 50:2, 101:4
**CHRISTOPHER** [1] - 1:11
**church** [1] - 46:16
**cinco** [1] - 81:7
**Cinco** [1] - 81:8
**circumstances** [1] - 106:11
**City** [4] - 14:18, 15:11, 20:16, 20:18
**Civil** [1] - 1:21
**clean** [1] - 90:4
**clothes** [1] - 47:9
**Co** [2] - 2:9, 2:13
**Co-Counsel** [2] - 2:9, 2:13
**coffee** [2] - 40:17, 69:2, 70:19
**cold** [4] - 38:5,

67:16, 89:25, 91:8
**collect** [1] - 37:20
**collected** [2] - 38:8, 38:10
**comfortable** [2] - 14:22, 14:24
**coming** [1] - 8:23
**communicated** [1] - 104:20
**communication** [3] - 51:13, 54:10, 103:12
**company** [9] - 10:6, 11:2, 11:4, 11:7, 25:4, 34:2, 35:23, 49:17, 73:7
**complaints** [2] - 84:8, 84:10
**complete** [1] - 107:12
**complies** [5] - 32:16, 74:2, 76:6, 79:7, 80:13
**con** [2] - 64:12, 69:11
**conference** [1] - 36:7
**consisting** [20] - 5:12, 10:15, 32:22, 73:17, 75:22, 77:5, 78:22, 80:6, 82:17, 84:13, 108:8, 108:10, 108:11, 108:13, 108:15, 108:18, 108:20, 108:22, 109:5, 109:8
**container** [1] - 65:23
**continue** [2] - 38:6, 95:16
**CONTINUED** [1] - 109:3
**convinced** [1] - 50:10
**cook** [2] - 66:9, 66:13
**cookie** [4] - 11:22, 21:3, 39:8, 67:23
**cooks** [1] - 66:7
**copied** [1] - 85:22
**copies** [6] - 76:13, 77:5, 77:13, 78:22, 108:18, 108:20
**copy** [27] - 5:7, 5:12, 10:10, 10:11, 10:15, 11:3, 11:6, 32:18, 32:22, 73:17, 74:3, 74:4, 74:5, 74:6, 75:22, 76:9, 80:6, 82:17, 84:13, 108:8, 108:10, 108:12, 108:14, 108:16, 108:23, 109:5, 109:8

**CORP** [2] - 1:11
**correct** [62] - 9:8, 14:9, 14:12, 17:19, 25:25, 26:4, 26:25, 27:18, 28:2, 29:2, 29:13, 30:2, 36:3, 36:14, 36:17, 37:3, 37:23, 38:8, 39:13, 41:24, 44:16, 44:21, 45:8, 49:19, 56:15, 56:21, 58:16, 58:22, 58:24, 60:8, 60:13, 60:18, 67:8, 76:9, 76:24, 77:3, 80:22, 84:11, 84:23, 85:4, 87:5, 87:15, 87:18, 87:21, 87:24, 88:7, 88:11, 89:6, 89:11, 89:22, 89:25, 92:14, 93:12, 93:15, 93:17, 93:24, 96:18, 97:24, 98:5, 100:4, 107:12, 107:14
**correctly** [4] - 56:25, 57:4, 57:7, 86:17
**Cosmos** [3] - 71:13, 71:16, 71:18
**Counsel** [2] - 2:9, 2:13
**counselor** [1] - 31:10
**Counselor** [1] - 13:24
**COUNTY** [1] - 107:6
**course** [3] - 74:22, 82:2, 92:15
**COURT** [1] - 1:2
**Court** [2] - 1:24, 3:17
**court** [1] - 17:23
**coworkers** [1] - 41:7
**cream** [1] - 51:18
**Crosby** [1] - 20:22
**current** [1] - 4:17
**custom** [1] - 22:18
**cute** [1] - 62:23
**cutlet** [1] - 65:7

## D

**damaged** [1] - 41:15
**date** [16] - 5:16, 5:19, 10:18, 10:21, 21:14, 33:2, 73:21, 73:24, 76:2, 77:9, 79:2, 80:10, 82:22, 82:25, 84:17, 85:18
**daughter** [1] - 46:20
**David** [1] - 72:3
**days** [9] - 24:12, 24:13, 24:15, 47:16,

47:17, 47:19, 48:18, 74:14, 90:23

**de** [2] - 81:7, 81:8

**dealt** [3] - 100:17, 100:18, 101:9

**December** [3] - 38:4, 90:3, 90:18

**decision** [5] - 81:24, 81:25, 82:6, 82:9, 82:15

**declare** [1] - 85:12

**Defendants** [3] - 1:13, 1:20, 2:18

**DEFENDANTS'** [2] - 108:7, 109:4

**Defendants'** [18] - 5:14, 5:18, 10:17, 10:20, 32:24, 73:19, 73:23, 75:25, 76:3, 77:8, 77:11, 78:24, 79:5, 80:8, 82:21, 82:25, 84:15, 84:19

**deli** [8] - 68:18, 69:5, 69:7, 69:11, 96:13, 96:18, 97:7

**delis** [1] - 69:9

**depended** [4] - 43:6, 43:12, 44:7, 48:17

**deponent** [1] - 10:9

**deposition** [10] - 3:13, 6:5, 6:7, 8:23, 9:5, 9:8, 14:12, 17:22, 74:21, 107:10

**DESCRIPTION** [2] - 108:7, 109:4

**deserve** [1] - 52:8

**destroy** [2] - 79:25, 80:5

**difference** [1] - 51:25

**different** [6] - 21:13, 40:11, 44:2, 60:6, 66:24, 86:13

**differently** [1] - 42:8

**Diovan** [1] - 7:22

**directly** [1] - 34:24

**discovery** [1] - 31:12

**distance** [2] - 43:13, 44:8

**DISTRICT** [2] - 1:2, 1:2

**doctor** [1] - 7:17

**Document** [12] - 10:15, 77:5, 108:8, 108:10, 108:11, 108:13, 108:15, 108:18, 108:20, 108:22, 109:5, 109:8

**document** [17] - 5:12, 5:17, 5:20, 10:19, 10:22, 10:25,

32:22, 33:4, 73:17, 73:22, 75:22, 78:22, 80:6, 80:12, 82:17, 84:13, 84:18

**documents** [7] - 14:15, 16:13, 16:22, 77:11, 79:4, 82:24, 83:2

**DOES** [1] - 1:12

**dollars** [1] - 62:3

**Dominican** [2] - 68:20, 68:23

**Dorito** [2] - 63:23, 63:24

**dough** [1] - 64:25

**down** [7] - 24:17, 35:9, 44:2, 68:13, 83:17, 90:20, 91:3

**drink** [1] - 81:12

**drive** [2] - 34:6, 90:4

**driven** [1] - 34:10

**driver's** [2] - 5:13, 108:9

**driveway** [1] - 45:25

**drop** [2] - 82:3, 82:10

**drove** [1] - 34:8

**duly** [3] - 4:3, 4:9, 110:6

**during** [8] - 7:25, 37:22, 46:21, 48:5, 48:9, 50:4, 71:2, 97:4

**E**

**earn** [4] - 23:24, 62:7, 94:17, 97:4

**earned** [2] - 61:23, 62:5

**earning** [2] - 57:12, 57:15

**easily** [1] - 79:16

**East** [1] - 2:9

**EASTERN** [1] - 1:2

**easy** [1] - 66:14

**eat** [21] - 12:4, 40:14, 63:21, 64:8, 64:14, 64:17, 65:10, 67:12, 67:24, 68:4, 68:6, 68:7, 68:14, 70:10, 70:25, 72:10, 94:24, 95:17, 95:20, 96:3, 96:14

**eating** [4] - 72:14, 72:18, 95:16, 95:20

**EDWIN** [1] - 1:5

**effect** [1] - 3:16

**egg** [13] - 12:2, 12:4, 13:5, 40:2, 40:6, 40:14, 40:20, 40:22,

40:23, 69:23, 96:9, 97:8, 97:16

**eight** [5] - 59:5, 59:13, 59:17, 59:22, 61:8

**eighty** [1] - 21:22

**either** [2] - 98:18, 110:12

**EI** [9] - 12:10, 12:12, 19:10, 19:19, 19:22, 20:3, 20:8, 33:10, 81:20

**eleven** [1] - 59:5

**elsewhere** [1] - 19:8

**employed** [2] - 9:21, 9:24

**employer** [1] - 74:9

**end** [1] - 89:24

**ended** [1] - 38:4

**England** [1] - 71:24

**English** [10] - 4:4, 4:6, 13:3, 15:22, 15:24, 35:14, 64:22, 98:8, 98:10, 100:18

**ensalada** [1] - 64:12

**ERRATA** [1] - 111:2

**ESCALANTE** [1] - 1:5

**ESQ** [2] - 2:11, 2:20

**everyday** [1] - 67:8

**exact** [2] - 11:20, 20:19, 85:17

**exactly** [3] - 9:10, 11:11, 11:17

**EXAMINATION** [3] - 1:18, 4:12, 108:3

**examined** [1] - 4:10

**except** [1] - 3:9

**excuse** [7] - 11:5, 12:18, 26:8, 54:21, 59:15, 83:16, 103:7

**Exhibit** [20] - 5:14, 5:18, 10:17, 10:20, 32:24, 33:14, 73:19, 73:23, 75:25, 76:4, 76:11, 77:8, 77:12, 78:25, 79:5, 80:8, 82:21, 82:25, 84:16, 84:19

**EXHIBITS** [1] - 108:6

**explain** [2] - 95:12, 103:10

**extra** [2] - 58:12, 69:14

**F**

**face** [1] - 68:11

**factory** [4] - 22:25,

23:2, 23:20, 23:21

**fair** [7] - 27:18, 78:16, 78:18, 93:15, 93:16, 99:20, 99:21

**fairly** [3] - 37:6, 41:24, 99:24

**FAJARDO** [1] - 1:4

**family** [2] - 47:10, 83:23

**far** [2] - 43:14, 64:7

**father** [3] - 53:10, 53:11, 53:17

**fault** [2] - 78:4, 78:7

**favorite** [1] - 71:11

**February** [2] - 21:15, 21:17

**fellow** [1] - 13:12

**few** [4] - 24:12, 24:13, 39:18, 74:14

**fifteen** [2] - 66:25, 95:9

**Fifth** [2] - 2:5, 2:14

**fifty** [2] - 44:18, 62:4

**fifty-four** [1] - 62:4

**figure** [2] - 92:21, 92:22

**file** [1] - 85:13

**filing** [1] - 3:5

**finish** [3] - 43:19, 43:20, 95:16

**finished** [2] - 43:19, 72:16

**fire** [1] - 83:21

**first** [1] - 55:25

**five** [18] - 19:17, 21:11, 21:14, 21:16, 22:13, 39:12, 44:18, 47:16, 47:18, 62:3, 67:5, 72:24, 94:19, 95:14, 101:25, 102:4

**fix** [1] - 101:14

**following** [2] - 111:3, 111:4

**follows** [1] - 4:11

**food** [9] - 46:19, 68:15, 68:21, 68:23, 69:20, 69:23, 72:17, 72:21, 95:13

**force** [1] - 3:15

**forget** [1] - 74:24

**forgot** [1] - 74:23

**form** [3] - 3:9, 83:5, 84:21

**forth** [1] - 110:6

**forty** [9] - 22:2, 31:15, 44:18, 44:19, 59:9, 59:23, 59:25, 60:3

**forty-five** [1] - 44:18

**forty-one** [1] - 22:2

**forty-two** [1] - 44:19

**four** [6] - 11:12, 11:19, 21:19, 62:4, 94:19

**Friday** [1] - 70:9

**friend** [1] - 45:25

**friends** [1] - 54:14

**full** [2] - 4:14, 67:7

**funny** [1] - 16:4

**FURTHER** [2] - 3:8, 3:12

**futbol** [2] - 71:20, 71:23

**G**

**GALEANO** [1] - 1:6

**GARCIA** [1] - 1:4

**Garden** [1] - 20:16

**garden** [1] - 20:18

**Germany** [1] - 71:25

**given** [4] - 26:17, 102:11, 107:13, 110:9

**God** [1] - 31:8

**GOLDBERG** [1] - 2:4

**goodbye** [1] - 106:13

**great** [1] - 30:23

**greeted** [1] - 14:13

**grocery** [1] - 96:24

**group** [5] - 40:10, 58:11, 91:9, 91:12, 91:21

**growing** [1] - 51:14

**guess** [1] - 103:5

**guy** [2] - 16:2, 68:2

**guys** [3] - 71:2, 91:10, 91:20

**H**

**hair** [1] - 16:2

**half** [3] - 72:23, 95:7, 95:8

**half-an-hour** [1] - 72:23

**hamburger** [1] - 13:8

**hand** [2] - 65:17, 110:17

**handing** [9] - 5:5, 5:11, 5:20, 33:4, 73:24, 76:4, 77:12, 79:5, 84:19

**Handing** [1] - 10:21

**happy** [2] - 28:12, 70:7

**Happy** [1] - 70:6

**hard** [1] - 37:16

**hardly** [8] - 47:22,

4

54:16, 65:8, 67:24, 71:6, 71:19, 91:8, 101:17

**head** [1] - 93:6

**hear** [1] - 41:11

**heard** [3] - 22:20, 36:23, 54:24

**heart** [4] - 7:5, 7:6, 7:18, 12:7

**heat** [1] - 67:14

**held** [1] - 1:22

**Helene** [1] - 49:22

**HELENE** [1] - 1:12

**help** [1] - 46:19

**helped** [1] - 51:24

**HEREBY** [1] - 3:3

**hereby** [3] - 3:7, 107:8, 110:4

**herein** [4] - 1:19, 3:5, 4:3, 4:9

**hereinbefore** [1] - 110:6

**hereunto** [1] - 110:16

**hero** [2] - 65:3, 65:7

**hide** [1] - 75:2

**high** [2] - 68:4, 68:10

**Highway** [2] - 1:16, 2:18

**himself** [1] - 52:20

**Hispanic** [6] - 42:9, 68:18, 69:5, 69:6, 69:7, 69:9

**holiday** [1] - 81:21

**home** [5] - 31:7, 65:14, 69:25, 76:21, 79:24

**honest** [6] - 56:2, 56:3, 56:6, 78:18, 86:9, 86:11

**hope** [1] - 75:7

**hour** [24] - 24:2, 25:17, 25:20, 29:5, 30:10, 35:10, 35:11, 44:15, 57:11, 57:20, 58:2, 61:6, 61:24, 62:9, 72:23, 88:25, 89:3, 95:7, 95:8, 97:11, 97:12, 97:14

**hours** [45] - 17:10, 25:15, 26:4, 26:25, 28:2, 29:13, 29:15, 42:11, 43:7, 43:8, 44:10, 44:18, 45:7, 45:17, 56:21, 58:17, 58:18, 58:19, 58:23, 59:9, 59:13, 59:17, 59:22, 59:23, 60:2, 60:3, 60:13, 60:24, 61:6, 61:7, 61:8, 77:3,

85:3, 87:18, 88:23, 89:10, 90:24, 90:25, 94:2, 94:3, 94:8, 94:18, 94:19, 105:12

**house** [6] - 20:10, 34:12, 34:15, 34:25, 46:6, 69:16

**hundred** [1] - 64:5

**hundred-calorie** [1] - 64:5

**hungry** [1] - 67:19

**hurry** [1] - 76:22

**husky** [1] - 68:2

## I

**IAN** [1] - 2:13

**Ian** [3] - 16:11, 16:14, 16:17

**ice** [1] - 51:18

**idea** [4] - 14:3, 92:18, 92:19, 93:6

**identification** [5] - 5:2, 5:15, 10:18, 32:25, 73:20, 76:2, 77:9, 78:25, 80:9, 82:22, 84:16

**identified** [5] - 5:18, 10:20, 77:11, 79:4, 82:24

**important** [2] - 8:6, 47:13

**IN** [1] - 110:16

**include** [1] - 83:19

**income** [1] - 85:9

**increase** [1] - 26:18

**INDEX** [2] - 108:2, 109:3

**indicated** [4] - 26:3, 26:24, 27:25, 29:15

**indicating** [2] - 76:12, 76:13

**indicating)** [2] - 10:7, 77:22

**influence** [1] - 7:3

**inside** [1] - 101:13

**intention** [1] - 75:6

**interested** [1] - 110:14

**interferes** [1] - 8:9

**interpret** [1] - 4:4

**interpreted** [1] - 62:23

**INTERPRETER** [2] - 18:25, 22:20

**Interpreter** [3] - 2:24, 4:3, 4:10

**IS** [3] - 3:3, 3:8, 3:12

**issue** [1] - 99:18

**issued** [1] - 61:12

**issuing** [1] - 35:24

**IT** [3] - 3:3, 3:8, 3:12

**Italy** [1] - 71:24

## J

**JAVIER** [4] - 1:5, 1:18, 107:8, 107:17

**javier** [1] - 4:16

**Javier** [3] - 4:23, 4:24, 108:4

**Jerusalem** [2] - 4:18, 18:11

**job** [14] - 20:19, 34:11, 34:15, 34:25, 41:8, 43:5, 43:6, 43:10, 43:17, 43:19, 66:5, 68:24, 68:25, 90:14

**jobs** [7] - 57:24, 58:8, 60:18, 87:24, 97:20, 97:23, 102:5

**JOHN** [1] - 1:12

**JOSE** [2] - 1:4, 1:6

**JUAN** [1] - 1:6

**Judge** [1] - 17:23

## K

**KAREN** [2] - 110:3, 110:20

**Karen** [1] - 1:23

**keep** [4] - 44:9, 52:20, 53:19, 65:17

**kept** [2] - 60:12, 83:22

**ketchup** [1] - 40:25

**KEVIN** [1] - 1:5

**kids** [1] - 70:2

**kind** [1] - 66:21

## L

**laborer** [1] - 25:13

**laid** [1] - 83:20

**LaMendola** [3] - 1:24, 110:3, 110:20

**languages** [1] - 16:10

**last** [7] - 7:12, 7:14, 8:18, 9:3, 12:11, 23:11, 23:12

**late** [1] - 54:13

**laughing** [1] - 13:22

**laundry** [1] - 47:6

**LAUREN** [1] - 2:4

**Lauren** [2] - 16:19,

16:22

**Lauren's** [1] - 15:17

**Law** [1] - 1:21

**LAW** [3] - 2:4, 2:8, 2:13

**lawsuit** [1] - 17:9, 82:4, 82:11, 91:21

**lawyer** [1] - 85:20

**lawyers** [2] - 93:2, 102:24

**leader** [5] - 91:12, 91:14, 91:16, 91:17, 91:18

**leave** [12] - 28:7, 34:2, 39:20, 39:21, 39:25, 43:16, 44:3, 46:5, 81:4, 83:9, 83:15, 102:6

**left** [6] - 28:17, 36:12, 36:24, 39:22, 81:2, 100:24

**LERLY** [1] - 1:6

**less** [9] - 73:2, 88:19, 89:5, 89:19, 89:21, 89:23, 90:23, 90:25

**library** [1] - 46:20

**license** [5] - 5:13, 5:22, 108:9

**lie** [13] - 9:19, 17:21, 18:3, 51:14, 52:18, 53:11, 54:5, 54:7, 75:9, 75:10, 86:23, 86:24, 95:10

**lied** [14] - 14:16, 17:23, 51:16, 52:13, 52:25, 53:4, 53:13, 53:22, 53:23, 54:9, 78:20, 97:23, 98:2, 98:5

**lies** [2] - 9:10, 52:16

**lighter** [1] - 90:22

**Lindley** [15] - 9:25, 29:25, 30:4, 30:9, 30:19, 57:8, 57:10, 57:17, 77:7, 77:15, 82:18, 83:5, 83:24, 108:19, 109:6

**LINE** [1] - 111:5

**list** [1] - 77:2

**listed** [1] - 56:20

**listen** [1] - 62:18

**live** [5] - 18:5, 18:13, 18:14, 51:7, 54:8

**lives** [1] - 51:6

**load** [1] - 101:22

**look** [5] - 13:19, 35:20, 39:15, 73:24, 76:4, 76:7, 79:6, 80:12, 105:22

**Look** [1] - 68:11

16:22

**looked** [7] - 35:15, 54:18, 54:22, 63:12, 73:3, 88:16, 105:24

**lost** [1] - 79:21

**Lou** [3] - 78:13, 97:23, 99:3

**Louie** [7] - 17:8, 17:9, 17:13, 25:3, 37:6, 41:23, 100:23

**Louie's** [1] - 36:24

**LOUIS** [1] - 1:11

**Louis** [7] - 36:17, 37:3, 45:11, 45:18, 49:18, 101:9, 103:9

**lunch** [23] - 63:21, 64:7, 64:9, 65:10, 67:7, 67:9, 67:12, 67:21, 68:14, 69:3, 69:18, 69:24, 70:21, 71:3, 72:10, 94:21, 94:23, 94:25, 95:5, 95:7, 95:24, 96:3

**lunchbox** [4] - 65:18, 65:19, 67:10, 67:15

**lunchtime** [1] - 96:5

**lying** [2] - 9:20, 63:10

## M

**M-E-T-O-P-R-O-L-O-L** [1] - 86:4

**machines** [1] - 41:14

**Madrid** [2] - 71:12, 72:4

**mall** [1] - 20:16

**man** [6] - 15:19, 15:21, 33:12, 68:11, 93:14, 99:23

**March** [2] - 38:3

**MARCUS** [1] - 1:6

**margarita** [1] - 2:24

**marked** [11] - 5:14, 10:16, 32:24, 73:19, 75:24, 77:7, 78:24, 80:8, 82:20, 84:15, 84:19

**marriage** [1] - 110:12

**MARTINEZ** [1] - 1:4

**Maryland** [5] - 24:8, 24:9, 24:11, 24:20, 57:2

**material** [1] - 41:16

**mathematics** [1] - 92:25

**matter** [1] - 110:15

**MAYNOR** [1] - 1:4

**Mayo** [2] - 81:7, 81:8

**mayonnaise** [6] -

12:2, 12:3, 13:7, 13:8, 40:7, 96:10
**McDonald's** [4] - 69:21, 70:2, 70:10, 70:16
**McDonalds** [1] - 70:16
**McNAMARA** [123] - 2:8, 2:11, 9:12, 9:16, 13:23, 14:7, 14:19, 15:12, 15:23, 16:8, 16:25, 17:25, 18:4, 20:21, 22:15, 25:18, 29:20, 31:10, 31:13, 31:22, 35:2, 35:12, 35:17, 36:4, 36:18, 36:22, 37:4, 37:10, 39:14, 42:18, 42:23, 43:11, 44:22, 45:2, 45:23, 46:3, 46:14, 46:22, 47:2, 47:20, 48:7, 49:2, 49:15, 49:20, 49:24, 50:8, 50:14, 50:18, 51:4, 51:11, 51:19, 52:4, 52:9, 52:14, 52:22, 53:6, 53:8, 53:12, 53:24, 54:3, 54:15, 54:20, 55:4, 55:10, 55:15, 55:20, 55:23, 56:22, 58:25, 59:10, 59:14, 59:24, 60:22, 61:2, 61:13, 62:20, 63:11, 70:14, 75:4, 75:18, 78:9, 79:22, 80:3, 82:5, 82:7, 82:12, 86:15, 87:6, 89:7, 89:12, 90:7, 91:4, 91:13, 92:3, 92:7, 92:23, 93:4, 93:11, 93:21, 94:11, 94:22, 95:23, 96:6, 96:19, 97:2, 98:21, 99:6, 100:14, 101:7, 102:2, 102:13, 103:2, 103:14, 103:17, 103:20, 103:25, 104:8, 104:10, 104:13, 104:21, 105:11, 105:15, 105:19
**McNuggets** [2] - 70:5, 70:6
**meal** [1] - 67:17
**Meal** [2] - 70:6, 70:7
**mean** [3] - 75:9, 98:17, 103:8
**meat** [2] - 65:15, 65:16
**medication** [7] - 7:3,

7:7, 7:15, 7:20, 8:2, 8:16, 8:20
**medications** [1] - 8:9
**medicine** [2] - 7:5, 85:22
**meet** [5] - 8:25, 15:19, 16:19, 106:10
**meeting** [1] - 14:17
**melted** [1] - 90:18
**memory** [4] - 23:4, 23:6, 23:8, 39:2
**Mendez** [41] - 33:19, 33:20, 34:20, 34:21, 34:22, 34:23, 40:11, 40:14, 43:24, 44:11, 45:10, 45:17, 45:20, 45:21, 45:22, 46:7, 49:8, 56:10, 56:11, 60:15, 60:16, 68:14, 68:15, 70:13, 70:15, 70:17, 70:20, 72:6, 73:12, 86:5, 95:11, 98:6, 98:8, 100:19, 101:9, 101:10, 101:18, 101:20, 101:21, 102:16, 102:18
**MENDEZ** [1] - 1:5
**mention** [2] - 58:3, 58:6
**mentioned** [1] - 1:23
**met** [3] - 14:10, 15:11, 16:16
**Metoprolol** [1] - 85:24
**Mexican** [1] - 81:11
**Mexicans** [2] - 81:9, 81:15
**mid** [1] - 90:3
**mid-December** [1] - 90:3
**middle** [1] - 38:3
**might** [1] - 63:3
**mime** [1] - 77:17
**mind** [6] - 63:2, 63:6, 63:7, 63:8, 63:9, 63:10
**mine** [4] - 32:6, 40:9, 46:6, 70:25
**minute** [1] - 28:22
**minutes** [8] - 31:15, 39:12, 39:19, 72:23, 95:9, 95:13, 101:25, 102:4
**misbehave** [1] - 52:11
**misbehaving** [1] - 52:10
**miss** [1] - 12:14
**mix** [1] - 81:17

**money** [5] - 56:11, 61:17, 61:20, 83:14, 85:9
**month** [2] - 20:9, 21:5
**months** [4] - 22:13, 24:14, 24:15, 24:16
**morning** [11] - 4:20, 4:21, 14:13, 34:18, 39:11, 43:10, 64:16, 69:2, 69:24, 96:9, 97:7
**most** [3] - 48:2, 55:3, 55:8
**mother** [7] - 19:12, 19:23, 19:24, 19:25, 20:2, 52:18, 52:19
**MR** [143] - 4:13, 5:6, 5:10, 9:12, 9:16, 10:2, 10:8, 13:20, 13:23, 14:2, 14:7, 14:19, 15:12, 15:23, 16:8, 16:25, 17:25, 18:4, 20:21, 22:15, 22:19, 25:18, 28:22, 29:20, 31:10, 31:11, 31:13, 31:17, 31:22, 32:17, 33:12, 35:2, 35:12, 35:17, 36:4, 36:6, 36:18, 36:22, 37:4, 37:10, 39:14, 42:18, 42:23, 43:11, 44:22, 45:2, 45:23, 46:3, 46:14, 46:22, 47:2, 47:20, 48:7, 49:2, 49:15, 49:20, 49:24, 50:8, 50:14, 50:18, 51:4, 51:11, 51:19, 52:4, 52:9, 52:14, 52:22, 53:6, 53:8, 53:12, 53:24, 54:3, 54:15, 54:20, 55:4, 54:22, 56:7, 56:10, 56:11, 56:12, 60:12, 60:23, 60:25, 61:15, 63:12, 68:15, 68:18, 69:3, 69:17, 69:19, 70:16, 73:3, 73:10, 78:17, 78:20, 85:8, 85:11, 86:10, 86:17, 88:16, 88:24, 95:8, 98:2, 98:9, 99:13, 99:17, 100:16, 101:3, 101:23, 105:24
**New** [17] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:19, 12:23, 12:25, 18:12, 24:23, 24:24, 71:18, 107:22, 110:4
**NEW** [2] - 1:2, 107:4
**newer** [1] - 83:18

103:17, 103:20, 103:22, 103:25, 104:3, 104:8, 104:10, 104:12, 104:13, 104:21, 105:11, 105:15, 105:19, 106:6, 106:9, 106:13

## N

**name** [17] - 4:15, 7:19, 8:2, 8:16, 13:15, 13:16, 15:16, 16:11, 16:12, 18:23, 20:23, 23:3, 23:22, 30:17, 36:24, 50:24, 85:24
**names** [2] - 38:19, 38:22
**Nassau** [3] - 18:8, 20:18, 21:14
**nation** [1] - 12:9
**nature** [1] - 49:4
**near** [1] - 69:6
**nearby** [2] - 43:13, 72:17
**Neck** [1] - 2:9
**need** [7] - 8:11, 28:22, 31:13, 31:17, 55:18, 68:9, 101:22
**needed** [1] - 49:12
**NELSON** [1] - 1:3
**Nelson** [2] - 50:25, 51:2
**never** [57] - 22:20, 35:15, 38:10, 40:8, 41:10, 42:2, 42:4, 42:8, 42:10, 46:7, 46:10, 46:12, 49:10, 49:13, 51:16, 51:18, 52:13, 52:25, 53:13, 54:5, 54:12, 54:18, 54:22, 56:7, 56:10, 56:11, 56:12, 60:12, 60:23, 60:25, 61:15, 63:12, 68:15, 68:18, 69:3, 69:17, 69:19, 70:16, 73:3, 73:10, 78:17, 78:20, 85:8, 85:11, 86:10, 86:17, 88:16, 88:24, 95:8, 98:2, 98:9, 99:13, 99:17, 100:16, 101:3, 101:23, 105:24
**New** [17] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:19, 12:23, 12:25, 18:12, 24:23, 24:24, 71:18, 107:22, 110:4
**NEW** [2] - 1:2, 107:4
**newer** [1] - 83:18

**next** [2] - 13:12, 106:9
**nice** [7] - 22:22, 26:19, 27:16, 66:5, 81:22, 99:5, 99:7
**nicer** [1] - 106:10
**night** [3] - 7:11, 7:14, 36:10
**nine** [1] - 59:5
**nobody** [2] - 30:16, 50:17
**NOE** [1] - 1:6
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:25, 107:22, 110:3
**noted** [1] - 106:14
**nothing** [1] - 69:22
**Notice** [1] - 1:22
**noticed** [1] - 68:19
**November** [4] - 90:5, 90:17, 90:21, 110:17
**Number** [10] - 5:15, 10:17, 32:25, 73:20, 75:25, 77:8, 78:25, 80:9, 82:21, 84:16
**number** [11] - 31:21, 32:3, 32:5, 32:7, 32:9, 33:13, 33:15, 61:12, 73:11, 105:2, 105:7

## O

**oath** [2] - 3:15, 107:10
**Objection** [2] - 18:4, 104:10
**objection** [110] - 9:12, 9:16, 14:7, 14:19, 15:12, 15:23, 16:8, 16:25, 17:25, 20:21, 22:15, 25:18, 29:20, 31:22, 35:2, 35:12, 35:17, 36:4, 36:18, 36:22, 37:4, 37:10, 39:14, 42:18, 42:23, 43:11, 44:22, 45:2, 45:23, 46:3, 46:14, 46:22, 47:2, 47:20, 48:7, 49:2, 49:15, 49:20, 49:24, 50:8, 50:14, 50:18, 51:4, 51:11, 51:19, 52:4, 52:9, 52:14, 52:22, 53:6, 53:8, 53:12, 53:24, 54:3, 54:15, 54:20, 55:4, 55:10, 55:15, 55:20, 55:23, 56:22, 58:25, 59:10, 59:14, 59:24,

60:22, 61:2, 61:13, 62:20, 63:11, 70:14, 75:4, 75:18, 79:22, 80:3, 82:5, 82:7, 82:12, 86:15, 87:6, 89:7, 89:12, 90:7, 91:4, 91:13, 92:3, 92:7, 92:23, 93:4, 93:11, 93:21, 94:11, 94:22, 95:23, 96:6, 96:19, 97:2, 99:6, 100:14, 101:7, 102:2, 102:13, 103:2, 103:14, 104:8, 104:21, 105:11, 105:15, 105:19
**objections** [1] - 3:9
**obligation** [2] - 6:16, 102:14
**occasion** [1] - 41:22
**occasions** [1] - 40:12
**October** [5] - 1:14, 91:2, 91:5, 91:8, 107:11
**OF** [6] - 1:2, 2:4, 2:8, 2:13, 107:4, 107:6
**offer** [4] - 102:25, 103:10, 103:19, 104:19
**office** [2] - 15:18, 101:20
**officer** [1] - 3:14
**OFFICES** [3] - 2:4, 2:8, 2:13
**often** [1] - 67:6
**old** [6] - 19:15, 19:18, 21:10, 21:11, 21:13, 21:25
**older** [1] - 51:21
**once** [7] - 39:22, 40:16, 41:5, 46:17, 48:15, 65:4, 66:10
**one** [35] - 1:19, 7:17, 7:21, 7:23, 7:24, 8:17, 8:24, 18:18, 18:22, 19:16, 22:2, 43:8, 49:9, 50:12, 50:15, 53:21, 55:17, 55:21, 61:5, 63:24, 64:2, 64:4, 67:4, 67:6, 76:7, 83:18, 86:12, 87:10, 94:15, 97:5, 99:15, 100:18, 100:23, 101:10
**ones** [10] - 38:24, 47:25, 48:3, 67:22, 71:25, 76:20, 77:25, 79:16, 83:18, 90:3
**Opal** [4] - 73:18,

74:10, 74:12, 108:14
**order** [2] - 1:22, 40:9
**ordered** [1] - 96:16
**organizes** [1] - 91:15
**origin** [1] - 12:9
**OSMAR** [1] - 1:5
**others..** [1] - 28:16
**outcome** [1] - 110:15
**outside** [1] - 69:20
**oven** [1] - 66:17
**overtime** [27] - 42:14, 42:21, 42:22, 58:16, 58:17, 58:20, 58:21, 58:23, 59:9, 59:17, 59:22, 60:21, 60:24, 61:5, 88:7, 88:11, 88:14, 93:22, 93:24, 94:4, 94:8, 94:9, 94:17, 100:12, 105:12, 105:18, 106:4
**own** [5] - 20:10, 70:24, 81:20, 97:3, 97:6
**owner** [7] - 36:16, 37:2, 49:23, 50:3, 99:15, 100:21, 100:24
**owners** [2] - 36:21, 100:16

### P

**P.C** [1] - 2:17
**p.m** [7] - 36:9, 61:8, 78:12, 98:25, 106:14
**page** [1] - 92:2
**PAGE** [4] - 108:3, 108:7, 109:4, 111:5
**PAGOADA** [1] - 1:5
**paid** [48] - 25:14, 25:21, 26:16, 26:21, 27:12, 27:22, 29:12, 30:8, 36:13, 42:6, 42:11, 42:14, 42:21, 42:22, 44:15, 56:25, 57:4, 57:7, 57:20, 57:21, 58:12, 58:15, 58:20, 58:24, 60:21, 60:23, 61:5, 62:8, 67:24, 88:2, 88:5, 88:10, 88:25, 89:2, 94:5, 94:20, 94:24, 94:5, 95:21, 95:24, 96:4, 96:15, 96:21, 96:23, 97:10, 100:3, 100:5, 105:18
**paper** [1] - 85:21
**papers** [5] - 38:24, 38:25, 49:9, 101:21
**parents** [1] - 53:13

**parm** [1] - 65:3
**parmigiana** [1] - 65:5
**particular** [1] - 73:6
**parties** [2] - 3:5, 110:13
**pass** [1] - 39:24
**Patrick** [4] - 13:21, 47:14, 68:10, 98:22
**PATRICK** [1] - 2:8
**pATRICK** [1] - 2:11
**Patrick's** [2] - 78:4, 78:7
**PAVING** [1] - 1:11
**paving** [2] - 37:22, 37:25
**Paving** [39] - 25:5, 25:7, 25:12, 26:14, 27:6, 27:9, 27:11, 28:7, 28:18, 29:18, 31:4, 31:20, 33:18, 33:24, 35:8, 35:25, 36:2, 36:14, 36:17, 36:21, 42:15, 47:19, 49:18, 49:23, 50:3, 50:11, 56:8, 58:9, 58:21, 61:25, 62:9, 75:24, 76:15, 80:25, 84:3, 84:9, 84:15, 105:10, 108:17
**pay** [38] - 17:11, 21:5, 21:7, 29:4, 29:9, 30:11, 30:18, 31:3, 31:11, 31:18, 35:8, 35:9, 44:19, 44:20, 56:17, 56:20, 57:22, 59:6, 59:20, 61:10, 63:12, 73:18, 77:18, 78:23, 79:13, 85:2, 87:15, 87:17, 88:4, 88:11, 93:22, 95:6, 97:5, 100:11, 105:13, 105:17, 108:14, 108:21
**paycheck** [7] - 27:25, 56:14, 56:17, 87:5, 87:9, 88:11, 88:19
**paychecks** [3] - 35:20, 35:24, 44:14
**payments** [1] - 56:7
**pays** [1] - 20:2
**penalties** [2] - 17:18, 17:22
**people** [2] - 40:6, 48:25
**pepper** [1] - 41:2
**per** [7] - 24:2, 25:16, 25:17, 29:4, 29:7, 60:3, 94:19
**PEREZ** [1] - 1:7
**perhaps** [1] - 106:9

**permanent** [1] - 57:24
**permit** [1] - 32:11
**person** [2] - 37:2, 55:25
**perusing** [3] - 5:21, 83:4, 84:20
**phonetic** [1] - 20:22
**phonetic)** [1] - 20:23
**picture** [1] - 55:18
**Pioneer** [20] - 26:7, 26:8, 28:18, 28:20, 28:25, 29:14, 57:5, 77:19, 77:25, 78:24, 79:10, 79:14, 80:7, 80:22, 81:3, 83:9, 83:13, 83:15, 108:21, 108:23
**pizza** [2] - 64:20, 64:22
**place** [2] - 1:23, 74:19
**places** [1] - 69:8
**Plaintiffs** [5] - 1:8, 1:19, 2:4, 2:9, 2:13
**plane** [1] - 12:20
**plastic** [1] - 65:22
**play** [5] - 41:8, 62:23, 71:16, 72:6, 72:9
**PLLC** [1] - 2:4
**pollo** [2] - 64:12, 69:11
**pot** [1] - 66:16
**pound** [1] - 67:5
**pounds** [3] - 66:24, 66:25
**PRACELIS** [1] - 1:4
**Practice** [1] - 1:21
**precooked** [1] - 66:23
**preparation** [1] - 9:4
**prepare** [4] - 8:22, 9:7, 45:10, 49:10
**prepared** [1] - 8:24
**present** [1] - 15:10
**PRESENT** [3] - 2:6, 2:15, 2:23
**pressure** [2] - 68:4, 68:11
**pretty** [3] - 10:3, 13:19, 37:6
**prevailing** [17] - 57:16, 57:19, 58:3, 58:6, 58:8, 62:10, 62:13, 62:16, 87:23, 88:2, 88:5, 89:8, 97:13, 97:15, 97:17, 97:18, 97:20
**problem** [6] - 7:6, 8:13, 8:15, 42:2, 42:4,

78:10
**problems** [1] - 78:17
**Professional** [1] - 1:24
**project** [2] - 38:19, 38:22
**projects** [1] - 38:15
**promise** [1] - 75:13
**provide** [8] - 6:11, 6:20, 8:3, 15:5, 16:21, 19:21, 20:7, 31:20
**provided** [2] - 10:9, 85:20
**Public** [3] - 1:25, 107:22, 110:3
**pulling** [1] - 10:3
**pursuant** [1] - 1:20
**put** [9] - 35:18, 40:8, 63:15, 63:18, 63:19, 66:16, 79:18, 80:5, 105:25
**puts** [1] - 66:3
**putting** [1] - 44:2

### Q

**questions** [3] - 4:4, 6:8, 6:12
**QUINTANILLA** [5] - 1:3, 1:5, 1:19, 107:8, 107:17
**Quintanilla** [3] - 4:16, 4:25, 108:4
**Quintanilla's** [18] - 5:13, 32:23, 73:18, 75:23, 77:6, 78:23, 80:7, 82:18, 84:14, 108:8, 108:12, 108:16, 108:19, 108:21, 108:23, 109:5, 109:8
**QUINTEROS** [1] - 1:6

### R

**rain** [8] - 48:4, 48:15, 48:18, 48:19, 48:20, 60:8, 89:22, 91:7
**rained** [5] - 48:9, 48:12, 60:5, 73:9, 89:23
**raise** [9] - 27:14, 27:15, 28:8, 28:13, 28:14, 37:9, 37:11, 51:24, 83:12
**raises** [1] - 100:6
**rake** [1] - 28:21
**raker** [1] - 28:25

**rare** [3] - 40:12, 52:5, 57:23
**rarely** [1] - 47:24, 51:9
**read** [2] - 35:14, 107:9
**ready** [1] - 39:21, 41:17
**Real** [1] - 71:12
**really** [23] - 13:18, 16:5, 20:23, 22:17, 40:10, 53:22, 54:23, 55:25, 68:2, 68:3, 68:19, 69:19, 73:3, 74:25, 78:4, 81:12, 81:15, 85:18, 91:2, 91:5, 93:10, 94:15, 105:21
**reason** [5] - 63:8, 97:22, 98:4, 100:25, 101:5
**REASON** [10] - 111:7, 111:9, 111:11, 111:13, 111:15, 111:17, 111:19, 111:21, 111:23, 111:25
**reasons** [2] - 105:9, 111:4
**received** [8] - 44:14, 56:9, 76:18, 76:24, 85:3, 85:8, 85:11, 106:4
**recess** [7] - 5:8, 10:13, 28:23, 32:20, 36:8, 78:11, 98:24
**recognize** [1] - 5:20
**record** [8] - 4:15, 10:2, 10:8, 13:20, 12:23, 107:12, 107:13, 110:9
**referring** [1] - 14:21
**reflect** [5] - 10:3, 10:9, 13:21, 13:24, 87:17
**regular** [2] - 58:4, 62:11
**regularly** [1] - 60:8
**related** [1] - 110:12
**remember** [38] - 11:11, 11:20, 14:16, 14:25, 15:15, 23:3, 23:10, 23:22, 24:4, 26:8, 38:14, 38:16, 38:18, 38:21, 39:5, 45:24, 46:5, 49:8, 54:24, 60:17, 60:19, 60:20, 61:4, 61:17, 61:19, 61:22, 62:17, 62:24, 74:13, 74:16,

74:17, 74:18, 74:19, 74:20, 80:24, 85:19, 97:19, 97:21
**rent** [3] - 20:11, 20:12, 21:6
**repay** [1] - 100:9
**report** [4] - 45:10, 49:9, 49:11, 85:9
**Reporter** [1] - 1:24
**represents** [1] - 85:2
**required** [1] - 6:11
**reserved** [1] - 3:10
**respect** [4] - 81:23, 81:25, 82:6, 82:8
**respected** [1] - 86:11
**respecting** [1] - 82:14
**respective** [1] - 3:5
**respond** [2] - 6:25, 98:19
**response** [3] - 27:19, 31:24, 88:21
**responsible** [1] - 104:23
**rest** [2] - 43:25, 79:17
**rethink** [1] - 62:25
**return** [2] - 64:7, 68:25
**returned** [1] - 24:24
**returns** [3] - 80:17, 85:10, 85:13
**review** [2] - 14:15, 16:13
**rice** [9] - 64:10, 65:13, 66:13, 66:14, 66:15, 66:18, 66:21, 66:22, 69:12
**RIVERA** [1] - 1:5
**Road** [1] - 2:9
**RODRIGUEZ** [1] - 1:6
**roller** [2] - 30:6, 30:7
**Rubbermaid** [1] - 66:2
**Rules** [1] - 1:21

---

# S

**sacred** [1] - 52:19
**safe** [1] - 22:3
**salad** [2] - 64:11, 65:13
**salt** [2] - 41:2, 68:7
**Salvador** [7] - 12:10, 12:12, 19:10, 19:19, 19:22, 20:3, 20:8
**Salvadorian** [1] - 81:20

**Salvadorians** [1] - 33:10
**sand** [2] - 39:16, 101:23
**sandwich** [13] - 12:2, 12:4, 13:5, 40:15, 40:21, 64:14, 64:15, 64:18, 69:21, 69:23, 96:9, 97:8, 97:16
**sandwiches** [2] - 40:3, 40:7
**Saturday** [1] - 47:10
**Saturdays** [3] - 47:22, 47:23, 48:3
**SAUL** [1] - 2:20
**sausage** [1] - 41:4
**saved** [1] - 63:16
**saw** [4] - 40:8, 49:10, 70:16, 71:19
**schedule** [3] - 102:5, 102:8, 102:11
**school** [1] - 21:8
**sealing** [1] - 3:6
**season** [3] - 37:23, 37:25, 89:24
**Security** [1] - 31:21, 32:3, 32:4, 32:7, 32:9, 32:10, 32:12, 32:23, 33:6, 33:13, 33:15, 61:12, 108:12
**see** [16] - 5:4, 30:21, 31:17, 32:15, 38:23, 41:7, 41:19, 55:16, 55:17, 55:18, 70:15, 72:2, 73:14, 73:15, 77:18, 89:2
**seem** [1] - 99:20
**send** [1] - 20:9
**seniority** [1] - 48:2
**separate** [1] - 53:19
**set** [3] - 82:24, 110:6, 110:16
**settlement** [4] - 102:25, 103:10, 103:19, 104:18
**seven** [4] - 19:16, 21:10, 24:14, 59:4
**seventeen** [1] - 19:20
**shall** [1] - 3:10
**SHEET** [1] - 111:2
**shop** [7] - 39:11, 101:12, 101:14, 101:23, 101:24, 102:3
**shopping** [4] - 20:16, 96:24, 97:4, 97:7
**shoveling** [1] - 25:13
**show** [12] - 5:17, 10:19, 33:3, 42:21, 42:22, 73:22, 77:10,

79:3, 82:23, 84:18, 88:14, 105:17
**showed** [3] - 44:15, 45:7, 106:3
**showing** [1] - 76:3
**shows** [1] - 80:21
**si** [2] - 23:13, 96:5
**sick** [1] - 68:12
**side** [2] - 45:12, 45:16
**signed** [2] - 3:13, 3:16
**Signed** [1] - 107:20
**sit** [1] - 68:13
**site** [7] - 34:11, 34:15, 34:25, 43:5, 43:10, 43:17, 68:24
**sites** [1] - 41:8
**six** [3] - 24:14, 47:17, 59:4
**sixty** [3] - 22:4, 22:7, 22:8
**size** [1] - 67:3
**skinny** [1] - 16:2
**slip** [1] - 85:21
**slow** [2] - 90:20, 91:3
**slowed** [1] - 83:17
**small** [4] - 43:7, 51:25, 64:3, 66:24
**smart** [1] - 33:12
**smile** [1] - 14:2
**smiling** [1] - 13:24
**sneakers** [1] - 22:22
**snow** [5] - 90:4, 90:6, 90:8, 90:14, 90:18
**snowed** [1] - 90:16
**soccer** [7] - 41:8, 71:10, 71:15, 71:16, 71:23, 72:6, 72:9
**Social** [1] - 31:21, 32:3, 32:4, 32:6, 32:8, 32:10, 32:12, 32:23, 33:6, 33:13, 33:15, 61:11, 108:12
**someday** [1] - 22:4
**someplace** [1] - 69:22
**sometime** [1] - 21:23
**sometimes** [41] - 8:14, 34:24, 38:2, 38:3, 38:4, 43:18, 44:3, 44:18, 47:14, 47:21, 48:10, 48:18, 53:17, 58:15, 58:17, 58:18, 59:3, 60:10, 60:11, 64:10, 65:15, 72:19, 72:25, 73:2, 88:12, 88:13, 88:15, 88:18, 88:19, 89:4, 89:5, 89:16, 89:18,

89:19, 89:21, 90:5, 90:8, 94:2, 94:3, 94:14
**son** [5] - 17:13, 22:12, 100:16, 100:17, 101:2
**sorry** [3] - 74:22, 75:17, 75:20
**spackle** [2] - 24:18, 57:2
**Spain** [1] - 71:25
**Spanish** [5] - 4:2, 4:5, 4:6, 15:25, 69:10
**speaks** [2] - 15:24, 16:9
**spelled** [1] - 19:2
**sport** [1] - 71:15
**sports** [1] - 71:5, 71:7, 71:8
**ss** [1] - 107:5
**stack** [1] - 77:10
**start** [3] - 42:24, 44:5, 91:3
**started** [10] - 11:15, 11:21, 25:2, 25:6, 29:6, 31:19, 57:13, 57:14, 59:2, 85:17
**State** [1] - 1:25, 107:22, 110:4
**state** [1] - 4:14
**STATE** [1] - 107:4
**STATES** [1] - 1:2
**States** [2] - 12:17, 21:9, 71:21
**stay** [2] - 90:9, 95:14
**stays** [1] - 67:16
**stew** [1] - 65:16
**still** [5] - 23:19, 26:9, 27:4, 72:14, 72:18
**STIPULATED** [3] - 3:3, 3:8, 3:12
**stole** [1] - 51:18
**stop** [3] - 63:10, 96:2, 96:13
**stopped** [3] - 38:7, 90:18, 95:8
**store** [1] - 20:20
**stories** [1] - 92:2
**story** [1] - 92:14
**street** [1] - 18:9
**stub** [8] - 35:13, 35:16, 45:4, 56:18, 73:18, 74:8, 87:15, 108:14
**stubs** [32] - 30:18, 31:3, 31:11, 31:18, 44:20, 44:24, 45:7, 56:20, 63:13, 75:23, 76:7, 76:13, 76:14, 76:16, 76:17, 76:23,

77:2, 77:6, 77:13, 77:14, 77:16, 77:19, 78:23, 79:9, 79:13, 87:17, 88:17, 105:17, 105:22, 108:16, 108:19, 108:21
**stuffed** [1] - 64:25
**subject** [1] - 17:22
**subscribed** [1] - 107:20
**sue** [3] - 50:10, 100:10, 100:13
**sUFFOLK** [1] - 1:11
**Suffolk** [49] - 25:5, 25:7, 25:11, 26:9, 26:11, 26:13, 27:4, 27:6, 27:9, 27:11, 28:7, 28:18, 29:18, 31:4, 31:20, 33:17, 33:24, 35:8, 35:25, 36:2, 36:14, 36:16, 36:21, 42:15, 47:19, 49:5, 49:14, 49:18, 49:23, 50:3, 50:10, 56:8, 58:9, 58:21, 61:25, 62:9, 75:24, 76:15, 80:25, 81:2, 81:4, 81:6, 84:3, 84:9, 84:14, 84:21, 105:10, 108:16, 109:9
**SUFFOLK** [1] - 1:11
**suing** [11] - 91:9, 92:16, 93:3, 93:9, 93:14, 93:17, 99:2, 99:9, 99:11, 100:20, 105:10
**suit** [1] - 17:7
**Sunday** [1] - 47:10
**Sunrise** [2] - 1:16, 2:18
**supposed** [10] - 31:9, 59:4, 59:8, 59:16, 59:21, 74:20, 91:7, 96:2, 97:5, 104:22
**supposedly** [1] - 104:4
**sweets** [3] - 67:25, 68:5, 68:6
**swore** [1] - 17:14
**sworn** [5] - 3:14, 3:16, 4:3, 4:9, 110:6

# T

**tax** [4] - 80:17, 83:5, 85:10, 85:13
**taxes** [2] - 80:16, 80:20

**team** [1] - 71:11
**teasing** [1] - 55:22
**telephone** [3] - 73:11, 102:10, 102:12
**ten** [4] - 59:5, 66:24, 95:9, 101:25
**testified** [4] - 4:11, 34:14, 34:23, 93:23
**testify** [4] - 8:6, 8:10, 93:24
**testifying** [1] - 61:4
**TESTIMONY** [1] - 108:2
**testimony** [5] - 43:23, 107:10, 107:12, 110:5, 110:9
**Testimony** [1] - 1:22
**THAT** [3] - 110:5, 110:8, 110:14
**THE** [6] - 18:25, 22:20, 32:19, 78:10, 106:8, 106:12
**theirs** [1] - 40:9
**they've** [1] - 84:7
**thick** [1] - 10:4
**thirteen** [1] - 19:20
**three** [3] - 37:11, 37:13, 43:7
**TO** [1] - 108:2
**today** [12] - 6:5, 8:23, 9:2, 9:11, 11:24, 17:4, 17:6, 17:15, 63:22, 91:6, 98:12, 106:7
**today's** [4] - 5:19, 10:21, 73:23, 82:25
**together** [8] - 53:18, 53:21, 68:23, 70:22, 72:11, 91:17, 92:5, 95:20
**took** [1] - 7:12
**tortillas** [1] - 66:12
**totally** [1] - 41:17
**TPS** [1] - 33:9
**track** [2] - 44:9, 60:12
**transcript** [3] - 107:9, 107:11, 110:8
**treat** [1] - 99:25
**treated** [6] - 37:6, 41:23, 42:8, 84:7, 84:10, 99:23
**TRIAL** [1] - 1:18
**trial** [1] - 3:11
**trip** [1] - 36:10
**trouble** [1] - 52:21
**trucks** [2] - 41:15, 101:15
**true** [6] - 22:19, 84:24, 86:18, 107:11, 107:14, 110:8

**truth** [4] - 17:15, 17:18, 18:19, 42:17
**truthfully** [1] - 8:7
**trying** [1] - 75:2
**TULIO** [1] - 1:6
**Tupperware** [2] - 65:21, 65:25
**twelve** [2] - 12:13, 59:5
**twenty** [8] - 62:3, 66:25, 67:5, 72:23, 72:24, 95:13, 95:14
**twenty-five** [3] - 62:3, 72:24, 95:14
**twenty-five-pound** [1] - 67:5
**twice** [1] - 48:16
**two** [18] - 7:21, 15:13, 19:4, 19:10, 19:12, 43:7, 44:19, 48:18, 52:2, 53:20, 58:18, 58:19, 61:6, 61:7, 72:8, 94:2, 94:3, 94:7
**type** [1] - 9:10
**types** [1] - 66:24
**typical** [1] - 31:12

# U

**Uncle** [2] - 66:19, 66:22
**under** [3] - 7:2, 106:10, 107:10
**understood** [4] - 6:15, 6:22, 15:6, 90:15
**unemployment** [3] - 37:20, 38:8, 38:10
**union** [2] - 35:5, 35:7
**Uniondale** [6] - 4:18, 18:6, 18:7, 18:11, 31:15, 51:7
**United** [3] - 12:16, 21:9, 71:21
**UNITED** [1] - 1:2
**until..** [1] - 22:11
**unusual** [1] - 72:16
**up** [6] - 48:10, 51:15, 52:3, 52:7, 61:8, 67:14
**upset** [2] - 48:25, 75:8

# V

**vary** [1] - 41:5
**Vecchia** [6] - 36:17, 37:3, 49:18, 49:22,

50:2, 103:9
**VECCHIA** [3] - 1:11, 1:12
**Vecchia's** [1] - 99:3
**VEGA** [1] - 1:6
**verbal** [3] - 27:19, 31:24, 88:21
**voluntarily** [1] - 28:17

# W

**W-2** [7] - 80:7, 80:16, 84:14, 84:22, 108:23, 109:6, 109:9
**W-2s** [1] - 82:18
**wage** [17] - 57:17, 57:19, 58:4, 58:6, 58:8, 62:10, 62:13, 62:16, 87:24, 88:3, 88:5, 89:8, 97:13, 97:15, 97:17, 97:18, 97:20
**wait** [2] - 70:8, 101:19
**waited** [1] - 96:17
**waiting** [2] - 41:15, 41:18
**waived** [1] - 3:7
**WALLACE** [1] - 2:13
**wallet** [1] - 10:4
**WALTER** [1] - 1:4
**warm** [1] - 67:16
**wash** [3] - 46:19, 46:21, 46:25
**weather** [1] - 48:17
**week** [27] - 9:3, 25:24, 26:2, 45:5, 45:6, 46:21, 47:19, 48:5, 48:10, 48:16, 48:19, 56:14, 59:9, 59:23, 60:4, 87:5, 87:8, 87:11, 87:13, 87:20, 94:10, 94:16, 94:18, 94:19, 97:4, 100:3, 100:5
**weekend** [5] - 46:2, 46:25, 47:7, 48:11, 96:25
**weekends** [6] - 45:17, 46:8, 46:13, 46:18, 46:24, 47:15
**West** [1] - 2:10
**whatsoever** [1] - 39:3
**WHEREOF** [1] - 110:16
**white** [2] - 40:22, 52:16

**whites** [1] - 40:23
**whole** [1] - 40:10
**why..** [1] - 103:5
**wife** [7] - 17:13, 99:3, 99:9, 100:13, 100:15, 100:17, 101:6
**wish** [1] - 111:3
**WITNESS** [6] - 32:19, 78:10, 106:8, 106:12, 108:3, 110:16
**witness** [9] - 13:22, 32:16, 74:2, 76:6, 79:7, 80:13, 103:15, 110:5, 110:10
**Witness** [1] - 4:9
**woman** [9] - 15:20, 18:15, 20:13, 54:7, 55:3, 55:8, 55:12, 55:19, 66:3
**woman's** [1] - 18:23
**women** [2] - 18:17, 55:13
**worksite** [2] - 43:4, 95:15
**world** [2] - 55:3, 55:9

# Y

**yard** [9] - 33:25, 34:4, 34:12, 34:18, 68:24, 73:8, 96:12, 102:15, 102:19
**year** [10] - 11:18, 11:20, 21:10, 21:11, 23:11, 23:12, 37:9, 85:15, 85:16, 100:7
**years** [11] - 11:12, 11:19, 12:13, 23:5, 37:14, 52:2, 82:19, 83:6, 105:23, 109:6
**yelled** [1] - 41:20
**YORK** [2] - 1:2, 107:4
**York** [17] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:19, 12:23, 12:25, 18:12, 24:23, 24:24, 71:18, 107:22, 110:4
**young** [1] - 68:11
**younger** [2] - 51:22, 51:23
**yourself** [1] - 34:8

# Z

**ZABELL** [25] - 2:17, 2:20, 4:13, 5:6, 5:10, 10:2, 10:8, 13:20,

9

14:2, 22:19, 28:22,
31:11, 31:17, 32:17,
33:12, 36:6, 86:3,
98:22, 103:16,
103:22, 104:3,
104:12, 106:6, 106:9,
106:13

**Zabell** [1] - 108:4