1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    _____X

4    NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR
     AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.
5    MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,
     JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS
6    ESCALANTE, KEVIN GALEANO, LERLY NOE RODRIGUEZ,
     JOSE VEGA CASTILLO, JUAN QUINTEROS, and MARCUS
7    TULIO PEREZ,

8                              Plaintiffs,

9         -against-

10   SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
     LOUIS VECCHIA, CHRISTOPHER VECCHIA, HELENE
11   VECCHIA, and JOHN DOES 1-5,

12                             Defendants.
     _____x
13
                             October 6, 2011
14                           12:30 p.m.

15                           4875 Sunrise Highway
                             Bohemia, New York
16

17

18        EXAMINATION BEFORE TRIAL of KEVIN GALEANO,

19   one of the Plaintiffs herein, taken by the

20   Defendants, pursuant to Order, held at the

21   above-mentioned time and place, before MICHELLE

22   ADAMO, a Notary Public of the State of New York.

23

24

25

                                                                    2

1

2      A P P E A R A N C E S :

3

4           LAW OFFICES OF LAUREN GOLDBERG, PLLC
            Attorneys for Plaintiffs
5                501 Fifth Avenue
                 New York, New York 10017
6
                 (NOT PRESENT)
7

8
            LAW OFFICES OF PATRICK E. McNAMARA
9           Co-Counsel for Plaintiffs
                 868 Little East Neck Road
10               West Babylon, New York 11704

11          BY:  PATRICK McNAMARA, ESQ.

12

13          LAW OFFICES OF IAN WALLACE
            Co-Counsel for Plaintiffs
14               501 Fifth Avenue
                 New York, New York 10017
15
                 (NOT PRESENT)
16

17
            ZABELL & ASSOCIATES, P.C.
18          Attorneys for Defendants
                 4875 Sunrise Highway
19               Bohemia, New York 11716

20          BY:  SAUL ZABELL, ESQ.

21

22

23      ALSO PRESENT:

24      Steven Rinaldi - Spanish Interpreter

25

3

```
 1

 2                    S T I P U L A T I O N S

 3

 4            IT IS HEREBY STIPULATED AND AGREED

 5       by and between the attorneys for the

 6       respective parties herein, that filing,

 7       sealing and certification be and the same

 8       are hereby waived.

 9

10            IT IS FURTHER STIPULATED AND AGREED

11       that all objections, except as to the form

12       of the question shall be reserved to the

13       time of the trial.

14

15            IT IS FURTHER STIPULATED AND AGREED

16       that the within deposition may be signed

17       and sworn to before any officer authorized

18       to administer an oath, with the same force

19       and effect as if signed and sworn to before

20       the Court.

21

22

23

24

25
```

4

```
 1
 2    S T E V E N   R I N A L D I, the Spanish
 3           Interpreter herein, was duly sworn to
 4           interpret the questions from English into
 5           Spanish and the answers from Spanish into
 6           English to the best of his ability:
 7    K E V I N   G A L E A N O, the Witness herein,
 8           having been duly sworn through the
 9           Interpreter, was examined and testified
10           as follows:
11    EXAMINATION BY
12    MR. ZABELL:
13           Q     State your name for the record,
14    please.
15           A     Kevin Galeano.
16           Q     State your address for the record,
17    please.
18           A     ████████████████████████████
19    ████████████
20           Q     Who are you?
21           A     Kevin Galeano.
22           Q     How do I know that?
23           A     Pardon me?
24           Q     How do I know that is who you
25    really are?
```

```
 1                          K. Galeano

 2          A       That is my name.

 3          Q       Do you have a driver's license?

 4          A       No.

 5          Q       Any identification?

 6          A       Yes.

 7          Q       May I see it?

 8          A       Yes.  (Handing.)

 9          Q       That's it?

10          A       Yes.

11          Q       Nothing else?

12          A       No.

13          Q       Why is this so hot?

14          A       I had it in my pocket.

15          Q       You're a skinny guy, you can't

16   generate that much heat.

17          A       I was sitting on it.

18          Q       Let's me make a copy, okay?

19          A       Okay.

20                  (Mr. Galeano's passport was marked

21             as Defendants' Exhibit 1 for

22             identification, as of this date.)

23          Q       Mr. Galeano, if that's your real

24   name --

25                  MR. MCNAMARA:  Objection.
```

6

```
 1              K. Galeano
 2       Q      -- I'm going to show you a
 3  document that I'm identifying as Defendants'
 4  Exhibit 1 for today's date.
 5              Do you know what that is?
 6       A      (Perusing.)  Yes.
 7       Q      It's a copy of your passport, is
 8  it not?
 9       A      Yes.
10       Q      ███████████████████████████
11       A      Yes.
12       Q      ███████████████████████████
13  ████████████████████████████
14       A      ██████████████████
15       Q      ████████████████████
16              ████████████████████████████
17  ██████████████████████████
18              MR. MCNAMARA:  Objection.
19       A      Because.
20       Q      I'm confused.
21              MR. MCNAMARA:  Objection.
22       A      ████████████
23         █    ████████████████████████████
24  ████████████████████████████████
25    █████████
```

7

K. Galeano

2      A      ███████████████████████

3      ████████

4      Q      ████████████████████████

5      ███████████████████████

6            MR. MCNAMARA:  Objection.

7            I'm instructing the witness not to

8      answer, pursuant to the protection order.

9            MR. ZABELL:  I'm not asking about

10     his immigration status.

11           MR. MCNAMARA:  I have a good faith

12     belief that his answers could lead to

13     issues regarding his immigration status,

14     and I am asking the witness not to

15     answer.

16           MR. ZABELL:  You don't have that

17     right to.  He has to answer this

18     question.  If I proceed further, then you

19     might have a right to object.

20     A      What was the previous question?

21           (Whereupon, the requested

22     testimony was read back by the court

23     reporter.)

24     Q      Answer the question.

25     A      Yes.

8

```
 1                        K. Galeano

 2          Q       That doesn't sound right to me,

 3     does it?

 4                  MR. MCNAMARA:  Objection.

 5          Q       Go ahead, answer.

 6          A       I don't know if I can answer the

 7     question.  That's an immigration question that

 8     you're asking me.

 9          Q       I don't understand what you're

10     saying.

11                  MR. MCNAMARA:  Counsel, I'm asking

12             you to move on.  He's not going to answer

13             this question any further, pursuant to

14             the protective agreement, and I will ask

15             that you move on.

16          Q       You can answer.

17                  MR. MCNAMARA:  Objection.

18                  Don't answer the question.

19          Q       ██████████████████████████████

20     █████████

21          A       I██████████

22          Q       ████████████████████

23          A       █.

24          Q       █████████████████

25                  MR. MCNAMARA:  Objection.
```

9

```
 1                    K. Galeano
 2        Q       Go ahead, answer.
 3        A       ████████████████████
 4    ██████
 5        Q       ██████████████████
 6    ███████████████████████████████
 7    ███████████████████████████████
 8    █████████████████████
 9                MR. MCNAMARA:  Objection.
10        Q       Look at me.  Don't lie.
11        A       I'm not lying.
12        Q       You just did.  Let's go through
13    some ground rules.
14                You understand that you're at a
15    deposition, right?
16        A       Yes.
17        Q       At this deposition, I'm going to
18    be asking you questions.
19                Do you understand that?
20        A       Yes.
21        Q       You have an obligation to provide
22    answers to the questions that I ask you.
23                Do you understand that?
24        A       Yes, I understand.
25        Q       If you do not understand a
```

10

```
 1                      K. Galeano

 2    question that I ask you, you have an obligation

 3    to tell me that you do not understand that

 4    question.

 5                 Do you understand that?

 6         A     Yes, I understand.

 7         Q     If you provide an answer to a

 8    question that I ask you, it will be assumed that

 9    you understood that question.

10                 Do you understand that?

11         A     Yes, I understand.

12         Q     Do you understand that you're

13    under oath?

14         A     Yes, I understand.

15         Q     If you lie here at this

16    deposition, it is no different than lying under

17    sworn testimony in a Court of Law.

18                 Do you understand?

19         A     Yes.

20         Q     There may be criminal penalties

21    for doing so.

22                 Do you understand that?

23         A     Yes, I understand.

24         Q     How did you get here today?

25         A     By car.
```

11

```
 1                        K. Galeano
 2          Q       Did you drive?
 3                  MR. MCNAMARA:  Objection.
 4          Q       Answer the question.
 5          A       Yes.
 6          Q       ███████████████████████
 7                  MR. MCNAMARA:  Objection.
 8          A       ████████████████
 9          Q       Do you routinely break the law?
10          A       Yes, I understand.
11          Q       Do you routinely break the law;
12    yes or no?
13                  MR. MCNAMARA:  Objection.
14          A       I can't answer that.
15          Q       Why can't you?
16          A       ████████████████████████████
17    ██████
18          Q       How so?
19                  MR. MCNAMARA:  Objection.
20          A       ████████████████████
21    ██████████
22          Q       ████████████████████
23    ████████████████████████████
24    ██████
25                  MR. MCNAMARA:  Objection.
```

12



```
 1                    K. Galeano
 2        Q     Correct?
 3        A     Correct.
 4        Q
 5
 6              MR. MCNAMARA:  Objection.
 7        A
 8
 9        Q
10        A          .
11        Q
12
13              MR. MCNAMARA:  Objection.
14        A
15
16        Q
17
18              MR. MCNAMARA:  Objection.
19        A          .
20        Q
21
22        A          .
23        Q
24
25              MR. MCNAMARA:  Objection.
```

13

1        K. Galeano

2        A        Can I ask a question?

3        Q        No.  You have to answer my

4 questions.  You're not here to ask questions.

5                 Other than saying you refuse on

6 the grounds that you might incriminate yourself,

7 you must provide an answer to the questions that

8 I ask you.

9        A        I don't understand the question.

10       Q        ████████████████████████

11 ████████████████████

12                MR. MCNAMARA:  Objection.

13       A        ███████████████

14       Q        ████████████████████

15 █████

16                MR. MCNAMARA:  Objection.

17       A        ██████████████████

18       Q        ████████████████████████

19 █████████████████████████

20 █████

21                MR. MCNAMARA:  Objection.

22       A        ████████████████████████

23 ████████████████████████████

24 ███████████████████

25       Q        ████████████████████████

14

 1                        K. Galeano

 2    ███████████████████

 3                  MR. MCNAMARA:  Objection.

 4        A     I can't answer that question.

 5        Q     You don't have a choice, you must

 6    answer that question.

 7                  MR. MCNAMARA:  I want to have all

 8            questions regarding Social Security

 9            numbers and answers arriving therefrom to

10            be marked as confidential.

11                  MR. ZABELL:  I object to that

12            designation, and Counsel, there is a

13            manner in which you may appropriately

14            follow the steps to test the validity of

15            your designation.

16                  MR. MCNAMARA:  Yes.

17                  MR. ZABELL:  You have now been

18            provided with notice.

19                  MR. MCNAMARA:  Yes, thank you.

20        Q     Answer the question now.

21        A     No, I can't answer the question.

22        Q     Why can't you answer the question?

23        A     ██████████████████████

24    ████████

25        Q     ██████████████████████

15

1              K. Galeano

2    ████████████████

3              MR. MCNAMARA:  Objection.

4    A    I don't remember.

5    Q    ████████████████████████

6    ████████████████████████

7              MR. MCNAMARA:  Objection.

8    A    ████████████████████████

9    ████████

10             MR. MCNAMARA:  Objection.

11   A    I don't remember.

12   Q    More or less?

13   A    I don't remember.

14             MR. MCNAMARA:  Objection.

15   Q    ████████████████████

16   ██████████████████████████████

17   ████████████

18   A    █.

19   Q    ████████████████████

20             MR. MCNAMARA:  Objection.

21   A    I don't remember.

22   Q    ████████████████████

23             MR. MCNAMARA:  Objection.

24   A    No, I don't remember.

25   Q    ████████████████

16

```
 1              K. Galeano
 2       A      █.
 3       Q      You know, nobody believes you when
 4   you say you don't remember.
 5              MR. MCNAMARA:  Objection.
 6       A      I'm not lying.
 7       Q      We know you're lying.
 8       A      I'm not lying.
 9              MR. MCNAMARA:  Objection.
10       Q      ████████████████████
11   ████████████████████████████████
12   ████████████████
13              MR. MCNAMARA:  Objection.
14       A      █.
15       Q      ██████████████████
16   █████████████████████████
17       A      █.
18       Q      Why did you lie?
19              MR. MCNAMARA:  Objection.
20       Q      Why did you lie?
21       A      I am not lying.
22       Q      ████████████████████
23   ████████████████████████
24              MR. MCNAMARA:  Objection.
25       Q      Why did you lie?
```

17

```
 1                      K. Galeano
 2              MR. MCNAMARA:  Objection.
 3       A      No, I'm not lying.
 4       Q      It's clear that you are, and it's
 5  going to be a long day if you deny it.
 6              MR. MCNAMARA:  Objection.
 7       Q      Remember I told you that you're
 8  not allowed to lie, you're under oath?
 9       A      Yes, I do recall.
10       Q      Don't lie to me.
11              MR. MCNAMARA:  Objection.
12       A      I'm not lying.
13       Q      Do you want to apologize for
14  lying?
15              MR. MCNAMARA:  Objection.
16       A      If I have, I say sorry.
17       Q      You have.
18              MR. MCNAMARA:  Objection.
19       Q      You know that now, right?
20       A      No, I haven't lied.
21       Q      ███████████████████████
22  ████████████████████
23              MR. MCNAMARA:  Objection.
24       A      ██████████████████████
25       Q      You don't have a choice, you have
```

                                                          18
1                            K. Galeano

2    to answer these questions.

3            A       I can't answer, because he's

4    asking me questions that don't have to do with

5    the case.

6            Q       You don't get to make that

7    decision.  You understand you're represented by

8    Counsel here, don't you?

9                    MR. MCNAMARA:  Objection.

10           A       Yes.

11           Q       You see that fellow right next to

12   you playing with his phone?

13                   MR. MCNAMARA:  Objection.

14           Q       Do you know him to be your

15   attorney?

16           A       Yes, he says he is.

17           Q       He's here to protect you.  Did you

18   know that?

19           A       Yes, I know that.

20           Q       Unless he tells you not to answer

21   a question, you have no choice, you have to

22   answer the question.

23                   Are we clear on that?

24           A       We're clear.

25           Q       ████████████████████████████████

19

1          K. Galeano

2          ████████████████████████

3          ████████

4                    MR. MCNAMARA:  Objection.

5     A         No, to no employer.

6     Q         Do you want to rethink your answer

7     to that question?

8                    MR. MCNAMARA:  Objection.

9     A         Can I speak to my attorney?

10    Q         After you answer my question.

11                   MR. MCNAMARA:  Objection.

12    A         I cannot answer the question.

13    Q         Why can't you answer the question?

14                   MR. MCNAMARA:  Objection.

15    A         I don't remember any of that.

16    Q         ████████████████████

17    ████████████████████

18                   MR. MCNAMARA:  Objection.

19    A         I don't remember.

20    Q         You don't remember it?

21                   MR. MCNAMARA:  Can we go off the

22    record?

23                   MR. ZABELL:  Because you asked so

24    nicely, yes.

25                       (Whereupon, a discussion was held

20

```
 1                    K. Galeano

 2          off the record.)

 3                MR. MCNAMARA:  I would like to

 4          take a short break and speak to my

 5          client, and we well continue in a little

 6          while.

 7                (Whereupon, a recess was taken

 8          from 12:55 p.m. to 1:09 p.m.)

 9          Q     Mr. Galeano, I show you

10   Defendants' Exhibit 1.

11   ███████████████████████████████████

12   ███████████████████████████████

13                MR. MCNAMARA:  Objection.

14          A     ██████████████████████

15          Q     ████████████████████████████

16   ██████████████████

17                MR. MCNAMARA:  Objection.

18          A     ███████████████████████

19          Q     Do you still have that?

20          A     Yes.

21          Q     Where is that?

22          A     I have that here.

23          Q     Don't you have any other

24   identification while you're digging in your

25   pockets?
```

1                         K. Galeano

2          A      I have the one I mentioned.  This

3     is my clinic card.

4          Q      Continue.  Anything else?

5          A      No.

6          Q      May I see those?

7          A      Yes.  (Handing.)

8                 MR. ZABELL:  I'm going to make

9          copies of these documents.

10                (Whereupon, a short recess was

11         taken.)

12                (Identification card and clinic

13         card for Mr. Galeano were marked as

14         Defendants' Exhibit 2 for identification,

15         as of this date.)

16         Q      Mr. Galeano, I'm going to show you

17    what has been marked for identification as

18    Defendants' Exhibit 2 with today's date.

19                Can you tell me what that is,

20    please?

21         A      This (indicating)?

22         Q      Do you know what that is?

23         A      My documents.

24         Q      Those are the documents that you

25    just provided to me, correct?

22

```
 1                    K. Galeano

 2        A      Yes.

 3        Q      I'll take that back.

 4               Can you tell me where you

 5   currently reside?

 6        A      Can you repeat the question?

 7        Q      I want to know where you currently

 8   reside.

 9        A      The same address I gave, ██████

10   Street.

11        Q      ███████████      where?

12        A      █████████████

13        Q      If I was looking for you and

14   wanted to find you and I knocked on the door at

15   ███████████████████      that is where I

16   would find you?

17               MR. MCNAMARA:  Objection.

18        A      Yes, there.

19        Q      What hours of the day are you

20   usually home?

21               MR. MCNAMARA:  Objection.

22        A      7:00 at night.  During the day,

23   I'm working.  If I am working, you won't find me

24   there.

25        Q      In 2000, when you came to the
```

23

```
 1                      K. Galeano
 2    United States, where did you work?
 3         A      I was working at a factory.
 4         Q      Where?
 5         A      Bohemia.
 6         Q      What was the name of the factory?
 7         A      No, I don't remember.
 8         Q      You don't remember?
 9                MR. MCNAMARA:  Objection.
10         A      I don't remember.
11         Q      Did you get paid by cash or by
12    check?
13         A      By check.
14         Q      Did you cash that check?
15         A      Yes, I cashed it.
16         Q      Where?
17         A      They gave it to me.
18         Q      Who is "they"?
19         A      I don't remember.  It's been a
20    long time.
21         Q      Did the company cash the check for
22    you?
23         A      No, they paid me by check.
24         Q      Where did you take that check to
25    get cashed?
```

24

1                              K. Galeano

2          A        To a check cashing place.

3          Q        Did you have a bank account?

4          A        No.

5          Q        You don't remember the name of

6     that factory?

7          A        No, I don't remember the name of

8     the factory.

9          Q        What did you do at that factory?

10         A        I was like packing things

11    sometimes, lotions or hair products.

12         Q        For how long did you work there?

13         A        One year.

14         Q        How much did you make an hour?

15         A        At that time, it was $5.25.

16         Q        You worked there until 2001?

17         A        Yes.

18         Q        Where did you work in 2001?

19         A        Landscaping.

20         Q        What was the name of the

21    landscaping company that you worked for?

22         A        Herman Brothers, I think.

23         Q        Where were they located?

24         A        They were located in Smithtown,

25    something like that.

25

K. Galeano

2          Q          How long did you work for them?

3          A          One year.

4          Q          Did they pay you by check or by

5    cash?

6          A          They paid me in cash.

7          Q          How much did you receive an hour?

8          A          $9 per hour.

9          Q          Did you report that money on your

10   income tax return?

11         A          No, not that year.

12                    MR. MCNAMARA:  Objection.

13         Q          What about in 2000 when you worked

14   for the factory, did you report that money on

15   your income tax returns?

16                    MR. MCNAMARA:  Objection.

17                    I would like to have all --

18         Q          You can answer.

19         A          No.

20         Q          In 2002, where did you work?

21         A          At the same company where I was

22   working.  Before I said it was for one year, but

23   it was for two.

24         Q          In 2002, you also worked for

25   Herman Brothers?

26

1                         K. Galeano

2          A       Yes.

3          Q       And you also made $9 an hour,

4     correct?

5          A       Yes.

6          Q       You also failed to report income

7     taxes for the year 2002?

8                  MR. MCNAMARA:  Objection.

9                  Questions and answers regarding

10                 the witness' IRS reports and tax records

11                 to be marked as confidential, pursuant to

12                 the confidentiality agreement.

13                 MR. ZABELL:  Your request is

14                 denied.  I believe you have a mechanism

15                 to follow if you wish to designate

16                 documents as confidential.

17                 We oppose that designation.  You

18                 have been notified that we oppose that

19                 designation.  There is a method and

20                 manner for you to test the

21                 appropriateness of your designation, if

22                 you so choose.

23                 You have failed in all respects to

24                 test previous designations and nothing

25                 has been maintained as confidential.

27

1             K. Galeano

2             MR. MCNAMARA:  Thank you, Counsel.

3       Q      You didn't pay taxes on your 2002

4   earnings, did you?

5             MR. MCNAMARA:  Objection.

6       Q      Correct?

7       A      Correct, no, I didn't pay.

8       Q      Where did you work in 2003?

9       A      In Pave-Co, an asphalt company.

10      Q      When did you start working for

11  Pave-Co?

12      A      In 2003, about that, I don't

13  remember the month or the date.

14      Q      How much did you make an hour

15  there?

16      A      They were giving me $16 per hour.

17      Q      That's nice, right?

18      A      Yes.

19      Q      How many hours a week did you work

20  there?

21      A      At Pave-Co?

22      Q      That's what I'm asking you about.

23      A      There were weeks I didn't work,

24  but when I did work, up to fifty hours or

25  fifty-five hours.

28

```
 1                    K. Galeano

 2        Q      And they paid you for all the

 3   hours you worked?

 4        A      Right, correct.

 5        Q      They paid you in check or cash?

 6        A      They paid me by check.

 7        Q      You reported those checks on your

 8   income tax returns, correct?

 9               MR. MCNAMARA:  Objection.

10        A      Yes, correct.

11        Q      ████████████████████████████████

12   ████████████████████████████████████████████

13   ████████

14        A      Yes, that's correct.

15        Q      ██████████████████████████████

16   ████████████████████████

17               MR. MCNAMARA:  Objection.

18        A      ██████████████████████████

19        Q      When you worked at the Bohemia

20   factory in 2000, you had to provide them with a

21   Social Security number, did you not?

22               MR. MCNAMARA:  Objection.

23        A      I don't remember, and I cannot

24   answer that question.

25        Q      Can you not answer that question
```

29

| 1 | K. Galeano |
| 2 | because you don't remember, or is there some |
| 3 | other reason you can't answer it? |
| 4 | MR. MCNAMARA:  Objection. |
| 5 | A    Because I don't remember. |
| 6 | Q    Is that the only reason? |
| 7 | MR. MCNAMARA:  Objection. |
| 8 | A    Yes, the only reason. |
| 9 | Q    For how long did you work for |
| 10 | Pave-Co? |
| 11 | A    2003, 2004, 2005, 2006 and half a |
| 12 | year in 2007. |
| 13 | Q    When was your last day at Pave-Co? |
| 14 | A    I don't remember the last day. |
| 15 | Q    Do you remember the month? |
| 16 | A    Not exactly, but August or |
| 17 | September, something like that. |
| 18 | Q    When you worked for Pave-Co from |
| 19 | 2003 to 2007 or the middle of 2007, you only |
| 20 | worked during paving season, correct? |
| 21 | MR. MCNAMARA:  Objection. |
| 22 | A    Yes. |
| 23 | Q    Paving season was from April to |
| 24 | November, correct? |
| 25 | A    No, earlier, March until December. |

                                                                    30

1                              K. Galeano

2          Q      Every year was March to December?

3          A      Every year.

4          Q      You never started in April if it

5     was cold?

6                 MR. MCNAMARA:  Objection.

7          A      Could you repeat the question?

8          Q      You never started in April if it

9     was cold, is that your testimony?

10         A      I don't remember every year

11    exactly.

12         Q      So you might have started in April

13    sometimes, correct?

14                MR. MCNAMARA:  Objection.

15         A      Truth is, no, I don't know,

16    sometimes March.  There was not a month that we

17    started working.

18         Q      What do you mean, there was not a

19    month that you started working?

20         A      It was not exactly -- we didn't

21    start working every year the same month.

22    Sometimes it was a month before or after.

23         Q      So sometimes it was March and

24    sometimes it was April, correct?

25         A      I couldn't say April, because I

31

```
 1                    K. Galeano

 2    don't remember.

 3         Q      Then sometimes you would end in

 4    November and sometimes you would end in

 5    December, correct?

 6         A      Yes, correct.

 7         Q      At the beginning of the season and

 8    the end, things were much slower than when the

 9    season was in earnest, correct?

10         A      At end of the season, yes, there

11    was less work than during winter.

12         Q      What about the beginning of the

13    season?

14         A      The beginning of the season, the

15    same, and in winter, there was not much work.

16         Q      Where did you work at the end of

17    2007 from August on?

18         A      I was out of work for a few months

19    until I started at Suffolk Paving.

20         Q      When did you start at Suffolk

21    Paving?

22         A      November of 2007.

23         Q      How did you get the job at Suffolk

24    Paving?

25         A      My friends that were working
```

32

                         K. Galeano

1

2    there.

3         Q        Who were your friends?

4         A        Edwin Rivera and Victor

5    Quintanilla -- no, Nelson Quintanilla.

6         Q        Well, which was it, Nelson or

7    Victor?

8         A        Nelson.

9         Q        One of them is nice, one of them

10   not so much.

11                 MR. MCNAMARA:  Objection.

12        A        I don't know which one is nice and

13   which one isn't.

14        Q        How much were you making when you

15   started working for Suffolk Paving in 2007?

16        A        $23, the same salary the whole

17   time I worked there.

18        Q        You received $23 for all of your

19   time at Suffolk Paving, correct?

20        A        That's correct, yes.

21        Q        What did you do for Suffolk

22   Paving?

23        A        What I was doing there at the job?

24        Q        Yes.

25        A        I shovel, I used a rake, a broom,

33

1                        K. Galeano

2    I cut up asphalt with the cutter.

3          Q        You worked there from November

4    2007 until when?

5          A        August of 2009.

6          Q        Why did your employment end in

7    August 2009?

8          A        Louis fired me.

9          Q        Why were you fired?

10         A        For no reason, just because he

11   wanted it -- he just said, go home, go home, go

12   home.

13         Q        Do you know any reason why he

14   fired you?

15         A        My reason that I think is that we

16   were doing a job, and they were not doing it

17   perfectly, and they had a lot of problems.  I

18   think he was feeling frustrated.

19         Q        Do you believe he terminated you

20   in retaliation for this lawsuit?

21         A        I think so.

22         Q        You're suing him for retaliation,

23   correct?

24                  MR. MCNAMARA:  Objection.

25         A        I don't understand the question.

34

```
 1                      K. Galeano

 2         Q       Part of your lawsuit is for money

 3    you lost from August of 2009 forward, correct?

 4                  MR. MCNAMARA:  Objection.

 5         A       No, that is not true.

 6         Q       You're not suing for retaliatory

 7    discharge?

 8                  MR. MCNAMARA:  Objection.

 9         A       No.  I'm suing for the hours he

10    didn't pay us, the overtime that he didn't pay

11    us.

12         Q       You're not suing for anything

13    else?

14                  MR. MCNAMARA:  Objection.

15         A       I cannot answer the question.

16         Q       You have to answer the question.

17    Look at your lawyer.

18                  MR. MCNAMARA:  Objection.

19                  You keep asking it over and over

20             again.

21         Q    Answer the question.

22                  MR. MCNAMARA:  Objection.

23         Q       Answer the question.  You may

24    ignore his objections, just like I do.

25                  Ask him, he'll tell you to ignore
```

35

1                       K. Galeano

2    his objections.  Go ahead, look at him.

3                    MR. MCNAMARA:  You can answer his

4          question.  Although, you answered it in

5          the past.

6                    MR. ZABELL:  Watch your speaking

7          objections, Counsel.  Last warning.

8          Q       Answer the question.

9          A       Could you repeat it, please?

10         Q       You are not suing for any claims

11   of retaliation, are you?

12                   MR. MCNAMARA:  Objection.

13         A       I don't understand the word

14   "retaliation."

15         Q       What do you think the word

16   retaliation means?

17         A       I have no idea.

18                   MR. ZABELL:  I'm asking the

19         interpreter, could he use another word

20         for retaliation?

21                   THE INTERPRETER:  Can we take a

22         short break?

23                   MR. ZABELL:  Yes, of course.

24                   (Whereupon, a recess was taken

25         from 1:35 p.m. to 1:45 p.m.)

36

1         K. Galeano

2              MR. MCNAMARA:  We'll stipulate on

3         the record that Mr. Galeano does not have

4         a claim in this action for retaliation.

5              MR. ZABELL:  Are you saying that

6         any claim that has been asserted for him

7         is now being withdrawn?

8              MR. MCNAMARA:  Yes.  Although, I

9         don't believe there is a claim

10         specifically for Mr. Galeano.

11              MR. ZABELL:  You're withdrawing

12         all claims of retaliation for him?

13              MR. MCNAMARA:  Yes.

14              MR. ZABELL:  Let the record

15         reflect that all claims for retaliation

16         are withdrawn.

17              MR. MCNAMARA:  We'll stipulate to

18         that.

19         Q    Mr. Galeano, did you prepare for

20    this deposition in any way?

21         A    No.

22         Q    Nobody ever says they do.

23              But you did speak to your attorney

24    before this deposition?

25         A    Yes.

```
 1                           K. Galeano

 2          Q      Did you review any documents with

 3   your attorney before this deposition?

 4          A      Documents, no.  Like -- no.

 5          Q      Did you speak to any of your

 6   co-workers at Suffolk Paving before this

 7   deposition?

 8                 MR. MCNAMARA:  Objection.

 9          A      No, I didn't speak to anyone.

10          Q      Didn't you all get together and go

11   to your attorney's office together?

12                 MR. MCNAMARA:  Objection.

13          A      Yes, we were with our attorney.

14          Q      A couple of weeks ago, right?

15          A      Yes.  But they didn't prepare us

16   to say what we have to say over here.

17          Q      I didn't accuse them of doing

18   that.  That would be unlawful.

19                 MR. MCNAMARA:  Objection.

20          Q      I just asked if you prepared for

21   this deposition.

22                 Are you feeling a little guilty?

23                 MR. MCNAMARA:  Objection.

24          Q      Like maybe you did something

25   wrong?
```

38

```
 1                        K. Galeano
 2        A       No, I don't feel guilty.
 3        Q       You don't feel guilty about
 4   breaking the law?
 5                MR. MCNAMARA:  Objection.
 6        A       No, no, I don't think that I have
 7   broken the law.
 8        Q       You just admitted at the beginning
 9   of this deposition that you broke the law.
10                MR. MCNAMARA:  Objection.
11        Q       Don't you remember?
12                MR. MCNAMARA:  Objection.
13        A       Yes, I remember.
14        Q
15
16        A
17
18
19                MR. MCNAMARA:  Objection.
20        A
21
22
23        Q
24
25                MR. MCNAMARA:  Objection.
```



39

```
 1                         K. Galeano
 2              A
 3              Q      When you do, you break the law,
 4      right?
 5                     MR. MCNAMARA:  Objection.
 6              A      Yes.
 7              Q      Do you own a car?
 8              A      No, I don't own a car.
 9              Q      Whose car did you borrow?
10                     MR. MCNAMARA:  Objection.
11              A      It's my friend's.
12              Q      What is your friend's name?
13              A      Oscar.
14              Q      Oscar who?
15              A      Gomez.
16              Q      Does Oscar Gomez have a driver's
17      license?
18                     MR. MCNAMARA:  Objection.
19              A      Yes.
20              Q      Where does Oscar live?
21                     MR. MCNAMARA:  Objection.
22              A      I don't remember the address.
23              Q      Does he live by you?
24              A      Yes.
25              Q      What is his street name?
```

```
 1                        K. Galeano

 2                  MR. MCNAMARA:  Objection.

 3          A       No, I don't remember, but it's in

 4      Brentwood.

 5          Q       Do you have the car registration?

 6                  MR. MCNAMARA:  Objection.

 7          A       No, not here, it's in the car.

 8          Q       Okay.  Why don't you go to the car

 9      and get it.

10                  MR. MCNAMARA:  Objection.

11                  He's not going to go.

12                  MR. ZABELL:  Take a break and get

13              it from the car.  It's a valid question.

14              I'm not talking to him about his

15              immigration status.  We will wait for him

16              to get it.

17                  MR. MCNAMARA:  Off the record.

18                  (Whereupon, a recess was taken

19              from 1:52 p.m. to 2:05 p.m.)

20                  (Car registration was marked as

21              Defendants' Exhibit 3 for identification,

22              as of this date.)

23          Q       Who is Oscar Gomez?

24          A       He's my friend.

25          Q       Is that the guy that lent you the
```

```
 1                      K. Galeano

 2   car?

 3          A      Yes.

 4          Q      It's not his car.

 5          A      I don't know, but it's his

 6   mother's.

 7          Q      Why did you lie to me before?

 8                 MR. MCNAMARA:  Objection.

 9          A      No, I didn't know.

10          Q      No, you didn't know, and yes, you

11   lied to me; is that what you're saying?

12          A      No, I didn't know that it was his

13   mother's, but he drives it.

14          Q      How do you know it's his mother's

15   now?

16          A      Because I spoke to him to ask him

17   where it was because I couldn't find it.

18          Q      So you lied to me, it's not his

19   car, correct?

20                 MR. MCNAMARA:  Objection.

21          Q      Correct; yes or no?

22                 MR. MCNAMARA:  Objection.

23          A      Yes, it is his car.

24          Q      Is that Defendants' Exhibit 3 in

25   front of you; yes or no?
```

42

```
 1                    K. Galeano
 2              MR. MCNAMARA:  Objection.
 3        A     Yes.
 4        Q     That is not Oscar Gomez's,
 5   correct?
 6        A     Yes, correct, it's not Oscar
 7   Gomez's.
 8        Q     That is a registration from the
 9   car, correct?
10        A     Yes, correct.
11        Q     I need you to stop lying to me.
12              MR. MCNAMARA:  Objection.
13        A     No, I'm not lying.
14        Q     You just lied.  Give me that paper
15   back.  You just lied.
16              You said it was Oscar Gomez's car,
17   correct?
18        A     Yes, I know.
19        Q     But it's not his car.
20        A     Because I didn't know it was Oscar
21   Gomez's mother.
22        Q     What is Oscar Gomez's mother's
23   name?
24        A     No, I don't know her name.
25        Q     You don't know much, do you?
```

43

```
 1                    K. Galeano
 2              MR. MCNAMARA:  Objection.
 3        A      Yes, I don't know what her name
 4   is.
 5        Q      Did you ever go to school?
 6        A      My country, yes.
 7        Q      What grade did you complete?
 8        A      Sixth grade.
 9        Q      Did you ever go to school here in
10   the United States?
11        A      No, never.
12        Q      Did you ever try to learn English?
13        A      Yes.  I have wanted to learn, but
14   I never went to school, because I work.
15        Q      So you never tried to learn
16   English?
17        A      As I said, I wanted to, but I
18   haven't gone to school.
19        Q      Listen.  Just answer the questions
20   I ask you.  Do you understand?
21              MR. MCNAMARA:  Objection.
22        A      Yes, I understand.
23        Q      You never tried to learn English,
24   correct?
25              MR. MCNAMARA:  Objection.
```

44

```
 1                    K. Galeano

 2        A       Yes, correct.

 3        Q       Thank you.

 4   ████████████████████████████████

 5   ████████████████████████████████

 6        A       ████████████████████

 7        Q       When you worked for Suffolk

 8   Paving, how did you get to work?

 9        A       My co-workers would give me a

10   ride.

11        Q       Who were those co-workers?

12        A       Nelson Quintanilla, Edwin Rivera.

13        Q       Anybody else?

14        A       No, just them.

15        Q       You would get a ride with them in

16   the morning?

17        A       Yes, in the morning and in the

18   afternoon.

19        Q       You took a ride with them because

20   they were your only way to get to work, correct?

21                MR. MCNAMARA:  Objection.

22        A       Yes, correct, the only way I could

23   get to work.

24        Q       Did you ever drive to work

25   yourself?
```

45

1                       K. Galeano

2          A       No, never, because I never had a

3     car.

4          Q       You didn't have a car, but you

5     borrowed one today?

6                  MR. MCNAMARA:  Objection.

7          A       Yes, I do it out of necessity.

8          Q       What do you mean, "out of

9     necessity"?

10         A       That I have to do it, because I

11    don't have any other way to get somewhere.

12         Q       Is it okay to break the law if you

13    have no choice but to get somewhere?

14         A       No, I don't think it's okay.  I

15    don't think it's okay to break the law.

16         Q       But you know you did that today,

17    correct?

18                 MR. MCNAMARA:  Objection.

19         Q       Correct?

20         A       Yes, yes, I know.

21         Q       ███████████████████████████

22    ████████████████████████████████████████

23    ███████████████████████

24                 MR. MCNAMARA:  Objection.

25         A       ███████████████████████████

46

1          K. Galeano

2    ████████████████████████████████

3    ██████████████████████████████

4          Q      Did the Bohemia factory know that?

5                 MR. MCNAMARA:  Objection.

6          A      That, I don't remember.  It's been

7    a long time.

8          Q      What about Herman Brothers

9    Landscaping, did they know?

10         A      ████████████████████████

11   ████████████████████

12         Q      What about Pave-Co, did they know?

13         A      ████████████████████

14   ████████████████████████████

15   ████████████████

16         Q      Do you know what the number

17   ████████     is?

18                MR. MCNAMARA:  Objection.

19         A      That is a Social Security number.

20         Q      ████████████████████████████

21   ████████████████████

22                MR. MCNAMARA:  Objection.

23         A      ████████████████████████████

24   ██████

25         Q      Do you ever file tax returns?

47

```
 1                    K. Galeano

 2              MR. MCNAMARA:  Objection.

 3        A     Yes, I have filed them.

 4        Q     Is there a Social Security number

 5   that you used to file them?

 6              MR. MCNAMARA:  Objection.

 7        A     Is it the number that you said?

 8        Q     I'm asking you.

 9        A     Yes, that is it.

10        Q     It's the number that I said,

11   correct?

12        A     Yes, I think so.

13        Q     ████████████████████████

14   ████████████████████████████████

15   ████████████████    Correct?

16        A     ███████████████

17        Q     It████████████████████████

18   ████████████████████████

19        A     ███████████████

20        Q     ██████████████████████████████

21   ████████████

22              MR. MCNAMARA:  Objection.

23        A     ███████████████

24        Q     ██████████████████████████████

25   █████████████
```

48

```
 1              K. Galeano
 2         MR. MCNAMARA:  Objection.
 3    A    Could you repeat the question?
 4    Q    ███████████████████████████
 5  █████████████████████████████████████
 6  ████████████████
 7         MR. MCNAMARA:  Objection.
 8    A    I cannot answer the question.
 9    Q    You don't have a choice but to
10  answer the question.
11    A    That is logical, that is so.
12    Q    Why are you doing that?
13         MR. MCNAMARA:  Objection.
14    A    ██████████████████████████████
15  ████████████████████████████████
16  █████████████████████████████████
17    Q    ██████████████████████████████
18  █████████████████
19         MR. MCNAMARA:  Objection.
20    Q    ████████████████████████
21    A    ██████████████
22    Q    Are you saying it's okay to lie if
23  you're lying to get money to provide for
24  yourself and your family?
25         MR. MCNAMARA:  Objection.
```

                                                        49

          1                      K. Galeano

          2          A      I didn't really understand the

          3    question.

          4          Q      It's okay to lie if you're doing

          5    it to make money, correct; yes or no?

          6                 MR. MCNAMARA:  Objection.

          7          A      Can I answer the question -- what

          8    I want to say --

          9          Q      Yes or no?

         10          A      No, I cannot answer the question.

         11          Q      You have to answer the question.

         12    You don't have a choice.

         13          A      Yes.  But I can't answer it that

         14    way.  I have to answer it in a way that I want.

         15          Q      No.  You have to answer it with a

         16    yes or a no, because that is how I posed the

         17    question.

         18                 MR. MCNAMARA:  Objection.

         19          A      ███████████████████████████

         20    █████████

         21          Q      ███████████████████████████

         22    ████████████████████

         23                 MR. MCNAMARA:  Objection.

         24          Q      ████████.

         25          A      ██████████████████████████████

50

1                    K. Galeano

2    ██████████████████████████████████████

3    █████████████████████

4         Q     I suspect that there are other

5    people violating the law, too.  You've already

6    acknowledged you're breaking the law.  You can't

7    change your testimony.

8                    You already testified that you're

9    breaking the law.

10                   MR. MCNAMARA:  Objection.

11        Q     Correct?

12        A     Yes, I agree that I violated the

13   law.

14        Q     I'm just trying to get to why

15   you're breaking the law.

16                   MR. MCNAMARA:  Objection.

17        Q     I██████████████████████████████

18   █████████████████████████████████

19        A     ██████████████████████████████

20   ████████████████████████████

21        █      █████████████████████████

22   ███████████

23        A     ████████████████████████████

24   ████

25        Q     B████████████████████████

51



1          K. Galeano

8          MR. MCNAMARA:  Objection.

15          MR. MCNAMARA:  Objection.

20          Q     To make money to support yourself?

21          MR. MCNAMARA:  Objection.

22          A     Yes, to support myself and my

23     family.

52

```
 1                    K. Galeano

 2              MR. MCNAMARA:  Objection.

 3        A    ██████████████████████████

 4    ████████████████████

 5        Q    ████████████████

 6        A    ██████████████████████████

 7    ████████████████████████████████████

 8    █████████████

 9        Q    ██████████████████████████

10    ███████████████████████████████████

11    ██████████████████████████████

12        A    ███████████████████████

13        Q    ██████████████████████████

14    █████████████████████

15              MR. MCNAMARA:  Objection.

16        Q    Just answer and we can move on.

17        A    ████████████████████████

18    █████████

19        Q    ██████████████████████████

20    ██████

21              MR. MCNAMARA:  Objection.

22        A    ████████████████

23        Q    ████████████████

24              MR. MCNAMARA:  Objection.

25        Q    ████████████████████
```

```
 1                      K. Galeano

 2          A        ███.

 3          Q        That wasn't so hard, was it?

 4          A        No.

 5          Q        The truth is always easier.

 6                   When you worked for Suffolk

 7   Paving, you said you made $23 an hour, correct?

 8          A        Yes, that is correct.

 9          Q        That was a good living per hour,

10   correct?

11                   MR. MCNAMARA:  Objection.

12          A        Yes, I was making a good amount,

13   but they didn't pay me for the job I did.

14          Q        Did you get paid in check or cash?

15          A        Check.

16          Q        Always in check?

17          A        Always in check.

18          Q        Did you ever get cash?

19          A        No, never.

20          Q        Every week you got a check,

21   correct?

22          A        Yes.

23          Q        Every week your check would

24   indicate the hours you worked on the check stub?

25                   MR. MCNAMARA:  Objection.
```

54

                    K. Galeano

1

2        A       Could you repeat the question?

3        Q       Every week you got a check,

4    correct?

5                MR. MCNAMARA:  Objection.

6        A       Yes.  Whenever I worked, that is

7    logical.

8        Q       This is when you worked at Suffolk

9    Paving, correct?

10       A       Yes, correct.

11       Q       Every week you got a check when

12   you worked for Suffolk Paving, correct?

13       A       Yes, they paid me.

14       Q       Those checks came with a stub,

15   correct?

16       A       Yes, correct.

17       Q       That stub indicated the hours you

18   worked, correct?

19               MR. MCNAMARA:  Objection.

20       A       Yes, correct.

21       Q       That was every week that you

22   worked, correct?

23       A       I didn't finish.

24       Q       No, you have to answer my

25   question.

55

```
 1                    K. Galeano

 2                    Every week that you worked, you

 3      got that check with a stub, correct?

 4                    MR. MCNAMARA:  Objection.

 5           Q      Yes or no?

 6           A      Yes.  They gave it to me, but they

 7      never gave me for what I was working.

 8           Q      Did you ever get paid an hourly

 9      rate more than $23 an hour?

10           A      Regularly, no.

11           Q      Did you ever get paid an hourly

12      rate more than $23 an hour?  Listen to my

13      question; si or no?

14           A      I said the regular hours that I

15      worked was $23, sometimes, yes, they paid us two

16      hours overtime.

17           Q      Sometimes you got paid overtime,

18      correct; yes or no?

19                    MR. MCNAMARA:  Objection.

20           Q      Yes or no?

21           A      Of twenty hours, I got two hours.

22           Q      Listen to me.  I know you have

23      lots to say.  This is not your forum.

24                    Your job is to just answer the

25      questions that I ask you and then remain silent.
```

56

```
 1              K. Galeano

 2              MR. MCNAMARA:  Objection.

 3       Q      Do you understand that?

 4              MR. MCNAMARA:  Objection.

 5       A      Yes, I understand.

 6       Q      If you answer something that is

 7  not a question that I ask, I'm going to ask you

 8  to leave.

 9              Do you understand that?

10       A      Yes, I understand.

11       Q      If that happens, I'm going to ask

12  the Judge to sanction or penalize you.

13              Do you understand that?

14              MR. MCNAMARA:  Objection.

15       A      Yes, I understand.

16       Q      Can you just answer the questions

17  that I ask you; yes or no?

18       A      Yes, I can answer.

19       Q      Are you going to stop lying to me?

20              MR. MCNAMARA:  Objection.

21       A      No, I'm not lying.

22       Q      Are you going to stop lying to me;

23  yes or no?

24              MR. MCNAMARA:  Objection.

25       A      I'm not lying.
```

```
 1                    K. Galeano

 2          Q       You already acknowledged that you

 3     lied.

 4          A       If I was lying, I wouldn't lie.

 5          Q       You've already acknowledged that

 6     you lied to me.

 7          A       No, because --

 8          Q       Yes or no?

 9          A       No, I have not lied to you.

10          Q       Now you're lying again.

11                  MR. MCNAMARA:  Objection.

12          Q       It's not good, it looks poorly.

13          A       Yes, I am in agreement, in the

14     beginning when you asked me about my

15     documentation.

16          Q       So stop lying, okay?  Can you

17     agree to stop lying?

18                  MR. MCNAMARA:  Objection.

19          Q       Can you agree to stop lying?

20          A       Yes, I can agree, but I am not

21     lying.  I'm telling the truth.

22          Q       Now you're not lying, but before

23     you lied to me, correct?

24          A       No, I have not lied.

25          Q       You just admitted that you lied to
```

58

1                        K. Galeano

2     me.

3                    MR. MCNAMARA:  Objection.

4          Q       Ask your lawyer, he'll tell you.

5     Okay?  No lies.

6          A       No lies.

7          Q       Do you want to apologize to me for

8     lying before?

9                    MR. MCNAMARA:  Objection.

10         A       If I did, I apologize.

11         Q       I accept your apology.  Just don't

12    do it again, okay?

13         A       Okay.

14         Q       With whom do you live at 28 Frank

15    Street?

16         A       My sister, my brother-in-law and

17    their children.

18         Q       You said you have two children,

19    right?

20         A       No, I didn't say I have two

21    children.

22         Q       How many children do you have?

23         A       I have a daughter.

24         Q       ████████████████████████████████

25    ████████████████████████████████████

```
 1                    K. Galeano

 2            MR. MCNAMARA:  Objection.

 3       A    No, I didn't say that I had two

 4  children.

 5       Q    How many children do you have?

 6       A    One child.

 7       Q    How old is your child?

 8       A    Two years.

 9       Q    Where does she live?

10       A    She also lives in Brentwood.

11       Q    Does she live with you?

12       A    No.

13       Q    Who does she live with?

14       A    With her mother.

15       Q    Who is her mother?

16       A    Lourdes Suarez.

17       Q    Are you married to Lourdes Suarez?

18       A    No.

19       Q    Were you ever married to Lourdes

20  Suarez?

21       A    No, never.

22       Q    Is she married to someone else?

23       A    Now, presently, she is.

24       Q    When you were dating her, was she

25  married?
```

60

```
 1                    K. Galeano

 2        A       What do you mean?  I don't

 3   understand.

 4        Q       At the time two years ago when you

 5   created your daughter, was Lourdes Suarez

 6   married to someone else?

 7                MR. MCNAMARA:  Objection.

 8        A       No, no, she was not married.

 9        Q       What is your daughter's name?

10        A       Caitlin Galeano.

11        Q       Do you provide for Caitlin?

12        A       Can you repeat the question?

13        Q       Do you provide for Caitlin

14   Galeano?

15        A       Yes.

16        Q       How much do you provide?

17        A       Could you explain that so it's a

18   little clearer?

19        Q       Do you give money every month to

20   support Caitlin?

21        A       Yes.

22        Q       How much?

23        A       $100.

24        Q       That's it?

25        A       A week.
```

61

```
 1                    K. Galeano

 2         Q       That's it?

 3                 MR. MCNAMARA:  Objection.

 4         A       A week.  I also take care of her,

 5    I buy her food and clothing.

 6         Q       Is there a court order ordering

 7    you to provide for Caitlin Galeano?

 8                 MR. MCNAMARA:  Objection.

 9         A       No, no, no court order.

10         Q       How much do you pay a month in

11    rent?

12         A       I pay $350.

13         Q       A week?

14         A       A month.

15         Q       Do you have any other children?

16         A       No.

17         Q       In this country or in any other?

18         A       I just have one here in this

19    country.

20         Q       Did you ever lie to Lourdes

21    Suarez?

22         A       If at any time have I what?

23         Q       Lied.

24                 MR. MCNAMARA:  Objection.

25         A       About what?
```

62

```
1                      K. Galeano

2          Q      About anything.

3          A      About my daughter, no.

4          Q      About anything.  Did you ever lie
5     to get your way?

6                 MR. MCNAMARA:  Objection.

7          A      No.

8          Q      You never lied to stay out of
9     trouble, even a little lie?

10         A      I don't think so.  I don't think I
11    ever had to.

12         Q      Come on, tell the truth.  You
13    never made a little white lie just to stay out
14    of trouble?

15         A      I've never had any trouble, never
16    had any trouble with her.

17         Q      You never lied and told her she
18    looked good when she didn't?

19         A      If I said she looked pretty, it's
20    because she looked pretty.

21         Q      Did you ever lie to your mother?

22         A      Maybe when I was a kid.

23         Q      Why did you lie, to stay out of
24    trouble?

25         A      Yes, so I wouldn't get
```

63

```
1                        K. Galeano

2   disciplined.

3          Q       Did you ever lie to your father?

4          A       Yes, the same thing, when I was a

5   kid, just as every kid does.

6          Q       ████████████████████████████

7   ████████████████████████████████████

8   ████████████████████████████████

9                  MR. MCNAMARA:  Objection.

10         A       ████████████  -- I never lied in

11  a big way to my parents.

12         Q       ████████████████████████████

13  ████████████████████████████████████

14         A       ██████.

15         Q       Just a little lie so you can get

16  what you want?

17                 MR. MCNAMARA:  Objection.

18         Q       Correct?

19         A       Maybe.

20         Q       Have you ever been arrested?

21                 MR. MCNAMARA:  Objection.

22         A       No, never.

23         Q       Either in this country or in any

24  other country?

25         A       Not in my country, not in this
```

64

1                          K. Galeano

2      country, not in any other place.

3              Q       Not yet?

4              A       Not yet.

5              Q       The day is still early, right?

6              A       I wouldn't want to be there.

7              Q       After you left Suffolk Paving,

8      where did you go work?

9              A       I haven't had work steady.

10             Q       Listen to the questions that I ask

11     you.

12                     Where did you work after Suffolk

13     Paving?

14             A       I've worked with my friends.

15     They're on the corner, as they say, where they

16     come pick you up.

17             Q       So you worked on a regular basis

18     for various different contractors, correct?

19                     MR. MCNAMARA:  Objection.

20             A       Yes.

21             Q       Your friends Nelson or Victor

22     Quintanilla couldn't find you work at Pave-Co?

23                     MR. MCNAMARA:  Objection.

24             A       No, I haven't found work because

25     there isn't a lot of work.  Companies don't have

```
 1                      K. Galeano

 2    any work.  They haven't been able to find me any

 3    work.

 4          Q      What about at Intercounty?

 5          A      No.

 6          Q      Ralph Lunati?

 7          A      No, no company.

 8          Q      Did you try looking for work?

 9          A      Yes, I have looked for work.

10          Q      But instead, you have just been

11    working on a day-by-day basis?

12                 MR. MCNAMARA:  Objection.

13          A      Could you repeat the question?

14          Q      You're working on a day-by-day

15    basis, right?

16          A      Yes, I'll work a day or two a

17    week.

18          Q      How much do you get paid for a day

19    or two a week?

20          A      $120.

21          Q      Is that the flat rate per day?

22          A      Yes, per day.

23          Q      So you're a day laborer?

24                 MR. MCNAMARA:  Objection.

25          A      Could you repeat the question?
```

66

```
 1                    K. Galeano

 2       Q       You're day laborer?

 3               MR. MCNAMARA:  Objection.

 4       A       I don't understand.

 5       Q       What corner do you wait on to get

 6  work?

 7               MR. MCNAMARA:  Objection.

 8       A       Brentwood.

 9       Q       What corner in Brentwood?

10       A       Fifth Avenue.

11       Q       When you worked for Suffolk

12  Paving, do you remember the names of any

13  projects you worked on?

14       A       The projects I worked on, yes, I

15  remember where, but not the names.

16       Q       Tell me where.

17       A       Brentwood, Coram, Massapequa.

18       Q       Anywhere else?

19       A       In many different places, I don't

20  remember.

21       Q       You named some towns, but you

22  don't remember any specific projects you worked

23  on, correct?

24       A       I don't know the name, but if I

25  had to go, I know where it is.
```

67

                              K. Galeano

1

2      Q      You don't remember anything about

3    these projects, do you?

4      A      I repeat, I don't know the names

5    of them, but I do know where a lot of them are.

6      Q      Do you remember any of the

7    projects that you worked on in 2007?

8              MR. MCNAMARA:  Objection.

9      A      I don't remember.

10     Q      Do you remember any of the

11   projects that you worked on in 2008?

12     A      No.  The truth is no, I don't

13   remember.  I said that I know how to get to the

14   places where I worked, but I don't remember

15   dates.

16     Q      Do you remember any of the

17   projects that you worked on in 2009?

18             MR. MCNAMARA:  Objection.

19     A      The last place I worked where

20   Louis fired me, I remember.

21     Q      What project was it?

22     A      That was a school in Long Beach.

23     Q      What were you doing at that school

24   in Long Beach?

25     A      Laying asphalt on the Olympic

68

1                                K. Galeano

2     track.

3             Q        How much were you getting paid per

4     hour?

5             A        Regular, $23.

6             Q        Were you getting paid prevailing

7     wage rates while you were there?

8             A        At Suffolk Paving?  Yes, paid

9     prevailing wage sometimes.

10            Q        When you worked on prevailing wage

11    jobs, you got prevailing wage rates, correct?

12                     MR. MCNAMARA:  Objection.

13            A        Yes.

14            Q        When you were working in Long

15    Beach, what job were you doing?

16            A        As I said previously, I did the

17    shoveling, the raking.

18            Q        Is that it?

19            A        I used the cutter, the plate

20    tamper.

21            Q        You could have driven directly to

22    any of the worksites from your home, could you

23    not?

24                     MR. MCNAMARA:  Objection.

25            A        We always had to go to the yard,

69

                              K. Galeano

1

2      that's where we started working.  We would start

3      bringing tools and things.  It was not until

4      after the lawsuit that we started going to the

5      jobs.

6            Q      Did you work for Suffolk Paving

7      after the lawsuit?

8                  MR. MCNAMARA:  Objection.

9            A      Yes, I was working there.

10           Q      When was the lawsuit filed, then?

11           A      No, I don't remember.

12           Q      So you don't know if you worked

13     for Suffolk Paving before or after the lawsuit,

14     correct?

15           A      Yes, I do know that I was working

16     for Suffolk Paving.

17           Q      Before or after the lawsuit?

18           A      Before and after the lawsuit.

19           Q      When did the rules change and you

20     could go directly to the job?

21           A      After the lawsuit, but I don't

22     remember when it was.

23           Q      Who told you before the lawsuit

24     that you had to show up to the yard?

25           A      He did, Louis.

1                    K. Galeano

2        Q      You were at the yard for about

3    five minutes every morning?

4                    MR. MCNAMARA:  Objection.

5        A      I don't really understand the

6    question.

7        Q      Every morning you would go to the

8    yard so the people you were driving with would

9    get a map so they would know where to drive,

10   correct?

11                   MR. MCNAMARA:  Objection.

12       A      Yes, correct.  But as I said

13   before, we went to the yard to bring up the

14   tools to prepare the truck.

15       Q      The tools were always in the

16   truck, right?

17       A      Yes.  Sometimes we had to load a

18   propane tank, the drainage, the risers, propane.

19   We had to move a machine from one trailer to

20   another.

21       Q      It took a whole team of men to do

22   that or it took one man?

23                   MR. MCNAMARA:  Objection.

24       A      All of us did it.

25       Q      You were there at the shop five

71

```
 1                      K. Galeano

 2   minutes before you left for the day, correct?

 3                   MR. MCNAMARA:  Objection.

 4        A        When I went to the yard, it was

 5   just to organize things to go out.

 6        Q        For about five or ten minutes?

 7        A        Ten or more.

 8        Q        Did you eat breakfast today?

 9        A        Yes.

10        Q        What did you have, an egg

11   sandwich?

12        A        Yes, in the morning, a sandwich.

13        Q        Do you have an egg sandwich every

14   morning?

15        A        No, not eggs, the food that I

16   like.

17        Q        When you worked at Suffolk Paving,

18   you would have egg sandwiches in the morning,

19   right?

20                   MR. MCNAMARA:  Objection.

21        A        Sometimes we buy them at the deli

22   on our way to work.  We would eat them in the

23   truck.  We wouldn't stop to eat.

24        Q        You would go to the shop or the

25   yard, you would leave the yard and then go and
```

72

```
 1                        K. Galeano

 2    get your egg sandwiches, right?

 3         A      Yes, sometimes we would stop at

 4    the deli, buy them and we would eat in the

 5    truck.

 6         Q      Sometimes or all the time?

 7         A      No, sometimes, not all the time.

 8         Q      Your friends all testified that is

 9    what you do every morning.

10                MR. MCNAMARA:  Objection.

11         A      Well, no, not always, because

12    sometimes someone would bring their own food and

13    wouldn't have to buy anything.

14         Q      But you always stopped every

15    morning at the deli, correct?

16         A      I'm not sure if it was every

17    morning.

18         Q      You're not sure?

19         A      I'm not sure, because the problem

20    is one wouldn't always work with the same group.

21    Sometimes you would be working with different

22    people.

23         Q      Okay.  Did you eat lunch today?

24         A      Yes, I had lunch.

25         Q      What did you have?
```

73

                              K. Galeano

1

2          A       My favorite food; rice and beans

3     with a type of cream.

4          Q       Did you eat lunch when you worked

5     at Suffolk Paving?

6          A       Sometimes, but not at the right

7     time.

8          Q       So at some point during the day,

9     you would eat lunch, correct?

10         A       I imagine that lunch is supposed

11    to be at 12:00, but it would be at 2:00 or

12    3:00 in the afternoon.

13         Q       You would take a half hour for

14    lunch, correct?

15         A       No.

16         Q       Somebody would go to the deli and

17    bring in lunch, correct?

18         A       Sometimes.

19         Q       You like soccer?

20         A       I love it, my favorite sport.

21         Q       Anybody play soccer on the job

22    sites?

23         A       During the time I was working,

24    never -- they didn't even give us enough time to

25    eat, much less play soccer.

74

1                    K. Galeano

2          Q      Who was in charge at the

3    worksites?

4          A      From the group, Mendez.  I forget

5    the name of the other guy.

6          Q      Renato?

7          A      Yes.

8          Q      He was mean, right?

9                 MR. MCNAMARA:  Objection.

10         A      Mean, no, never with me.

11         Q      Who is the boss?

12         A      What do you mean, "the boss"?

13         Q      Who was the boss of Suffolk

14   Paving?

15                MR. MCNAMARA:  Objection.

16         A      The question again?

17         Q      Who was the boss of Suffolk

18   Paving?

19         A      Louis.

20         Q      He is the owner of Suffolk Paving?

21         A      Yes, right.

22         Q      Is he the only owner?

23         A      I don't know.

24         Q      Do you know if there are any other

25   owners of Suffolk Paving?

75

1                    K. Galeano

2         A      I don't know.

3         Q      You only worked for Suffolk

4    Paving, correct?

5         A      After the lawsuit, they were

6    paying us with a different company name, but I

7    don't know if that was the same company or a

8    different one.

9         Q      Do you know what that company was?

10        A      Suffolk Asphalt or something like

11   that, I'm not sure.

12        Q      Did you receive any paychecks from

13   them?

14        A      Yes.

15        Q      Do you have those paychecks?

16        A      Checks, no, I don't have them.

17        Q      Do you have any of your paychecks?

18        A      Pardon me, could you repeat the

19   question?

20        Q      Do you have any of your paychecks?

21        A      No, checks, I don't have.

22        Q      Do you have pay stubs?

23        A      Pay stubs, I do have.

24        Q      Where are they?

25        A      I have them in the car.

76

```
 1                     K. Galeano

 2        Q        Go get them.

 3                 (Whereupon, a recess was taken

 4          from 2:58 p.m. to 3:30 p.m.)

 5                 (Copies of Kevin Galeano's pay

 6          stubs were marked as Defendants' Exhibit

 7          4 for identification, as of this date.)

 8        Q        Mr. Galeano, do you know what this

 9    document is?

10        A        (Perusing.)  Yes.

11        Q        What is it?

12        A        My check stubs.

13        Q        Your check stubs from what entity?

14        A        I don't understand, from what?

15        Q        What company?

16        A        Suffolk Paving.

17        Q        Is this the document that I

18    identified as Exhibit 4 with today's date?

19        A        Yes.

20        Q        These are your pay stubs, correct?

21        A        Yes, correct.

22        Q        These show that you got paid

23    hourly anywhere between $23 an hour and $51.88

24    an hour, correct?

25        A        $51 per hour was the prevailing
```

77

```
 1                    K. Galeano

 2    wage.  Regularly, I was paid --

 3          Q       There is no question.

 4          A       Regular, I was paid --

 5          Q       There is no question before you.

 6    Just answer my questions.

 7                  Do you know if $51.88 an hour is

 8    more than your lawyer is being paid to be here?

 9                  MR. MCNAMARA:  Objection.

10          A       No, I didn't know.

11          Q       If that is true, he went to

12    school, you didn't go to school, right?

13          A       That is true, I did not go to

14    school.

15          Q       $51.88 is pretty good money, huh?

16          A       Yes, it's good.

17          Q       You were happy when you got that,

18    right?

19          A       Yes, even though they weren't

20    paying me for all my hours.

21          Q       It's indicated all your hours on

22    your pay stub, correct?  You said it did before.

23                  MR. MCNAMARA:  Objection.

24          Q       Correct?

25          A       Yes, but not all of the hours that
```

78

1                        K. Galeano

2    I worked.  They didn't pay me for all of them.

3            Q        Shows here that they did, correct?

4    Yes?

5            A        I worked sixty plus hours and you

6    don't see sixty plus hours there.

7            Q        When did you go to work in the

8    morning?

9            A        6:00 in the morning at the yard.

10           Q        Until what time at night?

11           A        There was not an exact ending hour

12   but it was 6:00, 7:00, 8:00, sometimes later.

13           Q        When was it later?

14           A        Pardon me?

15           Q        What days did you work late?  I

16   want the day and the month and the year.

17           A        Working late, that was almost

18   every week.

19           Q        Tell me what weeks.  Tell me what

20   jobs.  Tell me what you were doing.

21           A        Paving, spreading asphalt.

22           Q        Look.  There were weeks you went

23   home early, right, because of rain, correct?

24           A        Sometimes.

25           Q        There were weeks where you didn't

79

```
 1                    K. Galeano

 2     even go to work on a day because of the weather,

 3     correct?

 4          A       Yes, correct.

 5          Q       There were days you were home by

 6     5:00, correct?

 7          A       Sometimes at 5:00.

 8          Q       Right.  So you can't say that you

 9     worked over twelve hours a day every day, that

10     is just lying, correct?

11                  MR. MCNAMARA:  Objection.

12          A       Most of the time, yes, we worked

13     twelve, fifteen hours.

14          Q       You're lying.  Admit it.

15                  MR. MCNAMARA:  Objection.

16          A       No, I'm not lying, that was the

17     truth.

18          Q       You can admit that you lied.

19     You've admitted it before.

20                  You have admitted that you're

21     lying just to get money.

22                  MR. MCNAMARA:  Objection.

23          Q       We all know.

24                  MR. MCNAMARA:  Objection.

25          Q       Right?  You're lying to get money?
```

1           K. Galeano

2                MR. MCNAMARA:  Objection.

3      A     No, no.

4      Q     You're not lying to get money, you

5  don't want money from this lawsuit?

6                MR. MCNAMARA:  Objection.

7      Q     Right?

8                MR. MCNAMARA:  Objection.

9      Q     You don't want money from this

10  lawsuit, do you?

11               MR. MCNAMARA:  Objection.

12     Q     Do you?

13               MR. MCNAMARA:  Objection.

14     Q     Are you suing for money here?

15     A     It's not lying.

16     Q     It is lying.

17     A     Suing to get the hours that were

18  taken away from us, taken away from me, the ones

19  that were robbed.

20     Q     You mean when you started working

21  for Suffolk Asphalt?

22     A     I don't understand the question.

23               MR. MCNAMARA:  Objection.

24     Q     There came a time that you joined

25  the union, right?

```
 1                    K. Galeano

 2        A      Yes, right, but I didn't know.

 3        Q      You didn't know you joined the

 4   union, but you joined the union?

 5               MR. MCNAMARA:  Objection.

 6        A      I didn't know how it was done, but

 7   I know we did it.

 8        Q      You're upset because your paycheck

 9   went down when you joined the union.

10               MR. MCNAMARA:  Objection.

11        Q      Right?

12               MR. MCNAMARA:  Objection.

13        Q      Yes or no?  Come on; yes or no?

14        A      I can't answer the question

15   without being able to explain myself.

16        Q      Your pay went down when you joined

17   the union, didn't it?

18               MR. MCNAMARA:  Objection.

19        Q      Right?

20        A      I'm not sure.

21        Q      You're not sure, you never looked

22   at your pay stubs?

23               MR. MCNAMARA:  Objection.

24        A      Sometimes I looked at them,

25   sometimes I didn't.
```

82

                                    K. Galeano

1

2       Q       Sometimes they showed overtime and

3    sometimes they didn't?

4                MR. MCNAMARA:  Objection.

5       A       They never paid overtime.

6       Q       They never paid overtime; yes or

7    no?

8                MR. MCNAMARA:  Objection.

9       A       No.

10      Q       Never paid overtime?

11               MR. MCNAMARA:  Objection.

12      Q       If any of the documents here in

13   Exhibit 4 show that you got overtime, you would

14   be lying to me right now, correct?

15               MR. MCNAMARA:  Objection.

16      Q       Correct; yes or no?

17      A       I'm not lying.

18      Q       You're lying, because I can show

19   you here in Exhibit 4 where you got paid

20   overtime.

21               MR. MCNAMARA:  Objection.

22      Q       Do you want me to show you?

23               MR. MCNAMARA:  Objection.

24      Q       Do you want me to show you?

25               MR. MCNAMARA:  Counsel, lower your

83

1                          K. Galeano

2          voice.

3          Q      Look at Exhibit 4.  You already

4    admitted to getting paid overtime, you and your

5    little pink nail.

6                 MR. MCNAMARA:  Objection.

7          A      I don't have overtime.

8          Q      You don't see that now?  Look at

9    it.

10                MR. ZABELL:  Let the record

11                reflect that he only went through about a

12                quarter of it.

13                MR. MCNAMARA:  Objection.

14         Q      Do you remember testifying to

15   that; yes or no?

16                MR. MCNAMARA:  Objection.

17         A      No, I don't.

18         Q      That is why you're a liar.

19                MR. MCNAMARA:  Objection.

20         Q      That is why you're a liar, sir.

21   That's why you're not going to get anything as a

22   result of this lawsuit.

23                What is the document in front of

24   you?

25         A      This was a stub from Asphalt.

84

```
 1                    K. Galeano
 2        Q      Give me the document back.
 3              MR. ZABELL:  Counsel, do you
 4         remember hearing him say that he got
 5         overtime?
 6              MR. MCNAMARA:  I remember him
 7         saying at most, he got paid two hours of
 8         overtime.
 9        Q      Even your lawyer says you're a
10   liar.  You should be ashamed of yourself.
11              MR. MCNAMARA:  Objection.
12        Q      That is where you want to be?
13              MR. MCNAMARA:  Objection.
14        Q      Look at him, look at your lawyer.
15   Even your lawyer said that you testified that
16   you got paid overtime.
17              MR. MCNAMARA:  At most, two hours
18          of overtime.
19        Q      Do you know what that makes you?
20   A liar.
21              MR. MCNAMARA:  Counsel stop, move
22          on.
23        Q      What else are you lying about
24   today?
25        A      I'm not lying.
```

85

```
 1                    K. Galeano

 2        Q       You're not lying about anything

 3    else?

 4                    MR. MCNAMARA:  Objection.

 5        Q       Exhibit 4 is your Suffolk Asphalt

 6    pay stubs, right, correct?

 7        A       Yes.

 8        Q       This was during the period of time

 9    you were in the union?

10        A       Yes.

11        Q       Don't you see there is a ton of

12    money that is being paid to the union on your

13    behalf?

14                    MR. MCNAMARA:  Objection.

15        Q       Do you that?

16        A       Yes, I see it.

17        Q       How much money on this check is

18    sent to the union on your behalf?

19        A       I don't know about the union.  I

20    never realized it, they did it.  I don't know

21    what he did.  I never realized about the union.

22        Q       That got you upset, because you

23    don't know how much money is paid to the union

24    on your behalf?

25                    MR. MCNAMARA:  Objection.
```

86

1                   K. Galeano

2          A      No, I never complained about the

3    union.

4          Q      So you were happy about the union?

5          A      What happens is before the

6    lawsuit, they weren't paying anything, but

7    after, they were paying me the right amount.

8          Q      I thought you testified that you

9    stopped working in August 2009, right?

10                MR. MCNAMARA:  Objection.

11         Q      Right?

12         A      I finished in August 2009.

13         Q      You're absolutely positive that

14   you finished working there in August 2009,

15   right?

16         A      August of 2009, I don't know the

17   date.

18         Q      I'm going to show you the third

19   page of Defendant's Exhibit 4.

20                Do you see that?  Do you see that?

21   Is that you?

22         A      Yes.

23         Q      Y█████████████████████████████

24   ███████████████████████████████████████████

25   ████████████

```
 1                          K. Galeano

 2                MR. MCNAMARA:  Objection.

 3           Q       ████████████████████

 4    ██████████

 5                MR. MCNAMARA:  Objection.

 6           A       ███████████████

 7           Q       Do you see that, the pay date?

 8    That is 2010, right?

 9           A       Yes.

10           Q       So you lied.  You didn't stop

11    working there in 2009, did you?

12                MR. MCNAMARA:  Objection.

13                Please sit down, Counsel.

14           A       I don't remember.

15           Q       What was that date?  Go ahead to

16    where my finger is.

17           A       Yes, I see it.

18           Q       What date is that?

19           A       2010.

20           Q       August 2010, right?

21                MR. MCNAMARA:  Objection.

22           Q       So you lied that you didn't stop

23    working in 2009, didn't you?

24                MR. MCNAMARA:  Objection.

25           Q       Correct?
```

88

1               K. Galeano

2     A       Correct, but I was not sure.

3     Q       But you lied?

4             MR. MCNAMARA:  Objection.

5     A       I was not sure.

6     Q       Let's take it a step further.

7             Time-and-a-half, five hours,

8     $51.12.  Do you know what you got paid

9     time-and-a-half for?  What did you get paid

10    time-and-a-half for?

11    A       Five hours, five-and-a-half.

12    Q       For what?  Overtime, right?  Not

13    two hours.  Here, you got five-and-a-half hours

14    overtime, right?

15            MR. MCNAMARA:  Objection.

16    Q       That is just on the third page

17    that you just gave me for the first time, right?

18            So you got paid more than two

19    hours overtime, right?

20    A       Suffolk Paving.

21    Q       No, you got paid for more than

22    five hours overtime?

23            MR. MCNAMARA:  Lower your voice,

24        Counsel, stop it.

25    Q       Don't look away.

89

1              K. Galeano

2              Do you see it?

3              MR. MCNAMARA:  Stop yelling.

4       Q      So you lied to me before, right?

5    You lied to me before?

6              MR. MCNAMARA:  Objection.

7       Q      You lied to me before?

8              MR. MCNAMARA:  Objection.

9       A      No, haven't lied.

10      Q      Everybody knows you lied.  Ask

11   your attorney, he knows you lied.

12      A      Suffolk Paving never paid me.

13   That was after the lawsuit.  That is what I want

14   you to understand.  They already knew about the

15   lawsuit, then they were paying the right way.

16      Q      You said you weren't even working

17   there then.

18      A      Because I was not sure.

19      Q      You weren't sure.  If you weren't

20   sure, you should have said it.  If you're not

21   sure, you don't lie.

22              Is that how you're raising your

23   children, to lie?  Do you want them to know that

24   their father is a liar?  Is that what you want?

25      A      Of course not.

90

```
 1                        K. Galeano
 2        Q        Why are you lying here?
 3        A        Because I didn't remember.
 4        Q        You didn't remember, you didn't
 5   remember that you were lying?
 6                 MR. MCNAMARA:  Objection.
 7        Q        Here's another lie, take a look at
 8   this page.
 9                 How many hours of overtime did you
10   get paid there?
11        A        Eight hours.
12        Q        Is that more than two?
13        A        The question again, please?
14        Q        Is eight hours more than two?
15                 MR. MCNAMARA:  Objection.
16        Q        Yes or no?
17        A        I don't understand what is being
18   said.
19        Q        Is eight hours more than
20   two hours?
21                 MR. MCNAMARA:  Objection.
22        A        Asphalt (sic).
23        Q        Hey, answer the question.
24                 Is eight hours more than two
25   hours; yes or no?
```

91

1                       K. Galeano

2          A       Yes.

3          Q       Then, why did you lie?  You

4    testified before that maybe you got two hours

5    overtime.  Here on one check, you got

6    eight hours, and on the other check, you got

7    five hours.

8                   MR. MCNAMARA:  Objection.

9          Q       Even your lawyer told you before

10   that you were lying.

11                  MR. MCNAMARA:  Objection.

12         A       I want you to look at Suffolk

13   Paving, not just Suffolk Asphalt.

14         Q       You don't get to ask me questions.

15   You're the one here lying.  All you have to do

16   is answer my questions.

17                  MR. MCNAMARA:  Objection.

18         Q       I want you to start answering them

19   honestly, because when you don't answer

20   questions honestly, you get yourself into

21   trouble.

22                  MR. MCNAMARA:  Objection.

23         Q       Nobody, whether in this room or

24   the courtroom, is going to believe a word you

25   say.

92

1          K. Galeano

2               MR. MCNAMARA:  Objection.

3          Q     Why don't you take a break and

4     speak to your attorney.

5          A     Okay.

6               (Whereupon, a recess was taken

7          from 3:49 p.m. to 4:12 p.m.)

8          Q     You ready?

9          A     Yes, I am.

10         Q     No more lying, right?

11              MR. MCNAMARA:  Objection.

12         Q     You promise not to lie to me

13    anymore?

14         A     I promise not to lie.

15         Q     Do you want to apologize for lying

16    before?

17              MR. MCNAMARA:  Objection.

18         A     If I did, I apologize.

19         Q     You know you did.  Don't say, "if

20    I did," that's a stupid game.  Even your lawyer

21    told you that lied out there.

22              MR. MCNAMARA:  Objection.

23         A     Okay.

24         Q     Not okay.  Yes.

25         A     Yes.

93

                              K. Galeano

1

2       Q       Could you explain to me why you

3   have a pink nail?

4       A       My girlfriend painted it.  I paint

5   them myself, but usually black.

6       Q       Why?  Did you lose a bet?

7               MR. MCNAMARA:  Objection.

8       A       No.  Just as I said, for my own

9   reasons.

10      Q       Is it part of a gang affiliation?

11              MR. MCNAMARA:  Objection.

12      A       No.

13      Q       Explain.

14      A       Just because, as I said, I like

15  it, I like it.

16      Q       How much are you suing for?

17              MR. MCNAMARA:  Objection.

18      A       I don't know.

19      Q       Can you figure it out?

20      A       I couldn't figure it out, but they

21  took away many hours from me.

22      Q       How many?

23      A       Minimum, twenty a week.

24      Q       Twenty a week.  Every week you

25  worked, right?

94

1              K. Galeano

2        A      There were weeks that I didn't

3   work every day because of rain.

4        Q      It's not a minimum of twenty hours

5   a week?

6        A      Yes.  Because when I didn't work

7   for them, it's logical that it would be less,

8   but when I did work, it was that or more.

9        Q      But you don't know when you worked

10  or when you didn't work, do you?

11       A      No, it's been a long time and I

12  can't remember.

13       Q      So you have no idea.  Is that what

14  you're testifying to?

15              MR. MCNAMARA:  Objection.

16       Q      Is that what you're testifying to?

17              MR. MCNAMARA:  Objection.

18       A      Pardon me?

19       Q      You have no idea what you're owed,

20  do you?

21              MR. MCNAMARA:  Objection.

22       A      I do not have any idea.  At the

23  end of the week, you would hand over your

24  schedule and they didn't pay overtime.  It was

25  your own choice to hand over your schedule and

95

1              K. Galeano

2    since they weren't paying you overtime, I didn't

3    keep on doing it.

4         Q     So you never even reported that

5    you worked overtime, is that what you're saying?

6              MR. MCNAMARA:  Objection.

7         Q     Just answer the question.

8         A     Yes, I did report it.

9         Q     Just answer the question.

10             Do you understand that?

11        A     Yes, I understand.

12        Q     Are you capable of doing that?

13             You just said you didn't bother

14   handing in the sheets; yes or no?

15        A     Yes, I said that.

16        Q     Do you have these sheets that you

17   never turned in?

18        A     No, I don't have them.

19        Q     Where are they?

20        A     Because --

21        Q     Where are they?

22             MR. MCNAMARA:  Objection.

23        A     Because I didn't continue to hand

24   them over.

25        Q     Where are they?

96

K. Galeano

2          MR. MCNAMARA:  Counsel, lower your

3      voice.

4          Q      Where are they?

5          A      I don't know.

6          Q      Did you throw them out?

7          A      No.

8          Q      You didn't throw them out, but you

9      don't know where they are?

10         MR. MCNAMARA:  Objection.

11         Q      Come on.

12         A      I don't remember.

13         Q      You don't remember?

14         A      No.

15         Q      Is there any way that you can look

16     for these documents to find them?

17         A      I don't have any of those

18     documents, because I didn't make them up.  I did

19     them for a week and saw they were not paying me,

20     so I stopped making them up.  But there were

21     other people that did do them and they still did

22     them.

23         Q      Where are the documents that you

24     kept for a week?

25         A      I don't know.

```
 1                      K. Galeano

 2          Q       You threw them out, right?

 3                  MR. MCNAMARA:  Objection.

 4          A       Truth is, I don't know if I saved

 5     them or what I did.

 6          Q       You got rid of evidence in this

 7     case, didn't you?

 8                  MR. MCNAMARA:  Objection.

 9          A       It was not for that long, as I

10     said, that I filled out those things for work.

11          Q       You got rid of evidence in this

12     case, right?

13                  MR. MCNAMARA:  Objection.  Stop.

14          A       My co-workers have evidence.

15          Q       No.  I am asking you about your

16     evidence.

17                  MR. MCNAMARA:  Objection.

18          Q       You destroyed it, didn't you?

19                  MR. MCNAMARA:  Objection.

20          A       I don't remember.

21          Q       I don't remember, I don't

22     remember.  You don't remember much, do you?

23                  MR. MCNAMARA:  Objection.

24          Q       Do you remember when your lawyer

25     told you that you lied before?
```

98

```
 1                    K. Galeano
 2            MR. MCNAMARA:  Objection.
 3      Q     Do you remember that?
 4      A     Yes, I remember.
 5      Q     Do you remember when I told you
 6   that you lied before?
 7      A     Yes, I remember.
 8      Q     If your lawyer is telling you that
 9   you lied and I'm telling you that you lied,
10   don't you think you're lying now?
11            MR. MCNAMARA:  Objection.
12      A     I'm not lying, that's the truth.
13      Q     So your lawyer is wrong?
14            MR. MCNAMARA:  Objection.
15      Q     Your lawyer is wrong, right?
16            MR. MCNAMARA:  Objection.
17      A     I don't know.
18      Q     You don't know?
19      A     No.
20      Q     He knows, I know.
21            Do you feel at least a little bit
22   bad about lying to us today?
23      A     No, I'm fine.
24      Q     You're fine.
25            Do you go to church?
```

99

```
 1                      K. Galeano
 2        A        Of course, I do.
 3        Q        When was the last time you went to
 4   church?
 5        A        About a month ago.
 6        Q        A month?
 7        A        Yes.
 8        Q        When is the next time you're
 9   going?
10        A        I don't know.  I'll always go
11   until the day I die.
12        Q        Maybe tonight you should go.
13                 MR. MCNAMARA:  Objection.
14        Q        What do you think?
15        A        I am always with God.
16        Q        Even when you're lying?
17                 MR. MCNAMARA:  Objection.
18        Q        Yes or no?
19        A        Even when I'm lying, but I'm not
20   lying now.
21        Q        Even when you're breaking the law?
22                 MR. MCNAMARA:  Objection.
23        Q        Are you with Him then?
24        A        Yes, I am always with Him.
25        Q        Even when you're committing fraud?
```

100

```
 1                    K. Galeano

 2              MR. MCNAMARA:  Objection.

 3         A    I'm always with Him.

 4         Q    Even when you're committing fraud,

 5    yes?

 6              MR. MCNAMARA:  Objection.

 7         A    Yes, I am always with Him.

 8         Q    Does that make it okay?

 9              MR. MCNAMARA:  Objection.

10         A    No, I know that lying is not

11    right.

12         Q    Do you know that stealing is not

13    right?

14              MR. MCNAMARA:  Objection.

15         A    Yes, I have never stolen.

16         Q    Do you know if committing fraud is

17    right?

18              MR. MCNAMARA:  Objection.

19         A    Could you repeat it, please?

20         Q    Do you know that committing fraud

21    is not right?

22         A    Yes, I know that it is not right.

23         Q    And you know that lying is not

24    right?

25         A    Yes, I know that lying is not
```

101
 1                          K. Galeano

 2    right.

 3            Q        ████████████████████████

 4    █████████████████████████████

 5                    MR. MCNAMARA:   Objection.

 6            Q      Right?

 7                    MR. MCNAMARA:   Objection.

 8            A        ████████████

 9            Q        ███████████████████████

10    ████

11                    MR. MCNAMARA:   Objection.

12            Q        ███████████████████

13                    MR. MCNAMARA:   Objection.

14            A        ████████████████████████

15    ████████████████████████████

16    ████████████████

17            Q      No.  That is not the only time

18    that you lied.  You said you have a son.

19                    MR. MCNAMARA:   Objection.

20            Q      You said you never worked

21    overtime.  You said you were never paid

22    overtime.  You said you stopped working in

23    August 2009, when, in fact, you stopped in 2010.

24                    You lied throughout today, even

25    your lawyer said you lied.

```
 1                    K. Galeano

 2            MR. MCNAMARA:  Objection.

 3       Q    ████████████████████████

 4    ████████████████████████████████████

 5    ████████████████

 6            MR. MCNAMARA:  Objection.

 7       Q    Correct, yes?

 8            MR. MCNAMARA:  Objection.

 9       A    Can I clarify something?

10       Q    No, you can say yes or no.

11       A    Why can I not clarify something?

12       Q    Because it's your responsibility

13    to answer my questions.

14            All of those things I accused you

15    of today, you did, correct?

16            MR. MCNAMARA:  Objection.

17       Q    Correct?

18       A    That is correct, but I am asking

19    you anything -- I would like to clarify

20    something.

21       Q    It's not your role here.

22       A    Okay.

23       Q    You missed periods of work when

24    you went out sick, didn't you?

25       A    If I was sick, yes, I didn't go to
```

103

```
 1                      K. Galeano

 2    work.

 3           Q       How many days was that?

 4           A       Two days when I had a flu or a

 5    fever.

 6           Q       Do you have health insurance?

 7           A       No, I don't.

 8           Q       How do you see a doctor?

 9           A       Public clinic.

10           Q       Do you pay anything when you go to

11    the public clinic?

12           A       Yes, I pay.

13           Q       How much?

14           A       $15.

15           Q       Did you tell them that you make

16    over $50 an hour?

17           A       No, they didn't ask me anything

18    about that.

19           Q       Didn't you tell them that you

20    could afford to see a regular doctor?

21                   MR. MCNAMARA:  Objection.

22           A       No.

23           Q       But you can when you make $50 an

24    hour.

25                   MR. MCNAMARA:  Objection.
```

1                   K. Galeano

2          A      Maybe if I was making $50 an hour

3    all the time, but it was not all the time that I

4    was making $50.

5          Q      $50 an hour is more than some

6    lawyers make, did you know that?  Did you know

7    that?

8          A      I didn't know that.

9                 MR. MCNAMARA:  Objection.

10         Q      Did you ever file for unemployment

11   benefits?

12         A      No, never.

13         Q      Did you ever receive food stamps?

14                MR. MCNAMARA:  Objection.

15         A      No, never.

16         Q      Did you ever, on behalf of

17   yourself or anybody else, receive any public

18   benefits like welfare?

19         A      I don't understand that last thing

20   you said.

21         Q      Did you ever receive any welfare

22   benefits?

23                MR. MCNAMARA:  Objection.

24         A      I don't know what that is.

25         Q      Any benefits from the State or the

105

```
 1                    K. Galeano

 2   Federal Government?

 3         A       No, never.

 4         Q       What about for your children?

 5                 MR. MCNAMARA:  Objection.

 6         A       For my children, I don't know,

 7   their mother, maybe.

 8         Q       What about health insurance

 9   benefits?

10         A       For me?

11         Q       No, for your children.

12         A       Yes, for my daughter, yes.

13         Q       What about your son?

14         A       No, I just have a daughter.

15         Q       You testified before that you had

16   a son.

17         A       No, I never said I had two

18   children.

19         Q       Are you lying?

20                 MR. MCNAMARA:  Objection.

21         Q       Are you denying that you have a

22   son?

23         A       No, I have a daughter.

24         Q       What is the boy's name?

25                 MR. MCNAMARA:  Objection.
```

1                    K. Galeano

2        A        Boy, I don't have a boy, just a

3    girl.

4        Q        Did someone accuse you of having a

5    boy?

6                 MR. MCNAMARA:  Objection.

7        A        No, never.

8        Q        There is no woman out there that

9    said that you're the father of her son?

10       A        There aren't any, but if I did

11   have one, I wouldn't deny it.

12       Q        I don't understand why you said

13   before that you had a son, but you're denying it

14   now.

15                MR. MCNAMARA:  Objection.

16                MR. ZABELL:  Reporter, did he say

17          that he had a son before?

18                THE COURT REPORTER:  Yes.

19                MR. MCNAMARA:  Off the record.

20       A        He surely heard it incorrectly,

21   but I do not have two children.

22                (Whereupon, a discussion was held

23          off the record.)

24                (Pictures of bulletin board were

25          marked as Defendants' Exhibit 5 for

107

K. Galeano

2          identification, as of this date.)

3      Q      You took a break.

4             You feeling better?

5      A      Yes, I'm better.

6      Q      No more lying, all right?

7             MR. MCNAMARA:  Objection.

8      A      Okay, that's fine.

9      Q      I accept your apology for lying

10     before.

11            Did you ever go inside the shop at

12     the yard?

13     A      Yes, to go to the office at the

14     yard, you have to go to the shop.

15     Q      When you were at the office, did

16     you see any signs?

17     A      Could you explain that better?

18     Q      Are there signs on a bulletin

19     board?

20     A      Bulletin board?

21     Q      The wall?

22     A      Yes, but on what?  On what?  I

23     don't understand, across the shop going

24     through -- what's the word?

25     Q      I show you a document that has

108

1                    K. Galeano

2    been previously marked as Defendants' Exhibit 5.

3    (Handing.)

4                    Have you ever seen that before?

5         A      Number 5?

6         Q      Just look at it.

7         A      (Perusing.)  No, I have never seen

8    it.

9         Q      You never saw it or you never

10   looked for it?  Everybody else saw it, but not

11   you?

12                   MR. MCNAMARA:  Objection.

13        Q      Everybody else saw it, but not

14   you?

15                   MR. MCNAMARA:  Objection.

16        Q      Right?

17                   MR. MCNAMARA:  Objection.

18        A      I didn't see it.

19        Q      Everybody else saw it, but you

20   didn't see it?

21                   MR. MCNAMARA:  Objection.

22        A      I didn't see it.

23        Q      I know, everybody else did, but

24   not you?

25                   MR. MCNAMARA:  Objection.

                              K. Galeano

1

2          Q        I think you're lying again.

3                   MR. MCNAMARA:  Objection.

4          Q        Once you start lying, it's hard to

5    stop.  I understand.

6          A        I wouldn't lie, I never saw it.

7          Q        Did you ever go directly to a job

8    site in the morning; yes or no?

9          A        After the lawsuit, yes.

10         Q        Before the lawsuit, never?

11         A        Only the yard.

12         Q        So is your answer, I never went to

13   a job site directly before the lawsuit?

14         A        Yes, exactly.

15         Q        So you go to the yard in the

16   morning for five minutes, ten minutes, and go

17   get an egg sandwich, and then go to a job site,

18   correct?

19                  MR. MCNAMARA:  Objection.

20         A        Yes, when we went to work, we

21   would stop at a deli.

22         Q        What kind of egg sandwich would

23   you get --

24         A        Then, go to the site.

25         Q        What kind of egg sandwich would

```
 1                        K. Galeano

 2    you get?

 3            A       A ham and egg.

 4            Q       With mayonnaise?

 5            A       Yes.

 6            Q       You like it with mayonnaise?

 7            A       I only like the food here very

 8    little, but I did like that.

 9            Q       You don't like our food?

10            A       No, it's good, it's good.

11            Q       How long would it take to order

12    these egg sandwiches that you speak of;

13    twenty minutes?

14            A       Depended on the people there, five

15    or ten minutes.

16            Q       Sometimes more, sometimes less?

17            A       I think it was more than

18    ten minutes, but twenty minutes, that is too

19    long.

20            Q       Sometimes you would eat them in

21    the truck?

22            A       Always.

23            Q       You would always eat them in the

24    truck?

25            A       Never over there at the place
```

111

1                          K. Galeano

2      where we bought them.

3           Q       You know the truck had GPS units

4      in them, right?

5           A       Yes, I know that.  But I found out

6      about it long after I started working there.

7           Q       We could see how long those trucks

8      were outside the deli.  You knew that, right?

9           A       Yes, I knew.

10          Q       We could tell sometimes you were

11     there for a half hour, sometimes you were there

12     for forty minutes.

13          A       I don't think that it was a half

14     an hour or forty-five minutes.

15          Q       You don't think so, but you're not

16     sure?

17          A       I'm not sure, but it's not

18     possible that a sandwich would take a half hour.

19          Q       What about coffee, did you go get

20     coffee, too?

21          A       I don't drink it a lot, sometimes

22     I did.

23          Q       You like to get your coffee at

24     7-Eleven?

25          A       Yes, I liked to get it at

```
 1                    K. Galeano

 2    7-Eleven, I hardly do it.

 3          Q      Your co-workers would like to get

 4    it at 7-Eleven, right?

 5                 MR. MCNAMARA:  Objection.

 6          Q      Right?

 7          A      Yes, they liked to go to 7-Eleven

 8    when we were working, but we hardly ever went

 9    there.

10          Q      It was both tasty and economical

11    to buy it at 7-Eleven, correct?

12          A      Could be.

13          Q      You're saying that you never went

14    to 7-Eleven when you were working for Suffolk

15    Paving or Suffolk Asphalt?

16          A      When I was with the asphalt

17    group -- the paving group hardly ever went to

18    7-Eleven, but when I was with other people,

19    natives, they would go and I would go with them.

20          Q      When you were with the natives?

21          A      Yes, citizens over here, natives.

22          Q      What about at the end of the day,

23    did you ever stop and get a cup of coffee or a

24    drink, a soda maybe?

25          A      That I remember, no.
```

113

1                         K. Galeano

2          Q      No, never, right?  Never got a

3    soda at the end of the day?

4                 MR. MCNAMARA:  Objection.

5          Q      Gatorade?

6          A      No.  Because during the summer, we

7    usually would bring our own water and we

8    wouldn't have to buy any.

9          Q      From 2007 until you stopped

10   working, who was your boss?

11         A      It was Chris.  I don't know the

12   last name, Louis' son.

13         Q      He always treated you fairly,

14   correct?

15         A      Before the lawsuit, he was pretty

16   relaxed, but after, he changed a little.

17         Q      But he always treated you fairly,

18   correct?

19         A      Yes, he was relaxed.

20         Q      And Louis always treated you

21   fairly, correct?

22                MR. MCNAMARA:  Objection.

23         A      Once we were working removing the

24   base off of a traffic light post, there was --

25   we were removing the base because they made a

114

K. Galeano

 1    new one, I was removing the cement that was

 2    being removed by the jackhammer, I was putting

 3    it off to a side.

 4         He told me to put it somewhere

 5    else, but I couldn't hear him because of the

 6    noise coming from the machine, and what he did,

 7    he just kicked me in the butt.

 8    Q    Did he kick you in the butt hard?

 9    A    It was not hard, but I felt it.  I

10    stopped, I asked him why he did it, he just

11    turned around and left.

12    Q    Anybody ever kick you in the butt

13    before?

14    A    No, never.

15    Q    No one has ever kicked you in the

16    butt before?

17    A    Maybe someone -- my friends

18    playing around, but I never joked around with

19    him or played that way together.

20    Q    Did he hurt your butt?

21         MR. MCNAMARA:  Objection.

22    A    He didn't hurt me.

23    Q    So he didn't kick you very hard?

24         MR. MCNAMARA:  Objection.

115

1                        K. Galeano

2          A       It was not hard.

3          Q       So he just got your attention,

4    correct?

5          A       Yes, but I would imagine there are

6    other ways to do that.

7          Q       I would imagine too, but sometimes

8    not as effective.

9                  Was that the meanest thing he ever

10   did to you?

11         A       Yes.

12         Q       The meanest thing he ever did to

13   you was kick you in the butt?

14                 MR. MCNAMARA:  Objection.

15         A       Yes.

16         Q       Did you develop hemorrhoids as a

17   result of that?

18         A       No.  If I had, I would have had to

19   go to the doctor, nothing happened.

20         Q       Nothing at all, right?

21         A       No.

22         Q       You laughed at it?

23         A       When he did it, I didn't like it.

24   He could have done it a different way.  He could

25   have touched me with his hand.

1                      K. Galeano

2          Q       Did your co-workers laugh?

3          A       No, we were working.

4          Q       So no one noticed?

5          A       They saw it.

6          Q       Who?  Give me a name.

7          A       That I remember, Osmar.

8          Q       Osmar Pagoada?

9          A       Yes.  I don't remember the other

10     guys, but they were there.

11         Q       Sure, there were.

12                 But you always got paid every

13     week, right; yes or no?

14                 MR. MCNAMARA:  Objection.

15         A       Yes, they paid me, but not my

16     overtime.

17         Q       Never paid you your overtime?

18         A       It was only up to two hours before

19     the lawsuit.

20         Q       You got paid those two hours when

21     you worked overtime, correct?

22         A       Yes, but I worked more overtime.

23     It was not for everything I worked.

24         Q       But you don't know what jobs you

25     worked overtime on?

117

1                        K. Galeano

2           A       No.

3           Q       You don't know how much overtime

4    you claim to have worked, right?

5                   MR. MCNAMARA:  Objection.

6           Q       Correct?

7                   MR. MCNAMARA:  Objection.

8           A       Ten hours minimum a week.

9           Q       Before it was minimum twenty hours

10   a week.

11                  Is it ten hours, is it twenty,

12   maybe forty or sixty; as much as you can get,

13   right?

14                  MR. MCNAMARA:  Objection.

15          Q       As much as you can get, right?

16                  MR. MCNAMARA:  Objection.

17          Q       Right?

18                  MR. MCNAMARA:  Objection.

19          Q       As much as you can get, right?

20   Come on.

21          A       I don't really understand the

22   question.

23          Q       Of course, you don't.  You know,

24   every time I ask you the hard questions, you

25   pretend not to understand, right?  Everything

```
 1                       K. Galeano

 2    else you understand, correct?  Just the hard

 3    questions?

 4                  MR. MCNAMARA:  Objection.

 5         A     It's not that I'm pretending not

 6    to understand.  If I don't understand, I can't

 7    say something else.

 8         Q     You have been doing that all day.

 9                  MR. MCNAMARA:  Objection.

10         Q     So stop it, okay?  Stop the lying,

11    okay?

12         A     Fine.

13         Q     I accept your apology for

14    continuing to lie to me, even when you said you

15    wouldn't.

16                  MR. MCNAMARA:  Objection.

17         Q     Okay?

18         A     That's fine.

19         Q     Are you claiming that you're only

20    owed overtime hours?

21                  MR. MCNAMARA:  Objection.

22         A     Yes, my overtime hours.

23         Q     That's all you're suing for is

24    overtime hours?

25                  MR. MCNAMARA:  Objection.
```

119

1                    K. Galeano

2       A       Yes, correct.

3       Q       Did you ever receive cash

4    payments?

5                 MR. MCNAMARA:  Objection.

6       A       No, never.

7       Q       Do you want to tell the truth

8    about the cash payments?

9                 MR. MCNAMARA:  Objection.

10      A       No, they never paid me cash.

11      Q       Why can't you look at me when you

12   answer the questions?

13      A       I don't know.  Maybe it's because

14   I'm a little nervous.

15      Q       If you don't lie, you have nothing

16   to be nervous about.

17                MR. MCNAMARA:  Objection.

18      Q       When you lick your lips like

19   you're doing now, and you can't sit still in

20   your chair, you're indicating to us that you're

21   lying.

22                MR. MCNAMARA:  Objection.

23      Q       You know that, right?

24      A       I'm not lying.  But maybe it's

25   because this is my first time in a place like

120

```
 1                     K. Galeano

 2    this.

 3         Q      In an office?

 4                MR. MCNAMARA:  Objection.

 5         A      Yes.

 6         Q      You know you're here because you

 7    chose to be here, right?

 8                MR. MCNAMARA:  Objection.

 9         A      Yes.

10         Q      You can always say, I don't want

11    to sue my employer anymore.  You know you can

12    say that, and we will let you go.

13         A      No, I don't.

14         Q      Did you ever pay your lawyers any

15    money?

16                MR. MCNAMARA:  Objection.

17         A      No.

18         Q      They never asked you for any

19    money?

20                MR. MCNAMARA:  Objection.

21         A      No.

22         Q      Did they tell you that there was

23    an offer to settle this case?

24                MR. MCNAMARA:  Objection.

25         A      An offer?
```

```
 1                       K. Galeano

 2          Q       Yes.

 3          A       Yes.

 4          Q       What did they tell you?

 5                  MR. MCNAMARA:  Objection.

 6          A       Like, negotiation.

 7          Q       How much?

 8          A       I don't know.  That, I don't know.

 9          Q       They never told you?

10          A       No.

11          Q       If there was a number offered,

12   don't you think they should have told you?

13          A       No, I don't really know about

14   that.

15          Q       Are they trying to hide it from

16   you?

17                  MR. MCNAMARA:  Objection.

18          A       I don't know.

19          Q       Keep you out of the settlement?

20                  MR. MCNAMARA:  Objection.

21          A       I don't know, I don't know.

22          Q       Who is the group leader in the

23   lawsuit?

24                  MR. MCNAMARA:  Objection.

25          A       Leader that I know of, we all
```

122

                                    K. Galeano

2    decided to do it.

3          Q      Isn't it Nelson?

4          A      All of us.

5          Q      Mendez?

6          A      All.

7          Q      You know Mendez borrowed money

8    from Suffolk Asphalt to buy his house?

9          A      No, I don't know anything about

10   that.

11         Q      He's using this lawsuit to try to

12   pay that back.

13                MR. MCNAMARA:  Objection.

14         Q      Do you know that?

15                MR. MCNAMARA:  Objection.

16         A      No, I don't know.

17         Q      Is there anything else you want to

18   tell me?

19         A      No.

20         Q      Do you want to apologize one last

21   time?

22                MR. MCNAMARA:  Objection.

23         A      Sorry.

24         Q      Do you know what you're sorry for?

25         A      For lying the law for documents,

1                        K. Galeano

2    and for driving without a license (sic).

3          Q        Anything else you want to say

4    you're sorry for?

5                    MR. MCNAMARA:  Objection.

6          A        No, because I'm sure I haven't

7    lied to you.

8          Q        You have been lying to me all day.

9    You just apologized for lying.

10                   MR. MCNAMARA:  Objection.

11         A        Yes, I did.  But I already said

12   why I was apologizing, but it's not because I've

13   been lying all day.

14         Q        Si.

15                   MR. ZABELL:  Let me take a break.

16                   (Whereupon, a recess was taken

17         from 4:59 p.m. to 5:08 p.m.)

18         Q        No more lies, correct?

19                   MR. MCNAMARA:  Objection.

20         A        No.

21         Q        No, you're going to continue to

22   lie, or no, you're going to stop your lies?

23                   MR. MCNAMARA:  Objection.

24         A        I'm not going to lie, never going

25   to lie.

124

```
 1                      K. Galeano
 2         Q      You never lie.  Do you feel bad
 3    you lied today?
 4                 MR. MCNAMARA:  Objection.
 5         Q      A little bit?
 6                 MR. MCNAMARA:  Objection.
 7         A      I feel bad.
 8         Q      You should.  Because good, honest
 9    people don't lie.
10                 MR. MCNAMARA:  Objection.
11         A      I understand.
12         Q      Do you have any hobbies?
13         A      Play soccer.
14         Q      Do you play soccer a lot?
15         A      Yes.
16         Q      But you never played it at work?
17                 MR. MCNAMARA:  Objection.
18         A      Never, there was never any time.
19         Q      Never.  So if your co-workers said
20    that they played every now and then, they would
21    be lying, correct?
22                 MR. MCNAMARA:  Objection.
23         A      Maybe they did before I worked
24    there.
25         Q      Do you know Helene Vecchia?
```

125

1                       K. Galeano

2        A       Who?

3        Q       Do you know Helene Vecchia?

4        A       Helene Vecchia?

5        Q       Si, Helene Vecchia?

6        A       No, I don't know who that is.

7        Q       She was never your boss, was she?

8                MR. MCNAMARA:  Objection.

9        A       No, I don't know.

10       Q       You have no reason to think she's

11   an owner of the company, right?

12       A       No, I don't know anything about

13   her.

14       Q       Do you know if Chris Vecchia is an

15   owner of the company?

16               MR. MCNAMARA:  Objection.

17       A       No, I don't know.

18       Q       You have no reason to believe that

19   he is, right?

20               MR. MCNAMARA:  Objection.

21       A       I don't know.

22       Q       Louis Vecchia is an owner of the

23   company, right?

24       A       Yes, that I know of.

25       Q       He was your boss?

126

                          K. Galeano

1

2        A       Yes, he was my boss.

3        Q       He was the only one, though,

4    right?

5        A       That I know of, yes.

6        Q       For the most part, he was fair,

7    except for the one time that he kicked you

8    lightly in the butt, right?

9                MR. MCNAMARA:  Objection.

10       Q       Right?

11       A       Yes.  I don't know anything about

12   his personal life.

13       Q       But he was fair to you, right?

14       A       Yes.

15       Q       He dealt with you fairly and

16   honestly?

17       A       Yes, with respect.

18       Q       Always made sure you got a

19   paycheck every week, right?

20       A       Yes.  It's a shame that he didn't

21   pay me everything that he should of.

22       Q       But all of your paychecks listed

23   the hours that you worked.

24                MR. MCNAMARA:  Objection.

25       Q       Right?

127

1                    K. Galeano

2        A       No, they didn't.

3        Q       But you testified before that you

4   never looked at the pay stubs.

5                MR. MCNAMARA:  Objection.

6        Q       Do you remember testifying to

7   that?

8        A       Yes, I remember.

9        Q       So you didn't know what the check

10  said because you never looked at them?

11               MR. MCNAMARA:  Objection.

12       A       We were never paid more than

13  forty-two hours.  At most, it was forty-two

14  hours.

15       Q       Except for the time that I showed

16  you that you were paid extra hours, right?

17  Again, you're lying.

18               MR. MCNAMARA:  Objection.

19       Q       Stop lying.  Remember I showed you

20  before?

21               MR. MCNAMARA:  Objection.

22       A       I know, but that is after the

23  lawsuit.  That is when they started paying us.

24       Q       You said he never paid you, but

25  before I showed you eight hours that you got

128

K. Galeano

2   paid overtime.  That's when you lied to me, that

3   is when your lawyer said you lied, that is when

4   the reporter indicated to me that you said you

5   only worked two hours when you worked and got

6   paid for eight hours.

7            MR. MCNAMARA:  Objection.

8       Q      You promised me that you would

9   stop lying and then you started again.  Enough

10  with the lying.

11           MR. MCNAMARA:  Objection.

12       Counsel, lower your voice.

13       Q      What is wrong with you?

14       A      That is what I was trying to

15  explain to you.  Before the lawsuit, they

16  weren't paying overtime.  They were paying the

17  overtime after the lawsuit.

18       Q      But you got paid overtime before

19  the lawsuit.  That is what it showed in the pay

20  stubs, right?

21           MR. MCNAMARA:  Objection.

22       A      At most, two hours.  We worked

23  more, we worked up to sixty hours.

24       Q      But your records didn't show that

25  you worked sixty hours because you didn't work

129

```
 1                      K. Galeano
 2   sixty hours.
 3                      There were days you didn't work.
 4   There were times that you took off to go
 5   somewhere.
 6                 MR. MCNAMARA:  Objection.
 7        Q      There were days it rained.  So
 8   don't lie to me and say that you always worked
 9   sixty hours.  You admitted before that was a
10   lie.
11                 MR. MCNAMARA:  Objection.
12        Q      Stop your lying.  You have some
13   nerve continuing to lie.
14                 MR. MCNAMARA:  Objection.
15        A      No, no, no.
16        Q      Yes, yes, yes, stop lying.
17                 Do you understand?
18        A      Yes, I understand.
19        Q      Is it possible for you to stop
20   lying?  Is it possible; yes or no?
21                 MR. MCNAMARA:  Objection.
22        A      I'm not lying.
23        Q      You already admitted to lying,
24   right?
25                 MR. MCNAMARA:  Objection.
```

130

```
 1                    K. Galeano

 2        Q      Right.  Not pero, no but.

 3               You already admitted to lying.

 4               MR. MCNAMARA:  Objection.

 5        Q      Yes or no?

 6        A      I haven't lied.

 7        Q      Now you're saying you haven't

 8   lied.  Didn't you tell me before that you lied?

 9               MR. MCNAMARA:  Objection.

10        Q      Yes or no?

11        A      Yes.

12        Q      Yes.  If you're saying you lied,

13   don't say that you're not lying.

14               MR. MCNAMARA:  Objection.

15        Q      You already admitted to being a

16   liar.

17               MR. MCNAMARA:  Objection.

18        Q      Do you understand that?

19               MR. MCNAMARA:  Objection.

20        A      I'm not lying to you.

21        Q      You've already admitted to lying

22   today.

23               MR. MCNAMARA:  Objection.

24        Q      Am I right; yes or no?

25               MR. MCNAMARA:  Objection.
```

131

```
 1                       K. Galeano
 2        Q       Yes or no?
 3                MR. MCNAMARA:  Counsel, stop
 4        yelling.
 5        Q       Yes or no?
 6                MR. MCNAMARA:  Objection.
 7        Q       ███████████████████████████
 8        A       ███████████
 9        Q       ██████████████████████████
10        A       █████████████████████
11  ████████████████████████████████████████
12        Q       You lied for purposes of money,
13  correct?
14                MR. MCNAMARA:  Objection.
15        A       Pardon?
16        Q       You lied so you can get money?
17                MR. MCNAMARA:  Objection.
18        A       No, I am not lying in order to get
19  my money.  The hours that they take from me, I
20  am not lying.
21        Q       ██████████████████████
22  ██████
23                MR. MCNAMARA:  Objection.
24        A       ██████████████████████████
25  ████████████
```

```
1              K. Galeano

2     Q

3

4

5              MR. MCNAMARA:  Objection.

6     Q     Can you say that?

7     A

8     Q

9

10             MR. MCNAMARA:  Objection.

11    Q     Go ahead.

12             MR. MCNAMARA:  No, Counsel, no

13    Counsel.

14    A     No, I cannot.

15    Q     But you just admitted that you

16   lied so you can make money.

17             MR. MCNAMARA:  Objection.

18    Q     Did you not?

19             MR. MCNAMARA:  Objection.

20    Q     Did you not?

21    A

22    Q

23             MR. MCNAMARA:  Objection.

24   Counsel, move on.

25    A
```



```
 1                    K. Galeano
 2
 3
 4        Q
 5
 6             MR. MCNAMARA:  Objection.
 7        Q    Go ahead.
 8        A
 9
10        Q
11
12             MR. MCNAMARA:  Objection.  Move
13        on.
14        Q    Correct?  You can say it, we all
15   know the answer.
16        A
17
18        Q
19
20             MR. MCNAMARA:  Counsel, you're
21        asking the same questions.
22        A
23
24
25        Q
```

134

```
 1                        K. Galeano

 2

 3          A

 4

 5

 6

 7          Q

 8

 9          A

10          Q

11

12          A            .

13          Q

14

15          MR. MCNAMARA:   Objection.

16          A

17          Q

18

19          Q    Y

20

21          MR. MCNAMARA:   Objection.

22          A

23

24

25          Q
```



1          K. Galeano

2      ?

3          MR. MCNAMARA:  Objection.

4     Q

5     A

6

7

8     Q

9

10

11

12

13

14

15          MR. MCNAMARA:  Objection.

16     A

17

18     Q

19

20     A

21

22     Q

23

24

25

                                                        136

1                       K. Galeano

2          A    ███████████████████

3          Q    ██████████████████████████████

4    █████████████████████████

5               MR. MCNAMARA:  Objection.

6          Q    Correct?  Just say it.

7          A    ████████████████████

8          Q    ████████████████████████████████

9               MR. MCNAMARA:  Objection.

10         Q    █████?

11         A    ██████████████████████

12         Q    ████████████████████████████████

13   ███████████████████████████████████

14   ████████████

15               MR. MCNAMARA:  Objection.

16         Q    Just ask your attorney.  He will

17   tell you how you look.

18               MR. MCNAMARA:  Objection.

19         A    ██████████████████████████████

20   ████████

21         Q    That is your excuse, right?  Who

22   told you to say that?

23               MR. MCNAMARA:  Objection.

24         A    No one.

25         Q    Did Patrick tell you that?

```
 1                     K. Galeano

 2              MR. MCNAMARA:  Objection.

 3        A     No.

 4        Q     Did Ian?

 5              MR. MCNAMARA:  Objection.

 6        A     No, no one.

 7        Q     Lauren?

 8              MR. MCNAMARA:  Objection.

 9        A     No one.

10        Q     Tu padre?

11        A     My dad is dead.

12        Q     Your mother?

13              MR. MCNAMARA:  Objection.

14        A     She's living, but in my country.

15        Q     She didn't tell you to lie?

16              MR. MCNAMARA:  Objection.

17        A     She doesn't know anything about

18   this.

19              MR. MCNAMARA:  Objection.

20        Q     ████████████████████████████

21   ███████████████████

22              MR. MCNAMARA:  Objection.

23        A     ███████████████████████████████

24   ██████████████████████

25        Q     ████████████████████████████
```

138

1              K. Galeano

2              MR. MCNAMARA:  Objection.

3       A      ▮.

4       Q      Are you willing to lie in order to

5    earn money?

6              MR. MCNAMARA:  Objection.

7       A      No, not ready to lie.

8       Q      Are you willing to lie?

9       A      No, I'm not willing to lie.

10      Q      Then, why did you lie today?

11             MR. MCNAMARA:  Objection.

12      A      To him, I have not lied.

13   Everything that I have said over here has not

14   been a lie.

15      Q      

16

17      A

18

19

20      Q

21

22      A

23

24

25      Q      Your lying today reflects poorly

139

1                          K. Galeano

2    upon you and the people who raised you.

3                  MR. MCNAMARA:  Objection.

4          Q      You admit in one sentence you

5    lied.

6          A      He says I'm lying, but I don't

7    know (sic).

8          Q      You admit in one sentence that you

9    lie, and then you deny it in the next.  That is

10   shameful.

11                 MR. ZABELL:  I'm going to ask that

12          you leave my office.

13                 MR. MCNAMARA:  Objection.

14                 MR. ZABELL:  Go.

15                 MR. MCNAMARA:  Stop.

16                 MR. ZABELL:  Go.

17                 MR. MCNAMARA:  Stop.  You're out

18          of line.

19                 MR. ZABELL:  I'm disgusted.

20                 MR. MCNAMARA:  You're

21          unbelievable.  So this deposition is

22          finished?

23                 MR. ZABELL:  He turned over a ton

24          of documents.  I'm going to have to have

25          an opportunity to review the

140

1                    K. Galeano

2       documentation that he turned over today

3       and recall him, and hopefully, you will

4       talk to him about telling the truth and

5       what that means, but I am disgusted.

6            MR. MCNAMARA:  We're objecting to

7       your attempt to reserve your right to

8       recall.

9            MR. ZABELL:  You don't have that

10      right.  You should have turned over this

11      now that you're involved in this case.

12      You get to be held responsible for this.

13           The shame that the lies have

14      brought upon my office is horrific.

15      Please explain to your client the ills of

16      his testimony.

17           Good day, sir.

18           (Time noted:  5:30 p.m.)

19

20

21

22

23

24

25

141

1

2                    A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK      )

5                          : ss

6    COUNTY OF              )

7

8         I, KEVIN GALEANO, hereby certify that I

9    have read the transcript of my testimony taken

10   under oath in my deposition of October 6, 2011;

11   that the transcript is a true, complete and

12   correct record of my testimony; and that the

13   answers on the record as given by me are true

14   and correct.

15

16        _____

                              KEVIN GALEANO

17

18

19

20   Signed and subscribed to

21   before me, this _____ day

22   of _____,20__

23

24   _____

25   Notary Public, State of New York

142

1

2                         I N D E X

3

4    WITNESS              EXAMINATION BY              PAGE

5    Kevin Galeano            Mr. Zabell                4

6

7                         E X H I B I T S

8    DEFENDANTS'            DESCRIPTION        PAGE

9
     Exhibit 1         Mr. Galeano's
10                     passport                 5

11   Exhibit2          Mr. Galeano's
                       identification cards   21
12
     Exhibit 3         Registration          40
13
     Exhibit 4         Mr. Galeano's pay
14                     stubs                  75

15   Exhibit 5         Pictures of bulletin
                       board                 106
16

17

18

19

20

21

22

23

24

25

143

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK   )
                         ) ss:
5    COUNTY OF NASSAU    )

6

7         I, MICHELLE ADAMO, a Shorthand Reporter

8    and Notary Public within and for the State of

9    New York, do hereby certify:

10        That KEVIN GALEANO, the witness whose

11   examination is herein before set forth, was duly

12   sworn by me and that this transcript of such

13   examination is a true record of the testimony

14   given by such witness.

15        I further certify that I am not related to

16   any of the parties to this action by blood or

17   marriage and that I am in no way interested in

18   the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set my

20   hand this 6th day of October 2011.

21

22        _____

23                  MICHELLE ADAMO

24

25

144

1

2                          ERRATA SHEET

3          I wish to make the following changes for

4     the following reasons:

5     PAGE LINE

6     ____ ___ CHANGE:_____

7              REASON:_____

8     ____ ___ CHANGE:_____

9              REASON:_____

10    ____ ___ CHANGE:_____

11             REASON:_____

12    ____ ___ CHANGE:_____

13             REASON:_____

14    ____ ___ CHANGE:_____

15             REASON:_____

16    ____ ___ CHANGE:_____

17             REASON:_____

18    ____ ___ CHANGE:_____

19             REASON:_____

20    ____ ___ CHANGE:_____

21             REASON:_____

22    ____ ___ CHANGE:_____

23             REASON:_____

24    ____ ___ CHANGE:_____

25             REASON:_____

**$**

**$100** [1] - 60:23
**$120** [1] - 65:20
**$15** [1] - 103:14
**$16** [1] - 27:16
**$23** [8] - 32:16, 32:18, 53:7, 55:9, 55:12, 55:15, 68:5, 76:23
**$350** [1] - 61:12
**$5.25** [1] - 24:15
**$50** [5] - 103:16, 103:23, 104:2, 104:4, 104:5
**$51** [1] - 76:25
**$51.12** [1] - 88:8
**$51.88** [3] - 76:23, 77:7, 77:15

**0**

**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** [1] - 46:17

**1**

**1** [4] - 5:21, 6:4, 20:10, 142:9
**1-5** [1] - 1:11
**10017** [2] - 2:5, 2:14
**106** [1] - 142:15
**11704** [1] - 2:10
**11716** [1] - 2:19
**11717** [1] - 4:19
**12:00** [1] - 73:11
**12:30** [1] - 1:14
**12:55** [1] - 20:8
**1:09** [1] - 20:8
**1:35** [1] - 35:25
**1:45** [1] - 35:25
**1:52** [1] - 40:19

**2**

**2** [2] - 21:14, 21:18
**20** [1] - 141:22
**2000** [4] - 8:21, 22:25, 25:13, 28:20
**2001** [2] - 24:16, 24:18
**2002** [4] - 25:20, 25:24, 26:7, 27:3
**2003** [4] - 27:8, 27:12, 29:11, 29:19
**2004** [1] - 29:11
**2005** [1] - 29:11

**2006** [1] - 29:11
**2007** [9] - 29:12, 29:19, 31:17, 31:22, 32:15, 33:4, 67:7, 113:9
**2008** [1] - 67:11
**2009** [11] - 33:5, 33:7, 34:3, 67:17, 86:9, 86:12, 86:14, 86:16, 87:11, 87:23, 101:23
**2010** [4] - 87:8, 87:19, 87:20, 101:23
**2011** [3] - 1:13, 141:10, 143:20
**21** [1] - 142:11
**28** [6] - 4:18, 22:9, 22:11, 22:15, 58:14, 86:23
**2:00** [1] - 73:11
**2:05** [1] - 40:19
**2:58** [1] - 76:4

**3**

**3** [3] - 40:21, 41:24, 142:12
**3:00** [1] - 73:12
**3:30** [1] - 76:4
**3:49** [1] - 92:7

**4**

**4** [9] - 76:7, 76:18, 82:13, 82:19, 83:3, 85:5, 86:19, 142:5, 142:13
**40** [1] - 142:12
**4875** [2] - 1:15, 2:18
**4:12** [1] - 92:7
**4:59** [1] - 123:17

**5**

**5** [5] - 106:25, 108:2, 108:5, 142:10, 142:15
**501** [2] - 2:5, 2:14
**5:00** [2] - 79:6, 79:7
**5:08** [1] - 123:17
**5:30** [1] - 140:18

**6**

**6** [2] - 1:13, 141:10
**6:00** [2] - 78:9, 78:12
**6th** [1] - 143:20

**7**

**7-Eleven** [7] - 111:24, 112:2, 112:4, 112:7, 112:11, 112:14, 112:18
**75** [1] - 142:14
**7:00** [2] - 22:22, 78:12

**8**

**868** [1] - 2:9
**8:00** [1] - 78:12

**9**

**9** [2] - 25:8, 26:3

**A**

**ability** [1] - 4:6
**able** [3] - 7:4, 65:2, 81:15
**above-mentioned** [1] - 1:21
**absolutely** [1] - 86:13
**accept** [3] - 58:11, 107:9, 118:13
**account** [1] - 24:3
**accuse** [2] - 37:17, 106:4
**accused** [1] - 102:14
**acknowledged** [3] - 50:6, 57:2, 57:5
**action** [2] - 36:4, 143:16
**ADAMO** [3] - 1:22, 143:7, 143:23
**address** [3] - 4:16, 22:9, 39:22
**administer** [1] - 3:18
**Administration** [2] - 15:17, 47:15
**admit** [8] - 79:14, 79:18, 131:7, 133:5, 136:12, 136:14, 139:4, 139:8
**admitted** [14] - 38:8, 57:25, 79:19, 79:20, 83:4, 101:3, 101:12, 129:9, 129:23, 130:3, 130:15, 130:21, 132:15, 138:15
**affiliation** [1] - 93:10
**afford** [1] - 103:20

**afternoon** [2] - 44:18, 73:12
**ago** [3] - 37:14, 60:4, 99:5
**agree** [7] - 50:12, 57:17, 57:19, 57:20, 131:8, 131:9, 135:16
**AGREED** [3] - 3:4, 3:10, 3:15
**agreement** [4] - 8:14, 26:12, 57:13, 138:17
**ahead** [7] - 8:5, 9:2, 35:2, 87:15, 132:11, 133:7, 136:12
**ALEJANDRO** [1] - 1:4
**ALEX** [1] - 1:4
**allowed** [1] - 17:8
**almost** [1] - 78:17
**ALSO** [1] - 2:23
**AMAYA** [1] - 1:4
**AMIR** [1] - 1:4
**amount** [2] - 53:12, 86:7
**AND** [3] - 3:4, 3:10, 3:15
**answer** [65] - 7:8, 7:15, 7:17, 7:24, 8:5, 8:6, 8:12, 8:16, 8:18, 9:2, 10:7, 11:4, 11:14, 13:3, 13:7, 14:4, 14:6, 14:20, 14:21, 14:22, 17:24, 18:2, 18:3, 18:20, 18:22, 19:6, 19:10, 19:12, 19:13, 25:18, 28:24, 28:25, 29:3, 34:15, 34:16, 34:21, 34:23, 35:3, 35:8, 43:19, 48:8, 48:10, 49:7, 49:10, 49:11, 49:13, 49:14, 49:15, 52:16, 54:24, 55:24, 56:6, 56:16, 56:18, 77:6, 81:14, 90:23, 91:16, 91:19, 95:7, 95:9, 102:13, 109:12, 119:12, 133:15
**answered** [1] - 35:4
**answering** [1] - 91:18
**answers** [6] - 4:5, 7:12, 9:22, 14:9, 26:9, 141:13
**apologize** [6] - 17:13, 58:7, 58:10, 92:15, 92:18, 122:20
**apologized** [1] - 123:9
**apologizing** -

123:12
**apology** [3] - 58:11, 107:9, 118:13
**appropriately** [1] - 14:13
**appropriateness** [1] - 26:21
**April** [6] - 29:23, 30:4, 30:8, 30:12, 30:24, 30:25
**AREVALO** [1] - 1:4
**arrested** [1] - 63:20
**arriving** [1] - 14:9
**ashamed** [1] - 84:10
**asphalt** [6] - 27:9, 33:2, 67:25, 78:21, 90:22, 112:16
**ASPHALT** [1] - 1:10
**Asphalt** [7] - 75:10, 80:21, 83:25, 85:5, 91:13, 112:15, 122:8
**asserted** [1] - 36:6
**assigned** [1] - 47:14
**ASSOCIATES** [1] - 2:17
**assumed** [1] - 10:8
**attempt** [1] - 140:7
**attention** [1] - 115:3
**attorney** [9] - 18:15, 19:9, 36:23, 37:3, 37:13, 52:4, 89:11, 92:4, 136:16
**attorney's** [1] - 37:11
**Attorneys** [2] - 2:4, 2:18
**attorneys** [1] - 3:5
**August** [11] - 29:16, 31:17, 33:5, 33:7, 34:3, 86:9, 86:12, 86:14, 86:16, 87:20, 101:23
**authorized** [1] - 3:17
**Avenue** [3] - 2:5, 2:14, 66:10

**B**

**Babylon** [1] - 2:10
**bad** [4] - 98:22, 124:2, 124:7, 138:24
**bank** [1] - 24:3
**base** [2] - 113:24, 113:25
**basis** [3] - 64:17, 65:11, 65:15
**Beach** [3] - 67:22, 67:24, 68:15
**beans** [1] - 73:2
**BEFORE** [1] - 1:18

**beginning** [5] - 31:7, 31:12, 31:14, 38:8, 57:14

**behalf** [4] - 85:13, 85:18, 85:24, 104:16

**belief** [1] - 7:12

**believes** [1] - 16:3

**belong** [1] - 135:24

**benefits** [5] - 104:11, 104:18, 104:22, 104:25, 105:9

**best** [1] - 4:6

**bet** [1] - 93:6

**better** [4] - 107:4, 107:5, 107:17, 135:14

**between** [2] - 3:5, 76:23

**big** [2] - 63:11, 63:12

**bit** [2] - 98:21, 124:5

**black** [1] - 93:5

**blood** [1] - 143:16

**board** [4] - 106:24, 107:19, 107:20, 142:15

**Bohemia** [5] - 1:15, 2:19, 23:5, 28:19, 46:4

**borrow** [1] - 39:9

**borrowed** [2] - 45:5, 122:7

**boss** [8] - 74:11, 74:12, 74:13, 74:17, 113:10, 125:7, 125:25, 126:2

**bosses** [1] - 52:7

**bother** [1] - 95:13

**bought** [1] - 111:2

**boy** [3] - 106:2, 106:5

**boy's** [1] - 105:24

**break** [4] - 11:9, 11:11, 20:4, 35:22, 38:14, 38:24, 39:3, 40:12, 45:12, 45:15, 48:17, 92:3, 107:3, 123:15

**breakfast** [1] - 71:8

**breaking** [8] - 38:4, 38:17, 45:25, 47:20, 50:6, 50:9, 50:15, 99:21

**Brentwood** [8] - 4:18, 22:12, 22:15, 40:4, 59:10, 66:8, 66:9, 66:17

**bring** [4] - 70:13, 72:12, 73:17, 113:7

**bringing** [1] - 69:3

**broke** [2] - 38:9, 38:21

**broken** [1] - 38:7

**broom** [1] - 32:25

**brother** [1] - 58:16

**brother-in-law** [1] - 58:16

**Brothers** [3] - 24:22, 25:25, 46:8

**brought** [1] - 140:14

**bulletin** [4] - 106:24, 107:18, 107:20, 142:15

**butt** [7] - 114:8, 114:9, 114:13, 114:17, 114:21, 115:13, 126:8

**buy** [9] - 15:15, 15:19, 61:5, 71:21, 72:4, 72:13, 112:11, 113:8, 122:8

**BY** [4] - 2:11, 2:20, 4:11, 142:4

## C

**Caitlin** [5] - 60:10, 60:11, 60:13, 60:20, 61:7

**cannot** [6] - 19:12, 28:23, 34:15, 48:8, 49:10, 132:14

**capable** [1] - 95:12

**car** [24] - 8:22, 9:3, 9:5, 9:7, 10:25, 38:24, 39:2, 39:7, 39:8, 39:9, 40:5, 40:7, 40:8, 40:13, 41:2, 41:4, 41:19, 41:23, 42:9, 42:16, 42:19, 45:3, 45:4, 75:25

**Car** [1] - 40:20

**card** [4] - 20:18, 21:3, 21:12, 21:13

**cards** [1] - 142:11

**care** [1] - 61:4

**CARLOS** [1] - 1:5

**case** [5] - 18:5, 97:7, 97:12, 120:23, 140:11

**cash** [12] - 23:11, 23:14, 23:21, 25:5, 25:6, 28:5, 46:10, 53:14, 53:18, 119:3, 119:8, 119:10

**cashed** [2] - 23:15, 23:25

**cashing** [1] - 24:2

**CASTILLO** [1] - 1:6

**cement** [1] - 114:2

**certification** [1] - 3:7

**certify** [3] - 141:8,

143:9, 143:15

**chair** [1] - 119:20

**change** [2] - 50:7, 69:19

**CHANGE** [10] - 144:6, 144:8, 144:10, 144:12, 144:14, 144:16, 144:18, 144:20, 144:22, 144:24

**changed** [1] - 113:16

**changes** [1] - 144:3

**charge** [1] - 74:2

**check** [26] - 23:12, 23:13, 23:14, 23:21, 23:23, 23:24, 24:2, 25:4, 28:5, 28:6, 53:14, 53:15, 53:16, 53:17, 53:20, 53:23, 53:24, 54:3, 54:11, 55:3, 76:12, 76:13, 85:17, 91:5, 91:6, 127:9

**checked** [1] - 134:4

**checkpoint** [1] - 6:24

**checks** [4] - 28:7, 54:14, 75:16, 75:21

**child** [2] - 59:6, 59:7

**children** [14] - 58:17, 58:18, 58:21, 58:22, 58:24, 59:4, 59:5, 61:15, 89:23, 105:4, 105:6, 105:11, 105:18, 106:21

**choice** [7] - 14:5, 17:25, 18:21, 45:13, 48:9, 49:12, 94:25

**choose** [1] - 26:22

**chose** [1] - 120:7

**Chris** [2] - 113:11, 125:14

**CHRISTOPHER** [1] - 1:10

**church** [2] - 98:25, 99:4

**citizens** [1] - 112:21

**claim** [4] - 36:4, 36:6, 36:9, 117:4

**claiming** [1] - 118:19

**claims** [3] - 35:10, 36:12, 36:15

**clarify** [3] - 102:9, 102:11, 102:19

**clear** [3] - 17:4, 18:23, 18:24

**clearer** [1] - 60:18

**client** [2] - 20:5, 140:15

**clinic** [4] - 21:3, 21:12, 103:9, 103:11

**clothing** [1] - 61:5

**co** [7] - 37:6, 44:9, 44:11, 97:14, 112:3, 116:2, 124:19

**Co** [10] - 2:9, 2:13, 27:9, 27:11, 27:21, 29:10, 29:13, 29:18, 46:12, 64:22

**Co-Counsel** [2] - 2:9, 2:13

**co-workers** [7] - 37:6, 44:9, 44:11, 97:14, 112:3, 116:2, 124:19

**coffee** [4] - 111:19, 111:20, 111:23, 112:23

**cold** [2] - 30:5, 30:9

**coming** [1] - 114:7

**committing** [4] - 99:25, 100:4, 100:16, 100:20

**companies** [2] - 52:7, 64:25

**company** [12] - 23:21, 24:21, 25:21, 27:9, 65:7, 75:6, 75:7, 75:9, 76:15, 125:11, 125:15, 125:23

**complained** [1] - 86:2

**complete** [2] - 43:7, 141:11

**confidential** [4] - 14:10, 26:11, 26:16, 26:25

**confidentiality** [1] - 26:12

**confused** [1] - 6:20

**continue** [4] - 20:5, 21:4, 95:23, 123:21

**continuing** [2] - 118:14, 129:13

**contractors** [1] - 64:18

**Copies** [1] - 76:5

**copies** [1] - 21:9

**copy** [2] - 5:18, 6:7

**Coram** [1] - 66:17

**corner** [3] - 64:15, 66:5, 66:9

**CORP** [2] - 1:10

**correct** [138] - 6:10, 12:2, 12:3, 13:20, 16:16, 21:25, 26:4, 27:6, 27:7, 28:10, 28:13, 28:14, 29:20, 29:24, 30:13, 30:24, 31:5, 31:6, 31:9, 32:19, 32:20,

33:23, 34:3, 38:14, 41:19, 41:21, 42:5, 42:6, 42:9, 42:10, 42:17, 43:24, 44:2, 44:5, 44:6, 44:20, 44:22, 45:17, 45:19, 45:23, 47:11, 47:15, 47:17, 47:18, 47:19, 47:21, 47:23, 47:25, 48:6, 48:20, 49:5, 49:22, 49:24, 50:11, 50:22, 51:3, 51:7, 51:25, 52:11, 52:20, 53:7, 53:8, 53:10, 53:21, 54:4, 54:9, 54:10, 54:12, 54:15, 54:16, 54:18, 54:20, 54:22, 55:3, 55:18, 57:23, 63:8, 63:18, 64:18, 66:23, 68:11, 69:14, 70:10, 70:12, 71:2, 72:15, 73:9, 73:14, 73:17, 75:4, 76:20, 76:21, 76:24, 77:22, 77:24, 78:3, 78:23, 79:3, 79:4, 79:6, 79:10, 82:14, 82:16, 85:6, 87:25, 88:2, 101:8, 102:7, 102:15, 102:17, 102:18, 109:18, 112:11, 113:14, 113:18, 113:21, 115:4, 116:21, 117:6, 118:2, 119:2, 123:18, 124:21, 131:9, 131:13, 131:22, 133:5, 133:11, 133:14, 134:17, 134:18, 135:2, 136:6, 138:21, 141:12, 141:14

**Counsel** [11] - 2:9, 2:13, 14:12, 18:8, 27:2, 35:7, 87:13, 88:24, 132:12, 132:13, 132:24

**counsel** [8] - 8:11, 82:25, 84:3, 84:21, 96:2, 128:12, 131:3, 133:20

**country** [11] - 43:6, 61:17, 61:19, 63:23, 63:24, 63:25, 64:2, 137:14, 137:21, 137:24, 137:25

**COUNTY** [2] - 141:6, 143:5

**couple** [1] - 37:14

**course** [4] - 35:23,

89:25, 99:2, 117:23
**Court** [3] - 3:20, 10:17, 135:12
**COURT** [2] - 1:2, 106:18
**court** [3] - 7:22, 61:6, 61:9
**courtroom** [1] - 91:24
**cream** [1] - 73:3
**created** [1] - 60:5
**criminal** [1] - 10:20
**criminally** [1] - 47:24, 48:4
**cup** [1] - 112:23
**cut** [1] - 33:2
**cutter** [2] - 33:2, 68:19

## D

**dad** [1] - 137:11
**date** [13] - 5:22, 6:4, 21:15, 21:18, 27:13, 40:22, 76:7, 76:18, 86:17, 87:7, 87:15, 87:18, 107:2
**dates** [1] - 67:15
**dating** [1] - 59:24
**daughter** [7] - 48:16, 58:23, 60:5, 62:3, 105:12, 105:14, 105:23
**daughter's** [1] - 60:9
**day-by-day** [2] - 65:11, 65:14
**days** [6] - 78:15, 79:5, 103:3, 103:4, 129:3, 129:7
**dead** [1] - 137:11
**dealt** [1] - 126:15
**December** [3] - 29:25, 30:2, 31:5
**decided** [1] - 122:2
**decision** [1] - 18:7
**Defendant's** [1] - 86:19
**Defendants** [3] - 1:12, 1:20, 2:18
**DEFENDANTS'** [1] - 142:8
**Defendants'** [10] - 5:21, 6:3, 20:10, 21:14, 21:18, 40:21, 41:24, 76:6, 106:25, 108:2
**deli** [6] - 71:21, 72:4, 72:15, 73:16, 109:21, 111:8

**denied** [1] - 26:14
**deny** [3] - 17:5, 106:11, 139:9
**denying** [2] - 105:21, 106:13
**depended** [1] - 110:14
**deposition** [12] - 3:16, 9:15, 9:17, 10:16, 36:20, 36:24, 37:3, 37:7, 37:21, 38:9, 139:21, 141:10
**DESCRIPTION** [1] - 142:8
**designate** [1] - 26:15
**designation** [5] - 14:12, 14:15, 26:17, 26:19, 26:21
**designations** [1] - 26:24
**destroyed** [1] - 97:18
**develop** [1] - 115:16
**die** [1] - 99:11
**different** [7] - 10:16, 64:18, 66:19, 72:21, 75:6, 75:8, 115:24
**digging** [1] - 20:24
**directly** [4] - 68:21, 69:20, 109:7, 109:13
**discharge** [1] - 34:7
**disciplined** [1] - 63:2
**discussion** [2] - 19:25, 106:22
**disgusted** [2] - 139:19, 140:5
**DISTRICT** [2] - 1:2, 1:2
**doctor** [3] - 103:8, 103:20, 115:19
**document** [7] - 6:3, 20:11, 76:9, 76:17, 83:23, 84:2, 107:25
**documentation** [9] - 11:21, 11:23, 57:15, 101:15, 101:16, 102:4, 132:21, 132:22, 140:2
**documents** [16] - 12:8, 12:15, 21:9, 21:23, 21:24, 26:16, 37:2, 37:4, 38:22, 82:12, 96:16, 96:18, 96:23, 122:25, 131:11, 139:24
**DOES** [1] - 1:11
**done** [2] - 81:6, 115:24
**door** [1] - 22:14
**down** [3] - 81:9, 81:16, 87:13

**drainage** [1] - 70:18
**drink** [2] - 111:21, 112:24
**drive** [6] - 11:2, 38:23, 39:2, 44:24, 70:9, 138:19
**driven** [1] - 68:21
**driver's** [5] - 5:3, 11:6, 39:16, 44:5, 46:14
**drives** [1] - 41:13
**driving** [5] - 11:20, 11:22, 11:23, 70:8, 123:2
**duly** [3] - 4:3, 4:8, 143:11
**during** [7] - 22:22, 29:20, 31:11, 73:8, 73:23, 85:8, 113:6

## E

**early** [2] - 64:5, 78:23
**earn** [6] - 49:22, 50:18, 51:6, 51:17, 134:20, 138:5
**earnest** [1] - 31:9
**earnings** [1] - 27:4
**easier** [1] - 53:5
**East** [1] - 2:9
**EASTERN** [1] - 1:2
**easy** [1] - 133:2
**eat** [10] - 71:8, 71:22, 71:23, 72:4, 72:23, 73:4, 73:9, 73:25, 110:20, 110:23
**economical** [1] - 112:10
**EDWIN** [1] - 1:5
**Edwin** [2] - 32:4, 44:12
**effect** [1] - 3:19
**effective** [1] - 115:8
**egg** [9] - 71:10, 71:13, 71:18, 72:2, 109:17, 109:22, 109:25, 110:3, 110:12
**eggs** [1] - 71:15
**eight** [7] - 90:11, 90:14, 90:19, 90:24, 91:6, 127:25, 128:6
**either** [1] - 63:23
**employed** [1] - 15:16
**employer** [6] - 12:23, 13:10, 13:18, 19:3, 19:5, 120:11
**employers** [1] - 46:21
**employment** [1] -

33:6
**enabled** [1] - 38:18
**end** [9] - 31:3, 31:4, 31:8, 31:10, 31:16, 33:6, 94:23, 112:22, 113:3
**ending** [1] - 78:11
**English** [5] - 4:4, 4:6, 43:12, 43:16, 43:23
**entity** [1] - 76:13
**ERRATA** [1] - 144:2
**ESCALANTE** [1] - 1:6
**ESQ** [2] - 2:11, 2:20
**establish** [1] - 52:10
**evidence** [4] - 97:6, 97:11, 97:14, 97:16
**exact** [2] - 46:23, 78:11
**exactly** [4] - 29:16, 30:11, 30:20, 109:14
**examination** [2] - 143:11, 143:13
**EXAMINATION** [3] - 1:18, 4:11, 142:4
**examined** [1] - 4:9
**except** [3] - 3:11, 126:7, 127:15
**excuse** [1] - 136:21
**Exhibit** [17] - 5:21, 6:4, 20:10, 21:14, 21:18, 40:21, 41:24, 76:6, 76:18, 82:13, 82:19, 83:3, 85:5, 86:19, 106:25, 108:2, 142:9
**exhibit** [1] - 142:12, 142:13, 142:15
**exhibit2** [1] - 142:11
**explain** [1] - 60:17, 81:15, 93:2, 93:13, 107:17, 128:15, 140:15
**extra** [1] - 127:16

## F

**fact** [2] - 101:23, 102:3
**factory** [6] - 23:3, 23:6, 24:6, 24:8, 24:9, 25:14, 28:20, 46:4
**failed** [2] - 26:6, 26:23
**fair** [3] - 50:17, 126:6, 126:13
**fairly** [4] - 113:13, 113:17, 113:21, 126:15

**faith** [1] - 7:11
**FAJARDO** [1] - 1:4
**fake** [1] - 13:25
**false** [14] - 14:24, 14:25, 15:6, 16:11, 19:2, 19:16, 45:22, 47:17, 51:2, 87:3, 87:6, 133:9, 133:17, 135:17
**family** [5] - 48:24, 51:7, 51:23, 134:23, 134:24
**father** [3] - 63:3, 89:24, 106:9
**favorite** [2] - 73:2, 73:20
**Federal** [1] - 105:2
**fellow** [1] - 18:11
**felt** [1] - 114:10
**fever** [1] - 103:5
**few** [1] - 31:18
**fifteen** [1] - 79:13
**fifth** [1] - 66:10
**Fifth** [2] - 2:5, 2:14
**fifty** [2] - 27:24, 27:25
**fifty-five** [1] - 27:25
**figure** [2] - 93:19, 93:20
**file** [3] - 46:25, 47:5, 104:10
**filed** [2] - 47:3, 69:10
**filing** [1] - 3:6
**filled** [1] - 97:10
**fine** [5] - 98:23, 98:24, 107:8, 118:12, 118:18
**finger** [1] - 87:16
**finish** [1] - 54:23
**finished** [3] - 86:12, 86:14, 139:22
**fired** [4] - 33:8, 33:9, 33:14, 67:20
**first** [2] - 88:17, 119:25
**five** [13] - 27:25, 70:3, 70:25, 71:6, 88:7, 88:11, 88:13, 88:22, 91:7, 109:16, 110:14, 111:14
**five-and-a-half** [2] - 88:11, 88:13
**flat** [1] - 65:21
**flu** [1] - 103:4
**follow** [2] - 14:14, 26:15
**following** [2] - 144:3, 144:4
**follows** [1] - 4:10
**food** [8] - 48:16,

4

61:5, 71:15, 72:12,
73:2, 104:13, 110:7,
110:9
**foolish** [1] - 136:13
**force** [1] - 3:18
**forget** [1] - 74:4
**form** [1] - 3:11
**forth** [1] - 143:11
**forty** [5] - 111:12,
111:14, 117:12,
127:13
**forty-five** [1] - 111:14
**forty-two** [2] -
127:13
**forum** [1] - 55:23
**forward** [1] - 34:3
**Frank** [6] - 4:18,
22:9, 22:11, 22:15,
58:14, 86:23
**fraud** [4] - 99:25,
100:4, 100:16, 100:20
**frauds** [1] - 102:5
**friend** [2] - 15:25,
40:24
**friend's** [2] - 39:11,
39:12
**friends** [6] - 31:25,
32:3, 64:14, 64:21,
72:8, 114:18
**front** [2] - 41:25,
83:23
**frustrated** [1] - 33:18
**FURTHER** [2] - 3:10,
3:15

## G

**GALEANO** [5] - 1:6,
1:18, 141:8, 141:16,
143:10
**Galeano** [14] - 4:15,
4:21, 5:23, 20:9,
21:13, 21:16, 36:3,
36:10, 36:19, 60:10,
60:14, 61:7, 76:8,
142:5
**Galeano's** [5] - 5:20,
76:5, 142:9, 142:11,
142:13
**game** [1] - 92:20
**gang** [1] - 93:10
**GARCIA** [1] - 1:4
**Gatorade** [1] - 113:5
**generate** [1] - 5:16
**girl** [1] - 106:3
**girlfriend** [1] - 93:4
**given** [2] - 141:13,
143:14
**God** [1] - 99:15

**GOLDBERG** [1] - 2:4
**gomez** [1] - 39:15
**Gomez** [2] - 39:16,
40:23
**Gomez's** [5] - 42:4,
42:7, 42:16, 42:21,
42:22
**Government** [1] -
105:2
**GPS** [1] - 111:3
**grade** [2] - 43:7, 43:8
**ground** [1] - 9:13
**grounds** [1] - 13:6
**group** [5] - 72:20,
74:4, 112:17, 121:22
**guilty** [2] - 37:22,
38:2, 38:3
**guy** [3] - 5:15, 40:25,
74:5
**guys** [1] - 116:10

## H

**hair** [1] - 24:11
**half** [10] - 29:11,
73:13, 88:7, 88:9,
88:10, 88:11, 88:13,
111:11, 111:13,
111:18
**ham** [1] - 110:3
**hand** [5] - 94:23,
94:25, 95:23, 115:25,
143:20
**handing** [4] - 5:8,
21:7, 95:14, 108:3
**happy** [2] - 77:17,
86:4
**hard** [8] - 53:3,
109:4, 114:9, 114:10,
114:24, 115:2,
117:24, 118:2
**hardly** [3] - 112:2,
112:8, 112:17
**health** [2] - 103:6,
105:8
**hear** [1] - 114:6
**heard** [1] - 106:20
**hearing** [1] - 84:4
**heat** [1] - 5:16
**held** [4] - 1:20,
19:25, 106:22, 140:12
**Helene** [4] - 124:25,
125:3, 125:4, 125:5
**HELENE** [1] - 1:10
**hemorrhoids** [1] -
115:16
**hereby** [3] - 3:8,
141:8, 143:9
**HEREBY** [1] - 3:4

**herein** [5] - 1:19, 3:6,
4:3, 4:7, 143:11
**hereunto** [1] -
143:19
**Herman** [3] - 24:22,
25:25, 46:8
**hide** [1] - 121:15
**Highway** [2] - 1:15,
2:18
**hobbies** [1] - 124:12
**home** [7] - 22:20,
33:11, 33:12, 68:22,
78:23, 79:5
**Honduras** [1] - 6:10
**honest** [1] - 124:8
**honestly** [3] - 91:19,
91:20, 126:16
**hopefully** [1] - 140:3
**horrific** [1] - 140:14
**hot** [1] - 5:13
**hour** [24] - 24:14,
25:7, 25:8, 26:3,
27:14, 27:16, 53:7,
53:9, 55:9, 55:12,
68:4, 73:13, 76:23,
76:24, 76:25, 77:7,
78:11, 103:16,
103:24, 104:2, 104:5,
111:11, 111:14,
111:18
**hourly** [3] - 55:8,
55:11, 76:23
**hours** [61] - 22:19,
27:19, 27:24, 27:25,
28:3, 34:9, 53:24,
54:17, 55:14, 55:16,
55:21, 77:20, 77:21,
77:25, 78:5, 78:6,
79:9, 79:13, 80:17,
84:7, 84:17, 88:7,
88:11, 88:13, 88:19,
88:22, 90:9, 90:11,
90:14, 90:19, 90:20,
90:24, 90:25, 91:4,
91:6, 91:7, 93:21,
94:4, 116:18, 116:20,
117:8, 117:9, 117:11,
118:20, 118:22,
118:24, 126:23,
127:13, 127:14,
127:16, 127:25,
128:5, 128:6, 128:22,
128:23, 128:25,
129:2, 129:9, 131:19
**house** [1] - 122:8
**hurt** [2] - 114:21,
114:23

## I

**IAN** [1] - 2:13
**Ian** [1] - 137:4
**ID** [1] - 20:18
**idea** [4] - 35:17,
94:13, 94:19, 94:22
**identification** [10] -
5:5, 5:22, 20:24,
21:12, 21:14, 21:17,
40:21, 76:7, 107:2,
142:11
**identified** [1] - 76:18
**identifying** [1] - 6:3
**ignore** [2] - 34:24,
34:25
**ills** [1] - 140:15
**imagine** [5] - 46:13,
46:14, 73:10, 115:5,
115:7
**immigration** [4] -
7:10, 7:13, 8:7, 40:15
**impersonating** [2] -
47:24, 48:4
**IN** [1] - 143:19
**income** [4] - 25:10,
25:15, 26:6, 28:8
**incorrectly** [1] -
106:20
**incriminate** [1] - 13:6
**indicate** [1] - 53:24
**indicated** [2] - 54:17,
77:21, 128:4
**indicating** [2] -
21:21, 119:20
**inside** [1] - 107:11
**instead** [1] - 65:10
**instructing** [1] - 7:7
**insurance** [2] -
103:6, 105:8
**Intercounty** [1] -
65:4
**interested** [1] -
143:17
**interpret** [1] - 4:4
**interpreter** [2] -
35:19, 135:10
**Interpreter** [3] - 2:24,
4:3, 4:9
**INTERPRETER** [1] -
35:21
**involved** [1] - 140:11
**IRS** [1] - 26:10
**IS** [3] - 3:4, 3:10,
3:15
**issues** [1] - 7:13
**IT** [3] - 3:4, 3:10, 3:15

## J

**jackhammer** [1] -
114:3
**JAVIER** [1] - 1:5
**job** [17] - 13:13,
28:11, 31:23, 32:23,
33:16, 51:3, 53:13,
55:24, 68:15, 69:20,
73:21, 109:7, 109:13,
109:17, 133:8,
134:22, 138:21
**jobs** [4] - 68:11,
69:5, 78:20, 116:24
**JOHN** [1] - 1:11
**joined** [5] - 80:24,
81:3, 81:4, 81:9,
81:16
**joked** [1] - 114:19
**JOSE** [2] - 1:4, 1:6
**JUAN** [1] - 1:6
**Judge** [1] - 56:12

## K

**keep** [3] - 34:19,
95:3, 121:19
**kept** [1] - 96:24
**KEVIN** [5] - 1:6, 1:18,
141:8, 141:16, 143:10
**kevin** [1] - 4:15
**Kevin** [3] - 4:21,
76:5, 142:5
**kick** [4] - 114:9,
114:13, 114:24,
115:13
**kicked** [3] - 114:8,
114:16, 126:7
**kid** [3] - 62:22, 63:5
**kind** [2] - 109:22,
109:25
**knocked** [1] - 22:14
**known** [1] - 133:23
**knows** [5] - 89:10,
89:11, 98:20, 135:9,
135:10

## L

**laborer** [2] - 65:23,
66:2
**land** [3] - 6:22, 6:23,
7:5
**Landscaping** [1] -
46:9
**landscaping** [2] -
24:19, 24:21
**last** [9] - 29:13,

29:14, 35:7, 67:19, 99:3, 104:19, 113:12, 122:20, 137:20
**late** [2] - 78:15, 78:17
**laugh** [1] - 116:2
**laughed** [1] - 115:22
**LAUREN** [1] - 2:4
**Lauren** [1] - 137:7
**Law** [1] - 10:17
**LAW** [3] - 2:4, 2:8, 2:13
**law** [32] - 11:9, 11:11, 11:17, 12:16, 38:4, 38:7, 38:9, 38:14, 38:17, 38:21, 38:24, 39:3, 45:12, 45:15, 45:21, 46:2, 47:20, 48:17, 49:20, 49:21, 50:2, 50:5, 50:6, 50:9, 50:13, 50:15, 50:18, 58:16, 99:21, 122:25, 131:10, 138:19
**lawsuit** [28] - 33:20, 34:2, 69:4, 69:7, 69:10, 69:13, 69:17, 69:18, 69:21, 69:23, 75:5, 80:5, 80:10, 83:22, 86:6, 89:13, 89:15, 109:9, 109:10, 109:13, 113:15, 116:19, 121:23, 122:11, 127:23, 128:15, 128:17, 128:19
**lawyer** [15] - 34:17, 58:4, 77:8, 84:9, 84:14, 84:15, 91:9, 92:20, 97:24, 98:8, 98:13, 98:15, 101:25, 128:3, 135:9
**lawyers** [2] - 104:6, 120:14
**laying** [1] - 67:25
**lead** [1] - 7:12
**leader** [2] - 121:22, 121:25
**learn** [4] - 43:12, 43:13, 43:15, 43:23
**least** [1] - 98:21
**leave** [1] - 56:8, 71:25, 139:12
**left** [3] - 64:7, 71:2, 114:12
**legal** [4] - 12:15, 46:15, 52:8, 101:16
**legitimate** [1] - 16:22
**legitimately** [1] - 16:16
**lent** [1] - 40:25

**LERLY** [1] - 1:6
**less** [5] - 15:12, 31:11, 73:25, 94:7, 110:16
**liar** [8] - 83:18, 83:20, 84:10, 84:20, 89:24, 101:12, 130:16, 138:16
**license** [12] - 5:3, 11:6, 11:24, 12:5, 12:9, 12:12, 39:17, 44:5, 46:14, 123:2, 138:18, 138:19
**lick** [1] - 119:18
**lie** [61] - 9:8, 9:10, 10:15, 13:22, 16:18, 16:20, 16:25, 17:8, 17:10, 41:7, 48:22, 49:4, 50:23, 57:4, 61:20, 62:4, 62:9, 62:13, 62:21, 62:23, 63:3, 63:15, 89:21, 89:23, 90:7, 91:3, 92:12, 92:14, 109:6, 118:14, 119:15, 123:22, 123:24, 123:25, 124:2, 124:9, 129:8, 129:10, 129:13, 131:21, 133:22, 134:13, 135:6, 135:8, 135:9, 135:10, 135:12, 135:13, 135:14, 135:20, 137:15, 138:4, 138:7, 138:8, 138:9, 138:10, 138:14, 138:22, 139:9
**lied** [69] - 13:18, 17:20, 41:11, 41:18, 42:14, 42:15, 52:10, 52:13, 52:19, 57:3, 57:6, 57:9, 57:23, 57:24, 57:25, 61:23, 62:8, 62:17, 63:6, 63:10, 79:18, 87:4, 87:10, 87:22, 88:3, 89:4, 89:5, 89:7, 89:9, 89:10, 89:11, 92:21, 97:25, 98:6, 98:9, 101:14, 101:18, 101:24, 101:25, 123:7, 124:3, 128:2, 128:3, 130:6, 130:8, 130:12, 131:9, 131:10, 131:12, 131:16, 132:3, 132:7, 132:9, 132:16, 132:22, 133:4, 133:10, 133:18, 134:25, 135:18,

136:3, 136:8, 136:11, 138:12, 138:20, 139:5
**lies** [5] - 58:5, 58:6, 123:18, 123:22, 140:13
**life** [1] - 126:12
**light** [1] - 113:24
**lightly** [1] - 136:16
**LINE** [1] - 144:5
**line** [1] - 139:18
**lips** [1] - 119:18
**listed** [1] - 126:22
**listen** [4] - 43:19, 55:12, 55:22, 64:10
**live** [8] - 39:20, 39:23, 51:18, 58:14, 59:9, 59:11, 59:13, 86:23
**lives** [1] - 59:10
**living** [3] - 53:9, 134:22, 137:14
**load** [1] - 70:17
**located** [2] - 24:23, 24:24
**logical** [4] - 46:11, 48:11, 54:7, 94:7
**look** [16] - 9:10, 34:17, 35:2, 78:22, 83:3, 83:8, 84:14, 88:25, 90:7, 91:12, 96:15, 108:6, 119:11, 136:13, 136:17
**looked** [10] - 62:18, 62:19, 62:20, 65:9, 81:21, 81:24, 108:10, 127:4, 127:10, 134:4
**looking** [3] - 13:23, 22:13, 65:8
**looks** [1] - 57:12
**lose** [1] - 93:6
**lost** [1] - 34:3
**lotions** [1] - 24:11
**Louis** [6] - 33:8, 67:20, 69:25, 74:19, 113:20, 125:22
**LOUIS** [1] - 1:10
**Louis'** [1] - 113:12
**Lourdes** [5] - 59:16, 59:17, 59:19, 60:5, 61:20
**love** [1] - 73:20
**lower** [4] - 82:25, 88:23, 96:2, 128:12
**Lunati** [1] - 65:6
**lunch** [7] - 72:23, 72:24, 73:4, 73:9, 73:10, 73:14, 73:17
**lying** [104] - 9:8, 9:11, 10:16, 16:6, 16:7, 16:8, 16:21,

17:3, 17:12, 17:14, 42:11, 42:13, 48:18, 48:23, 50:21, 50:23, 50:25, 51:4, 51:5, 51:6, 51:9, 51:11, 51:14, 51:16, 51:24, 56:19, 56:21, 56:22, 56:25, 57:4, 57:10, 57:16, 57:17, 57:19, 57:21, 57:22, 58:8, 58:25, 63:12, 79:10, 79:14, 79:16, 79:21, 79:25, 80:4, 80:15, 80:16, 82:14, 82:17, 82:18, 84:23, 84:25, 85:2, 90:2, 90:5, 91:10, 91:15, 92:10, 92:15, 98:10, 98:12, 98:22, 99:16, 99:19, 99:20, 100:10, 100:23, 100:25, 105:19, 107:6, 107:9, 109:2, 109:4, 118:10, 119:21, 119:24, 122:25, 123:8, 123:9, 123:13, 124:21, 127:17, 127:19, 128:9, 128:10, 129:12, 129:16, 129:20, 129:22, 129:23, 130:3, 130:13, 130:20, 130:21, 131:7, 131:18, 131:20, 134:17, 134:19, 138:15, 138:18, 138:25, 139:6

# M

**machine** [2] - 70:19, 114:7
**maintain** [1] - 51:18
**maintained** [1] - 26:25
**man** [1] - 70:22
**manner** [2] - 14:13, 26:20
**map** [1] - 70:9
**March** [4] - 29:25, 30:2, 30:16, 30:23
**MARCUS** [1] - 1:6
**marked** [6] - 5:20, 14:10, 21:13, 21:17, 26:11, 40:20, 76:6, 106:25, 108:2
**marriage** [1] - 143:17
**married** [6] - 59:17, 59:19, 59:22, 59:25, 60:6, 60:8

**MARTINEZ** [1] - 1:5
**Massapequa** [1] - 66:17
**matter** [1] - 143:18
**MAYNOR** [1] - 1:4
**mayonnaise** [2] - 110:4, 110:6
**McNAMARA** [2] - 2:8, 2:11
**MCNAMARA** [398] - 5:25, 6:18, 6:21, 7:6, 7:11, 8:4, 8:11, 8:17, 8:25, 9:9, 11:3, 11:7, 11:13, 11:19, 11:25, 12:6, 12:13, 12:18, 12:25, 13:12, 13:16, 13:21, 14:3, 14:7, 14:16, 14:19, 15:3, 15:7, 15:10, 15:14, 15:20, 15:23, 16:5, 16:9, 16:13, 16:19, 16:24, 17:2, 17:6, 17:11, 17:15, 17:18, 17:23, 18:9, 18:13, 19:4, 19:8, 19:11, 19:14, 19:18, 19:21, 20:3, 20:13, 20:17, 22:17, 22:21, 23:9, 25:12, 25:16, 26:8, 27:2, 27:5, 28:9, 28:17, 28:22, 29:4, 29:7, 29:21, 30:6, 30:14, 32:11, 33:24, 34:4, 34:8, 34:14, 34:18, 34:22, 35:3, 35:12, 36:2, 36:8, 36:13, 36:17, 37:8, 37:12, 37:19, 37:23, 38:5, 38:10, 38:12, 38:19, 38:25, 39:5, 39:10, 39:18, 39:21, 40:2, 40:6, 40:10, 40:17, 41:8, 41:20, 41:22, 42:2, 42:12, 43:2, 43:21, 43:25, 44:21, 45:6, 45:18, 45:24, 46:5, 46:18, 46:22, 47:2, 47:6, 47:22, 48:2, 48:7, 48:13, 48:19, 48:25, 49:6, 49:18, 49:23, 50:10, 50:16, 51:8, 51:15, 51:21, 52:2, 52:15, 52:21, 52:24, 53:11, 53:25, 54:5, 54:19, 55:4, 55:19, 56:2, 56:4, 56:14, 56:20, 56:24, 57:11, 57:18, 58:3, 58:9, 59:2, 60:7, 61:3, 61:8,

61:24, 62:6, 63:9,
63:17, 63:21, 64:19,
64:23, 65:12, 65:24,
66:3, 66:7, 67:8,
67:18, 68:12, 68:24,
69:8, 70:4, 70:11,
70:23, 71:3, 71:20,
72:10, 74:9, 74:15,
77:9, 77:23, 79:11,
79:15, 79:22, 79:24,
80:2, 80:6, 80:8,
80:11, 80:13, 80:23,
81:5, 81:10, 81:12,
81:18, 81:23, 82:4,
82:8, 82:11, 82:15,
82:21, 82:23, 82:25,
83:6, 83:13, 83:16,
83:19, 84:6, 84:11,
84:13, 84:17, 84:21,
85:4, 85:14, 85:25,
86:10, 87:2, 87:5,
87:12, 87:21, 87:24,
88:4, 88:15, 88:23,
89:3, 89:6, 89:8, 90:6,
90:15, 90:21, 91:8,
91:11, 91:17, 91:22,
92:2, 92:11, 92:17,
92:22, 93:7, 93:11,
93:17, 94:15, 94:17,
94:21, 95:6, 95:22,
96:2, 96:10, 97:3,
97:8, 97:13, 97:17,
97:19, 97:23, 98:2,
98:11, 98:14, 98:16,
99:13, 99:17, 99:22,
100:2, 100:6, 100:9,
100:14, 100:18,
101:5, 101:7, 101:11,
101:13, 101:19,
102:2, 102:6, 102:8,
102:16, 103:21,
103:25, 104:9,
104:14, 104:23,
105:5, 105:20,
105:25, 106:6,
106:15, 106:19,
107:7, 108:12,
108:15, 108:17,
108:21, 108:25,
109:3, 109:19, 112:5,
113:4, 113:22,
114:22, 114:25,
115:14, 116:14,
117:5, 117:7, 117:14,
117:16, 117:18,
118:4, 118:9, 118:16,
118:21, 118:25,
119:5, 119:9, 119:17,
119:22, 120:4, 120:8,
120:16, 120:20,
120:24, 121:5,

121:17, 121:20,
121:24, 122:13,
122:15, 122:22,
123:5, 123:10,
123:19, 123:23,
124:4, 124:6, 124:10,
124:17, 124:22,
125:8, 125:16,
125:20, 126:9,
126:24, 127:5,
127:11, 127:18,
127:21, 128:7,
128:11, 128:21,
129:6, 129:11,
129:14, 129:21,
129:25, 130:4, 130:9,
130:14, 130:17,
130:19, 130:23,
130:25, 131:3, 131:6,
131:14, 131:17,
131:23, 132:5,
132:10, 132:12,
132:17, 132:19,
132:23, 133:6,
133:12, 133:20,
134:15, 134:21,
135:3, 135:15, 136:5,
136:9, 136:15,
136:18, 136:23,
137:2, 137:5, 137:8,
137:13, 137:16,
137:19, 137:22,
138:2, 138:6, 138:11,
139:3, 139:13,
139:15, 139:17,
139:20, 140:6

**mean** [8] - 12:9,
30:18, 45:8, 60:2,
74:8, 74:10, 74:12,
80:20

**meanest** [2] - 115:9,
115:12

**means** [2] - 35:16,
140:5

**mechanism** [1] -
26:14

**men** [1] - 70:21

**mendez** [1] - 122:5

**Mendez** [2] - 74:4,
122:7

**MENDEZ** [1] - 1:5

**mentioned** [2] - 1:21,
21:2

**method** [1] - 26:19

**MICHELLE** [3] -
1:21, 143:7, 143:23

**middle** [1] - 29:19

**might** [3] - 7:19,
13:6, 30:12

**minimum** [4] - 93:23,

94:4, 117:8, 117:9

**minutes** [11] - 70:3,
71:2, 71:6, 109:16,
110:13, 110:15,
110:18, 111:12,
111:14

**missed** [1] - 102:23

**moment** [3] - 13:23,
38:20, 134:4

**money** [46] - 25:9,
25:14, 34:2, 48:23,
49:5, 49:22, 50:18,
50:20, 50:22, 51:6,
51:17, 51:20, 51:24,
52:11, 52:14, 52:19,
60:19, 77:15, 79:21,
79:25, 80:4, 80:5,
80:9, 80:14, 85:12,
85:17, 85:23, 120:15,
120:19, 122:7,
131:12, 131:16,
131:19, 131:21,
132:3, 132:9, 132:16,
133:3, 133:4, 133:11,
133:19, 134:20,
134:25, 136:4, 136:8,
138:5

**month** [12] - 27:13,
29:15, 30:16, 30:19,
30:21, 30:22, 60:19,
61:10, 61:14, 78:16,
99:5, 99:6

**months** [1] - 31:18

**morning** [14] - 44:16,
44:17, 70:3, 70:7,
71:12, 71:14, 71:18,
72:9, 72:15, 72:17,
78:8, 78:9, 109:8,
109:16

**most** [6] - 79:12,
84:7, 84:17, 126:6,
127:13, 128:22

**mother** [6] - 42:21,
59:14, 59:15, 62:21,
105:7, 137:12

**mother's** [4] - 41:6,
41:13, 41:14, 42:22

**move** [8] - 8:12,
8:15, 52:16, 52:25,
70:19, 84:21, 132:24,
133:12

**MR** [421] - 4:12, 5:25,
6:18, 6:21, 7:6, 7:9,
7:11, 7:16, 8:4, 8:11,
8:17, 8:25, 9:9, 11:3,
11:7, 11:13, 11:19,
11:25, 12:6, 12:13,
12:18, 12:25, 13:12,
13:16, 13:21, 14:3,
14:7, 14:11, 14:16,

14:17, 14:19, 15:3,
15:7, 15:10, 15:14,
15:20, 15:23, 16:5,
16:9, 16:13, 16:19,
16:24, 17:6, 17:11,
17:15, 17:18, 17:23,
18:9, 18:13, 19:4,
19:8, 19:11, 19:14,
19:18, 19:21, 19:23,
20:3, 20:13, 20:17,
21:8, 22:17, 22:21,
23:9, 25:12, 25:16,
26:8, 26:13, 27:2,
27:5, 28:9, 28:17,
28:22, 29:4, 29:7,
29:21, 30:6, 30:14,
32:11, 33:24, 34:4,
34:8, 34:14, 34:18,
34:22, 35:3, 35:6,
35:12, 35:18, 35:23,
36:2, 36:5, 36:8,
36:11, 36:13, 36:14,
36:17, 37:8, 37:12,
37:19, 37:23, 38:5,
38:10, 38:12, 38:19,
38:25, 39:5, 39:10,
39:18, 39:21, 40:2,
40:6, 40:10, 40:12,
40:17, 41:8, 41:20,
41:22, 42:2, 42:12,
43:2, 43:21, 43:25,
44:21, 45:6, 45:18,
45:24, 46:5, 46:18,
46:22, 47:2, 47:6,
47:22, 48:2, 48:7,
48:13, 48:19, 48:25,
49:6, 49:18, 49:23,
50:10, 50:16, 51:8,
51:15, 51:21, 52:2,
52:15, 52:21, 52:24,
53:11, 53:25, 54:5,
54:19, 55:4, 55:19,
56:2, 56:4, 56:14,
56:20, 56:24, 57:11,
57:18, 58:3, 58:9,
59:2, 60:7, 61:3, 61:8,
61:24, 62:6, 63:9,
63:17, 63:21, 64:19,
64:23, 65:12, 65:24,
66:3, 66:7, 67:8,
67:18, 68:12, 68:24,
69:8, 70:4, 70:11,
70:23, 71:3, 71:20,
72:10, 74:9, 74:15,
77:9, 77:23, 79:11,
79:15, 79:22, 79:24,
80:2, 80:6, 80:8,
80:11, 80:13, 80:23,
81:5, 81:10, 81:12,
81:18, 81:23, 82:4,
82:8, 82:11, 82:15,

82:21, 82:23, 82:25,
83:6, 83:10, 83:13,
83:16, 83:19, 84:3,
84:6, 84:11, 84:13,
84:17, 84:21, 85:4,
85:14, 85:25, 86:10,
87:2, 87:5, 87:12,
87:21, 87:24, 88:4,
88:15, 88:23, 89:3,
89:6, 89:8, 90:6,
90:15, 90:21, 91:8,
91:11, 91:17, 91:22,
92:2, 92:11, 92:17,
92:22, 93:7, 93:11,
93:17, 94:15, 94:17,
94:21, 95:6, 95:22,
96:2, 96:10, 97:3,
97:8, 97:13, 97:17,
97:19, 97:23, 98:2,
98:11, 98:14, 98:16,
99:13, 99:17, 99:22,
100:2, 100:6, 100:9,
100:14, 100:18,
101:5, 101:7, 101:11,
101:13, 101:19,
102:2, 102:6, 102:8,
102:16, 103:21,
103:25, 104:9,
104:14, 104:23,
105:5, 105:20,
105:25, 106:6,
106:15, 106:16,
106:19, 107:7,
108:12, 108:15,
108:17, 108:21,
108:25, 109:3,
109:19, 112:5, 113:4,
113:22, 114:22,
114:25, 115:14,
116:14, 117:5, 117:7,
117:14, 117:16,
117:18, 118:4, 118:9,
118:16, 118:21,
118:25, 119:5, 119:9,
119:17, 119:22,
120:4, 120:8, 120:16,
120:20, 120:24,
121:5, 121:17,
121:20, 121:24,
122:13, 122:15,
122:22, 123:5,
123:10, 123:15,
123:19, 123:23,
124:4, 124:6, 124:10,
124:17, 124:22,
125:8, 125:16,
125:20, 126:9,
126:24, 127:5,
127:11, 127:18,
127:21, 128:7,
128:11, 128:21,

129:6, 129:11, 129:14, 129:21, 129:25, 130:4, 130:9, 130:14, 130:17, 130:19, 130:23, 130:25, 131:3, 131:6, 131:14, 131:17, 131:23, 132:5, 132:10, 132:12, 132:17, 132:19, 132:23, 133:6, 133:12, 133:20, 134:15, 134:21, 135:3, 135:15, 136:5, 136:9, 136:15, 136:18, 136:23, 137:2, 137:5, 137:8, 137:13, 137:16, 137:19, 137:22, 138:2, 138:6, 138:11, 139:3, 139:11, 139:13, 139:14, 139:15, 139:17, 139:19, 139:20, 139:23, 140:6, 140:9

**must** [3] - 13:7, 14:5, 133:23

## N

**nail** [2] - 83:5, 93:3
**name** [19] - 4:13, 5:2, 5:24, 23:6, 24:5, 24:7, 24:20, 39:12, 39:25, 42:23, 42:24, 43:3, 60:9, 66:24, 74:5, 75:6, 105:24, 113:12, 116:6
**named** [1] - 66:21
**names** [3] - 66:12, 66:15, 67:4
**NASSAU** [1] - 143:5
**national** [1] - 20:18
**natives** [3] - 112:19, 112:20, 112:21
**necessity** [2] - 45:7, 45:9, 48:14
**Neck** [1] - 2:9
**need** [1] - 42:11
**negotiation** [1] - 121:6
**NELSON** [1] - 1:4
**Nelson** [5] - 32:5, 32:6, 44:12, 64:21, 122:3
**nelson** [1] - 32:8
**nerve** [1] - 129:13
**nervous** [2] - 119:14, 119:16

**never** [72] - 6:14, 12:14, 30:4, 30:8, 43:11, 43:14, 43:15, 43:23, 44:4, 44:6, 45:2, 53:19, 55:7, 59:21, 62:8, 62:13, 62:15, 62:17, 63:10, 63:22, 73:24, 74:10, 81:21, 82:5, 82:6, 82:10, 85:20, 85:21, 86:2, 89:12, 95:4, 95:17, 100:15, 101:20, 101:21, 104:12, 104:15, 105:3, 105:17, 106:7, 108:7, 108:9, 109:6, 109:10, 109:12, 110:25, 112:13, 113:2, 114:15, 114:19, 116:17, 119:6, 119:10, 120:18, 121:9, 123:24, 124:2, 124:16, 124:18, 124:19, 125:7, 127:4, 127:10, 127:12, 127:24, 135:20, 138:22
**New** [12] - 1:15, 1:22, 2:5, 2:10, 2:14, 2:19, 4:18, 22:12, 141:25, 143:9
**new** [1] - 114:2
**NEW** [3] - 1:2, 141:4, 143:4
**next** [3] - 18:11, 99:8, 139:9
**nice** [3] - 27:17, 32:9, 32:12
**nicely** [1] - 19:24
**night** [2] - 22:22, 78:10
**nobody** [3] - 16:3, 36:22, 91:23
**NOE** [1] - 1:6
**noise** [1] - 114:7
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:22, 141:25, 143:8
**noted** [1] - 140:18
**nothing** [5] - 5:11, 26:24, 115:19, 115:20, 119:15
**notice** [1] - 14:18
**noticed** [2] - 116:4, 134:6
**notified** [1] - 26:18
**November** [4] - 29:24, 31:4, 31:22, 33:3

**number** [36] - 12:21, 12:24, 13:11, 13:15, 13:19, 13:24, 14:2, 14:23, 15:2, 15:6, 16:11, 16:12, 16:16, 16:23, 17:22, 19:2, 19:17, 28:12, 28:21, 45:22, 46:16, 46:19, 46:20, 46:24, 47:4, 47:7, 47:10, 47:13, 47:17, 48:6, 51:2, 63:7, 63:13, 86:24, 108:5, 121:11
**numbers** [1] - 14:9

## O

**oath** [4] - 3:18, 10:13, 17:8, 141:10
**object** [2] - 7:19, 14:11
**objecting** [1] - 140:6
**objection** [369] - 5:25, 6:18, 6:21, 7:6, 8:4, 8:17, 8:25, 9:9, 11:3, 11:7, 11:13, 11:19, 11:25, 12:6, 12:13, 12:18, 12:25, 13:12, 13:16, 13:21, 14:3, 15:3, 15:7, 15:10, 15:14, 15:20, 15:23, 16:5, 16:9, 16:13, 16:19, 16:24, 17:2, 17:6, 17:11, 17:15, 17:18, 17:23, 18:9, 18:13, 19:4, 19:8, 19:11, 19:14, 19:18, 20:13, 20:17, 22:17, 22:21, 23:9, 25:12, 25:16, 26:8, 27:5, 28:9, 28:17, 28:22, 29:4, 29:7, 29:21, 30:6, 30:14, 32:11, 33:24, 34:4, 34:8, 34:14, 34:18, 34:22, 35:12, 37:8, 37:12, 37:19, 37:23, 38:5, 38:10, 38:12, 38:19, 38:25, 39:5, 39:10, 39:18, 39:21, 40:2, 40:6, 40:10, 41:8, 41:20, 41:22, 42:2, 42:12, 43:2, 43:21, 43:25, 44:21, 45:6, 45:18, 45:24, 46:5, 46:18, 46:22, 47:2, 47:6, 47:22, 48:2, 48:7, 48:13, 48:19, 48:25, 49:6, 49:18, 49:23, 50:10,

50:16, 51:8, 51:15, 51:21, 52:2, 52:15, 52:21, 52:24, 53:11, 53:25, 54:5, 54:19, 55:4, 55:19, 56:2, 56:4, 56:14, 56:20, 56:24, 57:11, 57:18, 58:3, 58:9, 59:2, 60:7, 61:3, 61:8, 61:24, 62:6, 63:9, 63:17, 63:21, 64:19, 64:23, 65:12, 65:24, 66:3, 66:7, 67:8, 67:18, 68:12, 68:24, 69:8, 70:4, 70:11, 70:23, 71:3, 71:20, 72:10, 74:9, 74:15, 77:9, 77:23, 79:11, 79:15, 79:22, 79:24, 80:2, 80:6, 80:8, 80:11, 80:13, 80:23, 81:5, 81:10, 81:12, 81:18, 81:23, 82:4, 82:8, 82:11, 82:15, 82:21, 82:23, 83:6, 83:13, 83:16, 83:19, 84:11, 84:13, 85:4, 85:14, 85:25, 86:10, 87:2, 87:5, 87:12, 87:21, 87:24, 88:4, 88:15, 89:6, 89:8, 90:6, 90:15, 90:21, 91:8, 91:11, 91:17, 91:22, 92:2, 92:11, 92:17, 92:22, 93:7, 93:11, 93:17, 94:15, 94:17, 94:21, 95:6, 95:22, 96:10, 97:3, 97:8, 97:13, 97:17, 97:19, 97:23, 98:2, 98:11, 98:14, 98:16, 99:13, 99:17, 99:22, 100:2, 100:6, 100:9, 100:14, 100:18, 101:5, 101:7, 101:11, 101:13, 101:19, 102:2, 102:6, 102:8, 102:16, 103:21, 103:25, 104:9, 104:14, 104:23, 105:5, 105:20, 105:25, 106:6, 106:15, 107:7, 108:12, 108:15, 108:17, 108:21, 108:25, 109:3, 109:19, 112:5, 113:4, 113:22, 114:22, 114:25, 115:14, 116:14, 117:5, 117:7, 117:14, 117:16, 117:18, 118:4, 118:9,

118:16, 118:21, 118:25, 119:5, 119:9, 119:17, 119:22, 120:4, 120:8, 120:16, 120:20, 120:24, 121:5, 121:17, 121:20, 121:24, 122:13, 122:15, 122:22, 123:5, 123:10, 123:19, 123:23, 124:4, 124:6, 124:10, 124:17, 124:22, 125:8, 125:16, 125:20, 126:9, 126:24, 127:5, 127:11, 127:18, 127:21, 128:7, 128:11, 128:21, 129:6, 129:11, 129:14, 129:21, 129:25, 130:4, 130:9, 130:14, 130:17, 130:19, 130:23, 130:25, 131:6, 131:14, 131:17, 131:23, 132:5, 132:10, 132:17, 132:19, 132:23, 133:6, 133:12, 134:15, 134:21, 135:3, 135:15, 136:5, 136:9, 136:15, 136:18, 136:23, 137:2, 137:5, 137:8, 137:13, 137:16, 137:19, 137:22, 138:2, 138:6, 138:11, 139:3, 139:13
**objections** [4] - 3:11, 34:24, 35:2, 35:7
**obligation** [2] - 9:21, 10:2
**October** [3] - 1:13, 141:10, 143:20
**OF** [8] - 1:2, 2:4, 2:8, 2:13, 141:4, 141:6, 143:4, 143:5
**offer** [2] - 120:23, 120:25
**offered** [1] - 121:11
**office** [6] - 37:11, 107:13, 107:15, 120:3, 139:12, 140:14
**officer** [1] - 3:17
**OFFICES** [3] - 2:4, 2:8, 2:13
**old** [1] - 59:7
**Olympic** [1] - 67:25
**once** [3] - 109:4, 113:23, 138:22

**one** [34] - 1:19, 11:8, 21:2, 24:13, 25:3, 25:22, 32:9, 32:12, 32:13, 45:5, 59:6, 61:18, 70:19, 70:22, 72:20, 75:8, 87:3, 87:6, 91:5, 91:15, 106:11, 114:2, 114:16, 116:4, 122:20, 126:3, 126:7, 136:24, 137:6, 137:9, 139:4, 139:8
**ones** [3] - 51:10, 52:18, 80:18
**opportunity** [1] - 139:25
**oppose** [2] - 26:17, 26:18
**order** [10] - 7:8, 28:11, 61:6, 61:9, 110:11, 131:18, 133:3, 134:24, 138:4, 138:21
**Order** [1] - 1:20
**ordering** [1] - 61:6
**organize** [1] - 71:5
**Oscar** [10] - 39:13, 39:14, 39:16, 39:20, 40:23, 42:4, 42:6, 42:16, 42:20, 42:22
**Osmar** [2] - 116:7, 116:8
**OSMAR** [1] - 1:5
**outcome** [1] - 143:18
**outside** [1] - 111:8
**overtime** [39] - 34:10, 55:16, 55:17, 82:2, 82:5, 82:6, 82:10, 82:13, 82:20, 83:4, 83:7, 84:5, 84:8, 84:16, 84:18, 88:12, 88:14, 88:19, 88:22, 90:9, 91:5, 94:24, 95:2, 95:5, 101:21, 101:22, 116:16, 116:17, 116:21, 116:22, 116:25, 117:3, 118:20, 118:22, 118:24, 128:2, 128:16, 128:17, 128:18
**owed** [2] - 94:19, 118:20
**own** [6] - 39:7, 39:8, 72:12, 93:8, 94:25, 113:7
**owner** [5] - 74:20, 74:22, 125:11, 125:15, 125:22
**owners** [1] - 74:25

**P**

**P.C** [1] - 2:17
**p.m** [14] - 1:14, 20:8, 35:25, 40:19, 76:4, 92:7, 123:17, 140:18
**packing** [1] - 24:10
**padre** [1] - 137:10
**PAGE** [3] - 142:4, 142:8, 144:5
**page** [3] - 86:19, 88:16, 90:8
**Pagoada** [1] - 116:8
**PAGOADA** [1] - 1:5
**paid** [47] - 23:11, 23:23, 25:6, 28:2, 28:5, 28:6, 53:14, 54:13, 55:8, 55:11, 55:15, 55:17, 65:18, 68:3, 68:6, 68:8, 76:22, 77:2, 77:4, 77:8, 82:5, 82:6, 82:10, 82:19, 83:4, 84:7, 84:16, 85:12, 85:23, 88:8, 88:9, 88:18, 88:21, 89:12, 90:10, 101:21, 116:12, 116:15, 116:17, 116:20, 119:10, 127:12, 127:16, 127:24, 128:2, 128:6, 128:18
**paint** [1] - 93:4
**painted** [1] - 93:4
**paper** [1] - 42:14
**papers** [24] - 46:2, 46:15, 51:10, 51:12, 52:7, 52:17, 131:25, 133:9, 133:10, 133:17, 133:24, 133:25, 134:7, 134:10, 134:13, 135:6, 135:16, 135:18, 135:21, 135:24, 136:3, 136:19, 138:18, 138:23
**pardon** [5] - 4:23, 75:18, 78:14, 94:18, 131:15
**parents** [1] - 63:11
**part** [3] - 34:2, 93:10, 126:6
**parties** [2] - 3:6, 143:16
**passport** [9] - 5:20, 6:7, 6:10, 6:13, 6:25, 7:3, 7:5, 20:15, 142:10

**past** [1] - 35:5
**PATRICK** [2] - 2:8, 2:11
**Patrick** [1] - 136:25
**Pave** [8] - 27:9, 27:11, 27:21, 29:10, 29:13, 29:18, 46:12, 64:22
**Pave-Co** [8] - 27:9, 27:11, 27:21, 29:10, 29:13, 29:18, 46:12, 64:22
**Paving** [33] - 31:19, 31:21, 31:24, 32:15, 32:19, 32:22, 37:6, 44:8, 45:23, 53:7, 54:9, 54:12, 64:7, 64:13, 66:12, 68:8, 69:6, 69:13, 69:16, 71:17, 73:5, 74:14, 74:18, 74:20, 74:25, 75:4, 76:16, 88:20, 89:12, 91:13, 112:15, 133:23, 138:20
**PAVING** [1] - 1:10
**paving** [4] - 29:20, 29:23, 78:21, 112:17
**pay** [28] - 15:5, 25:4, 27:3, 27:7, 34:10, 53:13, 61:10, 61:12, 75:22, 75:23, 76:5, 76:20, 77:22, 78:2, 81:16, 81:22, 85:6, 87:7, 94:24, 103:10, 103:12, 120:14, 122:12, 126:21, 127:4, 128:19, 142:13
**paycheck** [2] - 81:8, 126:19
**paychecks** [5] - 75:12, 75:15, 75:17, 75:20, 126:22
**paying** [4] - 46:10, 75:6, 77:20, 86:6, 86:7, 89:15, 95:2, 96:19, 127:23, 128:16
**payments** [2] - 119:4, 119:8
**penalize** [1] - 56:12
**penalties** [1] - 10:20
**people** [8] - 50:5, 70:8, 72:22, 96:21, 110:14, 112:18, 124:9, 139:2
**per** [7] - 25:8, 27:16, 53:9, 65:21, 65:22, 68:3, 76:25
**PEREZ** [1] - 1:7
**perfectly** [1] - 33:17
**period** [1] - 85:8

**periods** [1] - 102:23
**permission** [1] - 133:2
**pero** [2] - 38:15, 130:2
**person** [2] - 50:2, 135:11
**personal** [1] - 126:12
**perusing** [3] - 6:6, 76:10, 108:7
**phone** [1] - 18:12
**pick** [1] - 64:16
**Pictures** [2] - 106:24, 142:15
**pink** [2] - 83:5, 93:3
**place** [6] - 1:21, 24:2, 64:2, 67:19, 110:25, 119:25
**places** [2] - 66:19, 67:14
**Plaintiffs** [5] - 1:8, 1:19, 2:4, 2:9, 2:13
**plate** [1] - 112:12
**play** [4] - 73:21, 73:25, 124:13, 124:14
**played** [3] - 114:20, 124:16, 124:20
**playing** [2] - 18:12, 114:19
**PLLC** [1] - 2:4
**plus** [2] - 78:5, 78:6
**pocket** [1] - 5:14
**pockets** [2] - 20:25
**point** [1] - 73:8
**poorly** [2] - 57:12, 138:25
**posed** [1] - 49:16
**positive** [1] - 86:13
**possible** [4] - 111:18, 129:19, 129:20, 134:5
**post** [1] - 113:24
**PRACELIS** [1] - 1:5
**prepare** [3] - 36:19, 37:15, 70:14
**prepared** [1] - 37:20
**PRESENT** [3] - 2:6, 2:15, 2:23
**presently** [1] - 59:23
**pretend** [1] - 117:25
**pretending** [1] - 118:5
**pretty** [4] - 62:19, 62:20, 77:15, 113:15
**prevailing** [5] - 68:6, 68:9, 68:10, 68:11, 76:25
**previous** [2] - 7:20, 26:24
**previously** [2] -

68:16, 108:2
**problem** [1] - 72:19
**problems** [1] - 33:17
**proceed** [1] - 7:18
**products** [1] - 24:11
**project** [1] - 67:21
**projects** [7] - 66:13, 66:14, 66:22, 67:3, 67:7, 67:11, 67:17
**promise** [2] - 92:12, 92:14
**promised** [1] - 128:8
**propane** [1] - 70:18
**proper** [1] - 44:5
**protect** [1] - 18:17
**protection** [1] - 7:8
**protective** [1] - 8:14
**provide** [14] - 9:21, 10:7, 12:23, 13:7, 13:10, 17:21, 18:25, 28:12, 28:20, 48:23, 60:11, 60:13, 60:16, 61:7
**provided** [6] - 13:19, 14:18, 21:25, 28:16, 46:21, 86:25
**Public** [3] - 1:22, 141:25, 143:8
**public** [2] - 103:9, 103:11, 104:17
**purposes** [1] - 131:12
**pursuant** [4] - 1:20, 7:8, 8:13, 26:11
**put** [1] - 114:5
**putting** [1] - 114:3

**Q**

**quarter** [1] - 83:12
**questions** [24] - 4:4, 9:18, 9:22, 13:4, 13:7, 14:8, 17:24, 18:2, 18:4, 26:9, 43:19, 55:25, 56:16, 64:10, 77:6, 91:14, 91:16, 91:20, 102:13, 117:24, 118:3, 119:12, 133:21
**Quintanilla** [4] - 32:5, 44:12, 64:22
**QUINTANILLA** [2] - 1:4, 1:5
**QUINTEROS** [1] - 1:6

**R**

**rain** [2] - 78:23, 94:3

**rained** [1] - 129:7
**raised** [1] - 139:2
**raising** [1] - 89:22
**rake** [1] - 32:25
**raking** [1] - 68:17
**Ralph** [1] - 65:6
**rate** [3] - 55:9, 55:12, 65:21
**rates** [2] - 68:7, 68:11
**read** [2] - 7:22, 141:9
**ready** [2] - 92:8, 138:7
**real** [6] - 5:23, 13:24, 133:24, 134:2, 136:20, 138:18
**realized** [3] - 46:14, 85:20, 85:21
**really** [6] - 4:25, 49:2, 49:25, 70:5, 117:21, 121:13
**REASON** [10] - 144:7, 144:9, 144:11, 144:13, 144:15, 144:17, 144:19, 144:21, 144:23, 144:25
**reason** [8] - 29:3, 29:6, 29:8, 33:10, 33:13, 33:15, 125:10, 125:18
**reasons** [2] - 93:9, 144:4
**receive** [6] - 25:7, 75:12, 104:13, 104:17, 104:21, 119:3
**received** [1] - 32:18
**recess** [7] - 20:7, 21:10, 35:24, 40:18, 76:3, 92:6, 123:16
**record** [13] - 4:13, 4:16, 19:22, 20:2, 36:3, 36:14, 40:17, 83:10, 106:19, 106:23, 141:12, 141:13, 143:13
**records** [2] - 26:10, 128:24
**reflect** [2] - 36:15, 83:11
**reflects** [1] - 138:25
**refuse** [1] - 13:5
**regarding** [3] - 7:13, 14:8, 26:9
**Registration** [1] - 142:12
**registration** [3] - 40:5, 40:20, 42:8
**regular** [5] - 55:14, 64:17, 68:5, 77:4,

103:20
**regularly** [2] - 55:10, 77:2
**related** [1] - 143:15
**relaxed** [2] - 113:16, 113:19
**remain** [1] - 55:25
**remember** [72] -
14:5, 15:8, 15:11, 15:13, 15:21, 15:24, 16:4, 17:7, 19:15, 19:19, 19:20, 23:7, 23:8, 23:10, 23:19, 24:5, 24:7, 27:13, 28:15, 28:18, 28:23, 29:2, 29:5, 29:14, 29:15, 30:10, 31:2, 38:11, 38:13, 39:22, 40:3, 46:6, 63:10, 66:12, 66:15, 66:20, 66:22, 67:2, 67:6, 67:9, 67:10, 67:13, 67:14, 67:16, 67:20, 69:11, 69:22, 83:14, 84:4, 84:6, 87:14, 90:3, 90:4, 90:5, 94:12, 96:12, 96:13, 97:20, 97:21, 97:22, 97:24, 98:3, 98:4, 98:5, 98:7, 112:25, 116:7, 116:9, 127:6, 127:8, 127:19
**removed** [1] - 114:3
**removing** [3] -
113:23, 113:25, 114:2
**Renato** [1] - 74:6
**rent** [1] - 61:11
**repeat** [6] - 22:6, 30:7, 35:9, 48:3, 54:2, 60:12, 65:13, 65:25, 67:4, 75:18, 100:19, 132:8, 133:23
**report** [4] - 25:9, 25:14, 26:6, 95:8
**reported** [2] - 28:7, 95:4
**REPORTER** [1] - 106:18
**Reporter** [1] - 143:7
**reporter** [3] - 7:23, 106:16, 128:4
**reports** [1] - 26:10
**represented** [1] - 18:7
**representing** [1] - 135:23
**request** [1] - 26:13
**requested** [1] - 7:21
**reserve** [1] - 140:7
**reserved** [1] - 3:12

**reside** [2] - 22:5, 22:8
**respect** [1] - 126:17
**respective** [1] - 3:6
**respects** [1] - 26:23
**responsibility** [1] - 102:12
**responsible** [1] - 140:12
**result** [2] - 83:22, 115:17
**retaliation** [9] -
33:20, 33:22, 35:11, 35:14, 35:16, 35:20, 36:4, 36:12, 36:15
**retaliatory** [1] - 34:6
**rethink** [1] - 19:6
**return** [1] - 25:10
**returned** [1] - 137:24
**returns** [3] - 25:15, 28:8, 46:25
**review** [2] - 37:2, 139:25
**rice** [1] - 73:2
**rid** [2] - 97:6, 97:11
**ride** [3] - 44:10, 44:15, 44:19
**Rinaldi** [1] - 2:24
**risers** [1] - 70:18
**RIVERA** [1] - 1:5
**Rivera** [2] - 32:4, 44:12
**Road** [1] - 2:9
**robbed** [1] - 80:19
**RODRIGUEZ** [1] -
1:6
**role** [1] - 102:21
**room** [1] - 91:23
**routinely** [2] - 11:9, 11:11
**rules** [2] - 9:13, 69:19

**S**

**salary** [1] - 32:16
**sanction** [1] - 56:12
**sandwich** [7] -
71:11, 71:12, 71:13, 109:17, 109:22, 109:25, 111:18
**sandwiches** [3] -
71:18, 72:2, 110:12
**SAUL** [1] - 2:20
**saved** [1] - 97:4
**saw** [7] - 96:19, 108:9, 108:10, 108:13, 108:19, 109:6, 116:5

**schedule** [2] - 94:24, 94:25
**school** [9] - 43:5, 43:9, 43:14, 43:18, 67:22, 67:23, 77:12, 77:14
**sealing** [1] - 3:7
**season** [7] - 29:20, 29:23, 31:7, 31:9, 31:10, 31:13, 31:14
**Security** [30] - 12:20, 12:24, 13:11, 13:14, 13:19, 13:24, 14:2, 14:8, 14:23, 15:2, 15:6, 15:16, 16:11, 16:12, 17:22, 19:2, 19:17, 28:12, 28:16, 28:21, 45:22, 46:19, 46:20, 47:4, 47:14, 48:5, 51:2, 63:7, 63:13, 86:24
**see** [19] - 5:7, 18:11, 21:6, 78:6, 83:8, 85:11, 85:16, 86:20, 87:7, 87:17, 89:2, 103:8, 103:20, 107:16, 108:18, 108:20, 108:22, 111:7
**sent** [1] - 85:18
**sentence** [2] - 139:4, 139:8
**September** [1] -
29:17
**set** [2] - 143:11, 143:19
**settle** [1] - 120:23
**settlement** [1] -
121:19
**shall** [1] - 3:12
**shame** [2] - 126:20, 140:13
**shameful** [1] -
139:10
**SHEET** [1] - 144:2
**sheets** [2] - 95:14, 95:16
**shop** [5] - 70:25, 71:24, 107:11, 107:14, 107:23
**short** [3] - 20:4, 21:10, 35:22
**Shorthand** [1] -
143:7
**shovel** [1] - 32:25
**shoveling** [1] - 68:17
**show** [14] - 6:2, 6:12, 6:16, 20:9, 21:16, 69:24, 76:22, 82:13, 82:18, 82:22, 82:24, 86:18, 107:25, 128:24

**showed** [5] - 82:2, 127:15, 127:19, 127:25, 128:19
**shows** [1] - 78:3
**si** [3] - 55:13, 123:14, 125:5
**sic)** [3] - 90:22, 123:2, 139:7
**sick** [2] - 102:24, 102:25
**side** [1] - 114:4
**signed** [2] - 3:16, 3:19
**Signed** [1] - 141:20
**signs** [2] - 107:16, 107:18
**silent** [1] - 55:25
**sister** [1] - 58:16
**sit** [2] - 87:13, 119:19
**site** [4] - 109:8, 109:13, 109:17, 109:24
**sites** [1] - 73:22
**sitting** [1] - 5:17
**sixth** [1] - 43:8
**sixty** [7] - 78:5, 78:6, 117:12, 128:23, 128:25, 129:2, 129:9
**skinny** [1] - 5:15
**slower** [1] - 31:8
**smallest** [1] - 102:4
**Smithtown** [1] -
24:24
**soccer** [5] - 73:19, 73:21, 73:25, 124:13, 124:14
**Social** [30] - 12:20, 12:24, 13:11, 13:14, 13:19, 13:24, 13:25, 14:8, 14:23, 14:25, 15:6, 15:16, 16:11, 16:12, 17:21, 18:25, 19:16, 28:12, 28:15, 28:21, 45:22, 46:19, 46:20, 47:4, 47:14, 48:5, 51:2, 63:7, 63:13, 86:24
**soda** [2] - 112:24, 113:3
**someone** [10] -
15:15, 17:22, 47:25, 48:5, 59:22, 60:6, 72:12, 106:4, 114:18
**sometimes** [36] - 9:3, 24:11, 30:13, 30:16, 30:22, 30:23, 30:24, 31:3, 31:4, 55:15, 55:17, 68:9, 70:17, 71:21, 72:3, 72:6, 72:7, 72:12, 72:21,

73:6, 73:18, 78:12, 78:24, 79:7, 81:24, 81:25, 82:2, 82:3, 110:16, 110:20, 111:10, 111:11, 111:21, 115:7

**somewhere** [4] - 45:11, 45:13, 114:5, 129:5

**son** [9] - 48:16, 101:18, 105:13, 105:16, 105:22, 106:9, 106:13, 106:17, 113:12

**sorry** [4] - 17:16, 122:23, 122:24, 123:4

**sound** [1] - 8:2

**Spanish** [4] - 2:24, 4:2, 4:5

**speaking** [1] - 35:6

**specific** [1] - 66:22

**specifically** [1] - 36:10

**sport** [1] - 73:20

**spreading** [1] - 78:21

**ss** [2] - 141:5, 143:4

**stamp** [1] - 6:24

**stamps** [1] - 104:13

**start** [6] - 27:10, 30:21, 31:20, 69:2, 91:18, 109:4

**started** [13] - 30:4, 30:8, 30:12, 30:17, 30:19, 31:19, 32:15, 69:2, 69:4, 80:20, 111:6, 127:23, 128:9

**State** [4] - 1:22, 104:25, 141:25, 143:8

**state** [2] - 4:13, 4:16

**STATE** [2] - 141:4, 143:4

**STATES** [1] - 1:2

**States** [7] - 6:17, 8:20, 15:16, 20:12, 20:16, 23:2, 43:10

**status** [3] - 7:10, 7:13, 40:15

**stay** [3] - 62:8, 62:13, 62:23

**steady** [1] - 64:9

**stealing** [1] - 100:12

**step** [1] - 88:6

**steps** [3] - 12:4, 12:11, 14:14, 44:4

**Steven** [1] - 2:24

**still** [5] - 20:19, 46:3, 64:5, 96:21, 119:19

**stipulate** [2] - 36:2, 36:17

**STIPULATED** [3] -

3:4, 3:10, 3:15

**stolen** [1] - 100:15

**stop** [30] - 9:8, 42:11, 51:5, 56:19, 56:22, 57:16, 57:17, 57:19, 71:23, 72:3, 84:21, 87:10, 87:22, 88:24, 89:3, 97:13, 109:5, 109:21, 112:23, 118:10, 123:22, 127:19, 128:9, 129:12, 129:16, 129:19, 131:3, 139:15, 139:17

**stopped** [7] - 72:14, 86:9, 96:20, 101:22, 101:23, 113:9, 114:11

**street** [2] - 15:22, 39:25

**Street** [6] - 4:18, 22:10, 22:11, 22:15, 58:15, 86:24

**stub** [6] - 53:24, 54:14, 54:17, 55:3, 77:22, 83:25

**stubs** [11] - 75:22, 75:23, 76:6, 76:12, 76:13, 76:20, 81:22, 85:6, 127:4, 128:20, 142:14

**stupid** [1] - 92:20

**Suarez** [5] - 59:16, 59:17, 59:20, 60:5, 61:21

**subscribed** [1] - 141:20

**sue** [1] - 120:11

**Suffolk** [39] - 31:19, 31:20, 31:23, 32:15, 32:19, 32:21, 37:6, 44:7, 45:23, 53:6, 54:8, 54:12, 64:7, 64:12, 66:11, 68:8, 69:6, 69:13, 69:16, 71:17, 73:5, 74:13, 74:17, 74:20, 74:25, 75:3, 75:10, 76:16, 80:21, 85:5, 88:20, 89:12, 91:12, 91:13, 112:14, 112:15, 122:8, 133:22, 138:20

**SUFFOLK** [2] - 1:10

**suing** [9] - 33:22, 34:6, 34:9, 34:12, 35:10, 80:14, 80:17, 93:16, 118:23

**summer** [1] - 113:6

**Sunrise** [2] - 1:15, 2:18

**support** [9] - 48:15,

48:16, 51:19, 51:20, 51:22, 60:20, 133:2, 134:23, 134:24

**supposed** [2] - 9:7, 73:10

**surely** [1] - 106:20

**suspect** [1] - 50:4

**sworn** [6] - 3:17, 3:19, 4:3, 4:8, 10:17, 143:12

**T**

**tamper** [1] - 68:20

**tank** [1] - 70:18

**tasty** [1] - 112:10

**tax** [5] - 25:10, 25:15, 26:10, 28:8, 46:25

**taxes** [2] - 26:7, 27:3

**team** [1] - 70:21

**ten** [7] - 71:6, 71:7, 109:16, 110:15, 110:18, 117:8, 117:11

**terminated** [1] - 33:19

**test** [3] - 14:14, 26:20, 26:24

**testified** [9] - 4:9, 50:8, 72:8, 84:15, 86:8, 91:4, 105:15, 127:3, 135:9

**testifying** [5] - 9:6, 83:14, 94:14, 94:16, 127:6

**testimony** [8] - 7:22, 10:17, 30:9, 50:7, 140:16, 141:9, 141:12, 143:13

**THE** [1] - 106:18

**therefrom** [1] - 14:9

**third** [2] - 86:18, 88:16

**threw** [1] - 97:2

**throughout** [1] - 101:24

**throw** [2] - 96:6, 96:8

**time-and-a-half** [3] - 88:7, 88:9, 88:10

**today** [17] - 10:24, 45:5, 45:16, 71:8, 72:23, 84:24, 98:22, 101:4, 101:24, 102:5, 102:15, 124:3, 130:22, 131:7, 138:10, 138:25, 140:2

**today's** [5] - 6:4, 21:18, 76:18

**together** [3] - 37:10, 37:11, 114:20

ton [2] - 85:11, 139:23

**tonight** [1] - 99:12

**took** [8] - 44:4, 44:19, 46:3, 70:21, 70:22, 93:21, 107:3, 129:4

**tools** [3] - 69:3, 70:14, 70:15

**touched** [1] - 115:25

**towns** [1] - 66:21

**track** [1] - 68:2

**traffic** [1] - 113:24

**trailer** [1] - 70:19

**transcript** [4] - 135:11, 141:9, 141:11, 143:12

**treated** [3] - 113:13, 113:17, 113:20

**TRIAL** [1] - 1:18

**trial** [1] - 3:13

**tried** [3] - 12:14, 43:15, 43:23

**trouble** [6] - 62:9, 62:14, 62:15, 62:16, 62:24, 91:21

**truck** [7] - 70:14, 70:16, 71:23, 72:5, 110:21, 110:24, 111:3

**trucks** [1] - 111:7

**true** [8] - 34:5, 52:13, 52:17, 77:11, 77:13, 141:11, 141:13, 143:13

**truth** [10] - 30:15, 53:5, 57:21, 62:12, 67:12, 79:17, 97:4, 98:12, 119:7, 140:4

**try** [4] - 43:12, 44:4, 65:8, 122:11

**trying** [5] - 50:14, 51:13, 52:10, 121:15, 128:14

**Tu** [1] - 137:10

**TULIO** [1] - 1:7

**turned** [5] - 95:17, 114:12, 139:23, 140:2, 140:10

**turning** [1] - 135:23

**twelve** [2] - 79:9, 79:13

**twenty** [8] - 55:21, 93:23, 93:24, 94:4, 110:13, 110:18, 117:9, 117:11

**two** [25] - 25:23, 55:15, 55:21, 58:18, 58:20, 58:24, 59:3, 59:8, 60:4, 65:16, 65:19, 84:7, 84:17,

88:13, 88:18, 90:12, 90:14, 90:20, 90:24, 91:4, 103:4, 105:17, 106:21, 116:18, 116:20, 127:13, 128:5, 128:22

**type** [1] - 73:3

**U**

**unbelievable** [1] - 139:21

**under** [4] - 10:13, 10:16, 17:8, 141:10

**understood** [1] - 10:9

**unemployment** [1] - 104:10

**union** [13] - 80:25, 81:4, 81:9, 81:17, 85:9, 85:12, 85:18, 85:19, 85:21, 85:23, 86:3, 86:4

**United** [7] - 6:17, 8:19, 15:16, 20:12, 20:16, 23:2, 43:10

**uNITED** [1] - 1:2

**units** [1] - 111:3

**unlawful** [1] - 37:18

**unless** [1] - 18:20

**unlike** [1] - 63:6

**up** [9] - 27:24, 33:2, 64:16, 69:24, 70:13, 96:18, 96:20, 116:18, 128:23

**upset** [2] - 81:8, 85:22

**V**

**valid** [1] - 40:13

**validity** [1] - 14:14

**various** [1] - 64:18

**VECCHIA** [3] - 1:10, 1:11

**Vecchia** [6] - 124:25, 125:3, 125:4, 125:5, 125:14, 125:22

**VEGA** [1] - 1:6

**Victor** [3] - 32:4, 32:7, 64:21

**violated** [1] - 50:12

**violating** [7] - 11:16, 12:17, 49:19, 49:21, 49:25, 50:5, 50:18

**voice** [4] - 83:2, 88:23, 96:3, 128:12

**W**

**wage** [5] - 68:7, 68:9, 68:10, 68:11, 77:2
**wait** [2] - 40:15, 66:5
**waived** [1] - 3:8
**walking** [1] - 9:4
**wall** [1] - 107:21
**WALLACE** [1] - 2:13
**WALTER** [1] - 1:4
**warning** [1] - 35:7
**watch** [1] - 35:6
**water** [1] - 113:7
**ways** [1] - 115:6
**weather** [1] - 79:2
**week** [24] - 27:19, 53:20, 53:23, 54:3, 54:11, 54:21, 55:2, 60:25, 61:4, 61:13, 65:17, 65:19, 78:18, 93:23, 93:24, 94:5, 94:23, 96:19, 96:24, 116:13, 117:8, 117:10, 126:19
**weeks** [6] - 27:23, 37:14, 78:19, 78:22, 78:25, 94:2
**welfare** [2] - 104:18, 104:21
**West** [1] - 2:10
**WHEREOF** [1] - 143:19
**white** [1] - 62:13
**whole** [2] - 32:16, 70:21
**willing** [3] - 138:4, 138:8, 138:9
**winter** [2] - 31:11, 31:15
**wish** [2] - 26:15, 144:3
**withdrawing** [1] - 36:11
**withdrawn** [2] - 36:7, 36:16
**WITNESS** [2] - 142:4, 143:19
**witness** [4] - 7:7, 7:14, 143:10, 143:14
**Witness** [1] - 4:7
**witness'** [1] - 26:10
**woman** [1] - 106:8
**word** [5] - 35:13, 35:15, 35:19, 91:24, 107:24
**workers** [7] - 37:6, 44:9, 44:11, 97:14, 112:3, 116:2, 124:19
**worksites** [2] -

68:22, 74:3

**Y**

**yard** [13] - 68:25, 69:24, 70:2, 70:8, 70:13, 71:4, 71:25, 78:9, 107:12, 107:14, 109:11, 109:15
**year** [11] - 24:13, 25:3, 25:11, 25:22, 26:7, 29:12, 30:2, 30:3, 30:10, 30:21, 78:16
**years** [2] - 59:8, 60:4
**yelling** [2] - 89:3, 131:4
**York** [12] - 1:15, 1:22, 2:5, 2:10, 2:14, 2:19, 4:19, 22:12, 141:25, 143:9
**YORK** [3] - 1:2, 141:4, 143:4
**yourself** [7] - 13:6, 44:25, 48:24, 51:20, 84:10, 91:20, 104:17

**Z**

**Zabell** [1] - 142:5
**ZABELL** [27] - 2:17, 2:20, 4:12, 7:9, 7:16, 14:11, 14:17, 19:23, 21:8, 26:13, 35:6, 35:18, 35:23, 36:5, 36:11, 36:14, 40:12, 83:10, 84:3, 106:16, 123:15, 139:11, 139:14, 139:16, 139:19, 139:23, 140:9