1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK

3    ------------------------------------------X
     NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX

4    AMIR AREVALO, MAYNOR FAJARDO, WALTER GARCIA,
     JOSE L. MARTINEZ, PRACELIS MENDEZ, OSMAR W.

5    PAGOADA, JAVIER QUINTANILLA, EDWIN RIVERA,
     CARLOS ESCALANTE, KEVIN GALEANO, LERLY NOE

6    RODRIGUEZ, JOSE VEGA CASTILLO, JUAN
     QUINTEROS, and MARCUS TULIO PEREZ,

7
                                  Plaintiffs,

8

9                 -against-          Case No:
                                     09-CV-5331

10

11   SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
     LOUIS VECCHIA, CHRISTOPHER VECCHIA,

12   HELENE VECCHIA, and JOHN DOES 1-5,

13                                Defendants.

     ------------------------------------------X

14                           September 30, 2011
                             9:30 a.m.

15
                             4875 Sunrise Highway

16                           Bohemia, New York

17        EXAMINATION BEFORE TRIAL of

18   OSMAR W. PAGOADA, one of the Plaintiffs

19   herein, taken by the Defendants, pursuant to

20   Article 31 of the Civil Practice Law and

21   Rules of Testimony, and Notice and order,

22   held at the above-mentioned time and place,

23   before Karen LaMendola, a Professional Court

24   Reporter and Notary Public of the State of

25   New York.

                                                                            2

1

2     A P P E A R A N C E S :

3

4          LAW OFFICES OF LAUREN GOLDBERG, PLLC
           Attorneys for Plaintiffs
5               501 Fifth Avenue
                New York, New York 10017
6
                (NOT PRESENT)
7

8
           LAW OFFICES OF PATRICK E. McNAMARA
9          Co-Counsel for Plaintiffs
                868 Little East Neck Road
10              West Babylon, New York 11704

11         BY:  PATRICK E. McNAMARA, ESQ.

12

13         LAW OFFICES OF IAN WALLACE
           Co-Counsel for Plaintiffs
14              501 Fifth Avenue
                New York, New York 10017
15
                (NOT PRESENT)
16

17
           ZABELL & ASSOCIATES, P.C.
18         Attorneys for Defendants
                4875 Sunrise Highway
19              Bohemia, New York 11716

20         BY:  SAUL ZABELL, ESQ.

21

22

23     ALSO PRESENT:

24     Margarita Arias, Interpreter

25

3

1

2                  S T I P U L A T I O N S

3          IT IS HEREBY STIPULATED AND AGREED

4      by and between the attorneys for the

5      respective parties herein, that filing,

6      sealing and certification be  and the same are

7      hereby waived.

8          IT IS FURTHER STIPULATED AND AGREED

9      that all objections, except as to the form of

10     the question shall be reserved to the time of

11     the trial.

12         IT IS FURTHER STIPULATED AND AGREED

13     that the within deposition may be signed and

14     sworn to before any officer authorized to

15     administer an oath, with the same force and

16     effect as if signed and sworn to before the

17     Court.

18

19

20

21

22

23

24

25

4

1

2    M A R G A R I T A    A R I A S, the Spanish

3         Interpreter herein, was duly sworn to

4         interpret the questions from English

5         into Spanish and the answers from

6         Spanish into English to the best of her

7         ability:

8    O S M A R    W.    P A G O A D A, the Witness

9         herein, having been duly sworn through

10        the Interpreter, was examined and

11        testified as follows:

12   EXAMINATION BY

13   MR. ZABELL:

14        Q    Would you please state your full

15   name for the record.

16        A    Osmar Wilfredo Pagoada.

17        Q    What is your current address?

18        A    ██████████████████████████

19   ██████████████████████

20        Q    Mr. Pagoada, did I pronounce

21   that correctly?

22        A    Yes.

23        Q    Do you have any identification?

24        A    No.

25        Q    Then, how do I know who you are?

5

1                         O. W. Pagoada

2          A        What do you mean?

3          Q        How do I know you are

4     Osmar Wilfredo Pagoada?

5          A        Oh, that's me.  No, I don't have

6     identification.  I left my wallet at home.

7     Do you need something?

8          Q        Yes.

9          A        I think I have my passport only.

10         Q        Okay.

11         A        Yes, just that.

12         Q        Okay.

13         A        I'm going to get it.

14         Q        It's in your car?

15         A        Yes, I'm going to go get it.

16         Q        We will wait for you, but no

17     more cologne.

18                   (Whereupon, a recess was from

19                11:40 a.m. until 11:44 a.m.)

20                   MR. ZABELL:  Let the record

21                reflect that this individual has

22                provided me with a copy of his

23                passport.

24         Q        Is that you?

25         A        Yes.

6

```
 1                    O. W. Pagoada
 2              MR. ZABELL:  I'm just going to
 3         go make a copy.
 4                 (Whereupon, a brief recess was
 5         taken at this time.)
 6                 (Document consisting of a copy
 7         of Mr. Pagoada's passport was marked as
 8         Defendants' Exhibit Number 1, for
 9         identification, as of this date.)
10         Q      Mr. Pagoada, please take a look
11    at Defendants' Exhibit Number 1.
12         A      (Witness complies.)
13         Q      What is it?
14         A      This is the map of my country.
15         Q      It's going to be like that
16    today?
17    ███████████████████████████████████████
18 ███████████████████
19         A      ████ .
20         Q      █████████████
21         A      ████ .
22         Q      Are you sure?
23         A      Yes.
24         Q      Thank you, Mr. Pagoada.
25                 Is that really a picture of you?
```

7

```
 1                    O. W. Pagoada
 2        A       Yes.
 3        Q       In what year was the picture
 4   taken?
 5        A       In 2006, I think.  2006, 2005,
 6   2006.  I don't really remember.
 7        Q       Were you thinner then or
 8   heavier?
 9        A       Less.
10        Q       That's really you?
11        A       Yes.
12        Q       It looks like someone much
13   heavier than you.
14                MR. McNAMARA:  It does not,
15        Counsel.
16        A       No, that's me.
17        Q       Were you bloated, retaining
18   water?
19        A       No.
20        Q       █████████████████████████
21   ██████████████████████████████████████
22   ████████████████████████
23        A       ████
24        ██      ███████████████████
25        A       ████████████████████████
```

8

1                    O. W. Pagoada

2         Q      ████████████████████

3    ███████████████████████████

4         A      ███████████████

5         Q      Do you know where you are now?

6         A      Of course, I do.

7         Q      Where are you now?

8         A      New York.

9         Q      What country is New York in?

10        A      United States.

11        Q      Very good.  Is Honduras within

12   the United States?

13        A      No.

14        Q      So you did travel from Honduras

15   to the United States?

16        A      Excuse me?

17        Q      You did travel from Honduras to

18   the United States; correct?

19        A      Yes.

20        Q      ████████████████████████

21   █████████████████████████

22        A      ████████████████████████

23   ████████████████████

24        Q      █████████████████████████

25   █████████████████████████

9

O. W. Pagoada

1

2    ████████████████████████████████████

3    A    ██████████████████████

4    Q    ████████████████████████████

5    A    ████████████████████████████

6    ████████████████████████████████████████

7    Q    ████████████████████████

8    ██████████

9    A    ████████████████████    ████████████

10   Q    ████████████████████████

11   ████████████████████████████████████

12   ████████████████████████████████████████

13        MR. McNAMARA:    Objection.

14   A    What did you say?  I didn't

15   understand.

16   Q    You need to listen very closely.

17   Otherwise, this is going to be a very long

18   day.

19        Do you understand that?

20   A    Yes.

21   Q    ████████████████████████████████

22   ████████████████████████████████████████

23   ████████████████████████████████████

24        MR. McNAMARA:    Objection.

25   A    ████

South Shore Court Reporting
(631)-235-6218

10

```
 1                    O. W. Pagoada

 2        Q    ███████████████████████

 3   ████████████████████████████████

 4   █████

 5        A    ███████

 6        Q    ████████████████████████

 7   ████████████████████

 8        A    ████

 9        Q    ████████████████████████

10   █████████████████████████████████

11   █████████████████████████████████

12        A    █████████████   ████████

13   █████████████████████  █████████████

14   ██████████████████████████████

15        Q    ████████████

16        A    █████████████████████████

17   █████████████████

18        Q    ███████████████████████

19   ████

20             MR. McNAMARA:  Objection.

21        A    ███.

22        Q    ████████████████████████

23   ████████████████████████████████

24   ████████████

25        A    ███.
```

South Shore Court Reporting
(631)-235-6218

11

```
 1                    O. W. Pagoada

 2        Q    ██████████████████████████████

 3   ███████████████████████████████

 4             MR. McNAMARA:  Objection.

 5        A    ██.

 6        Q    ██████████████████████████████

 7        A    ██.

 8        Q    ██████████████████████████████

 9   ███████████████████████

10        A    ██.

11        Q    ██████████████████████████████

12   ██████

13             MR. McNAMARA:  Objection.

14        A    ██.

15        Q    ███████████████████████████

16   ██████

17             MR. McNAMARA:  Objection.

18        A    ██

19        Q    How often do you drive?

20             MR. McNAMARA:  Objection.

21        A    Excuse me?

22        Q    █████████████████████

23        A    ███████████████████████████

24   ███████

25        Q    ████████████████████████
```

12

```
 1                    O. W. Pagoada

 2              MR. McNAMARA:  Objection.

 3         A         [REDACTED]

 4              A question:  Why aren't you

 5   answering me?  What does this case have to do

 6   with my hours case?

 7         Q    I am the lawyer.  You do not get

 8   to ask me questions.

 9              Do you understand that?

10         A    But what does this have to do

11   with my case?

12         Q    You do not get to ask questions.

13   You understand that your job here today is

14   simply to answer my questions.

15              Do you understand that?

16         A    Yes.

17         Q    I'm sorry.  Speak up.

18         A    Yes.

19         Q    I am going to be asking you

20   questions.

21              Do you understand that?

22         A    Yes.

23         Q    You are required to provide

24   answers to my questions.

25              Do you understand that?
```

13

```
 1                    O. W. Pagoada
 2        A      Yes.
 3        Q      If you do not understand a
 4   question I ask you, you have an obligation to
 5   tell me you do not understand that question.
 6               Do you understand that?
 7        A      Yes.
 8        Q      If you provide an answer to a
 9   question I ask you, it will be assumed that
10   you understood that question.
11               Do you understand that?
12        A      Yes.
13        Q      Are you currently under the
14   influence of any drugs?
15        A      No.
16        Q      Are you currently under the
17   influence of any alcohol?
18        A      No.
19        Q      Can you think of any reason why
20   your ability to give truthful and accurate
21   testimony today would be impaired?
22        A      Yes.
23        Q      What reason can you think of?
24        A      No.  I'm ready to answer the
25   questions that you ask.
```

14

1                          O. W. Pagoada

2          Q      I know that you're ready to

3    answer the questions that I ask, but I asked

4    you if you can think of any reason why your

5    ability to give truthful and accurate

6    testimony would be impaired, and you said

7    yes.

8          A      No.

9          Q      So you're changing your answer

10   now?

11                MR. McNAMARA:  Objection.

12         A      (No verbal response.)

13         Q      Are you changing your answer

14   now?

15                MR. McNAMARA:  Objection.

16         A      No.

17         Q      You're not changing your answer?

18         A      No.

19         Q      Is there any reason why you

20   cannot give truthful and accurate testimony

21   today?

22         A      No, there's none.  I'll answer

23   whatever is necessary.

24         Q      All of the questions I ask you

25   are necessary, whether you think so or not.

15

1                          O. W. Pagoada

2                    Do you understand that?

3          A       Yes.

4          Q       So you will not be asking me any

5    more questions today.

6                    Do you understand?

7          A       Yes.

8          Q       If I ask you a yes-or-no

9    question, you are to give a yes-or-no answer.

10                   Do you understand?

11         A       Yes, yes.

12         Q       You have an attorney here; do

13   you not?

14         A       Yes.

15         Q       Who is that attorney?

16         A       Him (indicating).  I don't know

17   what his name is.

18         Q       You don't know what Patrick's

19   name is?

20         A       I don't remember.

21         Q       Me neither.

22                   Did you prepare for this

23   deposition in any way?

24         A       No.

25         Q       Did you speak to your attorney

1                          O. W. Pagoada

2    in preparation for this deposition?

3            A      No.

4            Q      I saw you in the hallway

5    speaking to your attorney.

6            A      Oh, with him.  No, I gave him my

7    name, and I said who I was.  He asked me if I

8    was Osmar.

9            Q      Why didn't you just answer that

10   honestly when I asked you?

11           A      No, because I thought you were

12   talking about the other attorney.  I didn't

13   know him before.

14           Q      You didn't know the other

15   attorney before, or you didn't know this

16   attorney before?

17                  MR. McNAMARA:  Objection.

18           A      Him (indicating).  I didn't know

19   him.

20           Q      Who's "him"?

21           A      Him (indicating).

22           Q      You still forgot his name;

23   right?  I just said his name; do you not

24   remember it?

25                  MR. McNAMARA:  Objection.

17

```
 1                     O. W. Pagoada

 2        A      No.

 3        Q      Would you like to know it?

 4        A      Yes.

 5        Q      His name is Patrick McNamara.

 6  He is your attorney today.

 7        A      Yes.

 8        Q      He is here to make sure that

 9  your flight occurs without incident.

10               Do you understand that?

11               MR. McNAMARA:  Objection.

12        A      No.

13        Q      He's here to make sure that this

14  deposition goes without incident.

15        A      Yes.

16        Q      If you have a question, you can

17  ask him, but only after you answer the

18  question pending before you.

19               Do you understand that?

20        A      Yes.

21        Q      How many laws have you broken

22  today?

23               MR. McNAMARA:  Objection.

24        A      None that I know of.

25        Q      ████████████████████████
```

18

O. W. Pagoada

1

2     A    ████████████

3     Q    ████████████████?

4     A    █.

5     Q    ██████████████████████

6          MR. McNAMARA:    Objection.

7     A    Excuse me?

8     Q    ██████████████████████

9          MR. McNAMARA:    Objection.

10    A    ██.

11    Q    █████████████████

12    ████████████████████

13          MR. McNAMARA:    Objection.

14    A    ████████████████

15    Q    I'm glad that you're willing to

16    admit it now, but why didn't you just answer

17    the question when I asked it of you?

18          MR. McNAMARA:    Objection.

19    A    What, break the law?  I don't

20    understand.

21    Q    I'm not asking you to do it

22    again.  I'm asking you:  Why don't you answer

23    my questions honestly and accurately?

24          MR. McNAMARA:    Objection.

25    A    Yes, I'm answering them.

19

O. W. Pagoada

1

2    Q    █████████████████████████████

3    ███████

4    A    ███████████████████████████████

5    ████████████████████

6    Q    Do you remember when I told you

7    that you don't get to ask me questions?

8    A    So then, how am I going to

9    answer?

10    Q    You're going to answer

11    truthfully and honestly.  Do you want me to

12    repeat the question?

13    A    Yes.

14    Q    █████████████████████████████

15    ███████

16    MR. McNAMARA:  Objection.

17    A    ███████████████████████████████████

18    ████████

19    Q    Just one?

20    A    That I know of.

21    Q    So there may be more?

22    MR. McNAMARA:  Objection.

23    A    (No verbal response.)

24    Q    Answer the question, sir.

25    A    ████████████████████████████████

20

```
 1                    O. W. Pagoada

 2   ████████████████████████████████████

 3   █████████████████████

 4        Q      ███████████████████████████

 5   █████████

 6               MR. McNAMARA:  Objection.

 7        A      ███

 8        Q      ████████

 9        A      ████████████████████████████

10   ████████████

11        Q      What is your country of origin?

12        A      Honduras.

13        Q      ██████████████████████████████

14   ████████████

15        A      ████████

16        Q      ██████████████████████████████

17   ████

18               MR. McNAMARA:  Objection.

19        A      ██████.

20        Q      ████████████████████████

21   ██████████████████████████████████████

22               MR. McNAMARA:  Objection.

23      █        ██████.

24        Q      ███████████████████████████████

25   ████████████████████████████
```

(631)-235-6218

21

```
 1                    O. W. Pagoada

 2        ███████████████

 3              MR. McNAMARA:  Objection.

 4     A     ████.

 5     Q     ██████████████████████████

 6     ██████████--

 7              MR. McNAMARA:  Objection.

 8     Q     -████████████████████

 9     ██████

10     A     (No verbal response.)

11     Q     Is that correct?

12     A     Yes.

13     Q     ████████████████████

14     ██████████████████████████████

15     ██████

16              MR. McNAMARA:  Objection.

17     A     ████████    ████████████

18     Q     Who was?

19     A     ████████    ████████████

20     ████████    ████████████████

21     Q     ████████  ██████████████

22     ████████████████████

23              MR. McNAMARA:  Objection.

24     A     ████

25     Q     ████████████████████████████
```

22

                              O.  W.  Pagoada

1

2        A        ████████████████████████████

3    ████████

4        Q        ██████████████████████

5                 MR.  McNAMARA:   Objection.

6        A        ██.

7        Q        ████████████████████████████████

8                 MR.  McNAMARA:   Objection.

9        A        ██.

10       Q        ████████████████████████

11       A        ██.

12       Q        ████████████████████

13                 MR.  McNAMARA:   Objection.

14       A        ██████████████████████████

15       Q        Do you remember, generally?

16       A        No.

17       Q        You don't remember much; do you?

18                 MR.  McNAMARA:   Objection.

19       A        No.

20       Q        Do you have a memory?

21       A        Yes, but how am I going to

22   remember everything?

23       Q        How would you characterize your

24   memory?

25                 MR.  McNAMARA:   Objection.

23

```
 1                         O. W. Pagoada

 2          A       It's hard to remember

 3    everything.

 4          Q       Do you remember anything?

 5          A       Of what?

 6                  MR. McNAMARA:  Objection.

 7          Q       Do you remember the last time

 8    you shaved?

 9                  MR. McNAMARA:  Objection.

10          A       No.

11          Q       Are you drinking that much water

12    because you're nervous?

13          A       No, why?

14          Q       Because when people drink as

15    much water as you've been drinking, it

16    indicates that they are nervous.

17                  MR. McNAMARA:  Objection.

18          A       No, why should I be nervous?

19    I'm just coming to answer the truth.

20          Q       Answer all the questions I ask

21    you, answer them truthfully, and you'll have

22    nothing to be nervous about.

23          A       I'm not nervous.

24          Q       ████████████████████████████

25    ██████
```

24



1              O.  W.  Pagoada

2              MR.  McNAMARA:   Objection.

3        A      ██.

4        Q      ███████████████

5   ██████████████████████

6              MR.  McNAMARA:   Objection.

7        A      ████████

8        Q      ████████████████████

9   ████████████?

10       A      ██.

11       Q      Excuse me?

12       A      ██.

13       Q      Are you lying?

14              MR.  McNAMARA:   Objection.

15       A      No.

16       Q      ██████████████████

17   ██████████████

18       A      ██

19       Q      Did you ever pay taxes in the

20   United States?

21       A      If I gave my Social Security

22   number to a company?

23       Q      Yes.

24       A      Oh, yes.  I thought you were

25   saying to a person.

25

1                    O. W. Pagoada

2        Q        So you're changing your

3   testimony already?

4                    MR. McNAMARA:  Objection.

5        A    ██████  ████████████████████

6   ████████████████████████████████████████

7   ████████████████████

8        Q    ████████████████████████████████

9   ████████████████████████████████

10       A    Yes.

11       Q    ██████████████████████████████████

12  ██████████████████████

13                   MR. McNAMARA:  Objection.

14       Q    ████████████████

15       A    ████ .

16       Q    ██████████████████████████

17  ██████████████████

18                   MR. McNAMARA:  Objection.

19       A    ██████████████████████████████████

20  ████████

21       Q    ██████████████████████████

22                   MR. McNAMARA:  Objection.

23       A    ██████

24       Q    ██████████████████████████████

25  ████████████████

26

1                           O. W. Pagoada

2            A      █████████████████████████

3                   MR. McNAMARA:  Objection.

4            Q      ██████████████████████████

5     ██████████████████████

6                   MR. McNAMARA:  Objection.

7            A      ████████████████    ███████████████

8     ██████████████

9                   MR. McNAMARA:  I'd like all

10           discussions, questions, and answers

11           regarding Mr. Pagoada's Social Security

12           number, as well as taxes, tax records,

13           and any answers arising from questions

14           regarding those topics to be marked

15           confidential.

16                  MR. ZABELL:  I reject that

17           designation of confidential.  I just

18           put it here on the record and in

19           writing.  You have the terms and

20           conditions of stipulation of

21           confidentiality by which you are

22           obligated to follow to test the

23           appropriateness of your designation.

24           You are to do so.

25                  MR. McNAMARA:  Thank you,

27

```
 1                      O. W. Pagoada

 2          Counsel.

 3                    MR. ZABELL:  You're welcome.

 4          Q    ████████████████████████

 5    ████████████████████████████

 6          A    (No verbal response.)

 7          Q    ██████████?

 8          A    ████

 9          Q    ███████████████████

10    ██████████████████████

11                    MR. McNAMARA:  Objection.

12          A    ███████████████████████

13    █████████  █████████████████████

14          Q    █████████████████

15    █████████

16                    MR. McNAMARA:  Objection.

17          A    ███ .

18          Q    ████████████

19          A    ███████████████████

20    ████

21          Q    █████████████

22    ████████████████████████████

23    ████

24                    MR. McNAMARA:  Objection.

25          Q    ██████████████
```

28

```
1                    O. W. Pagoada
2        A    ██ .
3        Q    ███████████████████
4    █        █████████████████  ███████
5  ████████████████████████████████████████
6  ███████
7        Q    ████████████████████
8  ███████████████████████████
9             MR. McNAMARA:  Objection.
10       A    ██ .
11       Q    █████████████████████
12 ██████████████
13       A    ██ .
14             MR. McNAMARA:  Objection.
15       Q    ████████████████
16 █████████████
17             MR. McNAMARA:  Objection.
18       A    ██ .
19       Q    ██
20       A    █████████  ██████████
21 ████████████████████
22       Q    ██████████████████
23 ████
24             MR. McNAMARA:  Objection.
25       A    ███████████
```

29

1           O. W. Pagoada

2      Q    ███████████████

3           MR. McNAMARA:  Objection.

4      A    █████

5      Q    ██████████████

6      A    ███████████████████████

7    ████████████

8      Q    ████████████████████████

9    ████████████

10          MR. McNAMARA:  Objection.

11     A    ███  ████████████████████

12   ████████████████████████

13     Q    █████████████

14          MR. McNAMARA:  Objection.

15     A    ███ ?

16     Q    ██████████████████████

17          MR. McNAMARA:  Objection.

18     A    ██████████████████████

19   █████████████

20     Q    How about you give it me in the

21   language that you speak?

22          MR. McNAMARA:  Objection.

23     A    No, I can't give it to you.  I

24   don't know how to explain it to you.

25     Q    Try.

```
 1                    O. W. Pagoada

 2              MR. McNAMARA:  Objection.

 3         A      I already said no.  What can I

 4    explain to you?

 5         Q      You don't get to say no.  If I

 6    ask you to say something, you have to say it.

 7                 Am I clear?

 8         A      Yes, but how can I give you an

 9    answer if I can't?  I don't know how.

10         Q      Why do you not know how?

11              MR. McNAMARA:  Objection.

12         A      Because I don't know how to

13    explain myself.

14         Q      That's why we have an

15    interpreter here.

16         A      Yes, but I don't know how to

17    explain it to you.

18         Q      What do you not know how to

19    explain?

20              MR. McNAMARA:  Objection.

21         A      (No verbal response.)

22         Q      If you play cat and mouse with

23    me all day, this is going to become very

24    uncomfortable for you.

25              MR. McNAMARA:  Objection.
```

31

```
 1                        O. W. Pagoada
 2          Q       Do you understand that?
 3          A       I'm not playing.
 4          Q       You clearly are because you know
 5     answers, and you're not disclosing them.  I
 6     can tell you now that this is going to be
 7     extremely uncomfortable, especially given all
 8     the information that you've already disclosed
 9     to me.
10                  MR. McNAMARA:  Objection.
11          Q       Do you understand?
12          A       I'm not playing with you.
13          Q       ███████████████████████████
14     ██████████████████████████
15                  MR. McNAMARA:  Objection.
16          A       ████████████████
17          Q       ████████████████████████████████
18     ███████████
19                  MR. McNAMARA:  Objection.
20          A       ████████████████
21          Q       ███████████████████████████
22     █████
23          A       ███████████████████████████
24          Q       Did anybody explain to you that
25     if you lie under oath here today, you are
```

32

1                       O. W. Pagoada

2    subject to penalties?

3                    MR. McNAMARA:  Objection.

4         A       Why penalties?

5         Q       If you lie, if you don't tell

6    the truth.

7         A       I'm saying the truth.

8         Q       Well, you've already lied to me

9    twice, and you've admitted it.

10                   MR. McNAMARA:  Objection.

11        A       No, I haven't lied.

12        Q       You've lied because you said you

13   don't break the law, or you haven't broken

14   the law today, and then, you have broken the

15   law today, and you've changed your answer

16   twice already.

17                   MR. McNAMARA:  Objection.

18        Q       That is indicative of someone

19   who is telling a lie.  Ask your attorney.

20   He'd be more than happy to confirm that for

21   you.

22                   MR. McNAMARA:  Objection.

23        A       I'm not lying.

24        Q       █████████████████████████████

25   ████████████████████████████████████████████

33



```
 1                    O. W. Pagoada

 2

 3        A

 4

 5

 6        Q

 7

 8              MR. McNAMARA:  Objection.

 9        A

10        Q    How do they know it?

11        A

12

13        Q

14        A

15

16        Q

17              MR. McNAMARA:  Objection.

18        A

19

20

21

22        Q    T

23

24

25              MR. McNAMARA:  Objection.
```

```
 1                        O. W. Pagoada

 2         A      ███████████████████████

 3         Q      ████████████████████████████████

 4  ████████████████████████████████████

 5                MR. McNAMARA:  Objection.

 6         A      ████████████████████████████████

 7  ██████████████████████████████████████

 8         Q      And you didn't give them any

 9  documents that indicated you had a license;

10  correct?

11                MR. McNAMARA:  Objection.

12         A      No.

13         Q      Are you sure?

14         A      Yes.

15         Q      Remember, I asked you not to lie

16  to me.

17                MR. McNAMARA:  Objection.

18         A      I'm not lying to you.

19         Q      Where do you live?

20         A      █████████████

21         Q      Where in ████████?

22         A      At █████████████████

23         Q      ████████████████████████████

24         A      █████████.

25         Q      Do you live in a house or an
```

                              O. W. Pagoada

2    apartment?

3         A      House.

4         Q      Do you own the house?

5         A      No.

6         Q      Who owns the house?

7                MR. McNAMARA:  Objection.

8         A      I don't remember.  I only know

9    that his name is Samuel.

10        Q      Do you pay rent?

11        A      Yes.

12        Q      How much rent do you pay?

13        A      Four hundred.

14        Q      Four hundred what?

15        A      Four hundred.

16        Q      Four hundred what?

17        A      Dollars.

18        Q      Per month or week?

19        A      A month.

20        Q      Do you live alone?

21        A      No, with some friends.

22        Q      Who are your friends?

23                MR. McNAMARA:  Objection.

24        A      Nelson.

25        Q      Who else?

36

1                           O. W. Pagoada

2          A      And his partner.

3          Q      Nelson's partner, or your

4    partner?

5          A      Yes -- no, Nelson's.

6          Q      Is that a sexual partner, or is

7    that a work partner?

8          A      What do you mean?  I don't

9    understand you.

10         Q      What kind of partner is he?

11         A      It's his wife.

12         Q      Are they married?

13         A      No, not married.

14         Q      So it's not his wife?

15                MR. McNAMARA:  Objection.

16         Q      Correct?

17         A      It's the mother of his children.

18         Q      But not his wife?

19                MR. McNAMARA:  Objection.

20         A      Not his wife.  Because for us,

21   the Hispanics, when you say "wife," you're

22   married legally, and if you're just

23   accompanied, it's very different.

24         Q      What is Nelson's last name?

25                MR. McNAMARA:  Objection.

```
 1                         O. W. Pagoada

 2          A       Quintanilla.

 3          Q       Oh, Mr. Quintanilla.  I'm

 4   familiar with Mr. Quintanilla.

 5          A       Yes, I know.

 6          Q       So you live with Mr. Quintanilla

 7   and his wife?

 8          A       Yes.

 9          Q       Anybody else living in that

10   house?

11          A       His sister.

12                  MR. McNAMARA:  Objection.

13          Q       What is Nelson Quintanilla's

14   compañero's name?

15                  MR. McNAMARA:  Objection.

16          A       The name?

17          Q       Si.

18          A       Evelyn.

19          Q       Does his girlfriend live with

20   you, as well?

21                  MR. McNAMARA:  Objection.

22          A       Yes, she lives there.

23          Q       So you all live together as one

24   happy family?

25                  MR. McNAMARA:  Objection.
```

38

1                      O. W. Pagoada

2          A       Yes.

3          Q       How many children live there?

4          A       Two.

5          Q       Whose children are they?

6          A       Nelson's.

7          Q       How old are they?

8          A       I don't know.  The daughter, I

9   think is -- his daughter is maybe five or

10  six, and the boy is a one year old, a

11  year-and-a-half.  I don't know exactly his

12  age.

13         Q       Are you married?

14                 MR. McNAMARA:  Objection.

15         A       No.

16         Q       Do you have any children?

17         A       In my country.

18         Q       How old are you?

19         A       Thirty.

20         Q       How many children do you have in

21  your country?

22         A       One.

23         Q       Do you provide for your child?

24         A       Yes.

25         Q       How do you provide for your

39

1                            O. W. Pagoada

2       child?

3              A       I send him money.

4              Q       How often?

5              A       I send him?

6              Q       Yes.

7              A       I send $100, $150 a month.

8              Q       That's money that you earn;

9       correct?

10             A       Yes.

11             Q       Did you ever send more than $100

12      or $150 a month?

13             A       No, very few times.  Maybe when

14      it's necessary.

15             Q       Who is your child living with?

16                     MR. McNAMARA:  Objection.

17             A       With his mother.

18             Q       Are you still dating his mother?

19             A       No.

20             Q       Were you ever married to his

21      mother?

22             A       No.

23             Q       Do you have a girlfriend here?

24             A       No.

25             Q       How old is your child?

40

1                           O. W. Pagoada

2           A        Nine.

3           Q        How old was your child the last

4    time you saw him or her?

5           A        Three.

6           Q        Do you work?

7           A        Yes.

8           Q        Where do you work?

9           A        I don't know the name of the

10   company very well.  I don't have a card.

11   It's called Paving Perfection or something

12   like that.  I don't know how to pronounce it

13   very well.

14          Q        Do you have a pay stub from

15   them?

16          A        No.  I started working there a

17   short time ago.

18          Q        So you haven't received any pay

19   from them?

20                   MR. McNAMARA:  Objection.

21          A        No.  I'm just starting with

22   them.  It's my first week.  I haven't

23   received any pay.

24          Q        Are they paying you in cash or

25   check?

41

1                    O. W. Pagoada

2          A      No, no.  I think they're going

3     to pay me by check.

4          Q      Where are they located?

5          A      The street is -- it's on 25,

6     Nichols Road.

7          Q      If I wanted to go knock on their

8     door and see if you're telling me the truth,

9     how would I find them?

10               MR. McNAMARA:  Objection.

11         A      Excuse me, I didn't understand.

12         Q      If I wanted to go knock on their

13    door to determine if you're telling me the

14    truth, how can I find that door?

15         A      The address?  You need the

16    address?

17         Q      That's what I'm asking.

18         A      I don't know the exact address.

19    It's -- I really don't know the address, but

20    it is on 25.

21         Q      I see you pulling something out

22    from your pocket.  Can you pull that out,

23    please?

24               MR. McNAMARA:  Objection.

25               Counselor, your job is to ask

42

1                        O. W. Pagoada

2            questions.

3            Q      Is there something else in

4      there?  Could you please pull that out, as

5      well?

6                    MR. McNAMARA:  I don't think

7              there's anything else, Counselor.

8            A      No, my phone.

9            Q      I see that there's something

10     else in there.  It's coming out a little bit.

11     Go ahead and empty your pocket, please.

12           A      You want to search me?

13                   MR. McNAMARA:  Don't tell him to

14             empty his pocket, Counselor.

15           Q      Please empty your pocket.

16                   MR. McNAMARA:  You don't have to

17             empty your pocket.

18                   MR. ZABELL:  Sure, he does.  If

19             he is looking at something during this

20             deposition --

21                   MR. McNAMARA:  He hasn't looked

22             at a thing.

23                   MR. ZABEL:  He absolutely has.

24                   MR. McNAMARA:  He has not.  I've

25             been sitting right next to him.

43

```
 1                      O. W. Pagoada
 2            MR. ZABELL:  Patrick, do you
 3        want to pull him out in the hallway to
 4        see what he's got in his pocket, and
 5        then bring him back in?  I'll give you
 6        that opportunity, but whatever is in
 7        that pocket, I want to see what's going
 8        on.
 9            MR. McNAMARA:  Let's take a
10        break, but he hasn't pulled anything
11        out of his pocket.
12            THE WITNESS:  My telephone made
13        a noise.  I got a message.  Here it is
14        (indicating).
15            (Whereupon, a brief recess was
16        taken at this time.)
17            MR. McNAMARA:  There's nothing
18        in his pockets.  I just checked.
19            MR. ZABELL:  Was it transferred
20        from his pocket to your pocket,
21        Counselor?
22            MR. McNAMARA:  No, Counsel.
23        There is nothing in his pockets.
24            MR. ZABELL:  I saw paper coming
25        out of his pocket.
```

44

1                    O. W. Pagoada

2              MR. McNAMARA:  First of all,

3         there is not paper in his pockets, and

4         stop demanding the witness to do things

5         like empty his pockets.  Your job is to

6         ask questions.

7              MR. ZABELL:  Which is exactly

8         what I'm doing.

9              MR. McNAMARA:  There is nothing

10        in his pockets.

11             MR. ZABELL:  I disagree.

12        Q     Mr. Pagoada, where did you work

13   in 2005?

14        A     Pave-Co -- no, no.  Excuse me.

15   2006, Pave-Co.  I got to this country in 2005

16   in September, towards the end of the year.

17        Q     And where did you work in 2005

18   towards the end of the year?

19        A     I worked in a mechanic shop.

20        Q     Where?

21        A     In Brentwood.

22        Q     Did you earn money when you

23   worked in that mechanic shop?

24        A     No, very little.  I worked for a

25   short time.

                                                        45
1                          O. W. Pagoada

2          Q       Did you get paid by the hour?

3          A       No.  He would give me pay, $300

4     a week.

5          Q       In check?

6          A       No.

7          Q       In cash?

8          A       Yes.

9          Q       Did you file that on your tax

10    return?

11                 MR. McNAMARA:  Objection.

12         A       No.

13         Q       What's that?

14         A       No.

15         Q       And you worked there in all

16    of 2005 when you came to the country;

17    correct?

18         A       Excuse me?

19         Q       You worked there in all of 2005

20    when you came to the country; correct?

21         A       Yes, a few months.

22         Q       And you worked there for $300 a

23    week, and you never reported that money on

24    your income tax return; did you?

25                 MR. McNAMARA:  Objection.

46

1                        O. W. Pagoada

2          A        No, because it was a short time.

3          Q        You know that that's a violation

4     of the law?

5          A        Yes.

6          Q        You are aware of that?

7                   MR. McNAMARA:  Objection.

8          A        Yes, I had just come from my

9     country.  I didn't know anything.

10         Q        So you were ignorant?

11         A        I had just come from my country.

12    I didn't know anything about what that was.

13         Q        So you were ignorant?

14                  MR. McNAMARA:  Objection.

15         A        Yes, I didn't know.

16         Q        Are you still ignorant?

17                  MR. McNAMARA:  Objection.

18         A        No.

19         Q        In 2006, where did you work?

20         A        Pave-Co.

21         Q        Pave-Co?

22         A        Pave-Co.

23         Q        Is there a V in there?

24         A        Yes -- no, it's -- how do you

25    write --

47

1                       O. W. Pagoada

2          Q       With a pen and a pencil.  How do

3    you write?

4                  MR. McNAMARA:  Objection.

5          A       It's Payco.  The name of the

6    company is Payco.

7          Q       Do you have any pay stubs from

8    Payco?

9          A       Yes.

10         Q       Where are they?

11         A       I have one in my car.

12         Q       Great.  I'm going to want that.

13   Go get them, please.  If you have anything

14   else in your car, bring it up now so that you

15   don't have to go back and forth; okay?

16         A       What else do you need?

17         Q       Anything you have; checks, pays

18   stubs, anything.

19         A       I only have a check stub.

20         Q       Anything that you have.

21         A       I have the taxes that I made for

22   Payco, W-2.

23         Q       Bring it all up.

24                 MR. McNAMARA:  Counsel, I'm

25                 going to take a look at it to determine

1                          O. W. Pagoada

2          if it's privileged.

3                    MR. ZABELL:  That's fine.

4          That's been the standard procedure.

5          A      You don't need this (indicating)

6     anymore?

7          Q      No, but you do.  You don't want

8     to leave that in your car.

9          A      I'm going to leave it.

10         Q      I don't think you should.

11                (Whereupon, a brief recess was

12                taken at this time.)

13                MR. McNAMARA:  Mr. Pagoada, when

14                we break for lunch, can you please go

15                home and get your remaining pay stubs,

16                and if you have any other W-2 tax

17                forms, would you please get those, as

18                well?

19         Q      Do you understand that?

20         A      Yes.  The check stubs that I

21     have at home are the other ones from Payco.

22         Q      Very important.

23         A      Okay.

24                MR. ZABELL:  Off the record.

25                (Whereupon, a discussion was

49

```
1                    O. W. Pagoada
2           held off the record.)
3                MR. ZABELL:  Tell him to tell
4           the truth, and we can keep going for
5           now.
6                MR. McNAMARA:  I already told
7           him that, Counselor.
8                MR. ZABELL:  Tell him again, do
9           me that favor.
10               MR. McNAMARA:  Mr. Pagoada,
11          please continue to tell the truth.
12               THE WITNESS:  Okay.
13      Q      When was the last time you spoke
14  to Nelson Quintanilla?
15      A      We live in the same house.
16      Q      A wonderful answer, but not the
17  answer to the question I asked you.
18               When was the last time you spoke
19  to Nelson Quintanilla?
20      A      We speak daily, because we live
21  in the same house, and we are very good
22  friends.
23      Q      Did you speak to him today?
24      A      No.
25      Q      Did you speak to him yesterday?
```

50

1                    O. W. Pagoada

2        A      Yes.  But maybe not about why

3    I'm coming here.  We always talk.  We always

4    talk.

5        Q      Did you tell him that you were

6    coming here?

7        A      Yes.

8        Q      Did he tell you that he came and

9    met me?

10       A      Yes.

11              MR. McNAMARA:  Objection.

12       Q      Did he tell you that I was a

13   pleasant man?

14              MR. McNAMARA:  Objection.

15       A      No.  He didn't say anything

16   about that.

17       Q      What did he say about his

18   deposition?

19              MR. McNAMARA:  Objection.

20       A      No, he only said that I could

21   bring my -- so that I didn't have to return

22   home, my check stubs.

23       Q      But it looks like you're going

24   to have to return home anyway; right?

25              MR. McNAMARA:  Objection.

51

1                      O. W. Pagoada

2          A      I thought that that was enough

3     because I have a lot.

4          Q      And your lawyers never told you

5     to bring everything; right?

6                  MR. McNAMARA:  Objection.

7                  You don't have to answer that.

8          Q      Did anybody ever tell you that

9     you had to turn over all of your

10    documentation?

11         A      No.

12         Q      Don't you think they should

13    have?

14         A      (No verbal response.)

15         Q      Yes?

16         A      No one told me.  Just Nelson

17    told me that you always ask for that, and

18    that's why I brought it.

19         Q      Did Nelson tell you that he lied

20    to me?

21                 MR. McNAMARA:  Objection.

22         A      To you?  Why?

23         Q      Because he did.

24                 MR. McNAMARA:  Objection.

25         A      I didn't lie.  What did I lie

52

1                         O. W. Pagoada

2       about?

3                 Q       Pay attention.

4                         Did Nelson tell you that Nelson

5       lied to me?

6                         MR. McNAMARA:  Objection.

7            A       No, he didn't tell me that.

8            Q       Did you ask him?

9            A       No.

10           Q       Did Nelson ever lie to you?

11                       MR. McNAMARA:  Objection.

12           A       Not that I know of.  I don't

13      know.

14           Q       So he might have?

15           A       I don't know.

16                       MR. McNAMARA:  Objection.

17           A       He never lied to me that I know

18      of.

19           Q       Have you ever lied?

20           A       No.

21                       MR. McNAMARA:  Objection.

22           A       Why?  Why should I lie?  There's

23      no reason to.

24           Q       You've never lied?

25                       MR. McNAMARA:  Objection.

53

```
 1                    O. W. Pagoada

 2        A     No.

 3        Q     ████████████████████████

 4    ████████████████████████████████████

 5    ███████

 6              MR. McNAMARA:  Objection.

 7        A     ███████████████████████████  █

 8    ████████████████████████████████

 9    █████████████████████████████████████

10    ██████████████████████████████████  █

11    ████████████████████████████████████████

12    █████████████████████

13        Q     ██████████████████████████████

14    ██████████████████████████████

15              MR. McNAMARA:  Objection.

16        A     ██████████████████

17        Q     ███████████████████████████

18    ████████████████████████████████████████

19    ███████████████████████

20              MR. McNAMARA:  Objection.

21        A     ████████████

22        Q     ████████████████████████

23    ████████████████████████████████████

24    █████████████████

25              MR. McNAMARA:  Objection.
```

54

```
 1                    O. W. Pagoada

 2        A        ███ .

 3        Q        ████████████████████████

 4    ████████████████

 5                 MR. McNAMARA:  Objection.

 6        A        ███████████████

 7        Q        ██████████████████

 8    ████████

 9                 MR. McNAMARA:  Objection.

10        A        ██████████████████████

11    ████

12        Q        ███████████████████

13    ████████████████████████████████

14    ████████

15                 MR. McNAMARA:  Objection.

16        A        ███  ██████████████████

17    ███████████  ██████████████████

18    ██████████████████  █████████████

19    ██████████████████  ███████████████

20    ███████████████████████

21    █████████████

22        Q        █████████████████

23    █████████████  ████████████████

24    ██████████████████

25                 MR. McNAMARA:  Objection.
```

55

O. W. Pagoada

1    A    ████████████████████

2    Q    ██████  ████████████████████

3    

4    ████████

5         MR. McNAMARA:  Objection.

6    A    ██.

7    Q    Did you ever lie to a woman?

8    A    No.

9    Q    You never told a girl she looked

10   pretty when she didn't?

11        MR. McNAMARA:  Objection.

12   A    No.  Because if I talk to a

13   woman, it's because I like her.  If I don't

14   like her, then I'm not going to talk to her.

15   I'm not going to talk to a woman that I don't

16   like.

17   Q    What if you like her and she

18   doesn't like you?

19        MR. McNAMARA:  Objection.

20   A    And then I don't like her.

21   Q    So you never lied to a woman

22   ever?

23   A    No.

24   Q    Did you ever lie to your mother?

25   A    I don't usually lie.

56

```
 1                    O. W. Pagoada
 2        Q      Usually?  Which means that
 3   sometimes you do have to lie; correct?
 4               MR. McNAMARA:  Objection.
 5        A      I don't tend to lie.
 6        Q      You don't tend to lie, but
 7   sometimes you do lie; correct?
 8        A      It's just that I don't lie to
 9   anyone.
10        Q      Sometimes you tell little white
11   lies; correct?
12               MR. McNAMARA:  Objection.
13        A      Small nor big.
14        Q      So you never lie?
15               MR. McNAMARA:  Objection.
16        A      ████  ████████████████
17   ████████████████████████████████████████
18   ████████████████████████████████████████
19   ████████████████████████████████████
20   ████████████████████████████████████████
21   ████
22        Q      ██████████████████████
23   ████████████████████████████████████████
24   ██████████████
25               MR. McNAMARA:  Objection.
```

57



```
 1              O. W. Pagoada

 2      A    ████████████████  ████████

 3    ████████████████████████████████

 4    ████████████████████████████████████

 5    ████████  ████████████████████████████

 6    ██████████████████  ████████████████

 7      Q    ████████████████████████████

 8    ████████████████████████████████

 9    ████████████████████████

10      A    ████████████████████

11    ████████████

12      Q    ████████████████████████████

13      A    ████

14      Q    Did you eat breakfast this

15  morning?

16      A    No.

17      Q    Do you usually eat breakfast?

18      A    No, I didn't eat breakfast.

19      Q    Do you usually eat breakfast?

20      A    No, hardly.  Only lunch.

21      Q    You always eat lunch?

22      A    Yes.

23      Q    What do you eat for lunch?

24      A    You want me to give you details?

25      Q    Yes.
```

58

                                    O. W. Pagoada

1

2        A        What everyone eats.

3        Q        I don't know what everyone eats.

4        A        How can I tell you what I eat

5   daily?

6        Q        Just tell me, generally, what

7   you like to eat for lunch.

8        A        Whatever; meat, rice.

9        Q        Chicken?

10       A        Everything.

11       Q        Chicken cutlet?

12       A        Yes, everything.

13       Q        On a hero?

14       A        No, no.  I eat a little.

15       Q        ████████████████████████████

16   ████████████████████████████████████████████

17   ███████

18                MR. McNAMARA:  Objection.

19       A        ████████████████████████████

20   ██████████████

21       Q        So the answer to my question is

22   yes; correct?

23       A        ███████████████████████████████

24   ██████████████████

25       Q        ████████████████████

59

```
1                          O. W. Pagoada

2                  MR. McNAMARA:  Objection.

3           A      ████████████████████████

4     ████

5           Q      When you worked for Payco in

6     2006, how much did you earn an hour?

7           A      Eighteen.

8           Q      Eighteen what?

9           A      Eighteen dollars.

10          Q      Per hour?

11          A      Yes.

12          Q      How many hours a week did you

13    work?

14          A      Forty, forty-five, and sometimes

15    more.  It depended on the work.  Sometimes

16    less, as well.

17          Q      And you worked there for the

18    entire year of 2006; correct?

19          A      Yes.

20          Q      Did you work any other jobs

21    in 2006?

22          A      No, not that I recall.

23          Q      Did you work in 2007?

24          A      Yes.

25          Q      Where did you work in 2007?
```

```
 1                        O. W. Pagoada

 2          A       In Payco.

 3          Q       You worked there the full year?

 4          A       Yes.

 5          Q       How much did you earn per hour

 6   there?

 7          A       Eighteen, the same, always.

 8          Q       Did you work in 2008?

 9          A       Yes.

10          Q       Where did you work in 2008?

11          A       In 2008, I think I worked -- I

12   didn't work the whole year in Payco.  Towards

13   the end of the season, I started working in

14   Suffolk Paving.

15          Q       What is the season?

16          A       I don't really remember.  The

17   season in 2008?  Towards end of season, I

18   started working at Suffolk Paving.

19          Q       What is the paving season?

20          A       I don't remember.

21          Q       Don't you generally work between

22   April and November of every year?

23                  MR. McNAMARA:  Objection.

24          A       I don't understand.

25          Q       The paving season, isn't it
```

61

1                    O. W. Pagoada

2    between April and November?

3                    MR. McNAMARA:  Objection.

4         A      No, in Suffolk, I started

5    working in about September.  I really don't

6    remember.  I really don't remember.

7    September, October, I don't remember the

8    exact date.

9         Q      In 2009, where did you work?

10        A      Suffolk Paving.

11        Q      Did you work there for the whole

12   year?

13        A      Yes.

14        Q      But didn't you really only work

15   during the paving season?

16        A      Yes, in Suffolk.

17        Q      So you started work there in

18   April of 2009?

19                   MR. McNAMARA:  Objection.

20        A      In Suffolk?

21        Q      Yes.

22        A      Yes, in Suffolk, I worked the

23   whole season.

24        Q      What was the whole season; from

25   what month to what month?

62

1                         O. W. Pagoada

2          A      March, April -- we would always

3    start the 15th of March, the 1st of April.

4    That was the date when the season started.

5    It's after the cold, when it's not as cold.

6          Q      And you would work until when?

7          A      The whole season.  I worked the

8    whole season.

9          Q      What was the season?

10         A      In the year 2009?

11         Q      Yes.  Stop playing games, and

12   just answer the question.

13         A      I'm not playing.

14         Q      You clearly are.  Even your

15   attorney thinks so.

16         A      No, I'm not playing.  I'm

17   telling you the truth.

18         Q      Listen.  When did the season end

19   in 2009?

20         A      It always ends in November.

21         Q      Thank you.  Was that so

22   difficult?

23         A      No, because I thought you were

24   asking me when it began, not when it ended.

25         Q      You told me it began March 15th

63

1                    O. W. Pagoada

2      to April 1st.

3           A     Yes, always between those dates.

4      The season starts between March 15th and

5      April 1st because at that time, it's no

6      longer cold.

7           Q     And it ends in November of every

8      year; right?

9           A     November, November.  The end of

10     November.

11          Q     In 2010, where did you work?

12          A     In 2010, I worked in a company

13     that's called East Port Excavation.

14          Q     When did you start working for

15     East Port Excavation in 2010?

16          A     When did I start?

17          Q     Isn't that what I just asked

18     you?

19          A     I don't remember exactly when I

20     started.

21          Q     Roughly, when did you start?

22          A     I don't recall.  I don't

23     remember exactly.

24          Q     You have no idea when you worked

25     at East Port Excavation?

64

```
 1                      O. W. Pagoada

 2        A       No.  I think in about the middle

 3   of the season.

 4        Q       What season?

 5        A       Of 2010.

 6        Q       What month did you work there?

 7        A       I don't remember exactly.  I

 8   don't remember.

 9        Q       What was your last day of work

10   at Suffolk Paving?

11                MR. McNAMARA:  Objection.

12        A       I don't remember.

13        Q       How did your employment come to

14   an end at Suffolk Paving?

15        A       At the end of November, I

16   finished.

17        Q       Why?

18        A       Because it's already cold.

19   Normally, all companies stop at that time.  I

20   don't remember exactly what the last day was.

21   The season ended, and they didn't call me

22   anymore because of the lawsuit.  They didn't

23   give me any more work.

24        Q       Did you call them?

25        A       No, never.  Because they used to
```

65

1                        O. W. Pagoada

2    call us when the season started.

3         Q       Would they call you directly, or

4    would they call someone else?

5         A       No, sometimes they would call

6    me, or if not, the foreman.

7         Q       What is your telephone number

8    that they would call you on?

9         A       They would call me -- the person

10   in charge of the group, my foreman, would

11   call me.

12        Q       Who was that?

13        A       Renato.

14        Q       Renato Guerra?

15        A       Yes, Renato.

16        Q       What is Renato Guerra's

17   telephone number?

18        A       I don't know it.

19        Q       So they never called you

20   directly; they would call Renato Guerra;

21   correct?

22        A       Yes.

23        Q       Then, Renato Guerra would tell

24   you to come to work; correct?

25        A       Yes, he would call us, and

66

1                          O. W. Pagoada

2      sometimes Tommy would call, the guy from the

3      office.

4           Q       Tommy would call Renato Guerra?

5           A       Yes.  Or if not, he would call

6      me; Sometimes, not always.

7           Q       He would call you on what

8      telephone number; your telephone number?

9           A       He would call me to my

10     telephone.

11          Q       What number?  What number?

12                  MR. McNAMARA:  Objection.

13           Counsel, please lower your voice.

14          A       Please don't speak to me so

15     loud, please.

16          Q       Answer the question, and you'll

17     be spoken to in the manner which is befitting

18     you.

19          A       Yes, but don't yell at me.  I'll

20     answer you, but don't yell at me.

21          Q       I'll yell at you if you're not

22     answering the questions.  Answer the

23     question.

24                  What telephone number did he

25     call you at?

67

1                          O. W. Pagoada

2          A        Mine; ████████████████

3          Q        For how long have you had that

4    cellphone number?

5          A        It's been two years, but two

6    years ago, it was a different number, but

7    since then, I've had this number.

8          Q        What was the other number that

9    you had?

10         A        It was ████████████████ -- I

11   don't remember, 05 -- I don't remember the

12   last numbers.  I don't remember the last two

13   numbers because it's already been two years

14   since I had that phone.

15         Q        Why did you lose that phone

16   number?

17                  MR. McNAMARA:  Objection.

18         A        Because I changed it.  During

19   the time that I worked at Suffolk, it's been

20   this number.

21         Q        How much did you earn per hour

22   when you started working for Suffolk Paving?

23         A        Twenty-something.  I don't

24   remember.

25         Q        You don't know how much you made

68

1                        O. W. Pagoada

2      an hour?

3            A        Twenty and some change.  I don't

4      remember.

5            Q        What was your job title at

6      Suffolk Paving?

7            A        Laborer.

8            Q        Did you work in the shop, or did

9      you work in the field?

10           A        No, in the paving group, in the

11     asphalt group.

12           Q        Did you ever do any work in the

13     shop?

14           A        No.

15           Q        You only did work out in the

16     field?

17           A        Yes.

18           Q        You say that you started for

19     Suffolk Paving in 2008; correct?

20           A        2008.

21           Q        In October of 2008; correct?

22           A        Yes, in October, more or less.

23     I don't remember the exact day, but...

24           Q        How much did you start earning

25     in October of 2008?

69

1                     O. W. Pagoada

2          A      About twenty-and-some cents.

3          Q      And in 2009, did you get a

4     salary increase?

5          A      No.

6          Q      So you made the same at the end

7     of 2008 that you did in 2009?

8          A      Yes, the same.

9          Q      Now, at the end of the paving

10    season, you don't work full weeks; correct?

11         A      No.

12         Q      Because it was starting to get

13    cold, and the work was slowing down; correct?

14         A      Yes.

15         Q      And the end of the season starts

16    in October of the year; correct?

17         A      Yes.

18         Q      That's every year; correct?

19         A      Yes, every year.

20         Q      And at the beginning of the

21    year, things start off slow; correct?

22         A      Yes, because it's still cold.

23         Q      Right.  So you don't work every

24    day of the week then, as well; correct?

25         A      No.

70

1                         O. W. Pagoada

2          Q     No, I'm correct, or no, you

3     don't work every day?

4          A     No, no, because it's still cold.

5     It's still cold.  The cold still hasn't gone

6     away, so you don't work every day.  We start

7     slowly.

8          Q     When you worked for Suffolk

9     Paving, were you paid in cash or check?

10          A     By check.

11          Q     You received a check every week

12     that you worked there; correct?

13          A     Yes.

14          Q     Did you ever receive cash?

15          A     No, no.  One time they owed me a

16     day, because when we did work for the State

17     at prevailing wage, they didn't pay me one

18     day, so Louie, that day, paid me in cash.  He

19     gave me $200, because they hadn't paid me one

20     prevailing wage day.  He gave me $200 in cash

21     just one day, only one day, but then never

22     again.

23          Q     So you told Louie that he didn't

24     pay you for a day, and he paid you in cash

25     right there and then; is that correct?

71

1                      O. W. Pagoada

2        A      Yes.

3        Q      But every week you received a

4   check; correct?

5               MR. McNAMARA:  Objection.

6        A      Yes.

7        Q      On that check it listed the

8   hours that you worked that week; correct?

9        A      Yes, but they didn't pay me the

10  hours that I worked.

11       Q      But the checks listed every hour

12  that you worked; correct?

13              MR. McNAMARA:  Objection.

14       A      Yes, it had the total number of

15  hours that they would pay us.

16       Q      That was every week; correct?

17              MR. McNAMARA:  Objection.

18       A      Yes.

19       Q      Did you ever receive any

20  overtime when you worked at Suffolk Paving?

21       A      Never.

22       Q      Never?

23       A      Not even one hour, never.  No.

24       Q      Did you drive to the worksites

25  when you worked at Suffolk Paving?

```
 1                        O. W. Pagoada
 2          A       No, only to the yard.
 3          Q       Could you drive to the
 4   worksites?
 5          A       Yes, but they would tell you to
 6   go to the yard.
 7          Q       So you could drive directly to
 8   the worksite; correct?
 9          A       Yes.
10          Q       You had the physical ability to
11   do that; right?
12          A       It's --
13          Q       Just answer the question.
14                  MR. McNAMARA:  Objection,
15          Counsel.
16          Q       Just answer the question.
17                  Do you understand that?
18                  MR. McNAMARA:  Counselor, he's
19           trying to answer it.
20          Q       Just answer it.
21          A       I'm answering you.
22          Q       You had the physical ability to
23   drive to the worksite; correct?
24                  MR. McNAMARA:  Objection.
25          A       Yes.
```

South Shore Court Reporting
(631)-235-6218

73

1                        O. W. Pagoada

2        Q       Did you have a car in 2009?

3        A       Yes.

4        Q       Did you have a car in 2010?

5        A       Yes.

6        Q       Whose car was it in 2009?

7        A       Mine.

8        Q       What kind of car was it?

9        A       A Subaru.  It's the same one

10   that I have.

11       Q       Who owns that car?

12       A       It's my friend Nelson's.

13       Q       Nelson Quintanilla?

14       A       Yes.

15       Q       Is it registered and insured?

16       A       Yes.

17       Q       To who?

18       A       Nelson.  He's the owner of car.

19       Q       Did Nelson drive you to the shop

20   every day?

21       A       No.  Because sometimes they

22   would send us in different --

23       Q       Just say no.

24               Listen, listen.  When I ask you

25   the question:  Did Nelson drive you to the

1                        O. W. Pagoada

2    shop every day?  The answer is:  Yes or no.

3            A        No, because not always.

4            Q        The answer is yes or no.

5                     Do you understand that?

6                     MR. McNAMARA:  Objection.

7            A        No.

8            Q        Why are you having such a hard

9    time understanding these questions?

10                    MR. McNAMARA:  Objection.

11           A        No.  Because you're asking me in

12   different ways.

13           Q        Did you ever go to school?

14           A        Not here.

15           Q        In your native country, did you

16   go to school?

17           A        Yes.

18           Q        Until you were how old?

19           A        Until sixth grade.

20           Q        I'm going to slow down my

21   questions for you.  Stop fighting me on them.

22   Just answers the questions I ask you.

23                    MR. McNAMARA:  Objection.

24           A        I'm not fighting with you.

25           Q        You clearly are.

```
 1                      O. W. Pagoada

 2              MR. McNAMARA:  Objection.

 3     A        No.

 4     Q        Yes.

 5     A        No.

 6     Q        Yes.

 7              MR. McNAMARA:  Objection.

 8     A        No.

 9     Q        Yes.

10              MR. McNAMARA:  Objection.

11     A        I'm not fighting with you.

12     Q        When I ask you a yes-or-no

13  question, you answer yes or no, and nothing

14  else.

15              Can you understand that?

16              MR. McNAMARA:  Objection.

17     A        If that's what you believe.

18     Q        Can you understand that?

19              MR. McNAMARA:  Objection.

20     A        Yes.

21     Q        Can you follow that instruction?

22              MR. McNAMARA:  Objection.

23     A        Which one?

24     Q        To answer my questions yes or

25  no.
```

```
 1                     O. W. Pagoada

 2         A       Yes.

 3         Q       Do you have the ability to

 4   answer those questions yes or no?

 5         A       Yes.

 6         Q       Thank you.

 7                 Is it your testimony that you

 8   went to the shop every morning?

 9         A       Yes.  To the yard.

10         Q       Yes or no?

11         A       Yes.

12         Q       Did you physically drive to the

13   yard every morning?

14         A       Yes.

15         Q       Did you drive anybody?

16         A       No, only me.

17         Q       You drove by yourself every

18   morning?

19         A       Alone, alone.

20         Q       And you were in the yard for

21   about five minutes before going off to your

22   next assignment; correct?

23                 MR. McNAMARA:  Objection.

24         A       When we would get to the yard,

25   we would --
```

1                         O. W. Pagoada

2         Q       Yes or no?

3         A       What do you mean?

4         Q       You were in the yard for about

5    five minutes every day before you left for

6    your assignment; correct?

7                  MR. McNAMARA:  Objection.

8         A       More.

9         Q       How much more?

10        A       Sometimes up to twenty minutes,

11   because once we got there, we had to put the

12   tools in.  We had to put in the work tools.

13        Q       You put the work tools in what?

14        A       In the box truck.  We had to put

15   the machinery in, put propane in, risers,

16   everything that we needed at work.

17        Q       Do you know that everybody

18   testified that all those things stay in the

19   box truck?

20                 MR. McNAMARA:  Objection.

21        Q       Correct?

22                 MR. McNAMARA:  Objection.

23        A       Yes, we have to --

24        Q       You don't take them out every

25   day; correct?

78

1                        O. W. Pagoada

2                MR. McNAMARA:  Objection.

3        A        Yes, but you need them daily.

4        Q        Right.  And they're in the truck

5    daily; correct?

6                MR. McNAMARA:  Objection.

7        A        Yes.

8        Q        You're saying that you would go

9    to the shop every morning to load up trucks

10   that were already loaded; correct?

11               MR. McNAMARA:  Objection.

12       Q        Correct?

13       A        (No verbal response.)

14       Q        Correct; yes or no?

15               MR. McNAMARA:  Objection.

16       A        To change propanes.

17       Q        Wouldn't the driver of the truck

18   do that?

19       A        Everyone, because we would

20   always change machinery.

21       Q        Who told you that you have to

22   come to the shop every morning?

23       A        The boss.

24       Q        Who?

25       A        Louie.

1                    O. W. Pagoada

2        Q        Do you speak English?

3        A        No.

4        Q        Does Louie speak Spanish?

5        A        No -- some words.

6        Q        What words does he speak?

7        A        Very little.  He would always

8    say tomorrow, such and such an hour, things

9    like that.

10        Q        Nelson Quintanilla testified

11    that sometimes he would drive directly to a

12    worksite in the morning.

13                MR. McNAMARA:  Objection.

14        A        Yes.  But after the lawsuit.

15        Q        Well, he said before the lawsuit

16    too.

17                MR. McNAMARA:  Objection.

18        A        I don't know because we were in

19    different groups.  We weren't always

20    together.  Different groups.

21        Q        After you go to the workshop in

22    the morning, you would go in the box truck?

23        A        To the job site, yes.

24        Q        Who drove that box truck?

25        A        Nelson would drive it,

80

1                         O. W. Pagoada

2    Lerly Rodriguez, and sometimes Walter.

3              Q       Garcia?

4              A       Yes.

5              Q       Nice fellow; right?

6              A       Yes, he's a good person.

7              Q       He loves his egg sandwiches in

8    the morning; right?

9              A       I don't know.

10             Q       With mayonnaise?

11             A       I don't know.

12             Q       After you left the shop in the

13   morning, would you go get breakfast?

14             A       Sometimes we would stop,

15   sometimes.

16             Q       Really?  Because they testified

17   that it was every day.

18                     MR. McNAMARA:  Objection.

19             A       No.  I don't know.  Sometimes

20   you're in a different group, but sometimes,

21   sometimes, yes.

22             Q       Where would they stop for

23   breakfast?

24             A       At the deli.

25             Q       What would they get?

81

1                        O. W. Pagoada

2          A      Food; a sandwich, whatever.

3     Something to eat, something to have for

4     breakfast.

5          Q      How long would that take?

6          A      About five minutes.

7          Q      Really?  Because they said it

8     would take ten minutes to order, another ten

9     or fifteen minutes to eat.

10              MR. McNAMARA:  Objection.

11         A      Because when we would buy the

12    food there, we would eat the food on the

13    way -- in the box truck on the way to the job

14    site.

15         Q      Even the guy who was driving?

16         A      No.  One would eat, and

17    sometimes they would switch so that the

18    driver could eat.

19         Q      Do you drink coffee in the

20    morning?

21         A      Yes, at home.

22         Q      Never at work?

23         A      No.

24         Q      What about your coworkers, would

25    they drink coffee at work?

82

1                              O. W. Pagoada

2          A      No, not while working, not while

3    working.

4          Q      What about while driving in the

5    morning?

6          A      Sometimes, sometimes.  Very few

7    times.

8          Q      What time would you get to the

9    shop in the morning?

10         A      At 6:00.

11         Q      Every morning?

12         A      Always.

13         Q      Who was there at 6:00 in the

14   morning when you were there?

15         A      Tommy, sometimes Louie was

16   there, sometimes.

17         Q      Anybody else?

18         A      Chris.

19         Q      Anybody else?

20         A      No, not that I recall.  It was

21   always almost Tommy, Chris, and Lou.  That's

22   it.

23         Q      At 6:00 in the morning, the only

24   people at the shop were you, Tommy, Louie,

25   and Chris; correct?

```
 1                    O. W. Pagoada

 2        A       Yes.

 3        Q       Nobody else?

 4        A       No.

 5        Q       Do you know who the owner of

 6   Suffolk Paving is?

 7        A       Yes.

 8        Q       Who is the owner?

 9        A       Louie Vecchia and Chris Beck --

10   Beken (phonetic) -- I don't know how to say

11   it.

12        Q       How do you know Louie is the

13   owner of Suffolk Paving?

14                MR. McNAMARA:  Objection.

15        A       I always knew that he was the

16   owner of the company.

17        Q       How did you know?

18                MR. McNAMARA:  Objection.

19        A       Because everyone knows that he

20   has been the owner.

21        Q       How do you know that

22   Chris Vecchia is an owner of Suffolk Paving?

23        A       Because the union company, he

24   put in his son's name, Asphalt Paving.  I

25   don't really know the name well, and that's
```

84

```
 1                    O. W. Pagoada

 2   because I didn't work there in the union one.

 3        Q      So you didn't work for Suffolk

 4   Asphalt at all?

 5        A      No, Suffolk Paving.

 6        Q      You only worked for

 7   Suffolk Paving; correct?

 8              MR. McNAMARA:  Objection.

 9        A      Yes.

10        Q      So there's no reason for you to

11   be suing Suffolk Asphalt; correct?

12              MR. McNAMARA:  Objection.

13        A      I worked for Suffolk Paving.

14        Q      You never worked for

15   Suffolk Asphalt?

16        A      Sometimes they would send me.

17   Sometimes, because since they were different

18   groups.

19        Q      But you always got paid by

20   Suffolk Paving; correct?

21              MR. McNAMARA:  Objection.

22        A      Suffolk Paving.

23        Q      And the only owner that you know

24   of Suffolk Paving is Lou Vecchia; correct?

25        A      Yes.
```

85

1                          O. W. Pagoada

2          Q      Nobody else owns Suffolk Paving,

3     other than Lou Vecchia; correct?

4                  MR. McNAMARA:  Objection.

5          A      No.

6          Q      You told that to your attorneys;

7     correct?

8                  MR. McNAMARA:  Objection.

9          A      No, I haven't spoken to them

10    about that.

11         Q      Don't you think you should have?

12                 MR. McNAMARA:  You don't have to

13            answer that.

14                 Counsel, that's attorney/client

15            communication.

16                 MR. ZABELL:  Yes, he does.

17                 MR. McNAMARA:  He does not.

18            Counselor, that's privileged.

19                 Mr. ZABELL:  No.  Asking him

20            whether or not he thinks he should have

21            spoken to his attorneys about that is

22            not privileged.  It doesn't cover an

23            attorney/client communication.

24                 MR. McNAMARA:  Okay.

25         Q      Don't you think you should have

```
 1                    O. W. Pagoada
 2    spoken to your attorneys about that?
 3          A     The lawsuit is for
 4    Suffolk Paving.  Suffolk Paving and the other
 5    union company, because the rest of the
 6    workers worked for both, the union too.
 7          Q     So you're different than the
 8    rest of the workers, is that what your
 9    testimony is?
10                MR. McNAMARA:  Objection.
11          A     Yes, because the rest of them
12    were a union group.
13          Q     You were never in the union;
14    right?
15          A     No.
16          Q     ████████████████████████████
17    ██████████████
18                MR. McNAMARA:  Objection.
19          A     ████████████████████████████
20    █████████████████████████████████████████████
21    ████████
22          Q     ███████████████████████████
23          A     █████████████   █████████████████
24    ███████████████████████████████
25          Q     ████████████████████████████
```

87

1                    O. W. Pagoada

2              MR. McNAMARA:  Objection.

3         A      █████

4         Q      █████████████████████ow?

5              MR. McNAMARA:  Objection.

6         A      ████

7    █       ████████████████████████████

8    █       █████████    ██████████████

9         Q      What was the first company you

10   worked for after working at Suffolk Paving?

11             MR. McNAMARA:  Objection.

12        A      With Ralph Lunati.

13        Q      When did you work for

14   Ralph Lunati?

15        A      2010.

16        Q      When in 2010 did you start

17   working with Ralph Lunati?

18        A      I don't recall.  I don't

19   remember which month.

20        Q      The beginning of the year or the

21   end of the year?

22        A      I think it was in about the

23   beginning of the year, at the start of the

24   season.

25        Q      Why did you stop working with

                South Shore Court Reporting
                      (631)-235-6218

88

1                    O. W. Pagoada

2    Ralph Lunati?

3          A       There was not a lot of work.

4          Q       Did Ralph Lunati pay you in cash

5    or check?

6          A       Check.  He paid me in check.

7          Q       Are you claiming that

8    Suffolk Paving terminated you in retaliation

9    for complaints that you made?

10                 MR. McNAMARA:  Objection.

11         A       No.  After we filed the lawsuit,

12   they didn't call me again.

13         Q       Do you think they didn't call

14   you again because of the lawsuit?

15                 MR. McNAMARA:  Objection.

16         A       No, no, they didn't call me

17   again.

18         Q       Is that what you're claiming,

19   that you no longer work at Suffolk Paving

20   because you filed this lawsuit?

21                 MR. McNAMARA:  Objection.

22         A       Yes.  Since we filed a lawsuit,

23   they realized -- they didn't call me again to

24   work.

25         Q       And are you claiming damages

89

```
 1                           O. W. Pagoada
 2      because they never called you back to work?
 3                    MR. McNAMARA:  Objection.
 4           A       No.  Only for them to pay me the
 5      hours that they didn't pay me while I was
 6      working.
 7           Q       And you want to be compensated
 8      for travel time; is that correct?
 9                    MR. McNAMARA:  Objection.
10           A       I want them to pay me the hours
11      that I worked, the hours that they owe me.
12           Q       Are you talking about the time
13      that you were actually physically working on
14      the worksite?
15                    MR. McNAMARA:  Objection.
16           A       Yes.
17           Q       Not the time that you spent
18      driving to the worksite and back from the
19      worksite; correct?
20                    MR. McNAMARA:  Objection.
21           A       No, no.
22           Q       In 2009, do you remember any of
23      the projects that you worked on at
24      Suffolk Paving?
25           A       No.
```

90

1                           O. W. Pagoada

2       Q       You don't remember any of them?

3               MR. McNAMARA:  Objection.

4       A       No.

5       Q       Do you remember any of the start

6    times for any of those projects?

7               MR. McNAMARA:  Objection.

8       A       We always started at 6:00 a.m.

9       Q       But not on the job site; right?

10              MR. McNAMARA:  Objection.

11      A       At 7:00 a.m., we were already at

12   the job site.

13      Q       Every job site?

14      A       Yes.

15      Q       You never started a job site at

16   8:00?

17      A       No.  Maybe a few times.

18      Q       What about at 7:00 in the

19   morning in October, isn't it dark then?

20              MR. McNAMARA:  Objection.

21      A       No, but at that time, we were

22   always at work.

23      Q       Even in October?

24              MR. McNAMARA:  Objection.

25      A       I really don't remember.

91

```
 1                         O. W. Pagoada

 2          Q      So you could be wrong a little

 3   bit; right?

 4                 MR. McNAMARA:  Objection.

 5          A      Because -- I don't remember

 6   exactly.

 7          Q      So you could be wrong, correct;

 8   yes or no?

 9          A      No, because...

10          Q      If you don't remember, you could

11   be wrong.

12                 MR. McNAMARA:  Objection.

13          A      Because we were always there at

14   that time.  We were always there at that

15   time.  One way or another, our duty was to

16   get to the yard at 6:00 in the morning, put

17   propane in the truck, and leave.  We were

18   always at the place where we were going to

19   work at 7:00 a.m.

20          Q      Always?

21          A      Always.

22          Q      Whether it was dark or light

23   out?

24          A      It didn't matter.  We would

25   leave at 9:00 p.m.
```

1                    O. W. Pagoada

2        Q        You left at 9:00 p.m. every day?

3        A        Not every day, but we would

4    always get out late; 6:00, 7:00, 8:00.

5        Q        I thought you just said 9:00.

6             MR. McNAMARA:  Objection.

7        Q        Were you lying?

8             MR. McNAMARA:  Objection.

9        A        From 6:00 p.m., 7:00, 8:00,

10   9:00, between those hours.  That was the

11   hours that we would get out all the time.

12       Q        So you left between 6:00 and

13   9:00 every night?

14            MR. McNAMARA:  Objection.

15       A        Yes, between 6:00 -- we would

16   always get out at those hours.  That was the

17   time that we got out of work.

18       Q        You know that I don't believe

19   you; right?

20            MR. McNAMARA:  Objection.

21       A        That was the time that we always

22   got out.

23       Q        That's not what your coworkers

24   testified to.

25            MR. McNAMARA:  Objection.

93

1                    O. W. Pagoada

2          A        I don't know.  In the groups

3     that I was in, we would always get out at

4     that time.  That's why I'm saying between

5     6:00 p.m., 7:00 p.m.

6          Q        Look at your lawyer.

7          A        Those are the hours that we

8     would get out.

9          Q        Look at your lawyer.  He doesn't

10    believe you, either.

11                  MR. McNAMARA:  That's not true.

12         A        Those were the hours that we

13    always got out.  Not every day.

14         Q        Oh, okay.  Not every day?

15         A        Not every day, but that's why

16    I'm saying that always between 6:00 p.m. and

17    sometimes 7:00, but we worked twelve hours

18    daily, every day, daily.  They would pay me

19    for eight.  Those were the hours daily.

20         Q        If it was so bad, why didn't you

21    leave?

22                  MR. McNAMARA:  Objection.

23         A        We needed to work.  One needs to

24    work.

25         Q        But you could have gone to

94

1                        O. W. Pagoada

2      Payco, East Port Excavating, Ralph Lunati.

3                    MR. McNAMARA:  Objection.

4           Q      You could have gone to any of

5      those places.

6                    MR. McNAMARA:  Objection.

7           A      No.  Because Payco, at that

8      time, already closed.  They closed the

9      company.

10          Q      What about Ralph Lunati?

11          A      Well, afterwards, I went to

12     Ralph Lunati.  It's hard to get work.  It's

13     difficult to find work.

14          Q      Why is it hard to get work?

15          A      There is no work.  You have to

16     keep looking and looking.  There's very

17     little work.  The companies already have

18     their own persons, their own workers.  They

19     don't even have work for the ones that they

20     have.  That's why it's difficult to get work.

21          Q      So work is slowing down all

22     over?

23          A      Everywhere.

24          Q      Even at Suffolk Paving?

25          A      I don't know about now.  I don't

1                          O. W. Pagoada

2    know about now.

3          Q      Did you ever borrow money from

4    Suffolk Paving?

5                 MR. McNAMARA:  Objection.

6          A      No.

7          Q      Do you know if anybody did?

8          A      No, I don't know.

9          Q      Do you know Renato Guerra?

10         A      Yes, I know him.

11         Q      You know he also goes by another

12   name; right?

13                MR. McNAMARA:  Objection.

14         A      Maynor.

15         Q      Maynor Fajardo.

16         A      That's his name, but everyone

17   knows him by Renato.

18         Q      So he goes by an alias; correct?

19                MR. McNAMARA:  Objection.

20         A      I don't know what is an alias.

21   I really don't know.  When I met him, I met

22   him as Renato, but I do know that his name is

23   Maynor.

24         Q      He was the one that would tell

25   you all of your work assignments in the

```
1                          O. W. Pagoada
2     morning; correct?
3          A      Yes.
4          Q      And you could have driven to the
5     worksite in the morning?
6          A      Yes.
7          Q      And you could have driven to the
8     actual work assignment; right?
9          A      Yes, but --
10         Q      What is Renato Guerra's
11    telephone number?
12                MR. McNAMARA:  Objection.
13         A      I don't know if it's the same.
14         Q      The same as what?
15                MR. McNAMARA:  Objection.
16         A      I don't know if it's the same
17    one.  I haven't spoken with him since I left
18    the company.  I don't know if it's the same
19    one.  I don't speak with him.
20         Q      Have you ever collected
21    unemployment benefits?
22                MR. McNAMARA:  Objection.
23         A      No.
24         Q      Have you ever collected any
25    Social Services benefits?
```

1                         O. W. Pagoada

2          A       I don't understand the question.

3          Q       Have you ever received welfare?

4                  MR. McNAMARA:  Objection.

5          A       No, only when I do my income

6    taxes, and I don't get...

7          Q       You don't get what?

8          A       Money.  I don't receive money.

9          Q       Did you ever get food stamps?

10                 MR. McNAMARA:  Objection.

11         A       Excuse me?

12         Q       Food stamps, did you ever

13   receive food stamps?

14         A       No, no.

15                 You need Renato's number?  I

16   don't know if it's the same one.

17         Q       Sure, give it to me.

18         A       I don't know if it's still the

19   same.

20         Q       Go ahead, give it to me.

21         A       ████████████

22         Q       That was the number you would

23   call him on?

24         A       Yes.

25         Q       To find out where the work

98

1                           O. W. Pagoada

2     assignments were?

3                    MR. McNAMARA:  Objection.

4          Q      Right?

5          A      No, because he would always call

6     me to go to the yard.

7          Q      Yes or no?

8                    MR. McNAMARA:  Objection.

9          Q      Yes or no?

10         A      No.  That's the number.

11         Q      That's the number you would call

12    him on to get work assignments; correct?

13                   MR. McNAMARA:  Objection.

14         A      Yes.

15         Q      After leaving Suffolk Paving

16    in 2009, you started working for Ralph Lunati

17    in 2010; correct?

18         A      Yes.

19         Q      And you've been working in 2010

20    for either Ralph Lunati or East Port

21    Excavation; correct?

22         A      Yes.

23         Q      Are you working at East Port

24    Excavation now?

25         A      No.

99

1                      O. W. Pagoada

2          Q      You worked at East Port

3    Excavation until when?

4          A      I don't remember exactly until

5    what month.

6          Q      Where can you worked in 2011?

7          A      I was working very little

8    because I don't -- because I didn't have a

9    stable job.  Sometimes I go with my friends

10   to help them and work for them.  I don't have

11   a stable job.  I work just days.

12         Q      Do you get paid cash for those

13   days?

14                MR. McNAMARA:  Objection.

15         A      When I go and help a friend, but

16   not always, hardly ever.

17         Q      Do you report that cash on your

18   income tax returns?

19                MR. McNAMARA:  Objection.

20         A      It's been a few times only.

21   Just up until now, up to now.

22         Q      When you worked for

23   Suffolk Paving, did you ever do any side

24   jobs?

25                MR. McNAMARA:  Objection.

100

1                              O. W. Pagoada

2          A       No.

3          Q       Never?

4          A       No.

5          Q       You never did any side work on

6    the weekends?

7          A       No, no, I didn't work.

8          Q       You didn't work on the weekends?

9          A       No, no.  From Monday through

10   Friday.

11                 MR. ZABELL:  I'm going to take a

12            short break.

13                 Remind him again that he has to

14            continue telling the truth.

15                 MR. McNAMARA:  He's already

16            aware, Counselor.

17                 MR. ZABELL:  I'm not so sure.

18            He's all over the place.

19                 (Whereupon, a brief recess was

20            taken at this time.)

21         Q       We just took a break; right?

22         A       How long?

23         Q       We just took a break; right?

24         A       Okay.

25         Q       Okay, or yes we did?

101

1                          O. W. Pagoada

2          A      Yes.

3          Q      Did you have an occasion to
4    speak with your attorney during that break?

5          A      No.

6          Q      Really?  I saw you talking in
7    here.

8                 MR. McNAMARA:  We didn't talk.

9          Q      You didn't say one word to him?

10         A      Now?  No.  During the break, I
11   didn't speak with him.

12         Q      Who did you speak with?

13         A      With no one.

14         Q      He reminded you to tell the
15   truth; correct?

16         A      Yes.

17         Q      I don't know why that's so
18   difficult for you to admit.

19                MR. McNAMARA:  Objection.

20         Q      What names do you go by?

21         A      Osmar.

22         Q      Anything else?

23         A      Osmar or -- most of the time,
24   Osmar.

25         Q      Do you go by the name

102

1                      O. W. Pagoada

2    Osmar Wilfredo?

3            A       Yes, sometimes Will.

4            Q       Do you tell everybody that your

5    last name is Pagoada?

6            A       Yes.

7            Q       Did you tell that to the people

8    at Suffolk Asphalt?

9            A       Yes.

10           Q       Did you tell them it was your

11   legal name?

12           A       Yes.

13           Q       Is it your legal name?

14           A       Yes.

15           Q       Have you ever been known by any

16   other name, other than Osmar Wilfredo

17   Pagoada?

18                   MR. McNAMARA:  Objection.

19           A       No, that's my name.

20           Q       Have you ever been arrested?

21           A       No.

22           Q       Either here in the United States

23   or in Honduras?

24                   MR. McNAMARA:  Objection.

25           A       Not here nor in my country.

103

```
 1                        O. W. Pagoada

 2           Q      Have you ever done anything that

 3      warrants you getting arrested?

 4                  MR. McNAMARA:  Objection.

 5           A      No.

 6           Q      Do you remember when I told you

 7      to be honest with me?

 8           A      Yes.

 9           Q      ████████████████████████████

10      ████████████████████████████████

11                  MR. McNAMARA:  Objection.

12           A      ██████████--

13           Q      ████████████████████████████

14      ██████████████████████████████

15      ██████

16                  MR. McNAMARA:  Objection.

17           A      ████.

18           Q      Do you remember telling me that

19      you didn't file some of the income that you

20      earned on your income tax returns?

21                  MR. McNAMARA:  Objection.

22           A      Yes.

23           Q      You know, all of those things

24      are violations of the law.  You know that,

25      correct?
```

104

                                O. W. Pagoada

1

2        A        (No verbal response.)

3        Q        Correct?

4        A        Yes.

5        Q        ████████████████████████

6   █████████████   ████████████████████████

7        A        ████████████

8        Q        Was that ever explained to you?

9                 MR. McNAMARA:  Objection.

10       A        I'm not doing anything more
11   serious to be arrested.  I haven't done
12   anything more serious.

13       Q        Oh, you haven't done anything
14   more serious than that?

15                MR. McNAMARA:  Objection.

16       A        No.

17       Q        Did you tell your attorneys
18   those things that you did?

19                MR. McNAMARA:  Objection.

20                That's privileged.  He doesn't have to
21                answer.

22       Q        Did you tell anybody that you
23   violated those laws?

24       A        No.

25       Q        You just kept it to yourself?

105

1                    O. W. Pagoada

2         A      I haven't spoken those things

3    with him.

4         Q      Your comfortable with those

5    three things; correct?

6                MR. McNAMARA:  Objection.

7         A      Yes.

8         Q      You did it because you feel you

9    needed to do it; right?

10               MR. McNAMARA:  Objection.

11        A      Yes.

12        Q      And you're going to continue to

13   do it; correct?

14               MR. McNAMARA:  Objection.

15        A      What?

16        Q      Break the law.

17               MR. McNAMARA:  Objection.

18        A      ████████████████████

19   ████████████████████████████████

20   ████ ██████████████ ████████████

21   ████████ ██████████████

22        Q      It's just a matter of where?

23               MR. McNAMARA:  Objection.

24        Q      Correct?

25               MR. McNAMARA:  Objection.

```
 1                    O. W. Pagoada

 2        A      I don't know.  I don't

 3   understand.

 4        Q      Of course you don't.

 5               MR. McNAMARA:  Objection.

 6        Q
```

```
 7

 8               MR. McNAMARA:  Objection.

 9        A

10        Q

11

12               MR. McNAMARA:  Objection.

13        A

14        Q

15

16               MR. McNAMARA:  Objection.

17        A

18        Q

19

20        A              .

21        Q

22

23               MR. McNAMARA:  Objection.

24        A

25        Q      Just answer my questions.
```

```
 1                     O. W. Pagoada

 2              ███████████████████████████

 3       ████████████████████████████████

 4              MR. McNAMARA:  Objection.

 5        A     ████████████████

 6        Q     ██████████

 7              MR. McNAMARA:  Objection.

 8        A     (No verbal response.)

 9        Q     ████████████

10        A     █████████████

11        Q     ███████████████████████████

12       ██████████

13              MR. McNAMARA:  Objection.

14        A     ████████████████████████

15       ████████████████████████  ████

16       ███████

17        Q     ████████████████████████████

18       ██████████████████████████████

19       ███████

20        A     █████████████████████████

21       ██████████

22        Q     Listen to me.  Just answer my

23   questions; okay?

24              MR. McNAMARA:  Objection.

25        A     I'm answering them.
```

108

O. W. Pagoada



```
 1              O. W. Pagoada
 2      Q    ████████████████████████
 3   ████████████
 4           MR. McNAMARA:  Objection.
 5      A    ███████████████ --
 6      Q    ███████████
 7      A    ███████████████████████████
 8   ███████
 9      Q    ████████████████████████
10   ██████████████
11           MR. McNAMARA:  Objection.
12      A    ██████████████
13      Q    ███████████
14           MR. McNAMARA:  Objection.
15      A    (No verbal response.)
16      Q    ████████████████████████
17   ████████████
18           MR. McNAMARA:  Objection.
19      A    █████ ████████████████
20      Q    █████████████████████
21   ██████████████████████████████
22           MR. McNAMARA:  Objection.
23      A    ████ .
24      Q    ████████████████████████
25   ████████████████
```

```
 1                        O. W. Pagoada
 2              MR. McNAMARA:  Objection.
 3      A      ███████████████████████████
 4   █████████ ██████████████████████
 5      Q      ██████████████████████████████
 6   ████████████████████████████████████
 7   ██████
 8              MR. McNAMARA:  Objection.
 9      A      (No verbal response.)
10      Q      ████████████
11      A      ██ .
12      Q      Was that so difficult to tell
13   me?
14              MR. McNAMARA:  Objection.
15      A      ████████████████████████████
16   ██████
17      Q      Listen.  I know --
18      A      There's no other way.
19      Q      -- I know the answer to most of
20   the questions I ask you.
21              Do you understand that?
22      A      Yes.
23      Q      And I know you know the answers.
24              MR. McNAMARA:  Objection.
25      Q      I'm not interested in your
```



110

1                         O. W. Pagoada

2    excuses.  I'm only interested in the answers

3    to the questions I ask.

4                    Do you understand that?

5         A     Yes, I understand, but you don't

6    have to speak to me in that way.

7         Q     When you say "but," you are

8    offering an excuse.  I'm not interested in

9    your excuses.

10                   Do you understand that?

11                   MR. McNAMARA:  Objection.

12        Q     Do you?

13        A     Yes, I understand.

14        Q     ████    ████████████████████

15   ████████████████████████

16                   MR. McNAMARA:  Objection.

17        A     ██.

18        Q     █████████████████████

19   ████████████████████████████

20   ████████████████

21                   MR. McNAMARA:  Objection.

22        A     Y██.

23        Q     Do you know what you're suing

24   Suffolk Paving for?

25        A     Yes.

111

O. W. Pagoada

1    Q      What are you suing Suffolk Paving

2    for?

3    A      For them to pay me the hours

4    that they never paid me, my work hours.

5    Q      You're only suing for work

6    hours; correct?

7    A      Yes.

8    Q      And not suing for travel time

9    hours; correct?

10   MR. McNAMARA:  Objection.

11   A      No.  My work hours.

12   Q      So I am correct in saying you're

13   not suing for travel time hours; correct?

14   MR. McNAMARA:  Objection.

15   Q      You've answered.

16   A      From the yard to the job?

17   Q      You testified before that you're

18   suing for the actual time that you were

19   working on the job; correct?

20   A      Yes.  Because from the moment

21   that I would get to the yard -- it was

22   because we were already working.

23   Q      But you weren't supposed to go

24   the yard.  You were supposed to go to the job

1                        O. W. Pagoada

2    site.

3                    MR. McNAMARA:  Objection.

4         A       Who was going to put the

5    machinery up in the truck?  Louie wasn't

6    going to do it.

7         Q       The person driving the truck.

8    You knew that.  They told you that.

9         A       Everyone did it.  Louie couldn't

10   watch me just standing there without doing

11   anything.  He didn't allow anyone to be

12   standing there without doing anything.

13   Everyone had to be moving.

14        Q       But you didn't have to be there.

15   You could have gone right to the worksite,

16   like you testified earlier.

17                   MR. McNAMARA:  Objection.

18        Q       Correct?

19                   MR. McNAMARA:  Objection.

20        A       No.  Because he would tell us

21   that we had to get to the yard at a certain

22   hour.  It was one of their orders.

23        Q       And you could have driven

24   directly to the job site; correct?

25                   MR. McNAMARA:  Objection.

113

                              O. W. Pagoada

1

2        A        Maybe I could have, but since

3    they would tell us to do that.

4        Q        They told you that you could

5    drive right to the worksite; correct?

6                 MR. McNAMARA:  Objection.

7        Q        Your coworkers already testified

8    to that.

9                 MR. McNAMARA:  Objection.

10       A        Not when I was there.  Maybe

11   that's now.

12       Q        No.

13       A        Maybe that's now.

14       Q        Did you ever go inside the

15   shop --

16       A        What's been happening since the

17   lawsuit -- the time before that, no.  From

18   when they realized about the lawsuit, they

19   would call us and say the work is going to be

20   at this place, at this address, and then we

21   would go straight there.  They would go

22   straight there, but when I worked, everyone

23   had to be in the yard at 6:00, and then we

24   would leave in the trucks to the job site.

25       Q        But you testified you were the

114

1                        O. W. Pagoada

2    only one there at 6:00; do you remember that?

3                    MR. McNAMARA:  Objection.

4        A       Not the only one; Everyone.

5        Q       No, no, no, no, no.  I asked you

6    before if it was you, so you were lying to me

7    before?

8                    MR. McNAMARA:  Objection.

9        A       No, I understood everyone.

10       Q       No, no, no.  I asked you the

11   question:  If it was Louie, Chris, Tommy, and

12   you every morning at 6:00; you said yes, and

13   it was only you.

14                   MR. McNAMARA:  Objection.

15       A       No, but I understood everyone.

16       Q       So you were lying then?

17                   MR. McNAMARA:  Objection.

18       A       I'm not lying.  It wasn't only

19   me in the group.

20       Q       I told you not to lie to me.  I

21   just told you not to lie to me.

22               Why did you lie?

23                   MR. McNAMARA:  Objection.

24       Q       Why did you lie?

25                   MR. McNAMARA:  Objection.

O. W. Pagoada

1

2    A    It's just that I'm not lying.

3  I'm not lying to you.  I'm not lying.  I

4  understood the whole group, because I didn't

5  work alone in a group.  I wasn't the only one

6  to do all of the work.  There had to be five

7  or six people in each group.  So everyone

8  would get to the yard at that hour.

9    Q    Did you ever write down the

10  hours that you worked?

11    A    What was I going to write them

12  down on?  Whether I wrote them down or not --

13  there were people who wrote them down and

14  gave them to Louie, and what he did was tear

15  it up and throw it away.  Why am I going to

16  write them down?  Why should I write down the

17  hours if they wouldn't pay me for all of

18  them?

19    Q    So is the answer to my question --

20    A    Why should --

21    Q    Hey, hey.  I'm asking you a

22  question.

23    MR. McNAMARA:  Counselor --

24    A    Yes, but don't yell at me like

25  that.

116

                              O. W. Pagoada

1

2      Q      I'm asking you a question.

3             MR. McNAMARA:  Counselor, lower

4        your voice.

5      A      I'm answering you.  Why don't

6   you like my responses?

7      Q      Because you're rambling and

8   lying.

9             MR. McNAMARA:  Objection.

10     Q      Tell the truth.

11     A      I'm not lying.

12     Q      Answer the questions that I ask

13  you and nothing more.  If you want to talk to

14  somebody, you can talk to your attorney all

15  you want on your own time.

16            Do you understand that?

17     A      (No verbal response.)

18     Q      Do you understand that?

19     A      Yes.

20     Q      Okay.  Before I asked you if

21  you, Tommy, Louie and Chris were the only

22  people at the shop at 6:00, and you said yes.

23  I asked:  Was anybody else there, and you

24  said no.

25        A      I understood --

117

1                          O. W. Pagoada

2          Q      Why did you lie?

3                 MR. McNAMARA:  Objection.

4          A      No, I didn't lie.  I thought you

5    asked me if besides Louie, Chris, and Tommy,

6    if there was anyone else out of the office

7    people.  That's what I understood.

8          Q      Do you remember when I said to

9    you that if you don't understand a question,

10   you have an obligation to tell me that you do

11   not understand that question?

12         A      Yes, but I thought --

13         Q      Do you remember me telling you

14   that if you provide an answer to a question

15   that I ask you, it will be assumed that you

16   understood that question?

17                Do you remember that?

18         A      Yes.

19         Q      So you understood the question

20   when you answered it, and now you want to

21   change your answer; is that correct?

22         A      No, it's not that I'm changing

23   it, but it was the way that I understood it.

24         Q      So you don't want to change your

25   answer?

118

                          O. W. Pagoada

1

2       A       If I ask you what you're asking

3   me, you're going to tell me that I don't have

4   a good memory.

5       Q       It's clear that you don't have a

6   good memory.  That's just based upon your

7   testimony.

8               MR. McNAMARA:  Objection.

9       Q       And I understood you're getting

10  upset and frustrated, just do what I tell you

11  and answer the questions, and there won't be

12  a problem.

13      A       But you have no right to speak

14  to me like that.  You have no right to yell

15  at me.  Ask me the questions that you want

16  to, but don't yell at me.  I'm not your son.

17      Q       No, you're not.

18      A       You have no reason to yell at

19  me.  Ask me the questions that you want.

20      Q       Sir, you're at a deposition

21  because you are suing my client -- please

22  don't pick your nose.

23              At this deposition, I will be

24  asking you questions.

25              Do you understand that?

119

1                    O. W. Pagoada

2       A       Yes, I understand that.

3       Q       And I have a right to demand

4    that you provide answers to those questions.

5               Do you understand that?

6       A       Yes, I'm giving you responses.

7       Q       To the extent you're giving me

8    responses to questions that I am not asking

9    you, I will indicate my displeasure with

10   that.

11              MR. McNAMARA:  Objection.

12      A       Because you don't like to hear

13   the truth.

14      Q       You don't like speaking the

15   truth.

16              MR. McNAMARA:  Objection.

17      Q       I want you to just answer the

18   questions I ask you.

19              Are you a person?

20              MR. McNAMARA:  Objection.

21      A       What am I?  What do you think I

22   am?

23      Q       I think you're not answering the

24   question.

25      A       Of course I'm a person.  What am

120

1                    O. W. Pagoada

2    I?

3         Q      The only answer you can give to

4    that question is:  Yes, I am a person.

5                 Is it daytime right now?

6         A      No, it's nighttime.

7                 MR. ZABELL:  Let the record

8            reflect that it is 12:25.

9         A      You know that it is daytime.

10   What do you think; that I'm stupid?  I'm not

11   stupid.

12        Q      I think you're playing games.

13               MR. McNAMARA:  Objection.

14        A      That's what you think, because

15   you don't like to be told the truth.

16        Q      Are you at a deposition?

17               MR. McNAMARA:  Objection.

18        A      Of course.  I'm giving

19   statements.

20        Q      Again, you have a complete

21   inability to answer the questions that I'm

22   asking you.

23               Does the man next to you have a

24   beard?

25        A      No, I'm blind, and I can't see.

121

1                       O. W. Pagoada

2     What do those questions have to do with the

3     case?  Ask me about the hours that I wasn't

4     paid for.

5          Q     Is there a man named Patrick to

6     your right?

7          A     Yes.

8          Q     Does he have a beard?

9          A     (No verbal response.)

10         Q     Are you refusing to answer the

11    question?

12         A     Yes, of course.  You know what

13    he has.  Why are you asking me?

14         Q     Because I'm trying to train you

15    to answer just the questions I pose before

16    you.

17         A     Then ask me questions about the

18    case, about the lawsuit.

19         Q     I get to determine who asks the

20    questions and what questions are asked.  If

21    you continue with this --

22         A     You're trying to intimidate me.

23         Q     -- I will call the Judge and

24    have the Judge direct you.  Although, I would

25    hope that your attorney would communicate to

1                          O. W. Pagoada

2      you that you need to answer the questions and

3      to stop lying.

4                  MR. McNAMARA:  Objection.

5           A      It's just that I'm not lying to

6      you.

7           Q      Really?  Are you blind?

8                  MR. McNAMARA:  Objection.

9           A      You know that I'm not.

10          Q      Exactly.  Then, why would you

11     tell me before that you were blind and can't

12     see?

13          A      No.  Because they're questions

14     that you -- you know I'm not blind.

15          Q      I know that's why I was

16     surprised that you lied to me about it.

17                 MR. McNAMARA:  Objection.

18          A      There are questions that you

19     know aren't true.

20          Q      That's why I asked you if it was

21     daytime outside, and you said, no, it's night

22     at 12:25.

23          A      Because it's daytime.

24          Q      Then, just answer it's daytime.

25     Just answer the questions.

123

1                           O. W. Pagoada

2                  Does the man next to you have a

3     beard; yes or no?

4           A      Yes, yes, he does.

5           Q      Is the woman next to you

6     translating for you today?

7           A      Yes.

8           Q      Is it light outside?

9                  MR. McNAMARA:  Objection,

10          Counselor.

11          A      Yes.

12          Q      It is daytime?

13          A      Yes.

14          Q      See, those are direct questions

15    and direct answers.  As long as you give me

16    direct answers, we will be able to continue

17    this deposition at an appropriate pace.

18                 Do you understand that?

19          A      Yes.

20          Q      Is this difficult for you?

21          A      No.  But --

22          Q      I don't want to know a but.

23          A      Okay, okay, but you don't have

24    to yell.

25          Q      I'm not yelling.  Trust me.

124

1                        O. W. Pagoada

2        A       Of course you're yelling.

3        Q       If I was yelling, your attorney

4    would be putting something on the record.

5        A       Ask me the questions that you'd

6    like, but don't yell at me.

7        Q       How long is it going to take you

8    to go home and get the documents that we

9    discussed earlier?

10       A       About forty minutes.

11       Q       I think you should go now.  We

12   will be waiting for you.

13       A       If you want, I'll go now.

14       Q       I just said I think you should

15   go now.

16       A       Okay.  I don't think it should

17   take more, but I hope it's not a problem in

18   case I do.

19       Q       It may be, but we'll see.

20       A       I think I should be back in

21   forty minutes.

22               MR. McNAMARA:  I guess we should

23           break for lunch.  It's 12:30.

24               MR. ZABELL:  Sure.

25               (Whereupon, a luncheon recess

125

1                          O. W. Pagoada

2            was taken from 12:30 p.m. to 1:45 p.m.)

3                    MR. ZABELL:  Back on the record.

4            Q       Mr. Pagoada, you understand

5       you're still under oath; do you not?

6            A       Yes.

7            Q       That means you still have to

8       tell the truth.

9                    Do you understand that?

10           A       Yes.

11           Q       No lying; okay?

12           A       Yes.

13                   (Document consisting of copies

14                   of Mr. Pagoada's W-2s were marked as

15                   Defendants' Exhibit Number 2, for

16                   identification, as of this date.)

17           Q       I'm going to show you a

18       document.  (Handing.)

19                   Do you know what this is?

20           A       (Reviewing document.)  It's a

21       copy of a check stub from -- W-2s for the

22       income tax.

23           Q       Is it a copy of a check stub or

24       is it copies of W-2s?

25           A       No, the W-2s.

South Shore Court Reporting
(631)-235-6218

126

                              O. W. Pagoada

1

2        Q        Right.  So they're not check

3    stubs?

4        A        No.

5        Q        Why did you think they were

6    check stubs?

7                 MR. McNAMARA:  Objection.

8        A        Because I only noticed Payco.  I

9    didn't notice that it was a copy of the W-2.

10       Q        Are they copies of your W-2s?

11       A        Yes.

12       Q        Is the first one for the

13   year 2007?

14       A        Yes.

15       Q        That's for Payco Industries?

16       A        Yes.

17       Q        And the second one is for 2006?

18       A        Yes.

19       Q        Is that Payco Industries?

20       A        Yes.

21       Q        The next one is 2010; correct?

22       A        Yes.

23       Q        That's for RL Associates?

24       A        Yes.

25       Q        Then, the next one is 2010.  Is

127

                          O. W. Pagoada

1

2    that Powell & Lunati Paving?

3         A    Yes.

4         Q    Is that the same as RL Associates?

5         A    Yes, the same one.

6         Q    Then, there is another one for

7    RL Associates?

8         A    Yes.

9         Q    Then, another one, 2010 for

10   East Port Contracting?

11        A    Yes.

12        Q    Then, there's another one for

13   the year 2010 for Forum Novelties?

14        A    Yes.

15        Q    When did you work at

16   Forum Novelties?

17        A    I worked in February, I think.

18        Q    How come you didn't tell me

19   about that?

20        A    January, February.  I don't

21   remember.

22        Q    So you remember now?

23        A    Yes, now that I see it.  It's a

24   factory.  I think it's a factory.  I worked

25   there about three months.  I didn't remember.

128

1                    O. W. Pagoada

2        Q       And now you remember?

3                MR. McNAMARA:  Objection.

4        A       Yes, because I saw it.

5        Q       If you didn't see it, you still

6    wouldn't remember?

7                MR. McNAMARA:  Objection.

8        A       No.

9        Q       So you're memory is not that

10    good; right?

11                MR. McNAMARA:  Objection.

12        A       (No verbal response.)

13        Q       You can answer.

14        A       Yes.

15        Q       But you know your memory is not

16    that good; right?

17                MR. McNAMARA:  Objection.

18        A       No, I forgot.

19        Q       A lot?

20                MR. McNAMARA:  Objection.

21        A       More or les.  A little.

22        Q       Do you forget a lot, or do you

23    forget a little?

24        A       Sometimes I forget a lot of

25    things.

129

1              O. W. Pagoada

2              (Document consisting of a copies

3         of Mr. Pagoada's pay stubs from Payco

4         Industries was marked as Defendants'

5         Exhibit Number 3, for identification,

6         as of this date.)

7         Q    I know.  I'm going to show you a

8   document identified as Defendant's Exhibit

9   Number 3.  (Handing.)

10        A    What is that?

11        Q    You tell me.

12        A    (No verbal response.)

13        Q    Do you know what these documents

14   are?

15        A    They're the copies of the stubs.

16        Q    Copies of what stubs?

17        A    Payco checks.

18        Q    So they're copies of check stubs

19   that you received from Payco Industries;

20   correct?

21        A    Yes.

22        Q    From September of 2006 to August

23   of 2008; correct?

24        A    Yes.

25        Q    Are these all of the pay stubs

130

1                          O. W. Pagoada

2    you received from Payco Industries?

3            A       Yes.  And the other ones that I

4    gave you, yes, that's all of them.

5            Q       Are you sure?

6            A       Yes.  I don't remember any more.

7    The ones that I brought you first, and the

8    ones that I went to get.

9            Q       You testified as to the hourly

10   rate you received when you worked for Suffolk

11   Paving; did you not?

12           A       What is the question?

13           Q       Do you remember testifying about

14   the hourly wage that you received when you

15   were at Suffolk Paving?

16           A       Yes, twenty and some change.  I

17   don't remember how many cents.

18           Q       Didn't you look at your pay

19   stubs?

20           A       No.  I just went to get them.

21           Q       You never looked at them?

22           A       No, I didn't look at them.

23           Q       So you have know idea what they

24   said?

25                   MR. McNAMARA:  Objection.

131

1                    O. W. Pagoada

2          A      No, I didn't look at them.  I

3    don't remember.  I don't remember.

4          Q      Do you know if they were

5    accurate when you received them?

6                 MR. McNAMARA:  Objection.

7          A      The checks?  If what was

8    accurate; the checks or what?  I don't

9    understand.

10         Q      If the check stubs were

11   accurate.

12         A      Yes.

13         Q      They were accurate; correct?

14                MR. McNAMARA:  Objection.

15         A      Yes.

16         Q      Did you ever make an hourly wage

17   rate more than the $20 and some change?

18         A      Yes.  When they were paying me

19   prevailing wage rates when they were State

20   jobs.

21         Q      Every time you worked prevailing

22   wage, they paid you prevailing wage rates;

23   correct?

24         A      Yes.

25         Q      So they never not paid you

132

                    O. W. Pagoada

1
2    prevailing wage rates; correct?

3         A      Yes, they would pay me

4    prevailing wage.  When I went, they would pay

5    me.

6         Q      So on every prevailing wage job

7    that you got that you worked on, you got paid

8    correctly?

9         A      Yes.

10        Q      Do you know how much you made

11   per hour when you worked on prevailing rate

12   wage jobs?

13        A      I think it was -- I'm not very

14   sure, but about fifty-one and some change.  I

15   don't remember exactly.

16        Q      Did you ever get paid overtime

17   when you worked on prevailing wage rate jobs?

18        A      No, never.

19        Q      And your paychecks never

20   indicated that you got paid time-and-a-half

21   for hours worked on prevailing wage rate

22   jobs; correct?

23        A      No.

24        Q      If I could show you a pay stub

25   that says something different, you would be

1                    O. W. Pagoada

2    lying; correct?

3                    MR. McNAMARA:  Objection.

4         A       Not that I recall.  Not I

5    recall.

6         Q       Not that you recall, but you

7    don't know because you never looked at your

8    pay stubs; correct?

9                    MR. McNAMARA:  Objection.

10        A       It's just that they never paid

11   me.  No, they never paid me regular.  How are

12   they going to pay me prevailing wage?  They

13   never paid me overtime.  Regular hours, no

14   prevailing wage.  Never.

15        Q       So none of your checks show that

16   you got paid overtime; correct?

17        A       No.

18        Q       How do you know that if you

19   never looked at your checks?

20                   MR. McNAMARA:  Objection.

21        A       That, I remember.  That, I

22   remember.  It was my job.

23        Q       Are you sure?

24        A       That was my job.  I knew that

25   they had never paid me.

134

1                       O. W. Pagoada

2          Q       You're absolutely sure that none

3     of your checks show that you were paid

4     time-and-a-half; correct?

5          A       No.

6          Q       No, you're not sure, or yes, you

7     are sure?

8          A       I'm sure that they never paid

9     me.

10                 MR. ZABELL:  I'll be right back.

11                 (Whereupon, a brief recess was

12            taken at this time.)

13                 MR. McNAMARA:  Do you have all

14            your ducks in a row, Counselor?

15                 MR. ZABELL:  I don't have ducks.

16            Really?  Do you want to play that game

17            on the record, Counselor?  Is that what

18            you want?

19                 MR. McNAMARA:  No, we're okay.

20                 MR. ZABELL:  That's what I

21            thought.  You know I can be a bit

22            caustic.

23                 MR. McNAMARA:  No, I never

24            noticed that before.

25                 (Document consisting of a copy

1                         O. W. Pagoada

2          of a check stub payable to Osmar

3          Wilfredo was marked as Defendants'

4          Exhibit Number 4, for identification,

5          as of this date.)

6     Q     Mr. Pagoada, I'm going to show

7     you a document that I just marked this very

8     second as Plaintiff's Exhibit Number 4.

9          Do you know what that document

10    is?  (Handing.)

11    A     (Reviewing document.)  Yes, it's

12    a check stub.

13    Q     Whose check stub?

14    A     Mine.

15    Q     For what employer?

16    A     For me, Osmar.

17    Q     Right.  Now look down at the

18    bottom.

19    A     (Witness complies.)

20    Q     Do you see that?

21    A     Yes.

22    Q     Who is Osmar Wilfredo?

23    A     I am.

24    Q     Oh, so you didn't tell them that

25    your name is Osmar Pagoada?

136

1                           O. W. Pagoada

2            A       Yes.

3            Q       Yes, you did tell them, or no,

4       you did not tell them?

5            A       Yes.

6            Q       Yes, what?

7            A       Yes, I told them.

8            Q       But none of your pay stubs were

9       made out in the name of Osmar Pagoada; is

10      that correct?

11           A       Yes, but --

12           Q       Eh, eh, eh.  There's no question

13      before you.  I don't want you to answer the

14      question until I ask you it.

15                   Do you understand that?

16           A       Okay.  Then, when you ask me the

17      question, I'll tell you why.  Why it appears

18      just like this.  Ask me when you're ready,

19      and I'll tell you the reason why, the reason

20      why it says Osmar Wilfredo.

21           Q       You have no ability to keep your

22      mouth shut; do you?

23           A       (No verbal response.)

24           Q       You have no ability to keep your

25      mouth shut; do you?

137

1                      O. W. Pagoada

2        A       (No verbal response.)

3        Q       Do you?

4        A       Yes, you want me to be quiet.

5        Q       Right.

6        A       Yes.

7        Q       Why did you lie to Suffolk
8    Paving and tell them your name was Osmar
9    Wilfredo instead of Osmar Pagoada?

10               MR. McNAMARA:  Objection.

11       A       (No verbal response.)

12       Q       Answer the question.

13       A       Okay.

14       Q       We've been waiting for you.

15       A       When I went to fill out the
16   application, I put down my complete name, but
17   they gave me the check stubs like this
18   (indicating).  Then, I spoke with them and I
19   would always tell them, and they would never
20   change.  Tommy would say yes, next week, next
21   week.

22               Until one day, they finally
23   changed it, because I didn't want it to read
24   just like this, Osmar Wilfredo.  Then, I told
25   them to put down Osmar W., for Wilfredo, and

138

```
 1                        O. W. Pagoada
 2    Pagoada.  Then, they changed it, but it was
 3    difficult.
 4          Q       That's your story?
 5                  MR. McNAMARA:  Objection.
 6          A       Yes.
 7          Q       That's what you were dying to
 8    tell me?
 9          A       Yes.
10          Q       You see the last check on that
11    page?
12          A       Yes.
13          Q       You see where it say you got
14    paid half time for four hours?
15          A       Yes.
16          Q       You didn't get paid half time;
17    did you?
18          A       No.
19          Q       You got paid --
20          A       I don't understand.
21          Q       You got paid $43.58 an hour;
22    didn't you?
23          A       Yes, that's true.
24          Q       That's overtime; isn't it?
25                  MR. McNAMARA:  Objection.
```

139

1                           O. W. Pagoada

2          Q       Yes or no?

3          A       Yes.

4          Q       Give that back to me.

5          A       (Handing.)

6          Q       I thought that you said to me

7     that you never received overtime.

8                   Why did you lie to me?

9                   MR. McNAMARA:  Objection.

10         A       No.  It's just that I don't

11    understand that there.

12         Q       But you got paid overtime;

13    didn't you?

14                  MR. McNAMARA:  Objection.

15         A       It's just that it says, ten,

16    eight, then four.  That's why I don't

17    understand.  It's not that it says forty and

18    then the rest of them.  It only says ten and

19    eight and four.  How many hours is that?

20         Q       Don't you know math?

21         A       That's ten and eight, that's

22    eighteen and four.  There is ten and there is

23    eight.  That's eighteen and then four.

24    That's twenty-two; isn't it?

25         Q       Didn't you get paid four hours

140

1                          O. W. Pagoada

2      of overtime?

3                   MR. McNAMARA:  Objection.

4          A      Well, maybe they paid me those

5      hours, but I don't understand why.  It's

6      supposed to be after forty.  I don't

7      understand why they paid me like that.

8          Q      So you don't understand your pay

9      stub.

10                  MR. McNAMARA:  Objection.

11         Q      Is that what your testimony is?

12         A      (No verbal response.)

13         Q      Is that what your testimony is;

14     yes or no?

15         A      Yes.

16         Q      Maybe all of this is because you

17     don't understand your pay stubs.

18                  MR. McNAMARA:  Objection.

19         Q      Correct?

20         A      (No verbal response.)

21         Q      Si or no?

22         A      Yes.

23         Q      Do you read English?

24         A      No.

25         Q      Do you read Spanish?

141

O. W. Pagoada

1    A    Yes.

2    Q    Can you write in Spanish?

3    A    Yes.

4    Q    Did you ask anybody to interpret

5    this for you?

6    A    Here, yes.

7    Q    Who?

8    A    My attorney said that I was

9    going to have an interpreter here because he

10   knows that we don't all speak English.

11   Q    If you don't understand your pay

12   stubs and you know that on at least one of

13   the pay stubs you got overtime, couldn't this

14   whole thing have been a mistake?

15   MR. McNAMARA:  Objection.

16   A    No, I don't think so.

17   Q    You said before that this whole

18   thing could be, because you don't understand

19   your paychecks.

20   MR. McNAMARA:  Objection.

21   A    Yes, but like I said, I never

22   see overtime in any of them.

23   Q    You just saw overtime; didn't

24   you?

142

1                    O. W. Pagoada

2              MR. McNAMARA:  Objection.

3         A      It's just that there are only

4    twenty-two hours there, and overtime is after

5    forty, isn't it?

6         Q      Didn't that check show that you

7    got paid four hours of overtime?

8              MR. McNAMARA:  Objection.

9         A      No.  I don't understand why

10   those four hours are there like that.

11        Q      Aren't those four hours at a pay

12   rate that is double your regular pay rate?

13             MR. McNAMARA:  Objection.

14        A      Yes.

15        Q      You're wearing some fancy

16   sneakers; aren't you?

17             MR. McNAMARA:  Objection.

18        A      Thank you.

19        Q      You're welcome.

20             But they're fancy sneakers;

21   right?

22             MR. MCNAMARA:  Objection.

23        A      Yes.

24        Q      I like them.  They look sharp.

25             MR. McNAMARA:  Objection.

143

                                    O. W. Pagoada

1

2        Q        You like them?

3        A        Yes, thank you.

4        Q        Where did you get them?

5        A        At the mall in Massapequa.

6        Q        Were they expensive?

7        A        Maybe $120.

8        Q        Wow, that's more than you send

9   home to your son; isn't it?

10                MR. McNAMARA:  Objection.

11       A        Yes.

12       Q        When did you buy them?

13       A        Last Christmas.

14       Q        Were you working then?

15       A        No, not anymore.

16       Q        Why were you buying expensive

17  sneakers, more than you sent home to your

18  son, if you weren't working?

19       A        Well, because I always save my

20  money for when it's cold because I don't

21  work.

22       Q        So you have money saved up?

23                MR. McNAMARA:  Objection.

24       A        Not now, not this year.  Very

25  little.

144

1                          O. W. Pagoada

2          Q      Are you still sending money home

3     to your son?

4                 MR. McNAMARA:  Objection.

5          A      Yes, I send him.

6          Q      I thought you said you haven't

7     been working, and you don't have any money

8     saved up.

9          A      No.  It's just that I'm not

10    working every day, not every day.  Two days,

11    up to three days.

12         Q      So if you're working two days a

13    week, how much are you making?

14         A      Two days.

15         Q      How much money are you making?

16         A      Maybe $300.

17         Q      A day or a week?

18         A      No, a week.  $150 per day, $130,

19    it depends.

20         Q      What does it depend upon?

21         A      It depends with whom I go to

22    work, to whatever company I go.  Because

23    sometimes I go with people that know me.  If

24    they need somebody for today, I go and help

25    them work, like that.

145

```
 1                      O. W. Pagoada

 2        Q      Are they paying you in cash or

 3   in check?

 4        A      No, they pay me in cash, cash.

 5   Because it's only one day.

 6        Q      Are you declaring that cash on

 7   your income tax returns?

 8                 MR. McNAMARA:  Objection.

 9        A      No, not that.  Well, up to now.

10        Q      So after I brought it to your

11   attention, you're going to file it on your

12   income tax returns; right?

13                 MR. McNAMARA:  Objection.

14        A      Yes.

15        Q      When was the last time you filed

16   an income tax return?

17        A      This last year.

18        Q      What year was that?

19        A      Now, 2010.  I do them every

20   year.

21        Q      Do you do them yourself, or do

22   you have someone help you?

23                 MR. McNAMARA:  Objection.

24        A      No.  I go to where they fill

25   them out.
```

146

                              O. W. Pagoada

1

2          Q       Where do you go to fill them

3     out?

4                  MR. McNAMARA:   Objection.

5          A       In Hempstead.

6          Q       Who helps you fill them out in

7     Hempstead?

8          A       The woman's name is Jenny, I

9     think, I think.  I don't really remember her

10    name.  Jenny, yes.

11         Q       Do you pay her?

12         A       Yes, for her to fill them out.

13    Everyone goes there.

14         Q       How much do you pay her?

15                 MR. McNAMARA:   Objection.

16         A       Depends on how they do them.

17    $100.  If they do them by mail or -- I don't

18    remember how to say that.  When they come

19    fast, when they come within like three days,

20    when the money comes within three days.  What

21    do you call that?  I always do them by mail,

22    though.

23         Q       Do you get money back?

24                 MR. McNAMARA:   Objection.

25         A       Yes, a little.

147

1                      O. W. Pagoada

2        Q      What's a little?

3        A      Depends on what I earn.

4    Sometimes they return $1,800, like that,

5    $2,000.  It depends on what I earn.  There

6    are some where they've only given me $300

7    back.  It's not here (indicating).

8        Q      Where is it?

9        A      Those, my attorney has them.

10       Q      Really?

11       A      Yes.

12       Q      Do you know if they turned them

13   over?

14              MR. McNAMARA:  Objection.

15       A      They're from Suffolk Paving.  He

16   has them, he has them.  I sent them to him

17   not that long ago, about three days ago; yes.

18       Q      Do you know we're going to have

19   to get those documents and bring you back

20   here to question you about them?  Do you

21   understand that?

22              MR. McNAMARA:  Objection.

23       A      The ones from Suffolk?

24       Q      Yes.

25              MR. McNAMARA:  Counselor, he's

148

1                          O. W. Pagoada

2               not going to have to come back.  The

3               tax returns are already --

4          Q     You're aware of that; correct?

5               MR. McNAMARA:  Objection.

6          A     Yes.  I didn't bring them

7     because they have them.

8          Q     Do you know how much money you

9     made when you worked at Suffolk Paving

10    in 2008?

11         A     Yes.  I don't remember exactly,

12    but the first months in 2008 when I worked, I

13    earned about $5,333, more or less, and

14    in 2009, $18,000-something.  I don't

15    remember, but I do know that I earned

16    $18,000.

17              (Document consisting of copies

18              of Payco, Powell & Lunati, and RL

19              Associates of Long Island pay stubs

20              were marked as Defendants' Exhibit

21              Number 5, for identification, as of

22              this date.)

23         Q     Mr. Pagoada, I'm going to show

24    you a document I've just marked as

25    Defendants' Exhibit 5.  (Handing.)

1                    O. W. Pagoada

2                    Take a few moments.  I want you

3    to go through each and every page; okay?

4         A     Yes.  (Witness complies.)

5    (Perusing.)

6         Q     You had an opportunity to look

7    at the document?

8         A     Yes.

9         Q     What does the document say?

10        A     There are the stubs, the copies

11   of stubs.

12        Q     Copies of what stubs?

13        A     The Payco stubs.

14        Q     Is it all Payco stubs?

15        A     No, there are some that aren't.

16        Q     Then, why would you tell me

17   they're just Payco stubs if it's not all

18   Payco stubs?

19        A     No, because I didn't notice

20   these (indicating).

21        Q     Really?  Because I gave you a

22   long enough time to take a look.  I don't

23   know why it's so difficult for you to give me

24   an honest answer.

25                    MR. McNAMARA:  Objection.

150

                              O. W. Pagoada

1

2        A        I'm not lying.

3        Q        No, you're just not being

4    honest.

5                 What is this document?

6        A        They're stubs, the copies of the

7    stubs.

8        Q        Copies of what stubs?

9        A        Payco.  And they're from

10   Ralph Lunati where I used to work.

11       Q        Is that it?

12       A        Yes.

13       Q        Isn't there stubs from Powell &

14   Lunati Paving and Construction?

15       A        Yes, that's the same thing.

16       Q        And RL Associates of Long

17   Island?

18       A        Yes, that's the same one.  Then

19   after, they joined.

20       Q        After, they joined what?

21       A        Ralph Lunati with Powell, and

22   after, they united.  Powell is the same one

23   as the owner of Payco.

24       Q        You seem awfully proud of

25   yourself.

151
1                           O. W. Pagoada

2                    MR. McNAMARA:  Objection.

3          A      No, why?

4          Q      I don't why.  I'm asking why

5     you're so proud of yourself right now.

6          A      No.  I don't feel proud.  I'm

7     just giving you a response.

8          Q      You were just giving me a smile.

9     I thought maybe you were proud of those fancy

10    sneakers you have.

11                   MR. McNAMARA:  Objection.

12         A      No, they're the only ones.

13    Anyone can wear them.

14         Q      How do you keep them so white?

15         A      I like to clean them.  I clean

16    them.

17         Q      What do you use?

18                   MR. McNAMARA:  Objection.

19         A      Just a wet rag.

20         Q      Do they come in wide widths?

21                   MR. McNAMARA:  Objection.

22         A      I don't know.

23         Q      Not everybody could wear them.

24         A      No, I guess they do.  If it's a

25    big size, they have to be wide.

                                                     152
1                          O. W. Pagoada

2                     MR. ZABEL:  Let's take a short

3           break.

4                     (Whereupon, a recess was taken

5           from 2:33 p.m. until 2:49 p.m.)

6           Q       You see the document in front of

7     you, sir?

8           A       Yes.

9           Q       Those are pay stubs that you

10    provided us; correct?

11          A       Yes.

12          Q       The first one shows in 2006, you

13    were making $14 an hour; is that correct?

14          A       Yes, that's true.

15          Q       Flip through those pages.

16          A       (Witness complies.)

17          Q       While you were working at Payco,

18    did you receive any overtime?

19          A       Yes, I did receive it when I

20    worked it.

21          Q       Take a look at the year 2006.

22    Show me if you see any overtime.

23          A       (Witness complies.)  When I

24    worked it, they would pay me for them.  This

25    is 2006 (indicating).

153

                              O. W. Pagoada

1

2        Q      May I see the page you're

3   looking at?

4        A      (Handing.)

5        Q      In 2006, you just worked

6   overtime that one time?

7                MR. McNAMARA:  Objection.

8        A      No, I always worked.  There is

9   more here, there's more.  There, they paid me

10  whatever I worked.  Here it is (indicating).

11       Q      How many hours of overtime did

12  you work in 2006, according to your pay stub;

13  two hours, three hours?  Go, ahead count.

14       A      Sometimes.  Sometimes I worked

15  more.

16       Q      I want you to count.

17       A      Yes, there are forty-eight here

18  (indicating).

19       Q      Forty-eight hours of overtime?

20       A      No, no.  Eight, Eight.

21                MR. McNAMARA:  Counsel, what is

22          the point of this right now?

23                MR. ZABELL:  I'm going to ignore

24          what I consider to be stupid questions.

25       A      And here (indicating), I have

154

1                           O. W. Pagoada

2    fourteen.

3              Q       Fourteen hours?

4              A       I have thirty-seven, two for

5    prevailing wage -- no, I have thirty-seven

6    regular ones, and I have two for prevailing

7    wage.

8              Q       I don't care about prevailing

9    wage.  I just want to talk about overtime.

10             A       And I have fourteen overtime.

11             Q       Is that four or fourteen?

12             A       Fourteen.

13             Q       Okay, so far you got twenty-two

14   hours.

15             A       I have eight here (indicating),

16   I have eleven here (indicating), and I have

17   fourteen here (indicating).

18             Q       You're only talking about 2006;

19   right?

20             A       Yes, yes, 2006.  Here,

21   (indicating), I don't understand this.  Here

22   (indicating), I have eight.

23             Q       No.

24             A       No.

25             Q       Are you able to read that?

155

1                       O. W. Pagoada

2          A       Yes, the thing is that you see

3     here (indicating), it says, "regular,

4     regular, overtime, overtime."  They're

5     different.  I don't understand this.

6          Q       Okay, continue.

7          A       Here (indicating), I have

8     thirty-eight regular.  Here (indicating), I

9     have twenty.

10         Q       Twenty hours of overtime?

11         A       Yes, in 2006.  You can see it.

12    Here (indicating), I have ten.  Here

13    (indicating), I have fourteen, here

14    (indicating), I have fourteen, here

15    (indicating), I have thirteen.  One,

16    one-and-a-half, nine.

17         Q       Are you done?

18         A       No, there are more.

19         Q       Go ahead.  Keep going.

20         A       You told me just the overtime;

21    right?

22         Q       Yes, just the overtime for 2006.

23         A       Yes.  This is already 2007

24    (indicating).

25         Q       I don't want 2007.  If you look

156

1                          O. W. Pagoada

2      at all the numbers you worked overtime in

3      2006, that's, roughly, the amount of overtime

4      you worked in 2007; correct?

5                     MR. McNAMARA:  Objection.

6           Q      Correct?

7           A      Yes.

8           Q      And it's, roughly, the same

9      amount you earned in 2008; correct?

10                    MR. McNAMARA:  Objection.

11          A      Yes.

12          Q      And it's, roughly, the same

13     amount you earned in 2009; correct?

14          A      What did you say?

15          Q      It's, roughly, the same amount

16     of overtime you worked in 2009, as well;

17     correct?

18          A      It could be.  I'm not sure.

19          Q      Yes, it's all about the same;

20     right?

21          A      Yes.

22          Q      Same thing for 2010; correct?

23          A      Yes.

24          Q      Now, on days that it rained,

25     sometimes you'd be sent home from work;

157

O. W. Pagoada

1  correct?

2  correct?

3       A     Yes, yes.

4       Q     Sometimes when it rained, you

5  wouldn't even be called into work; correct?

6       A     No.  Because we already knew

7  that if we woke up and it was raining, we

8  wouldn't work.  They would tell us the day

9  before.

10      Q     So if you woke up and it was

11 raining, you wouldn't come into work, and

12 then sometimes if it started raining in the

13 middle of the day, you'd be sent home;

14 correct?

15      A     (No verbal response.)

16      Q     Correct?

17      A     Yes.

18      Q     Did you ever go home from work

19 sick?

20      A     No.

21      Q     Never took a sick day?

22      A     No.

23      Q     Did you ever hurt yourself on

24 the job?

25      A     No.

158

1                          O. W. Pagoada

2          Q       Any of your coworkers get hurt

3     on the job?

4                  MR. McNAMARA:  Objection.

5          A       No, not that I recall.

6          Q       I'll take that back, thank you.

7          A       (Handing.)

8          Q       How much are you suing

9     Suffolk Asphalt for?

10         A       I'm suing them only for my

11    hours.  I'm not indicating any amount,

12    because the hours that they owe me...

13         Q       How much?

14         A       No, I don't know how many hours

15    they are.  I haven't figured it out, because

16    I would never write them down because they

17    never paid them.

18         Q       So you never wrote them down,

19    because they would never get paid.  Is that

20    your testimony?

21         A       They weren't paying me for them.

22    One coworker did write them down.

23         Q       And that's why you'd never write

24    them down; correct?

25         A       No.  Because he gave them to

1                       O. W. Pagoada

2    him, and Louie tore it up and threw it away.

3          Q      Who is that one coworker?

4          A      His name is Ronald.

5          Q      Ronald what?

6          A      Ronald -- I don't know his last

7    name.  I only know him by Ronald.

8          Q      Is he involved in this lawsuit?

9          A      No.  But we all know that.

10          Q      We all know that he's not

11   involved in the lawsuit?

12          A      Yes.  And we all know that he

13   tore up the paper.

14          Q      How do you all know that?

15          A      Because I saw it with my own

16   eyes.

17          Q      Who was there when you saw it

18   with your own eyes?

19          A      I don't remember exactly all the

20   people that were there, but -- I don't

21   remember.

22          Q      Do you remember any of the

23   people that were there?

24          A      No, not exactly, because since

25   they were always changing us and putting us

160

O. W. Pagoada

1    in different groups, we were different people

2    that were together.  That's why I don't

3    remember exactly the people.

4    

5        Q    Did you ever get yelled at when

6    you worked at Suffolk Asphalt?

7        A    No, not while I was there.

8        Q    Did you ever get disciplined?

9        A    No.

10        Q    Would it be okay to yell at you

11    if you did something wrong at work?

12        A    Yes, if somebody makes an error,

13    it's okay.

14        Q    It's okay to yell at them;

15    correct?

16        A    Yes, if they have a motive to.

17        Q    What if they make a mistake

18    without a motive, is it okay to yell at them?

19        MR. McNAMARA:  Objection.

20        A    No, I don't think so.

21        Q    Did anybody ever get yelled at

22    at Suffolk Asphalt?

23        A    No, I don't know.

24        Q    You never saw anybody getting

25    yelled at?

161

```
 1                    O. W. Pagoada
 2        A       No, not while I was there.
 3        Q       You only saw people being
 4   treated nicely; correct?
 5        A       Yes, while I was there.  There
 6   was never anyone who got yelled at or anyone
 7   who was disciplined.
 8        Q       Everyone was treated
 9   appropriately; correct?
10        A       Yes.
11        Q       Okay.  Now, did you ever yell at
12   any of your coworkers?
13        A       No.
14        Q       Did you ever fight with any of
15   your coworkers?
16        A       No.
17        Q       Do you like soccer?
18        A       Yes.
19        Q       Are those soccer shoes?
20        A       No.
21        Q       What kind of shoes are they?
22        A       Lacoste.
23        Q       With the little alligator?
24        A       Yes.
25        Q       Is the alligator big in
```

162

```
 1                    O. W. Pagoada
 2  Honduras?
 3          A       Yes.
 4          Q       They like it there?
 5          A       Yes.
 6          Q       Why?
 7          A       It's my country.  It's pretty.
 8          Q       Is your country pretty, or is
 9  the little alligator pretty?
10          A       No, no.  I thought you were
11  talking about my country.
12          Q       No.  I was asking if they like
13  the Lacoste alligator in Honduras.
14          A       Yes, it's a good brand.
15          Q       Do you play soccer?
16                  MR. McNAMARA:  Objection.
17          A       No, I don't play.  I like it,
18  but I don't play.
19          Q       Do you like baseball?
20          A       No, none of them.
21          Q       Did you ever see your coworkers
22  playing soccer on the job site?
23          A       No.  But they do say that way
24  back when, they played maybe two times when
25  there was nothing to do, there was no truck
```

163

1                          O. W. Pagoada

2     or anything else to do.  But when I was

3     there, no, nor did I ever see them.

4          Q      Who says maybe way back when

5     there were maybe two times when they played?

6          A      Everyone, because I knew that

7     they used to like to play before when there

8     was no truck.

9          Q      And they all told you to say

10    that today; correct?

11               MR. McNAMARA:  Objection.

12    A      No, no.

13    Q      Si?

14               MR. McNAMARA:  Objection.

15    A      No.

16    Q      Si?

17    A      No, I'd know it.  I already knew

18    that.

19          Q      You knew it because they told

20    you to say it; right?

21               MR. McNAMARA:  Objection.

22    A      No.

23          Q      You never saw them play, though;

24    right?

25          A      No, I never saw them play.

164

                        O. W. Pagoada

1

2        Q       But you know that they played

3    twice; right?

4        A       Yes, because they used to talk

5    sometime ago.  They used to say that when

6    there was no truck, they used to go and do

7    that.  They used to play.

8        Q       Who are the people that would

9    say that?

10       A       Everyone.  When we used to talk,

11   people from the group.

12       Q       Who?

13       A       Nelson.  I don't remember the

14   rest of them.  Renato, Mendez, but I would

15   hear them when they were talking.

16       Q       How did you get involved in this

17   lawsuit?

18       A       Because we all came to an

19   agreement because of the overtime because it

20   wasn't fair to work twelve hours a day and to

21   be paid only eight.

22       Q       Who was the leader of the group?

23               MR. McNAMARA:  Objection.

24       A       I really don't know.  We all

25   came to an agreement.  I don't know if

165

```
 1                      O. W. Pagoada
 2   there's a leader or not.
 3           Q      Is it Nelson?
 4                  MR. McNAMARA:  Objection.
 5           A      I don't know.
 6           Q      Did Nelson ever have everybody
 7   over to his house to discuss this?
 8                  MR. McNAMARA:  Objection.
 9           A      No, not at home.  When we were
10   working, we would talk amongst ourselves.
11   When the group was working and on Friday when
12   somebody would see their check and we would
13   see how many hours they would pay us, we
14   would all discuss it, and we would say this
15   is not right.
16           Q      But you never looked at your
17   check, though.
18                  MR. McNAMARA:  Objection.
19           Q      Correct?
20           A      No, no, no.  Of course, I did.
21           Q      You testified before that you
22   never looked at your check.
23           A      How would I not have looked at
24   them?
25           Q      That's what I thought, but you
```

1                    O. W. Pagoada

2     testified that you didn't look at them.

3                    MR. McNAMARA:  Objection.

4          A     No.  How can I not look at them?

5          Q     You said every week you got a

6     check.  Do you remember that?

7                    MR. McNAMARA:  Objection.

8          A     Yes.

9          Q     You said that that check

10    included the hours that you worked; correct?

11         A     Yes.

12         Q     And we know from your testimony

13    that if you were paid overtime, it would be

14    reflected on the check; correct?

15         A     Yes, if they paid me for them.

16         Q     Right.  And you testified

17    earlier today that you never got overtime,

18    but your checks showed that you were not

19    telling the truth when you said that;

20    correct?

21                   MR. McNAMARA:  Objection.

22         A     No.  Because for me, I never

23    saw -- I never saw a check stub that said

24    forty plus five or six.  The same as they are

25    here (indicating).

1                      O. W. Pagoada

2          Q      So the check that you gave me

3     that I showed you showed that you got

4     overtime; correct?

5                 MR. McNAMARA:  Objection.

6          A      Yes.

7          Q      Okay, very good.

8                 Now, it's very important that

9     you answer this next series of the questions

10    honestly and accurately.

11         A      Yes.

12         Q      You did receive overtime when

13    you worked at Suffolk Paving; correct?

14                MR. McNAMARA:  Objection.

15         A      I don't recall.

16         Q      Didn't I just show you a check

17    that showed that you were paid for overtime?

18                MR. McNAMARA:  Objection.

19         A      From Suffolk.

20         Q      Right.  But I'm only asking you

21    about Suffolk Paving.

22         A      That's why I don't understand.

23         Q      When you worked for

24    Suffolk Paving, did you ever get paid for

25    overtime?

168

1                          O. W. Pagoada

2                  MR. McNAMARA:  Objection.

3           A        No, not for me.  Where are the

4      other ones then?

5           Q        I just showed you a check that

6      indicated that you got paid overtime;

7      correct?

8                  MR. McNAMARA:  Objection.

9           A        How many hours?

10          Q        Did you not testify that that

11      check indicated that you received overtime?

12                 MR. McNAMARA:  Objection.

13          Q        Correct?  Didn't I show that to

14      you?

15          A        Yes.

16          Q        If I showed you a check that

17      showed you that you received overtime, didn't

18      you receive overtime --

19                 MR. McNAMARA:  Objection.

20          Q        -- from Suffolk Paving; yes or

21      no?

22          A        No.

23          Q        You got a check that showed that

24      you were paid overtime, but you were never

25      paid overtime.  Is that what your testimony

169

                         O. W. Pagoada

1    is?

3         A      No, not that.

4         Q      Listen.  I showed you a check

5    that you received overtime; correct?

6         A      Yes, the one that you showed me.

7         Q      That means you got paid the

8    amount on that check; correct?

9         A      (No verbal response.)

10        Q      Yes?

11        A      Yes.

12        Q      Did Louis Vecchia ever require

13   you to give him money?

14               MR. McNAMARA:  Objection.

15        A      Louis?

16        Q      Yes.

17        A      I don't understand.

18        Q      Did you ever have to give money

19   to Louie?

20        A      Me to Louie?

21        Q      Yes.

22        A      No.  Why?

23        Q      Louie only gave you money.  He

24   never asked for money back; correct?

25               MR. McNAMARA:  Objection.

```
 1                    O. W. Pagoada

 2        A      No.

 3        Q      Am I correct?

 4        A      Yes.

 5        Q      So if Louie gave you a check

 6   that showed you worked overtime and paid you

 7   an overtime rate, didn't Suffolk Paving pay

 8   you overtime?

 9               MR. McNAMARA:  Objection.

10        Q      You can answer.  It's logical.

11   Yes; right?  Say it.  Yes or no?

12        A      It's just that there is

13   something that I don't understand.

14        Q      Yes or no?

15        A      I don't understand.

16        Q      I don't know you don't

17   understand, but you have to answer the

18   question.  Yes or no?

19        A      But how can I answer if I want

20   to tell you something?  I don't understand

21   that.

22        Q      Don't tell me something.  If you

23   want to tell me something, it's your lawyer's

24   responsibility to tell me.  It's your

25   responsibility, as you sit here, to just
```

171

                              O. W. Pagoada

1

2    answer the question.

3              I showed you a check that

4    indicated that you received overtime;

5    correct?

6    A        Yes, but --

7    Q        And you cashed that check --

8    A        -- I can't ask you a question?

9    Q        No.

10             And you cashed that check --

11   A        I can't ask you a question?

12   Q        No, you can't ask me a question.

13             Then, you received overtime;

14   correct?

15             MR. McNAMARA:  Objection.

16   A        Yes.

17   Q        Thank you.  Was that so

18   difficult?

19             Now, let's talk about workplace

20   rules.

21   A        It's just that I want to explain

22   something to you.

23   Q        Did you ever receive an employee

24   handbook?

25   A        No, I don't remember.

1                         O. W. Pagoada

2          Q      Do you know what the policies

3    were at work?

4          A      No.

5          Q      Did you know that there was a

6    GPS unit in most of the trucks --

7          A      Yes, everybody knows that.

8          Q      -- that would tell us where you

9    were and when you were there?

10         A      Yes.

11         Q      I'm going to show you Exhibit 11.

12   (Handing.)

13                Do you know who that person is?

14         A      (Reviewing document.)  Yes, Noe.

15         Q      That's your answer?

16         A      Lerly.

17         Q      Really?

18         A      Lerly.

19         Q      You think so?

20         A      Yes.

21         Q      He doesn't look fat?

22         A      He's like that.

23         Q      What?

24         A      He's like that.

25         Q      You think he's like that now?

173

1                         O. W. Pagoada

2          A       No.  He's thinner now.

3          Q       Yes, the guy I met didn't look

4     anything like him.  This guy looks like he

5     had a lot of salt in his diet.

6                   MR. McNAMARA:  Objection.

7          A       No, he's thinner now.  I don't

8     know.  That's not my problem.

9          Q       What's your problem?

10         A       One changes.  People change.

11         Q       Why are you changing?

12         A       You see the way you saw me in

13    the passport, and now I look different.

14         Q       You look skinny now.

15                 I'm going to show you Exhibit 17.

16    (Handing.)

17                 Have you ever seen that document

18    before?

19         A       (Reviewing document.)  No, no, I

20    don't know what it is.

21         Q       Did you ever go inside the shop

22    at Suffolk Paving?

23         A       In the office.

24         Q       That's my question.  Yes or no?

25         A       Yes, I went into the office.

174

O. W. Pagoada

1   Q     Did you ever see the bulletin

3   board?

4   A     What board?

5   Q     I'll take that as a no, you

6   never saw it.

7         I'm going to show you Exhibit 11.

8   (Handing.)

9         Do you know what person that is?

10  A     (Reviewing document.)  No, I

11  don't know who that is.

12  Q     Thank you.

13  A     Walter?  No, I don't know if

14  it's Walter or not.  I don't know.  I don't

15  know who it is.  I don't know.

16  Q     I understood the first time you

17  said it.  Thank you.  Don't overplay it.

18        Do you have any idea how much

19  money you're suing Suffolk Paving for?

20  A     No, I have no idea.

21  Q     Do you have any idea about how

22  you can go about figuring out how much you're

23  suing them for?

24  A     I would have to figure out a

25  budget, more or less, of the hours that I

1                          O. W. Pagoada

2     worked.

3          Q      Is that your way of saying you'd

4     have to kind of guess a little bit?

5                 MR. McNAMARA:  Objection.

6          A      No, I don't know exactly.

7          Q      Is that a guess?

8                 MR. McNAMARA:  Objection.

9          A      No, I don't know exactly.

10         Q      Right.  But you don't know

11    exactly what days you worked and how many

12    hours you worked each day; correct?

13         A      No, I'm not going to -- I can't

14    remember that.

15         Q      You'd have to guess; correct?

16                MR. McNAMARA:  Objection.

17         A      (No verbal response.)

18         Q      You can say it.  You can guess.

19         A      No.

20         Q      You wouldn't guess?

21         A      No.

22         Q      Well, then, how do you know what

23    days you worked and how many hours you worked

24    on those days?

25         A      We all know that we worked more

176

1                              O. W. Pagoada

2       than forty hours and that they weren't paying

3       us.  Everyone knows that.

4              Q      Every week?

5              A      Yes, everybody knows that.  That

6       was every week.

7              Q      What about the weeks that it

8       rained and you didn't work a full day?

9                     MR. McNAMARA:  Objection.

10             A      Yes.

11             Q      What about the beginning of the

12      season where you didn't work all week?

13                    MR. McNAMARA:  Objection.

14             Q      What about the end of the season

15      where you didn't work all week?

16             A      I don't know, but --

17             Q      So you didn't work that much?

18             A      Yes.

19             Q      Right.  And I think you

20      testified that some days you worked until

21      9:00, and some days you worked until 6:00;

22      correct?

23             A      Yes.

24             Q      Which days did you stay until

25      9:00?

                          O. W. Pagoada

1

2        A       Look --

3        Q       No, no, not look.  Just answer

4    my questions.

5        A       How can I answer you?  How can I

6    explain this to you?

7        Q       You could tell me the specific

8    days, or you can tell me you don't know.

9    It's okay to say you don't know if you don't

10   know the answer.

11              MR. ZABELL:  Counselor, tell him

12          if he doesn't know the answer, then he

13          can say he doesn't know.

14              MR. McNAMARA:  If you're not

15          sure of an answer, you're able to tell

16          the attorney that you're not sure.

17       Q       You see?  Do you know the days

18   that you worked until 9:00?

19       A       No, not the days, not the days.

20       Q       Do you know what days you worked

21   until 8:00?

22       A       No, not exactly.

23       Q       Do you know what days you worked

24   until 7:00?

25       A       Not the day, but I do remember

178

1                          O. W. Pagoada

2    where.

3            Q        Where did you work until 7:00?

4            A        We did a street in Brentwood.

5    The street's name is Broadway.

6            Q        When did you do that; from what

7    period of time to what period of time?

8            A        From 6:00 a.m. -- 7:00 p.m.,

9    8:00 --

10           Q        When?

11           A        -- those were the hours that we

12   got out.

13           Q        In what year?

14           A        Two days.

15           Q        In what year?

16           A        Two days.  2010 -- no, excuse

17   me, 2009.

18           Q        Was it 2009 or 2010?

19           A        No, 2009.  2010, I didn't work

20   in Suffolk.

21           Q        In what month?

22           A        I don't remember the month.  I

23   don't remember the month.

24           Q        Is that all you remember?

25           A        Yes.

179

1                              O. W. Pagoada

2         Q      So you remember working until

3    8:00 for two days in 2009.  You just don't

4    remember when; correct?

5         A      Yes, I don't remember.

6         Q      And you don't remember receiving

7    overtime pay from Suffolk Asphalt, but you

8    acknowledged receiving a check that shows you

9    received overtime pay.

10              MR. McNAMARA:  Objection.

11        Q      Correct?

12        A      Yes, in that one, but you don't

13   let me explain it to you.

14        Q      It's not my job to let you

15   explain.  That's what you have an attorney

16   for.

17              You're not suing for any front

18   pay; correct?

19        A      Sorry?

20        Q      Are you suing for front pay?

21              MR. McNAMARA:  Objection.

22        A      No, I only want my hours.

23        Q      When you worked on prevailing

24   wage jobs, you got prevailing wage rates of

25   pay; correct?

180

1                   O. W. Pagoada

2          A      Yes.

3          Q      So you don't have any prevailing

4     wage claims; correct?

5          A      No, but --

6          Q      So your answer to my question is

7     no; correct?

8          A      (No verbal response.)

9          Q      The answer to my question is

10    correct; correct?

11                MR. McNAMARA:  Objection.

12         A      Yes.

13         Q      Do you know if Mr. Fajardo

14    borrowed money from Mr. Vecchia?

15                MR. McNAMARA:  Objection.

16         A      No, I don't know.

17         Q      Do you know if Mr. Fajardo

18    bought a vehicle from Louis Vecchia?

19                MR. McNAMARA:  Objection.

20         A      That, I heard.  I heard someone

21    say that, but I don't know anything about

22    that.

23         Q      Do you know if Mr. Fajardo paid

24    for that vehicle?

25                MR. McNAMARA:  Objection.

181

```
 1                      O. W. Pagoada

 2          A       I don't know.

 3          Q       Louis Vecchia treated you

 4     fairly; correct?

 5          A       Me?

 6          Q       Yes, you.

 7          A       I don't understand.

 8          Q       He didn't abuse you on the job;

 9     did he?

10          A       No.

11          Q       You got a paycheck every week;

12     correct?

13          A       Yes.

14          Q       He didn't call you names; did

15     he?

16          A       No.

17          Q       He treated you fairly on the

18     job; correct?

19          A       Yes.

20          Q       Did you ever work for

21     Power Paving Company?

22          A       Yes.

23          Q       Did you ever get fired from

24     Power Paving Company?

25          A       Because there was no work.
```

182

1                              O. W. Pagoada

2          Q       Did you work with Walter Garcia

3     at Power Paving Company?

4          A       Yes.

5          Q       Did Walter Garcia get fired from

6     Power Paving Company?

7          A       That, I don't know.  That, I

8     don't know.

9          Q       You worked there together;

10    correct?

11         A       Yes, but I don't know when he

12    left.

13         Q       Suffolk Paving helped you

14    provide for your family; correct?

15         A       Yes.

16         Q       Louis Vecchia helped you provide

17    for your family; correct?

18         A       Yes, because he gave me work.

19         Q       Now you're suing him; correct?

20         A       I want them to pay me for my

21    hours.

22         Q       And you're suing his son too;

23    correct?

24         A       I don't know if the owner is his

25    son or it's Louie.

183

1                    O. W. Pagoada

2        Q     And you're also suing his wife.

3   Did you know that?

4              MR. McNAMARA:  Objection.

5        A     No, I don't know that.  I don't

6   know if the three of them are the owners of

7   the company.  I only know that it's Suffolk

8   Paving.  I don't know who the owners are

9   exactly.

10       Q     Did you know you're suing

11  Louis Vecchia's wife?

12             MR. McNAMARA:  Objection.

13       A     No, I don't know that.  I don't

14  know if the three are owners or not.

15       Q     Did you know you're suing his

16  wife?

17       A     No.

18       Q     Are you comfortable suing his

19  wife?

20             MR. McNAMARA:  Objection.

21       A     Well, if the three of them are

22  owners, they're owners of a company, so the

23  three of them should pay.

24       Q     Did you ever get a Christmas

25  bonus?

184
1                          O. W. Pagoada

2          A       No.

3          Q       Never got any bonuses?

4          A       Not when I worked there.

5     Before -- they say that before, they used to

6     give them, but when I worked there, they no

7     longer did.

8          Q       How much cash did you get from

9     Suffolk Paving?

10         A       No, never.  Only one day, but it

11    was prevailing wage, and he gave me $200, but

12    it was just one day.  No more after that.

13         Q       And you're not looking to be

14    compensated for the time it took you to

15    travel to work; correct?

16                 MR. McNAMARA:  Objection.

17         A       Well --

18         Q       Yes or no?

19         A       Yes.

20         Q       Oh, you do?  You want to be

21    compensated for the time that it took for you

22    to drive from your home to the job site?

23                 MR. McNAMARA:  Objection.

24         A       Not from my house.  From the

25    yard to work.

185

1                      O. W. Pagoada

2          Q        Are you looking for compensation

3    for the time that it took for you to drive

4    from the yard to your home?

5                    MR. McNAMARA:  Objection.

6          A        No, not that.  From the yard to

7    the job.

8          Q        Including the time that you

9    stopped at the deli; correct?

10         A        Five, ten minutes.

11         Q        And you want to be paid for that

12   time; right?

13                  MR. McNAMARA:  Objection.

14         A        That wasn't every day.  That

15   wasn't every day.

16         Q        My question is:  You want to be

17   paid for that time; correct?

18         A        Well, once I got to the yard,

19   that meant that we were working.  It wasn't

20   everyday that we would stop at the deli.  I

21   would usually take my food from home.

22         Q        But you want to be compensated

23   for the time that you sat outside the deli;

24   correct?

25                  MR. McNAMARA:  Objection.

186

1                    O. W. Pagoada

2        A      What do you mean?  To pay me

3    for...

4        Q      You want to be paid for the time

5    you sat outside the deli while you and your

6    friends ate egg sandwiches and --

7                MR. McNAMARA:  Objection.

8        Q      -- drank coffee?

9        A      It's just that that wasn't all

10    the time.

11        Q      Really?  Because they say that

12    that was every day.

13                MR. McNAMARA:  Objection.

14        A      Every day?  Well, like I said,

15    we were in different groups.  I don't know

16    what the rest of them do.  I don't know about

17    the rest of them.  I can't tell you if they

18    would stop every day.

19        Q      So you want to be paid from

20    Monday through Friday from the time you got

21    to the shop, even though you only had to go

22    to the shop for a ride to the worksite; is

23    that correct?

24                MR. McNAMARA:  Objection.

25        Q      Correct?

```
 1                    O. W. Pagoada

 2        A     Yes.

 3        Q     Even though every day, Monday

 4   through Friday, you'd go to a deli and eat

 5   your egg sandwiches and drink your coffee?

 6              MR. McNAMARA:  Objection.

 7        A     No, not me.

 8        Q     Others, though; right?

 9        A     Others, but not me.

10        Q     And you just have to wait there

11   for them; correct?

12        A     Yes.

13        Q     That wasn't your fault?

14        A     It wasn't my fault.

15        Q     And lunch, too, you want to get

16   paid for; right?

17              MR. McNAMARA:  Objection.

18        A     Yes, because we wouldn't take

19   lunch.

20        Q     Even though all your fellow

21   coworkers said they did?

22        A     That we would take lunch?

23        Q     Yes.

24        A     When we would eat lunch, we

25   would go get lunch at 2:00, 2:30, 3:00 p.m.,
```

                              O. W. Pagoada

1

2    and we would eat in five or ten minutes when

3    we ate.

4         Q    Really?  They wouldn't send one

5    guy to go and get sandwiches for everybody?

6              MR. McNAMARA:  Objection.

7         A    That was on occasion, not

8    always, very few times.  I would always take

9    my food from home.

10        Q    You told me before that you

11   would get a chicken cutlet sandwich.

12             MR. McNAMARA:  Objection.

13        Q    Do you remember that?

14        A    Yes, but not every day.  That

15   could be once in awhile.

16        Q    Sometimes you would eat ham?

17             MR. McNAMARA:  Objection.

18        A    No, hardly.  It's just that I

19   hardly like it.  I really don't like it.

20        Q    You don't like ham?

21        A    No.

22        Q    Do you like turkey?

23        A    A little, very little.

24        Q    Pizza?

25        A    Yes.

189

1                           O. W. Pagoada

2          Q       You'd rather eat pizza?

3          A       Yes.

4          Q       Did you ever eat pizza at work?

5          A       Not that I recall.

6          Q       Did you ever eat pizza with

7    anchovies on it?

8          A       Excuse me?

9          Q       With anchovies, little salty

10   fish?

11         A       I don't know what that is.  No,

12   no, no.

13         Q       Did you ever eat pizza with

14   pineapple on it?

15         A       No.

16         Q       They never ordered pizza to the

17   job site?

18         A       No.

19         Q       Not even when they played

20   soccer?

21                 MR. McNAMARA:  Objection.

22         A       No.  Because I wasn't there when

23   they played soccer.  I don't know.  Not while

24   I was there.  I worked there a short time.  I

25   don't know what happened before.

1                          O. W. Pagoada

2          Q       Do you know what happened while

3    you were working there?

4          A       Yes, when I was there, I knew

5    what was happening.

6          Q       You understand that you're suing

7    Suffolk Paving for an amount that you don't

8    know; right?

9          A       Yes, but --

10         Q       And you're suing them, and

11   you're telling me that you can't remember any

12   of the days that you worked overtime;

13   correct?

14         A       No.   How am I going to remember?

15   It's been so long.

16         Q       And that you don't remember the

17   days that you actually worked?

18         A       No.

19         Q       Correct?

20         A       I don't remember.

21         Q       And you don't remember the

22   projects that you worked on; correct?

23         A       No.

24         Q       And you didn't understand when

25   you got paid overtime; correct?

191

                              O. W. Pagoada

1

2        A       Because they hardly did it.

3        Q       Right.  But when you did get it,

4   you didn't understand it; correct?

5                MR. McNAMARA:  Objection.

6        A       It's just that they didn't pay

7   me.  Maybe the one that you have there...

8        Q       Right.  The one that I showed

9   you, and you agreed that you got paid

10  overtime on; correct?

11               MR. McNAMARA:  Objection.

12       Q       It's okay.  We know the answer.

13       A       Show me that stub.

14       Q       I showed you before and you

15  agreed.

16       A       Do you have more stubs?

17       Q       I have lots of stubs, but I like

18  to hold it back a little bit.  I need

19  something for trial.

20       A       Okay.

21       Q       But you agreed that you got paid

22  overtime before; remember?

23               MR. McNAMARA:  Objection.

24       A       Yes.

25       Q       And that you got a paycheck

192

```
 1                        O. W. Pagoada

 2    every week that you worked; correct?

 3         A      Yes.

 4         Q      And you never looked at the pay

 5    stubs?

 6         A      Yes, I would see them.

 7         Q      You would see them, but you

 8    never really studied them; correct?

 9                MR. McNAMARA:  Objection.

10         A      (No verbal response.)

11         Q      You already answered.  We know

12    your answer.  Go ahead.  You can say it.

13         A      Because that stub, I really

14    don't understand that which is on it.

15         Q      I know that you don't understand

16    that you got paid overtime.  It's okay.  It

17    doesn't make you a bad person, but the most

18    important thing is that you be honest now.

19                Every week you got a paycheck;

20    correct?

21         A      Yes.

22         Q      And those paychecks listed the

23    hours you worked; correct?

24                MR. McNAMARA:  Objection.

25         A      Yes.
```

193

```
 1                       O. W. Pagoada

 2        Q       And you admitted to me that you

 3   got a paycheck that showed that you received

 4   overtime; correct?

 5               MR. McNAMARA:  Objection.

 6        A       I don't remember.

 7        Q       You don't remember testifying to

 8   it just before?

 9        A       About what, about overtime on a

10   check, a check that had overtime hours?  No.

11        Q       You have testified about it

12   before.

13               MR. McNAMARA:  Objection.

14        Q       Stop it.  Don't play games.  We

15   know the answer.  Even your lawyer will tell

16   you that.

17               MR. McNAMARA:  Objection.

18        Q       Remember testifying before about

19   that check, the check that showed you

20   received overtime?

21        A       (No verbal response.)

22        Q       Yes?

23        A       I'm going to talk to my attorney

24   about that.

25        Q       After you answer the question,
```

                              O. W. Pagoada

1

2    you can talk to him about that.

3                   You remember that you testified

4    that you received a check, and you were paid

5    overtime; you just didn't understand it?

6                   MR. McNAMARA:  Objection.

7         Q    Do you remember that; yes or no?

8                   MR. McNAMARA:  Objection.

9         Q    Yes or no?

10        A    Yes.

11        Q    Thank you.  Do you want to talk

12   to your lawyer now?

13        A    Yes.

14        Q    Okay.

15                  MR. McNAMARA:  Is it okay if

16             Madame Interpreter comes with us?

17                  MR. ZABELL:  It depends on what

18             he has to say.

19                  MR. McNAMARA:  Well, I'd

20             rather -- that was not --

21                  MR. ZABELL:  Go speak to him.

22             Get an offer of proof and we'll see.

23             I'll be reasonable with you.  I'll be

24             reasonable with you.  Don't worry.

25                  MR. McNAMARA:  Is it okay if

195

```
 1                          O. W. Pagoada

 2        Madame Interpreter comes with us?

 3                MR. ZABELL:  No.  Go speak to

 4        him, give me an offer, and then we'll

 5        see.

 6                MR. McNAMARA:  An offer of what?

 7                MR. ZABELL:  Find out what he's

 8        got to say.  This guy speaks English.

 9        He knows.  That's why he's smiling at

10        me.

11                MR. McNAMARA:  He doesn't speak

12        English.

13                MR. ZABELL:  Go speak to him and

14        find out.

15                (Whereupon, a recess was taken

16        from 3:35 p.m. until 3:47 p.m.)

17                MR. ZABELL:  Counselor, is there

18        anything you want to discuss with me

19        before we continue?

20                MR. McNAMARA:  No, we can

21        continue.

22                MR. ZABELL:  Have you advised

23        him of his rights?

24                MR. McNAMARA:  Yes, we're fine.

25        We can continue.
```

196

1                    O. W. Pagoada

2            MR. ZABELL:  Are you sure?

3            MR. McNAMARA:  Yes.

4        Q      Mr. Pagoada, you had an

5    opportunity during the break to speak to your

6    attorney?

7        A      Yes.

8        Q      Is there anything you want to

9    tell me?

10        A      No.

11        Q      Are you sure?

12            MR. McNAMARA:  Objection.

13        A      Yes.

14            MR. ZABELL:  Thank you for your

15        time today.  I have nothing further.

16            THE WITNESS:  Okay, that's it?

17            MR. ZABELL:  You may go.  Hasta

18        la vista.

19            THE WITNESS:  Okay, thank you.

20            (Time noted:  3:50 p.m.)

21

22

23

24

25

197

1

2                A C K N O W L E D G E M E N T

3

4     STATE OF NEW YORK    )

5                          : ss

6     COUNTY OF            )

7

8          I, OSMAR W. PAGOADA, hereby certify that

9     I have read the transcript of my testimony

10    taken under oath in my deposition of

11    September 21, 2011; that the transcript is a true,

12    complete and correct record of my testimony;

13    and that the answers on the record as given

14    by me are true and correct.

15

16    _____

17         OSMAR W. PAGOADA

18

19

20

21    Signed and subscribed to before me
      this ____ day of _____, 2011.
22

23    _____
      Notary Public, State of New York
24

25

198

1

2                         INDEX TO TESTIMONY

3       WITNESS                EXAMINATION BY           PAGE

4       Osmar W. Pagoada      Mr. Zabell                  4

5

6                              EXHIBITS

7       DEFENDANTS'    DESCRIPTION                        PAGE

8       1              Document consisting of
                       a copy of Mr. Pagoada's
9                      passport                            6

10      2              Document consisting of
                       copies of Mr. Pagoada's W-2s      125
11
        3              Document consisting of
12                     copies of Mr. Pagoada's
                       pay stubs from Payco Industries  129
13
        4              Document consisting of a copy
14                     of check stub a check stub
                       payable to Osmar Wilfredo         134
15
        5              Document consisting of copies
16                     of Payco, Powell & Lunati,
                       and RL Associates of Long
17                     Island pay stubs                  148

18

19

20

21

22

23

24

25

199

1

2                    C E R T I F I C A T E

3            I, KAREN M. LaMENDOLA, a Notary Public

4 in and for the State of New York, do hereby certify:

5            THAT the witness whose testimony is

6    hereinbefore set forth, was duly sworn by me;

7    and

8            THAT the within transcript is a true

9    record of the testimony given by said

10   witness.

11           I further certify that I am not

12   related, either by blood or marriage, to any

13   of the parties in this action; and

14           THAT I am in no way interested in the

15   outcome of this matter.

16           IN WITNESS WHEREOF, I have hereunto set

17   my hand this 29th day of October, 2011.

18

19

20   _____

     KAREN M. LaMENDOLA
21

22

23

24

25

200

```
 1
 2                        ERRATA SHEET
 3          I wish to make the following changes for
 4     the following reasons:
 5     PAGE LINE
 6     ____ ___ CHANGE:_____
 7              REASON:_____
 8     ____ ___ CHANGE:_____
 9              REASON:_____
10     ____ ___ CHANGE:_____
11              REASON:_____
12     ____ ___ CHANGE:_____
13              REASON:_____
14     ____ ___ CHANGE:_____
15              REASON:_____
16     ____ ___ CHANGE:_____
17              REASON:_____
18     ____ ___ CHANGE:_____
19              REASON:_____
20     ____ ___ CHANGE:_____
21              REASON:_____
22     ____ ___ CHANGE:_____
23              REASON:_____
24     ____ ___ CHANGE:_____
25              REASON:_____
```

1

**$**

**$1,800** [1] - 147:4
**$100** [3] - 39:7, 39:11, 146:17
**$120** [1] - 143:7
**$130** [1] - 144:18
**$14** [1] - 152:13
**$150** [2] - 39:7, 39:12, 144:18
**$18,000** [1] - 148:16
**$2,000** [1] - 147:5
**$20** [1] - 131:17
**$200** [3] - 70:19, 70:20, 184:11
**$300** [4] - 45:3, 45:22, 144:16, 147:6
**$43.58** [1] - 138:21
**$5,333** [1] - 148:13

**0**

**05** [1] - 67:11
**09-CV-5331** [1] - 1:9

**1**

**1** [4] - 6:8, 6:11, 10:11, 198:8
**1-5** [1] - 1:11
**10017** [2] - 2:5, 2:14
**11** [2] - 172:11, 174:7
**11704** [1] - 2:10
**11716** [1] - 2:19
**11717** [1] - 4:19
**11:40** [1] - 5:19
**11:44** [1] - 5:19
**125** [1] - 198:10
**129** [1] - 198:12
**12:25** [2] - 120:8, 122:22
**12:30** [2] - 124:23, 125:2
**134** [1] - 198:14
**148** [1] - 198:17
**15th** [1] - 62:3, 62:25, 63:4
**17** [1] - 173:15
**18,000-something** [1] - 148:14
**1:45** [1] - 125:2
**1st** [3] - 62:3, 63:2, 63:5

**2**

**2** [2] - 125:15, 198:10

**2005** [10] - 7:5, 9:6, 9:9, 20:15, 20:19, 44:13, 44:15, 44:17, 45:16, 45:19
**2006** [22] - 7:5, 7:6, 9:6, 44:15, 46:19, 58:15, 59:6, 59:18, 59:21, 126:17, 129:22, 152:12, 152:21, 152:25, 153:12, 153:12, 154:18, 154:20, 155:11, 155:22, 156:3
**2007** [6] - 59:23, 59:25, 126:13, 155:23, 155:25, 156:4
**2008** [13] - 60:8, 60:10, 60:11, 60:17, 68:19, 68:20, 68:21, 68:25, 69:7, 129:23, 148:10, 148:12, 156:9
**2009** [17] - 61:9, 61:18, 62:10, 62:19, 69:3, 69:7, 73:2, 73:6, 89:22, 98:16, 148:14, 156:13, 156:16, 178:17, 178:18, 178:19, 179:3
**2010** [18] - 63:11, 63:12, 63:15, 64:5, 73:4, 87:15, 87:16, 98:17, 98:19, 126:21, 126:25, 127:9, 127:13, 145:19, 156:22, 178:16, 178:18, 178:19
**2011** [5] - 1:14, 99:6, 197:11, 197:21, 199:17
**21** [1] - 197:11
**25** [2] - 41:5, 41:20
**29th** [1] - 199:17
**2:00** [1] - 187:25
**2:30** [1] - 187:25
**2:33** [1] - 152:5
**2:49** [1] - 152:5

**3**

**3** [3] - 129:5, 129:9, 198:11
**30** [1] - 1:14
**31** [1] - 1:20
**3:00** [1] - 187:25
**3:35** [1] - 195:16
**3:47** [1] - 195:16
**3:50** [1] - 196:20

**4**

**4** [4] - 135:4, 135:8, 198:4, 198:13
**456-8698** [1] - 67:2
**4875** [2] - 1:15, 2:18

**5**

**5** [3] - 148:21, 148:25, 198:15
**501** [2] - 2:5, 2:14

**6**

**6** [1] - 198:9
**626-4241** [1] - 97:21
**631** [3] - 67:2, 67:10, 97:21
**6:00** [17] - 82:10, 82:13, 82:23, 90:8, 91:16, 92:4, 92:9, 92:12, 92:15, 93:5, 93:16, 113:23, 114:2, 114:12, 116:22, 176:21, 178:8

**7**

**748** [2] - 67:10
**7:00** [10] - 90:11, 90:18, 91:19, 92:4, 92:9, 93:5, 93:17, 177:24, 178:3, 178:8

**8**

**868** [1] - 2:9
**8:00** [6] - 90:16, 92:4, 92:9, 177:21, 178:9, 179:3

**9**

**9:00** [8] - 91:25, 92:2, 92:5, 92:10, 92:13, 176:21, 176:25, 177:18
**9:30** [1] - 1:14

**A**

**a.m** [7] - 1:14, 5:19, 90:8, 90:11, 91:19, 178:8

**ability** [9] - 4:7, 9:22, 13:20, 14:5, 72:10, 72:22, 76:3, 136:21, 136:24
**able** [3] - 123:16, 154:25, 177:15
**above-mentioned** [1] - 1:22
**absolutely** [2] - 42:23, 134:2
**abuse** [1] - 181:8
**accompanied** [1] - 36:23
**according** [1] - 153:12
**accurate** [7] - 13:20, 14:5, 14:20, 131:5, 131:8, 131:11, 131:13
**accurately** [2] - 18:23, 167:10
**acknowledged** [1] - 179:8
**action** [1] - 199:13
**actual** [2] - 96:8, 111:19
**address** [6] - 4:17, 41:15, 41:16, 41:18, 41:19, 113:20
**administer** [1] - 3:15
**Administration** [1] - 27:22
**admit** [2] - 18:16, 101:18
**admitted** [2] - 32:9, 193:2
**advised** [1] - 195:22
**affirmatively** [1] - 57:7
**afterwards** [1] - 94:11
**age** [1] - 38:12
**ago** [5] - 40:17, 67:6, 147:17, 164:5
**agreed** [3] - 191:9, 191:15, 191:21
**AGREED** [3] - 3:3, 3:8, 3:12
**agreement** [2] - 164:19, 164:25
**ahead** [5] - 42:11, 97:20, 153:13, 155:19, 192:12
**alcohol** [1] - 13:17
**ALEJANDRO** [1] - 1:3
**ALEX** [1] - 1:3
**alias** [2] - 95:18, 95:20
**alligator** [4] - 161:23, 161:25, 162:9, 162:13

**allow** [1] - 112:11
**almost** [1] - 82:21
**alone** [4] - 35:20, 76:19, 115:5
**ALSO** [1] - 2:23
**AMAYA** [1] - 1:3
**AMIR** [1] - 1:4
**amount** [7] - 156:3, 156:9, 156:13, 156:15, 158:11, 169:8, 190:7
**anchovies** [2] - 189:7, 189:9
**AND** [3] - 3:3, 3:8, 3:12
**answer** [79] - 12:14, 13:8, 13:24, 14:3, 14:9, 14:13, 14:17, 14:22, 15:9, 16:9, 17:17, 18:16, 18:22, 19:9, 19:10, 19:24, 23:19, 23:20, 23:21, 30:9, 32:15, 49:16, 49:17, 51:7, 58:21, 62:12, 66:16, 66:20, 66:22, 72:13, 72:16, 72:19, 72:20, 74:2, 74:4, 75:13, 75:24, 76:4, 85:13, 104:21, 106:25, 107:22, 108:10, 109:19, 115:19, 116:12, 117:14, 117:21, 117:25, 118:11, 119:17, 120:3, 120:21, 121:10, 121:15, 122:2, 122:24, 122:25, 128:13, 136:13, 137:12, 149:24, 167:9, 170:10, 170:17, 170:19, 171:2, 172:15, 177:3, 177:5, 177:10, 177:12, 177:15, 180:6, 180:9, 191:12, 192:12, 193:15, 193:25
**answered** [3] - 111:16, 117:20, 192:11
**answering** [7] - 12:5, 18:25, 66:22, 72:21, 107:25, 116:5, 119:23
**answers** [12] - 4:5, 12:24, 26:10, 26:13, 31:5, 74:22, 109:23, 110:2, 119:4, 123:15, 123:16, 197:13
**anyway** [1] - 50:24

2

apartment [1] - 35:2
application [1] - 137:16
appropriate [1] - 123:17
appropriately [1] - 161:9
appropriateness [1] - 26:23
April [7] - 60:22, 61:2, 61:18, 62:2, 62:3, 63:2, 63:5
AREVALO [1] - 1:4
Arias [1] - 2:24
arising [1] - 26:13
arrest [1] - 104:6
arrested [3] - 102:20, 103:3, 104:11
Article [1] - 1:20
asphalt [1] - 68:11
ASPHALT [1] - 1:10
Asphalt [9] - 83:24, 84:4, 84:11, 84:15, 102:8, 158:9, 160:6, 160:22, 179:7
assign [1] - 27:22
assignment [3] - 76:22, 77:6, 96:8
assignments [3] - 95:25, 98:2, 98:12
Associates [6] - 126:23, 127:4, 127:7, 148:19, 150:16, 198:16
ASSOCIATES [1] - 2:17
assume [1] - 57:12
assumed [2] - 13:9, 117:15
ate [2] - 186:6, 188:3
attention [2] - 52:3, 145:11
attorney [20] - 15:12, 15:15, 15:25, 16:5, 16:12, 16:15, 16:16, 17:6, 32:19, 62:15, 101:4, 116:14, 121:25, 124:3, 141:9, 147:9, 177:16, 179:15, 193:23, 196:6
attorney/client [2] - 85:14, 85:23
Attorneys [2] - 2:4, 2:18
attorneys [5] - 3:4, 85:6, 85:21, 86:2, 104:17
August [1] - 129:22
authority [3] - 9:11, 10:9, 11:2

authorized [1] - 3:14
Avenue [4] - 2:5, 2:14, 4:18, 34:24
aware [4] - 9:2, 46:6, 100:16, 148:4
awfully [1] - 150:24
awhile [2] - 12:3, 188:15

## B

Babylon [1] - 2:10
bad [5] - 27:14, 27:18, 53:14, 93:20, 192:17
baseball [1] - 162:19
based [1] - 118:6
beard [3] - 120:24, 121:8, 123:3
because.. [1] - 91:9
Beck [1] - 83:9
become [1] - 30:23
befitting [1] - 66:17
BEFORE [1] - 1:17
began [2] - 62:24, 62:25
beginning [5] - 9:6, 69:20, 87:20, 87:23, 176:11
Beken [1] - 83:10
belong [2] - 54:3, 54:24
belongs [1] - 53:24
benefits [2] - 96:21, 96:25
best [1] - 4:6
between [10] - 3:4, 60:21, 61:2, 63:3, 63:4, 92:10, 92:12, 92:15, 93:4, 93:16
big [3] - 56:13, 151:25, 161:25
bit [5] - 42:10, 91:3, 134:21, 175:4, 191:18
blind [4] - 120:25, 122:7, 122:11, 122:14
bloated [1] - 7:17
blood [1] - 199:12
board [2] - 174:3, 174:4
Bohemia [2] - 1:16, 2:19
bonus [1] - 183:25
bonuses [1] - 184:3
borrow [1] - 95:3
borrowed [1] - 180:14
boss [1] - 78:23
bottom [1] - 135:18

bought [1] - 180:18
box [5] - 77:14, 77:19, 79:22, 79:24, 81:13
boy [1] - 38:10
brand [1] - 162:14
break [23] - 18:19, 19:2, 19:14, 32:13, 43:10, 48:14, 54:13, 100:12, 100:21, 100:23, 101:4, 101:10, 105:16, 106:22, 107:3, 107:12, 107:14, 107:17, 108:24, 109:6, 124:23, 152:3, 196:5
breakfast [7] - 57:14, 57:17, 57:18, 57:19, 80:13, 80:23, 81:4
breaking [5] - 54:7, 107:18, 108:2, 108:16, 108:20
Brentwood [5] - 4:19, 34:20, 34:21, 44:21, 178:4
brief [5] - 6:4, 43:15, 48:11, 100:19, 134:11
bring [7] - 43:5, 47:14, 47:23, 50:21, 51:5, 147:19, 148:6
Broadway [1] - 178:5
broke [3] - 18:5, 18:8, 18:14
broken [5] - 17:21, 32:13, 32:14, 110:14, 110:19
brought [4] - 21:20, 51:18, 130:7, 145:10
budget [1] - 174:25
bulletin [1] - 174:2
but.. [3] - 54:6, 68:23, 104:7
buy [2] - 81:11, 143:12
buying [1] - 143:16
BY [3] - 2:20, 4:12, 198:3

## C

cannot [2] - 14:20, 21:5
car [12] - 5:14, 11:9, 11:23, 47:11, 47:14, 48:8, 73:2, 73:4, 73:6, 73:8, 73:11, 73:18
card [1] - 40:10
care [1] - 154:8

CARLOS [1] - 1:5
case [13] - 10:13, 10:14, 10:15, 10:16, 10:17, 10:19, 12:5, 12:6, 12:11, 121:3, 121:18, 124:18
Case [1] - 1:9
cash [15] - 40:24, 45:7, 70:9, 70:14, 70:18, 70:20, 70:24, 88:4, 99:12, 99:17, 145:2, 145:4, 145:6, 184:8
cashed [2] - 171:7, 171:10
CASTILLO [1] - 1:6
cat [1] - 30:22
caustic [1] - 134:22
cellphone [1] - 67:4
cents [2] - 69:2, 130:17
certain [1] - 112:21
certification [1] - 3:6
certify [3] - 197:8, 199:4, 199:11
change [10] - 68:3, 78:16, 78:20, 117:21, 117:24, 130:16, 131:17, 132:14, 137:20, 173:10
CHANGE [10] - 200:6, 200:8, 200:10, 200:12, 200:14, 200:16, 200:18, 200:20, 200:22, 200:24
changed [4] - 32:15, 67:18, 137:23, 138:2
changes [2] - 173:10, 200:3
changing [7] - 14:9, 14:13, 14:17, 25:2, 117:22, 159:25, 173:11
characterize [1] - 22:23
charge [1] - 65:10
check [54] - 40:25, 41:3, 45:5, 47:19, 48:20, 50:22, 70:9, 70:10, 70:11, 71:4, 71:7, 88:5, 88:6, 125:21, 125:23, 126:2, 126:6, 129:18, 131:10, 135:2, 135:12, 135:13, 137:17, 138:10, 142:6, 145:3, 165:12, 165:17, 165:22, 166:6, 166:9, 166:14,

166:23, 167:2, 167:16, 168:5, 168:11, 168:16, 168:23, 169:4, 169:8, 170:5, 171:3, 171:7, 171:10, 179:8, 193:10, 193:19, 194:4, 198:14
checked [1] - 43:18
checks [9] - 47:17, 71:11, 129:17, 131:7, 131:8, 133:15, 133:19, 134:3, 166:18
chicken [3] - 58:9, 58:11, 188:11
child [5] - 38:23, 39:2, 39:15, 39:25, 40:3
children [5] - 36:17, 38:3, 38:5, 38:16, 38:20
Chris [8] - 82:18, 82:21, 82:25, 83:9, 83:22, 114:11, 116:21, 117:5
Christmas [2] - 143:13, 183:24
CHRISTOPHER [1] - 1:11
Civil [1] - 1:20
claiming [3] - 88:7, 88:18, 88:25
claims [1] - 180:4
clean [2] - 151:15
clear [2] - 30:7, 118:5
clearly [3] - 31:4, 62:14, 74:25
client [1] - 118:21
closed [1] - 94:8
closely [1] - 9:16
Co [7] - 2:9, 2:13, 44:14, 44:15, 46:20, 46:21, 46:22
Co-Counsel [2] - 2:9, 2:13
coffee [1] - 81:19
81:25, 186:8, 187:5
cold [10] - 62:5, 63:6, 64:18, 69:13, 69:22, 70:4, 70:5, 143:20
collected [2] - 96:20, 96:24
cologne [1] - 5:17
comfortable [2] - 105:4, 183:18
coming [6] - 21:14, 23:19, 42:10, 43:24, 50:3, 50:6
communicate [1] -

121:25
**communication** [2] - 85:15, 85:23
**companies** [3] - 25:17, 64:19, 94:17
**Company** [4] - 181:21, 181:24, 182:3, 182:6
**company** [18] - 24:22, 25:7, 25:8, 40:10, 47:6, 53:9, 54:17, 56:18, 63:12, 83:16, 83:23, 86:5, 87:9, 94:9, 96:18, 144:22, 183:7, 183:22
**compañero's** [1] - 37:14
**compensated** [4] - 89:7, 184:14, 184:21, 185:22
**compensation** [1] - 185:2
**complaints** [1] - 88:9
**complete** [3] - 120:20, 137:16, 197:12
**complies** [5] - 6:12, 135:19, 149:4, 152:16, 152:23
**conditions** [1] - 26:20
**confidential** [2] - 26:15, 26:17
**confidentiality** [1] - 26:21
**confirm** [1] - 32:20
**consider** [1] - 153:24
**consisting** [2] - 6:6, 125:13, 129:2, 134:25, 148:17, 198:8, 198:10, 198:11, 198:13, 198:15
**Construction** [1] - 150:14
**continue** [13] - 49:11, 100:14, 105:12, 106:10, 106:21, 107:2, 107:11, 121:21, 123:16, 155:6, 195:19, 195:21, 195:25
**Contracting** [1] - 127:10
**copies** [15] - 125:13, 125:24, 126:10, 129:2, 129:15, 129:16, 129:18, 148:17, 149:10,

149:12, 150:6, 150:8, 198:10, 198:12, 198:15
**copy** [10] - 5:22, 6:3, 6:6, 6:17, 125:21, 125:23, 126:9, 134:25, 198:8, 198:13
**CORP** [2] - 1:10
**correct** [180] - 7:22, 8:18, 10:24, 21:11, 25:9, 27:25, 28:3, 28:8, 33:24, 34:10, 36:16, 39:9, 45:17, 45:20, 53:24, 54:4, 54:8, 54:14, 54:24, 55:4, 56:3, 56:7, 56:11, 56:24, 58:22, 59:18, 65:21, 65:24, 68:19, 68:21, 69:10, 69:13, 69:16, 69:18, 69:21, 69:24, 70:2, 70:12, 70:25, 71:4, 71:8, 71:12, 71:16, 72:8, 72:23, 76:22, 77:6, 77:21, 77:25, 78:5, 78:10, 78:12, 78:14, 82:25, 84:7, 84:11, 84:20, 84:24, 85:3, 85:7, 89:8, 89:19, 91:7, 95:18, 96:2, 98:12, 98:17, 98:21, 101:15, 103:25, 104:3, 104:6, 105:5, 105:13, 105:24, 106:7, 106:11, 106:15, 106:19, 106:22, 107:3, 107:19, 108:3, 108:17, 108:21, 109:7, 110:20, 111:7, 111:10, 111:13, 111:14, 111:20, 112:18, 112:24, 113:5, 117:21, 126:21, 129:20, 129:23, 131:13, 131:23, 132:2, 132:22, 133:2, 133:8, 133:16, 134:4, 136:10, 140:19, 148:4, 152:10, 152:13, 156:4, 156:6, 156:9, 156:13, 156:17, 156:22, 157:2, 157:5, 157:14, 157:16, 158:24, 160:15, 161:4, 161:9, 163:10, 165:19, 166:10, 166:14, 166:20, 167:4, 167:13, 168:7,

168:13, 169:5, 169:8, 169:24, 170:3, 171:5, 171:14, 175:12, 175:15, 176:22, 179:4, 179:11, 179:18, 179:25, 180:4, 180:7, 180:10, 181:4, 181:12, 181:18, 182:10, 182:14, 182:17, 182:19, 182:23, 184:15, 185:9, 185:17, 185:24, 186:23, 186:25, 187:11, 190:13, 190:19, 190:22, 190:25, 191:4, 191:10, 192:2, 192:8, 192:20, 192:23, 193:4, 197:12, 197:14
**correctly** [4] - 4:21, 132:8
**Counsel** [7] - 2:9, 2:13, 7:15, 27:2, 43:22, 72:15, 85:14
**counsel** [3] - 47:24, 66:13, 153:21
**counselor** [2] - 41:25, 147:25
**Counselor** [14] - 42:7, 42:14, 43:21, 49:7, 72:18, 85:18, 100:16, 115:23, 116:3, 123:10, 134:14, 134:17, 177:11, 195:17
**count** [2] - 153:13, 153:16
**country** [18] - 6:14, 8:9, 9:2, 9:8, 10:23, 20:11, 38:17, 38:21, 44:15, 45:16, 45:20, 46:9, 46:11, 74:15, 102:25, 162:7, 162:8, 162:11
**COUNTY** [1] - 197:6
**course** [7] - 8:6, 106:4, 119:25, 120:18, 121:12, 124:2, 165:20
**COURT** [1] - 1:2
**Court** [2] - 1:23, 3:17
**cover** [1] - 85:22
**coworker** [2] - 158:22, 159:3
**coworkers** [8] - 81:24, 92:23, 113:7, 158:2, 161:12, 161:15, 162:21, 187:21

**current** [1] - 4:17
**cutlet** [2] - 58:11, 188:11

# D

**daily** [7] - 49:20, 58:5, 78:3, 78:5, 93:18, 93:19
**damages** [1] - 88:25
**dark** [2] - 90:19, 91:22
**date** [7] - 6:9, 61:8, 62:4, 125:16, 129:6, 135:5, 148:22
**dates** [1] - 63:3
**dating** [1] - 39:18
**daughter** [2] - 38:8, 38:9
**days** [27] - 99:11, 99:13, 144:10, 144:11, 144:12, 144:14, 146:19, 146:20, 147:17, 156:24, 175:11, 175:23, 175:24, 176:20, 176:21, 176:24, 177:8, 177:17, 177:19, 177:20, 177:23, 178:14, 178:16, 179:3, 190:12, 190:17
**daytime** [6] - 120:5, 120:9, 122:21, 122:23, 122:24, 123:12
**decision** [1] - 109:5
**declaring** [1] - 145:6
**Defendant's** [1] - 129:8
**Defendants** [3] - 1:12, 1:19, 2:18
**DEFENDANTS'** [1] - 197:8
**Defendants'** [8] - 6:8, 6:11, 10:11, 125:15, 129:4, 135:3, 148:20, 148:25
**deli** [6] - 80:24, 185:9, 185:20, 185:23, 186:5, 187:4
**demand** [1] - 119:3
**demanding** [1] - 44:4
**depended** [1] - 59:15
**deposition** [12] - 3:13, 15:23, 16:2, 17:14, 42:20, 50:18, 106:7, 118:20, 118:23, 120:16,

123:17, 197:10
**DESCRIPTION** [1] - 198:7
**designation** [2] - 26:17, 26:23
**details** [1] - 57:24
**determine** [3] - 41:13, 47:25, 121:19
**die** [3] - 105:20, 106:24, 109:3
**diet** [1] - 173:5
**different** [15] - 36:23, 67:6, 73:22, 74:12, 79:19, 79:20, 80:20, 84:17, 86:7, 132:25, 155:5, 160:2, 173:13, 186:15
**difficult** [9] - 62:22, 94:13, 94:20, 101:18, 109:12, 123:20, 138:3, 149:23, 171:18
**direct** [4] - 121:24, 123:14, 123:15, 123:16
**directly** [5] - 65:3, 65:20, 72:7, 79:11, 112:24
**disagree** [1] - 44:11
**disciplined** [2] - 160:8, 161:7
**disclosed** [1] - 31:8
**disclosing** [1] - 31:5
**discuss** [3] - 165:7, 165:14, 195:18
**discussed** [1] - 124:9
**discussion** [1] - 48:25
**discussions** [1] - 26:10
**displeasure** [1] - 119:9
**DISTRICT** [2] - 1:2, 1:2
**document** [19] - 6:6, 125:13, 125:18, 125:20, 129:2, 129:8, 135:7, 135:9, 135:11, 148:17, 148:24, 149:7, 149:9, 150:5, 152:6, 172:14, 173:17, 173:19, 174:10
**Document** [6] - 134:25, 198:8, 198:10, 198:11, 198:13, 198:15
**documentation** [1] - 51:10
**documents** [4] -

4

34:9, 124:8, 129:13, 147:19

**DOES** [1] - 1:11
**dollars** [2] - 35:17, 59:9
**done** [4] - 103:2, 104:11, 104:13, 155:17
**door** [3] - 41:8, 41:13, 41:14
**double** [1] - 142:12
**down** [17] - 11:9, 69:13, 74:20, 94:21, 115:9, 115:12, 115:13, 115:16, 135:17, 137:16, 137:25, 158:16, 158:18, 158:22, 158:24
**drank** [1] - 186:8
**drink** [4] - 23:14, 81:19, 81:25, 187:5
**drinking** [2] - 23:11, 23:15
**drive** [22] - 11:19, 11:22, 11:23, 11:25, 17:25, 21:5, 21:25, 71:24, 72:3, 72:7, 72:23, 73:19, 73:25, 76:12, 76:15, 79:11, 79:25, 105:19, 106:6, 113:5, 184:22, 185:3
**driven** [3] - 96:4, 96:7, 112:23
**driver** [2] - 78:17, 81:18
**driver's** [4] - 11:6, 11:11, 11:15, 20:4
**driving** [10] - 19:4, 19:17, 20:2, 21:17, 81:15, 82:4, 89:18, 103:10, 112:7
**drove** [5] - 11:11, 21:2, 21:22, 76:17, 79:24
**drugs** [1] - 13:14
**ducks** [2] - 134:14, 134:15
**duly** [3] - 4:3, 4:9, 199:6
**during** [6] - 42:19, 61:15, 67:18, 101:4, 101:10, 196:5
**duty** [1] - 91:15
**dying** [1] - 138:7

## E

**earn** [8] - 39:8,

44:22, 59:6, 60:5, 67:21, 110:20, 147:3, 147:5
**earned** [5] - 103:20, 148:13, 148:15, 156:9, 156:13
**earning** [1] - 68:24
**East** [9] - 2:9, 63:13, 63:15, 63:25, 94:2, 98:20, 98:23, 99:2, 127:10
**EASTERN** [1] - 1:2
**eat** [22] - 57:14, 57:17, 57:18, 57:19, 57:21, 57:23, 58:4, 58:7, 58:14, 81:3, 81:9, 81:12, 81:16, 81:18, 187:4, 187:24, 188:2, 188:16, 189:2, 189:4, 189:6, 189:13
**eats** [2] - 58:2, 58:3
**EDWIN** [1] - 1:5
**effect** [1] - 3:16
**egg** [3] - 80:7, 186:6, 187:5
**Eight** [3] - 34:22, 34:23, 153:20
**eight** [13] - 4:18, 93:19, 139:16, 139:19, 139:21, 139:23, 153:17, 153:19, 153:20, 154:15, 154:22, 155:8, 164:21
**eighteen** [4] - 59:7, 59:9, 139:22, 139:23
**Eighteen** [2] - 59:8, 60:7
**either** [4] - 93:10, 98:20, 102:22, 199:12
**eleven** [1] - 154:16
**employee** [1] - 171:23
**employer** [5] - 24:5, 24:8, 24:16, 31:17, 135:15
**employment** [1] - 64:13
**empty** [5] - 42:11, 42:14, 42:15, 42:17, 44:5
**end** [14] - 9:6, 44:16, 44:18, 60:13, 60:17, 62:18, 63:9, 64:14, 64:15, 69:6, 69:9, 69:15, 87:21, 176:14
**ended** [2] - 62:24, 64:21
**ends** [2] - 62:20, 63:7

**English** [7] - 4:4, 4:6, 79:2, 140:23, 141:11, 195:8, 195:12
**entire** [1] - 59:18
**ERRATA** [1] - 200:2
**error** [1] - 160:12
**ESCALANTE** [1] - 1:5
**especially** [1] - 31:7
**ESQ** [2] - 2:11, 2:20
**evelyn** [1] - 37:18
**everyday** [1] - 185:20
**everywhere** [1] - 94:23
**exact** [3] - 41:18, 61:8, 68:23
**exactly** [21] - 22:14, 29:7, 38:11, 44:7, 63:19, 63:23, 64:7, 64:20, 91:6, 99:4, 122:10, 132:15, 148:11, 159:19, 159:24, 160:4, 175:6, 175:9, 175:11, 177:22, 183:9
**EXAMINATION** [3] - 1:17, 4:12, 198:3
**examined** [1] - 4:10
**Excavating** [1] - 94:2
**Excavation** [6] - 63:13, 63:15, 63:25, 98:21, 98:24, 99:3
**except** [1] - 3:9
**Excuse** [1] - 44:14
**excuse** [12] - 8:16, 11:21, 18:7, 24:7, 24:11, 41:11, 45:18, 53:21, 97:11, 110:8, 178:16, 189:8
**excuses** [2] - 110:2, 110:9
**Exhibit** [13] - 6:8, 6:11, 10:11, 125:15, 129:5, 129:8, 135:4, 135:8, 148:20, 148:25, 172:11, 173:15, 174:7
**EXHIBITS** [1] - 198:6
**expensive** [2] - 143:6, 143:16
**explain** [13] - 7:24, 29:12, 29:16, 29:24, 30:4, 30:13, 30:17, 30:19, 31:24, 171:21, 177:6, 179:13, 179:15
**explained** [1] - 104:8
**explanation** [1] - 29:19
**extent** [1] - 119:7

**extremely** [1] - 31:7
**eyes** [2] - 159:16, 159:18

## F

**factory** [2] - 127:24
**fair** [1] - 164:20
**fairly** [2] - 181:4, 181:17
**FAJARDO** [1] - 1:4
**Fajardo** [4] - 95:15, 180:13, 180:17, 180:23
**false** [3] - 32:25, 53:4, 106:11
**familiar** [1] - 37:4
**family** [3] - 37:24, 182:14, 182:17
**fancy** [3] - 142:15, 142:20, 151:9
**far** [1] - 154:13
**fast** [1] - 146:19
**fat** [1] - 172:21
**fault** [2] - 187:13, 187:14
**favor** [1] - 49:9
**February** [2] - 127:17, 127:20
**fellow** [2] - 80:5, 187:20
**few** [7] - 39:13, 45:21, 82:6, 90:17, 99:20, 149:2, 188:8
**field** [2] - 68:9, 68:16
**fifteen** [1] - 81:9
**Fifth** [2] - 2:5, 2:14
**fifty** [1] - 132:14
**fifty-one** [1] - 132:14
**fight** [1] - 161:14
**fighting** [3] - 74:21, 74:24, 75:11
**figure** [1] - 174:24
**figured** [1] - 158:15
**figuring** [1] - 174:22
**file** [3] - 45:9, 103:19, 145:11
**filed** [4] - 88:11, 88:20, 88:22, 145:15
**filing** [1] - 3:5
**fill** [5] - 137:15, 145:24, 146:2, 146:6, 146:12
**finally** [1] - 137:22
**fine** [2] - 48:3, 195:24
**finished** [1] - 64:16
**fired** [2] - 181:23, 182:5

**first** [11] - 20:20, 40:22, 44:2, 57:3, 57:4, 87:9, 126:12, 130:7, 148:12, 152:12, 174:16
**fish** [1] - 189:10
**five** [9] - 38:9, 59:14, 76:21, 77:5, 81:6, 115:6, 166:24, 185:10, 188:2
**flight** [1] - 17:9
**flip** [1] - 152:15
**fly** [1] - 20:25
**follow** [2] - 26:22, 75:21
**following** [2] - 200:3, 200:4
**follows** [1] - 4:11
**food** [8] - 81:2, 81:12, 97:9, 97:12, 97:13, 185:21, 188:9
**for..** [1] - 186:3
**force** [1] - 3:15
**foreman** [2] - 65:6, 65:10
**forget** [3] - 128:22, 128:23, 128:24
**forgot** [2] - 16:22, 128:18
**form** [1] - 3:9
**forms** [1] - 48:17
**forth** [2] - 47:15, 199:6
**forty** [10] - 59:14, 124:10, 124:21, 139:17, 140:6, 142:5, 153:17, 153:19, 166:24, 176:2
**Forty** [1] - 59:14
**forty-eight** [2] - 153:17, 153:19
**forty-five** [1] - 59:14
**Forum** [2] - 127:13, 127:16
**four** [14] - 35:13, 35:14, 35:15, 35:16, 138:14, 139:16, 139:19, 139:22, 139:23, 139:25, 142:7, 142:10, 142:11, 154:11
**fourteen** [7] - 154:2, 154:3, 154:10, 154:11, 154:17, 155:13, 155:14
**Fourteen** [1] - 154:12
**fraudulent** [3] - 57:9, 58:25, 103:14
**Friday** [4] - 100:10,

5

165:11, 186:20, 187:4
**friend** [2] - 73:12, 99:15
**friends** [5] - 35:21, 35:22, 49:22, 99:9, 186:6
**front** [3] - 152:6, 179:17, 179:20
**frustrated** [1] - 118:10
**full** [4] - 4:14, 60:3, 69:10, 176:8
**FURTHER** [2] - 3:8, 3:12

## G

**GALEANO** [1] - 1:5
**game** [1] - 134:16
**games** [3] - 62:11, 120:12, 193:14
**garcia** [1] - 80:3
**Garcia** [2] - 182:2, 182:5
**GARCIA** [1] - 1:4
**gas** [2] - 22:4, 22:7
**generally** [3] - 22:15, 58:6, 60:21
**get..** [1] - 97:6
**girl** [1] - 55:9
**girlfriend** [2] - 37:19, 39:23
**given** [5] - 25:8, 31:7, 147:6, 197:13, 199:9
**glad** [1] - 18:15
**GOLDBERG** [1] - 2:4
**GPS** [1] - 172:6
**grade** [1] - 74:19
**great** [1] - 47:12
**group** [12] - 65:10, 68:10, 68:11, 80:20, 86:12, 114:19, 115:4, 115:5, 115:7, 164:11, 164:22, 165:11
**groups** [6] - 79:19, 79:20, 84:18, 93:2, 160:2, 186:15
**Guerra** [5] - 65:14, 65:20, 65:23, 66:4, 95:9
**Guerra's** [2] - 65:16, 96:10
**guess** [7] - 124:22, 151:24, 175:4, 175:7, 175:15, 175:18, 175:20
**guy** [6] - 66:2, 81:15, 173:3, 173:4, 188:5,

195:8

## H

**half** [6] - 38:11, 132:20, 134:4, 138:14, 138:16, 155:16
**hallway** [2] - 16:4, 43:3
**ham** [2] - 188:16, 188:20
**hand** [1] - 199:17
**handbook** [1] - 171:24
**handing** [10] - 125:18, 129:9, 135:10, 139:5, 148:25, 153:4, 158:7, 172:12, 173:16, 174:8
**happy** [2] - 32:20, 37:24
**hard** [5] - 23:2, 29:16, 74:8, 94:12, 94:14
**hardly** [5] - 57:20, 99:16, 188:18, 188:19, 191:2
**hasta** [1] - 196:17
**hear** [2] - 119:12, 164:15
**heard** [2] - 180:20
**heavier** [2] - 7:8, 7:13
**held** [2] - 1:22, 49:2
**HELENE** [1] - 1:11
**help** [5] - 7:20, 99:10, 99:15, 144:24, 145:22
**helped** [2] - 182:13, 182:16
**helps** [1] - 146:6
**Hempstead** [2] - 146:5, 146:7
**HEREBY** [1] - 3:3
**hereby** [3] - 3:7, 197:8, 199:4
**herein** [4] - 1:19, 3:5, 4:3, 4:9
**hereinbefore** [1] - 199:6
**hereunto** [1] - 199:16
**hero** [1] - 58:13
**Highway** [2] - 1:15, 2:18
**Hispanics** [1] - 36:21
**hold** [1] - 191:18
**home** [19] - 5:6,

48:15, 48:21, 50:22, 50:24, 81:21, 106:9, 124:8, 143:9, 143:17, 144:2, 156:25, 157:13, 157:18, 165:9, 184:22, 185:4, 185:21, 188:9
**Honduras** [13] - 8:11, 8:14, 8:17, 9:11, 9:22, 10:3, 10:10, 20:12, 20:14, 21:5, 102:23, 162:2, 162:13
**honest** [4] - 103:7, 149:24, 150:4, 192:18
**honestly** [4] - 16:10, 18:23, 19:11, 167:10
**hope** [2] - 121:25, 124:17
**hour** [14] - 45:2, 59:6, 59:10, 60:5, 67:21, 68:2, 71:11, 71:23, 79:8, 112:22, 115:8, 132:11, 138:21, 152:13
**hourly** [3] - 130:9, 130:14, 131:16
**hours** [58] - 10:17, 12:6, 59:12, 71:8, 71:10, 71:15, 89:5, 89:10, 89:11, 92:10, 92:11, 92:16, 93:7, 93:12, 93:17, 93:19, 111:4, 111:5, 111:7, 111:10, 111:12, 111:14, 115:10, 115:17, 121:3, 132:21, 133:13, 138:14, 139:19, 139:25, 140:5, 142:4, 142:7, 142:10, 142:11, 153:11, 153:13, 153:19, 154:3, 154:14, 155:10, 158:11, 158:12, 158:14, 164:20, 165:13, 166:10, 168:9, 174:25, 175:12, 175:23, 176:2, 178:11, 179:22, 182:21, 192:23, 193:10
**house** [9] - 34:25, 35:3, 35:4, 35:6, 37:10, 49:15, 49:21, 165:7, 184:24
**hundred** [2] - 35:13, 35:14, 35:15, 35:16
**hunger** [3] - 105:21, 106:24, 109:4

**hurt** [2] - 157:23, 158:2

## I

**IAN** [1] - 2:13
**idea** [5] - 63:24, 130:23, 174:18, 174:20, 174:21
**identification** [7] - 4:23, 5:6, 6:9, 125:16, 129:5, 135:4, 148:21
**identified** [1] - 129:8
**ignorant** [3] - 46:10, 46:13, 46:16
**ignore** [1] - 153:23
**impaired** [2] - 13:21, 14:6
**important** [3] - 48:22, 167:8, 192:18
**IN** [1] - 199:16
**inability** [1] - 120:21
**incident** [2] - 17:9, 17:14
**included** [1] - 166:10
**including** [1] - 185:8
**income** [9] - 45:24, 97:5, 99:18, 103:19, 103:20, 125:22, 145:7, 145:12, 145:16
**increase** [1] - 69:4
**INDEX** [1] - 198:2
**indicate** [1] - 119:9
**indicated** [5] - 34:9, 132:20, 168:6, 168:11, 171:4
**indicates** [1] - 23:16
**indicating** [14] - 48:5, 153:25, 154:15, 154:16, 154:21, 154:22, 155:3, 155:7, 155:8, 155:12, 155:13, 155:14, 155:15, 158:11
**indicating)** [13] - 15:16, 16:18, 16:21, 43:14, 137:18, 147:7, 149:20, 152:25, 153:10, 153:18, 154:17, 155:24, 166:25
**indication** [2] - 8:2, 8:20
**indicative** [1] - 32:18
**individual** [1] - 5:21
**Industries** [6] - 126:15, 126:19, 129:4, 129:19, 130:2, 198:12

**influence** [2] - 13:14, 13:17
**information** [1] - 31:8
**inside** [3] - 7:21, 113:14, 173:21
**instead** [1] - 137:9
**instruction** [1] - 75:21
**insured** [1] - 73:15
**interested** [4] - 109:25, 110:2, 110:8, 199:14
**interpret** [2] - 4:4, 141:5
**interpreter** [2] - 30:15, 141:10
**Interpreter** [2] - 2:24, 4:3, 4:10, 194:16, 195:2
**intimidate** [1] - 121:22
**involved** [3] - 159:8, 159:11, 164:16
**IS** [3] - 3:3, 3:8, 3:12
**Island** [3] - 148:19, 150:17, 198:17
**IT** [3] - 3:3, 3:8, 3:12

## J

**January** [1] - 127:20
**JAVIER** [1] - 1:5
**Jenny** [2] - 146:8, 146:10
**job** [29] - 12:13, 41:25, 44:5, 68:5, 79:23, 81:13, 90:9, 90:12, 90:13, 90:15, 99:9, 99:11, 111:17, 111:20, 111:25, 112:24, 113:24, 132:6, 133:22, 133:24, 157:24, 158:3, 162:22, 179:14, 181:8, 181:18, 184:22, 185:7, 189:17
**jobs** [7] - 59:20, 99:24, 131:20, 132:12, 132:17, 132:22, 179:24
**JOHN** [1] - 1:11
**joined** [2] - 150:19, 150:20
**JOSE** [2] - 1:4, 1:6
**JUAN** [1] - 1:6
**Judge** [2] - 121:23, 121:24

6

## K

**Karen** [1] - 1:23
**KAREN** [2] - 199:3, 199:20
**keep** [6] - 49:4, 94:16, 136:21, 136:24, 151:14, 155:19
**kept** [1] - 104:25
**KEVIN** [1] - 1:5
**kind** [4] - 36:10, 73:8, 161:21, 175:4
**knock** [2] - 41:7, 41:12
**known** [1] - 102:15
**knows** [7] - 83:19, 95:17, 141:11, 172:7, 176:3, 176:5, 195:9

## L

**laborer** [1] - 68:7
**Lacoste** [2] - 161:22, 162:13
**LaMendola** [3] - 1:23, 199:3, 199:20
**land** [2] - 8:23, 8:24
**language** [1] - 29:21
**last** [17] - 20:13, 23:7, 31:17, 36:24, 40:3, 49:13, 49:18, 64:9, 64:20, 67:12, 102:5, 138:10, 143:13, 145:15, 145:17, 159:6
**late** [1] - 92:4
**LAUREN** [1] - 2:4
**law** [22] - 18:5, 18:8, 18:14, 18:19, 32:13, 32:14, 32:15, 46:4, 54:7, 54:13, 103:24, 105:16, 106:22, 107:3, 107:12, 107:18, 107:19, 108:3, 108:17, 108:20, 108:24, 109:6
**Law** [1] - 1:20
**LAW** [3] - 2:4, 2:8, 2:13
**laws** [7] - 17:21, 19:2, 19:14, 104:23, 107:15, 110:15, 110:19
**lawsuit** [14] - 64:22, 79:14, 79:15, 86:3, 88:11, 88:14, 88:20, 88:22, 113:17, 113:18, 121:18,

159:8, 159:11, 164:17
**lawyer** [5] - 12:7, 93:6, 93:9, 193:15, 194:12
**lawyer's** [1] - 170:23
**lawyers** [1] - 51:4
**lead** [1] - 104:5
**leader** [2] - 164:22, 165:2
**least** [1] - 141:13
**leave** [6] - 48:8, 48:9, 91:17, 91:25, 93:21, 113:24
**leaving** [1] - 98:15
**left** [7] - 5:6, 77:5, 80:12, 92:2, 92:12, 96:17, 182:12
**legal** [3] - 28:6, 102:11, 102:13
**legally** [1] - 36:22
**LERLY** [1] - 1:5
**Lerly** [3] - 80:2, 172:16, 172:18
**les** [1] - 128:21
**less** [6] - 7:9, 9:9, 59:16, 68:22, 148:13, 174:25
**license** [13] - 11:6, 11:12, 11:16, 18:3, 19:5, 19:18, 20:2, 20:5, 33:20, 34:9, 57:5, 103:10, 105:19
**lie** [30] - 31:25, 32:5, 32:19, 32:24, 34:15, 51:25, 52:10, 52:22, 53:3, 54:12, 54:16, 54:21, 55:7, 55:24, 55:25, 56:3, 56:5, 56:6, 56:7, 56:8, 56:14, 114:20, 114:21, 114:22, 114:24, 117:2, 117:4, 137:7, 139:8
**lied** [13] - 32:8, 32:11, 32:12, 51:19, 52:5, 52:17, 52:19, 52:24, 53:8, 55:21, 56:20, 110:18, 122:16
**lies** [1] - 56:11
**light** [2] - 91:22, 123:8
**LINE** [1] - 200:5
**listed** [3] - 71:7, 71:11, 192:22
**listen** [6] - 9:16, 62:18, 73:24, 109:17, 169:4
**Listen** [1] - 107:22
**live** [9] - 34:19, 34:25, 35:20, 37:6,

37:19, 37:23, 38:3, 49:15, 49:20
**lives** [1] - 37:22
**living** [2] - 37:9, 39:15
**load** [1] - 78:9
**loaded** [1] - 78:10
**located** [1] - 41:4
**logical** [1] - 170:10
**look** [24] - 6:10, 33:18, 47:25, 53:9, 56:18, 57:3, 93:9, 130:18, 130:22, 131:2, 135:17, 142:24, 149:6, 149:22, 152:21, 155:25, 166:2, 166:4, 172:21, 173:3, 173:13, 173:14, 177:2, 177:3
**Look** [1] - 93:6
**looked** [9] - 42:21, 55:9, 130:21, 133:7, 133:19, 165:16, 165:22, 165:23, 194:4
**looking** [6] - 42:19, 94:16, 153:3, 184:13, 185:2
**looks** [3] - 7:12, 50:23, 173:4
**lose** [1] - 67:15
**Lou** [3] - 82:21, 84:24, 85:3
**loud** [1] - 66:15
**Louie** [20] - 70:18, 70:23, 78:25, 79:4, 82:15, 82:24, 83:9, 83:12, 112:5, 112:9, 114:11, 115:14, 116:21, 117:5, 159:2, 169:19, 169:20, 169:23, 170:5, 182:25
**Louis** [6] - 169:12, 169:15, 180:18, 181:3, 182:16, 183:11
**LOUIS** [1] - 1:11
**loves** [1] - 80:7
**lower** [2] - 66:13, 116:3
**Lunati** [16] - 87:12, 87:14, 87:17, 88:2, 88:4, 94:2, 94:10, 94:12, 98:16, 98:20, 127:2, 148:18, 150:10, 150:14, 150:21, 198:16
**lunch** [11] - 48:14, 57:20, 57:21, 57:23, 58:7, 124:23, 187:15, 187:19, 187:22,

187:24, 187:25
**luncheon** [1] - 124:25
**lying** [17] - 24:13, 32:23, 34:18, 92:7, 114:6, 114:16, 114:18, 115:2, 115:3, 116:8, 116:11, 122:3, 122:5, 125:11, 133:2, 150:2

## M

**machinery** [3] - 77:15, 78:20, 112:5
**Madame** [2] - 194:16, 195:2
**mail** [2] - 146:17, 146:21
**mall** [1] - 143:5
**man** [4] - 50:13, 120:23, 121:5, 123:2
**manner** [1] - 66:17
**map** [1] - 6:14
**March** [4] - 62:2, 62:3, 62:25, 63:4
**MARCUS** [1] - 1:6
**margarita** [1] - 2:24
**marked** [6] - 6:7, 26:14, 125:14, 129:4, 135:3, 135:7, 148:20, 148:24
**marriage** [1] - 199:12
**married** [5] - 36:12, 36:13, 36:22, 38:13, 39:20
**MARTINEZ** [1] - 1:4
**Massapequa** [1] - 143:5
**math** [1] - 139:20
**matter** [3] - 91:24, 105:22, 199:15
**maynor** [2] - 95:14, 95:15
**MAYNOR** [1] - 1:4
**Maynor** [1] - 95:23
**mayonnaise** [1] - 80:10
**MCNAMARA** [1] - 142:22
**McNamara** [421] - 2:8, 2:11, 7:14, 9:13, 9:24, 10:20, 11:4, 11:13, 11:17, 11:20, 12:2, 14:11, 14:15, 16:17, 16:25, 17:5, 17:11, 17:23, 18:6, 18:9, 18:13, 18:18, 18:24, 19:16, 19:22,

20:6, 20:18, 20:22, 21:3, 21:7, 21:16, 21:23, 22:5, 22:8, 22:13, 22:18, 22:25, 23:6, 23:9, 23:17, 24:2, 24:6, 24:14, 25:4, 25:13, 25:18, 25:22, 26:3, 26:6, 26:9, 26:25, 27:11, 27:16, 27:24, 28:9, 28:14, 28:17, 28:24, 29:3, 29:10, 29:14, 29:17, 29:22, 30:2, 30:11, 30:20, 30:25, 31:10, 31:15, 31:19, 32:3, 32:10, 32:17, 32:22, 33:8, 33:17, 33:25, 34:5, 34:11, 34:17, 35:7, 35:23, 36:15, 36:19, 36:25, 37:12, 37:15, 37:21, 37:25, 38:14, 39:16, 40:20, 41:10, 41:24, 42:6, 42:13, 42:16, 42:21, 42:24, 43:9, 43:17, 43:22, 44:2, 44:9, 45:11, 45:25, 46:7, 46:14, 46:17, 47:4, 47:24, 48:13, 49:6, 49:10, 50:11, 50:14, 50:19, 50:25, 51:6, 51:21, 51:24, 52:6, 52:11, 52:16, 52:21, 52:25, 53:6, 53:15, 53:20, 53:25, 54:5, 54:9, 54:15, 54:25, 55:5, 55:11, 55:19, 56:4, 56:12, 56:15, 56:25, 58:18, 59:2, 60:23, 61:3, 61:19, 64:11, 66:12, 67:17, 71:5, 71:13, 71:17, 72:14, 72:18, 72:24, 74:6, 74:10, 74:23, 75:2, 75:7, 75:10, 75:16, 75:19, 75:22, 76:23, 77:7, 77:20, 77:22, 78:2, 78:6, 78:11, 78:15, 79:13, 79:17, 80:18, 81:10, 83:14, 83:18, 84:8, 84:12, 84:21, 85:4, 85:8, 85:12, 85:17, 85:24, 86:10, 86:18, 87:2, 87:5, 87:11, 88:10, 88:15, 88:21, 89:3, 89:9, 89:15, 89:20, 90:3, 90:7, 90:10, 90:20, 90:24, 91:4, 91:12, 92:6, 92:8, 92:14,

92:20, 92:25, 93:11,
93:22, 94:3, 94:6,
95:5, 95:13, 95:19,
96:12, 96:15, 96:22,
97:4, 97:10, 98:3,
98:8, 98:13, 99:14,
99:19, 99:25, 100:15,
101:8, 101:19,
102:18, 102:24,
103:4, 103:11,
103:16, 103:21,
104:9, 104:15,
104:19, 105:6,
105:10, 105:14,
105:17, 105:23,
105:25, 106:5, 106:8,
106:12, 106:16,
106:23, 107:4, 107:7,
107:13, 107:24,
108:4, 108:11,
108:14, 108:18,
108:22, 109:2, 109:8,
109:14, 109:24,
110:11, 110:16,
110:21, 111:11,
111:15, 112:3,
112:17, 112:19,
112:25, 113:6, 113:9,
114:3, 114:8, 114:14,
114:17, 114:23,
114:25, 115:23,
116:3, 116:9, 117:3,
118:8, 119:11,
119:16, 119:20,
120:13, 120:17,
122:4, 122:8, 122:17,
123:9, 124:22, 126:7,
128:3, 128:7, 128:11,
128:17, 128:20,
130:25, 131:6,
131:14, 133:3, 133:9,
133:20, 134:13,
134:19, 134:23,
137:10, 138:5,
138:25, 139:9,
139:14, 140:3,
140:10, 140:18,
141:16, 141:21,
142:2, 142:8, 142:13,
142:17, 142:25,
143:10, 143:23,
144:4, 145:8, 145:13,
145:23, 146:4,
146:15, 146:24,
147:14, 147:22,
147:25, 148:5,
149:25, 151:2,
151:11, 151:18,
151:21, 153:7,
153:21, 156:5,
156:10, 158:4,

160:19, 162:16,
163:11, 163:14,
163:21, 164:23,
165:4, 165:8, 165:18,
166:3, 166:7, 166:21,
167:5, 167:14,
167:18, 168:2, 168:8,
168:12, 168:19,
169:14, 169:25,
170:9, 171:15, 173:6,
175:5, 175:8, 175:16,
176:9, 176:13,
177:14, 179:10,
179:21, 180:11,
180:15, 180:19,
180:25, 183:4,
183:12, 183:20,
184:16, 184:23,
185:5, 185:13,
185:25, 186:7,
186:13, 186:24,
187:6, 187:17, 188:6,
188:12, 188:17,
189:21, 191:5,
191:11, 191:23,
192:9, 192:24, 193:5,
193:13, 193:17,
194:6, 194:8, 194:15,
194:19, 194:25,
195:6, 195:11,
195:20, 195:24,
196:3, 196:12
    **me..** [1] - 158:12
    **mean** [5] - 5:2, 36:8,
77:3, 86:22, 186:2
    **means** [3] - 56:2,
125:7, 169:7
    **meant** [1] - 185:19
    **meat** [1] - 58:8
    **mechanic** [2] -
44:19, 44:23
    **memory** [6] - 22:20,
22:24, 118:4, 118:6,
128:9, 128:15
    **Mendez** [1] - 164:14
    **MENDEZ** [1] - 1:4
    **mentioned** [1] - 1:22
    **message** [1] - 43:13
    **met** [5] - 28:15, 50:9,
95:21, 173:3
    **middle** [2] - 64:2,
157:13
    **might** [1] - 52:14
    **mine** [4] - 54:6, 67:2,
73:7, 135:14
    **minutes** [10] - 76:21,
77:5, 77:10, 81:6,
81:8, 81:9, 124:10,
124:21, 185:10, 188:2
    **mistake** [2] - 141:15,

160:17
    **moment** [4] - 33:11,
33:14, 54:19, 111:21
    **moments** [1] - 149:2
    **Monday** [3] - 100:9,
186:20, 187:3
    **money** [29] - 39:3,
39:8, 44:22, 45:23,
95:3, 97:8, 106:15,
106:19, 107:3,
108:21, 108:25,
109:6, 110:15,
110:20, 143:20,
143:22, 144:2, 144:7,
144:15, 146:20,
146:23, 148:8,
169:13, 169:18,
169:23, 169:24,
174:19, 180:14
    **month** [12] - 35:18,
35:19, 39:7, 39:12,
61:25, 64:6, 87:19,
99:5, 178:21, 178:22,
178:23
    **months** [3] - 45:21,
127:25, 148:12
    **morning** [21] - 57:15,
76:8, 76:13, 76:18,
78:9, 78:22, 79:12,
79:22, 80:8, 80:13,
81:20, 82:5, 82:9,
82:11, 82:14, 82:23,
90:19, 91:16, 96:2,
96:5, 114:12
    **most** [4] - 101:23,
109:19, 172:6, 192:17
    **mother** [5] - 36:17,
39:17, 39:18, 39:21,
55:24
    **motive** [2] - 160:16,
160:18
    **mouse** [1] - 30:22
    **mouth** [2] - 136:22,
136:25
    **moving** [1] - 112:13
    **MR** [456] - 4:13, 5:20,
6:2, 7:14, 9:13, 9:24,
10:20, 11:4, 11:13,
11:17, 11:20, 12:2,
14:11, 14:15, 16:17,
16:25, 17:11, 17:23,
18:6, 18:9, 18:13,
18:18, 18:24, 19:16,
19:22, 20:6, 20:18,
20:22, 21:3, 21:7,
21:16, 21:23, 22:5,
22:8, 22:13, 22:18,
22:25, 23:6, 23:9,
23:17, 24:2, 24:6,
24:14, 25:4, 25:13,

25:18, 25:22, 26:3,
26:6, 26:9, 26:16,
26:25, 27:3, 27:11,
27:16, 27:24, 28:9,
28:14, 28:17, 28:24,
29:3, 29:10, 29:14,
29:17, 29:22, 30:2,
30:11, 30:20, 30:25,
31:10, 31:15, 31:19,
32:3, 32:10, 32:17,
32:22, 33:8, 33:17,
33:25, 34:5, 34:11,
34:17, 35:7, 35:23,
36:15, 36:19, 36:25,
37:12, 37:21, 37:25,
38:14, 39:16, 40:20,
41:10, 41:24, 42:6,
42:13, 42:16, 42:18,
42:21, 42:23, 42:24,
43:2, 43:9, 43:17,
43:19, 43:22, 43:24,
44:2, 44:7, 44:9,
44:11, 45:11, 45:25,
46:7, 46:14, 46:17,
47:4, 47:24, 48:3,
48:13, 48:24, 49:3,
49:6, 49:8, 49:10,
50:11, 50:14, 50:19,
50:25, 51:6, 51:21,
51:24, 52:6, 52:11,
52:16, 52:21, 52:25,
53:6, 53:15, 53:20,
53:25, 54:5, 54:9,
54:15, 54:25, 55:5,
55:11, 55:19, 56:4,
56:12, 56:15, 56:25,
58:18, 59:2, 60:23,
61:3, 61:19, 64:11,
66:12, 67:17, 71:5,
71:13, 71:17, 72:14,
72:18, 72:24, 74:6,
74:10, 74:23, 75:2,
75:7, 75:10, 75:16,
75:19, 75:22, 76:23,
77:7, 77:20, 77:22,
78:2, 78:6, 78:11,
78:15, 79:13, 79:17,
80:18, 81:10, 83:14,
83:18, 84:8, 84:12,
84:21, 85:4, 85:8,
85:12, 85:16, 85:17,
85:24, 86:10, 86:18,
87:2, 87:5, 87:11,
88:10, 88:15, 88:21,
89:3, 89:9, 89:15,
89:20, 90:3, 90:7,
90:10, 90:20, 90:24,
91:4, 91:12, 92:6,
92:8, 92:14, 92:20,
92:25, 93:11, 93:22,
94:3, 94:6, 95:5,

95:13, 95:19, 96:12,
96:15, 96:22, 97:4,
97:10, 98:3, 98:8,
98:13, 99:14, 99:19,
99:25, 100:11,
100:15, 100:17,
101:8, 101:19,
102:18, 102:24,
103:4, 103:11,
103:16, 103:21,
104:9, 104:15,
104:19, 105:6,
105:10, 105:14,
105:17, 105:23,
105:25, 106:5, 106:8,
106:12, 106:16,
106:23, 107:4, 107:7,
107:13, 107:24,
108:4, 108:11,
108:14, 108:18,
108:22, 109:2, 109:8,
109:14, 109:24,
110:11, 110:16,
110:21, 111:11,
111:15, 112:3,
112:17, 112:19,
112:25, 113:6, 113:9,
114:3, 114:8, 114:14,
114:17, 114:23,
114:25, 115:23,
116:3, 116:9, 117:3,
118:8, 119:11,
119:16, 119:20,
120:7, 120:13,
120:17, 122:4, 122:8,
122:17, 123:9,
124:22, 124:24,
125:3, 126:7, 128:3,
128:7, 128:11,
128:17, 128:20,
130:25, 131:6,
131:14, 133:3, 133:9,
133:20, 134:10,
134:13, 134:15,
134:19, 134:20,
134:23, 137:10,
138:5, 138:25, 139:9,
139:14, 140:3,
140:10, 140:18,
141:16, 141:21,
142:2, 142:8, 142:13,
142:17, 142:22,
142:25, 143:10,
143:23, 144:4, 145:8,
145:13, 145:23,
146:4, 146:15,
146:24, 147:14,
147:22, 147:25,
148:5, 149:25, 151:2,
151:11, 151:18,
151:21, 152:2, 153:7,

153:21, 153:23, 156:5, 156:10, 158:4, 160:19, 162:16, 163:11, 163:14, 163:21, 164:23, 165:4, 165:8, 165:18, 166:3, 166:7, 166:21, 167:5, 167:14, 167:18, 168:2, 168:8, 168:12, 168:19, 169:14, 169:25, 170:9, 171:15, 173:6, 175:5, 175:8, 175:16, 176:9, 176:13, 177:11, 177:14, 179:10, 179:21, 180:11, 180:15, 180:19, 180:25, 183:4, 183:12, 183:20, 184:16, 184:23, 185:5, 185:13, 185:25, 186:7, 186:13, 186:24, 187:6, 187:17, 188:6, 188:12, 188:17, 189:21, 191:5, 191:11, 191:23, 192:9, 192:24, 193:5, 193:13, 193:17, 194:6, 194:8, 194:15, 194:17, 194:19, 194:21, 194:25, 195:3, 195:6, 195:7, 195:11, 195:13, 195:17, 195:20, 195:22, 195:24, 196:2, 196:3, 196:12, 196:14, 196:17

**must** [1] - 21:25

**N**

**name** [34] - 4:15, 15:17, 15:19, 16:7, 16:22, 16:23, 17:5, 29:6, 35:9, 36:24, 37:14, 37:16, 40:9, 47:5, 83:24, 83:25, 95:12, 95:16, 95:22, 101:25, 102:5, 102:11, 102:13, 102:16, 102:19, 135:25, 136:9, 137:8, 137:16, 146:8, 146:10, 159:4, 159:7, 178:5

**named** [1] - 121:5
**names** [2] - 101:20, 181:14

**native** [1] - 74:15
**necessary** [5] - 14:23, 14:25, 39:14, 57:10, 107:16
**necessity** [1] - 107:21
**Neck** [1] - 2:9
**need** [18] - 5:7, 9:16, 11:23, 41:15, 47:16, 48:5, 78:3, 87:8, 97:15, 105:19, 108:19, 108:21, 108:25, 109:6, 109:15, 122:2, 144:24, 191:18
**needed** [3] - 77:16, 93:23, 105:9
**needs** [4] - 53:7, 54:10, 93:23, 105:21
**Nelson** [18] - 35:24, 37:13, 49:14, 49:19, 51:16, 51:19, 52:4, 52:10, 73:13, 73:18, 73:19, 73:25, 79:10, 79:25, 164:13, 165:3, 165:6
**NELSON** [1] - 1:3
**Nelson's** [5] - 36:3, 36:5, 36:24, 38:6, 73:12
**nervous** [5] - 23:12, 23:16, 23:18, 23:22, 23:23
**Never** [1] - 133:14
**never** [66] - 24:16, 45:23, 51:4, 52:17, 52:24, 53:8, 53:11, 54:16, 55:9, 55:21, 56:14, 57:7, 64:25, 65:19, 70:21, 71:21, 71:22, 71:23, 81:22, 84:14, 86:13, 86:16, 86:25, 89:2, 90:15, 100:3, 100:5, 111:5, 130:21, 131:25, 132:18, 132:19, 133:7, 133:10, 133:11, 133:13, 133:19, 133:25, 134:8, 134:23, 137:19, 139:7, 141:22, 157:21, 158:16, 158:17, 158:18, 158:19, 158:23, 160:24, 161:6, 163:23, 163:25, 165:16, 165:22, 166:17, 166:22, 166:23, 168:24, 169:24,

174:6, 184:3, 184:10, 189:16, 192:4, 192:8
**New** [17] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:19, 8:8, 8:9, 20:23, 21:6, 21:15, 21:22, 197:23, 199:4
**NEW** [2] - 1:2, 197:4
**next** [10] - 42:25, 76:22, 120:23, 123:2, 123:5, 126:21, 126:25, 137:20, 167:9
**nice** [1] - 80:5
**nicely** [1] - 161:4
**Nichols** [1] - 41:6
**night** [2] - 92:13, 122:21
**nighttime** [1] - 120:6
**nine** [2] - 40:2, 155:16
**nobody** [2] - 83:3, 85:2
**Noe** [1] - 172:14
**NOE** [1] - 1:5
**noise** [1] - 43:13
**none** [6] - 14:22, 17:24, 133:15, 134:2, 136:8, 162:20
**normally** [1] - 64:19
**nose** [1] - 118:22
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:24, 197:23, 199:3
**noted** [1] - 196:20
**nothing** [8] - 23:22, 43:17, 43:23, 44:9, 75:13, 116:13, 162:25, 196:15
**Notice** [1] - 1:21
**notice** [3] - 7:20, 126:9, 149:19
**noticed** [2] - 126:8, 134:24
**Novelties** [2] - 127:13, 127:16
**November** [8] - 60:22, 61:2, 62:20, 63:7, 63:9, 63:10, 64:15
**number** [63] - 23:25, 24:5, 24:9, 24:17, 24:22, 25:9, 25:12, 25:16, 25:19, 25:25, 26:5, 26:12, 27:5, 27:10, 27:13, 27:15, 27:22, 31:14, 31:21, 31:23, 33:2, 33:4, 33:23, 34:4, 34:7, 53:4, 53:10, 53:12, 53:14, 53:18, 53:19,

53:23, 54:20, 54:23, 56:17, 56:20, 56:24, 57:8, 58:17, 58:24, 65:7, 65:17, 66:8, 66:11, 66:24, 67:4, 67:6, 67:7, 67:8, 67:16, 67:20, 71:14, 86:21, 96:11, 97:15, 97:22, 98:10, 98:11, 103:15, 106:11
**Number** [9] - 6:8, 6:11, 10:11, 125:15, 129:5, 129:9, 135:4, 135:8, 148:21
**numbers** [3] - 67:12, 67:13, 156:2

**O**

**oath** [4] - 3:15, 31:25, 125:5, 197:10
**objection** [369] - 9:13, 9:24, 10:20, 11:4, 11:13, 11:20, 12:2, 14:11, 14:15, 16:17, 16:25, 17:11, 17:23, 18:6, 18:9, 18:13, 18:18, 19:16, 19:22, 20:6, 20:18, 20:22, 21:3, 21:7, 21:16, 21:23, 22:5, 22:8, 22:13, 22:18, 22:25, 23:6, 23:9, 23:17, 24:2, 24:6, 24:14, 25:4, 25:13, 25:18, 25:22, 26:3, 26:6, 27:11, 27:16, 27:24, 28:9, 28:14, 28:17, 28:24, 29:3, 29:10, 29:14, 29:17, 29:22, 30:2, 30:11, 30:20, 30:25, 31:10, 31:15, 31:19, 32:3, 32:10, 32:17, 32:22, 33:8, 33:17, 33:25, 34:5, 34:11, 34:17, 35:7, 35:23, 36:15, 36:19, 36:25, 37:12, 37:15, 37:21, 37:25, 38:14, 39:16, 40:20, 41:10, 41:24, 45:11, 45:25, 46:7, 46:14, 46:17, 47:4, 50:11, 50:14, 50:19, 50:25, 51:6, 51:21, 51:24, 52:6, 52:11, 52:16, 52:21, 52:25, 53:6, 53:15, 53:20, 53:25, 54:5, 54:9, 54:15, 54:25, 55:5, 55:11,

55:19, 56:4, 56:12, 56:15, 56:25, 58:18, 59:2, 60:23, 61:3, 61:19, 64:11, 66:12, 67:17, 71:5, 71:13, 71:17, 72:14, 72:24, 74:6, 74:10, 74:23, 75:2, 75:7, 75:10, 75:16, 75:19, 75:22, 76:23, 77:7, 77:20, 77:22, 78:2, 78:6, 78:11, 78:15, 79:13, 79:17, 80:18, 81:10, 83:14, 83:18, 84:8, 84:12, 84:21, 85:4, 85:8, 86:10, 86:18, 87:2, 87:5, 87:11, 88:10, 88:15, 88:21, 89:3, 89:9, 89:15, 89:20, 90:3, 90:7, 90:10, 90:20, 90:24, 91:4, 91:12, 92:6, 92:20, 92:25, 93:22, 94:3, 94:6, 95:5, 95:13, 95:19, 96:12, 96:15, 96:22, 97:4, 97:10, 98:3, 98:8, 98:13, 99:14, 99:19, 99:25, 101:19, 102:18, 102:24, 103:4, 103:11, 103:16, 103:21, 104:9, 104:15, 104:19, 105:6, 105:10, 105:14, 105:17, 105:23, 105:25, 106:5, 106:8, 106:12, 106:16, 106:23, 107:4, 107:7, 107:13, 107:24, 108:4, 108:11, 108:14, 108:18, 108:22, 109:2, 109:8, 109:14, 109:24, 110:11, 110:16, 110:21, 111:11, 111:15, 112:3, 112:17, 112:19, 112:25, 113:6, 113:9, 114:3, 114:8, 114:14, 114:17, 114:23, 114:25, 116:9, 117:3, 118:8, 119:11, 119:16, 119:20, 120:13, 120:17, 122:4, 122:8, 122:17, 126:7, 128:3, 128:7, 128:11, 128:17, 128:20, 130:25, 131:6, 131:14, 133:3, 133:20, 137:10,

138:5, 138:25, 139:9, 139:14, 140:3, 140:10, 140:18, 141:16, 141:21, 142:2, 142:8, 142:13, 142:17, 142:22, 142:25, 143:10, 143:23, 145:8, 145:23, 146:4, 146:15, 146:24, 147:14, 147:22, 148:5, 149:25, 151:2, 151:11, 151:18, 151:21, 153:7, 156:5, 156:10, 158:4, 160:19, 162:16, 163:11, 163:14, 163:21, 164:23, 165:4, 165:8, 165:18, 166:3, 166:7, 166:21, 167:5, 167:14, 167:18, 168:2, 168:8, 168:12, 168:19, 169:14, 169:25, 170:9, 171:15, 173:6, 175:5, 175:8, 175:16, 176:9, 176:13, 179:10, 179:21, 180:11, 180:15, 180:19, 180:25, 183:4, 183:12, 183:20, 184:16, 184:23, 185:5, 185:13, 185:25, 186:7, 186:13, 186:24, 187:6, 188:6, 188:12, 188:17, 189:21, 191:5, 191:11, 191:23, 192:9, 192:24, 193:5, 193:13, 193:17, 194:6, 194:8, 196:12

**Objection** [9] - 11:17, 18:24, 92:8, 92:14, 123:9, 133:9, 144:4, 145:13, 187:17

**objections** [1] - 3:9

**obligated** [1] - 26:22

**obligation** [2] - 13:4, 117:10

**occasion** [2] - 101:3, 188:7

**occurred** [1] - 8:21

**occurs** [1] - 17:9

**October** [8] - 61:7, 68:21, 68:22, 68:25, 69:16, 90:19, 90:23, 199:17

**OF** [6] - 1:2, 2:4, 2:8, 2:13, 197:4, 197:6

**offer** [3] - 194:22, 195:4, 195:6

**offering** [1] - 110:8

**office** [4] - 66:3, 117:6, 173:23, 173:25

**officer** [1] - 3:14

**OFFICES** [3] - 2:4, 2:8, 2:13

**often** [3] - 11:19, 11:22, 39:4

**old** [6] - 38:7, 38:10, 38:18, 39:25, 40:3, 74:18

**once** [5] - 12:3, 57:5, 77:11, 185:18, 188:15

**One** [1] - 155:15

**one** [71] - 1:18, 19:17, 19:19, 22:2, 33:5, 33:7, 33:18, 33:21, 37:23, 38:10, 38:22, 47:11, 51:16, 53:7, 54:10, 54:19, 54:23, 57:6, 58:19, 58:20, 58:25, 59:3, 70:15, 70:17, 70:19, 70:21, 71:23, 73:9, 75:23, 81:16, 84:2, 91:15, 93:23, 95:24, 96:17, 96:19, 97:16, 101:9, 101:13, 112:22, 114:2, 114:4, 115:5, 126:12, 126:17, 126:21, 126:25, 127:5, 127:6, 127:9, 127:12, 132:14, 137:22, 141:13, 145:5, 150:18, 150:22, 152:12, 153:6, 155:16, 158:22, 159:3, 169:6, 173:10, 179:12, 184:10, 184:12, 188:4, 191:7, 191:8

**one-and-a-half** [1] - 155:16

**ones** [11] - 21:19, 48:21, 86:23, 94:19, 130:3, 130:7, 130:8, 147:23, 151:12, 154:6, 168:4

**opportunity** [3] - 43:6, 149:6, 196:5

**order** [5] - 1:21, 81:8, 86:19, 110:15, 110:19

**ordered** [1] - 189:16

**orders** [1] - 112:22

**origin** [1] - 20:11

**Osmar** [18] - 5:4, 16:8, 101:21, 101:23,

101:24, 102:2, 102:16, 135:2, 135:16, 135:22, 135:25, 136:9, 136:20, 137:8, 137:9, 137:24, 137:25, 198:14

**OSMAR** [1] - 1:4, 1:18, 197:8

**osmar** [3] - 4:16, 197:17, 198:4

**otherwise** [1] - 9:17

**ourselves** [1] - 165:10

**outcome** [1] - 199:15

**outside** [4] - 122:21, 123:8, 185:23, 186:5

**overplay** [1] - 174:17

**overtime** [59] - 71:20, 132:16, 133:13, 133:16, 138:24, 139:7, 139:12, 140:2, 141:14, 141:23, 141:24, 142:4, 142:7, 152:18, 152:22, 153:6, 153:11, 153:19, 154:9, 154:10, 155:4, 155:10, 155:20, 155:22, 156:2, 156:3, 156:16, 164:19, 166:13, 166:17, 167:4, 167:12, 167:17, 167:25, 168:6, 168:11, 168:17, 168:18, 168:24, 168:25, 169:5, 170:6, 170:7, 170:8, 171:4, 171:13, 179:7, 179:9, 190:12, 190:25, 191:10, 191:22, 192:16, 193:4, 193:9, 193:10, 193:20, 194:5

**owe** [2] - 89:11, 158:12

**owed** [1] - 70:15

**own** [6] - 35:4, 94:18, 116:15, 159:15, 159:18

**owner** [10] - 73:18, 83:5, 83:8, 83:13, 83:16, 83:20, 83:22, 84:23, 150:23, 182:24

**owners** [5] - 183:6, 183:8, 183:14, 183:22

**owns** [3] - 35:6, 73:11, 85:2

## P

**P.C** [1] - 2:17

**p.m** [15] - 91:25, 92:2, 92:9, 93:5, 93:16, 125:2, 152:5, 178:8, 187:25, 195:16, 196:20

**pace** [1] - 123:17

**page** [3] - 138:11, 149:3, 153:2

**PAGE** [4] - 198:3, 198:7, 200:5

**pages** [1] - 152:15

**Pagoada** [20] - 4:16, 4:20, 5:4, 6:10, 6:17, 6:24, 44:12, 48:13, 49:10, 102:5, 102:17, 125:4, 135:6, 135:25, 136:9, 137:9, 138:2, 148:23, 196:4, 198:4

**PAGOADA** [4] - 1:5, 1:18, 197:8, 197:17

**Pagoada's** [7] - 6:7, 26:11, 125:14, 129:3, 198:8, 198:10, 198:12

**paid** [56] - 22:7, 45:2, 70:9, 70:18, 70:19, 70:24, 84:19, 88:6, 99:12, 111:5, 121:4, 131:22, 131:25, 132:7, 132:16, 132:20, 133:10, 133:11, 133:13, 133:16, 133:25, 134:3, 134:8, 138:14, 138:16, 138:19, 138:21, 139:12, 139:25, 140:4, 140:7, 142:7, 153:9, 158:17, 158:19, 164:21, 166:13, 166:15, 167:17, 167:24, 168:6, 168:24, 168:25, 169:7, 170:6, 180:23, 185:11, 185:17, 186:4, 186:19, 187:16, 190:25, 191:9, 191:21, 192:16, 194:4

**paving** [5] - 60:19, 60:25, 61:15, 68:10, 69:9

**PAVING** [1] - 1:10

**pay** [60] - 22:10, 22:12, 24:19, 35:10, 35:12, 40:14, 40:18, 40:23, 41:3, 45:3, 47:7, 48:15, 52:3, 70:17, 70:24, 71:9, 71:15, 88:4, 89:4, 89:5, 89:10, 93:18, 111:4, 115:17, 129:3, 129:25, 130:18, 132:3, 132:4, 132:24, 133:8, 133:12, 136:8, 140:8, 140:17, 141:12, 141:14, 142:11, 142:12,

**passport** [22] - 5:9, 5:23, 6:7, 6:18, 7:22, 8:3, 8:21, 8:25, 9:3, 9:4, 10:2, 10:6, 10:7, 10:11, 10:14, 10:15, 10:16, 10:18, 10:22, 11:3, 173:13, 198:9

**PATRICK** [1] - 2:8

**Patrick** [3] - 17:5, 43:2, 121:5

**pATRICK's** [1] - 2:11

**Patrick's** [1] - 15:18

**Pave** [5] - 44:14, 44:15, 46:20, 46:21, 46:22

**Pave-Co** [5] - 44:14, 44:15, 46:20, 46:21, 46:22

**Paving** [60] - 31:20, 32:25, 33:6, 40:11, 60:14, 60:18, 61:10, 64:10, 64:14, 67:22, 68:6, 68:19, 70:9, 71:20, 71:25, 83:6, 83:13, 83:22, 83:24, 84:5, 84:7, 84:13, 84:20, 84:22, 84:24, 85:2, 86:4, 87:10, 88:8, 88:19, 89:24, 94:24, 95:4, 98:15, 99:23, 110:24, 111:2, 127:2, 130:11, 130:15, 137:8, 147:15, 148:9, 150:14, 167:13, 167:21, 167:24, 168:20, 170:7, 173:22, 174:19, 181:21, 181:24, 182:3, 182:6, 182:13, 183:8, 184:9, 190:7

**paper** [3] - 43:24, 44:3, 159:13

**papers** [4] - 86:20, 86:24, 86:25, 87:4

**parties** [2] - 3:5, 199:13

**partner** [6] - 36:2, 36:3, 36:4, 36:6, 36:7, 36:10

145:4, 146:11, 146:14, 148:19, 152:9, 152:24, 153:12, 165:13, 170:7, 179:7, 179:9, 179:18, 179:20, 179:25, 182:20, 183:23, 186:2, 191:6, 192:4, 198:12, 198:17
**payable** [2] - 135:2, 198:14
**paycheck** [4] - 181:11, 191:25, 192:19, 193:3
**paychecks** [3] - 132:19, 141:20, 192:22
**Payco** [28] - 47:5, 47:6, 47:8, 47:22, 48:21, 58:16, 59:5, 60:2, 60:12, 94:2, 94:7, 126:8, 126:15, 126:19, 129:3, 129:17, 129:19, 130:2, 148:18, 149:13, 149:14, 149:17, 149:18, 150:9, 150:23, 152:17, 198:12, 198:16
**paying** [5] - 40:24, 131:18, 145:2, 158:21, 176:2
**pays** [1] - 47:17
**pen** [1] - 47:2
**penalties** [2] - 32:2, 32:4
**pencil** [1] - 47:2
**pending** [1] - 17:18
**Pennsylvania** [3] - 4:18, 34:22, 34:23
**people** [19] - 22:3, 23:14, 28:21, 28:22, 82:24, 102:7, 115:7, 115:13, 116:22, 117:7, 144:23, 159:20, 159:23, 160:2, 160:4, 161:3, 164:8, 164:11, 173:10
**per** [6] - 35:18, 59:10, 60:5, 67:21, 132:11, 144:18
**PEREZ** [1] - 1:6
**Perfection** [1] - 40:11
**perfectly** [1] - 33:19
**period** [2] - 178:7
**permit** [2] - 20:10, 27:13
**person** [11] - 24:25,

25:6, 65:9, 80:6, 112:7, 119:19, 119:25, 120:4, 172:13, 174:9, 192:17
**persons** [1] - 94:18
**perusing** [1] - 149:5
**phone** [3] - 42:8, 67:14, 67:15
**phonetic** [1] - 83:10
**physical** [2] - 72:10, 72:22
**physically** [2] - 76:12, 89:13
**pick** [1] - 118:22
**picture** [2] - 6:25, 7:3
**pineapple** [1] - 189:14
**pizza** [6] - 188:24, 189:2, 189:4, 189:6, 189:13, 189:16
**place** [5] - 1:22, 57:3, 91:18, 100:18, 113:20
**places** [1] - 94:5
**Plaintiff's** [1] - 135:8
**Plaintiffs** [5] - 1:7, 1:18, 2:4, 2:9, 2:13
**plane** [1] - 8:23
**play** [10] - 30:22, 134:16, 162:15, 162:17, 162:18, 163:7, 163:23, 163:25, 164:7, 193:14
**played** [5] - 162:24, 163:5, 164:2, 189:19, 189:23
**playing** [7] - 31:3, 31:12, 62:11, 62:13, 62:16, 120:12, 162:22
**pleasant** [1] - 50:13
**PLLC** [1] - 2:4
**plus** [1] - 166:24
**pocket** [11] - 41:22, 42:11, 42:14, 42:15, 42:17, 43:4, 43:7, 43:11, 43:20, 43:25
**pockets** [5] - 43:18, 43:23, 44:3, 44:5, 44:10
**point** [1] - 153:22
**policies** [1] - 172:2
**Port** [8] - 63:13, 63:15, 63:25, 94:2, 98:20, 98:23, 99:2, 127:10
**pose** [1] - 121:15
**Powell** [6] - 127:2, 148:18, 150:13, 150:21, 150:22, 198:16
**Power** [4] - 181:21,

181:24, 182:3, 182:6
**PRACELIS** [1] - 1:4
**Practice** [1] - 1:20
**preparation** [1] - 16:2
**prepare** [1] - 15:22
**PRESENT** [3] - 2:6, 2:15, 2:23
**pretty** [4] - 55:10, 162:7, 162:8, 162:9
**prevailing** [20] - 70:17, 70:20, 131:19, 131:21, 131:22, 132:2, 132:4, 132:6, 132:11, 132:17, 132:21, 133:12, 133:14, 154:5, 154:6, 154:8, 179:23, 179:24, 180:3, 184:11
**privileged** [4] - 48:2, 85:18, 85:22, 104:20
**problem** [4] - 118:12, 124:17, 173:8, 173:9
**procedure** [1] - 48:4
**Professional** [1] - 1:23
**projects** [3] - 89:23, 90:6, 190:22
**pronounce** [2] - 4:20, 40:12
**proof** [1] - 194:22
**propane** [2] - 77:15, 91:17
**propanes** [1] - 78:16
**proud** [4] - 150:24, 151:5, 151:6, 151:9
**provide** [13] - 12:23, 13:8, 24:4, 24:8, 25:16, 33:23, 38:23, 38:25, 57:9, 117:14, 119:4, 182:14, 182:16
**provided** [5] - 5:22, 24:16, 32:24, 34:4, 152:10
**Public** [3] - 1:24, 197:23, 199:3
**pull** [3] - 41:22, 42:4, 42:3
**pulled** [1] - 43:10
**pulling** [1] - 41:21
**purchase** [1] - 25:24
**pursuant** [1] - 1:19
**put** [11] - 26:18, 77:11, 77:12, 77:13, 77:14, 77:15, 83:24, 91:16, 112:4, 137:16, 137:25
**putting** [2] - 124:4, 159:25

**Q**

**Queens** [3] - 26:8, 29:5, 29:9
**queens** [1] - 29:4
**questions** [50] - 4:4, 12:8, 12:12, 12:14, 12:20, 12:24, 13:25, 14:3, 14:24, 15:5, 18:23, 19:7, 23:20, 26:10, 26:13, 42:2, 44:6, 66:22, 74:9, 74:21, 74:22, 75:24, 76:4, 106:25, 107:23, 109:20, 110:3, 116:12, 118:11, 118:15, 118:19, 118:24, 119:4, 119:8, 119:18, 120:21, 121:2, 121:15, 121:17, 121:20, 122:2, 122:13, 122:18, 122:25, 123:14, 124:5, 153:24, 167:9, 177:4
**quiet** [1] - 137:4
**QUINTANILLA** [2] - 1:3, 1:5
**Quintanilla** [8] - 37:2, 37:3, 37:4, 37:6, 49:14, 49:19, 73:13, 79:10
**Quintanilla's** [1] - 37:13
**QUINTEROS** [1] - 1:6

**R**

**rag** [1] - 151:19
**rained** [3] - 156:24, 157:4, 176:8
**raining** [3] - 157:7, 157:11, 157:12
**Ralph** [12] - 87:12, 87:14, 87:17, 88:2, 88:4, 94:2, 94:10, 94:12, 98:16, 98:20, 150:10, 150:21
**rambling** [1] - 116:7
**rate** [8] - 130:10, 131:17, 132:11, 132:17, 132:21, 142:12, 170:7
**rates** [4] - 131:19, 131:22, 132:2, 179:24
**rather** [2] - 189:2, 194:20
**read** [5] - 137:23,

140:23, 140:25, 154:25, 197:9
**ready** [3] - 13:24, 14:2, 136:18
**realized** [2] - 88:23, 113:18
**really** [28] - 6:25, 7:6, 7:10, 21:21, 29:11, 41:19, 60:16, 61:5, 61:6, 61:14, 80:16, 81:7, 83:25, 90:25, 95:21, 101:6, 122:7, 134:16, 146:9, 147:10, 149:21, 164:24, 172:17, 186:11, 188:4, 188:19, 192:8, 192:13
**REASON** [10] - 200:7, 200:9, 200:11, 200:13, 200:15, 200:17, 200:19, 200:21, 200:23, 200:25
**reason** [9] - 13:19, 13:23, 14:4, 14:19, 52:23, 84:10, 118:18, 136:19
**reasonable** [2] - 194:23, 194:24
**reasons** [1] - 200:4
**receive** [9] - 70:14, 71:19, 97:8, 97:13, 152:18, 152:19, 167:12, 168:18, 171:23
**received** [24] - 9:11, 10:2, 10:22, 11:3, 40:18, 40:23, 70:11, 71:3, 97:3, 129:19, 130:2, 130:10, 130:14, 131:5, 139:7, 168:11, 168:17, 169:5, 171:4, 171:13, 179:9, 193:3, 193:20, 194:4
**receiving** [3] - 10:10, 179:6, 179:8
**recess** [9] - 5:18, 6:4, 43:15, 48:11, 100:19, 124:25, 134:11, 154:4, 195:15
**record** [12] - 4:15, 5:20, 26:18, 48:24, 49:2, 120:7, 124:4, 125:3, 134:17, 197:12, 197:13, 199:9
**records** [1] - 26:12
**reflect** [2] - 5:21, 120:8
**reflected** [1] - 166:14

**refusing** [1] - 121:10
**regarding** [2] - 26:11, 26:14
**registered** [1] - 73:15
**regular** [7] - 133:11, 133:13, 142:12, 154:6, 155:3, 155:4, 155:8
**reject** [1] - 26:16
**related** [1] - 199:12
**remaining** [1] - 48:15
**remember** [98] - 7:6, 15:20, 16:24, 19:6, 20:24, 22:14, 22:15, 22:17, 22:22, 23:2, 23:4, 23:7, 25:19, 29:6, 31:23, 34:2, 34:3, 34:7, 34:15, 35:8, 60:16, 60:20, 61:6, 61:7, 63:19, 63:23, 64:7, 64:8, 64:12, 64:20, 67:11, 67:12, 67:24, 68:4, 68:23, 87:19, 89:22, 90:2, 90:5, 90:25, 91:5, 91:10, 99:4, 103:6, 103:9, 103:13, 103:18, 114:2, 117:8, 117:13, 117:17, 127:21, 127:22, 127:25, 128:2, 128:6, 130:6, 130:13, 130:17, 131:3, 132:15, 133:21, 133:22, 146:9, 146:18, 148:11, 148:15, 159:19, 159:21, 159:22, 160:4, 164:13, 166:6, 171:25, 175:14, 177:25, 178:22, 178:23, 178:24, 179:2, 179:4, 179:5, 179:6, 188:13, 190:11, 190:14, 190:16, 190:20, 190:21, 191:22, 193:6, 193:7, 193:18, 194:3, 194:7
**remind** [1] - 100:13
**reminded** [1] - 101:14
**Renato** [12] - 65:13, 65:14, 65:15, 65:16, 65:20, 65:23, 66:4, 95:9, 95:17, 95:22, 96:10, 164:14
**Renato's** [1] - 97:15
**rent** [2] - 35:10,

35:12
**repeat** [1] - 19:12
**report** [1] - 99:17
**reported** [1] - 45:23
**Reporter** [1] - 1:24
**require** [1] - 169:12
**required** [1] - 12:23
**reserved** [1] - 3:10
**respective** [1] - 3:5
**response** [27] - 14:12, 19:23, 21:10, 27:6, 30:21, 51:14, 78:13, 104:2, 107:8, 108:15, 109:9, 116:17, 121:9, 128:12, 129:12, 136:23, 137:2, 137:11, 140:12, 140:20, 151:7, 157:15, 169:9, 175:17, 180:8, 192:10, 193:21
**responses** [3] - 116:6, 119:6, 119:8
**responsibility** [2] - 170:24, 170:25
**rest** [7] - 86:5, 86:8, 163:1, 163:23, 164:14, 186:16, 186:17
**retaining** [1] - 7:17
**retaliation** [1] - 88:8
**return** [6] - 45:10, 45:24, 50:21, 50:24, 145:16, 147:4
**returns** [5] - 99:18, 103:20, 145:7, 145:12, 148:3
**reviewing** [5] - 125:20, 135:11, 172:14, 173:19, 174:10
**rice** [1] - 58:8
**ride** [2] - 22:10, 186:22
**rights** [1] - 195:23
**risers** [1] - 77:15
**RIVERA** [1] - 1:5
**RL** [6] - 126:23, 127:4, 127:7, 148:18, 150:16, 198:16
**Road** [2] - 2:9, 41:6
**Rodriguez** [1] - 80:2
**RODRIGUEZ** [1] - 1:6
**Ronald** [3] - 159:4, 159:6, 159:7
**ronald** [1] - 159:5
**roughly** [6] - 29:8, 63:21, 156:3, 156:8,

156:12, 156:15
**row** [1] - 134:14
**Rules** [1] - 1:21
**rules** [1] - 171:20

# S

**salary** [1] - 69:4
**salt** [1] - 173:5
**salty** [1] - 189:9
**Samuel** [1] - 35:9
**sandwich** [2] - 81:2, 188:11
**sandwiches** [4] - 80:7, 186:6, 187:5, 188:5
**sat** [2] - 185:23, 186:5
**SAUL** [1] - 2:20
**save** [1] - 143:19
**saved** [2] - 143:22, 144:8
**saw** [16] - 16:4, 40:4, 43:24, 101:6, 128:4, 141:24, 159:15, 159:17, 160:24, 161:3, 163:23, 163:25, 166:23, 173:12, 174:6
**school** [2] - 74:13, 74:16
**sealing** [1] - 3:6
**search** [1] - 42:12
**season** [24] - 60:13, 60:15, 60:17, 60:19, 60:25, 61:15, 61:23, 61:24, 62:4, 62:7, 62:8, 62:9, 62:18, 63:4, 64:3, 64:4, 64:21, 65:2, 69:10, 69:15, 87:24, 176:12, 176:14
**second** [2] - 126:17, 135:8
**Security** [39] - 23:24, 24:5, 24:9, 24:17, 24:21, 25:9, 25:12, 25:25, 26:5, 26:11, 27:5, 27:10, 27:13, 27:15, 27:21, 28:8, 31:13, 32:25, 33:4, 33:23, 34:4, 53:4, 53:10, 53:12, 53:14, 53:18, 53:19, 53:23, 54:20, 54:23, 56:17, 56:20, 56:23, 57:8, 58:16, 58:24, 86:20, 103:14, 106:11
**see** [31] - 41:8,

156:2, 152:22, 153:2, 155:2, 155:11, 162:21, 163:3, 165:12, 165:13, 173:12, 174:2, 177:17, 192:6, 192:7, 194:22, 195:5
**seem** [1] - 150:24
**send** [9] - 39:3, 39:5, 39:7, 39:11, 73:22, 84:16, 143:8, 144:5, 188:4
**sending** [1] - 144:2
**sent** [4] - 143:17, 147:16, 156:25, 157:13
**separate** [1] - 10:18
**September** [7] - 1:14, 9:9, 44:16, 61:5, 61:7, 129:22, 197:11
**series** [1] - 167:9
**serious** [3] - 104:11, 104:12, 104:14
**Services** [1] - 96:25
**set** [2] - 199:6, 199:16
**seven** [2] - 154:4, 154:5
**sexual** [1] - 36:6
**shall** [1] - 3:10
**sharp** [1] - 142:24
**shaved** [1] - 23:8
**SHEET** [1] - 200:2
**shoes** [2] - 161:19, 161:21
**shop** [17] - 44:19, 44:23, 68:8, 68:13, 73:19, 74:2, 76:8, 78:9, 78:22, 80:12, 82:9, 82:24, 113:15, 116:22, 173:21, 186:21, 186:22
**short** [6] - 40:17, 44:25, 46:2, 100:12, 152:2, 189:24
**show** [15] - 125:17, 129:7, 132:24, 133:15, 134:3, 135:6, 142:6, 148:23, 152:22, 167:16, 168:13, 172:11, 173:15, 174:7, 191:13
**showed** [16] - 166:18, 167:3,

167:17, 168:5, 168:16, 168:17, 168:23, 169:4, 169:6, 170:6, 171:3, 191:8, 191:14, 193:3, 193:19
**shows** [2] - 152:12, 179:8
**shut** [2] - 136:22, 136:25
**si** [4] - 37:17, 140:21, 163:13, 163:16
**sick** [2] - 157:19, 157:21
**side** [2] - 99:23, 100:5
**signed** [2] - 3:13, 3:16
**Signed** [1] - 197:21
**simply** [1] - 12:14
**sister** [1] - 37:11
**sit** [1] - 170:25
**site** [12] - 79:23, 81:14, 90:9, 90:12, 90:13, 90:15, 112:2, 112:24, 113:24, 162:22, 184:22, 189:17
**sitting** [1] - 42:25
**six** [3] - 38:10, 115:7, 166:24
**sixth** [1] - 74:19
**size** [1] - 151:25
**skinny** [1] - 173:14
**slow** [2] - 69:21, 74:20
**slowing** [2] - 69:13, 94:21
**slowly** [1] - 70:7
**small** [1] - 56:13
**smile** [1] - 151:8
**smiling** [1] - 195:9
**sneakers** [4] - 142:16, 142:20, 143:17, 151:10
**soccer** [6] - 161:17, 161:19, 162:15, 162:22, 189:20, 189:23
**Social** [42] - 23:24, 24:5, 24:9, 24:17, 24:21, 25:9, 25:12, 25:24, 26:4, 26:11, 27:4, 27:10, 27:12, 27:14, 27:21, 28:5, 28:7, 31:13, 32:25, 33:4, 33:23, 34:4, 34:6, 53:4, 53:10, 53:11, 53:14, 53:17, 53:19, 53:22, 54:20, 54:22, 56:17, 56:20,

56:23, 57:8, 58:16, 58:24, 86:20, 96:25, 103:14, 106:11
**someone** [7] - 7:12, 28:7, 28:11, 32:18, 65:4, 145:22, 180:20
**sometime** [1] - 164:5
**Sometimes** [2] - 66:6, 153:14
**sometimes** [35] - 56:3, 56:7, 56:10, 59:14, 59:15, 65:5, 66:2, 73:21, 77:10, 79:11, 80:2, 80:14, 80:15, 80:19, 80:20, 80:21, 81:17, 82:6, 82:15, 82:16, 84:16, 84:17, 93:17, 99:9, 102:3, 107:20, 128:24, 144:23, 147:4, 153:14, 156:25, 157:4, 157:12, 188:16
**son** [6] - 118:16, 143:9, 143:18, 144:3, 182:22, 182:25
**son's** [1] - 83:24
**sorry** [2] - 12:17, 179:19
**Spanish** [6] - 4:2, 4:5, 4:6, 79:4, 140:25, 141:3
**speaking** [2] - 16:5, 119:14
**speaks** [1] - 195:8
**specific** [1] - 177:7
**spent** [1] - 89:17
**split** [1] - 22:4
**spoken** [6] - 66:17, 85:9, 85:21, 86:2, 96:17, 105:2
**ss** [1] - 197:5
**stable** [2] - 99:9, 99:11
**stamp** [2] - 7:25, 8:25
**stampings** [1] - 7:21
**stamps** [3] - 97:9, 97:12, 97:13
**standard** [1] - 48:4
**standing** [2] - 112:10, 112:12
**start** [10] - 62:3, 63:14, 63:16, 63:21, 68:24, 69:21, 70:6, 87:16, 87:23, 90:5
**started** [14] - 40:16, 60:13, 60:18, 61:4, 61:17, 62:4, 63:20, 65:2, 67:22, 68:18,

90:8, 90:15, 98:16, 157:12
**starting** [2] - 40:21, 69:12
**starts** [2] - 63:4, 69:15
**STATE** [1] - 197:4
**State** [6] - 1:24, 27:20, 70:16, 131:19, 197:23, 199:4
**state** [2] - 4:14, 20:20
**statements** [1] - 120:19
**States** [13] - 8:10, 8:12, 8:15, 8:18, 9:12, 9:23, 10:4, 20:17, 20:21, 20:25, 24:20, 102:22, 110:19
**states** [2] - 21:9, 21:14
**STATES** [1] - 1:2
**stay** [2] - 77:18, 176:24
**still** [12] - 16:22, 39:18, 46:16, 69:22, 70:4, 70:5, 97:18, 125:5, 125:7, 128:5, 144:2
**STIPULATED** [3] - 3:3, 3:8, 3:12
**stipulation** [1] - 26:20
**stop** [11] - 44:4, 62:11, 64:19, 74:21, 80:14, 80:22, 87:25, 122:3, 185:20, 186:18, 193:14
**stopped** [1] - 185:9
**story** [1] - 138:4
**straight** [2] - 113:21, 113:22
**street** [4] - 28:16, 29:7, 41:5, 178:4
**street's** [1] - 178:5
**stub** [15] - 40:14, 47:19, 125:21, 125:23, 132:24, 135:2, 135:12, 135:13, 140:9, 153:12, 166:23, 191:13, 192:13, 198:14
**stubs** [38] - 47:7, 47:18, 48:15, 48:20, 50:22, 126:3, 126:6, 129:3, 129:15, 129:16, 129:18, 129:25, 130:19, 131:10, 133:8, 136:8,

137:17, 140:17, 141:13, 141:14, 148:19, 149:10, 149:11, 149:12, 149:13, 149:14, 149:15, 149:17, 149:18, 150:6, 150:7, 150:8, 150:13, 152:9, 191:16, 191:17, 192:5, 198:12, 198:17
**studied** [1] - 192:8
**stupid** [3] - 120:10, 120:11, 153:24
**Subaru** [1] - 73:9
**subject** [1] - 32:2
**subscribed** [1] - 197:21
**sUFFOLK** [1] - 1:10
**Suffolk** [68] - 31:20, 32:25, 33:6, 60:14, 60:18, 61:4, 61:10, 61:16, 61:20, 61:22, 64:10, 64:14, 67:19, 67:22, 68:6, 68:19, 70:8, 71:20, 71:25, 83:6, 83:13, 83:22, 84:3, 84:5, 84:7, 84:11, 84:13, 84:15, 84:20, 84:22, 84:24, 85:2, 86:4, 87:10, 88:8, 88:19, 89:24, 94:24, 95:4, 98:15, 99:23, 102:8, 110:24, 111:2, 130:10, 130:15, 137:7, 147:15, 147:23, 148:9, 158:9, 160:6, 160:22, 167:13, 167:19, 167:21, 167:24, 168:20, 170:7, 173:22, 174:19, 178:20, 179:7, 182:13, 183:7, 184:9, 190:7
**SUFFOLK** [1] - 1:10
**suing** [22] - 84:11, 110:23, 111:2, 111:6, 111:9, 111:14, 111:19, 118:21, 158:8, 158:10, 174:19, 174:23, 179:17, 179:20, 182:19, 182:22, 183:2, 183:10, 183:15, 183:18, 190:6, 190:10
**suit** [1] - 10:16
**Sunrise** [2] - 1:15, 2:18
**supposed** [3] -

111:24, 111:25, 140:6
**surprised** [1] - 122:16
**switch** [1] - 81:17
**sworn** [5] - 3:14, 3:16, 4:3, 4:9, 199:6

# T

**tax** [11] - 26:12, 45:9, 45:24, 48:16, 99:18, 103:20, 125:22, 145:7, 145:12, 145:16, 148:3
**taxes** [4] - 24:19, 26:12, 47:21, 97:6
**tear** [1] - 115:14
**telephone** [8] - 43:12, 65:7, 65:17, 66:8, 66:10, 66:24, 96:11
**ten** [9] - 81:8, 139:15, 139:18, 139:21, 139:22, 155:12, 185:10, 188:2
**tend** [2] - 56:5, 56:6
**terminated** [1] - 88:8
**terms** [1] - 26:19
**test** [1] - 26:22
**testified** [17] - 4:11, 25:11, 77:18, 79:10, 80:16, 92:24, 111:18, 112:16, 113:7, 113:25, 130:9, 165:21, 166:2, 166:16, 176:20, 193:11, 194:3
**testify** [1] - 168:10
**testifying** [3] - 130:13, 193:7, 193:18
**TESTIMONY** [1] - 198:2
**testimony** [16] - 13:21, 14:6, 14:20, 25:3, 76:7, 86:9, 118:7, 140:11, 140:13, 158:20, 166:12, 168:25, 197:9, 197:12, 199:5, 199:9
**Testimony** [1] - 1:21
**THAT** [3] - 199:5, 199:8, 199:14
**THE** [4] - 43:12, 49:12, 196:16, 196:19
**there..** [1] - 191:7
**they've** [1] - 147:6
**thinks** [2] - 62:15, 85:20

**thinner** [3] - 7:7, 173:2, 173:7
**thirteen** [1] - 155:15
**thirty** [4] - 38:19, 154:4, 154:5, 155:8
**thirty-eight** [1] - 155:8
**thirty-seven** [2] - 154:4, 154:5
**three** [12] - 40:5, 105:5, 127:25, 144:11, 146:19, 146:20, 147:17, 153:13, 183:6, 183:14, 183:21, 183:23
**threw** [1] - 159:2
**throw** [1] - 115:15
**time-and-a-half** [2] - 132:20, 134:4
**title** [1] - 68:5
**TO** [1] - 198:2
**today** [19] - 6:16, 12:13, 13:21, 14:21, 15:5, 17:6, 17:22, 17:25, 19:3, 19:15, 31:25, 32:14, 32:15, 49:23, 123:6, 144:24, 163:10, 166:17, 196:15
**together** [4] - 37:23, 79:20, 160:3, 182:9
**Tommy** [9] - 66:2, 66:4, 82:15, 82:21, 82:24, 114:11, 116:21, 117:5, 137:20
**tomorrow** [1] - 79:8
**took** [6] - 100:21, 100:23, 157:21, 184:14, 184:21, 185:3
**tools** [3] - 77:12, 77:13
**topics** [1] - 26:14
**tore** [2] - 159:2, 159:13
**total** [1] - 71:14
**towards** [4] - 44:16, 44:18, 60:12, 60:17
**train** [1] - 121:14
**transcript** [3] - 197:9, 197:11, 199:8
**transferred** [1] - 43:19
**translating** [1] - 123:6
**travel** [10] - 8:14, 8:17, 9:11, 9:22, 10:10, 11:2, 89:8, 111:9, 111:14, 184:15
**traveled** [1] - 8:3,

8:4, 9:23
**treated** [4] - 161:4, 161:8, 181:3, 181:17
**trial** [2] - 3:11, 191:19
**TRIAL** [1] - 1:17
**truck** [13] - 77:14, 77:19, 78:4, 78:17, 79:22, 79:24, 81:13, 91:17, 112:5, 112:7, 162:25, 163:8, 164:6
**trucks** [3] - 78:9, 113:24, 172:6
**true** [8] - 28:4, 93:11, 122:19, 138:23, 152:14, 197:11, 197:14, 199:8
**trust** [1] - 123:25
**truth** [16] - 23:19, 32:6, 32:7, 41:8, 41:14, 49:4, 49:11, 62:17, 100:14, 101:15, 116:10, 119:13, 119:15, 120:15, 125:8, 166:19
**truthful** [1] - 13:20, 14:5, 14:20
**truthfully** [2] - 19:11, 23:21
**try** [4] - 20:4, 29:13, 29:16, 29:25
**trying** [3] - 72:19, 121:14, 121:22
**TULIO** [1] - 1:6
**turkey** [1] - 188:22
**turn** [1] - 51:9
**turned** [1] - 147:12
**twelve** [2] - 93:17, 164:20
**twenty** [10] - 67:23, 68:3, 69:2, 77:10, 130:16, 139:24, 142:4, 154:13, 155:9, 155:10
**twenty-and-some** [1] - 69:2
**twenty-something** [1] - 67:23
**twenty-two** [3] - 139:24, 142:4, 154:13
**twice** [3] - 32:9, 32:16, 164:3
**two** [19] - 38:4, 67:5, 67:12, 67:13, 139:24, 142:4, 144:10, 144:12, 144:14, 153:13, 154:4, 154:6, 154:13, 162:24, 163:5, 178:14, 178:16, 179:3

## U

**uncomfortable** [2] - 30:24, 31:7
**under** [5] - 13:13, 13:16, 31:25, 125:5, 197:10
**understood** [11] - 13:10, 114:9, 114:15, 115:4, 116:25, 117:7, 117:16, 117:19, 117:23, 118:9, 174:16
**unemployment** [1] - 96:21
**union** [8] - 83:23, 84:2, 86:5, 86:6, 86:12, 86:13, 86:17, 86:24
**unit** [1] - 172:6
**united** [1] - 150:22
**United** [13] - 8:10, 8:12, 8:15, 8:18, 9:12, 9:23, 10:3, 20:16, 20:21, 20:25, 24:20, 102:22, 110:19
**UNITED** [1] - 1:2
**up** [18] - 12:17, 25:21, 47:14, 47:23, 77:10, 78:9, 99:21, 112:5, 115:15, 143:22, 144:8, 144:11, 145:9, 157:7, 157:10, 159:2, 159:13
**upset** [1] - 118:10

## V

**Vecchia** [9] - 83:9, 83:22, 84:24, 85:3, 169:12, 180:14, 180:18, 181:3, 182:16
**VECCHIA** [3] - 1:11, 1:11
**Vecchia's** [1] - 183:11
**VEGA** [1] - 1:6
**vehicle** [2] - 180:18, 180:24
**verbal** [26] - 14:12, 19:23, 21:10, 27:6, 30:21, 51:14, 78:13, 104:2, 107:8, 108:15, 109:9, 116:17, 121:9, 128:12, 129:12, 136:23, 137:2, 137:11, 140:12, 140:20, 157:15, 169:9, 175:17, 180:8, 192:10, 193:21

**violated** [1] - 104:23
**violation** [1] - 46:3
**violations** [1] - 103:24
**visited** [2] - 20:21, 21:14
**visiting** [1] - 21:8
**vista** [1] - 196:18
**voice** [2] - 66:13, 116:4

## W

**W-2** [3] - 47:22, 48:16, 126:9
**W-2s** [6] - 125:14, 125:21, 125:24, 125:25, 126:10, 198:10
**wage** [22] - 70:17, 70:20, 130:14, 131:16, 131:19, 131:22, 132:2, 132:4, 132:6, 132:12, 132:17, 132:21, 133:12, 133:14, 154:5, 154:7, 154:9, 179:24, 180:4, 184:11
**wait** [2] - 5:16, 187:10
**waiting** [2] - 124:12, 137:14
**waived** [1] - 3:7
**WALLACE** [1] - 2:13
**wallet** [1] - 5:6
**walter** [1] - 174:13
**Walter** [4] - 80:2, 174:14, 182:2, 182:5
**WALTER** [1] - 1:4
**warrants** [1] - 103:3
**watch** [1] - 112:10
**water** [3] - 7:18, 23:11, 23:15
**ways** [1] - 74:12
**wear** [2] - 151:13, 151:23
**wearing** [1] - 142:15
**week** [23] - 35:18, 40:22, 45:4, 45:23, 59:12, 69:24, 70:11, 71:3, 71:8, 71:16, 137:20, 137:21, 144:13, 144:17, 144:18, 166:5, 176:4, 176:6, 176:12, 176:15, 181:11, 192:2, 192:19
**weekends** [2] - 100:6, 100:8

**weeks** [2] - 69:10, 176:7
**welcome** [2] - 27:3, 142:19
**welfare** [1] - 97:3
**West** [1] - 2:10
**wet** [1] - 151:19
**WHEREOF** [1] - 199:16
**white** [2] - 56:10, 151:14
**whole** [9] - 60:12, 61:11, 61:23, 61:24, 62:7, 62:8, 115:4, 141:15, 141:18
**wide** [2] - 151:20, 151:25
**widths** [1] - 151:20
**wife** [10] - 36:11, 36:14, 36:18, 36:20, 36:21, 37:7, 183:2, 183:11, 183:16, 183:19
**Wilfredo** [11] - 4:16, 5:4, 102:2, 102:16, 135:3, 135:22, 136:20, 137:9, 137:24, 137:25, 198:14
**willing** [2] - 18:15, 54:12
**wish** [1] - 200:3
**WITNESS** [6] - 43:12, 49:12, 196:16, 196:19, 198:3, 199:16
**Witness** [1] - 4:8
**witness** [8] - 6:12, 44:4, 135:19, 149:4, 152:16, 152:23, 199:5, 199:10
**woke** [2] - 157:7, 157:10
**woman** [5] - 55:7, 55:13, 55:15, 55:21, 123:5
**woman's** [1] - 146:8
**wonderful** [1] - 49:16
**word** [1] - 101:9
**words** [2] - 79:5, 79:6
**workers** [3] - 86:6, 86:8, 94:18
**workplace** [1] - 171:19
**workshop** [1] - 79:21
**worksite** [12] - 72:8, 72:23, 79:12, 89:14, 89:18, 89:19, 96:5, 112:15, 113:5, 186:22
**worksites** [2] -

71:24, 72:4
**worry** [1] - 194:24
**wow** [1] - 143:8
**write** [10] - 46:25, 47:3, 115:9, 115:11, 115:16, 141:3, 158:16, 158:22, 158:23
**writing** [1] - 26:19
**wrote** [3] - 115:12, 115:13, 158:18

## Y

**yard** [19] - 72:2, 72:6, 76:9, 76:13, 76:20, 76:24, 77:4, 91:16, 98:6, 111:17, 111:22, 111:25, 112:21, 113:23, 115:8, 184:25, 185:4, 185:6, 185:18
**year** [28] - 7:3, 38:10, 38:11, 44:16, 44:18, 59:18, 60:3, 60:12, 60:22, 61:12, 62:10, 63:8, 69:16, 69:18, 69:19, 69:21, 87:20, 87:21, 87:23, 126:13, 127:13, 143:24, 145:17, 145:18, 145:20, 152:21, 178:13, 178:15
**year-and-a-half** [1] - 38:11
**years** [3] - 67:5, 67:6, 67:13
**yell** [13] - 66:19, 66:20, 66:21, 115:24, 118:14, 118:16, 118:18, 123:24, 124:6, 160:10, 160:14, 160:18, 161:11
**yelled** [1] - 160:5, 160:21, 160:25, 161:6
**yelling** [3] - 123:25, 124:2, 124:3
**yes-or-no** [3] - 15:8, 15:9, 75:12
**yesterday** [1] - 49:25
**YORK** [2] - 1:2, 197:4
**York** [17] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:19, 8:8, 8:9, 20:23, 21:6, 21:15, 21:22, 197:23, 199:4
**yourself** [6] - 76:17,

14

104:25, 145:21,
150:25, 151:5, 157:23

## Z

**ZABEL** [2] - 42:23,
152:2
**Zabell** [1] - 198:4
**ZABELL** [39] - 2:17,
2:20, 4:13, 5:20, 6:2,
26:16, 27:3, 42:18,
43:2, 43:19, 43:24,
44:7, 44:11, 48:3,
48:24, 49:3, 49:8,
85:16, 85:19, 100:11,
100:17, 120:7,
124:24, 125:3,
134:10, 134:15,
134:20, 153:23,
177:11, 194:17,
194:21, 195:3, 195:7,
195:13, 195:17,
195:22, 196:2,
196:14, 196:17