1

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  ------------------------------------------X
   NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX
4  AMIR AREVALO, MAYNOR FAJARDO, WALTER GARCIA,
   JOSE L. MARTINEZ, PRACELIS MENDEZ, OSMAR W.
5  PAGOADA, JAVIER QUINTANILLA, EDWIN RIVERA,
   CARLOS ESCALANTE, KEVIN GALEANO,
6  LERLY NOE RODRIGUEZ, JOSE VEGA CASTILLO,
   JUAN QUINTEROS, and MARCUS TULIO PEREZ,
7
                          Plaintiffs,
8

9       -against-              Case No:
                               09-CV-5331
10
   SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
11 LOUIS VECCHIA, CHRISTOPHER VECCHIA,
   HELENE VECCHIA, and JOHN DOES 1-5,
12
                          Defendants.
13
   ------------------------------------------X
14
                          October 1, 2011
15                        9:14 a.m.

16                        4875 Sunrise Highway
                          Bohemia, New York
17

18       EXAMINATION BEFORE TRIAL of ALEX AMIR

19  AREVALO, one of the Plaintiffs herein, taken

20  by the Defendants, pursuant to Article 31 of

21  the Civil Practice Law and Rules of

22  Testimony, and Notice and order, held at the

23  above-mentioned time and place, before Karen

24  LaMendola, a Professional Court Reporter and

25  Notary Public of the State of New York.

2

1

2      A P P E A R A N C E S:

3

4          LAW OFFICES OF LAUREN GOLDBERG, PLLC
           Attorneys for Plaintiffs
5               501 Fifth Avenue
                New York, New York 10017
6
                (NOT PRESENT)
7

8
           LAW OFFICES OF PATRICK E. McNAMARA
9          Co-Counsel for Plaintiffs
                868 Little East Neck Road
10              West Babylon, New York 11704

11         BY:  PATRICK E. McNAMARA, ESQ.

12

13         LAW OFFICES OF IAN WALLACE
           Co-Counsel for Plaintiffs
14              501 Fifth Avenue
                New York, New York 10017
15
                (NOT PRESENT)
16

17
           ZABELL & ASSOCIATES, P.C.
18         Attorneys for Defendants
                4875 Sunrise Highway
19              Bohemia, New York 11716

20         BY:  SAUL ZABELL, ESQ.

21

22

23     ALSO PRESENT:

24     Steven Rinaldi, Spanish Interpreter

25

3

1

2                        S T I P U L A T I O N S

3          IT IS HEREBY STIPULATED AND AGREED

4     by and between the attorneys for the

5     respective parties herein, that filing,

6     sealing and certification be  and the same are

7     hereby waived.

8          IT IS FURTHER STIPULATED AND AGREED

9     that all objections, except as to the form of

10    the question shall be reserved to the time of

11    the trial.

12         IT IS FURTHER STIPULATED AND AGREED

13    that the within deposition may be signed and

14    sworn to before any officer authorized to

15    administer an oath, with the same force and

16    effect as if signed and sworn to before the

17    Court.

18

19

20

21

22

23

24

25

4

1

2    S T E V E N   R I N A L D I, the Spanish

3        Interpreter herein, was duly sworn to

4        interpret the questions from English into

5        Spanish and the answers from Spanish into

6        English to the best of her ability:

7    A L E X   A M I R   A R E V A L O, the

8        Witness herein, having been duly sworn

9        through the  Interpreter, was examined

10        and testified as follows:

11   EXAMINATION BY

12   MR. ZABELL:

13        Q     Would you please state your full

14   name for the record.

15        A     Alex Amir Arevalo.

16        Q     What is your current address?

17        A     132 Newman Avenue, Brentwood,

18   New York 11717.

19        Q     Good morning, Mr. Arevalo.

20        A     Good morning.

21        Q     How are you today?

22        A     Good, good.

23        Q     You feel okay?

24        A     Very, very good.

25        Q     Are you currently taking any

5

```
 1                    A. Amir Arevalo
 2    medications?
 3            A       No.
 4            Q       Any drugs whatsoever?
 5            A       Nothing.
 6            Q       Can you think of any reason why
 7    your ability to give truthful and accurate
 8    testimony today would be impaired?
 9            A       No.
10            Q       Are you currently under the
11    influence of alcohol?
12            A       No.
13            Q       Have you banged your head
14    lately?
15            A       No.
16            Q       Are you currently employed?
17            A       Presently, yes.
18            Q       Where are you currently
19    employed?
20            A       Where I'm -- I'm sorry?
21            Q       Don't be sorry.  Just answer the
22    question.
23            A       I'm employed at a shop.
24            Q       I need a little more information
25    than that.
```

6

```
 1                    A. Amir Arevalo

 2        A       I'm a mechanic.  I work.

 3        Q       Have you always been a mechanic?

 4        A       That is so.

 5        Q       What is the name and address of

 6   the shop that you work at?

 7        A       It's located on Suffolk Avenue,

 8   building number -- I don't remember.

 9        Q       What town?

10        A       It's Central Islip.

11        Q       What's the name of the employer?

12        A       His name is Edgar.

13        Q       What's the name of the company?

14        A       Easy Buy.

15        Q       Easy Buy?

16        A       Yes.

17        Q       Do you receive checks from them?

18        A       No, they pay me cash.

19        Q       Oh, they pay you in cash.

20                Do you report that cash on your

21   income tax returns?

22        A       Yes.  This year, I started.

23   Before, I was being paid by check, and I also

24   included it, but now this year that I'm now

25   being paid by cash, I'm doing it, as well.
```

7

```
 1                    A. Amir Arevalo
 2          Q       How much are you receiving an
 3   hour?
 4          A       More or less $12 or $13 an hour.
 5          Q       What is your name?
 6          A       Alex Amir Arevalo.
 7          Q       Do you have any identification?
 8          A       Yes.
 9          Q       May I see it?
10          A       (Handing.)
11                  MR. McNAMARA:  May I see that?
12                  THE WITNESS:  Yes.  (Handing.)
13          Q       That's you?
14          A       Yes.
15          Q       Did you gain weight?
16          A       No, not that I remember.
17          Q       Did you eat a lot of salt before
18   you took this?
19          A       No.
20          Q       I'm going to go make a copy.  Is
21   this the only identification you have?
22          A       Yes.
23          Q       █████████████████████████████
24   ███████████████████████████████████████
25          ██      ████
```

South Shore Court Reporting
(631)-235-6218

8

```
 1                    A. Amir Arevalo
 2              MR. ZABELL:  I'll will return.
 3              (Whereupon, a brief recess was
 4         taken at this time.)
 5         Q    Mr. Arevalo, do you understand
 6    English?
 7         A    A little.
 8         Q    You understand most of the
 9    questions I'm asking you; right?
10         A    A few.
11         Q    Well, it has been explained to
12    you that you're here at this deposition to
13    answer my questions; correct?
14         A    Yes.
15         Q    You understand that you have to
16    answer every question that I ask you; do you
17    not?
18         A    Yes.
19         Q    If you don't understand the
20    question I ask you, you have an obligation to
21    tell me that you don't understand that
22    question.
23              Do you understand that?
24         A    Yes.
25         Q    If you provide an answer to a
```

9

1                  A. Amir Arevalo

2  question I ask you, it will be assumed that

3  you understood that question.

4                  Do you understand that?

5       A      Yes.

6       Q      Are you ready to proceed?

7       A      Yes.

8       Q      You understand that you took an

9  oath to tell the truth today; correct?

10      A      Yes.

11      Q      If you do not tell the truth,

12  you are subject to penalty under the laws of

13  the State of New York and the United States

14  of America.

15                 Do you understand that?

16      A      Yes.

17      Q      It will be no different than if

18  you testified falsely at trial.

19                 Do you understand that?

20      A      Yes.

21      Q      Are you represented by counsel

22  at this deposition?

23      A      Yes.

24      Q      Who is that attorney?

25      A      The name -- but yes, it is my

1                    A. Amir Arevalo

2    understanding that I'm being represented.

3              Q     What's your attorney's name?

4              A     I don't know exactly.

5              Q     Do you know, roughly?

6              A     Physically, I know him.

7              Q     What does that mean?

8              A     Physically, I've seen him, but

9    his exact name, I don't know.

10             Q     Physically, you know him.

11                   Does that mean you're in a

12   relationship with him?

13                   MR. McNAMARA:  Objection,

14             Counselor.

15             A     I'm not in a relationship with

16   him.

17             Q     So you don't know him

18   physically?

19             A     (No verbal response.)

20             Q     You have to answer the question.

21             A     I don't know his name, but I've

22   seen him and I...

23             Q     Is he the guy wearing jeans

24   today?

25                   MR. McNAMARA:  Objection,

11

1                    A. Amir Arevalo

2          Counselor.

3          A      I don't understand.

4          Q      Is he the guy sitting to your

5    right wearing blue jeans at this deposition?

6          A      What does that have to do with

7    it?  What are you referring to?  What is the

8    question?  I don't understand the question.

9          Q      We are at a deposition.  You do

10   not get to ask questions.  Are we clear?

11         A      Yes.

12         Q      Just answer the question.

13         A      I didn't understand the question

14   very well.

15         Q      Is the person you believe to be

16   your lawyer, the person that you've testified

17   to having a physical relationship with, the

18   man wearing blue jeans, your lawyer?

19         A      Yes.

20         Q      Was that so difficult to answer?

21         A      No.

22         Q      Because if you fight me today,

23   it's going to be a very long day.  You

24   understand that; right?

25         A      No problem.

```
 1                    A. Amir Arevalo

 2          Q       Did you prepare for this

 3     deposition in any way before you came here

 4     today?

 5          A       No.

 6          Q       Did you speak to your attorney

 7     before coming to this deposition today?

 8          A       No.

 9          Q       I saw you speaking to your

10     attorney just before you walked in here.

11                  MR. McNAMARA:  Objection.

12          Q       Did you not?

13                  MR. McNAMARA:  Objection.

14          A       He just told me that he was my

15     attorney and he was representing me.  He

16     didn't say anything else.  Did I speak to

17     him?  I just don't speak English.

18          Q       Did you say hello to him?

19          A       Yes.

20          Q       Did you say any words to him?

21          A       No.

22          Q       But this is the man you've

23     testified that you have a physical

24     relationship with?

25                  MR. McNAMARA:  Objection.
```

1                    A. Amir Arevalo

2          A      No, no, not a physical

3    relationship.

4          Q      Isn't that what you testified to

5    before?

6          A      No.

7          Q      It's very important that you not

8    lie to me today.

9                 MR. McNAMARA:  Objection.

10         Q      Do you understand that?

11         A      Yes.

12         Q      When you change your answers, it

13   indicates that you're lying to me.

14                Do you understand that?

15         A      Yes.

16         Q      So before, do you remember

17   testifying that you had a physical

18   relationship with your attorney?

19                MR. McNAMARA:  Objection.

20         A      Physical, no, I didn't say that.

21         Q      You didn't?

22         A      No.

23         Q      No?

24         A      I said that I know him

25   physically, but to say that I have a physical

14

1               A. Amir Arevalo

2    relationship with him, that's something

3    different.

4               MR. ZABELL:  We're going to take

5          about a thirty-second break, and

6          Patrick, I need to see you outside.

7               MR. McNAMARA:  Sure.

8               (Whereupon, a recess was taken

9          from 9:30 a.m. until 9:33 a.m.)

10       Q     Do you remember that you told me

11   your name was Alex Amir Arevalo?

12       A     Yes.

13       Q     That's not entirely true; is it?

14               MR. McNAMARA:  Objection.

15       A     That's my name.

16       Q     Are you sure?

17       A     One hundred percent sure.

18       Q     That's the only name you've been

19   known by?

20       A     Yes.

21               (Document consisting of a copy

22          of identification in the name Arevalo

23          Castilla was marked as Defendants'

24          Exhibit Number 1, for identification as

25          of this date.)

15

1              A. Amir Arevalo

2       Q      I'm going to show you a document

3  I've identified as Defendants' Exhibit Number

4  1.  (Handing.)

5              Do you know what that document

6  is?

7       A      (Perusing.)  This document is a

8  personal identification of mine.

9       Q      Is this true and accurate?

10      A      Yes.

11      Q      Keep it on the table.

12      A      (Witness complies.)

13      Q      Completely accurate?

14      A      Uh-huh.

15      Q      You need to answer with your

16  words.

17      A      Yes.

18      Q      Do you understand?

19      A      Yes.

20             MR. ZABELL:  Excuse me a moment.

21             (Whereupon, a brief recess was

22        taken at this time.)

23      Q      You were telling me what

24  Defendants' Exhibit Number 1 is, and you've

25  testified that this is your identification;

1                    A. Amir Arevalo

2    correct?

3          A      Yes.

4          Q      It's the only identification you

5    have; correct?

6          A      Yes.

7          Q      And it's absolutely 100 percent

8    accurate?

9          A      Yes.

10         Q      When did you get this document?

11         A      I don't remember the exact date.

12         Q      Where did you get this document?

13         A      I got it at the Dewey Center

14   on -- between 111 and Motor Parkway.

15         Q      Do you remember testifying just

16   before that your name is Alex Amir Arevalo?

17         A      Yes.

18         Q      And that was the only name that

19   you go by; correct?

20              MR. McNAMARA:  Objection.

21         A      Yes.

22         Q      And that's the only name that

23   you have; correct?

24              MR. McNAMARA:  Objection.

25         A      Yes.

17

1              A. Amir Arevalo

2        Q       But according to this,

3   Defendants' Exhibit Number 1, you go by

4   another name, Arevalo Castilla; correct?

5        A       That's my father's name.  I

6   hardly ever use it.

7        Q       But you use it on occasion;

8   correct?

9        A       No, I just use Arevalo.  I

10  hardly ever use Castilla.

11       Q       When you say you hardly ever use

12  it, it means that you sometimes use it.

13              Do you understand that?

14       A       Yes, I understand.

15       Q       Why did you see fit to hide that

16  information from me?

17              MR. McNAMARA:  Objection.

18       A       No, I didn't hide Castilla

19  because it appears --

20       Q       Just answer the question.

21       A       -- over here.

22       Q       Just answer the questions I ask

23  you.

24              MR. McNAMARA:  Objection.

25       Q       When I asked you your full name,

18

1                    A. Amir Arevalo

2     why didn't you tell me Castilla was in your

3     full name?

4         A      I didn't see it necessary.

5         Q      You know, I told you that it's

6     necessary for you to tell me the truth and

7     the complete truth.  If you try to hide parts

8     of the truth, it's going to appear that

9     you're lying to me, and it's way too early in

10    the deposition for you to start lying to me.

11               Do you understand?

12        A      Yes.

13        Q      Would you like to apologize for

14    lying to me?

15               MR. McNAMARA:  Objection.

16        A      I apologize for not including

17    the other name.

18        Q      I accept your apology, but

19    please don't do it again, please; okay?

20        A      Okay.

21        Q      Are we clear?

22        A      Yes.

23        Q      I'll take that document back.

24        A      (Handing.)

25        Q      What is your nation of origin?

19

1           A. Amir Arevalo

2     A     El Salvador.

3     Q     ███████████████████████

4  ████████████

5     A     ████████████████

6     Q     ████████████████

7  ████████████████

8     A     ██.

9     Q     Where do you currently live?

10    A     Currently, I live at 132 Newman

11 Avenue in Brentwood.

12    Q     Do you live in a house or an

13 apartment?

14    A     House.

15    Q     Do you own that house?

16    A     No.

17    Q     Who owns that house?

18    A     The name is Victor.

19    Q     Would that be Victor Quintanilla?

20    A     Well, I just know him as Victor.

21    Q     Did you ever work with Victor?

22    A     No.

23    Q     Is Victor your landlord?

24    A     He is the owner of the home.

25    Q     Does he live there with you?

20

```
 1                      A. Amir Arevalo

 2          A     Yes.

 3          Q     Do you know him physically?

 4          A     No.

 5                MR. McNAMARA:  Objection.

 6          Q     You just rent from him?

 7          A     Uh-huh -- yes.

 8          Q     Words, don't forgot your words.

 9          A     Yes, yes.  Sorry.

10          Q     So how much do you pay a month

11   in rent?

12          A     I pay $900.

13          Q     Do you live alone?

14          A     Separate.

15          Q     Do you live with anybody?

16          A     Yes.

17          Q     Do you have a wife?

18          A     My wife.

19          Q     What is your wife's name?

20          A     Rosa Amalia Chavez.

21          Q     Do you have any children?

22          A     Yes.

23          Q     How many children?

24          A     Two.

25          Q     What are their names?
```

```
 1                    A. Amir Arevalo

 2        A       Katherine Daniella Arevalo and

 3   Ricardo Alexander Arevalo.

 4        Q       Are they both your children?

 5        A       Yes.

 6        Q       Did you have them with

 7   Rosa Chavez?

 8        A       Yes.

 9        Q       She's their mother?

10        A       Yes.

11        Q       Do you have any other children,

12   either in this country or any other country?

13        A       No.

14        Q       In what state did you marry

15   Rosa Chavez?

16        A       I'm not actually married.

17        Q       Did you lie to me?

18                MR. McNAMARA:  Objection.

19        A       I'm not married.

20                THE INTERPRETER:  By

21           interpreter, it is common --

22                MR. ZABELL:  I understand, I

23           understand the context.  Thank you.  I

24           don't need that.  I understand what

25           you're going to say.  Trust me, I do.
```

22

```
 1                      A. Amir Arevalo

 2          Q     When I asked you before if you

 3     were married, why did you say you were

 4     married?

 5          A     I didn't say that I was married.

 6          Q     Did you refer to her as your

 7     wife?

 8          A     No, she's my wife, my woman.

 9     There's a difference between her being my

10     wife and being my woman.

11          Q     So she's your woman; she's not

12     your wife?

13          A     That's so.

14          Q     Don't lie to me.

15                MR. McNAMARA:  Objection.

16          Q     Do you understand?

17          A     (No verbal response.)

18          Q     Do you understand?

19          A     Yes.

20                MR. INTERPRETER:  You don't

21           think that's necessary to put that on

22           the record for the integrity of the

23           record?

24                MR. ZABELL:  No.  Trust me, I

25           know exactly what you were going to
```

23

1                     A. Amir Arevalo

2          say.  I'm familiar with the context,

3          but no, I don't.

4          Q     When did you come to New York?

5          A     2005, a few months before 2005.

6    Not exactly 2005.  Maybe a month before.

7          Q     So it wasn't 2005?

8          A     No.

9          Q     Remember how I said it's

10   important that you be accurate?

11         A     Yes.

12         Q     So you came in 2004?  Do you

13   remember what month in 2004 you came?

14         A     No, I don't recall.

15         Q     Do you have a memory?

16         A     I don't remember.  I don't

17   remember.

18         Q     Do you generally remember

19   things, or do you have a bad memory?

20         A     Once in a while, I have a good

21   memory.  Sometimes I don't remember.

22         Q     Did something happen to you to

23   prevent you from remembering?

24         A     No.

25         Q     Did you bang your head?

24

1                    A. Amir Arevalo

2        A      No.

3        Q      Were you ill?

4        A      No.

5        Q      You just have a bad memory, in

6    general?

7               MR. McNAMARA:  Objection.

8        A      Generally, yes.  It may be that

9    I have a bad memory.

10       Q      So you came to New York at some

11   time in 2004; correct?

12       A      Yes.

13       Q      ████████████████████████████

14   ████████

15       A      ████████████████████████████

16   ████████

17       Q      You have to respond to that

18   question.

19       A      I need to speak to my attorney.

20       Q      You can speak to your attorney

21   after you answer the question, unless your

22   attorney would like to advise you that you

23   may plead the Fifth Amendment.  But if he

24   does that, he'll do that here on the record.

25       A      (No verbal response.)

25

1          A. Amir Arevalo

2          MR. ZABELL:  Patrick, is there

3     something you'd like to say to him on

4     the record?

5          MR. McNAMARA:  No, I'd be fine

6     with the witness answering the

7     question, and then I'd like to take a

8     short break.

9          MR. ZABELL:  Tell him he can

10    answer the question, Patrick.

11         MR. McNAMARA:  You can answer

12    the question, Mr. Arevalo.

13         THE WITNESS:  ████████████████

14    ██████

15         MR. McNAMARA:  Yes.

16  A       ████████████████████

17  Q       ███ .

18  A       ██████████

19         MR. McNAMARA:  Okay.  We're

20    taking a break.

21         (Whereupon, a recess was taken

22    from 9:51 a.m. until 10:00 a.m.)

23         MR. ZABELL:  Could I hear the

24    last question and answer, please.

25         (Whereupon, the requested

26

```
 1                    A. Amir Arevalo

 2           portion of the record was read by the

 3           court reporter.)

 4      Q    ████████████████████████

 5      A    ███ .

 6      Q    ████████████   ██████████████

 7   ████

 8      A    ██████████████████████

 9      Q    █████████████████

10      A    ████████████████████████████

11   ████████

12      Q    ████████████████████████

13   ██████████

14           MR. McNAMARA:  Objection.

15      A    ██████

16      Q    You just took a long break with

17   your attorney, Patrick; correct?

18      A    Yes.

19      Q    You had a whole conversation

20   with him out in the hallway; correct?

21           MR. McNAMARA:  Objection.

22      A    No.

23      Q    We saw you.

24           MR. McNAMARA:  Objection.

25      A    By phone.  Someone translated by
```

27

```
 1                      A. Amir Arevalo
 2    phone.  It wasn't --
 3            Q      Was that Ian Wallace?
 4            A      No.
 5            Q      Who was it?
 6                   MR. McNAMARA:  Objection.
 7                   It's privileged, Counselor.
 8            Q      Was it an attorney?
 9                   MR. McNAMARA:  I'm instructing
10            the witness not to answer.
11                   MR. ZABELL:  Patrick, was it an
12            attorney?  Because I don't understand
13            what this privilege is.  If you had a
14            conversation with him and somebody else
15            who not an attorney was present --
16                   MR. McNAMARA:  The person there
17            was furthering the attorney/client
18            relationship, and therefore, it's
19            privileged.
20                   MR. ZABELL:  How were they
21            furthering the relationship?  Were they
22            acting solely as an interpreter?
23                   MR. McNAMARA:  Yes.
24            Q      ███████████████████████████████
25      ████████████
```

28

1          A. Amir Arevalo

2     A     ████████████████████████

3     Q     ███████████████████

4  ████████████████

5          MR. McNAMARA:  Objection.

6     A     ██████  ████████████████

7  ████████  ████████████████████

8     Q     ███████████████████

9  ██████

10         MR. McNAMARA:  Objection.

11    A     ██████  ████████████████

12 ████████████████  ████████████████████

13 ████████████  ████████████████████

14 ██████

15    Q     ██████████████████████?

16    A     ████████████

17    Q     ████████████████████████

18         MR. McNAMARA:  Objection.

19    A     ██████████████

20    Q     ██████?

21    A     ██████.

22    Q     ████████████████████

23         MR. McNAMARA:  Objection.

24    A     ███.

25    Q     ████████████████████

South Shore Court Reporting
(631)-235-6218

29

```
 1              A. Amir Arevalo
 2   ████████████████████████████████
 3              MR. McNAMARA:  Objection.
 4      Q     Just your bad memory.
 5              MR. McNAMARA:  Objection.
 6      Q     Correct?
 7      A     ███████████████████████
 8   ████████████████████████████████
 9   ████████████████  ███████████████
10   ██████████████████████████████
11   ██████████████████████████████
12   ██████████████████████████████
13   █████████
14      Q     ██████████████████████
15   ████████
16              MR. McNAMARA:  Objection.
17      Q     You may answer.  When he
18   objects, you can always disregard his
19   objection.
20              MR. McNAMARA:  Objection.
21      Q     Okay?
22              MR. McNAMARA:  ██████████
23   █████████████████████████████
24   ████████████████████████████████
25   ███████████████████████████
```

30

```
 1              A. Amir Arevalo
 2      ██████████████████████████████
 3              MR. ZABELL:  I am going to
 4      object to that designation, which is
 5      now in writing.  We have a stipulation
 6      of confidentiality which spells out the
 7      steps and requirements that you must
 8      follow in order to test the
 9      appropriateness of your designation.  I
10      strongly suggest that you do so.
11              MR. McNAMARA:  Thank you,
12      Counselor.
13              MR. ZABELL:  You're welcome.
14      Q      ████████████████████████████
15  ███████
16              MR. McNAMARA:  Objection.
17      A      ██.
18      Q      ████████████████████████████
19  ██████████████████████████████
20      A      ██.
21      Q      Remember what I said about
22  lying?
23      A      ██████████████████████████████
24  ██████████████████████████████████
25  █████
```

31

```
 1                    A. Amir Arevalo
 2          Q      █████████████████
 3    ██████████████
 4                  MR. McNAMARA:  Objection.
 5          A      ████████
 6          Q      ████████████████████
 7    ████
 8                  MR. McNAMARA:  Objection.
 9          A      ████████████
10          Q      Did you provide it to employers
11    so that you could get work?
12                  MR. McNAMARA:  Objection.
13          A      Yes.
14          Q      ████████████████
15    ██████████████
16                  MR. McNAMARA:  Objection.
17          A      ████████████
18          Q      █ ?
19                  MR. McNAMARA:  Objection.
20          A      ████████
21          Q      ████████   ████████████
22    ████
23                  MR. McNAMARA:  Objection.
24          A      I don't remember the name.
25          Q      You don't remember your friend's
```

32

```
 1                    A. Amir Arevalo

 2    name?

 3              MR. McNAMARA:  Objection.

 4         A    No.

 5         Q    What does he look like?

 6              MR. McNAMARA:  Objection.

 7         A    A gentleman of about fifty-two

 8    years of age.  ████████████

 9         Q    Does he look like your attorney?

10              MR. McNAMARA:  Objection.

11         A    No.

12         Q    Younger?

13         A    No.

14         Q    Older?

15         A    Older.  More of an advanced age.

16         Q    You don't find your attorney to

17    be very advanced?

18              MR. McNAMARA:  Objection.

19         A    No, he's younger.

20         Q    And not as advanced?

21              MR. McNAMARA:  Objection.

22         Q    Correct?

23              MR. McNAMARA:  Objection.

24         A    Yes.

25         Q    Almost rudimentary; correct?
```

33

```
 1                      A.  Amir Arevalo
 2          A       Rudimentary, what?
 3          Q       Basic.
 4                  MR. McNAMARA:  Objection.
 5          A       I didn't understand you.
 6          Q       That's okay.
 7                  MR. ZABELL:  I'll withdraw the
 8          question.  We know what the answer is.
 9                  MR. McNAMARA:  Thank you,
10          Counselor.
11          Q       ███████████████████████████
12       ███████████████████████████████████████
13       ████████
14          A       ████ .
15          Q       █████████████████████████
16       ██████████████████
17                  MR. McNAMARA:  Objection.
18          A       ████ .
19          Q       ██████████████████████████
20       ██████████████████████████████
21                  MR. McNAMARA:  Objection.
22          A       ████ .
23          Q       ██████████
24                  MR. McNAMARA:  Objection.
25          A       ██████████
```

34

```
 1                    A. Amir Arevalo

 2        Q     ████████        ████████

 3    ████████

 4        A     No.

 5        Q     ████████

 6              MR. McNAMARA:   Objection.

 7        A     No.

 8        Q     Well, you could claim that on

 9    your taxes; couldn't you?

10              MR. McNAMARA:   Objection.

11        A     ██ ████████████████████

12    ████████████████████████████████

13    ████████████

14        Q     ████████████████████

15              MR. McNAMARA:   Objection.

16        A     ████████████████████████

17    ████████████ ████████████████

18        Q     Oh, you have it?  Great.  I'd

19    like to see it.

20        A     I have just the last four.

21        Q     You got a lot of coupons in

22    there.

23        A     Yes, it's here; ████████

24        Q     May I see what you're looking

25    at?
```



35

```
 1                    A. Amir Arevalo
 2        A        (Handing.)
 3                 MR. ZABELL:    Thank you.    I'm
 4        going to make a photocopy of this.
 5                 (Whereupon, a recess was taken
 6        from 10:11 a.m. until 10:16 a.m.)
 7        Q        ████████████████████████
 8        ████████████████████████████████
 9        ████████████████████████████████
10        █████████
11                 MR. McNAMARA:    Objection.
12        A        █████████
13        Q        ████████████████████████
14        ████████████████████████████████
15        █████████████
16                 MR. McNAMARA:    Objection.
17        Q        ██████████?
18        A        ██   .
19        Q        ████████████████████████
20        █████████████████████
21        A        (No verbal response.)
22        Q        Correct?
23                 MR. McNAMARA:    Objection.
24        A        (Nodding.)
25        Q        You need to use your words.
```

```
 1                    A. Amir Arevalo

 2          A      Yes.

 3          Q      Okay.  Is it okay to lie if you

 4    need money?

 5                 MR. McNAMARA:  Objection.

 6          A      (No verbal response.)

 7          Q      Yes?

 8          A      Out of necessity, yes.

 9          Q      So if you need money, it's okay

10    to lie.  That's what you're testifying to;

11    correct?

12          A      (No verbal response.)

13          Q      Correct?

14          A      Well --

15          Q      No, no, just answer the

16    question.

17          A      Yes.

18          Q      Did you eat breakfast today?

19          A      Not now.

20          Q      I'm not asking you if I can make

21    you breakfast.  I'm asking if you ate

22    breakfast.

23          A      I haven't had breakfast.

24          Q      Would you like some of your

25    lawyer's bagel?
```

1                   A. Amir Arevalo

2        A      No.

3        Q      Would you like some Munchkins?

4   They are delicious, donut-hole treats.

5               MR. McNAMARA:  Objection.

6        A      I don't like them that much.

7               MR. ZABELL:  Whoa, whoa.  What's

8            your objection; are they not delicious,

9            donut-hole treats?

10              MR. McNAMARA:  Counselor, I'm

11           not speaking my objections.

12              MR. ZABELL:  I'm asking you:

13           What's your objection to a Munchkin?

14           That's un-American to object to a

15           Munchkin.

16              MR. McNAMARA:  It's a

17           mischaracterization.

18              MR. ZABELL:  You don't find them

19           to be donut-hole treats?

20              Off the record.

21              (Whereupon, a discussion was

22           held off the record.)

23       Q      Do you like egg sandwiches?

24       A      No.

25       Q      What do you usually eat for

38

1                    A. Amir Arevalo

2    breakfast?

3         A        In the morning, I like what's

4    eaten traditionally.  I don't like bacon and

5    egg over here.  The sandwiches I like, but

6    that's not what we eat in my country.

7         Q        Isn't this your country?

8                  MR. McNAMARA:  Objection.

9         A        No.

10        Q        So this isn't your country?

11        A        No.

12        Q        What do you like for breakfast?

13        A        Tortilla, beans, cheese, and a

14   little bit of cream.

15        Q        You don't find that makes you

16   gassy?

17        A        No.

18        Q        That's what you eat for

19   breakfast every morning?

20        A        Yes.  And bananas once in a

21   while.  I make different foods.

22        Q        Did you ever eat when you were

23   at work?

24        A        At lunch; rice, piece of

25   chicken, tortillas.

39

```
 1                    A. Amir Arevalo

 2          Q      Do you like carrots in your

 3    rice?

 4          A      Yes.

 5          Q      Lots of carrots; right?

 6          A      A little.

 7          Q      It's very good for your eyes.

 8          A      Oh, yes.

 9          Q      Yes.  Ask your lawyer.  He'll

10    agree.

11          A      Okay.

12          Q      Do you drink coffee?

13          A      No.

14          Q      In 2004, you came to this

15    country; correct?

16          A      (Nodding.)

17          Q      Use your words.

18          A      Yes.

19          Q      ████████████████████████

20    ████████████

21          A      Y██.

22          Q      ██████████████████████

23    ████████████████████████████████████

24    ████████████

25                    MR. McNAMARA:  Objection.
```

40

```
 1                       A. Amir Arevalo
 2          A     █ .
 3          Q     ███████████████████████
 4    ████████████████████████
 5    ████████████████████████
 6                MR. McNAMARA:  Objection.
 7          A     ██████████████████
 8          Q     Oh, what employer?
 9          A     To Suffolk Paving.
10          Q     How did you get here today?
11          A     My wife -- my woman dropped me
12    off.
13          Q     Does she drive?
14          A     Yes.
15          Q     Do you own a car?
16          A     We don't own, own a car.
17          Q     Did she drive you in a
18    motorcycle?
19          A     No.  She dropped me off in a car
20    that she uses more than I do.
21          Q     Whose car is it?
22          A     A friend's.
23          Q     What's your friend's name?
24                MR. McNAMARA:  Objection.
25          A     His name is Jose.  It's Jose --
```

41

1                      A. Amir Arevalo

2     I can't remember his last name.

3          Q      Is he not a good friend?

4          A      He insures the car, and she uses

5     it to move around.

6          Q      But who owns the car?

7                 MR. McNAMARA:  Objection.

8          A      Name is Jose, but I don't

9     remember his name.  Oh, it's Jose Gonzalez.

10         Q      Who paid for the car?

11         A      My wife or my woman -- my lady

12    bought it, and he offered us the insurance,

13    and she uses it mostly to get around more

14    than I do.

15         Q      So you and your lady bought the

16    car; correct?

17                MR. McNAMARA:  Objection.

18         A      (No verbal response.)

19         Q      Yes or no?

20         A      Yes.

21         Q      And you drive that car; correct?

22         A      No.

23         Q      You never drive that car?

24                MR. McNAMARA:  Objection.

25         A      Practically, no.

South Shore Court Reporting
(631)-235-6218

42

```
 1                    A. Amir Arevalo

 2        Q      When you say "practically, no,"

 3   that means sometimes, yes.

 4                Do you understand that?

 5        A      When I was working at Suffolk

 6   Paving, I had a car, but -- well -- and I

 7   used to drive, but after that, I wasn't

 8   driving.  My job was only fifteen minutes

 9   away.  I went by bike.

10        Q      ████████████████████████████

11   ██████████

12        A      ██.

13        Q      ██████████████████████████

14   ██████████████████████

15                MR. McNAMARA:    Objection.

16        A      ██.

17        Q      ██████████████████████████████

18   ██████████████████

19                MR. McNAMARA:    Objection.

20        A      ███████████████████████

21   ██████████████████████████

22        Q      ██████████████

23                MR. McNAMARA:    Objection.

24        A      ██████████████████████████

25   ████████
```

43

                          A. Amir Arevalo

1

2        Q    ████████████████████

3              MR. McNAMARA:  Objection.

4              I'm going to ask the witness not

5        to answer, pursuant to the protective

6        agreement.

7              MR. ZABELL:  You can ask him,

8        but --

9              MR. McNAMARA:  I'm instructing

10        the witness not to answer.

11              MR. ZABELL:  Well, are you

12        asking or are you instructing?

13              MR. McNAMARA:  I'm instructing

14        the witness not to answer.

15        Q    You don't have to answer that.

16   Your attorney asked me if that's okay, and

17   I'm letting you know that you don't have to

18   answer that.

19        A    Okay.

20        Q    Talk to me about breaking the

21   law.

22              MR. McNAMARA:  Objection.

23        Q    Have you ever broken the law in

24   the United States?

25        A    Yes.

44

```
 1                       A. Amir Arevalo

 2           Q       How many times; many?

 3           A       A little.

 4           Q       Why; to get what you want?

 5                   MR. McNAMARA:  Objection.

 6           A       No.

 7           Q       To get what you need?

 8                   MR. McNAMARA:  Objection.

 9           A       Out of necessity, yes.

10           Q       So out of necessity, you broke

11      the law in the United States?

12                   MR. McNAMARA:  Objection.

13           Q       Correct?

14           A       Not always.

15           Q       So sometimes you broke the law

16      for fun?

17                   MR. McNAMARA:  Objection.

18           A       No.

19           Q       For sport?

20           A       No.

21           Q       Just to break the law?

22                   MR. McNAMARA:  Objection.

23           A       ████    ███████████████████████

24      ████████████████████████████████████

25      ████████████████████████████████████
```

45

1              A. Amir Arevalo

2    ████████████████████████████████████

3    ████████████████████████      ████████

4    ████████████████████████████████

5         Q     I want you to explain to me each

6    and every time and manner in which you broke

7    the law.

8              MR. McNAMARA:  Objection.

9         A    ████████   ████████████████████

10   ████████

11        Q    ████████████████

12             MR. McNAMARA:  Objection.

13        A    ██.

14        Q    ████████████  --

15        A    ████████████████

16        Q    -- what about criminal

17   impersonation?

18             MR. McNAMARA:  Objection.

19        Q    Did you ever do that?

20        A    What?

21        Q    Did you ever impersonate

22   somebody?

23             MR. McNAMARA:  Objection.

24        A    I don't understand.

25             THE INTERPRETER:  I would like

1          A. Amir Arevalo

2          to look up the word impersonate; is

3          that okay?

4               MR. ZABELL:  Yes.

5               (Whereupon, the interpreter

6          referenced his Spanish/English

7          dictionary for clarification of the

8          record.)

9               MR. INTERPRETER:  I've got it.

10          So the question is:  Have you ever

11          impersonated anyone?

12               MR. ZABELL:  Yes.

13     A     Impersonate, that's the word I

14     don't understand.  That, I don't understand.

15     Q     Did you ever pretend to be

16     somebody that you weren't?

17     A     No.

18     Q     Did you ever tell somebody you

19     were somebody that you weren't?

20     A     No.

21     Q     Did you ever provide anybody

22     with documentation showing that you were

23     somebody that you weren't?

24               MR. McNAMARA:  Objection.

25     A     No.

A. Amir Arevalo

Q █████████████████████████

█████████████████████████████████

█████████████████████

MR. McNAMARA:  Objection.

Q ████████?

A ██.

Q      Why are you lying to me?

MR. McNAMARA:  Objection.

A      I don't really understand the
questions you're asking.

Q      Well, if you don't understand
the questions, you have an obligation to tell
me that you don't understand the questions --

MR. McNAMARA:  Objection.

Q      -- just like you did when you
said you don't understand the word
"impersonate."  I've already explained to you
that if you don't understand the question,
you have an obligation to tell me that.

Do you understand that?

MR. McNAMARA:  He just did tell
you that.

Q      Do you understand that?

A      Yes.

```
 1                    A. Amir Arevalo

 2        Q      And that if you answer a

 3   question, it will be assumed that you

 4   understood that question; correct?

 5        A      Yes.

 6        Q      So please stop lying to me.

 7               MR. McNAMARA:  Objection.

 8        Q      Do you understand?

 9        A      Yes.

10        Q      Do you promise to stop lying?

11               MR. McNAMARA:  Objection.

12        A      Yes.

13        Q      Did you work in 2004 in the

14   United States?

15        A      No.

16        Q      How did you feed yourself?

17               MR. McNAMARA:  Objection.

18        A      My cousins were helping me.

19        Q      What are their names?

20        A      Dina Rivas.

21        Q      Where does Dina Rivas live?

22        A      Presently, in Brentwood, but I

23   don't know the number of the house, but I

24   know it's in Brentwood.

25        Q      So she took you in and she
```

49

```
 1                    A. Amir Arevalo

 2     harbored you?

 3                    MR. McNAMARA:  Objection.

 4          A      Yes.

 5          Q      Did she know she was breaking

 6     the law by doing that?

 7                    MR. McNAMARA:  Objection.

 8          A      I don't know.

 9          Q      What street does she live on?

10                    MR. McNAMARA:  Objection.

11          A      I don't know the street.

12          Q      How long did you stay with her?

13          A      Four months.

14          Q      So for four months, you didn't

15     know where you lived?

16                    MR. McNAMARA:  Objection.

17          A      No.  Because when someone just

18     gets here, you don't really know where you

19     are exactly.

20          Q      That's your answer?

21                    MR. McNAMARA:  Objection.

22          A      Yes.

23          Q      And you expect me to believe

24     that?

25                    MR. McNAMARA:  Objection.
```

50

1                    A. Amir Arevalo

2        A      It's under oath.

3        Q      Yes, I know, but you've already

4    lied to me while you're under oath today.

5               MR. McNAMARA:  Objection.

6        A      Lie, lie?  No.

7        Q      Lie, lie, si.

8        A      Lie, lie, no.

9        Q      Lie, lie, yes; right?

10       A      No.

11       Q      Remember you promised not to lie

12   to me anymore?

13              MR. McNAMARA:  Objection.

14       A      And I'm not lying.  Lie, lie the

15   way he thinks?  No.

16       Q      The way he thinks (indicating)?

17              MR. McNAMARA:  Objection.

18              MR. ZABELL:  Pointing to

19          Patrick McNamara, who looks thrilled to

20          be here this very second.

21              MR. McNAMARA:  Extremely.

22       A      Pardon me?

23       Q      In 2005, did you work in the

24   United States?

25       A      Yes.

51

1              A. Amir Arevalo

2        Q       Where did you work in 2005?

3        A       I worked at a car wash for about

4    three months.  After there, I worked at

5    Suffolk Paving.

6        Q       When did you start working at

7    Suffolk Paving?

8        A       February 15, 2006.

9        Q       Do you remember just testifying

10   to me that you started working at Suffolk

11   Paving in 2005?

12              MR. McNAMARA:  Objection.

13       A       No.  I said that I was working

14   at the car wash.

15       Q       And then Suffolk Paving?

16       A       Yes.

17       Q       You only started working for

18   Suffolk Paving in 2006, is that what your

19   testimony is?

20       A       Yes.

21       Q       Are you sure?

22              MR. McNAMARA:  Objection.

23       A       When I was working at

24   Suffolk Paving, that was around that time.

25   Before that, it was a union.  It was Suffolk

52

1                    A. Amir Arevalo

2     Paving.  It was connected to Michael Turco

3     (phonetic).  I worked there with him for a

4     few months, and then I worked at Suffolk

5     Paving after they separated and then worked

6     directly for him.

7            Q      When did you start working for

8     Suffolk Paving?

9            A      February 15, 2006.

10           Q      What car wash did you work at

11    in 2005?

12           A      One that's located at 27.

13           Q      Twenty-seven what?

14           A      The car wash is on 27, past

15    Saxon Avenue.

16           Q      Is that in Bay Shore?

17           A      Yes.

18           Q      How much were you paid there?

19           A      About $4 an hour.

20           Q      Did you pay taxes?

21           A      No, I was paid in cash.

22           Q      And you got tips there too?

23                  MR. McNAMARA:  Objection.

24           A      Yes.

25           Q      How much did you walk away with

53

1                    A. Amir Arevalo

2    per day?

3         A        Twenty-five to $30.

4         Q        And you never paid taxes on any

5    of that money; correct?

6                  MR. McNAMARA:  Objection.

7         A        No, not while I was working

8    there.  I didn't pay any.

9         Q        You know when you get paid money

10   and you don't pay taxes on it, you're

11   breaking the law?

12                 MR. McNAMARA:  Objection.

13        Q        Do you understand that?

14        A        Yes.

15        Q        In 2006, you started working at

16   Suffolk Paving; is that correct?

17        A        (Nodding.)

18        Q        Use your words.

19        A        Yes.

20        Q        How did you find a job in

21   Suffolk Paving in 2006?

22        A        How did I find it?

23        Q        Yes.

24        A        My cousin was working there.

25        Q        Who is your cousin?

54

1                    A. Amir Arevalo

2          A      Jose Castillo.

3          Q      What type of job did you ask

4    for?

5          A      I was a mechanic.

6          Q      Is that the job that you had

7    while you were working at Suffolk Paving

8    in 2006?

9          A      I didn't understand the

10   question.

11         Q      Did you work as a mechanic for

12   Suffolk Paving in 2006?

13         A      Yes.

14         Q      Did you work there in all

15   of 2006?

16         A      I worked for four years.

17         Q      I'm only asking you about 2006.

18         A      Yes.

19         Q      You worked there for all

20   of 2006; correct?

21         A      Yes, all of 2006, I was working

22   in mechanics.

23         Q      But you didn't work in January

24   of 2006?

25         A      In January, no.

55

1              A. Amir Arevalo

2      Q      Did you work there in February

3  of 2006?

4      A      I worked on the 15th, from that

5  point on.

6      Q      The 15th of what?

7      A      The 15th of January.

8      Q      Are you sure?

9      A      No, the 15th of February.

10     Q      Is it January or February?

11  Please make up your mind.

12             MR. McNAMARA:  Objection.

13     A      February.

14     Q      So when you said January before,

15  you were lying; correct?

16             MR. McNAMARA:  Objection.

17     A      The thing is that you're saying

18  February, January.  I got confused.

19     Q      So rather than admit that you

20  were lying, you're going to say you were

21  confused; correct?

22             MR. McNAMARA:  Objection.

23     A      I was confused.

24     Q      You worked from February 15, 2006

25  until when in 2006?

56

1                       A. Amir Arevalo

2          A         August 25, 2009.

3          Q         Did you get laid off in the end

4     of 2006?

5          A         Laid off?  I don't understand

6     the question.

7          Q         Did you get laid off from work

8     at the end of 2006?

9          A         Oh, that was in 2009.

10         Q         You went to work every day

11    in 2006?

12                   MR. McNAMARA:  Objection.

13         A         Every day.

14         Q         Did you have off on weekends?

15         A         Sometimes I worked on Saturdays,

16    sometimes Sundays.  Sometimes, sometimes

17    Saturday, Sunday.

18         Q         Where there ever any holidays?

19         A         A few.

20         Q         Christmas?

21         A         Christmas?  That, I remember,

22    yes.

23         Q         Easter?

24         A         No.

25         Q         You worked during Easter?

1                    A. Amir Arevalo

2          A       Yes.

3          Q       Fourth of July?

4          A       It was a day -- a national -- a

5    day that I didn't work.  I don't know if that

6    was the 4th of July.  I don't remember.

7          Q       You never had any days off, is

8    that what your testimony is?

9          A       No.  Days off?  I don't

10   remember.

11         Q       You don't remember if you had

12   days off?

13         A       Days off?  Hardly ever, hardly

14   ever.  Every day working.

15         Q       You're sure you worked for

16   Suffolk Paving in 2006; correct?

17         A       (Nodding.)

18         Q       Use your words.

19         A       Yes.

20         Q       Who did you work for in 2007?

21         A       For Suffolk Paving.

22         Q       Did you work for Suffolk Paving,

23   in all of 2007?

24         A       Yes.

25         Q       Who did you work for in 2008?

58

1                      A. Amir Arevalo

2          A      Suffolk Paving.

3          Q      Did you work for Suffolk Paving

4    in all of 2008?

5          A      Yes.

6          Q      Who did you work for in 2009?

7          A      For Suffolk Paving.

8          Q      Did you work for Suffolk Paving

9    in all of 2009?

10         A      No, not all of it.  I was fired.

11         Q      What were you fired for?

12         A      My boss told me to connect a

13   truck to a trailer.  There was something

14   there that wasn't right.  He got angry.  He

15   yelled at me.  He told me that there wasn't

16   any work for me there and to go home.

17         Q      Who was that boss?

18         A      George.

19         Q      Do you think he only fired you

20   because you're Hispanic?

21                MR. McNAMARA:  Objection.

22         A      Yes, he fired me many times, and

23   out of necessity, I continued there.

24         Q      So if he fired you, how did you

25   continue there?

1                      A. Amir Arevalo

2          A      I would go away, do another job,

3    he would calm dawn, and it would pass.

4          Q      And he only fired you because

5    you were Hispanic?

6          A      I think so.

7          Q      You were Hispanic when he hired

8    you; right?

9                 MR. McNAMARA:  Objection.

10         A      He didn't hire me.  He was just

11   my boss in mechanics, but the owner, I don't

12   know.

13         Q      My question was:  Were you

14   Hispanic when you were hired?

15                MR. McNAMARA:  Objection.

16         A      Yes.

17         Q      And you were Hispanic when you

18   were fired?

19         A      Of course.

20         Q      And you were Hispanic the entire

21   time?

22                MR. McNAMARA:  Objection.

23         A      Of course.

24         Q      So if you were Hispanic and they

25   didn't like Hispanics, they probably wouldn't

```
 1                    A. Amir Arevalo

 2   have hired you; right?

 3                    MR. McNAMARA:  Objection.

 4        Q      Right?

 5        A      (No verbal response.)

 6        Q      Si or no?

 7        A      That's -- that's -- I didn't

 8   understand that.

 9        Q      Of course not.  Your answer is

10   clear.  Thank you.

11        A      Okay.

12        Q      I want you to just answer the

13   questions I ask you and not anything else.

14   If your attorney, you know, the individual

15   you testified about before, wants to add

16   something, he's aware of proper avenues to do

17   so.  Just answer the question.

18                    Do you understand?

19        A      Yes, yes.

20        Q      Are you suing Suffolk Paving

21   because you were fired?

22                    MR. McNAMARA:  Objection.

23        A      I'm suing them for stolen hours,

24   because I can't apply for or sue for being

25   fired.
```

61

1                         A. Amir Arevalo

2          Q      Who told you can't sue for being

3    fired?

4          A      My attorney.

5          Q      This fellow (indicating)?

6          A      Yes, my attorney.

7          Q      And your attorney said you can't

8    sue for being fired; correct?

9          A      Yes.

10         Q      So instead, you're suing for

11   hours; correct?

12         A      Exactly.

13         Q      Just because you can't sue for

14   being fired; correct?

15                MR. McNAMARA:  Objection.

16         A      Pardon me?

17         Q      Just because you can't sue for

18   being fired; correct?

19                MR. McNAMARA:  Objection.

20         A      Yes.

21         Q      Okay, that makes sense to me.  I

22   understand that now.

23                When you started working for

24   Suffolk Paving in 2006, how much did you make

25   an hour?

62

```
 1                   A. Amir Arevalo

 2         A       I made about thirteen.  From

 3     there, it went up to fifteen, and I finished

 4     with seventeen.

 5         Q       First, you started making $13 an

 6     hour, then you were making $15 an hour, and

 7     then you were making $17 an hour?

 8         A       For one year, it was thirteen.

 9     The following year, it was fifteen, and then

10     the last two, seventeen.

11         Q       That's pretty good; right?

12         A       Yes.  Mechanic.

13         Q       That's better than the $4 an

14     hour you were making at the car wash;

15     correct?

16               MR. McNAMARA:  Objection.

17         A       Yes.

18         Q       You made a good living when you

19     worked at what you say is Suffolk Paving;

20     correct?

21               MR. McNAMARA:  Objection.

22         A       Not much.  A little.

23         Q       What?  $17 an hour, that's not

24     enough?

25               MR. McNAMARA:  Objection.
```

63

```
 1                    A. Amir Arevalo

 2        A      For what I was doing?

 3        Q      I'm asking you:  $17 an hour was

 4   not enough for you; yes or no?

 5        A      No.

 6        Q      You wanted more money; right?

 7               MR. McNAMARA:  Objection.

 8        A      For what you know, for your job,

 9   for what I was doing, it had to be more.

10        Q      You wanted more than $17 an

11   hour; correct?

12        A      Of course.

13        Q      You were unhappy with $17 an

14   hour; correct?

15               MR. McNAMARA:  Objection.

16        A      No.

17        Q      Correct, you were unhappy;

18   right?

19               MR. McNAMARA:  Objection.

20        A      Yes.

21        Q      Did you try to find another job

22   that paid you more?

23        A      No.

24        Q      Why not, if you were so unhappy?

25        A      No.
```

64

```
 1                    A. Amir Arevalo

 2          Q       Why not, if you were so unhappy?

 3          A       I simply just continued on over

 4    there.  I didn't try to get anything outside.

 5          Q       Did you get paid in check or

 6    cash?

 7          A       Check.

 8          Q       You got a check every week;

 9    correct?

10          A       Yes.

11          Q       Those checks indicated the hours

12    you worked every week; correct?

13                  MR. McNAMARA:  Objection.

14          A       Yes.

15          Q       When you received those checks,

16    did you look at them?

17          A       Yes.

18          Q       You looked at them every week;

19    correct?

20          A       Yes.

21          Q       You're saying you never received

22    cash; correct?

23                  MR. McNAMARA:  Objection.

24          A       No, I didn't receive cash.

25          Q       So if there is video of you
```

65

```
 1                  A. Amir Arevalo

 2    receiving cash payments, you wouldn't be

 3    lying to me; correct?

 4                  MR. McNAMARA:  Objection.

 5         A      I didn't receive cash.

 6         Q      Look at me.  If there is

 7    videotape --

 8                  MR. McNAMARA:  Objection.

 9         Q      -- of you receiving payments in

10    cash, you wouldn't be lying to me?

11                  MR. McNAMARA:  Objection.

12         A      I didn't receive cash.

13         Q      And if you have coworkers that

14    say you received cash, would they be lying?

15         A      No, I never received cash.  If

16    my other coworkers received cash, I don't

17    know.  Some say that, yes, they were paid in

18    cash, that they got cash.

19         Q      Which of your coworkers say that

20    they got cash?

21                  MR. McNAMARA:  Objection.

22         A      One said that he got cash,

23    Mendez.

24         Q      Well, you said some of your

25    coworkers.
```

66

1                    A. Amir Arevalo

2              Who are the other coworkers who

3    say they got cash?

4              MR. McNAMARA:  Objection.

5         A    Well, from him, I heard that

6    yes, there were others that got cash.

7         Q    What were their names?

8         A    I don't know exactly how many,

9    and who got cash, but I did find out about

10   one who was getting cash.

11             THE INTERPRETER:  Would it be

12        okay if we took a break?

13             MR. ZABELL:  Sure.

14             THE INTERPRETER:  About ten

15        minutes?

16             MR. ZABELL:  That's fine.

17             (Whereupon, a recess was taken

18        from 11:00 a.m. until 11:10 a.m.)

19        Q    Mr. Arevalo -- if that's your

20   real name -- were you asked to provide

21   documents to your attorneys indicating when

22   you worked for Suffolk Paving?

23             MR. McNAMARA:  Objection.

24        Q    You may answer.

25        A    Pardon me?  The question?

67

1                    A. Amir Arevalo

2          Q          Did you provide documents to

3    your attorneys indicating when you worked for

4    Suffolk Paving?

5                    MR. McNAMARA:  Objection.

6          A          Yes.

7          Q          Remember I asked you if you

8    looked at all your pay stubs when you got

9    them?  Do you remember that?

10         A          Yes.

11         Q          And you told me you looked at

12   them every week; correct?

13         A          Yes.

14         Q          You told me that they indicated

15   that you got $13, $15, or $17 an hour;

16   correct?

17         A          Yes.

18         Q          And that the checks indicated

19   each hour that you worked; correct?

20         A          Yes.

21                  (Document consisting of a copy

22                  of Mr. Arevalo's W-2 was marked as

23                  Defendants' Exhibit Number 2, for

24                  identification as of this date.)

25         Q          I'm going to ask you to take a

68

1                A. Amir Arevalo

2    look at this document.  We're going to

3    identify it as Defendants' Exhibit Number 2

4    with today's date.  (Handing.)

5                Do you know what that document

6    is?

7          A    (Perusing.)  Yes.  This is what

8    they give you to do your income tax.

9          Q    Right.  Who gave it to you?

10         A    They gave it to me over there at

11   the end of the year.

12         Q    Who is "they"?

13         A    At Suffolk.

14         Q    I'm going to ask you to take a

15   look at the bottom, right-hand corner.

16               Do you see where it says P0206?

17   That indicates that your attorneys provided

18   this documentation to me.  Did you provide

19   those documents to them?

20               MR. McNAMARA:  Objection.

21         A    To my attorneys?

22         Q    Yes.

23         A    Yes.

24         Q    Can you show me whether on these

25   documents it indicates that you worked for

69

1                    A. Amir Arevalo

2    Suffolk Paving?

3                    MR. McNAMARA:   Objection.

4          A      (Perusing.)   Suffolk Paving

5    doesn't show up here, because Suffolk Paving

6    was divided into different names, so, of

7    course, Suffolk Paving is not shown here.

8          Q      Remember when I told you that

9    you have to just answer the questions I ask

10   you?  Do you remember I said that?

11         A      Yes.

12         Q      Do you remember I said it's

13   going to be a long day if you try to answer

14   things that I don't ask you?  Do you remember

15   that?

16         A      Yes.

17         Q      Can you show where on

18   Defendants' Exhibit 2 it shows that you

19   worked for a company called Suffolk Paving?

20         A      Of course, it's not here.

21         Q      Right.  So nothing on

22   Defendants' Exhibit 2 shows that you worked

23   for Suffolk Paving; right?

24         A      (No verbal response.)

25         Q      Correct?

70

1                    A. Amir Arevalo

2          A      (Nodding.)

3          Q      Use your words.

4          A      Of course, no, it doesn't appear

5     here.

6          Q      But you know that every check

7     that you received every week showed that you

8     worked for Suffolk Paving; right?

9          A      Suffolk Paving doesn't appear.

10          Q      Just answer the question.  Every

11     week you got a check, you testified to that.

12                  Did those checks say Suffolk

13     Paving on them?

14          A      No.

15          Q      Oh, so Suffolk Paving didn't

16     even pay you; correct?

17          A      (No verbal response.)

18          Q      Answer the question.

19          A      Yes, Suffolk Paving -- well, I'm

20     answering it.

21          Q      Did you get checks from

22     Suffolk Paving every week?

23          A      From the company?

24          Q      Yes or no?

25          A      Yes.  But since the company was

71

1                    A. Amir Arevalo

2    divided into several names...

3         Q        How do you know the company was

4    divided into several names?

5         A        Because one of the coworkers had

6    a name -- for example, over here

7    (indicating), it says Cross Island

8    Industries.  There were others, and we would

9    compare our checks, and there were different

10   names that would appear.

11        Q        Who would you compare checks

12   with?

13        A        With coworkers, Mendez.  The

14   only one I compared mine with, the names were

15   different.

16        Q        Did Mendez work in the shop with

17   you?

18        A        No.  We would compare them

19   sometimes.  Sometimes I would go out with

20   him to work.  We would work outside.

21        Q        I didn't ask you that question.

22                 Did Mendez work in the shop?

23   Was his job in the shop?

24        A        No, Mendez never worked in the

25   shop.

1                    A. Amir Arevalo

2          Q       But your job was in the shop;

3     correct?

4          A       Yes.

5          Q       Mendez didn't fix the machinery;

6     did he?  You fixed the machinery; right?

7          A       Yes.

8          Q       And you didn't lay pavement; did

9     you?

10         A       Once in awhile.

11         Q       When?

12         A       I would go out and work whenever

13    the company -- whenever it got busy.

14         Q       When?  What year and what month?

15         A       Practically, the middle of the

16    year.  It was busy outside, so I would leave

17    my mechanic's job and go work outside.

18         Q       So in 2006, when did you go

19    outside; what month?

20         A       Sometimes I went out to work the

21    middle of the year, towards the end of the

22    year, when it got busy at the company.

23         Q       I'm asking you for specific

24    dates and days.

25         A       I don't remember.

73

1              A. Amir Arevalo

2         Q     In 2006, you worked for a

3    company called L&V Site Development; didn't

4    you?

5         A     I don't remember.

6         Q     In 2007, you worked for a

7    company called Cross Island Industries;

8    correct?

9         A     I don't remember.

10        Q     In 2008, you worked for a

11   company called Cross Island Industries;

12   correct?

13        A     I don't remember.  I would have

14   to look and check.

15        Q     Well, these are documents that

16   you provided to your attorneys.  Take a look

17   at Defendants' Exhibit 2.

18        A     Which one, this one

19   (indicating)?

20        Q     Yes, Exhibit 2.  It's got a

21   label on it.

22        A     (Perusing.)

23        Q     How about an answer?

24        A     (No verbal response.)

25        Q     How about an answer?

74

1                    A. Amir Arevalo

2              MR. McNAMARA:  Objection,

3         Counselor.  He's reviewing the

4         document.

5         Q     Can I get an answer?

6              MR. ZABELL:  It's a two-page

7         document.  He has taken an inordinate

8         amount of time staring at it.

9         Q     How about an answer?

10        A     (No verbal response.)

11        Q     Mr. Arevalo, we're waiting for

12   an answer.

13        A     Over here (indicating), it

14   shows -- is he asking me if I looked -- over

15   here (indicating), it shows Louie --

16        Q     What are you pointing to?

17        A     The name, the name.

18        Q     L&V Site Development?

19        A     Yes.

20        Q     So in 2006, it shows you work

21   for L&V Site Development; correct?

22              MR. McNAMARA:  Objection.

23        Q     Right?  L&V Site Development;

24   yes?

25        A     Yes.

75

1                    A. Amir Arevalo

2          Q      And in 2007, it shows Cross

3    Island Industries; correct?

4          A      Yes.

5          Q      Now, in 2008, it shows Cross

6    Island Industries; correct?

7          A      Yes.

8          Q      In 2007, you worked for

9    Cross Island Industries.  In 2008, you worked

10   for L&V Site Development, and then, again,

11   in 2008, you worked for Cross Island

12   Industries; correct?

13         A      I'd have to look at my income

14   tax.

15         Q      Hey, hey, hey, just answer the

16   question.

17                Do you have any documents that

18   show you worked for Suffolk Paving during

19   those years?

20         A      No, Suffolk Paving, no.

21         Q      I'll take that back.

22         A      (Handing.)

23         Q      You said you received paychecks

24   from Suffolk Paving throughout your

25   employment with Suffolk Paving; right?

76

1                    A. Amir Arevalo

2         A      Yes.

3         Q      Are you sure?

4         A      Checks, yes.

5                (Document consisting of copies

6         of Mr. Arevalo's check stubs were

7         marked as Defendants' Exhibit Number 3,

8         for identification as of this date.)

9         Q      I'm going to show you a document

10    identified as Defendants' Exhibit Number 3

11    with today's date.  Take a look at that

12    document, please.  (Handing.)

13        A      (Perusing.)

14        Q      You've seen that document?

15        A      Yes.

16        Q      What is that document?

17        A      These are check stubs.

18        Q      Those numbers at the bottom

19    right-hand corner indicate that that gang of

20    merry people who call themselves your

21    attorneys provided that document to me.

22               Did you provide those documents

23    to them?

24               MR. McNAMARA:  Objection.

25        A      Yes.  But how can I be sure that

77

```
 1                  A. Amir Arevalo

 2    these documents are the ones that I gave to

 3    my attorney, the ones that you are showing

 4    me?

 5           Q      Do you think they are lying to

 6    me?

 7                  MR. McNAMARA:  Objection.

 8           A      Could be.  I'd have to look at

 9    the ones I have to compare them with these.

10           Q      Do you want to get the ones you

11    have?

12           A      No.

13           Q      Go get them.  We'll wait for

14    you.

15           A      I don't have a way to go.

16           Q      Patrick will drive you.  Go

17    ahead.  We'll wait; okay?

18                  MR. McNAMARA:  Can we take a

19              break?

20                  MR. ZABELL:  After he answers

21              the question.

22                  MR. McNAMARA:  What's the

23              pending question?

24           Q      You're going to go get those

25    documents now; right?
```

78

1                      A. Amir Arevalo

2          A      No, these are them.

3          Q      Could you show me where it says

4    Suffolk Paving in any of those documents?

5          A      It doesn't say.

6          Q      Right.  It says that you worked

7    for somebody else; correct?

8          A      (No verbal response.)

9          Q      Correct?

10         A      Yes, Cross Island Industries.

11         Q      Now, these documents are all

12   your pay stubs; correct?

13         A      Yes.

14         Q      And these are all the pay stubs

15   you provided to your attorneys; correct?

16         A      Yes.

17         Q      They also show how much you

18   made; correct?

19         A      Yes.  The only thing that is

20   missing here is the hours.

21         Q      But you said before that your

22   pay stubs that you got indicated the hours

23   that you worked; correct?

24         A      On a few.  On some of the pay

25   stubs, you can see the hours, but then on the

79

1                    A. Amir Arevalo

2    rest, it doesn't show.

3        Q      But we're just talking about the

4    testimony you gave before, and you testified

5    that when you got your paycheck, it showed

6    you the hours that you worked; correct?

7        A      (No verbal response.)

8        Q      Correct; do you remember

9    testifying to that?

10       A      (No verbal response.)

11       Q      Do you remember testifying to

12   that?

13       A      (No verbal response.)

14       Q      Si or no?

15       A      Forty hours, yes.  It shows up

16   there, but the rest do not.

17              (Document consisting of copies

18              of pay stubs from Mr. Arevalo's

19              employers from the years 2005 and 2006

20              were marked as Defendants' Exhibit

21              Number 4, for identification as of this

22              date.)

23       Q      I'm going to show you a document

24   I've identified as Defendants' Exhibit Number

25   4.  Take a look at that document.  (Handing.)

80

1                    A. Amir Arevalo

2          A        (Perusing.)

3          Q        Do you know what that document

4    is?

5          A        It's similar to the other one.

6          Q        Right.  And it's pay stubs from

7    your employers from the years 2005 and 2006;

8    correct?

9          A        (Nodding.)

10         Q        Use your words.

11         A        Yes.

12         Q        Could you show me where on those

13   pay stubs -- actually, before I ask that

14   question, they're the pay stubs that you

15   provided to your attorneys; correct?

16         A        Yes.

17         Q        Can you show me where on those

18   pay stubs it shows the words Suffolk Paving?

19         A        They don't say.

20         Q        Take your time.  Look through

21   each one.  I'll be right here.  I'm not going

22   anywhere.

23         A        (Perusing.)

24         Q        I'm going to correct that.  I am

25   going to go somewhere.  I'm just going to

81

1              A. Amir Arevalo

2    take a thirty-second break while you look

3    through those documents; okay?

4         A    Okay.

5              (Whereupon, a recess was taken

6         from 11:32 a.m. until 11:34 a.m.)

7         Q    So you had an opportunity to

8    look through every page; correct?

9         A    Yes.

10         Q    Could you show me the words

11   Suffolk Paving anywhere in this document?

12         A    It doesn't appear.

13         Q    So maybe you didn't work for

14   Suffolk Paving during those years; correct?

15         A    The company -- the company is

16   called Suffolk Paving, but the ones you paid

17   were the names that appear on the check

18   stubs, but, in general, what I'm referring to

19   by Suffolk Paving is everything, but inside

20   they're denominated by different -- the

21   checks, you can see the exact names of each

22   one, but I'm talking about generally.

23         Q    So you worked inside the shop on

24   vehicles; correct?

25              MR. McNAMARA:  Objection.

1                    A. Amir Arevalo

2         A       Yes.

3         Q       Those vehicles were owned by

4    Cross Island Industries; correct?

5         A       It's says below --

6         Q       Hey, hey, hey, just answer the

7    question.

8                  Those vehicles were owned by

9    Cross Island Industries; correct?

10        A       Yes.

11        Q       All your friends worked out in

12   the fields; correct?

13        A       Yes.

14        Q       They did different work than you

15   did; correct?

16        A       Yes.

17        Q       So they could have been working

18   for Suffolk Paving, and you could have been

19   working for Cross Island Industries; correct?

20        A       Yes.

21        Q       Okay.  So when you say in 2005

22   you worked for Suffolk Paving, you're

23   incorrect?

24                 MR. McNAMARA:  Objection.

25        A       I didn't say that it was

 1                    A. Amir Arevalo

 2    in 2005.

 3          Q      You didn't work for Suffolk

 4    Paving in 2005?

 5          A      No, 2006.

 6          Q      All right.  Did you work for

 7    Cross Island Industries in 2005?

 8          A      No.

 9          Q      You're sure you didn't work for

10    Suffolk Paving or any of these other

11    companies related to Suffolk Paving in 2005?

12          A      No.

13          Q      You're absolutely positive?

14          A      Yes.

15          Q      And if you later claim that you

16    did work for them in 2005, I could call you a

17    liar; right?

18                 THE INTERPRETER:  I'm sorry.

19          Madame court reporter, please read that

20          question to me.

21                 (Whereupon, the requested

22          portion of the record was read by the

23          court reporter.)

24                 MR. McNAMARA:  Objection.

25          A      No.  In 2005, I didn't work

84

1                    A. Amir Arevalo

2    there.

3          Q      Are you sure?

4          A      I worked in 2006.

5          Q      You'll never, ever, ever say

6    that you worked for Suffolk Paving in 2005;

7    correct?

8                 MR. McNAMARA:  Objection.

9          A      Pardon me?

10         Q      You're never going to say that

11   you worked for Suffolk Paving in 2005;

12   correct?

13         A      No, no.  In 2005, I didn't work.

14         Q      Can you say, in 2005, I never

15   worked for Suffolk Paving?

16         A      No.

17         Q      No or yes?

18         A      No.

19         Q      So no, you did work for them?

20         A      No, but yes.  What's that?

21         Q      We might be saying the same

22   thing.  I just want to make sure.

23                Did you work for Suffolk Paving

24   or any Suffolk Paving-related entities

25   in 2005?

1              A. Amir Arevalo

2        A       The thing is, Suffolk Paving --

3   Suffolk Paving is the whole company, but

4   you're referring to the different names on

5   the checks -- the different names on the

6   checks.

7        Q       Did you work for Cross Island

8   Industries in 2005?

9        A       (No verbal response.)

10       Q       Answer; yes or no?

11       A       Yes, yes, for the whole company.

12       Q       Oh, so you worked for Cross

13  Island Industries in 2005?  What did you do

14  in 2005?

15       A       No, in 2005, I didn't work.

16       Q       Tell me, right now, all the jobs

17  you had in 2005.

18              MR. McNAMARA:  Objection.

19       A       In 2005, I said that I worked at

20  the car wash and later on for the company.

21       Q       What company?

22       A       It's where -- I can't say the

23  name, because I don't know it in English, but

24  I could tell you that it was for the names

25  that appear on the check stubs.  I worked for

86

1                    A. Amir Arevalo

2     them.

3          Q     Do you know what companies you

4     worked for in 2005?

5          A     The thing is, in 2005, I didn't

6     work.

7          Q     Tell me all the companies you

8     worked for in 2005, any employer you had.

9               MR. McNAMARA:  Objection.

10         A     The thing is, in 2005 -- it was

11    in 2006.  In 2005, I didn't work there.

12         Q     Listen to me.  I'm only asking

13    you about 2005.

14               Do you understand that?

15         A     Yes.  But I didn't work for the

16    company in 2005.

17         Q     For what company?

18         A     I didn't work for the company

19    in 2005, but in 2006, I did work for the

20    company Suffolk Paving and the names that

21    show up on the pay stubs.

22         Q     Did you ever receive a paycheck

23    from Suffolk Paving in 2006?

24               MR. McNAMARA:  Objection.

25         A     No.

87

```
 1                      A. Amir Arevalo

 2           Q      Did you ever receive a paycheck

 3      from Suffolk Paving in 2007?

 4           A      No, that exact name, no.

 5           Q      Did you ever receive a paycheck

 6      from Suffolk Paving in 2008?

 7           A      No.

 8           Q      Did you ever receive a paycheck

 9      from Suffolk Paving in 2009?

10           A      No.

11           Q      And you think you worked for

12      Suffolk Paving, because your friends worked

13      for Suffolk Paving; correct?

14                  MR. McNAMARA:  Objection.

15           Q      Yes or no?

16           A      Maybe with my friends there were

17      names and maybe Suffolk Paving appeared, but

18      in my checks, the name Suffolk Paving did not

19      appear.

20           Q      Right.  And you only think you

21      worked at Suffolk Paving because your friends

22      worked at Suffolk Paving?

23                  MR. McNAMARA:  Objection.

24           Q      Correct?

25           A      Yes.
```

88

1                     A. Amir Arevalo

2          Q      Did you ever work for Suffolk

3     Asphalt in 2006?

4          A      Asphalt, yes, but when I was

5     working in the shop, sometimes I went out

6     with Mendez to go lay RCA and concrete with

7     Mendez.  Once in awhile, I went out with

8     Mendez.

9          Q      It was just you and Mendez;

10    right?

11         A      No, there were others.

12    Sometimes I went out with Renato.  I don't

13    know his exact name, but I knew him as

14    Renato.

15         Q      Do you remember what day and

16    what year you went out with Mendez and

17    Renato?

18         A      I don't remember the exact day,

19    but I did go out once in awhile.

20         Q      Do you remember the year?

21         A      During the years I was working;

22    '06, '07, '08, '09, midyear, I would go out

23    with them.

24         Q      Do you remember the names of any

25    of the projects?

89

1              A. Amir Arevalo

2       A       Names, I can't.  They would just

3  send me out to pour asphalt sometimes.

4       Q       I thought you just said RCA.

5       A       Why?

6       Q       Didn't you just say you went to

7  spread RCA and not spread asphalt?

8       A       With Mendez.  Mendez wouldn't

9  pour asphalt.  Once in awhile, it was

10  asphalt.

11      Q       Were you ever in a union?

12      A       No.

13      Q       Do you know who owns

14  Suffolk Asphalt?

15      A       The actual owner?

16      Q       Yes.

17      A       I don't know.  Could be Louie.

18      Q       Do you know who owns

19  Suffolk Paving?

20      A       In general, it's Louie.  It's

21  him.

22      Q       Do you know whether there are

23  any other owners, other than Louie?

24      A       His wife, his son.

25      Q       Why do you believe that his wife

1                    A. Amir Arevalo

2    and his son are the owners of company?

3        A        They're the ones that manage the

4    company.

5        Q        They manage it, but do you know

6    if they own it?

7        A        Yeah, they are the owners.

8        Q        How do you know?

9        A        They are the owners.

10        Q        How do you know?

11        A        I don't know.  Just because I

12    see.  It's logical that they would be the

13    owners.  They're the bosses.

14        Q        So you have no reason to believe

15    that Louis Vecchia's wife and son are owners

16    of Suffolk Paving?

17        A        Yes, they are the owners.

18        Q        On what do you base that?

19        A        They're the owners.  It's

20    logical.

21        Q        Look.  I could say I have a full

22    head of hair, but just because I say it

23    doesn't make it true.

24                    Are you familiar with the

25    corporate structure of Suffolk Paving?

```
 1                    A. Amir Arevalo

 2               MR. McNAMARA:  Objection.

 3        A      Familiarize, no.

 4        Q      So all you know is Louie Vecchia

 5   would tell you how to do stuff; correct?

 6               MR. McNAMARA:  Objection.

 7        A      Yes.

 8        Q      Louie treated you fair; didn't

 9   he?

10        A      No.

11        Q      He didn't treat you fairly?

12        A      No.

13        Q      Did he yell at you?

14        A      Sometimes.

15        Q      Did you deserve to get yelled

16   at?

17        A      No.

18        Q      He yelled at you about work

19   things; right?

20        A      Yes.

21        Q      He yelled at you about falling

22   asleep under a tree; right?

23               MR. McNAMARA:  Objection.

24        A      Yes.  He knows a lot.  He knows

25   a lot.  I remember I was working there and he
```

92

```
 1                    A. Amir Arevalo

 2   would come there a lot.

 3          Q       Do you remember you fell asleep

 4   under the truck?

 5          A       Yes, once.

 6          Q       Once or twice?

 7          A       Once.

 8          Q       Eh, eh, eh, eh.  Once or twice?

 9                  MR. McNAMARA:  Objection.

10          A       Once.

11          Q       Did you get fired when you fell

12   asleep under the truck?

13          A       No.

14          Q       Should you have gotten fired?

15                  MR. McNAMARA:  Objection.

16          A       No, no.

17          Q       Eh, eh, eh.

18          A       No, because it wasn't a big

19   deal.  Sleeping, I remember.

20          Q       How long did you fall asleep for

21   under the truck?

22          A       Ten, fifteen minutes.

23          Q       You had a good sleep?

24          A       No, I didn't have a good sleep.

25          Q       A little siesta?
```

93

1                    A. Amir Arevalo

2          A      Yes.

3          Q      You felt refreshed when you woke

4    up?

5          A      I felt disoriented.  I thought I

6    was going to be fired.

7          Q      Why did you think you were going

8    to be fired?

9          A      Because I had fallen asleep.

10         Q      And when you fall asleep at

11   work, you're supposed to get fired; right?

12         A      I don't know, I don't know.

13         Q      But you thought you were going

14   to get fired; right?

15         A      Yes.

16         Q      How did you wake up?

17         A      Oh, because I could hear being

18   yelled at.

19         Q      So you got woken up because you

20   got caught sleeping; right?

21         A      Yes.

22         Q      Who caught you?

23         A      Louie.

24         Q      Did you feel bad?

25         A      Of course, yes.

94

1                    A. Amir Arevalo

2          Q      Because you let him down; right?

3          A      Yes.

4          Q      What kind of truck did you fall

5    asleep under?

6          A      Ten-wheeler.  Ford -- Ford,

7    ten-wheeler.

8          Q      Was there a name on the side of

9    that truck?

10         A      Mack.

11         Q      Was there a name on the side of

12   that truck?

13         A      Suffolk Paving Corporation -- I

14   don't remember the rest.

15         Q      Didn't it say Cross Island

16   Industries?

17         A      In the beginning, it did say,

18   but that sticker that they had, they modified

19   it.

20         Q      So there was something

21   underneath that sticker?

22         A      I don't remember, I don't

23   remember.

24         Q      What time of day was it that you

25   fell asleep under the truck?

95

```
 1                    A. Amir Arevalo

 2        A       It was around 10:00, 10:30.

 3        Q       In the morning?

 4        A       Yes, in the morning.

 5        Q       Do you have any hobbies?

 6        A       Pardon me?

 7        Q       Do you have any hobbies?

 8                THE INTERPRETER:  There is no

 9        direct interpretation for the word

10        "hobbies."  It's things that you do for

11        pleasure.

12        Q       What do you like to do when you

13   are not working?

14        A       To be with my children.

15        Q       Do you go to church?

16        A       No.

17        Q       Do you go to any sports

18   functions?

19        A       I like soccer.

20        Q       Do you play soccer?

21        A       Yes.

22        Q       Did you ever play soccer at the

23   shop?

24        A       No, no.

25        Q       Did you ever see anybody else
```

96

1                    A.  Amir  Arevalo

2    play soccer at the shop?

3          A      No.

4          Q      Not even once or twice?

5          A      No.  But I heard some commentary

6    about a few of them playing.  I found out

7    about a group that played soccer there, but

8    me, personally, no.

9          Q      Who was in that group that

10   played soccer?

11         A      I don't know.  I heard Mendez.

12   I don't know who was in the group exactly.

13         Q      Did you ever see a soccer ball

14   around?

15         A      No, no.  Around?  No, not that I

16   know of.

17         Q      What time would you get to work

18   in the morning?

19         A      I would arrive at 6:30.

20         Q      Was anybody else around when you

21   got in?

22         A      Yes, there was someone else.

23         Q      Who?

24         A      Eric.

25         Q      Who's Eric?

97

```
 1                  A. Amir Arevalo

 2        A      Eric is the person who was

 3   working in the back, working with the

 4   payloader.  It's a machine.

 5        Q      So at 6:00 in the morning, it

 6   was just the two of you?

 7               MR. McNAMARA:  Objection.

 8        A      At 6:30, he worked a lot.  There

 9   were other people that were working earlier

10   than that, but I didn't see them.

11        Q      You didn't see them, so it was

12   just you and Eric; right?

13        A      For the whole time, practically,

14   it was just him and I.  The other groups

15   would start earlier, and I wouldn't see them.

16        Q      So you wouldn't see the other

17   groups there; right?

18        A      No.

19        Q      Sometimes the gates would be

20   locked; correct?

21        A      What do you mean?  I don't

22   understand.

23        Q      The gate to enter into the

24   parking lot.

25        A      No, it was open, because of
```

1                    A. Amir Arevalo

2     those that arrived early, they opened

3     everything.

4          Q     How do you know?

5          A     Because when I arrived, it was

6     already opened.

7          Q     What time would you leave?

8          A     At 5:00.

9          Q     What time would you eat

10    breakfast in the morning?

11         A     At 9:30.  At the time the coffee

12    truck arrived.

13         Q     What would you order from the

14    coffee truck?

15         A     No, I would bring in my own

16    food.

17         Q     What would you eat at 9:30;

18    platanos, beans?

19         A     Yes, bananas, tortillas, cheese,

20    cream.

21         Q     And you'd eat your breakfast;

22    right?

23         A     Yes, I would eat.

24         Q     What time would you eat lunch?

25         A     At the same time the coffee

99

1              A. Amir Arevalo

2    truck came.  That was the time that George

3    got his lunch, so I would get mine.

4         Q     What time was that?

5         A     It was, practically, at 1:00,

6    1:00.

7         Q     So you would eat lunch with

8    George; correct?

9         A     Yes.

10        Q     Would you talk to George during

11   lunch?

12        A     No.  Because he doesn't speak

13   much Spanish.

14        Q     Do you speak much English?

15        A     No.

16        Q     Have you tried to learn it?

17        A     No.

18        Q     Why?

19              MR. McNAMARA:  Objection.

20        A     I haven't been able to.  I don't

21   really understand it very well.

22        Q     Did George ever sleep under a

23   truck?

24        A     At the office, yes.

25        Q     Did you ever sleep in the

1                    A. Amir Arevalo

2    office?

3         A     No, no.

4         Q     Just that once; right?

5         A     Only once.

6         Q     Are you sure there weren't other

7    times that you just didn't get caught?

8               MR. McNAMARA:  Objection.

9         A     I didn't fall asleep again.

10        Q     How about before then and you

11   just didn't get caught?

12        A     No.  That was the only time.

13        Q     Do you know if you were snoring?

14        A     No.

15        Q     Were you snoring?

16        A     I don't remember.

17        Q     You might have been; right?

18        A     Could be.

19        Q     What did you do the night before

20   that you had to fall asleep under the truck?

21        A     I wasn't able to sleep.

22        Q     Why?

23        A     Sometimes there are nights you

24   just can't fall asleep.

25        Q     What's her name?

101

```
 1                    A. Amir Arevalo

 2        A      Who?

 3        Q      The one who wouldn't let you

 4   sleep.

 5        A      No, no.  I just simply couldn't

 6   fall asleep.

 7        Q      Does your wife know about your

 8   girlfriend?

 9               MR. McNAMARA:  Objection.

10        A      No, I don't have a girlfriend.

11   She's the only one, only one.

12        Q      Did you ever lie to her?

13        A      Could be.  A little.

14        Q      To get something that you

15   wanted?

16               MR. McNAMARA:  Objection.

17        A      No, no.

18        Q      To keep her in a good mood?

19        A      Could be, yes.

20        Q      Sometimes you lie to get people

21   to do things that you want them to do; right?

22               MR. McNAMARA:  Objection.

23        A      No, maybe just to my wife, but

24   not to other people that I respect.

25        Q      Did you ever lie to your mom?
```

1                    A. Amir Arevalo

2          A       Yes.

3          Q       Do you respect your mother?

4          A       Yes.  But there has been one

5     time or more than once that I've lied.

6          Q       Did you ever lie to your father?

7          A       Yes.

8          Q       Do you respect your father?

9          A       Yes, I respect him, but

10    sometimes because of being afraid of getting

11    hit, I've had to lie to him.

12         Q       So you've had to lie to keep

13    yourself from getting punished; right?

14         A       Yes.

15         Q       That's all right.  I'm sure your

16    lawyer has done the same thing.  You can ask

17    him.  He'll tell you.

18              MR. ZABELL:  Let the record

19         reflect his lawyer can't speak, because

20         he has a delicious Dunkin' Donuts

21         Munchkin, donut-hole treat in his

22         mouth.

23              Is that a correct

24         representation, Counselor?

25              MR. McNAMARA:  It is, but I

```
 1                    A. Amir Arevalo

 2         don't understand why it's called donut

 3         holes.

 4              MR. ZABELL:  Go ahead and tell

 5         him that you've lied to your parents

 6         too.

 7              MR. McNAMARA:  I've lied to my

 8         parents.

 9              MR. ZABELL:  To keep yourself

10         from being punished?

11              MR. McNAMARA:  Of course.

12         Q      Have you lied to anybody else,

13    other than your parents and the person you

14    call your wife?

15         A      Pardon me?

16         Q      Just answer the question.

17              MR. McNAMARA:  Objection.

18         A      Well, my mother, my father --

19    there have been times that I've lied, but to

20    others, I don't think so.

21         Q      You've never lied to a friend

22    when you've dated his girlfriend?

23         A      No, no, no.

24              MR. ZABELL:  Let the record

25         reflect that the deponent is laughing
```

104

1                    A.  Amir Arevalo

2          pretty hardily.

3                    Counselor, is that a correct

4          representation?

5                    MR. McNAMARA:  That's fair.

6          Q      You've never ever had to lie to

7     a friend?

8          A      No.

9          Q      When you've eaten his platanos?

10         A      No.

11                   MR. McNAMARA:  Objection.

12         Q      When you drank his cerveza?

13         A      No.

14         Q      No, you've never done that?

15         A      No.  I've tried beer, but I

16    don't like it.  I don't drink.

17         Q      What do you like to drink?

18         A      What I like the most are juices,

19    but not liquor.

20         Q      So you never lied to a friend

21    when you stole his juices?

22         A      No.

23                   MR. ZABELL:  I think that we can

24          let the record reflect that both

25          Counsel and the deponent are laughing.

105

1                    A. Amir Arevalo

2              MR. McNAMARA:  Mr. Interpreter

3         and madame court reporter, as well.

4         Q      Did you ever lie to

5    Louis Vecchia?

6         A      No, I -- because I never spoke

7    to him.

8         Q      ████████████████████████████

9    ████████████████████

10             MR. McNAMARA:  Objection.

11        A      ████████  ████████  ████████ ██

12   ████████████████████

13        Q      ████████████████████████████

14        A      ████████████████

15        Q      ████████████████████████████

16   ████████████

17             MR. McNAMARA:  Objection.

18        A      █████ .

19        Q      █████████████████████████████?

20             MR. McNAMARA:  Objection.

21        A      █████

22        Q      So you lied to your mother, your

23   father, you lied to the person you call your

24   wife, and you lied to Louis Vecchia; correct?

25             MR. McNAMARA:  Objection.

106



```
 1                     A. Amir Arevalo

 2         A

 3         Q

 4         A

 5

 6

 7         Q

 8

 9         A                          .

10         Q

11

12

13

14         A     I

15         Q

16

17

18               MR. McNAMARA:  Objection.

19         A

20         Q     Just answer the question.

21         A     I didn't understand it.

22               MR. ZABELL:  Why don't we take a

23         lunch break now; okay?

24               THE WITNESS:  Okay.

25               MR. ZABELL:  It's 12:10 p.m.
```

```
 1                    A. Amir Arevalo
 2         We'll come back at 1:00.
 3                 MR. McNAMARA:  That's fine.
 4                 MR. ZABELL:  We can go off the
 5         record.
 6                 (Whereupon, a discussion was
 7         held off the record.)
 8                 MR. ZABELL:  Okay, we're going
 9         to break for lunch, and we will meet
10         back here at 1:00.
11                 MR. McNAMARA:  That's fine.
12                 (Whereupon, a luncheon recess
13         was taken from 12:15 p.m. to
14         12:55 p.m.)
15         Q     Did you have a good lunch?
16         A     Yes.
17         Q     I want to remind you that you're
18   still under oath.
19         A     Okay.
20         Q     No more fibbing.
21                 MR. McNAMARA:  Objection.
22         A     Okay.
23         Q     Good?
24         A     Yes.
25         Q     You're not going to lie to me;
```

108

1                    A. Amir Arevalo

2    right?

3         A     No.

4         Q     I had a chance during the break

5    to speak to Louie.

6         A     Yes.

7         Q     He said you fell asleep a couple

8    of times under the truck, right; so it was

9    more than once?

10        A     Once.

11        Q     He also said you would come to

12   work a little late sometimes; right?

13        A     No.

14        Q     A little bit?

15              MR. McNAMARA:  Objection.

16        A     (No verbal response.)

17        Q     Are you going to deny that?

18        A     No, no.  Well, maybe when my

19   daughter was born, I arrived late, but from

20   what I remember, I always arrived at the same

21   time.

22        Q     Did you ever take any time off

23   from work?

24        A     Off?  I don't remember.

25        Q     You don't remember if you ever

1                    A. Amir Arevalo

2    took any time off?

3          A      No.

4          Q      When your daughter was born, you

5    didn't take any time off?

6          A      No, I didn't take it because I

7    had to work.  If I didn't work, I wasn't

8    going to get paid.

9          Q      How did you get to work every

10   day?

11         A      I had a car.

12         Q      So you drove yourself?

13         A      Yes, sometimes.  Yes, yes.

14         Q      Sometimes or all the time?

15         A      No.  All the time that I worked

16   there, I drove.

17         Q      Did you drive with anybody?

18         A      No, just me.

19         Q      You never gave anybody a lift to

20   work?

21         A      No.

22         Q      Why not?

23         A      I just went there on my own.

24   Most of the guys that worked there would go

25   in earlier.

1                   A. Amir Arevalo

2          Q      They all went in earlier than

3    you?

4          A      Yes, earlier.

5          Q      And they were all gone by the

6    time you got there?

7          A      Yes.

8          Q      You got to work at 6:30 every

9    morning?

10         A      Yes.

11         Q      Not 7:00?

12         A      No.

13         Q      And you left at 4:00; right?

14         A      No, 5:00.

15         Q      True?

16         A      At 5:00.

17         Q      You took a forty-five-minute

18   lunch break?

19         A      No, never.

20         Q      Did you take a lunch break?

21         A      Lunch?  Yes.  Depending if work

22   was busy, fifteen or twenty minutes, max.

23         Q      You ate lunch with George;

24   right?

25         A      Yes.

1                    A. Amir Arevalo

2          Q      So whatever George says he took

3     for lunch, you took for lunch; correct?

4          A      Yes.

5          Q      Was George the mechanic you

6     worked with?

7          A      Yes.

8          Q      You worked with George all the

9     time?

10         A      Yes.

11         Q      Do you like George?

12         A      Well, he would get angry.  I

13    realized he was smoking marijuana.  Without

14    the effects of that, he's a calm person, but

15    when he's drugged up, it's just not good.

16         Q      He was the one that was smoking

17    marijuana, but you were the one that was

18    falling asleep under the truck?

19                MR. McNAMARA:  Objection.

20         Q      Right?

21         A      I fell asleep only once.

22         Q      And you can't remember if you

23    were snoring or not; right?

24         A      No, I don't remember.

25         Q      Did you eat breakfast with

112

1                       A. Amir Arevalo

2    George in the morning?

3          A      Yes.

4          Q      So however long George ate

5    breakfast, you ate breakfast; right?

6          A      Yes.

7          Q      Is George still working there?

8          A      I think so.

9          Q      Would George get to work in the

10   morning with you?

11         A      He was already there.  He would

12   enter earlier.

13         Q      So George came to work before

14   you?

15         A      Yes.  I don't know at exactly

16   what time he would arrive, but when I

17   arrived, he was already there.

18         Q      Would you leave at the same

19   time?

20         A      I left at 5:00 and he would

21   stay.  I don't know what time it was.

22         Q      George was there when you got

23   there, and George was there when you left;

24   correct?

25         A      Yes.

1                    A. Amir Arevalo

2          Q      Who talked you into suing

3    Suffolk Paving?

4                MR. McNAMARA:  Objection.

5          A      No one talked me into it.

6          Q      How did you decide to sue

7    Suffolk Paving?

8          A      The whole group.  We commented

9    on just being fed up, and we didn't have any

10   other choice but to look for someone to help

11   us.

12         Q      Who was the group leader?

13               MR. McNAMARA:  Objection.

14         A      There isn't a leader.  It's just

15   the whole group.  The union makes us strong.

16         Q      What union?

17         A      The union.  If the group isn't

18   united -- there isn't a leader.

19         Q      Oh, so you're saying if one

20   person in the group says something, you're

21   weak, but if everybody in the group says the

22   same thing, that makes it strong; correct?

23               MR. McNAMARA:  Objection.

24         A      Yes.

25         Q      And the group all got together

114

1               A. Amir Arevalo

2   and talked about the story; correct?

3               MR. McNAMARA:  Objection.

4        A     Yes.

5        Q     Everybody got their facts

6   straight; right?

7               MR. McNAMARA:  Objection.

8        A     Yes.

9        Q     Anybody that was incorrect heard

10  what everybody else in the group had to say;

11  correct?

12              MR. McNAMARA:  Objection.

13       A     Yes.

14       Q     So you got to hear what

15  everybody else's story was; correct?

16              MR. McNAMARA:  Objection.

17       Q     Right?

18       A     Yes.

19       Q     So you got to hear what

20  everybody else's story was; right?

21              MR. McNAMARA:  Objection.

22       A     Yes.

23       Q     When was the last time you met

24  with this whole group to hear everybody's

25  story?

1              A. Amir Arevalo

2              MR. McNAMARA:  Objection.

3      A      I don't remember the exact date.

4      Q      Roughly, when was it?

5      A      That was what?  December, before

6  December, about three or four months before

7  December.

8      Q      Did you take any notes at that

9  meeting?

10             MR. McNAMARA:  Objection.

11     A      No, because -- no.

12     Q      Did anybody take notes?

13     A      No.

14             MR. McNAMARA:  Objection.

15     Q      Were the attorneys present when

16  you had the meeting?

17             MR. McNAMARA:  Objection.

18     A      When we had the meeting, yes,

19  they were there.  We told them about the

20  situation, and they took all the information,

21  all the evidence we had.

22     Q      And they helped get everybody's

23  story straight; right?

24             MR. McNAMARA:  Objection.

25     Q      Right?

116

1                     A. Amir Arevalo

2        A        (No verbal response.)

3        Q        Correct?

4        A        Yes.

5        Q        Before you met with the

6    attorneys, everybody's story was a little

7    off; right?

8                  MR. McNAMARA:  Objection.

9        Q        Right?

10       A        Well, no, my job was different

11   than the jobs the rest of them did.

12       Q        So you're completely different

13   than everybody else in the group; correct?

14                 MR. McNAMARA:  Objection.

15       A        Yes.

16       Q        Did you ever do side work?

17       A        No.

18       Q        You never did a little work with

19   Mendez?

20       A        No.

21       Q        And if Mendez said you did do

22   side work with him, he'd be lying?

23       A        I never worked with Mendez on

24   his own jobs.  Never.

25       Q        How do you know?

117

1              A. Amir Arevalo

2              MR. McNAMARA:  Objection.

3        A     (No verbal response.)

4        Q     How do you know?

5        A     He's asking me if I worked at

6   jobs personally with Mendez, and I'm saying

7   no.

8        Q     How do you know?

9              MR. McNAMARA:  Objection.

10       A     I know because -- well, maybe

11  Mendez did have some jobs, but I never went

12  to work to help him.  Yes, never.

13       Q     Did you ever help any of your

14  other coworkers?

15       A     No.

16       Q     They didn't like you?

17             MR. McNAMARA:  Objection.

18       A     No.  Because they did their job

19  and I did mine.

20       Q     And the two jobs were very

21  different; correct?

22       A     Different.

23       Q     Very different; correct?

24       A     Yes.

25       Q     You fixed trucks; right?

1              A. Amir Arevalo

2              MR. McNAMARA:  Objection.

3    A       Yes.

4    Q       They did paving?

5    A       Yes.

6    Q       You can't compare the two?

7    A       You can't compare asphalt to

8  mechanics; right.

9              MR. McNAMARA:  Objection.

10             MR. ZABELL:  To what?  You're

11        objecting to his answer?

12             MR. McNAMARA:  No, nothing.

13        Withdrawn, Counselor.  Can we proceed,

14        Counselor?

15             MR. ZABELL:  I don't know.  Can

16        we, Counselor?

17             MR. McNAMARA:  I'm fine with the

18        proceeding.  You can continue.

19    Q       Did you say that you went to

20  work on Sundays?

21    A       Once in awhile, yes.

22    Q       When?

23    A       I don't remember exact days, but

24  I did work on Saturdays and Sundays

25  sometimes.

119

1                    A. Amir Arevalo

2          Q      Is that when you were making up

3    time that you lost during the week?

4          A      No, no, no.

5          Q      But if you were working Sundays,

6    George was working Sundays with you; right?

7          A      When I worked Saturday and

8    Sunday --

9          Q      Yes or no?

10         A      When I worked Saturday and

11   Sunday, we were working in the yard in the

12   back.  I worked with Eric on the machine with

13   concrete -- with Eric on the payloader.

14         Q      Eric or Eddie?

15                THE INTERPRETER:  The

16                interpreter would like to ask the

17                witness to repeat part of his answer.

18                (Whereupon, in Spanish, the

19                interpreter asked the witness to repeat

20                his answer for clarification of the

21                record.)

22         A      Removing pieces of wood, metal,

23   all of the trash that would accumulate there

24   in the back.

25         Q      You worked with Eric, right; not

120

1                    A. Amir Arevalo

2    Eddie?

3         A      No Eddie.  Eric, Eric.

4         Q      What did Eric look like;

5    handsome, like me?

6         A      About his height (indicating).

7         Q      Ugly, like him?

8                MR. McNAMARA:  Handsome, like

9           me.

10        A      No, no, no, no, no.

11        Q      Don't call your attorney ugly.

12   That's not nice.

13        A      No, no, like his height though.

14               MR. ZABELL:  How tall are you,

15          Counselor?

16               MR. McNAMARA:  I tell people

17          that I'm 5'10".

18               MR. ZABELL:  How tall are you,

19          Counselor?

20               MR. McNAMARA:  I'm 5'9".

21        Q      So he's about his height?

22        A      Yes.

23        Q      White?

24        A      White.  Not like very white, but

25   he's white.  I would say he's white.

121

```
 1                        A. Amir Arevalo
 2          Q      As white as your attorney?
 3    Because that's one white guy.
 4          A      No.
 5          Q      As white as me?
 6          A      No, whiter.
 7          Q      Whiter than me?
 8          A      You're whiter.
 9          Q      Was he Hispanic?
10          A      Hispanic.
11          Q      So Eddie or Eric is Hispanic?
12          A      He's Hispanic.
13          Q      And you would speak to him;
14    right?
15          A      Yes.
16          Q      And you would work Saturdays and
17    Sundays with him; right?
18          A      Yes.
19          Q      All the time?
20          A      Sometimes, sometimes.
21          Q      How many times a month?
22          A      Might be once or twice.
23          Q      Once or two times a month?
24          A      No.  That would be maybe a
25    month, but it was rare.  Saturdays and
```

122

1                    A. Amir Arevalo

2    Sundays were very rare.

3        Q        So maybe once or twice a year?

4                 MR. McNAMARA:  Objection.

5        A        Once or twice a year.  Yes, once

6    or twice a year.

7        Q        Saturdays, as well; correct?

8                 MR. McNAMARA:  Objection.

9        A        Yes.

10       Q        Would that be to make up a day

11   that you didn't work during the week?

12       A        No, no.  That was because that

13   was needed to remove something from there.

14       Q        Did you get paid extra for that?

15       A        It's like overtime.

16       Q        So you got a little; right?

17       A        A little.

18       Q        You'd get a little overtime;

19   right?

20       A        Yes.

21       Q        Every now and then; correct?

22       A        Yes.

23       Q        So when you worked a little

24   extra, you got a little extra overtime;

25   correct?

123

```
 1                      A. Amir Arevalo
 2           A       Yes, a little.
 3           Q       How much are you suing Suffolk
 4    Paving for?
 5           A       I don't have an exact amount.
 6           Q       Do you have a rough amount?
 7                   MR. McNAMARA:  Objection.
 8           A       No.
 9           Q       Do you have any idea how much
10    you're suing them for?
11                   MR. McNAMARA:  Objection.
12           A       I don't know.  No, no.
13           Q       How would you go about figuring
14    it out?
15           A       I would have to consult it with
16    my attorney.
17           Q       Well, you can't consult with
18    your attorney.  You need to answer my
19    question now.
20           A       I don't have an exact amount.
21           Q       Can you figure it out as you're
22    here now if I gave you a paper and a
23    calculator, how much money you'd like from
24    Suffolk Paving?
25                   MR. McNAMARA:  Objection.
```

124

```
 1                    A. Amir Arevalo
 2        A      No, I couldn't.
 3        Q      So there is nothing in that mind
 4   of yours that would enable you to figure out
 5   how much you want from Suffolk Paving;
 6   correct?
 7                MR. McNAMARA:  Objection.
 8        A      No --
 9                THE INTERPRETER:  The
10           interpreter would like to ask the
11           witness to repeat his answer.
12                (Whereupon, in Spanish, the
13           interpreter asked the witness to repeat
14           his answer for clarification of the
15           record.)
16        A      I don't have an idea of what it
17   is.  I don't know exactly what it really is,
18   what I'm suing for.
19        Q      Do you know, roughly, what
20   you're suing for?
21                MR. McNAMARA:  Objection.
22        A      No.
23        Q      Are you suing because you didn't
24   get prevailing wage rates?
25                THE INTERPRETER:  The
```

1              A. Amir Arevalo

2         interpreter would like to ask Counselor

3         for clarification.

4              MR. ZABELL:  Prevailing wage

5         rates.  It's a special type of work.  I

6         think if you say it that way, he should

7         understand.

8         Q      You understand prevailing wage;

9    right?

10        A      Is that State work?

11        Q      Yes.

12        A      Sometimes I did work for that,

13   sometimes.

14        Q      Sometimes you did work on the

15   machines that you worked on for prevailing

16   wage jobs; right?  That's what you're talking

17   about; right?

18        A      No, no.  Because that's -- I

19   worked prevailing wage pouring asphalt with

20   Renato just a few times.  Just a few times.

21   We only do that job.

22        Q      Great.  What jobs?

23        A      Spreading asphalt with a shovel.

24        Q      On what project?

25        A      I don't remember.  I don't

126

```
 1                    A. Amir Arevalo
 2  remember the project that it was.
 3          Q      What year?
 4          A      It was every year.
 5          Q      So you remember doing it every
 6  year, but you can't remember any of the names
 7  of the jobs you worked on?
 8                 MR. McNAMARA:  Objection.
 9          A      No, I don't remember the
10  projects.  I do remember the projects, for
11  example, schools, main streets.  That's it.
12          Q      What school?
13          A      The name, I don't remember.
14          Q      When I think you're lying, your
15  cheek flexes.
16          A      Wow.
17                 MR. ZABELL:  Let the record
18           reflect that the witness laughed and
19           said "wow."
20          Q      You know that?
21          A      No, my body doesn't tremble.
22          Q      Do you play poker?
23          A      No.
24          Q      Why; because of that?
25                 MR. McNAMARA:  Objection.
```

1                    A. Amir Arevalo

2          A      I'm just naturally like this

3    from birth.

4          Q      When you're nervous, your cheek

5    flexes like that.

6                MR. McNAMARA:  Objection.

7          A      Well, if you're seeing it, but

8    as far as I know, no.

9          Q      Ask your attorney.  He sees it

10   too.

11               MR. McNAMARA:  I don't know what

12           Counselor is referring to.

13               MR. ZABELL:  Let the record

14           reflect that Counselor is smiling as he

15           says that.

16               MR. McNAMARA:  Let the record

17           reflect that I'm actually not smiling.

18           I'm smiling now, but I was not smiling

19           when Counsel previously announced that

20           I was smiling.

21               MR. ZABELL:  Let the record

22           reflect that Counselor is laughing

23           while he's choking out that statement

24           and still laughing.  Actually, we're

25           going to give him a few moments to

128

1              A. Amir Arevalo

2        catch his breath.  Counselor, catch

3        your breath.

4              MR. McNAMARA:  Okay.

5              MR. ZABELL:  Let's go off the

6        record while he catches his breath.

7              (Whereupon, a discussion was

8        held off the record.)

9              MR. ZABELL:  Okay, we're back.

10        Counselor has had an opportunity to

11        pull himself together.

12              Counselor, would you agree?

13              MR. McNAMARA:  I think that's a

14        harsh way of describing it.  I think we

15        can proceed.

16              MR. ZABELL:  But not inaccurate;

17        correct?

18              MR. McNAMARA:  We can proceed.

19              MR. ZABELL:  I'll take that as a

20        yes.

21        Q      Who were some of the other

22   mechanics that you worked with?

23        A      Just with George.

24        Q      Just with George?

25        A      George -- there is another one.

129

 1                    A. Amir Arevalo

 2         Q      What is his name?

 3         A      Eddie.

 4         Q      Is Eddie different than Eric?

 5         A      Eddie, yes.

 6         Q      Is that different than Eric?

 7         A      Yes, different.  He's an

 8    American.

 9         Q      Eric is an American?

10         A      Also, a Puerto Rican worked

11    there.  His name is Willie.

12         Q      Wait, wait.  Is Eddie the

13    Puerto Rican?

14         A      No.  His name is Willie.

15         Q      Willie is the Puerto Rican?

16         A      Yes.  And Eddie also.

17         Q      Was Eddie a Puerto Rican?

18         A      No.

19         Q      What was Eddie?

20         A      Eric, the one working in the

21    yard, he is Hispanic.

22         Q      No.  You told me Eric was the

23    American.

24         A      Eddie, Eddie.

25         Q      Eddie is white?

```
 1                      A. Amir Arevalo

 2          A       No, no, Eddie --

 3          Q       Whoa, whoa, stop.  Let's start

 4     over again.

 5                  Willie is Puerto Rican; correct?

 6          A       Yes.

 7          Q       And he was a mechanic?

 8          A       He was a mechanic.

 9          Q       Eddie was a mechanic; correct?

10          A       Eric --

11          Q       No, no.  Eddie.

12          A       Eddie?  American.

13          Q       Eddie, American, and he was a

14     mechanic; right?

15          A       (Nodding.)

16          Q       Yes?  Use your words.

17          A       Yes.

18          Q       Eric was Hispanic?

19          A       Yes, Hispanic.

20          Q       He was a mechanic, as well?

21          A       No, the ones that worked as

22     mechanics over there are Eddie and Willie.

23          Q       Did either of them fall asleep

24     under the truck during the workday?

25          A       No.  But, for example, Eddie,
```

131

1                       A. Amir Arevalo

2      Eddie -- Willie, the Puerto Rican, came in as

3      a mechanic, but he got sick.  He was operated

4      on for his hernia, and then when he

5      recovered, they just didn't give him any more

6      work.

7           Q     My question was:  Did Willie

8      fall asleep under a truck?

9           A     No.

10          Q     Did Eddie fall asleep under a

11     truck?

12                MR. McNAMARA:  Objection.

13          A     No.

14          Q     Only you fell asleep under a

15     truck; correct?

16                MR. McNAMARA:  Okay.

17          A     Correct.  Only me.

18          Q     You seem proud that you fell

19     asleep under the truck; are you?

20                MR. McNAMARA:  Objection.

21          A     No, but it's an error I

22     committed and today it seems funny.

23          Q     Why did you get fired from

24     Suffolk Paving?

25                MR. McNAMARA:  Objection.

1                    A. Amir Arevalo

2          A     Because of George.  He told me

3    to connect a truck to a trailer.

4          Q     And you never did?

5          A     No, I did it.  I did it, but

6    there was something there that wasn't right.

7    The trailer had a different assembly than

8    what the truck had, and he sent me over to

9    connect it, and that's it.  But he didn't

10   tell me that they were different, and he

11   didn't tell me to take it off and get the

12   other one.  He didn't say anything, so I just

13   connected them, and that got him very angry,

14   and he fired me from the job.

15         Q     Are you claiming that you were

16   retaliated against, based upon the filing of

17   this lawsuit?

18              THE INTERPRETER:  The

19         interpreter would like to look up the

20         word "retaliate."

21              (Whereupon, the interpreter

22         referenced his Spanish/English

23         dictionary for clarification of the

24         record.)

25         A     Yes.

133

1              A. Amir Arevalo

2        Q      How so?

3        A      There was a coworker there that
4    continued to work there, but he doesn't work
5    there anymore.  Louie spoke to that person,
6    and he said that he would make it impossible
7    for us to get work anywhere else.

8        Q      Are you claiming that Louie has
9    interfered with your ability to find work?

10       A      Presently, he hasn't, but we did
11   receive threats that said he would make it
12   impossible.

13       Q      Who threatened you?

14       A      Louie.  Louie threatened
15   everybody that he would send letters to other
16   jobs or to companies so that when we arrived,
17   we have a bad record.

18       Q      So you're claiming damages as a
19   result of that; correct?

20              MR. McNAMARA:  Objection.

21       A      Yes.

22       Q      Are you authorized to live and
23   work in the United States?

24              MR. McNAMARA:  Objection.

25              Don't answer that.  I'm

134

```
 1              A. Amir Arevalo
 2      instructing the witness not to answer
 3      it, pursuant to the protective order.
 4           MR. ZABELL:  Counselor, I direct
 5      you to the order of the Honorable
 6      Magistrate A. Kathleen Tomlinson, filed
 7      on August 10, 2011, wherein, she
 8      specifically states, "Defendants will
 9      not be permitted to inquire into the
10      immigration status of Plaintiffs who
11      only seek recovery of back pay."
12           He is now requesting front pay,
13      so because he is requesting front pay,
14      I am entitled to inquire into his
15      immigration status.
16           MR. McNAMARA:  Do you mean
17      previously in the complaint, or do you
18      mean just now at the deposition?
19           MR. ZABELL:  Both.  Do you want
20      to take a look at the order?
21           MR. McNAMARA:  My understanding
22      is that there is no --
23           MR. ZABELL:  Counselor, take a
24      look at the order.  I'm allowed to ask
25      those questions if he's asking for
```

135

```
 1                    A. Amir Arevalo

 2          anything, other than back pay.

 3                    MR. McNAMARA:  (Perusing.)

 4                    MR. ZABELL:  Counselor, have you

 5          had an opportunity to review the

 6          Judge's order?

 7                    MR. McNAMARA:  I have and I have

 8          previously reviewed it, as well.

 9          Q      Sir, please answer the question.

10                    MR. McNAMARA:  I'm instructing

11          the witness not to answer, Counselor.

12                    MR. ZABELL:  He just indicated

13          that he's looking for front pay.

14                    MR. McNAMARA:  He didn't

15          understand what you were asking him.

16                    MR. ZABELL:  I'm going to ask

17          him again.

18          Q      Do you believe Louis Vecchia

19    retaliated against you by preventing you from

20    getting employment after you were fired?

21                    MR. McNAMARA:  Objection.

22          Q      Right?

23          A      He said so, but I'm not sure.

24    I'm not sure.

25          Q      And you're suing him for the
```

136

```
 1              A. Amir Arevalo

 2   damages of preventing you from getting

 3   employment after you stopped working with

 4   him; correct?

 5              MR. McNAMARA:  Objection.

 6       Q     Correct?

 7       A     That's what he said, yes.

 8       Q     And you're suing him for

 9   retaliation; correct?

10              MR. McNAMARA:  Objection.

11       A     I'm not suing for the

12   retaliation right now.  I'm suing for extra

13   hours.

14       Q     You want to get paid for extra

15   hours?

16              MR. McNAMARA:  Objection.

17       A     Yes, extra hours that I wasn't

18   paid for.

19       Q     Didn't you just testify before

20   that you got paid a little overtime for when

21   you worked a little extra?

22       A     Overtime?  I didn't say extra

23   hours.

24       Q     You got paid overtime; correct?

25       A     But not all of it.
```

137

1              A. Amir Arevalo

2       Q     You testified before that when

3   you worked extra, you got paid extra.

4              MR. McNAMARA:  Objection.

5       Q     Don't you remember that?

6       A     Yes, I remember, but --

7       Q     But now you're lying to me;

8   right?

9       A     -- they didn't pay me for extra

10  hours.

11      Q     So now you're lying to me;

12  right?

13             MR. McNAMARA:  Objection.

14      A     (No verbal response.)

15      Q     Are you lying to me now, or were

16  you lying to me then?

17             MR. McNAMARA:  Objection.

18      A     (No verbal responses.)

19      Q     You need to answer these

20  questions.  Answer the question.

21             MR. McNAMARA:  Objection.

22      Q     Are you lying to me now?

23             MR. McNAMARA:  Objection.

24      Q     Si or no?

25      A     I'm not lying, no.

138

1              A. Amir Arevalo

2      Q      Were you lying to me then?

3             MR. McNAMARA:  Objection.

4      Q      Yes or no?

5      A      No.

6      Q      So, no, you're not lying to me

7   then, and you're not lying to me now, but

8   your two answers are very different; correct?

9             MR. McNAMARA:  Objection.

10     Q      Yes or no?

11     A      I'm suing for extra hours that

12   were robbed from me, a little bit of

13   overtime, not all of it.

14     Q      So you got most of your overtime

15   and just not a little of it?

16            MR. McNAMARA:  Objection.

17     A      Not all of it.

18     Q      Did you want to get paid for

19   your lunch breaks?

20            MR. McNAMARA:  Objection.

21     Q      Yes or no?

22     A      No.  Extra hours, not lunch.

23     Q      Did you want to get paid for

24   your breakfast breaks?

25            MR. McNAMARA:  Objection.

1                    A. Amir Arevalo

2          A       No.

3          Q       Did you want to get paid for

4     your sleep breaks?

5                    MR. McNAMARA:  Objection.

6          A       No.

7          Q       Do you believe you're suing

8     Louis Vecchia for retaliation?

9                    MR. McNAMARA:  Objection.

10         A       (No verbal response.)

11         Q       Yes or no?

12         A       No.  I'm suing for extra hours.

13         Q       So you're not suing

14    Louis Vecchia for anything that occurred

15    after August 25, 2009?

16                   MR. McNAMARA:  Objection.

17         A       Pardon?  I didn't understand the

18    question.

19         Q       Are you suing Louis Vecchia for

20    anything that occurred after August 25, 2009?

21         A       Yes.

22         Q       What are you suing him for?

23         A       For stolen hours.

24         Q       Were those hours, according to

25    you, stolen before or after August 25, 2009?

140

1              A. Amir Arevalo

2              MR. McNAMARA:  Objection.

3        A     Before.

4        Q     So you're not suing Mr. Vecchia

5   for anything that happened after August 25, 2009;

6   correct?

7              MR. McNAMARA:  Objection.  Asked

8         and answered.

9        A     No.

10       Q     Are you sure?

11             MR. McNAMARA:  Objection.

12       A     Pardon me, the question?

13       Q     Are you sure?

14             MR. McNAMARA:  Objection.

15       A     Sure of what?

16       Q     Sure that you're not suing

17   Louis Vecchia or any of the defendants for

18   anything that happened after August 25, 2009?

19             MR. McNAMARA:  Objection.

20       A     No.

21       Q     No, you're not suing them?

22       A     No, I'm not suing him for

23   retaliation that he was going to do this or

24   that.  I'm suing for stolen hours.

25       Q     So if it says in the complaint

141

1              A. Amir Arevalo

2    that you were suing him for retaliation, you

3    want to withdraw those claims now; correct?

4              MR. McNAMARA:  Objection.

5         A    ████████████████████████

6    ████████████████

7         Q    ████████████████

8    ████████████████████████

9              MR. McNAMARA:  Objection.

10        A    ████████████████████████

11   ████████████████████████  ██

12   ████████████████

13        Q    ████████████████████████

14   ██

15              MR. McNAMARA:  I'm directing the

16         witness not to answer.  This is clearly

17         heading towards immigration status, and

18         I'm not going to let that happen.

19              MR. ZABELL:  I didn't even bring

20         up his immigration status, Counselor.

21         He says that he doesn't have the

22         elements of the case.  I don't know

23         what those elements are --

24              MR. McNAMARA:  I'm instructing

25         the witness not to answer.

142

1          A. Amir Arevalo

2          MR. ZABELL:  -- as this witness

3     would know them to be.

4          Q  

5

6

7          A

8          Q

9

10         A

11         Q  C

12         A

13

14         Q

15

16

17

18

19         MR. McNAMARA:  Objection.

20         A

21         Q                    ?

22         MR. McNAMARA:  Objection.

23         Counselor, I'm not permitting

24    him to answer this question.

25         MR. ZABELL:

143

1           A. Amir Arevalo

2

3

4

5           MR. McNAMARA:  He's not

6      answering the question.

7           MR. ZABELL:  You don't have that

8      right, Counselor.  Especially with what

9      he's testified to.  If he says

10     immigration papers, I'm not asking him

11     any further questions, but if he says

12     something different, I will.  Do you

13     understand that?  I'm making that

14     representation.

15          MR. McNAMARA:  I think that the

16     protective order is intended to protect

17     against just this type of question.

18          MR. ZABELL:  No.

19

20

21          MR. McNAMARA:  Right.  And I

22     think that answer --

23          MR. ZABELL:  It may be an

24     element of proof.  You don't know that,

25     and for you to say something else,

144

```
1              A. Amir Arevalo

2       you're improperly coaching the witness

3       for which it's sanctionable conduct.

4              MR. McNAMARA:  I'm not

5       improperly coaching my witness.  I'm

6       attempting to protect my witness.

7              MR. ZABELL:  Let him go ahead

8       and answer this one question, and then

9       we'll make the determination if we need

10      to go forward.  Go ahead.  Tell him to

11      answer.

12             MR. McNAMARA:  That's it.  Don't

13      ask another follow-up until we've had a

14      chance --

15      Q      ███████████████████ ████

16   █████████████████████████

17      A      ██████████

18      Q      ███████████████ ███

19   ████████████████████

20             MR. McNAMARA:  Objection.

21      Q      █████████████████████████

22   ████████████

23      A      █████████████████

24      Q      █████████████████?

25             MR. McNAMARA:  Objection.
```

145

A. Amir Arevalo

1

2    Q    

3    A

4    Q

5    A

6    Q

7

8        MR. McNAMARA:   Objection.

9    A

10   Q

11       MR. McNAMARA:   Objection.

12   A

13   Q

14

15       MR. McNAMARA:   Objection.

16   Q

17   A                        ?

18   Q

19

20       MR. McNAMARA:   Objection.

21   A

22   Q

23

24       MR. McNAMARA:   Objection.

25   Q                  ?

146

```
 1              A. Amir Arevalo

 2      A    ████████████████████

 3      Q    ██████████████████████████

 4    ████████████████████████

 5      A    ███  ████████████████

 6    ████████████

 7      Q    ████████████████████

 8    ██████████████████████████

 9    ████████████

10              MR. McNAMARA:  Objection.

11      A    ██ .

12      Q    █████████████████████████

13    ████████████

14      A    ████████████████████

15    ██████████████████

16      Q    ██████████████████████████

17    ████████

18              MR. McNAMARA:  Objection.

19      Q    █████████?

20      A    ██████████████

21      Q    █████ .

22      A    ██████

23    █ ████████████████████

24    █████████████

25              MR. McNAMARA:  Objection.
```

1                    A. Amir Arevalo

2        A      ████    ████████████

3        Q      ████████████████████████████

4    ██████████████████

5               MR. McNAMARA:  Objection.

6        Q      ████████████

7        A      ███

8        Q      You're not willing to lie?

9        A      No.

10        Q      Wait.  You already testified you

11    lied to your mother so you wouldn't get in

12    trouble.  You lied to your father so you

13    wouldn't get in trouble.  You lied to the

14    woman you call your wife; correct?

15        A      Yes.

16        Q      ████████████████████████████

17    ██████████████

18        A      ██████████████

19        Q      ████████████████████████

20        A      ██  --

21        Q      ████████████████████████

22               MR. McNAMARA:  Objection.

23        A      (No verbal response.)

24        Q      ████████████████████████

25               MR. McNAMARA:  Objection.

148

```
 1                    A.  Amir Arevalo
 2        A      (No verbal response.)
 3        Q      ███████████████████████
 4               MR. McNAMARA:  Objection.
 5        A      (No verbal response.)
 6        Q      ███████████████████████████████
 7    ████████████
 8        A      ███████████████████████
 9        Q      ████████████████████████████
10    ███████████
11               ████████████████████████
12        A      Louie wasn't going to hit me
13    if -- I didn't have to lie to Louie to avoid
14    from being hit, but my father would have hit
15    me if I didn't lie to him.
16        Q      Would the woman you call your
17    wife hit you if you didn't lie to her?
18        A      Maybe.
19        Q      Maybe?
20        A      Maybe.
21        Q      So you lied to her to stay out
22    of trouble; right?
23        A      Yes.
24        Q      ████████████████████████████
25    █████████████████████████
```

149

```
 1                    A. Amir Arevalo

 2        A      (No verbal response.)

 3        Q      ████████████  ████████████████████

 4        A      ███████  --

 5        Q      ████████████████████

 6               ████████████

 7        A      ██████████████████

 8        Q      ████████████████████████████████

 9   █████████████████████████

10        A      (No verbal response.)

11        Q      ███████████

12        A      ██████████████████████████████

13        Q      ██████████████████████████████

14   ██████

15               MR. McNAMARA:   Objection.

16        A      ██████████

17        Q      ████████████████████  ████████████

18   ███████████████████████

19        A      ████ .

20        Q      ████████████████████████████

21   ██████████

22        A      ██████████████████████████

23   █████  ████████████

24        Q      ███████████████

25               THE INTERPRETER:   I'm sorry,
```

150

1              A. Amir Arevalo

2          madame court reporter, what was the

3          question?

4              (Whereupon, the requested

5          portion of the record was read by the

6          court reporter.)

7      A    ███

8      Q    ████████████████████████

9  ████████

10     A    ██████████

11     Q    ████████████████████████

12 █████████

13              MR. McNAMARA:  Objection.

14     A    █████████████  ███████████

15 ██████████████████  █████████████

16 ██████████████████████████████

17 █████████████

18     Q    So you're saying you lied to

19 your mother, you lied to your father, you

20 lied to the woman you call your wife, ███

21 ██████████████████████████████████

22              MR. McNAMARA:  Objection.

23     Q    -- but you never lied to

24 Louis Vecchia?

25              MR. McNAMARA:  Objection.

151

```
 1                      A.  Amir  Arevalo

 2          A       (No verbal response.)

 3          Q       You have to answer.  Yes or no?

 4          A       ████████████

 5          Q       But you lied to everybody else

 6   but him?

 7                  MR. McNAMARA:  Objection.

 8          A       ████████████████████ ██

 9   ████████████████████ ████████████

10   ████

11          Q       And you're okay with breaking

12   the law to get what you want; right?

13          A       No, not really.

14          Q       Right?

15          A       No.

16          Q       Wait a minute.  ████████

17   ████████████████████████████████

18   ████████████

19                  MR. McNAMARA:  Objection.

20          Q       Y████████████████████

21   ████████████████

22                  MR. McNAMARA:  Objection.

23          Q       ████████

24          A       ████████

25          Q       Is that yes?  Use your words.
```

```
 1                   A. Amir Arevalo

 2        A      ████

 3        Q      ██████████████████████

 4   ██████████████████

 5                   MR. McNAMARA:  Objection.

 6        Q      ██████?

 7        A      ████

 8        Q      ██████████████████████

 9   ████████████████

10                   MR. McNAMARA:  Objection.

11        A      (No verbal response.)

12        Q      Right; yes or no?

13        A      (No verbal response.)

14        Q      Yes or no?

15        A      No, no.

16        Q      You're not all right with that?

17        A      Because I'm not robbing the

18   people.  The people that are robbing are the

19   owners.  The ones that are robbing are the

20   owners.

21        Q      ██████████████████████

22   ████████████████

23        A      ████████████

24        Q      ██████████

25        A      ████
```

153

1          A. Amir Arevalo

2      Q    Why did you stop?

3          MR. McNAMARA:  Objection.

4      A    ██████████████

5      Q    ████████████████

6      A    ████████████████

7      Q    ██████████████████

8   ████████

9          MR. McNAMARA:  Objection.

10     A    ███

11     Q    ███████████████

12         MR. McNAMARA:  Objection.

13     A    ███

14     Q    ██████████████████

15 ████████████████████████████████

16         MR. McNAMARA:  Objection.

17     A    ████  ███

18     Q    ████████████████████

19     A    ███

20     Q    ██████████████

21     A    ██████

22         MR. McNAMARA:  I want to have

23     all questions and answers regarding the

24     witness's girlfriend to be marked as

25     confidential.

154

1           A. Amir Arevalo

2           MR. ZABELL:  I don't know why.

3       I will object to the designation of

4       confidential.  Counselor, you know

5       there's a stipulation of

6       confidentiality order that has been

7       signed by the Court.  I am now in

8       accordance with that providing you

9       written notice that I object to your

10       designation.  You have --

11           MR. McNAMARA:  You're providing

12       oral notice.

13           MR. ZABELL:  No, I'm providing

14       written notice.  This is being written

15       down.

16           MR. McNAMARA:  Okay.

17           MR. ZABELL:  And you're

18       apparently accepting that.  You know

19       what steps you need to do to test the

20       appropriateness of your designation.

21           MR. McNAMARA:  Yes.

22       Q    Why are your answers different

23   now than they were earlier today?

24           MR. McNAMARA:  Objection.

25       A    They are not different.

```
 1                    A. Amir Arevalo

 2          Q      Is someone paying you to lie

 3     today?

 4                  MR. McNAMARA:  Objection.

 5          A      No.

 6          Q      Are you lying in the hopes of

 7     getting money?

 8                  MR. McNAMARA:  Objection.

 9          A      No.

10          Q      Do you hope to get some money?

11          A      No.

12          Q      You don't want any money?

13          A      No.

14          Q      You're not suing for money;

15     right?

16                  MR. McNAMARA:  Objection.

17          A      No.  One thing you're saying is

18     that I want to receive money, and another

19     thing is that through the lawsuit, I'll

20     receive money.

21          Q      Do you want to receive money?

22          A      By working, yes --

23          Q      Why don't you go to work instead

24     of pursuing this lawsuit?

25                  MR. McNAMARA:  Objection.
```

 1                      A. Amir Arevalo

 2          A      Well, to win the lawsuit, yes.

 3          Q      But you said you don't want

 4     money.

 5                  MR. McNAMARA:  Objection.

 6          A      But you're not explaining it.

 7          Q      It's not my job to explain it.

 8     That's why you have a lawyer.

 9                  MR. McNAMARA:  Objection.

10          A      But you don't explain it if it's

11     by working or if I just want it.

12          Q      So you just want it; right?

13                  MR. McNAMARA:  Objection.

14          A      No.

15          Q      You don't want it?

16          A      No.

17          Q      You have no idea how much you're

18     suing for; correct?

19                  MR. McNAMARA:  Objection.

20          A      Yes.

21          Q      And you have no ability to

22     figure out how much you want; correct?

23                  MR. McNAMARA:  Objection.

24          A      No.

25          Q      Did Patrick tell you how much

157

1                        A. Amir Arevalo

2      you want?

3                        MR. McNAMARA:  Objection.

4           A      No.

5           Q      Did any of your coworkers tell

6      you how much you want?

7                        MR. McNAMARA:  Objection.

8           A      No.

9           Q      Did they tell you how much they

10     want?

11                       MR. McNAMARA:  Objection.

12          A      No -- how much do they want?

13     Who?

14          Q      Any one of them.

15          A      My coworkers?

16          Q      Yes.

17          A      I don't know.

18          Q      Did your wife or the woman you

19     call your wife tell you how much she wants?

20                       MR. McNAMARA:  Objection.

21          A      No.

22          Q      Does she know about this

23     lawsuit?

24          A      Yes.

25          Q      Does your girlfriend know about

1                    A. Amir Arevalo

2    the lawsuit?

3                    MR. McNAMARA:  Objection.

4         A    Yes.

5         Q    Did she tell you how much she

6    wants?

7                    MR. McNAMARA:  Objection.

8         A    No.

9         Q    Did you ever lie to your

10   girlfriend?

11        A    A little.

12        Q    To get what you wanted; right?

13        A    No.

14        Q    Yes, tell the truth.

15                   MR. McNAMARA:  Objection.

16        A    Yes.

17        Q    Yes, okay.  So you lied a little

18   bit because you were embarrassed; right?

19                   MR. McNAMARA:  Objection.

20        Q    Right?

21        A    We all do it.  I don't think

22   anyone could say that they never have.

23        Q    You think it's okay to lie to

24   women to get what you want?

25                   MR. McNAMARA:  Objection.

159

```
 1                    A. Amir Arevalo

 2       A      No.  But I have lied to my wife,

 3  and if you're referring to others, I don't

 4  have any others.  I just have my wife.

 5       Q      Well, you testified to your

 6  others, but that's all right.  We don't need

 7  to dwell on that.

 8              MR. McNAMARA:  Objection.

 9       Q      Is there anything else you'd

10  like to tell me?

11       A      Oh, yes.

12       Q      What?

13       A      Two things.  When they burned a

14  lot of papers at the company.

15       Q      Who burned the papers?

16       A      Helene, Louis's wife, she burned

17  a lot of papers in a can -- what do you call

18  it?  Like a can, a garbage can.  They poured

19  in gasoline, and they ripped up a lot of

20  papers.  A lot of papers were burned there,

21  and then in the back in the yard, they buried

22  a ton of rubber.

23              THE INTERPRETER:  I think he

24          said "rubber," but I need to look it up

25          to clarify what the witness is saying.
```

1              A. Amir Arevalo

2         Is that okay, Counselor?

3              MR. ZABELL:  Sure.

4              (Whereupon, the interpreter

5         referenced his Spanish/English

6         dictionary for clarification of the

7         record.)

8              THE INTERPRETER:  He did say

9         "rubber," Counselor.

10        A     Rubber, tons of it.  Tons of

11   sand was pulled out, and all of that was

12   uncovered, and a lot of the paper that had

13   been burned.  That is what I saw.

14        Q     When did you see that?

15        A     That was about four months

16   after.

17             THE INTERPRETER:  The

18        interpreter would like to ask the

19        witness to repeat his answer for

20        clarification of the record.

21             (Whereupon, in Spanish, the

22        interpreter asked the witness to repeat

23        his answer for clarification of the

24        record.)

25             THE INTERPRETER:  Correction.

161

```
 1                    A. Amir Arevalo
 2        A     Four months before they fired
 3   me, those papers were burned.  Afterward, I
 4   realized that when they were going to send me
 5   my papers so that I could do my taxes, George
 6   spoke to me.  George called me saying that he
 7   needed my Social Security number to fill out
 8   income taxes, and I said why, because I've
 9   been working here, and it must be in your
10   file.  Those files were burned over there.
11        Q     So the files were burned before
12   you were fired?
13        A     While I was working there --
14        Q     Yes, or no?
15        A     Four months -- while I was
16   working there.
17        Q     Yes or no?
18        A     Yes, I was still working there
19   when they were burned.
20        Q     And this was long before the
21   lawsuit was filed; correct?
22        A     Yes.
23        Q     Aren't you making this up?
24              MR. McNAMARA:  Objection.
25        A     No, I saw it.  I saw it.
```

162

```
 1                     A. Amir Arevalo

 2          Q       What were the papers that they

 3     burned; what color were they?

 4          A       Folders like these (indicating),

 5     full of papers.

 6          Q       Do you know what any of those

 7     papers said?

 8          A       Because --

 9          Q       Is your answer no or yes?

10          A       No, no, no.  I didn't see what

11     they said.

12          Q       Are there any of your answers

13     that you'd like to change before I send you

14     home?

15          A       No.

16               MR. ZABELL:  Okay.  I hope

17          you've enjoyed your stay, because it

18          has come to an end.  Good day, sir.

19               THE WITNESS:  Thank you.

20               (Time Noted:  2:10 p.m.)

21

22

23

24

25
```

163

1

2                 A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK    )

5                    : ss

6    COUNTY OF            )

7

8         I, ALEX AMIR AREVALO, hereby certify that

9    I have read the transcript of my testimony

10   taken under oath in my deposition of

11   October 1, 2011; that the transcript is a

12   true, complete and correct record of my

13   testimony; and that the answers on the record

14   as given by me are true and correct.

15

16   _____

17                ALEX AMIR AREVALO

18

19

20

21   Signed and subscribed to before me
     this ____ day of _____, 2011.
22

23   _____
     Notary Public, State of New York
24

25

164

1

2                          INDEX TO TESTIMONY

3    WITNESS                 EXAMINATION BY              PAGE

4    Alex Amir Arevalo    Mr. Zabell                       4

5

6                              EXHIBITS

7    DEFENDANTS'    DESCRIPTION                          PAGE

8    1              Document consisting of a
                    copy of identification in
9                   the name Arevalo Castilla           14

10   2              Document consisting of a
                    copy of Mr. Arevalo's W-2            67
11
     3              Document consisting of
12                  copies of Mr. Arevalo's
                    check stubs                          76
13
     4              Document consisting of
14                  copies of pay stubs from
                    Mr. Arevalo's employers
15                  from years 2005 and 2006             79

16

17

18

19

20

21

22

23

24

25

165

1

2                C E R T I F I C A T E

3        I, KAREN M. LaMENDOLA, a Notary Public

4    in and for the State of New York, do hereby

5    certify:

6        THAT the witness whose testimony is

7    hereinbefore set forth, was duly sworn by me;

8    and

9        THAT the within transcript is a true

10   record of the testimony given by said

11   witness.

12       I further certify that I am not

13   related, either by blood or marriage, to any

14   of the parties in this action; and

15       THAT I am in no way interested in the

16   outcome of this matter.

17       IN WITNESS WHEREOF, I have hereunto set

18   my hand this 31st day of October, 2011.

19

20

21   _____

        KAREN M. LaMENDOLA
22

23

24

25

                                                            166

1

2                          ERRATA SHEET

3          I wish to make the following changes for

4     the following reasons:

5     PAGE LINE

6     ____ ___ CHANGE:_____

7              REASON:_____

8     ____ ___ CHANGE:_____

9              REASON:_____

10    ____ ___ CHANGE:_____

11             REASON:_____

12    ____ ___ CHANGE:_____

13             REASON:_____

14    ____ ___ CHANGE:_____

15             REASON:_____

16    ____ ___ CHANGE:_____

17             REASON:_____

18    ____ ___ CHANGE:_____

19             REASON:_____

20    ____ ___ CHANGE:_____

21             REASON:_____

22    ____ ___ CHANGE:_____

23             REASON:_____

24    ____ ___ CHANGE:_____

25             REASON:_____

1

**$**

**$12** [1] - 7:4
**$125** [1] - 39:19
**$13** [3] - 7:4, 62:5, 67:15
**$15** [2] - 62:6, 67:15
**$150** [2] - 33:25, 39:23
**$17** [5] - 62:7, 62:23, 63:3, 63:10, 63:13, 67:15
**$30** [1] - 53:3
**$900** [1] - 20:12

**'**

**'06** [1] - 88:22
**'07** [1] - 88:22
**'08** [1] - 88:22
**'09** [1] - 88:22

**0**

**09-CV-5331** [1] - 1:9

**1**

**1** [7] - 1:14, 14:24, 15:4, 15:24, 17:3, 163:11, 164:8
**1-5** [1] - 1:11
**10** [1] - 134:7
**100** [1] - 16:7
**10017** [2] - 2:5, 2:14
**10:00** [2] - 25:22, 95:2
**10:11** [1] - 35:6
**10:16** [1] - 35:6
**10:30** [1] - 95:2
**111** [1] - 16:14
**11704** [1] - 2:10
**11716** [1] - 2:19
**11717** [1] - 4:18
**11:00** [1] - 66:18
**11:10** [1] - 66:18
**11:32** [1] - 81:6
**11:34** [1] - 81:6
**120** [1] - 28:19
**12:10** [1] - 106:25
**12:15** [1] - 107:13
**12:55** [1] - 107:14
**130** [1] - 28:19
**132** [2] - 4:17, 19:10
**14** [1] - 164:9
**15** [3] - 51:8, 52:9, 55:24

**15th** [4] - 55:4, 55:6, 55:7, 55:9
**1:00** [4] - 99:5, 99:6, 107:2, 107:10

**2**

**2** [7] - 67:23, 68:3, 69:18, 69:22, 73:17, 73:20, 164:10
**2004** [8] - 19:5, 19:7, 23:12, 23:13, 24:11, 34:17, 39:14, 48:13
**2005** [37] - 23:5, 23:6, 23:7, 50:23, 51:2, 51:11, 52:11, 79:19, 80:7, 82:21, 83:2, 83:4, 83:7, 83:11, 83:16, 83:25, 84:6, 84:11, 84:13, 84:14, 84:25, 85:8, 85:13, 85:14, 85:15, 85:17, 85:19, 86:4, 86:5, 86:8, 86:10, 86:11, 86:13, 86:16, 86:19, 164:15
**2006** [32] - 51:8, 51:18, 52:9, 53:15, 53:21, 54:8, 54:12, 54:15, 54:17, 54:20, 54:21, 54:24, 55:3, 55:24, 55:25, 56:4, 56:8, 56:11, 57:16, 61:24, 72:18, 73:2, 74:20, 79:19, 80:7, 83:5, 84:4, 86:11, 86:19, 86:23, 88:3, 164:15
**2007** [6] - 57:20, 57:23, 73:6, 75:2, 75:8, 87:3
**2008** [7] - 57:25, 58:4, 73:10, 75:5, 75:9, 75:11, 87:6
**2009** [10] - 56:2, 56:9, 58:6, 58:9, 87:9, 139:15, 139:20, 139:25, 140:5, 140:18
**2011** [5] - 1:14, 134:7, 163:11, 163:21, 165:18
**25** [6] - 56:2, 139:15, 139:20, 139:25, 140:5, 140:18
**27** [2] - 52:12, 52:14
**2:10** [1] - 162:20

**3**

**3** [3] - 76:7, 76:10, 164:11
**31** [1] - 1:20
**31st** [1] - 165:18

**4**

**4** [6] - 52:19, 62:13, 79:21, 79:25, 164:4, 164:13
**4875** [2] - 1:16, 2:18
**4:00** [1] - 110:13
**4th** [1] - 57:6

**5**

**5'10"** [1] - 120:17
**5'9"** [1] - 120:20
**501** [2] - 2:5, 2:14
**5:00** [4] - 98:8, 110:14, 110:16, 112:20

**6**

**67** [1] - 164:10
**6:00** [1] - 97:5
**6:30** [3] - 96:19, 97:8, 110:8

**7**

**76** [1] - 164:12
**79** [1] - 164:15
**7:00** [1] - 110:11

**8**

**868** [1] - 2:9

**9**

**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** [1] - 34:23
**9:14** [1] - 1:15
**9:30** [3] - 14:9, 98:11, 98:17
**9:33** [1] - 14:9
**9:51** [1] - 25:22

**A**

**a.m** [11] - 1:15, 14:9, 25:22, 35:6, 66:18, 81:6
**ability** [4] - 4:6, 5:7, 133:9, 156:21
**able** [2] - 99:20, 100:21
**above-mentioned** [1] - 1:23
**absolutely** [2] - 16:7, 83:13
**accept** [1] - 18:18
**accepting** [1] - 154:18
**accordance** [1] - 154:8
**according** [2] - 17:2, 139:24
**accumulate** [1] - 119:23
**accurate** [5] - 5:7, 15:9, 15:13, 16:8, 23:10
**acting** [1] - 27:22
**action** [1] - 165:14
**actual** [1] - 89:15
**add** [1] - 60:15
**address** [2] - 4:16, 6:5
**administer** [1] - 3:15
**Administration** [1] - 33:16
**admit** [1] - 55:19
**admitted** [2] - 47:2, 148:9
**advanced** [3] - 32:15, 32:17, 32:20
**advise** [1] - 24:22
**afraid** [1] - 102:10
**age** [2] - 32:8, 32:15
**agree** [3] - 39:10, 106:7, 128:12
**AGREED** [3] - 3:3, 3:8, 3:12
**agreed** [1] - 106:5
**agreement** [3] - 30:2, 43:6, 146:15
**ahead** [4] - 77:17, 103:4, 144:7, 144:10
**alcohol** [1] - 5:11
**ALEJANDRO** [1] - 1:3
**Alex** [3] - 7:6, 14:11, 16:16
**ALEX** [4] - 1:3, 1:18, 163:8, 163:17
**alex** [2] - 4:15, 164:4

**Alexander** [1] - 21:3
**allowed** [1] - 134:24
**almost** [1] - 32:25
**alone** [2] - 20:13, 28:16
**ALSO** [1] - 2:23
**Amalia** [1] - 20:20
**AMAYA** [1] - 1:3
**Amendment** [1] - 24:23
**America** [2] - 9:14, 145:19
**American** [6] - 37:14, 129:8, 129:9, 129:23, 130:12, 130:13
**Amir** [5] - 4:15, 7:6, 14:11, 16:16, 164:4
**AMIR** [4] - 1:4, 1:18, 163:8, 163:17
**amount** [2] - 74:8, 123:5, 123:6, 123:20
**AND** [3] - 3:3, 3:8, 3:12
**angry** [3] - 58:14, 111:12, 132:13
**announced** [1] - 127:19
**answer** [68] - 5:21, 8:13, 8:16, 8:25, 10:20, 11:12, 11:20, 15:15, 17:20, 17:22, 24:21, 25:10, 25:11, 25:24, 27:10, 29:17, 33:8, 36:15, 43:5, 43:10, 43:14, 43:15, 43:18, 48:2, 49:20, 60:9, 60:12, 60:17, 66:24, 69:9, 69:13, 70:10, 70:18, 73:23, 73:25, 74:5, 74:9, 74:12, 75:15, 82:6, 85:10, 103:16, 106:20, 118:11, 119:17, 119:20, 123:18, 124:11, 124:14, 133:25, 134:2, 135:9, 135:11, 137:19, 141:16, 141:25, 142:24, 143:22, 144:8, 144:11, 144:15, 148:6, 149:3, 149:17, 151:3, 160:19, 160:23, 162:9
**Answer** [1] - 137:20
**answered** [1] - 140:8
**answering** [3] - 25:6, 70:20, 143:6
**answers** [8] - 4:5, 13:12, 77:20, 138:8,

153:23, 154:22, 162:12, 163:13

**apartment** [1] - 19:13

**apologize** [2] - 18:13, 18:16

**apology** [1] - 18:18

**appear** [8] - 18:8, 70:4, 70:9, 71:10, 81:12, 81:17, 85:25, 87:19

**appeared** [1] - 87:17

**applied** [1] - 34:12

**apply** [1] - 60:24

**appropriateness** [2] - 30:9, 154:20

**AREVALO** [4] - 1:4, 1:19, 163:8, 163:17

**Arevalo** [16] - 4:15, 4:19, 7:6, 8:5, 14:11, 14:22, 16:16, 17:4, 17:9, 21:2, 21:3, 25:12, 66:19, 74:11, 164:4, 164:9

**Arevalo's** [6] - 67:22, 76:6, 79:18, 164:10, 164:12, 164:14

**arrive** [3] - 29:11, 96:19, 112:16

**arrived** [10] - 28:2, 28:12, 29:8, 98:2, 98:5, 98:12, 108:19, 108:20, 112:17, 133:16

**Article** [1] - 1:20

**asleep** [20] - 91:22, 92:3, 92:12, 92:20, 93:9, 93:10, 94:5, 94:25, 100:9, 100:20, 100:24, 101:6, 108:7, 111:18, 111:21, 130:23, 131:8, 131:10, 131:14, 131:19

**ASPHALT** [1] - 1:10

**Asphalt** [3] - 88:3, 88:4, 89:14

**asphalt** [7] - 89:3, 89:7, 89:9, 89:10, 118:7, 125:19, 125:23

**assembly** [1] - 132:7

**ASSOCIATES** [1] - 2:17

**assumed** [2] - 9:2, 48:3

**ate** [4] - 36:21, 110:23, 112:4, 112:5

**attempting** [1] - 144:6

**attorney** [25] - 9:24,

12:6, 12:10, 12:15, 13:18, 24:19, 24:20, 24:22, 26:17, 27:8, 27:12, 27:15, 32:9, 32:16, 43:16, 60:14, 61:4, 61:6, 61:7, 77:3, 120:11, 121:2, 123:16, 123:18, 127:9

**attorney's** [1] - 10:3

**attorney/client** [1] - 27:17

**attorneys** [11] - 3:4, 66:21, 67:3, 68:17, 68:21, 73:16, 76:21, 78:15, 80:15, 115:15, 116:6

**Attorneys** [2] - 2:4, 2:18

**August** [7] - 56:2, 134:7, 139:15, 139:20, 139:25, 140:5, 140:18

**authorization** [2] - 141:5, 141:8

**authorized** [3] - 3:14, 133:22

**Avenue** [6] - 2:5, 2:14, 4:17, 6:7, 19:11, 52:15

**avenues** [1] - 60:16

**avoid** [1] - 148:13

**avoiding** [1] - 145:13

**aware** [1] - 60:16

**awhile** [5] - 72:10, 88:7, 88:19, 89:9, 118:21

## B

**Babylon** [2] - 2:10

**babysitter** [1] - 45:3

**bacon** [1] - 38:4

**bad** [1] - 23:19, 24:5, 24:9, 29:4, 31:2, 31:14, 35:8, 35:9, 93:24, 133:17, 144:21

**bagel** [1] - 36:25

**ball** [1] - 96:13

**bananas** [2] - 38:20, 98:19

**bang** [1] - 23:25

**banged** [1] - 5:13

**base** [1] - 90:18

**based** [1] - 132:16

**basic** [1] - 33:3

**Bay** [1] - 52:16

**beans** [2] - 38:13, 98:18

**beer** [1] - 104:15

**BEFORE** [1] - 1:18

**beginning** [1] - 94:17

**below** [1] - 82:5

**best** [1] - 4:6

**better** [1] - 62:13

**between** [3] - 3:4, 16:14, 22:9

**big** [1] - 92:18

**bike** [1] - 42:9

**birth** [1] - 127:3

**bit** [4] - 38:14, 108:14, 138:12, 158:18

**blood** [1] - 165:13

**blue** [2] - 11:5, 11:18

**body** [1] - 126:21

**Bohemia** [2] - 1:16, 2:19

**born** [2] - 108:19, 109:4

**boss** [3] - 58:12, 58:17, 59:11

**bosses** [1] - 90:13

**bottom** [2] - 68:15, 76:18

**bought** [3] - 41:12, 41:15, 150:21

**break** [15] - 14:5, 25:8, 25:20, 26:16, 44:21, 66:12, 77:19, 81:2, 106:23, 107:9, 108:4, 110:18, 110:20, 151:20, 152:3

**breakfast** [13] - 36:18, 36:21, 36:22, 36:23, 38:2, 38:12, 38:19, 98:10, 98:21, 111:25, 112:5, 138:24

**breaking** [8] - 43:20, 44:25, 49:5, 53:11, 145:7, 151:11, 152:8, 153:15

**breaks** [4] - 138:19, 138:24, 139:4, 153:11

**breath** [3] - 128:2, 128:3, 128:6

**Brentwood** [4] - 4:17, 19:11, 48:22, 48:24

**brief** [2] - 8:3, 15:21

**bring** [4] - 98:15, 141:19, 142:5, 142:15

**broke** [4] - 44:10, 44:15, 45:6, 151:16

**broken** [2] - 43:23, 44:23

**building** [1] - 6:8

**buried** [1] - 159:21

**burned** [10] - 159:13, 159:15, 159:16,

159:20, 160:13, 161:3, 161:10, 161:11, 161:19, 162:3

**bus** [6] - 26:5, 26:7, 26:8, 26:11, 27:25, 28:2

**buses** [1] - 29:9

**busy** [4] - 72:13, 72:16, 72:22, 110:22

**Buy** [2] - 6:14, 6:15

**buy** [2] - 29:8, 35:9

**buying** [1] - 151:17

**BY** [3] - 2:20, 4:11, 164:3

## C

**calculator** [1] - 123:23

**calm** [2] - 59:3, 111:14

**car** [24] - 25:18, 26:4, 26:6, 26:8, 26:10, 27:24, 40:15, 40:16, 40:19, 40:21, 41:4, 41:6, 41:10, 41:16, 41:21, 41:23, 42:6, 51:3, 51:14, 52:10, 52:14, 62:14, 85:20, 109:11

**card** [1] - 39:24

**CARLOS** [1] - 1:5

**carrots** [2] - 39:2, 39:5

**case** [1] - 141:22

**Case** [1] - 1:9

**cash** [25] - 6:18, 6:19, 6:20, 6:25, 52:21, 64:6, 64:22, 64:24, 65:2, 65:5, 65:10, 65:12, 65:14, 65:15, 65:16, 65:18, 65:20, 65:22, 66:3, 66:6, 66:9, 66:10, 145:12, 152:4

**Castila** [1] - 14:23, 17:4, 17:10, 17:18, 18:2, 164:9

**Castillo** [1] - 54:2

**CASTILLO** [1] - 1:6

**catch** [2] - 128:2

**catches** [1] - 128:6

**caught** [4] - 93:20, 93:22, 100:7, 100:11

**Center** [1] - 16:13

**Central** [1] - 6:10

**certification** [1] - 3:6

**certify** [3] - 163:8, 165:5, 165:12

**cerveza** [1] - 104:12

**chance** [2] - 108:4, 144:14

**CHANGE** [10] - 166:6, 166:8, 166:10, 166:12, 166:14, 166:16, 166:18, 166:20, 166:22, 166:24

**change** [2] - 13:12, 162:13

**changes** [1] - 166:3

**Chavez** [3] - 20:20, 21:7, 21:15

**check** [13] - 6:23, 29:9, 64:5, 64:7, 64:8, 70:6, 70:11, 73:14, 76:6, 76:17, 81:17, 85:25, 164:12

**checks** [13] - 6:17, 64:11, 64:15, 67:18, 70:12, 70:21, 71:9, 71:11, 76:4, 81:21, 85:5, 85:6, 87:18

**cheek** [2] - 126:15, 127:4

**cheese** [2] - 38:13, 98:19

**chicken** [1] - 38:25

**children** [6] - 20:21, 20:23, 21:4, 21:11, 45:2, 95:14

**choice** [1] - 113:10

**choking** [1] - 127:23

**Christmas** [2] - 56:20, 56:21

**CHRISTOPHER** [1] - 1:11

**church** [1] - 95:15

**Civil** [1] - 1:21

**claim** [3] - 34:8, 83:15, 142:15

**claiming** [3] - 132:15, 133:8, 133:18

**claims** [1] - 141:3

**clarification** [8] - 46:7, 119:20, 124:14, 125:3, 132:23, 160:6, 160:20, 160:23

**clarify** [1] - 159:25

**clear** [3] - 11:10, 18:21, 60:10

**clearly** [1] - 141:16

**close** [1] - 153:4

**Co** [2] - 2:9, 2:13

**Co-Counsel** [2] - 2:9, 2:13

**coaching** [2] - 144:2, 144:5

**coffee** [4] - 39:12,

98:11, 98:14, 98:25
**color** [1] - 162:3
**coming** [1] - 12:7
**commentary** [1] - 96:5
**commented** [1] - 113:8
**committed** [1] - 131:22
**common** [1] - 21:21
**companies** [4] - 83:11, 86:3, 86:7, 133:16
**company** [23] - 6:13, 69:19, 70:23, 70:25, 71:3, 72:13, 72:22, 73:3, 73:7, 73:11, 81:15, 85:3, 85:11, 85:20, 85:21, 86:16, 86:17, 86:18, 86:20, 90:2, 90:4, 159:14
**compare** [6] - 71:9, 71:11, 71:18, 77:9, 118:6, 118:7
**compared** [1] - 71:14
**complaint** [2] - 134:17, 140:25
**complete** [2] - 18:7, 163:12
**completely** [2] - 15:13, 116:12
**complies** [1] - 15:12
**comply** [1] - 145:18
**concrete** [2] - 88:6, 119:13
**conduct** [1] - 144:3
**confidential** [3] - 29:25, 153:25, 154:4
**confidentiality** [1] - 30:2, 30:6, 154:6
**confused** [3] - 55:18, 55:21, 55:23
**connect** [3] - 58:12, 132:3, 132:9
**connected** [2] - 52:2, 132:13
**consisting** [8] - 14:21, 67:21, 76:5, 79:17, 164:8, 164:10, 164:11, 164:13
**consult** [2] - 123:15, 123:17
**contacted** [1] - 106:11
**context** [2] - 21:23, 23:2
**continue** [2] - 58:25, 118:18
**continued** [3] - 58:23, 64:3, 133:4

**conversation** [2] - 26:19, 27:14
**copies** [4] - 76:5, 79:17, 164:12, 164:14
**copy** [5] - 7:20, 14:21, 67:21, 164:8, 164:10
**corner** [2] - 68:15, 76:19
**CORP** [2] - 1:10
**corporate** [1] - 90:25
**Corporation** [1] - 94:13
**correct** [144] - 8:13, 9:9, 16:2, 16:5, 16:19, 16:23, 17:4, 17:8, 24:11, 26:13, 26:17, 26:20, 29:2, 29:6, 32:22, 32:25, 33:13, 35:15, 35:17, 35:20, 35:22, 36:11, 36:13, 39:15, 39:20, 39:24, 40:5, 41:16, 41:21, 44:13, 47:6, 48:4, 53:5, 53:16, 54:20, 55:15, 55:21, 57:16, 61:8, 61:11, 61:14, 61:18, 62:15, 62:20, 63:11, 63:14, 63:17, 64:9, 64:12, 64:19, 64:22, 65:3, 67:12, 67:16, 67:19, 69:25, 70:16, 72:3, 73:8, 73:12, 74:21, 75:3, 75:6, 75:12, 78:7, 78:9, 78:12, 78:15, 78:18, 78:23, 79:6, 79:8, 80:8, 80:15, 80:24, 81:8, 81:14, 81:24, 82:4, 82:9, 82:12, 82:15, 82:19, 84:7, 84:12, 87:13, 87:24, 91:5, 97:20, 99:8, 102:23, 104:3, 105:16, 105:19, 105:24, 111:3, 112:24, 113:22, 114:11, 114:11, 114:15, 116:3, 116:13, 117:21, 117:23, 122:7, 122:21, 122:25, 124:6, 128:17, 130:5, 130:9, 131:15, 131:17, 133:19, 136:4, 136:6, 136:9, 136:24, 138:8, 140:6, 141:3, 142:11, 145:16, 146:9, 146:17, 147:4, 147:6,

147:14, 147:17, 147:19, 147:21, 147:24, 148:3, 148:25, 151:18, 151:23, 152:6, 152:22, 156:18, 156:22, 161:21, 163:12, 163:14
**correction** [1] - 160:25
**cost** [1] - 28:17
**counsel** [1] - 9:21
**Counsel** [4] - 2:9, 2:13, 104:25, 127:19
**Counselor** [28] - 10:14, 11:2, 27:7, 30:12, 33:10, 37:10, 74:3, 102:24, 118:13, 118:14, 118:16, 120:15, 120:19, 125:2, 127:12, 127:14, 127:22, 128:2, 128:10, 128:12, 134:23, 135:11, 141:20, 142:23, 143:8, 154:4, 160:2, 160:9
**counselor** [1] - 104:3, 134:4, 135:4
**country** [6] - 21:12, 38:6, 38:7, 38:10, 39:15
**COUNTY** [1] - 163:6
**couple** [1] - 108:7
**coupons** [1] - 34:21
**course** [9] - 59:19, 59:23, 60:9, 63:12, 69:7, 69:20, 70:4, 93:25, 103:11
**COURT** [1] - 1:2
**Court** [3] - 1:24, 3:17, 154:7
**court** [6] - 26:3, 83:19, 83:23, 105:3, 150:2, 150:6
**cousin** [2] - 53:24, 53:25
**cousins** [1] - 48:18
**coworker** [1] - 133:3
**coworkers** [10] - 65:13, 65:16, 65:19, 65:25, 66:2, 71:5, 71:13, 117:14, 157:5, 157:15
**cream** [2] - 38:14, 98:20
**criminal** [1] - 45:16
**Cross** [15] - 71:7, 73:7, 73:11, 75:2, 75:5, 75:9, 75:11,

78:10, 82:4, 82:9, 82:19, 83:7, 85:7, 85:12, 94:15
**current** [1] - 4:16

# D

**damages** [2] - 133:18, 136:2
**Daniella** [1] - 21:2
**date** [8] - 14:25, 16:11, 67:24, 68:4, 76:8, 76:11, 79:22, 115:3
**dated** [1] - 103:22
**dates** [1] - 72:24
**daughter** [2] - 108:19, 109:4
**dawn** [1] - 59:3
**days** [7] - 45:4, 57:7, 57:9, 57:12, 57:13, 72:24, 118:23
**deal** [1] - 92:19
**December** [3] - 115:5, 115:6, 115:7
**decide** [1] - 113:6
**Defendants** [4] - 1:12, 1:20, 2:18, 134:8
**defendants** [1] - 140:17
**DEFENDANTS'** [1] - 164:7
**Defendants'** [13] - 14:23, 15:3, 15:24, 17:3, 67:23, 68:3, 69:18, 69:22, 73:17, 76:7, 76:10, 79:20, 79:24
**delicious** [3] - 37:4, 37:8, 102:20
**denominated** [1] - 81:20
**deny** [1] - 108:17
**deponent** [2] - 103:25, 104:25
**deposition** [10] - 3:13, 8:12, 9:22, 11:5, 11:9, 12:3, 12:7, 18:10, 134:18, 163:10
**describing** [1] - 128:14
**DESCRIPTION** [1] - 164:7
**deserve** [1] - 91:15
**designation** [5] - 30:4, 30:9, 154:3, 154:10, 154:20
**determination** [1] -

144:9
**Development** [5] - 73:3, 74:18, 74:21, 74:23, 75:10
**Dewey** [1] - 16:13
**dictionary** [3] - 46:7, 132:23, 160:6
**difference** [1] - 22:9
**different** [24] - 9:17, 14:3, 38:21, 69:6, 71:9, 71:15, 81:20, 82:14, 85:4, 85:5, 116:10, 116:12, 117:21, 117:22, 117:23, 129:4, 129:6, 129:7, 132:7, 132:10, 138:8, 143:12, 154:22, 154:25
**difficult** [1] - 11:20
**dina** [1] - 48:20
**Dina** [1] - 48:21
**direct** [2] - 95:9, 134:4
**directing** [1] - 141:15
**directly** [2] - 28:6, 52:6
**discussion** [3] - 37:21, 107:6, 128:7
**discussions** [1] - 29:23
**disoriented** [1] - 93:5
**disregard** [1] - 29:18
**DISTRICT** [2] - 1:2, 1:2
**divided** [3] - 69:6, 71:2, 71:4
**document** [23] - 14:21, 15:2, 15:5, 15:7, 16:10, 16:12, 18:23, 67:21, 68:2, 68:5, 74:4, 74:7, 76:5, 76:9, 76:12, 76:14, 76:16, 76:21, 79:17, 79:23, 79:25, 80:3, 81:11
**Document** [4] - 164:8, 164:10, 164:11, 164:13
**documentation** [2] - 46:22, 68:18
**documents** [12] - 66:21, 67:2, 68:19, 68:25, 73:15, 75:17, 76:22, 77:2, 77:25, 78:4, 78:11, 81:3
**DOES** [1] - 1:11
**dollars** [2] - 28:20, 28:21
**done** [2] - 102:16,

104:14
**donut** [5] - 37:4, 37:9, 37:19, 102:21, 103:2
**donut-hole** [4] - 37:4, 37:9, 37:19, 102:21
**Donuts** [1] - 102:20
**down** [2] - 94:2, 154:15
**drank** [1] - 104:12
**drink** [3] - 39:12, 104:16, 104:17
**drive** [11] - 28:8, 40:13, 40:17, 41:21, 41:23, 42:7, 77:16, 109:17, 151:21, 152:21, 152:22
**driver's** [4] - 42:10, 42:14, 42:18, 153:7
**drives** [1] - 153:6
**driving** [5] - 42:8, 44:24, 45:9, 45:10, 45:15
**drop** [1] - 45:2
**dropped** [2] - 40:11, 40:19
**drove** [3] - 45:2, 109:12, 109:16
**drugged** [1] - 111:15
**drugs** [1] - 5:4
**duly** [3] - 4:3, 4:8, 165:7
**Dunkin'** [1] - 102:20
**during** [9] - 56:25, 75:18, 81:14, 88:21, 99:10, 108:4, 119:3, 122:11, 130:24
**dwell** [1] - 159:7

## E

**early** [2] - 18:9, 98:2
**earn** [1] - 146:8
**East** [1] - 2:9
**easter** [1] - 56:23
**Easter** [1] - 56:25
**EASTERN** [1] - 1:2
**easy** [2] - 6:14, 6:15
**eat** [13] - 7:17, 36:18, 37:25, 38:6, 38:18, 38:22, 98:9, 98:17, 98:21, 98:23, 98:24, 99:7, 111:25
**eaten** [2] - 38:4, 104:9
**Eddie** [23] - 119:14, 120:2, 120:3, 121:11, 129:3, 129:4, 129:5,

129:12, 129:16, 129:17, 129:19, 129:24, 129:25, 130:2, 130:9, 130:11, 130:12, 130:13, 130:22, 130:25, 131:2, 131:10
**Edgar** [1] - 6:12
**EDWIN** [1] - 1:5
**effect** [1] - 3:16
**effects** [1] - 111:14
**egg** [2] - 37:23, 38:5
**either** [3] - 21:12, 130:23, 165:13
**EI** [3] - 19:2, 19:4, 19:7
**element** [1] - 143:24
**elements** [7] - 141:11, 141:13, 141:22, 141:23, 142:4, 142:16, 142:17
**embarrassed** [1] - 158:18
**employed** [3] - 5:16, 5:19, 5:23
**employer** [3] - 6:11, 40:8, 86:8
**employers** [6] - 30:19, 31:10, 40:5, 79:19, 80:7, 164:14
**employment** [4] - 75:25, 106:17, 135:20, 136:3
**en** [1] - 28:4
**enable** [1] - 124:4
**end** [5] - 56:3, 56:8, 68:11, 72:21, 162:18
**English** [6] - 4:4, 4:6, 8:6, 12:17, 85:23, 99:14
**enjoyed** [1] - 162:17
**enter** [2] - 97:23, 112:12
**entire** [1] - 59:20
**entirely** [1] - 14:13
**entities** [1] - 84:24
**entitled** [1] - 134:14
**eric** [1] - 96:24, 129:9, 130:18
**Eric** [16] - 96:25, 97:2, 97:12, 119:12, 119:13, 119:14, 119:25, 120:3, 120:4, 121:11, 129:4, 129:6, 129:20, 129:22, 130:10
**ERRATA** [1] - 166:2
**error** [1] - 131:21
**ESCALANTE** [1] - 1:5

**especially** [1] - 143:8
**ESQ** [2] - 2:11, 2:20
**evidence** [1] - 115:21
**exact** [10] - 10:9, 16:11, 81:21, 87:4, 88:13, 88:18, 115:3, 118:23, 123:5, 123:20
**exactly** [11] - 10:4, 22:25, 23:6, 29:2, 49:19, 61:12, 66:8, 96:12, 112:15, 124:17, 150:14
**EXAMINATION** [3] - 1:18, 4:11, 164:3
**examined** [1] - 4:9
**example** [6] - 44:24, 45:2, 71:6, 126:11, 130:25, 142:20
**except** [3] - 3:9, 47:2, 151:8
**exchange** [1] - 33:20
**excuse** [1] - 15:20
**Exhibit** [14] - 14:24, 15:3, 15:24, 17:3, 67:23, 68:3, 69:18, 69:22, 73:17, 73:20, 76:7, 76:10, 79:20, 79:24
**EXHIBITS** [1] - 164:6
**expect** [1] - 49:23
**explain** [3] - 45:5, 156:7, 156:10
**explained** [2] - 8:11, 47:18
**explaining** [1] - 156:6
**extra** [14] - 122:14, 122:24, 136:12, 136:14, 136:17, 136:21, 136:22, 137:3, 137:9, 138:11, 138:22, 139:12
**extremely** [1] - 50:21
**eyes** [1] - 39:7

## F

**facts** [1] - 114:5
**fair** [2] - 91:8, 104:5
**fairly** [1] - 91:11
**FAJARDO** [1] - 1:4
**fall** [10] - 92:20, 93:10, 94:4, 100:9, 100:20, 100:24, 101:6, 130:23, 131:8, 131:10
**fallen** [1] - 93:9
**falling** [2] - 91:21,

111:18
**false** [4] - 47:4, 105:8, 105:13, 105:15
**falsely** [1] - 9:18
**familiar** [2] - 23:2, 90:24
**familiarize** [1] - 91:3
**far** [1] - 127:8
**father** [7] - 102:6, 102:8, 103:18, 105:23, 147:12, 148:14, 150:19
**father's** [1] - 17:5
**February** [7] - 51:8, 52:9, 55:2, 55:9, 55:10, 55:13, 55:18, 55:24
**fed** [1] - 113:9
**feed** [1] - 48:16
**fell** [7] - 92:3, 92:11, 94:25, 108:7, 111:21, 131:14, 131:18
**fellow** [2] - 33:11, 35:7, 61:5
**felt** [4] - 35:19, 93:3, 93:5, 150:11
**few** [9] - 8:10, 23:5, 52:4, 56:19, 78:24, 96:6, 125:20, 127:25
**fibbing** [1] - 107:20
**fields** [1] - 82:12
**fifteen** [5] - 42:8, 62:3, 62:9, 92:22, 110:22
**Fifth** [3] - 2:5, 2:14, 24:23
**fifty** [1] - 32:7
**fifty-two** [1] - 32:7
**fight** [1] - 11:22
**figure** [3] - 123:21, 124:4, 156:22
**figuring** [1] - 123:13
**file** [1] - 161:10
**filed** [2] - 134:6, 161:21
**files** [2] - 161:10, 161:11
**filing** [2] - 3:5, 132:16
**fill** [1] - 161:7
**fine** [5] - 25:5, 66:16, 107:3, 107:11, 118:17
**finished** [1] - 62:3
**fired** [24] - 58:10, 58:11, 58:19, 58:22, 58:24, 59:4, 59:9, 60:21, 60:25, 61:3, 61:8, 61:14, 61:18, 92:11, 92:14, 93:6, 93:8, 93:11, 93:14,

131:23, 132:14, 135:20, 161:2, 161:12
**first** [1] - 62:5
**fit** [1] - 17:15
**five** [2] - 53:3, 110:17
**fix** [1] - 72:5
**fixed** [2] - 72:6, 117:25
**flexes** [2] - 126:15, 127:5
**folders** [1] - 162:4
**follow** [2] - 30:8, 144:13
**follow-up** [1] - 144:13
**following** [3] - 62:9, 166:3, 166:4
**follows** [1] - 4:10
**food** [1] - 98:16
**foods** [1] - 38:21
**force** [1] - 3:15
**Ford** [2] - 94:6
**forgot** [1] - 20:8
**form** [1] - 3:9
**forth** [1] - 165:7
**forty** [2] - 79:15, 110:17
**forty-five-minute** [1] - 110:17
**forward** [1] - 144:10
**Four** [1] - 161:2
**four** [8] - 34:16, 34:20, 49:13, 49:14, 54:16, 115:6, 160:15, 161:15
**fourth** [1] - 57:3
**fraudulent** [5] - 39:23, 40:3, 106:12, 150:21, 151:17
**friend** [6] - 31:20, 33:11, 41:3, 103:21, 104:7, 104:20
**friend's** [4] - 31:21, 31:25, 40:22, 40:23
**friends** [5] - 28:15, 82:11, 87:12, 87:16, 87:21
**front** [3] - 134:12, 134:13, 135:13
**full** [5] - 4:13, 17:25, 18:3, 90:21, 162:5
**fun** [1] - 44:16
**functions** [1] - 95:18
**funny** [1] - 131:22
**FURTHER** [2] - 3:8, 3:12
**furthering** [2] - 27:17, 27:21

5

## G

**gain** [1] - 7:15
**GALEANO** [1] - 1:5
**gang** [1] - 76:19
**garbage** [1] - 159:18
**GARCIA** [1] - 1:4
**gasoline** [1] - 159:19
**gassy** [1] - 38:16
**gate** [1] - 97:23
**gates** [1] - 97:19
**general** [3] - 24:6, 81:18, 89:20
**generally** [3] - 23:18, 24:8, 81:22
**gentleman** [1] - 32:7
**george** [1] - 58:18
**George** [23] - 99:2, 99:8, 99:10, 99:22, 110:23, 111:2, 111:5, 111:8, 111:11, 112:2, 112:4, 112:7, 112:9, 112:13, 112:22, 112:23, 119:6, 128:23, 128:24, 128:25, 132:2, 161:5, 161:6
**girlfriend** [6] - 101:8, 101:10, 103:22, 153:24, 157:25, 158:10
**given** [2] - 163:14, 165:10
**GOLDBERG** [1] - 2:4
**Gonzalez** [1] - 41:9
**great** [2] - 31:21, 125:22
**Great** [1] - 34:18
**group** [13] - 96:7, 96:9, 96:12, 113:8, 113:12, 113:15, 113:17, 113:20, 113:21, 113:25, 114:10, 114:24, 116:13
**groups** [2] - 97:14, 97:17
**guy** [3] - 10:23, 11:4, 121:3
**guys** [1] - 109:24

## H

**hair** [1] - 90:22
**hallway** [1] - 26:20
**hand** [3] - 68:15, 76:19, 165:18
**handing** [8] - 7:10,

7:12, 15:4, 18:24, 68:4, 75:22, 76:12, 79:25
**Handing** [1] - 35:2
**handsome** [2] - 120:5, 120:8
**harbored** [1] - 49:2
**hardily** [1] - 104:2
**hardly** [5] - 17:6, 17:10, 17:11, 57:13
**harsh** [1] - 128:14
**head** [3] - 5:13, 23:25, 90:22
**heading** [1] - 141:17
**hear** [5] - 25:23, 93:17, 114:14, 114:19, 114:24
**heard** [4] - 66:5, 96:5, 96:11, 114:9
**height** [3] - 120:6, 120:13, 120:21
**held** [4] - 1:22, 37:22, 107:7, 128:8
**HELENE** [1] - 1:11
**Helene** [1] - 159:16
**hello** [1] - 12:18
**help** [3] - 113:10, 117:12, 117:13
**helped** [1] - 115:22
**helping** [1] - 48:18
**HEREBY** [1] - 3:3
**hereby** [3] - 3:7, 163:8, 165:4
**herein** [4] - 1:19, 3:5, 4:3, 4:8
**hereinbefore** [1] - 165:7
**hereunto** [1] - 165:17
**hernia** [1] - 131:4
**hide** [3] - 17:15, 17:18, 18:7
**Highway** [2] - 1:16, 2:18
**himself** [1] - 128:11
**hire** [2] - 59:10, 148:25
**hired** [3] - 59:7, 59:14, 60:2
**Hispanic** [14] - 58:20, 59:5, 59:7, 59:14, 59:17, 59:20, 59:24, 121:9, 121:10, 121:11, 121:12, 129:21, 130:18, 130:19
**Hispanics** [1] - 59:25
**hit** [5] - 102:11, 148:12, 148:14, 148:17

**hobbies** [3] - 95:5, 95:7, 95:10
**hole** [4] - 37:4, 37:9, 37:19, 102:21
**holes** [1] - 103:3
**holidays** [1] - 56:18
**home** [3] - 19:24, 58:16, 162:14
**Honorable** [1] - 134:5
**hope** [2] - 155:10, 162:16
**hopes** [1] - 155:6
**hour** [14] - 7:3, 7:4, 52:19, 61:25, 62:6, 62:7, 62:14, 62:23, 63:3, 63:11, 63:14, 67:15, 67:19
**hours** [20] - 60:23, 61:11, 64:11, 78:20, 78:22, 78:25, 79:6, 79:15, 136:13, 136:15, 136:17, 136:23, 137:10, 138:11, 138:22, 139:12, 139:23, 139:24, 140:24, 141:12
**house** [5] - 19:12, 19:14, 19:15, 19:17, 48:23
**hundred** [1] - 14:17

## I

**I..** [1] - 10:22
**Ian** [1] - 27:3
**IAN** [1] - 2:13
**idea** [3] - 123:9, 124:16, 156:17
**identification** [12] - 7:7, 7:21, 7:23, 14:22, 14:24, 15:8, 15:25, 16:4, 67:24, 76:8, 79:21, 164:8
**identified** [3] - 15:3, 76:10, 79:24
**identify** [1] - 68:3
**ill** [1] - 24:3
**illegal** [2] - 145:4, 145:5
**immigration** [6] - 134:10, 134:15, 141:17, 141:20, 143:3, 143:10
**impaired** [1] - 5:8
**impersonate** [4] - 45:21, 46:2, 46:13, 47:18

**impersonated** [1] - 46:11
**impersonation** [1] - 45:17
**important** [2] - 13:7, 23:10
**impossible** [2] - 133:6, 133:12
**improperly** [2] - 144:2, 144:5
**IN** [1] - 165:17
**inaccurate** [1] - 128:16
**included** [1] - 6:24
**including** [1] - 18:16
**income** [4] - 6:21, 68:8, 75:13, 161:8
**incorrect** [2] - 82:23, 114:9
**INDEX** [1] - 164:2
**indicate** [1] - 76:19
**indicated** [5] - 64:11, 67:14, 67:18, 78:22, 135:12
**indicates** [3] - 13:13, 68:17, 68:25
**indicating** [9] - 50:16, 61:5, 66:21, 67:3, 71:7, 73:19, 74:13, 74:15, 162:4
**indicating)** [1] - 120:6
**individual** [1] - 60:14
**Industries** [15] - 71:8, 73:7, 73:11, 75:3, 75:6, 75:9, 75:12, 78:10, 82:4, 82:9, 82:19, 83:7, 85:8, 85:13, 94:16
**influence** [1] - 5:11
**information** [3] - 5:24, 17:16, 115:20
**inordinate** [1] - 74:7
**inquire** [2] - 134:9, 134:14
**inside** [2] - 81:19, 81:23
**instead** [2] - 61:10, 155:23
**instructing** [7] - 27:9, 43:9, 43:12, 43:13, 134:2, 135:10, 141:24
**insurance** [1] - 41:12
**insures** [1] - 41:4
**integrity** [1] - 22:22
**intended** [2] - 143:16
**interested** [1] - 165:15
**interfered** [1] - 133:9

**impersonated** — (continued in next column)

**interpret** [1] - 4:4
**interpretation** [1] - 95:9
**Interpreter** [4] - 2:24, 4:3, 4:9, 105:2
**INTERPRETER** [17] - 21:20, 22:20, 45:25, 46:9, 66:11, 66:14, 83:18, 95:8, 119:15, 124:9, 124:25, 132:18, 149:25, 159:23, 160:8, 160:17, 160:25
**interpreter** [13] - 21:21, 27:22, 46:5, 119:16, 119:19, 124:10, 124:13, 125:2, 132:19, 132:21, 160:4, 160:18, 160:22
**involving** [1] - 29:23
**IRS** [2] - 34:12, 34:14
**IS** [3] - 3:3, 3:8, 3:12
**Island** [15] - 71:7, 73:7, 73:11, 75:3, 75:6, 75:9, 75:11, 78:10, 82:4, 82:9, 82:19, 83:7, 85:7, 85:13, 94:15
**Islip** [1] - 6:10
**issued** [1] - 7:24
**IT** [3] - 3:3, 3:8, 3:12

## J

**January** [6] - 54:23, 54:25, 55:7, 55:10, 55:14, 55:18
**JAVIER** [1] - 1:5
**jeans** [3] - 10:23, 11:5, 11:18
**job** [17] - 35:12, 42:8, 53:20, 54:3, 54:6, 59:2, 63:8, 63:21, 71:23, 72:2, 72:17, 116:10, 117:18, 125:21, 132:14, 153:4, 156:7
**jobs** [11] - 40:5, 85:16, 116:11, 116:24, 117:6, 117:11, 117:20, 125:16, 125:22, 126:7, 133:16
**JOHN** [1] - 1:11
**Jose** [5] - 40:25, 41:8, 41:9, 54:2
**JOSE** [2] - 1:4, 1:6
**JUAN** [1] - 1:6

6

**Judge's** [1] - 135:6
**juices** [2] - 104:18, 104:21
**July** [2] - 57:3, 57:6

## K

**KAREN** [2] - 165:3, 165:21
**Karen** [1] - 1:23
**Katherine** [1] - 21:2
**Kathleen** [1] - 134:6
**keep** [4] - 15:11, 101:18, 102:12, 103:9
**KEVIN** [1] - 1:5
**kind** [6] - 26:4, 43:2, 94:4, 142:21, 143:2, 143:20
**known** [1] - 14:19
**knows** [3] - 91:24, 105:12

## L

**L&V** [5] - 73:3, 74:18, 74:21, 74:23, 75:10
**label** [1] - 73:21
**lady** [2] - 41:11, 41:15
**laid** [3] - 56:3, 56:5, 56:7
**LaMendola** [3] - 1:24, 165:3, 165:21
**landlord** [1] - 19:23
**last** [8] - 19:3, 19:5, 25:24, 34:16, 34:20, 41:2, 62:10, 114:23
**late** [2] - 108:12, 108:19
**lately** [1] - 5:14
**laughed** [1] - 126:18
**laughing** [5] - 103:25, 104:25, 127:22, 127:24, 153:20
**LAUREN** [1] - 2:4
**law** [16] - 43:21, 43:23, 44:11, 44:15, 44:21, 44:25, 45:7, 49:6, 53:11, 145:7, 151:12, 151:17, 151:20, 152:3, 153:11, 153:15
**Law** [1] - 1:21
**LAW** [3] - 2:4, 2:8, 2:13
**laws** [3] - 9:12, 145:18, 152:9

**lawsuit** [7] - 132:17, 155:19, 155:24, 156:2, 157:23, 158:2, 161:21
**lawyer** [6] - 11:16, 11:18, 39:9, 102:16, 102:19, 156:8
**lawyer's** [1] - 36:25
**lay** [2] - 72:8, 88:6
**leader** [3] - 113:12, 113:14, 113:18
**learn** [1] - 99:16
**leave** [3] - 72:16, 98:7, 112:18
**left** [5] - 29:12, 106:16, 110:13, 112:20, 112:23
**LERLY** [1] - 1:6
**less** [1] - 7:4
**letters** [1] - 133:15
**letting** [1] - 43:17
**liar** [1] - 83:17
**license** [5] - 42:11, 42:14, 42:18, 44:24, 153:8
**lie** [40] - 13:8, 21:17, 22:14, 35:19, 36:3, 36:10, 50:6, 50:7, 50:8, 50:9, 50:11, 50:14, 101:12, 101:20, 101:25, 102:6, 102:11, 102:12, 104:6, 105:4, 105:19, 107:25, 146:7, 147:3, 147:8, 148:8, 148:13, 148:15, 148:17, 150:11, 150:15, 150:17, 151:10, 155:2, 158:9, 158:23
**Lie** [1] - 50:14
**lied** [32] - 50:4, 102:5, 103:5, 103:7, 103:12, 103:19, 103:21, 104:20, 105:22, 105:23, 105:24, 146:13, 146:14, 146:16, 146:23, 147:11, 147:12, 147:13, 147:16, 147:19, 147:21, 147:24, 148:3, 148:21, 148:24, 150:18, 150:19, 150:20, 150:23, 151:5, 158:17, 159:2
**lift** [1] - 109:19
**LINE** [1] - 166:5
**liquor** [1] - 104:19

**listen** [1] - 86:12
**live** [9] - 19:9, 19:10, 19:12, 19:25, 20:13, 20:15, 48:21, 49:9, 133:22
**lived** [1] - 49:15
**living** [1] - 62:18
**located** [2] - 6:7, 52:12
**locked** [1] - 97:20
**logical** [2] - 90:12, 90:20
**look** [23] - 32:5, 32:9, 46:2, 64:16, 65:6, 68:2, 68:15, 73:14, 73:16, 75:13, 76:11, 77:8, 79:25, 80:20, 81:2, 81:8, 90:21, 113:10, 120:4, 132:19, 134:20, 134:24, 159:24
**looked** [4] - 64:18, 67:8, 67:11, 74:14
**looking** [2] - 34:24, 135:13
**looks** [1] - 50:19
**lost** [1] - 119:3
**Louie** [17] - 74:15, 89:17, 89:20, 89:23, 91:4, 91:8, 93:23, 106:2, 108:5, 133:5, 133:8, 133:14, 148:8, 148:12, 148:13, 148:24
**Louis** [12] - 90:15, 105:5, 105:24, 106:11, 135:18, 139:8, 139:14, 139:19, 140:17, 147:16, 147:18, 150:24
**LOUIS** [1] - 1:11
**Louis's** [1] - 159:16
**lunch** [16] - 38:24, 98:24, 99:3, 99:7, 99:11, 106:23, 107:9, 107:15, 110:18, 110:20, 110:21, 110:23, 111:3, 138:19, 138:22
**luncheon** [1] - 107:12
**lying** [32] - 13:13, 18:9, 18:10, 18:14, 30:22, 35:14, 47:8, 48:6, 48:10, 50:14, 55:15, 55:20, 65:3, 65:14, 67:5, 77:5, 106:3, 106:5, 116:22, 126:14, 137:7,

137:11, 137:15, 137:16, 137:22, 137:25, 138:2, 138:6, 138:7, 148:9, 148:11, 155:6

## M

**machine** [2] - 97:4, 119:12
**machinery** [2] - 72:5, 72:6
**machines** [1] - 125:15
**mack** [1] - 94:10
**madame** [2] - 105:3, 150:2
**Madame** [1] - 83:19
**Magistrate** [1] - 134:6
**main** [1] - 126:11
**man** [2] - 11:18, 12:22
**manage** [2] - 90:3, 90:5
**manner** [1] - 45:6
**MARCUS** [1] - 1:6
**marijuana** [2] - 111:13, 111:17
**marked** [4] - 14:23, 29:24, 67:22, 76:7, 79:20, 153:24
**marriage** [1] - 165:13
**married** [5] - 21:16, 21:19, 22:3, 22:4, 22:5
**marry** [1] - 21:14
**MARTINEZ** [1] - 1:4
**matter** [1] - 165:16
**max** [1] - 110:22
**MAYNOR** [1] - 1:4
**McNamara** [326] - 2:8, 2:11, 7:11, 10:13, 10:25, 12:11, 12:13, 12:25, 13:9, 13:19, 14:7, 14:14, 16:20, 16:24, 17:17, 17:24, 18:15, 20:5, 21:18, 22:15, 24:7, 25:5, 25:11, 25:15, 25:19, 26:14, 26:21, 26:24, 27:6, 27:9, 27:16, 27:23, 28:5, 28:10, 28:18, 28:23, 29:3, 29:5, 29:16, 29:20, 29:22, 30:11, 30:16, 31:4, 31:8, 31:12, 31:16, 31:19, 31:23, 32:3, 32:6, 32:10,

32:18, 32:21, 32:23, 33:4, 33:9, 33:17, 33:21, 33:24, 34:6, 34:10, 34:15, 35:11, 35:16, 35:23, 36:5, 37:5, 37:10, 37:16, 38:8, 39:25, 40:6, 40:24, 41:7, 41:17, 41:24, 42:15, 42:19, 42:23, 43:3, 43:9, 43:13, 43:22, 44:5, 44:8, 44:12, 44:17, 44:22, 45:8, 45:12, 45:18, 45:23, 46:24, 47:5, 47:9, 47:15, 47:22, 48:7, 48:11, 48:17, 49:3, 49:7, 49:10, 49:16, 49:21, 49:25, 50:5, 50:13, 50:17, 50:19, 50:21, 51:12, 51:22, 52:23, 53:6, 53:12, 55:12, 55:16, 55:22, 56:12, 58:21, 59:9, 59:15, 59:22, 60:3, 60:22, 61:15, 61:19, 62:16, 62:21, 62:25, 63:7, 63:15, 63:19, 64:13, 64:23, 65:4, 65:8, 65:11, 65:21, 66:4, 66:23, 67:5, 68:20, 69:3, 74:2, 74:22, 76:24, 77:7, 77:18, 77:22, 81:25, 82:24, 83:24, 84:8, 85:18, 86:9, 86:24, 87:14, 87:23, 91:2, 91:6, 91:23, 92:9, 92:15, 97:7, 99:19, 100:8, 101:9, 101:16, 101:22, 102:25, 103:7, 103:11, 103:17, 104:5, 104:11, 105:2, 105:10, 105:17, 105:20, 105:25, 106:18, 107:3, 107:11, 107:21, 108:15, 111:19, 113:4, 113:13, 113:23, 114:3, 114:7, 114:12, 114:16, 114:21, 115:2, 115:10, 115:14, 115:17, 115:24, 116:8, 116:14, 117:2, 117:9, 117:17, 118:2, 118:9, 118:12, 118:17, 120:8, 120:16, 120:20, 122:4, 122:8, 123:7,

123:11, 123:25, 124:7, 124:21, 126:8, 126:25, 127:6, 127:11, 127:16, 128:4, 128:13, 128:18, 131:12, 131:16, 131:20, 131:25, 133:20, 133:24, 134:16, 134:21, 135:3, 135:7, 135:10, 135:14, 135:21, 136:5, 136:10, 136:16, 137:4, 137:13, 137:17, 137:21, 137:23, 138:3, 138:9, 138:16, 138:20, 138:25, 139:5, 139:9, 139:16, 140:2, 140:7, 140:11, 140:14, 140:19, 141:4, 141:9, 141:15, 141:24, 142:19, 142:22, 143:5, 143:15, 143:21, 144:4, 144:12, 144:20, 144:25, 145:8, 145:11, 145:15, 145:20, 145:24, 146:10, 146:18, 146:25, 147:5, 147:22, 147:25, 148:4, 149:15, 150:13, 150:22, 150:25, 151:7, 151:19, 151:22, 152:5, 152:10, 153:3, 153:9, 153:12, 153:16, 153:22, 154:11, 154:16, 154:21, 154:24, 155:4, 155:8, 155:16, 155:25, 156:5, 156:9, 156:13, 156:19, 156:23, 157:3, 157:7, 157:11, 157:20, 158:3, 158:7, 158:15, 158:19, 158:25, 159:8, 161:24

**mean** [5] - 10:7, 10:11, 97:21, 134:16, 134:18

**means** [2] - 17:12, 42:3

**mechanic** [12] - 6:2, 6:3, 54:5, 54:11, 62:12, 111:5, 130:7, 130:8, 130:9, 130:14, 130:20, 131:3

**mechanic's** [1] - 72:17

**mechanics** [5] - 54:22, 59:11, 118:8, 128:22, 130:22

**medications** [1] - 5:2

**meet** [1] - 107:9

**meeting** [3] - 115:9, 115:16, 115:18

**memorize** [1] - 31:9

**memory** [6] - 23:15, 23:19, 23:21, 24:5, 24:9, 29:4

**mendez** [1] - 72:5

**Mendez** [18] - 65:23, 71:13, 71:16, 71:22, 71:24, 88:6, 88:7, 88:8, 88:9, 88:16, 89:8, 96:11, 116:19, 116:21, 116:23, 117:6, 117:11

**MENDEZ** [1] - 1:4

**mentioned** [1] - 1:23

**merry** [1] - 76:20

**met** [2] - 114:23, 116:5

**metal** [1] - 119:22

**Michael** [1] - 52:2

**middle** [2] - 72:15, 72:21

**midyear** [1] - 88:22

**might** [3] - 84:21, 100:17, 121:22

**mind** [3] - 55:11, 124:3, 152:8

**mine** [4] - 15:8, 71:14, 99:3, 117:19

**minute** [2] - 110:17, 151:16

**minutes** [4] - 42:8, 66:15, 92:22, 110:22

**mischaracterizatio n** [1] - 37:17

**missing** [1] - 78:20

**modified** [1] - 94:18

**mom** [1] - 101:25

**moment** [1] - 15:20

**moments** [1] - 127:25

**money** [24] - 33:19, 35:20, 36:4, 36:9, 53:5, 53:9, 63:6, 123:23, 145:23, 146:2, 146:3, 146:4, 146:9, 146:16, 146:24, 147:4, 155:7, 155:10, 155:12, 155:14, 155:18, 155:20, 155:21, 156:4

**month** [8] - 20:10, 23:6, 23:13, 72:14, 72:19, 121:21,

121:23, 121:25

**months** [9] - 23:5, 49:13, 49:14, 51:4, 52:4, 115:6, 160:15, 161:2, 161:15

**mood** [1] - 101:18

**morning** [13] - 4:19, 4:20, 38:3, 38:19, 45:3, 95:3, 95:4, 96:18, 97:5, 98:10, 110:9, 112:2, 112:10

**most** [5] - 8:8, 45:4, 104:18, 109:24, 138:14

**mostly** [1] - 41:13

**mother** [6] - 21:9, 102:3, 103:18, 105:22, 147:11, 150:19

**Motor** [1] - 16:14

**motorcycle** [1] - 40:18

**mouth** [1] - 102:22

**move** [1] - 41:5

**MR** [391] - 4:12, 7:11, 8:2, 10:13, 10:25, 12:11, 12:13, 12:25, 13:9, 13:19, 14:4, 14:7, 14:14, 15:20, 16:20, 16:24, 17:17, 17:24, 18:15, 20:5, 21:18, 21:22, 22:15, 22:20, 22:24, 24:7, 25:2, 25:5, 25:9, 25:11, 25:15, 25:19, 25:23, 26:14, 26:21, 26:24, 27:6, 27:9, 27:11, 27:16, 27:20, 27:23, 28:5, 28:10, 28:18, 28:23, 29:3, 29:5, 29:16, 29:20, 29:22, 30:3, 30:11, 30:13, 30:16, 31:4, 31:8, 31:12, 31:16, 31:19, 31:23, 32:3, 32:6, 32:10, 32:18, 32:21, 32:23, 33:4, 33:7, 33:9, 33:17, 33:21, 33:24, 34:6, 34:10, 34:15, 35:3, 35:11, 35:16, 35:23, 36:5, 37:5, 37:7, 37:10, 37:12, 37:16, 37:18, 38:8, 39:25, 40:6, 40:24, 41:7, 41:17, 41:24, 42:15, 42:19, 42:23, 43:3, 43:7, 43:9, 43:11, 43:13, 43:22, 44:5, 44:8, 44:12, 44:17,

44:22, 45:8, 45:12, 45:18, 45:23, 46:4, 46:9, 46:12, 46:24, 47:5, 47:9, 47:15, 47:22, 48:7, 48:11, 48:17, 49:3, 49:7, 49:10, 49:16, 49:21, 49:25, 50:5, 50:13, 50:17, 50:18, 50:21, 51:12, 51:22, 52:23, 53:6, 53:12, 55:12, 55:16, 55:22, 56:12, 58:21, 59:9, 59:15, 59:22, 60:3, 60:22, 61:15, 61:19, 62:16, 62:21, 62:25, 63:7, 63:15, 63:19, 64:13, 64:23, 65:4, 65:8, 65:11, 65:21, 66:4, 66:13, 66:16, 66:23, 67:5, 68:20, 69:3, 74:2, 74:6, 74:22, 76:24, 77:7, 77:18, 77:20, 77:22, 81:25, 82:24, 83:24, 84:8, 85:18, 86:9, 86:24, 87:14, 87:23, 91:2, 91:6, 91:23, 92:9, 92:15, 97:7, 99:19, 100:8, 101:9, 101:16, 101:22, 102:18, 102:25, 103:4, 103:7, 103:9, 103:11, 103:17, 103:24, 104:5, 104:11, 104:23, 105:2, 105:10, 105:17, 105:20, 105:25, 106:18, 106:22, 106:25, 107:3, 107:4, 107:8, 107:11, 107:21, 108:15, 111:19, 113:4, 113:13, 113:23, 114:3, 114:7, 114:12, 114:16, 114:21, 115:2, 115:10, 115:14, 115:17, 115:24, 116:8, 116:14, 117:2, 117:9, 117:17, 118:2, 118:9, 118:10, 118:12, 118:15, 118:17, 120:8, 120:14, 120:16, 120:18, 120:20, 122:4, 122:8, 123:7, 123:11, 123:25, 124:7, 124:21, 125:4, 126:8, 126:17, 126:25, 127:6, 127:11,

127:13, 127:16, 127:21, 128:4, 128:5, 128:9, 128:13, 128:16, 128:18, 128:19, 131:12, 131:16, 131:20, 131:25, 133:20, 133:24, 134:4, 134:16, 134:19, 134:21, 134:23, 135:3, 135:4, 135:7, 135:10, 135:12, 135:14, 135:16, 135:21, 136:5, 136:10, 136:16, 137:4, 137:13, 137:17, 137:21, 137:23, 138:3, 138:9, 138:16, 138:20, 138:25, 139:5, 139:9, 139:16, 140:2, 140:7, 140:11, 140:14, 140:19, 141:4, 141:9, 141:15, 141:19, 141:24, 142:2, 142:19, 142:22, 142:25, 143:5, 143:7, 143:15, 143:18, 143:21, 143:23, 144:4, 144:7, 144:12, 144:20, 144:25, 145:8, 145:11, 145:15, 145:20, 145:24, 146:10, 146:18, 146:25, 147:5, 147:22, 147:25, 148:4, 149:15, 150:13, 150:22, 150:25, 151:7, 151:19, 151:22, 152:5, 152:10, 153:3, 153:9, 153:12, 153:16, 153:22, 154:2, 154:11, 154:13, 154:16, 154:17, 154:21, 154:24, 155:4, 155:8, 155:16, 155:25, 156:5, 156:9, 156:13, 156:19, 156:23, 157:3, 157:7, 157:11, 157:20, 158:3, 158:7, 158:15, 158:19, 158:25, 159:8, 160:3, 161:24, 162:16

**Munchkin** [3] - 37:13, 37:15, 102:21

**Munchkins** [1] - 37:3

**must** [2] - 30:7, 161:9

## N

**name** [48] - 4:14, 6:5, 6:11, 6:12, 6:13, 7:5, 9:25, 10:3, 10:9, 10:21, 14:11, 14:15, 14:18, 14:22, 16:16, 16:18, 16:22, 17:4, 17:5, 17:25, 18:3, 18:17, 19:18, 20:19, 31:22, 31:24, 32:2, 40:23, 40:25, 41:2, 41:8, 41:9, 66:20, 71:6, 74:17, 85:23, 87:4, 87:18, 88:13, 94:8, 94:11, 100:25, 126:13, 129:2, 129:11, 129:14, 164:9
**names** [18] - 20:25, 28:13, 48:19, 66:7, 69:6, 71:4, 71:10, 71:14, 81:17, 81:21, 85:4, 85:5, 85:24, 86:20, 87:17, 88:24, 89:2, 126:6
**names..** [1] - 71:2
**nation** [1] - 18:25
**national** [1] - 57:4
**naturally** [1] - 127:2
**necessary** [5] - 18:4, 18:6, 22:21, 42:21, 142:5
**necessity** [4] - 36:8, 44:9, 44:10, 58:23
**Neck** [1] - 2:9
**need** [18] - 5:24, 14:6, 15:15, 21:24, 24:19, 35:25, 36:4, 36:9, 44:7, 123:18, 137:19, 144:9, 146:3, 148:6, 152:21, 154:19, 159:6, 159:24
**needed** [3] - 35:20, 122:13, 161:7
**NELSON** [1] - 1:3
**nervous** [1] - 127:4
**never** [24] - 41:23, 53:4, 57:7, 64:21, 65:15, 71:24, 84:5, 84:10, 84:14, 103:21, 104:6, 104:14, 104:20, 105:6, 109:19, 110:19, 116:18, 116:23, 116:24, 117:11, 117:12, 132:4, 150:23, 158:22
**New** [24] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19,

4:18, 7:24, 9:13, 23:4, 24:10, 24:14, 27:24, 28:2, 28:4, 28:7, 28:12, 28:13, 29:2, 29:11, 163:23, 165:4
**NEW** [2] - 1:2, 163:4
**Newman** [2] - 4:17, 19:10
**nice** [2] - 34:2, 120:12
**night** [1] - 100:19
**nights** [1] - 100:23
**NOE** [1] - 1:6
**none** [1] - 28:6
**nonetheless** [1] - 144:22
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:25, 163:23, 165:3
**Noted** [1] - 162:20
**notes** [2] - 115:8, 115:12
**nothing** [4] - 5:5, 69:21, 118:12, 124:3
**notice** [3] - 154:9, 154:12, 154:14
**Notice** [1] - 1:22
**number** [25] - 6:8, 29:15, 30:15, 30:19, 30:24, 31:3, 31:7, 31:15, 33:12, 33:20, 34:12, 34:14, 35:8, 35:10, 35:15, 40:4, 47:4, 48:23, 105:9, 106:13, 146:8, 150:21, 151:18, 161:7
**Number** [10] - 14:24, 15:3, 15:24, 17:3, 67:23, 68:3, 76:7, 76:10, 79:21, 79:24
**numbers** [2] - 29:24, 76:18

## O

**oath** [6] - 3:15, 9:9, 50:2, 50:4, 107:18, 163:10
**object** [4] - 30:4, 37:14, 154:3, 154:9
**objecting** [1] - 118:11
**Objection** [5] - 18:15, 55:22, 105:20, 105:25, 113:4
**objection** [266] - 10:13, 10:25, 12:11, 12:13, 12:25, 13:9, 13:19, 14:14, 16:20,

16:24, 17:17, 17:24, 20:5, 21:18, 22:15, 24:7, 26:14, 26:21, 26:24, 27:6, 28:5, 28:10, 28:18, 28:23, 29:3, 29:5, 29:16, 29:19, 29:20, 30:16, 31:4, 31:8, 31:12, 31:16, 31:19, 31:23, 32:3, 32:6, 32:10, 32:18, 32:21, 32:23, 33:4, 33:17, 33:21, 33:24, 34:6, 34:10, 34:15, 35:11, 35:16, 35:23, 36:5, 37:5, 37:8, 37:13, 38:8, 39:25, 40:6, 40:24, 41:7, 41:17, 41:24, 42:15, 42:19, 42:23, 43:3, 43:22, 44:5, 44:8, 44:12, 44:17, 44:22, 45:8, 45:12, 45:18, 45:23, 46:24, 47:5, 47:9, 47:15, 48:7, 48:11, 48:17, 49:3, 49:7, 49:10, 49:16, 49:21, 49:25, 50:5, 50:13, 50:17, 51:12, 51:22, 52:23, 53:6, 53:12, 55:12, 55:16, 56:12, 58:21, 59:9, 59:15, 59:22, 60:3, 60:22, 61:15, 61:19, 62:16, 62:21, 62:25, 63:7, 63:15, 63:19, 64:13, 64:23, 65:4, 65:8, 65:11, 65:21, 66:4, 66:23, 67:5, 68:20, 69:3, 74:2, 74:22, 76:24, 77:7, 81:25, 82:24, 83:24, 84:8, 85:18, 86:9, 86:24, 87:14, 87:23, 91:2, 91:6, 91:23, 92:9, 92:15, 97:7, 99:19, 100:8, 101:9, 101:16, 101:22, 103:17, 104:11, 105:10, 105:17, 106:18, 107:21, 108:15, 111:19, 113:13, 113:23, 114:3, 114:7, 114:12, 114:16, 114:21, 115:2, 115:10, 115:14, 115:17, 115:24, 116:8, 116:14, 117:2, 117:9, 117:17, 118:2, 118:9, 122:4, 122:8, 123:7, 123:11,

123:25, 124:7, 124:21, 126:8, 126:25, 127:6, 131:12, 131:20, 131:25, 133:20, 133:24, 135:21, 136:5, 136:10, 136:16, 137:4, 137:13, 137:17, 137:21, 137:23, 138:3, 138:9, 138:16, 138:20, 138:25, 139:5, 139:19, 139:16, 140:2, 140:7, 140:11, 140:14, 140:19, 141:4, 141:9, 142:19, 142:22, 144:20, 144:25, 145:8, 145:11, 145:15, 145:20, 145:24, 146:10, 146:18, 146:25, 147:5, 147:22, 147:25, 148:4, 149:15, 150:13, 150:22, 150:25, 151:7, 151:19, 151:22, 152:5, 152:10, 153:3, 153:9, 153:12, 153:16, 154:24, 155:4, 155:8, 155:16, 155:25, 156:5, 156:9, 156:13, 156:19, 156:23, 157:3, 157:7, 157:11, 157:20, 158:3, 158:7, 158:15, 158:19, 158:25, 159:8, 161:24
**objections** [2] - 3:9, 37:11
**objects** [1] - 29:18
**obligation** [4] - 8:20, 47:13, 47:20, 145:17
**obligations** [1] - 145:14
**occasion** [1] - 17:7
**occurred** [2] - 139:14, 139:20
**October** [3] - 1:14, 163:11, 165:18
**OF** [6] - 1:2, 2:4, 2:8, 2:13, 163:4, 163:6
**offered** [1] - 41:12
**office** [2] - 99:24, 100:2
**officer** [1] - 3:14
**OFFICES** [3] - 2:4, 2:8, 2:13
**older** [2] - 32:14, 32:15

**once** [25] - 23:20, 26:12, 38:20, 72:10, 88:7, 88:19, 89:9, 92:5, 92:6, 92:7, 92:8, 92:10, 96:4, 100:4, 100:5, 102:5, 108:9, 108:10, 111:21, 118:21, 121:22, 121:23, 122:3, 122:5
**one** [41] - 1:19, 14:17, 31:5, 40:7, 42:21, 52:12, 62:8, 65:22, 66:10, 71:5, 71:14, 73:18, 80:5, 80:21, 81:22, 101:3, 101:11, 102:4, 105:12, 105:13, 105:16, 111:16, 111:17, 113:5, 113:19, 121:3, 128:25, 129:20, 132:12, 144:8, 144:23, 144:24, 145:4, 145:5, 145:6, 145:10, 149:23, 155:17, 157:14
**ones** [9] - 28:11, 77:2, 77:3, 77:9, 77:10, 81:16, 90:3, 130:21, 152:19
**open** [1] - 97:25
**opened** [2] - 98:2, 98:6
**operated** [1] - 131:3
**opportunity** [3] - 81:7, 128:10, 135:5
**oral** [1] - 154:12
**order** [12] - 1:22, 30:8, 40:5, 98:13, 134:3, 134:5, 134:20, 134:24, 135:6, 143:16, 146:8, 154:6
**origin** [1] - 18:25
**OSMAR** [1] - 1:4
**outcome** [1] - 165:16
**outside** [6] - 14:6, 64:4, 71:20, 72:16, 72:17, 72:19
**overtime** [8] - 122:15, 122:18, 122:24, 136:20, 136:22, 136:24, 138:13, 138:14
**own** [8] - 19:15, 40:15, 40:16, 90:6, 98:15, 109:23, 116:24
**owned** [2] - 82:3, 82:8
**owner** [3] - 19:24, 59:11, 89:15

**owners** [10] - 89:23, 90:2, 90:7, 90:9, 90:13, 90:15, 90:17, 90:19, 152:19, 152:20
**owns** [4] - 19:17, 41:6, 89:13, 89:18

## P

**P.C** [1] - 2:17
**p.m** [4] - 106:25, 107:13, 107:14, 162:20
**P0206** [1] - 68:16
**PAGE** [3] - 164:3, 164:7, 166:5
**page** [2] - 74:6, 81:8
**PAGOADA** [1] - 1:5
**paid** [24] - 6:23, 6:25, 34:12, 41:10, 52:18, 52:21, 53:4, 53:9, 63:22, 64:5, 65:17, 81:16, 109:8, 122:14, 136:14, 136:18, 136:20, 136:24, 137:3, 138:18, 138:23, 139:3, 145:12, 152:4
**paper** [2] - 123:22, 160:12
**papers** [21] - 42:25, 43:2, 141:11, 142:20, 142:21, 143:2, 143:3, 143:10, 143:19, 143:20, 144:16, 159:14, 159:15, 159:17, 159:20, 161:3, 161:5, 162:2, 162:5, 162:7
**pardon** [9] - 50:22, 61:16, 66:25, 84:9, 95:6, 103:15, 106:19, 139:17, 140:12
**parents** [3] - 103:5, 103:8, 103:13
**parking** [1] - 97:24
**Parkway** [1] - 16:14
**part** [1] - 119:17
**parties** [2] - 3:5, 165:14
**parts** [1] - 18:7
**pass** [1] - 59:3
**past** [1] - 52:14
**Patrick** [7] - 14:6, 25:10, 26:17, 27:11, 50:19, 77:16, 156:25
**PATRICK** [1] - 2:8
**patrick** [2] - 2:11, 25:2

**pavement** [1] - 72:8
**paving** [1] - 118:4
**PAVING** [1] - 1:10
**Paving** [82] - 40:9, 42:6, 51:5, 51:7, 51:11, 51:15, 51:18, 51:24, 52:2, 52:5, 52:8, 53:16, 53:21, 54:7, 54:12, 57:16, 57:21, 57:22, 58:2, 58:3, 58:7, 58:8, 60:20, 61:24, 62:19, 66:22, 67:4, 69:2, 69:4, 69:5, 69:7, 69:19, 69:23, 70:8, 70:9, 70:13, 70:15, 70:19, 70:22, 75:18, 75:20, 75:24, 75:25, 78:4, 80:18, 81:11, 81:14, 81:16, 81:19, 82:18, 82:22, 83:4, 83:10, 83:11, 84:6, 84:11, 84:15, 84:23, 84:24, 85:2, 85:3, 86:20, 86:23, 87:3, 87:6, 87:9, 87:12, 87:13, 87:17, 87:18, 87:21, 87:22, 89:19, 90:16, 90:25, 94:13, 113:3, 113:7, 123:4, 123:24, 124:5, 131:24
**Paving-related** [1] - 84:24
**pay** [26] - 6:18, 6:19, 20:10, 20:12, 52:20, 53:8, 53:10, 67:8, 70:16, 78:12, 78:14, 78:22, 78:24, 79:18, 80:6, 80:13, 80:14, 80:18, 86:21, 134:11, 134:12, 134:13, 135:2, 135:13, 137:9, 164:14
**paycheck** [5] - 79:5, 86:22, 87:2, 87:5, 87:8
**paychecks** [1] - 75:23
**paying** [1] - 155:2
**payloader** [2] - 97:4, 119:13
**payments** [2] - 65:2, 65:9
**penalty** [1] - 9:12
**pending** [1] - 77:23
**people** [7] - 76:20, 97:9, 101:20, 101:24, 120:16, 152:18
**per** [1] - 53:2
**percent** [2] - 14:17,

16:7
**PEREZ** [1] - 1:6
**permitted** [1] - 134:9
**permitting** [1] - 142:23
**person** [9] - 11:15, 11:16, 27:16, 97:2, 103:13, 105:23, 111:14, 113:20, 133:5
**personal** [1] - 15:8
**personally** [2] - 96:8, 117:6
**perusing** [8] - 15:7, 68:7, 69:4, 73:22, 76:13, 80:2, 80:23, 135:3
**phone** [2] - 26:25, 27:2
**phonetic** [1] - 52:3
**photocopy** [1] - 35:4
**physical** [6] - 11:17, 12:23, 13:2, 13:17, 13:20, 13:25
**physically** [6] - 10:6, 10:8, 10:10, 10:18, 13:25, 20:3
**piece** [1] - 38:24
**pieces** [1] - 119:22
**place** [1] - 1:23
**Plaintiffs** [6] - 1:7, 1:19, 2:4, 2:9, 2:13, 134:10
**platanos** [2] - 98:18, 104:9
**play** [4] - 95:20, 95:22, 96:2, 126:22
**played** [2] - 96:7, 96:10
**playing** [1] - 96:6
**plead** [1] - 24:23
**pleasure** [1] - 95:11
**PLLC** [1] - 2:4
**point** [2] - 55:5, 106:10
**pointing** [2] - 50:18, 74:16
**poker** [1] - 126:22
**police** [1] - 106:11
**portion** [3] - 26:2, 83:22, 150:5
**positive** [1] - 83:13
**pour** [2] - 89:3, 89:9
**poured** [1] - 159:18
**pouring** [1] - 125:19
**PRACELIS** [1] - 1:4
**practically** [5] - 41:25, 42:2, 72:15, 97:13, 99:5
**Practice** [1] - 1:21
**prepare** [1] - 12:2

**present** [2] - 27:15, 115:15
**PRESENT** [3] - 2:6, 2:15, 2:23
**presently** [2] - 5:17, 48:22, 133:10
**pretend** [1] - 46:15
**pretty** [2] - 62:11, 104:2
**prevailing** [5] - 124:24, 125:4, 125:8, 125:15, 125:19
**prevent** [1] - 23:23
**preventing** [2] - 135:19, 136:2
**previously** [3] - 127:19, 134:17, 135:8
**privilege** [1] - 27:13
**privileged** [2] - 27:7, 27:19
**problem** [5] - 11:25, 149:23, 150:9, 150:10, 150:16
**problems** [2] - 106:9
**proceed** [4] - 9:6, 118:13, 128:15, 128:18
**proceeding** [1] - 118:18
**Professional** [1] - 1:24
**project** [2] - 125:24, 126:2
**projects** [3] - 88:25, 126:10
**promise** [1] - 48:10
**promised** [1] - 50:11
**proof** [1] - 143:24
**proper** [1] - 60:16
**protect** [2] - 143:16, 144:6
**protective** [3] - 43:5, 134:3, 143:16
**proud** [1] - 131:18
**provide** [8] - 8:25, 30:18, 31:10, 46:21, 66:20, 67:2, 68:18, 76:22
**provided** [6] - 47:3, 68:17, 73:16, 76:21, 78:15, 80:15
**providing** [3] - 154:8, 154:11, 154:13
**Public** [3] - 1:25, 163:23, 165:3
**Puerto** [6] - 129:10, 129:13, 129:15, 129:17, 130:5, 131:2
**pull** [1] - 128:11
**pulled** [1] - 160:11

**punished** [2] - 102:13, 103:10
**pursuant** [4] - 1:20, 29:25, 43:5, 134:3
**pursuing** [1] - 155:24
**put** [1] - 22:21

## Q

**questions** [14] - 4:4, 8:9, 8:13, 11:10, 17:22, 47:11, 47:13, 47:14, 60:13, 69:9, 134:25, 137:20, 143:11, 153:23
**QUINTANILLA** [2] - 1:3, 1:5
**Quintanilla** [1] - 19:19
**QUINTEROS** [1] - 1:6

## R

**rare** [2] - 121:25, 122:2
**rates** [2] - 124:24, 125:5
**rather** [1] - 55:19
**RCA** [3] - 88:6, 89:4, 89:7
**read** [5] - 26:2, 83:19, 83:22, 150:5, 163:9
**ready** [1] - 9:6
**real** [1] - 66:20
**realized** [2] - 111:13, 161:4
**really** [5] - 47:10, 49:18, 99:21, 124:17, 151:13
**REASON** [10] - 166:7, 166:9, 166:11, 166:13, 166:15, 166:17, 166:19, 166:21, 166:23, 166:25
**reason** [3] - 5:6, 90:14, 146:12
**reasons** [1] - 166:4
**receipt** [2] - 34:3, 34:5
**receipts** [2] - 28:22, 29:7
**receive** [12] - 6:17, 64:24, 65:5, 65:12, 86:22, 87:2, 87:5, 87:8, 133:11, 155:18,

155:20, 155:21
**received** [7] - 64:15, 64:21, 65:14, 65:15, 65:16, 70:7, 75:23
**receiving** [3] - 7:2, 65:2, 65:9
**recess** [8] - 8:3, 14:8, 15:21, 25:21, 35:5, 66:17, 81:5, 107:12
**record** [32] - 4:14, 22:22, 22:23, 24:24, 25:4, 26:2, 37:20, 37:22, 46:8, 83:22, 102:18, 103:24, 104:24, 107:5, 107:7, 119:21, 124:15, 126:17, 127:13, 127:16, 127:21, 128:6, 128:8, 132:24, 133:17, 150:5, 160:7, 160:20, 160:24, 163:12, 163:13, 165:10
**records** [1] - 29:24
**recovered** [1] - 131:5
**recovery** [1] - 134:11
**refer** [1] - 22:6
**referenced** [3] - 46:6, 132:22, 160:5
**referring** [1] - 11:7, 81:18, 85:4, 127:12, 141:13, 144:16, 159:3
**reflect** [7] - 102:19, 103:25, 104:24, 126:18, 127:14, 127:17, 127:22
**refreshed** [1] - 93:3
**regarding** [1] - 153:23
**related** [3] - 83:11, 84:24, 165:13
**relationship** [9] - 10:12, 10:15, 11:17, 12:24, 13:3, 13:18, 14:2, 27:18, 27:21
**remember** [68] - 6:8, 7:16, 13:16, 14:10, 16:11, 16:15, 23:9, 23:13, 23:16, 23:17, 23:18, 23:21, 24:13, 26:9, 28:12, 28:14, 30:21, 31:24, 31:25, 34:16, 41:2, 41:9, 50:11, 51:9, 56:21, 57:6, 57:10, 57:11, 67:7, 67:9, 69:8, 69:10, 69:12, 69:14, 72:25, 73:5, 73:9, 73:13, 79:8, 79:11,

88:15, 88:18, 88:20, 88:24, 91:25, 92:3, 92:19, 94:14, 94:22, 94:23, 100:16, 106:14, 108:20, 108:24, 108:25, 111:22, 111:24, 115:3, 118:23, 125:25, 126:2, 126:5, 126:6, 126:9, 126:10, 126:13, 137:5, 137:6
**remembering** [1] - 23:23
**remind** [1] - 107:17
**remove** [1] - 122:13
**removing** [1] - 119:22
**Renato** [4] - 88:12, 88:14, 88:17, 125:20
**rent** [2] - 20:6, 20:11
**repeat** [6] - 119:17, 119:19, 124:11, 124:13, 160:19, 160:22
**report** [1] - 6:20
**Reporter** [1] - 1:24
**reporter** [6] - 26:3, 83:19, 83:23, 105:3, 150:2, 150:6
**representation** [3] - 102:24, 104:4, 143:14
**represented** [2] - 9:21, 10:2
**representing** [1] - 12:15
**requested** [3] - 25:25, 83:21, 150:4
**requesting** [2] - 134:12, 134:13
**requirements** [1] - 30:7
**reserved** [1] - 3:10
**respect** [4] - 101:24, 102:3, 102:8, 102:9
**respective** [1] - 3:5
**respond** [2] - 24:15, 24:17
**response** [30] - 10:19, 22:17, 24:25, 35:21, 36:6, 36:12, 41:18, 60:5, 69:24, 70:17, 73:24, 74:10, 78:8, 79:7, 79:10, 79:13, 85:9, 108:16, 116:2, 117:3, 137:14, 139:10, 147:23, 148:2, 148:5, 149:2, 149:10, 151:2, 152:11, 152:13
**responses** [1] -

137:18
**rest** [4] - 79:2, 79:16, 94:14, 116:11
**result** [1] - 133:19
**retaliate** [1] - 130:20
**retaliated** [2] - 132:16, 135:19
**retaliation** [10] - 136:9, 136:12, 139:8, 140:23, 141:2, 141:6, 141:8, 142:5, 142:10, 142:12
**return** [1] - 8:2
**returns** [1] - 6:21
**review** [1] - 135:5
**reviewed** [1] - 135:8
**reviewing** [1] - 74:3
**Rican** [2] - 129:10, 129:13, 129:15, 129:17, 130:5, 131:2
**Ricardo** [1] - 21:3
**rice** [2] - 38:24, 39:3
**right-hand** [2] - 68:15, 76:19
**Rinaldi** [1] - 2:24
**ripped** [1] - 159:19
**Rivas** [2] - 48:20, 48:21
**RIVERA** [1] - 1:5
**Road** [1] - 2:9
**robbed** [1] - 138:12
**robbing** [3] - 152:17, 152:18, 152:19
**RODRIGUEZ** [1] - 1:6
**Rosa** [3] - 20:20, 21:7, 21:15
**rough** [1] - 123:6
**roughly** [3] - 10:5, 115:4, 124:19
**route** [1] - 28:4
**rubber** [4] - 159:22, 159:24, 160:9, 160:10
**rudimentary** [2] - 32:25, 33:2
**Rules** [1] - 1:21

**S**

**salt** [1] - 7:17
**Salvador** [3] - 19:2, 19:4, 19:7
**sanctionable** [1] - 144:3
**sand** [1] - 160:11
**sandwiches** [2] - 37:23, 38:5
**Saturday** [3] - 56:17, 119:7, 119:10

**Saturdays** [5] - 56:15, 118:24, 121:16, 121:25, 122:7
**SAUL** [1] - 2:20
**saw** [5] - 12:9, 26:23, 160:13, 161:25
**Saxon** [1] - 52:15
**school** [1] - 126:12
**schools** [1] - 126:11
**sealing** [1] - 3:6
**second** [3] - 14:5, 50:20, 81:2
**Security** [23] - 29:14, 29:24, 30:14, 30:19, 30:24, 31:3, 31:6, 31:15, 33:12, 33:16, 33:20, 35:8, 35:9, 35:14, 39:23, 40:4, 47:4, 105:9, 106:12, 146:8, 150:21, 151:17, 161:7
**see** [19] - 7:9, 7:11, 14:6, 17:15, 18:4, 34:19, 34:24, 68:16, 78:25, 81:21, 90:12, 95:25, 96:13, 97:10, 97:11, 97:15, 97:16, 160:14, 162:10
**seeing** [1] - 127:7
**seek** [1] - 134:11
**seem** [1] - 131:18
**sees** [1] - 127:9
**send** [4] - 89:3, 133:15, 161:4, 162:13
**sense** [1] - 61:21
**sent** [1] - 132:8
**separate** [1] - 20:14
**separated** [1] - 52:5
**set** [2] - 165:7, 165:17
**seven** [1] - 52:13
**seventeen** [2] - 62:4, 62:10
**several** [3] - 40:7, 71:2, 71:4
**shall** [1] - 3:10
**SHEET** [1] - 166:2
**shop** [1] - 5:23, 6:6, 71:16, 71:22, 71:23, 71:25, 72:2, 81:23, 88:5, 95:23, 96:2
**Shore** [1] - 52:16
**short** [1] - 25:8
**shovel** [1] - 125:23
**show** [17] - 15:2, 28:25, 29:7, 29:13, 68:24, 69:5, 69:17, 75:18, 76:9, 78:3, 78:17, 79:2, 79:23, 80:12, 80:17, 81:10,

86:21
**showed** [2] - 70:7, 79:5
**showing** [2] - 46:22, 77:3
**shown** [1] - 69:7
**shows** [9] - 69:18, 69:22, 74:14, 74:15, 74:20, 75:2, 75:5, 79:15, 80:18
**si** [5] - 50:7, 60:6, 79:14, 137:24, 147:17
**sick** [1] - 131:3
**side** [4] - 94:8, 94:11, 116:16, 116:22
**siesta** [1] - 92:25
**signed** [3] - 3:13, 3:16, 154:7
**Signed** [1] - 163:21
**similar** [1] - 80:5
**simply** [2] - 64:3, 101:5
**Site** [5] - 73:3, 74:18, 74:21, 74:23, 75:10
**sitting** [1] - 11:4
**situation** [1] - 115:20
**sleep** [7] - 92:23, 92:24, 99:22, 99:25, 100:21, 101:4, 139:4
**sleeping** [2] - 92:19, 93:20
**smiling** [5] - 127:14, 127:17, 127:18, 127:20
**smoking** [2] - 111:13, 111:16
**snoring** [3] - 100:13, 100:15, 111:23
**soccer** [7] - 95:19, 95:20, 95:22, 96:2, 96:7, 96:10, 96:13
**Social** [29] - 29:14, 29:23, 30:14, 30:18, 30:24, 31:2, 31:6, 31:15, 33:12, 33:15, 33:20, 35:8, 35:9, 35:14, 39:23, 40:4, 47:4, 105:9, 106:12, 144:17, 144:18, 144:19, 144:21, 146:8, 146:15, 149:22, 150:21, 151:17, 161:7
**sold** [1] - 35:8
**solely** [1] - 27:22
**someone** [5] - 26:25, 49:17, 96:22, 113:10, 155:2
**sometimes** [32] - 17:12, 23:21, 26:8,

26:10, 42:3, 44:15, 44:25, 56:15, 56:16, 71:19, 72:20, 88:5, 88:12, 89:3, 91:14, 97:19, 100:23, 101:20, 102:10, 108:12, 109:13, 109:14, 118:25, 121:20, 125:12, 125:13, 125:14

**somewhere** [1] - 80:25

**son** [2] - 89:24, 90:2, 90:15

**sorry** [5] - 5:20, 5:21, 20:9, 83:18, 149:25

**Spanish** [8] - 2:24, 4:2, 4:5, 99:13, 119:18, 124:12, 160:21

**Spanish/English** [3] - 46:6, 132:22, 160:5

**speaking** [2] - 12:9, 37:11

**special** [1] - 125:5

**specific** [1] - 72:23

**specifically** [1] - 134:8

**spells** [1] - 30:6

**spent** [2] - 39:19, 39:23

**sport** [1] - 44:19

**sports** [1] - 95:17

**spread** [2] - 89:7

**spreading** [1] - 125:23

**ss** [1] - 163:5

**staring** [1] - 74:8

**start** [5] - 18:10, 51:6, 52:7, 97:15, 130:3

**started** [6] - 6:22, 51:10, 51:17, 53:15, 61:23, 62:5

**State** [7] - 1:25, 7:24, 9:13, 28:13, 125:10, 163:23, 165:4

**STATE** [1] - 163:4

**state** [2] - 4:13, 21:14

**statement** [1] - 127:23

**states** [3] - 28:3, 28:8, 134:8

**States** [7] - 9:13, 43:24, 44:11, 48:14, 50:24, 133:23, 145:19

**STATES** [1] - 1:2

**status** [4] - 134:10, 134:15, 141:17,

141:20

**stay** [4] - 49:12, 112:21, 148:21, 162:17

**steps** [2] - 30:7, 154:19

**Steven** [1] - 2:24

**sticker** [2] - 94:18, 94:21

**still** [4] - 107:18, 112:7, 127:24, 161:18

**STIPULATED** [3] - 3:3, 3:8, 3:12

**stipulation** [2] - 30:5, 154:5

**stole** [1] - 104:21

**stolen** [5] - 60:23, 139:23, 139:25, 140:24, 141:12

**stop** [5] - 48:6, 48:10, 130:3, 153:2, 153:5

**stopped** [2] - 136:3, 152:24

**story** [6] - 114:2, 114:15, 114:20, 114:25, 115:23, 116:6

**straight** [2] - 114:6, 115:23

**street** [2] - 49:9, 49:11

**streets** [1] - 126:11

**strong** [2] - 113:15, 113:22

**strongly** [1] - 30:10

**structure** [1] - 90:25

**stubs** [17] - 67:8, 76:6, 76:17, 78:12, 78:14, 78:22, 78:25, 79:18, 80:6, 80:13, 80:14, 80:18, 81:18, 85:25, 86:21, 164:12, 164:14

**stuff** [1] - 91:5

**subject** [1] - 9:12

**subscribed** [1] - 163:21

**sue** [9] - 60:24, 61:2, 61:8, 61:13, 61:17, 113:6, 141:6, 141:8, 141:11

**Suffolk** [86] - 6:7, 40:9, 42:5, 51:5, 51:7, 51:10, 51:15, 51:18, 51:24, 51:25, 52:4, 52:8, 53:16, 53:21, 54:7, 54:12, 57:16, 57:21, 57:22, 58:2, 58:3, 58:7, 58:8, 60:20, 61:24, 62:19,

66:22, 67:4, 68:13, 69:2, 69:4, 69:5, 69:7, 69:19, 69:23, 70:8, 70:9, 70:12, 70:15, 70:19, 70:22, 75:18, 75:20, 75:24, 75:25, 78:4, 80:18, 81:11, 81:14, 81:16, 81:19, 82:18, 82:22, 83:3, 83:10, 83:11, 84:6, 84:11, 84:15, 84:23, 84:24, 85:2, 85:3, 86:20, 86:23, 87:3, 87:6, 87:9, 87:12, 87:13, 87:17, 87:18, 87:21, 87:22, 88:2, 89:14, 89:19, 90:16, 90:25, 94:13, 113:3, 113:7, 123:3, 123:24, 124:5, 131:24

**sUFFOLK** [1] - 1:10

**SUFFOLK** [1] - 1:10

**suggest** [1] - 30:10

**suing** [28] - 60:20, 60:23, 61:10, 113:2, 123:3, 123:10, 124:18, 124:20, 124:23, 135:25, 136:8, 136:11, 136:12, 138:11, 139:7, 139:12, 139:13, 139:19, 139:22, 140:4, 140:16, 140:21, 140:22, 140:24, 141:2, 141:12, 155:14, 156:18

**suit** [1] - 142:6

**Sunday** [3] - 56:17, 119:8, 119:11

**Sundays** [7] - 56:16, 118:20, 118:24, 119:5, 119:6, 121:17, 122:2

**Sunrise** [2] - 1:16, 2:18

**supposed** [1] - 93:11

**sworn** [5] - 3:14, 3:16, 4:3, 4:8, 165:7

## T

**table** [1] - 15:11

**tall** [2] - 120:14, 120:18

**tax** [4] - 6:21, 29:24, 68:8, 75:14

**taxes** [8] - 34:9, 34:12, 34:13, 52:20, 53:4, 53:10, 161:5,

161:8

**ten** [4] - 66:14, 92:22, 94:6, 94:7

**ten-wheeler** [2] - 94:6, 94:7

**test** [2] - 30:8, 154:19

**testified** [14] - 4:10, 9:18, 11:16, 12:23, 13:4, 15:25, 60:15, 70:11, 79:4, 137:2, 143:9, 144:19, 147:10, 159:5

**testify** [1] - 136:19

**testifying** [7] - 13:17, 16:15, 36:10, 51:9, 79:9, 79:11, 153:15

**TESTIMONY** [1] - 164:2

**testimony** [8] - 5:8, 51:19, 57:8, 79:4, 163:9, 163:13, 165:6, 165:10

**Testimony** [1] - 1:22

**texas** [1] - 28:11

**THAT** [3] - 165:6, 165:9, 165:15

**THE** [19] - 7:12, 21:20, 25:13, 45:25, 66:11, 66:14, 83:18, 95:8, 106:24, 119:15, 124:9, 124:25, 132:18, 149:25, 159:23, 160:8, 160:17, 160:25, 162:19

**themselves** [1] - 76:20

**therefore** [1] - 27:18

**thinks** [2] - 50:15, 50:16

**thirteen** [2] - 62:2, 62:8

**thirty** [2] - 14:5, 81:2

**thirty-second** [2] - 14:5, 81:2

**threatened** [2] - 133:13, 133:14

**threats** [1] - 133:11

**three** [2] - 51:4, 115:6

**thrilled** [1] - 50:19

**throughout** [1] - 75:24

**ticket** [2] - 29:8, 29:10

**tips** [1] - 52:22

**TO** [1] - 164:2

**today** [16] - 4:21, 5:8, 9:9, 10:24, 11:22,

12:4, 12:7, 13:8, 36:18, 40:10, 50:4, 131:22, 145:9, 145:10, 154:23, 155:3

**today's** [2] - 68:4, 76:11

**together** [2] - 113:25, 128:11

**Tomlinson** [1] - 134:6

**ton** [1] - 159:22

**tons** [2] - 160:10

**took** [10] - 7:18, 9:8, 26:16, 48:25, 66:12, 109:2, 110:17, 111:2, 111:3, 115:20

**Tortilla** [1] - 38:13

**tortillas** [2] - 38:25, 98:19

**towards** [2] - 72:21, 141:17

**town** [1] - 6:9

**traditionally** [1] - 38:4

**trailer** [3] - 58:13, 132:3, 132:7

**transcript** [2] - 163:9, 163:11, 165:9

**transfer** [1] - 29:9

**translated** [1] - 26:25

**trash** [1] - 119:23

**travel** [1] - 28:15

**treat** [2] - 91:11, 102:21

**treated** [1] - 91:8

**treats** [3] - 37:4, 37:9, 37:19

**tree** [1] - 91:22

**tremble** [1] - 126:21

**trial** [2] - 3:11, 9:18

**TRIAL** [1] - 1:18

**tried** [2] - 99:16, 104:15

**trip** [1] - 28:17

**trouble** [3] - 147:12, 147:13, 148:22

**truck** [22] - 58:13, 92:4, 92:12, 92:21, 94:4, 94:9, 94:12, 94:25, 98:12, 98:14, 99:2, 99:23, 100:20, 108:8, 111:18, 130:24, 131:8, 131:11, 131:15, 131:19, 132:3, 132:8

**trucks** [1] - 117:25

**true** [7] - 14:13, 15:9, 90:23, 110:15, 163:12, 163:14, 165:9

**Trust** [2] - 21:25,

22:24
**truth** [6] - 9:9, 9:11, 18:6, 18:7, 18:8, 158:14
**truthful** [1] - 5:7
**try** [6] - 18:7, 42:13, 42:17, 63:21, 64:4, 69:13
**trying** [1] - 143:19
**TULIO** [1] - 1:6
**Turco** [1] - 52:2
**twenty** [3] - 52:13, 53:3, 110:22
**twenty-five** [1] - 53:3
**twenty-seven** [1] - 52:13
**twice** [7] - 92:6, 92:8, 96:4, 121:22, 122:3, 122:5, 122:6
**two** [10] - 20:24, 32:7, 62:10, 74:6, 97:6, 117:20, 118:6, 121:23, 138:8, 159:13
**two-page** [1] - 74:6
**type** [3] - 54:3, 125:5, 143:17

## U

**ugly** [2] - 120:7, 120:11
**un-American** [1] - 37:14
**uncovered** [1] - 160:12
**under** [21] - 5:10, 9:12, 50:2, 50:4, 91:22, 92:4, 92:12, 92:21, 94:5, 94:25, 99:22, 100:20, 107:18, 108:8, 111:18, 130:24, 131:8, 131:10, 131:14, 131:19, 163:10
**underneath** [1] - 94:21
**understood** [2] - 9:3, 48:4
**unhappy** [4] - 63:13, 63:17, 63:24, 64:2
**union** [5] - 51:25, 89:11, 113:15, 113:16, 113:17
**UNITED** [1] - 1:2
**United** [7] - 9:13, 43:24, 44:11, 48:14, 50:24, 133:23, 145:19
**united** [1] - 113:18

unlawful [1] - 144:24
**unless** [1] - 24:21
**up** [19] - 46:2, 55:11, 62:3, 69:5, 79:15, 86:21, 93:4, 93:16, 93:19, 111:15, 113:9, 119:2, 122:10, 132:19, 141:20, 144:13, 159:19, 159:24, 161:23
**uses** [3] - 40:20, 41:4, 41:13

## V

**VECCHIA** [3] - 1:11, 1:11
**Vecchia** [13] - 91:4, 105:5, 105:24, 106:2, 106:11, 135:18, 139:8, 139:14, 139:19, 140:4, 140:17, 147:16, 150:24
**Vecchia's** [1] - 90:15
**VEGA** [1] - 1:6
**vehicles** [3] - 81:24, 82:3, 82:8
**verbal** [13] - 10:19, 22:17, 24:25, 35:21, 36:6, 36:12, 41:18, 60:5, 69:24, 70:17, 73:24, 74:10, 78:8, 79:7, 79:10, 79:13, 85:9, 108:16, 116:2, 117:3, 137:14, 137:18, 139:10, 147:23, 148:2, 148:5, 149:2, 149:10, 151:2, 152:11, 152:13
**Victor** [5] - 19:18, 19:19, 19:20, 19:21, 19:23
**video** [1] - 64:25
**videotape** [1] - 65:7
**Virginia** [1] - 28:12
**visit** [2] - 28:3, 28:7

## W

**W-2** [2] - 67:22, 164:10
**wage** [5] - 124:24, 125:4, 125:8, 125:16, 125:19
**wait** [8] - 26:6, 77:13, 77:17, 129:12, 147:10, 151:16
**waiting** [1] - 74:11

waived [1] - 3:7
**wake** [1] - 93:16
**walk** [1] - 52:25
**walked** [1] - 12:10
**WALLACE** [1] - 2:13
**Wallace** [1] - 27:3
**WALTER** [1] - 1:4
**wants** [3] - 60:15, 157:19, 158:6
**wash** [6] - 51:3, 51:14, 52:10, 52:14, 62:14, 85:20
**weak** [1] - 113:21
**wearing** [3] - 10:23, 11:5, 11:18
**week** [9] - 64:8, 64:12, 64:18, 67:12, 70:7, 70:11, 70:22, 119:3, 122:11
**weekends** [1] - 56:14
**weight** [1] - 7:15
**welcome** [1] - 30:13
**West** [1] - 2:10
**whatsoever** [1] - 5:4
**wheeler** [2] - 94:6, 94:7
**wherein** [1] - 134:7
**WHEREOF** [1] - 165:17
**white** [9] - 120:23, 120:24, 120:25, 121:2, 121:3, 121:5, 129:25
**whiter** [3] - 121:6, 121:7, 121:8
**whoa** [4] - 37:7, 130:3
**whole** [7] - 26:19, 85:3, 85:11, 97:13, 113:8, 113:15, 114:24
**wife** [26] - 20:17, 20:18, 22:7, 22:8, 22:10, 22:12, 40:11, 41:11, 45:4, 89:24, 89:25, 90:15, 101:7, 101:23, 103:14, 105:24, 147:14, 148:17, 150:20, 153:5, 153:6, 157:18, 157:19, 159:2, 159:4, 159:16
**wife's** [1] - 20:19
**Willie** [6] - 129:11, 129:14, 129:15, 130:22, 131:2, 131:7
**willie** [1] - 130:5
**willing** [3] - 146:7, 147:3, 147:8
**win** [1] - 156:2
**wish** [1] - 166:3

withdraw [2] - 33:7, 141:3
**Withdrawn** [1] - 118:13
**WITNESS** [6] - 7:12, 25:13, 106:24, 162:19, 164:3, 165:17
**witness** [24] - 15:12, 25:6, 27:10, 43:4, 43:10, 43:14, 119:17, 119:19, 124:11, 124:13, 126:18, 134:2, 135:11, 141:16, 141:25, 142:2, 144:2, 144:5, 144:6, 159:25, 160:19, 160:22, 165:6, 165:11
**Witness** [1] - 4:8
**witness's** [1] - 153:24
**woke** [1] - 93:3
**woken** [1] - 93:19
**woman** [2] - 22:8, 22:10, 22:11, 40:11, 41:11, 147:14, 148:16, 150:20, 157:18
**women** [1] - 158:24
**wood** [1] - 119:22
**word** [5] - 46:2, 46:13, 47:17, 95:9, 132:20
**words** [14] - 12:20, 15:16, 20:8, 35:25, 39:17, 53:18, 57:18, 70:3, 80:10, 80:18, 81:10, 130:16, 151:25
**workday** [1] - 130:24
**wow** [2] - 126:16, 126:19
**writing** [1] - 30:5
**written** [2] - 154:9, 154:14

## Y

**yard** [3] - 119:11, 129:21, 159:21
**year** [17] - 6:22, 6:24, 62:8, 62:9, 68:11, 72:14, 72:16, 72:21, 72:22, 88:16, 88:20, 122:3, 122:5, 122:6, 126:3, 126:4, 126:6
**years** [8] - 32:8, 54:16, 75:19, 79:19, 80:7, 81:14, 88:21, 164:15

yell [1] - 91:13
**yelled** [5] - 58:15, 91:15, 91:18, 91:21, 93:18
**YORK** [2] - 1:2, 163:4
**York** [24] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 7:24, 9:13, 23:4, 24:10, 24:14, 27:24, 28:2, 28:4, 28:7, 28:12, 28:13, 29:2, 29:11, 163:23, 165:4
**younger** [2] - 32:12, 32:19
**yourself** [4] - 48:16, 102:13, 103:9, 109:12

## Z

**Zabell** [1] - 164:4
**ZABELL** [68] - 2:17, 2:20, 4:12, 8:2, 14:4, 15:20, 21:22, 22:24, 25:2, 25:9, 25:23, 27:11, 27:20, 30:3, 30:13, 33:7, 35:3, 37:7, 37:12, 37:18, 43:7, 43:11, 46:4, 46:12, 50:18, 66:13, 66:16, 74:6, 77:20, 102:18, 103:4, 103:9, 103:24, 104:23, 106:22, 106:25, 107:4, 107:8, 118:10, 118:15, 120:14, 120:18, 125:4, 126:17, 127:13, 127:21, 128:5, 128:9, 128:16, 128:19, 134:4, 134:19, 134:23, 135:4, 135:12, 135:16, 141:19, 142:2, 142:25, 143:7, 143:18, 143:23, 144:7, 154:2, 154:13, 154:17, 160:3, 162:16