1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    -------------------------------------------------X
     NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR
4    AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.
     MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,
5    JAVIER QINTANILLA, EDWIN RIVERA, CARLOS ESCALANTE,
     KEVIN GALEANO, LERLY NOE RODRIGUEZ, JOSE VEGA
6    CASTILLO, JUAN QUINTEROS, and MARCUS TULIO
     PEREZ,
7
                         Plaintiffs,
8
9       -against-                     Case No:
                                      09-CV-5331
10
     SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
11   LOUIS VECCHIA, CHRISTOPHER VECCHIA,
     HELENE VECCHIA, and JOHN DOES 1-5,
12
                         Defendants.
13
     -------------------------------------------------X
14                              September 16, 2011
                                9:20 a.m.
15
                                4875 Sunrise Highway
16                              Bohemia, New York

17

18        EXAMINATION BEFORE TRIAL of LERLY NOE

19   RODRIGUEZ, one of the Plaintiffs herein, taken

20   by the Defendants, pursuant to Article 31 of the

21   Civil Practice Law and Rules of Testimony, and

22   Notice and order, held at the above-mentioned

23   time and place, before Karen LaMendola, a

24   Professional Court Reporter and Notary Public of

25   the State of New York.

2

1

2       A P P E A R A N C E S:

3

4           LAW OFFICES OF LAUREN GOLDBERG, PLLC
            Attorneys for Plaintiffs
5               501 Fifth Avenue
                New York, New York 10017
6
                (NOT PRESENT)
7

8

9           LAW OFFICES OF PATRICK E. McNAMARA
            Co-Counsel for Plaintiffs
                868 Little East Neck Road
10              West Babylon, New York 11704

11          BY:  PATRICK E. McNAMARA, ESQ.

12

13          LAW OFFICES OF IAN WALLACE
            Co-Counsel for Plaintiffs
14              501 Fifth Avenue
                New York, New York 10017
15
                (NOT PRESENT)
16

17

18          ZABELL & ASSOCIATES, P.C.
            Attorneys for Defendants
                4875 Sunrise Highway
19              Bohemia, New York 11716

20          BY:  SAUL ZABELL, ESQ.

21

22

23      ALSO PRESENT:

24      Margarita Arias, Interpreter

25

3

1

2                          S T I P U L A T I O N S

3              IT IS HEREBY STIPULATED AND AGREED

4        by and between the attorneys for the

5        respective parties herein, that filing,

6        sealing and certification be and the same

7        are hereby waived.

8              IT IS FURTHER STIPULATED AND AGREED

9        that all objections, except as to the form

10       of the question shall be reserved to the

11       time of the trial.

12             IT IS FURTHER STIPULATED AND AGREED

13       that the within deposition may be signed

14       and sworn to before any officer authorized

15       to administer an oath, with the same force

16       and effect as if signed and sworn to before

17       the Court.

18

19

20

21

22

23

24

25

4

1

2    M A R G A R I T A    A R I A S, the Spanish

3         Interpreter herein, was duly sworn to

4         interpret the questions from English into

5         Spanish and the answers from Spanish into

6         English to the best of her ability:

7    L E R L Y    N O E    R O D R I G U E Z, the

8         Witness herein, having been duly sworn

9         through the Interpreter, was examined and

10        testified as follows:

11   EXAMINATION BY

12   MR. ZABELL:

13        Q      Would you please state your full

14   name for the record.

15        A      Lerly Noe Rodriguez.

16        Q      What is your current address?

17        A      18 Mindres Avenue, Brentwood,

18   New York 11717.

19        Q      Mr. Rodriguez, good morning.

20        A      Good morning.

21        Q      You understand you're at a

22   deposition; correct?

23        A      That's fine.

24        Q      I'm going to be asking you

25   questions.  You are to listen to the interpreter

5

| 1 | | L. N. Rodriguez |
|---|---|---|

1                          L. N. Rodriguez

2    before answering.

3                    Do you understand?

4         A      That's fine.

5         Q      Do you speak Spanish?

6         A      Yes, sir.

7         Q      Do you understand what the

8    interpreter is saying to you?

9         A      Yes, sir.

10        Q      Just answer the questions that are

11   asked of you.

12                   Do you understand?

13        A      Yes.

14        Q      Do you understand that it is your

15   obligation to answer any question I ask of you?

16        A      That's fine.

17        Q      If you do not understand the

18   question, you have an obligation to tell me that

19   you do not understand that question.

20        A      Okay.

21        Q      Do understand that?

22        A      Yes, that's fine.

23        Q      If you provide an answer to a

24   question I ask you, it will be assumed that you

25   understood the question.

6

1                      L. N. Rodriguez

2                      Do you understand that?

3          A       Yes.

4          Q       Are you currently under the

5    influence of any drugs?

6          A       No.

7          Q       Are you currently under the

8    influence of any alcohol?

9          A       No.

10         Q       When was the last time you drank

11   alcohol?

12         A       I don't recall.  I hardly drink.

13         Q       You understand that you're

14   required to tell the truth at this deposition?

15         A       Yes, of course.  I'm telling the

16   truth.

17         Q       If you do not tell the truth at

18   this deposition, it will have the same effect as

19   if you had told a lie at trial.

20         A       That's fine.

21         Q       Do you understand that there are

22   ramifications for not telling the truth?

23         A       Yes.

24         Q       How did you get to this office

25   today?

7

1                       L. N. Rodriguez

2          A       Because of the appointment, from

3    the paper I was given.

4          Q       What paper were you given?

5          A       Where my appointment is today.

6          Q       Who gave you that paper, and may I

7    see that paper?

8          A       My attorney gave it to me.

9          Q       Can I see it, please?

10              MR. McNAMARA:  Can I see it first,

11          please?

12          A       I think I left it in the car.  Let

13    me check to see if it's here.  Here it is

14    (handing); sorry.

15              MR. McNAMARA:  It's just a notice.

16              MR. ZABELL:  We're just going to

17          mark this as an exhibit at today's

18          deposition.

19                  (The notice of deposition was

20          marked as Defendants' Exhibit Number 10

21          for identification, as of this date.)

22          Q       The document that you reviewed to

23    determine whether or not you were supposed to be

24    here, is this the document that I just marked as

25    Defendants' Exhibit 10?

8

                         L. N. Rodriguez

1

2        A       Yes, that's correct.

3        Q       Did you prepare for this

4    deposition in any way?

5        A       Well, I'm just here to answer you.

6        Q       Listen to the questions before you

7    answer them.

8                Did you prepare in any way for

9    this deposition?

10       A       If I prepared myself?

11       Q       Did you prepare in any way?

12       A       No.  The only thing is I spoke

13   about my problem with my attorney.  That was it.

14       Q       When?

15       A       Yesterday.  We had a meeting, and

16   I was told that I only had to tell the truth and

17   answer all the questions that were asked.

18       Q       How long did you meet with your

19   attorneys yesterday?

20       A       Forty, a half hour.

21       Q       Where did you meet with your

22   attorneys?

23       A       I think that's privileged.

24       Q       You think incorrectly.  Answer the

25   question.

9

                        L. N. Rodriguez

1

2        A        Well, we met at a restaurant;

3    Starbucks.

4        Q        Where?

5        A        Westbury.

6        Q        Mr. Rodriguez, it is not your job

7    to think as to whether or not the questions I'm

8    asking you are privileged.  The fellow next to

9    you with the beard is acting as your attorney.

10                Do you understand that?

11       A        Yes.

12       Q        Are we clear on that?

13       A        Yes.

14       Q        When you met with your attorney

15    yesterday at Starbucks for thirty or forty

16    minutes, did you review any documents?

17       A        No, we only spoke about today's

18    appointment because it's the first time.

19       Q        What's the first time?

20       A        The first appointment that I have

21    about this case.

22       Q        You never met with them before?

23       A        Yes, of course.

24       Q        So it wasn't the first time.

25                Why are you lying?

10

1                    L. N. Rodriguez

2        A       No, for me alone, it's the first

3    time, but you didn't ask me if I met with the

4    other people.

5        Q       I asked you:  Was this the first

6    time you met with them, and you said, yes, and

7    now you're saying no.

8                    Are you having a hard time

9    understanding the questions that are being asked

10    of you?

11        A       I understood that me, alone.

12        Q       Why would you think that?

13        A       I don't know.  That's what I

14    understood.

15        Q       That's why it's very important

16    that you only answer the questions that I ask of

17    you.  Don't provide answers to questions that

18    you think I'm asking, only to questions that I

19    am asking.

20                    Do you understand that?

21        A       Yes; correct.

22        Q       You mentioned that you might have

23    some papers in your car.

24                    What kind of papers would you have

25    in your car?

11

1                    L. N. Rodriguez

2          A      No, I said this paper

3     (indicating).  I wasn't talking about any

4     others.

5          Q      By "this paper," you're referring

6     to Exhibit 10; is that correct?

7          A      Excuse me?

8          Q      By "this paper," you're referring

9     to the document that's Exhibit 10; correct?

10         A      Yes, the appointment, this

11    appointment.

12         Q      Did you drive here today?

13         A      Yes.

14         Q      Do you have a driver's license?

15         A      Yes, I do.

16         Q      May I see that driver's license?

17                THE WITNESS:  Can I show him?

18         Q      If I ask you, you can.

19                MR. McNAMARA:  Let me see it,

20         first.

21                MR. ZABELL:  I am going to take a

22         copy of this license and make a

23         photocopy.

24                (A document consisting of a copy

25         of Mr. Rodriguez's driver's license was

1                     L. N. Rodriguez

2            marked as Defendants' Exhibit Number 11

3            for identification, as of this date.)

4       Q       I'm going to show you a document

5   that I just marked as Defendants' Exhibit Number 11.

6       A       What do I have to do with this?

7       Q       You have to look at it, sir.

8   That's why I said I'm going to show it to you.

9       A       (Perusing.)

10      Q       Do you know what that document is?

11      A       It's a driver's license.

12      Q       Whose driver's license is it?

13      A       Mine.

14      Q       Have you been sick lately?

15      A       No.

16      Q       Have you lost a lot of weight?

17      A       Yes, I'm on diet.

18      Q       Why?

19      A       Because I want to feel good.

20      Q       Because this person in this

21   picture doesn't look like you at all.

22      A       That's me.

23      Q       It looks more like your lawyer

24   than you.

25      A       Now, I'm a 145 pounds, and there I

13

```
 1                    L. N. Rodriguez
 2    was 178 pounds.
 3             Q      Are you sure that's you?
 4             A      (In English.)  I am sure.
 5             Q      In Español, no English.
 6             A      I am sure, sir.
 7             Q      I don't believe you.
 8                    When was the first time you had a
 9    license to drive in the State of New York?
10             A      I really don't remember well, but
11    about nine years.
12             Q      ███████████████████████████
13    ██████████████████████████
14             A      ███████████████████████
15    █████████████████
16             Q      ████████████████████████████
17    ██████████
18             A      █████████████████████
19    ███████████████████████████
20             Q      ██████████████████████
21    ████
22             A      ████████████████
23             Q      █████████████████████
24    ██████████████████████████████████
25    ████████████████████
```

14

1          L. N. Rodriguez

2          ████████████████████████████

3    ██████

4          MR. McNAMARA:  I believe that any

5    questions stemming from this are going to

6    be subject to the protective order, and I

7    have to instruct the witness not to

8    answer.

9          MR. ZABELL:  You believe

10   incorrectly.  I'm asking him about his

11   driver's license and what he's testified

12   about it.

13         MR. McNAMARA:  But the answers

14   themselves may lead to --

15         MR. ZABELL:  No, they won't.

16         MR. McNAMARA:  -- immigration

17   status.

18         MR. ZABELL:  No, they won't. ████

19   ████████████████████████████████

20   ██████████████████████████

21   ███████████████

22         MR. McNAMARA: ████████████████

23   ███████████████████████████████ --

24         MR. ZABELL:  No, I'm not.

25         MR. McNAMARA:  -- the validity of

                                                                15

1                    L. N. Rodriguez

2          his license.

3                    MR. ZABELL:  ████████████

4          ████████████████████████████████████

5          ████████████████████████████████████

6          ████████████████████████

7                    Tell me if I'm wrong; doesn't it

8          look more like you than it does like him?

9                    MR. McNAMARA:  I mean, I'm glad he

10         lost a few pounds, but I think it looks

11         just like him.

12                    I think you're giving him a hard

13         time right now.

14                    MR. ZABELL:  Madame Interpreter,

15         do you think it looks like him?

16                    MR. McNAMARA:  It's him.

17                    THE INTERPRETER:  It's a much

18         heavier person.  That's all I can say.

19                    MR. ZABELL:  Thank you.

20                    THE WITNESS:  May I say something?

21                    MR. ZABELL:  No, you may not.

22                    Madame Reporter, does it look like

23         him?

24                    THE COURT REPORTER:  I can't tell.

25                    MR. ZABELL:  I don't think it

16

                    L. N. Rodriguez

1

2          looks like him.

3          Q      You can give me those documents

4     back whether they're yours or not.

5          A      (Witness complies.)

6                 MR. ZABELL:  I guess a jury will

7            decide whether it's him or not.

8          Q      Okay.  Mr. Rodriguez, have you

9     ever gone by any other names?

10         A      Noe.

11         Q      I like that name.  It sounds nice.

12         A      Yes, because it's easier.

13         Q      Easier than what?

14         A      It only has three letters.

15         Q      Okay.

16                Other than Lerly Noe Rodriguez,

17    have you ever gone by any other names?

18         A      Just nicknames they would give me

19    at work.

20         Q      What kind of nicknames?

21         A      Mongolo.

22         Q      Mongolo?

23         A      Yes, sir; correct.

24         Q      What does that mean?  Why would

25    they call you "Mongolo"?

17

1                    L. N. Rodriguez

2         A       Mongolo?  I don't know why.

3                 Can I say why?

4                 Because my head is big.  Even my

5    boss, Chris, the one that I used to have, would

6    call me like that.

7         Q       Yes?

8         A       Yes.

9         Q       Are you currently employed?

10        A       Yes.

11        Q       Where are you currently employed?

12        A       I'm working for a concrete

13   company.

14        Q       So you quit working for the

15   defendants; correct?

16        A       Yes, sir.

17        Q       Where were you working last year?

18        A       In Suffolk Asphalt Paving Corporation.

19        Q       When did you start working at

20   Suffolk Asphalt Paving Corporation?

21        A       When I started in the union.

22        Q       When was that?

23        A       In 2007.

24        Q       In 2007, you worked for

25   Suffolk Asphalt Paving?

18

1                     L. N. Rodriguez

2          A      Yes.

3          Q      Did you work anywhere else in 2007?

4          A      I only worked at that company at

5    that date.

6                 Can I say something else?

7          Q      No, you can answer my questions.

8          A      Okay.

9          Q      In 2007, did you work for anybody

10   else, other than Suffolk Asphalt Paving; si or

11   no?

12         A      I don't recall.  I worked driving

13   a taxi three or four days.

14         Q      What company did you work for?

15         A      Taxi LaPaz.

16         Q      Where did you drive a taxi?

17         A      In Brentwood and Bay Shore.

18         Q      Who was your boss?

19         A      I don't know.  I don't recall.

20         Q      Were you paid in check or by cash

21   from Taxi LaPaz?

22         A      Paid in cash.

23         Q      Did they fill out a W-4 Form for

24   that?

25         A      No, I didn't earn much.

19

                    L. N. Rodriguez

1

2    Q    But you earned money?

3    A    Maybe $200.

4    Q    Was that $200 a shift?

5    A    No, it's just that I hardly

6    worked.  It was only a couple of days.

7    Q    Did you ever report that money on

8    your income tax return?

9    A    No, I didn't report it.

10    Q    Did you file an income return

11    for 2007?

12    A    In 2007 --

13    Q    Yes or no?

14    A    I reported, but only with that

15    company.

16    Q    What company?

17    A    Suffolk Asphalt Paving.

18    Q    In 2008, who did you work for?

19    A    Suffolk Asphalt Paving Corporation.

20    Q    Was that the only company you

21    worked for?

22    A    Well, the checks only said that

23    company, but there's another company there, as

24    well.

25    Q    But you only got paid from Suffolk

20

1                          L. N. Rodriguez

2      Asphalt Paving; correct?

3              A        Correct.

4              Q        Did you do any side work in 2008?

5              A        No.  I don't recall.

6              Q        You don't recall?

7              A        No.

8              Q        Which means you probably did, and

9      you just don't remember?

10             A        No, no, I didn't do it.

11             Q        So if some of your coworkers said

12     you did, they'd be lying; right?

13             A        I don't know.  I didn't do it.  I

14     don't remember.  I can't say something that I

15     don't remember.

16             Q        So if some of your coworkers said

17     you did, they would be lying; correct?

18             A        I don't know.  I don't recall.  I

19     can't say something that I don't remember.

20             Q        In 2009, who did you work for?

21             A        Suffolk Asphalt Corporation.

22             Q        Did you work for anybody else

23     in 2009?

24             A        No, only for Suffolk Asphalt

25     Paving Corporation.

21

```
 1                      L. N. Rodriguez
 2          Q       In 2010, who did you work for?
 3          A       Suffolk Asphalt Paving Corporation.
 4          Q       Did you work for anybody else
 5   in 2010?
 6          A       I worked for Taxi Universal.
 7          Q       Did you get paid in check or cash
 8   from Taxi Universal?
 9          A       Cash.
10          Q       How many days did you work for
11   Taxi Universal?
12          A       The same.  A short time; three,
13   two, four days only.
14          Q       Three, two, four, six, eight.
15                  Three, two, four days; right?
16          A       But not in the same week.
17          Q       Did you ever report that you
18   received that money?
19          A       I reported to unemployment; yes.
20   I reported to unemployment that I had earned,
21   because they ask you there if you earn anything
22   in cash.
23          Q       And you say you reported that to
24   unemployment?
25          A       Yes, they ask you there.
```

22

1             L. N. Rodriguez

2      Q      In 2011, for whom did you work?

3      A      Suffolk Asphalt Paving Corporation.

4      Q      Did you work anywhere else in 2011?

5      A      No.

6      Q      Eh, eh, eh, eh.  Tell the truth.

7      A      The company where I'm working now.

8      Q      Right.

9             Why were you hiding that?

10     A      I just forgot for a second.

11     Q      You forgot.  I see.

12            You forgot after telling me just

13     three minutes ago that you worked at another

14     company; right?

15     A      Yes, but I'm saying it.  I'm

16     rectifying it, that I am working for another

17     company.

18     Q      But you're only rectifying it

19     after I called it to your attention; correct?

20     A      No, I can't be perfect.  I can't

21     answer everything right.

22     Q      You just started working for this

23     company, and you can't remember that you work

24     for them?

25     A      Correct.  It's just that that's

23

1                    L. N. Rodriguez

2    the way it is.

3         Q        How would you characterize your

4    memory?

5         A        It's good.

6         Q        Clearly not, if you can't remember

7    that you work for another company that you just

8    started working at.

9         A        I forgot.

10        Q        You forgot?

11        A        What can I do?

12        Q        You can apologize, and tell me

13   that your memory is not so good.

14        A        I don't know.

15        Q        You don't know if what I said was

16   accurate?

17        A        I just know that I feel fine.

18        Q        When did you start working for

19   this company?

20        A        August 30, 2011.

21        Q        What's the name of this company?

22        A        (No verbal response.)

23             MR. ZABELL:  Let the record

24        reflect that the deponent who represents

25        himself to be Lerly Noe Rodriguez, but

24

1                    L. N. Rodriguez

2           bears no resemblance to the picture in

3           the license, is riffling through his

4           wallet and looking at a document.

5       A       Capital Concrete of Long Island.

6   Here it is (handing).

7                  MR. ZABELL:  No, no.  All of it.

8                  Let the record reflect that the

9           individual has provided me with what

10          appears to be three pay stubs from

11          Capital Concrete of Long Island.

12                 I'm going to make a copy of this.

13          I will be right back.

14                 (Whereupon, a short recess was

15          taken at this time.)

16      A       Okay.

17      Q       Mr. Rodriguez, I'm giving you back

18  your pay stubs (handing).

19                 Have you received them back?

20      A       Yes, that's the way you gave them

21  to me.  I have them folded.

22                 MR. ZABELL:  It's all right, big

23          guy, I'm giving you copies.

24                 MR. McNAMARA:  It's all right.

25          I'm just taking a look.

25

L. N. Rodriguez

2          (A document consisting of pay

3     stubs from Capital Concrete of Long

4     Island was marked as Defendants' Exhibit

5     Number 12, for identification, as of this

6     date.)

7     Q     I'm going to show you a document

8  that's been marked as Exhibit 13.

9          Take a look at the document in

10  front of you.

11     A     (Witness complies.)

12     Q     Is that a copy of the three pay

13  stubs you just showed me?

14     A     Yes.

15     Q     How did you end your employment

16  with Suffolk Asphalt Paving?

17     A     Because they left me at home a

18  lot.  They wouldn't give me work, and also, I

19  was at home when most people were working, and I

20  put my union on hold, and they said they were

21  going to call me for another company.

22     Q     Didn't you leave work saying you

23  felt sick?

24     A     No --

25     Q     Eh, eh, eh; the truth.

26

1                    L. N. Rodriguez

2         A      I didn't say that I left because I
3    was sick.  I was sick the following day.  I went
4    to my doctor.  The day after, I asked the person
5    if they had called and asked them if there was
6    work for me the following day, and they said no,
7    so I called my union, and I put it on hold.

8         Q      What day was that?

9         A      It was on the 11th.

10        Q      The 11th of what month?

11        A      The month of August.

12        Q      Are you saying you didn't work for
13   Suffolk Asphalt Paving in September?

14        A      No, I didn't work for Suffolk
15   Asphalt Paving in September.  I stopped working
16   there in August, and I didn't say that.

17        Q      Were you fired from Suffolk
18   Asphalt Paving?

19        A      Not directly, but indirectly.
20   They were getting rid of me from the company.

21        Q      Have you ever lied?

22        A      Yes, of course, just like every
23   human.

24        Q      Do you lie to get what you want?

25        A      No, I've never lied to obtain any

27

1                    L. N. Rodriguez

2  benefit for myself.

3        Q       Why would you lie?

4        A       Well, maybe for a joke with a

5  friend or something.

6        Q       Did you ever lie to a woman?

7        A       To my wife, yes.

8        Q       Why?

9        A       Because something personal.

10       Q       I want to know what it is.

11               Please tell me.

12       A       Like if she asks me where I am

13  maybe because she doesn't like someone, I say

14  I'm with someone else.

15       Q       So you lie to keep yourself out of

16  trouble?

17       A       Yes, but something personal, not

18  with my work.

19       Q       So you never lied at work?

20       A       At work?  I don't think so.

21       Q       You don't think so, but you're not

22  sure?

23       A       No, I don't think so.  I don't

24  think I lied, because if it's about the day I

25  was sick, I have my medical prescription.

28

1                  L. N. Rodriguez

2        Q      What doctor did you go to?

3        A      I have an eye doctor because I got

4    a fever at night, and I woke up in the morning,

5    and my eye was not right; the left side.

6        Q      What's your eye doctor's name?

7        A      Lacey Garcia.  My prescription is

8    here (handing).

9        Q      Is this the day that you said you

10   were sick?

11       A      Yes, the 10th.

12       Q      This is just an eye test.

13       A      Yes, she did tests because I have

14   two surgeries in my eyes.

15       Q      What kind of surgery in your eyes?

16       A      I have a contact lens inside my

17   eye.

18              MR. ZABELL:  I'm going to make a

19          copy of this.

20              THE WITNESS:  Okay.

21              (Whereupon, a short recess was

22          taken at this time.)

23              (A one-page note was marked as

24          Defendants' Exhibit Number 13, for

25          identification, as of this date.)

1                        L. N. Rodriguez

2          Q      I'm going to show you a document

3     that I just marked as Exhibit 13.

4                 Is that the note that you just

5     showed me?

6          A      Yes.

7          Q      You went and you got your eyes

8     checked because you had a fever the night

9     before; is that what your testimony is?

10         A      That affected me, and I got a red

11    spot on my eye because of it.

12         Q      Because of the fever?

13         A      Not necessarily, but I was

14    affected by it.

15         Q      That one too (indicating).

16                I make a mistake.  The document

17    that I just had you review, I'm going to change

18    that to Exhibit 13.

19                Do you see that; Exhibit 13?

20         A      Yes.

21         Q      That's the doctor's note that you

22    just gave me; correct?

23         A      (No verbal response.)

24         Q      Yes?

25         A      (Nodding.)

30

1                        L. N. Rodriguez

2           Q       Verbally.

3           A       Yes.

4           Q       You have to answer verbally.

5                   Do you understand?

6           A       Yes, I understand.

7           Q       You went and you got your eyes

8    checked, and were you okay to return to work on

9    the 10th?

10                  MR. McNAMARA:  Objection.

11          A       The following day?  The following

12   day I was ready to work, but they didn't call

13   me.

14          Q       Did you call them?

15          A       They never want you to call them.

16   They always call us, and they didn't call me.

17   They would call another person.

18          Q       Who would they call?

19          A       Juan Quinteros.

20          Q       Isn't Juan Quinteros a better

21   worker than you?

22          A       I don't know.  They would always

23   call another person to tell us if we had to work

24   the next day.

25          Q       What telephone number did you give

31

```
 1                    L. N. Rodriguez

 2    them?

 3         A     Excuse me?

 4         Q     What telephone number did you

 5    provide for them to call?

 6         A     They didn't have my telephone

 7    number.

 8         Q     Then, how were they going to call

 9    you?

10              MR. McNAMARA:  Objection.

11         A     Because they would call my

12    coworker, and my coworker would call me.

13         Q     Who was your coworker?

14         A     Juan Quinteros.

15         Q     Do you have a phone number?

16         A     Yes, I have a phone number.

17         Q     What is your phone number?

18         A     My phone number is (631) 275-9678.

19         Q     If I dial that, you're going to

20    ring right now; right?

21         A     I guess so, if there is a signal

22    here.

23         Q     How come you never provided your

24    telephone number to your bosses?

25         A     They were never concerned with
```

32

```
 1                    L. N. Rodriguez

 2   asking me for it since they always called

 3   another person.

 4        Q      Do you live with Juan Quinteros?

 5        A      No, I don't live with him.

 6        Q      With whom do you live?

 7        A      With my wife.

 8        Q      Do you have any children?

 9        A      Two.

10        Q      How old are they?

11        A      Ten, eleven.

12        Q      Boys, girls?

13        A      No, girls.

14        Q      When I asked boys or girls, you

15   said no girls; right?

16        A      No.  Girls, girls.

17        Q      What is your wife's name?

18               THE WITNESS:  Can I say her name?

19               MR. McNAMARA:  Yes.

20        Q      You have to say her name when I

21   ask you a question.

22               Do you understand?

23               You are not permitted to ask your

24   attorney for help.

25               Do you understand?
```

33

```
 1                    L. N. Rodriguez

 2        A      Okay.  Carmen Tavares.

 3        Q      Carmen Tavares Rodriguez?

 4        A      No, we're not married.  We're

 5   just...

 6        Q      So she's not your wife?

 7        A      We're single.  It's a free union.

 8        Q      Okay.  Very avant-garde.

 9               Have you ever been arrested?

10        A      No.

11        Q      Either in this country or in

12   another?

13        A      No, not in any other country,

14   either.

15        Q      What is your country of origin?

16        A      Honduras.

17        Q      When was the last time you were in

18   Honduras?

19        A      In December of last year.

20        Q      Would that be December of 2009, or

21   December of 2010?

22        A      December of 2010.

23        Q      For how long were you in Honduras?

24        A      Five days.

25        Q      Why were you in Honduras for five
```

34

1                          L. N. Rodriguez

2    days?

3          A        To see my mother.  She was sick.

4          Q        Is she better?

5          A        She's receiving treatment.

6          Q        I wish her good luck.

7                   Before being in Honduras in

8    December of 2010, when was the last time you

9    were in Honduras?

10         A        I don't understand the question.

11         Q        In the past ten years, how many

12   times have you gone to Honduras?

13         A        I don't recall how many times;

14   about four or three.

15         Q        In the year 2010, how many times

16   did you go to Honduras?

17         A        Two times.

18         Q        The second time was in December

19   of 2010, so when was the first time?

20         A        In -- at the end of June.

21         Q        For how long were you in Honduras?

22         A        Four days.

23         Q        Why?

24         A        To see my mother.  She was sick.

25   The same thing.

35

```
 1                    L. N. Rodriguez
 2        Q       Isn't June paving season?
 3        A       For what?
 4        Q       Paving season.
 5        A       Yes, but I asked my boss for time.
 6        Q       Who was your boss?
 7        A       Louie Vecchia.
 8        Q       He said yes, you may go; correct?
 9        A       Yes.
10        Q       That was nice of him; correct?
11        A       Yes.
12        Q       In 2009, did you go to Honduras?
13        A       Yes.
14        Q       When in 2009 did you go to
15   Honduras?
16        A       In December, in December.
17        Q       Only once in December?
18        A       Only one time.
19        Q       For how many days?
20        A       Four or five days, I think.
21        Q       Why did you go?
22        A       I always go to see my mother.
23   That's the only thing that I have there.  I go
24   and see my mother.
25        Q       Did you only go once in 2009?
```

36

1                     L. N. Rodriguez

2         A       Only one time.

3         Q       In 2008, did you go to Honduras?

4         A       No, not in 2008.

5         Q       In 2007, did you go to Honduras?

6         A       No.  I can't recall.

7         Q       In 2007, did you leave the country

8     at all; the country of the United States?

9         A       What did you say?

10        Q       In 2007, did you leave the

11    United States?

12        A       No, I don't recall.  I don't

13    remember that date.

14        Q       In 2008, did you leave the

15    country?

16        A       You're asking me about 2009;

17    aren't you?  Or 2010, not 2008.  I just said no.

18        Q       2008, did you leave the country?

19        A       No, not in 2008.  I said no.

20        Q       No, you said no to Honduras.  You

21    could have gone someplace else other than

22    Honduras; correct?

23        A       No, I couldn't leave the state.

24        Q       For example, one of your coworkers

25    left the United States to go visit his

37

1                     L. N. Rodriguez

2     girlfriend in Columbia, but that was not his

3     nation of origin.

4                     So I'm asking you if you left the

5     country of the United States to go visit any

6     place, other than Honduras in the years 2007

7     and 2008?

8          A       No, I only go to my country.

9          Q       Do you have a passport?

10         A       Yes, sir.

11         Q       Does that passport have all the

12    dates that you left the country?

13         A       No.  The passport that I have now

14    is new.

15         Q       Where is the old passport?

16         A       The other one, the Consulate kept

17    it.

18         Q       What Consulate?

19         A       Honduras.

20         Q       Do you have ticket stubs showing

21    when you left the country in 2009 and 2010?

22         A       No, I don't have them.

23         Q       Did you pay using a credit card?

24         A       No, cash.

25         Q       Where did you work in 2006?

38

```
 1                      L. N. Rodriguez
 2          A       I worked for me in Orlando,
 3    Florida.
 4          Q       What did you do for me in Orlando,
 5    Florida?
 6          A       I had my own construction company.
 7          Q       What was the name of that
 8    construction company?
 9          A       Noe Excellent Stucco.
10          Q       In 2005, where did you work?
11          A       In Orlando, Florida.
12          Q       Same thing; your own stucco
13    company?
14          A       No, I worked for my brother.
15          Q       What did your brother do?
16          A       The same thing; stucco.
17          Q       Did you ever sue your brother?
18          A       No.  He always paid me what he was
19    supposed to pay me.
20          Q       What was he supposed to pay you?
21          A       For like driving people to work,
22    picking up the materials, that.
23          Q       Do you know who owns Suffolk
24    Asphalt Paving?
25          A       It's supposed to be Chris Vecchia
```

39

```
1                    L. N. Rodriguez
2    from Suffolk Asphalt Paving.
3         Q     Do you know if anybody else, other
4    than Chris Vecchia, owns it?
5         A     The father, Louis Vecchia.  I only
6    know those two people besides the accountant,
7    and I don't know if the accountant...
8         Q     Who is the accountant?
9         A     His wife, I think; Helene Vecchia.
10        Q     In 2007, how much did you make an
11   hour at Suffolk Asphalt?
12        A     Through the month of July, I
13   earned $22.50 an hour.
14        Q     And after July?
15        A     I started in the union, and I was
16   earning $42.28 an hour, or something like that.
17        Q     That was a good raise; right?
18              MR. McNAMARA:  Objection.
19        A     Yes, because I have the union
20   book.
21        Q     Prior to July, you were paid
22   $22.50 an hour; correct?
23        A     Yes.
24        Q     And after July, you were paid
25   $42.28 an hour; correct?
```

40

1                    L. N. Rodriguez

2          A        Because that has to do with the

3    union.  We did State jobs and Town jobs.

4          Q        Did you get paid in a check?

5          A        Yes.

6          Q        Did you get paid cash?

7          A        Maybe two times a year; three or

8    four.  I don't recall, but not more than that.

9          Q        Two, three, sometimes four times a

10   year?

11         A        Yes.

12         Q        How much were you getting paid

13   in cash?

14         A        About a $100.  That's all the cash

15   they paid; $100, and that was maybe the four

16   times that I was paid throughout the year; $100

17   for each time.

18         Q        Do you know why you were paid in

19   cash?

20         A        Because they were overtime hours;

21   I guess.

22         Q        So you're guessing?

23         A        I guess it's because of that.

24   Because overtime hours, he didn't pay as he was

25   supposed to.

41

```
 1                        L. N. Rodriguez

 2         Q       Well, you got paid checks for your

 3    pay; correct?

 4         A       Yes.

 5         Q       For every week?

 6         A       For every week.

 7         Q       Some of those checks indicated

 8    that you were paid overtime; correct?

 9         A       Some of them.  Maybe one hour, two

10    hours.

11         Q       Some of those checks indicated you

12    were paid for grease time; correct?

13         A       Yes.

14         Q       And you were paid that; correct?

15         A       Yes, sometimes they would pay two

16    hours, and sometimes nothing, but most of the

17    time, they did pay me for greasing.

18         Q       Are you familiar with the terms

19    and conditions of your employment?

20         A       The terms in what way?  I don't

21    understand.

22         Q       Do you know what a collective

23    bargaining agreement is?

24         A       No, I don't know what that is.

25         Q       Do you know if your union
```

42

                              L. N. Rodriguez

1

2    negotiated the terms of your employment?

3          A      I don't know.  I just don't

4    understand the question.

5          Q      Did you ever speak to anybody at

6    your union?

7          A      Only when I would go and pay my

8    book.

9          Q      So you never spoke to them about

10   anything else?

11         A      No.  I would only go and pay that.

12   Some coworkers would speak with them regarding

13   them checking their work.

14         Q      Did I ask you that question?

15         A      You didn't ask me.

16         Q      Then, why were you answering?

17         A      I thought we were talking about

18   that.  I thought I was saying the correct thing.

19         Q      We're not talking.  I'm asking you

20   questions.  You're answering just the questions

21   I ask you.

22                Do you understand?

23         A      That's fine.

24         Q      Do you really understand that?

25         A      Yes, that's fine.  That's fine.

43

                    L. N. Rodriguez

1

2        Q       In 2008, do you know what your

3    hourly rate was?

4        A       About $44 an hour.

5        Q       That's what you were paid for an

6    hour of your work?

7        A       For one regular hour.

8        Q       Right.  And that's what you were

9    paid for your hours of work?

10       A       Yes, $44 an hour.

11       Q       That's reflected on your pay stub;

12   correct?

13       A       Yes, yes.  That's there.  It's

14   just that I'm saying an approximate rate.  I'm

15   not sure because I don't have my stubs here.

16       Q       You're not sure because your

17   memory is not so good?

18       A       I can't remember all of that.

19   It's written down on paper.

20       Q       The hours that you worked are

21   written down on your pay stub; correct?

22       A       The forty hours are written down,

23   but not the overtime.

24       Q       But didn't you say before that

25   there was overtime written down on your check?

44

1                       L. N. Rodriguez

2           A      Yes, but two, three, and that's

3    it, but it's not much.

4           Q      Are you familiar with your union's

5    rules on travel time?

6           A      Travel time, what do you mean?

7           Q      You have no idea what travel time

8    is, do you?

9           A      Time that you travel?

10          Q      Do you not know what travel time

11   is?

12          A      It's just that I don't know if

13   you're talking about work or driving.

14          Q      Do you know what your collective

15   bargaining agreement defines travel time as?

16                 MR. McNAMARA:  Objection.

17          A      When you go from the yard to the

18   job?

19          Q      You don't get to ask questions.

20   You just have to answer the questions.

21          A      It's just that I don't understand

22   the question.  I don't understand.

23          Q      I see.

24                 So you don't know what your union

25   contract says about travel time?

45

1                    L. N. Rodriguez

2              MR. McNAMARA:  Objection.

3         A      It's just that I don't understand

4    that about travel.  Can you be more clear, more

5    concise when you ask me?

6         Q      How did you get to work every day

7    at Suffolk Paving?

8         A      It changed every day.

9         Q      Sometimes you would go directly to

10   a job site; correct?

11        A      No, most of the time, I went to

12   the yard.

13        Q      How long would you be at the yard

14   before you actually went to a job site?

15        A      A half-an-hour.

16        Q      Why would you go to the yard?

17        A      Because I drove the box truck.  I

18   drove the box truck for two-and-a-half years.

19        Q      Every day?

20        A      Every day.

21        Q      When you drove the box truck,

22   would you sometimes pick up workers on your way

23   to the job site?

24        A      No, I would only pick them up at

25   the yard.

46

1                    L. N. Rodriguez

2          Q       Why would you pick them up at the

3   yard?

4          A       Because that's where we would all

5   get together and leave for the job sites.

6          Q       Some people didn't have their own

7   vehicles and couldn't drive to the work sites;

8   correct?

9          A       No, the thing is that we used to

10  get together there before.  That changed with

11  time.

12         Q       So you didn't always have to get

13  together there before?

14         A       Most of the time -- all of the

15  time, we would go to the yard.

16         Q       You just said that that changed;

17  correct?

18         A       (No verbal response.)

19         Q       Correct?

20         A       Yes, in 2010.

21         Q       So you didn't always have to go to

22  the yard; correct?

23         A       Me?

24         Q       All the workers.

25         A       In 2010, that all changed.  They

47

```
 1                    L. N. Rodriguez

 2   all went to the jobs.

 3           Q       Did you eat breakfast today?

 4           A       Coffee.

 5           Q       Where did you get your coffee?

 6           A       At 7-Eleven.

 7           Q       You like 7-Eleven; right?

 8           A       Yes, I like it.

 9           Q       Some of your coworkers like

10   7-Eleven coffee?

11           A       I don't know what they like.  I

12   only know that I like coffee from 7-Eleven.

13           Q       What about an egg sandwich; do you

14   eat an egg sandwich in the morning?

15           A       No, I just drink milk or coffee.

16   I don't eat a lot in the morning.

17           Q       Is that only because you're

18   dieting now?  Did you used to eat something in

19   the morning?

20           A       No, I didn't eat because I hardly

21   had time in the morning.  I would drive and eat

22   at the same time.

23           Q       Sometimes your coworkers would ask

24   you to take them to a deli to get breakfast;

25   right?
```

48

1                       L. N. Rodriguez

2         A      But I didn't do it because they

3    would call me to tell me that we had to be at

4    the job.

5         Q      What if the GPS report shows that

6    you would go to the deli for half-an-hour?

7         A      No, we never went for a

8    half-an-hour.  Maybe two times a year.

9         Q      Two times a year?

10        A      Yes.

11        Q      Remember before you just said you

12   never did it, and now it's two times a year.

13               Why were you lying to me before?

14               MR. McNAMARA:  Objection.

15        A      No, it's just that it's not much.

16   It's almost like nothing.

17        Q      Who gets to make that

18   determination?

19               MR. McNAMARA:  Objection.

20        Q      Me, you?

21        A      I don't know.  I'm giving my

22   response.

23        Q      Remember, let's try and keep your

24   answers honest and accurate.

25               Do you understand?

49

```
 1                    L. N. Rodriguez
 2         A        (No verbal response.)
 3         Q        You need to answer verbally.  You
 4    can't grunt.  You have to use your words.
 5         A        (No verbal response.)
 6         Q        You have to use your words.
 7                   Do you understand?
 8         A        Yes, yes.
 9         Q        Now in 2009, how much were you
10    paid an hour for your work?
11         A        About $45, around there.
12         Q        How much were you paid per hour
13    for overtime?
14         A        Well, maybe out of the three or
15    four times that they paid me, it was double
16    time, which is $90, or $89, around there.  I
17    don't know.
18         Q        In 2010, how much were you paid an
19    hour for your time?
20         A        $47 an hour, or something like
21    that, and overtime was like $92.
22         Q        So you were paid $92 an hour for
23    your overtime?
24         A        Overtime; yeah.
25         Q        In 2011, how much were you paid
```

50

```
 1                    L. N. Rodriguez

 2   per hour?

 3                    MR. McNAMARA:  Objection.

 4        A        This year?

 5        Q        What year is this?

 6        A        It's 2011.

 7        Q        So in 2011 --

 8        A        $48, $48.

 9        Q        How much were you paid an hour for

10   overtime?

11        A        Up to double time.  $92, I think,

12   or $96.

13        Q        So in 2007, you were paid about

14   $22.50, before July, per hour of your work;

15   correct?

16        A        Excuse me?

17        Q        In 2007, before July, you were

18   paid about $22.50 an hour for your work;

19   correct?

20        A        Yes, because I started the union

21   in July.

22        Q        And after July, you were paid

23   $42.28 per hour for your work; correct?

24        A        In which one?

25        Q        After July, in 2007.
```

51

1                    L. N. Rodriguez

2          A        They paid me with the union,

3    because we started getting the school contracts

4    and the Town contracts and the State contracts.

5          Q        Just answer the questions that I

6    ask you.

7                    Do you understand?

8          A        (No verbal response.)

9          Q        Verbally.

10         A        Yes.

11         Q        After July of 2007, you were paid

12   $42.28 an hour for your work; correct?

13                  MR. McNAMARA:  Objection.

14         A        (No verbal response.)

15         Q        Yes or no?

16         A        I said, approximately, $42 --

17         Q        Yes, approximately, $42.28 an hour

18   for all of your hours of work; correct?

19         A        They would pay me $48 an hour.

20   That's regular pay.

21         Q        In 2007, for your overtime hours,

22   you were getting paid what rate per hour?

23         A        The little bit that they paid me

24   was about $84 an hour.

25         Q        Okay.  So double that; correct?

52

```
 1                      L. N. Rodriguez
 2          A        Yes, double.  That's what $84 is.
 3          Q        In 2008, what were you paid per
 4   hour for your work?
 5                   MR. McNAMARA:  Objection.
 6          A        $44, we were saying, and
 7   something.  That's what I just said.
 8          Q        In 2008, you were paid,
 9   approximately, $44 and change for your work;
10   correct?
11          A        2008, yes.
12          Q        In 2008, what were you paid for
13   your overtime work per hour?
14          A        Well, the little that they paid me
15   was $40, $90 -- no, excuse me, $88; sorry.
16          Q        In 2009, you were paid $45 per
17   hour for your work; correct?
18                   MR. McNAMARA:  Objection.
19          Q        Yes or no?
20          A        Yes.
21          Q        In 2009, you were paid,
22   approximately, $90 an hour for your overtime
23   work, correct?
24                   MR. McNAMARA:  Objection.
25          A        Yes.
```

53

1                      L. N. Rodriguez

2          Q      In 2010, you were paid $47 an hour

3    for your work; correct?

4                  MR. McNAMARA:  Objection.

5          A      Yes; correct.

6          Q      And you said you were paid about

7    $92 an hour for your overtime work?

8                  MR. McNAMARA:  Objection.

9          A      Something like that,

10   approximately.

11         Q      In 2007, how much overtime do you

12   believe you're owed?

13         A      You want me to be precise, or do

14   you want me to explain?

15         Q      Yes, I want you to be precise.

16         A      How much didn't they pay me?

17         Q      No.  I believe they paid you

18   everything.

19                 How much are you claiming you're

20   owed?

21         A      For that whole year?

22         Q      Yes.

23         A      I guess they owe me for every

24   week.

25         Q      So you're just guessing?

54

1                    L. N. Rodriguez

2          A      No, it's a routine.  It was a

3    routine up to 2009.

4          Q      So you're guessing at how much

5    they owe you; correct?

6          A      No, I'm not guessing.  I'm saying

7    it was a routine, something that was repeated

8    every week.

9          Q      Okay.  So in 2007, what do they

10   owe you?

11         A      I don't have an exact calculation.

12         Q      Do you have an approximate

13   calculation?

14         A      For 2007, I don't have -- $25,000,

15   something like that.

16         Q      How do you get to the $25,000?

17         A      That's an approximation on it.

18         Q      It's an approximation, based on

19   what?

20         A      On the hours that I work, and

21   since the double -- the double time -- since

22   they pay double time an hour, that's how I

23   figured it out.

24         Q      So how many hours do you think

25   you're entitled to for 2007?

1                    L. N. Rodriguez

2        A      Right now, I don't know.  It's

3    approximate.  I only know that from July to

4    December, there are five months in the union.

5    There -- it was about eighteen or sixteen hours

6    overtime a week.

7        Q      You're saying you never got paid

8    any overtime in 2007; correct?

9               MR. McNAMARA:  Objection.

10       A      I didn't say that.

11       Q      So you did get paid overtime in

12   2007; yes or no?

13       A      (No verbal response.)

14       Q      Yes or no?

15       A      (No verbal response.)

16       Q      Yes or no?

17              MR. McNAMARA:  Objection.

18       Q      Yes or no?

19       A      I said yes.

20       Q      So you were paid overtime in 2007?

21       A      Yes, three or four hours.

22       Q      A week?

23       A      A year.

24       Q      Oh, a year?

25              You were paid three or four hours

56

```
 1                    L. N. Rodriguez
 2   a year.  You know you're lying.
 3                    MR. McNAMARA:  Objection.
 4         A       Yes.
 5         Q       You were paid three or four hours
 6   a year?
 7                    You know you're lying now --
 8                    MR. McNAMARA:  Objection.
 9         Q       -- because your pay stubs that you
10   provided indicate something very different.
11         A       That's what I remember.
12         Q       So you remember a lie?
13                    MR. McNAMARA:  Objection.
14         A       That's the response that I have.
15         Q       So your response is a lie, you
16   know that; right?
17                    MR. McNAMARA:  Objection.
18         A       No, I'm saying what I have to say.
19         Q       And what you have to say, you know
20   to be a lie; correct?
21         A       No.  I'm saying four or five, or
22   three or four hours, approximately.
23         Q       You know that you provided
24   documents to your attorneys that indicate that
25   what your saying is not true.
```

57

```
 1                    L. N. Rodriguez

 2              You know that; correct?

 3         A      (No verbal response.)

 4         Q      Yes or no?

 5              MR. McNAMARA:  Objection.

 6         Q      Yes or no?

 7              MR. McNAMARA:  We need to take a

 8         break.

 9              MR. ZABELL:  You can take a break

10         after he answers the question.

11         Q      Yes or no?

12              You provided documents to your

13    attorneys that you know indicate that you

14    received more than three or four hours for the

15    year in overtime.

16              You know that; correct?

17         A      I didn't say that they haven't

18    paid those hours -- that they never paid.  I

19    didn't say that.

20         Q      No, you just said you only got

21    three or four hours a year in overtime; right?

22         A      That's what it said, more or less,

23    on the stub.

24         Q      No, no, no, no, no.  Your stubs

25    show much more than that, so why are you lying
```

58

```
 1                         L. N. Rodriguez

 2    now?

 3                   MR. McNAMARA:  Objection.

 4                   Let's take a break.

 5                   MR. ZABELL:  After he answers the

 6         question.

 7                   MR. McNAMARA:  Okay.

 8         Q      Why are you lying now?

 9         A      I'm saying what I think is

10    correct.

11         Q      Your attorney has asked that you

12    take a break.

13                   I want you to ask your attorney

14    about the penalties for perjury during that

15    break.

16                   Do you understand?

17         A      Yes.

18                   MR. ZABELL:  You may go.

19                   (Whereupon, a recess was taken at

20         this time.)

21         Q      You had a nice conversation with

22    your attorney in the hallway?

23         A      Yes, of course.  He's my attorney.

24         Q      Christopher Vecchia never called

25    you to ask you to come back to work?
```

59

1                    L. N. Rodriguez

2          A      I didn't answer any of his calls,

3    but I live in the basement, so my phone hardly

4    gets a signal.  I don't know if he called.

5          Q      Wait a minute.  You said you

6    didn't answer any of his calls.

7          A      I didn't answer any of his calls.

8    I don't know if he called or not.  I didn't look

9    at my phone.

10         Q      You haven't looked at your phone

11   in the last month?

12         A      Well, that day, I don't know

13   because I was at home.  I wasn't -- I wasn't --

14   I was waiting for the time to pass to see if I

15   should look for another job or something.

16         Q      So on August 10th, you were in

17   your basement all day; right?

18         A      It's just that August 10th was the

19   day where I had the appointment with the doctor.

20         Q      Weren't you called by

21   Christopher Vecchia on August 10th?

22         A      No, he didn't call me.

23         Q      What about August 11th?

24         A      He didn't call me then, either.

25         Q      What about August 12th?

60

1                       L. N. Rodriguez

2          A       He didn't call me.  I didn't

3    receive a call from him.

4          Q       Wait a minute, wait a minute.

5                  Didn't you just say that he called

6    you, but you live in the basement, so you didn't

7    return his phone calls?

8          A       I didn't say that he called me.

9          Q       Yes, you did.

10         A       Why?  Is my voice recorded there?

11         Q       Every word you say is taken down;

12   yes.

13                 The record indicates that you said

14   that he called --

15         A       I'm talking about the call that he

16   made.

17         Q       When did he make that call to you?

18         A       It's just that I don't know --

19   tell me what day he called.

20         Q       You tell me because you said you

21   didn't answer the phone.

22         A       I didn't receive not even one

23   phone call.  I didn't receive any calls.  That's

24   it.

25         Q       Did your lawyer explain to you

61

1                    L. N. Rodriguez

2    about perjury?

3         A       He knows that I have to say the

4    truth.  He tells me to say the truth.

5         Q       Do you know that you have to say

6    the truth?

7         A       Yes, of course.  I'm telling the

8    truth.  That's why I'm here.

9         Q       Do you remember testifying just

10   before that you never called Christopher Vecchia

11   back?

12        A       I didn't call Christopher.  He

13   would always call the other person to call us.

14        Q       And he would never call you?

15              MR. McNAMARA:  Objection.

16        A       No, he never called me.

17        Q       Then, why did you say that you

18   didn't call him back before?

19        A       It's just that he didn't even have

20   my telephone number.  He didn't even have my

21   phone number, because my friend told me that he

22   was asking for my phone number.

23        Q       Which friend was asking?

24        A       Juan Quinteros.

25        Q       So Juan Quinteros told you that

62

1                    L. N. Rodriguez

2    Christopher Vecchia was looking for you?

3         A      He told me that he was calling me,

4    but I didn't receive any phone calls.

5         Q      That was the evening of

6    August 10th; correct?

7         A      That was the evening of the 12th,

8    in the evening.  He said that he was calling,

9    and I wasn't answering the phone.

10        Q      You didn't tell me that before

11   when I asked.  Do you remember that?

12              MR. McNAMARA:  Objection.

13        A      Yes, but now you're asking me the

14   questions in more detail.

15        Q      What was some of the projects that

16   you worked on in the year 2007 at

17   Suffolk Asphalt?

18        A      In Suffolk Asphalt, I worked on

19   Carleton working on the water.  It's the water

20   company; putting stone down, and putting asphalt

21   down.

22        Q      Did you work anywhere else in

23   2007?

24        A      I don't remember right this

25   second, but if I could think about it.

63

1                      L. N. Rodriguez

2          Q      Take your time.  Think about it.

3    We'll wait for you.

4          A      I worked on some streets here on

5    Motor Parkway.  I remember one.  The street is

6    called Thomas.  I think it belongs to either

7    Hauppauge or Brentwood.  I'm not really sure.

8    Those are my first days in the union when I

9    worked there.

10         Q      We're giving you time to think.

11                MR. McNAMARA:  Objection.

12         A      All of those streets that are

13   around there that are near Thomas, we did all of

14   those streets within about a week-and-a-half.

15         Q      In what month did you work for a

16   week-and-a-half?

17         A      It was when I started the union in

18   July.

19         Q      In August, what projects did you

20   work on in 2007?

21         A      I remember I worked in Bay Shore

22   near Main Street, but I don't remember what

23   streets they were.

24         Q      Was that in August of 2007?

25                MR. McNAMARA:  Objection.

64

```
 1                      L. N. Rodriguez

 2        A        In 2007.

 3        Q        In August of 2007?

 4        A        Yes.  I already had the union at

 5   that time.

 6        Q        Other than a few streets in Bay

 7   Shore, do you remember --

 8        A        It was in July, the seventh month.

 9        Q        You need to listen to the question

10   I ask you, and just answer the question.

11                 Your lawyer will tell you that if

12   you answer more than the question, you are doing

13   my job for me, and you don't want to do my job

14   for me; right?

15                 I will not pay you to do my job

16   for me.

17        A        That's fine.

18        Q        In August and only August of 2007,

19   what projects did you work on?

20        A        I'm saying that we did streets in

21   Bay Shore near Main Street.

22        Q        How many streets?

23        A        I don't recall.

24        Q        How many days did you work there?

25        A        About a week-and-a-half,
```

65

1                      L. N. Rodriguez

2      approximately.

3              Q       How many hours a day did you work?

4              A       I was working eleven, ten, nine.

5      It varied.

6              Q       It varied.

7                      It varied on the weather; right?

8              A       Ten, eleven; yes.  It all varied.

9      It wasn't the same every day.

10             Q       And it varied, based upon the

11     weather; right?

12             A       Because on days that it rained --

13     when it rained a little bit, we would work, but

14     when it was heavy rain -- I can't remember which

15     days it rained at that time.

16             Q       But there was rain at that time;

17     correct?

18             A       Of course.  There's always rain.

19             Q       Right; always.  Almost every week;

20     right?

21             A       Not every week.

22             Q       But every month?

23             A       It rains one day or a couple of

24     days every month.

25             Q       Did you keep a diary that showed

```
 1                     L. N. Rodriguez

 2    us how many hours a day that you worked?

 3           A      What did you say?

 4           Q      Did you keep a diary that shows

 5    how many days a week you worked?

 6           A      (No verbal response.)

 7           Q      Yes or no?

 8           A      We have certain notes.  We have

 9    some notes; yes.

10           Q      Where are those notes?

11           A      My attorney has them.

12                  MR. ZABELL:  We're going to make a

13              demand for those notes.

14                  MR. McNAMARA:  Okay.  I would

15              appreciate it if there was a written,

16              formal demand --

17                  MR. ZABELL:  I don't care what you

18              appreciate.  You were supposed to have

19              turned these documents over, or your

20              colleagues were supposed to have turned

21              them over previously.

22                  The fact that they didn't, and

23              this individual testified as to their

24              existence, indicates to me that this

25              individual is going to have to be called
```

67

1              L. N. Rodriguez

2         back for another day of deposition once

3         those notes are provided.

4              Do you understand, Counselor?

5              MR. McNAMARA:  I understand that.

6              MR. ZABELL:  Thank you.

7              MR. McNAMARA:  So a formal demand

8         for --

9              MR. ZABELL:  This is the formal

10        demand.

11             MR. McNAMARA:  -- notes pertaining

12        to hours worked?

13             MR. ZABELL:  You may speak to you

14        client outside of this room to get him to

15        identify further exactly what he's

16        talking about.

17             MR. McNAMARA:  I mean, you're

18        requesting them, so --

19             MR. ZABELL:  I've already

20        requested them.

21             MR. McNAMARA:  Okay.  You said

22        we're going to make a formal request --

23             MR. ZABELL:  No, I'm demanding

24        that they be provided to us.  We've

25        already made a formal demand, Counselor.

68

1                    L. N. Rodriguez

2             MR. McNAMARA:  Okay.  I'll speak

3        to my colleagues and my client.

4             MR. ZABELL:  Do you want to speak

5        to them now while it's still somewhat

6        fresh?

7             MR. McNAMARA:  Yes, thank you.

8             (Whereupon, a recess was taken at

9        this time.)

10            MR. ZABELL:  Okay, have you got

11       everything cleared up?

12            MR. McNAMARA:  If we are in

13       possession of any documents that have

14       been previously demanded that have not

15       yet been provided, they will be provided

16       quickly, promptly.

17            Can we go off the record for a

18       second?

19            MR. ZABELL:  Yes.

20            (Whereupon, a discussion was held

21       off the record.)

22            MR. McNAMARA:  Madame Interpreter,

23       please explain one more time that if my

24       client doesn't understand a question, to

25       say that he doesn't understand.

69

1                    L. N. Rodriguez

2              THE WITNESS:  That's fine.

3              MR. McNAMARA:  Okay, we can

4        proceed.

5        Q      Did you report to the union that

6   you were out of work?

7        A      At what time?

8        Q      Now.

9        A      Right now?

10       Q      Yes.

11       A      No.  Right now, I'm retiring from

12   the union.

13       Q      Does the union know that you were

14   working for a nonunion company?

15       A      That company was a small company,

16   and you didn't need a union to work there.

17       Q      That is a wonderful answer, but it

18   is not the answer to the question that I asked

19   you.

20              Are you purposely trying to avoid

21   answering the questions I am asking you?

22              MR. McNAMARA:  Objection.

23       A      Okay, repeat it again, please.

24       Q      No.  Answer my question.

25              Are you purposely trying to avoid

70

1                    L. N. Rodriguez

2       the questions I'm asking you?

3            A       No.  Ask me.

4            Q       Do you have any friends who you

5       work with now?

6            A       Yes.

7            Q       Who?

8            A       Victor Quintanilla and

9       Pracelis Mendez.

10           Q       Did Pracelis Mendez help you get

11      your job at Capitol Concrete?

12           A       Yes.

13           Q       Did you go from working directly

14      from Suffolk Asphalt to Capitol Concrete?

15                   MR. McNAMARA:  Objection.

16           A       No.

17           Q       Did you report to the union that

18      you were working at Capitol Concrete?

19           A       (No verbal response.)

20           Q       Yes or no?

21           A       (No verbal response.)

22           Q       Yes or no?

23           A       No.

24           Q       Do you know who DF Stone Contracting is?

25           A       D-F?

71

```
 1                    L. N. Rodriguez

 2         Q        D-F.

 3         A        No, DF; I don't know what that is.

 4         Q        You never worked for a company

 5    called DF Stone Contracting?

 6         A        No, I don't know.  I don't

 7    remember.

 8         Q        What is your Social Security Number?

 9         A        ██████████.

10         Q        Are you sure?

11         A        Yes, ██████████.

12         Q        Is that the Social Security Number

13    that you provided to Suffolk Asphalt?

14         A        Yes, of course.

15         Q        Is that the Social Security Number

16    that you provided to Capitol Concrete of Long

17    Island, Incorporated?

18         A        I think --

19         Q        Yes or no?

20         A        I --

21         Q        Yes or no?

22         A        That was the one I gave them, but

23    there was a confusion.  Yes, I gave that company

24    that number.

25         Q        Is that the number that you
```

72

```
 1                    L. N. Rodriguez

 2   provided to DF Stone Contracting?

 3           A       What I know is --

 4           Q       Yes or no?

 5           A       -- it's just that I know them by

 6   Capitol.  I don't know them by DF.  I don't know

 7   what that is.

 8           Q       Do you have any ability to answer

 9   the questions I ask you?

10           A       It's just that I don't know what

11   DF is.

12           Q       Do you have any ability to answer

13   the questions I'm asking you; yes or no?

14           A       Not about DF; no.

15                   MR. McNAMARA:  Can we go off the

16            record for a second?

17                   MR. ZABELL:  In a minute.

18           Q       You understand that the questions

19   that I'm asking you call for a yes-or-no answer;

20   do you understand that; yes or no?

21           A       Yes, yes.

22           Q       When I ask you a question and say

23   yes or no at the conclusion of that question,

24   you have to answer that question with a yes or

25   no.
```

73

```
 1                    L. N. Rodriguez

 2                    Do you understand that; yes or no?

 3        A      I didn't --

 4        Q      Yes or no?

 5        A      Yes, yes.

 6        Q      Let's try very hard to answer my

 7   yes-or-no questions with a yes or no.

 8                    Do you understand that; yes or no?

 9        A      Yes, yes; I understand it.

10        Q      Okay.  Now your lawyer wants to

11   take a break with you.

12             MR. McNAMARA:  I don't want to

13             take a break.  I just want to go off the

14             record, and pretty much, restate what you

15             just said.

16                  Off the record.

17                  (Whereupon, a discussion was held

18             off the record.)

19        Q      Mr. Rodriguez, if that is your

20   name --

21             MR. McNAMARA:  Objection.

22        Q      -- do you speak English?

23        A      I understand the main words at

24   work.

25        Q      Can you write in English?
```

South Shore Court Reporting
(631)-235-6218

74

```
 1                    L. N. Rodriguez

 2         A       A little.

 3         Q       Can you write in Spanish?

 4         A       Yes.

 5         Q       What is the extent of your

 6  education?

 7         A       High school.

 8         Q       Did you finish high school?

 9         A       No, I didn't finish.

10         Q       In what country did you attend

11  high school?

12         A       Honduras.

13         Q       How old were you when you came to

14  the United States?

15         A       Eighteen.

16         Q       How did you communicate with your

17  boss at Suffolk Asphalt?

18         A       Like I said, I understand the main

19  words at work.  If he would tell me to go and

20  roll something, I would understand, or if he

21  told me to rake something, I understood that.

22  Sweep, I understand all of that.  All of the

23  main words from work, I understand.

24         Q       Did Louis Vecchia ever threaten

25  you?
```

75

1                    L. N. Rodriguez

2        A       Yes.

3        Q       How did he threaten you?

4        A       Once he wanted me to sign a paper

5   from a job, and I said that I didn't understand

6   what was said on the paper, and he said that I

7   if I didn't sign it, I had to leave the job.

8        Q       That was the only time he

9   threatened you?

10       A       Other times -- since I'm in

11  Local 138, I'm only supposed to drive machines,

12  and they always made me use the power tamper,

13  which is a hand machine, the torch, a broom, and

14  if I didn't do it -- they would say to me if I

15  didn't want to stay home, that I would have to

16  do it.

17       Q       Are those the only times he

18  threatened you?

19       A       Well --

20       Q       Yes or no?

21       A       That was the only time; yes.

22       Q       Did Christopher Vecchia ever

23  threaten you?

24       A       The same.  With the power tamper

25  and the broom.  I was told, did I want to go

```
 1                    L. N. Rodriguez
 2    home or did I want to do it.
 3         Q        Those were the only times you were
 4    threatened when you worked at Suffolk Asphalt;
 5    is that correct?
 6         A        Yes.
 7         Q        Was Louis Vecchia a good boss?
 8         A        I hardly had communication with
 9    him.  We almost always spoke about work things.
10         Q        Did he ever punch you?
11         A        No.
12         Q        Did he ever beat you?
13         A        No.
14         Q        Did he smile when you spoke to
15    him?
16         A        Sometimes.
17         Q        Did he ever call you names?
18         A        He would call me Noe.  Chris was
19    the one that would call me Mongolo.
20         Q        Were you offended by any of the
21    names that they called you?
22         A        No, that offend me.
23         Q        Did they treat you like a friend?
24         A        Sometimes, and sometimes I didn't
25    feel that way.
```

1                    L. N. Rodriguez

2        Q      Sometimes they treated you like an

3    employee; right?

4        A      Yes.

5        Q      Which was okay, because you were

6    an employee; right?

7        A      It was fine?

8        Q      Correct.

9        A      That's your question?

10       Q      Yes.

11       A      How is it going to be okay if they

12   leave me at home without working for several

13   weeks, for a whole week, two weeks?

14       Q      Maybe you should have called

15   Christopher Vecchia back.

16       A      He knows that I needed the work.

17   He knows that I know the work well.

18       Q      Maybe you should have called him

19   back, and you would have been able to work, but

20   you didn't call him back; correct?

21       A      I feel discriminated against.

22       Q      Of course.

23              They discriminated against you

24   why; because you're Hispanic?

25              MR. McNAMARA:  Objection.

78

1                    L. N. Rodriguez

2        A       Yes.

3        Q       Yes?

4        A       Yes.

5        Q       So they're treating you

6    differently because you're Hispanic?

7        A       Or maybe because of the lawsuit.

8    I never asked them why.

9        Q       Were you Hispanic when they hired

10   you?

11               MR. McNAMARA:  Objection.

12       A       I'm Hispanic.  I'm a good worker.

13   They needed a good worker.

14       Q       Just answer the question.

15               Were you Hispanic when they hired

16   you?

17               MR. McNAMARA:  Objection.

18       A       Of course.

19       Q       And all of your coworkers are

20   Hispanic; right?

21               MR. McNAMARA:  Objection.

22       A       Yes.

23       Q       Okay.  So they really weren't

24   discriminating against you because you're

25   Hispanic; correct?

79

1                      L. N. Rodriguez

2                      MR. McNAMARA:   Objection.

3          A        No, I'm saying myself.

4          Q        You're saying yourself that you

5    were discriminated against because you're

6    Hispanic; right?

7          A        Most of the people in my union are

8    white or American from here.  Another American

9    guy came to work, so then I saw that they

10   weren't going to call me anymore.  I felt less

11   at that point.

12         Q        So the union was discriminating

13   against you?

14         A        No, the union never discriminated

15   against me.

16         Q        But you're saying Suffolk Asphalt

17   discriminated against you; right?

18         A        Because the day after when I was

19   sick, they didn't call me.  That person was

20   working with three machines and I was home.

21   They didn't call me to work, so what can I

22   think?

23         Q        So you think that was because

24   you're Hispanic; right?

25         A        Not only because I'm Hispanic.

```
 1                        L. N. Rodriguez
 2    Maybe because of me, myself, or maybe because of
 3    what we did.  Maybe it was a retaliation.
 4                    MR. McNAMARA:  Off the record for
 5           a minute.
 6                    MR. ZABELL:  With regard to what?
 7                    MR. McNAMARA:  I was just about to
 8           say --
 9                    MR. ZABELL:  No.  Well, this is on
10           the record, so say it because I'm not a
11           big fan of going off the record.
12                    MR. McNAMARA:  We can continue on
13           the record.  That's fine.
14                    MR. ZABELL:  Good.
15        Q    You think you've been mistreated
16    in the United States because you're Hispanic;
17    right?
18        A    No.  There are a lot of good
19    people here.  This country is my second nation
20    and I'm grateful.
21        Q    Do you think that Louis Vecchia
22    took advantage of you because you're Hispanic?
23        A    Since we never complained, but you
24    get tired sometimes from so much abuse.
25        Q    But you just said he never abused
```

81

1                    L. N. Rodriguez

2     you.  He treated you nicely.

3                    MR. McNAMARA:  Objection.

4          Q     Did didn't you just testify to

5     that?

6          A     Me --

7          Q     Didn't you just testify to that?

8          A     Myself --

9          Q     I'm only talking about you.

10         A     -- regarding the work, just for

11    myself.

12         Q     Do you understand that there's a

13    difference between work and vacation?

14         A     Yes.

15         Q     And you don't get paid to go to

16    vacation?

17         A     No, they don't pay me.

18         Q     That's right.

19               You get paid to work; correct?

20         A     Yes.

21         Q     And you have to produce;

22    otherwise, it's not worth it to hire you;

23    correct?

24         A     Yes.

25         Q     You called working abuse; right?

82

1                    L. N. Rodriguez

2          A      No.  I'm talking about the hours

3    that they haven't paid us.  I'm not talking

4    about working.  If they have me there to work, I

5    work, and I've always done that.  I'm talking

6    about the hours that they haven't paid me for.

7    That's an abuse.

8          Q      You got a paycheck every week;

9    correct?

10         A      Yes, for the regular hours.  And

11   what about the overtime hours?

12         Q      Sometimes those checks indicated

13   overtime hours; did they not?

14         A      Sometimes.

15         Q      Yes or no?

16         A      Yes.

17         Q      Okay.

18                When is the paving season?

19         A      April to December.

20         Q      In the beginning of paving season,

21   you don't always work every day; correct?

22         A      Prior years when we started, we've

23   always worked quite a lot, but not this year.

24   This year, I didn't work much.

25         Q      Again, a wonderful answer, but not

83

1                        L. N. Rodriguez

2     the answer to the question that I asked you.

3                    Do you understand what I'm saying?

4         A       Yes.  You're telling me that

5     that's not the response.

6         Q       Do you agree that it's not the

7     response?

8         A       I thought that was the response.

9         Q       Do you not understand the

10    questions I'm asking you?

11        A       Yeah, I understand.  That's the

12    way that I'm understanding it.

13        Q       In the beginning of the season, do

14    you typically work every day of the week?

15        A       If there's no rain, yes, we work.

16        Q       In December, do you typically work

17    every day of the week?

18        A       We always work up to the 23rd of

19    December.  There was a recess, and then we

20    worked another two days later, and then that was

21    the end of the season.

22        Q       What if it snowed in December,

23    could you work in the snow?

24        A       We worked in the snow.  I didn't

25    work much for this company when it snowed.  It

84

1                    L. N. Rodriguez

2    was a little, it was a little, and just in

3    January and in February, very little, very

4    little.

5         Q      Do you know a fellow by the name

6    of Maynor Fajardo?

7         A      Yes, he was our foremen.

8         Q      Is Maynor Fajardo an honest man?

9         A      He's a coworker, and he likes to

10   joke around.  That's everything.  That's all I

11   can say.

12        Q      So he's not always truthful and

13   honest; correct?

14        A      If he has to tell you truth, he

15   tells you the truth.

16        Q      And if he doesn't have to tell you

17   the truth, he'll lie to you?

18        A      No, it's odd for him.  It's not

19   normal for him to tell lies.

20        Q      But sometimes he does?

21        A      Like all humans.

22        Q      You know, not all humans lie.

23               MR. McNAMARA:  Objection.

24        A      Okay.  I don't know of anyone.

25        Q      All the people you know lie?

85

1                    L. N. Rodriguez

2                    MR. McNAMARA:  Objection.

3          A      Not everyone lies at the same

4     level.

5          Q      Do your daughters lie to you?

6          A      I guess they did, but I don't

7     realize it.

8          Q      Does your wife lie to you?

9          A      I guess so, but I don't realize

10    it.

11         Q      Do you lie to her?

12         A      I said that I did.  I said that I

13    lied to her.

14         Q      Did you ever lie to

15    Maynor Fajardo?

16         A      Just joking around.  Just joking,

17    though, but not about work.

18         Q      Did Maynor Fajardo ever lie to

19    you?

20                MR. McNAMARA:  Objection.

21         A      No.  I don't remember that he ever

22    lied to me.

23         Q      Did you ever borrow money from

24    Suffolk Asphalt?

25         A      No, I never received a favor like

86

1                    L. N. Rodriguez

2     that.

3          Q       Do you know if Maynor Fajardo did?

4          A       I heard something, but I never saw

5     anything.  I never saw him get paid or anything.

6          Q       What did you hear?

7          A       I don't know.  According to him,

8     he had gotten paid.  That's what I heard.  I

9     never really listen to other people's problems.

10         Q       You're saying that, according to

11    him, he had gotten paid?

12         A       What I remember is that they had

13    given him a truck, and he was paying it off.

14    That's what I remember.

15         Q       Do you know if he paid that truck

16    off?

17         A       I think he had paid almost the

18    whole thing, but then they took it away from

19    him.

20         Q       Do you know why they took it away

21    from him?

22         A       What I realize was that he was

23    traveling.  I don't know.

24         Q       When was he traveling?

25         A       I don't know.  I don't remember.

```
 1                    L. N. Rodriguez

 2     I'm not really interested in other people's

 3     personal problems.

 4          Q     Do you know how long he was

 5     traveling for?

 6          A     No, I don't recall.

 7          Q     Was he gone for one month?

 8                MR. McNAMARA:  Objection.

 9          A     No, I don't recall.

10                MR. McNAMARA:  Objection.

11          Q     Was he gone for two months?

12                MR. McNAMARA:  Objection.

13          A     I don't recall.  I really don't

14     remember about that.

15          Q     Do you know if he was gone for one

16     month, two months, or seven months?

17                MR. McNAMARA:  Objection.

18          A     I don't know.  I don't remember.

19          Q     Do you know why he was gone?

20          A     According to what he said, he was

21     going to see his mother.

22          Q     Did he tell you he was going to

23     see his girlfriend, as well?

24                MR. McNAMARA:  Objection.

25          A     No, I don't know anything about
```

                                                          88
1                          L. N. Rodriguez

2      that.

3              Q        Do you know if he had a

4      girlfriend?

5              A        I don't know.  I don't know.  I

6      don't know anything personal about him.

7              Q        Do you know if he had a girlfriend

8      in Columbia?

9                       MR. McNAMARA:  Objection.

10             A        That's not his country; right?

11     Isn't Guatemala his country?

12             Q        Are you asking me, or are you

13     telling me?

14             A        That's the answer that I'm giving

15     you.  I don't know if he's from Columbia or from

16     Guatemala.  He's from Guatemala.

17             Q        Would it be strange for someone

18     from Guatemala to have a girlfriend in Columbia?

19                      MR. McNAMARA:  Objection.

20             A        I don't know.  I've never looked

21     at his trips or anything like that.

22             Q        Do you have a Columbian

23     girlfriend?

24             A        No, I have a wife here.

25             Q        So does he.

89

```
 1                      L. N. Rodriguez

 2         A      I have a wife here.  I don't have

 3  a girlfriend in another country.

 4         Q      Do you know if Louis Vecchia or

 5  Christopher Vecchia ever lent money to anybody

 6  else that you worked with?

 7         A      I don't know.  I really don't know

 8  anything about that.

 9         Q      Do you know if they lent money to

10  Pracelis Mendez?

11                MR. McNAMARA:  Objection.

12         A      No, I don't know about that.

13         Q      You never discussed that with

14  Pracelis Mendez?

15         A      He has been -- he doesn't really

16  talk about his personal problems to other

17  people.  For example, we're coworkers, but we

18  hardly speak.

19         Q      Didn't he help you get your job?

20         A      That's why.  That's about work.

21         Q      He didn't tell you that

22  Louis Vecchia lent him money for a down payment

23  on his house?

24         A      No, he hasn't said anything.

25         Q      He lent him $25,000.
```

90

1                        L. N. Rodriguez

2                    MR. McNAMARA:  Objection.

3          A        I have no idea.

4          Q        That's pretty generous of

5     Louis Vecchia; don't you think?

6                    MR. McNAMARA:  Objection.

7          A        Maybe.  If he lent it to him, let

8     him say it, but I don't know.

9          Q        How much are you looking for in

10    the lawsuit against Suffolk Paving?

11         A        I want what's fair.

12         Q        How much is fair?

13         A        For me, fair would be the hours

14    that are close to the hours that we've worked.

15         Q        How much?

16                   MR. McNAMARA:  Objection.

17         A        I don't have an approximation.

18         Q        Why not?

19         A        I have a paper at home, but I

20    don't have it in my mind.

21         Q        What does that paper at home say?

22         A        It's like a statement from all the

23    years, the hours.

24         Q        Who prepared that statement?

25         A        I did it myself.

91

```
 1                      L. N. Rodriguez

 2          Q        Did you review that document

 3     before you came here today?

 4          A        No, that's why I don't remember.

 5          Q        Did you provide that statement to

 6     your attorneys?

 7          A        They know more or less about that.

 8     They know.

 9          Q        Did you provide that statement to

10     your attorneys?

11                   MR. McNAMARA:  Objection.

12                   This is covering attorney/client

13              privilege.

14                   MR. ZABELL:  No, it's not.  Think

15              about it.  I'm asking if he provided it

16              to his attorneys.

17          A        I don't know --

18          Q        Yes or no?

19          A        -- the approximate amount that I

20     made.

21          Q        Yes or no, did you provide that

22     document to your attorneys; yes or no?

23          A        Yes, yes, yes, I did.

24          Q        Why did you prepare that document?

25          A        Because I want to get what I think
```

92

```
 1                    L. N. Rodriguez

 2    is just.

 3          Q      Did anybody ask you to prepare

 4    that document?

 5          A      No, I did it myself personally.

 6                 MR. ZABELL:  We made a demand for

 7                 documents that match the description of

 8                 this document.

 9                 This is a document that he just

10                 testified that he prepared by himself

11                 without the request of his attorney.

12                 We're entitled to a copy of this

13                 document.  I'm demanding a copy of this

14                 document.

15                 MR. McNAMARA:  Okay.  And as we

16                 previously stated --

17                 MR. ZABELL:  I strongly suggest

18                 that you send him home during the break

19                 to get this document so that we do not

20                 have to bring him back so that he does

21                 not lose another day of work.

22                 Why don't you take a minute to

23                 discuss it with him.

24                 MR. McNAMARA:  Okay.  We'll step

25                 outside.
```

93

1                    L. N. Rodriguez

2                    (Whereupon, a recess was taken at

3            this time.)

4            Q      Mr. Rodriguez, you know where this

5    document is at home; correct?

6            A      Yes, I have it where I have my

7    things, my personal things.

8            Q      In your house in Brentwood;

9    correct?

10           A      Yes.

11           Q      The basement you talked about

12   before; correct?

13           A      Yes.

14           Q      Your house is about ten minutes

15   away from here; correct?

16           A      No, it's further.

17           Q      Fifteen minutes?

18           A      Fifteen, or twenty minutes.

19           Q      During lunch, I want you to go

20   home and get that document.  This way, you won't

21   lose another's day work by having to come back.

22                  Do you understand?

23                  MR. ZABELL:  Do not help him.

24           Q      Do you understand?

25           A      Yes.

94

1                    L. N. Rodriguez

2                    Can't I do it now?  I can do it

3     now --

4          Q     You want to do it now?

5                Go ahead.

6          A     -- because I did it myself.

7          Q     Go ahead.

8          A     I need a pencil.

9          Q     No, I want to see this document

10    that you said you produced.

11         A     It's done by hand.  That document

12    that I have, it's not done by typewriter or

13    computer.  It's written by hand.  It's done by

14    hand.

15         Q     That's fine.

16               That's the document that you

17    should have turned over before that I have a

18    right to see, and I'm just trying to save you

19    from having to miss another day's work.

20               Didn't your lawyers tell you that

21    you had to provide that document before?

22         A     No, because it's an approximation.

23    It's not something that's exact.

24               MR. ZABELL:  It doesn't matter.

25          You can go ahead and get it now.

95

```
1                   L. N. Rodriguez
2              I'll adjourn for an hour until you
3         go get it, we can take our lunch break,
4         and you can go get it; okay?
5                   THE WITNESS:  Yes.
6                   MR. ZABELL:  Go ahead.
7                   THE WITNESS:  (Nodding.)
8         Q     Is that a yes?
9         A     Yes.
10                  MR. ZABELL:  Okay, go ahead.
11                  MR. McNAMARA:  Off the record.
12                  MR. ZABELL:  Do you want to go off
13        the record, Counselor?
14              He just said yes, that he
15        understands, and he wants to go get it.
16                  MR. McNAMARA:  I just want to talk
17        to him, and I don't feel like talking --
18                  MR. ZABELL:  Why don't you jump in
19        the car with him.  You can go get it with
20        him.
21              Let's break for lunch.  We'll meet
22        back at 1:30.
23                  MR. McNAMARA:  Okay, fine.
24              (Whereupon, a luncheon recess was
25        taken from 12:10 p.m. to 1:40 p.m.)
```

96

1                       L. N. Rodriguez

2          Q        You had a good lunch?

3          A        Yes.

4                   (A handwritten document was marked

5               as Defendants' Exhibit Number 14, for

6               identification, as of this date.)

7          Q        I'm going to show you a document I

8     just marked as Defendants' Exhibit 14.

9          A        Yes.

10         Q        That's the document you just went

11    home and got; right?

12         A        Yes.

13         Q        That's the document with all your

14    calculations on it; right?

15         A        Yes.

16         Q        When did you create this document?

17         A        Yesterday, yesterday.

18         Q        Didn't you testify that it was a

19    couple of weeks ago that you created this

20    document?

21                  MR. McNAMARA:  Objection.

22         A        No, I didn't say that before.  I

23    didn't give a time, only that I had a

24    calculation.

25         Q        I have the record, sir.

97

1                          L. N. Rodriguez

2                          You didn't say that you prepared

3    that calculation a couple of weeks ago?

4          A       No, I didn't give a time.

5          Q       In 2002, who did you work for?

6          A       Suffolk Paving Corporation.

7          Q       What did you do for them?

8          A       I started as a laborer, and

9    half-a-year later, I started as a roller.

10         Q       How much did you make in 2002?

11         A       I was earning $15 an hour.

12         Q       What kind of jobs were you doing?

13         A       First, I did labor, and then, I

14   started as a roller with the machine.

15         Q       You were paid by check for all the

16   work you performed; correct?

17         A       Correct.

18         Q       In 2003, who did you work for?

19         A       Suffolk Paving Corporation.

20         Q       You worked for Suffolk Paving

21   Corporation throughout your entire history from

22   2002 all the way to 2009; right?

23         A       No.  I worked for Suffolk Paving

24   Corporation 2002 until 2004.

25         Q       In 2003, how much were you paid an

98

1                      L. N. Rodriguez

2    hour?

3          A     The first half of the year, they

4    paid me $15, the same as 2002.  The rest of the

5    year, they paid me $20 an hour.

6          Q     You got paid a check for all your

7    hours worked; correct?

8          A       Yes, correct.

9          Q       In 2004, who did you work for?

10         A       Suffolk Paving Corporation.

11         Q       How much did you get paid an hour

12   in 2004?

13         A       Until halfway through 2003, I

14   earned the same $20 an hour, and then the rest

15   of the time, they raised me to $22.50.

16         Q       You got paid by check for all the

17   hours you worked for Suffolk Paving in 2004;

18   right?

19         A     Yes, in check.

20         Q       In 2005, you went away; correct?

21         A       Yes, I left in 2005.  I only

22   worked like two days, and then, I was absent.  I

23   left for two years; 2005, 2006.

24         Q       That's when you went to work for

25   your brother and then for yourself; right?

99

1                    L. N. Rodriguez

2        A      Yes.

3        Q      For the short period of time you

4    worked in 2005, you also got paid by check;

5    correct?

6        A      For Suffolk Corporation?

7        Q      For Suffolk Paving.

8        A      Yes, they paid me about two days

9    that I worked in 2005 by check.  It was in

10   January of 2005, the last two days or something

11   like that.

12       Q      In 2005, you got paid by check for

13   the hours that you worked; correct?

14       A      Yes, correct.

15       Q      From 2002 through 2005, you worked

16   for Suffolk Paving; correct?

17       A      Yes.

18       Q      And as you testified, you got paid

19   in a check for the hours that you worked for

20   them; correct?

21       A      For the forty regular ones.

22       Q      And you never got paid any

23   overtime in a check; correct?

24       A      Some hours.

25       Q      And you only worked some overtime

100

1                        L. N. Rodriguez

2     hours; correct?

3                        MR. McNAMARA:  Objection.

4          A       No, no.  It's always the same.  We

5     did pretty much overtime.

6          Q       You did pretty much overtime;

7     that's what you're testifying?

8          A       Yes.

9          Q       How are you calculating overtime?

10         A       I calculate it because a month has

11    four weeks, and the month has thirty days, but

12    I'm taking away two days.  The overtime, I

13    didn't calculate on sixty hours that a week has,

14    but I calculated it on fifty-six.  I rounded it.

15         Q       So you're saying that every week

16    you worked, you worked sixteen hours overtime?

17         A       I calculated that according to the

18    weeks that I went over twenty.

19         Q       The weeks that you went over

20    twenty what?

21         A       When I work for Suffolk Paving,

22    there were weeks that we worked seventy.  There

23    were times, not every week.

24         Q       When do you think you earn

25    overtime payments?

101

1                    L. N. Rodriguez

2        A        After the forty hours.

3        Q        So you're saying you didn't get

4    overtime after forty hours worked in a week?

5        A        Yes, that's correct.  It's after

6    forty hours, and it's time-and-a-half.

7        Q        Were there some weeks that you

8    worked for Suffolk Paving that you didn't work

9    more than forty hours in a week?

10       A        That's why I figured it out by

11   using fifty-six per week.

12       Q        Did you work fifty-six hours every

13   week that you worked for Suffolk Paving?

14       A        Not exactly.  That's an

15   approximation what you see there.

16       Q        What weeks in 2002 did you work

17   fifty-six hours for Suffolk Paving?

18       A        I don't recall that week.  It was

19   a long time ago.

20       Q        What weeks in 2003 did you work

21   fifty-six hours?

22       A        I don't recall that.

23       Q        What weeks in 2004 did you work

24   fifty-six hours?

25       A        I don't recall.  I don't remember

102

                                L. N. Rodriguez

1

2      that.

3              Q       What weeks in 2007 did you work

4      fifty-six hours?

5              A       I don't recall.

6              Q       What weeks in 2008 did you work

7      fifty-six hours?

8              A       I don't recall.

9              Q       What weeks in 2009 did you work

10     fifty-six hours?

11             A       I don't remember that.

12             Q       You can't remember what weeks you

13     worked fifty-six hours; correct?

14             A       Yes, but can I explain why.

15             Q       No.

16             A       Okay.  Then, I don't remember.

17             Q       You don't remember.

18                     What do you remember?

19                     MR. McNAMARA:  Objection.

20             A       Because it's the same thing every

21     week, the same routine.

22             Q       Even if you get sent home early

23     for rain?

24             A       That's why I'm calculating

25     fifty-six, an approximation.

103

1                    L. N. Rodriguez

2         Q       And you did it for twelve months

3    out of the year?

4         A       No, for nine.

5         Q       For nine?

6         A       Yes.

7         Q       This is all you came up with was

8    Exhibit 14; correct?

9         A       That's the only thing that I've

10   calculated on my own.

11        Q       Did you use a calculator?

12        A       Yes.

13        Q       Did you ever provide this to your

14   attorney?

15        A       He saw it, but he doesn't have

16   that paper because I made it yesterday.

17        Q       Who is the "he" that you're

18   referring to?

19        A       My attorney.

20        Q       Who?

21        A       Ian Wallace.

22        Q       Not the fellow next to you?

23        A       No, no.  This is the first time

24   that I've met him.

25        Q       He's a nice enough guy; right?

104

                          L. N. Rodriguez

1

2        A       Yes.

3        Q       What's his name?

4        A       Patrick.

5        Q       Patrick what?

6        A       Only Patrick.  I don't know.  I

7   only know Patrick.

8        Q       He won't tell you his last name or

9   you can't remember it?

10       A       I only know him as Patrick.

11       Q       You can't remember his last name?

12       A       No, I don't recall.

13       Q       When did he tell you his last

14   name?

15       A       He hasn't told me.  I only know

16   his first name.

17               MR. ZABELL:  Counselor, have you

18          told your client your last name?

19               MR. McNAMARA:  I gave him my card.

20          I don't recall specifically giving him my

21          last name.

22       Q       Did he give you his business card?

23       A       Yes, but I haven't looked at it.

24       Q       Really?  You were playing with it,

25   and you were staring at it before.

105

1                      L. N. Rodriguez

2          A      I was playing with it, but I

3    wasn't looking at it.

4          Q      What years did you work for

5    Suffolk Paving?

6                 MR. McNAMARA:  Objection.

7          A      For Suffolk Paving?

8          Q      Yes.

9          A      I worked 2002, 2003, 2004, and two

10   days or three days in 2005.  Yes, correct,

11   that's what I have.

12         Q      In 2007, who did you work for?

13         A      For Suffolk Asphalt Paving.

14         Q      Is that the same company?

15         A      No, it's the union company.

16         Q      Are you sure?

17         A      Yes, Suffolk.  That's what I have

18   in my records.

19         Q      How did you find your current

20   attorney, Mr. Wallace?

21         A      How did I find him for the first

22   time?  What is the question?

23         Q      Yes.

24         A      A friend of ours related to what

25   we have here.  He's not involved, though.

106

1                    L. N. Rodriguez

2        Q        What's his name?

3        A        I don't know.  His name is like

4    Juan.  I don't really know him that well.  I

5    don't know him very well by name.

6        Q        I thought he was a friend of

7    yours.

8        A        Yes, he was, but I don't know his

9    name very well.

10        Q        What did he tell you?

11        A        He gave us his number; the

12    attorney's number.

13        Q        Why?

14        A        Because he thought he was a good

15    attorney.

16        Q        And you don't remember his name?

17        A        No, I don't know his exact name.

18        Q        Did Christopher Vecchia ever leave

19    you a telephone message?

20        A        When?

21        Q        The end of August.

22        A        No, I don't have a message.

23        Q        Did you delete it?

24        A        No, I don't have a message.

25        Q        Does your wife play with your

107

                        L. N. Rodriguez

1

2    phone?

3          A      No.

4          Q      Do your kids play with your phone?

5          A      Never.

6          Q      If I have phone records that show

7    he left a message, you'd be lying; correct?

8                 MR. McNAMARA:  Objection.

9          A      Do it.  I'm sure he didn't.

10         Q      If he left a message at 275-9678,

11   that would be your telephone number; right?

12                MR. McNAMARA:  Objection.

13         A      275-9678.

14         Q      Answer the question.

15                MR. McNAMARA:  Objection.

16         A      That is my telephone number.

17         Q      If he left a message on that

18   number, you would have gotten it; right?

19         A      What did you say?

20         Q      If he left a message at that

21   number, you would have gotten it?

22         A      Yes, of course.  I look at my

23   messages, but sometimes I don't get them because

24   of the signal.

25         Q      But if you don't get them right

108

                         L. N. Rodriguez

1

2    away, you get them later on; right?

3         A      Yes, or sometimes I don't even

4    notice.  I don't really check my phone much.

5         Q      So before when you just said you

6    check your messages, you were lying?

7         A      No, no.  I said that I haven't

8    seen any message from him.  That's what I said.

9         Q      Do you check your messages; si or

10   no?

11        A      Sometimes I don't look at them.

12   Sometimes I don't look.  Sometimes I forget.

13        Q      So you don't always check your

14   messages; correct?

15        A      Not always; no.

16        Q      So Christopher Vecchia may have

17   left you a message; correct?

18        A      No, I didn't see any message from

19   Chris Vecchia.

20        Q      But you don't always look; right?

21        A      It's just that I'm telling you

22   that I haven't seen any, and maybe I didn't look

23   at it that time since I don't look at them all

24   the time.

25        Q      Did your attorney convey to you

1                    L. N. Rodriguez

2    that there was a settlement offer in this case?

3         A      That's why we're in the case,

4    because they're trying to help us.  We're trying

5    to settle.

6         Q      Did anybody tell you that somebody

7    offered money to you to settle?

8         A      No, I'm doing it for my own

9    initiative.

10        Q      Did your lawyers tell you that

11   there was a settlement offer in this case?

12        A      No, my attorneys have told me that

13   they haven't wanted to offer anything.

14        Q      So your attorneys did not tell you

15   that Suffolk Asphalt offered some money to

16   settle this case?

17        A      No, they haven't said anything

18   about that.  The only thing they said was that

19   the boss didn't want to fix everything.

20        Q      It appears that you're being lied

21   to, sir, because for purposes of settling this

22   case, Mr. Vecchia did offer your attorneys some

23   money to settle.

24               I'm disappointed that they

25   concealed that from you.  I strongly suggest

110

                         L. N. Rodriguez

1

2    that you contact them or alternate counsel to

3    ensure that you are being fully and

4    appropriately represented.

5         A     I trust them.

6         Q     Really?  Because they spoke to you

7    yesterday; correct?

8         A     Yes.

9         Q     And they never told you yesterday

10   that there was a settlement offer; correct?

11        A     No.  Because what we spoke about

12   was today's conversation.

13        Q     You know they have an obligation

14   to reveal to you a settlement offer; correct?

15             MR. McNAMARA:  Objection.

16        A     I guess they're waiting for the

17   appropriate moment to get us all together and to

18   tell us all.

19        Q     They don't have that right, sir.

20   They have an obligation to reveal this to you.

21             Do you know why they are

22   concealing it from you?

23             MR. McNAMARA:  Stop.  I keep

24        trying to get you to stop.

25             MR. ZABELL:  No, I'm entitled to

1                        L. N. Rodriguez

2            ask the question.  I'm not going to stop.

3                    MR. McNAMARA:  I've tried to have

4            you stop --

5            Q      Do you know why they're concealing

6      this information from you?

7            A      No, I don't know.

8            Q      I strongly suggest to you that you

9      try and find out from them.

10                   Now your lawyer wants to interrupt

11     me now.

12                   Should we allow him to interrupt

13     us?

14           A      He is my attorney.  He has the

15     right to speak.

16           Q      So you want me to allow him to

17     speak?

18           A      Yes.

19           Q      Okay.  But before I do that, maybe

20     you should ask him about the settlement offer.

21                   Go ahead, you may.  You may ask

22     him.

23           A      I have to ask him?

24           Q      Yes.

25           A      How can I?

112

1                    L. N. Rodriguez

2                My English is not so good.

3          Q     I don't know.  It's not my job to

4    help you.

5          A     But then, I would have to call the

6    other ones.

7          Q     Go ahead.  You may.

8          A     There's no signal here.  How can I

9    do it?

10         Q     Speak to your attorney.  He'll

11   advise you.

12              MR. McNAMARA:  Can we please go

13         off the record for a second?

14              MR. ZABELL:  Yes.

15              (Whereupon, a discussion was held

16         off the record.)

17              MR. McNAMARA:  I need to request a

18         recess at this time so that I can call my

19         office.

20              MR. ZABELL:  That's fine.  Go

21         ahead.

22              (Whereupon, a recess was taken at

23         this time.)

24              MR. ZABELL:  What was the last

25         question?

113

```
 1                    L. N. Rodriguez
 2                    (Whereupon, the requested portion
 3              of the record was read by the court
 4              reporter.)
 5          Q     Did you speak to your attorney?
 6          A     Yes.
 7          Q     Did he clear up why everything was
 8     being concealed from you?
 9          A     He cleared it up because it wasn't
10     him that they offered it to.  It was
11     Pracelis Mendez that they offered it to.
12          Q     No, that's not true.
13                So he lied to you?
14                MR. McNAMARA:  Objection.
15          A     He said that it was a confusion, a
16     confusion.  It was Louis Vecchia who spoke with
17     Mendez and offered him a certain amount.
18          Q     And your lawyer knew that?
19          A     No, it's just that it was a
20     confusion.  It seems that they offered it to
21     Mendez, not to the attorneys.
22          Q     No, that's not true.
23                Do you know how much your lawyers
24     asked for in settlement on your behalf?
25          A     No, I don't know exactly.
```

114

1                    L. N. Rodriguez

2          Q        They didn't tell you that they

3    made a two-and-a-half million dollar demand?

4          A        Yes, for everyone; yes.

5          Q        They did tell you that?

6          A        Yes, but that's not my exact

7    amount, not just for me.  That's for everybody.

8          Q        What is your exact amount?

9          A        My amount is about two hundred

10   thirteen, around there.  That's my personal

11   approximation.  That's mine.

12         Q        Your personal amount is two

13   hundred thirteen, but the amount that you wrote

14   down on Exhibit 14 is $172,000; correct?

15                  MR. McNAMARA:  Objection.

16         A        Well --

17         Q        Correct?

18         A        I --

19         Q        Si or no?

20         A        Yes, yes; correct.

21         Q        You're not sure how much you want?

22         A        I'm not sure exactly how much it

23   is.

24         Q        Did you ever get paid double time

25   when you were working for the defendants?

115

                    L. N. Rodriguez

1

2       A       Double time?

3       Q       That was the question I asked you.

4       A       For my union, yes.  With my union,

5   yes.

6       Q       So the union paid you?

7               MR. McNAMARA:  Objection.

8       A       No, it's just that I work through

9   the union, and they're the ones who give me the

10  check.

11      Q       So the union pays you?

12      A       No, Suffolk Asphalt Corporation

13  was paying me.

14      Q       Well, do you work for Suffolk

15  Asphalt, or do you work for the union?

16      A       No, the union is for -- to give

17  the rules about the payments and all of that.

18      Q       What are the rules about the

19  payments?

20      A       That after forty hours, you have

21  to pay double time.  That's what Local 138 is.

22  I don't know what the other one is.

23      Q       Are you familiar with any other

24  unions?

25      A       Just 1298; laborers.

1                    L. N. Rodriguez

2        Q       But you were not in 1298; correct?

3        A       I'm in 138.

4        Q       Do you know what any other rules

5   are from the union regarding your pay?

6        A       Regarding my pay or my rights?

7        Q       Either/or.

8        A       I have the right for them to pay

9   me my holidays, rain dates, sick days, my

10  vacation.  That's what it is.  If there is

11  anything between me and my boss, any offense, I

12  should tell them.

13       Q       Did you follow those instructions?

14       A       I did not follow them.  I did not

15  follow them.

16       Q       Why did you not follow them?

17       A       I wanted to keep my job in the

18  first place and maybe because of ignorance or

19  maybe because I could not find another job

20  quickly.  I didn't know.  I had never been

21  working at any other company doing that kind of

22  work.

23       Q       Do you know Renato Guerra?

24       A       Yes.

25       Q       Who is Renato Guerra?

117

                           L. N. Rodriguez

2          A       Guerra, he's the foreman.

3          Q       Do you know who Maynor Fajardo is?

4          A       He is the same one, I think.

5     Isn't it?

6          Q       Do you know why he has two

7     different names?

8          A       No, I don't know.  I don't know

9     why.

10         Q       Is he the same person?

11         A       I think so.

12         Q       What do you call him?

13         A       Renato.

14         Q       Did you work with Renato?

15         A       Yes.  I worked for a long time

16    with him in his group.

17         Q       Do you know what time he would

18    come to work in the morning?

19         A       There were times when he would go

20    earlier because he painted lines.

21         Q       Again, a very nice answer, just

22    not the answer to the question I asked you.

23                 MR. McNAMARA:  Objection.

24         Q       Do you know what time he went to

25    work?

118

1                    L. N. Rodriguez

2              MR. McNAMARA:  Objection.

3         Q       Yes or no?

4         A       Okay, okay.  At 6:00, 5:30, 6:00,

5    5:30 -- when he finished work at 6:00, 7:00 --

6    it varied, depending on the day that he was

7    working.

8         Q       So the answer to my question would

9    be:  Yes, you do know what time he went to work?

10        A       Not every day.  I wasn't with him

11   every day.

12        Q       How do you know what time he went

13   to work?

14        A       I know of those days, because I

15   was driving the company pickup truck with him.

16        Q       So you drove him in the truck?

17        A       No.  That was when I worked for

18   Suffolk Paving Corporation.  When I started

19   working for Suffolk Asphalt Corporation, I used

20   to drive the box truck, and before, for a

21   year-and-a-half, I drove the pickup truck.

22        Q       Was he in the truck with you?

23        A       Not in the box truck.

24        Q       Was he in the pickup truck with

25   you?

119

1                          L. N. Rodriguez

2          A      In the pickup truck in the

3    year-and-a-half that I was driving, he was with

4    me.

5          Q      Did you get to take that pickup

6    truck home?

7          A      Yes.  I would take it to his

8    house, and I would take it home, because he

9    didn't have a license at that time and I did

10   have one.

11         Q      When do you believe you stopped

12   working the days that you would drive him home?

13         A      Those days -- I never took those

14   days or those hours into account in my

15   calculations.

16         Q      So the only hours you took into

17   account in your calculations were the hours that

18   you actually worked on the job; correct?

19         A      Yes.  At the jobs and when I would

20   get to the yard.

21         Q      Are you including travel time in

22   your calculations?

23                MR. McNAMARA:  Objection.

24         A      No, from the house to work.  No.

25         Q      You're only calculating the time

120

1                           L. N. Rodriguez

2      that you are on the worksite; correct?

3              A       Only --

4              Q       Correct; si or no?

5              A       Yes; correct.

6              Q       Do you know what an interrogatory

7      is?

8              A       Yes, what we're doing now.

9              Q       No.

10             A       For me, that's what it is.  I

11     don't know.  I'm not an attorney.

12             Q       This is called a deposition.

13             A       Yes, okay.

14             Q       Did your attorneys show you any

15     documents asking you questions?

16             A       Questions about you?

17             Q       Si, yes.

18             A       No, no.

19             Q       I'm going to show you a document

20     previously identified as Defendants' Exhibit

21     Number 3.

22                     Did you ever see that document

23     before?

24             A       No, I haven't seen this.

25             Q       Okay, thank you.

121

1                    L. N. Rodriguez

2            MR. ZABELL:  Let the record

3       reflect that the document identified as

4       Defendants' Exhibit 3 is the Plaintiffs'

5       second amended complaint and jury demand.

6            (A document consisting of

7       Plaintiffs' second amended complaint and

8       jury demand was marked as Defendants'

9       Exhibit Number 15, for identification, as

10      of this date.)

11      Q    I'm going to show you a document

12  identified as Defendants' Exhibit Number 15.

13           Have you ever seen that document

14  before?

15      A    No, this is the same one.  I

16  haven't seen it.

17      Q    You haven't seen that one, either?

18      A    No.

19           MR. ZABELL:  Let the record

20      reflect that Defendants' 15 is

21      Defendants' first request for the

22      production of documents.

23           (A document consisting of

24      Defendants' first request for the

25      production of documents was marked as

122

1              L. N. Rodriguez

2         Defendant's Exhibit Number 16, for

3         identification, as of this date.)

4         Q     I'm going to show you another

5    document.

6              Have you ever seen that document?

7    That's Defendants' Exhibit 16.

8         A     No.

9              MR. McNAMARA:  You just marked

10        those two now?

11             MR. ZABELL:  Yes.

12        Q     So you never saw that document

13   either; correct?

14        A     No, I haven't seen it.

15        Q     Okay, thank you.  Give it back,

16   please.

17        A     (Handing.)

18             MR. ZABELL:  Let the record

19        reflect that the document I just showed

20        this witness was Defendants' first set of

21        interrogatories to Plaintiff.

22             You would imagine that he would

23        have seen it.

24        Q     Do you know why your attorneys

25   didn't show you those documents?

123

1              L. N. Rodriguez

2              MR. McNAMARA:  Objection.

3       A      No, I don't know.  I have seen

4    others, but not those.

5       Q      Yes, nothing else.

6              You got most of your pay from the

7    defendants; did you not?

8              MR. McNAMARA:  Objection.

9       A      Excuse me.  Can you repeat the

10   question?

11      Q      You got most of your pay from the

12   defendants; correct, in your weekly paychecks?

13      A      If my attorney received -- it's

14   just that I don't understand.  I don't

15   understand.

16      Q      What don't you understand?

17      A      When he receives most of the pay

18   from the defendants; who?

19      Q      You got weekly paychecks; right?

20      A      Yes.

21      Q      That covered all your regular

22   hours of work; correct?

23      A      Yes.

24      Q      Do you know who Walter Garcia is?

25      A      Yes.

124

1                       L. N. Rodriguez

2           Q       Who is Walter Garcia?

3           A       He was a coworker.  When I used to

4    do the rolling on the machine, he did the same

5    work that I did.

6           Q       Do you know who Walter Garcia

7    works for now?

8           A       He work for a company called

9    Pioneer, it seems.

10          Q       Do you know who Osmar Pagoada is?

11          A       Yes, I know who he is.  Yes, he's

12   a coworker.  He was a coworker.

13          Q       Do you know who he works for now?

14          A       I don't know who he works for now.

15          Q       Do you know who Edwin Rivera is?

16          A       Yes, he was a coworker, as well.

17          Q       Do you know where he works now?

18          A       Yes, he works for Intercounty

19   Paving Corporation.

20          Q       Do you know who Carlos Escalante

21   is?

22          A       Yes.

23          Q       Do you know where he works now?

24          A       He works for Pioneer.

25          Q       Do you know who Jose Vega Castillo

125

1                        L. N. Rodriguez

2    is?

3         A        Yes, I know who Vega Castillo is.

4         Q        Who is he?

5         A        He was a coworker of mine, and he

6    works for a company called Three Star.

7         Q        Did you ever collect unemployment

8    benefits?

9         A        I collected the week that it

10   rained a lot, but they haven't paid me.  They

11   have to pay for me because they found out that I

12   didn't go to work.

13        Q        Who found out that you didn't go

14   to work?

15        A        I guess it was Chris who said that

16   the assistant of the Labor Department called,

17   and that they had said that I hadn't gone to

18   work.

19        Q        That you refused to go to work?

20        A        Yes, exactly.

21        Q        Because you didn't check your

22   messages; correct?

23        A        I didn't see any messages or I

24   didn't receive any messages.  I haven't seen

25   anything.

126

```
 1                    L. N. Rodriguez
 2        Q        But have you looked?
 3                 MR. McNAMARA:   Objection.
 4        A        I haven't seen anything.
 5        Q        But have you looked?
 6        A        I haven't seen anything.
 7        Q        Listen to the question that I'm
 8   asking you:  Did you look to see if you got a
 9   voicemail from Chris Vecchia?
10        A        I haven't seen any message from
11   Chris Vecchia.
12        Q        Did you look with your eyes?
13        A        I haven't seen with my eyes.
14        Q        Did you look?
15        A        I haven't seen.
16        Q        I known you haven't seen, but did
17   you look?
18        A        I haven't looked, I haven't seen.
19   None of that.
20        Q        Thank you.
21                 It's good to be honest; isn't it?
22   It makes you feel better.
23                 Don't you feel better now that
24   you're honest?
25        A        Of course.
```

127

                        L. N. Rodriguez

1

2        Q      Okay, very good.

3        A      I'm honest.  I'm speaking only the

4    truth.

5        Q      No, you're not.

6        A      Yes.

7        Q      Did you ever know that the

8    vehicles that you were driving had GPS reports?

9        A      Yes.  I would imagine that a

10   company has to have that.

11       Q      Do you know that those GPS systems

12   tracked wherever you went with the vehicle?

13       A      No, I never knew that they knew

14   exactly where I went.  I know they have a GPS,

15   but I didn't know that they were always checking

16   where I would go.

17       Q      Your lawyer didn't send you all

18   the reports that showed you where you were in

19   the vehicles?

20       A      No, my attorney hasn't told me

21   about that.

22              MR. ZABELL:  Ask him.  Go ahead,

23          ask him.  You can ask him in private.

24              MR. McNAMARA:  Come with me a

25          second.

128

1                    L. N. Rodriguez

2              (Whereupon, a recess was taken at

3         this time.)

4         Q      You spoke to him?

5         A      Yes.

6         Q      He cleared it up?

7         A      Yes.

8         Q      I'm not lying to you; right?

9         A      No.  What I understood, since I

10   don't speak much English, I understood a little

11   bit of what he said.

12         Q      Do you want time to speak to Ian?

13         A      I don't know.  If I have the

14   opportunity, I would like to speak to him, as

15   well.

16              MR. ZABELL:  I will give you that

17         opportunity, because I want to be fair to

18         you.

19              MR. McNAMARA:  We'll be back in a

20         few minutes.  We'll be outside.

21              (Whereupon, a recess was taken at

22         this time.)

23              MR. ZABELL:  You got everything

24         cleared up, Counselor?

25              MR. McNAMARA:  We've been clear

129

                              L. N. Rodriguez

1

2          the whole time.

3          Q       You have everything cleared up?

4          A       Yes.

5          Q       Is there anything you'd like to

6    say?

7          A       They hardly check the GPS.

8          Q       Your attorneys hardly checked the

9    GPSs?

10         A       No, I'm saying that they don't

11   have information saying that they check the GPSs

12   often.

13         Q       No?

14         A       No.

15         Q       They didn't show you the reams and

16   reams of paper showing what times you arrived on

17   the job site, when the vehicles moved, and the

18   7-Elevens that you went to?  You don't remember

19   that?

20         A       They didn't show me anything like

21   that.  They showed me other papers.

22         Q       Did they tell you that they had

23   that?

24                 MR. McNAMARA:  Objection.

25         A       No.  They told me that they don't

130

                    L. N. Rodriguez

1

2    have much information on that.

3         Q     That's not honest.

4               Did you ever play soccer when you

5    were at a job site?

6         A     Maybe two times or three times

7    when the machines would beak down.

8         Q     Two or three times a week?

9         A     No.  Maybe once a year.

10        Q     Once a year?

11        A     I hardly ever had a chance to

12   hangout with the rest of them, because I was

13   always on the machine.  I was always the last

14   one to finish the work on the machine.

15        Q     Did you ever take a lunch break?

16        A     It was unusual.

17        Q     Really?  Because you said you

18   never ate breakfast, so you also never ate lunch

19   too?

20        A     In the truck, in the truck, or on

21   the roller; working and eating.

22        Q     What would you eat on the roller?

23        A     My food, my favorite food.

24        Q     What's your favorite food?

25        A     Hispanic food.

131

                        L. N. Rodriguez

1

2          Q       What kind of Hispanic food; arroz

3     con pollo?

4          A       Arroz con pollo, rice and beans,

5     chicken, and that's it.

6          Q       Fish?

7          A       Everything.  Any kind of meat.  I

8     like everything.

9          Q       Goat?

10         A       No, I've never tasted that.

11         Q       Snails?

12                 MR. McNAMARA:  Objection.

13         A       What is that?

14         Q       Snails.

15         A       Snakes -- snails?  Yes, yes.

16         Q       You like that?

17         A       No, but I didn't eat that at work,

18    because you eat that raw.

19         Q       You eat snails raw?

20         A       Yes, with lemon and sauce.

21         Q       Raw?

22                 MR. McNAMARA:  Like clams or

23              oysters.

24         Q       Where would you get your food?

25         A       I would make it at home.

132

1                        L. N. Rodriguez

2          Q       You would never buy it from a

3     store during the day?

4          A       Very rarely, very rarely.

5     Sometimes they would send someone to buy some

6     things.

7          Q       Didn't most of your coworkers buy

8     lunch?

9          A       Some of them did buy it, but

10    maybe -- I think they used to pay before going

11    to the yard, and they would buy something.

12         Q       Where?

13         A       In the delis, 7-Eleven.

14         Q       That's where you get your coffee;

15    right?

16         A       Yes; correct.

17         Q       Did your coworkers take a lunch

18    break?

19         A       Not always.  Very unusual.  If we

20    ate, we did everything very fast.

21         Q       Did you ever take a coffee break?

22         A       If we did have coffee -- if one of

23    the drivers had coffee, we would do it very

24    quickly.  We would drink it very fast, and then

25    we would work.

133

1                    L. N. Rodriguez

2              (A bulletin board was marked as

3         Defendants' Exhibit 17, for

4         identification, as of this date.)

5         Q     I'm going to show you document

6    that I've marked as Defendants' Exhibit

7    Number 17.

8              Have you ever seen that document

9    before?

10        A     This is for the ones who drive the

11   ten-wheelers, the truck drivers.  This wasn't

12   for me because I didn't -- they weren't really

13   paying me to drive.

14        Q     So you've seen this poster board

15   before; correct?

16        A     I haven't seen all of them.  I've

17   seen about two of them, maybe two.  I've seen

18   two.

19        Q     Which two have you seen?

20        A     This one (indicating) that says,

21   "This includes interior/exterior rims."

22        Q     What else?

23        A     It's just that I hardly -- I

24   really don't know how to read much.

25        Q     But you've seen this board at

134

1                        L. N. Rodriguez

2    work; correct?  It's a bulletin board; correct?

3         A       This board exists there.  They use

4    this board to post the jobs that were going to

5    be done that day for the drivers.

6         Q       So you would look at that board

7    every day?

8         A       Yes, but I didn't see it with all

9    of these papers.

10        Q       Thank you.

11               I'm going to show you a document,

12   which has been previously marked as Defendants'

13   Exhibit 5.

14               Have you ever seen that document

15   before?

16        A       These are the -- fill in the time,

17   the weekly hours.

18        Q       Did you ever work for the Town of

19   Babylon?

20        A       Yes.  Lately, we worked there a

21   lot in 2010, but I don't remember having worked

22   at the Town of Babylon in 2009.

23        Q       Do you see your name anywhere on

24   that document?

25        A       Yes, I see it.

135

```
 1                    L. N. Rodriguez

 2        Q       Is it on the first page?

 3        A       I see it here on this one

 4   (indicating), the second to last one.

 5        Q       No.  Do you see it on the first

 6   page?

 7        A       Yes.

 8        Q       What time does it show you coming

 9   to work?

10        A       It says 8:00 a.m.

11        Q       What time does it show you leaving

12   work?

13        A       I think it says 5:00 a.m., doesn't

14   it?

15        Q       6:00 p.m.

16        A       No.  Here it says 5:00 -- I don't

17   know if it's 5:00 or 3:00, and that's not

18   correct.

19        Q       Oh, somebody said that's

20   incorrect.  I see.

21                Turn the page.

22        A       (Witness complies.)

23        Q       Do you see your name on that page?

24        A       Yes.

25        Q       What time does that show you
```

136

```
 1                    L. N. Rodriguez
 2      coming into work?
 3           A      At 8:00 a.m.
 4           Q      What time does it show you leaving
 5      work?
 6           A      At 5:00 a.m.
 7           Q      That says 5:00?
 8           A      That's what it looks like to me; 5A.
 9           Q      It doesn't look like a 4P; 4:00 p.m.?
10           A      It says 5A.  Oh, it's there, here
11      (indicating).  It's just that I'm looking at the
12      last one.  I'm not looking there.
13           Q      Where it says SA, for Suffolk
14      Asphalt?
15           A      Here (indicating), where it says
16      4:00 p.m.
17           Q      There you go.
18                  You see 4:00 p.m. now?
19           A      Yes.
20           Q      It shows you leaving on this date
21      coming in at 8:00 and leaving at 4:00 p.m.;
22      correct, and it's signed off of by a Town of
23      Babylon representative; correct?
24                  MR. McNAMARA:  Objection.
25           A      Yes.  But I'm not familiar with
```

137

```
 1                        L. N. Rodriguez
 2      that signature.  This, for me, is not correct.
 3              Q       Turn the page.
 4              A       (Witness complies.)
 5              Q       Do you see your name anywhere on
 6      this page?
 7              A       No, I'm not there.
 8              Q       Turn the page again.
 9              A       (Witness complies.)
10                      I'm not there, either.
11              Q       Turn the page again, please.
12              A       (Witness complies.)
13              Q       Did you see your name anywhere
14      there?
15              A       Here it is, here it is
16      (indicating).  It's just that my name is very
17      short here.
18              Q       Do you see what time it says you
19      came into work?
20              A       Yes, at 8:30.
21              Q       Does it show what time you left
22      work?
23              A       At 6:00.
24              Q       And it was signed by a Town of
25      Babylon representative; correct?
```

138

1                         L. N. Rodriguez

2        A        Yes, it's there that he signed it.

3        Q        Turn the page, please.

4        A        (Witness complies.)

5                 Yes, I'm there.

6        Q        What time does it show you coming

7    into work on that day?

8        A        At 8:30.

9        Q        What time does it show you

10   leaving?

11       A        5:00 p.m.

12       Q        And it's signed by a Town of

13   Babylon representative; is it not?

14                MR. McNAMARA:  Objection.

15       A        I'm not familiar with that

16   signature.  I don't know if it's his or not.

17   I'm not familiar with it.

18       Q        Right, but it's signed there;

19   right?

20       A        It's signed.

21       Q        By someone from the Town of

22   Babylon; right?

23       A        If it says it's the Town of

24   Babylon here.

25       Q        Turn the page.

139

```
 1                        L. N. Rodriguez
 2          A          (Witness complies.)
 3                     I'm there, as well.
 4          Q          What time does it show you coming
 5     into work?
 6          A          At 8:00 a.m.
 7          Q          What time does it show you leaving
 8     work?
 9          A          At 4:00 p.m.
10          Q          And it's signed by a Town of
11     Babylon representative; correct?
12                     MR. McNAMARA:  Objection.
13          A          Yes, same signature.
14                     I haven't seen this (indicating).
15          Q          Turn the page, again.
16          A          (Witness complies.)
17                     My name is there, as well.
18          Q          What time does it show you coming
19     into work?
20          A          At 8:30.
21          Q          What time does it show you leaving
22     work?
23          A          At 6:00.
24          Q          I don't know, but the page I'm
25     looking at says 5:00.
```

140

1                    L. N. Rodriguez

2                    On the bottom, right-hand corner,

3       it should say 1271.  I think you're a page

4       ahead.

5                    Do you see the very first name?

6       A       Yes.

7       Q       Whose name is that?

8       A       That's my name; Lerly Noe Rodriguez.

9       Q       That's you; right?

10      A       Yes.

11      Q       You're sure it's you?

12      A       That's me.  That's my name, but I

13      didn't put it down.

14      Q       If I was outside and I screamed

15      the name Lerly, would you turn around because I

16      was calling your name?

17                   MR. McNAMARA:  Objection.

18      A       Yes, of course.  That's my name.

19      Q       And if I called you Mr. Rodriguez,

20      would you know I was talking about you?

21      A        If there is no other Rodriguez

22      next to me, then, yes.

23      Q        Is there another Rodriguez in this

24      room?

25      A       No.

141

1                    L. N. Rodriguez

2          Q       How do you know?  Did you ask the

3     ladies?

4          A       I haven't heard anyone by the name

5     of Rodriguez here.

6          Q       But did you ask?

7                  MR. McNAMARA:  Objection.

8          Q       Do you know my name?

9          A       I'm not very sure how you say it.

10         Q       How do you think you say it?

11         A       You're name is very odd.  I can't

12    really say it.

13         Q       Saul?

14         A       Saul.  I thought Saul was the name

15    of the cooperation.  I thought that was the name

16    of it, not your name.

17         Q       Mi nombre is Saul.

18         A       Okay, now I know.

19         Q       And you can call me Saul any time.

20    I promise you that I will answer you.

21                 So Mr. Rodriguez, Lerly Rodriguez,

22    Lerly Noe Rodriguez, this sheet shows you coming

23    in at 8:30 in the morning; right?

24         A       There it says 8:30 (indicating).

25         Q       It shows you leaving at 5:00;

142

1                        L. N. Rodriguez

2       correct?

3              A       Yes.

4              Q       And it's signed by a Town of

5       Babylon representative; correct?

6                      MR. McNAMARA:   Objection.

7              A       Yes, it's signed.

8              Q       Now, turn the page, Mr. Lerly Noe

9       Rodriguez.

10             A       (Witness complies.)

11             Q       Do you see your name on that page?

12             A       Yes, yes.

13             Q       What time did you come to work

14      that day?

15             A       At 8:30.

16             Q       What time did you leave?

17             A       At 6:00.

18             Q       It's also signed by a Town of

19      Babylon representative; correct?

20                     MR. McNAMARA:   Objection.

21             A       Yes.

22             Q       How come you never told me before

23      that you would go to work at 8:30?

24                     MR. McNAMARA:   Objection.

25             A       It's just that I have never seen

143

1                          L. N. Rodriguez

2     that.

3          Q      So if you had seen it, you would

4     have changed your testimony?

5          A      It's almost all the same.  If I

6     would have seen it, it would have been a

7     different version, but I haven't seen that.  The

8     way they write down the time here, it's very

9     orderly.  We never started at that time.

10         Q      So if you would have seen that

11    document before, you would have changed your

12    testimony; correct?

13                MR. McNAMARA:  Objection.

14         Q      You know the answer.

15         A      If I would have seen this document

16    before, I would have changed my testimony?

17         Q      I agree, I agree.

18         A      If I would have seen it --

19         Q      Now, Mr. Rodriguez, the posters

20    that I showed you before as Exhibit 17, is it

21    your testimony that you've only seen some of

22    those posters?

23         A      Yes, some of them, some of them.

24    Some of them, but not these here (indicating).

25    I saw other ones with another kind of

144

                    L. N. Rodriguez

1   handwriting, but not signed like that

2   (indicating).

3        Q     So you're saying the posters I

4   showed you were signed?

5        A     They're signed, but I don't know

6   why there's no order, because I don't understand

7   why it's written down like that.

8        Q     I don't know why you don't

9   understand it, either.

10            Did you ever work in the shop?

11       A     I worked cleaning machines.  I

12   would clean the box truck sometimes.

13       Q     When?

14       A     Sometimes we would get out at

15   5:30, and the boss said that we would have to do

16   a certain thing.

17       Q     When?

18       A     I don't know.  I don't know the

19   exact date.

20       Q     Did you ever do work at

21   Louis Vecchia's home?

22       A     Yes, I remember once.

23       Q     What did you do there?

24       A     I went to take apart a sauna that

145

1              L. N. Rodriguez

2    he had outside.

3         Q      Were you angry when you did that?

4         A      No.

5         Q      Do you like Louis Vecchia?

6         A      I don't like him, nor do I dislike

7    him.

8              MR. ZABELL:  I need to take a

9         two-minute break.

10             (Whereupon, a recess was taken at

11        this time.)

12        Q      You were telling us how you hate

13   Mr. Vecchia.  Continue.

14             MR. McNAMARA:  Objection.

15        A      No, I said that I don't feel any

16   feelings.  I don't feel any of those feelings.

17   I don't feel that I hate him, nor do I like him.

18   I don't really have any feelings.

19        Q      This is the man that helped you

20   provide for your family for the last seven

21   years; right?

22             MR. McNAMARA:  Objection.

23        A      But he also benefited from my

24   work.

25        Q      He paid you for your work; right?

146

L. N. Rodriguez

1    A    Yes, but I did the work for that
2    money.
4    Q    Did you ever do any side work?
5    A    The only ones that I said.  Those
6    are the only ones.
7    Q    What ones did you say?
8    A    The taxi driving two or three
9    days, a few opportunities that I worked at a
10   stucco company, that I worked with my brother,
11   and that currently, I work with another company.
12   Q    Who paid you more; Mr. Vecchia or
13   your brother?
14   A    My brother.  It was according to
15   production, by parts, by pieces.  If I did this
16   piece, I would get paid a certain amount.  You
17   would say by contract, something like that, not
18   by the hour.
19   Q    A great answer, but not the answer
20   to the question I asked you.
21        Who paid you more?
22   A    Louis Vecchia.
23   Q    Did your brother pay you in cash?
24   A    He would pay me by check and by
25   cash.

147

L. N. Rodriguez

1

2      Q      Did you ever file income tax

3  returns?

4      A      No.  It wasn't -- he didn't give

5  me a lot in cash.  He would give me $20 or

6  something like that, and I didn't work for him

7  for a long time, either.

8      Q      You said you worked for him for a

9  year.

10     A      I didn't say that.

11     Q      The record says you did.

12     A      I didn't say that.

13     Q      The record says in 2005, you

14  worked for your brother.

15     A      What does it say?

16     Q      I just told you.

17     A      Yes.  But what does it say there?

18  How did I work, in what way?

19     Q      If you want to play games, you can

20  play games, that's fine.  You're only hurting

21  yourself.

22     A      I'm saying that I worked with him,

23  period.  I had my own company.

24     Q      When did you work for your

25  brother?

148

                        L. N. Rodriguez

1

2      A       It was in 2005, approximately, 2005.

3      Q       From when to when in 2005?

4      A       We're talking about June to July

5  and part of August.

6      Q       What did you do from January to

7  July of 2005?

8      A       In 2005, I didn't have work.  I

9  was without work for a certain time.  After I

10  stopped working with my brother, I tried to take

11  out my license to be able to have a company.

12      Q       That was in 2006; correct?

13      A       Something like that.

14      Q       Is it something like that or

15  exactly like that, because that's what you

16  testified about before?

17      A       No.  I didn't say it was in 2006.

18  I said it's an approximation.  I didn't say

19  2006.

20      Q       In 2006, Noe Excellent Stucco.

21  That's what you testified about before.

22              Were you lying then, or are you

23  lying now?

24      A       It's just that now you're asking

25  me about 2006.  I said that I had company, but

149

1                        L. N. Rodriguez

2    you didn't ask me in what year.

3            Q        I believe the record contradicts

4    you.

5                     I am not going to take the time to

6    explain to you the importance of being honest.

7    You can rest assured I will be using this record

8    to impeach you, to the extent you are

9    intentionally concealing facts or lying.

10                    You can be sure that I will be

11   taking all steps to ensure that my client's

12   rights are protected and that you are punished

13   for your actions.

14           A        Okay.  Why are you going to punish

15   me?

16           Q        It's not my place to punish you.

17   It's my place to report you to the right

18   authority to punish you for intentionally lying

19   or misleading on the record.

20           A        Okay.  You can do it.  My records

21   are all good.  Whoever doesn't do anything bad

22   shouldn't be worried.

23           Q        Mr. Rodriguez, are your income tax

24   returns going to show that you worked for your

25   brother in 2005?

150

                        L. N. Rodriguez

1

2          A      My income taxes show if I worked

3    for my brother?

4                 It only says that I earned

5    something personal, about $8,000 personally a

6    year, because the checks that he gave were

7    personal.

8          Q      So your brother wasn't paying

9    taxes on your work?

10         A      They're small companies.  They're

11   companies that only have insurance for

12   liabilities, not Workers' Comp, where two or

13   three people work.

14         Q      So small companies can defraud the

15   State?

16                MR. McNAMARA:  Objection.

17         A      No, he's not defrauding the State.

18         Q      What's your brother's name?

19         A      I can't talk about that.

20         Q      You have no choice.

21         A      No.

22         Q      You have no choice.

23                You said you worked for your

24   brother?

25         A      Yes, but that's something

151

                    L. N. Rodriguez

1    privileged.  That's something mine.

2                    MR. ZABELL:  Counselor, advise him

3             that he does have to provide an answer.

4                    MR. McNAMARA:  You do have to

5             answer the question.

6       A       Okay, his name is Pedro Antonio Varges.

7       Q       Where does your brother currently

8    live?

9       A       In Honduras.

10      Q       He left the United States?

11      A       Yes.  His family is there, and he

12   went to live there.

13      Q       When?

14      A       He's been there about nine months

15   already.

16      Q       Where in Florida did he live

17   before he moved to Honduras?

18      A       He lived in Poinciana, Florida.

19      Q       Can you spell that, please?

20      A       I don't know.  I only know it's

21   Poinciana.

22      Q       Poinciana, Florida?

23      A       Yes.

24      Q       This is the brother you worked for

152

1                    L. N. Rodriguez

2   who did not pay taxes?

3        A        No, he paid his taxes.  He would

4   pay the taxes.  I had to put down that I earned

5   $8,000 personally.  That was what I earned.

6        Q        And the name of his business was,

7   what?

8        A        No, I don't recall the name.  It's

9   been a long time.  We're talking about five or

10  six years.  I don't remember that, because they

11  were personal checks.

12       Q        Were there any other employees

13  that worked with you for your brother?

14       A        There were two more people that

15  worked there, but they're no longer here in the

16  United States.  His company -- he closed it

17  about three years ago.

18       Q        We'll see about that.

19                And your company, Noe Excellent

20  Stucco, how many employees did you have?

21       A        I had about -- I never had

22  permanent ones.  I had from three to two.

23       Q        What were their names?

24       A        I don't remember.  They are people

25  who already left.

153

1                    L. N. Rodriguez

2          Q        What do you mean they already

3      left?

4          A        They are no longer in the country.

5      They come and work temporarily and then they

6      leave.

7          Q        Were those individuals authorized

8      to work in the United States?

9                    MR. McNAMARA:  Objection.

10          A        I don't know.  I only pay them

11      their check from the corporation, that's it,

12      with their name and the passport.  That's it.

13          Q        Was your company authorized to do

14      business in the State of Florida?

15                    MR. McNAMARA:  Objection.

16          A        Yes.

17          Q        Did you get a license?

18          A        Yes, I have a license.

19          Q        Did you pay taxes?

20          A        I paid taxes.

21          Q        So I could see a company tax

22      return for the year 2006; right?

23          A        You want to see it?

24          Q        Yes.

25          A        I don't have it with me anymore.

154

```
 1                    L. N. Rodriguez
 2              MR. McNAMARA:  Objection.
 3       Q       Where is it?
 4       A       I no longer have that company.
 5    Why would I have that?
 6       Q       How long did you hold on to it
 7    before you threw it out?
 8       A       I think two years, two-and-a-half
 9    years.
10       Q       Two years.
11               And it was reasonable for you to
12    throw it out after two years; right?
13       A       You know, when you move, you move,
14    and I haven't really been permanent in one place
15    for many years.
16       Q       So it was reasonable for you to
17    throw it out; right?
18               MR. McNAMARA:  Objection.
19       A       I don't know.  It was something
20    that was already closed.  The taxes were already
21    paid.  Everything was done.
22       Q       You paid withholding taxes for
23    these individuals?
24       A       The checks that -- when the
25    accountant did all the work, you could see the
```

155

1                          L. N. Rodriguez

2      checks that were paid to the people in the

3      company.

4           Q       What accountants did you use?

5           A       I don't remember anymore.

6           Q       Well, you said I could see the

7      checks.

8                   Where can I see the checks?

9                   MR. McNAMARA:  Objection.

10          A       Where could you see them if I

11     don't have them anymore?

12          Q       So you threw them out?

13                  MR. McNAMARA:  Objection.

14          A       I don't have them.  Since I no

15     longer have the company, I no longer have the

16     checks.

17          Q       What did you do with the checks?

18                  MR. McNAMARA:  Objection.

19          A       I don't have them.  I no longer

20     have checks.  I have nothing.

21          Q       Was there a period of time where

22     you had the checks?

23                  MR. McNAMARA:  Objection.

24          A       Yes, I had the checks to be able

25     to pay for the materials, to pay the people.  I

156

1                    L. N. Rodriguez

2    didn't have the company for very long.

3         Q     So you had the checks, and now you

4    don't have the checks.

5                    What happened to them?

6                    MR. McNAMARA:  Objection.

7         A     I had the checks when the company

8    was working, and why should I have them if I

9    don't have anything now?

10        Q     What did you do with the checks?

11                   MR. McNAMARA:  Objection.

12        Q     You can answer.  Ignore him.

13        A     What am I going to do?  I no

14   longer have them.  The company is no longer

15   there.  I don't have them.

16        Q     Stop playing games.

17                   Answer the question that I'm

18   asking you; otherwise, you're going to be here

19   for a very long time.

20                   Do you understand?

21        A     That's the only response that I

22   have.

23        Q     What did you do with the checks?

24                   MR. McNAMARA:  Objection.

25        A     I no longer have checks.

157

                          L. N. Rodriguez

1

2      Q      What did you do with them?

3      A      I don't have them.  I don't have a

4   company.  I don't have them.

5      Q      What did you do with the them?

6             MR. McNAMARA:  Objection.

7      A      I don't have checks.  I don't have

8   a company.

9      Q      Did you ever have the checks?

10            MR. McNAMARA:  Objection.

11     A      I had them, but --

12     Q      So you had the checks before, but

13  you don't have the checks now?

14            MR. McNAMARA:  Objection.

15     A      Why should I have them if I don't

16  have a company?

17     Q      You don't get to ask questions.

18  You get to sit there, take that silly smirk off

19  your face, and answer my questions.

20            Do you understand that?

21            MR. McNAMARA:  Counselor, be more

22        courteous to my client.

23     Q      Do you understand that?

24     A      Yes, sir.

25     Q      You had the checks at one point,

158

1                    L. N. Rodriguez

2    and you no longer have the checks now; correct?

3         A    Yes.

4         Q    What did you do with the checks?

5              MR. McNAMARA:  Objection.

6         A    I don't have them.

7         Q    We've already established that you

8    no longer have them.

9              What did you do with them?

10             MR. McNAMARA:  Objection.

11        A    Because the company no longer

12   exists.

13        Q    What did you do with the checks?

14        A    I don't have them anymore.

15        Q    Take the silly smirk off your face

16   and answer the question.

17             MR. McNAMARA:  Objection.

18        Q    What did you do with the checks?

19        A    I no longer have them.

20        Q    Where are they?

21        A    I don't have them.

22        Q    Did you throw them out?

23        A    There are no checks.  There's no

24   checks now.

25        Q    Did you burn them?

159

```
 1                    L. N. Rodriguez

 2               MR. McNAMARA:  Objection.

 3        A      I don't know if I threw them away.

 4   I don't know if they got lost.  I don't know

 5   anything about them.

 6        Q      Did you lose them?

 7               MR. McNAMARA:  Objection.

 8        A      I don't know.  I moved and I don't

 9   have anything.

10        Q      Where did you keep them before you

11   moved?

12               MR. McNAMARA:  Objection.

13        A      In my personal boxes where I had

14   my things, and what you don't use, you end up

15   losing.

16        Q      Where did you keep those personal

17   boxes?

18        A      At home.

19        Q      What home?

20        A      The house that I rent.

21        Q      The house that you rented in

22   Florida?

23        A      No, no.  There, I had house.

24        Q      Did you buy a house?

25        A      I had a house; yes.
```

L. N. Rodriguez

1

2      Q      You were permitted to buy a house

3  in the United States?

4      A      Yes, because I have a good Social

5  Security number.

6      Q      As opposed to a bad Social

7  Security number?

8      A      No, it's good.

9      Q      ████████████████████████████

10  ████████████████

11      A      ██████████████████████████████

12      Q      ████████████████████████

13           MR. McNAMARA:  Objection.

14           Anything stemming from this, I

15      believe, will fall under the protective

16      order.

17           MR. ZABELL:  Anything stemming

18      from what?

19           MR. McNAMARA:  From this

20      questioning.  It could fall under the

21      protective order.

22           MR. ZABELL:  It could, but so far,

23      it hasn't.

24           MR. McNAMARA:  Okay.  Well, I'm

25      instructing my client not to answer,

161
                    L. N. Rodriguez

1

2      based on the chance that it falls under

3      the protective order.

4           Q    ██████████████████████████

5    ██████████████████████████████████

6           MR. McNAMARA:  Don't answer that.

7           MR ZABELL:  That has nothing to do

8      with his immigration status. ████

9    ██████████████████████████████████████

10   █████████████████████████████████████

11          MR. McNAMARA:  What documents are

12     those?

13          MR. ZABELL:  The documents he

14     provided us before.

15          MR. McNAMARA:  What documents are

16     those?  He provided his driver's license,

17     which doesn't have a Social Security

18     number on it.

19          MR. ZABELL:  Patrick, don't you

20     know that if you're going to try this one

21     with the big dogs, you're going to have

22     to be prepared?

23          Patrick, you know that; right?  I

24     am referring specifically to -- I've

25     already scanned it and sent it off to the

162

1          L. N. Rodriguez

2     authorities.

3          Q

4

5          A          --

6          Q

7          A

8

9          Q

10

11

12          A

13

14          Q

15

16          A

17

18

19          Q

20

21          MR. McNAMARA:

22

23          A

24

25          Q     Right.

163

```
 1              L. N. Rodriguez
 2    ███████████████████████████
 3    ██████
 4        A   ███████████████████████
 5    ████████████████████████████████
 6    ████████████████████
 7        Q    What does that mean?
 8        A   ████████████████████████
 9    ████████████████████████████████████
10    ████████████████████
11        Q    So you're allowed to work here?
12        A    I have my good Social Security
13    number, which has been approved by the State,
14    the Federal, State.
15        Q   █████████████████████████
16    ████████████
17            MR. McNAMARA:  Objection.
18            Don't answer.
19            And you know why.  We've already
20        talked about it.
21        Q   ███████████████████████████
22    ███████████████
23        A   ██ .
24        Q   ██████████████████████████
25    █████████████
```

                          L. N. Rodriguez

1

2          A          ██████████████████████

3          Q          And you share it with everyone;

4    right?

5          A          That's the only one.  It's mine.

6    Absolutely mine until I die.

7                      MR. McNAMARA:  Also, I would like

8                to have any questions and answers

9                regarding Mr. Rodriguez's tax returns, as

10               well as his pay stubs, marked

11               confidential.

12                     MR. ZABELL:  I will not agree.

13                     MR. McNAMARA:  You won't agree?

14                     MR. ZABELL:  Sure.

15                     MR. McNAMARA:  There's already an

16               order that -- why won't you agree?

17                     MR. ZABELL:  We have a stipulation

18               of confidentiality that spells out the

19               terms of what we're required to do.

20                     If you want to designate something

21               as confidential, I will not consent to

22               it.  You now have a set of procedures

23               that you are obligated to follow if you

24               want to, in fact, ensure that your

25               designation is appropriate.  You can

1                    L. N. Rodriguez

2          either do it or you can speak to Ian

3          Wallace or Lauren Goldberg.

4                Do you want time to confer with

5          them now?  I will be more than happy to

6          let you take some time to confer with

7          them.  I'm here for the duration.

8                MR. McNAMARA:  I don't know what I

9          have to speak to them about.

10               MR. ZABELL:  I just explained it

11         to you, but if you're still unsure,

12         there's a transcript that you're more

13         than welcome to purchase on an expedited

14         basis.

15               You can arrange that for them;

16         correct?

17               THE COURT REPORTER:  Yes, sir.

18               MR. ZABELL:  I'm not going to take

19         the time to explain it to you again.

20               MR. McNAMARA:  We'd like these

21         materials marked confidential as per the

22         agreement.

23               MR. ZABELL:  Did you not just hear

24         me say that I oppose the designation?

25               MR. McNAMARA:  I did hear you say

166

1                    L. N. Rodriguez

2          that.

3                    MR. ZABELL:  Now, there are

4          procedures in place for you to follow to

5          test whether or not your designation is

6          appropriate.

7                    MR. McNAMARA:  Okay, all right.

8          I'll give Ian a call.

9                    MR. ZABELL:  Now?

10                   MR. McNAMARA:  Yes.

11                   MR. ZABELL:  So you'd like some

12         time right now to call Ian?

13                   MR. McNAMARA:  Yes, please.

14                   MR. ZABELL:  Granted.

15                   MR. McNAMARA:  Thank you very

16         much.

17                   MR. ZABELL:  You're welcome.

18                   Take this man out with you,

19         please.  I don't want him to talk to me.

20                   (Whereupon, a recess was taken at

21         this time.)

22                   MR. ZABELL:  We're back from the

23         break, and young Master Patrick over here

24         has something he'd like to tell

25         everybody.

167

1              L. N. Rodriguez

2              Please tell us all what you found

3         out during that break.

4              MR. McNAMARA:  Thank you for

5         giving me this time.

6              MR. ZABELL:  You're welcome.

7              MR. McNAMARA:  We'd like to

8         reiterate our request that all testimony

9         regarding Mr. Rodriguez's tax returns, as

10        well as his Social Security numbers is --

11             MR. ZABELL:  Of his number or

12        numbers, plural?

13             MR. McNAMARA:  Whatever you want

14        to call it.

15             MR. ZABELL:  Well, I wasn't sure

16        if you said number or numbers, plural.

17             Madame Court Reporter, I'm a

18        little hard of hearing.  Did he say

19        numbers?

20             (Whereupon, the requested portion

21        of the record was read by the court

22        reporter.)

23             MR. ZABELL:  ███████████████

24        ████████████████████████████████

25        ████████████████████

168

1              L. N. Rodriguez

2              Please continue.

3              MR. McNAMARA:  Whatever you would

4      like to have it as in the record.

5              MR. ZABELL:  Well, if the court

6      reporter took it down wrong, now is your

7      time to correct it.

8              MR. McNAMARA:  I would like it

9      corrected to be singular; the topic of

10     his Social Security number.

11             MR. ZABELL:  ███████████████

12     ███████████████████████

13             MR. McNAMARA:  No, he didn't.

14             Can I finish what I'm --

15             MR. ZABELL:  Only if you're

16     accurate.  Are you agreeing to be

17     accurate, Counselor?

18             MR. McNAMARA:  Yes, of course.  I

19     wouldn't dare be anything but accurate.

20             MR. ZABELL:  Okay.  Because if the

21     court reporter took down numbers, and I

22     thought I heard you say numbers, and now

23     you want to change it, if you were to

24     say, look, I made a mistake, I meant to

25     say number, but I did say numbers, then

169

1              L. N. Rodriguez

2       that's one thing, but to say you said

3       number when, in fact, you did say

4       numbers, that's being dishonest.

5              MR. McNAMARA:  Would you like to

6       give me a chance to clear this up?

7              MR. ZABELL:  If you want an

8       opportunity to correct your mistake, then

9       you may.

10             MR. McNAMARA:  If I was mistaken

11      and I said numbers when I meant to say

12      number, I apologize.

13             MR. ZABELL:  You will acknowledge

14      that you said numbers, plural,

15      originally?

16             MR. McNAMARA:  It would make you

17      so happy if I did.

18             MR. ZABELL:  Well, it would just

19      be honest.

20             MR. McNAMARA:  I may have said

21      numbers when I meant to say number --

22             MR. ZABELL:  May have or did?

23             MR. McNAMARA:  I did.

24             We would like to reiterate our

25      request that any testimony regarding

1                  L. N. Rodriguez

2         Mr. Rodriguez's Social Security number

3         and his tax returns be marked

4         confidential pursuant to the agreement.

5              MR. ZABELL:  As I said to you

6         before, I will not consent to your

7         designation.  I do not believe I have an

8         obligation, and there is, in fact, an

9         agreement for me to keep it confidential,

10         but as I referred to you before, you can

11         speak with your co-counsel, who has the

12         agreement --

13              MR. McNAMARA:  I've already done

14         that.

15              MR. ZABELL:  -- and has the steps

16         necessary to follow to test my objection

17         to that designation.

18              MR. McNAMARA:  It's on the record.

19         We can continue with the questioning.

20              MR. ZABELL:  It was on the record

21         before you took the break --

22              MR. McNAMARA:  Right.

23              MR. ZABELL:  -- probably twice,

24         and now, it's on the record a third time.

25              MR. McNAMARA:  You could probably

171

1                    L. N. Rodriguez

2           count it four times with how many times

3           we had to run through it.

4                    MR. ZABELL:  When you say "we,"

5           you mean --

6                    MR. McNAMARA:  You and I.

7                    MR. ZABELL:  I'm not running

8           through anything with you.

9                    MR. McNAMARA:  Okay.  Now that

10          it's on the record, we can continue.

11                   MR. ZABELL:  By "we," who are you

12          referring to?

13                   MR. McNAMARA:  Everyone in the

14          room, the procedure, the proceeding.

15                   MR. ZABELL:  You mean my

16          deposition?

17                   MR. McNAMARA:  Sure.

18                   MR. ZABELL:  Sure or yes?

19                   MR. McNAMARA:  Yes.

20          Q     Mr. Rodriguez, do you recall going

21      to job sites where there was an inspector?

22          A     From where?  What job are you

23      talking about?

24          Q     Any job.

25          A     Here in the State of New York?

South Shore Court Reporting
(631)-235-6218

172

1                           L. N. Rodriguez

2           Q        Yes, in the State of New York.

3           A        Medford; in the area of Medford,

4    Islip, Central Islip, Town of Babylon this year

5    and last year.  There's another project that's

6    near Mineola; Flower Hill.  Many.  Most of them

7    have had inspectors.

8           Q        Those inspectors were aware of the

9    hours that you would arrive at work and hours

10   that you would leave; correct?

11          A        No, they knew the hours of when

12   the machine starting working with the materials,

13   and also, there were some that knew that we

14   would leave late in the evening.

15          Q        Who knew that you would leave late

16   in the evening?

17          A        Most of the inspectors from

18   Brookhaven near Medford, the area of Brookhaven.

19          Q        Would those inspectors leave

20   before you or after you?

21          A        Sometimes they would get angry

22   because they would have to wait for trucks, and

23   they would leave after, and I would stay back

24   and finish the work and cleaning, and sometimes

25   they would leave.

173

1                    L. N. Rodriguez

2          Q       So they would leave after you?

3          A       No, sometimes they would leave

4     before.

5          Q       And sometimes they would leave

6     after?

7          A       It was very rare when they left

8     later.  They usually left before.

9          Q       Did you ever speak to a police

10    officer about your job with Suffolk Paving?

11         A       If I spoke to a police officer?

12         Q       Yes.

13         A       What is the question?

14                 I don't understand.

15         Q       Did you ever speak to a police

16    officer about your employment with any of the

17    defendants?

18         A       I don't know.  I don't remember

19    having seen any police.  I don't remember.

20         Q       Did you ever speak to a detective?

21         A       Detective, I have never spoke with

22    one.  Only with the ones from the union.

23         Q       When did you speak to a detective

24    from the union?

25         A       Scott.  Sometimes he would come

174

```
 1                    L. N. Rodriguez

 2   when my boss had other workers there that

 3   weren't from the union.

 4         Q      What was this man's name?

 5         A      Scott.

 6         Q      Scott what?

 7         A      I don't know his last name.  I

 8   just know him by Scott.

 9         Q      Do you have any reason to believe

10   that Helene Vecchia is an owner of Suffolk

11   Asphalt or Suffolk Paving?

12               MR. McNAMARA:  Objection.

13         A      I think that company is a family

14   company.

15         Q      Why do you think that?

16         A      Because they are all working in

17   conjunction.

18         Q      In conjunction with what?

19         A      One is president, one is the

20   owner, one is the accountant.

21         Q      Who is the accountant?

22         A      Helene.

23         Q      Is an accountant an owner?

24               MR. McNAMARA:  Objection.

25         A      I'm not sure about that.  I'm not
```

175

L. N. Rodriguez

1

2    sure if she's an owner, but I'm not sure whether

3    they have anything to do with all of that or

4    not, because she was one that was in charge of

5    making the checks.

6         Q     How do you know that?

7         A     Because she was the one to give

8    the foreman the lists.

9         Q     Do you know who Tom McElvy

10   (phonetic) is?

11        A     Yes, foreman.

12        Q     He's a nice guy?

13        A     Yes.

14        Q     Honest, right?

15        A     He's nice.  Tommy is laid back.

16        Q     He's honest, right?

17        A     We would talk to him about the

18   overtime hours, and he said that he had nothing

19   to do with that.

20        Q     Again, a wonderful answer, but not

21   an answer to a question that I've asked, though.

22              Is he honest?

23        A     Not completely.

24        Q     What did he ever lie to you about?

25        A     Sometimes he would say that there

176

                    L. N. Rodriguez

1

2   was no work, and there would be people working.

3   At the beginning, I would ask him if there was

4   work, and he would say that.

5        Q      What if there was just no work for

6   you, but there was work for other people?

7        A      Yes.  There were people working

8   doing my work, and they didn't have the same

9   union as I did.  How could they do my work?

10       Q      Maybe they were better at it than

11  you.

12       A      Yes.  So why did I last so long

13  there?  Because they felt sorry for me?

14       Q      Maybe.

15       A      I don't think so.

16       Q      But you don't know?

17       A      If I lasted such a long time, it

18  was because I was a good worker.

19       Q      And if you stayed there for such a

20  long time, it was because they were a good

21  employer; correct?

22       A      The same reason that -- like I

23  said before, we were ignorant, and we didn't

24  really know what our rights were.

25       Q      But you had a union that told you

177

1                           L. N. Rodriguez

2    all about your rights.

3           A      Yes, of course, but I only worked

4    in the union with that company.

5           Q      But you were in the union

6    from 2007; correct?

7           A      Yes.

8           Q      And you had a contract that

9    covered your rights; correct?

10          A      Yes.

11          Q      And the union came by to make sure

12   your rights were being protected every day;

13   correct?

14          A      Not every day.

15          Q      How often?

16          A      When they would call them,

17   whenever there was a person working a machine

18   that wasn't supposed to do it.

19          Q      How often was that?

20          A      Maybe once a month.

21          Q      And you would tell the union if

22   there was a man working the machine who

23   shouldn't, right?

24          A      If they asked me if he had union,

25   and I would say that they didn't have a union

178

1                           L. N. Rodriguez

2       card.

3               Q       Right.  So you never had a problem

4       complaining to the union about the defendants;

5       did you?

6               A       Can you repeat the question?

7               Q       You never had a problem

8       complaining to the union if there was a problem;

9       correct?

10              A       I really didn't want to, because I

11      didn't want to lose my job.

12              Q       But you did every month; correct?

13              A       It's just that I wasn't the one

14      who called.  Many of the people from the union

15      just passed by the job site, and if they know

16      that there is a nonunion worker, they call.

17              Q       Right.  But they came and spoke to

18      you every month, right?

19              A       Not every month.  I'm giving an

20      approximation.

21              Q       So, approximately, every month

22      they came and spoke to you; correct?

23              A       Not to talk, just to make sure

24      that everything was fine and everybody was

25      working with the book.

179

1                      L. N. Rodriguez

2          Q      When they made sure everything was

3     fine, they talked to you; right?

4          A      They would ask me about the person

5     that was driving the roller, whether he had

6     union or not.

7          Q      Every month, they would ask you a

8     question; correct?

9          A      That's an approximation.  Maybe a

10    month, but I don't know exactly.

11         Q      So, approximately, every month,

12    they would ask you a question; correct?

13         A      Yes, the same.  They would ask me

14    the same thing.

15         Q      So, approximately, every month,

16    when you spoke to them, you never complained

17    that you weren't getting paid overtime; correct?

18              MR. McNAMARA:  Objection.

19         A      No, I never told them that.

20         Q      So you had no problem complaining

21    about the other people driving the vehicles, you

22    had no problem complaining about that, but you

23    never felt the need to talk to them about

24    overtime; correct?

25              MR. McNAMARA:  Objection.

180

1                          L. N. Rodriguez

2              A       Yes.

3              Q       Can you understand why it seems

4      like you're lying about your claim for overtime

5      now?  You understand that; right?

6              A       I'm asking for the overtime

7      because I got tired.  We decided to do this,

8      because I got tired of everything.

9              Q       But you never complained to the

10     union, did you?

11             A       No, I did not complain.

12             Q       And you spoke to them,

13     approximately, every month; correct?

14             A       They would ask me every month

15     whether that person there had a union or not.

16             Q       And you never had a problem saying

17     if a person was in the union or not; correct?

18             A       No.  I would tell them if they

19     didn't have their cards, because if they found a

20     guy without a card, I was the one who would get

21     in trouble.

22             Q       And you received a paycheck for

23     your work every week; correct?

24             A       Yes.

25             MR. ZABELL:  Thank you.

181

                    L. N. Rodriguez

1

2                    I have nothing further.  Have a

3        good day sir.

4                    THE WITNESS:  Thank you.

5                    MR. ZABELL:  Subject to receiving

6        any additional documents from you, I may

7        have to call you back, but I'm going to

8        wait until I get those documents until I

9        make that decision.

10       Q     Do you understand that?

11       A     (Nodding.)

12       Q     Do you understand that?

13       A     Yes.

14                    MR. ZABELL:  Thank you.  You're

15       excused.

16                    (Continued on next page.)

17

18

19

20

21

22

23

24

25

182

1                    L. N. Rodriguez

2              MR. McNAMARA:  I have just a

3        couple of questions.

4              MR. ZABELL:  I'm sorry.  You did

5        not cross-notice this deposition.  I will

6        not be permitting any questions.

7              MR. McNAMARA:  I would like to ask

8        questions.

9              MR. ZABELL:  I have made my

10        position perfectly clear.

11              This record is now closed.

12              (Time noted:  4:30 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

183

1

2                    A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK      )

5                     : ss

6    COUNTY OF              )

7

8         I, LERLY NOE RODRIGUEZ, hereby certify that

9    I have read the transcript of my testimony taken

10   under oath in my deposition of September 16, 2011;

11   that the transcript is a true, complete and

12   correct record of my testimony; and that the

13   answers on the record as given by me are true

14   and correct.

15

16   _____

17   LERLY NOE RODRIGUEZ

18

19

20   Signed and subscribed to before me
     this ____ day of _____, 2011.

21

22   _____
     Notary Public, State of New York

23

24

25

184

1

2                          INDEX TO TESTIMONY

3    WITNESS                 EXAMINATION BY          PAGE

4    Lerly Noe Rodriguez   Mr. Zabell              4

5

6                          EXHIBITS

7    DEFENDANTS'            DESCRIPTION            PAGE

8    10                    Notice of deposition     7

9    11                    Document consisting of
                           a copy of Mr. Rodriguez's
10                         driver's license         11

11   12                    Document consisting of pay
                           stubs from Capital Concrete
12                         of Long Island            25

13   13                    One-page note             28

14   14                    Handwritten document      96

15   15                    Document consisting of
                           Plaintiffs' second amended
16                         complaint and jury demand 121

17   16                    Document consisting of
                           Defendants' first request
18                         for the production of
                           documents                 121
19
     17                    Bulletin board            133
20

21
                          REQUESTS FOR PRODUCTION
22
     DESCRIPTION                                    PAGE
23
     Production of notes                             66
24

25

                    South Shore Court Reporting
                         (631)-235-6218

1

2                    C E R T I F I C A T E

3         I, KAREN M. LaMENDOLA, a Notary Public in

4    and for the State of New York, do hereby certify:

5         THAT the witness whose testimony is

6    hereinbefore set forth, was duly sworn by me;

7    and

8         THAT the within transcript is a true

9    record of the testimony given by said witness.

10         I further certify that I am not related,

11    either by blood or marriage, to any of the

12    parties in this action; and

13         THAT I am in no way interested in the

14    outcome of this matter.

15         IN WITNESS WHEREOF, I have hereunto set

16    my hand this 3nd day of October, 2011.

17

18

19                    _____

                       KAREN M. LaMENDOLA
20

21

22

23

24

25

186

```
1
2                        ERRATA SHEET
3           I wish to make the following changes for
4       the following reasons:
5       PAGE LINE
6       ____ ___ CHANGE:_____
7                REASON:_____
8       ____ ___ CHANGE:_____
9                REASON:_____
10      ____ ___ CHANGE:_____
11               REASON:_____
12      ____ ___ CHANGE:_____
13               REASON:_____
14      ____ ___ CHANGE:_____
15               REASON:_____
16      ____ ___ CHANGE:_____
17               REASON:_____
18      ____ ___ CHANGE:_____
19               REASON:_____
20      ____ ___ CHANGE:_____
21               REASON:_____
22      ____ ___ CHANGE:_____
23               REASON:_____
24      ____ ___ CHANGE:_____
25               REASON:_____
```

1

## $

**$100** [3] - 40:14, 40:15, 40:16
**$15** [2] - 97:11, 98:4
**$172,000** [1] - 114:14
**$20** [3] - 98:5, 98:14, 147:5
**$200** [2] - 19:3, 19:4
**$22.50** [5] - 39:13, 39:22, 50:14, 50:18, 98:15
**$25,000** [3] - 54:14, 54:16, 89:25
**$40** [1] - 52:15
**$42** [1] - 51:16
**$42.28** [5] - 39:16, 39:25, 50:23, 51:12, 51:17
**$44** [4] - 43:4, 43:10, 52:6, 52:9
**$45** [2] - 49:11, 52:16
**$47** [2] - 49:20, 53:2
**$48** [3] - 50:8, 51:19
**$8,000** [2] - 150:5, 152:5
**$84** [2] - 51:24, 52:2
**$88** [1] - 52:15
**$89** [1] - 49:16
**$90** [3] - 49:16, 52:15, 52:22
**$92** [4] - 49:21, 49:22, 50:11, 53:7
**$96** [1] - 50:12

## 0

**09-CV-5331** [1] - 1:9

## 1

**1-5** [1] - 1:11
**10** [5] - 7:20, 7:25, 11:6, 11:9, 184:8
**10017** [2] - 2:5, 2:14
**10th** [6] - 28:11, 30:9, 59:16, 59:18, 59:21, 62:6
**11** [4] - 12:2, 12:5, 184:9, 184:10
**11704** [1] - 2:10
**11716** [1] - 2:19
**11717** [1] - 4:18
**11th** [3] - 26:9, 26:10, 59:23
**12** [3] - 25:5, 162:4, 184:11
**121** [2] - 184:16,

184:18
**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** [2] - 71:9, 71:11
**1271** [1] - 140:3
**1298** [2] - 115:25, 116:2
**12:10** [1] - 95:25
**12th** [2] - 59:25, 62:7
**13** [6] - 25:8, 28:24, 29:3, 29:18, 29:19, 184:13
**133** [1] - 184:19
**138** [3] - 75:11, 115:21, 116:3
**14** [5] - 96:5, 96:8, 103:8, 114:14, 184:14
**145** [1] - 12:25
**15** [4] - 121:9, 121:12, 121:20, 184:15
**16** [5] - 1:14, 122:2, 122:7, 183:10, 184:17
**17** [4] - 133:3, 133:7, 143:20, 184:19
**178** [1] - 13:2
**18** [1] - 4:17
**1:30** [1] - 95:22
**1:40** [1] - 95:25

## 2

**2002** [8] - 97:5, 97:10, 97:22, 97:24, 98:4, 99:15, 101:16, 105:9
**2003** [5] - 97:18, 97:25, 98:13, 101:20, 105:9
**2004** [6] - 97:24, 98:9, 98:12, 98:17, 101:23, 105:9
**2005** [7] - 38:10, 98:20, 98:21, 98:23, 99:4, 99:9, 99:10, 99:12, 99:15, 105:10, 147:13, 148:2, 148:3, 148:7, 148:8, 149:25
**2006** [8] - 37:25, 98:23, 148:12, 148:17, 148:19, 148:20, 148:25, 153:22
**2007** [33] - 17:23, 17:24, 18:3, 18:9, 19:11, 19:12, 36:5, 36:7, 36:10, 37:6, 39:10, 50:13, 50:17, 50:25, 51:11, 51:21, 53:11, 54:9, 54:14,

54:25, 55:8, 55:12, 55:20, 62:16, 62:23, 63:20, 63:24, 64:2, 64:3, 64:18, 102:3, 105:12, 177:6
**2008** [15] - 19:18, 20:4, 36:3, 36:4, 36:14, 36:17, 36:18, 36:19, 37:7, 43:2, 52:3, 52:8, 52:11, 52:12, 102:6
**2009** [15] - 20:20, 20:23, 33:20, 35:12, 35:14, 35:25, 36:16, 37:21, 49:9, 52:16, 52:21, 54:3, 97:22, 102:9, 134:22
**2010** [15] - 13:13, 21:2, 21:5, 33:21, 33:22, 34:8, 34:15, 34:19, 36:17, 37:21, 46:20, 46:25, 49:18, 53:2, 134:21
**2011** [10] - 1:14, 22:2, 22:4, 23:20, 49:25, 50:6, 50:7, 183:10, 183:20, 185:16
**2012** [2] - 13:24, 13:25
**23rd** [1] - 83:18
**25** [1] - 184:12
**275-9678** [3] - 31:18, 107:10, 107:13
**28** [1] - 184:13

## 3

**3** [2] - 120:21, 121:4
**30** [1] - 23:20
**31** [1] - 1:20
**3:00** [1] - 135:17
**3nd** [1] - 185:16

## 4

**4** [1] - 184:4
**4875** [2] - 1:15, 2:18
**4:00** [5] - 136:9, 136:16, 136:18, 136:21, 139:9
**4:30** [1] - 182:12
**4P** [1] - 136:9

## 5

**5** [1] - 134:13
**501** [2] - 2:5, 2:14

**5:00** [8] - 135:13, 135:16, 135:17, 136:6, 136:7, 138:11, 139:25, 141:25
**5:30** [3] - 118:4, 118:5, 144:16
**5A** [2] - 136:8, 136:10

## 6

**631** [1] - 31:18
**66** [1] - 184:23
**6:00** [7] - 118:4, 118:5, 135:15, 137:23, 139:23, 142:17

## 7

**7** [1] - 184:8
**7-Eleven** [5] - 47:6, 47:7, 47:10, 47:12, 132:13
**7-Elevens** [1] - 129:18
**7:00** [1] - 118:5

## 8

**868** [1] - 2:9
**8:00** [4] - 135:10, 136:3, 136:21, 139:6
**8:30** [7] - 137:20, 138:8, 139:20, 141:23, 141:24, 142:15, 142:23

## 9

**96** [1] - 184:14
**9:20** [1] - 1:14

## A

**a.m** [6] - 1:14, 135:10, 135:13, 136:3, 136:6, 139:6
**ability** [3] - 4:6, 72:8, 72:12
**able** [4] - 77:19, 148:11, 155:24, 163:9
**above-mentioned** [1] - 1:22
**absent** [1] - 98:22
**absolutely** [1] - 164:6

**abuse** [3] - 80:24, 81:25, 82:7
**abused** [1] - 80:25
**according** [7] - 13:19, 13:23, 86:7, 86:10, 87:20, 100:17, 146:14
**account** [2] - 119:14, 119:17
**accountant** [6] - 39:6, 39:8, 154:25, 174:20, 174:21, 174:23
**accountant..** [1] - 39:7
**accountants** [1] - 155:4
**accurate** [5] - 23:16, 48:24, 168:16, 168:17, 168:19
**acknowledge** [1] - 169:13
**acting** [1] - 9:9
**action** [1] - 185:12
**actions** [1] - 149:13
**actuality** [1] - 14:20
**additional** [1] - 181:6
**address** [1] - 4:16
**adjourn** [1] - 95:2
**administer** [1] - 3:15
**advantage** [1] - 80:22
**advise** [2] - 112:11, 151:3
**affected** [2] - 29:10, 29:14
**ago** [5] - 22:13, 96:19, 97:3, 101:19, 152:17
**agree** [6] - 83:6, 143:17, 164:12, 164:13, 164:16
**AGREED** [3] - 3:3, 3:8, 3:12
**agreeing** [1] - 168:16
**agreement** [6] - 41:23, 44:15, 165:22, 170:4, 170:9, 170:12
**ahead** [11] - 94:5, 94:7, 94:25, 95:6, 95:10, 111:21, 112:7, 112:21, 127:22, 140:4, 167:23
**alcohol** [2] - 6:8, 6:11
**ALEJANDRO** [1] - 1:3
**ALEX** [1] - 1:3
**allow** [2] - 111:12, 111:16

2

**allowed** [1] - 163:11
**almost** [5] - 48:16, 65:19, 76:9, 86:17, 143:5
**alone** [2] - 10:2, 10:11
**ALSO** [1] - 2:23
**alternate** [1] - 110:2
**AMAYA** [1] - 1:3
**amended** [3] - 121:5, 121:7, 184:15
**American** [2] - 79:8
**AMIR** [1] - 1:3
**amount** [8] - 91:19, 113:17, 114:7, 114:8, 114:9, 114:12, 114:13, 146:16
**AND** [3] - 3:3, 3:8, 3:12
**angry** [2] - 145:3, 172:21
**another's** [1] - 93:21
**answer** [52] - 5:10, 5:15, 5:23, 8:5, 8:7, 8:17, 8:24, 10:16, 14:8, 18:7, 22:21, 30:4, 44:20, 49:3, 51:5, 59:2, 59:6, 59:7, 60:21, 64:10, 64:12, 69:17, 69:18, 69:24, 72:8, 72:12, 72:19, 72:24, 73:6, 78:14, 82:25, 83:2, 88:14, 107:14, 117:21, 117:22, 118:8, 141:20, 143:14, 146:19, 151:4, 151:6, 156:12, 156:17, 157:19, 158:16, 160:25, 161:6, 163:18, 175:20, 175:21
**answering** [5] - 5:2, 42:16, 42:20, 62:9, 69:21
**answers** [8] - 4:5, 10:17, 14:13, 48:24, 57:10, 58:5, 164:8, 183:13
**Antonio** [1] - 151:7
**apart** [1] - 144:25
**apologize** [2] - 23:12, 169:12
**appear** [1] - 15:6
**appointment** [7] - 7:2, 7:5, 9:18, 9:20, 11:10, 11:11, 59:19
**appreciate** [2] - 66:15, 66:18
**appropriate** [3] -

110:17, 164:25, 166:6
**appropriately** [1] - 110:4
**approve** [1] - 163:9
**approved** [1] - 163:13
**approximate** [4] - 43:14, 54:12, 55:3, 91:19
**approximation** [10] - 54:17, 54:18, 90:17, 94:22, 101:15, 102:25, 114:11, 148:18, 178:20, 179:9
**April** [1] - 82:19
**area** [2] - 172:3, 172:18
**AREVALO** [1] - 1:4
**Arias** [1] - 2:24
**arrange** [1] - 165:15
**arrested** [1] - 33:9
**arrive** [1] - 172:9
**arrived** [1] - 129:16
**arroz** [2] - 131:2, 131:4
**Article** [1] - 1:20
**ASPHALT** [1] - 1:10
**Asphalt** [34] - 17:18, 17:20, 17:25, 18:10, 19:17, 19:19, 20:2, 20:21, 20:24, 21:3, 22:3, 25:16, 26:13, 26:15, 26:18, 38:24, 39:2, 39:11, 62:17, 62:18, 70:14, 71:13, 74:17, 76:4, 79:16, 85:24, 105:13, 109:15, 115:12, 115:15, 118:19, 136:14, 161:5, 174:11
**asphalt** [1] - 62:20
**assistant** [1] - 125:16
**ASSOCIATES** [1] - 2:17
**assumed** [1] - 5:24
**assured** [1] - 149:7
**ate** [3] - 130:18, 132:20
**attend** [1] - 74:10
**attention** [1] - 22:19
**attorney** [22] - 7:8, 8:13, 9:9, 9:14, 32:24, 58:11, 58:13, 58:22, 58:23, 66:11, 92:11, 103:14, 103:19, 105:20, 106:15, 108:25, 111:14, 112:10, 113:5, 120:11, 123:13,

127:20
**attorney's** [1] - 106:12
**attorney/client** [1] - 91:12
**Attorneys** [2] - 2:4, 2:18
**attorneys** [16] - 3:4, 8:19, 8:22, 56:24, 57:13, 91:6, 91:10, 91:16, 91:22, 109:12, 109:14, 109:22, 113:21, 120:14, 122:24, 129:8
**August** [16] - 23:20, 26:11, 26:16, 59:16, 59:18, 59:21, 59:23, 59:25, 62:6, 63:19, 63:24, 64:3, 64:18, 106:21, 148:5
**authorities** [1] - 162:2
**authority** [1] - 149:18
**authorized** [3] - 3:14, 153:7, 153:13
**avant** [1] - 33:8
**avant-garde** [1] - 33:8
**Avenue** [3] - 2:5, 2:14, 4:17
**avoid** [2] - 69:20, 69:25
**aware** [1] - 172:8

## B

**Babylon** [12] - 2:10, 134:19, 134:22, 136:23, 137:25, 138:13, 138:22, 138:24, 139:11, 142:5, 142:19, 172:4
**bad** [5] - 149:21, 160:6, 160:9, 161:4, 163:15
**bargaining** [2] - 41:23, 44:15
**based** [3] - 54:18, 65:10, 161:2
**basement** [4] - 59:3, 59:17, 60:6, 93:11
**basis** [1] - 165:14
**Bay** [4] - 18:17, 63:21, 64:6, 64:21
**beak** [1] - 130:7
**beans** [1] - 131:4
**beard** [1] - 9:9
**bears** [1] - 24:2

**beat** [1] - 76:12
**BEFORE** [1] - 1:18
**beginning** [4] - 82:20, 83:13, 162:24, 176:3
**behalf** [1] - 113:24
**behind** [1] - 14:23
**belongs** [1] - 63:6
**benefit** [1] - 27:2
**benefited** [1] - 145:23
**benefits** [1] - 125:8
**best** [1] - 4:6
**better** [5] - 30:20, 34:4, 126:22, 126:23, 176:10
**between** [4] - 3:4, 14:19, 81:13, 116:11
**big** [4] - 17:4, 24:22, 80:11, 161:21
**bit** [3] - 51:23, 65:13, 128:11
**blood** [1] - 185:11
**board** [8] - 133:2, 133:14, 133:25, 134:2, 134:3, 134:4, 134:6, 184:19
**Bohemia** [2] - 1:16, 2:19
**book** [3] - 39:20, 42:8, 178:25
**borrow** [1] - 85:23
**boss** [11] - 17:5, 18:18, 35:5, 35:6, 74:17, 76:7, 109:19, 116:11, 144:16, 162:7, 174:2
**bosses** [1] - 31:24
**bottom** [1] - 140:2
**box** [6] - 45:17, 45:18, 45:21, 118:20, 118:23, 144:13
**boxes** [2] - 159:13, 159:17
**boys** [2] - 32:12, 32:14
**break** [17] - 57:8, 57:9, 58:4, 58:12, 58:15, 73:11, 73:13, 92:18, 95:3, 95:21, 130:15, 132:18, 132:21, 145:9, 166:23, 167:3, 170:21
**breakfast** [3] - 47:3, 47:24, 130:18
**Brentwood** [4] - 4:17, 18:17, 63:7, 93:8
**bring** [1] - 92:20
**Brookhaven** [2] -

172:18
**broom** [2] - 75:13, 75:25
**brother** [18] - 38:14, 38:15, 38:17, 98:25, 146:10, 146:13, 146:14, 146:23, 147:14, 147:25, 148:10, 149:25, 150:3, 150:8, 150:24, 151:8, 151:25, 152:13
**brother's** [1] - 150:18
**Bulletin** [1] - 184:19
**bulletin** [2] - 133:2, 134:2
**burn** [1] - 158:25
**business** [5] - 104:22, 152:6, 153:14
**buy** [7] - 132:2, 132:5, 132:7, 132:9, 132:11, 159:24, 160:2
**BY** [3] - 2:20, 4:11, 184:3

## C

**calculate** [2] - 100:10, 100:13
**calculated** [3] - 100:14, 100:17, 103:10
**calculating** [3] - 100:9, 102:24, 119:25
**calculation** [4] - 54:11, 54:13, 96:24, 97:3
**calculations** [4] - 96:14, 119:15, 119:17, 119:22
**calculator** [1] - 103:11
**capital** [1] - 24:5
**Capital** [3] - 24:11, 25:3, 184:11
**Capitol** [5] - 70:11, 70:14, 70:18, 71:16, 72:6
**car** [4] - 7:12, 10:23, 10:25, 95:19
**card** [5] - 37:23, 104:19, 104:22, 178:2, 180:20
**cards** [1] - 180:19
**care** [1] - 66:17
**Carleton** [1] - 62:19
**Carlos** [1] - 124:20
**CARLOS** [1] - 1:5
**Carmen** [2] - 33:2,

33:3
**case** [6] - 9:21, 109:2, 109:3, 109:11, 109:16, 109:22
**Case** [1] - 1:9
**cash** [13] - 18:20, 18:22, 21:7, 21:9, 21:22, 37:24, 40:6, 40:13, 40:14, 40:19, 146:23, 146:25, 147:5
**CASTILLO** [1] - 1:6
**Castillo** [2] - 124:25, 125:3
**Central** [1] - 172:4
**certain** [5] - 66:8, 113:17, 144:17, 146:16, 148:9
**certification** [1] - 3:6
**certify** [3] - 183:8, 185:4, 185:10
**chance** [3] - 130:11, 161:2, 169:6
**CHANGE** [10] - 186:6, 186:8, 186:10, 186:12, 186:14, 186:16, 186:18, 186:20, 186:22, 186:24
**change** [3] - 29:17, 52:9, 168:23
**changed** [7] - 45:8, 46:10, 46:16, 46:25, 143:4, 143:11, 143:16
**changes** [1] - 186:3
**characterize** [1] - 23:3
**charge** [1] - 175:4
**check** [24] - 7:13, 18:20, 21:7, 40:4, 43:25, 97:15, 98:6, 98:16, 98:19, 99:4, 99:9, 99:12, 99:19, 99:23, 108:4, 108:6, 108:9, 108:13, 115:10, 125:21, 129:7, 129:11, 146:24, 153:11
**checked** [3] - 29:8, 30:8, 129:8
**checking** [2] - 42:13, 127:15
**checks** [34] - 19:22, 41:2, 41:7, 41:11, 82:12, 150:6, 152:11, 154:24, 155:2, 155:7, 155:8, 155:16, 155:17, 155:20, 155:22, 155:24, 156:3, 156:4, 156:7, 156:10, 156:23,

156:25, 157:7, 157:9, 157:12, 157:13, 157:25, 158:2, 158:4, 158:13, 158:18, 158:23, 158:24, 175:5
**chicken** [1] - 131:5
**children** [1] - 32:8
**choice** [2] - 150:20, 150:22
**Chris** [8] - 17:5, 38:25, 39:4, 76:18, 108:19, 125:15, 126:9, 126:11
**Christopher** [10] - 58:24, 59:21, 61:10, 61:12, 62:2, 75:22, 77:15, 89:5, 106:18, 108:16
**CHRISTOPHER** [1] - 1:11
**Civil** [1] - 1:21
**claim** [1] - 180:4
**claiming** [1] - 53:19
**clams** [1] - 131:22
**clean** [1] - 144:13
**cleaning** [2] - 144:12, 172:24
**clear** [6] - 9:12, 45:4, 113:7, 128:25, 169:6, 182:10
**cleared** [5] - 68:11, 113:9, 128:6, 128:24, 129:3
**clearly** [1] - 23:6
**client** [6] - 67:14, 68:3, 68:24, 104:18, 157:22, 160:25
**client's** [1] - 149:11
**close** [1] - 90:14
**closed** [3] - 152:16, 154:20, 182:11
**Co** [2] - 2:9, 2:13
**co** [1] - 170:11
**Co-Counsel** [2] - 2:9, 2:13
**co-counsel** [1] - 170:11
**coffee** [9] - 47:4, 47:5, 47:10, 47:12, 47:15, 132:14, 132:21, 132:22, 132:23
**colleagues** [2] - 66:20, 68:3
**collect** [1] - 125:7
**collected** [1] - 125:9
**collective** [2] - 41:22, 44:14
**Columbia** [4] - 37:2, 88:8, 88:15, 88:18

**Columbian** [1] - 88:22
**coming** [7] - 135:8, 136:2, 136:21, 138:6, 139:4, 139:18, 141:22
**communicate** [1] - 74:16
**communication** [1] - 76:8
**Comp** [1] - 150:12
**companies** [3] - 150:10, 150:11, 150:14
**company** [56] - 17:13, 18:4, 18:14, 19:15, 19:16, 19:20, 19:23, 22:7, 22:14, 22:17, 22:23, 23:7, 23:19, 23:21, 25:21, 26:20, 38:6, 38:8, 38:13, 62:20, 69:14, 69:15, 71:4, 71:23, 83:25, 105:14, 105:15, 116:21, 118:15, 124:8, 126:5, 127:10, 146:10, 146:11, 147:23, 148:11, 148:25, 152:16, 152:19, 153:13, 153:21, 154:4, 155:3, 155:15, 156:2, 156:7, 156:14, 157:4, 157:8, 157:16, 158:11, 174:13, 174:14, 177:4
**complain** [1] - 180:11
**complained** [3] - 80:23, 179:16, 180:9
**complaining** [4] - 178:4, 178:8, 179:20, 179:22
**complaint** [3] - 121:5, 121:7, 184:16
**complete** [1] - 183:11
**completely** [1] - 175:23
**complies** [10] - 16:5, 25:11, 135:22, 137:4, 137:9, 137:12, 138:4, 139:2, 139:16, 142:10
**computer** [1] - 94:13
**con** [2] - 131:3, 131:4
**concealed** [2] - 109:25, 113:8
**concealing** [3] - 110:22, 111:5, 149:9
**concerned** [1] -

31:25
**concise** [1] - 45:5
**conclusion** [1] - 72:23
**Concrete** [8] - 24:5, 24:11, 25:3, 70:11, 70:14, 70:18, 71:16, 184:11
**concrete** [1] - 17:12
**conditions** [1] - 41:19
**confer** [2] - 165:4, 165:6
**confidential** [5] - 164:11, 164:21, 165:21, 170:4, 170:9
**confidentiality** [1] - 164:18
**confusion** [4] - 71:23, 113:15, 113:16, 113:20
**conjunction** [2] - 174:17, 174:18
**consent** [2] - 164:21, 170:6
**consisting** [8] - 11:24, 25:2, 121:6, 121:23, 184:9, 184:11, 184:15, 184:17
**construction** [2] - 38:6, 38:8
**Consulate** [2] - 37:16, 37:18
**contact** [2] - 28:16, 110:2
**Continue** [1] - 145:13
**continue** [4] - 80:12, 168:2, 170:19, 171:10
**continued** [1] - 181:16
**contract** [3] - 44:25, 146:17, 177:8
**Contracting** [3] - 70:24, 71:5, 72:2
**contracts** [2] - 51:3, 51:4
**contradictory** [1] - 161:10
**contradicts** [1] - 149:3
**conversation** [2] - 58:21, 110:12
**convey** [1] - 108:25
**cooperation** [1] - 141:15
**copies** [1] - 24:23
**copy** [8] - 11:22, 11:24, 24:12, 25:12,

28:19, 92:12, 92:13, 184:9
**corner** [1] - 140:2
**CORP** [2] - 1:10
**corporation** [1] - 153:11
**Corporation** [17] - 17:18, 17:20, 19:19, 20:21, 20:25, 21:3, 22:3, 97:6, 97:19, 97:21, 97:24, 98:10, 99:6, 115:12, 118:18, 118:19, 124:19
**correct** [132] - 4:22, 8:2, 10:21, 11:6, 11:9, 16:23, 17:15, 20:2, 20:3, 20:17, 22:19, 22:25, 29:22, 35:8, 35:10, 36:22, 39:22, 39:25, 41:3, 41:8, 41:12, 41:14, 42:18, 43:12, 43:21, 45:10, 46:8, 46:17, 46:19, 46:22, 50:15, 50:19, 50:23, 51:12, 51:18, 51:25, 52:10, 52:17, 52:23, 53:3, 53:5, 54:5, 55:8, 56:20, 57:2, 57:16, 58:10, 62:6, 65:17, 76:5, 77:8, 77:20, 78:25, 81:19, 81:23, 82:9, 82:21, 84:13, 93:5, 93:9, 93:12, 93:15, 97:16, 97:17, 98:7, 98:8, 98:20, 99:5, 99:13, 99:14, 99:16, 99:20, 99:23, 100:2, 101:5, 102:13, 103:8, 105:10, 107:7, 108:14, 108:17, 110:7, 110:10, 110:14, 114:14, 114:17, 114:20, 116:2, 119:18, 120:2, 120:4, 120:5, 122:13, 123:12, 123:22, 125:22, 132:16, 133:15, 134:2, 135:18, 136:22, 136:23, 137:2, 137:25, 139:11, 142:2, 142:5, 142:19, 143:12, 148:12, 158:2, 165:16, 168:7, 169:8, 172:10, 176:21, 177:6, 177:9, 177:13, 178:9, 178:12, 178:22, 179:8, 179:12,

179:17, 179:24, 180:13, 180:17, 180:23, 183:12, 183:14

**corrected** [1] - 168:9

**Counsel** [2] - 2:9, 2:13

**counsel** [2] - 110:2, 170:11

**counselor** [1] - 157:21

**Counselor** [7] - 67:4, 67:25, 95:13, 104:17, 128:24, 151:3, 168:17

**count** [1] - 171:2

**country** [20] - 33:11, 33:13, 33:15, 36:7, 36:8, 36:15, 36:18, 37:5, 37:8, 37:12, 37:21, 74:10, 80:19, 88:10, 88:11, 89:3, 153:4, 160:11, 162:24, 163:6

**COUNTY** [1] - 183:6

**couple** [5] - 19:6, 65:23, 96:19, 97:3, 182:3

**course** [14] - 6:15, 9:23, 26:22, 58:23, 61:7, 65:18, 71:14, 77:22, 78:18, 107:22, 126:25, 140:18, 168:18, 177:3

**COURT** [3] - 1:2, 15:24, 165:17

**Court** [3] - 1:24, 3:17, 167:17

**court** [4] - 113:3, 167:21, 168:5, 168:21

**courteous** [1] - 157:22

**covered** [2] - 123:21, 177:9

**covering** [1] - 91:12

**coworker** [9] - 31:12, 31:13, 84:9, 124:3, 124:12, 124:16, 125:5

**coworkers** [10] - 20:11, 20:16, 36:24, 42:12, 47:9, 47:23, 78:19, 89:17, 132:7, 132:17

**create** [1] - 96:16

**created** [1] - 96:19

**credit** [1] - 37:23

**cross** [1] - 182:5

**cross-notice** [1] - 182:5

**current** [2] - 4:16, 105:19

## D

**D-F** [1] - 71:2

**dare** [1] - 168:19

**date** [12] - 7:21, 12:3, 18:5, 25:6, 28:25, 36:13, 96:6, 121:10, 122:3, 133:4, 136:20, 144:20

**dates** [2] - 37:12, 116:9

**daughters** [1] - 85:5

**day's** [1] - 94:19

**days** [30] - 18:13, 19:6, 21:10, 21:13, 21:15, 33:24, 34:2, 34:22, 35:19, 35:20, 63:8, 64:24, 65:12, 65:15, 65:24, 66:5, 83:20, 98:22, 99:8, 99:10, 100:11, 100:12, 100:10, 116:9, 118:14, 119:12, 119:13, 119:14, 146:9

**December** [15] - 13:13, 33:19, 33:20, 33:21, 33:22, 34:8, 34:18, 35:16, 35:17, 55:4, 82:19, 83:16, 83:19, 83:22

**decide** [1] - 16:7

**decided** [1] - 180:7

**decision** [1] - 181:9

**Defendant's** [1] - 122:2

**defendants** [7] - 17:15, 114:25, 123:7, 123:12, 123:18, 173:17, 178:4

**Defendants** [3] - 1:12, 1:20, 2:18

**DEFENDANTS'** [1] - 184:7

**Defendants'** [21] - 7:20, 7:25, 12:2, 12:5, 25:4, 28:24, 96:5, 96:8, 120:20, 121:4, 121:8, 121:12, 121:20, 121:21, 121:24, 122:7, 122:20, 133:3, 133:6, 134:12, 184:17

**defines** [1] - 44:15

**defraud** [1] - 150:14

**defrauding** [1] - 150:17

**delete** [1] - 106:23

**deli** [2] - 47:24, 48:6

**delis** [1] - 132:13

**demand** [10] - 66:13, 66:16, 67:7, 67:10, 67:25, 92:6, 114:3, 121:5, 121:8, 184:16

**demanded** [1] - 68:14

**demanding** [2] - 67:23, 92:13

**Department** [1] - 125:16

**deponent** [1] - 23:24

**deposition** [14] - 3:13, 4:22, 6:14, 6:18, 7:18, 7:19, 8:4, 8:9, 67:2, 120:12, 171:16, 182:5, 183:10, 184:8

**description** [1] - 92:7

**DESCRIPTION** [2] - 184:7, 184:22

**designate** [1] - 164:20

**designation** [5] - 164:25, 165:24, 166:5, 170:7, 170:17

**detail** [1] - 62:14

**detective** [3] - 173:20, 173:21, 173:23

**determination** [1] - 48:18

**determine** [1] - 7:23

**DF** [8] - 70:24, 70:25, 71:3, 71:5, 72:2, 72:6, 72:11, 72:14

**dial** [1] - 31:19

**diary** [2] - 65:25, 66:4

**die** [1] - 164:6

**diet** [1] - 12:17

**dieting** [1] - 47:18

**difference** [3] - 14:2, 14:19, 81:13

**different** [3] - 56:10, 117:7, 143:7

**differently** [1] - 78:6

**directly** [2] - 26:19, 45:9, 70:13

**disappointed** [1] - 109:24

**discriminated** [5] - 77:21, 77:23, 79:5, 79:14, 79:17

**discriminating** [2] - 78:24, 79:12

**discuss** [1] - 92:23

**discussed** [1] - 89:13

**discussion** [3] -

68:20, 73:17, 112:15

**dishonest** [1] - 169:4

**dislike** [1] - 145:6

**DISTRICT** [2] - 1:2, 1:2

**doctor** [4] - 26:4, 28:2, 28:3, 59:19

**doctor's** [2] - 28:6, 29:21

**Document** [4] - 184:9, 184:11, 184:15, 184:17

**document** [52] - 7:22, 7:24, 11:9, 11:24, 12:4, 12:10, 24:4, 25:2, 25:7, 25:9, 29:2, 29:16, 91:2, 91:22, 91:24, 92:4, 92:8, 92:9, 92:13, 92:14, 92:19, 93:5, 93:20, 94:9, 94:11, 94:16, 94:21, 96:4, 96:7, 96:10, 96:13, 96:16, 96:20, 120:19, 120:22, 121:3, 121:6, 121:11, 121:13, 121:23, 122:5, 122:6, 122:12, 122:19, 133:5, 133:8, 134:11, 134:14, 134:24, 143:11, 143:15, 184:14

**documents** [18] - 9:16, 16:3, 56:24, 57:12, 66:19, 68:13, 92:7, 120:15, 121:22, 121:25, 122:25, 161:9, 161:11, 161:13, 161:15, 181:6, 181:8, 184:18

**DOES** [1] - 1:11

**dogs** [1] - 161:21

**dollar** [1] - 114:3

**done** [7] - 82:5, 94:11, 94:12, 94:13, 134:5, 154:21, 170:13

**double** [10] - 49:15, 50:11, 51:25, 52:2, 54:21, 54:22, 114:24, 115:2, 115:21

**down** [17] - 43:19, 43:21, 43:22, 43:25, 60:11, 62:20, 62:21, 89:22, 114:14, 130:7, 140:13, 143:8, 144:8, 152:4, 162:16, 168:6, 168:21

**drank** [1] - 6:10

**drink** [3] - 6:12, 47:15, 132:24

**drive** [10] - 11:12, 13:9, 18:16, 46:7, 47:21, 75:11, 118:20, 119:12, 133:10, 133:13

**driver's** [9] - 11:14, 11:16, 11:25, 12:11, 12:12, 14:11, 14:21, 161:16, 184:10

**drivers** [3] - 132:23, 133:11, 134:5

**driving** [9] - 18:12, 38:21, 44:13, 118:15, 119:3, 127:8, 146:8, 179:5, 179:21

**drove** [5] - 45:17, 45:18, 45:21, 118:16, 118:21

**drugs** [1] - 6:5

**duly** [3] - 4:3, 4:8, 185:6

**duration** [1] - 165:7

**during** [5] - 58:14, 92:18, 93:19, 132:3, 167:3

## E

**early** [1] - 102:22

**earn** [3] - 18:25, 21:21, 100:24

**earned** [7] - 19:2, 21:20, 39:13, 98:14, 150:4, 152:4, 152:5

**earning** [2] - 39:16, 97:11

**easier** [2] - 16:12, 16:13

**East** [1] - 2:9

**EASTERN** [1] - 1:2

**eat** [10] - 47:3, 47:14, 47:16, 47:18, 47:20, 47:21, 130:22, 131:17, 131:18, 131:19

**eating** [1] - 130:21

**education** [1] - 74:6

**Edwin** [1] - 124:15

**EDWIN** [1] - 1:5

**effect** [2] - 3:16, 6:18

**egg** [2] - 47:13, 47:14

**eight** [1] - 21:14

**eighteen** [2] - 55:5, 74:15

**either** [11] - 33:11, 33:14, 59:24, 63:6, 121:17, 122:13, 137:10, 144:10,

5

147:7, 165:2, 185:11
**either/or** [1] - 116:7
**eleven** [3] - 32:11, 65:4, 65:8
**employed** [2] - 17:9, 17:11
**employee** [2] - 77:3, 77:6
**employees** [2] - 152:12, 152:20
**employer** [1] - 176:21
**employment** [4] - 25:15, 41:19, 42:2, 173:16
**end** [5] - 25:15, 34:20, 83:21, 106:21, 159:14
**English** [8] - 4:4, 4:6, 13:4, 13:5, 73:22, 73:25, 112:2, 128:10
**ensure** [3] - 110:3, 149:11, 164:24
**entire** [1] - 97:21
**entitled** [3] - 54:25, 92:12, 110:25
**ERRATA** [1] - 186:2
**error** [1] - 162:5
**errors** [1] - 162:6
**Escalante** [1] - 124:20
**ESCALANTE** [1] - 1:5
**Español** [1] - 13:5
**ESQ** [2] - 2:11, 2:20
**established** [1] - 158:7
**evening** [5] - 62:5, 62:7, 62:8, 172:14, 172:16
**exact** [6] - 54:11, 94:23, 106:17, 114:6, 114:8, 144:20
**exactly** [8] - 67:15, 101:14, 113:25, 114:22, 125:20, 127:14, 148:15, 179:10
**EXAMINATION** [3] - 1:18, 4:11, 184:3
**examined** [1] - 4:9
**example** [2] - 36:24, 89:17
**Excellent** [3] - 38:9, 148:20, 152:19
**except** [1] - 3:9
**excuse** [5] - 11:7, 31:3, 50:16, 52:15, 123:9
**excused** [1] - 181:15

**exhibit** [1] - 7:17
**Exhibit** [27] - 7:20, 7:25, 11:6, 11:9, 12:2, 12:5, 25:4, 25:8, 28:24, 29:3, 29:18, 29:19, 96:5, 96:8, 103:8, 114:14, 120:20, 121:4, 121:9, 121:12, 122:2, 122:7, 133:3, 133:6, 134:13, 143:20, 162:4
**EXHIBITS** [1] - 184:6
**existence** [1] - 66:24
**exists** [2] - 134:3, 158:12
**expedited** [1] - 165:13
**expires** [2] - 13:24, 13:25
**explain** [8] - 13:20, 14:2, 53:14, 60:25, 68:23, 102:14, 149:6, 165:19
**explained** [1] - 165:10
**extent** [2] - 74:5, 149:8
**eye** [6] - 28:3, 28:5, 28:6, 28:12, 28:17, 29:11
**eyes** [6] - 28:14, 28:15, 29:7, 30:7, 126:12, 126:13

## F

**face** [2] - 157:19, 158:15
**fact** [4] - 66:22, 164:24, 169:3, 170:8
**facts** [1] - 149:9
**fair** [4] - 90:11, 90:12, 90:13, 128:17
**FAJARDO** [1] - 1:4
**Fajardo** [6] - 84:6, 84:8, 85:15, 85:18, 86:3, 117:3
**fall** [2] - 160:15, 160:20
**falls** [1] - 161:2
**familiar** [6] - 41:18, 44:4, 115:23, 136:25, 138:15, 138:17
**family** [3] - 145:20, 151:12, 174:13
**fan** [1] - 80:11
**far** [1] - 160:22
**fast** [2] - 132:20, 132:24

**father** [1] - 39:5
**favor** [1] - 85:25
**favorite** [2] - 130:23, 130:24
**February** [1] - 84:3
**Federal** [1] - 163:14
**feelings** [3] - 145:16, 145:18
**fellow** [3] - 9:8, 84:5, 103:22
**felt** [4] - 25:23, 79:10, 176:13, 179:23
**fever** [3] - 28:4, 29:8, 29:12
**few** [4] - 15:10, 64:6, 128:20, 146:9
**fifteen** [2] - 93:17, 93:18
**Fifth** [2] - 2:5, 2:14
**fifty** [11] - 100:14, 101:11, 101:12, 101:17, 101:21, 101:24, 102:4, 102:7, 102:10, 102:13, 102:25
**fifty-six** [11] - 100:14, 101:11, 101:12, 101:17, 101:21, 101:24, 102:4, 102:7, 102:10, 102:13, 102:25
**figured** [2] - 54:23, 101:10
**file** [2] - 19:10, 147:2
**filing** [1] - 3:5
**fill** [2] - 18:23, 134:16
**fine** [19] - 4:23, 5:4, 5:16, 5:22, 6:20, 23:17, 42:23, 42:25, 64:17, 69:2, 77:7, 80:13, 94:15, 95:23, 112:20, 147:20, 178:24, 179:3
**finish** [5] - 74:8, 74:9, 130:14, 168:14, 172:24
**finished** [1] - 118:5
**fired** [1] - 26:17
**first** [25] - 7:10, 9:18, 9:19, 9:20, 9:24, 10:2, 10:5, 11:20, 13:8, 34:19, 63:8, 97:13, 98:3, 103:23, 104:16, 105:21, 116:18, 121:21, 121:24, 122:20, 135:2, 135:5, 140:5, 162:24, 184:17
**fish** [1] - 131:6
**five** [6] - 33:24, 33:25, 35:20, 55:4,

56:21, 152:9
**fix** [1] - 109:19
**Florida** [8] - 38:3, 38:5, 38:11, 151:17, 151:19, 151:23, 153:14, 159:22
**Flower** [1] - 172:6
**folded** [1] - 24:21
**follow** [7] - 116:13, 116:14, 116:15, 116:16, 164:23, 166:4, 170:16
**following** [6] - 26:3, 26:6, 30:11, 186:3, 186:4
**follows** [1] - 4:10
**food** [6] - 130:23, 130:24, 130:25, 131:2, 131:24
**FOR** [1] - 184:21
**force** [1] - 3:15
**foreman** [2] - 117:2, 175:8, 175:11
**foremen** [1] - 84:7
**forget** [1] - 108:12
**forgot** [5] - 22:10, 22:11, 22:12, 23:9, 23:10
**form** [1] - 3:9
**Form** [1] - 18:23
**formal** [5] - 66:16, 67:7, 67:9, 67:22, 67:25
**forth** [1] - 185:6
**forty** [8] - 9:15, 43:22, 99:21, 101:2, 101:4, 101:6, 101:9, 115:20
**Forty** [1] - 8:20
**four** [20] - 18:13, 21:13, 21:14, 21:15, 34:14, 34:22, 35:20, 40:8, 40:9, 40:15, 49:15, 55:21, 55:25, 56:5, 56:21, 56:22, 57:14, 57:21, 100:11, 171:2
**free** [1] - 33:7
**fresh** [1] - 68:6
**friend** [6] - 27:5, 61:21, 61:23, 76:23, 105:24, 106:6
**friends** [1] - 70:4
**front** [1] - 25:10
**full** [1] - 4:13
**fully** [1] - 110:3
**FURTHER** [2] - 3:8, 3:12

## G

**GALEANO** [1] - 1:5
**games** [3] - 147:19, 147:20, 156:16
**Garcia** [4] - 28:7, 123:24, 124:2, 124:6
**GARCIA** [1] - 1:4
**garde** [1] - 33:8
**generous** [1] - 90:4
**girlfriend** [7] - 37:2, 87:23, 88:4, 88:7, 88:18, 88:23, 89:3
**girls** [6] - 32:12, 32:13, 32:14, 32:15, 32:16
**given** [5] - 7:3, 7:4, 86:13, 183:13, 185:9
**glad** [1] - 15:9
**goat** [1] - 131:9
**GOLDBERG** [1] - 2:4
**Goldberg** [1] - 165:3
**GPS** [5] - 48:5, 127:8, 127:11, 127:14, 129:7
**GPSs** [2] - 129:9, 129:11
**granted** [1] - 166:14
**grateful** [1] - 80:20
**grease** [1] - 41:12
**greasing** [1] - 41:17
**great** [1] - 146:19
**group** [1] - 117:16
**grunt** [1] - 49:4
**Guatemala** [4] - 88:11, 88:16, 88:18
**Guerra** [3] - 116:23, 116:25, 117:2
**guess** [9] - 16:6, 31:21, 40:21, 40:23, 53:23, 85:6, 85:9, 110:16, 125:15
**guessing** [4] - 40:22, 53:25, 54:4, 54:6
**guy** [5] - 24:23, 79:9, 103:25, 175:12, 180:20

## H

**half** [16] - 8:20, 13:17, 45:15, 45:18, 48:6, 48:8, 63:14, 63:16, 64:25, 97:9, 98:3, 101:6, 114:3, 118:21, 119:3, 154:8
**half-a-year** [1] - 97:9
**half-an-hour** [3] -

45:15, 48:6, 48:8
**halfway** [1] - 98:13
**hallway** [1] - 58:22
**hand** [6] - 75:13, 94:11, 94:13, 94:14, 140:2, 185:16
**handing** [2] - 7:14, 122:17
**handing)** [3] - 24:6, 24:18, 28:8
**handwriting** [1] - 144:2
**Handwritten** [1] - 184:14
**handwritten** [1] - 96:4
**hangout** [1] - 130:12
**happy** [2] - 165:5, 169:17
**hard** [4] - 10:8, 15:12, 73:6, 167:18
**hardly** [10] - 6:12, 19:5, 47:20, 59:3, 76:8, 89:18, 129:7, 129:8, 130:11, 133:23
**hate** [2] - 145:12, 145:17
**Hauppauge** [1] - 63:7
**head** [1] - 17:4
**hear** [3] - 86:6, 165:23, 165:25
**heard** [4] - 86:4, 86:8, 141:4, 168:22
**hearing** [1] - 167:18
**heavier** [1] - 15:18
**heavy** [1] - 65:14
**held** [4] - 1:22, 68:20, 73:17, 112:15
**Helene** [3] - 39:9, 174:10, 174:22
**HELENE** [1] - 1:11
**help** [6] - 32:24, 70:10, 89:19, 93:23, 109:4, 112:4
**helped** [1] - 145:19
**HEREBY** [1] - 3:3
**hereby** [3] - 3:7, 183:8, 185:4
**herein** [4] - 1:19, 3:5, 4:3, 4:8
**hereinbefore** [1] - 185:6
**hereunto** [1] - 185:15
**hiding** [1] - 22:9
**high** [3] - 74:7, 74:8, 74:11
**Highway** [2] - 1:15, 2:18

**Hill** [1] - 172:6
**himself** [2] - 23:25, 92:10
**hire** [1] - 81:22
**hired** [2] - 78:9, 78:15
**Hispanic** [14] - 77:24, 78:6, 78:9, 78:12, 78:15, 78:20, 78:25, 79:6, 79:24, 79:25, 80:16, 80:22, 130:25, 131:2
**history** [1] - 97:21
**hold** [3] - 25:20, 26:7, 154:6
**holidays** [1] - 116:9
**home** [21] - 25:17, 25:19, 59:13, 75:15, 76:2, 77:12, 79:20, 90:19, 90:21, 92:18, 93:5, 93:20, 96:11, 102:22, 119:6, 119:8, 119:12, 131:25, 144:22, 159:18, 159:19
**Honduras** [20] - 33:16, 33:18, 33:23, 33:25, 34:7, 34:9, 34:12, 34:16, 34:21, 35:12, 35:15, 36:3, 36:5, 36:20, 36:22, 37:6, 37:19, 74:12, 151:10, 151:18
**honest** [12] - 48:24, 84:8, 84:13, 126:21, 126:24, 127:3, 130:3, 149:6, 169:19, 175:14, 175:16, 175:22
**hour** [43] - 8:20, 39:11, 39:13, 39:16, 39:22, 39:25, 41:9, 43:4, 43:6, 43:7, 43:10, 45:15, 48:6, 48:8, 49:10, 49:12, 49:17, 49:19, 49:20, 49:22, 50:2, 50:9, 50:14, 50:18, 50:23, 51:12, 51:17, 51:19, 51:22, 52:14, 52:4, 52:13, 52:17, 52:22, 53:2, 53:7, 54:22, 95:2, 97:11, 98:2, 98:5, 98:11, 98:14, 146:18
**hourly** [1] - 43:3
**hours** [60] - 40:20, 40:24, 41:10, 41:16, 43:9, 43:20, 43:22, 51:18, 51:21, 54:20, 54:24, 55:5, 55:21,

55:25, 56:5, 56:22, 57:14, 57:18, 57:21, 65:3, 66:2, 67:12, 82:2, 82:6, 82:10, 82:11, 82:13, 90:13, 90:14, 90:23, 98:7, 98:17, 99:13, 99:19, 99:24, 100:2, 100:13, 100:16, 101:2, 101:4, 101:6, 101:9, 101:12, 101:17, 101:21, 101:24, 102:4, 102:7, 102:10, 102:13, 115:20, 119:14, 119:16, 119:17, 123:22, 134:17, 172:9, 172:11, 175:18
**house** [11] - 89:23, 93:8, 93:14, 119:8, 119:24, 159:20, 159:21, 159:23, 159:24, 159:25, 160:2
**human** [1] - 26:23
**humans** [2] - 84:21, 84:22
**hundred** [2] - 114:9, 114:13
**hurting** [1] - 147:20

**I**

**Ian** [5] - 103:21, 128:12, 165:2, 166:8, 166:12
**IAN** [1] - 2:13
**idea** [2] - 44:7, 90:3
**identification** [8] - 7:21, 12:3, 25:5, 28:25, 96:6, 121:9, 122:3, 133:4
**identified** [3] - 120:20, 121:3, 121:12
**identify** [1] - 67:15
**ignorance** [1] - 116:18
**ignorant** [1] - 176:23
**ignore** [1] - 156:12
**imagine** [2] - 122:22, 127:9
**immigration** [3] - 14:16, 161:8, 163:8
**impeach** [1] - 149:8
**importance** [1] - 149:6
**important** [1] - 10:15
**IN** [1] - 185:15
**includes** [1] - 133:21
**including** [1] - 119:21

**income** [5] - 19:8, 19:10, 147:2, 149:23, 150:2
**Incorporated** [1] - 71:17
**incorrect** [1] - 135:20
**incorrectly** [2] - 8:24, 14:10
**INDEX** [1] - 184:2
**indicate** [3] - 56:10, 56:24, 57:13
**indicated** [3] - 41:7, 41:11, 82:12
**indicates** [2] - 60:13, 66:24
**indicating** [3] - 133:20, 135:4, 136:15
**indicating)** [8] - 11:3, 29:15, 136:11, 137:16, 139:14, 141:24, 143:24, 144:3
**indirectly** [1] - 26:19
**individual** [3] - 24:9, 66:23, 66:25
**individual's** [1] - 167:24
**individuals** [2] - 153:7, 154:23
**influence** [2] - 6:5, 6:8
**information** [3] - 111:6, 129:11, 130:2
**initiative** [1] - 109:9
**inside** [1] - 28:16
**inspector** [1] - 171:21
**inspectors** [4] - 172:7, 172:8, 172:17, 172:19
**instruct** [1] - 14:7
**instructing** [1] - 160:25
**instructions** [1] - 116:13
**insurance** [1] - 150:11
**intentionally** [2] - 149:9, 149:18
**Intercounty** [1] - 124:18
**interest** [1] - 162:9
**interested** [2] - 87:2, 185:13
**interior/exterior** [1] - 133:21
**interpret** [1] - 4:4
**INTERPRETER** [1] - 15:17
**Interpreter** [5] - 2:24,

4:3, 4:9, 15:14, 68:22
**interpreter** [2] - 4:25, 5:8
**interrogatories** [1] - 122:21
**interrogatory** [1] - 120:6
**interrupt** [2] - 111:10, 111:12
**involved** [1] - 105:25
**IS** [3] - 3:3, 3:8, 3:12
**Island** [5] - 24:5, 24:11, 25:4, 71:17, 184:12
**Islip** [2] - 172:4
**issued** [1] - 13:13
**IT** [3] - 3:3, 3:8, 3:12

**J**

**January** [4] - 13:24, 84:3, 99:10, 148:6
**JAVIER** [1] - 1:5
**job** [27] - 9:6, 44:18, 45:10, 45:14, 45:23, 46:5, 48:4, 59:15, 64:13, 64:15, 70:11, 75:5, 75:7, 89:19, 112:3, 116:17, 116:19, 119:18, 171:21, 171:22, 171:24, 173:10, 178:11, 178:15
**jobs** [6] - 40:3, 47:2, 97:12, 119:19, 134:4
**JOHN** [1] - 1:11
**joke** [2] - 27:4, 84:10
**joking** [2] - 85:16
**Jose** [1] - 124:25
**JOSE** [2] - 1:4, 1:5
**juan** [1] - 30:19
**JUAN** [1] - 1:6
**Juan** [6] - 30:20, 31:14, 32:4, 61:24, 61:25, 106:4
**July** [15] - 39:12, 39:14, 39:21, 39:24, 50:14, 50:17, 50:21, 50:22, 50:25, 51:11, 55:3, 63:18, 64:8, 148:4, 148:7
**jump** [1] - 95:18
**June** [3] - 34:20, 35:2, 148:4
**jury** [4] - 16:6, 121:5, 121:8, 184:16
**just..** [1] - 33:5

# K

**Karen** [1] - 1:23
**KAREN** [2] - 185:3, 185:19
**keep** [9] - 27:15, 48:23, 65:25, 66:4, 110:23, 116:17, 159:10, 159:16, 170:9
**kept** [1] - 37:16
**KEVIN** [1] - 1:5
**kids** [1] - 107:4
**kind** [8] - 10:24, 16:20, 28:15, 97:12, 116:21, 131:2, 131:7, 143:25
**known** [1] - 126:16
**knows** [3] - 61:3, 77:16, 77:17

# L

**Labor** [1] - 125:16
**labor** [1] - 97:13
**laborer** [1] - 97:8
**laborers** [1] - 115:25
**Lacey** [1] - 28:7
**ladies** [1] - 141:3
**laid** [1] - 175:15
**LaMendola** [3] - 1:23, 185:3, 185:19
**LaPaz** [2] - 18:15, 18:21
**last** [20] - 6:10, 17:17, 33:17, 33:19, 34:8, 59:11, 99:10, 104:8, 104:11, 104:13, 104:18, 104:21, 112:24, 130:13, 135:4, 136:12, 145:20, 172:5, 174:7, 176:12
**lasted** [1] - 176:17
**late** [2] - 172:14, 172:15
**lately** [2] - 12:14, 134:20
**Lauren** [1] - 165:3
**LAUREN** [1] - 2:4
**Law** [1] - 1:21
**LAW** [3] - 2:4, 2:8, 2:13
**lawsuit** [2] - 78:7, 90:10
**lawyer** [7] - 12:23, 60:25, 64:11, 73:10, 111:10, 113:18, 127:17

**lawyers** [3] - 94:20, 109:10, 113:23
**lead** [1] - 14:14
**leave** [21] - 25:22, 36:7, 36:10, 36:14, 36:18, 36:23, 46:5, 75:7, 77:12, 106:18, 142:16, 153:6, 172:10, 172:14, 172:15, 172:19, 172:23, 172:25, 173:2, 173:3, 173:5
**leaving** [1] - 135:11, 136:4, 136:20, 136:21, 138:10, 139:7, 139:21, 141:25
**left** [21] - 7:12, 25:17, 26:2, 28:5, 36:25, 37:4, 37:12, 37:21, 98:21, 98:23, 107:7, 107:10, 107:17, 107:20, 108:17, 137:21, 151:11, 152:25, 153:3, 173:7, 173:8
**legal** [1] - 163:5
**lemon** [1] - 131:20
**lens** [1] - 28:16
**lent** [5] - 89:5, 89:9, 89:22, 89:25, 90:7
**Lerly** [8] - 16:16, 23:25, 140:8, 140:15, 141:21, 141:22, 142:8, 184:4
**lerly** [1] - 4:15
**LERLY** [4] - 1:5, 1:18, 183:8, 183:17
**less** [2] - 57:22, 79:10, 91:7
**letters** [1] - 16:14
**level** [1] - 85:4
**liabilities** [1] - 150:12
**license** [23] - 11:14, 11:16, 11:22, 11:25, 12:11, 12:12, 13:9, 13:12, 13:15, 13:16, 13:25, 14:11, 14:21, 15:2, 15:5, 24:3, 119:9, 148:11, 153:17, 153:18, 161:16, 184:10
**lie** [17] - 6:19, 26:24, 27:3, 27:6, 27:15, 56:12, 56:15, 56:20, 84:17, 84:22, 84:25, 85:5, 85:8, 85:11, 85:14, 85:18, 175:24
**lied** [8] - 26:21, 26:25, 27:19, 27:24,

85:13, 85:22, 109:20, 113:13
**lies** [2] - 84:19, 85:3
**LINE** [1] - 186:5
**lines** [1] - 117:20
**listen** [5] - 4:25, 8:6, 64:9, 86:9, 126:7
**lists** [1] - 175:8
**live** [8] - 32:4, 32:5, 32:6, 59:3, 60:6, 151:9, 151:13, 151:17
**lived** [1] - 151:19
**Local** [2] - 75:11, 115:21
**look** [22] - 12:7, 12:21, 15:6, 15:8, 15:22, 24:25, 25:9, 59:8, 59:15, 107:22, 108:11, 108:12, 108:20, 108:22, 108:23, 126:8, 126:12, 126:14, 126:17, 134:6, 136:9, 168:24
**looked** [6] - 59:10, 88:20, 104:23, 126:2, 126:5, 126:18
**looking** [7] - 24:4, 62:2, 90:9, 105:3, 136:11, 136:12, 139:25
**looks** [5] - 12:23, 15:10, 15:15, 16:2, 136:8
**lose** [4] - 92:21, 93:21, 159:6, 178:11
**losing** [1] - 159:15
**lost** [3] - 12:16, 15:10, 159:4
**Louie** [1] - 35:7
**LOUIS** [1] - 1:11
**Louis** [11] - 39:5, 74:24, 76:7, 80:21, 89:4, 89:22, 90:5, 113:16, 144:22, 145:5, 146:22
**luck** [1] - 34:6
**lunch** [8] - 93:19, 95:3, 95:21, 96:2, 130:15, 130:18, 132:8, 132:17
**luncheon** [1] - 95:24
**lying** [16] - 9:25, 20:12, 20:17, 48:13, 56:2, 56:7, 57:25, 58:8, 107:7, 108:6, 128:8, 148:22, 148:23, 149:9, 149:18, 180:4

# M

**machine** [8] - 75:13, 97:14, 124:4, 130:13, 130:14, 172:12, 177:17, 177:22
**machines** [4] - 75:11, 79:20, 130:7, 144:12
**Madame** [4] - 15:14, 15:22, 68:22, 167:17
**main** [3] - 73:23, 74:18, 74:23
**Main** [2] - 63:22, 64:21
**man** [4] - 84:8, 145:19, 166:18, 177:22
**man's** [1] - 174:4
**MARCUS** [1] - 1:6
**margarita** [1] - 2:24
**mark** [1] - 7:17
**marked** [19] - 7:20, 7:24, 12:2, 12:5, 25:4, 25:8, 28:23, 29:3, 96:4, 96:8, 121:8, 121:25, 122:9, 133:2, 133:6, 134:12, 164:10, 165:21, 170:3
**marriage** [1] - 185:11
**married** [1] - 33:4
**MARTINEZ** [1] - 1:4
**Master** [1] - 166:23
**match** [1] - 92:7
**materials** [4] - 38:22, 155:25, 165:21, 172:12
**matter** [2] - 94:24, 185:14
**MAYNOR** [1] - 1:4
**Maynor** [6] - 84:6, 84:8, 85:15, 85:18, 86:3, 117:3
**McElvy** [1] - 175:9
**McNAMARA** [195] - 2:8, 2:11, 7:10, 7:15, 11:19, 14:4, 14:13, 14:16, 14:22, 14:25, 15:9, 15:16, 24:24, 30:10, 31:10, 32:19, 39:18, 44:16, 45:2, 48:14, 48:19, 50:3, 51:13, 52:5, 52:18, 52:24, 53:4, 53:8, 55:9, 55:17, 56:3, 56:8, 56:13, 56:17, 57:5, 57:7, 58:3, 58:7, 61:15, 62:12, 63:11, 63:25, 66:14, 67:5,

67:7, 67:11, 67:17, 67:21, 68:2, 68:7, 68:12, 68:22, 69:3, 69:22, 70:15, 72:15, 73:12, 73:21, 77:25, 78:11, 78:17, 78:21, 79:2, 80:4, 80:7, 80:12, 81:3, 84:23, 85:2, 85:20, 87:8, 87:10, 87:12, 87:17, 87:24, 88:9, 88:19, 89:11, 90:2, 90:6, 90:16, 91:11, 92:15, 92:24, 95:11, 95:16, 95:23, 96:21, 100:3, 102:19, 104:19, 105:6, 107:8, 107:12, 107:15, 110:15, 110:23, 111:3, 112:12, 112:17, 113:14, 114:15, 115:7, 117:23, 118:2, 119:23, 122:9, 123:2, 123:8, 126:3, 127:24, 128:19, 128:25, 129:24, 131:12, 131:22, 136:24, 138:14, 139:12, 140:17, 141:7, 142:6, 142:20, 142:24, 143:13, 145:14, 145:22, 150:16, 151:5, 153:9, 153:15, 154:2, 154:18, 155:9, 155:13, 155:18, 155:23, 156:6, 156:11, 156:24, 157:6, 157:10, 157:14, 157:21, 158:5, 158:10, 158:17, 159:2, 159:7, 159:12, 160:13, 160:19, 160:24, 161:6, 161:11, 161:15, 162:21, 163:17, 164:7, 164:13, 164:15, 165:8, 165:20, 165:25, 166:7, 166:10, 166:13, 166:15, 167:4, 167:7, 167:13, 168:3, 168:8, 168:13, 168:18, 169:5, 169:10, 169:16, 169:20, 169:23, 170:13, 170:18, 170:22, 170:25, 171:6, 171:9, 171:13, 171:17, 171:19, 174:12, 174:24, 179:18,

179:25, 182:2, 182:7
**mean** [8] - 15:9,
16:24, 44:6, 67:17,
153:2, 163:7, 171:5,
171:15
**means** [1] - 20:8
**meant** [3] - 168:24,
169:11, 169:21
**meat** [1] - 131:7
**medford** [1] - 172:3
**Medford** [2] - 172:3,
172:18
**medical** [1] - 27:25
**meet** [3] - 8:18, 8:21,
95:21
**meeting** [1] - 8:15
**memory** [3] - 23:4,
23:13, 43:17
**Mendez** [7] - 70:9,
70:10, 89:10, 89:14,
113:11, 113:17,
113:21
**MENDEZ** [1] - 1:4
**mentioned** [2] - 1:22,
10:22
**message** [11] -
106:19, 106:22,
106:24, 107:7,
107:10, 107:17,
107:20, 108:8,
108:17, 108:18,
126:10
**messages** [7] -
107:23, 108:6, 108:9,
108:14, 125:22,
125:23, 125:24
**met** [6] - 9:2, 9:14,
9:22, 10:3, 10:6,
103:24
**mi** [1] - 141:17
**might** [1] - 10:22
**milk** [1] - 47:15
**million** [1] - 114:3
**mind** [1] - 90:20
**Mindres** [1] - 4:17
**mine** [6] - 12:13,
114:11, 125:5, 151:2,
164:5, 164:6
**Mineola** [1] - 172:6
**minute** [7] - 59:5,
60:4, 72:17, 80:5,
92:22, 145:9
**minutes** [6] - 9:16,
22:13, 93:14, 93:17,
93:18, 128:20
**misleading** [1] -
149:19
**miss** [1] - 94:19
**mistake** [3] - 29:16,
168:24, 169:8

**mistaken** [1] -
169:10
**mistreated** [1] -
80:15
**moment** [1] - 110:17
**money** [11] - 19:2,
19:7, 21:18, 85:23,
89:5, 89:9, 89:22,
109:7, 109:15,
109:23, 146:3
**Mongolo** [4] - 16:21,
16:22, 16:25, 76:19
**mongolo** [1] - 17:2
**month** [23] - 26:10,
26:11, 39:12, 59:11,
63:15, 64:8, 65:22,
65:24, 87:7, 87:16,
100:10, 100:11,
177:20, 178:12,
178:18, 178:19,
178:21, 179:7,
179:10, 179:11,
179:15, 180:13,
180:14
**months** [6] - 55:4,
87:11, 87:16, 103:2,
151:15
**morning** [9] - 4:19,
4:20, 28:4, 47:14,
47:16, 47:19, 47:21,
117:18, 141:23
**most** [11] - 25:19,
41:16, 45:11, 46:14,
79:7, 123:6, 123:11,
123:17, 132:7, 172:6,
172:17
**mother** [5] - 34:3,
34:24, 35:22, 35:24,
87:21
**Motor** [1] - 63:5
**move** [2] - 154:13
**moved** [4] - 129:17,
151:18, 159:8, 159:11
**MR** [293] - 4:12, 7:10,
7:15, 7:16, 11:19,
11:21, 14:4, 14:9,
14:13, 14:15, 14:16,
14:18, 14:22, 14:24,
14:25, 15:3, 15:9,
15:14, 15:16, 15:19,
15:21, 15:25, 16:6,
23:23, 24:7, 24:22,
24:24, 28:18, 30:10,
31:10, 32:19, 39:18,
44:16, 45:2, 48:14,
48:19, 50:3, 51:13,
52:5, 52:18, 52:24,
53:4, 53:8, 55:9,
55:17, 56:3, 56:8,
56:13, 56:17, 57:5,

57:7, 57:9, 58:3, 58:5,
58:7, 58:18, 61:15,
62:12, 63:11, 63:25,
66:12, 66:14, 66:17,
67:5, 67:6, 67:7, 67:9,
67:11, 67:13, 67:17,
67:19, 67:21, 67:23,
68:2, 68:4, 68:7,
68:10, 68:12, 68:19,
68:22, 69:3, 69:22,
70:15, 72:15, 72:17,
73:12, 73:21, 77:25,
78:11, 78:17, 78:21,
79:2, 80:4, 80:6, 80:7,
80:9, 80:12, 80:14,
81:3, 84:23, 85:2,
85:20, 87:8, 87:10,
87:12, 87:17, 87:24,
88:9, 88:19, 89:11,
90:2, 90:6, 90:16,
91:11, 91:14, 92:6,
92:15, 92:17, 92:24,
93:23, 94:24, 95:6,
95:10, 95:11, 95:12,
95:16, 95:18, 95:23,
96:21, 100:3, 102:19,
104:17, 104:19,
105:6, 107:8, 107:12,
107:15, 110:15,
110:23, 110:25,
111:3, 112:12,
112:14, 112:17,
112:20, 112:24,
113:14, 114:15,
115:7, 117:23, 118:2,
119:23, 121:2,
121:19, 122:9,
122:11, 122:18,
123:2, 123:8, 126:3,
127:22, 127:24,
128:16, 128:19,
128:23, 128:25,
129:24, 131:12,
131:22, 136:24,
138:14, 139:12,
140:17, 141:7, 142:6,
142:20, 142:24,
143:13, 145:8,
145:14, 145:22,
150:16, 151:3, 151:5,
153:9, 153:15, 154:2,
154:18, 155:9,
155:13, 155:18,
155:23, 156:6,
156:11, 156:24,
157:6, 157:10,
157:14, 157:21,
158:5, 158:10,
158:17, 159:2, 159:7,
159:12, 160:13,
160:17, 160:19,

160:22, 160:24,
161:6, 161:7, 161:11,
161:13, 161:15,
161:19, 162:21,
163:17, 164:7,
164:12, 164:13,
164:14, 164:15,
164:17, 165:8,
165:10, 165:18,
165:20, 165:23,
165:25, 166:3, 166:7,
166:9, 166:10,
166:11, 166:13,
166:14, 166:15,
166:17, 166:22,
167:4, 167:6, 167:7,
167:11, 167:13,
167:15, 167:23,
168:3, 168:5, 168:8,
168:11, 168:13,
168:15, 168:18,
168:20, 169:5, 169:7,
169:10, 169:13,
169:16, 169:18,
169:20, 169:22,
169:23, 170:5,
170:13, 170:15,
170:18, 170:20,
170:22, 170:23,
170:25, 171:4, 171:6,
171:7, 171:9, 171:11,
171:13, 171:15,
171:17, 171:18,
171:19, 174:12,
174:24, 179:18,
179:25, 180:25,
181:5, 181:14, 182:2,
182:4, 182:7, 182:9

## N

**name** [50] - 4:14,
16:11, 23:21, 28:6,
32:17, 32:18, 32:20,
38:7, 73:20, 84:5,
104:3, 104:8, 104:11,
104:14, 104:16,
104:18, 104:21,
106:2, 106:3, 106:5,
106:9, 106:16,
106:17, 134:23,
135:23, 137:5,
137:13, 137:16,
139:17, 140:5, 140:7,
140:8, 140:12,
140:15, 140:16,
140:18, 141:4, 141:8,
141:11, 141:14,
141:15, 141:16,
142:11, 150:18,

151:7, 152:6, 152:8,
153:12, 174:4, 174:7
**names** [6] - 16:9,
16:17, 76:17, 76:21,
117:7, 152:23
**nation** [2] - 37:3,
80:19
**near** [5] - 63:13,
63:22, 64:21, 172:6,
172:18
**necessarily** [1] -
29:13
**necessary** [1] -
170:16
**Neck** [1] - 2:9
**need** [8] - 49:3, 57:7,
64:9, 69:16, 94:8,
112:17, 145:8, 179:23
**needed** [2] - 77:16,
78:13
**negotiated** [1] - 42:2
**NELSON** [1] - 1:3
**never** [49] - 9:22,
26:25, 27:19, 30:15,
31:23, 31:25, 42:9,
48:7, 48:12, 55:7,
57:18, 58:24, 61:10,
61:14, 61:16, 71:4,
78:8, 79:14, 80:23,
80:25, 85:25, 86:4,
86:5, 86:9, 88:20,
89:13, 99:22, 107:5,
110:9, 116:20,
119:13, 122:12,
127:13, 130:18,
131:10, 132:2,
142:22, 142:25,
143:9, 152:21,
173:21, 178:3, 178:7,
179:16, 179:19,
179:23, 180:9, 180:16
**new** [1] - 37:14
**NEW** [2] - 1:2, 183:4
**New** [14] - 1:16, 1:25,
2:5, 2:10, 2:14, 2:19,
4:18, 13:9, 171:25,
172:2, 183:22, 185:4
**next** [5] - 9:8, 30:24,
103:22, 140:22,
181:16
**nice** [7] - 16:11,
35:10, 58:21, 103:25,
117:21, 175:12,
175:15
**nicely** [1] - 81:2
**nicknames** [2] -
16:18, 16:20
**night** [2] - 28:4, 29:8
**nine** [5] - 13:11,
65:4, 103:4, 103:5,

**151:15**
**NOE** [4] - 1:5, 1:18, 183:8, 183:17
**Noe** [11] - 4:15, 16:16, 23:25, 38:9, 76:18, 140:8, 141:22, 142:8, 148:20, 152:19, 184:4
**noe** [1] - 16:10
**nombre** [1] - 141:17
**none** [1] - 126:19
**nonunion** [2] - 69:14, 178:16
**normal** [1] - 84:19
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:24, 183:22, 185:3
**note** [4] - 28:23, 29:4, 29:21, 184:13
**noted** [1] - 182:12
**notes** [7] - 66:8, 66:9, 66:10, 66:13, 67:3, 67:11, 184:23
**nothing** [7] - 41:16, 48:16, 123:5, 155:20, 161:7, 175:18, 181:2
**notice** [4] - 7:15, 7:19, 108:4, 182:5
**Notice** [2] - 1:22, 184:8
**number** [43] - 30:25, 31:4, 31:7, 31:15, 31:16, 31:17, 31:18, 31:24, 61:20, 61:21, 61:22, 71:24, 71:25, 106:11, 106:12, 107:11, 107:16, 107:18, 107:21, 160:5, 160:7, 160:10, 160:12, 161:5, 161:18, 162:10, 162:14, 162:17, 162:18, 162:20, 163:3, 163:13, 163:16, 163:22, 163:25, 167:11, 167:16, 168:10, 168:25, 169:3, 169:12, 169:21, 170:2
**Number** [14] - 7:20, 12:2, 12:5, 25:5, 28:24, 71:8, 71:12, 71:15, 96:5, 120:21, 121:9, 121:12, 122:2, 133:7
**numbers** [13] - 161:10, 167:10, 167:12, 167:16, 167:19, 167:25, 168:21, 168:22,

168:25, 169:4, 169:11, 169:14, 169:21

## O

**oath** [2] - 3:15, 183:10
**Objection** [6] - 52:18, 56:3, 79:2, 138:14, 155:9, 156:6
**objection** [102] - 30:10, 31:10, 39:18, 44:16, 45:2, 48:14, 48:19, 50:3, 51:13, 52:5, 52:24, 53:4, 53:8, 55:9, 55:17, 56:8, 56:13, 56:17, 57:5, 58:3, 61:15, 62:12, 63:11, 63:25, 69:22, 70:15, 73:21, 77:25, 78:11, 78:17, 78:21, 81:3, 84:23, 85:2, 85:20, 87:8, 87:10, 87:12, 87:17, 87:24, 88:9, 88:19, 89:11, 90:2, 90:6, 90:16, 91:11, 96:21, 100:3, 102:19, 105:6, 107:8, 107:12, 107:15, 110:15, 113:14, 114:15, 115:7, 117:23, 118:2, 119:23, 123:2, 123:8, 126:3, 129:24, 131:12, 136:24, 139:12, 140:17, 141:7, 142:6, 142:20, 142:24, 143:13, 145:14, 145:22, 150:16, 153:9, 153:15, 154:2, 154:18, 155:13, 155:18, 155:23, 156:11, 156:24, 157:6, 157:10, 157:14, 158:5, 158:10, 158:17, 159:2, 159:7, 159:12, 160:13, 163:17, 170:16, 174:12, 174:24, 179:18, 179:25
**objections** [1] - 3:9
**obligated** [1] - 164:23
**obligation** [5] - 5:15, 5:18, 110:13, 110:20, 170:8
**obtain** [1] - 26:25

**October** [1] - 185:16
**odd** [2] - 84:18, 141:11
**OF** [6] - 1:2, 2:4, 2:8, 2:13, 183:4, 183:6
**offend** [1] - 76:22
**offended** [1] - 76:20
**offense** [1] - 116:11
**offer** [7] - 109:2, 109:11, 109:13, 109:22, 110:10, 110:14, 111:20
**offered** [1] - 109:7, 109:15, 113:10, 113:11, 113:17, 113:20
**office** [2] - 6:24, 112:19
**officer** [4] - 3:14, 173:10, 173:11, 173:16
**OFFICES** [3] - 2:4, 2:8, 2:13
**often** [1] - 129:12, 177:15, 177:19
**old** [3] - 32:10, 37:15, 74:13
**once** [8] - 35:17, 35:25, 67:2, 75:4, 130:9, 130:10, 144:23, 177:20
**one** [44] - 1:19, 17:5, 28:23, 29:15, 35:18, 36:2, 36:24, 37:16, 41:9, 43:7, 50:24, 60:22, 63:5, 65:23, 68:23, 71:22, 76:19, 87:7, 87:15, 115:22, 117:4, 119:10, 121:15, 121:17, 130:14, 132:22, 133:20, 135:3, 135:4, 136:12, 154:14, 157:25, 161:20, 162:16, 164:5, 169:2, 173:22, 174:19, 174:20, 175:4, 175:7, 178:13, 180:20
**One** [1] - 184:13
**one-page** [1] - 28:23
**One-page** [1] - 184:13
**ones** [10] - 99:21, 112:6, 115:9, 133:10, 143:25, 146:5, 146:6, 146:7, 152:22, 173:22
**opportunities** [1] - 146:9
**opportunity** [3] - 128:14, 128:17, 169:8

**oppose** [1] - 165:24
**opposed** [1] - 160:6
**order** [7] - 1:22, 14:6, 144:7, 160:16, 160:21, 161:3, 164:16
**orderly** [1] - 143:9
**origin** [2] - 33:15, 37:3
**original** [1] - 163:5
**originally** [1] - 169:15
**Orlando** [3] - 38:2, 38:4, 38:11
**OSMAR** [1] - 1:4
**Osmar** [1] - 124:10
**otherwise** [2] - 81:22, 156:18
**outcome** [1] - 185:14
**outside** [5] - 67:14, 92:25, 128:20, 140:14, 145:2
**overtime** [37] - 40:20, 40:24, 41:8, 43:23, 43:25, 49:13, 49:21, 49:23, 49:24, 50:10, 51:21, 52:13, 52:22, 53:7, 53:11, 55:6, 55:8, 55:11, 55:20, 57:15, 57:21, 82:11, 82:13, 99:23, 99:25, 100:5, 100:6, 100:9, 100:12, 100:16, 100:25, 101:4, 175:18, 179:17, 179:24, 180:4, 180:6
**owe** [5] - 53:23, 54:5, 54:10
**owed** [2] - 53:12, 53:20
**own** [6] - 38:6, 38:12, 46:6, 103:10, 109:8, 147:23
**owner** [4] - 174:10, 174:20, 174:23, 175:2
**owns** [2] - 38:23, 39:4
**oysters** [1] - 131:23

## P

**P.C** [1] - 2:17
**p.m** [10] - 95:25, 135:15, 136:9, 136:16, 136:18, 136:21, 138:11, 139:9, 182:12
**page** [18] - 28:23, 135:2, 135:6, 135:21,

135:23, 137:3, 137:6, 137:8, 137:11, 138:3, 138:25, 139:15, 139:24, 140:3, 142:8, 142:11, 181:16, 184:13
**PAGE** [4] - 184:3, 184:7, 184:22, 186:5
**PAGOADA** [1] - 1:4
**Pagoada** [1] - 124:10
**paid** [83] - 18:20, 18:22, 19:25, 21:7, 38:18, 39:21, 39:24, 40:4, 40:6, 40:12, 40:15, 40:16, 40:18, 41:2, 41:8, 41:12, 41:14, 43:5, 43:9, 49:10, 49:12, 49:15, 49:18, 49:22, 49:25, 50:9, 50:13, 50:18, 50:22, 51:2, 51:11, 51:22, 51:23, 52:3, 52:8, 52:12, 52:14, 52:16, 52:21, 53:2, 53:6, 53:17, 55:7, 55:11, 55:20, 55:25, 56:5, 57:18, 81:15, 81:19, 82:3, 82:6, 86:5, 86:8, 86:11, 86:15, 86:17, 97:15, 97:25, 98:4, 98:5, 98:6, 98:11, 98:16, 99:4, 99:8, 99:12, 99:18, 99:22, 114:24, 115:6, 125:10, 145:25, 146:12, 146:16, 146:21, 152:3, 153:20, 154:21, 154:22, 155:2, 179:17
**painted** [1] - 117:20
**paper** [14] - 7:3, 7:4, 7:6, 7:7, 11:2, 11:5, 11:8, 43:19, 75:4, 75:6, 90:19, 90:21, 103:16, 129:16
**papers** [8] - 10:23, 10:24, 13:19, 129:21, 134:9, 163:5, 163:6, 163:9
**Parkway** [1] - 63:5
**part** [1] - 148:5
**parties** [2] - 3:5, 185:12
**parts** [1] - 146:15
**pass** [1] - 59:14
**passed** [1] - 178:15
**passport** [5] - 37:9, 37:11, 37:13, 37:15, 153:12

10

**past** [1] - 34:11
**Patrick** [6] - 104:4, 104:6, 104:7, 104:10, 161:23, 166:23
**PATRICK** [1] - 2:8
**patrick** [3] - 2:11, 104:5, 161:19
**paving** [4] - 35:2, 35:4, 82:18, 82:20
**Paving** [37] - 17:18, 17:20, 17:25, 18:10, 19:17, 19:19, 20:2, 20:25, 21:3, 22:3, 25:16, 26:13, 26:15, 26:18, 38:24, 39:2, 45:7, 90:10, 97:6, 97:19, 97:20, 97:23, 98:10, 98:17, 99:7, 99:16, 100:21, 101:8, 101:13, 101:17, 105:5, 105:13, 118:18, 124:19, 173:10, 174:11
**PAVING** [1] - 1:10
**pay** [41] - 24:10, 24:18, 25:2, 25:12, 37:23, 38:19, 38:20, 40:24, 41:3, 41:15, 41:17, 42:7, 42:11, 43:11, 43:21, 51:19, 51:20, 53:16, 54:22, 56:9, 64:15, 81:17, 115:21, 116:5, 116:6, 116:8, 123:6, 123:11, 123:17, 125:11, 132:10, 146:23, 146:24, 152:2, 152:4, 153:10, 153:19, 155:25, 164:10, 184:11
**paycheck** [2] - 82:8, 180:22
**paychecks** [2] - 123:12, 123:19
**paying** [4] - 86:13, 115:13, 133:13, 150:8
**payment** [1] - 89:22
**payments** [3] - 100:25, 115:17, 115:19
**pays** [1] - 115:11
**Pedro** [1] - 151:7
**penalties** [1] - 58:14
**pencil** [1] - 94:8
**people** [19] - 10:4, 25:19, 38:21, 39:6, 46:6, 79:7, 80:19, 84:25, 89:17, 150:13, 152:14, 152:24, 155:2, 155:25, 176:2,

176:6, 176:7, 178:14, 179:21
**people's** [2] - 86:9, 87:2
**per** [10] - 49:12, 50:2, 50:14, 50:23, 51:22, 52:3, 52:13, 52:16, 101:11, 165:21
**PEREZ** [1] - 1:6
**perfect** [1] - 22:20
**perfectly** [1] - 182:10
**performed** [1] - 97:16
**period** [3] - 99:3, 147:23, 155:21
**perjury** [2] - 58:14, 61:2
**permanent** [2] - 152:22, 154:14
**permit** [2] - 13:22, 13:24
**permitted** [2] - 32:23, 160:2
**permitting** [1] - 182:6
**person** [13] - 12:20, 15:18, 26:4, 30:17, 30:23, 32:3, 61:13, 79:19, 117:10, 177:17, 179:4, 180:15, 180:17
**personal** [13] - 27:9, 27:17, 87:3, 88:6, 89:16, 93:7, 114:10, 114:12, 150:5, 150:7, 152:11, 159:13, 159:16
**personally** [3] - 92:5, 150:5, 152:5
**pertaining** [1] - 67:11
**Perusing** [1] - 12:9
**phone** [18] - 31:15, 31:16, 31:17, 31:18, 59:3, 59:9, 59:10, 60:7, 60:21, 60:23, 61:21, 61:22, 62:4, 62:9, 107:2, 107:4, 107:6, 108:4
**phonetic** [1] - 175:10
**photocopy** [1] - 11:23
**pick** [3] - 45:22, 45:24, 46:2
**picking** [1] - 38:22
**pickup** [5] - 118:15, 118:21, 118:24, 119:2, 119:5
**picture** [2] - 12:21, 24:2

**piece** [1] - 146:16
**pieces** [1] - 146:15
**Pioneer** [2] - 124:9, 124:24
**place** [7] - 1:23, 37:6, 116:18, 149:16, 149:17, 154:14, 166:4
**Plaintiff** [1] - 122:21
**Plaintiffs** [5] - 1:7, 1:19, 2:4, 2:9, 2:13
**Plaintiffs'** [3] - 121:4, 121:7, 184:15
**play** [5] - 106:25, 107:4, 130:4, 147:19, 147:20
**playing** [3] - 104:24, 105:2, 156:16
**PLLC** [1] - 2:4
**plural** [4] - 167:12, 167:16, 167:25, 169:14
**Poinciana** [3] - 151:19, 151:22, 151:23
**point** [2] - 79:11, 157:25
**police** [4] - 173:9, 173:11, 173:15, 173:19
**pollo** [2] - 131:3, 131:4
**portion** [2] - 113:2, 167:20
**position** [1] - 182:10
**possession** [1] - 68:13
**post** [1] - 134:4
**poster** [1] - 133:14
**posters** [3] - 143:19, 143:22, 144:4
**pounds** [3] - 12:25, 13:2, 15:10
**power** [2] - 75:12, 75:24
**Pracelis** [5] - 70:9, 70:10, 89:10, 89:14, 113:11
**PRACELIS** [1] - 1:4
**Practice** [1] - 1:21
**precise** [2] - 53:13, 53:15
**prepare** [5] - 8:3, 8:8, 8:11, 91:24, 92:3
**prepared** [5] - 8:10, 90:24, 92:10, 97:2, 161:22
**prescription** [2] - 27:25, 28:7
**PRESENT** [3] - 2:6, 2:15, 2:23

**president** [1] - 174:19
**pretty** [4] - 73:14, 90:4, 100:5, 100:6
**previously** [5] - 66:21, 68:14, 92:16, 120:20, 134:12
**private** [1] - 127:23
**privilege** [1] - 91:13
**privileged** [3] - 8:23, 9:8, 151:2
**problem** [7] - 8:13, 178:3, 178:7, 178:8, 179:20, 179:22, 180:16
**problems** [3] - 86:9, 87:3, 89:16
**procedure** [1] - 171:14
**procedures** [2] - 164:22, 166:4
**proceed** [1] - 69:4
**proceeding** [1] - 171:14
**produce** [1] - 81:21
**produced** [1] - 94:10
**PRODUCTION** [1] - 184:21
**production** [4] - 121:22, 121:25, 146:15, 184:18
**Production** [1] - 184:23
**Professional** [1] - 1:24
**project** [1] - 172:5
**projects** [3] - 62:15, 63:19, 64:19
**promise** [1] - 141:20
**promptly** [1] - 68:16
**proof** [1] - 163:8
**protected** [2] - 149:12, 177:12
**protective** [4] - 14:6, 160:15, 160:21, 161:3
**provide** [11] - 5:23, 10:17, 31:5, 91:5, 91:9, 91:21, 94:21, 103:13, 145:20, 151:4, 161:4
**provided** [18] - 24:9, 31:23, 56:10, 56:23, 57:12, 67:3, 67:24, 68:15, 71:13, 71:16, 72:2, 91:15, 161:9, 161:14, 161:16, 162:11, 162:15
**Public** [1] - 1:24, 183:22, 185:3
**punch** [1] - 76:10

**punish** [3] - 149:14, 149:16, 149:18
**punished** [1] - 149:12
**purchase** [1] - 165:13
**purposely** [2] - 69:20, 69:25
**purposes** [1] - 109:21
**pursuant** [1] - 1:20, 170:4
**put** [5] - 25:20, 26:7, 140:13, 152:4, 162:16
**putting** [2] - 62:20

---

## Q

**QINTANILLA** [1] - 1:5
**questioning** [2] - 160:20, 170:19
**questions** [33] - 4:4, 4:25, 5:10, 8:6, 8:17, 9:7, 10:9, 10:16, 10:17, 10:18, 14:5, 18:7, 42:20, 44:19, 44:20, 51:5, 62:14, 69:21, 70:2, 72:9, 72:13, 72:18, 73:7, 83:10, 120:15, 120:16, 157:17, 157:19, 164:8, 182:3, 182:6, 182:8
**quickly** [3] - 68:16, 116:20, 132:24
**QUINTANILLA** [1] - 1:3
**Quintanilla** [1] - 70:8
**Quinteros** [6] - 30:19, 30:20, 31:14, 32:4, 61:24, 61:25
**QUINTEROS** [1] - 1:6
**quit** [1] - 17:14
**quite** [1] - 82:23

---

## R

**rain** [6] - 65:14, 65:16, 65:18, 83:15, 102:23, 116:9
**rained** [4] - 65:12, 65:13, 65:15, 125:10
**rains** [1] - 65:23
**raise** [1] - 39:17
**raised** [1] - 98:15
**rake** [1] - 74:21
**ramifications** [1] -

11

6:22
**rare** [1] - 173:7
**rarely** [2] - 132:4
**rate** [3] - 43:3, 43:14, 51:22
**raw** [3] - 131:18, 131:19, 131:21
**read** [4] - 113:3, 133:24, 167:21, 183:9
**ready** [1] - 30:12
**realize** [3] - 85:7, 85:9, 86:22
**really** [22] - 13:10, 13:12, 42:24, 63:7, 78:23, 86:9, 87:2, 87:13, 89:7, 89:15, 104:24, 106:4, 108:4, 110:6, 130:17, 133:12, 133:24, 141:12, 145:18, 154:14, 176:24, 178:10
**reams** [2] - 129:15, 129:16
**REASON** [10] - 186:7, 186:9, 186:11, 186:13, 186:15, 186:17, 186:19, 186:21, 186:23, 186:25
**reason** [2] - 174:9, 176:22
**reasonable** [2] - 154:11, 154:16
**reasoning** [1] - 14:23
**reasons** [1] - 186:4
**receive** [5] - 60:3, 60:22, 60:23, 62:4, 125:24
**received** [6] - 21:18, 24:19, 57:14, 85:25, 123:13, 180:22
**receives** [1] - 123:17
**receiving** [2] - 34:5, 181:5
**recess** [13] - 24:14, 28:21, 58:19, 68:8, 83:19, 93:2, 95:24, 112:18, 112:22, 128:2, 128:21, 145:10, 166:20
**record** [38] - 4:14, 23:23, 24:8, 60:13, 68:17, 68:21, 72:16, 73:14, 73:16, 73:18, 80:4, 80:10, 80:11, 80:13, 95:11, 95:13, 96:25, 112:13, 112:16, 113:3, 121:2, 121:19, 122:18,

147:11, 147:13, 149:3, 149:7, 149:19, 167:21, 168:4, 170:18, 170:20, 170:24, 171:10, 182:11, 183:12, 183:13, 185:9
**recorded** [1] - 60:10
**records** [3] - 105:18, 107:6, 149:20
**rectifying** [2] - 22:16, 22:18
**red** [1] - 29:10
**referred** [1] - 170:10
**referring** [6] - 11:5, 11:8, 103:18, 161:24, 162:3, 171:12
**reflect** [5] - 23:24, 24:8, 121:3, 121:20, 122:19
**reflected** [1] - 43:11
**refused** [1] - 125:19
**regard** [1] - 80:6
**regarding** [7] - 42:12, 81:10, 116:5, 116:6, 164:9, 167:9, 169:25
**regular** [5] - 43:7, 51:20, 82:10, 99:21, 123:21
**reiterate** [2] - 167:8, 169:24
**related** [2] - 105:24, 185:10
**remember** [46] - 13:10, 20:9, 20:14, 20:15, 20:19, 22:23, 23:6, 36:13, 43:18, 48:11, 48:23, 56:11, 56:12, 61:9, 62:11, 62:24, 63:5, 63:21, 63:22, 64:7, 65:14, 71:7, 85:21, 86:12, 86:14, 86:25, 87:14, 87:18, 91:4, 101:25, 102:11, 102:12, 102:16, 102:17, 102:18, 104:9, 104:11, 106:16, 129:18, 134:21, 144:23, 152:10, 152:24, 155:5, 173:18, 173:19
**Renato** [4] - 116:23, 116:25, 117:13, 117:14
**rent** [1] - 159:20
**rented** [1] - 159:21
**repeat** [3] - 69:23, 123:9, 178:6

**repeated** [1] - 54:7
**report** [7] - 19:7, 19:9, 21:17, 48:5, 69:5, 70:17, 149:17
**reported** [4] - 19:14, 21:19, 21:20, 21:23
**REPORTER** [2] - 15:24, 165:17
**reporter** [4] - 113:4, 167:22, 168:6, 168:21
**Reporter** [3] - 1:24, 15:22, 167:17
**reports** [2] - 127:8, 127:18
**representative** [6] - 136:23, 137:25, 138:13, 139:11, 142:5, 142:19
**represented** [1] - 110:4
**represents** [1] - 23:24
**request** [8] - 67:22, 92:11, 112:17, 121:21, 121:24, 167:8, 169:25, 184:17
**requested** [3] - 67:20, 113:2, 167:20
**requesting** [1] - 67:18
**REQUESTS** [1] - 184:21
**required** [2] - 6:14, 164:19
**resemblance** [1] - 24:2
**reserved** [1] - 3:10
**respective** [1] - 3:5
**response** [20] - 23:22, 29:23, 46:18, 48:22, 49:2, 49:5, 51:8, 51:14, 55:13, 55:15, 56:14, 56:15, 57:3, 66:6, 70:19, 70:21, 83:5, 83:7, 83:8, 156:21
**rest** [4] - 98:4, 98:14, 130:12, 149:7
**restate** [1] - 73:14
**restaurant** [1] - 9:2
**retaliation** [1] - 80:3
**retiring** [1] - 69:11
**return** [5] - 19:8, 19:10, 30:8, 60:7, 153:22
**returns** [5] - 147:3, 149:24, 164:9, 167:9, 170:3
**reveal** [2] - 110:14, 110:20

**review** [3] - 9:16, 29:17, 91:2
**reviewed** [1] - 7:22
**rice** [1] - 131:4
**rid** [1] - 26:20
**riffling** [1] - 24:3
**right-hand** [1] - 140:2
**rights** [6] - 116:6, 149:12, 176:24, 177:2, 177:9, 177:12
**rims** [1] - 133:21
**ring** [1] - 31:20
**RIVERA** [1] - 1:5
**Rivera** [1] - 124:15
**Road** [1] - 2:9
**Rodriguez** [22] - 4:15, 9:6, 16:8, 16:16, 23:25, 24:17, 33:3, 73:19, 93:4, 140:8, 140:19, 140:21, 140:23, 141:5, 141:21, 141:22, 142:9, 143:19, 149:23, 171:20, 184:4
**RODRIGUEZ** [4] - 1:5, 1:19, 183:8, 183:17
**rodriguez** [1] - 4:19
**Rodriguez's** [5] - 11:25, 164:9, 167:9, 170:2, 184:9
**roll** [1] - 74:20
**roller** [5] - 97:9, 97:14, 130:21, 130:22, 179:5
**rolling** [1] - 124:4
**room** [4] - 67:14, 140:24, 171:14
**rounded** [1] - 100:14
**routine** [4] - 54:2, 54:3, 54:7, 102:21
**Rules** [1] - 1:21
**rules** [4] - 44:5, 115:17, 115:18, 116:4
**run** [1] - 171:3
**running** [1] - 171:7

**S**

**SA** [1] - 136:13
**sandwich** [2] - 47:13, 47:14
**sauce** [1] - 131:20
**SAUL** [1] - 2:20
**Saul** [5] - 141:13, 141:14, 141:17, 141:19
**sauna** [1] - 144:25

**save** [1] - 94:18
**saw** [6] - 79:9, 86:4, 86:5, 103:15, 122:12, 143:25
**scanned** [1] - 161:25
**school** [4] - 51:3, 74:7, 74:8, 74:11
**scott** [3] - 173:25, 174:5, 174:6
**Scott** [1] - 174:8
**screamed** [1] - 140:14
**sealing** [1] - 3:6
**season** [6] - 35:2, 35:4, 82:18, 82:20, 83:13, 83:21
**second** [12] - 22:10, 34:18, 62:25, 68:18, 72:16, 80:19, 112:13, 121:5, 121:7, 127:25, 135:4, 184:15
**Security** [20] - 71:8, 71:12, 71:15, 160:5, 160:7, 160:10, 161:5, 161:10, 161:17, 162:17, 162:20, 163:2, 163:12, 163:15, 163:21, 163:25, 167:10, 167:25, 168:10, 170:2
**see** [43] - 7:7, 7:9, 7:10, 7:13, 11:16, 11:19, 22:11, 29:19, 34:3, 34:24, 35:22, 35:24, 44:23, 59:14, 87:21, 87:23, 94:9, 94:18, 101:15, 108:18, 120:22, 125:23, 126:8, 134:8, 134:23, 134:25, 135:3, 135:5, 135:20, 135:23, 136:18, 137:5, 137:13, 137:18, 140:5, 142:11, 152:18, 153:21, 153:23, 154:25, 155:6, 155:8, 155:10
**send** [3] - 92:18, 127:17, 132:5
**sent** [2] - 102:22, 161:25
**September** [4] - 1:14, 26:13, 26:15, 183:10
**set** [4] - 122:20, 164:22, 185:6, 185:15
**settle** [1] - 109:5, 109:7, 109:16, 109:23
**settlement** [6] -

109:2, 109:11, 110:10, 110:14, 111:20, 113:24
**settling** [1] - 109:21
**seven** [2] - 87:16, 145:20
**seventh** [1] - 64:8
**seventy** [1] - 100:22
**several** [2] - 77:12, 168:12
**shall** [1] - 3:10
**share** [1] - 164:3
**SHEET** [1] - 186:2
**sheet** [1] - 141:22
**shift** [1] - 19:4
**shop** [1] - 144:11
**Shore** [4] - 18:17, 63:21, 64:7, 64:21
**short** [5] - 21:12, 24:14, 28:21, 99:3, 137:17
**show** [30] - 11:17, 12:4, 12:8, 25:7, 29:2, 57:25, 96:7, 107:6, 120:14, 120:19, 121:11, 122:4, 122:25, 129:15, 129:20, 133:5, 134:11, 135:8, 135:11, 135:25, 136:4, 137:21, 138:6, 138:9, 139:4, 139:7, 139:18, 139:21, 149:24, 150:2
**showed** [8] - 25:13, 29:5, 65:25, 122:19, 127:18, 129:21, 143:20, 144:5
**showing** [2] - 37:20, 129:16
**shows** [5] - 48:5, 66:4, 136:20, 141:22, 141:25
**si** [5] - 18:10, 108:9, 114:19, 120:4, 120:17
**sick** [10] - 12:14, 25:23, 26:3, 27:25, 28:10, 34:3, 34:24, 79:19, 116:9
**side** [3] - 20:4, 28:5, 146:4
**sign** [2] - 75:4, 75:7
**signal** [4] - 31:21, 59:4, 107:24, 112:8
**signature** [3] - 137:2, 138:16, 139:13
**signed** [15] - 3:13, 3:16, 136:22, 137:24, 138:2, 138:12, 138:18, 138:20,

139:10, 142:4, 142:7, 142:18, 144:2, 144:5, 144:6
**Signed** [1] - 183:20
**silly** [2] - 157:18, 158:15
**single** [1] - 33:7
**singular** [1] - 168:9
**sit** [1] - 157:18
**site** [6] - 45:10, 45:14, 45:23, 129:17, 130:5, 178:15
**sites** [3] - 46:5, 46:7, 171:21
**six** [13] - 21:14, 100:14, 101:11, 101:12, 101:17, 101:21, 101:24, 102:4, 102:7, 102:10, 102:13, 102:25, 152:10
**sixteen** [2] - 55:5, 100:16
**sixty** [1] - 100:13
**small** [3] - 69:15, 150:10, 150:14
**smile** [1] - 76:14
**smirk** [2] - 157:18, 158:15
**snails** [4] - 131:11, 131:14, 131:15, 131:19
**snakes** [1] - 131:15
**snow** [2] - 83:23, 83:24
**snowed** [2] - 83:22, 83:25
**soccer** [1] - 130:4
**Social** [20] - 71:8, 71:12, 71:15, 160:4, 160:6, 160:9, 161:4, 161:10, 161:17, 162:17, 162:20, 163:2, 163:12, 163:15, 163:21, 163:24, 167:10, 167:24, 168:10, 170:2
**someone** [5] - 27:13, 27:14, 88:17, 132:5, 138:21
**someplace** [1] - 36:21
**Sometimes** [1] - 108:12
**sometimes** [27] - 40:9, 41:15, 41:16, 45:9, 45:22, 47:23, 76:16, 76:24, 77:2, 80:24, 82:12, 82:14, 84:20, 107:23, 108:3,

108:11, 108:12, 132:5, 144:13, 144:15, 172:21, 172:24, 173:3, 173:5, 173:25, 175:25
**somewhat** [1] - 68:5
**sorry** [4] - 7:14, 52:15, 176:13, 182:4
**sounds** [1] - 16:11
**Spanish** [5] - 4:2, 4:5, 5:5, 74:3
**speaking** [2] - 127:3, 162:9
**specifically** [3] - 104:20, 161:24, 162:3
**spell** [1] - 151:20
**spells** [1] - 164:18
**spot** [1] - 29:11
**ss** [1] - 183:5
**Star** [1] - 125:6
**Starbucks** [2] - 9:3, 9:15
**staring** [1] - 104:25
**start** [2] - 17:19, 23:18
**started** [13] - 17:21, 22:22, 23:8, 39:15, 50:20, 51:3, 63:17, 82:22, 97:8, 97:9, 97:14, 118:18, 143:9
**starting** [1] - 172:12
**State** [13] - 1:25, 13:9, 40:3, 51:4, 150:15, 150:17, 153:14, 163:13, 163:14, 171:25, 172:2, 183:22, 185:4
**STATE** [1] - 183:4
**state** [2] - 4:13, 36:23
**statement** [4] - 90:22, 90:24, 91:5, 91:9
**States** [10] - 36:8, 36:11, 36:25, 37:5, 74:14, 80:16, 151:11, 152:16, 153:8, 160:3
**STATES** [1] - 1:2
**status** [2] - 14:17, 161:8
**stay** [2] - 75:15, 172:23
**stayed** [1] - 176:19
**stemming** [3] - 14:5, 160:14, 160:17
**step** [1] - 92:24
**steps** [2] - 149:11, 170:15
**still** [2] - 68:5, 165:11
**STIPULATED** [3] -

3:3, 3:8, 3:12
**stipulation** [1] - 164:17
**stone** [1] - 62:20
**Stone** [3] - 70:24, 71:5, 72:2
**stop** [5] - 110:23, 110:24, 111:2, 111:4, 156:16
**stopped** [3] - 26:15, 119:11, 148:10
**store** [1] - 132:3
**strange** [1] - 88:17
**street** [1] - 63:5
**Street** [2] - 63:22, 64:21
**streets** [7] - 63:4, 63:12, 63:14, 63:23, 64:6, 64:20, 64:22
**strongly** [3] - 92:17, 109:25, 111:8
**stub** [3] - 43:11, 43:21, 57:23
**stubs** [10] - 24:10, 24:18, 25:3, 25:13, 37:20, 43:15, 56:9, 57:24, 164:10, 184:11
**Stucco** [3] - 38:9, 148:20, 152:20
**stucco** [2] - 38:12, 38:16, 146:10
**subject** [2] - 14:6, 181:5
**subscribed** [1] - 183:20
**sue** [1] - 38:17
**suffolk** [3] - 1:10, 97:19, 98:10
**Suffolk** [53] - 17:18, 17:20, 17:25, 18:10, 19:17, 19:19, 19:25, 20:21, 20:24, 21:3, 22:3, 25:16, 26:13, 26:14, 26:17, 38:23, 39:2, 39:11, 45:7, 62:17, 62:18, 70:14, 71:13, 74:17, 76:4, 79:16, 85:24, 90:10, 97:6, 97:20, 97:23, 98:17, 99:6, 99:7, 99:16, 100:21, 101:8, 101:13, 101:17, 105:5, 105:7, 105:13, 105:17, 109:15, 115:12, 115:14, 118:18, 118:19, 136:13, 161:5, 173:10, 174:10, 174:11
**SUFFOLK** [1] - 1:10

**suggest** [3] - 92:17, 109:25, 111:8
**Sunrise** [2] - 1:15, 2:18
**supposed** [9] - 7:23, 38:19, 38:20, 38:25, 40:25, 66:18, 66:20, 75:11, 177:18
**surgeries** [1] - 28:14
**surgery** [1] - 28:15
**sweep** [1] - 74:22
**sworn** [5] - 3:14, 3:16, 4:3, 4:8, 185:6
**systems** [1] - 127:11

## T

**tamper** [2] - 75:12, 75:24
**tasted** [1] - 131:10
**Tavares** [2] - 33:2, 33:3
**tax** [7] - 19:8, 147:2, 149:23, 153:21, 164:9, 167:9, 170:3
**taxes** [9] - 150:2, 150:9, 152:2, 152:3, 152:4, 153:19, 153:20, 154:20, 154:22
**taxi** [4] - 18:13, 18:15, 18:16, 146:8
**Taxi** [4] - 18:21, 21:6, 21:8, 21:11
**telephone** [8] - 30:25, 31:4, 31:6, 31:24, 61:20, 106:19, 107:11, 107:16
**temporarily** [1] - 153:5
**ten** [7] - 32:11, 34:11, 65:4, 65:8, 93:14, 133:11, 164:2
**ten-wheelers** [1] - 133:11
**terms** [4] - 41:18, 41:20, 42:2, 164:19
**test** [3] - 28:12, 166:5, 170:16
**testified** [8] - 4:10, 14:11, 66:23, 92:10, 99:18, 148:16, 148:21, 168:11
**testify** [1] - 81:4, 81:7, 96:18
**testifying** [2] - 61:9, 100:7
**Testimony** [1] - 1:21
**testimony** [11] -

13

29:9, 143:4, 143:12, 143:16, 143:21, 167:8, 169:25, 183:9, 183:12, 185:5, 185:9

**TESTIMONY** [1] - 184:2

**tests** [1] - 28:13

**THAT** [3] - 185:5, 185:8, 185:13

**THE** [11] - 11:17, 15:17, 15:20, 15:24, 28:20, 32:18, 69:2, 95:5, 95:7, 165:17, 181:4

**themselves** [1] - 14:14

**third** [1] - 170:24

**thirteen** [2] - 114:10, 114:13

**thirty** [2] - 9:15, 100:11

**Thomas** [2] - 63:6, 63:13

**threaten** [3] - 74:24, 75:3, 75:23

**threatened** [3] - 75:9, 75:18, 76:4

**Three** [2] - 21:15, 125:6

**three** [26] - 16:14, 18:13, 21:12, 21:14, 22:13, 24:10, 25:12, 34:14, 40:7, 40:9, 44:2, 49:14, 55:21, 55:25, 56:5, 56:22, 57:14, 57:21, 79:20, 105:10, 130:6, 130:8, 146:8, 150:13, 152:17, 152:22

**threw** [3] - 154:7, 155:12, 159:3

**throughout** [2] - 40:16, 97:21

**throw** [3] - 154:12, 154:17, 158:22

**ticket** [1] - 37:20

**time-and-a-half** [1] - 101:6

**timeframe** [1] - 14:23

**tired** [3] - 80:24, 180:7, 180:8

**TO** [1] - 184:2

**today** [5] - 6:25, 7:5, 11:12, 47:3, 91:3

**today's** [3] - 7:17, 9:17, 110:12

**together** [4] - 46:5, 46:10, 46:13, 110:17

**Tom** [1] - 175:9

**Tommy** [1] - 175:15

**took** [8] - 80:22, 86:18, 86:20, 119:13, 119:16, 168:6, 168:21, 170:21

**topic** [1] - 168:9

**torch** [1] - 75:13

**Town** [13] - 40:3, 51:4, 134:18, 134:22, 136:22, 137:24, 138:12, 138:21, 138:23, 139:10, 142:4, 142:18, 172:4

**tracked** [1] - 127:12

**transcript** [4] - 165:12, 183:9, 183:11, 185:8

**travel** [9] - 44:5, 44:6, 44:7, 44:9, 44:10, 44:15, 44:25, 45:4, 119:21

**traveling** [3] - 86:23, 86:24, 87:5

**treat** [1] - 76:23

**treated** [2] - 77:2, 81:2

**treating** [1] - 78:5

**treatment** [1] - 34:5

**trial** [2] - 3:11, 6:19

**TRIAL** [1] - 1:18

**tried** [2] - 111:3, 148:10

**trips** [1] - 88:21

**trouble** [2] - 27:16, 180:21

**truck** [18] - 45:17, 45:18, 45:21, 86:13, 86:15, 118:15, 118:16, 118:20, 118:21, 118:22, 118:23, 118:24, 119:2, 119:6, 130:20, 133:11, 144:13

**trucks** [1] - 172:22

**true** [6] - 56:25, 113:12, 113:22, 183:11, 183:13, 185:8

**trust** [1] - 110:5

**truth** [15] - 6:14, 6:16, 6:17, 6:22, 8:16, 22:6, 25:25, 61:4, 61:6, 61:8, 84:14, 84:15, 84:17, 127:4

**truthful** [1] - 84:12

**try** [4] - 48:23, 73:6, 111:9, 161:20

**trying** [6] - 69:20, 69:25, 94:18, 109:4, 110:24

**TULIO** [1] - 1:6

**turn** [9] - 135:21,

137:3, 137:8, 137:11, 138:3, 138:25, 139:15, 140:15, 142:8

**turned** [3] - 66:19, 66:20, 94:17

**twelve** [1] - 103:2

**twenty** [3] - 93:18, 100:18, 100:20

**twice** [1] - 170:23

**two** [47] - 13:15, 21:13, 21:14, 21:15, 28:14, 32:9, 34:17, 39:6, 40:7, 40:9, 41:9, 41:15, 44:2, 45:18, 48:8, 48:9, 48:12, 77:13, 83:20, 87:11, 87:16, 98:22, 98:23, 99:8, 99:10, 100:12, 105:9, 114:3, 114:9, 114:12, 117:6, 122:10, 130:6, 130:8, 133:17, 133:18, 133:19, 145:9, 146:8, 150:12, 152:14, 152:22, 154:8, 154:10, 154:12

**two-and-a-half** [3] - 45:18, 114:3, 154:8

**two-minute** [1] - 145:9

**typewriter** [1] - 94:12

**typically** [2] - 83:14, 83:16

## U

**under** [6] - 6:4, 6:7, 160:15, 160:20, 161:2, 183:10

**understood** [6] - 5:25, 10:11, 10:14, 74:21, 128:9, 128:10

**unemployment** [4] - 21:19, 21:20, 21:24, 125:7

**union** [51] - 17:21, 25:20, 26:7, 33:7, 39:15, 39:19, 40:3, 41:25, 42:6, 44:24, 50:20, 51:2, 55:4, 63:8, 63:17, 64:4, 69:5, 69:12, 69:13, 69:16, 70:17, 79:7, 79:12, 79:14, 105:15, 115:4, 115:6, 115:9, 115:11, 115:15, 115:16, 116:5, 173:22, 173:24, 174:3, 176:9, 176:25, 177:4, 177:5, 177:11,

177:21, 177:24, 177:25, 178:4, 178:8, 178:14, 179:6, 180:10, 180:15, 180:17

**union's** [1] - 44:4

**unions** [1] - 115:24

**UNITED** [1] - 1:2

**United** [10] - 36:8, 36:11, 36:25, 37:5, 74:14, 80:16, 151:11, 152:16, 153:8, 160:3

**Universal** [3] - 21:6, 21:8, 21:11

**unsure** [1] - 165:11

**unusual** [2] - 130:16, 132:19

**up** [17] - 28:4, 38:22, 45:22, 45:24, 46:2, 50:11, 54:3, 68:11, 83:18, 103:7, 113:7, 113:9, 128:6, 128:24, 129:3, 159:14, 169:6

## V

**vacation** [3] - 81:13, 81:16, 116:10

**validity** [2] - 14:25, 15:4

**Varges** [1] - 151:7

**varied** [6] - 65:5, 65:6, 65:7, 65:8, 65:10, 118:6

**VECCHIA** [3] - 1:11, 1:11

**Vecchia** [30] - 35:7, 38:25, 39:4, 39:5, 39:9, 58:24, 59:21, 61:10, 62:2, 74:24, 75:22, 76:7, 77:15, 80:21, 89:4, 89:5, 89:22, 90:5, 106:18, 108:16, 108:19, 109:22, 113:16, 126:9, 126:11, 145:5, 145:13, 146:12, 146:22, 174:10

**Vecchia's** [1] - 144:22

**Vega** [2] - 124:25, 125:3

**VEGA** [1] - 1:5

**vehicle** [1] - 127:12

**vehicles** [5] - 46:7, 127:8, 127:19, 129:17, 179:21

**verbal** [13] - 23:22, 29:23, 46:18, 49:2,

49:5, 51:8, 51:14, 55:13, 55:15, 57:3, 66:6, 70:19, 70:21

**verbally** [4] - 30:2, 30:4, 49:3, 51:9

**verified** [1] - 162:7

**version** [1] - 143:7

**victor** [1] - 70:8

**visit** [2] - 36:25, 37:5

**voice** [1] - 60:10

**voicemail** [1] - 126:9

## W

**W-4** [1] - 18:23

**wait** [6] - 59:5, 60:4, 63:3, 172:22, 181:8

**waiting** [2] - 59:14, 110:16

**waived** [1] - 3:7

**WALLACE** [1] - 2:13

**Wallace** [3] - 103:21, 105:20, 165:3

**wallet** [1] - 24:4

**WALTER** [1] - 1:4

**Walter** [3] - 123:24, 124:2, 124:6

**wants** [3] - 73:10, 95:15, 111:10

**water** [1] - 62:19

**weather** [2] - 65:7, 65:11

**week** [29] - 21:16, 41:5, 41:6, 53:24, 54:8, 55:6, 55:22, 63:14, 63:16, 64:25, 65:19, 65:21, 66:5, 77:13, 82:8, 83:14, 83:17, 100:13, 100:15, 100:23, 101:4, 101:9, 101:11, 101:13, 101:18, 102:21, 125:9, 130:8, 180:23

**week-and-a-half** [3] - 63:14, 63:16, 64:25

**weekly** [2] - 123:12, 123:19, 134:17

**weeks** [16] - 77:13, 96:19, 97:3, 100:11, 100:18, 100:19, 100:22, 101:7, 101:16, 101:20, 101:23, 102:3, 102:6, 102:9, 102:12

**weight** [1] - 12:16

**welcome** [3] - 165:13, 166:17, 167:6

**West** [1] - 2:10

14

**Westbury** [1] - 9:5
**wheelers** [1] -
133:11
**WHEREOF** [1] -
185:15
**white** [1] - 79:8
**whole** [4] - 53:21,
77:13, 86:18, 129:2
**wife** [8] - 27:7, 32:7,
33:6, 39:9, 85:8,
88:24, 89:2, 106:25
**wife's** [1] - 32:17
**wish** [2] - 34:6, 186:3
**withholding** [1] -
154:22
**Witness** [2] - 4:8,
135:22
**witness** [13] - 14:7,
16:5, 25:11, 122:20,
137:4, 137:9, 137:12,
138:4, 139:2, 139:16,
142:10, 185:5, 185:9
**WITNESS** [10] -
11:17, 15:20, 28:20,
32:18, 69:2, 95:5,
95:7, 181:4, 184:3,
185:15
**woke** [1] - 28:4
**woman** [1] - 27:6
**wonderful** [3] -
69:17, 82:25, 175:20
**word** [1] - 60:11
**words** [5] - 49:4,
49:6, 73:23, 74:19,
74:23
**worker** [5] - 30:21,
78:12, 78:13, 176:18,
178:16
**workers** [3] - 45:22,
46:24, 174:2
**Workers'** [1] - 150:12
**works** [8] - 124:7,
124:13, 124:14,
124:17, 124:18,
124:23, 124:24, 125:6
**worksite** [1] - 120:2
**worried** [1] - 149:22
**worth** [1] - 81:22
**write** [3] - 73:25,
74:3, 143:8
**written** [7] - 43:19,
43:21, 43:22, 43:25,
66:15, 94:13, 144:8
**wrote** [1] - 114:13

**Y**

**yard** [10] - 44:17,
45:12, 45:13, 45:16,

45:25, 46:3, 46:15,
46:22, 119:20, 132:11
**year** [36] - 13:17,
17:17, 33:19, 34:15,
40:7, 40:10, 40:16,
48:8, 48:9, 48:12,
50:4, 50:5, 53:21,
55:23, 55:24, 56:2,
56:6, 57:15, 57:21,
62:16, 82:23, 82:24,
97:9, 98:3, 98:5,
103:3, 118:21, 119:3,
130:9, 130:10, 147:9,
149:2, 150:6, 153:22,
172:4, 172:5
**year-and-a-half** [3] -
13:17, 118:21, 119:3
**years** [18] - 13:11,
13:15, 34:11, 37:6,
45:18, 82:22, 90:23,
98:23, 105:4, 145:21,
152:10, 152:17,
154:8, 154:9, 154:10,
154:12, 154:15, 164:2
**yes-or-no** [2] -
72:19, 73:7
**yesterday** [8] - 8:15,
8:19, 9:15, 96:17,
103:16, 110:7, 110:9
**York** [14] - 1:16,
1:25, 2:5, 2:10, 2:14,
2:19, 4:18, 13:9,
171:25, 172:2,
183:22, 185:4
**YORK** [2] - 1:2,
183:4
**young** [1] - 166:23
**yourself** [4] - 27:15,
79:4, 98:25, 147:21

**Z**

**ZABELL** [101] - 2:17,
2:20, 4:12, 7:16,
11:21, 14:9, 14:15,
14:18, 14:24, 15:3,
15:14, 15:19, 15:21,
15:25, 16:6, 23:23,
24:7, 24:22, 28:18,
57:9, 58:5, 58:18,
66:12, 66:17, 67:6,
67:9, 67:13, 67:19,
67:23, 68:4, 68:10,
68:19, 72:17, 80:6,
80:9, 80:14, 91:14,
92:6, 92:17, 93:23,
94:24, 95:6, 95:10,
95:12, 95:18, 104:17,
110:25, 112:14,
112:20, 112:24,

121:2, 121:19,
122:11, 122:18,
127:22, 128:16,
128:23, 145:8, 151:3,
160:17, 160:22,
161:13, 161:19,
164:12, 164:14,
164:17, 165:10,
165:18, 165:23,
166:3, 166:9, 166:11,
166:14, 166:17,
166:22, 167:6,
167:11, 167:15,
167:23, 168:5,
168:11, 168:15,
168:20, 169:7,
169:13, 169:18,
169:22, 170:5,
170:15, 170:20,
170:23, 171:4, 171:7,
171:11, 171:15,
171:18, 180:25,
181:5, 181:14, 182:4,
182:9
**Zabell** [1] - 184:4