1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK

3    ------------------------------------------------X
     NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR

4    AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.
     MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,

5    JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS ESCALANTE,
     KEVIN GALEANO, LERLY NOE RODRIGUEZ, JOSE VEGA

6    CASTILLO, JUAN QUINTEROS, and MARCUS TULIO
     PEREZ,

7

                                    Plaintiffs,

8

9          -against-                     Case No:
                                         09-CV-5331

10

11   SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
     LOUIS VECCHIA, CHRISTOPHER VECCHIA,

12   HELENE VECCHIA, and JOHN DOES 1-5,

13                                  Defendants.

14   ------------------------------------------------X
                                    October 22, 2011
15                                  9:15 a.m.

16                                  4875 Sunrise Highway
                                    Bohemia, New York

17

18         EXAMINATION BEFORE TRIAL of EDVIN A.

19   RIVERA, s/h/a EDWIN RIVERA, one of the

20   Plaintiffs herein, taken by the Defendants,

21   pursuant to Article 31 of the Civil Practice Law

22   and Rules of Testimony, and Notice and order,

23   held at the above-mentioned time and place,

24   before Jaime Dochtermann, Notary Public of the

25   State of New York.

2

1

2      A P P E A R A N C E S :

3

4          LAW OFFICES OF LAUREN GOLDBERG, PLLC
           Attorneys for Plaintiffs
5              501 Fifth Avenue
               New York, New York 10017
6
               (NOT PRESENT)
7

8

9          LAW OFFICES OF PATRICK E. McNAMARA
           Co-Counsel for Plaintiffs
               868 Little East Neck Road
10             West Babylon, New York 11704

11         BY:  PATRICK McNAMARA, ESQ.

12

13         LAW OFFICES OF IAN WALLACE
           Co-Counsel for Plaintiffs
14             501 Fifth Avenue
               New York, New York 10017
15
               (NOT PRESENT)
16

17

18         ZABELL & ASSOCIATES, P.C.
           Attorneys for Defendants
               4875 Sunrise Highway
19             Bohemia, New York 11716

20         BY:  SAUL ZABELL, ESQ.

21

22

23     ALSO PRESENT:

24     Sandra Ramos Connor, Spanish Interpreter
       Louis Vecchia
25

3

1

2                    S T I P U L A T I O N S

3

4            IT IS HEREBY STIPULATED AND AGREED

5    by and between the attorneys for the

6    respective parties herein, that filing,

7    sealing and certification be and the same

8    are hereby waived.

9

10           IT IS FURTHER STIPULATED AND AGREED

11   that all objections, except as to the form

12   of the question shall be reserved to the

13   time of the trial.

14

15           IT IS FURTHER STIPULATED AND AGREED

16   that the within deposition may be signed

17   and sworn to before any officer authorized

18   to administer an oath, with the same force

19   and effect as if signed and sworn to before

20   the Court.

21

22

23

24

25

4

1

2      S A N D R A   R A M O S   C O N N O R, the

3              Spanish Interpreter herein, was duly sworn

4              to interpret the questions from English

5              into Spanish and the answers from Spanish

6              into English to the best of her ability:

7      E D V I N   A.   R I V E R A, s/h/a   E D W I N

8      R I V E R A,

9              The Witness herein, having been duly sworn

10             through the Interpreter, was examined and

11             testified as follows:

12     EXAMINATION BY

13     MR. ZABELL:

14             Q      Would you please state your full

15     name for the record.

16             A      Edvin A. Rivera.

17             Q      What is your current address?

18             A      Three John Street, Bay Shore, New

19     York 11706.

20             Q      Edvin, you speak English, right?

21             A      A little bit, but I need the

22     interpreter.

23             Q      Of course, you do.

24                    We were actually at a hearing

25     where you spoke English, right?

5

1                          E. Rivera

2          A      Yes.

3          Q      Okay.  So you speak more than just

4     un poquito, right?

5                 MR. McNAMARA:  Objection.

6          A      Yes.

7          Q      Don't lie to me.  You are starting

8     right off with a lie, so don't lie.

9          A      No.

10         Q      Because I will get very angry.

11         A      No, I don't lie.  I tell the

12    truth.

13         Q      You just lied to me.  The first

14    question I asked you, you lied to me.

15                MR. McNAMARA:  Objection.

16         A      No.

17         Q      How about we start over again.

18    You promise me that you are not going to lie

19    today?

20                MR. McNAMARA:  Objection.

21         Q      I promise to forgive you for

22    lying.

23                MR. McNAMARA:  Objection.

24         A      That's fine.

25         Q      Is that a deal?

6

                          E. Rivera

1

2        A        It's a deal.

3        Q        Don't go back on your deal.

4        A        Okay.

5        Q        Mr. Rivera, you understand that

6    you are at a deposition today, correct?

7        A        Yes.

8        Q        And you are not going to lie at

9    this deposition, right?

10       A        Yes.

11       Q        And you know if you lie, you can

12   be penalized under the laws of this country,

13   correct?

14       A        Correct.

15       Q        If you lie here at this

16   deposition, you will be lying under oath.

17                Do you understand that?

18       A        Yes, I understand.

19       Q        Therefore, you are not going to

20   lie, because you understand, right?

21       A        Correct.

22       Q        If I ask you a question, you are

23   required to provide an answer to my question.

24                Do you understand that?

25       A        Yes.

7

                              E. Rivera

1

2      Q      If you provide an answer to a

3 question that I ask you, it will be assumed that

4 you understood my question.

5              Do you understand that?

6      A      Yes.

7      Q      If you do not understand a

8 question, you have an obligation to tell me you

9 do not understand that question.

10             Do you understand that?

11     A      What I don't understand, I will

12 ask you to repeat.

13     Q      That is your obligation.  Do you

14 understand that?

15     A      That's fine.

16     Q      Do you owe anybody any money?

17     A      No.

18     Q      Really?  Already you are going to

19 lie to me?

20             MR. McNAMARA:  Objection.

21     Q      Wait.  I didn't ask --

22     A      No, let me speak also.

23     Q      You don't get to speak.  You get

24 to answer my questions and nothing more.

25             Am I clear on that?  Am I clear?

8

1                          E. Rivera

2          A        Okay, that's fine.

3          Q        Are you familiar with a company

4    called LR Credit 20 LLC?

5          A        No.

6          Q        I am going to show you that there

7    was an action in the First District Court of

8    Suffolk County between yourself and LR Credit 20

9    LLC where it was determined by the Court that

10   you do, in fact, owe money.

11                 MR. ZABELL:  We are going to

12                 identify this as Defendants' Exhibit 1 of

13                 today's date.  Okay.

14                 (A document from the First

15                 District Court of Suffolk County was

16                 marked as Defendants' Exhibit 1 for

17                 identification, as of this date.)

18         A        I don't remember that.

19         Q        Take a look at that.  (Handing.)

20         A        (Reviewing document.)  I don't

21   know.  I never received that.

22         Q        Right.  So you don't owe anybody

23   $4,351.50?

24                 MR. McNAMARA:  Objection.

25         A        That I remember, no.

9

1                          E. Rivera

2          Q       That you remember, okay.

3                  How is your memory, sir?

4          A       That I remember, that I don't owe

5    anybody money.

6          Q       Clearly, you do.  But that's okay.

7    We are going to tell them where they live and

8    you can deal with them directly, okay?  Okay?

9          A       Okay, that's fine.

10         Q       Do you have any identification on

11   you?

12         A       Yes.

13         Q       May I see it?  You can hand it to

14   me directly.

15         A       (Handing.)

16         Q       Is this the only form of

17   identification you have?

18         A       Yes.

19         Q       You don't have anything else in

20   that big wallet of yours?

21                 MR. McNAMARA:  Objection, Counsel.

22            He already provided his license.  That

23            should be more than sufficient.

24         Q       Do you have anything in there with

25   your picture on it?

10

1                        E. Rivera

2       A      No, that's it.

3       Q      Are you sure?

4       A      Sure.

5       Q      You are not fibbing to me, are

6   you?

7              MR. McNAMARA:  Objection.

8       Q      Because I have eyes too.

9       A      That's the only thing I have.

10       Q      So I didn't see any form of

11   identification --

12              MR. McNAMARA:  Objection.

13       Q      -- with a picture on it as you

14   just opened up your wallet in front of the

15   table?

16              MR. McNAMARA:  Objection.

17       Q      I think I saw something.

18       A      I told you I don't have anything

19   else.

20       Q      I think you are lying to me.

21              MR. McNAMARA:  Objection.

22       Q      We are going to start the day off

23   bad again.

24              MR. McNAMARA:  Objection.

25       Q      You don't want that.

11

1                           E. Rivera

2                 MR. McNAMARA:  Objection.

3        Q       It's not going to be good for you.

4                 MR. McNAMARA:  Objection.

5        Q       My court reporter will get angry.

6                 MR. McNAMARA:  Objection.

7        Q       Do you want to apologize for lying

8    to me already?

9                 MR. McNAMARA:  Objection.

10       Q       You need to answer.

11       A       I am not saying a lie.

12       Q       Let me see your wallet.

13                 MR. McNAMARA:  No, objection, no.

14       Q       Are you refusing?

15                 MR. McNAMARA:  I am instructing my

16         client not to --

17       Q       You need to use your words.  If

18    you shake your head no, you need to use your

19    words like a big boy.

20       A       I am not going to show you my

21    wallet.

22       Q       Why?  What are you afraid of what

23    is in your wallet?

24                 MR. McNAMARA:  I am directing my

25         client not to provide his wallet.

12

1                          E. Rivera

2                 MR. ZABELL:  Nobody is listening

3           to you.

4           Q     Why are you afraid to show me what

5      is in your wallet?

6                 MR. McNAMARA:  Objection.

7                 Mr. Rivera, you do have to answer

8           the questions.

9           A     I am not going to answer that,

10     because I don't have anything to hide.

11          Q     Hey, big boy over there, your

12     attorney, just said that you have to answer my

13     question.

14                Why are you afraid to show me what

15     is in your wallet?

16                MR. McNAMARA:  Objection.

17                MR. ZABELL:  You look very warm

18           and cuddly today.

19                MR. McNAMARA:  Thank you very

20           much.

21          Q     Pay attention.

22          A     I am not going to show you my

23     wallet.

24          Q     Why not?  What are you afraid of?

25          A     I am not afraid.  What should I be

13

1                              E. Rivera

2    afraid of?

3          Q       If you are not afraid, then let's

4    see what is in it, unless you are lying to me

5    again.

6                  MR. McNAMARA:  Objection.

7          A       Can I have my license back?  You

8    already looked at it.

9          Q       Not yet.  See?  You ask me a

10   question, I give you an answer.  You are

11   supposed to answer me quickly like that.

12                 MR. McNAMARA:  Objection.

13         Q       What are you afraid to show me

14   that is in your wallet?

15                 MR. McNAMARA:  Objection.

16         Q       Do you have drugs in there?

17                 MR. McNAMARA:  Objection.

18         A       I told you that I am not afraid.

19         Q       Then why wouldn't you show me?

20                 MR. McNAMARA:  Objection.

21         A       It's something personal.

22         Q       What is personal in there?

23                 MR. McNAMARA:  Objection.

24         A       My wallet.  It's my wallet.

25         Q       Do you have drugs in there?

14

                                    E. Rivera

1

2              MR. McNAMARA:  Objection.

3       A      No.

4       Q      Do you have a condom in there?

5              MR. McNAMARA:  Objection.

6       A      No.

7       Q      What is so personal in there; love

8   notes?

9              MR. McNAMARA:  Objection.

10      A      Nothing of that.

11      Q      Then what is it?  What is so

12   personal in there?

13      A      Things that are mine that have no

14   interest to you.

15      Q      How do you know that they have no

16   interest to me?  I have lots of interests and

17   right now, the fact that you want to hide this

18   from me, it is piquing my interests.  So

19   identify what is in there that you don't want me

20   to see.

21             MR. McNAMARA:  Objection.

22      Q      If you do, maybe I will give you a

23   donut.

24             MR. McNAMARA:  Objection.

25      A      Thanks for the donut, but I'm

15

1                          E. Rivera

2    okay.

3          Q      But you still have to tell me what

4    is in there that you find so personal.

5                    MR. McNAMARA:   Objection.

6          A      My credit card and papers with no

7    importance.

8          Q      Well, what do those papers say on

9    them?

10                   MR. McNAMARA:   Objection.  You are

11            wasting your time on my wallet.

12         A      I am not going to show it to you.

13         Q      I am not asking you to show it to

14   me now.  I am asking you to identify what is in

15   it.

16                   MR. McNAMARA:   Objection.

17         Q      That is only because you lied to

18   me and I saw another picture of you in there.

19   Go ahead.  Ask your attorney.  You have to

20   answer my question.  He will tell you.

21                   MR. McNAMARA:   Objection.

22         Q      That is what you pay him to be

23   here, right?

24         A      I don't have anything that is of

25   interest to you in my wallet, so...

16

1                          E. Rivera

2          Q       How do you know?

3                  MR. McNAMARA:  Objection.

4          A       They have nothing to do with why

5     I'm here.

6          Q       I get to determine why you are

7     here.  Do you understand that; yes or no?

8          A       But I don't have anything in my

9     wallet that interests you, I repeat to you.

10         Q       You don't get to make that

11    determination.  I do.  That's why I am the

12    lawyer and you're not.  You are the witness

13    here.  You are supposed to do what I tell you.

14    If you can't do what I tell you, I will send you

15    home and bring you back another day when you

16    can.  Because if you can't behave yourself

17    accordingly here, I am going to get a judge to

18    order you to behave yourself.

19                 MR. McNAMARA:  Objection.

20         Q       Do you understand that?  Do you

21    understand that; yes or no?

22         A       I am behaving myself.

23         Q       Clearly not by not answering my

24    questions.

25                 MR. McNAMARA:  Objection.

E. Rivera

1

2      A      I am behaving myself, so please

3  don't scream at me, because I am behaving

4  myself.

5      Q      That is not screaming, sir.  There

6  may come a time during this deposition where I

7  feel it necessary to scream at you, but that was

8  not screaming.  I assure you.  You can ask

9  Patrick.  He will assure you, as well.

10         MR. McNAMARA:  Objection.

11      Q      Now, I am going to give you a

12  minute to speak to your attorney.  Do you know

13  who your attorney is?

14      A      Yes, I know.

15      Q      What is his name?

16      A      Ian.

17      Q      Is he here today?

18      A      No.  But he is here representing

19  him.

20      Q      So this fellow to your right is

21  your attorney, correct?

22      A      Yes.

23      Q      Do you know his name?

24      A      No.

25      Q      Would you like me to write it down

1                          E. Rivera

2    on a piece of paper so you don't forget it?

3                    MR. McNAMARA:  Objection.

4         A    No.

5         Q    His name is Patrick, just like the

6    starfish on Sponge Bob, okay.

7                    MR. McNAMARA:  Objection.

8         Q    Would you like to introduce

9    yourself to your attorney?

10        A    I did already.

11        Q    Okay.  But you forgot his name?

12        A    Okay.

13        Q    I would like for you, while I go

14   make a photocopy of your identification, to say

15   hello to Patrick and listen to Patrick while

16   Patrick tells you to answer my questions.  Do

17   you understand that?

18                   MR. McNAMARA:  Objection.

19        A    Yes.

20                   (At this time a break was taken

21           from 9:30 a.m. until 9:33 a.m.)

22        Q    Here you go.  (Handing.)

23                   Mr. Rivera, you had an opportunity

24   to speak to your attorney?

25        A    Yes.

19

E. Rivera

1

2    Q    He told you to stop lying to me?

3         MR. McNAMARA:   Objection.

4    A    No.

5    Q    He told you that you should lie to

6   me?

7    A    No, no.

8         MR. McNAMARA:   Objection.

9    Q    He told you to answer my

10   questions, right?

11   A    Correct, yes.

12        (A document consisting of a copy

13        of Mr. Rivera's driver's license was

14        marked as Defendants' Exhibit 2 for

15        identification, as of this date.)

16   Q    So stop lying to me and answer my

17   questions.

18        What is that document that I just

19   put in front of you?

20   A    (Reviewing document.)  My driver's

21   license.

22   Q    That is a picture of you?

23   A    Yes.

24   Q    From a long time ago, though,

25   right?

20

1                          E. Rivera

2          A      Yes.

3          Q      You look much younger here.

4          A      Yes.

5          Q      Now, do you still live at Three

6    John Street?  Use your words.

7          A      I lived before at another address.

8    There, I've lived like four years.

9          Q      Can I have that back?  Okay.

10                So this company that you owe money

11   to, they want to know your address.  I want to

12   let them know your address.

13                MR. McNAMARA:  Objection.

14         Q      Do you see this?  You saw this,

15   right, Defendants' Exhibit A?  You saw that,

16   right?

17         A      Yes, correct.

18         Q      They say that your Social Security

19   number is ████████; is that correct?

20         A      That's correct.

21         Q      What is your home telephone

22   number?

23         A      I don't have a house phone.

24         Q      You do have a cell phone, though,

25   right?

21

                              E. Rivera

1

2        A       Yes.

3        Q       Go ahead.  Let me get it.

4        A       It's ████████████.

5        Q       The 456 is pretty easy, helps you

6    remember that.

7                You are saying that your address,

8    if I wanted to go knock on your door and pick

9    you up for any reason at all, perhaps going for

10   a hamburger or ice cream, I would go to Three

11   John Street?

12       A       Yes.

13       Q       So if the authorities wanted to

14   look for you, that is where they would look?

15               MR. McNAMARA:  Objection.

16       A       Yes.

17       Q       That is in Bay Shore?

18       A       Yes.

19       Q       Do you live in a house?

20       A       Yes.

21       Q       Or an apartment within a house?

22       A       It's an apartment in a house.

23       Q       Is it a real apartment or just a

24   room?

25       A       No, it's an apartment.

22

1                          E. Rivera

2          Q      Who do you live in that apartment

3    with?

4          A      With my brother.

5          Q      What is your brother's name?

6          A      Alex.

7          Q      Alex Rivera?

8          A      Yes.

9          Q      Is he a nice guy?

10         A      Yes.

11         Q      You trust him?

12         A      Yes.

13         Q      Would you trust him with the

14   contents of your wallet?

15         A      Yes.

16         Q      What are the contents of your

17   wallet?

18                MR. McNAMARA:  Objection.

19         A      I repeat, papers with no

20   importance.

21         Q      Describe what those papers are to

22   me.

23                MR. McNAMARA:  Objection.

24         Q      Go ahead, take it out.  You can

25   look.

23

1                          E. Rivera

2         A       Cards, phone number.

3         Q       May I see them?

4                 MR. McNAMARA:  Objection, no.

5                 MR. ZABELL:  Let him answer the

6         question.

7                 MR. McNAMARA:  I am.

8         Q       Go ahead.

9         A       I repeat, papers --

10        Q       I know.  I got the papers and

11   cards and numbers.

12                Why can't I see them?  What are

13   you embarrassed about?

14        A       I am not embarrassed.  Simply, I

15   am not going to show them.

16        Q       Why?  Why are you not man enough

17   to show me?

18                MR. McNAMARA:  Objection.

19        A       Because I don't want to show them,

20   simply.

21        Q       Do you owe anybody else money?

22        A       I don't know.  I am surprised at

23   that.

24        Q       No, you're not.  You have been

25   ducking their calls for years.

24

```
 1                        E. Rivera
 2               MR. McNAMARA:  Objection.
 3        Q     Do you also owe the Department of
 4   Labor money?
 5               MR. McNAMARA:  Objection.
 6        A     No.
 7        Q     Ah-ah, don't lie to me.
 8        A     No, I paid them.
 9        Q     You paid them already?
10        A     Yeah.
11        Q     What did you pay them?
12        A     I paid them a week that I was
13   punished for, and I had to pay them back.
14        Q     They punished you because you lied
15   to them, right?
16        A     I didn't lie to them.
17        Q     Ah-ah --
18        A     I didn't have any other way to
19   prove otherwise.
20        Q     They determined that you lied to
21   them, correct?
22        A     I never received the paper that
23   said I had lied, meaning that I had lost the
24   case.
25        Q     If you didn't receive that paper,
```

25

1                                E. Rivera

2    then, how do you know that you had to pay them,

3    or did I catch you in another lie?

4                MR. McNAMARA:  Objection.

5         A    I paid them before I went to -- to

6    have a hearing with them.

7         Q    No, you didn't.

8         A    Yes, I paid them before.

9         Q    Now I know you are really lying.

10        A    I paid before.

11        Q    Do you remember that hearing?

12        A    Yes.

13        Q    Do you know who was at that

14   hearing?

15        A    Yes.

16        Q    Who was at that hearing?

17        A    (Indicating.)

18        Q    Do you remember my name?

19        A    No.

20        Q    Would you like to call me by my

21   first name?

22        A    I don't remember the name.

23        Q    It's Saul.

24        A    Okay, Saul.

25        Q    Do you remember when I asked you

26

E. Rivera

1

2  questions there?

3        A    A few, I remember.

4        Q    I was nice to you there, right?

5        A    Yes, yes.

6        Q    Respectful, right?

7        A    Yes.

8        Q    Does your right breast hurt?

9        A    No.

10       Q    You are rubbing it like it hurts.

11       A    No.

12       Q    Do you want an aspirin?

13       A    No, I'm fine.

14       Q    Okay.  At that hearing, do you

15  remember The Hearing Officer say, stop lying?

16       A    He didn't say that.  I don't

17  remember them saying that.

18       Q    You don't?

19       A    No.

20       Q    Do you have a memory?

21            MR. McNAMARA:   Objection.

22       A    Of course.

23       Q    Is it a good memory?

24       A    I think so.

25       Q    Well, you don't remember that you

27

E. Rivera

1

2    owe somebody $4,000.  They are coming after you

3    for it, right?  I bet you that they call you

4    every week, right?

5         A    No.

6         Q    Who is your current employer?

7         A    Intercounty.

8         Q    And what address do they have?

9         A    Let me find it.

10        Q    In the wallet, right?

11        A    No.  In the phone.  No, I don't

12    have it.

13        Q    Come on, stop it.

14        A    I don't have the address.  I could

15    describe where it is.

16        Q    I know where they are, thank you.

17        A    Okay.

18        Q    But you are supposed to remember

19    with your good memory.

20             MR. McNAMARA:  Objection.

21        A    I don't remember the building

22    number.

23        Q    How much are you currently making?

24        A    Can you repeat the question?

25        Q    No.  Can you answer the question?

28

1                         E. Rivera

2          A        Yes, but I want you to repeat it.

3          Q        If you can answer the question,

4    then answer the question.  Because there is no

5    need for me to repeat the question.

6          A        You want to know how much I'm

7    earning?

8          Q        Yes.  See?  No need to repeat the

9    question.

10         A        A week or hour?

11         Q        You can start with the hour and

12   then work yourself up to the week.

13         A        $36 an hour and twenty-nine cents.

14         Q        That is about $72,000 a year,

15   right?

16         A        No, we don't work the full year.

17         Q        I am going to -- are your wages

18   being garnished at all; yes or no?

19         A        No.

20         Q        Do you owe child support?

21         A        No.

22         Q        Do you have children?

23         A        Yes.

24         Q        How many?

25         A        Three.

29

1                            E. Rivera

2          Q     Three, no wonder you look so

3    tired.

4          A     It's just from working.

5          Q     How old are your children?

6          A     One of my daughters is fifteen.

7          Q     I'm sorry.

8          A     My son is ten, and my other son is

9    eight.

10         Q     Where do you do your banking?

11         A     Citibank.

12         Q     What branch?

13         A     Here in Bay Shore or Brentwood,

14   whichever.

15         Q     Okay.  We will send this off so

16   they can stop bothering us.  You can give that

17   back.

18               What is your country of origin?

19         A     Honduras.

20         Q     Do you miss Honduras?

21         A     Yeah, but I go visit it every

22   year.

23         Q     Nice, very nice.

24               When did you come to the United

25   States from Honduras?

30

1                          E. Rivera

2          A        In '92.

3          Q        How did you come from Honduras to

4   Nueva York?

5                   MR. McNAMARA:  Objection.

6          A        Illegally.

7          Q        I didn't ask you that question.

8   Did you come by car, camel, burro?

9          A        Car.

10         Q        Nice car?

11         A        No, just a car.

12         Q        Do you remember the color?

13         A        No.  It was many years ago.

14         Q        Where did you first come when you

15   came to the United States?

16         A        New York.

17         Q        Well, you had to come through some

18   other states before you came to New York.  Do

19   you remember what those states were?

20         A        Arizona.

21         Q        So you crossed over the border in

22   Arizona, correct?

23         A        Yes.

24         Q        Then, you came right to New York?

25         A        Yes, from Arizona, I came to New

31

                                    E. Rivera

1

2      York.

3              Q      So you arrived in New York in

4      1992?

5              A      Yes.

6              Q      What was your first job in New

7      York?

8              A      Construction.

9              Q      For who?

10             A      I don't remember the name of the

11     company.

12             Q      It wasn't that long ago.

13             A      Yeah, but I don't remember the

14     name of the company.

15             Q      Okay.  In '93, who did you work

16     for?

17             A      I worked for about two years for

18     that company.

19             Q      The company that you don't

20     remember the name of?

21             A      No, I don't remember.

22             Q      Where did you work in '94?

23             A      For a restaurant.

24             Q      What restaurant?

25             A      It was called Umberto's.  I don't

32

1                          E. Rivera

2      know if that is still the name.

3              Q      Where was it located, Brentwood?

4              A      New Hyde Park.

5              Q      Was it a good restaurant?

6              A      Yeah.

7              Q      Did you ever spit in the food?

8              A      No.

9              Q      Anybody there ever do that?

10             A      No.

11             Q      Maybe a little bit?

12             A      No.

13                    MR. McNAMARA:  Objection.

14             Q      Okay.  How long did you work at

15     Umberto's?

16             A      Three, three, four years.

17             Q      Now, when you worked for this

18     construction company in '92 and '93, they paid

19     you cash, right?

20             A      Correct.

21             Q      And when you worked for Umberto's,

22     they paid you cash, right?

23             A      Yes.

24             Q      You never paid taxes on that,

25     right?

33

                              E. Rivera

1

2          A       No.

3          Q       You know that is committing fraud

4   against the United States, correct?

5                  MR. McNAMARA:  Objection.

6          A       Yes.

7                  MR. McNAMARA:  I would like all

8          questions and answers arriving therefrom

9          regarding payments to the IRS to be

10         marked as confidential pursuant to the

11         confidentiality agreement.

12                 MR. ZABELL:  I am advising you now

13         on the record and in writing on the

14         record that I disagree with your

15         designation.  There is a stipulation of

16         confidentiality wherein you may, if you

17         so choose, seek to have your designation

18         tested.

19                 Do we understand each other,

20         Counselor?

21                 MR. McNAMARA:  We do, Counselor.

22                 MR. ZABELL:  Would you like a

23         donut, Counselor?

24                 MR. McNAMARA:  Okay.

25         Q       You worked at Umberto's from 1994

34

1                          E. Rivera

2    to 1997 and you paid no taxes on any of the

3    money that you made, essentially robbing the

4    State of New York and the United States?

5                    MR. McNAMARA:   Objection.

6         Q       Correct?

7         A       It wasn't a lot that I earned.   It

8    was very little.

9         Q       So you just robbed a little?

10                   MR. McNAMARA:   Objection.

11        Q       Si?

12        A       That is fine if you say so.

13        Q       Of course I say so.   So you agree

14   with my statement that you just robbed a little?

15                   MR. McNAMARA:   Objection.

16        Q       Yes or no?

17        A       At that point, I didn't know.

18        Q       So at that point, you didn't know

19   that you were just robbing a little, you thought

20   you were robbing a lot?

21                   MR. McNAMARA:   Objection.

22        A       No.

23        Q       Nobody explained to you that taxes

24   are what we pay to live in a civilized society?

25        A       No.

35

                              E. Rivera

1

2        Q      Where did you work in 1998?

3        A      I worked in a factory.

4        Q      What was the name of the factory?

5        A      Master Molding.

6        Q      Did they pay you in check or cash

7  at Master Molding?

8        A      In check.

9        Q      Did you give them a Social

10 Security number?

11       A      Yes.

12       Q      What number did you give them?

13       A      The one that you have there.

14       Q      What number is that?

15       A      ███████████.

16       Q      And is that your Social Security

17 number?

18       A      Yes.

19              MR. McNAMARA:  Objection.

20       Q      Was that issued to you by the

21 Social Security Administration?

22       A      No.  Immigration sent it to me.

23       Q      Okay.  Do you know who at

24 immigration?

25       A      Immigration, from the law from

36

                                  E. Rivera

1

2       this country.

3              Q       Did you have to pay any money for

4       that?

5              A       For the Social, no.

6              Q       Okay.  That is why I ask you

7       questions and you provide answers to them.  This

8       will go much quicker if we do that, okay?

9       Thumbs up?

10             A       That's fine.

11             Q       There we go.

12                     Are you okay?  You look a little

13      beat up today.

14             A       I worked late, late yesterday.

15             Q       Did anybody punch you?  You look

16      like you got a fat lip and a black eye.

17             A       No.  That is the climate.

18             Q       The climate is not agreeable to

19      you?

20             A       It seems, no.  Sometimes when you

21      work outdoors, that's what happens.

22             Q       You get beat up?

23                     MR. McNAMARA:  Objection.

24             A       No.

25             Q       You don't want me to kiss you, do

37

1                         E. Rivera

2    you?

3         A    No.

4         Q    Because then stop looking at me

5    and pointing at your lips.

6         A    Okay.

7         Q    You don't want your actions to be

8    mistaken.

9              MR. McNAMARA:   Objection.

10        A    Okay.

11        Q    So you worked for Master Molding

12   for how many years?

13        A    About -- I don't know, four, five

14   years.

15        Q    So you worked there until about

16   2003?

17        A    About 2002.

18        Q    And they only paid you check while

19   you were there, right?

20        A    Yes.

21        Q    Of course, you paid taxes on all

22   of that money, right?

23        A    Yes.

24        Q    Where did you work next?

25        A    In 2003, I started working for

38

```
 1                        E. Rivera
 2   Suffolk Paving.
 3           Q      When in 2003?
 4           A      May, I think it was May.
 5           Q      How did you get the job at Suffolk
 6   Paving?
 7           A      Through a friend that worked
 8   there.
 9           Q      Who was this friend so I can make
10   sure I thank them?
11           A      Yeah, I thanked him.
12           Q      No, I want to make sure I thank
13   him.
14                  What was his name?
15           A      Jose.
16           Q      Jose what?  There are lots of
17   Joses.
18           A      The truth is I don't know his last
19   name.
20           Q      When was the last time you saw
21   Jose?
22           A      He is my friend, but I don't know
23   his last name.  I am not sure.  I think his last
24   name might be Viegas (phonetic), but I am not
25   sure.
```

39

1                        E. Rivera

2         Q      Viega?

3         A      Viegas.

4         Q      I will have to make sure that we

5    send him a fruit basket.

6         A      That's fine.

7         Q      You worked from Suffolk Paving

8    until when?

9         A      2009.

10        Q      Did you work for any other

11   companies in between?

12        A      No.

13        Q      Now, I noticed that you understood

14   the question I asked you and you answered that

15   question before madam interpreter had a chance

16   to interpret it.  Consider yourself scolded.

17   Don't do that.

18                MR. McNAMARA:  Objection.

19        Q      Are we clear?

20        A      Okay.

21        Q      I don't want to give you the

22   opportunity to say that you misunderstood my

23   questions.  So that is why we are going through

24   the precaution of having madam interpreter

25   interpret every word that I say so we give you

40

1                          E. Rivera

2    no excuses.

3          A       That's fine.

4          Q       Do you understand that?

5          A       I understand.

6          Q       Would you like to apologize to

7    madam interpreter now?

8                  MR. McNAMARA:   Objection.

9          A       I apologize.

10         Q       Okay.  I hope she accepts that.

11                 In 2003, when you started working

12   at Suffolk Paving, how much were you paid?

13         A       I started earning $18 an hour.

14         Q       Fair pay, right?

15         A       Yeah.

16         Q       Were you paid in cash or check at

17   Suffolk Paving?

18         A       Check.

19         Q       You received a check for every

20   week that you worked between 2003 and 2009,

21   correct?

22         A       Correct.

23         Q       The checks had stubs on them,

24   correct?

25         A       Yes.

41

1                                E. Rivera

2          Q        And those stubs listed the hours

3    that you worked, correct?

4          A        Yes.

5          Q        You received more than $18 an hour

6    sometimes, correct; yes or no?

7          A        When I worked for Suffolk Paving,

8    no.

9          Q        You never got more than $18 an

10   hour at Suffolk Paving?  Don't lie to me.

11   Because you know I know the answer.

12                  MR. McNAMARA:  Objection.

13         Q        No excuses, just answer my

14   question.  Just answer yes or no.

15                  MR. McNAMARA:  Objection.

16         A        I have to explain.

17         Q        No, you don't.  You have to answer

18   my question.  If you want to explain, you

19   explain to Patrick over there.

20         A        Okay, then I am going to explain

21   to Patrick.

22         Q        After you answer my question.

23         A        Yes, I received more.

24         Q        You see?  I knew that.  You know I

25   know most of the answers to the questions,

1                           E. Rivera

2      right?

3                      MR. McNAMARA:  Objection.

4           A     Yes.

5           Q     There's very little that is coming

6      as a surprise to me here.  You know that, right?

7           A     I don't know.

8           Q     I am assuring you of that.

9                      MR. McNAMARA:  Objection.

10          A     Okay.

11          Q     So I know when you are lying.

12     Just like Santa Clause, I know when you are

13     being naughty, and I know when you are being

14     nice.

15                     MR. McNAMARA:  Objection.

16          Q     Okay?

17          A     Okay.

18          Q     So don't be naughty.

19          A     I am not naughty.

20          Q     A little bit.  The times that you

21     lied to me indicate that you are being naughty.

22                     MR. McNAMARA:  Objection.

23          Q     So you worked for Suffolk Paving

24     in 2003, correct?

25          A     Yes.

43

1                              E. Rivera
2          Q        The whole year of 2003?
3          A        No, I started in May.
4          Q        And you stopped when?
5          A        In December.
6          Q        Right.  Because there's a paving
7    season, correct?
8          A        Yes.
9          Q        And paving season starts every
10   year between April or May and goes through
11   November, December, correct?
12         A        Yes.
13         Q        So every year, you would get laid
14   off in December from Suffolk Paving, correct?
15         A        Yes.
16         Q        Wait until madam interpreter
17   interprets the full question.  Okay?
18         A        Okay.
19         Q        Look at me.  I am serious.  It's
20   for your benefit.  Okay?
21         A        Okay.
22         Q        Because if you are telling me that
23   you don't need an interpreter, we will send
24   madam interpreter home, and I don't know if you
25   want to do that.

44

1                           E. Rivera

2          A      No, I don't want to do that.

3          Q      I don't want to do that, either.

4     I like this woman.  She laughs at my jokes.

5     Nobody does that anymore.  Okay?

6          A      Okay.

7          Q      That cell phone number that you

8     gave me, is that really your cell phone number?

9          A      Yes.

10                MR. McNAMARA:  Objection.

11         Q      Are you sure?

12                MR. McNAMARA:  Objection.

13         A      Sure.

14         Q      Are you positive?

15         A      I have it silenced, but there you

16    go.

17                MR. ZABELL:  Let the record

18            reflect that I dialed that number, and it

19            appears as though his cell phone was

20            ringing.

21         Q      I like it when you are honest.

22                MR. McNAMARA:  Objection.

23         Q      Let's try and be more honest,

24    okay?

25         A      That's fine.

45

1                           E. Rivera

2           Q        Okay.  Now, when did you get that

3    telephone number?

4           A        I don't remember, a couple of

5    years ago.

6           Q        In 2009?

7           A        I don't want to lie.  I don't

8    remember the year.

9           Q        Did you get it maybe in 2010?

10          A        I don't want to give you a year,

11   because I don't want to be dishonest.

12          Q        Okay.  So you have no -- you don't

13   remember?

14          A        The year, I don't remember.

15          Q        Do you remember the telephone

16   number that you had before that number?

17          A        No, I don't remember the number.

18          Q        Is it possible that you got that

19   number after you stopped working at Suffolk

20   Paving in December of '09?

21          A        No, I had it before.

22          Q        Are you sure?

23          A        Yes.

24          Q        Now, did they ever call you on

25   that number from Suffolk Paving?

46

```
                                    E. Rivera
 1
 2        A        Yes, when I worked with them.
 3        Q        Why would they call you on that
 4   number?
 5        A        For the jobs.
 6        Q        Right.  They would call you and
 7   tell you where to show up the next day, right?
 8                 MR. McNAMARA:  Objection.
 9        A        No.  They would call me to tell me
10   what I had to do when I was working.
11        Q        Do you know Flower Hill?  Did you
12   ever hear of a job called Flower Hill?
13        A        Yes.  That is where I worked.
14        Q        How long did you work there?
15        A        I'm not sure, but I think almost a
16   whole year.
17        Q        Right, almost a whole year.
18                 You drove directly from your home
19   to Flower Hill every day, correct?
20        A        Sometimes yes, sometimes no.
21        Q        Always yes?
22        A        No, not always.
23        Q        Ah-ah, look at me.
24                 MR. McNAMARA:  Objection.
25        Q        Do you want to change your answer?
```

1                             E. Rivera

2          A         No.

3          Q         I know you don't want to change

4     your answer.  Do you think it's necessary to

5     change your answer to make your answer complete

6     and accurate?

7                    MR. McNAMARA:  Objection.

8          Q         Remember, you promised not to lie

9     to me.

10         A         I am not lying.

11         Q         I think you are.

12         A         At Flower Hill, sometimes I go to

13    the yard to look for tools or things that I

14    would need.

15         Q         Okay.  Your job is not

16    complicated.  What kind of tools do you need?

17         A         Sometimes I would need the blades

18    for the saws.

19         Q         That's it?

20         A         Brooms, shovels, or I needed to

21    change the type of car I had.

22         Q         Are you finished?

23         A         Yes.

24         Q         Brooms and shovels, you had on the

25    job site, correct?

48

1                          E. Rivera

2          A       I would have them with me, but

3    when they would break, I would go get some more.

4          Q       Or sometimes people would bring

5    them from the yard to Flower Hill, correct?

6          A       Not mine.

7          Q       Oh, you have your own special

8    rakes and shovels?

9          A       No, they are the same, but I had

10   my tools, and the other people had their own

11   tools.

12         Q       Did you own those tools, or were

13   they Suffolk Paving's tools?

14         A       They were tools of Suffolk Paving.

15         Q       So anybody could have brought you

16   those Suffolk Paving tools, right?

17         A       Yes.  Anybody could, but nobody

18   would bring them.

19         Q       I don't believe you.

20         A       Okay.

21         Q       You don't believe yourself,

22   either, right?

23         A       I'm sure of what I am saying.

24         Q       You are sure what you are saying

25   is a lie, correct?

```
 1                         E. Rivera
 2        A        I'm not lying.
 3        Q        Even Patrick thinks you're lying.
 4   Look at him.  Look at his eyes.  Look.  He
 5   thinks -- see?  He can't even look at you.  That
 6   is your lawyer.
 7              MR. McNAMARA:  Objection,
 8              Counselor.
 9              MR. ZABELL:  You are not his
10              lawyer?
11              MR. McNAMARA:  No, just continue
12              with the questioning.
13        Q        I warned you what happens when you
14   lie.
15        A        I'm not lying.
16        Q        Yes, you are.
17        A        No, I'm not lying.
18        Q        Okay.  Did you prepare for this
19   deposition in any way?
20        A        Yes.
21        Q        How did you prepare?
22        A        With my friends that came before,
23   they told me what they were going to be talking
24   about.
25        Q        Who did you speak with?
```

50

                                    E. Rivera

1

2          A       With the last one that came,

3    Marcus, I think.

4          Q       He was a nice guy, Marcus Tulio

5    Perez.

6          A       Okay.

7          Q       You find him to be honest?

8          A       Yes.

9          Q       When did you speak to Marcus Tulio

10   Perez?

11         A       The day that he left here, in the

12   evening.

13         Q       He told you that I was a nice guy,

14   right?

15         A       He didn't tell me anything about

16   you.

17         Q       Now, Marcus Tulio Perez told you

18   things to help you to prepare for today's

19   deposition, right?

20                 MR. McNAMARA:  Objection.

21         A       He didn't help me in anything.

22         Q       He is not very helpful, right?

23         A       No.

24         Q       Is he a jerk?

25         A       No.

51

1                          E. Rivera

2          Q      Nice guy?

3          A      Yeah, he's my friend.

4          Q      He is just not a very helpful

5     friend?

6          A      He didn't -- what he told me

7     didn't help me in anything.

8          Q      Good.  What did he tell you?

9          A      To come prepared to answer

10    questions that had nothing to do with the case.

11         Q      Did you come prepared to answer

12    questions that have nothing to do with the case?

13         A      I'll answer them.

14         Q      Are you prepared?

15         A      To answer you, yes.

16         Q      Are you prepared to answer

17    questions that have everything to do with the

18    case?

19         A      With the case, yes.

20         Q      Are you prepared to understand

21    that you may not be smart enough to understand

22    the difference?

23                MR. McNAMARA:  Objection.

24         A      I don't understand the question.

25         Q      I'm sure you don't.  That's a good

52

1                          E. Rivera

2    enough answer.

3                  So in 2003, you worked for Suffolk

4    Paving, correct?

5         A      Correct.

6         Q      You made $18 an hour, correct?

7         A      Correct.

8         Q      Sometimes you made more per hour,

9    correct?

10        A      Correct.

11        Q      You drove your car to the worksite

12   sometimes, correct?

13        A      Correct.

14        Q      What was your job title?

15        A      When I started working, I started

16   working with the repairing crew.

17        Q      It's good work, right?

18        A      Yes.

19        Q      Hard work, correct?

20        A      Yes.

21        Q      But the pay was good, right?

22        A      It was good.

23        Q      You never got paid $18 an hour

24   before, correct?

25        A      No.

```
1                        E. Rivera
2          Q      So that was the most money that
3    you had been making, correct?
4          A      Yes.
5          Q      And you used that money to provide
6    for your children, correct?
7          A      Yes.
8          Q      And when you were finished
9    providing for your children, you gave the rest
10   of that money to your wife, correct?
11         A      No.
12         Q      Why not?
13         A      Because, no.
14         Q      You didn't trust her?
15         A      No, but I was the one who handled
16   the house affairs and stuff.
17         Q      What was your wife's name in 2003?
18         A      Nora.
19         Q      Nora what?
20         A      Nora Rivera.  She had my last
21   name.
22         Q      So you were actually married to
23   her?
24         A      Yes.
25         Q      In accordance with the laws of the
```

54

1                           E. Rivera

2    State of New York, correct?

3         A    Yes.

4         Q    Are you still married to Nora?

5         A    Yes.

6         Q    Do you live with Nora?

7         A    No.

8         Q    You left her?

9         A    We separated.

10        Q    Why?

11        A    She decided for us to separate.

12        Q    Why?

13        A    I don't know.

14        Q    Did you ever lie to her?

15        A    No.

16        Q    Not even a little bit?

17        A    No.

18        Q    You never told her that you were

19   working when you were out with your friends?

20        A    No.

21        Q    Is Nora the mother of all your

22   children?

23        A    No.

24        Q    Oh, is Nora the mother of any of

25   your children?

55

1                              E. Rivera

2        A        She is of the two children.

3        Q        When did you separate from Nora?

4        A        Six, seven years.

5        Q        And how old is your youngest?

6        A        Eight.

7        Q        Uh-huh.  Is that why she left you,

8    because you had a baby with another woman?

9                 MR. McNAMARA:  Objection.

10       A        No.

11       Q        So you were still with her when

12   you had a baby with another woman?

13                MR. McNAMARA:  Objection.

14       A        I haven't had a baby with anybody

15   else.

16       Q        Okay.  You said Nora is the mother

17   of two of your children.

18       A        Yes.

19       Q        You testified before that you have

20   three children?

21       A        Yes, correct.

22       Q        If you only have two children with

23   Nora and you have three children total, you had

24   to have a baby with another person, right,

25   unless you adopted?

56

E. Rivera

1

2       A       Two and three years before I got

3    married with Nora, I had a baby with another

4    woman.

5       Q       Okay.  So you lied to me when you

6    said that you had no other children?

7       A       No, I didn't lie.  No, I haven't

8    lied to you.

9       Q       Okay.  You have three children,

10   correct?

11      A       Correct.

12      Q       And two baby mamas?

13              MR. McNAMARA:  Objection.

14      A       Yes.

15      Q       You should have just said that.

16              Are all your children in the

17   United States?

18      A       Yes.

19      Q       Do you have any children from

20   outside the United States?

21      A       No.

22      Q       Are you sure?

23              MR. McNAMARA:  Objection.

24      A       Sure.

25      Q       Now, why did Nora want a divorce

57

                              E. Rivera

1

2    from you?

3         A    She hasn't spoken to me about a

4    divorce.

5         Q    You are not living with Nora

6    anymore, right?

7         A    No.

8         Q    Are you living with another woman

9    right now?

10        A    I have a girlfriend.

11        Q    Good for you.  I am very proud of

12   you.

13             Do you live with her?

14        A    Yes.

15        Q    Then, why didn't you just answer

16   my question?

17        A    I am answering it.

18        Q    Who is this other woman?

19        A    My girlfriend.

20        Q    Does your girlfriend have a name?

21        A    Yes.

22        Q    Would you like to share that with

23   me?

24        A    No.

25        Q    I am going to tell you to tell me

58

1                         E. Rivera

2    what her name is.

3              A       I have to tell you?

4              Q       Yes, you do.

5                      MR. ZABELL:  Patrick, he is

6              looking at you for help.

7                      THE WITNESS:  Patrick, do I have

8              to?

9                      MR. McNAMARA:  You have to answer

10             his question.

11             Q       I wouldn't ask if you didn't have

12   to tell me.

13             A       But it's something personal.

14             Q       I know.  But what if she says

15   you're a lying, cheating thief?  She would be a

16   great witness for me.

17                     MR. McNAMARA:  Objection.

18             A       Okay.  Her name is Sandra.

19             Q       Like her (indicating).

20                     Sandra what?

21             A       Martinez.

22             Q       And she lives with you in Bay

23   Shore?

24             A       No, she lives at another address.

25             Q       Didn't I just ask you if she lives

59

1                           E. Rivera

2    with you and you said yes?

3           A      You didn't just ask me that.

4           Q      Did I ask you that at all today?

5           A      No, I don't remember.

6           MR. ZABELL:  Patrick, do you

7               remember me asking him that question?

8               MR. McNAMARA:  I have a vague

9               recollection of it.

10          Q      I think you are fibbing.  You seem

11   like a nice guy.  I don't want to believe that

12   you are fibbing, but you are fibbing,

13   nonetheless.

14              MR. McNAMARA:  Objection.

15          Q      So I am going to warn you one last

16   time.  I am going to say it with a smile on my

17   face and kindness in my heart.  But if you don't

18   stop lying to me, I am going to come down on you

19   in ways that you will be uncomfortable with.

20                 Do you understand me?

21          A      Yes, I understand.

22          Q      Would you like to apologize now?

23              MR. McNAMARA:  Objection.

24          A      No, because I haven't lied to you.

25              MR. ZABELL:  Madam reporter, did I

60

E. Rivera

1
2    ask this man whether or not he lived with
3    his girlfriend before?
4            THE COURT REPORTER:  I can check
5    the record.
6            MR. ZABELL:  Please check the
7    record.  She is going to find out if you
8    are a liar.
9            MR. McNAMARA:  Objection.
10            (Whereupon, the requested
11    testimony was read back by the Court
12    Reporter.)
13    Q     So it is clear from the record
14    that you are a liar.
15            MR. McNAMARA:  Objection.
16    Q     Would you like to apologize; yes
17    or no?
18    A     I want to explain something.
19    Q     No, you cannot explain anything.
20    That is why you have a lawyer.  If your lawyer
21    needs you to explain something, your lawyer will
22    ask you the question.
23            Right now, it is your
24    responsibility to only answer my questions.  So
25    my question right now is:  Would you like to

61

1                          E. Rivera

2    apologize for lying to me?

3                  MR. McNAMARA:  Objection.

4        Q      Yes or no?

5        A      You interpreted wrong, the

6    question.

7                  THE INTERPRETER:  I asked him if

8            he meant that I interpreted the question

9            wrong.  He said that you interpreted the

10           question wrong.

11       Q      Would you like to apologize; yes

12   or no?

13                 MR. McNAMARA:  Objection.

14       A      I haven't lied to you.

15       Q      Okay.  The record reflects

16   something very different.

17                 Did you ever lie to get out of

18   trouble?

19       A      No, because I don't have any

20   problems.

21       Q      Did you ever lie to your mother so

22   she wouldn't punish you?

23       A      No, my mom was a good person with

24   me.

25       Q      If she was a good person, she

1                          E. Rivera

2    would have punished you for lying, right?

3                    MR. McNAMARA:  Objection.

4          A      I imagine so.

5          Q      You never told your wife that she

6    looked good when she didn't?

7          A      No, I never said that.

8          Q      You never said to her that she

9    looked very flattering in those jeans when they

10   weren't so flattering?

11         A      I never said anything like that.

12         Q      You never said anything to her

13   that you loved her more than the first time that

14   you met her?

15         A      No.

16         Q      You never said any little lies

17   just to make your life a little easier?

18                    MR. McNAMARA:  Objection.

19         A      No.

20         Q      Do you want to think about that

21   for a minute?

22         A      No.

23         Q      What did you eat for breakfast

24   today?

25         A      Coffee.  That's it, just coffee.

63

1                          E. Rivera

2        Q        Do you ever eat breakfast?

3        A        Yeah, late like 10:00 or 11:00.

4        Q        Like an egg sandwich?

5        A        No, I always take my food to work.

6        Q        What do you take to work for you?

7        A        Frijoles, cheese, rice.

8        Q        Every day, you would eat around

9   10:00 at work?

10                 MR. McNAMARA:  Objection.

11       A        9:00, 10:00.

12       Q        Nine out of ten times, you would?

13                 MR. McNAMARA:  Objection.

14       A        No, no.  9:00 in the morning or

15   10:00 in the morning.

16       Q        So every morning at 9:00 or 10:00,

17   you would eat your breakfast?

18                 MR. McNAMARA:  Objection.

19       A        Uh-huh.

20       Q        You have done that every morning

21   since -- for the last ten years?

22       A        I am talking about now, from now.

23       Q        I just asked you if you always eat

24   breakfast, and you say that you always eat

25   breakfast around 9:00 or 10:00 in the morning.

64

1                        E. Rivera

2         A      Right now, yes, now, yes.

3         Q      How about in 2003, when you were

4  working for Suffolk Paving making $18 an hour

5  and your paychecks reflected all the hours that

6  you worked?

7                MR. McNAMARA:  Objection.

8         A      I would bring my food and when

9  there was an opportunity, I would eat.

10        Q      Sometime around 9:00 or 10:00 in

11 the morning, right?

12        A      Sometimes I would do it when I was

13 working for them; as I was driving, I would eat.

14        Q      When you were driving to the job

15 site from your home, correct?

16               MR. McNAMARA:  Objection.

17        A      No, when I was working with

18 another coworker, he would be driving and I

19 would be eating and then we would switch off.

20        Q      Who was that coworker?

21        A      Jose.

22        Q      Jose, the guy whose name that you

23 can't remember?

24        A      Viegas, I'm not sure.

25        Q      Is Jose Viegas suing, like you

65

                                    E. Rivera
1
2    are?
3          A      No, I don't think so.
4          Q      Do you know why?
5          A      It's been a lot of years since he
6    hasn't worked there.
7          Q      And he's an honest guy, right?
8          A      Simply that he was fired, also.
9          Q      Why was he fired?
10         A      I don't know.
11         Q      Do you think you were fired
12   because you're Spanish or Hispanic, excuse me?
13         A      No.
14         Q      Now, in 2003, were you treated
15   fairly by Suffolk Paving?
16         A      Yes.
17         Q      They paid you good money, right?
18         A      They paid me good money, but they
19   didn't pay me overtime.
20         Q      Answer my questions.  They paid
21   you good money, correct?
22         A      Yes.
23         Q      And every week, you got a
24   paycheck, correct?
25         A      Yes.

66

1                        E. Rivera

2         Q        And every paycheck had a pay stub

3    on it, correct?

4         A        Yes.

5         Q        Those pay stubs indicated all the

6    hours that you worked, correct?

7         A        Yes, but it wasn't correct.

8         Q        I just asked you the question and

9    you answered my question, correct?

10        A        Yes.

11        Q        Now, in 2004, how much did you

12   make an hour?

13        A        I don't remember.  It went rising

14   a little bit, but I don't remember.

15        Q        So you got a pay increase,

16   correct?

17        A        Yes.  I got a pay increase, a

18   little bit.

19        Q        You also worked for Suffolk Paving

20   then, correct?

21        A        Yes.

22        Q        You only worked for Suffolk Paving

23   in 2003 and 2004, correct?

24        A        Yes.

25        Q        You didn't work for any other

67

1                              E. Rivera

2       companies then, correct?

3              A      No.

4              Q      And you worked and you were paid

5       for every week you worked, correct?

6              A      Yes.

7              Q      And you were paid by check,

8       correct?

9              A      Yes.

10             Q      And those checks came with a stub,

11      correct?

12             A      Yes.

13             Q      And the stub indicated the hours

14      you worked, correct?

15             A      Yes.

16             Q      Now, in 2005, who did you work

17      for?

18             A      For the same; Suffolk Paving.

19             Q      You only worked for Suffolk Paving

20      in 2005, correct?

21             A      Yes.

22             Q      And every week you worked for

23      Suffolk Paving in 2005, you received a check,

24      correct?

25             A      Yes.

68

1                          E. Rivera

2          Q        And those checks came with a pay

3    stub on them, correct?

4          A        Yes.

5          Q        And the pay stub indicated all the

6    hours that you worked, correct?

7          A        Yes.

8          Q        In 2006, who did you work for?

9          A        For the same company.

10          Q        What company is that?  I need you

11    to say it.

12          A        Suffolk Paving.

13          Q        You only worked for Suffolk Paving

14    in 2006, correct?

15          A        Yes.

16          Q        And in 2006, for every week you

17    worked, you received a paycheck, correct?

18          A        Correct.

19          Q        Every paycheck you received had a

20    little pay stub on it, correct?

21          A        Correct.

22          Q        That pay stub indicated all the

23    hours that you worked, correct?

24          A        Yes.

25          Q        Who did you work for in 2007?

69

1                              E. Rivera

2          A       It was the same company, but it

3    changed over to Suffolk Asphalt.

4          Q       So in 2007, you worked for Suffolk

5    Asphalt, correct?

6          A       Yes.

7          Q       For every week you worked for

8    Suffolk Asphalt, you got a paycheck, correct?

9          A       Yes.

10         Q       Those paychecks came with a little

11   pay stub, correct?

12         A       Yes.

13         Q       The pay stub indicated all the

14   hours that you worked, correct?

15                 MR. McNAMARA:   Objection.

16         A       No.

17         Q       So something changed in 2007?

18         A       All the years in 2007 and all the

19   years after.

20         Q       In 2007, you're saying that your

21   pay stubs did not indicate the hours that you

22   worked; yes or no?

23         A       Not all the hours.

24         Q       So in 2007, did your pay stub

25   indicate the hours you worked?

70

1                          E. Rivera

2              MR. McNAMARA:   Objection.

3        Q      Yes or no?

4        A      It indicated the hours, but it

5    wasn't correct.

6        Q      Now, in 2004, you said you

7    received $18 an hour, correct?

8        A      Yes.

9        Q      Sometimes you get paid more than

10   $18 an hour, correct; yes or no?

11       A      Yes.

12       Q      In 2005, you received a little bit

13   more than $18 an hour, correct?

14       A      Yes.

15       Q      Sometimes the hours you worked,

16   you would get an even higher rate, correct; yes

17   or no?

18       A      Yes.

19       Q      In 2006, do you remember how much

20   you got paid an hour?

21       A      No, I don't remember.

22       Q      About $19 an hour, $20 an hour?

23       A      I don't remember.

24       Q      Whatever you got paid per hour,

25   there were hours that you got an even higher

71

```
 1                        E. Rivera
 2    rate of pay on, correct?
 3         A     Yes.
 4         Q     Sometimes double what your hourly
 5    rate was, correct?
 6         A     No.
 7         Q     Triple?
 8         A     No.
 9         Q     Do you have any recollection how
10    much you got paid per hour?
11         A     No, I don't remember.
12         Q     Do you have any recollection what
13    those higher rates of pay were?
14         A     No, I don't remember.
15         Q     You have no recollection at all?
16         A     No.
17         Q     Not even with that good memory of
18    yours?
19         A     I don't remember.
20         Q     Is there anything that you could
21    look at that would help you remember?
22         A     No.
23         Q     Okay.  So in 2007, you started
24    working for a company called Suffolk Asphalt,
25    correct?
```

72

1                                E. Rivera

2          A       Yes.

3          Q       Do you know what your hourly rate

4     of pay was at Suffolk Asphalt?

5          A       I want to say I think they started

6     at $27-something.

7          Q       Nice.  Good rate of pay, right?

8          A       Yeah, that was the union.

9          Q       Is that a good thing or a bad

10    thing?

11         A       It's a good thing.

12         Q       Except the union would take some

13    of your money, right?

14         A       That's good.

15         Q       It's good to give the union some

16    of your money, right?

17         A       It's good working with the union.

18         Q       Because the union looks out for

19    you, right?

20         A       Yes.

21         Q       You always have the ability to

22    complain to the union, right?

23         A       Yes.

24         Q       You knew how to explain to the

25    union, right?

73

1                          E. Rivera

2          A       Yes.

3          Q       Do you know what prevailing wage

4     is?

5          A       Yes.

6          Q       What is prevailing wage?

7          A       Prevailing wage is when you work

8     for the Town or for a school.

9          Q       Now, when you worked at Suffolk

10    Paving, sometimes you would get paid prevailing

11    wage rates, correct?

12         A       Yes.

13                 MR. ZABELL:  Let's go off the

14            record.

15                 (Whereupon, a discussion was held

16            off the record.)

17         Q       When you worked at Suffolk Paving,

18    you did work on prevailing wage jobs, you got

19    paid prevailing wage rates, correct?

20         A       Yes.

21         Q       You are not suing for any

22    prevailing wage payments, correct?

23         A       No.

24         Q       So whenever you worked on a

25    prevailing wage job from 2003 all the way up to

74

1                          E. Rivera

2    2009, for either Suffolk Paving or Suffolk

3    Asphalt, you got paid prevailing wages, correct?

4          A       From 2007, I started working for

5    the union.  I did not get prevailing wage.

6          Q       Did you work on any prevailing

7    wage jobs?

8          A       When you work for the union,

9    prevailing wage doesn't exist anymore.

10         Q       It does exist, but the prevailing

11   wage rate is the same as the union rate.  Did

12   you know that?  Did you know that?

13         A       I had heard something about that,

14   but I hadn't paid attention.

15         Q       Okay.  So you don't always

16   understand what you are supposed to get paid,

17   correct?

18                 MR. McNAMARA:  Objection.

19         A       I am happy with the union.

20         Q       So you are happy ever since you

21   got into the union, correct?

22         A       Yes.

23         Q       Everything has been good ever

24   since you got into the union, right?

25         A       Yes.

1                          E. Rivera

2          Q        If you had any problems, you would

3     complain to the union, correct?

4          A        Yes.

5          Q        Have you ever complained to the

6     union?

7          A        No.

8          Q        You are not claiming that you are

9     owed any prevailing wage payments, are you?

10         A        What I am suing for is the hours

11    that they owe me, overtime hours.

12         Q        Are you claiming that any of those

13    hours are prevailing wage hours?

14         A        Yes, some of them were prevailing

15    wage.

16         Q        Which ones?

17         A        I don't remember.  Many places

18    where we worked.

19         Q        You have to tell me where.

20         A        I don't remember.

21         Q        Is there anything that you could

22    look at that will help you remember?

23         A        No, there's nothing.  I don't

24    remember.

25         Q        Did you ever --

76

1              E. Rivera

2        A      I don't want to lie to you and

3    tell you it was someplace.

4        Q      There is nothing that you can look

5    at to help you remember?

6        A      No, nothing here.

7        Q      When did you complain to the union

8    that you weren't getting paid what you were

9    supposed to get paid?

10              MR. McNAMARA:   Objection.

11       A      I didn't complain to the union

12   until after I left Suffolk Paving.

13       Q      What year was that?

14       A      2009, when they found me another

15   job for 2010.

16       Q      In 2008, you worked for Suffolk

17   Asphalt?

18       A      Yes.

19       Q      You received a paycheck for every

20   week you worked, correct?

21       A      Yes.

22       Q      Attached to that paycheck was a

23   pay stub, correct?

24       A      Yes.

25       Q      That pay stub indicated the hours

77

E. Rivera

1

2      that you worked, correct?

3                      MR. McNAMARA:  Objection.

4          A      Yes, but it wasn't correct.

5          Q      You went to the union to tell them

6      it wasn't correct, correct?

7                      MR. McNAMARA:  Objection.

8          A      No, I didn't go.

9          Q      In 2009, you worked for Suffolk

10     Asphalt, correct?

11         A      Yes, correct.

12         Q      For every week you worked, you

13     received a paycheck, correct?

14         A      Yes.

15         Q      And that paycheck had a little pay

16     stub attached to it, correct?

17         A      Yes.

18         Q      And that pay stub indicated the

19     hours that you worked, correct?

20                     MR. McNAMARA:  Objection.

21         A      The hours weren't correct.

22         Q      Did you look at the pay stub?

23         A      Yes.

24         Q      Can you read English?

25         A      But I understood the hours that I

78

1                              E. Rivera

2     worked.

3          Q        Answer my question:  Can you read

4     English?

5          A        No.

6          Q        Then, how do you know what the pay

7     stub said?

8          A        You learn that.

9          Q        I learn that?

10         A        Me, I am the one who learned how

11    to read it.

12         Q        So you do know how to read?

13                  MR. McNAMARA:  Objection.

14         Q        Yes or no?

15         A        I could read what the pay stub

16    said.

17         Q        Okay.  Did you ever receive

18    overtime when you worked for Suffolk Asphalt?

19         A        Yes.

20         Q        You would receive overtime when

21    you worked overtime, correct?

22         A        Sometimes.

23         Q        But you always got your straight

24    time pay, correct?

25         A        Sometimes.

79

1                           E. Rivera

2          Q       You didn't get paid straight time

3     for the hours that you worked?

4          A       They didn't pay me all the hours

5     that I worked.

6          Q       When you didn't get paid the hours

7     that you worked, you complained to the union,

8     right?

9          A       No.

10         Q       Why, you were lazy?

11         A       No, I complained to the owner of

12    the company.

13         Q       Who was that?

14         A       Louie Vecchia.

15         Q       So Louie Vecchia is the owner of

16    Suffolk Asphalt?

17         A       As far as I know, he is not the

18    owner of the company.  The owner is his son, but

19    his son -- he would say his father was the

20    owner.

21         Q       You actually spoke to his son?

22         A       Yes.  When they didn't pay us the

23    overtime, he would say, speak to my father.

24         Q       We are talking about getting paid

25    straight time.

80

1                           E. Rivera

2                    Did you get paid straight time?

3          A       The hours that I worked, they paid

4    them, but it wasn't correct.

5          Q       Do you know why you are here

6    today?

7          A       Yes, because I am suing for the

8    hours that they didn't pay me that were

9    overtime.

10         Q       So you are only suing for overtime

11   payments, correct?

12                 MR. McNAMARA:  Objection.

13         Q       Yes or no?

14         A       Yes.

15         Q       So you are not suing for any

16   straight time payments, correct?

17         A       I don't know what you mean by

18   that.

19         Q       Okay.  You are suing for overtime,

20   correct?

21         A       Yes.

22         Q       You are not suing for straight

23   time?

24         A       I don't know what you mean by

25   "straight time."

1                          E. Rivera

2          Q        You are not suing for regular

3     time?

4          A        No.

5          Q        So you are only suing for the

6     hours you worked over forty hours a week,

7     correct?

8                   MR. McNAMARA:  Objection.

9          A        Yes.

10         Q        So up to forty hours a week, you

11    were paid correctly?

12                  MR. McNAMARA:  Objection.

13         A        Yes.

14         Q        Okay.  I just want to make sure

15    that we understand each other.

16                  So you are only suing for hours

17    that you actually worked over forty hours in a

18    week, correct?

19                  MR. McNAMARA:  Objection.

20         A        No.

21         Q        You just said yes.  Now you are

22    saying no.

23         A        Can I explain?

24         Q        No.

25         A        No.

82

1                              E. Rivera

2          Q       You have a lawyer for that.  You

3     have to answer my questions.

4          A       Okay.

5          Q       You just said you are not suing

6     for anything under forty hours a week, that you

7     are only suing for time that you actually worked

8     over forty hours in a week.

9                  MR. McNAMARA:  Objection.

10         Q       Do you understand that?

11         A       Yes, I understand.

12         Q       Is that accurate?

13         A       Yes, it's correct.

14         Q       Okay.  So hours that you would

15    have worked from zero to forty hours is regular

16    or straight time.

17                 MR. McNAMARA:  Objection.

18         Q       Do you understand that?

19         A       No, I don't understand that.

20         Q       It's regular time.

21                 What was your regular rate of pay

22    at Suffolk Asphalt?

23         A       Each year it changed.  It started

24    at $27.

25         Q       Okay.  What were you supposed to

83

1                              E. Rivera

2      get paid $27 an hour for?

3              A       For eight hours of work.

4              Q       Eight hours of work or forty hours

5      of work a week?

6              A       Eight hours a day.  That's it.

7              Q       How do you know that?

8              A       I know it's eight hours that you

9      are supposed to work.  If you work four hours,

10     they pay you for four hours.  If you work one

11     hour, they pay you for one hour.

12             Q       Sometimes you only worked one

13     hour?

14             A       No.

15             Q       Sometimes you worked four hours?

16             A       Yeah, sometimes we worked four

17     hours during a day.

18             Q       Sometimes you didn't work at all?

19             A       Correct.

20             Q       So some days, you would go home

21     without any pay?

22             A       Yeah, when you didn't work, there

23     was no pay.

24             Q       Right.  There were weeks when you

25     didn't work days, correct?

84

1                          E. Rivera

2          A        Yes.

3          Q        Do you know what a collective

4   bargaining agreement is?

5          A        No.

6          Q        Do you know what a union contract

7   is?

8          A        No.

9          Q        Do you know what the terms and

10  conditions of your employment with Suffolk

11  Asphalt were?

12         A        No.

13         Q        Do you know who determines the

14  terms and conditions of your employment with

15  Suffolk Asphalt?

16         A        No.

17         Q        Do you know what the workplace

18  rules are?

19         A        The ones that were at Suffolk

20  Paving, I did know.

21         Q        What were the rules at Suffolk

22  Paving?

23         A        Work when you got to the job and

24  do the work and do it well.

25         Q        Did you?

85

                                    E. Rivera

1

2          A        Yes, I did it well.

3          Q        You got paid every week, right?

4          A        Yes.

5          Q        You made a good living, correct?

6          A        Yes.

7          Q        You made more money there than you

8    had ever made before in your life, correct; yes

9    or no?

10         A        Every year it changed, yes, yes.

11         Q        But every year, you made more and

12   more money, right?

13         A        Yeah, there were some years that

14   were more, there were some years that were less.

15         Q        And did you ever do any work on

16   any -- any side work?

17         A        No.

18         Q        You never did a driveway here or

19   there?

20                  MR. McNAMARA:  Objection.

21         A        No.

22         Q        I know you are lying.

23                  MR. McNAMARA:  Objection.

24         A        Maybe I did a driveway to help out

25   my friends.

86

1          E. Rivera

2              MR. ZABELL:  We are going to take

3      a quick break.

4              (At this time a break was taken

5      from 10:49 a.m. until 10:54 a.m.)

6              MR. ZABELL:  What was the last

7      question?

8              (Whereupon, the requested

9      testimony was read back by the Court

10      Reporter.)

11      Q      Before we just took a break, you

12  lied to me.

13              MR. McNAMARA:  Objection.

14      Q      Right?

15      A      Yes, but I didn't do a driveway to

16  make money.  It was to help my friends.

17      Q      You lied to me?

18      A      If you say so.

19      Q      I do say so.  Do you agree with

20  me?

21              MR. McNAMARA:  Objection.

22      A      No, I am not in agreement.

23      Q      I asked you a simple question.

24  You told me, no, you never did any side work,

25  then you changed your answer and said, yes, you

87

                              E. Rivera
1

2    did do side work.

3              So stop lying to me.  I told you

4    it's only going to make me angry.

5         A    Okay.

6         Q    It reflects poorly on you.

7              MR. McNAMARA:  Objection.

8         Q    It's also perjury.

9         A    I only tried to explain things to

10   you.

11        Q    I don't want you to explain.  I

12   want you to answer.  You are not a lawyer.

13   Lawyers explain.  You are a plaintiff.

14   Plaintiffs answer my questions.  And if you

15   can't answer my question, say you're sorry, and

16   come back when you can.

17             MR. McNAMARA:  Objection.

18        Q    Are you clear?

19        A    Yes.

20        Q    Do you want to apologize to me for

21   lying now?

22             MR. McNAMARA:  Objection.

23        A    I haven't lied to you.

24        Q    You just lied.  We just went

25   through it.

88

1                          E. Rivera

2           A        Maybe you don't understand me.

3     Maybe I don't understand you.

4           Q        Maybe you don't understand what it

5     means to be honest and truthful.

6                    MR. McNAMARA:   Objection.

7           A        I am being honest.

8           Q        What does it mean to be honest?

9           A        That I am saying the truth.

10          Q        Right.  But I've asked you

11    questions throughout the day where you haven't

12    told me the truth.

13                   Do you remember those?

14          A        I haven't lied to you.

15          Q        So you are saying you have only

16    said the truth here?

17          A        I've told you the truth.

18          Q        And only the truth?

19          A        Only the truth.

20          Q        So help you Jesus?

21          A        Yes.

22          Q        Why are you looking down?

23          A        I'm listening to you, what she is

24    saying.

25          Q        Are you a religious man?

89

1                           E. Rivera

2          A      Yes.

3          Q      When was the last time you went to

4    church?

5                 MR. McNAMARA:   Objection.

6          A      Sunday.

7          Q      Are you going to go tomorrow?

8          A      No.

9          Q      I think maybe you should.

10                When you are at church, do you

11   confess for your sins?

12         A      I don't go to confession.

13         Q      Do you at least think about your

14   sins?

15                MR. McNAMARA:   Objection.

16         A      No.

17         Q      They don't bother you?

18         A      No, I don't have sins.

19         Q      None at all?

20         A      Not that bothers me.

21         Q      So you are okay with a certain

22   amount of sin?

23                MR. McNAMARA:   Objection.

24         A      I don't know what you mean when

25   you refer to "sins."

90

1                             E. Rivera

2          Q      Of course, not.

3                 These driveways that you did, the

4    side work, who did you do them with?

5          A      I don't remember the name.  It was

6    a friend that is not here anymore.

7          Q      Not here as in he's died?

8          A      No, he left the state.

9          Q      Where did he go?

10         A      I think California.

11         Q      California?

12         A      Yes.

13         Q      What is his name?

14         A      I don't remember his name.

15         Q      You don't remember anybody's name.

16         A      No, I only knew him by his

17   nickname.  They used to call him "Negro."

18         Q      That's not a nice nickname, is it?

19         A      It didn't bother him.

20         Q      Why did they call him "Negro"?

21         A      I don't know.

22         Q      Was he Negro?

23         A      No, not so much, like me.

24         Q      You are pretty dark now.  You look

25   sunburn.

91

1                          E. Rivera

2          A        Okay.

3          Q        Do you use sunscreen?

4          A        In the summer, yes.

5          Q        Not in the winter?

6          A        No.

7          Q        The sun is still out in the

8   winter.

9          A        That's true, but I don't use it.

10         Q        Don't you know about skin cancer?

11         A        I've heard.

12         Q        It's a hidden killer, you know?

13         A        Yes, it's true.

14         Q        You should be careful.

15         A        Thank you.

16         Q        You have little children.

17         A        Thank you.

18         Q        And a wife-and-a-half.

19         A        That's fine.

20         Q        Did you ever cheat on your wife?

21         A        No.

22         Q        Just once, twice?

23         A        No, never.

24         Q        You just held up two fingers.

25         A        Like this, no (indicating).

1                           E. Rivera

2           Q       Were you giving me the peace sign?

3           A       No, no.  Sorry.

4           Q       What are you sorry about, lying to

5    me?

6           A       For the fingers that I put them

7    up, no.

8           Q       It was really three?

9           A       No, no.

10          Q       It's all right.  We're friends.

11   You can tell me the truth.

12          A       No, I was never --

13          Q       Patrick will tell you to tell the

14   truth.

15                  MR. McNAMARA:  Tell him to tell

16              you the truth?

17                  MR. ZABELL:  Yes.  You don't know

18              that.

19          Q       In fact, look at Patrick's face.

20   He thinks you're lying to me.

21          A       I'm not.

22          Q       Look at him.

23                  MR. McNAMARA:  You can continue

24              asking questions, Counselor.

25          Q       Tell me the truth.  We're all

93

1                          E. Rivera

2    friends here.  We won't think anything less of

3    you.

4          A       Ask.

5          Q       Tell the truth.

6          A       I will say the truth.

7          Q       So you don't want to talk about it

8    anymore?

9          A       Things with my family, no.

10         Q       Okay.  We will leave you alone on

11   that for now.

12                 These side jobs that you did, did

13   you do them Monday through Friday?

14         A       No.  Sometimes it was a Sunday or

15   a Saturday.

16         Q       So you would only do the side jobs

17   on Saturday and Sunday?

18         A       They weren't side jobs.  It was

19   help that I did for a friend a couple of times.

20         Q       You got paid in cash for it,

21   right?

22         A       No.  They didn't pay me.  It was a

23   help.

24         Q       So you would work all day in the

25   hot sun for no pay?

94

1                          E. Rivera

2          A        No, it wasn't the whole day.

3          Q        You would work in the hot sun for

4     no money?

5          A        He would help me with favors of a

6     different class and I would help him.

7          Q        What favors would he help you

8     with?

9          A        He knew about electricity and

10    sometimes I would need help with that at the

11    house, and he would fix that for me.

12         Q        Do you own your own house?

13         A        No.  But at that time, I rented a

14    house.

15         Q        How come your landlord didn't fix

16    the electricity?

17         A        It was an agreement that we had

18    with the landlord, that anything that broke in

19    the house, I would be the one to fix it.

20         Q        What was your landlord's name?

21         A        I don't remember his name.  But I

22    have the address.  I don't know.  He lost the

23    house and everything, the man.

24         Q        Edwin, didn't you tell me that you

25    have a good memory?

95

1                         E. Rivera

2          A       Yeah, but I never saw him, hardly.

3     He didn't live here.

4          Q       What happened to your good memory?

5     You don't remember the poor guy's name?  This

6     was a guy that rented you his house.

7          A       I don't remember the man's name.

8     I don't want to lie and give you a name that

9     isn't.

10         Q       You don't want to lie again,

11    right?

12                 MR. McNAMARA:  Objection.

13         A       I don't want to lie.

14         Q       Again?

15                 MR. McNAMARA:  Objection.

16         A       I haven't lied.

17         Q       Sure, you have.

18                 MR. McNAMARA:  Objection.

19         A       I haven't lied.

20         Q       There is not a person in this room

21    that doesn't think that you lied.  Ask them.

22         A       I am not going to ask that.

23         Q       Why?  You're afraid of the answer?

24         A       No, I like to be respectful of

25    people.

96

1        E. Rivera

2        Q    And asking people if you lied is

3   being disrespectful?

4        A    Yes.

5             MR. ZABELL:  Do you think it's

6        disrespectful?

7             THE COURT REPORTER:  Saul --

8             MR. ZABELL:  That's a no.

9             Do you think it's being

10       disrespectful, madam interpreter; si or

11       no?

12            Patrick, do you think it's being

13       disrespectful?

14            MR. MR. McNAMARA:  Counsel, I

15       think it's appropriate if you continue

16       your questioning, or if you have no

17       further questions, we can wrap this up.

18       Q    Stop lying.  You are embarrassing

19   yourself.  Are we clear?

20       A    Of course, but I'm not lying.

21       Q    Sure, you are.

22            So you would do these side jobs on

23   Saturdays and Sundays, correct?

24            MR. McNAMARA:  Objection.

25       A    It was twice, maybe three times.

97

1                          E. Rivera

2          Q       Was it twice or three times?

3                  MR. McNAMARA:  Objection.

4          A       I don't remember.

5          Q       Maybe there was a fourth job

6     somewhere?

7                  MR. McNAMARA:  Objection.

8          A       No.

9          Q       Never, right?

10         A       No.

11         Q       You never got paid any cash for

12    these jobs, right?

13         A       No.

14         Q       You never used any Suffolk Asphalt

15    or Suffolk Paving tools, right?

16         A       No, never.

17         Q       And you didn't take any time off

18    from Suffolk Paving to do these side jobs,

19    correct?

20         A       No.

21         Q       Suffolk Paving, you would work

22    Monday through Friday, correct?

23         A       Yes.

24         Q       Same with Suffolk Asphalt,

25    correct?

1                        E. Rivera

2        A       Yes.

3        Q       And these side jobs only took

4   place on weekends, right?

5                MR. McNAMARA:  Objection.

6        A       They only happened twice in the

7   time that I worked for Suffolk Paving.

8        Q       Once when you worked for Suffolk

9   Asphalt?

10        A       I don't remember if it was Suffolk

11   Paving or Suffolk Asphalt.

12        Q       So when you were at Suffolk

13   Asphalt, you worked there Monday through Friday,

14   correct?

15        A       Yes.

16        Q       And at Suffolk Paving, you worked

17   Monday through Friday, correct?

18        A       Yes.

19        Q       Who did you work with on a regular

20   basis?

21        A       I worked with -- do you want

22   names?

23        Q       Yes.  Use that good memory of

24   yours.

25        A       Renato, Carlos, Walter, Noe.

99

E. Rivera

1

2      Q      Lerly Noe Rodriguez.  Spelled

3  N-O-E.

4             Are you falling asleep?  Do you

5  want to take a nap?

6      A      No.

7      Q      So you worked with Renato, Carlos,

8  Noe?

9      A      Jose, Nelson.  I don't remember

10  all of them.

11      Q      Of them, who was the work

12  supervisor?

13      A      Renato.

14      Q      Now, Renato had a couple of names

15  that he went by, right?

16      A      I only knew him as Renato.

17      Q      Depending on who was looking for

18  him, sometimes he was Maynor, correct?

19      A      I don't know.  I knew him as

20  Renato.

21      Q      Maynor Fajardo?

22      A      I only know him as Renato.

23      Q      Renato Guerra?

24      A      I only know Renato.

25      Q      But he was your supervisor?

1                        E. Rivera

2        A       Yes.

3        Q       He told you what to do, correct?

4        A       Yes.

5        Q       Did he ever pay you?

6        A       No.

7        Q       He was in charge of your work?

8        A       Yes.

9        Q       Throughout your entire employment?

10       A       Yes.

11       Q       Are you sure?

12       A       Yes.  He was my boss at work.

13       Q       Okay.  Do you know if there was a

14  period of time where he disappeared from work,

15  si?

16       A       I don't understand the question.

17  Can you say it again?

18       Q       Do you know if there was a period

19  of time where he disappeared from work; yes,

20  yes?

21       A       No.  I know that he went for a

22  time, but I don't know why he went.

23       Q       He went to go see his mistress in

24  Columbia, right?

25                MR. McNAMARA:  Objection.

101

1                            E. Rivera

2          A      I don't know that.

3          Q      I do.

4          A      Okay.

5          Q      He told me.

6          A      Okay, that's fine.

7          Q      He was very proud of his Columbian

8    mistress.

9          A      Okay.

10         Q      Did you ever meet her?

11         A      No.

12         Q      Would you like to?

13         A      For what?

14         Q      I don't know.

15                Do you know when he left to go see

16   his Columbian mistress?

17                MR. McNAMARA:  Objection.

18         A      No.

19         Q      You have no idea?

20         A      No.

21         Q      Who was your supervisor when he

22   left?

23         A      Sometimes it was Mendez, Pracelis

24   Mendez.

25         Q      Who was nicer; Mendez or Renato?

102

1                              E. Rivera

2          A      Both were the same.

3          Q      The same nice or the same not so

4    nice?

5          A      In work, they were both the same

6    nice.

7          Q      Now, when you worked for Suffolk

8    Asphalt, who was the boss?

9          A      Renato also.

10         Q      Renato was the boss?

11         A      At work, yes.

12         Q      Who was the owner of the company?

13         A      As far as I know, it was Chris,

14   the son, but the one who was in charge was

15   Louis.

16         Q      That was at Suffolk Asphalt?

17         A      And Suffolk Paving, also.

18         Q      Did you get to speak to Louis

19   Vecchia on a daily basis when you worked at

20   Suffolk Asphalt or Suffolk Paving?

21         A      No.

22         Q      You never spoke to him?

23         A      Yes, but I couldn't talk to him

24   every day, because sometimes he wasn't there.

25               MR. ZABELL:  Excuse me one moment.

103

                                         E. Rivera

1

2                         (At this time a break was taken

3                    from 11:15 a.m. until 11:18 a.m.)

4                         (Whereupon, Mr. Louis Vecchia

5                    entered the conference room.)

6              Q       So when you were at work and you

7    saw Louis Vecchia, you could speak to him,

8    correct?

9              A       Yes.

10             Q       And he always treated you fairly,

11   correct?

12             A       Yes.

13             Q       Always nice to you and respectful,

14   correct?

15             A       Yes.

16             Q       And if you had a problem, he would

17   help you with your problem, correct?

18             A       Yes.

19             Q       Did he try to help you with the

20   $4,000 that you owe LR Credit?

21             A       I never saw that.  This is the

22   first time I see it.

23             Q       You did see it.  I showed it to

24   you just before.

25             A       Yeah, today is the first time I

104

1                          E. Rivera

2    saw it.

3          Q      So you never asked him for help on

4    that?

5                 MR. McNAMARA:  Objection.

6          A      No, no.  I never saw that.

7          Q      Do you know why you owe them

8    $4,000?

9          A      No.

10         Q      No idea?

11         A      No.

12         Q      Is there a bill you haven't paid?

13         A      No, maybe my wife at that time,

14   but until just today, I found out about that.

15         Q      Your wife at this time?

16         A      I don't know.

17         Q      You only have one wife, right?

18         A      Yes.

19         Q      So your wife at that time is the

20   same as your wife at this time, correct?

21                MR. McNAMARA:  Objection.

22         A      Yes, yes.

23         Q      You just have a different

24   girlfriend now, correct?

25         A      Yes.

```
 1                        E. Rivera
 2         Q      Same wife that you still have,
 3    just a different girlfriend?
 4                MR. McNAMARA:  Objection.
 5         Q      Right?
 6         A      Yes, yes.
 7         Q      You are okay with that, right?
 8         A      Yes.
 9         Q      At any time you had a problem at
10    work, Louis Vecchia was always there to answer
11    your problem, correct?
12                MR. McNAMARA:  Objection.
13         Q      Correct; yes or no?
14         A      Not always.  Tommy was always
15    there to help.
16         Q      You could talk to Tommy, right?
17         A      Yes.
18         Q      Was Tommy honest with you?
19         A      Yes.
20         Q      And he was fair to you, right?
21         A      Yes.
22         Q      And he was more fair than Renato,
23    correct?
24         A      It was the same.  They treated me
25    well.
```

1                      E. Rivera

2          Q      Now, did there come a time where

3    you borrowed money from Suffolk Asphalt or

4    Suffolk Paving?

5          A      I don't remember.

6          Q      You don't remember?

7          A      I don't remember if I one time

8    asked Mr. Louie to borrow money or not.

9          Q      If you did ask him, did he lend it

10   to you?

11         A      Yes, I think so.  He was a very

12   good person.

13         Q      He was a good person or he is a

14   good person?

15         A      When I worked with him, he was a

16   good person.

17         Q      So up until November of 2009, he

18   was a good person?

19         A      Until when I worked with him, he

20   was a good person.

21         Q      Could he still be a good person?

22         A      I think so.

23         Q      Do you have any reason to believe

24   that he is not a good person?

25         A      I don't have any dealings with him

107

1                            E. Rivera

2    now.

3          Q        So you have no way to think that

4    he is a bad person?

5          A        No.

6          Q        Since you stopped working, has he

7    tried to hurt you in any way?

8          A        No, no.

9          Q        Has he said not nice things about

10   you?

11         A        No.

12         Q        Has he said not nice things about

13   your wife?

14         A        No, he's never said anything.

15         Q        Has he said not nice things about

16   your girlfriend?

17         A        He's never said anything.

18         Q        Has he said not nice things about

19   your children?

20         A        He's never said anything.

21         Q        Then, why are you saying not nice

22   things about him?

23         A        He treated me well.

24         Q        But you know you are saying not

25   nice things about him?  Do you know that?

108

1                    E. Rivera

2          A       I am just saying that he was a

3    good person.

4          Q       You know that you are saying not

5    nice things about his wife?  Do you know that?

6          A       Yes, yes, I know.

7          Q       Why are you saying not nice things

8    about his wife?

9          A       I am not talking about his wife.

10         Q       Sure, you are.

11         A       No.

12         Q       Do you know you are saying not

13   nice things about his son?

14         A       I haven't said anything bad about

15   his son.

16         Q       Did you read the complaint that

17   you filed in this case?

18         A       Yes.

19         Q       What does that say?

20         A       It said when we finished the year

21   2009, when we finished in December, Mr. Louie

22   spoke with me and he said that we were not going

23   to -- we were not going to find work at another

24   company.  He was going to send a letter to say

25   because it was unjust; it was unjust, what we

109

1                          E. Rivera

2     were doing to him.

3          Q      Did you find work somewhere else

4     after you left him?

5          A      I found work quickly.

6          Q      Where are you working now?

7          A      Intercounty.

8          Q      So he said you are not going to

9     find work anywhere else, but you did find work

10    somewhere else, correct?

11         A      He didn't say me.  He said all of

12    us.

13         Q      Did he say this to you directly?

14         A      Yes, directly.

15         Q      What time of the day was it?

16         A      In the morning.

17         Q      What day was it?

18         A      I don't remember.  It was in

19    December.

20         Q      The beginning of December, the end

21    of December?

22         A      Between the 15th and the 25th of

23    December.

24         Q      Was that a Monday?

25         A      I don't remember.

110

1                           E. Rivera

2           Q       Was it a Tuesday?

3                   MR. McNAMARA:  Objection.

4           A       I don't remember.

5           Q       Was it a Thursday?

6                   MR. McNAMARA:  Objection.

7           A       I don't remember.

8           Q       Was it a Friday?

9                   MR. McNAMARA:  Objection.

10          A       I don't remember.

11          Q       It wasn't a Saturday or Sunday,

12    because you didn't work weekends, correct?

13          A       I don't remember.  I don't

14    remember.

15          Q       You don't remember if you worked

16    weekends?

17                  MR. McNAMARA:  Objection.

18          A       No.

19          Q       You remember before you testified

20    that you didn't work weekends?

21          A       No.

22          Q       You didn't testify to that before?

23          A       Yes, I did not work on the

24    weekends.

25          Q       Okay.  Do you remember testifying

111

                              E. Rivera

1

2    that you did not work on the weekends before?

3                    MR. McNAMARA:  Objection.

4         A     No, I don't remember that.

5         Q     Okay.  Let's take a step back.  I

6    want you to understand something, because I

7    don't think you know what it means to lie.

8                    MR. McNAMARA:  Objection.

9         Q     If you give one answer and later

10   give an answer that contradicts that answer, I

11   am going to call you a liar.

12                   Do you understand that?

13                   MR. McNAMARA:  Objection.

14        A     Okay.

15        Q     Now, you told me that you have a

16   fifteen-year-old daughter, correct?

17        A     Don't mess with my daughter,

18   please.

19        Q     I am not messing with your

20   daughter.  But if your daughter tells you that

21   after school, she is going to her friend's house

22   to study, you expect her to be at her friend's

23   house to study, correct?

24        A     Please don't refer to my family.

25        Q     But if you find out that she was

112

1                              E. Rivera

2    not at her friend's house studying, you are

3    going to yell at her and tell her that she lied

4    to you, correct?

5         A      I am not going to talk anything

6    about my daughter, please.

7         Q      Do you understand the concept of

8    lying?  Whether we use your daughter as an

9    example or just your friend down the block as an

10   example.

11        A      Respect my daughter.

12        Q      Do you think that example I gave

13   you was not respecting your daughter?

14        A      It's being disrespectful because

15   you don't know my daughter and you don't have to

16   mention her.

17        Q      It's not being disrespectful.  I

18   understand why you want to be petulant and not

19   answer the question.  We are going to take it a

20   step further.

21               Do you see that man next to you?

22   Do you remember his name yet?

23        A      Yes.

24        Q      What is his name?

25        A      Patrick.

113

1                         E. Rivera

2          Q     Okay.  If Patrick said to you, I

3   will be representing you at this deposition, but

4   he did not represent you at this deposition,

5   would that make him a liar?

6                MR. McNAMARA:  Objection.

7          A     Yes.

8          Q     If I told you to tell me what

9   shape this room is and you told me it was a

10  circle, would you be a liar?

11               MR. McNAMARA:  Objection.

12         A     Yes.

13         Q     So you do know what it means to

14  tell the truth and to lie, correct?

15               MR. McNAMARA:  Objection.

16         A     Sometimes you understand the

17  questions correctly.

18         Q     I always understand the questions,

19  because I ask the questions.  If you provide an

20  answer to a question I ask you, it will be

21  assumed that you understood the question.   I

22  explained that to you.

23               Don't you remember that?

24         A     Yes.

25         Q     So don't try to blame the fact

114

1                              E. Rivera

2    that you're lying to me on your inability to

3    understand the questions.  It is clear to

4    everyone in this room that you understand the

5    questions both in English and then again when

6    they are interpreted for you into Spanish.

7                    MR. McNAMARA:  Objection.

8         Q      Are we clear?

9         A      Yes.

10        Q      Do you want to apologize now for

11   lying?

12                   MR. McNAMARA:  Objection.

13        A      I haven't lied.  There has been a

14   misinterpretation of the answers.

15        Q      Who has misinterpreted your

16   answers?

17        A      You.

18        Q      So you know what madam interpreter

19   is interpreting for me, correct?

20        A      Yes, I understand what she is

21   saying.

22        Q      You hear it in English and

23   Spanish, correct?

24        A      Yes.

25        Q      And you understand it both in

115

1                           E. Rivera

2       English and Spanish, correct?

3              A       In Spanish.

4              Q       Right.  Please stop picking your

5       rash.  You can do that at home.

6                      You understand when I ask you

7       questions in English, correct?

8              A       A few.

9              Q       Okay.  Are you saying that madam

10      interpreter is doing a bad job?

11             A       No.

12             Q       Me neither.  So don't blame your

13      inability to tell the truth on the interpreter.

14                     Do you understand that?

15                     MR. McNAMARA:  Objection.

16             A       Yes.

17             Q       You should apologize to her.

18                     MR. McNAMARA:  Objection.

19             Q       Go ahead.

20             A       I haven't disrespected you.

21             Q       I'm telling you that you have.

22                     When did you start working for

23      Intercounty?  And don't lie to me.

24             A       2010.

25             Q       When in 2010?

116

1                        E. Rivera

2          A      April.

3          Q      April what, 2010?

4          A      I don't remember what day.

5          Q      Do you remember, roughly, what

6     day?

7          A      No, I don't remember.

8          Q      Why not?

9          A      I don't remember.

10         Q      You said that you had a good

11    memory before.

12                MR. McNAMARA:   Objection.

13         A      But I don't remember the date.

14         Q      Do you know what day of the week

15    it was?

16         A      No.

17         Q      How did you get your job at

18    Intercounty?

19         A      Through the union.

20         Q      How much are you getting paid at

21    Intercounty?

22         A      $36.29 an hour.

23         Q      For all of your work?

24         A      No.  When we work in the City,

25    it's a different pay.

117

                              E. Rivera

1

2        Q        What is the pay in the City?

3        A        $44 and -- I don't remember the

4   change.

5        Q        So you either get paid $36 an hour

6   or $44 an hour, correct?

7        A        Yes.

8        Q        And not any more and not any less?

9        A        No.  If you work at night, it's

10   also different.

11        Q        How different?

12        A        It pays more at night.

13        Q        How much more?

14        A        $57.

15        Q        So you either get paid $36 an

16   hour, $44 an hour, or $57 an hour, correct?

17        A        Yes.

18        Q        Never any more?

19        A        When it's overtime, it's more.

20        Q        How much more?

21        A        $70, $68, yeah, that's it.

22        Q        Did you ever discuss this case

23   with anybody at Intercounty?

24        A        No.

25        Q        Did you ever give anybody at

118

1                           E. Rivera

2    Intercounty your attorney's information?

3          A      No.

4          Q      Are you sure?

5          A      Yes.

6          Q      Do you want to re-answer that

7    question honestly now?

8                 MR. McNAMARA:  Objection.

9          A      Yes, I told you I haven't spoken

10   to anybody about this.

11         Q      What is your position at

12   Intercounty?

13         A      I work with the asphalt group.

14         Q      Are you a shoveler?

15         A      No.  Raker.

16         Q      At Intercounty, do they ever pay

17   you in cash?

18         A      No.

19         Q      Did you ever receive cash payments

20   when you worked for Suffolk Asphalt?

21                MR. McNAMARA:  Objection.

22         A      No.

23         Q      Did you ever receive cash payments

24   when you worked at Suffolk Paving?

25         A      Yes.  A couple times.

119

1              E. Rivera

2       Q      How much did you receive?

3       A      I don't remember.

4       Q      Who paid you the cash?

5       A      Mr. Louie.

6       Q      Mr. Louie, the man to my left?

7       A      Yes.

8       Q      The man who paid you fairly?

9       A      Yes, he would pay me sometimes
10   cash, a few times.

11      Q      But Mr. Vecchia, the man who
12   treated you fairly, correct?

13             MR. McNAMARA:  Objection.

14      A      Yes, Mr. Louie Vecchia.

15      Q      Mr. Louie Vecchia, the man who
16   treated you honestly and with respect, correct?

17             MR. McNAMARA:  Objection.

18      A      Yes.

19      Q      The man who made sure you got a
20   paycheck every week, correct?

21      A      Yes.

22      Q      The man who made sure that every
23   week you worked and you got a paycheck, that
24   paycheck had a pay stub attached to it, correct?

25             MR. McNAMARA:  Objection.

120

1                          E. Rivera

2          A       Yes.

3          Q       The man who lent you money when

4    you needed it, correct?

5          A       I don't remember if he lent me --

6    borrow money.

7          Q       You just testified that he lent

8    you money when you needed it.

9                  MR. McNAMARA:   Objection.

10         A       I said that I didn't remember if

11   he had ever lent me money.  I said that I knew

12   if I asked him for it, he would let me borrow

13   it.

14         Q       The man who put you in the union,

15   correct?

16         A       Yes.

17         Q       The man who paid for your

18   membership fee in the union, correct?

19         A       Yes, correct.

20         Q       Now, if you did borrow money from

21   Mr. Vecchia, did you ever pay him back?

22         A       Yes.

23         Q       How did you pay him back?

24         A       I don't remember if he let me

25   borrow money.  But if he did let me borrow

121

                              E. Rivera

1

2    money, I know that I paid him back.

3         Q       You wouldn't remember if you

4    borrowed money from somebody?

5         A       I don't remember through Mr. Louie

6    Vecchia.

7         Q       Now, when you said at Suffolk

8    Paving you received some cash, were those cash

9    payments in addition to your checks?

10        A       Yes, sometimes.

11        Q       And do you remember how much that

12   cash was for?

13        A       No, I don't remember how much it

14   was.

15        Q       Did he just give you cash in your

16   hand, or did he put it in an envelope or a bag,

17   a briefcase, maybe?

18        A       No, sometimes in an envelope.

19        Q       Was it always in an envelope?

20        A       Yes, always with the check.

21        Q       So you always got cash payments

22   with your check?

23                MR. McNAMARA:   Objection.

24        A       Sometimes.

25        Q       Do you know what those cash

122

1                          E. Rivera

2    payments were for?

3         A      Sometimes for overtime, they were.

4         Q      Oh, did you ever get paid overtime

5    on your check?

6         A      Yes.

7         Q      So sometimes you got paid overtime

8    on your check and sometimes you got paid

9    overtime in cash, correct?

10        A      Yes.

11        Q      They never gave you overtime on

12   your check or cash payments if you never worked

13   overtime, correct?

14               MR. McNAMARA:  Objection.

15        A      Yes.

16        Q      So any time it shows that you got

17   overtime on your check, you actually worked that

18   overtime, correct?

19        A      Yes, it did show it, but it wasn't

20   all of it.

21        Q      But you would never get paid

22   overtime on your check, unless you worked that

23   overtime, correct?

24        A      Yes, sometimes he paid me cash.

25        Q      Sometimes he paid your friends in

123

1                        E. Rivera

2    cash, right?

3         A      I don't know if he paid my

4    friends.

5         Q      Sure, you do.  You would see

6    people walk out with the same envelope that you

7    got, right?

8         A      It was the same envelope that the

9    check was in, all the envelopes were the same.

10        Q      So when he gave you the envelope,

11   he had other envelopes in his hands, right?

12        A      Yes.

13        Q      Did you ever take that envelope

14   and go to the union and tell them how you were

15   paid?

16        A      No.

17        Q      How often would the union come on

18   to the job site to talk to you guys?

19        A      No, never.

20        Q      Never?

21        A      Never.

22        Q      If you had to make a complaint to

23   the union, how would you make a complaint?

24             MR. McNAMARA:  Objection.

25        A      We had to go there and call.

124

```
 1                         E. Rivera
 2         Q      Did you ever go there or call?
 3         A      No.
 4         Q      But you knew where to call, right?
 5         A      Yes.
 6         Q      You remember when I asked you
 7    earlier today if you needed to make a complaint,
 8    you knew how to make that complaint?
 9         A      Yes.
10         Q      But you never did make a
11    complaint, because you never had a complaint to
12    make?
13                MR. McNAMARA:  Objection.
14         A      I had complaints, but I never made
15    them.
16         Q      Why?
17         A      Because I didn't want to make
18    problems or anything.  I didn't want to lose my
19    job.
20         Q      Why do you want to make problems
21    now?
22         A      Because they owe me so much, it's
23    unjust, so many hours, so many years.
24         Q      How much do they owe you?
25         A      I don't know.  My lawyer knows
```

125

1                          E. Rivera

2     that.

3          Q      No, he doesn't.  Go ahead, ask

4     him.

5          A      The other lawyer does.

6          Q      You've got a lawyer right here.

7          A      Okay.

8                 MR. McNAMARA:  Objection.

9          A      The other one knows.

10         Q      Did you tell your lawyer how much

11    you think you're owed?

12         A      He knows how much it is.

13         Q      Do you have any idea how much

14    money you're owed?

15         A      No, I do know, but I am not going

16    to say it.

17         Q      You don't have a choice.  If you

18    do know, you have to say it.

19         A      I don't know it exactly.

20         Q      Well, tell me, roughly.

21         A      No, I don't want to lie.

22         Q      Do you have any idea what you're

23    owed?

24                MR. McNAMARA:  Objection.

25         A      No.

126

1                        E. Rivera

2          Q       Do you have any idea how to figure

3     out what you're owed?

4          A       No.

5          Q       If I gave you any documents, would

6     that help you figure out what you think you're

7     owed?

8          A       You can talk to my attorney about

9     that.

10         Q       I don't like your attorney.

11         A       Okay.

12         Q       I have no interest in listening to

13    what your attorney cobbles together.  I have an

14    obligation to ask you to figure out what you're

15    owed.

16                 MR. McNAMARA:  Objection.

17         Q       Are you capable of figuring out

18    what you're owed?

19                 MR. McNAMARA:  Objection.

20         A       Yes, I can look, but I don't have

21    that with me.

22         Q       What do you need to look at?

23         A       The amount that you need to know.

24         Q       What do you need to look at?

25         A       You want me to give you a price?

127

1                          E. Rivera

2         Q       I want you to tell me what

3    documents you need to look at to figure out what

4    you believe you're owed.

5         A       My lawyer knows that.  He is the

6    one in charge of that.

7         Q       No.  Listen to me.  Stop trying to

8    be smart.  You're not.  Just answer my

9    questions.

10                MR. McNAMARA:  Objection.

11        Q       Are you capable of figuring out

12   yourself what you are owed by Suffolk Asphalt or

13   Suffolk Paving?

14        A       Okay.  I repeat, my lawyer knows

15   that.  I have given him all the papers.

16        Q       Listen.  Just answer my question.

17                Are you capable of figuring out

18   what you allege to be owed by Suffolk Asphalt

19   and Suffolk Paving; yes or no?

20        A       No.

21        Q       If I gave you a calculator, could

22   you figure it out?

23                MR. McNAMARA:  Objection.

24        A       No.

25        Q       If I gave you any papers at all,

128

1                              E. Rivera

2      could you figure out what you allege to be owed?

3                   MR. McNAMARA:  Objection.

4          A      No.

5          Q      Why is that?

6          A      Because I gave it all to the

7      attorney, all the pay stubs and everything.  He

8      has all that.

9          Q      You gave all your pay stubs to

10     your attorney?

11         A      Yes.

12         Q      Those are all the pay stubs that

13     show us the hours that you worked, correct?

14                  MR. McNAMARA:  Objection.

15         A      Yes.

16         Q      That is the only way to figure it

17     out, by looking at those pay stubs, correct?

18                  MR. McNAMARA:  Objection.

19         A      I don't know if that is how the

20     attorney is using it.  I don't know.

21         Q      Well, what do you know?

22         A      He knows.

23         Q      Who?

24         A      The attorney.

25         Q      Which one?

129

                                    E. Rivera

1

2        A        Ian.

3        Q        When was the last time you spoke

4    to Ian?

5                 MR. McNAMARA:  Objection.

6        A        About three weeks.

7        Q        Why isn't he in here?

8        A        I don't know.

9        Q        I know.  Do you want me to tell

10   you why?

11       A        No.

12       Q        Okay.  Did you ask Patrick why Ian

13   is not here?

14                MR. McNAMARA:  Objection.

15       A        No.

16       Q        Now, Patrick is a very nice guy.

17   But do you know why Ian didn't show up?

18                MR. McNAMARA:  Objection.

19       A        No.

20       Q        Do you care that Ian is not here?

21       A        No, Patrick is here.

22       Q        He is doing a bang-up job, right?

23       A        Yes.

24       Q        Do you think Patrick knows what

25   you believe you're owed?

130

1                          E. Rivera
2         A       I don't know if he knows.
3         Q       Can I ask Patrick what you are
4    owed?
5         A       I don't know.
6                 MR. ZABELL:  Patrick, what do you
7            think this guy is owed?
8                 MR. McNAMARA:  Counselor, you can
9            ask the witness questions.
10                MR. ZABELL:  Patrick, do you have
11           any idea what this guy is owed?
12                MR. McNAMARA:  Counselor, your job
13           here is to ask the witness questions.
14                MR. ZABELL:  You have no idea, do
15           you?
16                MR. McNAMARA:  Counsel, I am here
17           to represent the witness.
18                MR. ZABELL:  Patrick, are you
19           capable of giving me a number?
20                MR. McNAMARA:  Counsel, move on.
21                MR. ZABELL:  I will take that as a
22           no.
23                MR. McNAMARA:  Counsel, you can
24           continue to ask the witness questions.
25                MR. ZABELL:  Oh, Dios mío.

131

```
 1                        E. Rivera
 2               (At this time a break was taken
 3          from 11:48 a.m. until 12:22 p.m.)
 4      Q       Do you remember before I was
 5  asking you if you had read the complaint in this
 6  case?
 7      A       Yes, I remember.
 8      Q       Did you read it in English or
 9  Spanish?
10      A       In Spanish.
11      Q       So you know everything that the
12  complaint says, right?
13      A       I haven't read the whole thing.  I
14  read a couple of things.
15      Q       Do you read in Spanish?
16      A       Yes.
17      Q       What grade did you go to?
18      A       To seventh grade.
19      Q       You can read in Spanish?
20      A       Yes.
21               MR. McNAMARA:  Objection.
22      Q       Were you given a copy of the
23  complaint to read?
24      A       Yes.
25      Q       You have a copy of it that you can
```

132

1                         E. Rivera

2      read, right?

3           A      Yes, yes.

4           Q      Do you know who you're suing in

5      that complaint?

6           A      Yes, Suffolk Paving and Suffolk

7      Asphalt.

8           Q      Do you know if you are suing

9      anybody else, other than Suffolk Paving and

10     Suffolk Asphalt?

11          A      No.

12          Q      Did you know that you are suing

13     Louis Vecchia directly?

14          A      Yes.

15          Q      So you know that you are suing

16     more than Suffolk Paving and Suffolk Asphalt,

17     right?

18          A      It's the same owner.  It's the

19     same everything.

20          Q      Who told you that?

21          A      I know that.  I worked there for

22     many years.

23          Q      So if you are suing Suffolk Paving

24     and Suffolk Asphalt, why are you suing Louis

25     Vecchia?

133

1                          E. Rivera

2          A       Because he is the owner.

3          Q       But he is the one who treated you

4    fairly, right?

5          A       Yes, but what you work, you have

6    to be paid for.

7          Q       You testified that you got a

8    paycheck every week, right?

9          A       Correct, but it wasn't correct.

10         Q       And every week, you got a pay stub

11   with your paycheck, correct?

12         A       Correct, but incorrect.

13         Q       And in addition to your paycheck,

14   sometimes you would get cash, right?

15         A       Sometimes.

16         Q       Then, sometimes you would get paid

17   overtime, correct?

18         A       Correct.

19         Q       You never got overtime unless you

20   worked overtime, correct?

21         A       Correct.

22         Q       Do you know who else you are

23   suing, other than Suffolk Paving, Suffolk

24   Asphalt, and Louis Vecchia?

25         A       No.

134

1              E. Rivera

2        Q      You know you're suing Louis

3   Vecchia's wife?

4        A      No.

5        Q      Do you want to ask your attorney

6   if you are?

7                MR. McNAMARA:  Objection.

8        A      No.

9        Q      What did Louis Vecchia's wife ever

10  do to you?

11       A      Nothing.

12       Q      So is there any reason why you

13  would be suing her?

14       A      My lawyer must know what he's

15  doing.

16       Q      Do you have any reason to believe

17  that Louis Vecchia's wife treated you unfairly

18  in any way?

19       A      No, she never treated me badly.

20       Q      As you sit here today, do you have

21  any reason to believe that you have a basis to

22  sue her?

23       A      No.

24       Q      Now, Louis Vecchia's boy, his son,

25  do you know who that is?

135

1                           E. Rivera

2          A       Yes, Chris.

3          Q       Do you know you are suing Chris

4    Vecchia?

5          A       Yes, I know.

6          Q       Oh, you know.  I asked you before

7    who you were suing and you just said Suffolk

8    Paving, Suffolk Asphalt.  You never mentioned

9    Chris Vecchia.

10                 MR. McNAMARA:  Objection.

11         A       Okay.

12         Q       But now you know you are suing

13   Chris Vecchia too, right?

14         A       Yes.  Because he is also owner.

15         Q       How do you know he is an owner?

16         A       He told me.

17         Q       When did he tell you?

18         A       When the company started Suffolk

19   Asphalt.

20         Q       How did he tell you?

21         A       That he was the owner, but only by

22   word.  Because who made the decisions was the

23   father.

24         Q       Chris Vecchia said that to you?

25         A       Yes.

1                          E. Rivera

2          Q       Do you remember what month he said

3     that to you?

4          A       No.

5                  (Whereupon, Mr. Louis Vecchia left

6              the conference room.)

7          Q       Is your name Irwin?

8          A       Edwin, but everyone would call me

9     Irwin, like Mr. Louie said.

10         Q       All your coworkers?

11         A       Yeah.

12         Q       The Hispanic coworkers and the

13    non-Hispanic coworkers?

14         A       Yeah.

15         Q       Why did they call you Irwin?

16         A       Maybe it was difficult to say

17    Edwin.

18         Q       Irwin is an old Jewish man's name.

19         A       Well, I didn't know that.

20         Q       It's all right.  So is Saul.

21                 What do you prefer?

22         A       What are you referring to?

23         Q       Your name.

24         A       It doesn't matter.  You can call

25    me Irwin, Edwin.  It doesn't matter.

137

1                           E. Rivera

2          Q       Chris Vecchia, did he treat you

3    fairly?

4          A       Yes.

5          Q       Always respectful?

6          A       Yes.

7          Q       Did you ever borrow money from

8    him?

9          A       No.

10         Q       If you needed to borrow money from

11   him, would he lend you money?

12         A       In the time that I worked with

13   him, he never had money.

14         Q       Why?  What does that mean?

15         A       He worked just like us.

16         Q       Hard worker?

17         A       Yes.

18         Q       So he owned the company, but he

19   was a hard worker there too?

20         A       Yes.

21         Q       He worked the same hours you guys

22   worked?

23         A       Yes.

24         Q       Always worked the same hours you

25   worked, right?

138

1                          E. Rivera

2          A       Yes.   When he worked with us, he

3    did.

4          Q       He worked with you up until

5    December of 2009, right?

6          A       Yes.

7          Q       So whatever his hours that he got

8    paid for should be the same that you worked and

9    you got paid for, right?

10         A       I don't know how they paid him.  I

11   don't know any of that.

12         Q       Right.  But he worked the same

13   hours you worked?

14         A       Yes.

15         Q       So if he got paid eight hours for

16   a day, that would mean that you should get paid

17   eight hours for the day, right?

18         A       I can't make an opinion on him.

19         Q       But if you saw him working with

20   you and he says that he worked eight hours, you

21   worked the same hours as him, so you would have

22   worked eight hours?

23                 MR. McNAMARA:  Objection.

24         Q       Right?

25         A       Sometimes he would complain about

139

E. Rivera

1    his overtime to his father also.

2

3         Q       So sometimes Chris Vecchia never

4    got paid overtime too?

5         A       Also, sometimes I heard that he

6    was annoyed because of his overtime.  He would

7    say that he can't believe being the president

8    that he didn't get paid right.

9         Q       Who did he say that to?

10        A       To all the coworkers, all of us

11   that were there.

12        Q       So he would complain about not

13   getting paid overtime too?

14        A       When he would look at the check,

15   when we look at the check, he would also say,

16   yeah, mine is the same.

17        Q       He said that to you?

18        A       Yeah, to me and to everyone who

19   was there.

20        Q       In English or Spanish?

21        A       English.

22        Q       Because he didn't speak Spanish,

23   right?

24        A       No, he doesn't speak Spanish.

25        Q       Now, let's talk about December of

1                              E. Rivera

2       2009.

3                          How did your employment end?

4              A       It ended up bad, because Louie

5       found out that we had sued him.

6              Q       When did Louie find out that you

7       had sued him?

8              A       In the month of December.

9              Q       How do you know Louie found out?

10             A       He told me.

11             Q       What did he say to you?

12             A       Asked me why we had sued him.

13             Q       What did you say?

14             A       Because he wasn't paying overtime

15      hours correctly.

16             Q       What did he say back to you?

17             A       That we were losing time, because

18      he said it was a joke, because his attorney said

19      that it was a joke.

20             Q       That is what Louie said to you?

21             A       Yeah.

22             Q       Is that all that he said to you?

23             A       Yeah, that is all he said to me

24      that day.

25             Q       Did he fire you?

141

1                          E. Rivera

2          A       No.

3          Q       Did you ever talk about it again

4    after that day?

5          A       Regarding the suing, no.

6          Q       You never talked about your

7    employment again after that?

8          A       Yes, I spoke to him afterwards

9    about my job.  He said that he had called me

10   about three times.  But I never saw the phone.

11   I never saw calls from him.  He told me that he

12   had already made his schedule, and he didn't

13   know if he was going to give me the work or not.

14         Q       When did those discussions take

15   place?

16         A       That was like the last week in

17   March.

18         Q       Oh, so --

19         A       2010.

20         Q       So there were no discussions

21   between December of 2009 and March of 2010?

22         A       Only in December when he told me

23   that we would not find work in any other

24   company.

25         Q       But that wasn't true.  You did

142

                              E. Rivera

1

2    find work at another company.

3                    MR. McNAMARA:  Objection.

4         A      He said it to me because he was

5    upset.

6         Q      But you did find work in another

7    company?

8         A      Yeah, I didn't believe it.  I

9    found another job and I'm happy with my job.

10        Q      You found another job right away,

11   right?

12        A      Yes.

13        Q      You don't work from December to

14   March, correct?

15        A      Correct.

16        Q      Okay.  So you didn't lose anything

17   in pay, correct?

18        A      No.

19        Q      Now, did you ever have to hire an

20   attorney to represent you?

21        A      No -- besides from the attorney

22   that I have now?

23        Q      You hired Ian, right?

24        A      Yes.  We spoke with him.

25        Q      Did you ever pay Ian anything?

143

1                          E. Rivera

2          A       No.

3          Q       Do you know if any of your

4    coworkers had to pay Ian anything?

5          A       I don't know anything about that.

6          Q       But you never paid Ian anything?

7                  MR. McNAMARA:   Objection.

8          A       Never.

9          Q       Did he ask you for any money?

10         A       No.

11         Q       Did Ian ever ask you to provide

12   him with information?

13         A       Ian?

14         Q       Si.

15         A       Yes, I gave him all the

16   information from the company; where I worked,

17   how many years.

18         Q       Did you ever provide him with any

19   documents?

20         A       Yes, I gave him documents.

21         Q       What do those documents say?

22         A       I gave him pay stubs.  That's all

23   he needed.

24         Q       Now, did you receive unemployment

25   benefits beginning in 2009?

144

1                               E. Rivera

2          A       Yes, every year, I get

3     unemployment, except 2009 when Louie cut it.

4          Q       Why did you not get benefits in

5     2009?

6          A       No, I'm sorry, in 2010, Louie cut

7     my benefits.  In 2009, I received them.

8          Q       Why didn't you get benefits in

9     2010?

10         A       Because Louie said that I didn't

11    want to return to work.

12         Q       He said that because he called you

13    three times, right?

14         A       Yes.  I told him that I never

15    received his call.  And when I returned his

16    call, he said -- he didn't tell me that I was

17    fired.  He told me that he didn't know what he

18    was going to do with me.

19         Q       There was a hearing at

20    unemployment, correct?

21         A       Yes, yes.

22         Q       And you lost that hearing,

23    correct?

24         A       Yes, I imagine that, because I

25    never received any notification.

145

1                          E. Rivera

2              Q        You actually had to pay them back

3       money, right?

4              A        Yes.

5              Q        Now, Nora is your wife?

6              A        Yes.

7              Q        And in 2007, where did your wife

8       work?

9              A        My wife hardly ever worked.

10             Q        So you are saying in 2007, she

11      didn't work?

12             A        I don't know.  I think she hardly

13      ever worked.  Sometimes she worked two or three

14      weeks.

15             Q        In 2007, where did Nora live?

16             A        I don't remember if she was here

17      or if she had moved to North Carolina.  She

18      lives in North Carolina.

19             Q        So she moved away from you in

20      2007, right?

21             A        I don't remember what year it was

22      that she moved.

23             Q        Now, during the season, you didn't

24      work every day of the week, did you?

25             A        The season of what?

146

1                              E. Rivera

2          Q      The paving season.

3          A      No.

4          Q      And when you worked overtime, you

5    got paid overtime on your check, correct?

6                 MR. McNAMARA:  Objection.

7          A      They paid overtime, but it wasn't

8    correct.

9          Q      So how many hours do you remember

10   getting paid overtime on your check?

11         A      When I worked fifteen hours,

12   sometimes they put four or five hours.

13         Q      Did you ever get more than four or

14   five hours on your check?

15         A      I imagine a few times.

16         Q      Sometimes you got ten hours?

17         A      I don't remember.

18         Q      Sometimes you got eight hours,

19   correct?

20         A      No, I don't remember.

21         Q      And on your paychecks, it would

22   show that money was taken out of your pay to

23   give to the union, correct?

24         A      I really don't know that.  I know

25   that I never paid much attention to what they

147

E. Rivera

1

2    were taking out.

3        Q       You just assumed that if they were

4    taking money out of your check, it was

5    appropriate, correct?

6                MR. McNAMARA:  Objection.

7        A       Yes.

8        Q       You had no reason to doubt that

9    you were getting paid correctly on your checks,

10   correct?

11       A       Yes.

12       Q       And, in fact, your checks were

13   appropriate, correct?

14       A       The checks weren't correct.

15       Q       How do you know if you never

16   looked at them?

17                MR. McNAMARA:  Objection.

18       A       I always wrote down the hours that

19   I worked, and I gave them to Mr. Tommy, and they

20   never paid what it was.

21       Q       How do you know if you never

22   looked at your checks and you never paid

23   attention to your checks?

24                MR. McNAMARA:  Objection.

25       A       I never paid attention to what it

1                          E. Rivera

2   was, what they were taking out for the union.

3          Q       If you never paid attention to it,

4   you don't know what the checks really said?

5                  MR. McNAMARA:  Objection.

6          A       I know what the checks said.

7          Q       How do you know if you didn't pay

8   attention?

9                  MR. McNAMARA:  Objection.

10         A       I know that he didn't pay me the

11  hours that I worked, because I would write them

12  down and give them to Mr. Tommy every Friday.

13         Q       Now, are you familiar with the

14  decision from the Administrative Law Judge in

15  your unemployment case?

16         A       I never received that.  I am going

17  to go look for it.  I never received it.

18         Q       Wait, wait.  You paid back over

19  $430 to the Department of Labor, did you not?

20         A       Yes.

21         Q       And you paid that back because you

22  were found to have made a willful

23  misrepresentation, correct?

24         A       I don't know what they decided.  I

25  haven't seen the papers and they never returned

149

                                   E. Rivera

1

2      the money.

3           Q       Do you know what a "willful

4      misrepresentation" is?

5           A       I was doing it correctly.

6           Q       Do you know what a "willful

7      misrepresentation" is?

8           A       I didn't have any proof.

9           Q       Do you know what a "willful

10     misrepresentation" is?

11          A       Yes, I know it's bad.

12          Q       It's a lie, right?

13          A       Yes.

14          Q       And you were found by an

15     Administrative Law Judge to have lied, correct?

16                  MR. McNAMARA:  Objection.

17          A       Yes.  Because I didn't have to pay

18     a lawyer.  I didn't have the money to pay a

19     lawyer.  I didn't have the money.  And I didn't

20     have the proof.

21          Q       So a judge found that you lied,

22     correct?

23                  MR. McNAMARA:  Objection.

24          Q       Yes or no?

25                  MR. McNAMARA:  Objection.

150

1                        E. Rivera

2          A      I did not receive the papers.  I

3    don't know.

4          Q      Do you want to see?  I'll go make

5    a copy so you can see.

6          A      Okay, thank you.

7          Q      You're welcome.

8                 (At this time a break was taken

9                 from 12:48 p.m. until 12:50 p.m.)

10                (A three-page double-sided

11                document was marked as Defendants'

12                Exhibit 3 for identification, as of this

13                date.)

14         Q      I am going to show you a document

15   that is marked as Defendants' Exhibit 3 with

16   today's date.

17                Can you take a look at that

18   document?  (Handing.)

19         A      (Reviewing document.)

20         Q      I see that you have taken a look

21   at that document.

22                Have you ever seen that before?

23         A      No, I hadn't seen it before.  I

24   was waiting for it.  I never received it.

25         Q      Well, now you have seen it.

151

1                          E. Rivera

2          A       Okay.

3          Q       You receive mail at P.O. Box 664,

4    Bay Shore, correct?

5          A       Yes.

6          Q       That is a decision from

7    unemployment, correct?

8          A       I don't know what it says.  I

9    don't read English.

10         Q       Did you look at the document?

11         A       I saw that it was my name and my

12   address.

13         Q       (Reading in Spanish.)  Do you know

14   what that means?

15         A       Yes, it's in Spanish.

16         Q       So the decision is in Spanish and

17   English, right?

18         A       Yes.

19         Q       When you gave me the flippant

20   answer before that you don't know what it says

21   because it's in English, you were being a little

22   bit of a wise guy, right?

23         A       No, no, no.  I didn't pay

24   attention to see that it was in Spanish.

25         Q       Really?  Because it says, please

152

E. Rivera

1

2  take notice, in bold letters that are

3  underlined.

4       A      I only paid attention to the

5  address and my name.

6       Q      Really?  Because right above your

7  name, it says, decision and notice of decision

8  in bold letters, capitalized, underlined in

9  Spanish, correct?

10      A      Correct, but I didn't pay

11  attention.

12      Q      So maybe you did get it in the

13  mail and you just didn't pay attention to it?

14      A      No, I didn't receive it in the

15  mail.  I was waiting for the decision.

16      Q      So you didn't pay attention to

17  this like you didn't pay attention to your

18  paychecks, right?

19             MR. McNAMARA:  Objection.

20      A      I never received that.  Of course,

21  I had to pay attention to the paychecks, because

22  there was a lot of hours of work and nighttime.

23      Q      But you didn't pay attention,

24  because that is what you testified to before.

25      A      No, I would pay attention to the

153

1                          E. Rivera

2      pay stubs, and I would pay attention to the

3      checks when they were paid to us correctly.

4          Q      But you never paid attention to

5      how much was taken out and sent to the union,

6      correct?

7                      MR. McNAMARA:  Objection.

8          A      No, sometimes Mr. Vecchia said it

9      was the same, what he gave us for the hour is

10     what he sent to the union.

11         Q      I am not saying what he said.  I

12     am asking you --

13         A      It was almost the same.

14         Q      I am asking you what the paycheck

15     said.

16                     MR. McNAMARA:  Objection.

17         A      The paycheck would only specify

18     your name, the hours they paid you, the overtime

19     when it was correct, yeah.

20         Q      So your paychecks only showed

21     overtime if it was correct?

22                     MR. McNAMARA:  Objection.

23         A      No.  I paid attention to that to

24     see if it was correct.

25         Q      You just said the paychecks would

154

1                          E. Rivera

2      only show overtime if it was correct.  That is

3      what you just testified to, correct?

4              A       No.   The check -- no, the check

5      would always have it if you worked over forty

6      hours, if you worked sixty or seventy hours, it

7      would be correct with the overtime.  But if you

8      worked less, it would be forty hours and it

9      would bring that.

10             Q       You just testified that the check

11     would be correct if you worked overtime.  Do you

12     not remember testifying to that; yes or no?

13             A       Yes, yes.

14             Q       Okay.  I just want to make sure

15     that you remember saying that the check would be

16     okay if -- the check would be correct if there

17     was overtime on it.

18             A       No, it wasn't correct.

19             Q       But that is just what you said.

20     That is what you just said.

21             A       I'm sorry if I probably said it

22     incorrectly.

23             Q       You're apologizing if you lied?

24             A       Yes.

25             Q       But did you lie to me at all

155

1                           E. Rivera

2       today?

3            A      No.   Sometimes it's just hard to

4       understand exactly, so we need an explanation.

5            Q      No, we don't need this

6       explanation.   We need you to tell the truth and

7       only the truth, so help you God.

8                   Do you understand that?

9            A      Yes.

10           Q      Are you telling me the truth?

11           A      Only the truth.

12           Q      Are you telling me only the truth?

13           A      Only the truth.

14           Q      Did you say any lies to me today?

15                  MR. McNAMARA:   Objection.

16           A      No, I haven't lied.   I only say

17      the truth.

18           Q      So when you said before that the

19      checks would be okay if they had overtime on

20      them, you were telling the truth, correct; yes

21      or no?

22           A      I was saying the truth, yes.

23           Q      Okay, very good.   So we just want

24      to make sure that we understand that you are

25      only telling the truth and that your checks were

1                           E. Rivera

2    correct when they had overtime hours on them.

3    Thank you for clearing that up.

4                    MR. McNAMARA:  Objection.

5        Q      Now, your attorney has a copy of

6    the unemployment decision where you were found

7    to have lied to them.  It also gave you

8    instructions on how to appeal this decision.

9                    I take it that you never appealed

10   the decision, correct?

11       A      Correct.

12       Q      Now, at the time that you went for

13   this hearing, you had already obtained the

14   services of Mr. Ian Wallace, correct?

15                   MR. McNAMARA:  Objection.

16       A      Yes.

17       Q      But yet, you chose not to go to

18   this hearing with Mr. Ian Wallace, correct; yes

19   or no?

20       A      Yes.

21       Q      Did you tell Mr. Wallace about

22   this hearing before the hearing?

23                   MR. McNAMARA:  Objection.

24       A      No.

25       Q      So you chose not to, correct?

157

E. Rivera

2     A     Correct.

3     Q     Even though you had an attorney,

4  you chose not to bring him with you to

5  unemployment?

6     A     Correct.  I was just going to go

7  and tell the truth, and I thought the truth

8  would be just.

9     Q     Did you go and tell the truth?

10    A     Only the truth.

11    Q     The Judge found that the truth, as

12  you told it, was not credible, correct?

13    A     Correct.

14    Q     So the Judge found you to be a

15  liar?

16         MR. McNAMARA:  Objection.

17    Q     Correct?

18    A     That's fine.

19    Q     Okay.  I will take that back.

20         It doesn't make you a bad person.

21  It just meant that the Judge didn't think that

22  you were telling the truth.  The same thing that

23  I believe is going to happen in this case.

24         MR. McNAMARA:  Objection.

25    Q     Because that's my job.  You

158

1                          E. Rivera

2      understand that, right?

3            A      Yes.

4            Q      Do you still receive mail at P.O.

5      Box 664 in Bay Shore?

6            A      Yes.

7            Q      Now, in March of 2010, you spoke

8      to Tommy, correct?

9            A      Yes.

10            Q      You told Tommy that you were going

11      to start on March 22nd of 2010, correct?

12            A      No.  Mr. Louie Vecchia told me we

13      were going to start March 20th.

14            Q      When?

15            A      About a month before.

16            Q      Is that when you spoke to Tommy?

17            A      No.  I spoke with Tommy between

18      the 25th and the 27th of March.  He didn't want

19      to listen to me.

20            Q      You told unemployment that you

21      spoke to Tommy on March 1st and that you agreed

22      to start March 22nd.  And then you called on

23      March 23rd and said you were unable to start

24      right away.

25            A      I called to see if there was work,

159

1                          E. Rivera

2    not to tell them that I wasn't coming in.

3            Q       But you had already been told that

4    the start date was the 22nd.

5            A       Yes, but they didn't call me.

6            Q       But you spoke to them and you

7    knew.

8            A       I knew a month before, but they

9    had to call me the day just to go to work.

10           Q       You knew a month before that the

11   start day was the 22nd.

12                   MR. McNAMARA:   Objection.

13           Q       Didn't you?

14           A       Yes, but they didn't call me the

15   day to work.

16           Q       Don't you realize there must have

17   been some sort of mistake and that they would

18   have taken you back if you showed up?

19           A       No, no.   If you -- if they called

20   you, you would work.   But if you just showed up

21   and they didn't call you, you wouldn't.

22           Q       But you testified at unemployment

23   that you spoke with Tommy and Tommy said come in

24   on the 22nd.   That is what the Judge said.

25           A       When I spoke to Mr. Tommy, he

160

                              E. Rivera
1
2      didn't want to listen to me.

3             Q       But he told you to start on March

4      22nd.

5             A       Mr. Tommy never told me to start

6      March 22nd.  Mr. Louie said 20th.

7             Q       And did you show up on the 20th?

8             A       No.  I was waiting for the phone

9      call from Mr. Louie.

10            Q       But Mr. Louie said on the 20th and

11     you never showed up?

12                    MR. McNAMARA:  Objection.

13            A       He never called me.  I didn't have

14     money to just spend on gas just for the hell of

15     it.

16            Q       What kind of car do you own?

17            A       At that time, I had a Honda

18     Accord.

19            Q       You live in Bay Shore?

20            A       Uh-huh.

21            Q       Where were you going to travel to?

22            A       From Bay Shore to Medford.

23            Q       How many miles is that?

24            A       Maybe -- I don't know.  No idea.

25     I don't know.

161

                                    E. Rivera

1

2        Q      You couldn't spend the dollar on

3    gas to go there?

4               MR. McNAMARA:   Objection.

5        A      Gas isn't a dollar.

6        Q      How many miles is it?

7        A      I don't know.

8        Q      Maybe ten miles?

9               MR. McNAMARA:   Objection.

10       A      No idea.  I have never checked it.

11       Q      How do you know that you would

12   have had to have spent a lot of gas on it?

13              MR. McNAMARA:   Objection.

14       A      I didn't say a lot.  I just said

15   that I wasn't going to spend any gasoline just

16   for the heck of it.

17       Q      Just to see if you had a job?

18              MR. McNAMARA:   Objection.

19       A      They could have called me.

20       Q      You could have called them?

21       A      I tried calling him and they

22   didn't pay me attention.

23       Q      When did you try calling him?

24   Because you never testified about that before.

25              I'll tell you what.  Unfold your

162

1                             E. Rivera

2    arms, relax a little bit.  If you made a

3    mistake, you admit it here and we will move on

4    from it.  Don't worry about that.

5                   MR. McNAMARA:  Objection.

6         Q      You never called them on the 22nd

7    or the 23rd to see if you could work, did you?

8         A      On the 22nd or 23rd, I realized

9    that they had started working and they didn't

10   call me.  I was waiting for there to be more

11   work so they could call me.  Because sometimes,

12   they start to call slow; one, two.

13        Q      How long did you wait?

14        A      A week.

15        Q      Really?  Because the next week you

16   had already started for Intercounty.

17        A      Yes.  When I spoke with Mr. Louie

18   and I asked him about the job and he wasn't sure

19   if he could give it to me, then I went to look

20   with the union.  They sent me to work with

21   Intercounty.

22        Q      What day did you have that

23   conversation with him?

24        A      With Louie, I think it was a week

25   before I started working.  I'm not sure.

1                        E. Rivera

2          Q      Now, Tommy, do you know who Tommy

3     is?

4          A      Yes.

5          Q      What is Tommy's last name?

6          A      I don't know his last name.  I

7     only know him as Tommy.

8          Q      What was Tommy's role at Suffolk

9     Paving?

10          A      The super, the foreman, our boss,

11     however you want to call him.

12          Q      Was he a good guy?

13          A      Yeah, good guy.

14          Q      Always treated you fairly?

15          A      Yes.

16          Q      Always treated you honestly?

17          A      Yes.

18          Q      Always treated you with respect?

19          A      Yes.

20                 MR. ZABELL:  I need to take a

21            break.

22                 (At this time a break was taken

23            from 1:09 p.m. until 1:12 p.m.)

24          Q      I am going to show you a document.

25                 Do you remember if I was asking

164

1                          E. Rivera

2    you if Tommy was always fair and respectful?

3           A      Yes.

4                  (A document consisting of a

5           write-up was marked as Defendants'

6           Exhibit 4 for identification, as of this

7           date.)

8           Q      I am going to show you a document

9    identified as Defendants' Exhibit 4 with today's

10   date.  (Handing.)

11                 You have seen that document

12   before, correct?

13          A      (Reviewing document.)  No.

14          Q      And what it is is a warning where

15   Tommy said that you were leaving tools behind on

16   job sites.

17                 Did Tommy ever yell at you for

18   that?

19          A      He said that to me, but he was the

20   one who was responsible, because he was the one

21   who was doing the job.

22          Q      So you never thought you were

23   responsible for leaving tools behind?

24          A      Not for that day that he said

25   about this.

165

E. Rivera

1

2      Q      What day was this?

3      A      It was in December.  It was

4   December, but I don't remember what date.

5      Q      Well, then, how do you know it

6   wasn't accurate on this day?

7      A      I even remember where the job was.

8      Q      Where was the job?

9      A      I think it's Hauppauge.

10      Q      Doesn't it say on the document it

11   was Hauppauge?

12      A      And that is when he said that I

13   had left it behind, but he was the one who was

14   responsible, because he was the one doing the

15   work.

16      Q      Were you there on the job site?

17      A      Yes, as a worker.

18      Q      Okay.  As a worker, you were the

19   one using the tools, correct?

20      A      We were doing two jobs --

21      Q      Just answer the question.  As a

22   worker, you were there using the tools, correct?

23      A      It wasn't only me, but, yes,

24   correct.

25      Q      It wasn't only you, but yes, you

166

1                          E. Rivera

2    were using the tools that got left behind,

3    right?

4                    MR. McNAMARA:  Objection.

5         Q    Yes or no?

6         A    No, no.

7         Q    What tools were left behind?

8         A    I don't know.  They sent me from

9    that job to another job and Tommy stayed there.

10        Q    What tools were left behind?

11        A    An iron-something.

12        Q    Did you ever use that

13   iron-something?

14        A    Yes, I used it.

15        Q    Did you use it at that job site in

16   Hauppauge?

17        A    No, we didn't use it.

18        Q    But it was left at that job site,

19   but you didn't use it at that job site?

20        A    I didn't use it, and I didn't take

21   it out of the truck.

22        Q    But Tommy, who was always

23   respectful to you and always fair, wrote you up,

24   correct?

25        A    Yes.

167

1                          E. Rivera

2          Q       You said that he was always

3   respectful and always fair after you got that

4   write-up, correct?

5          A       Tommy didn't say anything to me

6   about that warning.

7          Q       Sure, he did.  It's in your

8   lawsuit.

9          A       He only said to sign those papers.

10  He didn't let us see them or read what they

11  were.

12         Q       Did you sign those papers?

13         A       No.

14         Q       Because they don't have your

15  signatures on them, but Tommy was always fair

16  and honest with you?

17                 MR. McNAMARA:  Objection.

18         Q       Correct?

19         A       With me, yes.

20         Q       Including with that form, correct?

21         A       I don't know about that form,

22  because I had never seen it until today.  I

23  hadn't seen it.

24         Q       Sure, you did.  You said Tommy

25  gave it to you and said, sign it?

168

                              E. Rivera

1

2       A       Tommy said, come over here and

3   sign this paper.  I said, let's look at it, and

4   he said, no, no.

5       Q       So he gave you a paper and said,

6   sign, don't look at it?

7                MR. McNAMARA:  Objection.

8       A       Uh-huh.

9       Q       That doesn't sound all that

10  honest.

11               MR. McNAMARA:  Objection.

12      A       Maybe he was being pressured by

13  the boss.

14      Q       Maybe you are just remembering

15  what you want to remember.

16               MR. McNAMARA:  Objection.

17      Q       Right?

18      A       No.

19      Q       Come on, tell the truth.

20               Do you know who that is

21  (indicating)?

22      A       No.  Bad copier.

23      Q       Did you ever fight with Nora over

24  support payments that you have to pay for your

25  children?

169

E. Rivera

1

2      A      Until now, I haven't received

3  anything.

4      Q      Really?  Because did Nora ever get

5  involved with the Durham County Department of

6  Social Services?

7      A      Yes.  Because she wanted Medicare,

8  because she couldn't use the health insurance

9  that I have for the children.

10     Q      Why couldn't she use the health

11  insurance that you have for the children?

12     A      I don't know.  She doesn't pay

13  attention to how to do it.

14     Q      So it's her fault?

15     A      Yes.  Because when I go, I use it

16  with the children.

17     Q      So you were paying close to -- you

18  were getting paid close to $70,000 a year and

19  you weren't taking care of your children?

20            MR. McNAMARA:  Objection.

21     A      I am taking care of my children.

22     Q      Not if Social Services is getting

23  involved.

24            MR. McNAMARA:  Objection.

25     A      I don't know what Nora has done.

170

                              E. Rivera

1

2       Q      Are your children on welfare?

3       A      I don't know.

4       Q      How do you not know?

5       A      Nora doesn't tell me anything like

6    that.  I send her money for the children and

7    everything.

8       Q      In 2007, you were still with her,

9    though, weren't you?

10      A      I don't know.  I don't remember

11   what year it was that she left.

12      Q      Isn't it true that there was a

13   welfare fraud investigation into your children?

14             MR. McNAMARA:  Objection.

15      A      I don't know.

16      Q      Were you involved in that fraud?

17             MR. McNAMARA:  Objection.

18      A      No, sir.  I have never seen any of

19   those papers.

20      Q      Sure, you did.  You are the one

21   that brought them into Suffolk Paving.

22      A      No.  When?

23      Q      Who is Nora Rebus Garcia

24   (phonetic)?

25      A      Nora Rebus, that is my wife.

171

E. Rivera

1

2     Q      Who is Garcia?

3     A      That is her extra last name.  It's

4     either her mother's or father's last name.

5     Q      She applied for welfare for your

6     family.

7     A      I don't know anything about that.

8     We've been separated for many years.  I don't

9     know what she is doing.

10    Q      Were you separated in 2007?

11    A      I don't remember what year she

12    left, but when --

13    Q      Why did she leave you?

14           MR. McNAMARA:  Objection.

15    A      Because she had her family there,

16    and she said she wanted to go over there.

17    Q      Aren't you her family?

18    A      Repeat it?

19    Q      Aren't you her family?

20    A      Yes.  I'm her family because of

21    the children.

22    Q      Yes.  But you are up here making a

23    good living, and she is down there applying for

24    welfare for your family.

25           MR. McNAMARA:  Objection.

172

1                          E. Rivera

2          A      I never told her to leave.  She

3    went on her own responsibility.

4          Q      So because she went on her own

5    responsibility, you cut her off financially?

6                 MR. McNAMARA:  Objection.

7          A      No.  I help her -- I always help

8    her financially.

9          Q      What do you send her?

10         A      I send her $600 a month for the

11   rent for the apartment, and $150 a week for the

12   food.

13         Q      Did you tell that to the Welfare

14   Department?

15         A      I didn't know she had done

16   anything with the Welfare Department.

17         Q      Those documents that I just looked

18   at were documents that you gave your employer to

19   fill out for you.

20         A      I don't even have an idea of that.

21   I don't like to ask the Government for help like

22   that.  I work.  I have a good job.

23         Q      Do you have any hobbies?

24         A      I go to the gym in the winter.

25         Q      Do you play soccer?

173

1                           E. Rivera

2          A       Many -- a long time ago.  I don't

3    play anymore.

4          Q       Do you believe you were unlawfully

5    discharged from Suffolk Paving?

6          A       I don't know what to call it.  My

7    lawyer would have to be the one to say if it was

8    a termination or not.

9          Q       I am asking you.

10                 MR. McNAMARA:  Objection.

11         A       I don't know what to call it.

12         Q       So you don't know if you were

13   unlawfully discharged?

14                 MR. McNAMARA:  Objection.

15         A       I don't know.

16         Q       Basically, you stopped working in

17   December of 2009, like everybody else, correct?

18         A       Yes, correct.

19         Q       And in March of 2010, you didn't

20   want to spend the gas to drive down to Suffolk

21   Paving to see if you had work, correct?

22                 MR. McNAMARA:  Objection.

23         A       Correct.

24         Q       Okay.  You were paid all of your

25   regular wages, you just believe you are owed

174

1                          E. Rivera

2    overtime wages, correct?

3                     MR. McNAMARA:  Objection.

4         Q      Yes?

5         A      Yes.

6         Q      And the checks that indicated your

7    overtime on them were correct, as you testified

8    about before?

9                     MR. McNAMARA:  Objection.

10        Q      Correct, yes or no?

11        A      They weren't correct, the checks.

12   The hours of overtime were correct.

13        Q      Didn't you testify before that the

14   checks you got that had overtime on them were

15   correct?  Didn't you testify about that before?

16                    MR. McNAMARA:  Objection.

17        Q      Yes or no?

18        A      You understood the question wrong.

19        Q      Wait.  I asked the question.

20               You testified before that the

21   checks you got that had overtime on them were

22   correct; yes or no?

23                    MR. McNAMARA:  Objection.

24        A      No.

25        Q      Now you are lying again.  There is

175

1                          E. Rivera

2     no question before you.

3            A       You asked the question in a

4     different way.

5            Q       No, no.  The question that I

6     asked:  Do you remember testifying before that

7     when you got checks that had overtime on them,

8     the overtime was correct?  Did you testify to

9     that; yes or no?

10                   MR. McNAMARA:  Objection.

11           Q       Yes or no?

12           A       I can't say yes.

13           Q       Sure, you can.  Your attorney can

14    tell you to answer the question yes or no.

15                   I am asking if you testified about

16    that before.  You testified about that before.

17                   MR. McNAMARA:  Objection.

18           Q       Don't you remember testifying

19    about that before?

20           A       Yes, I remember.

21           Q       And don't you recall testifying

22    that the checks were correct if they had

23    overtime on them?

24                   MR. McNAMARA:  Objection.

25           A       Yes, but I said that the overtime

176

1                           E. Rivera

2      wasn't there.

3           Q       You said, yes, the checks were

4      correct if there was overtime on the check.

5                   MR. McNAMARA:  Objection.

6           A       I said that the checks had

7      overtime sometimes, but it didn't have all the

8      overtime.

9           Q       You don't remember testifying that

10     when you received the check with overtime on it,

11     it was correct?

12                  MR. McNAMARA:  Objection.

13          A       That's what I said.

14          Q       Yes, correct.  Right?

15          A       Correct.

16          Q       Right, yes?

17          A       Yes.

18                  MR. McNAMARA:  Objection.

19          Q       Why are you trying to change that

20     now?

21          A       You tried to ask things in a

22     different manner.

23          Q       No, I'm not.

24          A       Okay.

25          Q       You believe that you are only

177

1                         E. Rivera

2      entitled to overtime for hours worked in excess

3      of forty hours per week, correct?

4                    MR. McNAMARA:  Objection.

5           Q       It says it right here on the

6      complaint.

7           A       Correct.

8           Q       And that you were paid all your

9      regular time correctly?

10          A       The eight hours that I worked was

11     paid correctly, but the overtime was never paid

12     correctly.

13          Q       Overtime is only after forty hours

14     a week.  That is what it says in your complaint.

15          A       But for this company, we never

16     worked forty hours.

17          Q       Sometimes you worked more,

18     sometimes you worked less, right?

19                   MR. McNAMARA:  Objection.

20          A       Yes, always more.

21          Q       Sometimes less, though, right?

22          A       If I worked one day, I always

23     worked overtime.

24          Q       So you could work more than forty

25     hours in one day?

178

1                          E. Rivera

2        A      No.  I am talking about one day.

3        Q      In one day, you could work more

4   than forty hours?

5               MR. McNAMARA:  Objection.

6        A      No.

7        Q      Now, do you remember any of the

8   names of the projects you worked on?

9        A      Yes, Flower Hill and I don't

10  remember the name of the other project.  It was

11  in Massapequa.

12       Q      Long-term project?

13       A      Yeah, almost a year.

14       Q      The long-term projects, you would

15  drive directly there, correct?

16       A      I always had to go to the yard to

17  pick up the truck, because I drove.

18       Q      For every job?

19       A      In Flower Hill, there was a time

20  when they gave us a place where we could leave

21  the truck there, and then you could go in your

22  own car to the job.

23       Q      So Flower Hill was the only job

24  that you went to directly?

25               MR. McNAMARA:  Objection.

179

1                          E. Rivera

2         A       But not all the time, sometimes.

3         Q       So you never drove directly to any

4    other job, other than Flower Hill?

5         A       No, only Flower Hill.

6         Q       You would go to the yard for about

7    five minutes in the morning?

8                 MR. McNAMARA:  Objection.

9         A       No.  It's more than five minutes.

10   I had to talk to Tommy to see what needed to be

11   done, go get tools ready, and then go to work.

12        Q       But the tools were already in the

13   truck, right?

14        A       Not always, because sometimes you

15   had to go look and see what you needed.

16        Q       But they were the same tools;

17   they're shovels, rakes, they're brooms?  It's

18   not all that complicated.

19        A       Yes, but some were here, some were

20   over there.

21        Q       They were always in the truck from

22   the night before?

23                MR. McNAMARA:  Objection.

24        A       Not always.

25        Q       Yes, always.

180

1                         E. Rivera

2              Unless you left them on a job.

3              MR. McNAMARA:  Objection.

4       A       Sometimes you would be there for a

5    half an hour before you left.

6       Q       Nobody believes you on that one.

7       A       Okay.

8       Q       None of your colleagues said that.

9       A       Okay, Tommy knows that.

10      Q       All of your colleagues said we

11   weren't there for five minutes, we would go

12   there just to get a ride to the next job.

13              MR. McNAMARA:  Objection.

14      Q       Correct?

15      A       I was there about half an hour,

16   twenty minutes, depending on what needed to be

17   done on the job.

18      Q       Then, you would leave the shop,

19   and all your colleagues said you would go get

20   breakfast then?

21              MR. McNAMARA:  Objection.

22      A       I always brought my food.

23      Q       But they would go get breakfast?

24      A       Yeah, about ten minutes.

25      Q       Each?

1                          E. Rivera

2          A        No, all of us together, because

3     they would be eating in the truck.

4          Q        And you would have to go to a deli

5     and you would have to order the egg sandwiches,

6     right?

7          A        Maybe one or two might have

8     ordered food, not all of them ordered food all

9     the time.

10         Q        Then, you would get coffee, right?

11         A        In the same deli, you would grab a

12    coffee and you would go.

13         Q        And you would be there anywhere

14    from fifteen to twenty minutes?

15                  MR. McNAMARA:   Objection.

16         A        Ten minutes, maybe.

17         Q        Maybe more?

18         A        Maybe fifteen.

19         Q        Then, you would drive to the job,

20    right?

21         A        Correct.

22         Q        What time would you get to the

23    job?

24         A        Depending on the distance.

25         Q        Then, you would work at the job,

182

1                          E. Rivera
2    you would break for lunch, right?
3         A       We never stopped for lunch.
4         Q       Never stopped for lunch?
5         A       Always when I was working, it was
6    somebody would grab ten minutes, then, you would
7    grab, we never stopped working.
8         Q       They would send someone to the
9    deli to get chicken sandwiches?
10        A       Sometimes, yeah.
11        Q       Chicken cutlet?
12        A       Anything, whatever the person
13   wanted.
14        Q       Sometimes they would get you
15   lunch, right?
16        A       Yes.
17        Q       When you would get that lunch, you
18   would take a break, right?
19        A       I would do whatever they would
20   tell me and I would go do it.
21        Q       What would you eat for lunch?
22        A       I always took rice, frijoles,
23   sometimes meat.
24        Q       Sometimes you would get lunch from
25   the deli, right?

183

1                          E. Rivera

2          A       It was rare time, because I

3   usually brought my food.

4          Q       You would get a sandwich, right?

5                  MR. McNAMARA:   Objection.

6          A       No.

7          Q       Never?

8          A       When I had food, no.  If I had

9   food, I wouldn't buy one.

10         Q       If you didn't have food, you would

11  get a sandwich, right?

12         A       Correct.

13         Q       What kind of sandwich would you

14  get?

15         A       Sometimes I would go to a Spanish

16  deli and buy Spanish food.

17         Q       What kind of food?

18         A       Rice and beans, meat.

19         Q       You would only take two minutes to

20  go buy it and eat it, right?

21         A       No, it also depends on the

22  distance to the deli.

23         Q       So sometimes it would be more than

24  two minutes, right?

25         A       Yes.

184

1                          E. Rivera

2          Q       Sometimes it would be a half an

3     hour, right?

4                  MR. McNAMARA:  Objection.

5          A       Sometimes it was twenty minutes.

6     It depends on the deli, depends on where you

7     were working.

8          Q       Sometimes a little bit more?

9          A       No, no more than that.

10         Q       Did you ever play soccer on a job

11    site?

12         A       No, not me.

13         Q       Did you ever see people play

14    soccer on a job site?

15         A       No, I didn't watch them play.

16         Q       What time would you get to the job

17    site in the morning?

18         A       Depending on the distance.

19    Depending on the distance from the job site.

20    Sometimes it would be twenty minutes, half an

21    hour to Flower Hill.

22         Q       So what time would you get to the

23    job site?

24         A       At 7:00.

25         Q       You would work until 4:00?

185

1                         E. Rivera

2          A      We worked more than that.  I was

3      the last one to go out.

4          Q      When?

5          A      6:00, 7:00.

6          Q      Every day?

7          A      No.

8          Q      Sometimes less, right?

9          A      Sometimes 6:00, 6:30.

10         Q      Sometimes 4:00?

11         A      Rarely.

12         Q      You know there were some job sites

13     that you worked at where they logged your time

14     in and out, right?

15         A      I don't know.  I imagine that the

16     inspectors would do that, but they would usually

17     leave early, and we would still stay there

18     working.

19         Q      So the inspectors' reports weren't

20     accurate?

21         A      I don't know that.

22         Q      What if an inspector's report said

23     that you didn't show up to a job until 8:00?

24         A      He would be lying.

25         Q      Because you didn't show up until

186

1                          E. Rivera

2    9:00, right?

3                    MR. McNAMARA:  Objection.

4         A       6:30 to 7:00 we would be there

5    when it was a project.

6         Q       Did you do any projects in the

7    Town of Babylon?

8         A       No, not that I remember.

9         Q       Have you ever been arrested?

10        A       No.

11        Q       Either in this country or any

12   other country?

13                   MR. McNAMARA:  Objection.

14        A       No.

15        Q       Have you ever been charged with

16   breaking the law?

17        A       I've gotten tickets for

18   registration or red light.

19        Q       What kind of tickets for

20   registration?

21        A       That the registration was expired.

22                   MR. ZABELL:  I am going to take a

23          few minutes.

24                   (At this time a break was taken

25          from 1:40 p.m. until 1:57 p.m.)

187

1                           E. Rivera

2         Q      Mr. Rivera, I couldn't help but

3    overhear when you were talking to Mr. Vecchia

4    before.  Do you remember that?

5         A      Yes.

6         Q      You told Mr. Vecchia that maybe

7    you didn't get his phone call because you

8    changed your telephone number; is that correct?

9         A      No.  I told him that my phone was

10   bad for that week.

11        Q      Oh, what does that mean?

12        A      My phone was bad, but I called the

13   office, Mr. Tommy, from another phone.  And he

14   didn't want to listen to me.  He said that he

15   was very busy.

16        Q      So if they did try to call you,

17   your phone was bad and they couldn't get through

18   to you?

19        A      Exactly.

20        Q      Oh, I see.  Was your phone bad

21   because you didn't pay the bill?

22        A      No.  It had just broke, damaged,

23   but it was the phone.

24        Q      So maybe they did try to call you?

25        A      Maybe yes, maybe not.

188

1                    E. Rivera

2          Q      Well, you're suing saying, no,

3     they never called you?

4          A      I never spoke with them.  I can't

5     tell you if they called me or not.

6          Q      But they may have?

7          A      They say that I spoke with them.

8     I spoke with Mr. Vecchia and he said, wait, I

9     don't know what I am going to do.  I have to do

10    my schedule and I will call you.  I didn't

11    believe him, that is why I looked for another

12    job.

13         Q      But you were talking to him in

14    here before, right?

15         A      Yeah, right there.

16         Q      He told you that he called you,

17    right?

18         A      Yes.  And I told him that I had

19    also spoken to him.

20         Q      Do you think that he was lying

21    when he said that he called you?

22         A      I don't know.  I can't make an

23    opinion on him.

24         Q      Well, do you have any reason to

25    believe that he was lying?

189

1                          E. Rivera

2          A        I don't know.

3          Q        I need a yes or no.

4                   MR. McNAMARA:  Objection.

5          Q        You can answer.

6          A        I don't know if he was lying to me

7     or not.  Because he called the Department of

8     Labor and said that I didn't want to work, just

9     to hurt me.

10         Q        But you lost that, so he didn't do

11    that to hurt you.  He did it because it was

12    truthful and accurate.  That is what was

13    determined by a Judge.

14                  MR. McNAMARA:  Objection.

15         Q        Correct?

16         A        No, it wasn't correct what he did,

17    because I like to work.

18         Q        The Judge said that he was telling

19    the truth and that you were lying.  Did you know

20    that?

21         A        Yes, I know.

22         Q        So you agree with that, right,

23    that is what the Judge said?

24         A        Yes.

25         Q        That is his fault that the Judge

190

1                         E. Rivera

2    said that you lied?

3         A      Yes.

4         Q      It's not your fault, right?  It's

5    never your fault.

6         A      That wasn't my fault.

7         Q      I am going to show you a document

8    that has previously been identified as

9    Defendants' Exhibit 5.   (Handing.)

10        A      (Reviewing document.)  What is

11   that?

12        Q      Take a look at the document.  Have

13   you ever seen that before?

14        A      No.

15        Q      Thank you.

16               Did you ever see a bulletin board

17   at the yard?

18        A      No.

19        Q      Did you ever see any signs up at

20   the yard?

21        A      No.

22        Q      Signs telling you that you could

23   go directly to the job site and that you are not

24   expected to go to the yard?

25        A      No.

191

1                    E. Rivera

2        Q       Did any of your coworkers go

3   directly to the job site?

4        A       I don't know.  I can't speak for

5   them.

6        Q       You never saw anybody there at the

7   job site?

8        A       We always went together in the

9   truck.

10       Q       And that would be around 7:00 or

11  8:00 from the yard?

12       A       No.  We would get to the yard at

13  6:30, and we would leave there from 6:45 to

14  6:50.

15       Q       And everybody would get to the

16  yard at 6:30?

17       A       Yes.  It was rare whoever got

18  there earlier.  Never later.

19       Q       You would go there and you would

20  get your assignment for the day and then, you

21  would leave, right?

22       A       Yes.

23       Q       Everybody would go in the same

24  trucks to save gas, right?

25       A       Yes.

192

1                                    E. Rivera

2                    MR. ZABELL:  Thank you for your

3           time.  I don't believe I have any more

4           questions of you.  Although, I am

5           reserving the right to bring you back

6           here if I find that you've lied to me any

7           more than I have determined that you have

8           lied.

9                    MR. McNAMARA:  We are objecting to

10          that.

11                   MR. ZABELL:  Okay?

12                   THE WITNESS:  Okay.

13                   MR. ZABELL:  Be honest, my friend.

14                   THE WITNESS:  I am honest.

15                   (Time Noted:  2:03 p.m.)

16

17

18

19

20

21

22

23

24

25

193

1

2                    A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK  )

5                         :ss

6    COUNTY OF          )

7

8         I, EDVIN A. RIVERA, s/h/a EDWIN RIVERA,

9    hereby certify that I have read the transcript

10   of my testimony taken under oath in my

11   deposition of October 22, 2011; that the

12   transcript is a true and complete record of my

13   testimony, and that the answers on the record as

14   given by me are true and correct.

15

16

17         _____

18              EDVIN A. RIVERA, s/h/a EDWIN RIVERA

19

20

21   Signed and subscribed to before me this

     _____ day of _____, 2011.

22

23   _____

24   Notary Public, State of New York

25

South Shore Court Reporting
(631)-235-6218

194

1

2

3                    LITIGATION SUPPORT INDEX

4

5    WITNESS              EXAMINATION BY              PAGE

6    E. Rivera            Mr. Zabell                     4

7

8

9                          EXHIBITS

10   DEFENDANTS'

11   EXHIBIT              DESCRIPTION                  PAGE

12   1        Document from the First
             District Court of Suffolk County      8
13
     2        Document consisting of a copy of
14            Mr. Rivera's driver's license          19

15   3        Three-Page double-sided document    150

16   4        Document consisting of a write-up   164

17

18

19

20

21

22

23

24

25

195

1

2                    C E R T I F I C A T E

3

4          I, JAIME DOCHTERMANN, a shorthand

5    reporter and Notary Public within and for

6    the State of New York, do hereby certify:

7          That the witness(es) whose testimony

8    is herein before set forth was duly sworn

9    by me, and the foregoing transcript is a

10   true record of the testimony given by such

11   witness(es).

12          I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of this

16   matter.

17

18

19

20                    JAIME DOCHTERMANN

21

22

23

24

25

196

1

2                        ERRATA SHEET

3              I wish to make the following  changes

4       for the following reasons:

5       PAGE LINE

6       _____ ___ CHANGE:_____

7                 REASON:_____

8       _____ ___ CHANGE:_____

9                 REASON:_____

10      _____ ___ CHANGE:_____

11                REASON:_____

12      _____ ___ CHANGE:_____

13                REASON:_____

14      _____ ___ CHANGE:_____

15                REASON:_____

16      _____ ___ CHANGE:_____

17                REASON:_____

18      _____ ___ CHANGE:_____

19                REASON:_____

20      _____ ___ CHANGE:_____

21                REASON:_____

22      _____ ___ CHANGE:_____

23                REASON:_____

24      _____ ___ CHANGE:_____

25                REASON:_____

x

1

**$**

**$150** [1] - 172:11
**$18** [9] - 40:13, 41:5, 41:9, 52:6, 52:23, 64:4, 70:7, 70:10, 70:13
**$19** [1] - 70:22
**$20** [1] - 70:22
**$27** [2] - 82:24, 83:2
**$36** [3] - 28:13, 117:5, 117:15
**$36.29** [1] - 116:22
**$4,000** [3] - 27:2, 103:20, 104:8
**$4,351.50** [1] - 8:23
**$430** [1] - 148:19
**$44** [3] - 117:3, 117:6, 117:16
**$57** [2] - 117:14, 117:16
**$600** [1] - 172:10
**$68** [1] - 117:21
**$70** [1] - 117:21
**$70,000** [1] - 169:18
**$72,000** [1] - 28:14

**'**

**'09** [1] - 45:20
**'92** [2] - 30:2, 32:18
**'93** [2] - 31:15, 32:18
**'94** [1] - 31:22

**0**

**09-CV-5331** [1] - 1:9

**1**

**1** [3] - 8:12, 8:16, 194:12
**1-5** [1] - 1:11
**10017** [2] - 2:5, 2:14
**10:00** [7] - 63:3, 63:9, 63:11, 63:15, 63:16, 63:25, 64:10
**10:49** [1] - 86:5
**10:54** [1] - 86:5
**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** [2] - 20:19, 35:15
**11704** [1] - 2:10
**11706** [1] - 4:19
**11716** [1] - 2:19
**11:00** [1] - 63:3
**11:15** [1] - 103:3
**11:18** [1] - 103:3

**11:48** [1] - 131:3
**12:22** [1] - 131:3
**12:48** [1] - 150:9
**12:50** [1] - 150:9
**150** [1] - 194:15
**15th** [1] - 109:22
**164** [1] - 194:16
**19** [1] - 194:14
**1992** [1] - 31:4
**1994** [1] - 33:25
**1997** [1] - 34:2
**1998** [1] - 35:2
**1:09** [1] - 163:23
**1:12** [1] - 163:23
**1:40** [1] - 186:25
**1:57** [1] - 186:25
**1st** [1] - 158:21

**2**

**2** [2] - 19:14, 194:13
**20** [2] - 8:4, 8:8
**2002** [1] - 37:17
**2003** [13] - 37:16, 37:25, 38:3, 40:11, 40:20, 42:24, 43:2, 52:3, 53:17, 64:3, 65:14, 66:23, 73:25
**2004** [3] - 66:11, 66:23, 70:6
**2005** [4] - 67:16, 67:20, 67:23, 70:12
**2006** [4] - 68:8, 68:14, 68:16, 70:19
**2007** [14] - 68:25, 69:4, 69:17, 69:18, 69:20, 69:24, 71:23, 74:4, 145:7, 145:10, 145:15, 145:20, 170:8, 171:10
**2008** [1] - 76:16
**2009** [16] - 39:9, 40:20, 45:6, 74:2, 76:14, 77:9, 106:17, 108:21, 138:5, 140:2, 141:21, 143:25, 144:3, 144:5, 144:7, 173:17
**2010** [12] - 45:9, 76:15, 115:24, 115:25, 116:3, 141:19, 141:21, 144:6, 144:9, 158:7, 158:11, 173:19
**2011** [3] - 1:14, 193:11, 193:21
**20th** [4] - 158:13, 160:6, 160:7, 160:10
**22** [2] - 1:14, 193:11

**22nd** [9] - 158:11, 158:22, 159:4, 159:11, 159:24, 160:4, 160:6, 162:6, 162:8
**23rd** [3] - 158:23, 162:7, 162:8
**25th** [2] - 109:22, 158:18
**27-something** [1] - 72:6
**27th** [1] - 158:18
**2:03** [1] - 192:15

**3**

**3** [3] - 150:12, 150:15, 194:15
**31** [1] - 1:21

**4**

**4** [4] - 164:6, 164:9, 194:6, 194:16
**456** [1] - 21:5
**4875** [2] - 1:15, 2:18
**4:00** [2] - 184:25, 185:10

**5**

**5** [1] - 190:9
**501** [2] - 2:5, 2:14

**6**

**631-671-8456** [1] - 21:4
**664** [2] - 151:3, 158:5
**6:00** [2] - 185:5, 185:9
**6:30** [4] - 185:9, 186:4, 191:13, 191:16
**6:45** [1] - 191:13
**6:50** [1] - 191:14

**7**

**7:00** [4] - 184:24, 185:5, 186:4, 191:10

**8**

**8** [1] - 194:12
**868** [1] - 2:9
**8:00** [2] - 185:23,

191:11

**9**

**9:00** [6] - 63:11, 63:14, 63:16, 63:25, 64:10, 186:2
**9:15** [1] - 1:14
**9:30** [1] - 18:21
**9:33** [1] - 18:21

**A**

**a.m** [8] - 1:14, 18:21, 86:5, 103:3, 131:3
**ability** [2] - 4:6, 72:21
**above-mentioned** [1] - 1:23
**accepts** [1] - 40:10
**Accord** [1] - 160:18
**accordance** [1] - 53:25
**accordingly** [1] - 16:17
**accurate** [5] - 47:6, 82:12, 165:6, 185:20, 189:12
**action** [2] - 8:7, 195:14
**actions** [1] - 37:7
**addition** [2] - 121:9, 133:13
**address** [14] - 4:17, 20:7, 20:11, 20:12, 21:7, 27:8, 27:14, 58:24, 94:22, 151:12, 152:5
**administer** [1] - 3:18
**Administration** [1] - 35:21
**Administrative** [2] - 148:14, 149:15
**admit** [1] - 162:3
**adopted** [1] - 55:25
**advising** [1] - 33:12
**affairs** [1] - 53:16
**afraid** [10] - 11:22, 12:4, 12:14, 12:24, 12:25, 13:2, 13:3, 13:13, 13:18, 95:23
**afterwards** [1] - 141:8
**ago** [5] - 19:24, 30:13, 31:12, 45:5, 173:2
**agree** [3] - 34:13, 86:19, 189:22
**agreeable** [1] - 36:18

**AGREED** [3] - 3:4, 3:10, 3:15
**agreed** [1] - 158:21
**agreement** [4] - 33:11, 84:4, 86:22, 94:17
**ahead** [6] - 15:19, 21:3, 22:24, 23:8, 115:19, 125:3
**ALEJANDRO** [1] - 1:3
**Alex** [2] - 22:6, 22:7
**ALEX** [1] - 1:3
**allege** [2] - 127:18, 128:2
**almost** [4] - 46:15, 46:17, 153:13, 178:13
**alone** [1] - 93:10
**ALSO** [1] - 2:23
**AMAYA** [1] - 1:3
**AMIR** [1] - 1:3
**amount** [2] - 89:22, 126:23
**AND** [3] - 3:4, 3:10, 3:15
**angry** [3] - 5:10, 11:5, 87:4
**annoyed** [1] - 139:6
**answer** [56] - 6:23, 7:2, 7:24, 11:10, 12:7, 12:9, 12:12, 13:10, 13:11, 15:20, 18:16, 19:9, 19:16, 23:5, 27:25, 28:3, 28:4, 41:11, 41:13, 41:14, 41:17, 41:22, 46:25, 47:4, 47:5, 51:9, 51:11, 51:13, 51:15, 51:16, 52:2, 57:15, 58:9, 60:24, 65:20, 78:3, 82:3, 86:25, 87:12, 87:14, 87:15, 95:23, 105:10, 111:9, 111:10, 112:19, 113:20, 118:6, 127:8, 127:16, 151:20, 165:21, 175:14, 189:5
**answered** [2] - 39:14, 66:9
**answering** [2] - 16:23, 57:17
**answers** [7] - 4:5, 33:8, 36:7, 41:25, 114:14, 114:16, 193:13
**apartment** [6] - 21:21, 21:22, 21:23, 21:25, 22:2, 172:11
**apologize** [10] - 11:7, 40:6, 40:9, 59:22,

60:16, 61:2, 61:11, 87:20, 114:10, 115:17
**apologizing** [1] - 154:23
**appeal** [1] - 156:8
**appealed** [1] - 156:9
**applied** [1] - 171:5
**applying** [1] - 171:23
**appropriate** [3] - 96:15, 147:5, 147:13
**April** [3] - 43:10, 116:2, 116:3
**AREVALO** [1] - 1:4
**Arizona** [3] - 30:20, 30:22, 30:25
**arms** [1] - 162:2
**arrested** [1] - 186:9
**arrived** [1] - 31:3
**arriving** [1] - 33:8
**Article** [1] - 1:21
**asleep** [1] - 99:4
**asphalt** [1] - 118:13
**Asphalt** [32] - 69:3, 69:5, 69:8, 71:24, 72:4, 74:3, 76:17, 77:10, 78:18, 79:16, 82:22, 84:11, 84:15, 97:14, 97:24, 98:9, 98:11, 98:13, 102:8, 102:16, 102:20, 106:3, 118:20, 127:12, 127:18, 132:7, 132:10, 132:16, 132:24, 133:24, 135:8, 135:19
**ASPHALT** [1] - 1:10
**aspirin** [1] - 26:12
**assignment** [1] - 191:20
**ASSOCIATES** [1] - 2:17
**assumed** [3] - 7:3, 113:21, 147:3
**assure** [2] - 17:8, 17:9
**assuring** [1] - 42:8
**attached** [3] - 76:22, 77:16, 119:24
**attention** [21] - 12:21, 74:14, 146:25, 147:23, 147:25, 148:3, 148:8, 151:24, 152:4, 152:11, 152:13, 152:16, 152:17, 152:21, 152:23, 152:25, 153:2, 153:4, 153:23, 161:22, 169:13
**attorney** [21] - 12:12, 15:19, 17:12, 17:13,

17:21, 18:9, 18:24, 126:8, 126:10, 126:13, 128:7, 128:10, 128:20, 128:24, 134:5, 140:18, 142:20, 142:21, 156:5, 157:3, 175:13
**attorney's** [1] - 118:2
**attorneys** [1] - 3:5
**Attorneys** [2] - 2:4, 2:18
**authorities** [1] - 21:13
**authorized** [1] - 3:17
**Avenue** [2] - 2:5, 2:14

---

# B

**baby** [6] - 55:8, 55:12, 55:14, 55:24, 56:3, 56:12
**Babylon** [2] - 2:10, 186:7
**bad** [13] - 10:23, 72:9, 107:4, 108:14, 115:10, 140:4, 149:11, 157:20, 168:22, 187:10, 187:12, 187:17, 187:20
**badly** [1] - 134:19
**bag** [1] - 121:16
**bang** [1] - 129:22
**bang-up** [1] - 129:22
**banking** [1] - 29:10
**bargaining** [1] - 84:4
**basis** [3] - 98:20, 102:19, 134:21
**basket** [1] - 39:5
**Bay** [8] - 4:18, 21:17, 29:13, 58:22, 151:4, 158:5, 160:19, 160:22
**beans** [1] - 183:18
**beat** [2] - 36:13, 36:22
**BEFORE** [1] - 1:18
**beginning** [2] - 109:20, 143:25
**behave** [2] - 16:16, 16:18
**behaving** [3] - 16:22, 17:2, 17:3
**behind** [6] - 164:15, 164:23, 165:13, 166:2, 166:7, 166:10
**believes** [1] - 180:6
**benefit** [1] - 43:20

**benefits** [4] - 143:25, 144:4, 144:7, 144:8
**best** [1] - 4:6
**bet** [1] - 27:3
**between** [8] - 3:5, 8:8, 39:11, 40:20, 43:10, 109:22, 141:21, 158:17
**big** [3] - 9:20, 11:19, 12:11
**bill** [2] - 104:12, 187:21
**bit** [10] - 4:21, 32:11, 42:20, 54:16, 66:14, 66:18, 70:12, 151:22, 162:2, 184:8
**black** [1] - 36:16
**blades** [1] - 47:17
**blame** [2] - 113:25, 115:12
**block** [1] - 112:9
**blood** [1] - 195:14
**board** [1] - 190:16
**Bob** [1] - 18:6
**Bohemia** [2] - 1:16, 2:19
**bold** [2] - 152:2, 152:8
**border** [1] - 30:21
**borrow** [2] - 106:8, 120:6, 120:12, 120:20, 120:25, 137:7, 137:10
**borrowed** [2] - 106:3, 121:4
**boss** [5] - 100:12, 102:8, 102:10, 163:10, 168:13
**bother** [2] - 89:17, 90:19
**bothering** [1] - 29:16
**bothers** [1] - 89:20
**Box** [2] - 151:3, 158:5
**boy** [3] - 11:19, 12:11, 134:24
**branch** [1] - 29:12
**break** [13] - 18:20, 48:3, 86:3, 86:4, 86:11, 103:2, 131:2, 150:8, 163:21, 163:22, 182:2, 182:18, 186:24
**breakfast** [7] - 62:23, 63:2, 63:17, 63:24, 63:25, 180:20, 180:23
**breaking** [1] - 186:16
**breast** [1] - 26:8
**Brentwood** [2] - 29:13, 32:3

**briefcase** [1] - 121:17
**bring** [7] - 16:15, 48:4, 48:18, 64:8, 154:9, 157:4, 192:5
**broke** [2] - 94:18, 187:22
**brooms** [1] - 47:20, 47:24, 179:17
**brother** [1] - 22:4
**brother's** [1] - 22:5
**brought** [4] - 48:15, 170:21, 180:22, 183:3
**building** [1] - 27:21
**bulletin** [1] - 190:16
**burro** [1] - 30:8
**busy** [1] - 187:15
**buy** [3] - 183:9, 183:16, 183:20
**BY** [4] - 2:11, 2:20, 4:12, 194:5

---

# C

**calculator** [1] - 127:21
**California** [2] - 90:10, 90:11
**camel** [1] - 30:8
**cancer** [1] - 91:10
**cannot** [1] - 60:19
**capable** [4] - 126:17, 127:11, 127:17, 130:19
**capitalized** [1] - 152:8
**car** [8] - 30:8, 30:9, 30:10, 30:11, 47:21, 52:11, 160:16, 178:22
**card** [1] - 15:6
**cards** [2] - 23:2, 23:11
**care** [3] - 129:20, 169:19, 169:21
**careful** [1] - 91:14
**CARLOS** [1] - 1:5
**Carlos** [2] - 98:25, 99:7
**Carolina** [2] - 145:17, 145:18
**Case** [1] - 1:9
**case** [10] - 24:24, 51:10, 51:12, 51:18, 51:19, 108:17, 117:22, 131:6, 148:15, 157:23
**cash** [22] - 32:19, 32:22, 35:6, 40:16, 93:20, 97:11, 118:17,

118:19, 118:23, 119:4, 119:10, 121:8, 121:12, 121:15, 121:21, 121:25, 122:9, 122:12, 122:24, 123:2, 133:14
**CASTILLO** [1] - 1:6
**catch** [1] - 25:3
**cell** [4] - 20:24, 44:7, 44:8, 44:19
**cents** [1] - 28:13
**certain** [1] - 89:21
**certification** [1] - 3:7
**certify** [3] - 193:9, 195:6, 195:12
**chance** [1] - 39:15
**change** [6] - 46:25, 47:3, 47:5, 47:21, 117:4, 176:19
**CHANGE** [10] - 196:6, 196:8, 196:10, 196:12, 196:14, 196:16, 196:18, 196:20, 196:22, 196:24
**changed** [6] - 69:3, 69:17, 82:23, 85:10, 86:25, 187:8
**changes** [1] - 196:3
**charge** [3] - 100:7, 102:14, 127:6
**charged** [1] - 186:15
**cheat** [1] - 91:20
**cheating** [1] - 58:15
**check** [31] - 35:6, 35:8, 37:18, 40:16, 40:18, 40:19, 60:4, 60:6, 67:7, 67:23, 121:20, 121:22, 122:5, 122:8, 122:12, 122:17, 122:22, 123:9, 139:14, 139:15, 146:5, 146:10, 146:14, 147:4, 154:4, 154:10, 154:15, 154:16, 176:4, 176:10
**checked** [1] - 161:10
**checks** [22] - 40:23, 67:10, 68:2, 121:9, 147:9, 147:12, 147:14, 147:22, 147:23, 148:4, 148:6, 153:3, 155:19, 155:25, 174:6, 174:11, 174:14, 174:21, 175:7, 175:22, 176:3, 176:6
**cheese** [1] - 63:7
**chicken** [2] - 182:9,

3

182:11
  **child** [1] - 28:20
  **children** [27] - 28:22, 29:5, 53:6, 53:9, 54:22, 54:25, 55:2, 55:17, 55:20, 55:22, 55:23, 56:6, 56:9, 56:16, 56:19, 91:16, 107:19, 168:25, 169:9, 169:11, 169:16, 169:19, 169:21, 170:2, 170:6, 170:13, 171:21
  **choice** [1] - 125:17
  **choose** [1] - 33:17
  **chose** [3] - 156:17, 156:25, 157:4
  **Chris** [8] - 102:13, 135:2, 135:3, 135:9, 135:13, 135:24, 137:2, 139:3
  **CHRISTOPHER** [1] - 1:11
  **church** [2] - 89:4, 89:10
  **circle** [1] - 113:10
  **Citibank** [1] - 29:11
  **City** [2] - 116:24, 117:2
  **Civil** [1] - 1:21
  **civilized** [1] - 34:24
  **claiming** [2] - 75:8, 75:12
  **class** [1] - 94:6
  **Clause** [1] - 42:12
  **clear** [8] - 7:25, 39:19, 60:13, 87:18, 96:19, 114:3, 114:8
  **clearing** [1] - 156:3
  **clearly** [2] - 9:6, 16:23
  **client** [2] - 11:16, 11:25
  **climate** [2] - 36:17, 36:18
  **close** [2] - 169:17, 169:18
  **Co** [2] - 2:9, 2:13
  **Co-Counsel** [2] - 2:9, 2:13
  **cobbles** [1] - 126:13
  **coffee** [4] - 62:25, 181:10, 181:12
  **colleagues** [3] - 180:8, 180:10, 180:19
  **collective** [1] - 84:3
  **color** [1] - 30:12
  **Columbia** [1] - 100:24
  **Columbian** [2] -

101:7, 101:16
  **coming** [3] - 27:2, 42:5, 159:2
  **committing** [1] - 33:3
  **companies** [2] - 39:11, 67:2
  **company** [22] - 8:3, 20:10, 31:11, 31:14, 31:18, 31:19, 32:18, 68:9, 68:10, 69:2, 71:24, 79:12, 79:18, 102:12, 108:24, 135:18, 137:18, 141:24, 142:2, 142:7, 143:16, 177:15
  **complain** [6] - 72:22, 75:3, 76:7, 76:11, 138:25, 139:12
  **complained** [3] - 75:5, 79:7, 79:11
  **complaint** [13] - 108:16, 123:22, 123:23, 124:7, 124:8, 124:11, 131:5, 131:12, 131:23, 132:5, 177:6, 177:14
  **complaints** [1] - 124:14
  **complete** [2] - 47:5, 193:12
  **complicated** [2] - 47:16, 179:18
  **concept** [1] - 112:7
  **conditions** [2] - 84:10, 84:14
  **condom** [1] - 14:4
  **conference** [2] - 103:5, 136:6
  **confess** [1] - 89:11
  **confession** [1] - 89:12
  **confidential** [1] - 33:10
  **confidentiality** [2] - 33:11, 33:16
  **Connor** [1] - 2:24
  **consider** [1] - 39:16
  **consisting** [4] - 19:12, 164:4, 194:13, 194:16
  **construction** [2] - 31:8, 32:18
  **contents** [2] - 22:14, 22:16
  **continue** [4] - 49:11, 92:23, 96:15, 130:24
  **contract** [1] - 84:6
  **contradicts** [1] - 111:10

  **conversation** [1] - 162:23
  **copier** [1] - 168:22
  **copy** [6] - 19:12, 131:22, 131:25, 150:5, 156:5, 194:13
  **CORP** [2] - 1:10
  **correct** [243] - 6:6, 6:13, 6:14, 6:21, 17:21, 19:11, 20:17, 20:19, 20:20, 24:21, 30:22, 32:20, 33:4, 34:6, 40:21, 40:22, 40:24, 41:3, 41:6, 42:24, 43:7, 43:11, 43:14, 46:19, 47:25, 48:5, 48:25, 52:4, 52:5, 52:6, 52:7, 52:9, 52:10, 52:12, 52:13, 52:19, 52:24, 53:3, 53:6, 53:10, 54:2, 55:21, 56:10, 56:11, 64:15, 65:21, 65:24, 66:3, 66:6, 66:7, 66:9, 66:16, 66:20, 66:23, 67:2, 67:5, 67:8, 67:11, 67:14, 67:20, 67:24, 68:3, 68:6, 68:14, 68:17, 68:18, 68:20, 68:21, 68:23, 69:5, 69:8, 69:11, 69:14, 70:5, 70:7, 70:10, 70:13, 70:16, 71:2, 71:5, 71:25, 73:11, 73:19, 73:22, 74:3, 74:17, 74:21, 75:3, 76:20, 76:23, 77:2, 77:4, 77:6, 77:10, 77:11, 77:13, 77:16, 77:19, 77:21, 78:21, 78:24, 80:4, 80:11, 80:16, 80:20, 81:7, 81:18, 82:13, 83:19, 83:25, 85:5, 85:8, 96:23, 97:19, 97:22, 97:25, 98:14, 98:17, 99:18, 100:3, 103:8, 103:11, 103:14, 103:17, 104:20, 104:24, 105:11, 105:13, 105:23, 109:10, 110:12, 111:16, 111:23, 112:4, 113:14, 114:19, 114:23, 115:2, 115:7, 117:6, 117:16, 117:12, 119:16, 119:20, 119:24, 120:4, 120:15,

120:18, 120:19, 122:9, 122:13, 122:18, 122:23, 128:13, 128:17, 133:9, 133:11, 133:12, 133:17, 133:18, 133:20, 133:21, 142:14, 142:15, 142:17, 144:20, 144:23, 146:5, 146:8, 146:19, 146:23, 147:5, 147:10, 147:13, 147:14, 148:23, 149:15, 149:22, 151:4, 151:7, 152:9, 152:10, 153:6, 153:19, 153:21, 153:24, 154:2, 154:3, 154:7, 154:11, 154:16, 154:18, 155:20, 156:2, 156:10, 156:11, 156:14, 156:18, 156:25, 157:2, 157:6, 157:12, 157:13, 157:17, 158:8, 158:11, 164:12, 165:19, 165:22, 165:24, 166:24, 167:4, 167:18, 167:20, 173:17, 173:18, 173:21, 173:23, 174:2, 174:7, 174:10, 174:11, 174:12, 174:15, 174:22, 175:8, 175:22, 176:4, 176:11, 176:14, 176:15, 177:3, 177:7, 178:15, 180:14, 181:21, 183:12, 187:8, 189:15, 189:16, 193:14
  **correctly** [9] - 81:11, 113:17, 140:15, 147:9, 149:5, 153:3, 177:9, 177:11, 177:12
  **Counsel** [3] - 2:9, 2:13, 9:21
  **counsel** [4] - 96:14, 130:16, 130:20, 130:23
  **Counselor** [7] - 33:20, 33:21, 33:23, 49:8, 92:24, 130:8, 130:12
  **country** [5] - 6:12, 29:18, 36:2, 186:11, 186:12

  **COUNTY** [1] - 193:6
  **County** [4] - 8:8, 8:15, 169:5, 194:12
  **couple** [5] - 45:4, 93:19, 99:14, 118:25, 131:14
  **course** [7] - 4:23, 26:22, 34:13, 37:21, 90:2, 96:20, 152:20
  **court** [1] - 11:5
  **COURT** [3] - 1:2, 60:4, 96:7
  **Court** [7] - 3:20, 8:7, 8:9, 8:15, 60:11, 86:9, 194:12
  **coworker** [2] - 64:18, 64:20
  **coworkers** [6] - 136:10, 136:12, 136:13, 139:10, 143:4, 191:2
  **cream** [1] - 21:10
  **credible** [1] - 157:12
  **credit** [1] - 15:6
  **Credit** [3] - 8:4, 8:8, 103:20
  **crew** [1] - 52:16
  **crossed** [1] - 30:21
  **cuddly** [1] - 12:18
  **current** [2] - 4:17, 27:6
  **cut** [3] - 144:3, 144:6, 172:5
  **cutlet** [1] - 182:11

**D**

  **daily** [1] - 102:19
  **damaged** [1] - 187:22
  **dark** [1] - 90:24
  **date** [10] - 8:13, 8:17, 19:15, 116:13, 150:13, 150:16, 159:4, 164:7, 164:10, 165:4
  **daughter** [9] - 111:16, 111:17, 111:20, 112:6, 112:8, 112:11, 112:13, 112:15
  **daughters** [1] - 29:6
  **days** [2] - 83:20, 83:25
  **deal** [4] - 5:25, 6:2, 6:3, 9:8
  **dealings** [1] - 106:25
  **December** [18] - 43:5, 43:11, 43:14,

45:20, 108:21, 109:19, 109:20, 109:21, 109:23, 138:5, 139:25, 140:8, 141:21, 141:22, 142:13, 165:3, 165:4, 173:17

**decided** [2] - 54:11, 148:24

**decision** [9] - 148:14, 151:6, 151:16, 152:7, 152:15, 156:6, 156:8, 156:10

**decisions** [1] - 135:22

**Defendants** [3] - 1:12, 1:20, 2:18

**Defendants'** [9] - 8:12, 8:16, 19:14, 20:15, 150:11, 150:15, 164:5, 164:9, 190:9

**DEFENDANTS'** [1] - 194:10

**deli** [7] - 181:4, 181:11, 182:9, 182:25, 183:16, 183:22, 184:6

**Department** [6] - 24:3, 148:19, 169:5, 172:14, 172:16, 189:7

**deposition** [10] - 3:16, 6:6, 6:9, 6:16, 17:6, 49:19, 50:19, 113:3, 113:4, 193:11

**describe** [2] - 22:21, 27:15

**DESCRIPTION** [1] - 194:11

**designation** [2] - 33:15, 33:17

**determination** [1] - 16:11

**determine** [1] - 16:6

**determined** [4] - 8:9, 24:20, 189:13, 192:7

**determines** [1] - 84:13

**dialed** [1] - 44:18

**died** [1] - 90:7

**difference** [1] - 51:22

**different** [9] - 61:16, 94:6, 104:23, 105:3, 116:25, 117:10, 117:11, 175:4, 176:22

**difficult** [1] - 136:16

**Dios** [1] - 130:25

**directing** [1] - 11:24

**directly** [11] - 9:8,

9:14, 46:18, 109:13, 109:14, 132:13, 178:15, 178:24, 179:3, 190:23, 191:3

**disagree** [1] - 33:14

**disappeared** [2] - 100:14, 100:19

**discharged** [2] - 173:5, 173:13

**discuss** [1] - 117:22

**discussion** [1] - 73:15

**discussions** [2] - 141:14, 141:20

**dishonest** [1] - 45:11

**disrespected** [1] - 115:20

**disrespectful** [6] - 96:3, 96:6, 96:10, 96:13, 112:14, 112:17

**distance** [4] - 181:24, 183:22, 184:18, 184:19

**DISTRICT** [2] - 1:2, 1:2

**District** [3] - 8:7, 8:15, 194:12

**divorce** [2] - 56:25, 57:4

**DOCHTERMANN** [2] - 195:4, 195:20

**Dochtermann** [1] - 1:24

**document** [21] - 8:14, 8:20, 19:12, 19:18, 19:20, 150:11, 150:14, 150:18, 150:19, 150:21, 151:10, 163:24, 164:4, 164:8, 164:11, 164:13, 165:10, 190:7, 190:10, 190:12, 194:15

**Document** [3] - 194:12, 194:13, 194:16

**documents** [7] - 126:5, 127:3, 143:19, 143:20, 143:21, 172:17, 172:18

**DOES** [1] - 1:11

**dollar** [2] - 161:2, 161:5

**done** [5] - 63:20, 169:25, 172:15, 179:11, 180:17

**donut** [3] - 14:23, 14:25, 33:23

**door** [1] - 21:8

**double** [3] - 71:4,

150:10, 194:15

**double-sided** [2] - 150:10, 194:15

**doubt** [1] - 147:8

**down** [8] - 17:25, 59:18, 88:22, 112:9, 147:18, 148:12, 171:23, 173:20

**drive** [3] - 173:20, 178:15, 181:19

**driver's** [3] - 19:13, 19:20, 194:14

**driveway** [3] - 85:18, 85:24, 86:15

**driveways** [1] - 90:3

**driving** [3] - 64:13, 64:14, 64:18

**drove** [4] - 46:18, 52:11, 178:17, 179:3

**drugs** [2] - 13:16, 13:25

**ducking** [1] - 23:25

**duly** [3] - 4:3, 4:9, 195:8

**Durham** [1] - 169:5

**during** [3] - 17:6, 83:17, 145:23

## E

**early** [1] - 185:17

**earned** [1] - 34:7

**earning** [2] - 28:7, 40:13

**easier** [1] - 62:17

**East** [1] - 2:9

**EASTERN** [1] - 1:2

**easy** [1] - 21:5

**eat** [10] - 62:23, 63:2, 63:8, 63:17, 63:23, 63:24, 64:9, 64:13, 182:21, 183:20

**eating** [2] - 64:19, 181:3

**Edvin** [2] - 4:16, 4:20

**EDVIN** [3] - 1:18, 193:8, 193:18

**EDWIN** [4] - 1:5, 1:19, 193:8, 193:18

**Edwin** [4] - 94:24, 136:8, 136:17, 136:25

**effect** [1] - 3:19

**egg** [2] - 63:4, 181:5

**eight** [12] - 29:9, 55:6, 83:3, 83:4, 83:6, 83:8, 138:15, 138:17, 138:20, 138:22, 146:18, 177:10

**either** [7] - 44:3,

48:22, 74:2, 117:5, 117:15, 171:4, 186:11

**electricity** [2] - 94:9, 94:16

**embarrassed** [2] - 23:13, 23:14

**embarrassing** [1] - 96:18

**employer** [2] - 27:6, 172:18

**employment** [5] - 84:10, 84:14, 100:9, 140:3, 141:7

**end** [2] - 109:20, 140:3

**ended** [1] - 140:4

**English** [16] - 4:4, 4:6, 4:20, 4:25, 77:24, 78:4, 114:5, 114:22, 115:2, 115:7, 131:8, 139:20, 139:21, 151:9, 151:17, 151:21

**entered** [1] - 103:5

**entire** [1] - 100:9

**entitled** [1] - 177:2

**envelope** [7] - 121:16, 121:18, 121:19, 123:6, 123:8, 123:10, 123:13

**envelopes** [2] - 123:9, 123:11

**ERRATA** [1] - 196:2

**ESCALANTE** [1] - 1:5

**ESQ** [2] - 2:11, 2:20

**essentially** [1] - 34:3

**evening** [1] - 50:12

**exactly** [3] - 125:19, 155:4, 187:19

**EXAMINATION** [3] - 1:18, 4:12, 194:5

**examined** [1] - 4:10

**example** [3] - 112:9, 112:10, 112:12

**except** [3] - 3:11, 72:12, 144:3

**excess** [1] - 177:2

**excuse** [2] - 65:12, 102:25

**excuses** [2] - 40:2, 41:13

**EXHIBIT** [1] - 194:11

**Exhibit** [9] - 8:12, 8:16, 19:14, 20:15, 150:12, 150:15, 164:6, 164:9, 190:9

**EXHIBITS** [1] - 194:9

**exist** [2] - 74:9, 74:10

**expect** [1] - 111:22

**expected** [1] -

190:24

**expired** [1] - 186:21

**explain** [12] - 41:16, 41:18, 41:19, 41:20, 60:18, 60:19, 60:21, 72:24, 81:23, 87:9, 87:11, 87:13

**explained** [2] - 34:23, 113:22

**explanation** [2] - 155:4, 155:6

**extra** [1] - 171:3

**eye** [1] - 36:16

**eyes** [2] - 10:8, 49:4

## F

**face** [2] - 59:17, 92:19

**fact** [5] - 8:10, 14:17, 92:19, 113:25, 147:12

**factory** [2] - 35:3, 35:4

**fair** [7] - 40:14, 105:20, 105:22, 164:2, 166:23, 167:3, 167:15

**fairly** [7] - 65:15, 103:10, 119:8, 119:12, 133:4, 137:3, 163:14

**Fajardo** [1] - 99:21

**FAJARDO** [1] - 1:4

**falling** [1] - 99:4

**familiar** [2] - 8:3, 148:13

**family** [8] - 93:9, 111:24, 171:6, 171:15, 171:17, 171:19, 171:20, 171:24

**far** [2] - 79:17, 102:13

**fat** [1] - 36:16

**father** [4] - 79:19, 79:23, 135:23, 139:2

**father's** [1] - 171:4

**fault** [5] - 169:14, 189:25, 190:4, 190:5, 190:6

**favors** [2] - 94:5, 94:7

**fee** [1] - 120:18

**fellow** [1] - 17:20

**few** [6] - 26:3, 115:8, 119:10, 146:15, 186:23

**fibbing** [4] - 10:5, 59:10, 59:12

5

**fifteen** [5] - 29:6, 111:16, 146:11, 181:14, 181:18
**fifteen-year-old** [1] - 111:16
**Fifth** [2] - 2:5, 2:14
**fight** [1] - 168:23
**figure** [7] - 126:2, 126:6, 126:14, 127:3, 127:22, 128:2, 128:16
**figuring** [3] - 126:17, 127:11, 127:17
**filed** [1] - 108:17
**filing** [1] - 3:6
**fill** [1] - 172:19
**financially** [2] - 172:5, 172:8
**fine** [13] - 5:24, 7:15, 8:2, 9:9, 26:13, 34:12, 36:10, 39:6, 40:3, 44:25, 91:19, 101:6, 157:18
**fingers** [2] - 91:24, 92:6
**finished** [4] - 47:22, 53:8, 108:20, 108:21
**fire** [1] - 140:25
**fired** [4] - 65:8, 65:9, 65:11, 144:17
**first** [7] - 5:13, 25:21, 30:14, 31:6, 62:13, 103:22, 103:25
**First** [3] - 8:7, 8:14, 194:12
**five** [6] - 37:13, 146:12, 146:14, 179:7, 179:9, 180:11
**fix** [3] - 94:11, 94:15, 94:19
**flattering** [2] - 62:9, 62:10
**flippant** [1] - 151:19
**Flower** [11] - 46:11, 46:12, 46:19, 47:12, 48:5, 178:9, 178:19, 178:23, 179:4, 179:5, 184:21
**following** [2] - 196:3, 196:4
**follows** [1] - 4:11
**food** [13] - 32:7, 63:5, 64:8, 172:12, 180:22, 181:8, 183:3, 183:8, 183:9, 183:10, 183:16, 183:17
**force** [1] - 3:18
**foregoing** [1] - 195:9
**foreman** [1] - 163:10
**forget** [1] - 18:2
**forgive** [1] - 5:21

**forgot** [1] - 18:11
**form** [5] - 3:11, 9:16, 10:10, 167:20, 167:21
**forth** [1] - 195:8
**forty** [14] - 81:6, 81:10, 81:17, 82:6, 82:8, 82:15, 83:4, 154:5, 154:8, 177:3, 177:13, 177:16, 177:24, 178:4
**four** [9] - 20:8, 32:16, 37:13, 83:9, 83:10, 83:15, 83:16, 146:12, 146:13
**fourth** [1] - 97:5
**fraud** [3] - 33:3, 170:13, 170:16
**Friday** [6] - 93:13, 97:22, 98:13, 98:17, 110:8, 148:12
**friend** [9] - 38:7, 38:9, 38:22, 51:3, 51:5, 90:6, 93:19, 112:9, 192:13
**friend's** [3] - 111:21, 111:22, 112:2
**friends** [8] - 49:22, 54:19, 85:25, 86:16, 92:10, 93:2, 122:25, 123:4
**frijoles** [2] - 63:7, 182:22
**front** [2] - 10:14, 19:19
**fruit** [1] - 39:5
**full** [3] - 4:14, 28:16, 43:17
**FURTHER** [2] - 3:10, 3:15

## G

**GALEANO** [1] - 1:5
**Garcia** [2] - 170:23, 171:2
**GARCIA** [1] - 1:4
**garnished** [1] - 28:18
**gas** [6] - 160:14, 161:3, 161:5, 161:12, 173:20, 191:24
**gasoline** [1] - 161:15
**girlfriend** [7] - 57:10, 57:19, 57:20, 60:3, 104:24, 105:3, 107:16
**given** [4] - 127:15, 131:22, 193:14, 195:10
**God** [1] - 155:7
**GOLDBERG** [1] - 2:4

**Government** [1] - 172:21
**grab** [3] - 181:11, 182:6, 182:7
**grade** [2] - 131:17, 131:18
**great** [1] - 58:16
**group** [1] - 118:13
**Guerra** [1] - 99:23
**guy** [14] - 22:9, 50:4, 50:13, 51:2, 59:11, 64:22, 65:7, 95:6, 129:16, 130:7, 130:11, 151:22, 163:12, 163:13
**guys** [2] - 123:18, 137:21
**gym** [1] - 172:24

## H

**half** [5] - 91:18, 180:5, 180:15, 184:2, 184:20
**hamburger** [1] - 21:10
**hand** [2] - 9:13, 121:16
**Handing** [6] - 8:19, 9:15, 18:22, 150:18, 164:10, 190:9
**handled** [1] - 53:15
**hands** [1] - 123:11
**happy** [3] - 74:19, 74:20, 142:9
**hard** [4] - 52:19, 137:16, 137:19, 155:3
**hardly** [3] - 95:2, 145:9, 145:12
**Hauppauge** [3] - 165:9, 165:11, 166:16
**head** [1] - 11:18
**health** [2] - 169:8, 169:10
**hear** [2] - 46:12, 114:22
**heard** [3] - 74:13, 91:11, 139:5
**Hearing** [1] - 26:15
**hearing** [12] - 4:24, 25:6, 25:11, 25:14, 25:16, 26:14, 144:19, 144:22, 156:13, 156:18, 156:22
**heart** [1] - 59:17
**heck** [1] - 161:16
**held** [3] - 1:23, 73:15, 91:24
**HELENE** [1] - 1:11

**hell** [1] - 160:14
**hello** [1] - 18:15
**help** [26] - 50:18, 50:21, 51:7, 58:6, 71:21, 75:22, 76:5, 85:24, 86:16, 88:20, 93:19, 93:23, 94:5, 94:6, 94:7, 94:10, 103:17, 103:19, 104:3, 105:15, 126:6, 155:7, 172:7, 172:21, 187:2
**helpful** [2] - 50:22, 51:4
**helps** [1] - 21:5
**HEREBY** [1] - 3:4
**hereby** [3] - 3:8, 193:9, 195:6
**herein** [5] - 1:20, 3:6, 4:3, 4:9, 195:8
**hidden** [1] - 91:12
**hide** [2] - 12:10, 14:17
**higher** [3] - 70:16, 70:25, 71:13
**Highway** [2] - 1:15, 2:18
**Hill** [11] - 46:11, 46:12, 46:19, 47:12, 48:5, 178:9, 178:19, 178:23, 179:4, 179:5, 184:21
**hire** [1] - 142:19
**hired** [1] - 142:23
**Hispanic** [3] - 65:12, 136:12, 136:13
**hobbies** [1] - 172:23
**home** [7] - 16:15, 20:21, 43:24, 46:18, 64:15, 83:20, 115:5
**Honda** [1] - 160:17
**Honduras** [4] - 29:19, 29:20, 29:25, 30:3
**honest** [12] - 44:21, 44:23, 50:7, 65:7, 88:5, 88:7, 88:8, 105:18, 167:16, 168:10, 192:13, 192:14
**honestly** [3] - 118:7, 119:16, 163:16
**hope** [1] - 40:10
**hot** [2] - 93:25, 94:3
**hour** [34] - 28:10, 28:11, 28:13, 40:13, 41:5, 41:10, 52:6, 52:8, 52:23, 64:4, 66:12, 70:7, 70:10, 70:13, 70:20, 70:22,

70:24, 71:10, 83:2, 83:11, 83:13, 116:22, 117:5, 117:6, 117:16, 153:9, 180:5, 180:15, 184:3, 184:21
**hourly** [2] - 71:4, 72:3
**hours** [78] - 41:2, 64:5, 66:6, 67:13, 68:6, 68:23, 69:14, 69:21, 69:23, 69:25, 70:4, 70:15, 70:25, 75:10, 75:11, 75:13, 76:25, 77:19, 77:21, 77:25, 79:3, 79:4, 79:6, 80:3, 80:8, 81:6, 81:10, 81:16, 81:17, 82:6, 82:8, 82:14, 82:15, 83:3, 83:4, 83:6, 83:8, 83:9, 83:10, 83:15, 83:17, 124:23, 128:13, 137:21, 137:24, 138:7, 138:13, 138:15, 138:17, 138:20, 138:21, 138:22, 140:15, 146:9, 146:11, 146:12, 146:14, 146:16, 146:18, 147:18, 148:11, 152:22, 153:18, 154:6, 154:8, 156:2, 174:12, 177:2, 177:3, 177:10, 177:13, 177:16, 177:25, 178:4
**house** [14] - 20:23, 21:19, 21:21, 21:22, 53:16, 94:11, 94:12, 94:14, 94:19, 94:23, 95:6, 111:21, 111:23, 112:2
**hurt** [4] - 26:8, 107:7, 189:9, 189:11
**hurts** [1] - 26:10
**Hyde** [1] - 32:4

## I

**Ian** [14] - 17:16, 129:2, 129:4, 129:12, 129:17, 129:20, 142:23, 142:25, 143:4, 143:6, 143:11, 143:13, 156:14, 156:18
**IAN** [1] - 2:13
**ice** [1] - 21:10
**idea** [10] - 101:19, 104:10, 125:13,

125:22, 126:2, 130:11, 130:14, 160:24, 161:10, 172:20
**identification** [8] - 8:17, 9:10, 9:17, 10:11, 18:14, 19:15, 150:12, 164:6
**identified** [2] - 164:9, 190:8
**identify** [3] - 8:12, 14:19, 15:14
**illegally** [1] - 30:6
**imagine** [4] - 62:4, 144:24, 146:15, 185:15
**immigration** [3] - 35:22, 35:24, 35:25
**importance** [2] - 15:7, 22:20
**inability** [2] - 114:2, 115:13
**including** [1] - 167:20
**incorrect** [1] - 133:12
**incorrectly** [1] - 154:22
**increase** [2] - 66:15, 66:17
**INDEX** [1] - 194:3
**indicate** [3] - 42:21, 69:21, 69:25
**indicated** [9] - 66:5, 67:13, 68:5, 68:22, 69:13, 70:4, 76:25, 77:18, 174:6
**indicating** [2] - 25:17, 168:21
**indicating)** [2] - 58:19, 91:25
**information** [3] - 118:2, 143:12, 143:16
**inspector's** [1] - 185:22
**inspectors** [1] - 185:16
**inspectors'** [1] - 185:19
**instructing** [1] - 11:15
**instructions** [1] - 156:8
**insurance** [2] - 169:8, 169:11
**Intercounty** [11] - 27:7, 109:7, 115:23, 116:18, 116:21, 117:23, 118:2, 118:12, 118:16,

162:16, 162:21
**interest** [4] - 14:14, 14:16, 15:25, 126:12
**interested** [1] - 195:15
**interests** [3] - 14:16, 14:18, 16:9
**interpret** [3] - 4:4, 39:16, 39:25
**interpreted** [4] - 61:5, 61:8, 61:9, 114:6
**interpreter** [11] - 4:22, 39:15, 39:24, 40:7, 43:16, 43:23, 43:24, 96:10, 114:18, 115:10, 115:13
**INTERPRETER** [1] - 61:7
**Interpreter** [3] - 2:24, 4:3, 4:10
**interpreting** [1] - 114:19
**interprets** [1] - 43:17
**introduce** [1] - 18:8
**investigation** [1] - 170:13
**involved** [3] - 169:5, 169:23, 170:16
**iron** [2] - 166:11, 166:13
**iron-something** [2] - 166:11, 166:13
**IRS** [1] - 33:9
**Irwin** [5] - 136:7, 136:9, 136:15, 136:18, 136:25
**IS** [3] - 3:4, 3:10, 3:15
**issued** [1] - 35:20
**IT** [3] - 3:4, 3:10, 3:15

---

**J**

**Jaime** [1] - 1:24
**JAIME** [2] - 195:4, 195:20
**JAVIER** [1] - 1:5
**jeans** [1] - 62:9
**jerk** [1] - 50:24
**Jesus** [1] - 88:20
**Jewish** [1] - 136:18
**job** [56] - 31:6, 38:5, 46:12, 47:15, 47:25, 52:14, 64:14, 73:25, 76:15, 84:23, 97:5, 115:10, 116:17, 123:18, 124:19, 129:22, 130:12,

141:9, 142:9, 142:10, 157:25, 161:17, 162:18, 164:16, 164:21, 165:7, 165:8, 165:16, 166:9, 166:15, 166:18, 166:19, 172:22, 178:18, 178:22, 178:23, 179:4, 180:2, 180:12, 180:17, 181:19, 181:23, 181:25, 184:10, 184:14, 184:16, 184:19, 184:23, 185:12, 185:23, 188:12, 190:23, 191:3, 191:7
**jobs** [11] - 46:5, 73:18, 74:7, 93:12, 93:16, 93:18, 96:22, 97:12, 97:18, 98:3, 165:20
**John** [3] - 4:18, 20:6, 21:11
**JOHN** [1] - 1:11
**joke** [2] - 140:18, 140:19
**jokes** [1] - 44:4
**JOSE** [2] - 1:4, 1:5
**Jose** [7] - 38:15, 38:16, 38:21, 64:21, 64:22, 64:25, 99:9
**Joses** [1] - 38:17
**JUAN** [1] - 1:6
**judge** [2] - 16:17, 149:21
**Judge** [10] - 148:14, 149:15, 157:11, 157:14, 157:21, 159:24, 189:13, 189:18, 189:23, 189:25

---

**K**

**KEVIN** [1] - 1:5
**killer** [1] - 91:12
**kind** [5] - 47:16, 160:16, 183:13, 183:17, 186:19
**kindness** [1] - 59:17
**kiss** [1] - 36:25
**knock** [1] - 21:8
**knows** [9] - 124:25, 125:9, 125:12, 127:5, 127:14, 128:22, 129:24, 130:2, 180:9

---

**L**

**Labor** [3] - 24:4, 148:19, 189:8
**laid** [1] - 43:13
**landlord** [2] - 94:15, 94:18
**landlord's** [1] - 94:20
**last** [17] - 38:18, 38:20, 38:23, 50:2, 53:20, 59:15, 63:21, 86:6, 89:3, 129:3, 141:16, 163:5, 163:6, 171:3, 171:4, 185:3
**late** [3] - 36:14, 63:3
**laughs** [1] - 44:4
**LAUREN** [1] - 2:4
**law** [2] - 35:25, 186:16
**Law** [1] - 1:21, 148:14, 149:15
**LAW** [3] - 2:4, 2:8, 2:13
**laws** [2] - 6:12, 53:25
**lawsuit** [1] - 167:8
**lawyer** [18] - 16:12, 49:6, 49:10, 60:20, 60:21, 82:2, 87:12, 124:25, 125:5, 125:6, 125:10, 127:5, 127:14, 134:14, 149:18, 149:19, 173:7
**lawyers** [1] - 87:13
**lazy** [1] - 79:10
**learn** [2] - 78:8, 78:9
**learned** [1] - 78:10
**least** [1] - 89:13
**leave** [8] - 93:10, 171:13, 172:2, 178:20, 180:18, 185:17, 191:13, 191:21
**leaving** [2] - 164:15, 164:23
**left** [19] - 50:11, 54:8, 55:7, 76:12, 90:8, 101:15, 101:22, 109:4, 119:6, 136:5, 165:13, 166:2, 166:7, 166:10, 166:18, 170:11, 171:12, 180:2, 180:5
**lend** [2] - 106:9, 137:11
**lent** [4] - 120:3, 120:5, 120:7, 120:11
**Lerly** [1] - 99:2
**LERLY** [1] - 1:5
**less** [7] - 85:14, 93:2,

117:8, 154:8, 177:18, 177:21, 185:8
**letter** [1] - 108:24
**letters** [2] - 152:2, 152:8
**liar** [6] - 60:8, 60:14, 111:11, 113:5, 113:10, 157:15
**license** [5] - 9:22, 13:7, 19:13, 19:21, 194:14
**lie** [34] - 5:7, 5:8, 5:11, 5:18, 6:8, 6:11, 6:15, 6:20, 7:19, 11:11, 19:5, 24:7, 24:16, 25:3, 41:10, 45:7, 47:8, 48:25, 49:14, 54:14, 56:7, 61:17, 61:21, 76:2, 95:8, 95:10, 95:13, 111:7, 113:14, 115:23, 125:21, 149:12, 154:25
**lied** [30] - 5:13, 5:14, 15:17, 24:14, 24:20, 24:23, 42:21, 56:5, 56:8, 59:24, 61:14, 86:12, 86:17, 87:23, 87:24, 88:14, 95:16, 95:19, 95:21, 96:2, 112:3, 114:13, 149:15, 149:21, 154:23, 155:16, 156:7, 190:2, 192:6, 192:8
**lies** [2] - 62:16, 155:14
**life** [2] - 62:17, 85:8
**light** [1] - 186:18
**LINE** [1] - 196:5
**lip** [1] - 36:16
**lips** [1] - 37:5
**listed** [1] - 41:2
**listen** [6] - 18:15, 127:7, 127:16, 158:19, 160:2, 187:14
**listening** [3] - 12:2, 88:23, 126:12
**LITIGATION** [1] - 194:3
**live** [10] - 9:7, 20:5, 21:19, 22:2, 34:24, 54:6, 57:13, 95:3, 145:15, 160:19
**lived** [3] - 20:7, 20:8, 60:2
**lives** [4] - 58:22, 58:24, 58:25, 145:18
**living** [4] - 57:5, 57:8, 85:5, 171:23

**LLC** [2] - 8:4, 8:9
**located** [1] - 32:3
**logged** [1] - 185:13
**long-term** [2] - 178:12, 178:14
**look** [38] - 8:19, 12:17, 20:3, 21:14, 22:25, 29:2, 36:12, 36:15, 43:19, 46:23, 47:13, 49:4, 49:5, 71:21, 75:22, 76:4, 77:22, 90:24, 92:19, 92:22, 126:20, 126:22, 126:24, 127:3, 139:14, 139:15, 148:17, 150:17, 150:20, 151:10, 162:19, 168:3, 168:6, 179:15, 190:12
**looked** [7] - 13:8, 62:6, 62:9, 147:16, 147:22, 172:17, 188:11
**looking** [5] - 37:4, 58:6, 88:22, 99:17, 128:17
**looks** [1] - 72:18
**lose** [2] - 124:18, 142:16
**losing** [1] - 140:17
**lost** [4] - 24:23, 94:22, 144:22, 189:10
**Louie** [23] - 79:14, 79:15, 106:8, 108:21, 119:5, 119:6, 119:14, 119:15, 121:5, 136:9, 140:4, 140:6, 140:9, 140:20, 144:3, 144:6, 144:10, 158:12, 160:6, 160:9, 160:10, 162:17, 162:24
**LOUIS** [1] - 1:11
**Louis** [14] - 2:24, 102:15, 102:18, 103:4, 103:7, 105:10, 132:13, 132:24, 133:24, 134:2, 134:9, 134:17, 134:24, 136:5
**love** [1] - 14:7
**loved** [1] - 62:13
**LR** [3] - 8:4, 8:8, 103:20
**lunch** [7] - 182:2, 182:3, 182:4, 182:15, 182:17, 182:21, 182:24
**lying** [35] - 5:22, 6:16, 10:20, 11:7, 13:4, 19:2, 19:16,

25:9, 26:15, 42:11, 47:10, 49:2, 49:3, 49:15, 49:17, 58:15, 59:18, 61:2, 62:2, 85:22, 87:3, 87:21, 92:4, 92:20, 96:18, 96:20, 112:8, 114:2, 114:11, 174:25, 185:24, 188:20, 188:25, 189:6, 189:19

## M

**madam** [9] - 39:15, 39:24, 40:7, 43:16, 43:24, 59:25, 96:10, 114:18, 115:9
**mail** [4] - 151:3, 152:13, 152:15, 158:4
**mamas** [1] - 56:12
**man** [14] - 23:16, 60:2, 88:25, 94:23, 112:21, 119:6, 119:8, 119:11, 119:15, 119:19, 119:22, 120:3, 120:14, 120:17
**man's** [2] - 95:7, 136:18
**manner** [1] - 176:22
**March** [13] - 141:17, 141:21, 142:14, 158:7, 158:11, 158:13, 158:18, 158:21, 158:22, 158:23, 160:3, 160:6, 173:19
**Marcus** [4] - 50:3, 50:4, 50:9, 50:17
**MARCUS** [1] - 1:6
**marked** [6] - 8:16, 19:14, 33:10, 150:11, 150:15, 164:5
**marriage** [1] - 195:14
**married** [3] - 53:22, 54:4, 56:3
**MARTINEZ** [1] - 1:4
**Martinez** [1] - 58:21
**Massapequa** [1] - 178:11
**Master** [3] - 35:5, 35:7, 37:11
**matter** [3] - 136:24, 136:25, 195:16
**MAYNOR** [1] - 1:4
**Maynor** [2] - 99:18, 99:21
**McNAMARA** [268] - 2:8, 2:11, 5:5, 5:15, 5:20, 5:23, 7:20, 8:24,

9:21, 10:7, 10:12, 10:16, 10:21, 10:24, 11:2, 11:4, 11:6, 11:9, 11:13, 11:15, 11:24, 12:6, 12:16, 12:19, 13:6, 13:12, 13:15, 13:17, 13:20, 13:23, 14:2, 14:5, 14:9, 14:21, 14:24, 15:5, 15:10, 15:16, 15:21, 16:3, 16:19, 16:25, 17:10, 18:3, 18:7, 18:18, 19:3, 19:8, 20:13, 21:15, 22:18, 22:23, 23:4, 23:7, 23:18, 24:2, 24:5, 25:4, 26:21, 27:20, 30:5, 32:13, 33:5, 33:7, 33:21, 33:24, 34:5, 34:10, 34:15, 34:21, 35:19, 36:23, 37:9, 39:18, 40:8, 41:12, 41:15, 42:3, 42:9, 42:15, 42:22, 44:10, 44:12, 44:22, 46:8, 46:24, 47:7, 49:7, 49:11, 50:20, 51:23, 55:9, 55:13, 56:13, 56:23, 58:9, 58:17, 59:8, 59:14, 59:23, 60:9, 60:15, 61:3, 61:13, 62:3, 62:18, 63:10, 63:13, 63:18, 64:7, 64:16, 69:15, 70:2, 74:18, 76:10, 77:3, 77:7, 77:20, 78:13, 80:12, 81:8, 81:12, 81:19, 82:9, 82:17, 85:20, 85:23, 86:13, 86:21, 87:7, 87:17, 87:22, 88:6, 89:5, 89:15, 89:23, 92:15, 92:23, 95:12, 95:15, 95:18, 96:14, 96:24, 97:3, 97:7, 98:5, 100:25, 101:17, 104:5, 104:21, 105:4, 105:12, 110:3, 110:6, 110:9, 110:17, 111:3, 111:8, 111:13, 113:6, 113:11, 113:15, 114:7, 114:12, 115:15, 115:18, 116:12, 118:8, 118:21, 119:13, 119:17, 119:25, 120:9, 121:23, 122:14, 123:24, 124:13, 125:8, 125:24, 126:16,

126:19, 127:10, 127:23, 128:3, 128:14, 128:18, 129:5, 129:14, 129:18, 130:8, 130:12, 130:16, 130:20, 130:23, 131:21, 134:7, 135:10, 138:23, 142:3, 143:7, 146:6, 147:6, 147:17, 147:24, 148:5, 148:9, 149:16, 149:23, 149:25, 152:19, 153:7, 153:16, 153:22, 155:15, 156:4, 156:15, 156:23, 157:16, 157:24, 159:12, 160:12, 161:4, 161:9, 161:13, 161:18, 162:5, 166:4, 167:17, 168:7, 168:11, 168:16, 169:20, 169:24, 170:14, 170:17, 171:14, 171:25, 172:6, 173:10, 173:14, 173:22, 174:3, 174:9, 174:16, 174:23, 175:10, 175:17, 175:24, 176:5, 176:12, 176:18, 177:4, 177:19, 178:5, 178:25, 179:8, 179:23, 180:3, 180:13, 180:21, 181:15, 183:5, 184:4, 186:3, 186:13, 189:4, 189:14, 192:9
**mean** [7] - 80:17, 80:24, 88:8, 89:24, 137:14, 138:16, 187:11
**meaning** [1] - 24:23
**means** [4] - 88:5, 111:7, 113:13, 151:14
**meant** [2] - 61:8, 157:21
**meat** [2] - 182:23, 183:18
**Medford** [1] - 160:22
**Medicare** [1] - 19:7
**meet** [1] - 101:10
**membership** [1] - 120:18
**memory** [9] - 9:3, 26:20, 26:23, 27:19, 71:17, 94:25, 95:4, 98:23, 116:11

**MENDEZ** [1] - 1:4
**Mendez** [3] - 101:23, 101:24, 101:25
**mention** [1] - 112:16
**mentioned** [2] - 1:23, 135:8
**mess** [1] - 111:17
**messing** [1] - 111:19
**met** [1] - 62:14
**might** [2] - 38:24, 181:7
**miles** [3] - 160:23, 161:6, 161:8
**mine** [3] - 14:13, 48:6, 139:16
**minute** [2] - 17:12, 62:21
**minutes** [13] - 179:7, 179:9, 180:11, 180:16, 180:24, 181:14, 181:16, 182:6, 183:19, 183:24, 184:5, 184:20, 186:23
**misinterpretation** [1] - 114:14
**misinterpreted** [1] - 114:15
**misrepresentation** [4] - 148:23, 149:4, 149:7, 149:10
**miss** [1] - 29:20
**mistake** [2] - 159:17, 162:3
**mistaken** [1] - 37:8
**mistress** [3] - 100:23, 101:8, 101:16
**misunderstood** [1] - 39:22
**Molding** [3] - 35:5, 35:7, 37:11
**mom** [1] - 61:23
**moment** [1] - 102:25
**Monday** [5] - 93:13, 97:22, 98:13, 98:17, 109:24
**money** [45] - 7:16, 8:10, 9:5, 20:10, 23:21, 24:4, 34:3, 36:3, 37:22, 53:2, 53:5, 53:10, 65:17, 65:18, 65:21, 72:13, 72:16, 85:7, 85:12, 86:16, 94:4, 106:3, 106:8, 120:3, 120:6, 120:8, 120:11, 120:20, 120:25, 121:2, 121:4, 125:14, 137:7, 137:10, 137:11, 137:13,

8

143:9, 145:3, 146:22, 147:4, 149:2, 149:18, 149:19, 160:14, 170:6
**month** [6] - 136:2, 140:8, 158:15, 159:8, 159:10, 172:10
**morning** [9] - 63:14, 63:15, 63:16, 63:20, 63:25, 64:11, 109:16, 179:7, 184:17
**most** [2] - 41:25, 53:2
**mother** [4] - 54:21, 54:24, 55:16, 61:21
**mother's** [1] - 171:4
**move** [2] - 130:20, 162:3
**moved** [3] - 145:17, 145:19, 145:22
**MR** [298] - 4:13, 5:5, 5:15, 5:20, 5:23, 7:20, 8:11, 8:24, 9:21, 10:7, 10:12, 10:16, 10:21, 10:24, 11:2, 11:4, 11:6, 11:9, 11:13, 11:15, 11:24, 12:2, 12:6, 12:16, 12:17, 12:19, 13:6, 13:12, 13:15, 13:17, 13:20, 13:23, 14:2, 14:5, 14:9, 14:21, 14:24, 15:5, 15:10, 15:16, 15:21, 16:3, 16:19, 16:25, 17:10, 18:3, 18:7, 18:18, 19:3, 19:8, 20:13, 21:15, 22:18, 22:23, 23:4, 23:5, 23:7, 23:18, 24:2, 24:5, 25:4, 26:21, 27:20, 30:5, 32:13, 33:5, 33:7, 33:12, 33:21, 33:22, 33:24, 34:5, 34:10, 34:15, 34:21, 35:19, 36:23, 37:9, 39:18, 40:8, 41:12, 41:15, 42:3, 42:9, 42:15, 42:22, 44:10, 44:12, 44:17, 44:22, 46:8, 46:24, 47:7, 49:7, 49:9, 49:11, 50:20, 51:23, 55:9, 55:13, 56:13, 56:23, 58:5, 58:9, 58:17, 59:6, 59:8, 59:14, 59:23, 59:25, 60:6, 60:9, 60:15, 61:3, 61:13, 62:3, 62:18, 63:10, 63:13, 63:18, 64:7, 64:16, 69:15, 70:2,

73:13, 74:18, 76:10, 77:3, 77:7, 77:20, 78:13, 80:12, 81:8, 81:12, 81:19, 82:9, 82:17, 85:20, 85:23, 86:2, 86:6, 86:13, 86:21, 87:7, 87:17, 87:22, 88:6, 89:5, 89:15, 89:23, 92:15, 92:17, 92:23, 95:12, 95:15, 95:18, 96:5, 96:8, 96:14, 96:24, 97:3, 97:7, 98:5, 100:25, 101:17, 102:25, 104:5, 104:21, 105:4, 105:12, 110:3, 110:6, 110:9, 110:17, 111:3, 111:8, 111:13, 113:6, 113:11, 113:15, 114:7, 114:12, 115:15, 115:18, 116:12, 118:8, 118:21, 119:13, 119:17, 119:25, 120:9, 121:23, 122:14, 123:24, 124:13, 125:8, 125:24, 126:16, 126:19, 127:10, 127:23, 128:3, 128:14, 128:18, 129:5, 129:14, 129:18, 130:6, 130:8, 130:10, 130:12, 130:14, 130:16, 130:18, 130:20, 130:21, 130:23, 130:25, 131:21, 134:7, 135:10, 138:23, 142:3, 143:7, 146:6, 147:6, 147:17, 147:24, 148:5, 148:9, 149:16, 149:23, 149:25, 152:19, 153:7, 153:16, 153:22, 155:15, 156:4, 156:15, 156:23, 157:16, 157:24, 159:12, 160:12, 161:4, 161:9, 161:13, 161:18, 162:5, 163:20, 166:4, 167:17, 168:7, 168:11, 168:16, 169:20, 169:24, 170:14, 170:17, 171:14, 171:25, 172:6, 173:10, 173:14, 173:22, 174:3, 174:9, 174:16,

174:23, 175:10, 175:17, 175:24, 176:5, 176:12, 176:18, 177:4, 177:19, 178:5, 178:25, 179:8, 179:23, 180:3, 180:13, 180:21, 181:15, 183:5, 184:4, 186:3, 186:13, 186:22, 189:4, 189:14, 192:2, 192:9, 192:11, 192:13
**must** [2] - 134:14, 159:16
**mio** [1] - 130:25

**N**

**N-O-E** [1] - 99:3
**name** [47] - 4:15, 17:15, 17:23, 18:5, 18:11, 22:5, 25:18, 25:21, 25:22, 31:10, 31:14, 31:20, 32:2, 35:4, 38:14, 38:19, 38:23, 38:24, 53:17, 53:21, 57:20, 58:2, 58:18, 64:22, 90:5, 90:13, 90:14, 90:15, 94:20, 94:21, 95:5, 95:7, 95:8, 112:22, 112:24, 136:7, 136:18, 136:23, 151:11, 152:5, 152:7, 153:18, 163:5, 163:6, 171:3, 171:4, 178:10
**names** [3] - 98:22, 99:14, 178:8
**nap** [1] - 99:5
**naughty** [4] - 42:13, 42:18, 42:19, 42:21
**necessary** [2] - 17:7, 47:4
**Neck** [1] - 2:9
**need** [21] - 4:21, 11:10, 11:17, 11:18, 28:5, 28:8, 43:23, 47:14, 47:16, 47:17, 68:10, 94:10, 126:22, 126:23, 126:24, 127:3, 155:4, 155:5, 155:6, 163:20, 189:3
**needed** [9] - 47:20, 120:4, 120:8, 124:7, 137:10, 143:23, 179:10, 179:15, 180:16
**needs** [1] - 60:21
**Negro** [3] - 90:17,

90:20, 90:22
**NELSON** [1] - 1:3
**Nelson** [1] - 99:9
**never** [86] - 8:21, 24:22, 32:24, 41:9, 52:23, 54:18, 62:5, 62:7, 62:8, 62:11, 62:12, 62:16, 85:18, 86:24, 91:23, 92:12, 95:2, 97:9, 97:11, 97:14, 97:16, 102:22, 103:21, 104:3, 104:6, 107:14, 107:17, 107:20, 117:18, 122:11, 122:12, 122:21, 123:19, 123:20, 123:21, 124:10, 124:11, 124:14, 133:19, 134:19, 135:8, 137:13, 139:3, 141:6, 141:10, 141:11, 143:6, 143:8, 144:14, 144:25, 146:25, 147:15, 147:20, 147:21, 147:22, 147:25, 148:3, 148:16, 148:17, 148:25, 150:24, 152:20, 153:4, 156:9, 160:5, 160:11, 160:13, 161:10, 161:24, 162:6, 164:22, 167:22, 170:18, 172:2, 177:11, 177:15, 179:3, 182:3, 182:4, 182:7, 183:7, 188:3, 188:4, 190:5, 191:6, 191:18
**New** [20] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 30:16, 30:18, 30:24, 30:25, 31:3, 31:6, 32:4, 34:4, 54:2, 193:24, 195:6
**NEW** [2] - 1:2, 193:4
**next** [5] - 37:24, 46:7, 112:21, 162:15, 180:12
**nice** [26] - 22:9, 26:4, 29:23, 30:10, 42:14, 50:4, 50:13, 51:2, 59:11, 72:7, 90:18, 102:3, 102:4, 102:6, 103:13, 107:9, 107:12, 107:15, 107:18, 107:21, 107:25, 108:5, 108:7, 108:13, 129:16

**nicer** [1] - 101:25
**nickname** [2] - 90:17, 90:18
**night** [3] - 117:9, 117:12, 179:22
**nighttime** [1] - 152:22
**nine** [2] - 28:13, 63:12
**nobody** [5] - 12:2, 34:23, 44:5, 48:17, 180:6
**NOE** [1] - 1:5
**Noe** [3] - 98:25, 99:2, 99:8
**non** [1] - 136:13
**non-Hispanic** [1] - 136:13
**none** [2] - 89:19, 180:8
**nonetheless** [1] - 59:13
**Nora** [21] - 53:18, 53:19, 53:20, 54:4, 54:6, 54:21, 54:24, 55:3, 55:16, 55:23, 56:3, 56:25, 57:5, 145:5, 145:15, 168:23, 169:4, 169:25, 170:5, 170:23, 170:25
**North** [2] - 145:17, 145:18
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:24, 193:24, 195:5
**Noted** [1] - 192:15
**notes** [1] - 14:8
**nothing** [9] - 7:24, 14:10, 16:4, 51:10, 51:12, 75:23, 76:4, 76:6, 134:11
**notice** [2] - 152:2, 152:7
**Notice** [1] - 1:22
**noticed** [1] - 39:13
**notification** [1] - 144:25
**November** [2] - 43:11, 106:17
**Nueva** [1] - 30:4
**number** [20] - 20:19, 20:22, 23:2, 27:22, 35:10, 35:12, 35:14, 35:17, 44:7, 44:8, 44:18, 45:3, 45:16, 45:17, 45:19, 45:25, 46:4, 130:19, 187:8
**numbers** [1] - 23:11

**O**

**oath** [3] - 3:18, 6:16, 193:10
**objecting** [1] - 192:9
**objection** [247] - 5:5, 5:15, 5:20, 5:23, 7:20, 8:24, 9:21, 10:7, 10:12, 10:16, 10:21, 10:24, 11:2, 11:4, 11:6, 11:9, 11:13, 12:6, 12:16, 13:6, 13:12, 13:15, 13:17, 13:20, 13:23, 14:2, 14:5, 14:9, 14:21, 14:24, 15:5, 15:10, 15:16, 15:21, 16:3, 16:19, 16:25, 17:10, 18:3, 18:7, 18:18, 19:3, 19:8, 20:13, 21:15, 22:18, 22:23, 23:4, 23:18, 24:2, 24:5, 25:4, 26:21, 27:20, 30:5, 32:13, 33:5, 34:5, 34:10, 34:15, 34:21, 35:19, 36:23, 37:9, 39:18, 40:8, 41:12, 41:15, 42:3, 42:9, 42:15, 42:22, 44:10, 44:12, 44:22, 46:8, 46:24, 47:7, 49:7, 50:20, 51:23, 55:9, 55:13, 56:13, 56:23, 58:17, 59:14, 59:23, 60:9, 60:15, 61:3, 61:13, 62:3, 62:18, 63:10, 63:13, 63:18, 64:7, 64:16, 69:15, 70:2, 74:18, 76:10, 77:3, 77:7, 77:20, 78:13, 80:12, 81:8, 81:12, 81:19, 82:9, 82:17, 85:20, 85:23, 86:13, 86:21, 87:7, 87:17, 87:22, 88:6, 89:5, 89:15, 89:23, 95:12, 95:15, 95:18, 96:24, 97:3, 97:7, 98:5, 100:25, 101:17, 104:5, 104:21, 105:4, 105:12, 110:3, 110:6, 110:9, 110:17, 111:3, 111:8, 111:13, 113:6, 113:11, 113:15, 114:7, 114:12, 115:15, 115:18, 116:12, 118:8, 118:21, 119:13, 119:17, 119:25,

120:9, 121:23, 122:14, 123:24, 124:13, 125:8, 125:24, 126:16, 126:19, 127:10, 127:23, 128:3, 128:14, 128:18, 129:5, 129:14, 129:18, 131:21, 134:7, 135:10, 138:23, 142:3, 143:7, 146:6, 147:6, 147:17, 147:24, 148:5, 148:9, 149:16, 149:23, 149:25, 152:19, 153:7, 153:16, 153:22, 155:15, 156:4, 156:15, 156:23, 157:16, 157:24, 159:12, 160:12, 161:4, 161:9, 161:13, 161:18, 162:5, 166:4, 167:17, 168:7, 168:11, 168:16, 169:20, 169:24, 170:14, 170:17, 171:14, 171:25, 172:6, 173:10, 173:14, 173:22, 174:3, 174:9, 174:16, 174:23, 175:10, 175:17, 175:24, 176:5, 176:12, 176:18, 177:4, 177:19, 178:5, 178:25, 179:8, 179:23, 180:3, 180:13, 180:21, 181:15, 183:5, 184:4, 186:3, 186:13, 189:4, 189:14
**objections** [1] - 3:11
**obligation** [3] - 7:8, 7:13, 126:14
**obtained** [1] - 156:13
**October** [2] - 1:14, 193:11
**OF** [6] - 1:2, 2:4, 2:8, 2:13, 193:4, 193:6
**office** [1] - 187:13
**officer** [1] - 3:17
**Officer** [1] - 26:15
**OFFICES** [3] - 2:4, 2:8, 2:13
**often** [1] - 123:17
**old** [4] - 29:5, 55:5, 111:16, 136:18
**once** [2] - 91:22, 98:8
**one** [36] - 1:19, 29:6,

35:13, 50:2, 53:15, 59:15, 78:10, 83:10, 83:11, 83:12, 94:19, 102:14, 102:25, 104:17, 106:7, 111:9, 125:9, 127:6, 128:25, 133:3, 162:12, 164:20, 165:13, 165:14, 165:19, 170:20, 173:7, 177:22, 177:25, 178:2, 178:3, 180:6, 181:7, 183:9, 185:3
**ones** [2] - 75:16, 84:19
**opened** [1] - 10:14
**opinion** [2] - 138:18, 188:23
**opportunity** [3] - 18:23, 39:22, 64:9
**order** [3] - 1:22, 16:18, 181:5
**ordered** [2] - 181:8
**origin** [1] - 29:18
**OSMAR** [1] - 1:4
**otherwise** [1] - 24:19
**outcome** [1] - 195:15
**outdoors** [1] - 36:21
**outside** [1] - 56:20
**overhear** [1] - 187:3
**overtime** [57] - 65:19, 75:11, 78:18, 78:20, 78:21, 79:23, 80:9, 80:10, 80:19, 117:19, 122:3, 122:4, 122:7, 122:9, 122:11, 122:13, 122:17, 122:18, 122:22, 122:23, 133:17, 133:19, 133:20, 139:2, 139:4, 139:6, 139:13, 140:14, 146:4, 146:5, 146:7, 146:10, 153:18, 153:21, 154:2, 154:7, 154:11, 154:17, 155:19, 156:2, 174:2, 174:7, 174:12, 174:14, 174:21, 175:7, 175:8, 175:23, 175:25, 176:4, 176:7, 176:8, 176:10, 177:2, 177:11, 177:13, 177:23
**owe** [14] - 7:16, 8:10, 8:22, 9:4, 20:10, 23:21, 24:3, 27:2, 28:20, 75:11, 103:20, 104:7, 124:22, 124:24
**owed** [17] - 75:9,

125:11, 125:14, 125:23, 126:3, 126:7, 126:15, 126:18, 127:4, 127:12, 127:18, 128:2, 129:25, 130:4, 130:7, 130:11, 173:25
**own** [9] - 48:7, 48:10, 48:12, 94:12, 160:16, 172:3, 172:4, 178:22
**owned** [1] - 137:18
**owner** [11] - 79:11, 79:15, 79:18, 79:20, 102:12, 132:18, 133:2, 135:14, 135:15, 135:21

**P**

**P.C** [1] - 2:17
**p.m** [8] - 131:3, 150:9, 163:23, 186:25, 192:15
**P.O** [2] - 151:3, 158:4
**PAGE** [3] - 194:5, 194:11, 196:5
**page** [1] - 150:10
**Page** [1] - 194:15
**PAGOADA** [1] - 1:4
**paid** [89] - 24:8, 24:9, 24:12, 25:5, 25:8, 25:10, 32:18, 32:22, 32:24, 34:2, 37:18, 37:21, 40:12, 40:16, 52:23, 65:17, 65:18, 65:20, 67:4, 67:7, 70:9, 70:20, 70:24, 71:10, 73:10, 73:19, 74:3, 74:14, 74:16, 76:8, 76:9, 79:2, 79:6, 79:24, 80:2, 80:3, 81:11, 83:2, 85:3, 93:20, 97:11, 104:12, 116:20, 117:5, 117:15, 119:4, 119:8, 120:17, 121:2, 122:4, 122:7, 122:8, 122:21, 122:24, 122:25, 123:3, 123:15, 133:6, 133:16, 138:8, 138:9, 138:10, 138:15, 138:16, 139:4, 139:8, 139:13, 143:6, 146:5, 146:7, 146:10, 146:25, 147:9, 147:20, 147:22, 147:25, 148:3, 148:18, 148:21, 152:4, 153:3, 153:4, 153:18, 153:23,

169:18, 173:24, 177:8, 177:11
**paper** [5] - 18:2, 24:22, 24:25, 168:3, 168:5
**papers** [13] - 15:6, 15:8, 22:19, 22:21, 23:9, 23:10, 127:15, 127:25, 148:25, 150:2, 167:9, 167:12, 170:19
**Park** [1] - 32:4
**parties** [2] - 3:6, 195:13
**Patrick** [23] - 17:9, 18:5, 18:15, 18:16, 41:19, 41:21, 49:3, 58:5, 58:7, 59:6, 92:13, 96:12, 112:25, 113:2, 129:12, 129:16, 129:21, 129:24, 130:3, 130:6, 130:10, 130:18
**PATRICK** [2] - 2:8, 2:11
**Patrick's** [1] - 92:19
**PAVING** [1] - 1:10
**Paving** [52] - 38:2, 38:6, 39:7, 40:12, 40:17, 41:7, 41:10, 42:23, 43:14, 45:20, 45:25, 48:14, 48:16, 52:4, 64:4, 65:15, 66:19, 66:22, 67:18, 67:19, 67:23, 68:12, 68:13, 73:10, 73:17, 74:2, 76:12, 84:20, 84:22, 97:15, 97:18, 97:21, 98:7, 98:11, 98:16, 102:17, 102:20, 106:4, 118:24, 121:8, 127:13, 127:19, 132:6, 132:9, 132:16, 132:23, 133:23, 135:8, 163:9, 170:21, 173:5, 173:21
**paving** [3] - 43:6, 43:9, 146:2
**Paving's** [1] - 48:13
**pay** [82] - 12:21, 15:22, 24:11, 24:13, 25:2, 34:24, 35:6, 36:3, 40:14, 52:21, 65:19, 66:2, 66:5, 66:15, 66:17, 68:22, 68:5, 68:20, 68:22, 69:11, 69:13, 69:21, 69:24, 71:2, 71:13, 72:4, 72:7, 76:23,

10

76:25, 77:15, 77:18, 77:22, 78:6, 78:15, 78:24, 79:4, 79:22, 80:8, 82:21, 83:10, 83:11, 83:21, 83:23, 93:22, 93:25, 100:5, 116:25, 117:2, 118:16, 119:9, 119:24, 120:21, 120:23, 128:7, 128:9, 128:12, 128:17, 133:10, 142:17, 142:25, 143:4, 143:22, 145:2, 146:22, 148:7, 148:10, 149:17, 149:18, 151:23, 152:10, 152:13, 152:16, 152:17, 152:21, 152:23, 152:25, 153:2, 161:22, 168:24, 169:12, 187:21

**paycheck** [17] - 65:24, 66:2, 68:17, 68:19, 69:8, 76:19, 76:22, 77:13, 77:15, 119:20, 119:23, 119:24, 133:8, 133:11, 133:13, 153:14, 153:17

**paychecks** [7] - 64:5, 69:10, 146:21, 152:18, 152:21, 153:20, 153:25

**paying** [2] - 140:14, 169:17

**payments** [12] - 33:9, 73:22, 75:9, 80:11, 80:16, 118:19, 118:23, 121:9, 121:21, 122:2, 122:12, 168:24

**pays** [1] - 117:12

**peace** [1] - 92:2

**penalized** [1] - 6:12

**people** [6] - 48:4, 48:10, 95:25, 96:2, 123:6, 184:13

**per** [4] - 52:8, 70:24, 71:10, 177:3

**PEREZ** [1] - 1:6

**Perez** [3] - 50:5, 50:10, 50:17

**perhaps** [1] - 21:9

**period** [2] - 100:14, 100:18

**perjury** [1] - 87:8

**person** [16] - 55:24, 61:23, 61:25, 95:20,

106:12, 106:13, 106:14, 106:16, 106:18, 106:20, 106:21, 106:24, 107:4, 108:3, 157:20, 182:12

**personal** [6] - 13:21, 13:22, 14:7, 14:12, 15:4, 58:13

**petulant** [1] - 112:18

**phone** [16] - 20:23, 20:24, 23:2, 27:11, 44:7, 44:8, 44:19, 141:10, 160:8, 187:7, 187:9, 187:12, 187:13, 187:17, 187:20, 187:23

**phonetic** [2] - 38:24, 170:24

**photocopy** [1] - 18:14

**pick** [2] - 21:8, 178:17

**picking** [1] - 115:4

**picture** [4] - 9:25, 10:13, 15:18, 19:22

**piece** [1] - 18:2

**piquing** [1] - 14:18

**place** [4] - 1:23, 98:4, 141:15, 178:20

**places** [1] - 75:17

**plaintiff** [1] - 87:13

**Plaintiffs** [5] - 1:7, 1:20, 2:4, 2:9, 2:13

**plaintiffs** [1] - 87:14

**play** [5] - 172:25, 173:3, 184:10, 184:13, 184:15

**PLLC** [1] - 2:4

**point** [2] - 34:17, 34:18

**pointing** [1] - 37:5

**poor** [1] - 95:5

**poorly** [1] - 87:6

**poquito** [1] - 5:4

**position** [1] - 118:11

**positive** [1] - 44:14

**possible** [1] - 45:18

**Pracelis** [1] - 101:23

**PRACELIS** [1] - 1:4

**Practice** [1] - 1:21

**precaution** [1] - 39:24

**prefer** [1] - 136:21

**prepare** [3] - 49:18, 49:21, 50:18

**prepared** [5] - 51:9, 51:11, 51:14, 51:16, 51:20

**PRESENT** [3] - 2:6,

2:15, 2:23

**president** [1] - 139:7

**pressured** [1] - 168:12

**pretty** [2] - 21:5, 90:24

**prevailing** [16] - 73:3, 73:6, 73:7, 73:10, 73:18, 73:19, 73:22, 73:25, 74:3, 74:5, 74:6, 74:9, 74:10, 75:9, 75:13, 75:14

**previously** [1] - 190:8

**price** [1] - 126:25

**problem** [4] - 103:16, 103:17, 105:9, 105:11

**problems** [4] - 61:20, 75:2, 124:18, 124:20

**project** [3] - 178:10, 178:12, 186:5

**projects** [3] - 178:8, 178:14, 186:6

**promise** [2] - 5:18, 5:21

**promised** [1] - 47:8

**proof** [2] - 149:8, 149:20

**proud** [2] - 57:11, 101:7

**prove** [1] - 24:19

**provide** [8] - 6:23, 7:2, 11:25, 36:7, 53:5, 113:19, 143:11, 143:18

**provided** [1] - 9:22

**providing** [1] - 53:9

**Public** [1] - 1:24, 193:24, 195:5

**punch** [1] - 36:15

**punish** [1] - 61:22

**punished** [2] - 24:13, 24:14, 62:22

**pursuant** [2] - 1:21, 33:10

**put** [5] - 19:19, 92:6, 120:14, 121:16, 146:12

**Q**

**questioning** [2] - 49:12, 96:16

**questions** [33] - 4:4, 7:24, 12:8, 16:24, 18:16, 19:10, 19:17, 26:2, 33:8, 36:7, 39:23, 41:25, 51:10,

51:12, 51:17, 60:24, 65:20, 82:3, 87:14, 88:11, 92:24, 96:17, 113:17, 113:18, 113:19, 114:3, 114:5, 115:7, 127:9, 130:9, 130:13, 130:24, 192:4

**quick** [1] - 86:3

**quicker** [1] - 36:8

**quickly** [2] - 13:11, 109:5

**QUINTANILLA** [2] - 1:3, 1:5

**QUINTEROS** [1] - 1:6

**R**

**raker** [1] - 118:15

**rakes** [2] - 48:8, 179:17

**Ramos** [1] - 2:24

**rare** [2] - 183:2, 191:17

**rarely** [1] - 185:11

**rash** [1] - 115:5

**rate** [8] - 70:16, 71:2, 71:5, 72:3, 72:7, 74:11, 82:21

**rates** [3] - 71:13, 73:11, 73:19

**re** [1] - 118:6

**re-answer** [1] - 118:6

**read** [19] - 60:11, 77:24, 78:3, 78:11, 78:12, 78:15, 86:9, 108:16, 131:5, 131:8, 131:13, 131:14, 131:15, 131:19, 131:23, 132:2, 151:9, 167:10, 193:9

**reading** [1] - 151:13

**ready** [1] - 179:11

**real** [1] - 21:23

**realize** [1] - 159:16

**realized** [1] - 162:8

**really** [10] - 7:18, 25:9, 44:8, 92:8, 146:24, 148:4, 151:25, 152:6, 162:15, 169:4

**reason** [7] - 21:9, 106:23, 134:12, 134:16, 134:21, 147:8, 188:24

**REASON** [10] - 196:7, 196:9, 196:11, 196:13, 196:15, 196:17, 196:19,

196:21, 196:23, 196:25

**reasons** [1] - 196:4

**Rebus** [2] - 170:23, 170:25

**receive** [11] - 24:25, 78:17, 78:20, 118:19, 118:23, 119:2, 143:24, 150:2, 151:3, 152:14, 158:4

**received** [22] - 8:21, 24:22, 40:19, 41:5, 41:23, 67:23, 68:17, 68:19, 70:7, 70:12, 76:19, 77:13, 121:8, 144:7, 144:15, 144:25, 148:16, 148:17, 150:24, 152:20, 169:2, 176:10

**recollection** [4] - 59:9, 71:9, 71:12, 71:15

**record** [13] - 4:15, 33:13, 33:14, 44:17, 60:5, 60:7, 60:13, 61:15, 73:14, 73:16, 193:12, 193:13, 195:10

**red** [1] - 186:18

**refer** [2] - 89:25, 111:24

**referring** [1] - 136:22

**reflect** [1] - 44:18

**reflected** [1] - 64:5

**reflects** [2] - 61:15, 87:6

**refusing** [1] - 11:14

**regarding** [2] - 33:9, 141:5

**registration** [3] - 186:18, 186:20, 186:21

**regular** [7] - 81:2, 82:15, 82:20, 82:21, 98:19, 173:25, 177:9

**related** [1] - 195:13

**relax** [1] - 162:2

**religious** [1] - 88:25

**remember** [110] - 8:18, 8:25, 9:2, 9:4, 21:6, 25:11, 25:18, 25:22, 25:25, 26:3, 26:15, 26:17, 26:25, 27:18, 27:21, 30:12, 30:19, 31:10, 31:13, 31:20, 31:21, 45:4, 45:8, 45:13, 45:14, 45:15, 45:17, 47:8, 59:5, 59:7, 64:23, 66:13, 66:14, 70:19,

70:21, 70:23, 71:11, 71:14, 71:19, 71:21, 75:17, 75:20, 75:22, 75:24, 76:5, 88:13, 90:5, 90:14, 90:15, 94:21, 95:5, 95:7, 97:4, 98:10, 99:9, 106:5, 106:6, 106:7, 109:18, 109:25, 110:4, 110:7, 110:10, 110:13, 110:14, 110:15, 110:19, 110:25, 111:4, 112:22, 113:23, 116:4, 116:5, 116:7, 116:9, 116:13, 117:3, 119:3, 120:5, 120:10, 120:24, 121:3, 121:5, 121:11, 121:13, 124:6, 131:4, 131:7, 136:2, 145:16, 145:21, 146:9, 146:17, 146:20, 154:12, 154:15, 163:25, 165:4, 165:7, 168:15, 170:10, 171:11, 175:6, 175:18, 175:20, 176:9, 178:7, 178:10, 186:8, 187:4
**remembering** [1] - 168:14
**Renato** [13] - 98:25, 99:7, 99:13, 99:14, 99:16, 99:20, 99:22, 99:23, 99:24, 101:25, 102:9, 102:10, 105:22
**rent** [1] - 172:11
**rented** [2] - 94:13, 95:6
**repairing** [1] - 52:16
**repeat** [10] - 7:12, 16:9, 22:19, 23:9, 27:24, 28:2, 28:5, 28:8, 127:14, 171:18
**report** [1] - 185:22
**REPORTER** [2] - 60:4, 96:7
**reporter** [3] - 11:5, 59:25, 195:5
**Reporter** [2] - 60:12, 86:10
**reports** [1] - 185:19
**represent** [3] - 113:4, 130:17, 142:20
**representing** [2] - 17:18, 113:3
**requested** [2] - 60:10, 86:8
**required** [1] - 6:23

**reserved** [1] - 3:12
**reserving** [1] - 192:5
**respect** [3] - 112:11, 119:16, 163:18
**respectful** [7] - 26:6, 95:24, 103:13, 137:5, 164:2, 166:23, 167:3
**respecting** [1] - 112:13
**respective** [1] - 3:6
**responsibility** [3] - 60:24, 172:3, 172:5
**responsible** [3] - 164:20, 164:23, 165:14
**rest** [1] - 53:9
**restaurant** [3] - 31:23, 31:24, 32:5
**return** [1] - 144:11
**returned** [2] - 144:15, 148:25
**Reviewing** [5] - 8:20, 19:20, 150:19, 164:13, 190:10
**rice** [3] - 63:7, 182:22, 183:18
**ride** [1] - 180:12
**ringing** [1] - 44:20
**rising** [1] - 66:13
**Rivera** [8] - 4:16, 6:5, 12:7, 18:23, 22:7, 53:20, 187:2, 194:6
**RIVERA** [7] - 1:5, 1:19, 193:8, 193:18
**Rivera's** [2] - 19:13, 194:14
**Road** [1] - 2:9
**robbed** [2] - 34:9, 34:14
**robbing** [3] - 34:3, 34:19, 34:20
**RODRIGUEZ** [1] - 1:5
**Rodriguez** [2] - 99:2
**role** [1] - 163:8
**room** [6] - 21:24, 95:20, 103:5, 113:9, 114:4, 136:6
**roughly** [2] - 116:5, 125:20
**rubbing** [1] - 26:10
**Rules** [1] - 1:22
**rules** [2] - 84:18, 84:21

## S

**s/h/a** [4] - 1:19, 4:7, 193:8, 193:18

**Sandra** [3] - 2:24, 58:18, 58:20
**sandwich** [4] - 63:4, 183:4, 183:11, 183:13
**sandwiches** [2] - 181:5, 182:9
**Santa** [1] - 42:12
**Saturday** [3] - 93:15, 93:17, 110:11
**Saturdays** [1] - 96:23
**Saul** [4] - 25:23, 25:24, 96:7, 136:20
**SAUL** [1] - 2:20
**save** [1] - 191:24
**saw** [15] - 10:17, 15:18, 20:14, 20:15, 38:20, 95:2, 103:7, 103:21, 104:2, 104:6, 138:19, 141:10, 141:11, 151:11, 191:6
**saws** [1] - 47:18
**schedule** [2] - 141:12, 188:10
**school** [2] - 73:8, 111:21
**scolded** [1] - 39:16
**scream** [2] - 17:3, 17:7
**screaming** [2] - 17:5, 17:8
**sealing** [1] - 3:7
**season** [5] - 43:7, 43:9, 145:23, 145:25, 146:2
**Security** [4] - 20:18, 35:10, 35:16, 35:21
**see** [34] - 9:13, 10:10, 11:12, 13:4, 13:9, 14:20, 20:14, 23:3, 23:12, 28:8, 41:24, 49:5, 100:23, 101:15, 103:22, 103:23, 112:21, 123:5, 150:4, 150:5, 150:20, 151:24, 153:24, 158:25, 161:17, 162:7, 167:10, 173:21, 179:10, 179:15, 184:13, 187:20, 190:16, 190:19
**seek** [1] - 33:17
**seem** [1] - 59:10
**send** [9] - 16:14, 29:15, 39:5, 43:23, 108:24, 170:6, 172:9, 172:10, 182:8
**sent** [5] - 35:22, 153:5, 153:10, 162:20, 166:8

**separate** [2] - 54:11, 55:3
**separated** [3] - 54:9, 171:8, 171:10
**serious** [1] - 43:19
**Services** [2] - 169:6, 169:22
**services** [1] - 156:14
**set** [1] - 195:8
**seven** [1] - 55:4
**seventh** [1] - 131:18
**seventy** [1] - 154:6
**shake** [1] - 11:18
**shall** [1] - 3:12
**shape** [1] - 113:9
**share** [1] - 57:22
**SHEET** [1] - 196:2
**shop** [1] - 180:18
**Shore** [8] - 4:18, 21:17, 29:13, 58:23, 151:4, 158:5, 160:19, 160:22
**shorthand** [1] - 195:4
**shoveler** [1] - 118:14
**shovels** [4] - 47:20, 47:24, 48:8, 179:17
**show** [25] - 8:6, 11:20, 12:4, 12:14, 12:22, 13:13, 13:19, 15:12, 15:13, 23:15, 23:17, 23:19, 46:7, 122:19, 128:13, 129:17, 146:22, 150:14, 154:2, 160:7, 163:24, 164:8, 185:23, 185:25, 190:7
**showed** [5] - 103:23, 153:20, 159:18, 159:20, 160:11
**shows** [1] - 122:16
**si** [4] - 34:11, 96:10, 100:15, 143:14
**side** [10] - 85:16, 86:24, 87:2, 90:4, 93:12, 93:16, 93:18, 96:22, 97:18, 98:3
**sided** [2] - 150:10, 194:15
**sign** [6] - 92:2, 167:9, 167:12, 167:25, 168:3, 168:6
**signatures** [1] - 167:15
**signed** [2] - 3:16, 3:19
**Signed** [1] - 193:20
**signs** [2] - 190:19, 190:22
**silenced** [1] - 44:15

**simple** [1] - 86:23
**simply** [3] - 23:14, 23:20, 65:8
**sin** [1] - 89:22
**sins** [4] - 89:11, 89:14, 89:18, 89:25
**sit** [1] - 134:20
**site** [15] - 47:25, 64:15, 123:18, 165:16, 166:15, 166:18, 166:19, 184:11, 184:14, 184:17, 184:19, 184:23, 190:23, 191:3, 191:7
**sites** [2] - 164:16, 185:12
**six** [1] - 55:4
**sixty** [1] - 154:6
**skin** [1] - 91:10
**slow** [1] - 162:12
**smart** [2] - 51:21, 127:8
**smile** [1] - 59:16
**so..** [1] - 15:25
**soccer** [3] - 172:25, 184:10, 184:14
**social** [1] - 36:5
**Social** [6] - 20:18, 35:9, 35:16, 35:21, 169:6, 169:22
**society** [1] - 34:24
**someone** [1] - 182:8
**someplace** [1] - 76:3
**sometime** [1] - 64:10
**sometimes** [68] - 36:20, 41:6, 46:20, 47:12, 47:17, 48:4, 52:8, 52:12, 64:12, 70:9, 70:15, 71:4, 73:10, 78:22, 78:25, 83:12, 83:15, 83:16, 83:18, 93:14, 94:10, 99:18, 101:23, 102:24, 113:16, 119:9, 121:10, 121:18, 121:24, 122:3, 122:7, 122:8, 122:24, 122:25, 133:14, 133:15, 133:16, 138:25, 139:3, 139:5, 145:13, 146:12, 146:16, 146:18, 153:8, 155:3, 162:11, 176:7, 177:17, 177:18, 177:21, 179:2, 179:14, 180:4, 182:10, 182:14, 182:23, 182:24,

12

183:15, 183:23,
184:2, 184:5, 184:8,
184:20, 185:8, 185:9,
185:10
  **somewhere** [3] -
97:6, 109:3, 109:10
  **son** [9] - 29:8, 79:18,
79:19, 79:21, 102:14,
108:13, 108:15,
134:24
  **sorry** [6] - 29:7,
87:15, 92:3, 92:4,
144:6, 154:21
  **sort** [1] - 159:17
  **sound** [1] - 168:9
  **Spanish** [23] - 2:24,
4:3, 4:5, 65:12, 114:6,
114:23, 115:2, 115:3,
131:9, 131:10,
131:15, 131:19,
139:20, 139:22,
139:24, 151:13,
151:15, 151:16,
151:24, 152:9,
183:15, 183:16
  **special** [1] - 48:7
  **specify** [1] - 153:17
  **spelled** [1] - 99:2
  **spend** [4] - 160:14,
161:2, 161:15, 173:20
  **spent** [1] - 161:12
  **spit** [1] - 32:7
  **spoken** [3] - 57:3,
118:9, 188:19
  **Sponge** [1] - 18:6
  **ss** [1] - 193:5
  **starfish** [1] - 18:6
  **start** [13] - 5:17,
10:22, 28:11, 115:22,
158:11, 158:13,
158:22, 158:23,
159:4, 159:11, 160:3,
160:5, 162:12
  **started** [14] - 37:25,
40:11, 40:13, 43:3,
52:15, 71:23, 72:5,
74:4, 82:23, 135:18,
162:9, 162:16, 162:25
  **starting** [1] - 5:7
  **starts** [1] - 43:9
  **STATE** [1] - 193:4
  **state** [2] - 4:14, 90:8
  **State** [5] - 1:25, 34:4,
54:2, 193:24, 195:6
  **statement** [1] - 34:14
  **States** [6] - 29:25,
30:15, 33:4, 34:4,
56:17, 56:20
  **STATES** [1] - 1:2
  **states** [2] - 30:18,

30:19
  **stay** [1] - 185:17
  **stayed** [1] - 166:9
  **step** [2] - 111:5,
112:20
  **still** [11] - 15:3, 20:5,
32:2, 54:4, 55:11,
91:7, 105:2, 106:21,
158:4, 170:8, 185:17
  **STIPULATED** [3] -
3:4, 3:10, 3:15
  **stipulation** [1] -
33:15
  **stop** [11] - 19:2,
19:16, 26:15, 27:13,
29:16, 37:4, 59:18,
87:3, 96:18, 115:4,
127:7
  **stopped** [7] - 43:4,
45:19, 107:6, 173:16,
182:3, 182:4, 182:7
  **straight** [8] - 78:23,
79:2, 79:25, 80:2,
80:16, 80:22, 80:25,
82:16
  **Street** [3] - 4:18,
20:6, 21:11
  **stub** [19] - 66:2,
67:10, 67:13, 68:3,
68:5, 68:20, 68:22,
69:11, 69:13, 69:24,
76:23, 76:25, 77:16,
77:18, 77:22, 78:7,
78:15, 119:24, 133:10
  **stubs** [10] - 40:23,
41:2, 66:5, 69:21,
128:7, 128:9, 128:12,
128:17, 143:22, 153:2
  **study** [2] - 111:22,
111:23
  **studying** [1] - 112:2
  **stuff** [1] - 53:16
  **subscribed** [1] -
193:20
  **sue** [1] - 134:22
  **sued** [3] - 140:5,
140:7, 140:12
  **sufficient** [1] - 9:23
  **Suffolk** [88] - 8:8,
8:15, 38:2, 38:5, 39:7,
40:12, 40:17, 41:7,
41:10, 42:23, 43:14,
45:19, 45:25, 48:13,
48:14, 48:16, 52:3,
64:4, 65:15, 66:19,
66:22, 67:18, 67:19,
67:23, 68:12, 68:13,
69:3, 69:4, 69:8,
71:24, 72:4, 73:9,
73:17, 74:2, 76:12,

76:16, 77:9, 78:18,
79:16, 82:22, 84:10,
84:15, 84:19, 84:21,
97:14, 97:15, 97:18,
97:21, 97:24, 98:7,
98:8, 98:10, 98:11,
98:12, 98:16, 102:7,
102:16, 102:17,
102:20, 106:3, 106:4,
118:20, 118:24,
121:7, 127:12,
127:13, 127:18,
127:19, 132:6, 132:9,
132:10, 132:16,
132:23, 132:24,
133:23, 135:7, 135:8,
135:18, 163:8,
170:21, 173:5,
173:20, 194:12
  **sUFFOLK** [1] - 1:10
  **SUFFOLK** [1] - 1:10
  **suing** [27] - 64:25,
73:21, 75:10, 80:7,
80:10, 80:15, 80:19,
80:22, 81:2, 81:5,
81:16, 82:5, 82:7,
132:4, 132:8, 132:12,
132:15, 132:23,
132:24, 133:23,
134:2, 134:13, 135:3,
135:7, 135:12, 141:5,
188:2
  **summer** [1] - 91:4
  **sun** [3] - 91:7, 93:25,
94:3
  **sunburn** [1] - 90:25
  **Sunday** [4] - 89:6,
93:14, 93:17, 110:11
  **Sundays** [1] - 96:23
  **Sunrise** [2] - 1:15,
2:18
  **sunscreen** [1] - 91:3
  **super** [1] - 163:10
  **supervisor** [3] -
99:12, 99:25, 101:21
  **support** [2] - 28:20,
168:24
  **SUPPORT** [1] -
194:3
  **supposed** [7] -
13:11, 16:13, 27:18,
74:16, 76:9, 82:25,
83:9
  **surprise** [1] - 42:6
  **surprised** [1] - 23:22
  **switch** [1] - 64:19
  **sworn** [5] - 3:17,
3:19, 4:3, 4:9, 195:8

| | |
|---|---|
| | **T** |

  **table** [1] - 10:15
  **taxes** [4] - 32:24,
34:2, 34:23, 37:21
  **telephone** [4] -
20:21, 45:3, 45:15,
187:8
  **ten** [8] - 29:8, 63:12,
63:21, 146:16, 161:8,
180:24, 181:16, 182:6
  **term** [2] - 178:12,
178:14
  **termination** [1] -
173:8
  **terms** [2] - 84:9,
84:14
  **tested** [1] - 33:18
  **testified** [14] - 4:11,
55:19, 110:19, 120:7,
133:7, 152:24, 154:3,
154:10, 159:22,
161:24, 174:7,
174:20, 175:15,
175:16
  **testify** [4] - 110:22,
174:13, 174:15, 175:8
  **testifying** [6] -
110:25, 154:12,
175:6, 175:18,
175:21, 176:9
  **testimony** [6] -
60:11, 86:9, 193:10,
193:13, 195:7, 195:10
  **Testimony** [1] - 1:22
  **thanked** [1] - 38:11
  **THE** [6] - 58:7, 60:4,
61:7, 96:7, 192:12,
192:14
  **therefore** [1] - 6:19
  **therefrom** [1] - 33:8
  **thief** [1] - 58:15
  **thinks** [3] - 49:3,
49:5, 92:20
  **Three** [3] - 20:5,
21:10, 194:15
  **three** [17] - 4:18,
28:25, 29:2, 32:16,
55:20, 55:23, 56:2,
56:9, 92:8, 96:25,
97:2, 129:6, 141:10,
144:13, 145:13,
150:10
  **Three-Page** [1] -
194:15
  **three-page** [1] -
150:10
  **throughout** [2] -
88:11, 100:9

  **thumbs** [1] - 36:9
  **Thursday** [1] - 110:5
  **tickets** [2] - 186:17,
186:19
  **tired** [1] - 29:3
  **title** [1] - 52:14
  **today** [15] - 5:19, 6:6,
12:18, 17:17, 36:13,
59:4, 62:24, 80:6,
103:25, 104:14,
124:7, 134:20, 155:2,
155:14, 167:22
  **today's** [4] - 8:13,
50:18, 150:16, 164:9
  **together** [3] -
126:13, 181:2, 191:8
  **Tommy** [29] - 105:14,
105:16, 105:18,
147:19, 148:12,
158:8, 158:10,
158:16, 158:17,
158:21, 159:23,
159:25, 160:5, 163:2,
163:7, 164:2, 164:15,
164:17, 166:9,
166:22, 167:5,
167:15, 167:24,
168:2, 179:10, 180:9,
187:13
  **Tommy's** [2] - 163:5,
163:8
  **tomorrow** [1] - 89:7
  **took** [3] - 86:11,
98:3, 182:22
  **tools** [19] - 47:13,
47:16, 48:10, 48:11,
48:12, 48:13, 48:14,
48:16, 97:15, 164:15,
164:23, 165:19,
165:22, 166:2, 166:7,
166:10, 179:11,
179:12, 179:16
  **total** [1] - 55:23
  **town** [1] - 73:8
  **Town** [1] - 186:7
  **transcript** [3] -
193:9, 193:12, 195:9
  **travel** [1] - 160:21
  **treat** [1] - 137:2
  **treated** [12] - 65:14,
103:10, 105:24,
107:23, 119:12,
119:16, 133:3,
134:17, 134:19,
163:14, 163:16,
163:18
  **trial** [1] - 3:13
  **TRIAL** [1] - 1:18
  **tried** [4] - 87:9,
107:7, 161:21, 176:21

triple [1] - 71:7
trouble [1] - 61:18
truck [7] - 166:21, 178:17, 178:21, 179:13, 179:21, 181:3, 191:9
trucks [1] - 191:24
true [7] - 91:9, 91:13, 141:25, 170:12, 193:12, 193:14, 195:10
trust [3] - 22:11, 22:13, 53:14
truth [34] - 5:12, 38:18, 88:9, 88:12, 88:16, 88:17, 88:18, 88:19, 92:11, 92:14, 92:16, 92:25, 93:5, 93:6, 113:14, 115:13, 155:6, 155:7, 155:10, 155:11, 155:12, 155:13, 155:17, 155:20, 155:22, 155:25, 157:7, 157:9, 157:10, 157:11, 157:22, 168:19, 189:19
truthful [2] - 88:5, 189:12
try [6] - 44:23, 103:19, 113:25, 161:23, 187:16, 187:24
trying [2] - 127:7, 176:19
Tuesday [1] - 110:2
TULIO [1] - 1:6
Tulio [3] - 50:4, 50:9, 50:17
twenty [5] - 28:13, 180:16, 181:14, 184:5, 184:20
twenty-nine [1] - 28:13
twice [4] - 91:22, 96:25, 97:2, 98:6
two [13] - 31:17, 55:2, 55:17, 55:22, 56:2, 56:12, 91:24, 145:13, 162:12, 165:20, 181:7, 183:19, 183:24
type [1] - 47:21

## U

Umberto's [4] - 31:25, 32:15, 32:21, 33:25

unable [1] - 158:23
uncomfortable [1] - 59:19
under [4] - 6:12, 6:16, 82:6, 193:10
underlined [2] - 152:3, 152:8
understood [5] - 7:4, 39:13, 77:25, 113:21, 174:18
unemployment [9] - 143:24, 144:3, 144:20, 148:15, 151:7, 156:6, 157:5, 158:20, 159:22
unfairly [1] - 134:17
unfold [1] - 161:25
union [31] - 72:8, 72:12, 72:15, 72:17, 72:18, 72:22, 72:25, 74:5, 74:8, 74:11, 74:19, 74:21, 74:24, 75:3, 75:6, 76:7, 76:11, 77:5, 79:7, 84:6, 116:19, 120:14, 120:18, 123:14, 123:17, 123:23, 146:23, 148:2, 153:5, 153:10, 162:20
United [6] - 29:24, 30:15, 33:4, 34:4, 56:17, 56:20
UNITED [1] - 1:2
unjust [3] - 108:25, 124:23
unlawfully [2] - 173:4, 173:13
unless [5] - 13:4, 55:25, 122:22, 133:19, 180:2
up [31] - 10:14, 21:9, 28:12, 36:9, 36:13, 36:22, 46:7, 73:25, 81:10, 91:24, 92:7, 96:17, 106:17, 129:17, 129:22, 138:4, 140:4, 156:3, 159:18, 159:20, 160:7, 160:11, 164:5, 166:23, 167:4, 171:22, 178:17, 185:23, 185:25, 190:19, 194:16
upset [1] - 142:5

## V

vague [1] - 59:8
VECCHIA [3] - 1:11,

1:11
Vecchia [27] - 2:24, 79:14, 79:15, 102:19, 103:4, 103:7, 105:10, 119:11, 119:14, 119:15, 120:21, 121:6, 132:13, 132:25, 133:24, 135:4, 135:9, 135:13, 135:24, 136:5, 137:2, 139:3, 153:8, 158:12, 187:3, 187:6, 188:8
Vecchia's [4] - 134:3, 134:9, 134:17, 134:24
VEGA [1] - 1:5
Viega [1] - 39:2
Viegas [4] - 38:24, 39:3, 64:24, 64:25
visit [1] - 29:21

## W

wage [15] - 73:3, 73:6, 73:7, 73:11, 73:18, 73:19, 73:22, 73:25, 74:5, 74:7, 74:9, 74:11, 75:9, 75:13, 75:15
wages [4] - 28:17, 74:3, 173:25, 174:2
wait [7] - 7:21, 43:16, 148:18, 162:13, 174:19, 188:8
waiting [4] - 150:24, 152:15, 160:8, 162:10
waived [1] - 3:8
walk [1] - 123:6
WALLACE [1] - 2:13
Wallace [3] - 156:14, 156:18, 156:21
wallet [18] - 9:20, 10:14, 11:12, 11:21, 11:23, 11:25, 12:5, 12:15, 12:23, 13:14, 13:24, 15:11, 15:25, 16:9, 22:14, 22:17, 27:10
Walter [1] - 98:25
WALTER [1] - 1:4
warm [1] - 12:17
warn [1] - 93:15
warned [1] - 49:13
warning [2] - 164:14, 167:6
wasting [1] - 15:11
watch [1] - 184:15
ways [1] - 59:19
week [33] - 24:12,

27:4, 28:10, 28:12, 40:20, 65:23, 67:5, 67:22, 68:16, 69:7, 76:20, 77:12, 81:6, 81:10, 81:18, 82:6, 82:8, 83:5, 85:3, 116:14, 119:20, 119:23, 133:8, 133:10, 141:16, 145:24, 162:14, 162:15, 162:24, 172:11, 177:3, 177:14, 187:10
weekends [6] - 98:4, 110:12, 110:16, 110:20, 110:24, 111:2
weeks [3] - 83:24, 129:6, 145:14
welcome [1] - 150:7
welfare [4] - 170:2, 170:13, 171:5, 171:24
Welfare [2] - 172:13, 172:16
West [1] - 2:10
wherein [1] - 33:16
whichever [1] - 29:14
whole [5] - 43:2, 46:16, 46:17, 94:2, 131:13
wife [21] - 53:10, 62:5, 91:18, 91:20, 104:13, 104:15, 104:17, 104:19, 104:20, 105:2, 107:13, 108:5, 108:8, 108:9, 134:3, 134:9, 134:17, 145:5, 145:7, 145:9, 170:25
wife's [1] - 53:17
wife-and-a-half [1] - 91:18
willful [4] - 148:22, 149:3, 149:6, 149:9
winter [3] - 91:5, 91:8, 172:24
wise [1] - 151:22
wish [1] - 196:3
witness [6] - 16:12, 58:16, 130:9, 130:13, 130:17, 130:24
Witness [1] - 4:9
WITNESS [4] - 58:7, 192:12, 192:14, 194:5
witness(es [1] - 195:7
witness(es) [1] - 195:11
woman [6] - 44:4, 55:8, 55:12, 56:4,

57:8, 57:18
wonder [1] - 29:2
word [2] - 39:25, 135:22
words [3] - 11:17, 11:19, 20:6
worker [5] - 137:16, 137:19, 165:17, 165:18, 165:22
workplace [1] - 84:17
worksite [1] - 52:11
worry [1] - 162:4
wrap [1] - 96:17
write [5] - 17:25, 148:11, 164:5, 167:4, 194:16
write-up [3] - 164:5, 167:4, 194:16
writing [1] - 33:13
wrote [2] - 147:18, 166:23

## Y

yard [10] - 47:13, 48:5, 178:16, 179:6, 190:17, 190:20, 190:24, 191:11, 191:12, 191:16
year [23] - 28:14, 28:16, 29:22, 43:2, 43:10, 43:13, 45:8, 45:10, 45:14, 46:16, 46:17, 76:13, 82:23, 85:10, 85:11, 108:20, 111:16, 144:2, 145:21, 169:18, 170:11, 171:11, 178:13
years [20] - 20:8, 23:25, 30:13, 31:17, 32:16, 37:12, 37:14, 45:5, 55:4, 56:2, 63:21, 65:5, 69:18, 69:19, 85:13, 85:14, 124:23, 132:22, 143:17, 171:8
yell [2] - 112:3, 164:17
yesterday [1] - 36:14
York [20] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:19, 30:4, 30:16, 30:18, 30:24, 31:2, 31:3, 31:7, 34:4, 54:2, 193:24, 195:6
YORK [2] - 1:2, 193:4

14

**younger**[1] - 20:3
**youngest**[1] - 55:5
**yourself**[9] - 8:8, 16:16, 16:18, 18:9, 28:12, 39:16, 48:21, 96:19, 127:12

---

## Z

**ZABELL**[33] - 2:17, 2:20, 4:13, 8:11, 12:2, 12:17, 23:5, 33:12, 33:22, 44:17, 49:9, 58:5, 59:6, 59:25, 60:6, 73:13, 86:2, 86:6, 92:17, 96:5, 96:8, 102:25, 130:6, 130:10, 130:14, 130:18, 130:21, 130:25, 163:20, 186:22, 192:2, 192:11, 192:13
**Zabell**[1] - 194:6
**zero**[1] - 82:15