**ORIGINAL**

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  ————————————————————————————————————X

4

5  NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR
   AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.
   MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,
6  JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS
   ESCALANTE, KEVIN GALEANO, LERLY NOE RODRIGUEZ,
7  JOSE VEGA CASTILLO, JUAN QUINTEROS, and MARCUS
   TULIO PEREZ,
8
                        Plaintiffs,
9
              -against-
10
   SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
11 LOUIS VECCHIA, CHRISTOPHER VECCHIA, HELENE
   VECCHIA, and JOHN DOES 1-5,
12
                        Defendants.
13 ————————————————————————————————————x

14            September 14, 2011
              10:30 a.m.
15
              4875 Sunrise Highway
16            Bohemia, New York

17

18        DEPOSITION of MAYNOR FAJARDO, one of the

19 Plaintiffs herein, taken by the Defendants,

20 pursuant to Order, held at the above-mentioned

21 time and place, before MICHELLE ADAMO, a Notary

22 Public of the State of New York.

23

24

25

2

1

2    A P P E A R A N C E S :

3

4            LAW OFFICE OF IAN WALLACE, PLLC
             Attorneys for Plaintiffs
5                501 Fifth Avenue, 19th Floor
             New York, New York 10017
6
      BY:    IAN F. WALLACE, ESQ.
7            PATRICK MCNAMARA, ESQ., of counsel

8

9
             ZABELL & ASSOCIATES, P.C.
10           Attorneys for Defendants
                 4875 Sunrise Highway
11           Bohemia, New York 11716

12    BY:    SAUL ZABELL, ESQ.

13

14

15

16

17

18

19

20    ALSO PRESENT:

21    Margarita Arias - Spanish interpreter

22

23

24

25

3

1

2                    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED

5     by and between the attorneys for the

6     respective parties herein, that filing,

7     sealing and certification be and the same

8     are hereby waived.

9

10         IT IS FURTHER STIPULATED AND AGREED

11    that all objections, except as to the form

12    of the question shall be reserved to the

13    time of the trial.

14

15         IT IS FURTHER STIPULATED AND AGREED

16    that the within deposition may be

17    signed and sworn to before any officer

18    authorized to administer an oath, with the

19    same force and effect as if signed and

20    sworn to before the Court.

21

22

23

24

25

4

1

2    M A R G A R I T A   A R I A S, having been first

3       duly sworn by a Notary Public within and

4       for the State of New York, translated the

5       questions from English into Spanish and the

6       answers from Spanish into English under

7       oath as follows:

8    M A Y N O R   F A J A R D O, the witness herein,

9       having been first duly sworn by a Notary

10      Public in and of the State of New York, was

11      examined and testified as follows:

12   EXAMINATION BY

13   MR. ZABELL:

14      Q      State your name for the record,

15   please.

16      A      Maynor Fajardo.

17      Q      State your address for the record,

18   please.

19      A      24 Carter Street, Huntington, New

20   York 11743.

21             MR. ZABELL:  Counsel for the

22             plaintiffs has agreed, based upon the

23             time of his arrival both yesterday and

24             today, that he will be paying the

25             translator's fees for one hour each day;

1
2      one hour yesterday and one hour for
3      today; is that correct?
4              MR. WALLACE:  That is correct.
5              MR. ZABELL:  In addition, we have
6      stated and showed Counsel, have the
7      computers that were in the possession of
8      the DA's office, they are currently
9      powered up and hooked up to a monitor
10     with a keyboard and a mouse, but they are
11     not going beyond the initial boot-up
12     stage.
13             Counsel, did I show you that?
14             MR. WALLACE:  That is correct.
15             MR. ZABELL:  Because they are not
16     going beyond the boot-up stage, I am of
17     the opinion that it would require someone
18     with a bit of computer savvy to access
19     the content of that information.
20             Counsel, was that your
21     understanding, as well?
22             MR. WALLACE:  There were two
23     computers that were shown to me.  You
24     represented the laptop and the desktop
25     also.

6

1

2          MR. ZABELL:  They suffer from the

3     same issue.  As I represented to Counsel,

4     I have already been in contact with the

5     District Attorney's office, and I have

6     reached out to their computer

7     individuals, who had access to the

8     computers, to determine if they took any

9     steps that would have resulted in the

10    current condition of the computers.

11         I am waiting for them to get back

12    to me.  I spoke specifically to Charles

13    Bartel, who advised me that he will reach

14    out to them and have them try to contact

15    me.

16         I will agree to make the computers

17    available at some later date, a

18    mutually-agreed upon later date when

19    Counsel and I discuss and figure out who

20    is responsible for getting the computer

21    information into an accessible form.

22         Once that is done, I will make the

23    computers, again, available for

24    inspection and review.  I advised Counsel

25    of this early enough today so he can

7

M. Fajardo

2    reach out to his bookkeeper, who he had

3    advised me will be coming today at 5:00;

4    is that correct, Counsel?

5         MR. WALLACE:  That's correct.  We

6    mutually agreed yesterday that a

7    bookkeeper would come to access the

8    QuickBooks reports on the computers.

9         This morning today, for the first

10    time, this issue was revealed about this

11    and this technical fault in the computer

12    and therefore, Counsel is correct that

13    this clearly needs to be addressed, and

14    we're mindful of the deadline tomorrow as

15    set by the Court.

16         I believe we have to advise the

17    Court as soon as practical of this turn

18    of events.

19         MR. ZABELL:  Counsel, if you mean

20    you would like to call the Court at this

21    time, I would be amenable to that.

22         MR. WALLACE:  I don't think we

23    should postpone the process, if you're

24    okay with that.

25         MR. ZABELL:  You do?

8

                              M. Fajardo

1                             M. Fajardo

2              MR. WALLACE:  You're okay with

3        that?

4              MR. ZABELL:  With what?

5              MR. WALLACE:  Addressing this with

6        the Court at another time.  I think it's

7        better that we will proceed with the

8        deposition.

9              MR. ZABELL:  If that is your

10       suggestion, Counsel, I have no objection.

11             MR. WALLACE:  Would you be

12       available tomorrow to call the Court?

13             MR. ZABELL:  No, I will not be

14       available, but perhaps, we can do it

15       sometime today.

16       Q     Mr. Fajardo, how are you feeling

17   today?

18       A     Good, thank you.

19       Q     I'm going to be asking you

20   questions in English.  It is clear from both

21   your eye contact and your immediate responses

22   that you understand some English.

23             For purposes of this deposition,

24   though, I want you to wait until the questions

25   that I ask of you are translated into Spanish,

9

1                       M. Fajardo

2      then I want you to only answer the questions in

3      Spanish.

4                       Do you understand that?

5           A      Yes.

6           Q      Spanish is your native language;

7      is that correct?

8           A      Yes.

9           Q      The young lady sitting to your

10     left, do you have any issues understanding her?

11          A      No.

12          Q      You understand that you're at a

13     deposition, do you not?

14          A      Yes.

15          Q      At this deposition, you are

16     required to respond to the questions that I ask

17     of you.

18                      Do you understand that?

19          A      Yes.

20          Q      If you do not understand a

21     question, you have an obligation to tell me that

22     you don't understand the question.

23                      Do you understand that?

24          A      Yes.

25          Q      If you provide an answer to a

10

1                       M. Fajardo

2    question that I ask you, it will be assumed that

3    you understood that question.

4                Do you understand that?

5        A    Yes.

6        Q    Are you currently under the

7    influence of any drugs or alcohol?

8        A    No.

9        Q    When was the last time you partook

10   in drinking alcohol?

11       A    December 26, 2010.

12       Q    Can you think of any reason why

13   your ability to give truthfully and accurate

14   testimony today would be impaired?

15       A    Excuse me, I didn't understand.

16       Q    Can you think of any reason why

17   you would not be able to give truthful and

18   accurate testimony today?

19       A    I don't think there is any reason.

20       Q    I'm going to serve you with a

21   complaint in a civil matter right now.

22            MR. ZABELL:  Please let the record

23            reflect that I have provided Mr. Fajardo

24            with a copy of a complaint naming him as

25            a defendant in a civil action.

11

                              M. Fajardo

1

2        Q       You are encouraged, Mr. Fajardo,

3    to read that, and to reach out to legal counsel,

4    so they may defend you in that lawsuit.

5        A       Okay.

6        Q       Mr. Fajardo, are you known by any

7    other names?

8        A       Yes.

9        Q       How many different names are you

10   known by?

11       A       Renato is my second name.

12       Q       What was the name that you were

13   given at your birth?

14       A       My name is Maynor Fajardo, and

15   before I was Renato Guerra, G-U-E-R-R-A.

16       Q       Why do you have two separate

17   names?

18       A       Because at that time, I didn't

19   have papers and I was fixing my papers with

20   immigration, and I couldn't work with the name

21   Fajardo.

22       Q       So you provided the false name of

23   Renato Guerra?

24               MR. WALLACE:   The portion is going

25               into areas that are covered by the

1                       M. Fajardo

2          protective order regarding all questions

3          about immigration status.

4               So if this line of questioning

5          will go into Mr. Fajardo's immigration

6          status prior to the time that he was

7          separated from the company, I'm going to

8          object and I'm going to direct the

9          witness not to answer the question.

10              MR. ZABELL:  I'm simply asking him

11         about the names he has gone by.  I have a

12         right to ask him what company he provided

13         those names to, especially if one of them

14         is the defendants.

15              So I am going to continue to ask

16         him about that.  I strongly suggest that

17         you sit back and listen, and if there is

18         a specific question you find

19         objectionable, you can raise an

20         objection, and if you think it runs foul

21         with any of the Judge's orders, then you

22         will address it at that time.

23         Q       During what period of time to what

24    period of time did you work as Renato Guerra?

25         A       From 1998 to 2002 or 2003, I don't

13

M. Fajardo

2    remember well.

3        Q        Who is Renato Guerra?

4                 MR. WALLACE:  Objection, asked and

5        answered.

6        Q        You may answer.

7        A        I am.

8        Q        Where did you get the name Guerra

9    from?

10       A        Through my father.

11       Q        So you utilized your father's

12   name?

13       A        My father's last name.

14       Q        Fajardo is whose last name?

15       A        My mother's.

16       Q        What is your father's name, full

17   name?

18       A        Hector Antonio Guerra.

19       Q        In your country of origin, is it

20   typical for the son to take on the name of the

21   mother?

22       A        No, the father's.

23       Q        Then, why do you go by your

24   mother's last name?

25       A        Because my father did not

14

1                          M. Fajardo

2    recognize me.

3          Q      What does that mean?

4          A      He didn't want to sign giving me

5    his last name.

6          Q      Why?

7          A      I don't know.

8          Q      Did you ever ask him?

9          A      No.

10         Q      But you took his last name?

11         A      Yes.

12         Q      Even though you had no legal right

13   to do so?

14                MR. WALLACE:  Objection.

15         Q      You may answer.

16                MR. WALLACE:  Objection, asked and

17         answered.

18         A      Excuse me?

19         Q      Even though you had no legal right

20   to take his last name, you took his last name?

21                MR. WALLACE:  Renewed objection.

22         A      Yes.

23         Q      Do you have any documentation in

24   the name of Renato Guerra?

25         A      No.

15

1                         M. Fajardo

2           Q       Do you have a driver's license?

3           A       No.

4           Q       Are you authorized to drive in the

5    United States?

6           A       Yes, but at this time, no.

7           Q       Why is that?

8           A       Because my license is suspended.

9           Q       Why is your license suspended?

10                  MR. WALLACE:   Objection, I'm going

11          to take a break.

12          Q       I'm going to ask you to answer the

13   question.

14          A       Because of an immigration case.

15                  MR. ZABELL:   Let the record

16          reflect that Mr. Wallace is hurriedly

17          departing the room.

18                  (Whereupon, a recess was taken

19          from 10:43 a.m. until 10:46 a.m.)

20                  MR. WALLACE:   We want to state for

21          the record that in response to the

22          pending question, his response would

23          violate the Court Order and therefore, I

24          am directing him not to answer.

25

1                          M. Fajardo

2              If he did answer on the record, I

3       am directing that it should be stricken

4       or at least confidential.

5              MR. ZABELL:  I'm going to object

6       to both.  You don't have the power to

7       strike anything from the record, but you

8       know the avenue that you need to follow

9       if you feel the need to do so.

10             To any designation as

11      confidential, I will not consent.

12             MR. WALLACE:  We will raise that

13      with the Court, but I have directed

14      Mr. Fajardo not to answer any questions

15      that would implicate or involve any issue

16      regarding immigration, because that would

17      violate the Court Order in this lawsuit.

18             MR. ZABELL:  The Judge's direction

19      was that I am not to question him about

20      his immigration status, not anything

21      further.

22             MR. WALLACE:  Right, any answer

23      that would implicate his immigration

24      status.

25             MR. ZABELL:  That is something

17

```
 1                      M. Fajardo
 2       completely different.
 3              MR. WALLACE:  And I directed him
 4       not to answer.
 5              MR. ZABELL:  Could you state
 6       specifically for the record what you
 7       advised your client?
 8              MR. WALLACE:  I have already said
 9       it on the record.
10              I directed my client that there is
11       a protective order regarding immigration,
12       and to respond to any questions that
13       would reveal -- that would pertain to his
14       immigration status is covered by the
15       protective Order by this Court and would
16       violate that, and I have directed him not
17       to answer the questions about immigration
18       status.
19              MR. ZABELL:  That is what you
20       specifically advised him?
21              MR. WALLACE:  I'm not telling you
22       exactly.  I'm telling you on the record
23       what I am saying, I am not going to
24       disclose that.
25              MR. ZABELL:  Understand this, to
```

18

M. Fajardo

1    the extent that you're advising your

2    client not to answer any questions, you

3    do have an obligation to put on the

4    record what those specific directions

5    are.  Otherwise, what you're doing is

6    leading to the possibility to advising

7    your client not to answer certain

8    questions that are not covered by the

9    Judge's Order.

10           If you're giving your client that

11   specific direction, I'll give you the

12   opportunity to make that objection, but

13   make it on the record.  Anything else is

14   really not relevant, should not be

15   relevant, and runs the foul of civil

16   procedure.

17           I'm trying to explain to you as

18   nice as possible, because you asked that,

19   due to cultural misunderstanding, that I

20   speak to you in a more pleasant manner.

21           MR. WALLACE:  I appreciate the

22   civility.  I think it's clear what my

23   direction is, and clear what the Judge's

24   Order is, and I will continue to object.

1              M. Fajardo

2              MR. ZABELL:  It is not clear to me

3         what your objection is.

4              MR. WALLACE:  Let me repeat:  My

5         direction is, for the record, that any

6         question pertaining to immigration status

7         regarding the plaintiff is improper and

8         would violate the Court Order, the

9         protective order.

10             The witness also has been advised

11        of the Court Order in this case, the rule

12        that any questions pertaining to

13        immigration status are improper and,

14        therefore, any answer that would pertain

15        to immigration status, also by virtue of

16        the Court Order, would violate the Court

17        Order.

18             Are we clear on the scope of the

19        Court Order and my direction to comply

20        with the Court Order?

21        Q     Mr. Fajardo, is that what you were

22   told in the hallway?

23             MR. WALLACE:  Objection, don't

24        respond.

25        Q     Have I asked you about your

20

                              M. Fajardo

 1

 2     immigration status, Mr. Fajardo?

 3          A      No.

 4          Q      Did you prepare for this

 5     deposition in any way?

 6          A      No.

 7          Q      Did you meet with your attorneys

 8     prior to coming into my office today?

 9          A      Sometimes.

10          Q      When was the last time you met

11     with your attorney prior to walking into my

12     office today?

13          A      Days ago, but I don't remember

14     when.

15          Q      Where did you meet with them?

16          A      In their office.

17          Q      Where is their office located?

18          A      In Manhattan.

19          Q      For how long did you meet with

20     them?

21          A      For two or three minutes.

22          Q      Did you review any documents when

23     you met with them?

24          A      Yes, one document.

25          Q      What document did you review?

21

1                          M. Fajardo

2          A       A charge that Louis Vecchia has

3    put on me.

4          Q       What charge was that?

5          A       Regarding some money that I owe

6    him and I went to sign, that was it.

7          Q       You did that a couple of days ago;

8    is that correct?

9          A       Yes.

10         Q       Did you pay your attorneys any

11   money?

12         A       Not yet, but it depends on the

13   case, because there is another case that I have

14   with him.

15         Q       Have you paid them any money on

16   any case?

17         A       Yes.

18         Q       How much money have you paid them?

19         A       $500.

20         Q       When did you pay it to them?

21         A       More than -- about a

22   month-and-a-half ago.

23         Q       A month-and-a-half ago, are you

24   sure of that?

25         A       Something like that, yes.

22

1                          M. Fajardo

2          Q     Did you pay it to them in cash or

3     check?

4          A     In cash.

5          Q     I see.  Have you ever gone by any

6     names, other than Maynor Fajardo or Renato

7     Guerra?

8          A     No.

9          Q     Are you sure?

10         A     Yes.

11         Q     Do you possess a passport?

12         A     Yes.

13         Q     How many passports do you possess?

14         A     One.

15         Q     Where do you live?

16         A     24 Carter Street in Huntington.

17         Q     Do you know your zip code?

18         A     11743.

19         Q     Do you own or rent?

20         A     I rent.

21         Q     With whom do you live at 24 Carter

22    Street?

23         A     With Edgar Gonzalez, who is the

24    owner of the house.

25         Q     Do you live there with anyone

23

1                         M. Fajardo

2      else?

3              A      Oh, yes, Johnny Gonzalez, who is

4      the owner's brother, that is it.

5              Q      Do you have any children?

6              A      Yes.

7              Q      How many children do you have?

8              A      Three.

9              Q      Where do your children live?

10             A      At 18 Carter -- I mean, no, excuse

11     me, 18 Third Avenue in Huntington Station.

12             Q      How old are your children?

13             A      Eleven, 12 and 18 -- no, excuse

14     me, 19, she just turned 19.

15             Q      Were those children born in the

16     United States?

17             A      Yes.

18             Q      Do you have any children that live

19     outside the United States?

20             A      No.

21             Q      Are you married?

22             A      Yes.

23             Q      Who is your wife?

24             A      Hilda Carranza, C-A-R-R-A-N-Z-A.

25     Do I have to give her full name?

```
 1                        M. Fajardo
 2        Q        Yes.
 3        A        Hilda-Beatrice Carranza Perez.
 4        Q        Were you married in the United
 5  States?
 6        A        Yes.
 7        Q        Do you currently live with her?
 8        A        No, separated.
 9        Q        For how long have you been
10  married?
11                 MR. WALLACE:  Oh, my God.
12        A        Since 1998.
13        Q        For how long have you been
14  separated?
15        A        Seven years.
16                 MR. WALLACE:  Just a standing
17            objection to the whole line of
18            questioning into his private life.
19        Q        What is your nation of origin?
20        A        Guatemala.
21        Q        When did you come to the United
22  States?
23        A        1992.
24        Q        When was the last time you have
25  been to Guatemala?
```

25

```
 1                        M. Fajardo
 2          A        In 2007 -- no, 2008, excuse me.
 3          Q        When in 2008 did you go to
 4    Guatemala?
 5          A        On January 19th.
 6          Q        For how long did you stay in
 7    Guatemala?
 8          A        One month, because I went to two
 9    places.
10          Q        What was the second place?
11          A        Columbia.
12          Q        So you were in Guatemala from
13    January 19th to February 19th?
14          A        Yes.
15          Q        Then, you went to Columbia from
16    February 19th?
17          A        Until March 22nd.
18          Q        Why did you go to Guatemala?
19          A        Family issues.
20          Q        What were those family issues?
21          A        Something with my mother.  They're
22    private things between my mother and me.
23          Q        This was in 2008, correct?
24          A        Yes.
25          Q        I need to know what those private
```

26

1                          M. Fajardo

2    things were.

3                    MR. WALLACE:  No, I am directing

4              him not to respond to that.  If you want

5              an answer, you're going to have to go to

6              the Judge.

7         Q      You borrowed money from Louis

8    Vecchia or Suffolk Paving Corp. in 2008 during

9    that period of time, didn't you?

10        A      Yes.

11        Q      You borrowed money for your

12   mother, correct?

13        A      Yes.

14        Q      What were the personal issues with

15   your mother that you had in 2008?

16                  MR. WALLACE:  You don't have to

17             answer that.

18                  MR. ZABELL:  We're going to call

19             the Judge.  I'm going to give you two

20             minutes to re-think your position.  You

21             may want to talk to co-counsel.

22                  MR. WALLACE:  It's intrusive, all

23             of this line of questioning is intrusive.

24             This is a wage claim.  He is suing for

25             unpaid wages.  What the hell has his

27

1                    M. Fajardo

2       issues with his mother in Guatemala have

3       to do with this case?

4              MR. ZABELL:  Is there a

5       retaliation claim?

6              MR. WALLACE:  It's intrusive.  How

7       is it relevant?

8              MR. ZABELL:  He was lent money and

9       you said we only sued him because he sued

10      us.

11             MR. WALLACE:  How is problems with

12      his mother or issues with his mother

13      going to do with the retaliation claims?

14             MR. ZABELL:  We're going to

15      discuss it with the Judge.

16             MR. WALLACE:  I think it's

17      invading his private life.  It's

18      intrusive.  You don't have any right to

19      invade his private life for a lawsuit

20      against your client.  It has nothing to

21      do with his lawsuit.  So let's call the

22      Judge.

23             Whether he was separated with his

24      wife, where his wife lives or his ex-wife

25      or how many children his has, has nothing

28

M. Fajardo

1   to do with this lawsuit.  I permitted the

2   questioning and I think it's bordering on

3   harassment.

4   MR. ZABELL:  What you did was a

5   speaking objection, and we're going to

6   bring that up, as well.

7   (Whereupon, Judge Tomlinson was

8   called and the following colloquy was

9   had:)

10  MR. ZABELL:  My response to what

11  was the other reason given with regard to

12  this individual needing the money.  On

13  two separate occasions, he advised

14  co-workers and the owner of the company

15  that he needed money, A, to come back

16  into the country because he needed the

17  money for some reason to get in, and on

18  another occasion, he said that he needed

19  it to pay for an operation for his

20  mother.

21  We believe both instances to be

22  incorrect, because he relayed to another

23  co-worker that he needed the money,

24  because he was running off to Columbia

29

1                           M. Fajardo

2        with a girlfriend.

3                 JUDGE TOMLINSON:  I heard enough.

4        I am not permitting this line of

5        questioning to continue.  The money was

6        borrowed.  You're aware of what was

7        borrowed, what he borrowed the money for.

8        That is sufficiently intrusive here and

9        frankly, with regard to credibility, I'm

10       not convinced by what I'm hearing.

11                MR. ZABELL:  If I may, I certainly

12       understand your ruling, but it appears as

13       if your ruling is preventing me from

14       exploring certain credibility issues with

15       this individual where I have a good faith

16       basis to believe they exist.  And I'm

17       sorry to do this to you, and I'm not

18       doing this for any other purpose, other

19       than guidance in this deposition.

20                If I am not permitted to test his

21       credibility, then I am not sure what the

22       benefit of this deposition will be when,

23       ultimately, I try this case.

24                JUDGE TOMLINSON:  The fact of this

25       deposition is precisely to discover the

30

                            M. Fajardo

1

2      facts, the facts with respect to the

3      plaintiffs in the case and your

4      defendants in the case.

5          The fact that he's claiming

6      retaliation because he requested a loan

7      and was given a loan, those are the facts

8      that are relevant here.  The reason why

9      he requested the loan, there are ways to

10     test credibility that go with relevance

11     of the plaintiffs and defendants in the

12     case.

13         I find, based on what has been

14     explained to me on this particular issue,

15     and that the plaintiff claims and has

16     been set out there that his mother was

17     ill.  If you don't believe it, so be it.

18     But I am not going to permit you to delve

19     further into what was wrong with his

20     mother, her medical records.  That is

21     beyond a line that I am not going to

22     allow you to cross.

23         MR. ZABELL:  I really -- I'm very

24     sorry for belaboring this.

25         JUDGE TOMLINSON:  I'm not dense,

31

1                           M. Fajardo

2        Counsel.

3               MR. ZABELL:  I don't think you're

4        dense at all.  In fact, quite the

5        opposite, and that is why I am inquiring

6        a little bit further.

7               If he requested this loan under

8        false presences, I don't understand why I

9        would not be able to use that information

10       to attack his credibility, ultimately, in

11       the trial.

12              JUDGE TOMLINSON:  You can't attack

13       his credibility of why he requested the

14       loan.  You asked him questions about his

15       mother's illness and to her physical

16       condition.  I'm not going to allow it.

17       It's a violation of HIPAA, and I don't

18       think it's appropriate.

19              MR. ZABELL:  I understand the

20       HIPAA violation.  I don't think it would

21       be a HIPAA violation, because his

22       mother's illness was outside the country

23       and jurisdiction of HIPAA.

24              MR. WALLACE:  Your Honor --

25              JUDGE TOMLINSON:  I made my

32

1                          M. Fajardo

2          ruling, your objection is noted.  If you

3          get to another area where attacking his

4          credibility becomes an issue, then call

5          me back.

6                    MR. ZABELL:  Is it Your Honor's

7          ruling that I cannot question him on the

8          basis for his requesting this loan?

9                    JUDGE TOMLINSON:  I thought you

10         already raised that question, and he has

11         already given his answer.

12                   MR. ZABELL:  He said he went to

13         Guatemala because of personal issues with

14         his mother, and I was stopped after I

15         asked him what those personal issues

16         were.

17                   Counsel has interpreted that to

18         mean health.  I don't know if it's

19         health.

20                   MR. WALLACE:  Mr. Zabell just

21         stated to you that it was health reasons.

22                   MR. ZABELL:  I believe,

23         ultimately, he is going to go to health,

24         but we don't know that, he has not said

25         that yet.

33

1          M. Fajardo

2          JUDGE TOMLINSON:  Is the court

3    reporter able to read back the last

4    series of questions to me?

5          MR. ZABELL:  She's signifying yes.

6          (Whereupon, the requested

7    testimony was read back by the court

8    reporter.)

9          MR. WALLACE:  I asked Mr. Zabell

10   where he was going to go with this, and

11   he didn't really want to indicate where

12   he wanted to go with this.

13         MR. ZABELL:  It depends on the

14   answer.

15         JUDGE TOMLINSON:  So you may ask

16   him the leading question, which I will

17   permit, but with regards to the private

18   things that he has made reference to, an

19   issue of his mother's health, if he says

20   yes, then move on.

21         MR. ZABELL:  Thank you, Your

22   Honor.  While we have you on the phone,

23   we encountered another issue, not

24   adversarial, but we want to advise Your

25   Honor of it.

34

                              M. Fajardo

1

2             Your Honor's previous Order in

3        this case made reference to making the

4        computers that were originally seized by

5        the District Attorney's office available

6        for inspection.  We have done that, but

7        the problem is they're not booting up

8        beyond the initial screen.

9             Counsel and I have agreed to make

10       alternate arrangements to address that,

11       but we want to advise Your Honor, because

12       Counselor is going to view it beyond the

13       specific timeframe of your Order.

14            JUDGE TOMLINSON:  Thank you for

15       letting me know that.  I'll be here the

16       rest of the day if something else comes

17       up.

18            MR. ZABELL:  Thank you.

19            (Whereupon, the call was

20       concluded.)

21       Q    Mr. Fajardo, before taking that

22  break, you were telling me that you went to

23  Columbia because of family issues with your

24  mother.

25       A    No.

35

M. Fajardo

1

2      Q       Were they personal issues with

3  your mother?

4      A       In Guatemala.

5      Q       Were those personal issues

6  health-related?

7      A       Yes.

8      Q       So you went to Guatemala between

9  January 19th and February 19th; is that correct?

10     A       I don't remember if it was the

11  19th, but it was from -- I left here in January.

12  When I went to Columbia, I don't know.

13     Q       Why did you go to Columbia after

14  you want to Guatemala?

15     A       Personal things of mine.

16     Q       What were those personal things of

17  yours?

18     A       To see my girlfriend.

19     Q       You stayed in Columbia through

20  March of 2009; is that correct?

21     A       No, 2008.

22     Q       For how many months did you stay

23  in Columbia?

24     A       One month.

25     Q       During that period of time, you

36

1                        M. Fajardo

2     borrowed money from Suffolk Paving; is that

3     correct?

4           A        Yes.

5           Q        How much did you borrow?

6           A        He gave me two loans; one for

7     $8,000 and $8,500, I think the other one was.

8           Q        One for $8,000 and one for $8,500?

9           A        Yes.

10          Q        When did he loan you the first

11    loan?

12          A        I don't recall, but it was in

13    January.

14          Q        January of 2008?

15          A        Yes.

16          Q        Why did he loan you $8,000 in

17    January of 2008?

18          A        Because I needed it.

19          Q        What did you need it for?

20          A        Family issues.

21          Q        What family issues?

22          A        About my mother's case.

23          Q        What case are you referring to?

24          A        Her health.

25          Q        So you borrowed $8,000 for your

37

M. Fajardo

1
2   mother's health?

3          A      Yes.

4          Q      You need to answer yes or no.  The
5   court reporter can't take down a grunt, you
6   understand?

7          A      Yes.

8          Q      Did you use that entire $8,000 to
9   pay a medical bill for your mother?

10         A      Yes.

11         Q      Where did you pay that medical
12  bill?

13         A      My older brother took care of
14  that.

15         Q      What is your older brother's name?

16         A      Virgio Giovanni Fajardo.

17         Q      So you gave $8,000 to your
18  brother?

19         A      Yes.

20         Q      Do you know what your brother used
21  that money for, exactly?

22                MR. WALLACE:  Objection, asked and
23          answered.

24                You can answer for the fifth time.

25         A      Yes, for my mother's health.

38

1                           M. Fajardo

2          Q       What was it used for,

3    specifically?

4                   MR. WALLACE:   Objection.

5                   You're breaching the Court Order.

6          Q       Was it used for medical bills?

7          A       Yes.

8          Q       Was any part of it used for

9    anything, other than medical bills?

10                  MR. WALLACE:   Objection.

11         A       No.

12         Q       Did you personally see those

13   medical bills?

14         A       No.

15         Q       You just believed your brother?

16         A       Yes.   Because there are six of us,

17   and the six of us put in money so my mother

18   could be operated on -- I didn't say operated, I

19   said for her to feel better, her health.

20         Q       Your mother was located in

21   Guatemala at that time?

22         A       Yes.

23         Q       You borrowed an additional $8,500

24   from defendants, did you not?

25         A       Yes.

39

                              M. Fajardo

1

2    Q    When did you borrow that?

3    A    At the same time.

4    Q    Why did you borrow that?

5    A    Because I needed it for expenses.

6    Q    What type of expenses?

7    A    Regarding my trip.

8    Q    So you needed it for personal

9    expenses?

10   A    Yes.

11   Q    Can you please explain to me what

12   those personal expenses are?

13   A    Can I answer that?

14   Q    You must answer that.

15   A    Regarding my trip -- regarding my

16   trip, I had to pay for the plane, food, my

17   phone, too, and I had to leave money with my

18   children before leaving.

19   Q    So you borrowed $8,500 for a

20   vacation?

21        MR. WALLACE:  Objection,

22        mischaracterization of his testimony.

23   A    It was not a vacation.

24   Q    Was it a vacation in Guatemala

25   from January to February?

40

1                          M. Fajardo

2          A       No.

3          Q       What about when you went to see

4    your girlfriend in Columbia from February to

5    March?

6          A       That was like a vacation, but it

7    was not a vacation.

8          Q       Why was it not a vacation?

9          A       Because I went to my girlfriend's

10   house, not to go around.

11         Q       So you borrowed money to go to

12   your girlfriend's house?

13         A       No.

14         Q       How much of the $16,500 have you

15   paid back?

16         A       I didn't pay anything back because

17   he took the Lincoln Navigator, 2003, away from

18   me.

19         Q       So you borrowed $16,500 from

20   defendants, correct?

21         A       Yes.

22         Q       You took that money from them?

23                 MR. WALLACE:   Objection, asked and

24         answered.

25         A       Yes.

41

1                           M. Fajardo

2          Q       You never paid it back?

3          A       No.

4          Q       Correct?

5          A       No.   Because he took away the

6    truck that I had.

7          Q       Did you have an agreement that you

8    didn't have to pay that money back?

9          A       He never said anything about the

10   money, and when he took away my truck, he said

11   that he still owed me.

12         Q       You bought a truck from the

13   defendants, did you not?

14         A       Yes.

15         Q       When did you buy a truck from

16   defendants?

17         A       In 2004.

18         Q       What type of truck was that?

19         A       A Lincoln Navigator.

20         Q       What was the year of that Lincoln

21   Navigator?

22         A       2003.

23         Q       In 2004, you bought a year-old

24   Lincoln Navigator?

25         A       Yes.

42

M. Fajardo

1

2     Q      How much did you pay for that

3  Lincoln Navigator?

4     A      About three years, I paid about

5  $32,000.

6     Q      What was the agreed-upon price of

7  that car?

8     A      $46,000.

9     Q      You agreed to buy that vehicle for

10  $46,000, correct?

11    A      Yes.

12    Q      Did you pay $46,000 for that

13  vehicle?

14    A      I didn't pay them because he took

15  the truck away.

16    Q      When did he take the truck away?

17    A      When I was in Columbia or in

18  Guatemala.

19    Q      So he took that truck away in

20  2009?

21    A      Yes -- no, 2008, the same year

22  that I left.

23    Q      The same year that you left what?

24    A      To Guatemala.

25    Q      So you had that Lincoln Navigator

43

1                              M. Fajardo

2     for five years?

3              A      Yes.

4              Q      How much did you pay for that

5     Lincoln Navigator in the five years?

6              A      $32,000.

7              Q      So you owed $14,000, plus interest

8     on that Lincoln Navigator, correct?

9              A      No, I don't owe anything.

10             Q      If you bought the vehicle for

11    $46,000 and you only paid $32,000 for it, don't

12    you owe money on it?

13             A      No, because when I asked him for a

14    raise, he told me to keep the truck and that he

15    was not going to charge me for the truck.

16             Q      Do you have that in writing?

17             A      No.

18             Q      You owe $14,000 for the truck and

19    $16,500 for the loan; is that correct?

20                    MR. WALLACE:  Objection,

21             mischaracterizing the testimony.

22             A      No.

23             Q      You borrowed $16,500, correct?

24             A      Yes.

25             Q      You did not pay that back,

44

1                       M. Fajardo

2   correct?

3          A       No, because I had to pay -- I gave

4   the truck in exchange for the money that I owed

5   him.

6          Q       But you still owed money on the

7   truck?

8          A       Yes, but he kept the truck.

9                  MR. WALLACE:  For the record,

10              Mr. Zabell is sort of staring at the

11              witness without saying anything.

12                 MR. ZABELL:  I disagree with the

13              characterization.  Now I'm staring at

14              you.

15                 What did he say?

16                 THE INTERPRETER:  He said, "he was

17              looking like this without speaking."

18                 MR. WALLACE:  I was translating to

19              the client.

20                 MR. ZABELL:  When you coach your

21              client, coach him in English.

22                 MR. WALLACE:  I'm translating

23              because you're not letting the translator

24              translate what I am saying for the

25              record.

45

1                        M. Fajardo

2              I think it's unfair that you are

3        saying things that he does not

4        understand.  If you will allow the

5        translator to translate what I am saying

6        and my objections on the record, then we

7        wouldn't have this issue, and I would not

8        have to translate to my client.

9              MR. ZABELL:  Ian, I would like

10       very much for you to remain silent.

11             MR. WALLACE:  Ain't going to

12       happen, ain't going to happen.  Proceed.

13       Q      You borrowed $16,500 from

14  defendants; is that correct?

15       A      Yes.

16       Q      Half of that was for your trip to

17  see your girlfriend in Columbia, correct?

18             MR. WALLACE:  Objection.

19       A      No.

20       Q      You said that you borrowed $8,000

21  for your mother's medical issues, correct?

22       A      Yes.

23       Q      And you gave that to your brother?

24       A      Yes.

25       Q      Without looking at any bills or

46

1                     M. Fajardo

2    invoices, correct?

3         A      Yes.

4         Q      You borrowed another $8,500 to

5    cover your plane fare, your telephone, and to

6    give money to your kids before you left; is that

7    correct?

8         A      Yes.

9         Q      You have no documentation

10   indicating that you paid any of that $16,500; is

11   that correct?

12                  MR. WALLACE:   Objection.

13        A      No.

14        Q      No, you have no documentation?

15        A      No.

16        Q      You understand that you're being

17   sued for the money that you were lent?

18        A      No, not regarding that money.

19        Q      What do you think you're being

20   sued for?

21        A      Because my ex-boss says that he

22   lent me $42,000 to buy a Lincoln Navigator, when

23   he was the one that gave me the actual truck.

24        Q      Well, has it been explained to you

25   that you're being sued for your failure to pay

47

M. Fajardo

2    for that Lincoln Navigator?

3         A        Yes.

4         Q        By your own admission, you did not

5    pay for the entire amount of that Lincoln

6    Navigator; is that correct?

7         A        No, I didn't pay completely, no.

8         Q        There came a time that you stopped

9    making payments on that Lincoln Navigator,

10   correct?

11        A        Yes.

12        Q        When did you start making payments

13   on that Lincoln Navigator?

14        A        I don't recall.

15        Q        How did you make payments on that

16   Lincoln Navigator?

17        A        Cash.

18        Q        Do you have any receipts

19   indicating that you made any?

20        A        No.

21        Q        Do you know how many cash payments

22   you made?

23        A        How many, no.  But in three

24   years -- I maybe stopped paying after three

25   years -- excuse me, within three years.  I maybe

48

M. Fajardo

1  didn't pay five months, but I don't remember

2  which months they were.

3

4       Q       Why didn't you pay for five

5  months?

6       A       Because the lack of work, my boss

7  knew about it, and I explained it to him and he

8  always accepted.

9       Q       So you could not afford to make

10  the payments?

11       A       No.

12       Q       No, you could not afford it?

13       A       Yes.  But when there was no work,

14  I couldn't, and I would explain it to him.

15       Q       There were periods of time during

16  the year where you could not afford to make

17  payments?

18       A       Yes.

19       Q       You could not afford the vehicle?

20               MR. WALLACE:  Objection.

21       Q       You may answer.

22       A       Yes.

23       Q       Are you familiar with the term

24  repossession?

25       A       No.

49

M. Fajardo

1

2      Q      Do you know that if you buy

3  something on credit and you can't afford it,

4  then the company has the right to take that

5  thing back?

6              MR. WALLACE:  Objection.

7              You can answer.

8      A      Yes.

9      Q      Is that what happened with the

10  Lincoln Navigator?

11      A      No.

12      Q      What happened to the Lincoln

13  Navigator?

14      A      When I was in Guatemala, my boss

15  thought I was not going to return, and he said

16  he was going to take the truck.  When I

17  returned, he said that he took the truck,

18  because he said that he thought that I was not

19  going to return.

20              And when I said that I paid him so

21  much, wasn't what I owed him, he said that then,

22  he stilled owed me.

23      Q      Do you not think that you still

24  owe him?

25      A      No.

50

1                          M. Fajardo

2          Q       Did you take steps to get current

3     on your payments on the vehicle?

4          A       Yes, I did a lot to be up-to-date

5     with my payments.

6          Q       But you weren't up-to-date on your

7     payments?

8          A       No, not for a certain time.

9          Q       Did you make payments on the

10    vehicle when you were in Columbia?

11         A       No.

12         Q       Did you make payments?

13         A       No, because during that time, he

14    had already said that the truck was already

15    mine, that I didn't have to pay him anything

16    else.

17         Q       You just said that you still owed

18    him money on that vehicle?

19                 MR. WALLACE:   Objection.

20         Q       Did you not?

21         A       No, I don't owe him money.

22         Q       But you just said that you owe him

23    money?

24         A       The $8,000 that he lent me, he

25    said that he was going to take the truck in

51

1                          M. Fajardo

2    exchange and that he still owed me, because when

3    I came from Columbia, he still owed me.  He gave

4    me $2,000.

5          Q      When did he give you $2,000?

6          A      When I came here because I had to

7    pay something that he knew about, an attorney.

8          Q      Explain to me what you had to pay.

9          A      An attorney.

10         Q      About what?

11         A      Personal thing about my trip.

12                MR. WALLACE:  Don't respond to

13           that.

14         Q      Is it about immigration?

15         A      Yes, he knew, Louis knows.

16         Q      So he lent you $8,000 for your

17   mother?

18                MR. WALLACE:  Asked and answered.

19           You can answer this for the tenth time.

20         A      Okay.

21         Q      Yes?

22         A      Yes.

23         Q      Then, he lent you $8,500 to cover

24   all of your trip expenses?

25                MR. WALLACE:  Objection,

52

1                              M. Fajardo

2              mischaracterization of his testimony.

3              You can answer.

4        A       Yes.

5        Q       Then, he lent you another $2,000?

6        A       No, he didn't lend those to me.

7    He paid those to me because he still owes me.

8        Q       So there is $8,500, $8,000, then

9    there's $2,000, correct?

10       A       Yes.

11       Q       That adds up to $18,500?

12       A       Why $18,000?  I owed him the

13   $16,500.  Those $2,000 he gave me as a payment

14   for what he took for the truck.

15       Q       When did he give you that $2,000?

16       A       When I just returned.

17       Q       So he gave you $18,500 during that

18   three-month period?

19       A       No, not three months.

20       Q       How many months?

21       A       The $2,000 he gave me after

22   seven months when I was here.

23       Q       Didn't you just say he gave it to

24   you when you came back?

25       A       When I returned from Columbia, it

53

1                          M. Fajardo

2    was seven months.

3          Q      You were in Columbia for seven

4    months?

5          A      I said when I returned to work

6    with him seven months later.

7          Q      Seven months after you started

8    coming back?

9                 MR. WALLACE:   Objection.

10         Q      You can answer.

11         A      Yes.

12         Q      Do you recall the month?

13         A      Yes, August.

14         Q      Do you know why you're suing the

15   defendants?

16         A      Yes.

17         Q      Why are you suing him?

18         A      For my overtime hours.

19         Q      How many overtime hours are you

20   suing for?

21         A      Quite a lot.

22         Q      How many?

23         A      The truth is that I don't know,

24   but I know that it was sixteen, seventeen hours

25   per week.

54

1                          M. Fajardo

2          Q       What months of the year did you

3    work for?

4          A       It depends on the year.  There

5    were years that I worked the whole year, and

6    there were years where I only worked ten months.

7          Q       In 2003, how many months did you

8    work out of the year?

9          A       I think it was the whole year.

10         Q       Do you think or do you know?

11         A       I think, but I don't remember.

12         Q       Is there anything that you can

13   look at that will tell you?

14         A       Yes, in my check stubs.

15         Q       Where are your check stubs?

16         A       At home.

17         Q       Did you provide all of your check

18   stubs to your Counsel?

19         A       Yes.

20         Q       Do you have your check stubs for

21   every week that you worked?

22         A       No.

23         Q       Why not?

24         A       Because I have a case with

25   immigration.

55

M. Fajardo

1

2          MR. WALLACE:  For the record,

3          you're not allowed to say anything about

4          immigration.

5     A     I don't have my check stubs,

6  because my other attorney has them.

7     Q     Did you request copies of those

8  check stubs from your other attorney?

9     A     No.

10         MR. ZABELL:  Let's go off the

11         record for a moment.

12         (Whereupon, a discussion was held

13         off the record.)

14         MR. WALLACE:  For the record,

15         regarding the pay stubs, Mr. Fajardo has

16         provided them to me, my office, with all

17         his pay stubs with the sole exception of

18         some pay stubs that his wife took with

19         her, the wife that he is now separated

20         from.

21    Q     Why did your wife take those pay

22  stubs?

23    A     Because she needed them.

24    Q     What did she need them for?

25    A     Child support.

56

M. Fajardo

1

2      Q     Are you paying child support?

3      A     Yes.

4      Q     Can you get those checks back from

5 the wife that you're now separated from?

6      A     I will speak to her.

7      MR. ZABELL:  I'm going to ask you

8      to do so, and when you get them, I'm

9      going to ask that you provide those check

10     stubs to your attorney.

11     THE WITNESS:  Okay.

12     MR. ZABELL:  And when you do and

13     he turns that over to me, right, then, we

14     will continue this deposition if there is

15     a need to do so.

16     MR. WALLACE:  Once you get those

17     other pay stubs -- can you repeat what

18     you just said?

19     MR. ZABELL:  What I asked him to

20     do is get these stubs from his wife, he

21     will provide that to you, you will then

22     provide them to me, and if there is a

23     need to continue this deposition

24     thereafter, we will do so.

25     MR. WALLACE:  I am not agreeing to

57

1                    M. Fajardo

2        that.

3                MR. ZABELL:  Are you agreeing to

4        provide the documents?

5                MR. WALLACE:  Yes.

6                MR. ZABELL:  Are you agreeing to

7        follow up with him?

8                MR. WALLACE:  Yes.

9                MR. ZABELL:  Very good.  Then, we

10        can continue.

11        Q        In 2003, did you collect

12   unemployment benefits?

13        A        No.

14        Q        Did you ever collect unemployment

15   benefits from 2003 going forward?

16        A        Only in 2010.

17        Q        Are you currently working?

18        A        Yes.

19        Q        For whom are you currently

20   working?

21        A        Pioneering Paving Asphalt.

22        Q        When did you start working for

23   Pioneering Paving Asphalt?

24        A        April 4th.

25        Q        Of what year?

58

1                          M. Fajardo

2              A       2009.

3              Q       What name did you provide to

4      Pioneering Paving Asphalt that you go by?

5              A       Maynor Renato Fajardo.

6              Q       In 2003, who was your employer?

7              A       Suffolk Paving.

8              Q       In 2004, who was your employer?

9              A       Suffolk Paving.

10             Q       In 2005, who was your employer?

11             A       Suffolk Paving.

12             Q       In 2006, who was your employer?

13             A       Suffolk Paving.

14             Q       In 2007, who was your employer?

15             A       Suffolk Paving.

16             Q       In 2008, who was your employer?

17             A       Suffolk Paving.

18             Q       In 2009, who was your employer?

19             A       Pioneering Asphalt -- oh, no, hold

20     on.  In 2009, I still worked with Suffolk

21     Paving, and I started in April of 2010 with

22     Pioneer.

23             Q       When did you stop working for

24     Suffolk Paving?

25             A       In September.

59

1                                M. Fajardo

2            Q        September of what year?

3            A        2009.

4            Q        Do you know who owns Suffolk

5     Paving?

6            A        Yes, Louis Vecchia.

7            Q        Are you finished answering?

8            A        Yes.

9            Q        Do you have any reason to believe

10    anybody else owns Suffolk Paving, other than

11    Louis Vecchia?

12           A        No.

13           Q        Every week that you worked for

14    Suffolk Paving, did you receive a paycheck?

15           A        Yes.

16           Q        Did you ever receive cash

17    payments, in addition to your check?

18           A        Sometimes, it depends, as well.

19           Q        How often would you receive cash

20    payments, in addition to your paycheck?

21           A        Not much.

22           Q        What does "not much" mean?

23           A        Maybe about ten times in all.

24           Q        Do you know how much cash you

25    received on those ten times?

60

1                          M. Fajardo

2          A        Sometimes he would give me $100,

3    sometimes $200, yes.

4          Q        How much did you make an hour

5    working for Suffolk Paving in 2003?

6          A        In 2003, I think I earned about

7    $49 in prevailing wage, and regular, I think he

8    paid me $32.  I don't remember really very well.

9          Q        You earned $49 a day?

10         A        An hour.

11         Q        So you're not sure, but you either

12   made $49 or $32 an hour?

13         A        Regular was his hour and

14   prevailing wage was when we did government work.

15         Q        That's a lot of money?

16                  MR. WALLACE:   Objection.

17         A        Yes.

18         Q        You agree?

19         A        Yes.

20         Q        It was good money, right?

21         A        Yes.

22         Q        Did you ever get paid overtime?

23         A        Sometimes.

24         Q        When you got paid overtime, it

25   would be time-and-a-half, correct?

61

M. Fajardo

1

2      A       Sometimes he paid time-and-a-half,

3  and there were times when he paid -- out of

4  ten hours, he would pay one or two hours.

5      Q       So sometimes you would work ten

6  hours and you would get one or two hours

7  overtime?

8              MR. WALLACE:  Objection, it's a

9          mischaracterization of his testimony.

10     A       No.

11     Q       You said out of ten hours, you

12  would get paid one or two hours, correct?

13     A       Sometimes in a week, we worked ten

14  hours a week, and sometimes he would pay us one

15  or two hours.

16     Q       Overtime, correct?

17     A       Yes.

18     Q       In 2004, what was your hourly

19  wage?

20     A       I don't recall.  I think it was

21  the same.

22     Q       In 2005, what was your hourly

23  wage?

24     A       I don't recall, the same, $48.

25     Q       In 2006, what was your hourly

62

M. Fajardo

1

2    wage?

3        A    The same, because it was union and

4    prevailing wage.

5        Q    What was it?

6        A    About $48, $49.

7        Q    In 2007, what was your hourly wage

8    rate?

9        A    The same, about $48, $49.

10       Q    In 2008, what was your hourly wage

11   rate?

12       A    $48 and $49.

13       Q    In 2009, what was your hourly wage

14   rate?

15       A    $48, $49.

16       Q    So your hourly wage rate never

17   went up?

18       A    No.  Because I don't know what

19   kind of operator he paid me, because sometimes

20   he paid me $48 and sometimes $49.

21       Q    From 2003 to 2009, your hourly

22   rate never increased?

23       A    No.

24       Q    Did you ever take a look at your

25   pay stub?

63

1                              M. Fajardo

2          A       Yes.

3          Q       Were there any deductions from

4     your pay?

5          A       Yes.

6          Q       What were the deductions for?

7          A       I don't know.  I only know that

8     there was for vacation, for union, all of that.

9          Q       Do you think that those deductions

10    were appropriate?

11                 MR. WALLACE:  Objection.

12         A       Yes.

13         Q       What year did you join the union?

14         A       2007.

15         Q       Before you joined the union, you

16    would get your supplemental benefits paid to

17    you, correct?

18                 MR. WALLACE:  Objection, you can

19          answer.

20         A       I don't recall.

21         Q       After you joined the union, your

22    supplemental benefits are paid to the union?

23         A       Yes.

24         Q       Do you how much an hour your

25    supplemental benefits were?

64

1                          M. Fajardo

2      A      No.

3      Q      Was it a substantial amount?

4              MR. WALLACE:  Objection.

5      A      I don't recall.

6              MR. ZABELL:  You know you have a

7      standing objection to the form of the

8      question.

9              MR. WALLACE:  There is no standing

10     objection to form.

11             MR. ZABELL:  Do you want a

12     standing objection?  This way you don't

13     have to whisper back and forth to each

14     other.

15             MR. WALLACE:  No, I would rather

16     indicate when I object.

17             MR. ZABELL:  If you're going to do

18     that, that's fine, just no whispering

19     back and forth, it's distracting.

20             MR. WALLACE:  Like you and your

21     client were all day.

22             MR. ZABELL:  It's my deposition.

23             MR. WALLACE:  I can talk to my

24     colleague any time I'd like.

25             MR. MCNAMARA:  I'll be more vocal.

65

M. Fajardo

1

2      Q      What specific tasks and duties did

3   you perform for Suffolk Paving?

4      A      Operator and in charge of the

5   group.

6      Q      In charge of what group?

7      A      The paving crew.

8      Q      Who was in your crew?

9      A      Sometimes they would give me

10  different people, but most of the time, I had

11  Carlos Escalante and Nelson Quintanilla, Lerly

12  Rodriguez, Ronald, but I don't know his last

13  name, Marcus Tulio, and there was someone else

14  whose name was Jose.

15          They would always change the

16  people, so it's difficult for me to remember.

17      Q      Were you provided with a company

18  vehicle?

19      A      Yes, they gave me a vehicle.

20      Q      What kind of vehicle did they give

21  you?

22      A      A pick-up.

23      Q      What kind of pick-up?

24      A      A Ford.

25      Q      What year was it?

M. Fajardo

1

2     A    I don't know, because sometimes

3  they would give me a truck that the mechanic

4  used, and sometimes they would give me that

5  truck.

6     Q    And you would take that pick-up

7  truck home with you that day?

8     A    Not me.

9     Q    Never?

10    A    No.  The driver that drove it, he

11  would take it to his house.

12    Q    Who was the driver that drove it?

13    A    Sometimes Walter drove, sometimes

14  Carlos Escalante drove, and sometimes Lerly

15  Rodriguez drove.

16    Q    There were always tools in the

17  back of that truck?

18    A    Yes.

19    Q    That truck would pick you up from

20  home?

21    A    Yes.

22    Q    It would take you directly to the

23  worksite?

24    A    Sometimes to the job and sometimes

25  to the yard.

67

1                          M. Fajardo

2          Q        At that time you had your own

3     vehicle, correct?

4          A        Yes.

5          Q        What was your vehicle at that

6     time?

7          A        It was a Honda Accord.

8          Q        You could have driven your vehicle

9     directly to the job site, correct?

10         A        Yes.

11         Q        In fact, you were told that you

12    could drive to the worksite?

13                  MR. WALLACE:  Objection.

14         A        Yes.

15         Q        But sometimes you chose to go to

16    the shop?

17                  MR. WALLACE:  Objection.

18         A        Yes.  There were reasons for

19    having to go to the yard.

20         Q        But you could have driven directly

21    to the worksite?

22         A        Yes.

23         Q        Counsel put that picture in front

24    of you.

25                  Do you see that?

68

M. Fajardo

1

2      A      Yes.

3      Q      Did Counsel show you that picture

4  before today's deposition?

5      A      No.

6      Q      It was just sitting in front of

7  you for no reason this morning?

8      A      This morning, yes.

9      Q      When did Counsel show that to you?

10      A      Today.

11      Q      Before this deposition?

12      A      Here, when we got here.

13      Q      What time did you get here this

14  morning?

15      A      At 9:00.

16      Q      What time did your Counsel get

17  here this morning?

18      A      At 10:00.

19      Q      Would you characterize that as

20  being rude?

21      A      No, because he called me.

22      Q      What did he call you?

23      A      He called me to let me know that

24  he was going to arrive a little late.

25      Q      Do you know an individual by the

69

M. Fajardo

1

2    name Pracelis Mendez?

3         A    Yes.

4         Q    Do you know if he was lent any

5    money by Suffolk Paving?

6         A    I don't know.

7         Q    Did you ever ask him?

8         A    No.

9         Q    Did you ever talk to him about

10   this case?

11        A    No.  We've spoken regarding the

12   problems that are going on, but that is it.

13        Q    What problems that are going on?

14        A    Regarding the days that we have to

15   go to court, because he is the one that let's us

16   know sometimes.

17        Q    He's the ringleader?

18             MR. WALLACE:  Objection.

19        A    Yes.

20        Q    Was it his idea to start this

21   lawsuit?

22        A    I don't know.

23        Q    Whose idea was it to start this

24   lawsuit?

25        A    I think it was everyone.

70

1                        M. Fajardo

2          Q      Who is "everyone"?

3                 MR. MCNAMARA:  Objection.

4          A      I don't know.

5          Q      Did you?

6          A      No.

7          Q      When did you stop working for

8     Suffolk Paving?

9          A      September 2009.

10         Q      Why did you stop working for

11    Suffolk Paving?

12         A      Because they told me that they

13    didn't need me.

14         Q      Who said they no longer needed

15    you?

16         A      The dispatcher, Tommy.

17         Q      Did you have a fight with Tommy?

18         A      No.  I was calling him for three

19    days, and the third day, he told me that they

20    had let me go.

21         Q      What days did you call him?

22         A      I don't remember the dates, but I

23    was calling him.  I worked up to Wednesday, I

24    don't remember the date.  I received my check on

25    Thursday, there was no work.

71

                          M. Fajardo

1

2              On Friday, I called and they told

3      me there was no work.  On Monday, I called and

4      they said they no longer needed me.

5              Q       Do you know why they said that?

6              A       No.

7              Q       Do you have an idea why they said

8      that?

9              A       No.

10             Q       Did Tommy tell you to speak to

11     Louis Vecchia?

12             A       No.  He told me that -- look for

13     Louis and to come to an agreement with him.

14             Q       Did you?

15             A       He never answered the phone.

16             Q       You're saying that you called him?

17             A       Once.

18             Q       When did you call him?

19             A       I called him on a Friday.

20                     MR. WALLACE:  Objection.

21                     Who is he?

22                     THE WITNESS:  Louis Vecchia.

23             Q       What number did you call him on?

24             A       365-5232.

25             Q       You called him on a Friday?

72

1                          M. Fajardo

2          A      Yes.

3          Q      Did you leave a message for him?

4          A      No.

5          Q      You didn't leave a message?

6          A      No.

7          Q      Did you want him to call you back?

8          A      Yes, he knew my number, he knew I

9     was calling him.

10         Q      How did he know if you didn't

11    leave a message?

12         A      Because my name would come up on

13    his phone.

14         Q      How do you know that?

15         A      Because I have the same phone that

16    he had.

17         Q      Who gave you that telephone?

18         A      It was mine personally.

19         Q      Did Suffolk Paving ever provide

20    you with the telephone?

21         A      They gave me a radio and sometimes

22    I had the phone and sometimes I didn't have the

23    phone.

24         Q      Were you a foreman?

25         A      Yes.

73

1                          M. Fajardo

2          Q      Do you know what that means?

3          A      Yes.

4          Q      And was your work ever criticized

5     when you worked at Suffolk Paving?

6          A      No.

7          Q      No one ever complained about your

8     work?

9          A      No.

10         Q      The document you have in front of

11    you has been previously identified as

12    Defendants' Exhibit 5.

13                Do you see that?

14         A      Okay.

15         Q      Before today, did you ever see

16    that document?

17         A      The first one, the second one,

18    that is it.

19                MR. WALLACE:   Listen to the

20          question.

21         Q      Did you ever see any of the

22    documents or the posters on this document?

23         A      Only the two posters.

24         Q      Which two?

25         A      The one and the two.

74

1                    M. Fajardo

2        Q      So the first two on the document?

3        A      Yes.

4        Q      Do you read English?

5        A      Yes.

6        Q      Do you speak English?

7        A      Yes.

8        Q      How well?

9        A      50/50.

10       Q      Did Louis Vecchia ever tell you

11   that you were making mistakes on a job site?

12       A      Every day.

13       Q      Were you making mistakes on job

14   sites?

15       A      Not that we knew of.

16       Q      You never made any mistakes?

17       A      We make mistakes, everyone makes

18   mistakes.

19       Q      So you did make mistakes?

20       A      Sometimes.

21       Q      Didn't you get upset when Louis

22   Vecchia would complain to you that you were

23   making mistakes?

24       A      Yes.

25       Q      Didn't he tell you that you

75

1                          M. Fajardo

2    weren't working efficiently?

3          A        No.

4          Q        Didn't he complain to you about

5    your work on a job site and you got angry at him

6    and you just left the job site?

7                   MR. WALLACE:  Objection.

8          A        I never left the job site.

9          Q        Didn't what I just ask you happen?

10                  MR. WALLACE:  Objection.

11         A        No.

12         Q        Did you ever get into an argument

13   with Louis Vecchia?

14         A        Yes, once.

15         Q        Was that not the last day that you

16   worked?

17         A        No.

18         Q        When did you get into an argument

19   with Louis Vecchia?

20         A        It was sometime before when I

21   arrived late and he had another person in

22   charge, because the day before, we had worked

23   late, and we had only done 250 tons, and he was

24   angry because I arrived late and he grabbed me

25   like this (indicating) and he pushed me.

76

```
 1                          M. Fajardo
 2          Q      Did you call the police?
 3          A      No.   Because he grabbed me in the
 4   truck and he said, let's go around because he
 5   said that he has problems and that I had to
 6   understand and he asked that he -- that I had
 7   asked -- he asked to be excused.
 8          Q      From you?
 9          A      Yes.
10                 MR. WALLACE:  He said sorry.
11                 MR. ZABELL:  Stop, you're not
12          testifying, remember that.
13          Q      Did anybody else see him push you?
14          A      Yes.
15          Q      Who?
16          A      Carlos Escalante, Edwin Rivera and
17   I think Mario Flores, but Mario Flores is not
18   here.
19          Q      This was all in a truck that they
20   saw this happen?
21          A      No, outside.
22          Q      Didn't you just say this happened
23   in the truck?
24                 MR. WALLACE:  Objection.
25          A      No.   I got there late and he was
```

77

1                          M. Fajardo

2    angry that day.

3              Q      How did that make you feel?

4              A      I felt bad.  I was going to leave.

5    And he stopped me and he said that he was sorry

6    because of the way he acted with me.  So we went

7    to the truck with him to see the work that was

8    there, and that day, I didn't work on the

9    machine.  It was another person in charge of

10   his.  The only name that I remember is Jack.

11             Q      Did that bother you that Jack was

12   doing the work?

13             A      No.  Because my work was to do the

14   screw and then, I would help him with the rake

15   and the shovel.

16             Q      What year did this occur?

17             A      I think it was 2005, 2006, around

18   there.

19             Q      What month was this?

20             A      I don't recall.

21             Q      Was that the only time you were

22   late to work?

23             A      Yes.

24             Q      You were only late to work once

25   throughout your entire employment with Suffolk

78

M. Fajardo

1    Paving?

2         A    Yes.  Because I almost always had

3    to be at work before anyone else.

4         Q    Sometimes you would show up on the

5    job site first and sometimes at the shop?

6         A    Yes.

7         Q    When you would show up directly at

8    the job site, you would have a company vehicle,

9    correct?

10        A    Yes.

11        Q    Do you know if that company

12   vehicle had GPS?

13        A    Yes.  I think sometimes they put

14   it in.

15        Q    That GPS would tell us the time

16   that you would get to the job site?

17             MR. WALLACE:  Objection.

18        A    Yes.

19        Q    Did you consider your work day to

20   start when you would go to 7-Eleven to get

21   coffee?

22             MR. WALLACE:  Objection.

23        A    No.

24        Q    Would you consider your day to

79

1                          M. Fajardo

2    start when you would go to a deli to get a

3    sandwich?

4                    MR. WALLACE:   Objection.

5         A     Yes.

6         Q     So would the other workers;

7    correct?

8                    MR. WALLACE:   Objection.

9         A     Yes.

10        Q     That would be before you started

11   work, correct?

12                   MR. WALLACE:   Objection.

13        A     Yes.

14        Q     You're not including that time in

15   the period of time that you want to get paid

16   for?

17        A     Yes.

18        Q     Yes, you are looking for that

19   time?

20        A     No.

21        Q     The only time you're looking to be

22   compensated for is the time you were actually

23   working on the job site?

24                   MR. WALLACE:   Objection.

25        A     Yes.

80

1                           M. Fajardo

2          Q        Some job sites you would have to

3    sign in and out of, correct?

4          A        Oh, yes, sometimes.

5          Q        And some job sites had an

6    inspector there from the municipality that would

7    keep track of when you came to work, correct?

8          A        Yes, sometimes.

9          Q        And when the inspector was there,

10   you could trust the inspectors' sign-in and

11   sign-out sheet?

12                   MR. WALLACE:   Objection.

13         A        Well, I don't know, because I

14   don't know if he kept our record.

15         Q        Did Louis Vecchia ever lie to you?

16         A        At the beginning, no.

17         Q        My question is:  Did he ever lie

18   to you?

19         A        Well, at first, no, but then

20   afterwards, he would say some things and

21   sometimes he would say others.

22         Q        What lies would he tell you?

23         A        For example, when they said they

24   didn't need my work, they said that I worked

25   very slowly, yes.

81

1                    M. Fajardo

2          Q      Is that it?

3          A      Yes.

4          Q      Did you ever lie to Louis Vecchia?

5          A      No.

6          Q      Mr. Fajardo, you understand that

7    you're under oath?

8          A      Yes.  I always told him the truth

9    about whatever I needed and everything that I

10   did.

11         Q      What about the hours that you

12   worked?

13         A      No, I never lied to him.

14         Q      You understand that you're under

15   oath today?

16                MR. WALLACE:  Objection.

17         Q      And the testimony that you give

18   today under oath is the equivalent of giving

19   testimony under oath at a hearing or at a trial?

20         A      Yes.

21         Q      There are penalties for telling

22   untruths at a deposition or a trial.

23                MR. WALLACE:  Objection.

24         Q      Do you understand that?

25         A      Yes.

82

1                           M. Fajardo

2           Q       What time would you start to work

3      on a job?

4           A       It depends because sometimes they

5      would tell us 5:00 at the yard, sometimes they

6      would say 6:30 at the job and sometimes when we

7      went to the City, we went earlier, like 4:30.

8           Q       So your start times were anywhere

9      between 4:30 and 6:30 in the morning, correct?

10          A       When we went to the yard, yes.

11          Q       When you didn't go to the yard,

12     what time would you start?

13          A       I started at 5:30, because I had

14     to go and mark lines.

15          Q       So you started work everyday

16     between 4:30 in the morning and 6:30 in the

17     morning?

18          A       Not everyday.

19          Q       What was the range that you

20     started work every morning?

21                  MR. WALLACE:  You're not

22                  listening.  You have to allow her to

23                  finish the question.  (Speaking Spanish.)

24                  MR. ZABELL:  What did he say?

25                  THE INTERPRETER:  You have to

83

M. Fajardo

1   listen to everything she is saying.

2            MR. WALLACE:  Listen to the

3   question.

4            MR. ZABELL:  It's not uncommon of

5            Mr. Wallace's clients.

6       Q    What was the range of times that

7   you started work every morning?

8       A    6:30, sometimes at 5:30.

9       Q    You either start work at 5:00 or

10  6:30 every morning?

11           MR. WALLACE:  Objection, asked and

12           answered.

13      A    Yes.

14      Q    Never any later?

15      A    No.

16      Q    Never at 8:00?

17      A    Sometimes, a few time.

18      Q    Never at 8:30, correct?

19      A    No.

20      Q    And if sworn sign-in sheets said

21  that you did sign in at 8:30, they would be

22  incorrect?

23      A    Yes.

24           MR. WALLACE:  Can I take a break

84

1                          M. Fajardo

2          quickly?

3                    MR. ZABELL:  Yes, you may.

4                    (Whereupon, a recess was taken

5          from 12:29 p.m. until 12:44 p.m.)

6                    MR. ZABELL:  Before starting,

7          Mr. Wallace has acknowledged that the

8          purpose of his break, amongst other

9          things, was to talk to his client.

10         Q     Mr. Fajardo, if that is your true

11    name --

12                   MR. WALLACE:  Objection.

13         Q     What was the last job that you

14    worked at for Suffolk Paving?

15         A     I don't remember, but I know it

16    was in Riverhead.

17         Q     Did you ever tell anyone on that

18    worksite that you were looking to create

19    overtime for your workers?

20         A     No.

21         Q     So if one of your workers said

22    that, they would be lying, correct?

23                   MR. WALLACE:  Objection.

24         A     Yes.

25         Q     You wouldn't be lying?

85

M. Fajardo

2    MR. WALLACE:  Objection.

3    A    No.  Why would I have to create

4    overtime when I want to leave from my house

5    early?

6    Q    You want to leave for your house

7    early?

8    A    Yes.

9    Q    Who drove you to work?

10    A    Sometimes Carlos.

11    Q    Did Carlos drive in his own

12    vehicle or a company vehicle?

13    A    In a company vehicle.

14    Q    Carlos always picked you up

15    between 5:00 and 7:30 in the morning?

16    A    Yes.

17    Q    From 2003 to 2009, where did you

18    live?

19    A    From 2003 to 2008, I lived at 68

20    Walton Street in Brentwood.

21    Q    And from 2008 to 2009, where did

22    you live?

23    A    At 24 Carter Street.

24    Q    The check for $2,000 that you said

25    you received in August 2008, was that given to

1                          M. Fajardo

2    you directly?

3                    MR. WALLACE:   Objection.  I'm not

4              sure he said check.

5         Q      Was that given to you directly?

6         A      Check, from when?  Repeat the

7    question.

8         Q      The $2,000 check that you received

9    from Louis Vecchia?

10        A      No, he gave it to me in cash.

11        Q      He gave it to you in cash?

12        A      Yes.

13        Q      You didn't ask another employee to

14   get that $2,000 for you?

15                   MR. WALLACE:   Objection.

16        A      That was when I was in Columbia.

17        Q      When you were in Columbia, you got

18   another $2,000?

19                   MR. MCNAMARA:   Objection.

20        A      It was from the same loan.

21        Q      When you were in Columbia, you got

22   a loan of $8,000 for your mother?

23                   MR. WALLACE:   Objection.

24        Q      Is that correct; yes or no?

25        A      Yes.

87

1                              M. Fajardo

2         Q        Even though you were in Columbia

3    after you had already left Guatemala, correct?

4         A        Yes.

5         Q        Then, you got another loan of

6    $8,500 to pay for the expenses for your trip,

7    correct?

8         A        Yes.

9         Q        Even though you already testified

10   that you needed some of that money to give your

11   children before you left, correct?

12                 MR. WALLACE:   Objection.

13        Q        Yes or no?

14        A        Yes.

15        Q        Then, you're saying you got

16   another loan of $2,000?

17                 MR. MCNAMARA:   Objection.

18        A        Yes.

19        Q        And then, in July, after you came

20   back, you got another $2,000 from Louis Vecchia,

21   correct?

22        A        I didn't come in July.

23        Q        I know you didn't come in July,

24   but you said in July or August, you got another

25   $2,000?

88

1                          M. Fajardo

2          A        In August.

3          Q        So you got over $20,000 from

4   Suffolk Paving, correct?

5                   MR. MCNAMARA:  Objection.

6          A        Yes.

7          Q        And you have no proof that you

8   paid any of it back?

9                   MR. WALLACE:  Objection.

10         A        No.

11         Q        Did you pay any of it back?

12                  MR. MCNAMARA:  Objection.

13                  MR. WALLACE:  Objection, asked and

14            answered.

15         A        No.  But he took the truck in

16  exchange.

17         Q        So your answer is no?

18         A        Yes.

19         Q        This is the same truck that you

20  bought for $44,000?

21                  MR. WALLACE:  Objection.

22         Q        Yes or no?

23         A        $46,000.

24         Q        But you only paid about $36,000?

25         A        Something like that.

89

1                         M. Fajardo

2          Q       You were about five months behind

3     on that?

4                  MR. WALLACE:  Objection.

5          A       Yes.

6          Q       Did a whole year go by that you

7     didn't pay for that truck?

8                  MR. WALLACE:  Objection.

9          A       No.

10         Q       Truth?

11         A       Yes.

12         Q       Where do you have proof of the

13    payments that you made for the truck?

14                 MR. WALLACE:  Objection, asked and

15             answered.

16         A       I never had any proof of

17    exchanging checks or giving a signature because

18    he said that we were like family.

19         Q       Did you ever sign an agreement

20    saying that you were buying that truck from your

21    family?

22         A       No.  I signed a paper saying that

23    the person who was going to insure the car, who

24    was Jose Vallace, could not take the car,

25    because he was going to put the insurance in his

90

1                          M. Fajardo

2    name.

3          Q      Why weren't you going to put the

4    insurance in your name?

5          A      Because I didn't have a license.

6          Q      So you didn't have a license but

7    yet, you were buying a vehicle?

8          A      Yes.

9          Q      So if you didn't have a license,

10   how could you drive the vehicle?

11                MR. WALLACE:  Objection.

12         A      Because I needed it.

13         Q      You needed a license or you needed

14   a vehicle?

15         A      I needed a car.

16         Q      You needed a $46,000 Lincoln

17   Navigator?

18         A      Yes.

19         Q      How come you didn't buy a $4,800

20   Honda Civic?

21                MR. WALLACE:  Objection.

22         A      Because I didn't have an

23   opportunity to buy it.  He gave me the

24   opportunity to buy it like that.

25         Q      And you never finished paying off

91

1                          M. Fajardo

2      the vehicle?

3                     MR. MCNAMARA:  Objection.

4                     MR. WALLACE:  Objection.

5           A      No.  He said that I no longer had

6      to pay, because he couldn't give me a raise.

7           Q      He couldn't give you a raise.

8                     What year was this raise that you

9      were supposed to get?

10          A      2006.

11          Q      But in 2006, you were getting paid

12     union wages, correct?

13          A      Not the union, prevailing wage.

14          Q      Do you know that prevailing wage

15     is set by the union?

16          A      Yes.

17          Q      You know that there was some jobs

18     that you worked on that were not prevailing wage

19     jobs, correct?

20          A      Yes.

21          Q      Sometimes you worked on private

22     jobs?

23          A      Yes.

24          Q      And the union set the wages for

25     those private jobs, correct?

92

1                     M. Fajardo
2                MR. WALLACE:  Objection.
3       Q      You can answer.
4       A      Yes.  But sometimes the private
5   jobs, they would pay us for regular.
6       Q      Would they pay you in cash or
7   check?
8       A      Yes.
9       Q      You got a check for every week you
10  worked, correct?
11               MR. MCNAMARA:  Objection.
12      A      Yes.
13      Q      Sometimes, in addition to your
14  paycheck, you get paid cash?  It's just what you
15  testified to.
16      A      Sometimes.
17      Q      So even though the union set your
18  wages, you tried to negotiate a higher wage?
19               MR. WALLACE:  Objection.
20      A      Yes.
21      Q      And you were told no, correct?
22      A      Yes.
23      Q      Then, you stopped making the
24  payments on the vehicle?
25               MR. MCNAMARA:  Objection.

93

1                              M. Fajardo

2                     MR. WALLACE:  Objection.

3          A       Yes.

4          Q       Do you wonder why that vehicle was

5     repossessed?

6                     MR. WALLACE:  Objection.

7          A       Because I owed him money.

8          Q       Now you understand why it was

9     repossessed?

10         A       Yes.

11                    MR. WALLACE:  Objection.

12         Q       You understand that you owe money

13    on the vehicle once it's repossessed?

14                    MR. WALLACE:  Objection, asked and

15                answered.

16         A       No, but I don't owe him anything.

17                    MR. WALLACE:  Objection.

18         Q       Who do you owe the money to?

19         A       No one, because he took away the

20    truck.  I paid the truck $32,000, and he said

21    when he took the truck -- I spoke with him, and

22    he said that he still owed me.

23         Q       Was anybody else present when he

24    said that to you?

25         A       No.

94

M. Fajardo

1

2      Q      So it's just your word?

3      A      Just him and me, and he said that

4  he has to go out of his office because they were

5  listening to him.

6      Q      Who was the "they"?

7      A      I don't know.

8      Q      Little green men?

9             MR. WALLACE:  Objection.

10     A      I don't know.

11     Q      Who was the "they" that was

12  listening?

13            MR. WALLACE:  Objection, asked and

14       answered.

15     A      He went like this (indicating), up

16  to the sky and he said, let's go outside because

17  I don't want to speak here.

18     Q      Do you know who you're suing?

19     A      Yes.

20     Q      Who are you suing?

21     A      Louis Vecchia.

22     Q      Do you know if you're suing

23  anybody else, other than Louis Vecchia?

24            MR. MCNAMARA:  Objection.

25     A      No.

95

M. Fajardo

1    

2         Q        Do you know you're suing Louis

3    Vecchia and Suffolk Paving?

4         A        Yes.

5         Q        So you do know?

6                  MR. MCNAMARA:  Objection.

7         A        Yes.

8         Q        Do you know that you're suing

9    Louis Vecchia's wife?

10        A        Well, I didn't know that she was

11   on the list, because I didn't know that she was

12   the owner, and the only owner that was there was

13   him.  That's what he would tell me.

14        Q        Do you have any reason to believe

15   that Louis Vecchia's wife is an owner?

16                 MR. MCNAMARA:  Objection.

17        A        Because it's his wife.

18        Q        So that is the only reason that

19   you have?

20        A        Yes.

21                 MR. MCNAMARA:  Objection.

22        A        She was always working in the

23   office.

24        Q        There were other people working in

25   the office that you're not suing, as well,

96

1                          M. Fajardo

2     correct?

3          A      Because the other ones were

4     secretaries.

5          Q      Do you know you're also suing

6     Louis Vecchia's son?

7                 MR. MCNAMARA:   Objection.

8          A      Yes.  But I didn't know the

9     reasons why they were there, as well.

10         Q      Do you know the reasons why now?

11         A      Because now they say that they are

12    the owners.

13         Q      Who said that they are the owners?

14         A      The papers.

15         Q      What papers?

16         A      Where the suit is, it's saying

17    that we are suing them.

18         Q      You're suing Louis Vecchia's

19    family?

20                MR. WALLACE:   Objection.   Asked

21            and answered.

22                You can answer for the fifth time.

23         A      Yes.

24         Q      This is the man that lent you

25    money to help your sick mother?

1                           M. Fajardo

2                   MR. WALLACE:  Objection.

3         A       Yes.

4         Q       Is that how you thank him?

5         A       The same way that he thanked me

6    for working twelve years for him?

7         Q       You always got paid, right?

8                   MR. WALLACE:  Objection.

9         A       Not correct amounts.

10         Q       You got a paycheck for every week

11    you worked?

12         A       Yes.

13         Q       The union governs how you get

14    paid, correct?

15                   MR. MCNAMARA:  Objection.

16         A       Not when I wasn't in the union.

17    When I started in the union, they would give me

18    a salary, but they would not pay us our overtime

19    hours.

20         Q       What year did you start in the

21    union?

22                   MR. MCNAMARA:  Objection.

23         A       2007.

24         Q       If there was a problem with your

25    pay, you could complain to the union?

98

1                          M. Fajardo

2          A     Yes.

3          Q     You never did complain to the

4    union, did you?

5                MR. WALLACE:  Objection.

6          A     No, never.

7          Q     But you could have?

8          A     Yes, we could have.

9          Q     But you failed to do so?

10         A     Yes, because he would say that he

11   could let us go afterwards.

12         Q     And instead, you walked off a job

13   site?

14               MR. WALLACE:  Objection.

15         A     No, I never left from any job

16   site.

17         Q     And you stopped coming to work?

18         A     No, they told me not to come.

19         Q     Who told you?

20               MR. WALLACE:  Objection.

21         A     Tommy.

22         Q     And didn't Tommy tell you to call

23   Louis?

24         A     Yes.

25               MR. WALLACE:  Objection.

99

1                           M. Fajardo

2          Q        And you called Louis once and you

3     didn't leave a message, correct?

4          A        Yes.

5          Q        You didn't follow up with Louis to

6     see if you would get the job, correct?

7                   MR. WALLACE:  Objection.

8          A        Yes.

9          Q        Did you complain to the union that

10    you were fired?

11         A        No.

12         Q        Why not?

13         A        Because I went to look for work at

14    the union, and they said they were going to call

15    me.

16         Q        So you walked off the job --

17                  MR. MCNAMARA:  Objection.

18         Q        -- for Suffolk Paving and

19    immediately started working for another

20    employer?

21                  MR. WALLACE:  Objection.

22         A        No.

23         Q        There was a period of time that

24    you were out of work, correct?

25         A        Yes.

100

1                          M. Fajardo

2          Q       How many months?

3          A       For five months.  I worked for a

4    company for one month.

5          Q       What company did you work for?

6          A       Fasco Paving.

7          Q       Did you tell the union at all that

8    you were not working at Suffolk Paving anymore?

9          A       Yes.

10         Q       Did you work at Fasco Paving when

11   you collected unemployment benefits?

12                 MR. MCNAMARA:  Objection.

13         A       When I was working for Fasco, I

14   was never collecting.

15         Q       Are you sure?

16         A       One hundred percent.

17         Q       Did you ever collect unemployment

18   benefits during a period of time when you were

19   working?

20         A       No.

21         Q       What did you do for Fasco?

22         A       I was a raker.

23         Q       Did they pay you correctly?

24         A       No.

25         Q       They didn't pay you correctly

1                          M.  Fajardo

2    either?

3          A     No.

4          Q     Did  you  complain  to  the  union?

5          A     No,  because  I  was  working  without

6    the  union.

7          Q     Why  were  you  working  without  the

8    union?

9          A     Because  I  had  to  pay  the  bills  for

10   my  payments,  and  I  had  to  support  my  children.

11         Q     How  much  were  they  paying  you?

12         A     $200.

13         Q     A  day?

14         A     Yes.

15         Q     On  the  books  or  off  the  books?

16         A     Off  the  books,  because  I  only

17   worked  two  or  three  days  a  week.

18         Q     Did  you  report  to  the  IRS  that  you

19   were  getting  that  money?

20               MR.  WALLACE:   Objection.

21         A     No.

22         Q     So  you  committed  fraud?

23         A     Well,  if  I  have  to  pay  it,  I'll

24   pay  it.

25         Q     I'm  telling  you,  have  to  pay  taxes

102

1                        M. Fajardo

2    on that money.

3                MR. WALLACE:  Objection.

4         A      Okay.

5         Q      Do you know that?

6         A      Yes.

7                MR. WALLACE:  I want to mark

8           confidential all the parts of this

9           deposition relating to payment or

10          nonpayment or any tax information.

11               MR. ZABELL:  I object to the

12          designation and will not agree to it.

13        Q      Did you put in an out-of-work card

14   during the time that you worked for Fasco?

15        A      No.  They were going to give me a

16   fine when I went to speak with them, and they

17   said that I should try to pay my dues, and that

18   they thought I was going to leave the union.

19   They asked me if I was going to leave and I

20   said, no.

21        Q      Did you pay the union?

22        A      Yes.

23        Q      How much did you pay them in a

24   fine?

25        A      No.  They never -- they didn't

103

1                          M. Fajardo

2    give me the fine.

3          Q      So you never put in an out-of-work

4    card with the union?

5                 MR. WALLACE:  Objection, asked and

6           answered.

7                 You can answer for the third time.

8          A      At the end of December.

9          Q      So you didn't look for work until

10   the end of December?

11                MR. WALLACE:  Objection.

12         A      I looked for work in companies.  I

13   knew had a union, but they didn't want to give

14   me work.

15         Q      Why didn't they want to give you

16   work?

17         A      I don't know.

18         Q      Is it because you're dishonest?

19                MR. WALLACE:  Objection.

20         A      I was very honest, because when I

21   worked for Suffolk Paving, everyone would call

22   me to give me work.

23         Q      Who is "everyone"?

24         A      CVC, Intercounty, Pioneer, Atlas.

25         Q      How come you didn't work for them

                            M. Fajardo

1

2    immediately after you walked off the job at

3    Suffolk Paving?

4                    MR. WALLACE:   Objection.

5        A        Because when I went to ask for

6    work, they told me that they were going to call

7    me but they never did.

8        Q        Do you know why?

9        A        I think it was because they knew

10   Louis.

11       Q        You think it was because they knew

12   Louis?

13       A        Yes.

14       Q        Why do you think that?

15       A        Because sometimes their trucks

16   were with us.

17       Q        Other than the fact that sometimes

18   their trucks were with you, do you have any

19   reason to believe that it was because of Louis

20   that you didn't get a job in any of these

21   companies?

22       A        Sometimes I think that.

23       Q        Do you get paid overtime now?

24       A        Yes.

25       Q        How much overtime do you get?

1                          M. Fajardo

2          A       Double time, the right way.

3          Q       Did you ever get paid double time

4    when you worked for Suffolk Paving?

5          A       He never paid double.  He would

6    only pay time-and-a-half.  My payment was

7    doubled; when he paid, it was sometimes two or

8    three hours.

9          Q       Per day?

10         A       No -- sometimes when he paid the

11   hours.

12         Q       Did you ever work for the Town of

13   Babylon?

14         A       I think so, because we worked

15   everywhere.

16                 MR. WALLACE:  Objection.

17                 Just one thing, could you read his

18          answer before that one?

19                 MR. ZABELL:  You can read it to

20          him at the end of the deposition.

21         Q       What time did you start working

22   when you worked at the Town of Babylon?

23         A       This is the problem.  The problem

24   is that when the guys would go to the yard at

25   6:30, I would start at the job site at 6:30,

106

M. Fajardo

2      because I would go with the guy who would pick

3      me up in the company pick-up.  We would go

4      directly to the job site and mark lines.

5          Q      Every day?

6          A      Mostly every day.

7          Q      So mostly every day, you would go

8      directly to the job site, correct?

9          A      Not every day.

10         Q      You have to make up your mind and

11     just go with the honest answer, because you keep

12     changing your answer and it makes you appear to

13     be dishonest.

14                MR. WALLACE:  Objection.

15         Q      Didn't you just testify that

16     almost every day, the driver would pick you up

17     and you would go directly to the worksite?

18     Didn't you just testify to that?

19                MR. WALLACE:  Objection, let him

20          respond.

21         Q      Didn't you?

22         A      The driver would pick me up every

23     day; sometimes they would send me to the yard,

24     sometimes the job site, and I would start the

25     same time as everyone, the yard or the site.

107

M. Fajardo

1   Sometimes when I had to go to Brooklyn, you had

2   to be early, as well, because I had to mark

3   lines because he said that we had to finish

4   early.

5        Q        And do you remember testifying

6   that you would drive directly to the job site in

7   the morning?

8                 MR. MCNAMARA:  Objection.

9        A        If it would have been necessary.

10       Q        But you couldn't drive because you

11  didn't have a driver's license?

12       A        Yes.

13       Q        So you had to rely on somebody to

14  pick you up, correct?

15       A        It wasn't me.  It was the owner,

16  because the owner needed me to be there to mark

17  lines, because he knew that we would lose an

18  hour marking lines.

19       Q        Did the owner drive you to the

20  worksite?

21       A        No.

22       Q        You had to rely on somebody else

23  to drive you to the worksite?

24       A        Yes.

                                                                    108

                                      M. Fajardo

1

2        Q       Because you had no license?

3                MR. WALLACE:  Objection.

4        Q       You had no ability to get there

5    without someone driving you there?

6                MR. MCNAMARA:  Objection.

7        A       Yes.

8        Q       Do you remember when you worked

9    for the Town of Babylon?

10       A       No.

11       Q       Do you know if you showed up at

12   work at 8:00 in the morning when you worked for

13   the Town of Babylon?

14               MR. MCNAMARA:  Objection.

15       A       I was there at that time, I could

16   remember.  But if he had another group from the

17   union, because he had problems with the union

18   people.  When I didn't have a union, he hired a

19   complete union group.

20               MR. WALLACE:  Who is "he"?

21               THE WITNESS:  Louis Vecchia.

22       Q       I'm going to show you a document

23   that was marked as Exhibit 5 yesterday.  Take a

24   look at this.

25               Can you read that?

1                      M. Fajardo

2         A      Yes.

3         Q      Do you know what that is?

4         A      Yes.

5         Q      Do you see your name anywhere on

6    that?

7         A      Yes.

8         Q      Is your name on the first page?

9         A      Yes.

10        Q      What name did you go by on that

11   document?

12        A      It says Maynor Guerra.

13        Q      That is a name that you sometimes

14   went by?

15               MR. WALLACE:  Objection.

16        A      I was never known as Maynor

17   Guerra, never.  Only Maynor Fajardo and Renato

18   Guerra.

19        Q      Do you know a Maynor Guerra?

20               MR. WALLACE:  Objection.

21        A      No.

22        Q      So that had to have been you,

23   correct?

24        A      Yes, but I didn't write that --

25               MR. MCNAMARA:  Objection.

110

                              M. Fajardo

1

2          A       Because I don't use Maynor

3    Fajardo.

4          Q       It shows that you showed up to

5    work at 8:00 in the morning?

6                  MR. WALLACE:  Objection.

7          A       That's what the paper says.

8          Q       It shows that you stopped working

9    at 6:00 p.m.?

10         A       That's what the paper says.

11         Q       I'm going to ask you to turn the

12   page.

13                 Do you see your name again?

14         A       Yes.

15         Q       What time does it show you showing

16   up at work?

17                 MR. WALLACE:  Objection.

18         A       8:00.

19         Q       What time does it show you leaving

20   work?

21                 MR. WALLACE:  Objection.

22         A       4:00.

23         Q       I'm going to ask you to turn the

24   page.

25                 Do you see your name on that page?

111

M. Fajardo

1

2        A      No.

3        Q      I'm going to ask you to turn the
4  page again.

5               Do you see your name on that page?

6        A      No.

7        Q      I'm going to ask you to turn the
8  page again.

9               Do you see your name on that page?

10       A      Yes.

11       Q      What time does it show you coming
12  into work?

13              MR. WALLACE:  Objection.

14       A      It says 8:30, but they put down
15  Maynor Guerra Fajardo.

16       Q      Is that you?

17       A      No.  They put it down like that,
18  but that's not me.        .

19       Q      Do you know any Maynor Guerra
20  Fajardo?

21       A      I know Maynor Fajardo but not
22  Guerra.

23       Q      But you've used the last name
24  Guerra?

25              MR. MCNAMARA:  Objection.

112

1                          M. Fajardo

2          A       Renato Guerra.

3          Q       So you changed your first name,

4    too?

5                  MR. WALLACE:  Objection.

6          A       I changed it, but my name is

7    Maynor Fajardo.

8          Q       Not Fajardo?

9          A       Fajardo, as well.

10         Q       So you're Maynor Fajardo and

11   Maynor Renato, but not Maynor Guerra Fajardo?

12   Just answer yes or no.

13                 MR. WALLACE:  He's trying to

14           respond.

15         A       Maynor is my first name, Renato is

16   my middle name, and Fajardo is my last name.

17         Q       And Renato Guerra is a name that

18   sometimes you go by, correct?

19         A       Yes.

20         Q       Do your co-workers know you as

21   Maynor?

22         A       Yes.

23         Q       Do your co-workers know you as

24   Renato?

25         A       Yes.

113

1                          M. Fajardo

2          Q      Do your co-workers know you as

3    Guerra?

4          A      No.

5          Q      Do they know you as Fajardo?

6          A      Yes.

7          Q      They're both names that you use,

8    correct?

9                 MR. MCNAMARA:  Objection.

10         A      Yes.

11         Q      This sheet shows you coming in at

12   8:30 in the morning, correct?

13                MR. WALLACE:  Objection, asked and

14          answered.

15         A      Yes.

16         Q      It shows you leaving at 6:00?

17                MR. WALLACE:  Objection.

18         A      Yes.

19         Q      You say you never started work at

20   8:00?

21         A      No.

22                MR. WALLACE:  Objection,

23          mischaracterization of his testimony.

24         Q      I ask you to turn the page.

25                Do you see your name there?

1                     M. Fajardo

2          A       Yes.

3          Q       What time does it show you coming

4     to work?

5                  MR. WALLACE:   Same objection.

6          A       8:30.

7          Q       What time does it say you leaving?

8          A       5:00.

9          Q       I'm going to ask you to turn the

10    page.

11                 Do you see your name?

12         A       Yes.

13         Q       What time does it show you coming

14    into work?

15                 MR. WALLACE:   Objection.

16         A       8:00.

17         Q       What time does it show you leaving

18    work?

19                 MR. WALLACE:   Objection.

20         A       6:00.

21         Q       You do remember working at the

22    Town of Babylon?

23         A       I know I worked there because we

24    worked everywhere.

25         Q       Turn the page, Maynor Fajardo

1                          M. Fajardo

2      Guerra.

3                  Do you see your name there?

4          A      Yes.

5          Q      What time does it show you coming

6      into work?

7          A      8:30.

8          Q      What time does it show you leaving

9      work?

10                 MR. WALLACE:  Objection.

11         A      5:00.

12         Q      I'm going to ask you to turn the

13     page.

14                 Do you see your name anywhere

15     there?

16         A      Yes.

17         Q      What time does it show you coming

18     into work?

19                 MR. WALLACE:  Objection.

20         A      8:30.

21         Q      What time leaving?

22         A      6:00.

23         Q      You can give me back that

24     document.  I see you're laughing.

25                 Why are you laughing, sir?

116

                              M. Fajardo

1

2        A       Why?  Because I don't know why

3    they put my name down as Maynor Guerra Fajardo.

4        Q       That's what you think is funny?

5        A       Yes.

6        Q       What is funny about that?

7        A       Why would someone write down my

8    name like that?

9        Q       When you use many names, people

10   don't know what to call you.

11               MR. WALLACE:  Objection.

12       A       I was laughing because you were

13   making fun of my name.

14       Q       I'm sorry, I was not making fun of

15   your name.

16       A       It felt that way.

17       Q       Why did it feel that way?

18       A       Because of the way that you were

19   repeating my name.

20       Q       How was I repeating your name?

21       A       Mr. Maynor Fajardo Guerra, like

22   that, so funny.

23       Q       Do you know when Louis Vecchia was

24   served with a copy of the complaint?

25       A       I don't recall.

117

1                          M. Fajardo

2          Q        Do you know?

3          A        I think it was in December, I

4     think.

5          Q        Is that the December before you

6     stopped working for Suffolk Paving or the

7     December after?

8                   MR. WALLACE:  Objection.

9          A        The December that they let me go.

10         Q        Before or after they let you go?

11                  MR. WALLACE:  Objection.

12         A        After having let me go.

13         Q        So you filed the lawsuit after you

14    were terminated?

15                  MR. WALLACE:  Objection.

16         A        Yes.

17         Q        Do you know if Louis Vecchia knew

18    you were going to file a lawsuit?

19                  MR. MCNAMARA:  Objection.

20         A        I don't know.

21         Q        Did you ever tell Louis Vecchia

22    that you were going to file a lawsuit?

23         A        No.

24         Q        Did you ever speak to Louis

25    Vecchia about filing a lawsuit?

118

1                          M. Fajardo

2          A      No.

3          Q      Did you ever speak to Louis

4    Vecchia about anything that is inside your

5    lawsuit?

6          A      Yes.

7          Q      What did you speak to Louis

8    Vecchia about?

9          A      My overtime hours.

10         Q      When did you speak to him?

11         A      Every day, every Friday.

12         Q      Please identify for me the Fridays

13   that you spoke to him.

14                MR. WALLACE:   Objection.

15         A      When we would pick up our check

16   and we would look at the checks, there were

17   always hours missing, always.  He never paid the

18   hours, and he would always say that we worked

19   slowly.

20         Q      He would say that you worked

21   slowly?

22         A      Yes.

23         Q      Did you work slowly?

24         A      No.

25         Q      Never?

119

M. Fajardo

1

2      A      It depends on the work.

3      Q      So sometimes you would work
4  slowly?

5             MR. WALLACE:  Objection.

6      A      The work was very difficult.

7      Q      And sometimes you would play
8  soccer at the job site?

9             MR. WALLACE:  Objection.

10     A      Sometimes the guys had a break
11 because there were no trucks, yes.

12     Q      You would play soccer, too?

13     A      No.

14     Q      No?  Everybody else would play,
15 but not you?

16     A      No, I play baseball.

17     Q      You would play baseball?

18     A      Sometimes I would play with a ball
19 that I had.

20     Q      You would bring a baseball with
21 you?

22     A      Yes, there was one in the truck.

23     Q      Did you bring a mitt, too?

24     A      Yes.

25     Q      Bat?

120

1                         M. Fajardo

2        A        No.

3        Q        No bat, just the baseball and a

4    mitt?

5        A        Yes.

6        Q        Did you control the trucks, and

7    when they came and left?

8        A        Sometimes.

9        Q        Now, were you in charge of the

10   crew as a foreman?

11       A        Yes.

12       Q        When they were playing games, you

13   could have had them doing work, correct?

14                MR. WALLACE:   Objection.

15       A        They were working.

16       Q        You just said they were playing

17   games before?

18       A        When they were playing, it was

19   that they didn't have anything to do.

20       Q        You could have found things for

21   them to do?

22                MR. WALLACE:   Objection.

23       A        Not really, because they would

24   clean the trucks, and sometimes we would clean

25   the heads of the drains and sometimes there was

121

1                              M. Fajardo

2    nothing to do, so they would entertain

3    themselves sometimes while the other truck was

4    coming, because sometimes the plant -- we would

5    have to wait.

6           Q      Under what name did you join the

7    union?

8           A      Maynor Fajardo.

9           Q      But you didn't join the union

10   under the name Renato Guerra?

11          A      No.

12          Q      So the union doesn't know about

13   the Renato Guerra?

14                 MR. MCNAMARA:   Objection.

15          A      No.

16          Q      Are you claiming that you should

17   be paid for travel time traveling between the

18   yard and the job site?

19          A      When I started at work and when we

20   got to the yard, we always had to get tools,

21   sometimes charge the machines -- a machine, and

22   get propane, and when we got to the yard, we are

23   already working when he would tell us 6:00.

24          Q      Don't you remember testifying

25   earlier that you said the tools were already in

122

1                       M. Fajardo

2      the truck?

3              A       Tools, not machinery.

4              Q       Tools?

5              A       Sometimes a rake would break or

6      two rakes would break, sometimes shovels,

7      sometimes you had to get cement, bricks, risers,

8      I don't know.

9              Q       How big is the truck?

10             A       It's two trucks; one was the

11     company truck that had all of the tools, and one

12     that we took which was the one that had the

13     paint, the tires, the tire to measure, and

14     sometimes we would put risers there.

15             Q       But all of those were in the truck

16     already, correct?

17                     MR. WALLACE:  Objection.

18             A       Sometimes.

19             Q       That was the truck that someone

20     would drive to pick you up?

21                     MR. WALLACE:  Objection.

22             A       There are two trucks; one person

23     would drive and the other -- someone that was

24     with me.

25             Q       Who was the person that was with

123

1                               M. Fajardo

2        you?

3              A        Carlos.

4              Q        Carlos' truck already had this

5        equipment in it, correct?

6                       MR. WALLACE:  Objection.

7              A        Sometimes.

8              Q        If Carlos needed equipment, he

9        could go to the shop and then come and pick you

10       up, correct?

11             A        Sometimes he would work in the

12       Bronx, he would fill up with diesel for the

13       machine, and sometimes he would pass by and pick

14       me up.

15             Q        Because Carlos didn't need you to

16       put a rake in the truck?

17                      MR. WALLACE:  Objection.

18             A        No.

19             Q        Risers in truck?

20             A        No, he would use the other guys.

21             Q        Because the other guys needed a

22       lift to work?

23                      MR. WALLACE:  Objection.

24             A        No, they would go to the yard.

25             Q        But they went to the yard to get a

1                          M. Fajardo

2    ride.   Don't you understand that?

3                    MR. WALLACE:  Objection.

4         A     Yes, they would go.

5         Q     To get a ride?

6                    MR. WALLACE:  Objection.

7         Q     Yes or no?

8                    MR. WALLACE:  It's not yes or no.

9         A     Yes, they would go to the yard

10   because --

11        Q     Mr. Fajardo, answer the question

12   yes or no.

13                   MR. WALLACE:  He's answering the

14            question.

15        Q     Yes or no, Mr. Fajardo, they went

16   to the yard to get a ride?

17        A     Yes.

18                   MR. WALLACE:  Finish your answer.

19        Q     Now, do you know who Edwin Rivera

20   is?

21        A     Can I explain that?

22        Q     No.

23              Do you know who Edwin Rivera?

24        A     Yes.

25        Q     Who is Edwin Rivera?

125

M. Fajardo

1

2       A       A laborer.

3       Q       Did you work with Edwin Rivera?

4       A       Yes.

5       Q       Do you know what his work schedule

6    was?

7       A       The same as mine sometimes and

8    sometimes different, because they would send him

9    to different places.

10      Q       I asked you before:  Do you know

11   Pracelis Mendez?

12      A       Yes.

13      Q       Was his work schedule the same as

14   yours?

15      A       No, it wasn't.

16      Q       Do you know Nelson Quintanilla?

17      A       Yes.

18      Q       Was his work schedule the same as

19   yours?

20      A       Most of the time, yes.

21      Q       Did Carlos pick him up?

22      A       Yes.

23      Q       Do you know Alejandro Amaya?

24      A       Yes.

25      Q       Was his work schedule the same as

126

1                          M. Fajardo

2    yours?

3          A    No, he was worked with Mendez.

4          Q    Do you know Alex Amir Arevalo?

5          A    Yes.

6          Q    Was his work schedule the same as

7    yours?

8          A    No.

9          Q    Do you know Walter Garcia?

10         A    Yes.

11         Q    Was his work schedule the same as

12   yours?

13         A    Yes.

14         Q    Every day?

15         A    Sometimes.

16         Q    Did Carlos pick him up, too?

17         A    No.

18         Q    Do you know Jose L. Martinez?

19         A    Yes.

20         Q    Was his schedule the same as

21   yours?

22         A    Sometimes, because sometimes he

23   worked with Mendez and sometimes he worked with

24   me.

25         Q    So it was not the same all the

127

1                          M. Fajardo

2    time?

3          A      No, that is why sometimes.

4          Q      Did Carlos pick up Jose Martinez?

5          A      No.

6          Q      Do you know Osmar W. Pagoada?

7          A      Yes.

8          Q      Was his work schedule the same as

9    yours?

10         A      Sometimes.

11         Q      Sometimes it was, and sometimes it

12   was not?

13         A      Yes.

14         Q      Do you know what days it was the

15   same as yours?

16         A      No.

17         Q      Do you know what days it was not

18   the same as yours?

19         A      No.

20         Q      Do you know Javier Quintanilla?

21         A      Yes.

22         Q      Was his work schedule the same as

23   yours?

24         A      No.

25         Q      Do you know Carlos Escalante?

128

M. Fajardo

1

2      A      Yes.

3      Q      Was his work schedule the same as

4  yours?

5      A      Yes.

6      Q      Every day?

7      A      Yes.

8      Q      Did Carlos pick him up?

9      A      He was the one that drove, he was

10  the one that picked me up.

11     Q      Were there days that Carlos didn't

12  pick you up?

13     A      No, he would take me every day.

14     Q      That was the time that he picked

15  you up, whatever his GPS says?

16     A      Yes, but the time that he picks me

17  up and get to work is different.

18     Q      Do you know Kevin Galeano?

19     A      Yes.

20     Q      Did Kevin Galeano work the same as

21  you?

22     A      Sometimes.

23     Q      But sometimes it was not the same

24  as you, right?

25     A      No.

1                          M. Fajardo

2          Q       Do you know Lerly Rodriguez?

3          A       Yes.

4          Q       Did he work the same schedule as

5     you?

6          A       Yes.

7          Q       Every day?

8          A       Yes.

9          Q       Was he in the car with Carlos when

10    Carlos drove you?

11         A       No, but sometimes he would drive

12    the other truck.

13         Q       So you don't know what time he

14    would get the other truck, correct?

15                 MR. WALLACE:  Objection.

16         A       When he got to the yard.

17         Q       But you don't know when he got to

18    the yard?

19                 MR. WALLACE:  Objection.

20         A       The time that Louis Vecchia asked.

21         Q       Do you know what time that was?

22                 MR. WALLACE:  Objection.

23         A       Sometimes 6:30.

24         Q       Sometimes 8:00?

25                 MR. WALLACE:  Objection.

130

                                        M. Fajardo

1

2         A      We never got to the yard at 8:00.

3         Q      What if the GPS reports say that

4    you have?

5         A      Check, then.

6         Q      Wouldn't that make you a liar?

7                MR. WALLACE:   Objection.

8         A      No.   Because I was always at my

9    work, I always get there early.

10        Q      Do you know who Jose Vega Castillo

11   is?

12        A      Yes.

13        Q      Did he work the same schedule as

14   you?

15        A      Sometimes.

16        Q      Sometimes he worked a completely

17   different schedule?

18        A      Yes.

19        Q      Do you know who Juan Quinteros is?

20        A      Yes.

21        Q      Did he work the same schedule as

22   you?

23        A      Yes.

24        Q      How do you know he worked the same

25   schedule as you?

131

1                          M. Fajardo

2          A       Because he had union and he always

3     had to be in the group with me (sic).

4          Q       Did Carlos drive him to work?

5          A       No.

6          Q       Do you know who Marcus Tulio Perez

7     is?

8          A       Yes.

9          Q       Did Marcus Tulio Perez work the

10    same schedule as you?

11         A       Yes.

12         Q       Was he in the car with you and

13    Carlos in the morning?

14         A       No.

15         Q       Who else would Carlos pick up in

16    the morning?

17         A       No one.

18         Q       So you don't know what time Marcus

19    Tulio Perez got to the job site, do you?

20                 MR. WALLACE:   Objection.

21         A       He arrived at the time the boss

22    would say.

23         Q       Do you know what time the boss

24    would say?

25                 MR. WALLACE:   Objection.   When?

132

1                          M. Fajardo

2        A        Sometimes 6:30, 5:30 or 6:00.

3        Q        Did Marcus Tulio Perez ever go

4   directly to the job site?

5        A        Sometimes, yes.

6        Q        Did you ever go directly to the

7   job site?

8                 MR. WALLACE:  Objection.

9                 You can answer for the tenth time.

10       A        With my car, no.

11       Q        But with somebody else driving

12  you?

13                MR. WALLACE:  Objection.

14       A        Yes.

15       Q        You could have driven your car to

16  the job site?

17                MR. WALLACE:  Objection.

18       A        Yes.

19       Q        But you chose not to?

20                MR. WALLACE:  Objection.

21       A        The boss needed me to be there

22  early to make lines.

23       Q        He needed you to be at the job

24  site early?

25                MR. WALLACE:  Objection.

133

1                            M. Fajardo

2          A      Yes.

3          Q      Not at the shop?

4                 MR. WALLACE:  Objection.

5          A      No.

6          Q      Correct?

7                 MR. WALLACE:  Objection.

8          A      Yes.

9                 MR. ZABELL:  Okay, it's 1:30.  Why

10         don't we take a fifteen-minute lunch

11         break.

12                MR. WALLACE:  I am suggesting a

13         thirty-minute lunch break.

14                MR. ZABELL:  If you are requesting

15         a thirty-minute lunch break, I will

16         consent begrudgingly.

17                (Whereupon, a recess was taken

18         from 1:30 p.m. until 2:19 p.m.)

19         Q      Mr. Fajardo, did you have lunch?

20         A      Yes.

21         Q      Did you have lunch with your

22         attorney?

23         A      No.

24         Q      Are you disappointed in that?

25         A      I had to make phone calls.

134

M. Fajardo

1

2      Q      Did you have a chance during the

3  break to discuss this deposition with your

4  attorney?

5      A      I didn't really understand.

6      Q      Did you have a chance during that

7  break to discuss this deposition with your

8  attorney?

9      A      No.

10      Q      Did you have any conversation with

11  your attorney during the break?

12      A      Yes.

13      Q      How much are you suing Louis

14  Vecchia for?

15      A      I don't know.  I only know that

16  it's many hours.

17      Q      How many hours?

18          MR. MCNAMARA:  Objection.

19      A      I would have to see the hours on

20  the papers that we had and calculate them in the

21  way in which -- I remember from fifteen to

22  fourteen hours a week, sometimes seventeen.

23      Q      Are you saying there was never a

24  week that you were paid correctly when you

25  worked for the defendants?

1                      M. Fajardo

2                 MR. WALLACE:  Objection.

3          A      Sometimes they paid us from two to

4    three hours, sometimes.

5          Q      That is a wonderful answer.  It's

6    just not the answer to the question that I asked

7    you.

8                 I want you to pay attention and

9    just answer the questions that I ask you, okay?

10         A      Yes.

11         Q      Unless you tell me that you're

12   completely incapable of answering my questions,

13   do you understand?

14         A      Yes.

15         Q      Are you saying that there was

16   never a week that you worked for the defendants

17   that you were paid correctly?

18                MR. WALLACE:  Objection, asked and

19         answered.

20         A      Can you repeat it in Spanish

21   because I get confused?

22         Q      I'm going to start this over

23   again.  Hopefully, I will enable you to remove

24   that smirk from your face.

25                Do not pay attention to the

136

M. Fajardo

1   question that I ask you, pay attention to the

2   question that the interpreter asks you.

3

4            Are you capable of doing that?

5   A        Yes.

6   Q        Now, are you saying that there was

7   never a week that you worked for the defendants

8   that you were paid correctly?

9   A        Yes.

10  Q        Throughout your entire employment

11  with defendants, you were never paid correctly?

12  A        Yes.

13  Q        Then, why did you work there?

14  A        Because there was no work and

15  sometimes he would tell us that it was better to

16  be working than to be at home.

17  Q        Didn't you testify just before

18  that all these other companies were asking you

19  to come work for them?

20           MR. WALLACE:  Objection.

21  A        Yes.

22  Q        But you could have worked for

23  them, you didn't have to work for the

24  defendants?

25           MR. WALLACE:  Objection.

137

1                          M. Fajardo

2          Q        Correct?

3          A        Sometimes I would speak to my boss

4     and I would tell him -- once I told him that

5     there was a company that was offering me money,

6     and he told me with tears in his eyes, how was I

7     going to do that because we were like family,

8     and I couldn't do that.

9                   He was going to help me and that

10    was when he gave me the $2,000 that he gave me

11    in cash, because I told him that I was going to

12    work for Pioneer Asphalt.  That was one year

13    before he let me go.

14         Q        Did Pioneer Asphalt ever pay you

15    in cash?

16         A        No, they don't pay cash.

17         Q        Never?

18         A        Never.

19         Q        How much do you make a year for

20    Pioneer?

21         A        I don't know, because I never seen

22    that.

23         Q        Do you get paid travel time when

24    you work for Pioneer?

25         A        No, go to the job site.

138

1                    M. Fajardo

2          Q      You get paid from when you get to

3    the job site, correct?

4          A      From when I start working.

5          Q      At the job site?

6          A      Yes.

7          Q      Which is different from what you

8    want to get paid from Suffolk Paving?

9                 MR. WALLACE:  Objection.

10         A      Yes.

11         Q      How do you get to the job sites?

12                MR. WALLACE:  Objection.  When?

13         A      A friend of ours works at the same

14   place and we go together.

15         Q      He drives you?

16         A      Yes, in my car.

17         Q      In your car?

18         A      Yes.

19         Q      Which car is this?

20         A      It's a Honda.

21         Q      Who did you buy the Honda from?

22                MR. MCNAMARA:  Objection.

23         A      My friend.

24         Q      Did you pay him?

25         A      Yeah.

139

M. Fajardo

1

2      Q     The whole amount?

3      A     Yes.

4      Q     Did you ever go to the job site in

5 a company truck?

6              MR. WALLACE:  Objection.

7      Q     Now, with your current employer?

8      A     Yes.

9      Q     How do you get there in a company

10 truck if your friend drives your car?

11     A     Because sometimes when we go to

12 Coney Island, no one wants to drive there, so we

13 go in the truck.

14     Q     Are you claiming that you should

15 get paid from the time you get in the truck or

16 the time you get to the job?

17     A     No.  Because in this company, they

18 have one person that just picks up the tools,

19 gets the propane, fills up the machines and

20 drives, and we only have to get there on time

21 without doing anything.

22     Q     So you're claiming that you should

23 get paid for that travel time or not?

24              MR. MCNAMARA:  Objection.

25              MR. WALLACE:  Objection.

140

1                        M. Fajardo

2        A      No.

3        Q      When you worked for the

4    defendants, you're claiming that you should get

5    paid for travel time?

6                    MR. WALLACE:  Objection.

7                    MR. MCNAMARA:  Objection.

8        A      Yes, because --

9        Q      That is because you were family?

10       A      Because we would start working as

11   soon as we got to the yard.

12       Q      Were you family with Mr. Vecchia?

13       A      No, he was not my family.  But he

14   would tell me that I was his family, I did many

15   things for him.

16       Q      What did you do for him?

17       A      He would tell me that I had to

18   finish, because we had to go somewhere else and

19   sometimes we would stay until 10:00 p.m.

20       Q      And you would get paid for that,

21   correct?

22       A      No.

23       Q      Did you complain to the union when

24   you didn't get paid?

25       A      We would always complain to Louis

141

1                    M. Fajardo

2    Vecchia and Tommy.

3         Q      That is what your lawyer told you

4    to say?

5                 MR. WALLACE:   Objection.

6         A      No.

7         Q      Truth?

8                 MR. WALLACE:   Objection.

9                 MR. MCNAMARA:   Objection.

10        A      The truth.

11        Q      Do you know what a collective

12   bargaining agreement is?

13        A      No.

14        Q      Do you know what the terms and

15   conditions of your employment were with

16   defendants?

17                MR. WALLACE:   Objection.

18        A      No.

19        Q      Do you know if somebody negotiated

20   the terms and conditions of your employment with

21   your employer, the defendants?

22        A      No.

23        Q      Do you know what the rules are on

24   travel time?

25        A      Yes.

142

M. Fajardo

1

2      Q      What are they?

3      A      Paid from when one arrives at

4   work, when one starts working.

5      Q      Specifically, what are the rules?

6             MR. MCNAMARA:  Objection.

7      A      Well, I think I only know about

8   those and the overtime hours have to be double,

9   holidays have to all be paid.  We have the

10  obligation from greasing the machine every day a

11  half hour before, and that is the only thing

12  that I remember.

13     Q      Did you ever get paid grease time?

14     A      Yes.

15     Q      From defendants?

16     A      Yes.

17     Q      That was paid for time that you

18  didn't actually work?

19            MR. WALLACE:  Objection.

20     A      Yes.  I would grease the machine,

21  sometimes the machines would break down and when

22  the mechanic was far away, I would do what I

23  could to fix them so that production continued.

24     Q      That was during the work day when

25  you were getting paid, correct?

143

1                    M. Fajardo

2        A      Yes.  But it was not my job, just

3    like it wasn't my job either to show all of the

4    workers -- to show them how to work as he told

5    me that I had to show them.

6                    MR. WALLACE:  Who is "he"?

7                    THE WITNESS:  Louis Vecchia.

8        Q      You had a problem showing your

9    fellow workers how to work?

10                   MR. WALLACE:  Objection.

11       A      No.

12       Q      Isn't that why you were the

13   foreman?

14       A      Yes.  But the problem is that I

15   didn't have time to come down and show them when

16   he was telling me that I had to hurry.

17       Q      You didn't like it when he told

18   you that you had to hurry at a job site?

19       A      No.  Because there were times that

20   they were problems with the water, for example.

21   And he would arrive and I was raking, and he

22   would get angry because of that, and sometimes

23   he would tell me that I shouldn't be doing that.

24                   But if I was not doing that, the

25   work wouldn't come out right, and he would yell

144

                              M. Fajardo

1

2    at me.

3         Q      Do you remember the exact date

4    that you came back from Columbia?

5         A      August 4th.

6         Q      Of what year?

7         A      2008.

8         Q      Do you know the exact date that

9    you left for Guatemala?

10               MR. MCNAMARA:  Objection.

11        A      January 19th.

12        Q      Of what year?

13        A      2008.

14        Q      When did you come back from

15   Guatemala?

16               MR. MCNAMARA:  Objection.

17               MR. WALLACE:  Objection.

18        A      August 4, 2008.

19        Q      So you were gone for eight months,

20   correct?

21        A      Yes.

22        Q      Do you remember testifying earlier

23   that you were only gone for two or three months?

24               MR. WALLACE:  Objection.

25        A      I didn't say I was away for

145

1                        M. Fajardo

2    two months.  I was in Guatemala for one month, I

3    was in Columbia for one month, and then I

4    returned to Guatemala.

5                    MR. ZABELL:  Off the record.

6                    (Whereupon, a discussion was held

7            off the record.)

8         Q      For 2008, you voluntarily chose

9    not to work for the defendants, correct?

10        A      No.

11        Q      No, you wanted to work for

12   defendants in 2008?

13        A      Yes.

14        Q      Do the defendants do any work in

15   Guatemala?

16        A      No.

17        Q      Do the defendants do any work in

18   Columbia?

19        A      No.

20        Q      So how could you continue to work

21   for them while you were on vacation in Guatemala

22   and Columbia?

23        A      I was not working with him.

24        Q      Did you want to work with him?

25        A      Yes.

146

1                        M. Fajardo

2          Q       How could you work for him when

3    you were in Guatemala and Columbia?

4          A       Because I had problems to return.

5          Q       You had problems returning?

6          A       Yes.

7          Q       When did you first try to return?

8          A       In July.

9          Q       When in July?

10         A       I don't recall the date.

11         Q       So you had problems returning in

12   July and you returned in August?

13         A       Yes.

14         Q       That is when you borrowed another

15   $2,000?

16                 MR. MCNAMARA:   Objection.

17         A       No, that was in December.

18         Q       No, the $8,500 was in December,

19   was it not?

20         A       Yes, but then, when I was not

21   working, I told him I needed $2,000, and he gave

22   it to me and then, when I said I was going to

23   work at a different company, he gave it to me so

24   I wouldn't leave.

25         Q       No, no.

M. Fajardo

2          You said that he lent you $8,000

3     for your mother, correct?

4          A     Okay.

5               MR. WALLACE:  Objection, asked and

6          answered.

7          A     Yes.

8          Q     Then, he lent you another $8,500

9     to pay for your trip and so you could give your

10    kids some money before you left the country?

11              MR. WALLACE:  Objection.

12         A     Yes.

13         Q     Then, he gave you another $2,000

14    because you needed help with a lawyer, correct?

15              MR. MCNAMARA:  Objection.

16         A     No.  He sent that to me through a

17    co-worker.

18         Q     Who was that co-worker?

19         A     Carlos.

20         Q     Carlos Escalante?

21         A     Yes.

22         Q     Why did you tell Carlos you needed

23    that $2,000?

24         A     Because he was the only person

25    with whom I could communicate.

148

1                    M. Fajardo

2          Q     When did he send that $2,000 for

3    you?

4          A     I don't recall.

5          Q     Was that before you came back?

6          A     No.

7          Q     It was after you came back?

8          A     No, before returning.

9          Q     Which is the question that I just

10   asked you:  And how come you said "no"

11   originally?

12         A     Because I didn't understand.

13         Q     Are you not listening to the

14   question that is being asked of you?

15         A     Yes.  Sometimes I get confused

16   because you're talking and he's screaming.  It's

17   kind of loud.

18         Q     Are you making fun of how I speak?

19         A     No.

20         Q     Your apology is accepted.

21         A     Okay.

22         Q     When does the paving season start?

23         A     March 15th.

24         Q     When does it end?

25         A     December 23rd.

149

1                          M. Fajardo

2          Q      What if it snows in December, can

3     you still pave?

4          A      No.

5          Q      What if there is snow on the

6     ground in March, can you pave?

7          A      No.

8          Q      So it doesn't always start March

9     15th, does it?

10         A      Yes.  We do start because we start

11    preparing everything.

12         Q      Do you start working full-time in

13    March?

14         A      No.

15         Q      Just a couple of days a week,

16    correct?

17         A      Yes.

18         Q      Sometimes you don't even start

19    working full-time until April, correct?

20                MR. WALLACE:  Objection.

21         A      No.

22         Q      Sometimes you can't work in

23    December when the ground is frozen, correct?

24         A      Yes.  But we always work.

25         Q      But not full-time, correct?

150

1                     M. Fajardo

2               MR. WALLACE:  Objection.

3        A       Unless it's raining.

4        Q       Sometimes it rains for a week at a

5   time, correct?

6               MR. WALLACE:  Objection.

7        A       Yes.

8        Q       When it rains for that much, you

9   don't work, do you?

10       A       Sometimes they send us home during

11  the week, but we always work.  When it's raining

12  during the week, maybe they send us one day or

13  two days.

14       Q       Did you ever get any bonus

15  payments from defendants?

16       A       No.

17       Q       Did you ever keep a log of how

18  many hours you worked on a particular day?

19              MR. WALLACE:  Objection.

20       A       Yes.  We would give Tommy a copy

21  of what we had.

22       Q       Was that a daily sheet?

23       A       Yes.

24       Q       So you gave him a sheet for every

25  day you worked, correct?

1                         M. Fajardo

2         A       Yes.  And there was a weekly one,

3    as well.

4         Q       So which did you provide him with;

5    a daily or a weekly?

6         A       I would always almost give him the

7    weekly one.

8         Q       Always almost give him a weekly

9    one, but never quite give him one, right?

10                MR. WALLACE:  Objection.

11        A       Yes, always.

12        Q       Always not quite give it to him?

13                MR. MCNAMARA:  Objection.

14                MR. WALLACE:  Objection, asked and

15           answered.

16        Q       You can answer.

17        A       Yes, the weekly one, always.  The

18   daily, I never -- I think I filled it out two or

19   three times.

20        Q       Did you fill the weekly out once a

21   week?

22        A       Yes.

23        Q       You didn't fill out the weekly one

24   on a daily basis?

25        A       No.

152

M. Fajardo

2    Q    You would have to think of what

3  days you worked and what hours you worked and

4  fit it in on the sheet, correct?

5    A    Yes.  Because the truth is that I

6  hardly had time to eat.

7    Q    You seemed to have changed that.

8         MR. WALLACE:  Come on.

9    Q    Is that still the case, do you

10  have time to eat now?

11    A    No.  Now I eat well, now they're

12  giving me my thirty minutes, my fifteen-minute

13  break.

14    Q    You never took a lunch break?

15    A    Sometimes we would take

16  fifteen minutes, max.

17    Q    And the GPS never indicated that

18  you went to a deli every morning?

19         MR. WALLACE:  Objection.

20    A    Yes.

21    Q    Yes, they did show that?

22    A    Yes, the truck.

23    Q    And you weren't in the truck?

24    A    When I would go straight to work,

25  I would eat before getting to work.

153

1                          M. Fajardo

2        Q        What would you eat?

3        A        Food.

4        Q        Egg sandwich?

5        A        Yes.

6        Q        How do you like your egg sandwich?

7        A        Fried, over easy.

8        Q        With bacon?

9        A        No.

10       Q        Sausage?

11       A        Ham.

12       Q        That is what you would eat every

13   morning?

14       A        Yes.

15       Q        Whether you drove to work directly

16   or whether or not you went in the truck,

17   correct?

18               MR. WALLACE:  Objection, compound

19            question.

20       A        I would go in the truck with

21   Carlos.

22       Q        That would be after you went to

23   the shop?

24               MR. WALLACE:  Objection, asked and

25            answered.

154

1                    M. Fajardo

2        A       Sometimes.

3        Q       You went to Columbia during paving

4   season, did you not?

5        A       Yes.

6        Q       You went to see your mother in

7   Guatemala during the paving season, correct?

8                MR. MCNAMARA:   Objection.

9        A       When I went to see my mother, we

10  were not working.

11               MR. WALLACE:   Renewing objection.

12       A       It was not paving season.

13       Q       Didn't you say you went to see

14  your mother in January 2008, then, in February,

15  you went to see your girlfriend, then, after

16  February, you went back to see your mother?

17       A       Yes.

18               MR. WALLACE:   Objection, asked and

19           answered.

20       Q       In March to August, you stayed --

21       A       January, February, March.

22       Q       But you stayed in Guatemala until

23  August, correct?

24       A       Yes.   In June, I was coming here,

25  but I couldn't return.

155

1                           M. Fajardo

2          Q      Why?

3                 MR. WALLACE:  No, objection.

4                 Do not respond.

5          Q      That is the problem you asked for

6      the $2,000 for?

7          A      Yes.

8          Q      From Carlos Escalante to pay a

9      lawyer?

10                MR. MCNAMARA:  Objection.

11         A      Yes.

12         Q      That $2,000 helped bring you back

13     here?

14         A      No.

15         Q      You used that $2,000 for something

16     else?

17         A      It was only to pay for an

18     attorney.  It has nothing to do with coming.

19         Q      The attorney had nothing to do

20     with your coming back?

21                MR. MCNAMARA:  Objection.

22                MR. WALLACE:  Objection.

23         A      No.

24         Q      What did you have the attorney

25     for?

156

1                    M. Fajardo

2           MR. WALLACE:  Don't answer that.

3           MR. ZABELL:  He said the attorney

4      had nothing to do with his immigration

5      status, which means I'm entitled to ask

6      why he had to pay an attorney for.

7           MR. WALLACE:  You're ignoring the

8      fact that earlier, he testified that it

9      was immigration.

10          MR. ZABELL:  No, I'm not.

11          MR. WALLACE:  He said it was

12     immigration.

13          MR. ZABELL:  Let him answer what

14     the attorney was for, and if it's a

15     problem with immigration, we'll strike

16     it.

17     Q       If the attorney was for

18  immigration, why did he not help you get back to

19  the United States?

20          MR. WALLACE:  Objection.

21          Don't respond to that.

22          MR. ZABELL:  That, he can.

23     Because what he has is an inconsistency

24     of what he said.

25          MR. WALLACE:  It's going to open a

157

M. Fajardo

1     whole can of worms violating the Court

2

3     Order.

4               MR. ZABELL:  We will strike it

5     just like I struck the last one.  He

6     can't say that the attorney has nothing

7     to do with coming back to the United

8     States, and then say it was an

9     immigration attorney.

10               MR. WALLACE:  I think the question

11     is a very open-ended question.

12               MR. ZABELL:  You want to ask him

13     outside the room, I will give you that.

14               MR. WALLACE:  He could get back in

15     the country, then have the problem, and

16     then have to hire the attorney.

17               MR. ZABELL:  We don't know that,

18     and he said he needed the money before he

19     came back.

20               MR. WALLACE:  What do you want him

21     to say?

22               MR. ZABELL:  The truth.

23     Q     If the attorney did not help you

24     get back in the country, then what did the

25     attorney help you do?

158

1                          M. Fajardo

2         A       Fix papers.

3         Q       You needed to pay him before you

4    came back to the United States?

5         A       No.

6         Q       You paid him after you came to the

7    United States?

8         A       Yes.

9         Q       Don't you remember testifying that

10   Carlos Escalante was the only person you could

11   get in touch with?

12        A       Yes.

13        Q       And you could only get in touch

14   with him because you were out of the country,

15   correct?

16        A       Yes.

17        Q       Stop trying to explain.

18        A       Can I speak to him about this?

19        Q       Not yet.

20                You called up Carlos while you

21   were out of the country?

22                MR. WALLACE:  Objection, asked and

23            answered.

24        A       Yes.

25        Q       Carlos got you the $2,000 that he

159

1                        M. Fajardo

2    borrowed from Lou to send to you?

3         A     Yes.

4         Q     You got the $2,000 before you were

5    out of the country?

6                MR. WALLACE:  Objection,

7           mischaracterization of his testimony.

8         A     Yes.

9         Q     Why were you lying about it?

10               MR. WALLACE:  Objection.

11        A     I'm not lying.

12        Q     You were lying.

13        A     I can't explain why I needed the

14   money.

15        Q     You already did.

16        A     How can I explain because it's

17   regarding an immigration case?

18        Q     You got the money before you came

19   into the United States?

20        A     Okay.

21               MR. WALLACE:  Objection, asked and

22          answered.

23        Q     Do you agree?

24        A     Yes.

25        Q     Do you want to speak to your

160

1                          M. Fajardo

2    attorney now?

3                    MR. WALLACE:  Let's talk off the

4              record.

5                    (Whereupon, a discussion was held

6              off the record.)

7                    (Whereupon, a break was taken from

8              2:51 p.m. until 3:10 p.m.)

9         Q       You had a nice conversation during

10   the break?

11        A       Yes.

12        Q       Was he pleasant?

13        A       Yes.

14        Q       Did he yell at you?

15        A       No.

16        Q       Did you yell at him?

17        A       No.

18        Q       All is good in the world?

19        A       Yes.

20        Q       You talked a little bit about what

21   we were discussing in this deposition?

22                   MR. WALLACE:  You shouldn't ask

23             that.

24                   MR. ZABELL:  I'm not asking about

25             the content, I'll move on.

161

1                    M. Fajardo

2         A     Yes.

3         Q     Did you ever speak to a detective

4    regarding your claims against defendants?

5         A     No.

6         Q     Do you ever speak to the police?

7         A     No.

8         Q     Have you ever been arrested?

9               MR. WALLACE:   Objection.

10        A     No, no.

11        Q     Either here or in any other

12   country?

13              MR. WALLACE:   Objection.

14        A     No.

15        Q     Are you sure?

16        A     Yes.

17        Q     You know what the penalty is for

18   not telling the truth at a deposition?

19        A     Okay.

20        Q     Do you; yes or no?

21        A     Yes.

22        Q     What is the penalty?

23        A     Arrest one.

24        Q     No.

25        A     Well, I don't know, then.

162

                                    M. Fajardo

1

2          Q      Why did you tell me that you know

3      if you don't know?

4                 MR. WALLACE:   Objection.

5          A      Because I thought it was being

6      arrested, I don't lie.

7          Q      Ever?

8          A      Yes, I said if one lies --

9          Q      You didn't say, I don't lie?

10         A      No, didn't say that.

11         Q      Do you lie?

12         A      Depends.

13         Q      What does it depend on?

14         A      If it's having to do with

15     conquering a woman.

16                MR. WALLACE:   Off the record.

17                (Whereupon, a discussion was held

18          off the record.)

19         Q      You will admit to lying to get

20     what you want?

21                MR. WALLACE:   Objection.

22         A      Not for everything, you can't lie.

23     Only for things with my family, that is it.

24         Q      You lie about things with your

25     family?

163

1                        M. Fajardo

2                   MR. WALLACE:  Objection.

3        A       Yes, sometimes.

4        Q       Like what?

5        A       For example, once I lied to my

6    wife saying that I was working, and I was

7    drinking with my friends.

8        Q       Does your wife know about your

9    girlfriend in Columbia?

10                  MR. WALLACE:  Objection.

11       A       Yes.

12       Q       Did you lie to your wife to

13   conquer her?

14       A       Yes.

15       Q       Did you lie to your girlfriend to

16   conquer her?

17       A       Yes.

18       Q       Do you ever lie to your mother?

19       A       No.

20       Q       Is she the only woman that you

21   never lied to?

22                  MR. WALLACE:  Objection.

23       A       No, she's not the only one.

24       Q       Who are some of the women that you

25   never lied to?

164

1                          M. Fajardo

2          A       My daughter, my mother, and my

3     aunts.

4                  MR. WALLACE:   Running objection.

5          Q       Does your daughter know about your

6     girlfriend in Columbia?

7          A       Yes.

8          Q       When did you tell your daughter

9     about your girlfriend in Columbia?

10         A       When I met her.

11         Q       Your daughter?

12         A       My girlfriend.

13         Q       Did you meet your girlfriend in

14    America or Columbia?

15         A       Columbia.

16         Q       Was your daughter with you in

17    Columbia?

18         A       No.

19                 MR. WALLACE:   Standing objection

20            to the use of the world lying and to that

21            whole line of questioning.

22                 Do you want to ask him to expand

23            on what he means by lying?

24                 MR. ZABELL:   No.   He's made it

25            perfectly clear that he's willing to lie

165

1                          M. Fajardo

2          to people to get what he wants.

3                    MR. WALLACE:  Objection.

4          A     I don't have to lie to everyone.

5          Q     Only to some people?

6          A     Yes.  But it's not a malicious

7     lie.

8          Q     No.  You just lie to get what you

9     want?

10         A     No.  Because I'm not looking for

11    anything, I want them to feel good.

12         Q     If you're looking for something?

13                   MR. WALLACE:  Objection.

14                   MR. MCNAMARA:  Objection.

15         A     No.

16         Q     You only lie to make people feel

17    good?

18                   MR. WALLACE:  Objection.

19         A     The people that I lied to, yes.

20         Q     It has nothing to do with you

21    trying to conquer a woman, as you said before?

22                   MR. WALLACE:  Objection.

23         A     Only two people, my wife and my

24    girlfriend.

25         Q     What about your current

1                        M. Fajardo

2     girlfriend?

3          A      No.

4          Q      You never lied to her?

5          A      No, she's tough.

6          Q      Not even a little bit?

7          A      No.

8          Q      You never told her she looked

9     pretty when she didn't look pretty?

10         A      No.

11         Q      You never told her that the dress

12    makes her look thin?

13                MR. MCNAMARA:  Off the record.

14                (Whereupon, a discussion was held

15          off the record.)

16         Q      Did you ever lie as a child?

17         A      I don't recall.

18         Q      How old are you now?

19         A      Thirty-seven.

20         Q      You've lied about your name?

21                MR. WALLACE:  Objection.

22         A      I didn't lie because I explained

23    why I used that name.

24         Q      You explained why you used the

25    name that didn't belong to you.

167

M. Fajardo

2          MR. WALLACE:  Objection.

3     A     The first name is mine, the last

4  name is my father's.

5     Q     But the first name is not your

6  first name, it's your middle name?

7     A     Correct.

8     Q     So you used a name to get

9  something that you needed?

10          MR. MCNAMARA:  Objection.

11          MR. WALLACE:  Objection.

12    Q     Correct?

13    A     Yes.

14    Q     You did this as a result, correct?

15    A     Yes.

16    Q     So you could conquer something,

17  correct?

18    A     Why are you talking about

19  conquering something?

20    Q     Just answer the question.

21    A     I didn't lie, because I don't

22  understand in what way I lied there.

23    Q     You started working for the

24  defendants in what year?

25    A     1998.

168

1                          M. Fajardo

2        Q    Who did you work for in 1998?

3        A    For a landscaping company.

4        Q    What was the name of that company?

5        A    I don't recall.

6        Q    Who did you work for in 1999?

7        A    For Suffolk Paving.

8        Q    Did you work for Suffolk Paving in

9    1998?

10       A    Yes.

11       Q    What did you do for Suffolk Paving

12   in 1998?

13       A    I was raker, a laborer.

14       Q    Were you an operating engineer in

15   1998?

16       A    No.

17       Q    Were you an operating engineer in

18   1999?

19       A    No.

20       Q    Were you an operating engineer in

21   the year 2000?

22       A    No.

23       Q    Were you an operating engineer in

24   the year 2001?

25       A    Yes.

169

1                          M. Fajardo

2          Q        Was 2001 the year that you went

3   into the union?

4          A        No.

5          Q        How were you an operating engineer

6   in 2001?

7          A        Because Mr. Louis Vecchia didn't

8   have anyone to operate the machines, and he told

9   me to get up on the machine and operate it

10  myself.

11         Q        Was your title changed?

12         A        No.

13         Q        Did Mr. Vecchia give you that

14  opportunity?

15         A        Yes.

16         Q        Did you enjoy being given the

17  opportunity?

18         A        Yes.

19         Q        Did you appreciate being given

20  that opportunity?

21         A        Yes.

22         Q        Were you paid for the work that

23  you had done?

24         A        Yes.

25         Q        That was in what year?

170

1                          M. Fajardo

2          A      2001.

3          Q      In 2001, were you paid everything?

4          A      Not the overtime hours.

5          Q      But yet, you continued to work for

6   Suffolk Paving, correct?

7          A      Yes.

8          Q      How many hours a week did you work

9   in 1998?

10         A      I don't recall.

11         Q      How many hours a week did you work

12  in 1999?

13         A      I don't recall.

14         Q      How many hours a week did you work

15  in the year 2000?

16         A      I don't recall.

17         Q      How many hours a week did you work

18  in 2001?

19         A      2001, we would work almost ten

20  hours.

21         Q      How many hours a week did you work

22  in 2002?

23         A      I don't recall that, either.

24         Q      How many hours a week did you work

25  in 2003?

171

1                            M. Fajardo

2          A          Pretty many hours like sixteen,

3    seventeen, sometimes we worked ten, but we never

4    worked eight hours, nor six hours.

5          Q          How many hours a week did you work

6    in 2004?

7          A          More than forty hours.

8          Q          How many hours a week did you work

9    in 2005?

10         A          More than forty hours, as well.

11         Q          How many hours a week did you work

12   in 2006?

13         A          More than forty.

14         Q          How many hours a week did you work

15   in 2007?

16         A          More than forty.

17         Q          How many hours a week did you work

18   in 2008?

19         A          More than forty.

20         Q          How many hours a week did you work

21   in 2009?

22         A          More than forty.

23         Q          For the years that you worked more

24   than forty hours a week, weren't there weeks

25   that you didn't work forty hours?

172

1                          M. Fajardo

2        A      No.   We almost always worked forty

3    hours.

4        Q      Almost always, but there were some

5    weeks that you didn't work forty?

6        A      Yes.

7        Q      There were some weeks that were

8    cut short because of the weather, correct?

9        A      Yes.

10       Q      There were some years where you

11   disappeared for six or seven months; is that

12   correct?

13       A      Yes.

14              MR. WALLACE:  Objection.

15       Q      It was more than one year,

16   correct?

17              MR. WALLACE:  Objection.

18       A      No, only one time, one year.

19       Q      You up and disappeared for seven

20   months?

21              MR. MCNAMARA:  Objection.

22       A      Yes.

23       Q      How long was your mother sick

24   during that time?

25       A      I have to answer?

173

1                              M. Fajardo

2          Q      Yes, you have to answer.

3          A      For about six months.

4          Q      So she was sick during the period

5     of time that you left to see your girlfriend?

6          A      She was sick before I went to see

7     her.

8          Q      After you went to see her, she was

9     not sick?

10                MR. WALLACE:   Objection.

11                The Court had already ruled on

12           this, you don't have to go back to that.

13         Q      You can answer.

14         A      Before me going to Columbia, my

15    mother was sick.

16         Q      After you went to Columbia, did

17    she get better?

18         A      Yes.

19         Q      Was it because you went to visit

20    her?

21         A      Yes.

22         Q      So you made your mother better?

23                MR. WALLACE:   Objection.

24         A      Yes.

25         Q      Just the presence of your company

174

```
1                          M. Fajardo
2    made her better?
3                    MR. MCNAMARA:  Objection.
4                    MR. WALLACE:  Let's take a break.
5         A       Yes.
6                    MR. WALLACE:  Let's take a break.
7         Q       Just a few more questions
8    regarding your mother.
9                    MR. WALLACE:  You're joking.
10        Q       Was your mother feeling better
11   when you went to Columbia?
12        A       Yes.
13        Q       Was she better by the time you
14   returned to Guatemala?
15        A       A little.
16        Q       But the time you left Guatemala
17   and came back to the United States, was she all
18   better?
19        A       Yes.  Because she was in Seattle,
20   Washington.
21        Q       When did she go to Seattle,
22   Washington?
23        A       She lives in Washington.  She only
24   went to Guatemala for the surgery.
25        Q       When did she return to Seattle,
```

175

```
 1                        M. Fajardo
 2    Washington?
 3         A      On June 23rd.
 4         Q      Of what year?
 5         A      2008.
 6         Q      So she made it back to the United
 7    States before you?
 8         A      Yes.
 9         Q      Did you pay for her travel to the
10    United States?
11         A      All of my siblings and me.
12         Q      Is that a yes?
13         A      Yes.
14         Q      Do you visit her here in the
15    United States?
16         A      Yes.
17         Q      When in 2009 did you visit her in
18    the State of Washington?
19         A      September of 2009, when I got
20    fired.
21         Q      For how long did you visit her in
22    September 2009?
23         A      Three days.
24              MR. WALLACE:  He is only asking
25         about the dates for the lawsuit.
```

176

```
 1                    M. Fajardo

 2        Q      Is she okay now?

 3        A      Yes.

 4        Q      That's good.

 5               Did you drive out to Seattle,

 6   Washington to see her, or did you fly there?

 7        A      No, my brother came to get me.

 8        Q      In a car?

 9        A      In a car, yes.

10        Q      So you drove out to see her?

11        A      My brother drove with his wife.

12        Q      And you sat in the backseat?

13        A      No, in the front.

14        Q      Who sat in the backseat?

15        A      My brother's wife.

16        Q      Was she okay with that?

17        A      Yes, because she was sleeping.

18        Q      The whole time?

19        A      Almost always.

20        Q      It took three days to get there?

21        A      Three-and-a-half days.

22        Q      How many days to drive back?

23        A      It was not three days exactly.  It

24   was almost three days, because it was just me

25   and my brother.
```

177

                              M. Fajardo

1

2       Q       You drove?

3       A       No.

4       Q       Your brother drove?

5       A       Yes.

6       Q       The whole time?

7       A       He has a stick shift and I can't

8    drive a stick.

9       Q       You must be a lot of fun to drive

10   with.

11              So your brother drove for three

12   days straight?

13      A       Yes, but he stopped.

14      Q       It took three days to drive there,

15   you stayed three days, and then three days to

16   drive back?

17      A       Yes.  Because my mother was going

18   to go to my other brother's.

19      Q       Where does he live?

20      A       In Houston.

21      Q       Did you visit your other brother

22   in Houston?

23      A       No.

24      Q       You don't like him?

25      A       No, we don't have communication.

                              M. Fajardo

1

2      Q      Why, because you don't like him?

3      A      No.  Because he is the eldest, and

4  he's the one that would keep us indoors to keep

5  us straight.

6      Q      Did you ever lie to him?

7      A      No.

8      Q      Un poquito?

9      A      No.

10     Q      So when in September 2009 did you

11 drive to see your mother, what day?

12            MR. WALLACE:  Objection, asked and

13        answered.

14     A      It's -- that was at the end of

15 September.

16     Q      How soon after you stopped working

17 for Suffolk Paving did you go see your brother?

18     A      I was not working for Suffolk

19 Paving.

20     Q      Who were you working for?

21     A      No one.

22            MR. WALLACE:  Listen to the

23        question.

24            Can you repeat the question?

25            MR. ZABELL:  I have his answer.

                                M. Fajardo

1
2          You'll get the transcript.

3                  MR. WALLACE:  The question after

4          you stopped working for Suffolk Paving.

5                  MR. ZABELL:  Stop talking, please,

6          okay?  Is that a yes?  Thank you, sir.

7          Q      You're suing just for overtime,

8    correct?

9                  MR. WALLACE:  Objection.

10         A      Yes.

11         Q      But you don't know how much

12    overtime you're owed, correct?

13                 MR. WALLACE:  Objection.

14         A      We have an idea, according to the

15    sheets that we have.

16         Q      What is that idea?

17         A      It's fourteen, fifteen hours

18    weekly.

19         Q      Fifty-two weeks a year?

20         A      It's nine months.  I don't know

21    how many weeks.

22         Q      Do you know how many weeks are in

23    a month?

24         A      Four.

25         Q      Do you have a number in mind that

1                        M. Fajardo

2    you think you're suing for?

3          A      No.

4          Q      What union are you a member of?

5          A      138.

6          Q      Did you ever check your union

7    contract to see if you were being paid

8    correctly?

9          A      Yes.  Because they send me copies

10   weekly.

11         Q      The union sends you copies of your

12   check weekly?

13         A      Yes.

14         Q      In English or Spanish?

15         A      English.

16         Q      Do you read English?

17         A      Yes.  Because their numbers.

18         Q      Your contract is just in numbers?

19         A      It only says, for example, a week,

20   the company where one works, and how many hours

21   they pay.

22         Q      Did Louis Vecchia treat you

23   fairly?

24                MR. WALLACE:  Objection.

25         A      Sometimes.

1                        M. Fajardo

2          Q        Did he try to help you when you

3    needed help?

4          A        Yes.

5          Q        You received a paycheck every week

6    from him?

7                   MR. MCNAMARA:  Objection.

8          A        Yes.

9          Q        He always tried to find work for

10   you when there was no work, correct?

11                  MR. WALLACE:  Objection.

12         A        Yes.

13         Q        What prevailing wage projects did

14   you work on?

15                  MR. WALLACE:  Objection.

16         A        Schools, roads, and there was a

17   company called the Water Touring where the water

18   dams are.

19         Q        What schools did you work in?

20         A        I don't recall, but a few.

21         Q        Do you recall any of the names?

22         A        No.

23         Q        What roads did you work on?

24         A        A few, but I don't remember.

25         Q        You can't recall any of the names?

 1                        M. Fajardo

 2        A       The only one that I remember was

 3    because when I was coming here, it was Carleton.

 4        Q       Carleton what?

 5        A       Carleton Street.

 6        Q       What dams did you work on?

 7        A       The water one.

 8        Q       Are there any other type?

 9        A       No.

10        Q       Do you recall the name?

11        A       Water Touring.

12                MR. WALLACE:  Wood Authority.

13                MR. ZABELL:  Counselors, your jobs

14        are not here to help.  If he cannot

15        recall, you cannot help him.

16             Don't even try to speak to defend

17        yourself.  Your job is not here to help.

18        Am I clear?

19                MR. WALLACE:  I made his word --

20                MR. ZABELL:  Am I clear?

21                MR. WALLACE:  What is my job?

22                MR. ZABELL:  Your job is to object

23        to questions that are objectionable, and

24        beyond that, remain silent.  That goes

25        for both of you.

183

                              M. Fajardo

1
2              Am I perfectly clear?  You're
3        shaking your head, but I need a verbal.
4              MR. MCNAMARA:  Verbally, I would
5        say yes.
6              MR. ZABELL:  You're nodding, I
7        need a verbal response.
8              MR. WALLACE:  You're being very
9        clear.
10             MR. ZABELL:  Thank you.
11        Q     Do you have an idea as to how much
12   money you're suing Louis Vecchia for?
13             MR. MCNAMARA:  Objection.
14        A     No.
15        Q     No idea at all?
16        A     I think it's more than $100,000.
17        Q     When was the last year that you
18   earned more than $100,000?
19             MR. MCNAMARA:  Objection.
20        A     I don't recall.  I think it was in
21   2008 or -- no, 2007 or 2009, something like
22   that.
23        Q     You made more than $100,000 in
24   2009?
25        A     Yes.

184

1                    M. Fajardo

2        Q       How much money did you make in

3    2009?

4        A       I don't know.  I know there was

5    one year that I made more than $100,000, but I

6    don't remember.

7        Q       You were working for Suffolk

8    Paving, right?

9        A       Yes.

10       Q       Did you pay taxes?

11       A       Yes.

12       Q       You filed an income tax return?

13       A       Yes.

14       Q       Under what Social Security number

15   did you use?

16               MR. WALLACE:  Objection.

17       A       My Social Security and with a pin

18   number that the IRS gave me.

19       Q       What is your Social Security

20   number?

21               MR. WALLACE:  Objection.  We have

22            to mark this as confidential.

23               MR. ZABELL:  I'll mark it as

24            confidential.

25       Q       What is your Social Security

185

```
 1                    M. Fajardo
 2    number?
 3         A      ████████████.
 4              MR. WALLACE:  You have his Social
 5    Security number.
 6              MR. ZABELL:  We'll make a copy and
 7    we'll mark it.
 8              MR. WALLACE:  Taken under
 9    advisement.
10              MR. ZABELL:  Is there anything on
11    there that you're concerned about?
12              MR. WALLACE:  He has given you the
13    Social Security number.
14              MR. ZABELL:  I want to see it on
15    the card.
16              MR. WALLACE:  No.
17              MR. ZABELL:  We made a demand for
18    it.
19              MR. WALLACE:  I am withholding it.
20              MR. ZABELL:  Does it say that he's
21    not authorized to work?
22         Q      What's your Social Security
23    number?
24         A      ████████████.
25              MR. ZABELL:  Is that accurate?
```

186

```
1                          M. Fajardo
2              MR. MCNAMARA:   That is accurate.
3      Q      What is your date of birth?
4      A      ████████████      ██████
5      Q      What address?
6      A      ████████████████    ██████████
7   ████.
8      Q      Is that the address and Social
9   Security number you use when you filed for
10  unemployment benefits?
11     A      Yes.
12     Q      Are there currently any child
13  support orders ordering you to pay child
14  support?
15             MR. WALLACE:   Objection.
16     Q      You may answer.
17     A      No.   Because I pay child support
18  directly from my check.
19     Q      So they take the money right out
20  of your check?
21     A      Yes.
22     Q      Is that by Order of the Court?
23     A      Yes.
24     Q      Is that because you didn't pay
25  child support before?
```

187

1                       M. Fajardo

2            MR. WALLACE:  Objection.

3       A       No.  I went to have it done.

4       Q       So you asked that they garnish

5  your check?

6       A       Yes.

7            MR. WALLACE:  Objection.

8       Q       Do you know who the other

9  plaintiffs are in this case?

10           MR. WALLACE:  Objection, asked and

11          answered.

12      Q       Do you know who the other

13  plaintiffs are in this case?

14      A       Yes.

15      Q       Who are they?

16      A       Jose -- I don't remember their

17  last names, and some of them, I do.  Jose

18  Castillo, Carlos Escalante, Nelson Quintanilla,

19  Javier, Walter Garcia, Pracelis Mendez, Marcus

20  Tulio, I think also Osmar, and I don't remember

21  the rest of the names.

22      Q       When was the last time you spoke

23  with them?

24      A       Quite some time ago.

25      Q       Do you know why you were fired

```
 1                      M. Fajardo
 2    from Suffolk Paving?
 3                   MR. WALLACE:   Objection, asked and
 4             answered.
 5        A      No.
 6        Q      Do you have any idea why you were
 7    fired?
 8        A      Because I think the boss wanted to
 9    put his son Chris Vecchia in charge of the
10    group.
11        Q      Did you tell that to your
12    attorney?
13        A      Yes.
14        Q      Do you think that was the only
15    reason why you were fired?
16        A      Yes.
17        Q      Did the boss put his son in charge
18    of the group?
19        A      Yes.
20        Q      Do you think that Louis Vecchia,
21    wanting to put his son in charge of the group,
22    do you think that was malicious?
23        A      I think it was, because since I
24    was complaining a lot about my overtime hours, I
25    think it was.
```

1                          M. Fajardo

2          Q        Do you think he wanted to put his

3    son in charge of the group was intent to harm

4    you?

5          A        Maybe in order to fire me, yes.

6          Q        But if the son was in charge of

7    the group, did he need to have you around?

8                   MR. WALLACE:  Objection.

9          A        Yes.

10         Q        Why did he need to have you around

11   if he had his son in charge of the group?

12                  MR. WALLACE:  Objection.

13         A        Why?  Because I was the one that

14   did all of the production, always.

15         Q        What if he wanted someone else to

16   do the production?

17         A        He put many people for days, but

18   it never worked.  He always put me back.

19         Q        Maybe he trusted his son more than

20   he trusted you.

21                  MR. WALLACE:  Objection.

22         A        Maybe.

23         Q        Is he allowed to do that?

24                  MR. WALLACE:  Objection.

25         A        It's his company.

1                        M. Fajardo

2          Q       Does he have to continue to employ

3    you?

4          A       No.

5          Q       Did he have a right to fire you?

6                  MR. WALLACE:  Objection.

7          A       No.

8          Q       He has to keep you employed,

9    whether he wants you working for him or not?

10         A       Yes.

11                 MR. WALLACE:  Objection.

12         Q       You're guaranteed the job, no

13   matter what; is that what you're testifying to?

14                 MR. WALLACE:  Objection.

15         A       Yes.

16         Q       What makes you think that?

17         A       Because I realized that he told

18   many people that his drivers have been saying

19   that the company won't be the same without me,

20   but he told that to many drivers and the drivers

21   have told me.

22         Q       Are you saying that he didn't have

23   a right to fire you?

24         A       No.

25         Q       No matter what, he has to give you

191

1                          M. Fajardo

2     a job, right?

3                     MR. WALLACE:   Objection.

4          A     No.

5          Q     So if he doesn't like you, does he

6     have to give you a job?

7          A     No.

8          Q     So he's allowed to fire you,

9     correct?

10                    MR. WALLACE:   Objection.

11         A     Yes.

12         Q     You have no guaranteed right to

13    employment with Suffolk Paving, correct?

14         A     Correct.

15         Q     So he can fire you, correct?

16         A     Yes.

17         Q     That made you angry that you were

18    fired, correct?

19         A     Yes.   Because he fired me without

20    any reason.

21         Q     Does he need to have a reason to

22    fire you?

23         A     I think so.

24         Q     Why?

25         A     Why?   Because I worked for him for

192

1                       M. Fajardo

2     twelve years, and he never said to me anything

3     was wrong about my work, only that we were slow

4     and since we worked slow, he was saying that we

5     worked a lot of hours of overtime.

6          Q      Are you saying he had a right to

7     fire you?

8                 MR. WALLACE:   Objection.

9          A      He had the right, because it's his

10    own company, but he didn't have a right to fire

11    me the way he did.

12         Q      How did he fire you?

13         A      Putting on Tommy and saying that

14    he no longer needed me.

15         Q      But he didn't need you anymore,

16    did he?

17         A      I don't know, because I didn't go

18    back to the company.

19         Q      So you don't know if he needed you

20    or not?

21         A      With what I heard, yes.

22         Q      From whom did you hear?

23         A      Drivers that work for him, people

24    that know me that we used to do work for Louis

25    Vecchia's company.

193

1                         M. Fajardo

2          Q        Who are they?

3          A        Many companies.

4          Q        Who?

5          A        Lantex, we used to do a lot of

6     running tracks for them.  They told me the work

7     without me wasn't going to come out the same,

8     that the quality was not the same.

9          Q        Who else?

10         A        I don't remember.

11         Q        Do you remember any of the

12    drivers?

13         A        One of them, but I don't remember

14    his name.

15         Q        So you don't remember?

16                  MR. WALLACE:  Objection.

17         A        No.

18         Q        Any of your co-workers?

19         A        Yes.

20         Q        Who?

21         A        Larry Rodriguez.

22         Q        No way.

23         A        Yes.

24         Q        Who else?

25         A        Juan Cantaros, and that's it,

1                    M. Fajardo

2    because they were the only ones left there.

3         Q      They all told you that the company

4    won't be the same without you?

5         A      Yes.

6         Q      That made you upset, right?

7                MR. WALLACE:  Objection.

8         A      Yes.

9         Q      But you didn't want to go back?

10        A      Yes, I did want to go back.

11        Q      But you never called and left a

12   message for Louis Vecchia?

13               MR. WALLACE:  Objection.

14        A      No.

15        Q      You didn't want to go back all

16   that bad?

17               MR. WALLACE:  Objection.

18        A      I didn't want to go back, because

19   I didn't do anything wrong for him to let me go,

20   and I think he should have called me to let me

21   go.

22        Q      Do you remember earlier where you

23   said you made mistakes?

24        A      Yes.

25        Q      Do you remember earlier in the

195

1                          M. Fajardo

2      deposition where you told me that Louis Vecchia

3      was complaining that you were working too slow?

4                    MR. WALLACE:    Objection.

5           A       Yes.

6           Q       Could you see how a boss could

7      think that those two things are their mistakes?

8                    MR. WALLACE:    Objection.

9           A       Yes.

10          Q       So you understand why he might

11     have fired you?

12                   MR. WALLACE:    Objection.

13          A       Yes.   But I don't think that was

14     the reason for him letting me go, that I was

15     working slowly.

16          Q       But you don't know the reasons, do

17     you?

18          A       No.

19          Q       So that could have been the reason

20     he let you go?

21                   MR. WALLACE:    Objection.

22          A       No.   Because we didn't work

23     slowly.  I worked in another company.  I have

24     been doing asphalt for years.  If you figure out

25     time to do a hundred tons, it's one hour, to do

196

M. Fajardo

1    two hundred-tons production machine is one hour.

2

3              So if we did two thousand tons, in

4    how many hours could we do two thousand tons?

5        Q      But you also said you made

6    mistakes?

7              MR. WALLACE:  Objection.

8        A      Yes.

9        Q      You made mistakes and he thought

10   you were working slow; is that correct?

11             MR. WALLACE:  Objection.

12       A      Yes.

13       Q      That could be a reason why you

14   were fired, right?

15       A      Yes.

16       Q      You don't know if there was work

17   available for you to do, correct?

18             MR. WALLACE:  Objection.

19       A      Yes, there was.

20       Q      How do you know?

21       A      Because they had to pave every

22   day, and I was the one that did the pavement

23   work.

24       Q      But you went off to visit your

25   mother in September after you got fired,

197

1                      M. Fajardo

2    correct?

3          A      Yes.

4          Q      So you weren't available in

5    September?

6          A      I didn't have work.

7          Q      You weren't available in

8    September?

9          A      I was available.

10         Q      You were available to do paving in

11   Seattle, Washington?

12                MR. WALLACE:  Objection.

13         A      I was available, but since I

14   didn't have work, I left.

15         Q      Maybe you would have had work if

16   you called and left a message for Louis Vecchia.

17                MR. WALLACE:  Objection for the

18         tenth time.

19                You can answer.

20                Is that a question?

21         A      Correct.

22         Q      At that point, you had not filed a

23   lawsuit against Louis Vecchia and Suffolk

24   Paving, correct?

25         A      No.

198

M. Fajardo

1    M. Fajardo

2             MR. MCNAMARA:  Objection.

3        Q      You can't say that you weren't

4    hired back because you filed a lawsuit against

5    Suffolk Paving, correct?

6             MR. WALLACE:  Objection.

7        A      Yes.

8        Q      So if your lawyer said that you

9    were not allowed to come back to work because

10   you filed a lawsuit, they would be lying,

11   correct?

12            MR. WALLACE:  Objection.

13            MR. MCNAMARA:  Objection.

14       A      I think so, because --

15       Q      I think so, too.

16       A      Because he found out that I sued,

17   he called me at the moment that he received the

18   letter, and he said he was going to sue me, as

19   well.

20       Q      Who called you?

21       A      Louis Vecchia.

22       Q      When did Louis Vecchia call you?

23       A      The day he saw the letter in

24   December.

25       Q      December what?

South Shore Court Reporting
(631)-235-6218

```
 1                        M. Fajardo
 2        A       I don't remember the date.
 3        Q       Why did he say he was going to sue
 4   you?
 5        A       Because he said that I owed him
 6   money from a truck.
 7        Q       And you do?
 8        A       No.
 9                MR. MCNAMARA:  Objection.
10                MR. WALLACE:  Objection.
11        Q       You borrowed money from Louis
12   Vecchia in 2008, correct?
13        A       Yes.
14        Q       A lot of money, correct?
15                MR. WALLACE:  Objection, asked and
16          answered.
17        A       Yes.
18        Q       A lawsuit was brought a year after
19   you borrowed that money to get that money back?
20        A       Excuse me, I didn't understand.
21        Q       You borrowed the money in 2008.
22   In 2009, you were sued to get the money back,
23   correct?
24                MR. WALLACE:  Objection, asked and
25          answered.
```

200

1                          M. Fajardo

2          A        Lou sued me.  That's what I didn't

3    understand.

4          Q        Now that you understand it, answer

5    the question.

6          A        If Louis called me -- you're

7    asking if Louis called me to sue me about the

8    truck?

9          Q        No.

10         A        That is the only reason why Louis

11   called me.

12         Q        Do you remember any of the jobs

13   you worked on?

14                  MR. WALLACE:  Objection, asked and

15              answered.

16         A        No.

17         Q        You don't remember a single name?

18         A        No.  I remember how to get to the

19   places, but not the names.

20                  MR. ZABELL:  Let's take a short

21              break.

22                  (Whereupon, a recess was taken

23              from 3:27 p.m. until 3:30 p.m.)

24                  MR. WALLACE:  Can you read back

25              the bit about the lawyers?

```
 1                    M. Fajardo
 2               (Whereupon, the requested
 3          testimony was read back by the court
 4          reporter.)
 5       Q      Sir, you just took a break,
 6   correct?
 7       A      Yes.
 8       Q      Did you have an opportunity to
 9   speak to your Counsel during that break?
10       A      Yes.
11       Q      Did you discuss this deposition?
12               MR. WALLACE:  Don't respond.  You
13          can't talk about what you said.
14       Q      Did you have an opportunity to
15   discuss the deposition?
16       A      Yes.
17       Q      Thank you.
18               See, that was not so difficult,
19   was it?
20       A      No.  It was only -- I only spoke
21   to him that we're speaking about my mother's
22   health.
23       Q      Lots of things happen when you sue
24   people.  You understand that when you put your
25   honesty and your integrity into a lawsuit, we're
```

1                          M. Fajardo

2    entitled to question you on that?

3          A      Yes.

4          Q      If it turns out in that

5    questioning that you don't come across so

6    honest, we get to present that to a jury.

7                 MR. WALLACE:  Objection.

8                 Is there a question?

9          Q      You understand that?

10         A      Yes.

11         Q      I believe before the break, I was

12   asking you if you could name any of the jobs

13   that you worked on when you worked for Suffolk

14   Paving.

15         A      No, I don't remember the jobs.  I

16   know how to get to the places, but not the

17   names.

18         Q      Do you remember any of your

19   specific hourly rates?

20                MR. WALLACE:  Objection, asked and

21           answered.

22         A      Over the years -- over some years,

23   yes, from 2003, I think.

24         Q      So you remember what your rate was

25   in 2003?

1                              M. Fajardo

2                    MR. MCNAMARA:  Objection.

3         A       It was between $48 and $49, up to

4    2007 or 2008.

5         Q       Are you sure?

6         A       Something like that, but I have to

7    look at my stubs.

8         Q       Did you work with any employees

9    that didn't work very hard when they came the

10   work?

11                   MR. WALLACE:  Belated objection.

12        A       Before 1998, 1999 and 2000.

13        Q       But after 2000, everyone worked

14   really hard?

15        A       From 2001 to 2009, yes.

16        Q       Are you sure of that?

17                   MR. WALLACE:  Objection.

18        A       Yes.

19        Q       Do you know if all of your

20   co-workers are going to say the same thing about

21   you?

22                   MR. WALLACE:  Objection.

23                   MR. MCNAMARA:  Objection.

24        A       Yes.

25        Q       You worked hard every day?

1                    M. Fajardo

2        A      Yes.

3        Q      You never rested on the job?

4        A      There were days that we waited,

5   because the plant was not working right.

6        Q      That's when you played baseball,

7   right?

8               MR. WALLACE:  Objection.

9               MR. MCNAMARA:  Objection.

10       A      Sometimes.

11       Q      The other workers would play

12   soccer?

13              MR. WALLACE:  Objection.

14       A      Not all of them.

15       Q      But some of them?

16       A      Yes.

17       Q      These were all people that you

18   supervised?

19              MR. WALLACE:  Objection.

20       A      Yes.

21       Q      Did you get paid extra pay for

22   being a supervisor?

23       A      No.

24       Q      Did you get a supervisor rate of

25   pay?

205

M. Fajardo

2   A      No.

3             MR. ZABELL:  I'm going to take a

4       quick break.

5             (Whereupon, a recess was taken

6       from 4:23 p.m. until 4:44 p.m.)

7             (Check copy was marked as

8       Defendants' Exhibit 7 for identification,

9       as of this date.)

10      Q      I'm going to show you a document

11   that was marked as Defendants' 7.

12             Do you know what that document is?

13      A      Yes.

14      Q      How much of that check have you

15   paid back?

16             MR. WALLACE:  Objection, asked and

17       answered.

18      A      Nothing.

19      Q      This was a loan to you, correct?

20             MR. WALLACE:  Objection, asked and

21       answered.

22      A      Yes.

23      Q      You deposited this check into your

24   account?

25      A      Yes.

206

```
 1                    M. Fajardo
 2         Q      Who gave you this check?
 3         A      Louis Vecchia.
 4         Q      And you never repaid it?
 5                MR. WALLACE:   Objection.
 6         Q      You can answer.
 7         A      I returned it to him in exchange
 8    for a truck that he sold to me, Louis Vecchia.
 9                (Letter dated 8/19/05 signed by
10                Maynor Fajardo was marked as Defendants'
11                Exhibit 8 for identification, as of this
12                date.)
13         Q      I'm going to show you a document
14    that I am marking as Defendants' Exhibit 8.
15         A      I already saw it.
16         Q      Did you already look at that
17    document?
18         A      Yes.
19         Q      Did you already look at it good,
20    like your lawyer told you to?
21         A      Yes.
22         Q      Have you ever seen this document
23    before?
24         A      No.
25         Q      You never saw this document
```

207

                              M. Fajardo

2  before?

3        A     No.

4        Q     Didn't you tell me there was a

5  period of time that you went back to the name

6  Renato Guerra?

7        A     Yes.

8        Q     Is this signed by you?

9        A     This is not my signature.

10       Q     Whose signature is it?

11       A     That is my name, when I used to

12  sign a truck, I used to sign it with this

13  signature (sic).

14       Q     That's your name and that's your

15  signature?

16       A     Yes.

17             MR. WALLACE:  Objection.

18       Q     You used to live at █████████

19  ██████████████████████████  correct?

20       A     Yes.

21       Q     Did you ever use the Social

22  Security number █████████?

23       A     Yes, but it's not a Social

24  Security number.  It's a pin number the IRS gave

25  me.

1                    M. Fajardo

2        Q        That's the number that you used to

3   use?

4        A        Yes.

5        Q        When you were presenting to be

6   Renato Guerra?

7                 MR. WALLACE:  Objection.

8        A        Yes.

9        Q        You could say you were

10  impersonating Renato Guerra, correct?

11                MR. WALLACE:  Objection.

12       A        Yes.

13       Q        You agreed to pay $42,000 for a

14  vehicle, didn't you?

15                MR. WALLACE:  Objection.

16       A        It wasn't $42,000.

17       Q        You agreed to pay the amount of

18  the vehicle for three years, correct?

19                MR. WALLACE:  Objection.

20       A        We never agreed on how many years

21  it was going to be.  He simply told me that I

22  had to give him $1,300 every month.

23       Q        Did you agree to give him $1,300

24  every month?

25       A        Yes.

209

1                           M. Fajardo

2          Q       Did you agree that if you fall

3      behind on your payments, that they can come take

4      the vehicle from you, correct?

5                   MR. WALLACE:   Objection.

6          A       We never spoke about that.

7          Q       You didn't sign that in front of a

8      notary?

9                   MR. WALLACE:   Objection.

10         A       No.   She was our secretary; a

11     paper that I signed with Louis Vecchia about

12     Jose, that he was insuring my car, and he said

13     that he wanted me to sign that paper so Jose

14     wouldn't be able to take the car away from him

15     or me later.   That was the only thing that both

16     of us signed, and there was no notary, either.

17                   (Letter dated 8/19/04 signed by

18               Louis Vecchia was marked as Defendants'

19               Exhibit 9 for identification, as of this

20               date.)

21         Q       I'm going to show you a document

22     that is Defendants' Exhibit 9.

23                   Take a look at that document, sir.

24         A       Okay.

25         Q       Do you know who Jose Garrido

210

                            M. Fajardo

1

2    Vallace is?

3          A      Yes.

4          Q      Who is it?

5          A      He's the one that had the

6    insurance for the truck.

7          Q      Doesn't it indicate here that

8    Mr. Vallace believes that $29,814 is owed on the

9    vehicle?

10               MR. WALLACE:  Objection.

11         A      Yes.

12         Q      Doesn't this indicate that the

13   vehicle was repossessed?

14               MR. WALLACE:  Objection.

15         A      Yes.

16         Q.     Is that what I asked you earlier,

17   if the vehicle was repossessed?

18               MR. WALLACE:  Objection.

19         A      Yes.

20         Q      And you said, no, the vehicle was

21   not repossessed?

22         A      They went to get the vehicle and I

23   was not there.

24         Q      Are you lying now or were you

25   lying before?

211

1                    M. Fajardo

2          A       I haven't lied in any way, and

3     when I returned from Columbia, he told me that

4     he was going to get the truck because of what I

5     owed him, and he said when I told him that I

6     paid more than the amount, he said that he still

7     owed me, and he give me $2,000 more in December.

8          Q       But Jose Garrido Vallace said that

9     owe you $29,814.84 correct?

10                 MR. WALLACE:  Objection.

11         A       Jose signed it, I didn't sign it.

12    Jose has nothing to do with it.

13         Q       Didn't you say that Jose bought

14    the vehicle because you couldn't buy the

15    vehicle?

16                 MR. WALLACE:  I think he said --

17                 MR. ZABELL:  Ian, your job is to

18             object.  Other than that, you need to

19             remain silent.

20         Q       Who bought the vehicle, you or

21    Jose?

22         A       I did.

23         Q       Did you buy it in Jose's name?

24                 MR. WALLACE:  Objection, asked and

25             answered.

212

1                          M. Fajardo

2        A      No.   Jose only insured it.

3        Q      You didn't make payments while you

4   went first to Guatemala, then to Columbia?

5        A      No.   Because the truck -- in 2007,

6   Louis said it was already mine, because he

7   couldn't give me a raise.

8        Q      But the union established your

9   rate of pay, correct?

10                  MR. WALLACE:   Objection.

11       A      I still wasn't in the union.   I

12  started in the union in the end of 2007.

13       Q      Why did you wait until the end of

14  2007 to start in the union?

15                  MR. WALLACE:   Objection.

16       A      Because Louis didn't want to put

17  me in the union, because I know it was a lot of

18  money, and he hired like eight workers from the

19  union, because all of us who were there, none of

20  us had a union.

21       Q      Why would it cost Louis more to

22  put you in the union?

23       A      Because he said that it was more

24  money, and that the people from the union took

25  money from others and that we didn't need that.

```
1                    M. Fajardo
2         Q      The union does take money from
3    your paycheck, right?
4         A      Yes.
5         Q      A lot of money, right?
6         A      Yes.
7         Q      That's money that you don't get,
8    correct?
9                MR. WALLACE:  Objection.
10        A      Not for now, but in the future,
11   yes.
12        Q      Maybe.
13        A      A hundred percent sure.
14        Q      Don't be so sure.
15        A      Well, there's proof that they have
16   to pay.  For example, they take out for
17   vacation, they deduct for everything, supposedly
18   when you retire, they give you a salary.
19        Q      We'll see.
20        A      I hope so.
21        Q      So once the union started making
22   deductions from your pay, you decided it was
23   time to sue Suffolk Paving, correct?
24               MR. WALLACE:  Objection.
25        A      No.
```

214

1                    M. Fajardo

2          Q        When did you decide to sue Suffolk
3    Paving?

4          A        In 2009, after he let me go.

5          Q        Did he let you go or you just
6    refused to come back?

7                    MR. WALLACE:  Objection, asked and
8            answered.

9          A        He told me that he no longer
10   needed me, excuse me, Tommy.

11         Q        But Louis never told you?

12         A        No, but he sent Tommy, the
13   dispatcher, to tell me that he no longer needed
14   me.

15         Q        Tommy said you should call Louis?

16         A        Yes.

17         Q        You never did?

18                   MR. WALLACE:  Objection, asked and
19           answered.

20         A        I did once.

21         Q        Never left a message?

22         A        No.

23         Q        Then, you went on vacation to
24   visit your mother?

25         A        Yes.

215

1                          M. Fajardo

2          Q        And you never called again?

3                   MR. WALLACE:  Objection, asked and

4          answered.

5          A        No.

6          Q        Then, you were good and angry at

7    Louis?

8          A        No.

9          Q        Then, you decided to sue Louis?

10                  MR. WALLACE:  Objection.

11         A        When I was looking for work at one

12   company, they told me that they couldn't give me

13   work because he was a friend of Louis.

14         Q        What company told you that?

15         A        I don't remember the name, but I

16   went to three, and when I went to the third one,

17   they told me that.  Because I went to about six

18   or seven companies to look for work.

19         Q        You weren't a friend of Louis,

20   were you?

21                  MR. WALLACE:  Objection.

22         A        Louis really knew everyone.

23         Q        But you were not a friend of

24   Louis, were you?

25                  MR. WALLACE:  Objection.

216

1                          M. Fajardo

2          A        I helped.

3          Q        You mean you worked and you got

4    paid for work?

5          A        Yes.  The machinery would break

6    down, and it was not my job, and he would have

7    had to send a mechanic.  He had ten trucks

8    parked.  The company is not producing, so I

9    would get under machine, 400 degrees, and I

10   would help him, and I would start to fix the

11   machine, and there were times that the mechanic

12   would not come on time and I would fix it.

13              And I would think that meant that

14   I was supporting him and helping him as a friend

15   and worker.

16         Q        That's what you think?

17         A        Yes.

18         Q        You don't think that's earning

19   your pay?

20         A        No.  Because my pay was only to

21   operate a machine and that's it.  I would do

22   jobs for him.  For example, sometimes the

23   operators on some machines would get backed up

24   because the parts were very hot, so I would get

25   on another machine to help the rest of the guys.

217

1                    M. Fajardo

2        Q      That's what you consider doing a

3   favor for him?

4        A      Yes.

5        Q      You don't see that as doing your

6   job?

7               MR. WALLACE:  Objection.

8        A      No.  Because I did my job, as

9   well.

10       Q      That was your job.

11              MR. WALLACE:  Objection.

12       A      Because the union does not allow

13  me to go from one machine to another and return

14  to another.  They could take away my book if

15  they see I move from one machine to another.

16       Q      Did the union take away your book?

17       A      No.  They wanted to give me a fine

18  once, because they put a person on there without

19  being in the union, and they said if I didn't

20  remove that person, they would take my book away

21  and they would fine me.

22              And I called Louis, and Louis said

23  not to worry, and he called the union guy, and

24  they took the guy away who didn't have a union,

25  who wasn't in a union, and we continued to work

218

M. Fajardo

1    at a slower pace.

2          Q        How many times did the union

3    threaten to fine you?

4          A        The union, only that time.

5          Q        Really, you testified earlier that

6    the union threatened to fine you.

7                   Were you lying then, or are you

8    lying now?

9                   MR. WALLACE:   Objection.

10         Q        Were you lying then or now?

11                  MR. WALLACE:   Objection.

12         A        He threatened me that time, and

13   the second time, they thought that I was not

14   working in the union anymore.

15         Q        You were not working for the

16   union, you were working for cash, off the books?

17                  MR. WALLACE:   Objection.

18         A    Yes.

19         Q        And not reporting taxes?

20         A        Yes.   Like Louis did it.  He would

21   give us a $100 sometimes for overtime, and he

22   said that instead of paying so many taxes, that

23   he was going to give us $100 so he didn't have

24   to pay the government.

219

                          M. Fajardo

1

2       Q       So he would pay you overtime in

3    cash?

4               MR. WALLACE:  Objection.

5       A       Sometimes.

6       Q       You didn't say that before.  Do

7    you know that?

8               MR. WALLACE:  Objection.

9       Q       Were you hiding that from us?

10              MR. WALLACE:  Objection,

11          mischaracterization of his testimony.

12      A       No.

13      Q       You just didn't want to say that

14   before?

15      A       I didn't have the opportunity to

16   say that.

17      Q       You have been taking the

18   opportunity to say a lot of things.

19              MR. WALLACE:  Objection.

20      A       Okay.  There are things that you

21   have to remember, things that you have in your

22   mind in that moment.  I am not going to study

23   everything that happened to me when I go to

24   court, think about everything that happened over

25   the twelve years.

220

1                          M. Fajardo

2                    I have my problems with my family,

3       my other job, and sometimes I can't remember

4       everything.

5            Q       What kind of problems do you have

6       with your family?

7                    MR. WALLACE:  Objection.

8            A       I think they're private.

9                    MR. WALLACE:  Don't answer that.

10           Q       If you're saying that you have

11      problems with your family and it's affecting

12      your memory, I am entitled to know that.

13                   MR. WALLACE:  No, you're not.

14           A       No.  We're fighting a lawsuit

15      about wages, not about my private life, problems

16      with my family, and if I have problems with my

17      children, I have to go to court with child

18      support.

19           Q       Are you not paying child support?

20           A       No, I am paying.

21           Q       All of it?

22           A       They take it out of my check.

23                   MR. WALLACE:  Objection.

24           Q       Before that, you weren't paying?

25                   MR. WALLACE:  Objection.

221

M. Fajardo

1

2      A      I was paying and even more.   That

3  is why I asked for child support.

4      Q      Nobody believes you.

5             MR. WALLACE:   Objection.

6      A      Believe it or not.

7             MR. WALLACE:   What Counsel

8       believes --

9      Q      What type of problems with your

10  family are affecting your memory?

11             MR. WALLACE:   Objection.

12      A      I have -- for example, my daughter

13  is nineteen years old.  She goes to school and I

14  think that sometimes when she rebels, her mother

15  calls me, and sometimes I'm working and I'm

16  thinking about my problems, how I am going to

17  speak with her.

18             I have two boys, they go camping,

19  they're Scouts, and sometimes I have to see -- I

20  have to figure out how to bring them to another

21  place.

22             For example, like when they go to

23  Scouts and things like that, if I can't do it,

24  because of my work, my wife starts to create

25  problems.

1                           M. Fajardo

2          Q       How many boys do you have?

3          A       Two.

4          Q       How old?

5          A       Eleven and twelve.

6          Q       Those are the only problems you

7     have?

8                  MR. WALLACE:   Objection.   You're

9              not going to go into his family life.

10         A       Yes.

11         Q       Those aren't so bad.

12         A       No.   Do you have a

13    nineteen-year-old daughter?   How old is your

14    daughter?

15         Q       Not nineteen.

16         A       The problems are greater when

17    you're separated, because you can't be with your

18    children always.   You don't understand because

19    you're not separated with your wife.

20         Q       How do you know?

21         A       You just said you dropped off your

22    kids in the morning.

23         Q       That means I'm not separated?

24         A       I don't think so.

25         Q       Okay.   Is there anything else that

223

<pre>
 1                          M. Fajardo
 2    you can't remember?
 3                    MR. WALLACE:  Objection.
 4         A      Ask me, maybe I'll remember, it
 5    will come back to me.
 6         Q      How would you characterize your
 7    memory; good, bad?
 8         A      When it's clear, good.
 9         Q      How was it today?
10         A      Not very good.
11         Q      Why?
12         A      Because the problems that I have
13    with my children and ex-wife and with the
14    company, as well now, because the company has
15    problems with the owner but -- because the kind
16    of work that we're doing is a little difficult.
17         Q      What kind of problems?
18         A      For example, I can't really
19    explain it to you because you have never done
20    asphalt.
21         Q      How do you know?
22         A      When there are problems at work,
23    when there is no running water, we have to find
24    a way so that the water moves so we have to use
25    lines, levels and try to find a way how to
</pre>

224

1                        M. Fajardo

2    remove water, several feet of water.

3            Q       Grading.

4            A       How he has to grade the driveway

5    so the water goes away, so it doesn't ice up in

6    the winter.

7            Q       That's why you can't remember what

8    is going on today?

9                    MR. WALLACE:  Objection,

10                   mischaracterization.

11           A       I have a lot of things in my mind.

12           Q       Like what?

13           A       Like I said, problems.  I can't

14   say all of my problems here.

15           Q       Tell me these problems that are

16   keeping you from remembering so good.

17                   MR. WALLACE:  I think he said

18                   enough.

19           A       I think that things that you're

20   asking me, you're -- but if you -- if I start to

21   think about more things and that's when I can't

22   remember, when you ask them to me in a different

23   way.

24           Q       What other problems do you have

25   that's keeping you from remembering?  You have a

225

1                              M. Fajardo

2    nineteen-year-old daughter, you have

3    an eleven-year-old son and twelve-year-old son?

4          A        And my girlfriend is five months

5    pregnant.

6          Q        Does she live with you?

7          A        No.  And that's my problem.

8          Q        Does she live with somebody else?

9          A        With her mother.

10         Q        How old is she?

11         A        Thirty.

12         Q        For how long have you been dating

13   her?

14                  MR. WALLACE:  Oh, come on.

15         A        One year.

16         Q        You never lied to her?

17         A        No, not to her.

18         Q        Is that what's keeping you from

19   remembering so well today?

20                  MR. WALLACE:  Objection.

21         A        It's not that I don't remember.

22   It's when you ask me a question again, then I

23   remember things that also happened; if now

24   you're asking me the day before yesterday.

25         Q        Where did you work yesterday?

1                    M. Fajardo

2        A       In Queens.

3        Q       Where did you work the day before

4   yesterday?

5        A       I think we went to the Bronx.

6        Q       So you do remember where you

7   worked the day before yesterday?

8                    MR. WALLACE:  Objection.

9        A       Yes.  But it's difficult for me to

10  remember, because we don't go to the same place

11  everyday.  We go to different places everyday.

12  We don't come back for two months.

13                   MR. WALLACE:  Listen to the

14            question, answer the question, that's it.

15       Q       Were there any other problems

16  going on in your life?

17       A       No.

18       Q       How can I help you with your

19  problems?

20                   MR. WALLACE:  Objection.

21       A       You can't.

22       Q       Why can't I help you with your

23  problems?

24                   MR. WALLACE:  Objection.

25       A       You couldn't.

1                           M. Fajardo

2          Q        You make a good living, right?

3                   MR. WALLACE:  Objection.

4          A        Yes.

5          Q        Are you looking to make big money

6    on this lawsuit to help you with your problems?

7          A        The money, it's not the problem.

8          Q        How much money are you looking for

9    from this lawsuit?

10                  MR. WALLACE:  Objection.

11         A        I'm not asking for an amount, just

12   what is fair.

13         Q        What amount is fair?

14                  MR. WALLACE:  Objection.

15         A        We have to figure everything out.

16   We have to see the hours, the hours that he

17   owes.

18         Q        How many hours does he owe?

19                  MR. WALLACE:  Objection.

20         A        I would have to count them all.

21                  MR. WALLACE:  Objection.

22         Q        You haven't yet?

23                  MR. WALLACE:  Objection.

24         A        He pretty much knows (indicating).

25         Q        He knows, ask him.

228

1                         M. Fajardo
2                    MR. WALLACE:  Objection.
3                    THE WITNESS:  How many hours does
4          he owe us?
5                    MR. ZABELL:  He is asking you,
6          answer your client.
7                    MR. WALLACE:  I'm not answering
8          that.  I'm not testifying.
9                    MR. ZABELL:  You're refusing to
10         answer your client's question?
11                   MR. WALLACE:  All communication
12         that I have are going to be between me
13         and my client.
14         Q     Do you know why he's refusing to
15    answer your question?
16         A     No.
17         Q     Maybe he doesn't trust you?
18         A     Yes, he trusts me.
19         Q     Then, why won't he answer your
20    simple question?
21         A     Because maybe he prefers to talk
22    with me in his office.  And how many hours do we
23    have in overtime?
24                   MR. WALLACE:  For the record, that
25         is subject to proof -- as Mr. Zabell is

229

1              M. Fajardo

2        fully aware, that is subject to proof in

3        a Court of Law that is determined, based

4        on the testimony of all the plaintiffs in

5        front of a jury, if it's a bench trial.

6              It's dependent on all the

7        documents in this case, and dependent on

8        this testimony and how many hours they

9        are actually owed and therefore, it's

10       subject to proof at trial, and that is

11       what I wanted to say for the record.

12       Q        Your pay subs, do they show how

13   many hours?

14             MR. WALLACE:  Objection.

15       A        Yes.

16             MR. ZABELL:  I have nothing

17       further.

18             MR. WALLACE:  I want to clarify

19       for the record --

20             MR. ZABELL:  I have no interest.

21             MR. WALLACE:  I don't care.  I

22       have some questions on Defendants' 8, one

23       question to --

24             MR. ZABELL:  I will not be

25       permitting that.  You can cross-notice if

230

1                           M. Fajardo

2        you want to ask your own questions.

3               MR. WALLACE:  I wanted to ask

4        questions about the authenticity of his

5        signature on Defendants' Exhibit 8.

6               MR. ZABELL:  Not at my deposition.

7               (Time noted:  5:15 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

231

1

2                  A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK        )

5                       : ss

6    COUNTY OF              )

7

8        I, MAYNOR FAJARDO, hereby certify that I

9    have read the transcript of my testimony taken

10   under oath in my deposition of September 14,

11   2011; that the transcript is a true, complete

12   and correct record of my testimony; and that the

13   answers on the record as given by me are true

14   and correct.

15

16   _____

17                       MAYNOR FAJARDO

18

19

20   Signed and subscribed to

21   before me, this _____ day

22   of _____,20__

23

24   _____

25   Notary Public, State of New York

232

1

2                              I N D E X

3

4    WITNESS                                      PAGE

5        Maynor Fajardo

6           Examination by:

7              Mr. Zabell                           4

8

9

10                          E X H I B I T S

11   DEFENDANTS'              DESCRIPTION           PAGE

     Exhibit 7            Copy of check            204
12
     Exhibit 8            Letter dated
13                        8/19/05 signed by
                          Maynor Fejardo           206
14
     Exhibit 9            Letter dated
15                        8/19/04 signed by
                          Louis Vecchia            209
16

17
                 REQUEST FOR PRODUCTION OF DOCUMENTS
18
     DESCRIPTION                                  PAGE
19
     Production of check stubs                     56
20

21

22

23

24

25

                    South Shore Court Reporting
                        (631)-235-6218

233

1

2              C E R T I F I C A T E

3

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NASSAU     )

        I, MICHELLE ADAMO, a Shorthand Reporter
and Notary Public within and for the State of
New York, do hereby certify:

        That MAYNOR FAJARDO, the witness whose
examination is herein before set forth, was duly
sworn by me and that this transcript of such
examination is a true record of the testimony
given by such witness.

        I further certify that I am not related to
any of the parties to this action by blood or
marriage and that I am in no way interested in
the outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto set my
hand this 14th day of September 2011.


            _____
                    MICHELLE ADAMO


            South Shore Court Reporting
                 (631)-235-6218

234

ERRATA SHEET

I wish to make the following changes for
the following reasons:

PAGE LINE

_____ _____ CHANGE: _____

REASON: _____

_____ _____ CHANGE: _____

REASON: _____

_____ _____ CHANGE: _____

REASON: _____

_____ _____ CHANGE: _____

REASON: _____

_____ _____ CHANGE: _____

REASON: _____

_____ _____ CHANGE: _____

REASON: _____

_____ _____ CHANGE: _____

REASON: _____

_____ _____ CHANGE: _____

REASON: _____

_____ _____ CHANGE: _____

REASON: _____

1

**$**

**$1,300** [2] - 208:22, 208:23
**$100** [3] - 60:2, 218:22, 218:24
**$100,000** [4] - 183:16, 183:18, 183:23, 184:5
**$14,000** [2] - 43:7, 43:18
**$16,500** [7] - 40:14, 40:19, 43:19, 43:23, 45:13, 46:10, 52:13
**$18,000** [1] - 52:12
**$18,500** [2] - 52:11, 52:17
**$2,000** [26] - 51:4, 51:5, 52:5, 52:9, 52:13, 52:15, 52:21, 85:24, 86:8, 86:14, 86:18, 87:16, 87:20, 87:25, 137:10, 146:15, 146:21, 147:13, 147:23, 148:2, 155:6, 155:12, 155:15, 158:25, 159:4, 211:7
**$20,000** [1] - 88:3
**$200** [2] - 60:3, 101:12
**$29,814** [1] - 210:8
**$29,814.84** [1] - 211:9
**$32** [2] - 60:8, 60:12
**$32,000** [4] - 42:5, 43:6, 43:11, 93:20
**$36,000** [1] - 88:24
**$4,800** [1] - 90:19
**$42,000** [3] - 46:22, 208:13, 208:16
**$44,000** [1] - 88:20
**$46,000** [6] - 42:8, 42:10, 42:12, 43:11, 88:23, 90:16
**$48** [7] - 61:24, 62:6, 62:9, 62:12, 62:15, 62:20, 203:3
**$49** [9] - 60:7, 60:9, 60:12, 62:6, 62:9, 62:12, 62:15, 62:20, 203:3
**$500** [1] - 21:19
**$8,000** [12] - 36:7, 36:8, 36:16, 36:25, 37:8, 37:17, 45:20, 50:24, 51:16, 52:8, 86:22, 147:2
**$8,500** [10] - 36:7,

36:8, 38:23, 39:19, 46:4, 51:23, 52:8, 87:6, 146:18, 147:8

**0**

**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** [1] - 207:22

**1**

**1-5** [1] - 1:11
**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** [2] - 185:3, 185:24
**10017** [1] - 2:5
**10:00** [2] - 68:18, 140:19
**10:30** [1] - 1:14
**10:43** [1] - 15:19
**10:46** [1] - 15:19
**11716** [1] - 2:11
**11743** [3] - 4:20, 22:18, 186:7
**12** [1] - 23:13
**12:29** [1] - 84:5
**12:44** [1] - 84:5
**138** [1] - 180:5
**14** [2] - 1:14, 231:10
**14th** [1] - 233:20
**15th** [2] - 148:23, 149:9
**18** [4] - 23:10, 23:11, 23:13, 207:18
**19** [3] - 23:14, 186:4
**1973** [1] - 186:4
**1992** [1] - 24:23
**1998** [9] - 12:25, 24:12, 167:25, 168:2, 168:9, 168:12, 168:15, 170:9, 203:12
**1999** [4] - 168:6, 168:18, 170:12, 203:12
**19th** [8] - 2:5, 25:5, 25:13, 25:16, 35:9, 35:11, 144:11
**1:30** [2] - 133:9, 133:18

**2**

**20** [1] - 231:22
**2000** [4] - 168:21, 170:15, 203:12, 203:13
**2001** [8] - 168:24, 169:2, 169:6, 170:2, 170:3, 170:18,

170:19, 203:15
**2002** [1] - 12:25, 170:22
**2003** [15] - 12:25, 40:17, 41:22, 54:7, 57:11, 57:15, 58:6, 60:5, 60:6, 62:21, 85:17, 85:19, 170:25, 202:23, 202:25
**2004** [5] - 41:17, 41:23, 58:8, 61:18, 171:6
**2005** [4] - 58:10, 61:22, 77:17, 171:9
**2006** [5] - 58:12, 61:25, 77:17, 91:10, 91:11, 171:12
**2007** [11] - 25:2, 58:14, 62:7, 63:14, 97:23, 171:15, 183:21, 203:4, 212:5, 212:12, 212:14
**2008** [26] - 25:2, 25:3, 25:23, 26:8, 26:15, 35:21, 36:14, 36:17, 42:21, 58:16, 62:10, 85:19, 85:21, 85:25, 144:7, 144:13, 144:18, 145:8, 145:12, 154:14, 171:18, 175:5, 183:21, 199:12, 199:21, 203:4
**2009** [22] - 35:20, 42:20, 58:2, 58:18, 58:20, 59:3, 62:13, 62:21, 70:9, 85:17, 85:21, 171:21, 175:17, 175:19, 175:22, 178:10, 183:21, 183:24, 184:3, 199:22, 203:15, 214:4
**2010** [3] - 10:11, 57:16, 58:21
**2011** [3] - 1:14, 231:11, 233:20
**204** [1] - 232:11
**206** [1] - 232:13
**209** [1] - 232:15
**22nd** [1] - 25:17
**23rd** [2] - 148:25, 175:3
**24** [5] - 4:19, 22:16, 22:21, 85:23, 186:6
**250** [1] - 75:23
**26** [1] - 10:11
**2:19** [1] - 133:18
**2:51** [1] - 160:8

**3**

**365-5232** [1] - 71:24
**3:10** [1] - 160:8
**3:27** [1] - 200:23
**3:30** [1] - 200:23

**4**

**4** [2] - 144:18, 232:7
**400** [1] - 216:9
**4875** [2] - 1:15, 2:10
**4:00** [1] - 110:22
**4:23** [1] - 205:6
**4:30** [3] - 82:7, 82:9, 82:16
**4:44** [1] - 205:6
**4th** [2] - 57:24, 144:5

**5**

**5** [2] - 73:12, 108:23
**50/50** [1] - 74:9
**501** [1] - 2:5
**56** [1] - 232:19
**5:00** [6] - 7:3, 82:5, 83:10, 85:15, 114:8, 115:11
**5:15** [1] - 230:7
**5:30** [3] - 82:13, 83:9, 132:2

**6**

**68** [1] - 85:19
**6:00** [6] - 110:9, 113:16, 114:20, 115:22, 121:23, 132:2
**6:30** [9] - 82:6, 82:9, 82:16, 83:9, 83:11, 105:25, 129:23, 132:2

**7**

**7** [3] - 205:8, 205:11, 232:11
**7-Eleven** [1] - 78:21
**7:30** [2] - 85:15

**8**

**8** [5] - 206:11, 206:14, 229:22, 230:5, 232:12
**8/19/04** [2] - 209:17, 232:15

**8/19/05** [2] - 206:9, 232:13
**8:00** [8] - 83:17, 108:12, 110:5, 110:18, 113:20, 114:16, 129:24, 130:2
**8:30** [7] - 83:19, 83:22, 111:14, 113:12, 114:6, 115:7, 115:20

**9**

**9** [3] - 209:19, 209:22, 232:14
**9:00** [1] - 68:15

**A**

**a.m** [3] - 1:14, 15:19
**ability** [2] - 10:13, 108:4
**able** [4] - 10:17, 31:9, 33:3, 209:14
**above-mentioned** [1] - 1:20
**accepted** [2] - 48:8, 148:20
**access** [3] - 5:18, 6:7, 7:7
**accessible** [1] - 6:21
**Accord** [1] - 67:7
**according** [1] - 179:14
**account** [1] - 205:24
**accurate** [4] - 10:13, 10:18, 185:25, 186:2
**acknowledged** [1] - 84:7
**acted** [1] - 77:6
**action** [2] - 10:25, 233:16
**actual** [1] - 46:23
**ADAMO** [3] - 1:21, 233:7, 233:24
**addition** [4] - 5:5, 59:17, 59:20, 92:13
**additional** [1] - 38:23
**address** [5] - 4:17, 12:22, 34:10, 186:5, 186:8
**addressed** [1] - 7:13
**addressing** [1] - 8:5
**adds** [1] - 52:11
**administer** [1] - 3:18
**admission** [1] - 47:4
**admit** [1] - 162:19
**adversarial** [1] -

2

33:24
**advise** [3] - 7:16, 33:24, 34:11
**advised** [7] - 6:13, 6:24, 7:3, 17:7, 17:20, 19:10, 28:14
**advisement** [1] - 185:9
**advising** [2] - 18:2, 18:7
**affecting** [2] - 220:11, 221:10
**afford** [5] - 48:9, 48:12, 48:16, 48:19, 49:3
**afterwards** [2] - 80:20, 98:11
**ago** [5] - 20:13, 21:7, 21:22, 21:23, 187:24
**agree** [6] - 6:16, 60:18, 102:12, 159:23, 208:23, 209:2
**agreed** [9] - 4:22, 6:18, 7:6, 34:9, 42:6, 42:9, 208:13, 208:17, 208:20
**AGREED** [3] - 3:4, 3:10, 3:15
**agreed-upon** [1] - 42:6
**agreeing** [3] - 56:25, 57:3, 57:6
**agreement** [4] - 41:7, 71:13, 89:19, 141:12
**ain't** [2] - 45:11, 45:12
**alcohol** [2] - 10:7, 10:10
**ALEJANDRO** [1] - 1:4
**Alejandro** [1] - 125:23
**ALEX** [1] - 1:4
**Alex** [1] - 126:4
**allow** [5] - 30:22, 31:16, 45:4, 82:22, 217:12
**allowed** [4] - 55:3, 189:23, 191:8, 198:9
**almost** [9] - 78:3, 106:16, 151:6, 151:8, 170:19, 172:2, 172:4, 176:19, 176:24
**alternate** [1] - 34:10
**AMAYA** [1] - 1:4
**Amaya** [1] - 125:23
**amenable** [1] - 7:21
**America** [1] - 164:14
**AMIR** [1] - 1:4
**Amir** [1] - 126:4

**amount** [7] - 47:5, 64:3, 139:2, 208:17, 211:6, 227:11, 227:13
**amounts** [1] - 97:9
**AND** [3] - 3:4, 3:10, 3:15
**angry** [6] - 75:5, 75:24, 77:2, 143:22, 191:17, 215:6
**answer** [61] - 9:2, 9:25, 12:9, 13:6, 14:15, 15:12, 15:24, 16:2, 16:14, 16:22, 17:4, 17:17, 18:3, 18:8, 19:14, 26:5, 26:17, 32:11, 33:14, 37:4, 37:24, 39:13, 39:14, 48:21, 49:7, 51:19, 52:3, 53:10, 63:19, 88:17, 92:3, 96:22, 103:7, 105:18, 106:11, 106:12, 112:12, 124:11, 124:18, 132:9, 135:5, 135:6, 135:9, 151:16, 156:2, 156:13, 167:20, 172:25, 173:2, 173:13, 178:25, 186:16, 197:19, 200:4, 206:6, 220:9, 226:14, 228:6, 228:10, 228:15, 228:19
**answered** [34] - 13:5, 14:17, 37:23, 40:24, 51:18, 71:15, 83:13, 88:14, 89:15, 93:15, 94:14, 96:21, 103:6, 113:14, 135:19, 147:6, 151:15, 153:25, 154:19, 158:23, 159:22, 178:13, 187:11, 188:4, 199:16, 199:25, 200:15, 202:21, 205:17, 205:21, 211:25, 214:8, 214:19, 215:4
**answering** [4] - 59:7, 124:13, 135:12, 228:7
**answers** [2] - 4:6, 231:13
**Antonio** [1] - 13:18
**apology** [1] - 148:20
**appear** [1] - 106:12
**appreciate** [2] - 18:22, 169:19
**appropriate** [2] - 31:18, 63:10
**April** [3] - 57:24,

58:21, 149:19
**area** [1] - 32:3
**areas** [1] - 11:25
**AREVALO** [1] - 1:5
**Arevalo** [1] - 126:4
**argument** [2] - 75:12, 75:18
**Arias** [1] - 2:21
**arrangements** [1] - 34:10
**arrest** [1] - 161:23
**arrested** [2] - 161:8, 162:6
**arrival** [1] - 4:23
**arrive** [2] - 68:24, 143:21
**arrived** [3] - 75:21, 75:24, 131:21
**arrives** [1] - 142:3
**Asphalt** [6] - 57:21, 57:23, 58:4, 58:19, 137:12, 137:14
**asphalt** [2] - 195:24, 223:20
**ASPHALT** [1] - 1:10
**ASSOCIATES** [1] - 2:9
**assumed** [1] - 10:2
**Atlas** [1] - 103:24
**attack** [2] - 31:10, 31:12
**attacking** [1] - 32:3
**attention** [3] - 135:8, 135:25, 136:2
**attorney** [24] - 20:11, 51:7, 51:9, 55:6, 55:8, 56:10, 133:22, 134:4, 134:8, 134:11, 155:18, 155:19, 155:24, 156:3, 156:6, 156:14, 156:17, 157:6, 157:9, 157:16, 157:23, 157:25, 160:2, 188:12
**Attorney's** [2] - 6:5, 34:5
**attorneys** [5] - 2:4, 2:10, 3:5, 20:7, 21:10
**August** [8] - 53:13, 85:25, 87:24, 88:2, 144:5, 146:12, 154:20, 154:23
**august** [1] - 144:18
**aunts** [1] - 164:3
**authenticity** [1] - 230:4
**Authority** [1] - 182:12
**authorized** [3] - 3:18, 15:4, 185:21

**available** [11] - 6:17, 6:23, 8:12, 8:14, 34:5, 196:17, 197:4, 197:7, 197:9, 197:10, 197:13
**Avenue** [2] - 2:5, 23:11, 207:19
**avenue** [1] - 16:8
**aware** [2] - 29:6, 229:2

---

## B

**Babylon** [5] - 105:13, 105:22, 108:9, 108:13, 114:22
**backed** [1] - 216:23
**backseat** [2] - 176:12, 176:14
**bacon** [1] - 153:8
**bad** [4] - 77:4, 194:16, 222:11, 223:7
**ball** [1] - 119:18
**bargaining** [1] - 141:12
**Bartel** [1] - 6:13
**baseball** [5] - 119:16, 119:17, 119:20, 120:3, 204:6
**based** [3] - 4:22, 30:13, 229:3
**basis** [3] - 29:16, 32:8, 151:24
**bat** [2] - 119:25, 120:3
**Beatrice** [1] - 24:3
**becomes** [1] - 32:4
**beginning** [1] - 80:16
**begrudgingly** [1] - 133:16
**behind** [2] - 89:2, 209:3
**belaboring** [1] - 30:24
**belated** [1] - 203:11
**believes** [3] - 210:8, 221:4, 221:8
**belong** [1] - 166:25
**bench** [1] - 229:5
**benefit** [1] - 29:22
**benefits** [8] - 57:12, 57:15, 63:16, 63:22, 63:25, 100:11, 100:18, 186:10
**better** [9] - 8:7, 38:19, 136:15, 173:17, 173:22, 174:2, 174:10, 174:13, 174:18
**between** [9] - 3:5,

25:22, 35:8, 82:9, 82:16, 85:15, 121:17, 203:3, 228:12
**beyond** [5] - 5:11, 5:16, 30:21, 34:8, 34:12, 182:24
**big** [2] - 122:9, 227:5
**bill** [2] - 37:9, 37:12
**bills** [5] - 38:6, 38:9, 38:13, 45:25, 101:9
**birth** [2] - 11:13, 186:3
**bit** [5] - 5:18, 31:6, 160:20, 166:6, 200:25
**blood** [1] - 233:16
**Bohemia** [2] - 1:16, 2:11
**bonus** [1] - 150:14
**book** [3] - 217:14, 217:16, 217:20
**bookkeeper** [2] - 7:2, 7:7
**books** [4] - 101:15, 101:16, 218:17
**boot** [2] - 5:11, 5:16
**boot-up** [2] - 5:11, 5:16
**booting** [1] - 34:7
**bordering** [1] - 28:3
**born** [1] - 23:15
**borrow** [3] - 36:5, 39:2, 39:4
**borrowed** [20] - 26:7, 26:11, 29:6, 29:7, 36:2, 36:25, 38:23, 39:19, 40:11, 40:19, 43:23, 45:13, 45:20, 46:4, 146:14, 159:2, 199:11, 199:19, 199:21
**boss** [10] - 46:21, 48:6, 49:14, 131:21, 131:23, 132:21, 137:3, 188:8, 188:17, 195:6
**bother** [1] - 77:11
**bought** [6] - 41:12, 41:23, 43:10, 88:20, 211:13, 211:20
**boys** [2] - 221:18, 222:2
**breaching** [1] - 38:5
**break** [26] - 15:11, 34:22, 83:25, 84:8, 119:10, 122:5, 122:6, 133:11, 133:13, 133:15, 134:3, 134:7, 134:11, 142:21, 152:13, 152:14, 160:7, 160:10, 174:4,

3

174:6, 200:21, 201:5, 201:9, 202:11, 205:4, 216:5

**Brentwood** [1] - 85:20

**bricks** [1] - 122:7

**bring** [5] - 28:7, 119:20, 119:23, 155:12, 221:20

**Bronx** [2] - 123:12, 226:5

**Brooklyn** [1] - 107:2

**brother** [13] - 23:4, 37:13, 37:18, 37:20, 38:15, 45:23, 176:7, 176:11, 176:25, 177:4, 177:11, 177:21, 178:17

**brother's** [3] - 37:15, 176:15, 177:18

**brought** [1] - 199:18

**buy** [10] - 41:15, 42:9, 46:22, 49:2, 90:19, 90:23, 90:24, 138:21, 211:14, 211:23

**buying** [2] - 89:20, 90:7

**BY** [3] - 2:6, 2:12, 4:12

---

**C**

**C-A-R-R-A-N-Z-A** [1] - 23:24

**calculate** [1] - 134:20

**camping** [1] - 221:18

**cannot** [3] - 32:7, 182:14, 182:15

**Cantaros** [1] - 193:25

**capable** [1] - 136:4

**car** [16] - 42:7, 89:23, 89:24, 90:15, 129:9, 131:12, 132:10, 132:15, 138:16, 138:17, 138:19, 139:10, 176:8, 176:9, 209:12, 209:14

**card** [3] - 102:13, 103:4, 185:15

**care** [2] - 37:13, 229:21

**Carleton** [2] - 182:3, 182:4, 182:5

**CARLOS** [1] - 1:6

**carlos** [1] - 147:20

**Carlos** [28] - 65:11,

66:14, 76:16, 85:10, 85:11, 85:14, 123:3, 123:8, 123:15, 125:21, 126:16, 127:4, 127:25, 128:8, 128:11, 129:9, 129:10, 131:4, 131:13, 131:15, 147:19, 147:22, 153:21, 155:8, 158:10, 158:20, 158:25, 187:18

**Carlos'** [1] - 123:4

**Carranza** [2] - 23:24, 24:3

**Carter** [6] - 4:19, 22:16, 22:21, 23:10, 85:23, 186:6

**case** [20] - 15:14, 19:11, 21:13, 21:16, 27:3, 29:23, 30:3, 30:4, 30:12, 34:3, 36:22, 36:23, 54:24, 69:10, 152:9, 159:17, 187:9, 187:13, 229:7

**cash** [16] - 22:2, 22:4, 47:17, 47:21, 59:16, 59:19, 59:24, 86:10, 86:11, 92:6, 92:14, 137:11, 137:15, 137:16, 218:17, 219:3

**Castillo** [2] - 130:10, 187:18

**CASTILLO** [1] - 1:7

**cement** [1] - 122:7

**certain** [3] - 18:8, 29:14, 50:8

**certainly** [1] - 29:11

**certification** [1] - 3:7

**certify** [3] - 231:8, 233:9, 233:15

**chance** [2] - 134:2, 134:6

**CHANGE** [10] - 234:6, 234:8, 234:10, 234:12, 234:14, 234:16, 234:18, 234:20, 234:22, 234:24

**change** [1] - 65:15

**changed** [4] - 112:3, 112:6, 152:7, 169:11

**changes** [1] - 234:3

**changing** [1] - 106:12

**characterization** [1] - 44:13

**characterize** [2] - 68:19, 223:6

---

**charge** [15] - 21:2, 21:4, 43:15, 65:4, 65:6, 75:22, 77:9, 120:9, 121:21, 188:9, 188:17, 188:21, 189:3, 189:6, 189:11

**Charles** [1] - 6:12

**check** [30] - 22:3, 54:14, 54:15, 54:17, 54:20, 55:5, 55:8, 56:9, 59:17, 70:24, 85:24, 86:4, 86:6, 86:8, 92:7, 92:9, 118:15, 130:5, 180:6, 180:12, 186:18, 186:20, 187:5, 205:7, 205:14, 205:23, 206:2, 220:22, 232:11, 232:19

**checks** [3] - 56:4, 89:17, 118:16

**child** [10] - 55:25, 56:2, 166:16, 186:12, 186:13, 186:17, 186:25, 220:17, 220:19, 221:3

**children** [13] - 23:5, 23:7, 23:9, 23:12, 23:15, 23:18, 27:25, 39:18, 87:11, 101:10, 220:17, 222:18, 223:13

**chose** [3] - 67:15, 132:19, 145:8

**Chris** [1] - 188:9

**CHRISTOPHER** [1] - 1:11

**City** [1] - 82:7

**Civic** [1] - 90:20

**civil** [3] - 10:21, 10:25, 18:16

**civility** [1] - 18:23

**claim** [2] - 26:24, 27:5

**claiming** [5] - 30:5, 121:16, 139:14, 139:22, 140:4

**claims** [3] - 27:13, 30:15, 161:4

**clarify** [1] - 229:18

**clean** [2] - 120:24

**clear** [11] - 8:20, 18:23, 18:24, 19:2, 19:18, 164:25, 182:18, 182:20, 183:2, 183:9, 223:8

**clearly** [1] - 7:13

**client** [13] - 17:7, 17:10, 18:3, 18:8, 18:11, 27:20, 44:19,

---

44:21, 45:8, 64:21, 84:9, 228:6, 228:13

**client's** [1] - 228:10

**clients** [1] - 83:6

**co** [10] - 26:21, 28:15, 28:24, 112:20, 112:23, 113:2, 147:17, 147:18, 193:18, 203:20

**co-counsel** [1] - 26:21

**co-worker** [3] - 28:24, 147:17, 147:18

**co-workers** [6] - 28:15, 112:20, 112:23, 113:2, 193:18, 203:20

**coach** [2] - 44:20, 44:21

**code** [1] - 22:17

**coffee** [1] - 78:22

**colleague** [1] - 64:24

**collect** [3] - 57:11, 57:14, 100:17

**collected** [1] - 100:11

**collecting** [1] - 100:14

**collective** [1] - 141:11

**colloquy** [1] - 28:9

**columbia** [1] - 25:11

**Columbia** [35] - 25:15, 28:25, 34:23, 35:12, 35:13, 35:19, 35:23, 40:4, 42:17, 45:17, 50:10, 51:3, 52:25, 53:3, 86:16, 86:17, 86:21, 87:2, 144:4, 145:3, 145:18, 145:22, 146:3, 154:3, 163:9, 164:6, 164:9, 164:14, 164:15, 164:17, 173:14, 173:16, 174:11, 211:3, 212:4

**coming** [16] - 7:3, 20:8, 53:8, 98:17, 111:11, 113:11, 114:3, 114:13, 115:5, 115:17, 121:4, 154:24, 155:18, 155:20, 157:7, 182:3

**committed** [1] - 101:22

**communicate** [1] - 147:25

**communication** [2] - 177:25, 228:11

**companies** [5] -

---

103:12, 104:21, 136:18, 193:3, 215:18

**company** [35] - 12:7, 12:12, 28:15, 49:4, 65:17, 78:9, 78:12, 85:12, 85:13, 100:4, 100:5, 106:3, 122:11, 137:5, 139:5, 139:9, 139:17, 146:23, 168:3, 168:4, 173:25, 180:20, 181:17, 189:25, 190:19, 192:10, 192:18, 192:25, 194:3, 195:23, 215:12, 215:14, 216:8, 223:14

**compensated** [1] - 79:22

**complain** [8] - 74:22, 75:4, 97:25, 98:3, 99:9, 101:4, 140:23, 140:25

**complained** [1] - 73:7

**complaining** [2] - 188:24, 195:3

**complaint** [5] - 10:21, 10:24, 116:24

**complete** [2] - 108:19, 231:11

**completely** [4] - 17:2, 47:7, 130:16, 135:12

**comply** [1] - 19:19

**compound** [1] - 153:18

**computer** [4] - 5:18, 6:6, 6:20, 7:11

**computers** [8] - 5:7, 5:23, 6:8, 6:10, 6:16, 6:23, 7:8, 34:4

**concerned** [1] - 185:11

**concluded** [1] - 34:20

**condition** [2] - 6:10, 31:16

**conditions** [2] - 141:15, 141:20

**Coney** [1] - 139:12

**confidential** [5] - 16:4, 16:11, 102:8, 184:22, 184:24

**confused** [2] - 135:21, 148:15

**conquer** [1] - 163:13, 163:16, 165:21, 167:16

**conquering** [2] - 162:15, 167:19

**consent** [2] - 16:11, 133:16
**consider** [3] - 78:20, 78:25, 217:2
**contact** [3] - 6:4, 6:14, 8:21
**content** [2] - 5:19, 160:25
**continue** [8] - 12:15, 18:25, 29:5, 56:14, 56:23, 57:10, 145:20, 190:2
**continued** [3] - 142:23, 170:5, 217:25
**contract** [2] - 180:7, 180:18
**control** [1] - 120:6
**conversation** [2] - 134:10, 160:9
**convinced** [1] - 29:10
**copies** [3] - 55:7, 180:9, 180:11
**copy** [5] - 10:24, 116:24, 150:20, 185:6, 205:7
**Copy** [1] - 232:11
**CORP** [2] - 1:10
**Corp** [1] - 26:8
**correct** [129] - 5:3, 5:4, 5:14, 7:4, 7:5, 7:12, 9:7, 21:8, 25:23, 26:12, 35:9, 35:20, 36:3, 40:20, 41:4, 42:10, 43:8, 43:19, 43:23, 44:2, 45:14, 45:17, 45:21, 46:2, 46:7, 46:11, 47:6, 47:10, 52:9, 60:25, 61:12, 61:16, 63:17, 67:3, 67:9, 78:10, 79:7, 79:11, 80:3, 80:7, 82:9, 83:19, 84:22, 86:24, 87:3, 87:7, 87:11, 87:21, 88:4, 91:12, 91:19, 91:25, 92:10, 92:21, 96:2, 97:9, 97:14, 99:3, 99:6, 99:24, 106:8, 107:15, 109:23, 112:18, 113:8, 113:12, 120:13, 122:16, 123:5, 123:10, 129:14, 133:6, 137:2, 138:3, 140:21, 142:25, 144:20, 145:9, 147:3, 147:14, 149:16, 149:19, 149:23, 149:25,

150:5, 150:25, 152:4, 153:17, 154:7, 154:23, 158:15, 167:7, 167:12, 167:14, 167:17, 170:6, 172:8, 172:12, 172:16, 179:8, 179:12, 181:10, 191:9, 191:13, 191:14, 191:15, 191:18, 196:10, 196:17, 197:2, 197:21, 197:24, 198:5, 198:11, 199:12, 199:14, 199:23, 201:6, 205:19, 207:19, 208:10, 208:18, 209:4, 211:9, 212:9, 213:8, 213:23, 231:12, 231:14
**correctly** [7] - 100:23, 100:25, 134:24, 135:17, 136:8, 136:11, 180:8
**cost** [1] - 212:21
**counsel** [10] - 2:7, 4:21, 5:13, 5:20, 7:19, 11:3, 26:21, 32:17, 34:9, 67:23
**Counsel** [14] - 5:6, 6:3, 6:19, 6:24, 7:4, 7:12, 8:10, 31:2, 54:18, 68:3, 68:9, 68:16, 201:9, 221:7
**Counselor** [1] - 34:12
**counselors** [1] - 182:13
**count** [1] - 227:20
**country** [10] - 13:19, 28:17, 31:22, 147:10, 157:15, 157:24, 158:14, 158:21, 159:5, 161:12
**COUNTY** [2] - 231:6, 233:5
**couple** [2] - 21:7, 149:15
**Court** [21] - 3:20, 7:15, 7:17, 7:20, 8:6, 8:12, 15:23, 16:13, 16:17, 17:15, 19:8, 19:11, 19:16, 19:19, 19:20, 38:5, 157:2, 173:11, 186:22, 229:3
**COURT** [1] - 1:2
**court** [7] - 33:2, 33:7, 37:5, 69:15, 201:3, 219:24, 220:17

**cover** [2] - 46:5, 51:23
**covered** [1] - 11:25, 17:14, 18:9
**create** [3] - 84:18, 85:3, 221:24
**credibility** [7] - 29:9, 29:14, 29:21, 30:10, 31:10, 31:13, 32:4
**credit** [1] - 49:3
**crew** [3] - 65:7, 65:8, 120:10
**criticized** [1] - 73:4
**cross** [2] - 30:22, 229:25
**cross-notice** [1] - 229:25
**cultural** [1] - 18:20
**current** [4] - 6:10, 50:2, 139:7, 165:25
**cut** [1] - 172:8
**CVC** [1] - 103:24

**D**

**DA's** [1] - 5:8
**daily** [4] - 150:22, 151:5, 151:18, 151:24
**dams** [2] - 181:18, 182:6
**date** [13] - 6:17, 6:18, 50:4, 60:6, 70:24, 144:3, 144:8, 146:10, 186:3, 199:2, 205:9, 206:12, 209:20
**dated** [4] - 206:9, 209:17, 232:12, 232:14
**dates** [2] - 70:22, 175:25
**dating** [1] - 225:12
**daughter** [9] - 164:2, 164:5, 164:8, 164:11, 164:16, 221:12, 222:13, 222:14, 225:2
**days** [24] - 20:13, 21:7, 69:14, 70:19, 70:21, 101:17, 127:14, 127:17, 128:11, 149:15, 150:13, 152:3, 175:23, 176:20, 176:21, 176:22, 176:23, 176:24, 177:12, 177:14, 177:15, 189:17, 204:4
**deadline** [1] - 7:14
**December** [18] - 10:11, 103:8, 103:10,

117:3, 117:5, 117:7, 117:9, 146:17, 146:18, 148:25, 149:2, 149:23, 186:4, 198:24, 198:25, 211:7
**decide** [1] - 214:2
**decided** [2] - 213:22, 215:9
**deduct** [1] - 213:17
**deductions** [4] - 63:3, 63:6, 63:9, 213:22
**defend** [2] - 11:4, 182:16
**defendant** [1] - 10:25
**Defendants** [3] - 1:12, 1:19, 2:10
**defendants** [25] - 12:14, 30:4, 30:11, 38:24, 40:20, 41:13, 41:16, 45:14, 53:15, 134:25, 135:16, 136:7, 136:11, 136:24, 140:4, 141:16, 141:21, 142:15, 145:9, 145:12, 145:14, 145:17, 150:15, 161:4, 167:24
**DEFENDANTS'** [1] - 232:10
**Defendants'** [9] - 73:12, 205:8, 205:11, 206:10, 206:14, 209:18, 209:22, 229:22, 230:5
**degrees** [1] - 216:9
**deli** [2] - 79:2, 152:18
**delve** [1] - 30:18
**demand** [2] - 185:17
**dense** [2] - 30:25, 31:4
**departing** [1] - 15:17
**dependent** [2] - 229:6, 229:7
**deposited** [1] - 205:23
**deposition** [26] - 3:16, 8:8, 8:23, 9:13, 9:15, 20:5, 29:19, 29:22, 29:25, 56:14, 56:23, 64:22, 68:4, 68:11, 81:22, 102:9, 105:20, 134:3, 134:7, 160:21, 161:18, 195:2, 201:11, 201:15, 230:6, 231:10
**DEPOSITION** [1] - 1:18
**DESCRIPTION** [2] -

232:10, 232:18
**designation** [2] - 16:10, 102:12
**desktop** [1] - 5:24
**detective** [1] - 161:3
**determine** [1] - 6:8
**determined** [1] - 229:3
**diesel** [1] - 123:12
**different** [11] - 11:9, 17:2, 65:10, 125:8, 125:9, 128:17, 130:17, 138:7, 146:23, 224:22, 226:11
**difficult** [5] - 65:16, 119:6, 201:18, 223:16, 226:9
**direct** [1] - 12:8
**directed** [4] - 16:13, 17:3, 17:10, 17:16
**directing** [3] - 15:24, 16:3, 26:3
**direction** [5] - 16:18, 18:12, 18:24, 19:5, 19:19
**directions** [1] - 18:5
**directly** [14] - 66:22, 67:9, 67:20, 78:8, 86:2, 86:5, 106:4, 106:8, 106:17, 107:7, 132:4, 132:6, 153:15, 186:18
**disagree** [1] - 44:12
**disappeared** [2] - 172:11, 172:19
**disappointed** [1] - 133:24
**disclose** [1] - 17:24
**discover** [1] - 29:25
**discuss** [6] - 6:19, 27:15, 134:3, 134:7, 201:11, 201:15
**discussing** [1] - 160:21
**discussion** [5] - 55:12, 145:6, 160:5, 162:17, 166:14
**dishonest** [2] - 103:18, 106:13
**dispatcher** [2] - 70:16, 214:13
**distracting** [1] - 64:19
**District** [2] - 6:5, 34:5
**DISTRICT** [2] - 1:2, 1:2
**document** [17] - 20:24, 20:25, 73:10,

73:16, 73:22, 74:2, 108:22, 109:11, 115:24, 205:10, 205:12, 206:13, 206:17, 206:22, 206:25, 209:21, 209:23

**documentation** [3] - 14:23, 46:9, 46:14

**DOCUMENTS** [1] - 232:17

**documents** [4] - 20:22, 57:4, 73:22, 229:7

**DOES** [1] - 1:11

**done** [6] - 6:22, 34:6, 75:23, 169:23, 187:3, 223:19

**double** [4] - 105:2, 105:3, 105:5, 142:8

**doubled** [1] - 105:7

**down** [8] - 37:5, 111:14, 111:17, 116:3, 116:7, 142:21, 143:15, 216:6

**drains** [1] - 120:25

**dress** [1] - 166:11

**drinking** [2] - 10:10, 163:7

**drive** [20] - 15:4, 67:12, 85:11, 90:10, 107:7, 107:11, 107:20, 107:24, 122:20, 122:23, 129:11, 131:4, 139:12, 176:5, 176:22, 177:8, 177:9, 177:14, 177:16, 178:11

**driven** [3] - 67:8, 67:20, 132:15

**driver** [4] - 66:10, 66:12, 106:16, 106:22

**driver's** [2] - 15:2, 107:12

**drivers** [5] - 190:18, 190:20, 192:23, 193:12

**drives** [3] - 138:15, 139:10, 139:20

**driveway** [1] - 224:4

**driving** [2] - 108:5, 132:11

**dropped** [1] - 222:21

**drove** [14] - 66:10, 66:12, 66:13, 66:14, 66:15, 85:9, 128:9, 129:10, 153:15, 176:10, 176:11, 177:2, 177:4, 177:11

**drugs** [1] - 10:7

**due** [1] - 18:20

**dues** [1] - 102:17

**duly** [3] - 4:3, 4:9, 233:11

**during** [20] - 12:23, 26:8, 35:25, 48:15, 50:13, 52:17, 100:18, 102:14, 134:2, 134:6, 134:11, 142:24, 150:10, 150:12, 154:3, 154:7, 160:9, 172:24, 173:4, 201:9

**duties** [1] - 65:2

### E

**early** [8] - 6:25, 85:5, 85:7, 107:3, 107:5, 130:9, 132:22, 132:24

**earned** [3] - 60:6, 60:9, 183:18

**earning** [1] - 216:18

**EASTERN** [1] - 1:2

**easy** [1] - 153:7

**eat** [6] - 152:6, 152:10, 152:11, 152:25, 153:2, 153:12

**Edgar** [1] - 22:23

**EDWIN** [1] - 1:6

**Edwin** [5] - 76:16, 124:19, 124:23, 124:25, 125:3

**effect** [1] - 3:19

**efficiently** [1] - 75:2

**egg** [2] - 153:4, 153:6

**eight** [3] - 144:19, 171:4, 212:18

**either** [7] - 60:11, 83:10, 101:2, 143:3, 161:11, 170:23, 209:16

**eldest** [1] - 178:3

**eleven** [3] - 23:13, 222:5, 225:3

**eleven-year-old** [1] - 225:3

**employ** [1] - 190:2

**employed** [1] - 190:7

**employee** [1] - 86:13

**employees** [1] - 203:8

**employer** [10] - 58:6, 58:8, 58:10, 58:12, 58:14, 58:16, 58:18, 99:20, 139:7, 141:21

**employment** [5] - 77:25, 136:10,

141:15, 141:20, 191:13

**enable** [1] - 135:23

**encountered** [1] - 33:23

**encouraged** [1] - 11:2

**end** [7] - 103:8, 103:10, 105:20, 148:24, 178:14, 212:12, 212:13

**ended** [1] - 157:11

**engineer** [5] - 168:14, 168:17, 168:20, 168:23, 169:5

**English** [10] - 4:5, 4:6, 8:20, 8:22, 44:21, 74:4, 74:6, 180:14, 180:15, 180:16

**enjoy** [1] - 169:16

**entertain** [1] - 121:2

**entire** [4] - 37:8, 47:5, 77:25, 136:10

**entitled** [3] - 156:5, 202:2, 220:12

**equipment** [2] - 123:5, 123:8

**equivalent** [1] - 81:18

**ERRATA** [1] - 234:2

**Escalante** [8] - 65:11, 66:14, 76:16, 127:25, 147:20, 155:8, 158:10, 187:18

**ESCALANTE** [1] - 1:6

**especially** [1] - 12:13

**ESQ** [3] - 2:6, 2:7, 2:12

**established** [1] - 212:8

**events** [1] - 7:18

**everyday** [4] - 82:15, 82:18, 226:11

**everywhere** [2] - 105:15, 114:24

**ex** [3] - 27:24, 46:21, 223:13

**ex-boss** [1] - 46:21

**ex-wife** [2] - 27:24, 223:13

**exact** [2] - 144:3, 144:8

**exactly** [3] - 17:22, 37:21, 176:23

**Examination** [1] - 232:6

**EXAMINATION** [1] - 4:12

**examination** [2] -

233:11, 233:13

**examined** [1] - 4:11

**example** [9] - 80:23, 143:20, 163:5, 180:19, 213:16, 216:22, 221:12, 221:22, 223:18

**except** [1] - 3:11

**exception** [1] - 55:17

**exchange** [4] - 44:4, 51:2, 88:16, 206:7

**exchanging** [1] - 89:17

**excuse** [8] - 10:15, 14:18, 23:10, 23:13, 25:2, 47:25, 199:20, 214:10

**excused** [1] - 76:7

**exhibit** [2] - 232:12, 232:14

**Exhibit** [9] - 73:12, 108:23, 205:8, 206:11, 206:14, 209:19, 209:22, 230:5, 232:11

**exist** [1] - 29:16

**expand** [1] - 164:22

**expenses** [6] - 39:5, 39:6, 39:9, 39:12, 51:24, 87:6

**explain** [9] - 18:18, 39:11, 48:14, 51:8, 124:21, 158:17, 159:13, 159:16, 223:19

**explained** [5] - 30:14, 46:24, 48:7, 166:22, 166:24

**exploring** [1] - 29:14

**extent** [1] - 18:2

**extra** [1] - 204:21

**eye** [1] - 8:21

**eyes** [1] - 137:6

### F

**face** [1] - 135:24

**fact** [6] - 29:24, 30:5, 31:4, 67:11, 104:17, 156:8

**facts** [3] - 30:2, 30:7

**failed** [1] - 98:9

**failure** [1] - 46:25

**fair** [2] - 227:12, 227:13

**fairly** [1] - 180:23

**faith** [1] - 29:15

**FAJARDO** [5] - 1:5, 1:18, 231:8, 231:16,

233:10

**Fajardo** [39] - 4:16, 8:16, 10:23, 11:2, 11:6, 11:14, 11:21, 13:14, 16:14, 19:21, 20:2, 22:6, 34:21, 37:16, 55:15, 58:5, 81:6, 84:10, 109:17, 110:3, 111:15, 111:20, 111:21, 112:7, 112:8, 112:9, 112:10, 112:11, 112:16, 113:5, 114:25, 116:3, 116:21, 121:8, 124:11, 124:15, 133:19, 206:10, 232:5

**Fajardo's** [1] - 12:5

**fall** [1] - 209:2

**false** [2] - 11:22, 31:8

**familiar** [1] - 48:23

**family** [21] - 25:19, 25:20, 34:23, 36:20, 36:21, 89:18, 89:21, 96:19, 137:7, 140:9, 140:12, 140:13, 140:14, 162:23, 162:25, 220:2, 220:6, 220:11, 220:16, 221:10, 222:9

**far** [1] - 142:22

**fare** [1] - 46:5

**Fasco** [5] - 100:6, 100:10, 100:13, 100:21, 102:14

**father** [2] - 13:10, 13:25

**father's** [5] - 13:11, 13:13, 13:16, 13:22, 167:4

**fault** [1] - 7:11

**favor** [1] - 217:3

**February** [8] - 25:13, 25:16, 35:9, 39:25, 40:4, 154:14, 154:16, 154:21

**fees** [1] - 4:25

**feet** [1] - 224:2

**Fejardo** [1] - 232:13

**fellow** [1] - 143:9

**felt** [2] - 77:4, 116:16

**few** [4] - 83:18, 174:7, 181:20, 181:24

**fifteen** [5] - 133:10, 134:21, 152:12, 152:16, 179:17

**fifteen-minute** [1] - 133:10, 152:12

**Fifth** [1] - 2:5

**fifth** [2] - 37:24,

6

96:22
**fifty** [1] - 179:19
**fifty-two** [1] - 179:19
**fight** [1] - 70:17
**fighting** [1] - 220:14
**figure** [4] - 6:19, 195:24, 221:20, 227:15
**file** [2] - 117:18, 117:22
**filed** [6] - 117:13, 184:12, 186:9, 197:22, 198:4, 198:10
**filing** [2] - 3:6, 117:25
**fill** [3] - 123:12, 151:20, 151:23
**filled** [1] - 151:18
**fills** [1] - 139:19
**fine** [8] - 64:18, 102:16, 102:24, 103:2, 217:17, 217:21, 218:4, 218:7
**finish** [4] - 82:23, 107:4, 124:18, 140:18
**finished** [2] - 59:7, 90:25
**fire** [9] - 189:5, 190:5, 190:23, 191:8, 191:15, 191:22, 192:7, 192:10, 192:12
**fired** [10] - 99:10, 175:20, 187:25, 188:7, 188:15, 191:18, 191:19, 195:11, 196:14, 196:25
**first** [16] - 4:2, 4:9, 7:9, 36:10, 73:17, 74:2, 78:6, 80:19, 109:8, 112:3, 112:15, 146:7, 167:3, 167:5, 167:6, 212:4
**fit** [1] - 152:4
**five** [7] - 43:2, 43:5, 48:2, 48:4, 89:2, 100:3, 225:4
**fix** [4] - 142:23, 158:2, 216:10, 216:12
**fixing** [1] - 11:19
**Floor** [1] - 2:5
**Flores** [2] - 76:17
**fly** [1] - 176:6
**follow** [3] - 16:8, 57:7, 99:5
**following** [3] - 28:9, 234:3, 234:4
**follows** [2] - 4:7, 4:11
**food** [2] - 39:16,

153:3
**FOR** [1] - 232:17
**force** [1] - 3:19
**Ford** [1] - 65:24
**foreman** [3] - 72:24, 120:10, 143:13
**form** [4] - 3:11, 6:21, 64:7, 64:10
**forth** [3] - 64:13, 64:19, 233:11
**forty** [10] - 171:7, 171:10, 171:13, 171:16, 171:19, 171:22, 171:24, 171:25, 172:2, 172:5
**forward** [1] - 57:15
**foul** [2] - 12:20, 18:16
**four** [1] - 179:24
**fourteen** [2] - 134:22, 179:17
**frankly** [1] - 29:9
**fraud** [1] - 101:22
**Friday** [4] - 71:2, 71:19, 71:25, 118:11
**Fridays** [1] - 118:12
**fried** [1] - 153:7
**friend** [7] - 138:13, 138:23, 139:10, 215:13, 215:19, 215:23, 216:14
**friends** [1] - 163:7
**front** [6] - 67:23, 68:6, 73:10, 176:13, 209:7, 229:5
**frozen** [1] - 149:23
**full** [5] - 13:16, 23:25, 149:12, 149:19, 149:25
**full-time** [3] - 149:12, 149:19, 149:25
**fully** [1] - 229:2
**fun** [4] - 116:13, 116:14, 148:18, 177:9
**funny** [3] - 116:4, 116:6, 116:22
**FURTHER** [2] - 3:10, 3:15
**future** [1] - 213:10

**G**

**G-U-E-R-R-A** [1] - 11:15
**Galeano** [2] - 128:18, 128:20
**GALEANO** [1] - 1:6
**games** [2] - 120:12, 120:17

**GARCIA** [1] - 1:5
**Garcia** [2] - 126:9, 187:19
**garnish** [1] - 187:4
**Garrido** [2] - 209:25, 211:8
**Giovanni** [1] - 37:16
**girlfriend** [15] - 29:2, 35:18, 40:4, 45:17, 154:15, 163:9, 163:15, 164:6, 164:9, 164:12, 164:13, 165:24, 166:2, 173:5, 225:4
**girlfriend's** [2] - 40:9, 40:12
**given** [11] - 11:13, 28:12, 30:7, 32:11, 85:25, 86:5, 169:16, 169:19, 185:12, 231:13, 233:14
**God** [1] - 24:11
**Gonzalez** [2] - 22:23, 23:3
**government** [2] - 60:14, 218:25
**governs** [1] - 97:13
**GPS** [5] - 78:13, 78:16, 128:15, 130:3, 152:17
**grabbed** [2] - 75:24, 76:3
**grade** [1] - 224:4
**grading** [1] - 224:3
**grease** [2] - 142:13, 142:20
**greasing** [1] - 142:10
**greater** [1] - 222:16
**green** [1] - 94:8
**ground** [2] - 149:6, 149:23
**group** [11] - 65:5, 65:6, 108:16, 108:19, 131:3, 188:10, 188:18, 188:21, 189:3, 189:7, 189:11
**grunt** [1] - 37:5
**guaranteed** [2] - 190:12, 191:12
**guatemala** [1] - 24:20
**Guatemala** [29] - 24:25, 25:4, 25:7, 25:12, 25:18, 27:2, 32:13, 35:4, 35:8, 35:14, 38:21, 39:24, 42:18, 42:24, 49:14, 87:3, 144:9, 144:15, 145:2, 145:4, 145:15, 145:21, 146:3, 154:7,

154:22, 174:14, 174:16, 174:24, 212:4
**Guerra** [28] - 11:15, 11:23, 12:24, 13:3, 13:8, 13:18, 14:24, 22:7, 109:12, 109:17, 109:18, 109:19, 111:15, 111:19, 111:22, 111:24, 112:2, 112:11, 112:17, 113:3, 115:2, 116:3, 116:21, 121:10, 121:13, 207:6, 208:6, 208:10
**guidance** [1] - 29:19
**guy** [3] - 106:2, 217:23, 217:24
**guys** [5] - 105:24, 119:10, 123:20, 123:21, 216:25

**H**

**half** [8] - 21:22, 21:23, 45:16, 60:25, 61:2, 105:6, 142:11, 176:21
**hallway** [1] - 19:22
**ham** [1] - 153:11
**hand** [1] - 233:20
**harassment** [1] - 28:4
**hard** [3] - 203:9, 203:14, 203:25
**hardly** [1] - 152:6
**harm** [1] - 189:2
**head** [1] - 183:3
**heads** [1] - 120:25
**health** [11] - 32:18, 32:19, 32:21, 32:23, 33:19, 35:6, 36:24, 37:2, 37:25, 38:19, 201:22
**health-related** [1] - 35:6
**hear** [1] - 192:22
**heard** [2] - 29:3, 192:21
**hearing** [2] - 29:10, 81:19
**hector** [1] - 13:18
**held** [6] - 1:20, 55:12, 145:6, 160:5, 162:17, 166:14
**HELENE** [1] - 1:11
**hell** [1] - 26:25
**help** [17] - 77:14, 96:25, 137:9, 147:14, 156:18, 157:23,

157:25, 181:2, 181:3, 182:14, 182:15, 182:17, 216:10, 216:25, 226:18, 226:22, 227:6
**helped** [2] - 155:12, 216:2
**helping** [1] - 216:14
**HEREBY** [1] - 3:4
**hereby** [3] - 3:8, 231:8, 233:9
**herein** [4] - 1:19, 3:6, 4:8, 233:11
**hereunto** [1] - 233:19
**hiding** [1] - 219:9
**higher** [1] - 92:18
**Highway** [2] - 1:15, 2:10
**Hilda** [2] - 23:24, 24:3
**Hilda-Beatrice** [1] - 24:3
**HIPAA** [4] - 31:17, 31:20, 31:21, 31:23
**hire** [1] - 157:16
**hired** [3] - 108:18, 198:4, 212:18
**hold** [1] - 58:19
**holidays** [1] - 142:9
**home** [5] - 54:16, 66:7, 66:20, 136:16, 150:10
**Honda** [4] - 67:7, 90:20, 138:20, 138:21
**honest** [3] - 103:20, 106:11, 202:6
**honesty** [1] - 201:25
**Honor** [4] - 31:24, 33:22, 33:25, 34:11
**Honor's** [2] - 32:6, 34:2
**hooked** [1] - 5:9
**hope** [1] - 213:20
**hopefully** [1] - 135:23
**hot** [1] - 216:24
**hour** [12] - 4:25, 5:2, 60:4, 60:10, 60:12, 60:13, 63:24, 107:19, 142:11, 195:25, 196:2
**hourly** [9] - 61:18, 61:22, 61:25, 62:7, 62:10, 62:13, 62:16, 62:21, 202:19
**hours** [60] - 53:18, 53:19, 53:24, 61:4, 61:6, 61:11, 61:12, 61:14, 61:15, 81:11, 97:19, 105:8, 105:11,

118:9, 118:17, 118:18, 134:16, 134:17, 134:19, 134:22, 135:4, 142:8, 150:18, 152:3, 170:4, 170:8, 170:11, 170:14, 170:17, 170:20, 170:21, 170:24, 171:2, 171:4, 171:5, 171:7, 171:8, 171:10, 171:11, 171:14, 171:17, 171:20, 171:24, 171:25, 172:3, 179:17, 180:20, 188:24, 192:5, 196:4, 227:16, 227:18, 228:3, 228:22, 229:8, 229:13

**house** [6] - 22:24, 40:10, 40:12, 66:11, 85:4, 85:6

**Houston** [2] - 177:20, 177:22

**hundred** [4] - 100:16, 195:25, 196:2, 213:13

**hundred-tons** [1] - 196:2

**Huntington** [5] - 4:19, 22:16, 23:11, 186:6, 207:19

**hurriedly** [1] - 15:16

**hurry** [2] - 143:16, 143:18

### I

**ian** [1] - 45:9
**IAN** [2] - 2:4, 2:6
**Ian** [1] - 211:17
**ice** [1] - 224:5
**idea** [8] - 69:20, 69:23, 71:7, 179:14, 179:16, 183:11, 183:15, 188:6
**identification** [3] - 205:8, 206:11, 209:19
**identified** [1] - 73:11
**identify** [1] - 118:12
**ignoring** [1] - 156:7
**ill** [1] - 30:17
**illness** [2] - 31:15, 31:22
**immediate** [1] - 8:21
**immediately** [2] - 99:19, 104:2
**immigration** [24] - 11:20, 12:3, 12:5,

15:14, 16:16, 16:20, 16:23, 17:11, 17:14, 17:17, 19:6, 19:13, 19:15, 20:2, 51:14, 54:25, 55:4, 156:4, 156:9, 156:12, 156:15, 156:18, 157:9, 159:17

**impaired** [1] - 10:14
**impersonating** [1] - 208:10
**implicate** [2] - 16:15, 16:23
**improper** [2] - 19:7, 19:13
**IN** [1] - 233:19
**incapable** [1] - 135:12
**including** [1] - 79:14
**income** [1] - 184:12
**inconsistency** [1] - 156:23
**incorrect** [2] - 28:23, 83:23
**increased** [1] - 62:22
**indicate** [4] - 33:11, 64:16, 210:7, 210:12
**indicated** [1] - 152:17
**indicating** [4] - 46:10, 47:19, 75:25, 94:15
**indicating)** [1] - 227:24
**individual** [3] - 28:13, 29:15, 68:25
**individuals** [1] - 6:7
**indoors** [1] - 178:4
**influence** [1] - 10:7
**information** [4] - 5:19, 6:21, 31:9, 102:10
**initial** [2] - 5:11, 34:8
**inquiring** [1] - 31:5
**inside** [1] - 118:4
**inspection** [2] - 6:24, 34:6
**inspector** [2] - 80:6, 80:9
**inspectors'** [1] - 80:10
**instances** [1] - 28:22
**instead** [2] - 98:12, 218:23
**insurance** [3] - 89:25, 90:4, 210:6
**insure** [1] - 89:23
**insured** [1] - 212:2
**insuring** [1] - 209:12
**integrity** [1] - 201:25

**intent** [1] - 189:3
**Intercounty** [1] - 103:24
**interest** [2] - 43:7, 229:20
**interested** [1] - 233:17
**interpreted** [1] - 32:17
**interpreter** [2] - 2:21, 136:3
**INTERPRETER** [2] - 44:16, 82:25
**intrusive** [5] - 26:22, 26:23, 27:6, 27:18, 29:8
**invade** [1] - 27:19
**invading** [1] - 27:17
**invoices** [1] - 46:2
**involve** [1] - 16:15
**IRS** [3] - 101:18, 184:18, 207:24
**IS** [3] - 3:4, 3:10, 3:15
**Island** [1] - 139:12
**issue** [8] - 6:3, 7:10, 16:15, 30:14, 32:4, 33:19, 33:23, 45:7
**issues** [9] - 9:10, 25:19, 25:20, 26:14, 27:2, 27:12, 29:14, 32:13, 32:15, 34:23, 35:2, 35:5, 36:20, 36:21, 45:21
**IT** [3] - 3:4, 3:10, 3:15

### J

**Jack** [2] - 77:10, 77:11
**January** [11] - 25:5, 25:13, 35:9, 35:11, 36:13, 36:14, 36:17, 39:25, 144:11, 154:14, 154:21
**JAVIER** [1] - 1:6
**Javier** [2] - 127:20, 187:19
**job** [56] - 66:24, 67:9, 74:11, 74:13, 75:5, 75:6, 75:8, 78:6, 78:9, 78:17, 79:23, 80:2, 80:5, 82:3, 82:6, 84:13, 98:12, 98:15, 99:6, 99:16, 104:2, 104:20, 105:25, 106:4, 106:8, 106:24, 107:7, 119:8, 121:18, 131:19, 132:4, 132:7,

132:16, 132:23, 137:25, 138:3, 138:5, 138:11, 139:4, 139:16, 143:2, 143:3, 143:18, 182:17, 182:21, 182:22, 190:12, 191:2, 191:6, 204:3, 211:17, 216:6, 217:6, 217:8, 217:10, 220:3

**jobs** [10] - 91:17, 91:19, 91:22, 91:25, 92:5, 182:13, 200:12, 202:12, 202:15, 216:22

**JOHN** [1] - 1:11
**Johnny** [1] - 23:3
**join** [3] - 63:13, 121:6, 121:9
**joined** [2] - 63:15, 63:21
**joking** [1] - 174:9
**Jose** [5] - 65:14, 89:24, 126:18, 127:4, 130:10, 187:16, 187:17, 209:12, 209:13, 209:25, 211:8, 211:11, 211:12, 211:13, 211:21, 212:2
**JOSE** [2] - 1:5, 1:7
**Jose's** [1] - 211:23
**Juan** [2] - 130:19, 193:25
**JUAN** [1] - 1:7
**Judge** [5] - 26:6, 26:19, 27:15, 27:22, 28:8
**JUDGE** [5] - 29:3, 29:24, 30:25, 31:12, 31:25, 32:9, 33:2, 33:15, 34:14
**Judge's** [4] - 12:21, 16:18, 18:10, 18:24
**July** [7] - 87:19, 87:22, 87:23, 87:24, 146:8, 146:9, 146:12
**June** [2] - 154:24, 175:3
**jurisdiction** [1] - 31:23
**jury** [2] - 202:6, 229:5

### K

**keep** [7] - 43:14, 80:7, 106:11, 150:17, 178:4, 190:8

**keeping** [3] - 224:16, 224:25, 225:18
**kept** [2] - 44:8, 80:14
**Kevin** [2] - 128:18, 128:20
**KEVIN** [1] - 1:6
**keyboard** [1] - 5:10
**kids** [3] - 46:6, 147:10, 222:22
**kind** [7] - 62:19, 65:20, 65:23, 148:17, 220:5, 223:15, 223:17
**known** [3] - 11:6, 11:10, 109:16
**knows** [3] - 51:15, 227:24, 227:25

### L

**laborer** [2] - 125:2, 168:13
**lack** [1] - 48:6
**lady** [1] - 9:9
**landscaping** [1] - 168:3
**language** [1] - 9:6
**Lantex** [1] - 193:5
**laptop** [1] - 5:24
**Larry** [1] - 193:21
**last** [21] - 10:9, 13:13, 13:14, 13:24, 14:5, 14:10, 14:20, 20:10, 24:24, 33:3, 65:12, 75:15, 84:13, 111:23, 112:16, 157:5, 167:3, 183:17, 187:17, 187:22
**late** [7] - 68:24, 75:21, 75:23, 75:24, 76:25, 77:22, 77:24
**laughing** [3] - 115:24, 115:25, 116:12
**LAW** [1] - 2:4
**Law** [1] - 229:3
**lawsuit** [21] - 11:4, 16:17, 27:19, 27:21, 28:2, 69:21, 69:24, 117:13, 117:18, 117:22, 117:25, 118:5, 175:25, 197:23, 198:4, 198:10, 199:18, 201:25, 220:14, 227:6, 227:9
**lawyer** [5] - 141:3, 147:14, 155:9, 198:8, 206:20
**lawyers** [1] - 200:25

8

**leading** [2] - 18:7, 33:16
**least** [1] - 16:4
**leave** [11] - 39:17, 72:3, 72:5, 72:11, 77:4, 85:4, 85:6, 99:3, 102:18, 102:19, 146:24
**leaving** [7] - 39:18, 110:19, 113:16, 114:7, 114:17, 115:8, 115:21
**left** [20] - 9:10, 35:11, 42:22, 42:23, 46:6, 75:6, 75:8, 87:3, 87:11, 98:15, 120:7, 144:9, 147:10, 173:5, 174:16, 194:2, 194:11, 197:14, 197:16, 214:21
**legal** [3] - 11:3, 14:12, 14:19
**lend** [1] - 52:6
**lent** [11] - 27:8, 46:17, 46:22, 50:24, 51:16, 51:23, 52:5, 69:4, 96:24, 147:2, 147:8
**LERLY** [1] - 1:6
**Lerly** [3] - 65:11, 66:14, 129:2
**letter** [2] - 198:18, 198:23
**Letter** [4] - 206:9, 209:17, 232:12, 232:14
**letting** [3] - 34:15, 44:23, 195:14
**levels** [1] - 223:25
**liar** [1] - 130:6
**license** [9] - 15:2, 15:8, 15:9, 90:5, 90:6, 90:9, 90:13, 107:12, 108:2
**lie** [20] - 80:15, 80:17, 81:4, 162:6, 162:9, 162:11, 162:22, 162:24, 163:12, 163:15, 163:18, 164:25, 165:4, 165:7, 165:8, 165:16, 166:16, 166:22, 167:21, 178:6
**lied** [10] - 81:13, 163:5, 163:21, 163:25, 165:19, 166:4, 166:20, 167:22, 211:2, 225:16
**lies** [2] - 80:22, 162:8
**life** [6] - 24:18, 27:17,

27:19, 220:15, 222:9, 226:16
**lift** [1] - 123:22
**Lincoln** [17] - 40:17, 41:19, 41:20, 41:24, 42:3, 42:25, 43:5, 43:8, 46:22, 47:2, 47:5, 47:9, 47:13, 47:16, 49:10, 49:12, 90:16
**line** [6] - 12:4, 24:17, 26:23, 29:4, 30:21, 164:21
**LINE** [1] - 234:5
**lines** [7] - 82:14, 106:4, 107:4, 107:18, 107:19, 132:22, 223:25
**list** [1] - 95:11
**listen** [6] - 12:17, 73:19, 83:2, 83:3, 178:22, 226:13
**listening** [4] - 82:22, 94:5, 94:12, 148:13
**live** [12] - 22:15, 22:21, 22:25, 23:9, 23:18, 24:7, 85:18, 85:22, 177:19, 207:18, 225:6, 225:8
**lived** [1] - 85:19
**lives** [2] - 27:24, 174:23
**living** [1] - 227:2
**loan** [15] - 30:6, 30:7, 30:9, 31:7, 31:14, 32:8, 36:10, 36:11, 36:16, 43:19, 86:20, 86:22, 87:5, 87:16, 205:19
**loans** [1] - 36:6
**located** [2] - 20:17, 38:20
**log** [1] - 150:17
**look** [14] - 54:13, 62:24, 71:12, 99:13, 103:9, 108:24, 118:16, 166:9, 166:12, 203:7, 206:16, 206:19, 209:23, 215:18
**looked** [2] - 103:12, 166:8
**looking** [10] - 44:17, 45:25, 79:18, 79:21, 84:18, 165:10, 165:12, 215:11, 227:5, 227:8
**lose** [1] - 107:18
**Lou** [2] - 159:2, 200:2

**loud** [1] - 148:17
**LOUIS** [1] - 1:11
**Louis** [74] - 21:2, 26:7, 51:15, 59:6, 59:11, 71:11, 71:13, 71:22, 74:10, 74:21, 75:13, 75:19, 80:15, 81:4, 86:9, 87:20, 94:21, 94:23, 95:2, 95:9, 95:15, 96:6, 96:18, 98:23, 99:2, 99:5, 104:10, 104:12, 104:19, 108:21, 116:23, 117:17, 117:21, 117:24, 118:3, 118:7, 129:20, 134:13, 140:25, 143:7, 169:7, 180:22, 183:12, 188:20, 192:24, 194:12, 195:2, 197:16, 197:23, 198:21, 198:22, 199:11, 200:6, 200:7, 200:10, 206:3, 206:8, 209:11, 209:18, 212:6, 212:16, 212:21, 214:11, 214:15, 215:7, 215:9, 215:13, 215:19, 215:22, 215:24, 217:22, 218:21, 232:15
**lunch** [6] - 133:10, 133:13, 133:15, 133:19, 133:21, 152:14
**lying** [14] - 84:22, 84:25, 159:9, 159:11, 159:12, 162:19, 164:20, 164:23, 198:10, 210:24, 210:25, 218:8, 218:9, 218:11

**M**

**machine** [13] - 77:9, 121:21, 123:13, 142:10, 142:20, 169:9, 196:2, 216:9, 216:11, 216:21, 216:25, 217:13, 217:15
**machinery** [2] - 122:3, 216:5
**machines** [5] - 121:21, 139:19, 142:21, 169:8, 216:23
**malicious** [2] - 165:6, 188:22

**man** [1] - 96:24
**Manhattan** [1] - 20:18
**manner** [1] - 18:21
**March** [9] - 25:17, 35:20, 40:5, 148:23, 149:6, 149:8, 149:13, 154:20, 154:21
**MARCUS** [1] - 1:7
**Marcus** [8] - 65:13, 131:6, 131:9, 131:18, 132:3, 187:19
**margarita** [1] - 2:21
**Mario** [2] - 76:17
**mark** [8] - 82:14, 102:7, 106:4, 107:3, 107:17, 184:22, 184:23, 185:7
**marked** [5] - 108:23, 205:7, 205:11, 206:10, 209:18
**marking** [2] - 107:19, 206:14
**marriage** [1] - 233:17
**married** [3] - 23:21, 24:4, 24:10
**Martinez** [2] - 126:18, 127:4
**MARTINEZ** [1] - 1:5
**matter** [4] - 10:21, 190:13, 190:25, 233:18
**max** [1] - 152:16
**maynor** [1] - 4:16
**MAYNOR** [5] - 1:5, 1:18, 231:8, 231:16, 233:10
**Maynor** [24] - 11:14, 22:6, 58:5, 109:12, 109:16, 109:17, 109:19, 110:2, 111:15, 111:19, 111:21, 112:7, 112:10, 112:11, 112:15, 112:21, 114:25, 116:3, 116:21, 121:8, 206:10, 232:5, 232:13
**MCNAMARA** [57] - 2:7, 64:25, 70:3, 86:19, 87:17, 88:5, 88:12, 91:3, 92:11, 92:25, 94:24, 95:6, 95:16, 95:21, 96:7, 97:15, 97:22, 99:17, 100:12, 107:9, 108:6, 108:14, 109:25, 111:25, 113:9, 117:19, 121:14, 134:18, 138:22,

139:24, 140:7, 141:9, 142:6, 144:10, 144:16, 146:16, 147:15, 151:13, 154:8, 155:10, 155:21, 165:14, 166:13, 167:10, 172:21, 174:3, 181:7, 183:4, 183:13, 183:19, 186:2, 198:2, 198:13, 199:9, 203:2, 203:23, 204:9
**mean** [6] - 7:19, 14:3, 23:10, 32:18, 59:22, 216:3
**means** [4] - 73:2, 156:5, 164:23, 222:23
**meant** [1] - 216:13
**measure** [1] - 122:13
**mechanic** [4] - 66:3, 142:22, 216:7, 216:11
**medical** [7] - 30:20, 37:9, 37:11, 38:6, 38:9, 38:13, 45:21
**meet** [4] - 20:7, 20:15, 20:19, 164:13
**member** [1] - 180:4
**memory** [3] - 220:12, 221:10, 223:7
**men** [1] - 94:8
**Mendez** [5] - 69:2, 125:11, 126:3, 126:23, 187:19
**MENDEZ** [1] - 1:5
**mentioned** [1] - 1:20
**message** [7] - 72:3, 72:5, 72:11, 99:3, 194:12, 197:16, 214:21
**met** [3] - 20:10, 20:23, 164:10
**MICHELLE** [3] - 1:21, 233:7, 233:24
**middle** [2] - 112:16, 167:6
**might** [1] - 195:10
**mind** [4] - 106:10, 179:25, 219:22, 224:11
**mindful** [1] - 7:14
**mine** [6] - 35:15, 50:15, 72:18, 125:7, 167:3, 212:6
**minute** [4] - 133:10, 133:13, 133:15, 152:12
**minutes** [4] - 20:21, 26:20, 152:12, 152:16
**mischaracterizatio n** [7] - 39:22, 52:2,

9

61:9, 113:23, 159:7, 219:11, 224:10
**mischaracterizing** [1] - 43:21
**missing** [1] - 118:17
**mistakes** [11] - 74:11, 74:13, 74:16, 74:17, 74:18, 74:19, 74:23, 194:23, 195:7, 196:6, 196:9
**misunderstanding** [1] - 18:20
**mitt** [2] - 119:23, 120:4
**moment** [3] - 55:11, 198:17, 219:22
**Monday** [1] - 71:3
**money** [64] - 21:5, 21:11, 21:15, 21:18, 26:7, 26:11, 27:8, 28:13, 28:16, 28:18, 28:24, 29:5, 29:7, 36:2, 37:21, 38:17, 39:17, 40:11, 40:22, 41:8, 41:10, 43:12, 44:4, 44:6, 46:6, 46:17, 46:18, 50:18, 50:21, 50:23, 60:15, 60:20, 69:5, 87:10, 93:7, 93:12, 93:18, 96:25, 101:19, 102:2, 137:5, 147:10, 157:18, 159:14, 159:18, 183:12, 184:2, 186:19, 199:6, 199:11, 199:14, 199:19, 199:21, 199:22, 212:18, 212:24, 212:25, 213:2, 213:5, 213:7, 227:5, 227:7, 227:8
**monitor** [1] - 5:9
**month** [13] - 21:22, 21:23, 25:8, 35:24, 52:18, 53:12, 77:19, 100:4, 145:2, 145:3, 179:23, 208:22, 208:24
**month-and-a-half** [2] - 21:22, 21:23
**months** [26] - 35:22, 48:2, 48:3, 48:5, 52:19, 52:20, 52:22, 53:2, 53:4, 53:6, 53:7, 54:2, 54:6, 54:7, 89:2, 100:2, 100:3, 144:19, 144:23, 145:2, 172:11, 172:20, 173:3, 179:20, 225:4, 226:12

**morning** [21] - 7:9, 68:7, 68:8, 68:14, 68:17, 82:9, 82:16, 82:17, 82:20, 83:8, 83:11, 85:15, 107:8, 108:12, 110:5, 113:12, 131:13, 131:16, 152:18, 153:13, 222:22
**most** [2] - 65:10, 125:20
**mostly** [2] - 106:6, 106:7
**mother** [38] - 13:21, 25:21, 25:22, 26:12, 26:15, 27:2, 27:12, 28:21, 30:16, 30:20, 32:14, 34:24, 35:3, 37:9, 38:17, 38:20, 51:17, 86:22, 96:25, 147:3, 154:6, 154:9, 154:14, 154:16, 163:18, 164:2, 172:23, 173:15, 173:22, 174:8, 174:10, 177:17, 178:11, 196:25, 214:24, 221:14, 225:9
**mother's** [10] - 13:15, 13:24, 31:15, 31:22, 33:19, 36:22, 37:2, 37:25, 45:21, 201:21
**mouse** [1] - 5:10
**move** [3] - 33:20, 160:25, 217:15
**moves** [1] - 223:24
**MR** [538] - 4:13, 4:21, 5:4, 5:5, 5:14, 5:15, 5:22, 6:2, 7:5, 7:19, 7:22, 7:25, 8:2, 8:4, 8:5, 8:9, 8:11, 8:13, 10:22, 11:24, 12:10, 13:4, 14:14, 14:16, 14:21, 15:10, 15:15, 15:20, 16:5, 16:12, 16:18, 16:22, 16:25, 17:3, 17:5, 17:8, 17:19, 17:21, 17:25, 18:22, 19:2, 19:4, 19:23, 24:11, 24:16, 26:3, 26:16, 26:18, 26:22, 27:4, 27:6, 27:8, 27:11, 27:14, 27:16, 28:5, 28:11, 29:11, 30:23, 31:3, 31:19, 31:24, 32:6, 32:12, 32:20, 32:22, 33:5, 33:9, 33:13, 33:21, 34:18, 37:22,

38:4, 38:10, 39:21, 40:23, 43:20, 44:9, 44:12, 44:18, 44:20, 44:22, 45:9, 45:11, 45:18, 46:12, 48:20, 49:6, 50:19, 51:12, 51:18, 51:25, 53:9, 55:2, 55:10, 55:14, 56:7, 56:12, 56:16, 56:19, 56:25, 57:3, 57:5, 57:6, 57:8, 57:9, 60:16, 61:8, 63:11, 63:18, 64:4, 64:6, 64:9, 64:11, 64:15, 64:17, 64:20, 64:22, 64:23, 64:25, 67:13, 67:17, 69:18, 70:3, 71:20, 73:19, 75:7, 75:10, 76:10, 76:11, 76:24, 78:18, 78:23, 79:4, 79:8, 79:12, 79:24, 80:12, 81:16, 81:23, 82:21, 82:24, 83:3, 83:5, 83:12, 83:25, 84:3, 84:6, 84:12, 84:23, 85:2, 86:3, 86:15, 86:19, 86:23, 87:12, 87:17, 88:5, 88:9, 88:12, 88:13, 88:21, 89:4, 89:8, 89:14, 90:11, 90:21, 91:3, 91:4, 92:2, 92:11, 92:19, 92:25, 93:2, 93:6, 93:11, 93:14, 93:17, 94:9, 94:13, 94:24, 95:6, 95:16, 95:21, 96:7, 96:20, 97:2, 97:8, 97:15, 97:22, 98:5, 98:14, 98:20, 98:25, 99:7, 99:17, 99:21, 100:12, 101:20, 102:3, 102:7, 102:11, 103:5, 103:11, 103:19, 104:4, 105:16, 105:19, 106:14, 106:19, 107:9, 108:3, 108:6, 108:14, 108:20, 109:15, 109:20, 109:25, 110:6, 110:17, 110:21, 111:13, 111:25, 112:5, 112:13, 113:9, 113:13, 113:17, 113:22, 114:5, 114:15, 114:19, 115:10, 115:19, 116:11, 117:8, 117:11, 117:15,

117:19, 118:14, 119:5, 119:9, 120:14, 120:22, 121:14, 122:17, 122:21, 123:6, 123:17, 123:23, 124:3, 124:6, 124:8, 124:13, 124:18, 129:15, 129:19, 129:22, 129:25, 130:7, 131:20, 131:25, 132:8, 132:13, 132:17, 132:20, 132:25, 133:4, 133:7, 133:9, 133:12, 133:14, 134:18, 135:2, 135:18, 136:20, 136:25, 138:9, 138:12, 138:22, 139:6, 139:24, 139:25, 140:6, 140:7, 141:5, 141:8, 141:9, 141:17, 142:6, 142:19, 143:6, 143:10, 144:10, 144:16, 144:17, 144:24, 145:5, 146:16, 147:5, 147:11, 147:15, 149:20, 150:2, 150:6, 150:19, 151:10, 151:13, 151:14, 152:8, 152:19, 153:18, 153:24, 154:8, 154:11, 154:18, 155:3, 155:10, 155:21, 155:22, 156:2, 156:3, 156:7, 156:10, 156:11, 156:13, 156:20, 156:22, 156:25, 157:4, 157:10, 157:12, 157:14, 157:17, 157:20, 157:22, 158:22, 159:6, 159:10, 159:21, 160:3, 160:22, 160:24, 161:9, 161:13, 162:4, 162:16, 162:21, 163:2, 163:10, 163:22, 164:4, 164:19, 164:24, 165:3, 165:13, 165:14, 165:18, 165:22, 166:13, 166:21, 167:2, 167:10, 167:11, 172:14, 172:17, 172:21, 173:10,

173:23, 174:3, 174:4, 174:6, 174:9, 175:24, 178:12, 178:22, 178:25, 179:3, 179:5, 179:9, 179:13, 180:24, 181:7, 181:11, 181:15, 182:12, 182:13, 182:19, 182:20, 182:21, 182:22, 183:4, 183:6, 183:8, 183:10, 183:13, 183:19, 184:16, 184:21, 184:23, 185:4, 185:6, 185:8, 185:10, 185:12, 185:14, 185:16, 185:17, 185:19, 185:20, 185:25, 186:2, 186:15, 187:2, 187:7, 187:10, 188:3, 189:8, 189:12, 189:21, 189:24, 190:6, 190:11, 190:14, 191:3, 191:10, 192:8, 193:16, 194:7, 194:13, 194:17, 195:4, 195:8, 195:12, 195:21, 196:7, 196:11, 196:18, 197:12, 197:17, 198:2, 198:6, 198:12, 198:13, 199:9, 199:10, 199:15, 199:24, 200:14, 200:20, 200:24, 201:12, 202:7, 202:20, 203:2, 203:11, 203:17, 203:22, 203:23, 204:8, 204:9, 204:13, 204:19, 205:3, 205:16, 205:20, 206:5, 207:17, 208:7, 208:11, 208:15, 208:19, 209:5, 209:9, 210:10, 210:14, 210:18, 211:10, 211:16, 211:17, 211:24, 212:10, 212:15, 213:9, 213:24, 214:7, 214:18, 215:3, 215:10, 215:21, 215:25, 217:7, 217:11, 218:10, 218:12, 218:18, 219:4, 219:8, 219:10, 219:19, 220:7, 220:9, 220:13, 220:23,

220:25, 221:5, 221:7, 221:11, 222:8, 223:3, 224:9, 224:17, 225:14, 225:20, 226:8, 226:13, 226:20, 226:24, 227:3, 227:10, 227:14, 227:19, 227:21, 227:23, 228:2, 228:5, 228:7, 228:9, 228:11, 228:24, 229:14, 229:16, 229:18, 229:20, 229:21, 229:24, 230:3, 230:6
**municipality** [1] - 80:6
**must** [2] - 39:14, 177:9
**mutually** [2] - 6:18, 7:6
**mutually-agreed** [1] - 6:18

**N**

**name** [76] - 4:14, 11:11, 11:12, 11:14, 11:20, 11:22, 13:8, 13:12, 13:13, 13:14, 13:16, 13:17, 13:20, 13:24, 14:5, 14:10, 14:20, 14:24, 23:25, 37:15, 58:3, 65:13, 65:14, 69:2, 72:12, 77:10, 84:11, 90:2, 90:4, 109:5, 109:8, 109:10, 109:13, 110:13, 110:25, 111:5, 111:9, 111:23, 112:3, 112:6, 112:15, 112:16, 112:17, 113:25, 114:11, 115:3, 115:14, 116:3, 116:8, 116:13, 116:15, 116:19, 116:20, 121:6, 121:10, 166:20, 166:23, 166:25, 167:3, 167:4, 167:5, 167:6, 167:8, 168:4, 182:10, 193:14, 200:17, 202:12, 207:5, 207:11, 207:14, 211:23, 215:15
**names** [14] - 11:7, 11:9, 11:17, 12:11, 12:13, 22:6, 113:7, 116:9, 181:21,

181:25, 187:17, 187:21, 200:19, 202:17
**naming** [1] - 10:24
**NASSAU** [1] - 233:5
**nation** [1] - 24:19
**native** [1] - 9:6
**Navigator** [17] - 40:17, 41:19, 41:21, 41:24, 42:3, 42:25, 43:5, 43:8, 46:22, 47:2, 47:6, 47:9, 47:13, 47:16, 49:10, 49:13, 90:17
**necessary** [1] - 107:10
**need** [19] - 16:8, 16:9, 25:25, 36:19, 37:4, 55:24, 56:15, 56:23, 70:13, 80:24, 123:15, 183:3, 183:7, 189:7, 189:10, 191:21, 192:15, 211:18, 212:25
**needed** [34] - 28:16, 28:17, 28:19, 28:24, 36:18, 39:5, 39:8, 55:23, 70:14, 71:4, 81:9, 87:10, 90:12, 90:13, 90:15, 90:16, 107:17, 123:8, 123:21, 132:21, 132:23, 146:21, 147:14, 147:22, 157:18, 158:3, 159:13, 167:9, 181:3, 192:14, 192:19, 214:10, 214:13
**needing** [1] - 28:13
**needs** [1] - 7:13
**negotiate** [1] - 92:18
**negotiated** [1] - 141:19
**NELSON** [1] - 1:4
**Nelson** [3] - 65:11, 125:16, 187:18
**never** [59] - 41:2, 41:9, 62:16, 62:22, 66:9, 71:15, 74:16, 75:8, 81:13, 83:15, 83:17, 83:19, 89:16, 90:25, 98:3, 98:6, 98:15, 100:14, 102:25, 103:3, 104:7, 105:5, 109:16, 109:17, 113:19, 118:17, 118:25, 130:2, 134:23, 135:16, 136:7, 136:11, 137:17,

137:18, 137:21, 151:9, 151:18, 152:14, 152:17, 163:21, 163:25, 166:4, 166:8, 166:11, 171:3, 189:18, 192:2, 194:11, 204:3, 206:4, 206:25, 208:20, 209:6, 214:11, 214:17, 214:21, 215:2, 223:19, 225:16
**NEW** [3] - 1:2, 231:4, 233:4
**New** [10] - 1:16, 1:22, 2:5, 2:11, 4:4, 4:10, 4:19, 231:25, 233:9
**nice** [2] - 18:19, 160:9
**nine** [1] - 179:20
**nineteen** [4] - 221:13, 222:13, 222:15, 225:2
**nineteen-year-old** [2] - 222:13, 225:2
**nobody** [1] - 221:4
**NOE** [1] - 1:6
**none** [1] - 212:19
**nonpayment** [1] - 102:10
**Notary** [5] - 1:21, 4:3, 4:9, 231:25, 233:8
**notary** [2] - 209:8, 209:16
**noted** [2] - 32:2, 230:7
**nothing** [11] - 27:20, 27:25, 121:2, 155:18, 155:19, 156:4, 157:6, 165:20, 205:18, 211:12, 229:16
**notice** [1] - 229:25
**number** [15] - 71:23, 72:8, 179:25, 184:14, 184:18, 184:20, 185:2, 185:5, 185:13, 185:23, 186:9, 207:22, 207:24, 208:2
**numbers** [2] - 180:17, 180:18

**O**

**oath** [7] - 3:18, 4:7, 81:7, 81:15, 81:18, 81:19, 231:10
**object** [7] - 12:8, 16:5, 18:25, 64:16, 102:11, 182:22,

211:18
**objection** [336] - 8:10, 12:20, 14:14, 14:16, 14:21, 15:10, 18:13, 19:3, 19:23, 24:17, 28:6, 32:2, 37:22, 38:4, 38:10, 39:21, 43:20, 45:18, 46:12, 48:20, 49:6, 50:19, 51:25, 53:9, 60:16, 61:8, 63:11, 63:18, 64:4, 64:7, 64:10, 64:12, 67:13, 67:17, 69:18, 70:3, 71:20, 75:7, 75:10, 76:24, 78:18, 78:23, 79:4, 79:8, 79:12, 79:24, 80:12, 81:16, 81:23, 84:12, 84:23, 85:2, 86:3, 86:15, 86:19, 86:23, 87:12, 87:17, 88:5, 88:9, 88:12, 88:21, 89:4, 89:8, 90:11, 90:21, 91:3, 91:4, 92:2, 92:11, 92:19, 92:25, 93:2, 93:6, 93:11, 93:14, 93:17, 94:9, 94:13, 94:24, 95:6, 95:16, 95:21, 96:7, 96:20, 97:2, 97:8, 97:15, 97:22, 98:5, 98:14, 98:20, 98:25, 99:7, 99:17, 99:21, 100:12, 101:20, 102:3, 103:5, 103:11, 103:19, 104:4, 105:16, 106:14, 106:19, 107:9, 108:3, 108:6, 108:14, 109:15, 109:20, 109:25, 110:6, 110:17, 110:21, 111:13, 111:25, 112:5, 113:9, 113:13, 113:17, 113:22, 114:5, 114:15, 114:19, 115:10, 115:19, 116:11, 117:8, 117:11, 117:15, 117:19, 118:14, 119:5, 119:9, 120:14, 120:22, 121:14, 122:17, 122:21, 123:6, 123:17, 123:23, 124:3, 124:6, 129:15, 129:19, 129:22, 129:25, 130:7, 131:20, 131:25, 132:8, 132:13,

132:17, 132:20, 132:25, 133:4, 133:7, 134:18, 135:2, 136:20, 136:25, 138:9, 138:12, 138:22, 139:6, 139:24, 139:25, 140:6, 140:7, 141:5, 141:8, 141:9, 141:17, 142:6, 142:19, 143:10, 144:10, 144:16, 144:17, 144:24, 146:16, 147:11, 147:15, 149:20, 150:2, 150:6, 150:19, 151:10, 151:13, 151:14, 152:19, 153:18, 154:8, 154:11, 155:3, 155:10, 155:21, 155:22, 156:20, 159:6, 159:10, 159:21, 161:9, 161:13, 162:4, 162:21, 163:2, 163:10, 163:22, 164:4, 164:19, 165:3, 165:13, 165:14, 165:18, 165:22, 166:21, 167:2, 167:10, 167:11, 172:14, 172:17, 172:21, 173:10, 173:23, 174:3, 178:12, 179:9, 179:13, 180:24, 181:7, 181:11, 181:15, 183:13, 183:19, 184:16, 184:21, 186:15, 187:2, 187:7, 187:10, 188:3, 189:8, 189:12, 189:21, 189:24, 190:6, 190:11, 190:14, 191:3, 191:10, 192:8, 193:16, 194:7, 194:13, 194:17, 195:4, 195:8, 195:12, 195:21, 196:7, 196:11, 196:18, 197:12, 197:17, 198:2, 198:6, 198:12, 198:13, 199:9, 199:10, 199:15, 199:24, 202:7, 203:2, 203:11, 203:17, 203:22, 203:23, 204:8, 204:9, 204:13, 204:19, 205:20, 206:5, 207:17, 208:7,

208:11, 208:15, 208:19, 209:5, 209:9, 210:10, 210:14, 210:18, 211:10, 211:24, 212:10, 212:15, 213:9, 213:24, 215:10, 215:21, 215:25, 217:7, 217:11, 218:10, 218:12, 218:18, 219:4, 219:8, 219:10, 219:19, 220:7, 220:23, 220:25, 221:5, 221:11, 222:8, 223:3, 224:9, 225:20, 226:8, 226:20, 226:24, 227:3, 227:10, 227:14, 227:19, 227:21, 227:23, 228:2, 229:14

**Objection** [16] - 13:4, 40:23, 83:12, 88:13, 89:14, 135:18, 147:5, 153:24, 154:18, 158:22, 200:14, 202:20, 205:16, 214:7, 214:18, 215:3

**objectionable** [2] - 12:19, 182:23

**objections** [2] - 3:11, 45:6

**obligation** [3] - 9:21, 18:4, 142:10

**occasion** [1] - 28:19

**occasions** [1] - 28:14

**occur** [1] - 77:16

**OF** [7] - 1:2, 2:4, 231:4, 231:6, 232:17, 233:4, 233:5

**offering** [1] - 137:5

**office** [12] - 5:8, 6:5, 20:8, 20:12, 20:16, 20:17, 34:5, 55:16, 94:4, 95:23, 95:25, 228:22

**OFFICE** [1] - 2:4

**officer** [1] - 3:17

**often** [1] - 59:19

**old** [11] - 23:12, 41:23, 166:18, 221:13, 222:4, 222:13, 225:2, 225:3, 225:10

**older** [2] - 37:13, 37:15

**once** [13] - 6:22, 56:16, 71:17, 75:14, 77:24, 93:13, 99:2,

137:4, 151:20, 163:5, 213:21, 214:20, 217:18

**one** [76] - 1:18, 4:25, 5:2, 12:13, 20:24, 22:14, 25:8, 35:24, 36:6, 36:7, 36:8, 46:23, 61:4, 61:6, 61:12, 61:14, 69:15, 73:7, 73:17, 73:25, 84:21, 93:19, 100:4, 100:16, 105:17, 105:18, 119:22, 122:10, 122:11, 122:12, 122:22, 128:9, 128:10, 131:17, 137:12, 139:12, 139:18, 142:3, 142:4, 145:2, 145:3, 150:12, 151:2, 151:7, 151:9, 151:17, 151:23, 157:5, 161:23, 162:8, 163:23, 172:15, 172:18, 178:4, 178:21, 180:20, 182:2, 182:7, 184:5, 189:13, 193:13, 195:25, 196:2, 196:22, 210:5, 215:11, 215:16, 217:13, 217:15, 225:15, 229:22

**ones** [2] - 96:3, 194:2

**open** [2] - 156:25, 157:11

**open-ended** [1] - 157:11

**operate** [3] - 169:8, 169:9, 216:21

**operated** [2] - 38:18

**operating** [5] - 168:14, 168:17, 168:20, 168:23, 169:5

**operation** [1] - 28:20

**operator** [2] - 62:19, 65:4

**operators** [1] - 216:23

**opinion** [1] - 5:17

**opportunity** [10] - 18:13, 90:23, 90:24, 169:14, 169:17, 169:20, 201:8, 201:14, 219:15, 219:18

**opposite** [1] - 31:5

**Order** [17] - 1:20, 15:23, 16:17, 17:15,

18:10, 18:25, 19:8, 19:11, 19:16, 19:17, 19:19, 19:20, 34:2, 34:13, 38:5, 157:3, 186:22

**order** [4] - 12:2, 17:11, 19:19, 189:5

**ordering** [1] - 186:13

**orders** [2] - 12:21, 186:13

**origin** [2] - 13:19, 24:19

**originally** [2] - 34:4, 148:11

**OSMAR** [1] - 1:5

**Osmar** [2] - 127:6, 187:20

**otherwise** [1] - 18:6

**out-of-work** [2] - 102:13, 103:3

**outcome** [1] - 233:18

**outside** [5] - 23:19, 31:22, 76:21, 94:16, 157:13

**overtime** [21] - 53:18, 53:19, 60:22, 60:24, 61:7, 61:16, 84:19, 85:4, 97:18, 104:23, 104:25, 118:9, 142:8, 170:4, 179:7, 179:12, 188:24, 192:5, 218:22, 219:2, 228:23

**owe** [13] - 21:5, 43:9, 43:12, 43:18, 49:24, 50:21, 50:22, 93:12, 93:16, 93:18, 211:9, 227:18, 228:4

**owed** [18] - 41:11, 43:7, 44:4, 44:6, 49:21, 49:22, 50:17, 51:2, 51:3, 52:12, 93:7, 93:22, 179:12, 199:5, 210:8, 211:5, 211:7, 229:9

**owes** [2] - 52:7, 227:17

**own** [6] - 22:19, 47:4, 67:2, 85:11, 192:10, 230:2

**owner** [9] - 22:24, 28:15, 95:12, 95:15, 107:16, 107:17, 107:20, 223:15

**owner's** [1] - 23:4

**owners** [2] - 96:12, 96:13

**owns** [2] - 59:4, 59:10

**P**

**P.C** [1] - 2:9

**p.m** [13] - 84:5, 110:9, 133:18, 140:19, 160:8, 200:23, 205:6, 230:7

**pace** [1] - 218:2

**page** [12] - 109:8, 110:12, 110:24, 110:25, 111:4, 111:5, 111:8, 111:9, 113:24, 114:10, 114:25, 115:13

**PAGE** [4] - 232:4, 232:10, 232:18, 234:5

**Pagoada** [1] - 127:6

**PAGOADA** [1] - 1:5

**paid** [60] - 21:15, 21:18, 40:15, 41:2, 42:4, 43:11, 46:10, 49:20, 52:7, 60:8, 60:22, 60:24, 61:2, 61:3, 61:12, 62:19, 62:20, 63:16, 63:22, 79:15, 88:8, 88:24, 91:11, 92:14, 93:20, 97:7, 97:14, 104:23, 105:3, 105:5, 105:7, 105:10, 118:17, 121:17, 134:24, 135:3, 135:17, 136:8, 136:11, 137:23, 138:2, 138:8, 139:15, 139:23, 140:5, 140:20, 140:24, 142:3, 142:9, 142:13, 142:17, 142:25, 158:6, 169:22, 170:3, 180:7, 204:21, 205:15, 211:6, 216:4

**paint** [1] - 122:13

**paper** [5] - 89:22, 110:7, 110:10, 209:11, 209:13

**papers** [6] - 11:19, 96:14, 96:15, 134:20, 158:2

**parked** [1] - 216:8

**part** [1] - 38:8

**particular** [2] - 30:14, 150:18

**parties** [2] - 3:6, 233:16

**partook** [1] - 10:9

**parts** [2] - 102:8, 216:24

**pass** [1] - 123:13

**passport** [1] - 22:11

**passports** [1] - 22:13

**PATRICK** [1] - 2:7

**pave** [3] - 149:3, 149:6, 196:21

**pavement** [1] - 196:22

**Paving** [51] - 26:8, 36:2, 57:21, 57:23, 58:4, 58:7, 58:9, 58:11, 58:13, 58:15, 58:17, 58:21, 58:24, 59:5, 59:10, 59:14, 60:5, 65:3, 69:5, 70:8, 70:11, 72:19, 73:5, 78:2, 84:14, 88:4, 95:3, 99:18, 100:6, 100:8, 100:10, 103:21, 104:3, 105:4, 117:6, 138:8, 168:7, 168:8, 168:11, 170:6, 178:17, 178:19, 179:4, 184:8, 188:2, 191:13, 197:24, 198:5, 202:14, 213:23, 214:3

**PAVING** [1] - 1:10

**paving** [6] - 65:7, 148:22, 154:3, 154:7, 154:12, 197:10

**pay** [79] - 21:10, 21:20, 22:2, 28:20, 37:9, 37:11, 39:16, 40:16, 41:8, 42:2, 42:12, 42:14, 43:4, 43:25, 44:3, 46:25, 47:5, 47:7, 48:2, 48:4, 50:15, 51:7, 51:8, 55:15, 55:17, 55:18, 55:21, 56:17, 61:4, 61:14, 62:25, 63:4, 87:6, 88:11, 89:7, 91:6, 92:5, 92:6, 97:18, 97:25, 100:23, 100:25, 101:9, 101:23, 101:24, 101:25, 102:17, 102:21, 102:23, 105:6, 135:8, 135:25, 136:2, 137:14, 137:16, 138:24, 147:9, 155:8, 155:17, 156:6, 158:3, 175:9, 180:21, 184:10, 186:13, 186:17, 184:24, 204:21, 204:25, 208:13, 208:17, 212:9, 213:16, 213:22, 216:19, 216:20, 218:25, 219:2, 229:12

**paycheck** [6] - 59:14, 59:20, 92:14, 97:10, 181:5, 213:3

**paying** [10] - 4:24, 47:24, 56:2, 90:25, 101:11, 218:23, 220:19, 220:20, 220:24, 221:2

**payment** [3] - 52:13, 102:9, 105:6

**payments** [19] - 47:9, 47:12, 47:15, 47:21, 48:10, 48:17, 50:3, 50:5, 50:7, 50:9, 50:12, 59:17, 59:20, 89:13, 92:24, 101:10, 150:15, 209:3, 212:3

**penalties** [1] - 81:21

**penalty** [2] - 161:17, 161:22

**pending** [1] - 15:22

**people** [16] - 65:10, 65:16, 95:24, 108:18, 116:9, 165:2, 165:5, 165:16, 165:19, 165:23, 189:17, 190:18, 192:23, 201:24, 204:17, 212:24

**per** [2] - 53:25, 105:9

**percent** [2] - 100:16, 213:13

**PEREZ** [1] - 1:7

**Perez** [5] - 24:3, 131:6, 131:9, 131:19, 132:3

**perfectly** [2] - 164:25, 183:2

**perform** [1] - 65:3

**perhaps** [1] - 8:14

**period** [10] - 12:23, 12:24, 26:9, 35:25, 52:18, 79:15, 99:23, 100:18, 173:4, 207:5

**periods** [1] - 48:15

**permit** [2] - 30:18, 33:17

**permitted** [2] - 28:2, 29:20

**permitting** [2] - 29:4, 229:25

**person** [10] - 75:21, 77:9, 89:23, 122:22, 122:25, 139:18, 147:24, 158:10, 217:18, 217:20

**personal** [10] - 26:14, 32:13, 32:15, 35:2, 35:5, 35:15, 35:16, 39:8, 39:12,

51:11

**personally** [2] - 38:12, 72:18

**pertain** [2] - 17:13, 19:14

**pertaining** [2] - 19:6, 19:12

**phone** [8] - 33:22, 39:17, 71:15, 72:13, 72:15, 72:22, 72:23, 133:25

**physical** [1] - 31:15

**pick** [19] - 65:22, 65:23, 66:6, 66:19, 106:2, 106:3, 106:16, 106:22, 107:15, 118:15, 122:20, 123:9, 123:13, 125:21, 126:16, 127:4, 128:8, 128:12, 131:15

**pick-up** [4] - 65:22, 65:23, 66:6, 106:3

**picked** [3] - 85:14, 128:10, 128:14

**picks** [2] - 128:16, 139:18

**picture** [1] - 67:23, 68:3

**pin** [2] - 184:17, 207:24

**Pioneer** [6] - 58:22, 103:24, 137:12, 137:14, 137:20, 137:24

**pioneering** [1] - 57:21

**Pioneering** [3] - 57:23, 58:4, 58:19

**place** [5] - 1:21, 25:10, 138:14, 221:21, 226:10

**places** [5] - 25:9, 125:9, 200:19, 202:16, 226:11

**plaintiff** [2] - 19:7, 30:15

**plaintiffs** [6] - 4:22, 30:3, 30:11, 187:9, 187:13, 229:4

**Plaintiffs** [3] - 1:8, 1:19, 2:4

**plane** [2] - 39:16, 46:5

**plant** [2] - 121:4, 204:5

**play** [7] - 119:7, 119:12, 119:14, 119:16, 119:17, 119:18, 204:11

**played** [1] - 204:6

**playing** [3] - 120:12, 120:16, 120:18

**pleasant** [2] - 18:21, 160:12

**PLLC** [1] - 2:4

**plus** [1] - 43:7

**point** [1] - 197:22

**police** [2] - 76:2, 161:6

**poquito** [1] - 178:8

**portion** [1] - 11:24

**position** [1] - 26:20

**possess** [2] - 22:11, 22:13

**possession** [1] - 5:7

**possibility** [1] - 18:7

**possible** [1] - 18:19

**posters** [2] - 73:22, 73:23

**postpone** [1] - 7:23

**power** [1] - 16:6

**powered** [1] - 5:9

**Pracelis** [3] - 69:2, 125:11, 187:19

**PRACELIS** [1] - 1:5

**practical** [1] - 7:17

**precisely** [1] - 29:25

**prefers** [1] - 228:21

**pregnant** [1] - 225:5

**prepare** [1] - 20:4

**preparing** [1] - 149:11

**presence** [1] - 173:25

**presences** [1] - 31:8

**PRESENT** [1] - 2:20

**present** [2] - 93:23, 202:6

**presenting** [1] - 208:5

**pretty** [4] - 166:9, 171:2, 227:24

**prevailing** [7] - 60:7, 60:14, 62:4, 91:13, 91:14, 91:18, 181:13

**preventing** [1] - 29:13

**previous** [1] - 34:2

**previously** [1] - 73:11

**price** [1] - 42:6

**private** [11] - 24:18, 25:22, 25:25, 27:17, 27:19, 33:17, 91:21, 91:25, 92:4, 220:8, 220:15

**problem** [11] - 34:7, 97:24, 105:23, 143:8, 143:14, 155:5,

156:15, 157:15, 225:7, 227:7

**problems** [31] - 27:11, 69:12, 69:13, 76:5, 108:17, 143:20, 146:4, 146:5, 146:11, 220:2, 220:5, 220:11, 220:15, 220:16, 221:9, 221:16, 221:25, 222:6, 222:16, 223:12, 223:15, 223:17, 223:22, 224:13, 224:14, 224:15, 224:24, 226:15, 226:19, 226:23, 227:6

**procedure** [1] - 18:17

**proceed** [2] - 8:7, 45:12

**process** [1] - 7:23

**producing** [1] - 216:8

**PRODUCTION** [1] - 232:17

**production** [5] - 142:23, 189:14, 189:16, 196:2, 232:19

**projects** [1] - 181:13

**proof** [7] - 88:7, 89:12, 89:16, 213:15, 228:25, 229:2, 229:10

**propane** [2] - 121:22, 139:19

**protective** [4] - 12:2, 17:11, 17:15, 19:9

**provide** [9] - 9:25, 54:17, 56:9, 56:21, 56:22, 57:4, 58:3, 72:19, 151:4

**provided** [5] - 10:23, 11:22, 12:12, 55:16, 65:17

**Public** [5] - 1:22, 4:3, 4:10, 231:25, 233:8

**purpose** [2] - 29:18, 84:8

**purposes** [1] - 8:23

**pursuant** [1] - 1:20

**push** [1] - 76:13

**pushed** [1] - 75:25

**put** [24] - 18:4, 21:3, 38:17, 67:23, 78:14, 89:25, 90:3, 102:13, 103:3, 111:14, 111:17, 116:3, 122:14, 123:16, 188:9, 188:17, 188:21, 189:2, 189:17, 189:18,

201:24, 212:16, 212:22, 217:18

**putting** [1] - 192:13

**Q**

**quality** [1] - 193:8

**Queens** [1] - 226:2

**questioning** [7] - 12:4, 24:18, 26:23, 28:3, 29:5, 164:21, 202:5

**questions** [21] - 4:5, 8:20, 8:24, 9:2, 9:16, 12:2, 16:14, 17:12, 17:17, 18:3, 18:9, 19:12, 31:14, 33:4, 135:9, 135:12, 174:7, 182:23, 229:22, 230:2, 230:4

**quick** [1] - 205:4

**QuickBooks** [1] - 7:8

**quickly** [1] - 84:2

**Quintanilla** [4] - 65:11, 125:16, 127:20, 187:18

**QUINTANILLA** [2] - 1:4, 1:6

**Quinteros** [1] - 130:19

**QUINTEROS** [1] - 1:7

**quite** [5] - 31:4, 53:21, 151:9, 151:12, 187:24

**R**

**radio** [1] - 72:21

**raining** [2] - 150:3, 150:11

**rains** [2] - 150:4, 150:8

**raise** [7] - 12:19, 16:12, 43:14, 91:6, 91:7, 91:8, 212:7

**raised** [1] - 32:10

**rake** [3] - 77:14, 122:5, 123:16

**raker** [2] - 100:22, 168:13

**rakes** [1] - 122:6

**raking** [1] - 143:21

**range** [2] - 82:19, 83:7

**rate** [8] - 62:8, 62:11, 62:14, 62:16, 62:22, 202:24, 204:24, 212:9

**rates** [1] - 202:19

13

**rather** [1] - 64:15
**re** [1] - 26:20
**re-think** [1] - 26:20
**reach** [3] - 6:13, 7:2, 11:3
**reached** [1] - 6:6
**read** [11] - 11:3, 33:3, 33:7, 74:4, 105:17, 105:19, 108:25, 180:16, 200:24, 201:3, 231:9
**realized** [1] - 190:17
**really** [10] - 18:15, 30:23, 33:11, 60:8, 120:23, 134:5, 203:14, 215:22, 218:6, 223:18
**reason** [18] - 10:12, 10:16, 10:19, 28:12, 28:18, 30:8, 59:9, 68:7, 95:14, 95:18, 104:19, 188:15, 191:20, 191:21, 195:14, 195:19, 196:13, 200:10
**REASON** [10] - 234:7, 234:9, 234:11, 234:13, 234:15, 234:17, 234:19, 234:21, 234:23, 234:25
**reasons** [6] - 32:21, 67:18, 96:9, 96:10, 195:16, 234:4
**rebels** [1] - 221:14
**receipts** [1] - 47:18
**receive** [3] - 59:14, 59:16, 59:19
**received** [6] - 59:25, 70:24, 85:25, 86:8, 181:5, 198:17
**recess** [5] - 15:18, 84:4, 133:17, 200:22, 205:5
**recognize** [1] - 14:2
**record** [35] - 4:14, 4:17, 10:22, 15:15, 15:21, 16:2, 16:7, 17:6, 17:9, 17:22, 18:5, 18:14, 19:5, 44:9, 44:25, 45:6, 55:2, 55:11, 55:13, 55:14, 80:14, 145:5, 145:7, 160:4, 160:6, 162:16, 162:18, 166:13, 166:15, 228:24, 229:11, 229:19, 231:12, 231:13, 233:13
**records** [1] - 30:20

**reference** [2] - 33:18, 34:3
**referring** [1] - 36:23
**reflect** [2] - 10:23, 15:16
**refused** [1] - 214:6
**refusing** [2] - 228:9, 228:14
**regard** [2] - 28:12, 29:9
**regarding** [15] - 12:2, 16:16, 17:11, 19:7, 21:5, 39:7, 39:15, 46:18, 55:15, 69:11, 69:14, 159:17, 161:4, 174:8
**regards** [1] - 33:17
**regular** [3] - 60:7, 60:13, 92:5
**related** [2] - 35:6, 233:15
**relating** [1] - 102:9
**relayed** [1] - 28:23
**relevance** [1] - 30:10
**relevant** [4] - 18:15, 18:16, 27:7, 30:8
**rely** [2] - 107:14, 107:23
**remain** [3] - 45:10, 182:24, 211:19
**remember** [51] - 13:2, 20:13, 35:10, 48:2, 54:11, 60:8, 65:16, 70:22, 70:24, 76:12, 77:10, 84:15, 107:6, 108:8, 108:16, 114:21, 121:24, 134:21, 142:12, 144:3, 144:22, 158:9, 181:24, 182:2, 184:6, 187:16, 187:20, 193:10, 193:11, 193:13, 193:15, 194:22, 194:25, 199:2, 200:12, 200:17, 200:18, 202:15, 202:18, 202:24, 215:15, 219:21, 220:3, 223:2, 223:4, 224:7, 224:22, 225:21, 225:23, 226:6, 226:10
**remembering** [3] - 224:16, 224:25, 225:19
**remove** [3] - 135:23, 217:20, 224:2
**renato** [1] - 11:11
**Renato** [10] - 11:15, 11:23, 12:24, 13:3,

14:24, 22:6, 58:5, 109:17, 112:2, 112:11, 112:15, 112:17, 112:24, 121:10, 121:13, 207:6, 208:6, 208:10
**renewed** [1] - 14:21
**renewing** [1] - 154:11
**rent** [2] - 22:19, 22:20
**repaid** [1] - 206:4
**repeat** [5] - 19:4, 56:17, 86:6, 135:20, 178:24
**repeating** [2] - 116:19, 116:20
**report** [1] - 101:18
**Reporter** [1] - 233:7
**reporter** [4] - 33:3, 33:8, 37:5, 201:4
**reporting** [1] - 218:20
**reports** [2] - 7:8, 130:3
**repossessed** [6] - 93:5, 93:9, 93:13, 210:13, 210:17, 210:21
**repossession** [1] - 48:24
**represented** [2] - 5:24, 6:3
**request** [1] - 55:7
**REQUEST** [1] - 232:17
**requested** [6] - 30:6, 30:9, 31:7, 31:13, 33:6, 201:2
**requesting** [2] - 32:8, 133:14
**require** [1] - 5:17
**required** [1] - 9:16
**reserved** [1] - 3:12
**respect** [1] - 30:2
**respective** [1] - 3:6
**respond** [10] - 9:16, 17:12, 19:24, 26:4, 51:12, 106:20, 112:14, 155:4, 156:21, 201:12
**response** [4] - 15:21, 15:22, 28:11, 183:7
**responses** [1] - 8:21
**responsible** [1] - 6:20
**rest** [3] - 34:16, 187:21, 216:25
**rested** [1] - 204:3
**result** [1] - 167:14

**resulted** [1] - 6:9
**retaliation** [3] - 27:5, 27:13, 30:6
**retiro** [1] - 213:18
**return** [8] - 49:15, 49:19, 146:4, 146:7, 154:25, 174:25, 184:12, 217:13
**returned** [9] - 49:17, 52:16, 52:25, 53:5, 145:4, 146:12, 174:14, 206:7, 211:3
**returning** [3] - 146:5, 146:11, 148:8
**reveal** [1] - 17:13
**revealed** [1] - 7:19
**review** [3] - 6:24, 20:22, 20:25
**ride** [3] - 124:2, 124:5, 124:16
**ringleader** [1] - 69:17
**risers** [3] - 122:7, 122:14, 123:19
**RIVERA** [1] - 1:6
**Rivera** [5] - 76:16, 124:19, 124:23, 124:25, 125:3
**Riverhead** [1] - 84:16
**roads** [2] - 181:16, 181:23
**Rodriguez** [4] - 65:12, 66:15, 129:2, 193:21
**RODRIGUEZ** [1] - 1:6
**Ronald** [1] - 65:12
**room** [2] - 15:17, 157:13
**rude** [1] - 68:20
**rule** [1] - 19:11
**ruled** [1] - 173:11
**rules** [2] - 141:23, 142:5
**ruling** [4] - 29:12, 29:13, 32:2, 32:7
**running** [4] - 28:25, 164:4, 193:6, 223:23
**runs** [2] - 12:20, 18:16

**S**

**salary** [2] - 97:18, 213:18
**sandwich** [3] - 79:3, 153:4, 153:6
**sat** [2] - 176:12,

176:14
**SAUL** [1] - 2:12
**sausage** [1] - 153:10
**savvy** [1] - 5:18
**saw** [4] - 76:20, 198:23, 206:15, 206:25
**schedule** [16] - 125:5, 125:13, 125:18, 125:25, 126:6, 126:11, 126:20, 127:8, 127:22, 128:3, 129:4, 130:13, 130:17, 130:21, 130:25, 131:10
**school** [1] - 221:13
**schools** [2] - 181:16, 181:19
**scope** [1] - 19:18
**Scouts** [2] - 221:19, 221:23
**screaming** [1] - 148:16
**screen** [1] - 34:8
**screw** [1] - 77:14
**sealing** [1] - 3:7
**season** [4] - 148:22, 154:4, 154:7, 154:12
**Seattle** [5] - 174:19, 174:21, 174:25, 176:5, 197:11
**second** [4] - 11:11, 25:10, 73:17, 218:14
**secretaries** [1] - 96:4
**secretary** [1] - 209:10
**Security** [10] - 184:14, 184:17, 184:19, 184:25, 185:5, 185:13, 185:22, 186:9, 207:22, 207:24
**see** [44] - 22:5, 35:18, 38:12, 40:3, 45:17, 67:25, 73:13, 73:15, 73:21, 76:13, 77:7, 99:6, 109:5, 110:13, 110:25, 111:5, 111:9, 113:25, 114:11, 115:3, 115:14, 115:24, 134:19, 154:6, 154:9, 154:13, 154:15, 154:16, 173:5, 173:6, 173:8, 176:6, 176:10, 178:11, 178:17, 180:7, 185:14, 195:6, 201:18, 213:19, 217:5, 217:15,

14

221:19, 227:16
**seized** [1] - 34:4
**send** [8] - 106:23, 125:8, 148:2, 150:10, 150:12, 159:2, 180:9, 216:7
**sends** [1] - 180:11
**sent** [2] - 147:16, 214:12
**separate** [2] - 11:16, 28:14
**separated** [9] - 12:7, 24:8, 24:14, 27:23, 55:19, 56:5, 222:17, 222:19, 222:23
**September** [12] - 58:25, 59:2, 70:9, 175:19, 175:22, 178:10, 178:15, 196:25, 197:5, 197:8, 231:10, 233:20
**september** [1] - 1:14
**series** [1] - 33:4
**serve** [1] - 10:20
**served** [1] - 116:24
**set** [7] - 7:15, 30:16, 91:15, 91:24, 92:17, 233:11, 233:19
**seven** [10] - 24:15, 52:22, 53:2, 53:3, 53:6, 53:7, 166:19, 172:11, 172:19, 215:18
**seventeen** [3] - 53:24, 134:22, 171:3
**several** [1] - 224:2
**shaking** [1] - 183:3
**shall** [1] - 3:12
**sheet** [5] - 80:11, 113:11, 150:22, 150:24, 152:4
**SHEET** [1] - 234:2
**sheets** [2] - 83:21, 179:15
**shift** [1] - 177:7
**shop** [5] - 67:16, 78:6, 123:9, 133:3, 153:23
**short** [2] - 172:8, 200:20
**Shorthand** [1] - 233:7
**shovel** [1] - 77:15
**shovels** [1] - 122:6
**show** [24] - 5:13, 68:3, 68:9, 78:5, 78:8, 108:22, 110:15, 110:19, 111:11, 114:3, 114:13, 114:17, 115:5, 115:8,

115:17, 143:3, 143:4, 143:5, 143:15, 152:21, 205:10, 206:13, 209:21, 229:12
**showed** [3] - 5:6, 108:11, 110:4
**showing** [2] - 110:15, 143:8
**shown** [1] - 5:23
**shows** [4] - 110:4, 110:8, 113:11, 113:16
**siblings** [1] - 175:11
**sic)** [2] - 131:3, 207:13
**sick** [6] - 96:25, 172:23, 173:4, 173:6, 173:9, 173:15
**sign** [19] - 14:4, 21:6, 80:3, 80:10, 80:11, 83:21, 83:22, 89:19, 207:12, 209:7, 209:13, 211:11
**sign-in** [2] - 80:10, 83:21
**sign-out** [1] - 80:11
**signature** [6] - 89:17, 207:9, 207:10, 207:13, 207:15, 230:5
**Signed** [1] - 231:20
**signed** [11] - 3:17, 3:19, 89:22, 206:9, 207:8, 209:11, 209:16, 209:17, 211:11, 232:13, 232:15
**signifying** [1] - 33:5
**silent** [3] - 45:10, 182:24, 211:19
**simple** [1] - 228:20
**simply** [2] - 12:10, 208:21
**single** [1] - 200:17
**sit** [1] - 12:17
**site** [29] - 67:9, 74:11, 75:5, 75:6, 75:8, 78:6, 78:9, 78:17, 79:23, 98:13, 98:16, 105:25, 106:4, 106:8, 106:24, 106:25, 107:7, 119:8, 121:18, 131:19, 132:4, 132:7, 132:16, 132:24, 137:25, 138:3, 138:5, 139:4, 143:18
**sites** [4] - 74:14, 80:2, 80:5, 138:11
**sitting** [2] - 9:9, 68:6
**six** [6] - 38:16, 38:17,

171:4, 172:11, 173:3, 215:17
**sixteen** [2] - 53:24, 171:2
**sky** [1] - 94:16
**sleeping** [1] - 176:17
**slow** [4] - 192:3, 192:4, 195:3, 196:10
**slower** [1] - 218:2
**slowly** [7] - 80:25, 118:19, 118:21, 118:23, 119:4, 195:15, 195:23
**smirk** [1] - 135:24
**snow** [1] - 149:5
**snows** [1] - 149:2
**soccer** [3] - 119:8, 119:12, 204:12
**Social** [10] - 184:14, 184:17, 184:19, 184:25, 185:4, 185:13, 185:22, 186:8, 207:21, 207:23
**sold** [1] - 206:8
**sole** [1] - 55:17
**someone** [7] - 5:17, 65:13, 108:5, 116:7, 122:19, 122:23, 189:15
**sometime** [2] - 8:15, 75:20
**sometimes** [114] - 20:9, 59:18, 60:2, 60:3, 60:23, 61:2, 61:5, 61:13, 61:14, 62:19, 62:20, 65:9, 66:2, 66:4, 66:13, 66:14, 66:24, 67:15, 69:16, 72:21, 72:22, 74:20, 78:5, 78:6, 78:14, 80:4, 80:8, 80:21, 82:4, 82:5, 82:6, 83:9, 83:18, 85:10, 91:21, 92:4, 92:13, 92:16, 104:15, 104:17, 104:22, 105:7, 105:10, 106:23, 106:24, 107:2, 109:13, 112:18, 119:3, 119:7, 119:10, 119:18, 120:8, 120:24, 120:25, 121:3, 121:4, 121:21, 122:5, 122:6, 122:7, 122:14, 122:18, 123:7, 123:11, 123:13, 125:7, 125:8, 126:15, 126:22, 126:23, 127:3, 127:10,

127:11, 128:22, 128:23, 129:11, 129:23, 129:24, 130:15, 130:16, 132:2, 132:5, 134:22, 135:3, 135:4, 136:15, 137:3, 139:11, 140:19, 142:21, 143:22, 148:15, 149:18, 149:22, 150:4, 150:10, 152:15, 154:2, 163:3, 171:3, 180:25, 204:10, 216:22, 218:22, 219:5, 220:3, 221:14, 221:15, 221:19
**somewhere** [1] - 140:18
**son** [11] - 13:20, 96:6, 188:9, 188:17, 188:21, 189:3, 189:6, 189:11, 189:19, 225:3
**soon** [3] - 7:17, 140:11, 178:16
**sorry** [5] - 29:17, 30:24, 76:10, 77:5, 116:14
**sort** [1] - 44:10
**Spanish** [9] - 2:21, 4:5, 4:6, 8:25, 9:3, 9:6, 82:23, 135:20, 180:14
**Speaking** [1] - 82:23
**speaking** [3] - 28:6, 44:17, 201:21
**specific** [6] - 12:18, 18:5, 18:12, 34:13, 65:2, 202:19
**specifically** [5] - 6:12, 17:6, 17:20, 38:3, 142:5
**spoken** [1] - 69:11
**ss** [2] - 231:5, 233:4
**stage** [2] - 5:12, 5:16
**standing** [5] - 24:16, 64:7, 64:9, 64:12, 164:19
**staring** [2] - 44:10, 44:13
**start** [26] - 47:12, 57:22, 69:20, 69:23, 78:21, 79:2, 82:2, 82:8, 82:12, 83:10, 97:20, 105:21, 105:25, 106:24, 135:22, 138:4, 140:10, 148:22, 149:8, 149:10, 149:12, 149:18,

212:14, 216:10, 224:20
**started** [14] - 53:7, 58:21, 79:10, 82:13, 82:15, 82:20, 83:8, 97:17, 99:19, 113:19, 121:19, 167:23, 212:12, 213:21
**starting** [1] - 84:6
**starts** [2] - 142:4, 221:24
**STATE** [2] - 231:4, 233:4
**state** [3] - 4:17, 15:20, 17:5
**State** [7] - 1:22, 4:4, 4:10, 4:14, 175:18, 231:25, 233:8
**STATES** [1] - 1:2
**States** [14] - 15:5, 23:16, 23:19, 24:5, 24:22, 156:19, 157:8, 158:4, 158:7, 159:19, 174:17, 175:7, 175:10, 175:15
**Station** [2] - 23:11, 207:19
**status** [11] - 12:3, 12:6, 16:20, 16:24, 17:14, 17:18, 19:6, 19:13, 19:15, 20:2, 156:5
**stay** [3] - 25:6, 35:22, 140:19
**stayed** [4] - 35:19, 154:20, 154:22, 177:15
**steps** [2] - 6:9, 50:2
**stick** [2] - 177:7, 177:8
**still** [13] - 41:11, 44:6, 49:23, 50:17, 51:2, 51:3, 52:7, 58:20, 93:22, 149:3, 152:9, 211:6, 212:11
**stilled** [1] - 49:22
**STIPULATED** [3] - 3:4, 3:10, 3:15
**stop** [6] - 58:23, 70:7, 70:10, 76:11, 158:17, 179:5
**stopped** [11] - 32:14, 47:8, 47:24, 77:5, 92:23, 98:17, 110:8, 117:6, 177:13, 178:16, 179:4
**straight** [3] - 152:24, 177:12, 178:5
**Street** [7] - 4:19, 22:16, 22:22, 85:20,

85:23, 182:5, 186:6
**stricken** [1] - 16:3
**strike** [3] - 16:7, 156:15, 157:4
**strongly** [1] - 12:16
**struck** [1] - 157:5
**stub** [1] - 62:25
**stubs** [15] - 54:14, 54:15, 54:18, 54:20, 55:5, 55:8, 55:15, 55:17, 55:18, 55:22, 56:10, 56:17, 56:20, 203:7, 232:19
**study** [1] - 219:22
**subject** [3] - 228:25, 229:2, 229:10
**subs** [1] - 229:12
**subscribed** [1] - 231:20
**substantial** [1] - 64:3
**sue** [1] - 198:18, 199:3, 200:7, 201:23, 213:23, 214:2, 215:9
**sued** [6] - 27:9, 46:17, 46:20, 46:25, 198:16, 199:22, 200:2
**suffer** [1] - 6:2
**sufficiently** [1] - 29:8
**Suffolk** [46] - 26:8, 36:2, 58:7, 58:9, 58:11, 58:13, 58:15, 58:17, 58:20, 58:24, 59:4, 59:10, 59:14, 60:5, 65:3, 69:5, 70:8, 70:11, 72:19, 73:5, 77:25, 84:14, 88:4, 95:3, 99:18, 100:8, 103:21, 104:3, 105:4, 117:6, 138:8, 168:7, 168:8, 168:11, 170:6, 178:17, 178:18, 179:4, 184:7, 188:2, 191:13, 197:23, 198:5, 202:13, 213:23, 214:2
**SUFFOLK** [2] - 1:10
**suggest** [1] - 12:16
**suggesting** [1] - 133:12
**suggestion** [1] - 8:10
**suing** [17] - 26:24, 53:14, 53:17, 53:20, 94:18, 94:20, 94:22, 95:2, 95:8, 95:25, 96:5, 96:17, 96:18, 134:13, 179:7, 180:2, 183:12
**suit** [1] - 96:16
**Sunrise** [2] - 1:15, 2:10

**supervised** [1] - 204:18
**supervisor** [2] - 204:22, 204:24
**supplemental** [3] - 63:16, 63:22, 63:25
**support** [10] - 55:25, 56:2, 101:10, 186:13, 186:14, 186:17, 186:25, 220:18, 220:19, 221:3
**supporting** [1] - 216:14
**supposed** [1] - 91:9
**supposedly** [1] - 213:17
**surgery** [1] - 174:24
**suspended** [2] - 15:8, 15:9
**sworn** [6] - 3:17, 3:20, 4:3, 4:9, 83:21, 233:12

**T**

**tasks** [1] - 65:2
**tax** [2] - 102:10, 184:12
**taxes** [4] - 101:25, 184:10, 218:20, 218:23
**tears** [1] - 137:6
**technical** [1] - 7:11
**telephone** [3] - 46:5, 72:17, 72:20
**ten** [10] - 54:6, 59:23, 59:25, 61:4, 61:5, 61:11, 61:13, 170:19, 171:3, 216:7
**tenth** [3] - 51:19, 132:9, 197:18
**term** [1] - 48:23
**terminated** [1] - 117:14
**terms** [2] - 141:14, 141:20
**test** [2] - 29:20, 30:10
**testified** [5] - 4:11, 87:9, 92:15, 156:8, 218:6
**testify** [3] - 106:15, 106:18, 136:17
**testifying** [7] - 76:12, 107:6, 121:24, 144:22, 158:9, 190:13, 228:8
**testimony** [18] - 10:14, 10:18, 33:7,

39:22, 43:21, 52:2, 61:9, 81:17, 81:19, 113:23, 159:7, 201:3, 219:11, 229:4, 229:8, 231:9, 231:12, 233:13
**thanked** [1] - 97:5
**THE** [7] - 44:16, 56:11, 71:22, 82:25, 108:21, 143:7, 228:3
**themselves** [1] - 121:3
**thereafter** [1] - 56:24
**therefore** [4] - 7:12, 15:23, 19:14, 229:9
**thin** [1] - 166:12
**thinking** [1] - 221:16
**Third** [2] - 23:11, 207:18
**third** [3] - 70:19, 103:7, 215:16
**thirty** [5] - 133:13, 133:15, 152:12, 166:19, 225:11
**thirty-minute** [2] - 133:13, 133:15
**thirty-seven** [1] - 166:19
**thousand** [2] - 196:3, 196:4
**threaten** [1] - 218:4
**threatened** [2] - 218:7, 218:13
**three** [25] - 20:21, 23:8, 42:4, 47:23, 47:24, 47:25, 52:18, 52:19, 70:18, 101:17, 105:8, 135:4, 144:23, 151:19, 175:23, 176:20, 176:21, 176:23, 176:24, 177:11, 177:14, 177:15, 208:18, 215:16
**three-and-a-half** [1] - 176:21
**three-month** [1] - 52:18
**throughout** [2] - 77:25, 136:10
**Thursday** [1] - 70:25
**time-and-a-half** [2] - 60:25, 61:2, 105:6
**timeframe** [1] - 34:13
**tire** [1] - 122:13
**tires** [1] - 122:13
**title** [1] - 169:11
**today** [18] - 4:24, 5:3, 6:25, 7:3, 7:9, 8:15, 8:17, 10:14, 10:18, 20:8, 20:12, 68:10,

73:15, 81:15, 81:18, 223:9, 224:8, 225:19
**today's** [1] - 68:4
**together** [1] - 138:14
**Tomlinson** [1] - 28:8
**TOMLINSON** [9] - 29:3, 29:24, 30:25, 31:12, 31:25, 32:9, 33:2, 33:15, 34:14
**Tommy** [1] - 70:16, 70:17, 71:10, 98:21, 98:22, 141:2, 150:20, 192:13, 214:10, 214:12, 214:15
**tomorrow** [2] - 7:14, 8:12
**tons** [5] - 75:23, 195:25, 196:2, 196:3, 196:4
**took** [23] - 6:8, 14:10, 14:20, 37:13, 40:17, 40:22, 41:5, 41:10, 42:14, 42:19, 49:17, 52:14, 55:18, 88:15, 93:19, 93:21, 122:12, 152:14, 176:20, 177:14, 201:5, 212:24, 217:24
**tools** [7] - 66:16, 121:20, 121:25, 122:3, 122:4, 122:11, 139:18
**touch** [2] - 158:11, 158:13
**tough** [1] - 166:5
**Touring** [2] - 181:17, 182:11
**Town** [5] - 105:12, 105:22, 108:9, 108:13, 114:22
**track** [1] - 80:7
**tracks** [1] - 193:6
**transcript** [4] - 179:2, 231:9, 231:11, 233:12
**translate** [3] - 44:24, 45:5, 45:8
**translated** [2] - 4:4, 8:25
**translating** [2] - 44:18, 44:22
**translator** [2] - 44:23, 45:5
**translator's** [1] - 4:25
**travel** [6] - 121:17, 137:23, 139:23, 140:5, 141:24, 175:9
**traveling** [1] - 121:17
**treat** [1] - 180:22

**trial** [6] - 3:13, 31:11, 81:19, 81:22, 229:5, 229:10
**tried** [2] - 92:18, 181:9
**trip** [8] - 39:7, 39:15, 39:16, 45:16, 51:11, 51:24, 87:6, 147:9
**truck** [64] - 41:6, 41:10, 41:12, 41:15, 41:18, 42:15, 42:16, 42:19, 43:14, 43:15, 43:18, 44:4, 44:7, 44:8, 46:23, 49:16, 49:17, 50:14, 50:25, 52:14, 66:3, 66:5, 66:7, 66:17, 66:19, 76:4, 76:19, 76:23, 77:7, 88:15, 88:19, 89:7, 89:13, 89:20, 93:20, 93:21, 119:22, 121:3, 122:2, 122:9, 122:11, 122:15, 122:19, 123:4, 123:16, 123:19, 129:12, 129:14, 139:5, 139:10, 139:13, 139:15, 152:22, 152:23, 153:16, 153:20, 199:6, 200:8, 206:8, 207:12, 210:6, 211:4, 212:5
**trucks** [8] - 104:15, 104:18, 119:11, 120:6, 120:24, 122:10, 122:22, 216:7
**true** [4] - 84:10, 231:11, 231:13, 233:13
**trust** [2] - 80:10, 228:17
**trusted** [2] - 189:19, 189:20
**trusts** [1] - 228:18
**truth** [8] - 53:23, 81:8, 89:10, 141:7, 141:10, 152:5, 157:22, 161:18
**truthful** [1] - 10:17
**truthfully** [1] - 10:13
**try** [7] - 6:14, 29:23, 102:17, 146:7, 181:2, 182:16, 223:25
**trying** [4] - 18:18, 112:13, 158:17, 165:21
**Tulio** [6] - 65:13, 131:6, 131:9, 131:19, 132:3, 187:20

**TULIO** [1] - 1:7
**turn** [9] - 7:17, 110:11, 110:23, 111:3, 111:7, 113:24, 114:9, 114:25, 115:12
**turned** [1] - 23:14
**turns** [2] - 56:13, 202:4
**twelve** [5] - 97:6, 192:2, 219:25, 222:5, 225:3
**twelve-year-old** [1] - 225:3
**two** [34] - 5:22, 11:16, 20:21, 25:8, 26:19, 28:14, 36:6, 61:4, 61:6, 61:12, 61:15, 73:23, 73:24, 73:25, 74:2, 101:17, 105:7, 122:6, 122:10, 122:22, 135:3, 144:23, 145:2, 150:13, 151:18, 165:23, 179:19, 195:7, 196:2, 196:3, 196:4, 221:18, 222:3, 226:12
**type** [4] - 39:6, 41:18, 182:8, 221:9
**typical** [1] - 13:20

**U**

**ultimately** [3] - 29:23, 31:10, 32:23
**uncommon** [1] - 83:5
**under** [13] - 4:6, 10:6, 31:7, 81:7, 81:14, 81:18, 81:19, 121:6, 121:10, 184:14, 185:8, 216:9, 231:10
**understood** [1] - 10:3
**unemployment** [5] - 57:12, 57:14, 100:11, 100:17, 186:10
**unfair** [1] - 45:2
**union** [62] - 62:3, 63:8, 63:13, 63:15, 63:21, 63:22, 91:12, 91:13, 91:15, 91:24, 92:17, 97:17, 97:16, 97:17, 97:21, 97:25, 98:4, 99:9, 99:14, 100:7, 101:4, 101:6, 101:8, 102:18, 102:21, 103:4, 103:13, 108:17,

108:18, 108:19, 121:7, 121:9, 121:12, 131:2, 140:23, 169:3, 180:4, 180:6, 180:11, 212:8, 212:11, 212:12, 212:14, 212:17, 212:19, 212:20, 212:22, 212:24, 213:2, 213:21, 217:12, 217:16, 217:19, 217:23, 217:24, 217:25, 218:3, 218:5, 218:7, 218:15, 218:17
**uNITED** [1] - 1:2
**United** [14] - 15:5, 23:16, 23:19, 24:4, 24:21, 156:19, 157:7, 158:4, 158:7, 159:19, 174:17, 175:6, 175:10, 175:15
**unless** [2] - 135:11, 150:3
**unpaid** [1] - 26:25
**untruths** [1] - 81:22
**up** [54] - 5:9, 5:11, 5:16, 28:7, 34:7, 34:17, 50:4, 50:6, 52:11, 57:7, 62:17, 65:22, 65:23, 66:6, 66:19, 70:23, 72:12, 78:5, 78:8, 85:14, 94:15, 99:5, 106:3, 106:10, 106:16, 106:22, 107:15, 108:11, 110:4, 110:16, 118:15, 122:20, 123:10, 123:12, 123:14, 125:21, 126:16, 127:4, 128:8, 128:10, 128:12, 128:15, 128:17, 131:15, 139:18, 139:19, 158:20, 169:9, 172:19, 203:3, 216:23, 224:5
**up-to-date** [2] - 50:4, 50:6
**upset** [2] - 74:21, 194:6
**utilized** [1] - 13:11

**V**

**vacation** [10] - 39:20, 39:23, 39:24, 40:6, 40:7, 40:8, 63:8, 145:21, 213:17, 214:23

**Vallace** [4] - 89:24, 210:2, 210:8, 211:8
**Vecchia** [47] - 21:2, 26:8, 59:6, 59:11, 71:11, 71:22, 74:10, 74:22, 75:13, 75:19, 80:15, 81:4, 86:9, 87:20, 94:21, 94:23, 95:3, 108:21, 116:23, 117:17, 117:21, 117:25, 118:4, 118:8, 129:20, 134:14, 140:12, 141:2, 143:7, 169:7, 169:13, 180:22, 183:12, 188:9, 188:20, 194:12, 195:2, 197:16, 197:23, 198:21, 198:22, 199:12, 206:3, 206:8, 209:11, 209:18, 232:15
**VECCHIA** [3] - 1:11, 1:11
**Vecchia's** [5] - 95:9, 95:15, 96:6, 96:18, 192:25
**Vega** [1] - 130:10
**VEGA** [1] - 1:7
**vehicle** [36] - 42:9, 42:13, 43:10, 48:19, 50:3, 50:10, 50:18, 65:18, 65:19, 65:20, 67:3, 67:5, 67:8, 78:9, 78:13, 85:12, 85:13, 90:7, 90:10, 90:14, 91:2, 92:24, 93:4, 93:13, 208:14, 208:18, 209:4, 210:9, 210:13, 210:17, 210:20, 210:22, 211:14, 211:15, 211:20
**verbal** [2] - 183:3, 183:7
**verbally** [1] - 183:4
**view** [1] - 34:12
**violate** [5] - 15:23, 16:17, 17:16, 19:8, 19:16
**violating** [1] - 157:2
**violation** [3] - 31:17, 31:20, 31:21
**Virgio** [1] - 37:16
**virtue** [1] - 19:15
**visit** [7] - 173:19, 175:14, 175:17, 175:21, 177:21, 196:24, 214:24
**vocal** [1] - 64:25

**voluntarily** [1] - 145:8

**W**

**wage** [16] - 26:24, 60:7, 60:14, 61:19, 61:23, 62:2, 62:4, 62:7, 62:10, 62:13, 62:16, 91:13, 91:14, 91:18, 92:18, 181:13
**wages** [5] - 26:25, 91:12, 91:24, 92:18, 220:15
**walt** [3] - 8:24, 121:5, 212:13
**waited** [1] - 204:4
**waiting** [1] - 6:11
**waived** [1] - 3:8
**walked** [3] - 98:12, 99:16, 104:2
**walking** [1] - 20:11
**Wallace** [1] - 84:7
**WALLACE** [389] - 2:4, 2:6, 5:4, 5:14, 5:22, 7:5, 7:22, 8:2, 8:5, 8:11, 11:24, 13:4, 14:14, 14:16, 14:21, 15:10, 15:20, 16:12, 16:22, 17:3, 17:8, 17:21, 18:22, 19:4, 19:23, 24:11, 24:16, 26:3, 26:16, 26:22, 27:6, 27:11, 27:16, 31:24, 32:20, 33:9, 37:22, 38:4, 38:10, 39:21, 40:23, 43:20, 44:9, 44:18, 44:22, 45:11, 45:18, 46:12, 48:20, 49:6, 50:19, 51:12, 51:18, 51:25, 53:9, 55:2, 55:14, 56:16, 56:25, 57:5, 57:8, 60:16, 61:8, 63:11, 63:18, 64:4, 64:9, 64:15, 64:20, 64:23, 67:13, 67:17, 69:18, 71:20, 73:19, 75:7, 75:10, 76:10, 76:24, 78:18, 78:23, 79:4, 79:8, 79:12, 79:24, 80:12, 81:16, 81:23, 82:21, 83:3, 83:12, 83:25, 84:12, 84:23, 85:2, 86:3, 86:15, 86:23, 87:12, 88:9, 88:13, 88:21, 89:4, 89:8, 89:14, 90:11, 90:21, 91:4, 92:2, 92:19, 93:2,

93:6, 93:11, 93:14, 93:17, 94:9, 94:13, 96:20, 97:2, 97:8, 98:5, 98:14, 98:20, 98:25, 99:7, 99:21, 101:20, 102:3, 102:7, 103:5, 103:11, 103:19, 104:4, 105:16, 106:14, 106:19, 108:3, 108:20, 109:15, 109:20, 110:6, 110:17, 110:21, 111:13, 112:5, 112:13, 113:13, 113:17, 113:22, 114:5, 114:15, 114:19, 115:10, 115:19, 116:11, 117:8, 117:11, 117:15, 118:14, 119:5, 119:9, 120:14, 120:22, 122:17, 122:21, 123:6, 123:17, 123:23, 124:3, 124:6, 124:8, 124:13, 124:18, 129:15, 129:19, 129:22, 129:25, 130:7, 131:20, 131:25, 132:8, 132:13, 132:17, 132:20, 132:25, 133:4, 133:7, 133:12, 135:2, 135:18, 136:20, 136:25, 138:9, 138:12, 139:6, 139:25, 140:6, 141:5, 141:8, 141:17, 142:19, 143:6, 143:10, 144:17, 144:24, 147:5, 147:11, 149:20, 150:2, 150:6, 150:19, 151:10, 151:14, 152:8, 152:19, 153:18, 153:24, 154:11, 154:18, 155:3, 155:22, 156:2, 156:7, 156:11, 156:20, 156:25, 157:10, 157:14, 157:20, 158:22, 159:6, 159:10, 159:21, 160:3, 160:22, 161:9, 161:13, 162:4, 162:21, 163:2, 163:10, 163:22, 164:4, 164:19, 165:3, 165:13, 165:18,

17

165:22, 166:21, 167:2, 167:11, 172:14, 172:17, 173:10, 173:23, 174:4, 174:6, 174:9, 175:24, 178:12, 178:22, 179:3, 179:9, 179:13, 180:24, 181:11, 181:15, 182:12, 182:19, 182:21, 183:8, 184:16, 184:21, 185:4, 185:8, 185:12, 185:16, 185:19, 186:15, 187:2, 187:7, 187:10, 188:3, 189:8, 189:12, 189:21, 189:24, 190:6, 190:11, 190:14, 191:3, 191:10, 192:8, 193:16, 194:7, 194:13, 194:17, 195:4, 195:8, 195:12, 195:21, 196:7, 196:11, 196:18, 197:12, 197:17, 198:6, 198:12, 199:10, 199:15, 199:24, 200:14, 200:24, 201:12, 202:7, 202:20, 203:11, 203:17, 203:22, 204:8, 204:13, 204:19, 205:16, 205:20, 206:5, 207:17, 208:7, 208:11, 208:15, 208:19, 209:5, 209:9, 210:10, 210:14, 210:18, 211:10, 211:16, 211:24, 212:10, 212:15, 213:9, 213:24, 214:7, 214:18, 215:3, 215:10, 215:21, 215:25, 217:7, 217:11, 218:10, 218:12, 218:18, 219:4, 219:8, 219:10, 219:19, 220:7, 220:9, 220:13, 220:23, 220:25, 221:5, 221:7, 221:11, 222:8, 223:3, 224:9, 224:17, 225:14, 225:20, 226:8, 226:13, 226:20, 226:24, 227:3, 227:10, 227:14, 227:19, 227:21, 227:23, 228:2, 228:7, 228:11,

228:24, 229:14, 229:18, 229:21, 230:3
**wallace** [2] - 15:16, 162:16
**Wallace's** [1] - 83:6
**Walter** [3] - 66:13, 126:9, 187:19
**WALTER** [1] - 1:5
**Walton** [1] - 85:20
**wants** [3] - 139:12, 165:2, 190:9
**Washington** [7] - 174:20, 174:22, 174:23, 175:2, 175:18, 176:6, 197:11
**water** [9] - 143:20, 181:17, 182:7, 182:11, 223:23, 223:24, 224:2, 224:5
**Water** [1] - 181:17
**ways** [1] - 30:9
**weather** [1] - 172:8
**Wednesday** [1] - 70:23
**week** [32] - 53:25, 54:21, 59:13, 61:13, 61:14, 92:9, 97:10, 101:17, 134:22, 134:24, 135:16, 136:7, 149:15, 150:4, 150:11, 150:12, 151:21, 170:8, 170:11, 170:14, 170:17, 170:21, 170:24, 171:5, 171:8, 171:11, 171:14, 171:17, 171:20, 171:24, 180:19, 181:5
**weekly** [10] - 151:2, 151:5, 151:7, 151:8, 151:17, 151:20, 151:23, 179:18, 180:10, 180:12
**weeks** [6] - 171:24, 172:5, 172:7, 179:19, 179:21, 179:22
**WHEREOF** [1] - 233:19
**whisper** [1] - 64:13
**whispering** [1] - 64:18
**whole** [9] - 24:17, 54:5, 54:9, 89:6, 139:2, 157:2, 164:21, 176:18, 177:6
**wife** [21] - 23:23, 27:24, 55:18, 55:19, 55:21, 56:5, 56:20, 95:9, 95:15, 95:17, 163:6, 163:8, 163:12,

165:23, 176:11, 176:15, 221:24, 222:19, 223:13
**willing** [1] - 164:25
**winter** [1] - 224:6
**wish** [1] - 234:3
**withholding** [1] - 185:19
**witness** [6] - 4:8, 12:9, 19:10, 44:11, 233:10, 233:14
**WITNESS** [7] - 56:11, 71:22, 108:21, 143:7, 228:3, 232:4, 233:19
**woman** [3] - 162:15, 163:20, 165:21
**women** [1] - 163:24
**wonder** [1] - 93:4
**wonderful** [1] - 135:5
**wood** [1] - 182:12
**word** [2] - 94:2, 182:19
**worker** [4] - 28:24, 147:17, 147:18, 216:15
**workers** [13] - 28:15, 79:6, 84:19, 84:21, 112:20, 112:23, 113:2, 143:4, 143:9, 193:18, 203:20, 204:11, 212:18
**works** [2] - 138:13, 180:20
**worksite** [7] - 66:23, 67:12, 67:21, 84:18, 106:17, 107:21, 107:24
**world** [2] - 160:18, 164:20
**worms** [1] - 157:2
**worry** [1] - 217:23
**write** [2] - 109:24, 116:7
**writing** [1] - 43:16

**Y**

**yard** [19] - 66:25, 67:19, 82:5, 82:10, 82:11, 105:24, 106:23, 106:25, 121:18, 121:20, 121:22, 123:24, 123:25, 124:9, 124:16, 129:16, 129:18, 130:2, 140:11
**year** [40] - 41:20, 41:23, 42:21, 42:23,

48:16, 54:2, 54:4, 54:5, 54:8, 54:9, 57:25, 59:2, 63:13, 65:25, 77:16, 89:6, 91:8, 97:20, 137:12, 137:19, 144:6, 144:12, 167:24, 168:21, 168:24, 169:2, 169:25, 170:15, 172:15, 172:18, 175:4, 179:19, 183:17, 184:5, 199:18, 222:13, 225:2, 225:3, 225:15
**year-old** [1] - 41:23
**years** [20] - 24:15, 42:4, 43:2, 43:5, 47:24, 47:25, 54:5, 54:6, 97:6, 171:23, 172:10, 192:2, 195:24, 202:22, 208:18, 208:20, 219:25, 221:13
**yell** [3] - 143:25, 160:14, 160:16
**yesterday** [8] - 4:23, 5:2, 7:6, 108:23, 225:24, 225:25, 226:4, 226:7
**YORK** [3] - 1:2, 231:4, 233:4
**York** [10] - 1:16, 1:22, 2:5, 2:11, 4:4, 4:10, 4:20, 231:25, 233:9
**young** [1] - 9:9
**yourself** [1] - 182:17

**Z**

**Zabell** [5] - 32:20, 33:9, 44:10, 228:25, 232:7
**ZABELL** [96] - 2:9, 2:12, 4:13, 4:21, 5:5, 5:15, 6:2, 7:19, 7:25, 8:4, 8:9, 8:13, 10:22, 12:10, 15:15, 16:5, 16:18, 16:25, 17:5, 17:19, 17:25, 19:2, 26:18, 27:4, 27:8, 27:14, 28:5, 28:11, 29:11, 30:23, 31:3, 31:19, 32:6, 32:12, 32:22, 33:5, 33:13, 33:21, 34:18, 44:12, 44:20, 45:9, 55:10, 56:7, 56:12, 56:19, 57:3, 57:6, 57:9, 64:6,

64:11, 64:17, 64:22, 76:11, 82:24, 83:5, 84:3, 84:6, 102:11, 105:19, 133:9, 133:14, 145:5, 156:3, 156:10, 156:13, 156:22, 157:4, 157:12, 157:17, 157:22, 160:24, 164:24, 178:25, 179:5, 182:13, 182:20, 182:22, 183:6, 183:10, 184:23, 185:6, 185:10, 185:14, 185:17, 185:20, 185:25, 200:20, 205:3, 211:17, 228:5, 228:9, 229:16, 229:20, 229:24, 230:6
**zip** [1] - 22:17