1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK

3    _____X

4    NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR
     AREVALO MAYNOR FAJARDO, WALTER GARCIA, JOSE L.

5    MARTINEZ, PRACELIS MENDEZ, OSMAR Q. PAGOADA,
     JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS

6    ESCALANTE, KEVIN GALEANO, LERLY NOE RODRIGUEZ,
     JOSE VEGA CASTILL, JUAN QUINTEROS, and MARCUS

7    TULIO PEREZ,
                                    Plaintiffs,

8
              -against-

9
     SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,

10   LOUIS VECCHIA, CHRISTOPHER VECCHIA, HELENE
     VECCHIA, and JOHN DOES 1-5,

11
                                    Defendants.

12   _____X

13                                  October 17, 2011
                                    10:10 a.m.

14
                                    4875 Sunrise Highway

15                                  Bohemia, New York

16

17            EXAMINATION BEFORE TRIAL of MARCUS TULIO

18   PEREZ, one of the Plaintiffs herein, taken by

19   the Defendant, pursuant to Order, held at the

20   above-mentioned time and place, before MICHELLE

21   ADAMO, a Notary Public of the State of New York.

22

23

24

25

2

1

2    A P P E A R A N C E S :

3

4         LAW OFFICES OF LAUREN GOLDBERG, PLLC
          Attorneys for Plaintiffs
5              501 Fifth Avenue
               New York, New York 10017
6
               (NOT PRESENT)
7

8
          LAW OFFICES OF PATRICK E. McNAMARA
9         Co-Counsel for Plaintiffs
               868 Little East Neck Road
10             West Babylon, New York 11704

11        BY:  PATRICK McNAMARA, ESQ.

12

13        LAW OFFICES OF IAN WALLACE
          Co-Counsel for Plaintiffs
14             501 Fifth Avenue
               New York, New York 10017
15
               (NOT PRESENT)
16

17
          ZABELL & ASSOCIATES, P.C.
18        Attorneys for Defendants
               4875 Sunrise Highway
19             Bohemia, New York 11716

20        BY:  SAUL ZABELL, ESQ.

21

22

23   ALSO PRESENT:

24   Margarita Arias - Spanish interpreter

25

South Shore Court Reporting
(631)-235-6218

3

1

2                    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by

5    and between the attorneys for the respective

6    parties herein that the filing, sealing and

7    certification of the within deposition be

8    waived.

9          That such deposition may be signed

10   and sworn to before any officer authorized to

11   administer an oath with the same force and

12   effect as if signed and sworn to before the

13   officer before whom said deposition was taken.

14         IT IS FURTHER STIPULATED AND AGREED that

15   all objections except as to form are reserved

16   for the time of trial.

17

18

19

20

21

22

23

24

25

1

2    M A R G A R I T A   A R I A S, the Spanish

3          Interpreter herein, was duly sworn to

4          interpret the questions from English into

5          Spanish and the answers from Spanish into

6          English to the best of her ability:

7    M A R C U S   T U L I O   P E R E Z, the witness

8          herein, having been first duly

9          sworn by a Notary Public in and of

10          the State of New York, was examined

11          and testified as follows:

12    EXAMINATION BY

13    MR. ZABELL:

14          Q      Please state your name for the

15    record.

16          A      Marcus Tulio Perez.

17          Q      State your address for the record,

18    please.

19          A      ████████████████    ████████

20    ████████████

21          Q      How do I know you're Marcus Tulio

22    Perez?

23          A      I came here, because I was asked

24    to come here.  I had an appointment.

25          Q      Who asked you to come here?

5

```
1                       M. Tulio Perez
2         A       Mendez.
3         Q       Mendez asked you?  Is he the
4    ringleader?
5                 MR. MCNAMARA:  Objection.
6         A       He called me, I don't know
7    anything.
8         Q       He's the one that organized
9    everyone?
10        A       I don't know anything.  He only
11   called me.
12        Q       You don't know anything about
13   anything?
14                MR. MCNAMARA:  Objection.
15        A       Well, he only called my -- I
16   already answered you, didn't I?
17        Q       Don't be a wiseguy, I'll throw you
18   right out of here.  Do you understand me?
19        A       Yes.
20        Q       Do you understand me?
21                MR. MCNAMARA:  Objection.
22        A       Yes.
23        Q       Do you have any identification
24   papers on you?
25        A       I don't have any.
```

6

1                          M. Tulio Perez

2           Q       Do you have any at home?

3           A       No.

4           Q       Where do you live?

5           A       Wyandanch.

6           Q       How did you get here today?

7           A       A friend brought me.

8           Q       Is your friend still around?

9           A       No.

10          Q       Because you're going to have to go

11   back to Wyandanch and get those papers.

12                  Do you understand me?

13          A       Yes.

14          Q       Do you want me to do that now or

15   during lunch?

16          A       I don't have a car.

17          Q       So call your friend and ask when

18   your friend can pick you up.  Maybe your abogado

19   can take you.

20          A       He's working.

21          Q       You could take a cab.  It doesn't

22   matter to me how you get your papers.

23                  Do you have a wallet?

24          A       No.

25          Q       Do you have any pay stubs?

7

1                          M. Tulio Perez

2          A      No.

3          Q      ███████████████████████████

4      █████████

5                 MR. MCNAMARA:  Objection.

6          Q      Answer the question.

7          A      (No verbal response.)

8          Q      Answer the question.

9                 MR. MCNAMARA:  You can answer the

10        question.  I have objected to the

11        question already.

12         Q      Answer the question.

13         A      Which question?

14         Q      ███████████████████████████

15     █████████

16         A      █ ████████████████

17         Q      ███████████████  ██████████

18     ████████  █████████████████████████

19     ████████████████████

20                ███████████████  ███████

21     █████████████

22                MR. MCNAMARA:  I'm instructing the

23        witness not to answer this question

24        pursuant to the protective order.

25                I believe that the nature of the

1                          M. Tulio Perez

2          question, as well as the answer that

3          you're seeking, relates to the witness'

4          immigration status.

5                    MR. ZABELL:  What immigration

6          status?

7                    MR. MCNAMARA:  I'm instructing the

8          witness not to answer the question.

9          Q        What immigration status?

10                   MR. MCNAMARA:  Counsel, move on.

11                   MR. ZABELL:  What immigration

12         status are you referring to?  Are you

13         indicating to me that this individual is

14         not authorized to reside in the United

15         States?  Is that what you're indicating

16         to me?

17                   MR. MCNAMARA:  No, Counsel.  I'm

18         referring to --

19                   MR. ZABELL:  You are advising me

20         that he is authorized to reside in the

21         United States, is that what you're

22         saying?

23                   MR. MCNAMARA:  I'm not saying

24         either way.  I am saying that I am

25         directing the witness not to answer

9

                         M. Tulio Perez

1

2          pursuant to the protective order.

3          Q       What is your full name?

4          A       Marcus Tulio Perez.

5          Q       Well, Marcus Tulio Perez, are you

6    known by any other names?

7          A       No, not that I know of.

8          Q       Not that you know of?

9                  MR. MCNAMARA:  Objection.

10         A       No.

11         Q       Where are you from, Marcus Tulio

12   Perez?

13         A       Honduras.

14         Q       Do you have a passport?

15         A       At home.

16         Q       You're going to go get that

17   passport over lunch, correct?

18                 MR. MCNAMARA:  Objection.

19         A       I can't go, because I don't have a

20   car.

21         Q       Your lawyer will drive you.  He's

22   a nice guy.  Look at him.  What is the matter?

23   Are you afraid to look at him?

24                 MR. MCNAMARA:  You can look at me,

25             it's fine.

10

                                            M. Tulio Perez

1

2        A       He's cute.

3        Q       Did you just say he's cute?

4        A       Yes.

5        Q       Did you ever meet him before?

6                MR. MCNAMARA:  Objection.

7        Q       Answer the question with your

8   words.

9        A       No.

10       Q       You never met him before?

11               MR. MCNAMARA:  Objection.

12       A       No.

13       Q       Did he introduce himself to you?

14       A       No.

15       Q       How do you know he's your lawyer?

16               MR. MCNAMARA:  Objection.

17       A       I didn't know anything.

18       Q       Do you know anything at all today?

19       A       No.

20       Q       Do you know why you're here today?

21       A       It's possible.

22       Q       What's possible?

23       A       It's about the salaries, isn't it?

24       Q       No.

25               MR. MCNAMARA:  Objection.

11

1                    M. Tulio Perez

2        Q        Do you have any idea why you're

3    here today?

4        A        They only asked me to come here.

5        Q        So you have no idea why you're

6    here today, correct?

7                 MR. MCNAMARA:  Objection.

8        Q        Yes or no?

9        A        I know why I'm here.

10       Q        Why are you here?

11       A        Because of the lawsuit.

12       Q        What lawsuit?

13       A        Well, you know.

14       Q        No, I don't know.

15                MR. MCNAMARA:  Objection.

16       Q        Tell me about it.

17       A        (No verbal response.)

18       Q        Tell me about it.

19                MR. MCNAMARA:  Objection.

20                You have to answer Mr. Zabell's

21           question, even though it's the same

22           question.

23       Q        Go ahead, answer it.  I told you,

24    he told you, she told you.  Do you want somebody

25    else to tell you?

12

1                    M. Tulio Perez

2              MR. MCNAMARA:  Objection.

3         Q     Get that stupid grin off your face

4    and answer the question.

5              MR. MCNAMARA:  Objection, Counsel,

6         stop.

7         Q     Let's go.  Answer the question.

8              MR. MCNAMARA:  Objection.

9         A     (No verbal response.)

10             MR. ZABELL:  Let the record

11        reflect that, with a grin on his face,

12        the deponent is shaking his head no, as

13        if he's refusing to answer the question.

14             MR. MCNAMARA:  Objection.

15             MR. ZABELL:  Is that a fair

16        representation?

17             MR. MCNAMARA:  I didn't notice

18        whether or not the witness was grinning,

19        so I don't know if that's a fair and

20        accurate representation.

21             MR. ZABELL:  Did you see the side

22        to side shaking of the head?

23             MR. MCNAMARA:  I did see the side

24        to side shaking of the head.  But

25        again --

13

1                         M. Tulio Perez

2                    MR. ZABELL:  Look at him.

3                    MR. MCNAMARA:  I am going to

4          instruct Mr. Perez again.  Can you please

5          answer the question verbally?

6          A     Which question?

7          Q     The one that is pending before

8     you.

9                    MR. MCNAMARA:  Counsel, can you

10         repeat the question?

11                   MR. ZABELL:  For whose sake, yours

12         or his?

13                   MR. MCNAMARA:  The witness.

14                   MR. ZABELL:  He knows the

15         question.  If it was for your sake, I

16         would ask that it be read back.

17                   MR. MCNAMARA:  It's not for me.

18                   MR. ZABELL:  Then, there is no

19         need.

20         Q     Answer the question, Marco Tulio

21    Perez.

22                   MR. MCNAMARA:  Objection.

23                   MR. ZABELL:  To his name?

24                   MR. MCNAMARA:  You keep

25         pronouncing it wrong.

14

1                    M. Tulio Perez

2              MR. ZABELL:  Marco?

3              MR. MCNAMARA:  Marcus.

4         Q    Answer the question, Marcus Tulio

5    Perez.

6         A    I answered you.  I said that I was

7    asked to come here.

8         Q    Do you know why you were asked to

9    come here?

10        A    I don't know, an interrogatory

11   (sic).

12        Q    Do you know if you're involved in

13   a lawsuit?

14        A    Yes.

15        Q    What lawsuit are you involved in?

16        A    Suffolk Paving.

17        Q    What is the nature of that

18   lawsuit?

19        A    About the salary that they didn't

20   pay us.

21        Q    They didn't pay you a salary?

22             MR. MCNAMARA:  Objection.

23        A    Not overtime hours.

24        Q    ████████████████████████████

25   ████████?

15

1                          M. Tulio Perez

2          A      Why do you want to know that?

3          Q      Just answer the question.

4          A      ████

5          Q      ██████████████████████████

6     ████████

7                 MR. MCNAMARA:  Objection.  I am

8          instructing the witness not to answer,

9          pursuant to the protective order.

10         Q      Do you still work for Suffolk

11    Paving?

12         A      No.

13         Q      When were you terminated from

14    Suffolk Paving?

15                MR. MCNAMARA:  Objection.

16         A      2009.

17         Q      You believe you were terminated

18    from Suffolk Paving, right?

19                MR. MCNAMARA:  Objection.

20         A      I think, maybe.

21         Q      You were terminated because you

22    filed a lawsuit against Suffolk Paving; is that

23    correct?

24                MR. MCNAMARA:  Objection.

25         A      It's possible.

1                      M. Tulio Perez

2          Q        You believed that you were

3    retaliated against for filing your lawsuit,

4    correct?

5                    MR. MCNAMARA:   Objection.

6          Q        Yes or no?

7          A        It's possible.

8          Q        So your answer is yes, correct?

9                    MR. MCNAMARA:   Objection.

10         A        Possibly.

11         Q        That's part of this lawsuit too,

12   correct?

13                   MR. MCNAMARA:   Objection.

14         A        What's the question?

15         Q        That retaliation claim is part of

16   this lawsuit, correct?

17         A        Yes.

18         Q        ███████████████████████████████

19   ██████████████████

20                   MR. MCNAMARA:   Objection.

21                   D████████████████████████████

22         Q        ████████████████████████████

23                   MR. MCNAMARA:   No, he did not say

24          that.

25                   MR. ZABELL:   No, he just said that

1                          M. Tulio Perez

2          it's part of this lawsuit.  He is seeking

3          it.  You do not have the ability to

4          testify for him.  If you want, you should

5          have submitted a stipulation withdrawing

6          his claims of retaliation, this

7          individual does it.

8               Now we get to ask him each and

9          every question about his immigration

10         status and his ability to work in the

11         United States.

12              MR. MCNAMARA:  He does not have a

13         retaliation claim and you know that.

14              MR. ZABELL:  No, I don't know

15         that.  You haven't withdrawn your

16         retaliation claim.

17              MR. MCNAMARA:  We will stipulate

18         on the record that he doesn't have --

19              MR. ZABELL:  I am not willing to

20         accept that stipulation on the record.

21         If you want to put something in writing,

22         I'll wait while you put it together in

23         writing.

24              I see that you're using your

25         phone.  Do you need a few minutes alone?

18

                        M. Tulio Perez

1

2          MR. MCNAMARA:  No, I don't need a

3     few minutes alone.  Do you want to take a

4     break?

5          MR. ZABELL:  I am asking you, I'm

6     trying to be courteous to you, Counselor.

7          MR. MCNAMARA:  I don't need a few

8     minutes alone.  I'm just going to write

9     an e-mail.

10          MR. ZABELL:  I'm going to continue

11     to ask this individual about his

12     immigration status.

13          MR. MCNAMARA:  I'm going to

14     instruct him not to answer.

15          MR. ZABELL:  We're going to call

16     the Judge.

17          MR. MCNAMARA:  That's fine.

18          MR. ZABELL:  I'm complying with

19     the Judge's order.  He has testified that

20     retaliation is part of this lawsuit, and

21     therefore, I get to ask him questions

22     about his immigration status.

23          However that affects him, it's

24     between you; you're advising him.  If

25     that results in something happening to

19

M. Tulio Perez

1    him, that's on your shoulders.

2            MR. MCNAMARA:  Counsel, I would

3    like to take a break and speak off the

4    record.

5            MR. ZABELL:  Okay.

6            (Whereupon, a discussion was held

7    off the record.)

8    Q       Marcus Tulio Perez.

9            MR. MCNAMARA:  Perez.

10           MR. ZABELL:  Whatever.  Does it

11   really matter?  Do I need to pronounce

12   guilty just to convey it?

13           MR. MCNAMARA:  Can we move on,

14   Counsel?

15           MR. ZABELL:  Sure.

16   Q       You understand that you're still

17   under oath, right?

18   A       Yes.

19   Q       Do you know what that means?

20   A       (No verbal response.)

21   Q       Let's go.

22   A       Yes, I have to say the truth.

23   Q       You understand that there is a

24   penalty if you don't tell the truth, correct?

20

```
 1                    M. Tulio Perez
 2              MR. MCNAMARA:  Objection.
 3              Mr. Perez, you do have to answer
 4         the question.
 5    A      I think so.
 6    Q      Do you know what that penalty is?
 7              MR. MCNAMARA:  Objection.
 8              Mr. Perez, you're allowed to say I
 9         don't know or I'm not sure.
10    A      I don't know what that is.
11    Q      Why wouldn't you tell me that,
12    instead of sitting there with that silly smirk
13    on your face, kind of like the one that you're
14    giving me now?
15              MR. MCNAMARA:  Objection.
16    Q      Answer the question.
17    A      (No verbal response.)
18    Q      Come on.
19    A      The question about the smirk?  I
20    don't have anything to answer about that.
21    Q      Are you trying to be smart?
22    A      No.
23    Q      You understand that you're at a
24    deposition today, do you not?
25    A      Yes.
```

1                         M. Tulio Perez

2          Q       You're required to answer my

3     questions.

4                   Do you understand that?

5          A       Yes.

6          Q       Your lawyer told you that you have

7     to answer my questions, right?

8          A       I'm going to answer whatever you

9     ask.

10         Q       But your lawyer told you that you

11    have to answer my questions, correct?

12         A       What question?  You're not asking

13    me anything.

14         Q       Listen.  Don't try to be stupid.

15    Your lawyer told you that you have to answer all

16    of my questions, correct?

17                 MR. MCNAMARA:  Objection.

18         Q       Yes or no?

19         A       (No verbal response.)

20                 MR. MCNAMARA:  Mr. Perez, please

21             answer the question.

22         A       Yes.

23         Q       Why are you waiting so long to

24    answer my questions?

25         A       Because you're always asking me

22

1                              M. Tulio Perez

2    the same thing.

3              Q        That's not true.  Did somebody

4    tell you to say that?

5                    MR. MCNAMARA:  Objection.

6         A      No.

7         Q        So you're already starting off by

8    lying?

9                    MR. MCNAMARA:  Objection.

10        Q      You know that, right?

11                   MR. MCNAMARA:  Objection.

12        A      I'm not lying.

13        Q        Sure, you are.  Look at your

14   lawyer's face.  He will tell you that you're

15   lying.  Look, the cute one.

16                   MR. MCNAMARA:  Objection.

17        Q        He looks a little like Chaz Bono,

18   right?

19                   MR. MCNAMARA:  Objection.

20        Q      You're not smarter than me.

21   You're not smarter than your attorney.

22                   MR. MCNAMARA:  Objection.

23        Q        It's your job to answer the

24   questions that I ask you.

25                   Do you understand that?

23

M. Tulio Perez

1

2      A      Yes.

3      Q      If you do not answer a question

4  that I ask you, it will be assumed that you are

5  trying to hide something.

6              Do you understand that?

7      A      Yes.

8      Q      If you do not understand a

9  question that I ask you, you have an obligation

10  to tell me that you do not understand that

11  question.

12              Do you understand that?

13     A      Yes.

14     Q      If you provide an answer to a

15  question that I ask you, it will be assumed that

16  you understood that question.

17              Do you understand that?

18     A      Yes.

19     Q      Are you married?

20     A      Yes.

21     Q      To whom?

22     A      With my wife.

23     Q      What is her name or his name?

24     A      Her, because I am a man.

25     Q      This is New York.  You can be a

24

1                              M. Tulio Perez

2      man and you can be a woman and there is same sex

3      marriage that is appropriate.

4                     What is your spouse's name,

5      whether it be a man or woman?

6           A      Tatiana.

7           Q      What?

8           A      Aracena.

9           Q      Is that her last name?

10          A      Yes.

11          Q      Do you have a marriage

12     certificate?

13          A      No, we only live together.

14          Q      So you're not married to her?

15          A      No.

16          Q      So you lied to me, correct?

17                 MR. MCNAMARA:   Objection.

18          A      I take it as being married.

19          Q      I'm sure you do.  It's very

20     convenient to you.  Do you live together?

21          A      Yes.

22          Q      Where do you live?

23          A      The address is there (indicating).

24          Q      Where do you live?

25          A      In Wyandanch.

25

1                            M. Tulio Perez

2          Q      I want the full address.

3          A      ███████████████████████

4          Q      If I wanted to come meet you at

5    your house and knock on your door, would I go to

6    ███████████████████████████

7                 MR. MCNAMARA:  Objection.

8          A      Yes.

9          Q      Is there an apartment there?

10         A      House.

11         Q      Do you own the house?

12         A      No.

13         Q      Do you share the house with

14   anyone?

15         A      I just rent.

16         Q      Nobody else rents the house with

17   you?

18         A      I only have my room.

19         Q      So you just rent a room?

20         A      Yes.

21         Q      Who else lives in that house?

22         A      Only her and me, my girlfriend.

23         Q      Your girlfriend, not the woman

24   that you call your wife?

25                MR. MCNAMARA:  Objection.

1                           M. Tulio Perez

2           A       Yes, that is her, Tatiana.

3           Q       You live in that room with your

4    wife and your girlfriend?

5                   MR. MCNAMARA:  Objection.

6           A       No.

7           Q       Where does your girlfriend live?

8           A       It's the same one.

9                   MR. MCNAMARA:  Objection.

10          Q       The other one?

11                  MR. MCNAMARA:  Objection.

12          A       I only have one.

13                  MR. ZABELL:  There you go, now you

14          know he's lying.

15                  MR. MCNAMARA:  Objection.

16          Counsel, he's not lying.

17          Q       Show your lawyer your face.

18                  MR. MCNAMARA:  It's been clear on

19          the record.

20          Q       What's your girlfriend's name?

21          A       Tatiana Aracena.

22          Q       No, the other one?

23                  MR. MCNAMARA:  Objection.

24          A       It's the same one, I only have

25    one.

27

1                       M. Tulio Perez

2          Q      Why?

3          A      Because I only should have one.

4          Q      Because of that haircut?

5                 MR. MCNAMARA:   Objection.

6          A      Which haircut?

7          Q      You don't understand what I'm

8    saying, do you?

9          A      I don't understand.

10         Q      You have an obligation to tell me

11   when you don't understand.

12         A      I already said that I don't

13   understand.

14         Q      Do you have any children?

15         A      Two.

16         Q      You don't live with your children?

17         A      Only with one.

18         Q      Why didn't you tell me that you

19   live with one of your children in your room in

20   Wyandanch?

21         A      You didn't ask me.

22         Q      I asked you who you lived with and

23   you said your girlfriend.

24         A      I don't know, maybe I forgot.

25         Q      You forgot or you lied?

28

M. Tulio Perez

1

2                        MR. MCNAMARA:   Objection.

3         A      I forgot.

4         Q      How old is your child that lives

5    with you?

6         A      Eight months.

7         Q      Boy or girl?

8         A      Girl.

9         Q      You have another child?

10        A      Yes.

11        Q      Who doesn't live with you?

12        A      No.

13        Q      Why?

14        A      He lives with his mother.

15        Q      Who is his mother?

16        A      Maria Rosabell Martinez.

17        Q      Was she your wife, too?

18        A      No, we only lived together.

19                        MR. MCNAMARA:   Objection.

20        Q      How old is that child?

21        A      Five years old.

22        Q      What is that child's name?

23        A      Cherlin.

24        Q      What is your eight-month-old

25    girl's name?

29

1                        M. Tulio Perez

2          A       Marilyn.

3          Q       Do you have any other children,

4     other than Marilyn and Cherlin?

5          A       No.

6          Q       How old are you?

7          A       Twenty-seven.

8          Q       Do you provide for your children?

9          A       Yes.

10         Q       How much money a week do you

11    provide for Cherlin?

12         A       $110.

13         Q       How much money do you provide a

14    month for Marilyn?

15         A       Well, she lives with me.

16         Q       How did you agree on $110 a week

17    for Cherlin?

18         A       I give her a check.

19         Q       How did you agree on the amount of

20    that check?

21         A       We came to an agreement.

22         Q       Who is "we"?

23         A       With Maria.

24         Q       Maria Rosabell Martinez?

25         A       Yes.

30

1                          M. Tulio Perez

2         Q       Why are you no longer with Maria

3    Rosabell Martinez?

4         A       Well, we separated.

5         Q       Did you separate because you

6    cheated on her?

7                 MR. MCNAMARA:   Objection.

8         A       She left.

9         Q       Why did she leave?

10        A       We didn't get along.

11        Q       Did you not get along because you

12   cheated on her?

13        A       Not necessarily.   There are always

14   problems with a relationship.

15        Q       I understand, but by the smile on

16   your face, you indicate that you had relations

17   with another woman while you were still with

18   Maria Rosabell Martinez.

19                MR. MCNAMARA:   Objection.

20        Q       Correct?

21        A       False.

22        Q       Nobody believes you here.

23        A       Well...

24        Q       Well, what?  Because you're not

25   telling the truth?

31

```
 1                      M. Tulio Perez

 2        A       I only say the truth.

 3        Q       Where does Maria live?

 4        A       Deer Park.

 5        Q       Where in Deer Park?

 6        A       She just moved and I don't have

 7   the exact address.

 8        Q       Can you find out the exact

 9   address?

10                MR. MCNAMARA:  Objection.

11        A       You need an address?

12        Q       Yes.

13                MR. MCNAMARA:  Objection.

14        A       If you want, I can find out.

15        Q       Go ahead, find out.

16                (Whereupon, a discussion was held

17         off the record.)

18        A       No answer.

19        Q       Really?  Do you want to give me

20   the number and I'll call?

21        A       Okay.

22        Q       What's her number?

23        A       ███████████.

24        Q       That's her telephone number?

25        A       Yes.
```

32

1                          M. Tulio Perez

2         Q      For Maria Rosabell Martinez?

3         A      Yes.

4         Q      Could she not be picking up the

5    phone just because she knows it's you calling?

6                MR. MCNAMARA:  Objection.

7         A      Maybe she's working.

8         Q      Where does she work?

9         A      I don't know.

10               MR. MCNAMARA:  Are we on the

11         record right now?

12               THE COURT REPORTER:  Yes.

13               MR. ZABELL:  What's wrong,

14         Counselor?

15               MR. MCNAMARA:  We went from not

16         being on the record to being on the

17         record.

18               MR. ZABELL:  That's what happens

19         when you start talking at a deposition.

20         When you stop talking, you're off the

21         record, as well.

22               MR. MCNAMARA:  We can move on.

23               MR. ZABELL:  We can?

24               MR. MCNAMARA:  I'll allow it.

25               MR. ZABELL:  Do me a favor, before

33

M. Tulio Perez

1  we move on, why don't you tell this guy

2  to stop playing games?

3

4          MR. MCNAMARA:  I have been very

5          clear.

6     Q     Turn around in your chair like a

7  big boy and look at your cute lawyer.

8          MR. MCNAMARA:  Counsel, stop

9          bossing him around.

10         MR. ZABELL:  Tell him to tell the

11         truth.

12         MR. MCNAMARA:  I already told him

13         to tell the truth.

14         MR ZABELL:  Tell him again,

15         apparently not, because look at him.

16         MR. MCNAMARA:  You already told

17         him, I told him, he knows.  Can we please

18         move on?

19    Q     Did you prepare for this

20  deposition in any way?

21    A     No.

22    Q     Did you meet with your lawyers at

23  any time before this deposition?

24         MR. MCNAMARA:  Objection.

25    A     I saw him yesterday.

34

1                    M. Tulio Perez

2        Q        Who?

3        A        My attorney.

4        Q        The one right next to you?

5        A        No.

6        Q        Some other attorney of yours?

7                 MR. MCNAMARA:  Objection.

8        A        The other attorney.

9        Q        What's his name?

10       A        I don't really know his name well.

11       Q        Why?  You don't have a good

12  memory?

13                MR. MCNAMARA:  Objection.

14       A        No, because the name is a little

15  unusual.

16       Q        What is unusual about it?

17       A        I don't know his name.

18       Q        What does he look like?

19                MR. MCNAMARA:  Objection.

20       A        If I tell you, you're not going to

21  know.

22       Q        How do you know?

23       A        Well, he's small, I don't know.

24       Q        Where is he small?

25       A        His size.

35

1                          M. Tulio Perez

2          Q      He's small in size?

3          A      Yes.

4          Q      Is he proportionate, or is there

5    parts of him that is smaller than others?

6                 MR. MCNAMARA:  Objection.

7          A      I think you understand what I am

8    saying.

9          Q      If I did, I wouldn't be asking you

10   any more questions on it, I assure you.

11                Does his head match his body?

12         A      I only told you that he is small,

13   he's not big, he's medium stature.

14         Q      Medium or small?

15         A      Medium.

16         Q      Does he have hair, or is he bald

17   like me?

18         A      He has hair.

19         Q      What color is his hair?

20         A      Brown.

21         Q      Did he talk to you?

22         A      Yes, he spoke to me.

23         Q      In what language?

24         A      In Spanish.

25         Q      Is his name Ian?

37

1                           M. Tulio Perez

2           him, and then I'm going to follow it up

3           with, was anybody else present?

4                   All things that are going to

5           obliterate any attorney/client privilege,

6           quite possibly.

7           Q      Where did you meet with him?

8           A      If he says that I can talk.

9           Q      He is not saying that, answer the

10   question.

11          A      Nassau County.

12          Q      Where in Nassau County?

13          A      On Jericho.

14          Q      At a jail?

15                 MR. MCNAMARA:   Objection.

16          A      Jericho.

17          Q      Where in Jericho?

18          A      In a coffee shop.

19          Q      Starbucks?

20          A      Yes.

21          Q      That's some office he has.

22                 MR. MCNAMARA:   Objection.

23          A      I don't know anything.

24          Q      We know you don't know anything.

25   It's clear to us.

38

1                       M. Tulio Perez

2                   Who else was present when you met

3       with him?

4                   MR. MCNAMARA:  Objection.

5           A       There were only two of us.

6           Q       Who was there?

7           A       Edwin.

8           Q       Edwin Rivera?

9           A       Yes.

10          Q       Who else?

11                  MR. MCNAMARA:  Objection.

12          A       That's it.

13          Q       Was there the staff of Starbucks

14      around you?

15          A       No.

16          Q       Nobody was around you?

17                  MR. MCNAMARA:  Objection.

18          A       No.

19          Q       Was it possible for anybody to

20      overhear your conversation?

21                  MR. MCNAMARA:  Counsel, I'm not

22              permitting these questions.

23                  MR. ZABELL:  Yes, you are.

24                  MR. MCNAMARA:  No.

25          A       I was not looking at anything.

39

1                   M. Tulio Perez

2          Q      But it's possible for people to

3   have overheard you?

4                   MR. MCNAMARA:  Objection.

5          A      I don't know anything.

6          Q      Did you review any documents with

7   Ian?

8                   MR. MCNAMARA:  Objection.

9          A      No.

10          Q      You just went over the story and

11   that is it, correct?

12                   MR. MCNAMARA:  Objection.

13          A      Just the story.

14          Q      You went over the story with him,

15   right?

16          A      Yes.  I had to see some papers.

17          Q      What papers did you see, because I

18   just asked you about them and you lied and said

19   that you didn't review any papers.

20          A      I didn't lie to you.

21          Q      You did lie.

22                   And what papers, liar?

23                   MR. MCNAMARA:  Objection.

24          Q      Liar, what papers?

25                   MR. MCNAMARA:  Objection, Counsel,

40

                              M. Tulio Perez

1

2          stop.

3          Q      What you're doing now is thinking

4    about how to compound the lie.  Watch, you'll

5    see.

6                 MR. MCNAMARA:  Objection.

7          Q      You've got that grin again.

8                 MR. ZABELL:  You can tell he's

9            about to lie.

10         Q      Go ahead, say it.  We all know

11   it's coming.

12         A      (No verbal response.)

13         Q      You know we're waiting for you,

14   right?

15         A      (No verbal response.)

16         Q      You're just going to sit there and

17   look foolish, right?

18                MR. MCNAMARA:  Objection.

19         A      Well, I saw him because they

20   translated a paper into Spanish for me.

21         Q      What paper?

22                MR. MCNAMARA:  Objection.

23         A      About the lawsuit.

24         Q      What paper?

25                MR. MCNAMARA:  Objection.

41

1                        M. Tulio Perez

2        A       Where all of the names of the

3    plaintiffs are.

4        Q       What did that document say?

5                MR. MCNAMARA:  Objection.

6        A       It's all in Spanish.

7        Q       What did it say in Spanish?

8        A       I didn't memorize it.

9        Q       Tell me what it says, in general.

10               MR. MCNAMARA:  Objection.

11           Counsel, what he is referring to --

12               MR. ZABELL:  It's a document that

13           he's reviewed in preparation for this

14           deposition.

15               MR. MCNAMARA:  We would be happy

16           to provide it.

17               MR. ZABELL:  I'm not interested in

18           your testimony.  I'm interested in his

19           testimony.

20       Q       What did it say, smiley?

21       A       I don't recall.

22       Q       It's a document that you read

23   yesterday and you don't remember already?  Is

24   your memory that bad?

25       A       (No verbal response.)

42

1                         M. Tulio Perez

2            Q       Yes or no?  Is your memory that

3    bad?

4                    MR. MCNAMARA:  Objection.

5            Counsel.

6            Q       Yes or no?

7            A       (No verbal response.)

8            Q       Is your memory that bad?

9            A       I don't think so.

10           Q       Clearly it is.  You read a

11   document yesterday and you don't remember what

12   it says today?

13                   MR. ZABELL:  Counsel, do you have

14           a copy of that document?

15                   MR. MCNAMARA:  It's the complaint,

16           and you have a copy of it, as well.

17                   MR. ZABELL:  Not in Spanish.

18                   MR. MCNAMARA:  I will have

19           Mr. Wallace provide you a copy.

20                   MR. ZABELL:  Really?  His

21           follow-up is not all that good.

22                   MR. MCNAMARA:  I'll see to it that

23           he follows up.

24                   MR. ZABELL:  You'll make sure that

25           happens?

43

1                    M. Tulio Perez

2              MR. MCNAMARA:  Yes.

3              MR. ZABELL:  I trust you, Counsel.

4         Q    ████████████████████████████

   █ ████████████  ████████████  ██████████

   █ ████████  ████████████  █████████

7              MR. MCNAMARA:  Objection.  He

8    doesn't have to answer those questions.

9              MR. ZABELL:  Sure, he does.

10             MR. MCNAMARA:  No, he doesn't.

11   It's regarding his immigration status.

12   It's covered by the protective order.

13             MR. ZABELL:  ██████████████

14   ██████████████  ███████  ████████████

15   █████████████████████████████████

16   ███████████████

17             MR. MCNAMARA:  I believe that it

18   does, and I'm instructing him not to

19   answer.

20             MR. ZABELL:  Why do you believe it

21   does?  Give me a good faith basis.

22             MR. MCNAMARA:  A good faith basis?

23             MR. ZABELL:  Yes.

24             MR. MCNAMARA:  ████████████████

25   █████████████████████████████████████

44

1                        M. Tulio Perez

2          ████████████████████████████████████

3          ██ --

4                MR. ZABELL:  ██████  ████████████

5          ████████████████████████████████████

6          ███████████████████████████████████

7          ████████████      That's why I'm asking the

8          question, Counselor.

9                MR. MCNAMARA:  I'm instructing him

10         not to answer.

11         Q      ██████████████  ██████████████

12         ███████

13               MR. MCNAMARA:  I'm instructing him

14         not to answer.

15         Q      ████████████████████████████

16         ██████████████

17               MR. MCNAMARA:  Do not answer the

18         question.

19               MR. ZABELL:  Why are you afraid to

20         have him answer?

21         A      He's saying not to answer.

22               MR. MCNAMARA:  Because there is a

23         protective order that is supposed to

24         limit these exact type of questions.

25               MR. ZABELL:  No, I'm not allowed

45

1                           M. Tulio Perez

2        to ask him about his immigration status.

3                  MR. MCNAMARA:  What's the point to

4        what you're asking?

5                  MR. ZABELL:  ███████ ██████

6        ██████  ████████████  ███████████

7        ██████

8                  MR. MCNAMARA:  He told you when he

9        came here.

10                 MR. ZABELL:  Yes, in 2001.  I

11       don't know when he came here in 2001.

12                 MR. MCNAMARA:  So ask when he came

13       to New York.

14       Q       When did you come to New York?

15       A       In 2001.

16       Q       ████████████████████████████

17                 MR. MCNAMARA:  Objection.

18                 Do not answer the question.

19       Q       ██████████████████████████

20                 MR. MCNAMARA:  Objection.

21                 Do not answer the question.

22       A       He's saying that I can't answer.

23       Q       Sure, you can answer.

24                 MR. MCNAMARA:  No, I am not

25       allowing it.

46

1                        M. Tulio Perez

2          Q        ████████████████████

3               MR. MCNAMARA:  Do not answer the

4          question.

5          Q        ████████████████████

6     It's not exactly known as the land of the free.

7          A        (No verbal response.)

8          Q        Come on, answer the question.

9          A        (No verbal response.)

10         Q        Are you going to answer, or are

11    you going to just look silly?

12         A        He said that I can't answer the

13    question.

14         Q        Don't be a moron.

15              MR. MCNAMARA:  Counsel, stop

16         calling my client insulting names.

17         Q        I'm going to continue to ask these

18    questions.

19              MR. MCNAMARA:  I instructed him

20         not to answer earlier questions.

21              MR. ZABELL:  Stop it.

22         Q        Answer the question.

23         A        (No verbal response.)

24         Q        Are you going to answer, or are

25    you going to sit there and look foolish?

47

1                    M. Tulio Perez

2              MR. MCNAMARA:  Counsel, ask the

3         question again.

4              MR. ZABELL:  No.

5    Q       Nothing?  You're just going to

6    look stupid.

7              MR. MCNAMARA:  Objection.  Stop

8         calling him names.

9              MR. ZABELL:  He's sitting there

10        with a grin on his face, not answering

11        any questions.

12   Q       Do you know what color shirt

13   you're wearing?

14             MR. MCNAMARA:  Objection.

15             Mr. Perez, please answer the

16        question.

17   Q       Do you know what day of the week

18   it is?

19   A       It's the 17th, Monday.

20   Q       Do you know what color shirt

21   you're wearing?

22             MR. MCNAMARA:  Objection.

23   A       Red.

24   Q       Do you know what color your

25   attorney is?

48

1                    M. Tulio Perez

2                    MR. MCNAMARA:  Objection.

3       A       White.

4       Q       Do you know what my name is?

5       A       No.

6       Q       How many fingers am I holding up?

7                    MR. MCNAMARA:  Let the record show

8            Mr. Zabell is holding up two fingers.

9       Q       Mr. Perez and only Mr. Perez.

10      A       Two.

11                   MR. ZABELL:  Let the record

12           reflect that Mr. Perez is accurate.

13      Q       See?  You can answer questions,

14  right?

15      A       Not the ones that he tells me not

16  to answer.

17      Q       Stop saying that.  You're not a

18  lawyer.  In this room, your role is simply to

19  respond to my questions.  If you can't do that,

20  we will throw you out and bring you back when

21  you can.

22                   Do you understand?

23                   MR. MCNAMARA:  Objection.

24      Q       Do you understand?

25      A       I understand.

49

1                          M. Tulio Perez

2          Q       Are you sure?

3                  MR. MCNAMARA:   Objection.

4          A       I'm sure.

5          Q       When you sue somebody, you subject

6    yourself to a deposition.   This is my

7    deposition.

8                  Do you understand?

9          A       I understand.

10         Q       When did you first start working

11   in the United States?

12         A       In 2001.

13         Q       Where did you start working?

14         A       Cleaning.

15         Q       What was the name of the company

16   that you started working for?

17         A       CVC, I was helping my sister.

18         Q       Did she pay you?

19         A       Yes, she paid me.

20         Q       How much did she pay you?

21         A       She didn't pay me.   She only gave

22   me food.

23         Q       I asked you if she paid you, you

24   said yes.   Now you're lying and saying that she

25   didn't pay you, and she only gave you food.

50

M. Tulio Perez

1    A     That was as if she paid me,

2    because she gave me -- because she would give me

3    food.

5    Q     For how long did you work for CVC?

6    A     About six months.

7    Q     So you worked for six months and

8    didn't get paid, other than eating?

9          MR. MCNAMARA:  Objection.

10   Q     Correct?

11   A     Correct.

12   Q     Where did you work after CVC?

13   A     It's been a long time, I have to

14   remember.

15   Q     Yes, you do.  But you knew that

16   before you came here, correct?

17   A     (No verbal response.)

18   Q     Come on, Marcus Tulio Perez, if

19   that's your real name.

20   A     I think it was in a paper factory.

21   Q     What was the name of that paper

22   factory?

23   A     I think it was called Global

24   Tissue, or something like that.

25   Q     Is that right around the block

51

1                          M. Tulio Perez

2     from here?

3              A       It's on Nicolls Road.

4              Q       Nicolls or Lakeland?

5                      MR. MCNAMARA:  Objection.

6              A       Nearby, 27, there is a factory

7     there.

8              Q       For how long did you work at

9     Global Tissue?

10             A       Three months.

11             Q       What did you do there?

12             A       I would pack.

13             Q       Did you get paid in cash or check?

14             A       Check.

15             Q       ██████████████████████████

      ██  ████████████████████████████████████████

      ██  ███████████████████████  ████████████

18                     MR. MCNAMARA:  Objection.

19             A       Can I answer that?

20             Q       Yes, you can answer that.  We

21     already know.  Just answer the question.

22             A       What do you know?

23             Q       We know, leave it at that.

24                     MR. MCNAMARA:  Objection.

25             Q       Answer the question.

52

1                    M. Tulio Perez

2        A        (No verbal response.)

3                MR. ZABELL:  Patrick, tell him to

4        answer the question.

5                MR. MCNAMARA:  You can answer the

6        question, yes or no.

7        A        Can you repeat the question?

8        Q        ████████████████████████████

█    ████████████████████████████████

█    ████████████████████████████████

█    ██████████  ██████████

12       A        ▌████████████████████

13       Q        ████████████

14       A        I don't know what you're asking me

15       about.

16       Q        ████████████████████████

█    ██████████  ████████

18               MR. MCNAMARA:  Objection.

19       A        ▌██████████████    ██████████

20       Q        ██████████████████████

█    ████████████████

22               MR. MCNAMARA:  I would like all

23       questions and answers arising from and

24       regarding Social Security numbers, as

25       well as tax records and any reporting to

53

1                          M. Tulio Perez

2           the IRS to be marked as confidential,

3           pursuant to the confidentiality

4           agreement.

5               MR. ZABELL:  I object to the

6           designation.  Counsel, there is a

7           stipulation in place.  I'm now providing

8           you notice on the record and in writing

9           that I object to your designation.  There

10          is a formula and a format in which you

11          can test your designation in the

12          appropriateness of it before the Court.

13              MR. MCNAMARA:  While I am

14          disputing that this should constitute as

15          notice in writing, I understand that

16          you're objecting to the designation.

17              MR. ZABELL:  You never objected

18          that this constitutes as notice before,

19          why now?

20              MR. MCNAMARA:  Because I thought

21          about it and I don't think that it

22          constitutes proper written notice.

23              MR. ZABELL:  Really?  Because you

24          just said to me before when we were in my

25          office, you told me that when you give me

54

1                           M. Tulio Perez

2              notice on the record, that is good for

3              writing.  Then, you tried to submit that

4              as an argument in favor of the

5              stipulation that you wanted before.

6                      I'm surprised that you're now

7              using the same argument as both a sword

8              and a shield.  It seems a bit

9              hypocritical, Counsel.

10                     MR. MCNAMARA:  You're entitled to

11             your opinion.

12                     MR. ZABELL:  I didn't think you

13             wanted to be that type of person, I was

14             wrong.

15                     MR. MCNAMARA:  I'm glad we

16             resolved that.

17        Q      Answer the question, buddy.  Don't

18   look foolish, just answer the question.

19        A      You haven't asked me anything

20   about Suffolk Paving.  That's why I came here.

21        Q      You came here because I demanded

22   that you come here.

23               Do you understand that?  You're

24   here today for my use all day.

25                     MR. MCNAMARA:  Objection.

1                          M. Tulio Perez

2          Q       Do you understand that?

3                  MR. MCNAMARA:  Objection.

4          Q       Do you understand that?

5          A       Yes.

6          Q       Don't try to be smart, just answer

7      the questions that I ask you.  You will look

8      less foolish that way.

9                  MR. MCNAMARA:  Objection.

10         Q       Am I clear?

11                 MR. MCNAMARA:  Objection.

12         A       (No verbal response.)

13         Q       Am I clear?

14                 MR. MCNAMARA:  Objection.

15         A       (No verbal response.)

16         Q       Am I clear?

17                 MR. MCNAMARA:  Objection.

18             Counsel, please lower your voice.

19                 Mr. Perez, answer the question.

20         Q       Am I clear?

21         A       It's clear.

22         Q       So you're just going to answer my

23     questions now, right?

24                 MR. MCNAMARA:  Objection.

25         Q       Right?

56

1                           M. Tulio Perez

2          A        (No verbal response.)

3          Q        Right?

4          A        (No verbal response.)

5                   MR. MCNAMARA:   Mr. Perez, please

6          answer the question with spoken

7          responses.

8          Q        You're going to be well-behaved

9   and you're going to provide answers to all of

10  the questions that I ask.

11                  Do you understand?

12                  MR. MCNAMARA:   Objection.

13         Q        Do you understand?

14                  MR. MCNAMARA:   Objection.

15         Q        Do you understand?

16                  MR. MCNAMARA:   Objection.

17         A        That's fine, ask the questions.

18         Q        Be a good boy.

19         ████████████████████████████

20  ██████████████████████████████████████

21         A        ████████████████

22                  MR. MCNAMARA:   Objection.

23         Q        ████████████████████

24  ████████████████████████████████████████

25  ████████

57

1                       M. Tulio Perez

2           MR. MCNAMARA:  Do not answer the

3      question.  I am not permitting him to

4      answer these questions.  I believe it's

5      covered under the protective order.

6           MR. ZABELL:  You're absolutely

7      incorrect.

8           MR. MCNAMARA:  I am instructing

9      the witness not to answer.

10          MR. ZABELL:  We're going to save

11     it up, because we're clearly calling the

12     Judge.

13          And I'm telling you now, I

14     mentioned it before, and I know you get

15     upset, I'm going to move for sanctions.

16     You're wasting my time.  You are

17     absolutely wasting my time.

18          We have done a dozen other

19     depositions.  ████████████████

20     ████████████████████████████████

21     ████████████  ████████████  ████████

22     ██████  ██████████████████████

23          You realized that there was no

24     basis for advising him not to answer, and

25     now you're going to try that?  It does

58

                              M. Tulio Perez

1

2          not work.  That's exactly what's going to

3          get you sanctioned.

4     Q      Where did you work after Global

5   Tissue?

6               MR. ZABELL:  Don't try me,

7          Patrick, don't try me.

8     Q      Where did you work after that?

9   Come on.  Can you hear me?

10    A      Fasco.

11    Q      What years did you work for Fasco?

12    A      2003, 2004.

13    Q      Did you get paid in check or cash

14  at Fasco?

15    A      Check.

16    Q      ██████████████████████

    ██  ████████████████████████████

    ██  ████████████████████

19              MR. MCNAMARA:  Objection.

20    A      (No verbal response.)

21    Q      Are you going to answer the

22  question, or are you just going to look at your

23  knees?

24              MR. MCNAMARA:  Objection.

25    Q      Are you going to answer the

59

1                              M. Tulio Perez

2    question?

3              A        (No verbal response.)

4              Q        Huh, guilty?

5                       MR. MCNAMARA:  Objection.

6              Q        Huh?  They didn't tell you the

7    deposition was going to be like this, did they?

8                       MR. MCNAMARA:  Objection.

9              Q        They didn't tell you, huh?  They

10   didn't tell you we're going to use the

11   information that comes out of here to impeach

12   every word you said?

13                      MR. MCNAMARA:  Objection.

14             Q        They didn't tell you that if we

15   found out that you did something unlawful, we're

16   going to follow up on it, like it's our

17   responsibility to do?

18                      They didn't tell you that if we

19   catch you lying, we're going to seek to have you

20   prosecuted?

21                      MR. MCNAMARA:  Objection.

22             Q        They didn't tell you any of that,

23   did they?  They didn't even tell you that

24   Patrick was going to be your attorney, did they?

25                      MR. MCNAMARA:  Objection.

60

1                              M. Tulio Perez

2          Q       Did they?

3                  MR. MCNAMARA:  Objection.

4          A       (No verbal response.)

5          Q       They didn't tell you all about me,

6      did they?  Did they?

7          A       (No verbal response.)

8          Q       They didn't tell you any of that,

9      did they?

10                 MR. MCNAMARA:  Objection.

11         Q       You're not going to answer the

12     questions, are you?  You're just going to sit

13     there and look stupid?

14                 MR. MCNAMARA:  Objection.

15         Q       Right?  That is how you want to

16     look, right?

17                 MR. MCNAMARA:  Objection.

18         Q       That is the kind of father you

19     want to be to your two kids?

20                 MR. MCNAMARA:  Objection.

21         Q       That is the kind of man you want

22     to be?  One that doesn't even look me in the

23     eye, afraid to answer?

24         A       I'm not afraid to answer.

25         Q       Clearly, you are.  How about you

61

1                          M. Tulio Perez

2     answer some of the questions that I just asked

3     you, unless you're too scared?

4          A       Because you're asking me the same

5     thing.

6          Q       No, I just asked you a series of

7     different questions.

8                  They told you how to act at a

9     deposition, didn't they?

10         A       I don't know anything.

11         Q       You don't know anything.  Are you

12    a moron?  You don't know anything?

13                 MR. MCNAMARA:  Objection.

14         A       Because you're disrespecting me.

15         Q       Answer my questions and I won't

16    disrespect you.  If you don't answer my

17    questions, you can expect more treatment like

18    this.

19                 I treat you like you act and right

20    now, you're not acting like much of a man,

21    you're not even acting much like a boy.

22                 MR. MCNAMARA:  Objection.

23                 Counsel, stop.

24         Q       Do you know that?  No eye contact,

25    you're looking at your shoes.

62

1                          M. Tulio Perez

2          A       I haven't looked at my shoes even

3    once.

4          Q       Sure, you have.  You're not

5    looking at me.  Are you afraid?

6          A       I'm not afraid.

7          Q       Then, why won't you open your

8    mouth and give an answer?  Huh?

9                  MR. MCNAMARA:  Objection.

10         Q       You think if you stare off in

11   other directions, I'm just going to move on?

12         A       (No verbal response.)

13         Q       What's the matter, are you afraid

14   to look at me?

15         A       No.

16         Q       Answer the questions.

17         A       (No verbal response.)

18         Q       Hey, answer the questions.

19         A       (No verbal response.)

20         Q       Look.  You can't look, can you?

21   You're ashamed?

22         A       (No verbal response.)

23                 MR. MCNAMARA:  Objection, stop it.

24         Q       What are you so ashamed about?

25         A       (No verbal response.)

63

1                          M. Tulio Perez

2          Q       What are you ashamed about?

3          A       (No verbal response.)

4          Q       What are you so ashamed about?

5          A       I'm not ashamed.

6          Q       Clearly, you are, if you're afraid

7    to answer my questions.  You're a little boy,

8    you don't want to answer questions?

9                  MR. MCNAMARA:  Objection.

10         Q       Do you need to go to the bathroom?

11   Do you want some milk?  Want a little cookie or

12   something?  Nothing?  Just like a petulant,

13   little baby.

14                 Do you want to cry?  Do you need

15   some tissues?  Nothing?  Right, just a blank

16   stare like you have been eating lead chips all

17   day, right?

18                 MR. ZABELL:  Patrick, I don't know

19            what the problem is with your client.

20                 MR. MCNAMARA:  You haven't been

21            asking him any questions.  You've been

22            insulting him.

23                 MR. ZABELL:  I have been asking

24            him questions all morning.

25                 MR. MCNAMARA:  He's been answering

64

1                          M. Tulio Perez

2        your questions.

3                    MR. ZABELL:  No, he hasn't.  I

4        just asked him dozens of questions and he

5        didn't answer them.  Why don't you take

6        him outside and talk to him?

7                    MR. MCNAMARA:  He knows he has to

8        answer you.

9                    MR. ZABELL:  Maybe you need to

10       change him or something.  Explain to him

11       that he has to answer my questions.

12                   MR. MCNAMARA:  He already knows he

13       has to answer your questions.

14                   MR. ZABELL:  Clearly, he doesn't.

15                   MR. MCNAMARA:  You have no desire

16       to hear his answers.

17                   MR. ZABELL:  He should try.

18                   MR. MCNAMARA:  What was your last

19       question, Counsel?

20                   MR. ZABELL:  I had dozens of last

21       questions that he refused to answer.

22                   MR. MCNAMARA:  What was the last

23       question that had any purpose of actually

24       discerning the answer?

25                   MR. ZABELL:  All of my questions

65

```
 1                          M. Tulio Perez
 2          are posed to discern the answer.
 3                    Mr. Perez, go outside of the room.
 4          Get out.
 5                    MR. MCNAMARA:  I think we're done
 6          here.
 7                    MR. ZABELL:  I'm not done here.
 8                    MR. MCNAMARA:  I think we might
 9          be.
10                    MR. ZABELL:  Go talk to him and
11          get him to start answering some of these
12          questions.
13                    (Whereupon, a recess was taken
14          from 11:46 a.m. to 12:10 p.m.)
15          Q     You worked for Fasco from 2003 to
16     2004, correct?
17          A     Correct.
18          Q     They paid you in check, correct?
19          A     Yes, true.
20          Q     You're able to read your check,
21     correct?
22          A     Correct.
23          Q     You deposited your checks at a
24     bank account, correct?
25          A     I would cash it.
```

66

```
 1                    M. Tulio Perez
 2        Q      Do you have a bank account?
 3        A      Yes, I do have one.
 4        Q      Where is your bank account?
 5        A      Bank of America.
 6        Q      What town?
 7        A      What town?  What do you mean?
 8        Q      What town is the branch that you
 9   use?
10        A      Copiague, Deer Park, usually.
11        Q      Where did you open up a bank
12   account?
13        A      Copiague.
14        Q      ████████████████████ ███████
██  ████████████████████████████████
██  ██████████  ██████████████
17               MR. MCNAMARA:  Objection.
18        A      █████████████████
19        Q      █████████████████████████████
20               MR. MCNAMARA:  Objection.
21               I'm directing the witness not to
22        answer.
23               MR. ZABELL:  This has nothing to
24        do with his immigration status.  He said
25        he gave him a number.  I'm asking what
```

67

1              M. Tulio Perez

2     that number is.

3              MR. MCNAMARA:  I think that

4     question is delving into his immigration

5     status.

6         Q  ████████████████████████

██  ██████████████

8              MR. MCNAMARA:  Mr. Perez, you can

9     answer that question.

10        A  █████ █ ████████  ██████████

██ ████████████████████

12        Q  ████████████████████

13     ███████████

14              MR. MCNAMARA:  Objection.

15        Q  █████████  ████████████

16        A  █████

17        Q  ████████████████████

██  ███████████

19              MR. MCNAMARA:  Objection.

20        A  █████.

21        Q  ████████

22        A  ██████ █ █████████

23        Q  ██████████████████████

24     █████████

25              MR. MCNAMARA:  Objection.

68

1          M. Tulio Perez

2       A   ████ ▌ ████████ ▌

3   ████████████████████ ▌ ████

4       Q   ████████████████████

5   ██████

6       ▌   ████

7       Q   ███████████████

8       ████ ████ ██████

9   ▌   █████ ████

10      ████ ████ █████ ███████

11  ████████████████████

12      ████ █████ ████

13      ████ ████████ ████████

14  ███████████████████

15  ████

16      ████ ██████████

17  █████████████████████

18  ████████████████████ ████

19  ████████████  --

20          MR. ZABELL:  No, understand this,

21  the only thing that you can advise him to

22  do is to take the Fifth Amendment.

23          MR. MCNAMARA:  That is not true.

24          MR. ZABELL:  That is absolutely

25  true.

69

1              M. Tulio Perez

2          MR. MCNAMARA:  That is not true,

3      and you know that is not true.

4          MR. ZABELL:  All right.

5          MR. MCNAMARA:  I can advise him

6      not to answer, pursuant to the protective

7      order.

8          MR. ZABELL:  We will get it from

9      him, you know that.

10          MR. MCNAMARA:  Do your worst.

11      Q     ██████████████  ████████████

12   ████████████████████████████████████████

13   ██████████████

14          MR. MCNAMARA:  Objection.

15      Q     ██████████  ███████.

16          MR. MCNAMARA:  Do not answer the

17      question.  I think that question is

18      inappropriate and is covered under the

19      protective order.

20          MR. ZABELL:  Counsel, I saw you

21      reading the protective order before.  I'm

22      not asking him about his immigration

23      status, and you know what?  You're really

24      starting to try my patience.

25              I've warned you before, you're

70

1                        M. Tulio Perez

2      going to lead this into a direction it

3      does not need to go.  I am entitled to

4      ask these questions, and I'm entitled to

5      get an answer.

6            I swear to you, I'm going to get

7      the Judge on the phone now and I'm going

8      to move for sanctions.  I'm sick of this.

9            MR. MCNAMARA:  Counsel, stop

10      threatening me.

11            MR. ZABELL:  No.

12            MR. MCNAMARA:  What questions do

13      you think are appropriate to ask?

14      Q      ███████████████████████████

███████████████████████████████████

███████████████████

17            MR. MCNAMARA:  Mr. Perez, do not

18      answer that question.

19      Q      ████████████████████

████████████████  ██████████████████

21            MR. MCNAMARA:  Objection.

22            MR. ZABELL:  Tell him to answer

23      that question now.

24            MR. MCNAMARA:  You can answer that

25      question.



12      Q      Mr. Perez, is it just the question
13  that you don't want to answer, that you're
14  refusing to answer, or are you taking your time
15  to think through your answer?

16      A      ████████████████████████████████

████  ██████████████████████████████

18      Q      Yes, you have to answer it.  If
19  it's not your intention to answer the question,
20  just say, I'm not answering that question, so
21  we're not going to sit here and wait.

22      A      Okay, then, I'm not going to
23  answer.

24      Q      Why are you not going to answer?

25      A      Because you told me.

72

1                     M. Tulio Perez

2          Q        That is not what I'm saying.  I'm

3     tired of sitting here and looking at you with a

4     smirk on your face while you look down at the

5     floor and your shoes and not answering the

6     questions.

7                     When I ask you a question, you

8     need to answer the question.  If you're refusing

9     to answer the question, then you need to let me

10    know that you're refusing, so I can call up the

11    Court and advise the Court and have you

12    sanctioned for it.

13                     MR. MCNAMARA:  Objection.

14         Q        There will be penalties for your

15    failure to behave in an appropriate manner.

16                     But rather than waste everybody's

17    time, I need to know if you can't answer the

18    question, because you're incapable of cobbling

19    together a response, or you're refusing to

20    answer the question, because you feel that

21    you're somehow entitled to dictate to us, the

22    actual attorneys who are trained to do this,

23    what we can and cannot ask.  Am I clear?

24         A        (No verbal response.)

25         Q        Am I clear?

36

1                    M. Tulio Perez

2    A    That's him.

3    Q    You think that's funny?

4    A    Him?

5    Q    No, the question?

6    A    No.

7    Q    Then, why are you smiling?

8    A    Well, I can smile, can't I?

9    Q    I would rather you not.

10   A    Okay.

11   Q    How long did you meet with Ian?

12        MR. MCNAMARA:  Objection.

13   A    An hour.

14   Q    Where did you meet with Ian

15   yesterday?

16        MR. MCNAMARA:  You don't have to

17        answer that.

18        MR. ZABELL:  It's an appropriate

19        question, and I'm going to ask him.

20        MR. MCNAMARA:  Don't answer the

21        question.

22   Q    Where did you meet with him?

23        MR. ZABELL:  It does not reveal

24        attorney/client confidential information.

25        I am asking him where he met with

1              M. Tulio Perez

2    whether or not to agree.  I'm trying to

3    help you, but you're refusing to accept

4    my assistance.

5              MR. MCNAMARA:  You helping me is

6    you walking all over me.  That's what you

7    think anyway.

8              MR. ZABELL:  You want to fight

9    back, go ahead, I'll keep quiet while you

10   fight back.

11             MR. MCNAMARA:  I'm not trying to

12   fight back.  I think my objection was

13   appropriate.  And I think I was

14   appropriate --

15             MR. ZABELL:  Do you want me to go

16   over the order with you?  You were

17   reading it just before.

18             Pull it out, I'll show you.  That

19   is the only restrictions, "For these

20   reasons, defendant will not be permitted

21   to inquire into the immigrations status

22   of plaintiffs who only seek recovery of

23   back pay."

24             MR. MCNAMARA:  I'm aware.

25             MR. ZABELL:  I'm allowed to ask

1                    M. Tulio Perez

2    ███████████████████████████████

3    █████████████████████████████████

4    ██████████████████████

5         MR. MCNAMARA:  I believe --

6         MR. ZABELL:  Patrick, I know you

7    believe in it for this one, but for all

8    the others that we did, you didn't seem

9    to care.

10        ██████████ ██████████  ███

11   █████████████████████ ████████

12   █████████████████        We

13   know that, I know that, I'm not asking

14   him about that. █ ██████████████

15   █████████████████████████

16   ████████████ ██████████ █████████████

17   █████ ██████████ ████████

18   ██████████████████████

19           ██████████████████████████

20   ████████████████████████████

21   ████████████████████████████

22   █████████████████████████████

23   ████ █████████████████████████

24   █████ ████████████ █████████

25   ████████████████████████████

M. Tulio Perez

1    ultimately at trial, in order to obtain

2    funds that they did not work for.  That

3    is the basic premise of this lawsuit.

4    

5        So I am asking him impeaching

6    questions just so I can impeach him and

7    credibility issues are always admissible.

8        MR. MCNAMARA:  I agree with that.

9        MR. ZABELL:  So either you can

10    capitulate, allow these questions to be

11    asked, or I have to proceed down this

12    very deadly line with you with Judge

13    Tomlinson, or any other Magistrate.

14        If you want, I'll give you an

15    opportunity to think about it.  You don't

16    have to answer me on the fly, because I

17    don't want you, again, accusing me of

18    hijacking you or bullying you.  Am I

19    clear?

20        MR. MCNAMARA:  You have been very

21    clear.

22        (Whereupon, a recess was taken

23    from 12:26 p.m. to 1:12 p.m.)

24    Q    Are you ready now?

25    A    I'm ready.

79

1                    M. Tulio Perez

2          Q       You're going to answer my

3    questions, right?

4          A       It depends on the questions.

5          Q       You know you don't have the right

6    to make that determination.  I'm going to ask

7    those questions, and if your attorney doesn't

8    put his hand on your shoulder and say, "don't

9    answer that question," you have an obligation to

10   answer that question.

11                 Do you understand that?

12         A       That's fine.

13                 MR. ZABELL:  Patrick, you're okay

14             with that little hand gesture?

15                 MR. MCNAMARA:  I'll be clear of

16             when the witness doesn't have to answer

17             the question.

18                 MR. ZABELL:  Okay, very good.

19         Q       ████████████████████████████████

     ████  ██████████████████████  ████████████████████

     ████  ███████████████

22                 MR. MCNAMARA:  Objection.

23         Q       Yes or no?

24         A       I think so.

25         Q       Do you remember what that number

80

1                              M. Tulio Perez

2    was?

3              A      No.

4              Q      Do you remember it to be

5    ██████████?

6              A      ███████████████████  ████████████

7    ██ ██████████████████████

8              Q      Have you ever used any other

9    Social Security numbers?

10             A      No.

11             Q      Do you use that number to file

12   your income tax returns?

13             A      Yes.

14             Q      Did you ever use any other Social

15   Security number at Suffolk Paving?

16             A      Only that one.

17             Q      ████████████████████████████

18   ██ ████████████████████

19                    MR. MCNAMARA:  Objection.

20             Q      You can answer.  Are you going to

21   answer?

22                    MR. MCNAMARA:  Mr. Perez, you can

23             answer this question.

24             A      ████████████████

25             Q      ████████████████████████████████

81

1               M. Tulio Perez

2     ███?

3          A        ███

4          Q     How much did you make when you

5   worked at Fasco per hour?

6          A     Approximately, about $10.

7          Q     $10 an hour?

8          A     Yes.

9          Q     You worked there in all of 2003

10  and all of 2004?

11         A     Half of -- I started in 2002.

12         Q     Please tell me what years you

13  worked at Fasco.

14         A     2002, 2003 and in the middle, I

15  went to Suffolk Paving.

16         Q     The middle of 2003?

17         A     2004, about June or less.

18         Q     What did you do at Suffolk Paving

19  in 2004?

20         A     I raked and I did the screw on the

21  machine.

22         Q     How much did you get paid an hour

23  in 2004 at Suffolk Paving?

24         A     $21.90.

25         Q     That's a big difference from $10

1                          M. Tulio Perez

2    an hour?

3          A      Yes.  But when they paid me $10 in

4    Fasco, it was because I didn't know the work.

5          Q      Would you have rather worked for

6    $10 an hour or $21.90 an hour?

7          A      $21.90.

8          Q      Who hired you at Suffolk Paving?

9          A      Louis Vecchia.

10         Q      The man to my left?

11         A      Yes.

12         Q      Was he a good boss?

13         A      He's good.

14         Q      Treated you fair, right?

15                MR. MCNAMARA:  Objection.

16         A      Yeah.

17         Q      You got paid $21.90 for every hour

18   you worked, correct?

19                MR. MCNAMARA:  Objection.

20         A      The forty hours that I worked.

21         Q      Did you ever get paid in cash at

22   Suffolk Paving?

23         A      One time.

24         Q      How much did you receive one time?

25         A      $500.

83

1                          M. Tulio Perez

2          Q      Do you know why you got paid $500

3      in cash one time?

4          A      For the overtime.

5          Q      When you worked overtime, you got

6      it paid in cash, correct?

7          A      No, only one time he paid me.

8          Q      Every check you received from

9      Suffolk Paving listed the hours that you worked

10     on it, correct?

11                MR. MCNAMARA:   Objection.

12         A      They were only paying me the

13     forty.  It was rare that they paid more hours.

14         Q      Did you ever get a paycheck that

15     indicated that you got paid overtime?

16         A      What do you mean?

17         Q      Did you ever look at your

18     paychecks?

19         A      Yes.

20         Q      Were you able to read them?

21         A      Yes.

22         Q      Did those paychecks ever indicate

23     all of the hours that you worked?

24         A      Yes.   The forty hours were always

25     there.

84

M. Tulio Perez

1

2      Q      Did those paychecks ever reflect

3   more than forty hours of work?

4      A      Rarely.

5      Q      Did they ever; yes or no?

6             MR. MCNAMARA:  Objection.

7      A      Sometimes.  What do you mean?

8      Q      Did they ever; yes or no?

9             MR. MCNAMARA:  Objection.

10      A      Did they show what?

11      Q      Overtime.

12      A      Yes, sometimes.

13      Q      But every week, they showed the

14   regular hours that you worked, correct?

15             MR. MCNAMARA:  Objection.

16      A      Yes.

17      Q      You always got your checks every

18   week that you worked, correct?

19      A      Correct.

20      Q      You were always able to cash them,

21   correct?

22      A      Correct.

23      Q      Or deposit them at the Bank of

24   America?

25      A      I would cash them.

85

M. Tulio Perez

1

2      Q      That is the same as all of your

3  other co-workers, correct?

4      A      I don't know.  I only know about

5  myself.

6      Q      Where did you work in 2005?

7      A      Suffolk Paving.

8      Q      Where did you work in 2006?

9      A      From 2004 to 2009, I worked for

10  Suffolk.

11      Q      Suffolk what?

12      A      Paving.

13      Q      You only worked for Suffolk

14  Paving, correct?

15      A      Correct.

16      Q      You got paid for every week that

17  you worked for Suffolk Paving, correct?

18              MR. MCNAMARA:  Objection.

19      A      The forty hours, yes.

20      Q      Every week you worked, you got

21  paid forty hours?

22      A      Like I already told you, sometimes

23  they would pay me overtime.

24      Q      Did you ever get paid less than

25  forty hours in a week?

86

                              M. Tulio Perez

1

2          A       If I worked less days, yes.

3          Q       That was common, correct?

4          A       What do you mean by "common"?

5          Q       You didn't work forty hours every

6     week, did you?

7          A       I always worked them, unless it

8     rained, but it was rare.

9          Q       Rain is rare in the summer?

10         A       A couple of days.

11         Q       Did you work throughout the entire

12    year for Suffolk Paving?

13         A       The complete year?

14         Q       Yes.

15         A       The whole time that I was there.

16         Q       From January to December?

17         A       Yes, I worked through the end of

18    the season.

19         Q       What's the season?  Tell me when

20    it starts and when it ends.

21         A       It ended December 23rd.

22         Q       When did it start?

23         A       Approximately, the last weeks of

24    March, the latest would be the first week in

25    April.

87

1                    M. Tulio Perez

2          Q      At the end of the season come

3    October, the work would slow down, correct?

4          A      Sometimes, yes.

5          Q      In the beginning of the season in

6    March or April, work was slow, correct?

7          A      No, we always worked.

8          Q      You know your co-workers say

9    something very different?

10         A      Well, I don't know, sometimes

11   there were different groups.

12         Q      When did you stop working at

13   Suffolk Paving?

14                MR. MCNAMARA:   Objection.

15         A      I finished the season in 2009.

16         Q      Why did you stop working in 2009?

17         A      Well, the season ended, and they

18   didn't call me again.  Chris called me, but I

19   was already working somewhere else.

20         Q      Chris was trying to get you to

21   come back to work, but you were already working

22   somewhere else?

23         A      They didn't call me again.

24         Q      You just said Chris called you.

25         A      Yes, he called me, but I couldn't

88

M. Tulio Perez

1    leave where I was.

2        Q    They did call you and you refused

3    to go back to work?

4        A    They called me, but it was too

5    late.

6        MR. MCNAMARA:  Objection.

7        Q    After the season in 2009, who did

8    you go to work for?

9        A    For Fasco.

10       Q    So you went back to Fasco,

11   correct?

12       A    Correct.

13       Q    Are you in the union?

14       A    No.

15       Q    Why aren't you in the union?

16       MR. MCNAMARA:  Objection.

17       A    I don't have a union.

18       Q    Why?

19       A    I don't have a union.

20       Q    Why?

21       A    I don't know.

22       Q    How much are you getting paid at

23   Fasco now?

24       A    $16.50.

89

1                          M. Tulio Perez

2          Q       An hour?

3          A       Correct.

4          Q       Do you do any prevailing wage work

5    at Fasco?

6          A       Yes.

7          Q       How much do you get paid an hour

8    for prevailing wage work?

9          A       $57 and some change.

10         Q       For all of your hours?

11         A       Each hour.

12         Q       You have been working at Fasco

13   from 2009 on?

14         A       Correct.

15         Q       Do you think that you were fired

16   from Suffolk Paving because you're Hispanic?

17                 MR. MCNAMARA:   Objection.

18         A       I don't know.

19         Q       I'm not asking if you know.  I'm

20   asking if that's what you think.

21                 MR. MCNAMARA:   Objection.

22         A       I don't know.

23         Q       Why do you think you were fired

24   from Suffolk Paving?

25         A       I didn't say they fired me, only

90

1                          M. Tulio Perez

2       that they didn't call me.

3            Q        They didn't fire you?

4            A        But that is the way that I think.

5            Q        You think that they fired you?

6            A        Correct.

7            Q        Even though Chris called you to

8       come back to work, but you were working

9       somewhere else?

10            A        Yes, but that was to cover up.

11            Q        Cover up.  When did he call you?

12            A        About July of 2009, he called me.

13            Q        Are you sure?

14            A        That is an approximation.

15            Q        Because you worked in July 2009

16       for Suffolk Paving, did you not?

17            A        Excuse me, I'm confused.  2010, he

18       called me.

19            Q        When you said "July 2009," you

20       were lying to me?

21            A        I was not lying, I was confused.

22                     MR. MCNAMARA:  Objection.

23            Q        Who confused you?

24            A        Well, I was confused about the

25       year.

91

                              M. Tulio Perez

1

2        Q        But I asked if you were sure and
3    you said yes.

4        A        Well, one can make mistakes.

5        Q        Not at my depositions.  Want to
6    have some of that water now?

7        A        No thanks.

8        Q        In 2004, you testified that you
9    were making $21.90 an hour at Suffolk Paving; is
10   that correct?

11       A        Correct.

12       Q        Is that the only rate that you
13   received?                                    .

14       A        Sometimes when I worked prevailing
15   wage.

16       Q        Sometimes when you worked
17   prevailing wage, what?

18       A        They paid me about $55.

19       Q        So every time you worked
20   prevailing wage jobs, you got a prevailing wage
21   rate?

22       A        Correct.

23       Q        Every time?

24       A        Always.

25       Q        You told your lawyers that, right?

92

1                          M. Tulio Perez

2          A        Correct.

3                   MR. MCNAMARA:   Objection.

4          Q        They're filing a claim saying that

5    when you worked prevailing wage jobs, you didn't

6    get paid prevailing wage rates.

7          A        Who said?

8          Q        Ian, Lauren.  Did you know that?

9          A        No, I didn't know.

10         Q        You read the complaint yesterday,

11   correct?

12         A        But here, I'm talking about

13   overtime hours.

14         Q        No.  You don't get to talk about

15   anything you want here.  Here you just get to

16   answer my questions.

17                  Do you understand that?

18         A        I understand.

19         Q        In the lawsuit, they're saying

20   that you didn't get paid prevailing wage rates.

21   Are you aware of that?

22         A        The lawsuit doesn't say that.

23         Q        Yes, it does.

24         A        Well, they didn't pay me overtime

25   hours.

93

1                              M. Tulio Perez

2          Q       Did they make a mistake in the

3    complaint?

4          A       I don't know.

5          Q       Don't you think you should know if

6    your name is on the complaint?

7                  MR. MCNAMARA:   Objection.

8          A       Well...

9          Q       Are you going to answer that

10   question?

11         A       Yes, I am going to answer.

12         Q       Go ahead.   Answer.

13         A       Could you ask me the question

14   again?

15         Q       Don't you think you have an

16   obligation to know what your lawyers are

17   claiming on your behalf?

18                 MR. MCNAMARA:   Objection.

19         A       Well, the lawsuit says that part

20   of the hours and the overtime was not paid.

21         Q       Part of what hours?

22         A       For example, if we worked -- if we

23   did a State job, sometimes we would get out at

24   7:00 or 8:00, and it was a prevailing wage job,

25   and they only paid us eight hours.

94

M. Tulio Perez

1

2      Q      That is the best example that you

3   have?

4      A      Well, that is what I have.

5      Q      Don't you think it's your

6   responsibility to know what the complaint says?

7             MR. MCNAMARA:   Objection.

8      A      Yes, it is my responsibility.

9      Q      Can you read in English?

10     A      Yes, I can.

11     Q      Can you read in Spanish?

12     A      Yes.

13     Q      Can you speak English?

14     A      Yes.

15     Q      Can you speak Spanish?

16     A      Yes.

17     Q      Have you ever gone to school?

18     A      Yes, I've gone.

19     Q      Up to what grade have you gone?

20     A      High school.

21     Q      Did you graduate high school?

22     A      Yes, in my country.

23     Q      In Honduras?

24     A      Yes.

25     Q      How old were you when you stopped

95

M. Tulio Perez

1    going to school in Honduras?

2        A    Eighteen.

3        Q    So you're a smart guy, right?

4        A    I think I am.

5        Q    You knew when you were being

6    treated fairly and when you were being treated

7    unfairly?

8        A    I know.

9        Q    And you always knew, correct?

10       A    Yes.

11       Q    Louis Vecchia treated you fairly,

12   correct?

13       A    He would always treat me well.

14   Sometimes he would get angry, but he never said

15   anything to me.

16       Q    He would get angry at you?

17       A    Maybe, but he never said anything.

18       Q    That was nice of him.

19       When you worked for Suffolk

20   Paving, did you ever do any side jobs?

21       A    No.

22       Q    You never worked on the weekends?

23       A    No.

24       Q    You only worked Monday through

96

M. Tulio Perez

1    Friday for Suffolk Paving?

2

3    A    Some Saturdays.

4    Q    How many?

5    A    About four or five per year.

6    Q    Do you have a diary of those days?

7    A    No.

8    Q    When we were out in the hallway, I

9    saw a little booklet in your pocket.

10        What is that booklet?

11   A    Nothing.

12   Q    No, I need you to tell me what it

13   is.

14   A    It's nothing.

15   Q    Can I see it, please?

16   A    Yes.

17   Q    Who is Louis E. Fridella?

18   A    Who?

19   Q    You don't know who that is?

20   A    I write my things there.

21   Q    What things?

22   A    Well, like, it's like a little

23   notebook.

24   Q    Are these people who owe you

25   money?

97

                              M. Tulio Perez

1

2          A      Some people, yes.

3          Q      Do you have anything in here about

4    the time that you worked at Suffolk Paving?

5          A      No.

6          Q      Here it shows the week/hours that

7    you worked?

8          A      Yes, but those are Fasco hours.

9          Q      Did you keep a book like this when

10   you worked for Suffolk Paving?

11         A      No.

12         Q      When did you start keeping a book

13   like this?

14         A      When I started working for Fasco.

15         Q      You never kept any sort of hours

16   when you were working at Suffolk Paving?

17                MR. MCNAMARA:   Objection.

18         A      Because they would write down the

19   hours.

20         Q      They would write down the hours?

21         A      Yes.

22         Q      Who would write down those hours?

23         A      Carlos and Renato.

24         Q      Renato Guerra?

25         A      Fajardo.

98

M. Tulio Perez

1    Q    Do you know if Renato Guerra is
2 the same person as Maynard Fajardo?

4    A    Well, I only know Renato, Maynor
5 is the same one.

6    Q    Do you know how much Renato
7 borrowed from Suffolk Paving, how much money?

8    A    I don't know.

9    Q    Did you ever borrow money from
10 Suffolk Paving?

11   A    Never.

12   Q    Did you ever ask?

13   A    No.

14   Q    Because they paid you well,
15 correct?

16   A    Well, I would always receive my
17 forty hours.

18   Q    Whether or not you worked
19 forty hours, correct?

20   A    No, if I didn't work, then, no.

21   Q    But you just said that you always
22 got your forty hours.

23   A    Normally.

24   Q    Sometimes you got paid more than
25 forty hours, correct?

99

1                        M. Tulio Perez

2        A    Sometimes, yes.

3        Q    But you always got your forty

4   hours, correct?

5        A    Correct.

6        Q    Did you ever receive unemployment

7   benefits?

8        A    No.

9        Q    Why not?

10       A    I don't know.

11       Q    Did you ever apply for

12  unemployment benefits?

13       A    No.

14       Q    Why not?

15       A    Because I didn't.

16       Q    How did you get to work at Suffolk

17  Paving?

18       A    A cousin of mine would take me.

19       Q    What is that cousin's name?

20       A    Ronald.

21       Q    Ronald what?

22       A    Reyes.

23       Q    Does Ronald Reyes work for Suffolk

24  Paving?

25       A    Yes.

100

1                        M. Tulio Perez

2          Q      Is he still working there?

3          A      No.

4          Q      Why is he not working there?

5          A      He ended up not having a car.

6          Q      Is he suing Suffolk Paving?

7          A      No.

8          Q      Why not?

9          A      I don't know.

10         Q      Because he believes in telling the

11    truth, correct?

12                MR. MCNAMARA:  Objection.

13         A      I don't know, I didn't know.

14         Q      Your cousin is an honest man, is

15    he not?

16         A      I don't know.  I just worry about

17    myself.

18         Q      Don't you think that is a little

19    bit selfish?

20                MR. MCNAMARA:  Objection.

21         A      I don't know why he started.

22         Q      You don't know why who started?

23         A      I don't know why he's not suing,

24    only he knows.

25         Q      Maybe because he knows he was paid

74

1                       M. Tulio Perez

2   Mr. McNamara ███████████████████

3   ████████████████████████

4   ██████████████████████████

5   ████████████████████████

6             LAW SECRETARY:  The Judge actually

7   is not in today.

8             MR. ZABELL:  Is there another

9   Magistrate that we could impose upon?

10   Otherwise, we're just going to end up

11   having to reschedule this deposition, and

12   I know we're on a pretty tight timeline.

13             LAW SECRETARY:  I can call around,

14   and -- are you on a lunch break right

15   now?

16             MR. ZABELL:  No, there will be no

17   lunch break today.

18             LAW SECRETARY:  Can I call you

19   back?

20             MR. ZABELL:  Absolutely.

21             (Whereupon, the call was

22   concluded.)

23             MR. MCNAMARA:  Okay, you're just

24   trying to be a bully.  I am not going to

25   allow my client to get stepped all over

1                           M. Tulio Perez

2    correctly, right?

3         A       No, because he didn't want to lose

4    his job.

5         Q       But he doesn't work there, so what

6    job would he be worried about losing?

7         A       The one that he had.

8         Q       The money that you earned from

9    Suffolk Paving helped provide for your two

10   babies, correct?

11        A       One of them.

12        Q       It helped provide for your two

13   girlfriends, correct?

14                MR. MCNAMARA:   Objection.

15        A       Which two girlfriends?

16        Q       You had more than two?

17        A       I only had one at that time, the

18   mother of my first child.

19        Q       Right.  But if you recall that you

20   lost the mother of your first child because you

21   were fooling around with another woman.

22                MR. MCNAMARA:   Objection.

23        A       I answered that at the beginning,

24   I don't know why you're asking me again.

25        Q       Just to keep you honest.

102

1                          M. Tulio Perez

2                  MR. MCNAMARA:  Objection.

3          A      I'm telling the truth.

4          Q      You testified that the mother of

5    your first child, Maria, left you; Maria left

6    you with your daughter Cherlin?

7          A      No, she took her.

8          Q      That is what I meant.  She left

9    you because she was unhappy with you?

10         A      No, we had problems, the same way

11   all couples do.

12         Q      You had problems because you were

13   cheating on her with another woman, correct?

14                MR. MCNAMARA:  Objection.

15         A      No.

16         Q      You were cheating on her with

17   another man?

18         A      No, I like women.

19         Q      Why did she leave you?

20         A      The same thing, we had problems,

21   we didn't get along.

22         Q      Problems because you cheated on

23   her?

24                MR. MCNAMARA:  Objection.

25         A      Couples problems.

103

M. Tulio Perez

1

2      Q      Problems because she cheated on

3  you?

4      A      I don't know.

5      Q      Sure, you do.

6      A      I don't know.

7      Q      You don't have to hide it from us.

8  We're all friends here.

9              MR. MCNAMARA:   Objection.

10     A      Well, they're personal things.

11     Q      I know, but you're at a

12  deposition, and I need to understand them.

13     A      I don't know why she left.  I only

14  know that we had problems and we didn't get

15  along.

16     Q      Did you ever lie to her?

17     A      No.

18     Q      Not even a little white lie?

19     A      No.

20     Q      Did you ever tell her that you

21  were working late when you were going out with

22  your friends?

23     A      I always got out late.  I told her

24  the truth.

25     Q      What time would you get out of

104

1                    M. Tulio Perez

2    work when you worked at Suffolk Paving?

3         A       The earliest because -- 5:30,

4    sometimes we got out at 4:30.

5         Q       So you would get out of work

6    between 4:30 and 5:30?

7         A       Normally, it was 5:30 at the

8    earliest.

9         Q       What time would you go into work?

10        A       6:30.

11        Q       That's when you would go into the

12   yard?

13        A       When we got to the yard, that was

14   when we started working.

15        Q       You started working on the job

16   sites when you picked up the rake or the screw

17   machine?

18        A       Yes.  But when we got to the yard,

19   we would put in the tools, yes.

20        Q       You would put the tools in where?

21        A       The truck.

22        Q       The tools were in the truck from

23   the night before?

24                MR. MCNAMARA:  Objection.

25        Q       The propane, you talked to

105

1                           M. Tulio Perez

2    everybody about that, right?

3                       MR. MCNAMARA:   Objection.

4         Q       That's okay, we know.

5         A       What do you know?

6         Q       We know what you all talked about

7    to figure out what you put in the truck.

8                       MR. MCNAMARA:   Objection.

9         A       Well, we would put in the propane,

10   all of that stuff.

11        Q       The propane, all of the propane,

12   right?

13        A       (No verbal response.)

14        Q       Right?

15        A       Yes, propane.

16        Q       But the other tools were already

17   in there, right?

18        A       Yes.   But sometimes we needed to

19   change from one truck to another so we would

20   have to take them out.

21        Q       Who drove the truck?

22        A       There were various people.

23        Q       Who?

24        A       Lerly, Carlos, Nelson, Walter,

25   just them.

106

1                      M. Tulio Perez

2          Q      You were basically going to the

3     yard so you can get a lift to the job site,

4     correct?

5          A      No.  We had to be at the yard at

6     6:30.

7          Q      Who told you that?

8          A      He would tell me.

9          Q      Did you ever go directly from home

10    to a job site?

11         A      Sometimes.

12         Q      So you didn't always go to the

13    yard, correct?

14         A      I always went, but I said

15    sometimes.

16         Q      Every night, somebody would call

17    you and tell you to go to the yard in the

18    morning?

19         A      But he just told you that.

20                MR. MCNAMARA:  Let the record

21            reflect that the witness is referring to

22            Louis Vecchia when he says "he."

23                MR. ZABELL:  I'm assuming that is

24            accurate, but I don't know what is going

25            on in your client's head.

107

1                          M. Tulio Perez

2                    MR. MCNAMARA:  He's pointing to

3              Louis.

4                    MR. ZABELL:  I don't know what is

5              going on in his head.  I can assume

6              that's what he meant, but I can't say

7              with any level of certainty.

8              Q       Did somebody call you every night

9       and tell you to show up at the yard at 6:30?

10             A       Sometimes Renato would call me.

11             Q       What would Renato call you?

12                    MR. MCNAMARA:  Objection.

13             A       He was in charge and sometimes --

14       I didn't know the time.

15             Q       Did Louis Vecchia ever call you?

16             A       Never.

17             Q       It was always Renato?

18             A       Renato.

19             Q       Did you get along with Renato?

20             A       Yes.

21             Q       Did you ever fight with him?

22             A       Yes, one time.

23             Q       What did you fight about?

24             A       He yelled at me and I got angry.

25             Q       What did he yell at you for?

108

                            M. Tulio Perez

1

2      A      I don't know, for something

3  stupid.

4      Q      Kind of like I was yelling at you

5  before?

6             MR. MCNAMARA:   Objection.

7      A      The same.

8      Q      So for something stupid, right?

9      A      Yes, but it was nothing.

10      Q      You were acting stupid?

11      A      Yes.

12      Q      Today or then or both?

13      A      What?

14      Q      With Renato, you were acting

15  stupid, correct?

16      A      Who?

17      Q      You.

18      A      No.

19             MR. MCNAMARA:   Objection.

20      Q      You said that he yelled at you

21  because you were acting stupid?

22      A      For something stupid, something

23  about work.

24      Q      Did you say Louis Vecchia told you

25  that you had to come into the yard at 6:30 in

109

1                    M. Tulio Perez

2     the morning?

3          A       I told you that he never said

4     that.

5          Q       You're sure he never told you?

6          A       I'm sure.

7          Q       So if you said before that he told

8     you that, you would have been lying, correct?

9                  MR. MCNAMARA:   Objection.

10         A       I'm not lying.

11         Q       If you said that Louis Vecchia

12    told you that you had to be in at 6:30 in the

13    morning, you would be lying, correct?

14         A       Tommy was the one that would tell

15    us, and he was the person in charge.

16         Q       Just about three minutes ago, you

17    said it was Renato, always Renato?

18         A       Yes, but I told you that Renato

19    was only sometimes.

20         Q       No, you said Renato, always

21    Renato.

22         A       I never said that.

23         Q       Sure, you did.

24         A       I said sometimes.

25         Q       Did I catch you in a lie?

110

1                      M. Tulio Perez

2              MR. MCNAMARA:  Objection.

3       A      Well, I said the truth.

4       Q      So the truth in your head was a

5  lie?

6       A      No.

7       Q      Did Tommy call you every night?

8       A      No.  Sometimes we would go and

9  look at the office to see what time we had to

10  start.

11      Q      Sometimes you would go into the

12  office to find out where the jobs were, correct?

13      A      No.  In the evening, when we got

14  out.  But we would always start at 6:30.

15      Q      But if you knew where the job was

16  from the evening before, how come you didn't go

17  directly to the job site?

18      A      Because we had to go to the yard.

19      Q      Did Louis Vecchia ever tell you

20  that you had to go to the yard?

21      A      No, but we always had to go there.

22      Q      Even though nobody told you?

23      A      Yes.

24      Q      In fact, on a few occasions, you

25  went directly to the job site, correct?

111

1                    M. Tulio Perez

2        A        Sometimes, like I said before.

3        Q        You had that ability, and you met

4    your co-workers there, correct?

5        A        Where?

6        Q        To go directly to the job site.

7        A        I don't understand.

8        Q        On some occasions, you went

9    directly to the job site?

10       A        I told you that sometimes.

11       Q        Yes.  You met your co-workers

12   there, correct?

13       A        No, I would meet them at the yard.

14       Q        Okay.

15       A        Louis knows.  I don't know why

16   he's laughing.

17       Q        He's laughing because there is

18   inconsistencies in how you're testifying, and he

19   and I both don't think you understand that.

20               That's why I am repeating these

21   questions a couple of times over just to make

22   sure that you really understand what you're

23   testifying to.

24               So you may think that we're

25   laughing at you, but we're trying to help

112

1                      M. Tulio Perez

2    understand your story.

3                      Do you understand that?

4         A      Why is Louis telling you what to

5    ask me?

6         Q      Because he ran Suffolk Paving.

7         A      Fine.

8         Q      That's why.

9         A      That's fine.

10        Q      I'm just a lawyer.  I'm not an

11   asphalt guy.  He was there, so that's why he is

12   telling me what to ask.

13                      Are you okay with that?

14        A      That's fine.

15        Q      Do I know how to rake asphalt?

16        A      Who?

17        Q      Me.

18        A      I don't know.

19        Q      I could tell you no one ever

20   taught me how to do it.

21                      Can you rake asphalt better than

22   me?

23        A      Of course.

24        Q      Do I know how to use the screw

25   machine?

113

1                          M. Tulio Perez

2          A       No.

3          Q       If I need help doing it, I'm going

4    to ask him or you.

5          A       That's fine.

6          Q       Okay?

7          A       That's fine.

8          Q       That's why he's telling me that.

9          A       That's fine.

10          Q       When you said you used to go to

11    the shop the night before to find out your

12    assignment, what time of the afternoon would you

13    go to the shop?

14          A       When we got out of work, when we

15    got out of the truck.

16          Q       What time was that?

17          A       5:30, 6:30.

18          Q       What time would the office close?

19          A       5:30, sometimes they closed later.

20          Q       How much later?

21          A       6:00, around there.

22          Q       Never later than that, right?

23          A       Well, sometimes they would work

24    late.

25          Q       What days would they work late?

114

1                    M. Tulio Perez

2        A       Maybe fixing a truck that had

3   broken down.

4        Q       That would be the garage, not the

5   office?

6        A       Yes, but you could go into the

7   office from the garage -- not in the office, but

8   where the person in charge of the workers is.

9        Q       Who is that person in charge of

10  the workers?

11       A       First, it was -- his name was

12  Steven, I think, and the other one is Tommy, and

13  the other one is Dominick.

14               MR. MCNAMARA:  We need to take a

15          break for a second.

16               (Whereupon, a recess was taken

17          from 1:56 p.m. to 1:57 p.m.)

18       Q       Who is the owner of Suffolk

19  Paving?

20       A       There are a few, there are two

21  companies.

22       Q       I am not asking about two

23  companies, I'm asking about Suffolk Paving.

24       A       Louis Vecchia, he's the one that I

25  know, I don't know if it's him.

115

M. Tulio Perez

1    Q    So you don't know who the owner of

2 Suffolk Paving is?

4    A    He is, supposedly.

5    Q    And you only work for Suffolk

6 Paving, right?

7    A    I also work for the other one,

8 Chris, since they're together.

9    Q    Did you ever receive a paycheck

10 from Suffolk Asphalt?

11    A    Yes, I did receive.

12    Q    Do you have those paychecks?

13    A    No.

14    Q    What if I told you that you never

15 did work for Suffolk Asphalt?

16    A    Well, he knows that I did.

17    Q    You never got a paycheck from

18 them.

19    A    Well, if it's another name, yes.

20    Q    What other name?

21    A    My brother.

22    Q    You gave them a false name?

23    A    No, he gave me the union with my

24 brother's name.

25    Q    Wait.  I asked you before if you

116

1                    M. Tulio Perez

2    were in a union, you said no?

3         A       Well, not me.

4         Q       Your brother was in the union?

5         A       He -- he -- it was his idea.

6         Q       Did your brother ever work for

7    Suffolk Asphalt?

8         A       He didn't work.

9         Q       So you lied and criminally

10   impersonated your brother?

11                MR. MCNAMARA:   Objection.

12        A       No.  We went with Louis and spoke

13   with Renato, and he needed somebody with a

14   union, so he sent my brother to become a member

15   of the union, and I kept the license.

16        Q       What is your brother's name?

17        A       Jarvin.

18        Q       You impersonated Jarvin Perez?

19        A       Well, it was Louis' idea.

20        Q       It was Louis' idea that you

21   criminally impersonate Jarvin?

22        A       Well, I needed to work.

23        Q       But you did work, you testified

24   that you worked for Suffolk Paving?

25        A       Yes.  But if I didn't do that,

117

1                          M. Tulio Perez

2     there weren't going to put me in the group,

3     because they all needed to have a union.

4          Q      Is Jarvin legal?

5          A      Yes.

6          Q      Where does Jarvin work?

7                 MR. MCNAMARA:  Objection.

8          A      He's not working.

9          Q      So you stole Jarvin's identity?

10                MR. MCNAMARA:  Objection.

11         A      No.  It was only for about

12    three months.

13         Q      So you stole his identity for

14    three months?

15         A      Yes, his union.  But it was

16    because Louis told me.  Then they continued

17    paying me the same, and I told them not to.

18         Q      So you lied to make money,

19    correct?

20                MR. MCNAMARA:  Objection.

21         A      I needed to work.

22         Q      You needed to work and you felt it

23    was okay to lie because you needed to work,

24    correct?

25                MR. MCNAMARA:  Objection.

118

M. Tulio Perez

1

2    A    Yes, but it was Louis' idea.

3    Q    So it's okay to lie if you need

4    something?

5         MR. MCNAMARA:  Objection.

6    A    Yes.  But Louis said.

7    Q    Just answer my questions.  Are you

8    saying that it's okay to lie if you need

9    something?

10        MR. MCNAMARA:  Objection.

11   A    I didn't lie.  He gave my brother

12   the union so that I could work with him.

13   Q    How did Louis know your brother?

14   A    Because he went to the office and

15   we all spoke.

16   Q    Who signed your brother's name on

17   the union papers?

18   A    I don't know.  Which paper?

19   Q    Any union papers.

20   A    The one that they sent for me to

21   go and pick up?

22   Q    Any papers.

23   A    Who signed -- I don't understand.

24   Q    Did Louis ever sign your brother's

25   name to any documents?

119

1                              M. Tulio Perez

2           A        I'm not sure.

3           Q        Did you ever sign your brother's

4    name to any documents?

5                    MR. MCNAMARA:  Objection.

6           A        No.

7           Q        Did you ever sign your brother's

8    name when you were cashing paychecks?

9           A        He would sign and cash.

10          Q        Who would?

11          A        He, my brother.

12          Q        So your brother also got paid from

13   Suffolk Paving, correct?

14                   MR. MCNAMARA:  Objection.

15          A        Who?

16          Q        Your brother.

17          A        Yes.  But because I worked with

18   that union.

19          Q        You got paid from Suffolk Paving

20   for every week that you worked in a check, and

21   your brother got paid, even though he didn't

22   work, correct?

23                   MR. MCNAMARA:  Objection.

24          A        But I worked as him.

25          Q        You worked as him and as you?

120

1                    M. Tulio Perez

2          A      No.  Only when there were State

3    jobs.

4          Q      That is not what you testified

5    about before.

6          A      What did I say before?

7          Q      That you worked for Suffolk

8    Paving, you always got forty hours a week,

9    sometimes you got overtime, sometimes you got

10   paid in cash.

11                That's what you testified to

12   before, correct?

13         A      Yes.  But that was only in 2009,

14   when I had the union with my brother for about

15   three months.

16         Q      Only 2009?

17         A      Only 2009.

18         Q      In 2008, you also got paid forty

19   hours a week, correct?

20         A      Forty, but that was mine.

21         Q      In 2007, you got paid forty hours

22   a week, correct?

23         A      Yes, sometimes overtime, some

24   hours.

25         Q      In 2006, you got paid forty hours

121

1                    M. Tulio Perez

2    a week, correct?

3         A      The same, always.

4         Q      What happened after you stopped

5    using your brother's name unlawfully?

6         A      I don't know.  The work was less

7    and less.  In 2009, they would leave me at home.

8         Q      That got you upset, right?

9                MR. MCNAMARA:  Objection.

10        A      Just November and December.

11        Q      That got you upset, right?

12        A      No.

13        Q      What was the highest rate per hour

14   when you worked at Suffolk Paving?

15        A      Which hours?  How many hours?

16        Q      How much per hour was the highest

17   that you got paid?

18        A      Well, regular was $21.90.

19        Q      What was the highest rate that you

20   had ever been paid per hour?

21        A      If I worked prevailing, about $55.

22        Q      Did you ever work as an equipment

23   operator?

24        A      Sometimes.  Once Chris and I went

25   to push the machine.

122

1                         M. Tulio Perez

2          Q       So he went to push it for

3     five minutes?

4          A       No.  He got sick, he was there

5     one hour and came back.

6          Q       How long did you push the machine

7     for, how many minutes?

8          A       About an hour.

9          Q       Did you get paid for it?

10         A       No, normal.

11         Q       Do you remember any of the jobs

12    that you worked at?

13         A       We would do streets.

14         Q       Do you remember any of the streets

15    that you worked on?

16         A       Yes, I remember.

17         Q       In 2009, tell me the streets that

18    you worked on.

19         A       I can't tell you because I can't

20    remember.

21         Q       You can't remember?  You can't

22    remember any of them?

23         A       Well, we did many.

24         Q       Can you remember any of the many?

25    Do you remember any of the jobs that you worked

123

1                          M. Tulio Perez

2     on in 2008?

3          A      Well, it's difficult to remember

4     because we did different jobs.

5          Q      Do you remember any of the

6     specific hours that you worked on?

7          A      Specifically?

8          Q      Yes, specifically.

9          A      What?

10         Q      Specifically, do you remember any

11    of the jobs?

12         A      Well, it's hard to remember by the

13    year, but if you mention the job, I might

14    remember.

15         Q      I'm asking you to remember the

16    job.  I want you to mention it, if you can.  Can

17    you?

18         A      I only remember Broadway in

19    Brentwood, but I don't know what year.  I think

20    it was 2008.

21         Q      That is the only one that you

22    remember; yes or no?

23         A      We did many streets in Brookhaven

24    and also in Central Islip.

25         Q      Do you have a schedule of any of

124

1                          M. Tulio Perez

2    the hours that you worked on those streets?

3          A      I don't have, because the ones

4    that would do that was Renato and Carlos, and

5    Victor sometimes, Nelson, and Lerly, as well.

6          Q      They kept track of all of your

7    hours, as well, correct?

8          A      Yes.

9          Q      And then they destroyed those

10   hours?

11         A      What do you mean, they destroyed

12   those?

13         Q      They no longer had those?

14         A      I think they had them.

15         Q      Ask your lawyer.

16                How do you spell Jarvin?

17         A      J-A-R-V-I-N.

18         Q      Did you ever file an income tax

19   return with Jarvin's information?

20         A      No.

21         Q      What about the money that you say

22   you worked under his name?

23         A      Well, he did his own taxes.

24         Q      So he paid taxes on money that you

25   made for him?

73

1                         M. Tulio Perez

2          A       It's clear.

3          Q       So the number that you gave as a

4    Social Security number, ███████████, where did

5    you obtain that number?

6                         MR. MCNAMARA:  Objection.

7                  I'm instructing the witness not to

8              answer, pursuant to the protective order.

9                         MR. ZABELL:  Get out.  Go wait out

10             in the hallway.

11                 You stay here.

12                        MR. MCNAMARA:  I'll stay, but,

13             Counsel, don't speak to the witness that

14             way.

15                        MR. ZABELL:  I just did.

16                        MR. MCNAMARA:  Well, refrain from

17             it in the future.

18                        MR. ZABELL:  No.

19                 (Whereupon, Judge Tomlinson's

20             chambers was called and the following

21             colloquy was had:)

22                        MR. ZABELL:  I'm here with Patrick

23             McNamara.  We're calling from a

24             deposition in the Quintanilla/Suffolk

25             Paving matter.  We have a dispute.

125

1                    M. Tulio Perez

2                    MR. MCNAMARA:   Objection.

3          A        Well, I think so.

4          Q        That was not very nice of you, was

5     it?

6          A        I don't know, but Louis also.

7          Q        Louis also what?

8          A        He was the one that told me the

9     union with my brother (sic).

10         Q        How did Louis even know that you

11    had a brother?

12         A        Because my brother, Renato, Louis

13    and me spoke in the office.

14         Q        Why?

15         A        He told them that he was going to

16    give him the union so I could work.

17         Q        Why wouldn't they just give you

18    the union?

19         A        I don't know, ask him.

20         Q        I'm asking you.

21         A        I don't know.

22         Q        You have no idea, right?

23         A        No.

24         Q        No clue?

25         A        No.

126

M. Tulio Perez

1

2       Q       You would go to the yard in the

3    morning to get a ride to the next assignment,

4    correct?

5       A       No.  We had to be at the yard at

6    6:30.

7       Q       Just not all the time, right?

8       A       Always.

9       Q       Except for the times that you went

10   directly to the job, correct?

11      A       Yes.  But it was unusual that we

12   went straight to the job site.

13      Q       Then, you would spend five or ten

14   minutes at the yard, correct?

15      A       No.  Because we would get there

16   before, at 6:30.

17      Q       You would spend five or ten

18   minutes at the yard and then go out to your job?

19              MR. MCNAMARA:  Objection.

20      A       We would almost always leave the

21   yard at 6:30.

22      Q       You would leave the yard at 6:30?

23      A       Yes.

24      Q       You testified that you always got

25   to the yard at 6:30?

127

1                    M. Tulio Perez

2          A       What?

3          Q       You got to the yard at 6:30, and

4    then you would leave the yard at 6:30, correct?

5          A       Sometimes we would get there at

6    6:25, and then we would leave at 6:30.

7          Q       Then, you would go get breakfast?

8          A       Yes, sometimes.

9          Q       Egg sandwiches?

10         A       Yes.

11         Q       With mayonnaise?

12         A       Yes.  But that would only take a

13   couple of minutes.

14         Q       How many minutes would it take?

15         A       About five, ten.  Louis didn't

16   want us to stop.

17         Q       But you stopped anyway?

18         A       It was only a couple of minutes.

19   If we don't eat, we can't work.

20         Q       How about eating before you get to

21   work like a big boy?

22         A       It was very early.

23         Q       That is why it's called work and

24   not vacation.

25         A       Well, I don't take five-minute

128

1                     M. Tulio Perez

2    vacations.

3          Q      Every morning you would leave the

4    yard by 6:30, correct?

5          A      I already told you yes.

6          Q      Then, you would go to get

7    breakfast, but it was never more than

8    five minutes, correct?

9          A      Five, ten.

10         Q      Five, ten, may be fifteen or

11   twenty, sometimes?

12         A      I don't think so.

13         Q      How many were you in the truck?

14         A      Five.

15         Q      So five people in a truck each

16   getting a sandwich, correct?

17         A      They didn't all buy, some of them

18   took their own food.

19         Q      And you would get coffee too,

20   wouldn't you?

21         A      Well, I did buy coffee.

22         Q      You like coffee?

23         A      Yes.

24         Q      Do you like Dunkin' Donuts coffee?

25         A      No.

129

                                M. Tulio Perez

1

2          Q        7-Eleven?

3          A        No.

4          Q        Deli coffee?

5          A        Deli, yes.

6          Q        So you would get a coffee at the

7     deli every morning, correct?

8          A        Sometimes.

9          Q        How would you get your egg

10    sandwich?  What kind you get on it?

11         A        Sausage, bacon, egg, salt, pepper,

12    ketchup.

13         Q        A little mayonnaise?

14         A        No.

15         Q        How would you take your egg; fried

16    or scrambled?

17         A        Fried.

18         Q        With the yolk out?

19         A        No.

20         Q        You want the yolk cooked?

21         A        Yes.

22         Q        That was your breakfast every

23    morning, correct?

24         A        Yes.

25         Q        You like lunch?

130

M. Tulio Perez

1

2          A          Yes.  But we didn't always eat, we

3    would eat late.

4          Q          What would you eat for lunch?

5          A          They would send someone to buy

6    food.

7          Q          Everyday they would send someone

8    to buy food?

9          A          Most of the time, yes.

10         Q          What would you eat for lunch, what

11   would you eat?

12         A          Hispanic food.

13         Q          Like chicken cutlet?

14         A          That's not Hispanic.

15         Q          But sometimes you would eat

16   chicken cutlets?

17         A          Yes, sometimes.

18         Q          Because, you know, your friends

19   told me that, they told me you were the biggest

20   eater.

21                    MR. MCNAMARA:  Objection.

22         A          That's a lie.

23         Q          They said the young kid was the

24   biggest eater.

25         A          How do you know that I am the

131

```
1                        M. Tulio Perez
2    youngest?
3           Q       Because I spoke to them all
4    already.
5           A       I don't think so.
6           Q       Who is the youngest?
7           A       Ronald.
8           Q       Ronald who?
9           A       I already told you, Ronald Reyes.
10          Q       The one who is not suing?
11          A       Yes.
12          Q       The one who believes he was
13   treated fairly and honestly?
14          A       I don't know.  He's the only one
15   that knows.
16          Q       Right.  But you believe you were
17   treated fairly and honestly by Louis Vecchia.
18   That is what you testified to before.
19          A       Well, he would treat me well, but
20   he wouldn't pay the hours.
21          Q       Except every check you got showed
22   the hours you worked, correct?
23                  MR. MCNAMARA:  Objection.
24          A       What?
25          Q       Every check that you got showed
```

132

M. Tulio Perez

1    the hours that you worked, correct?

2

3         A       The forty hours.

4         Q       Every check you got showed forty

5    hours, correct?

6                 MR. MCNAMARA:  Objection.

7         A       Some have some overtime hours.

8         Q       Because when you worked overtime,

9    you got paid overtime, correct?

10        A       No, rarely.

11        Q       But when you were making $10 an

12   hour at Fasco, you were making $20 an hour at

13   Suffolk Paving, right?

14        A       But Fasco has nothing to do with

15   Suffolk.

16        Q       Other than to show that Suffolk

17   paid you a hell of a lot better than you got

18   paid at Fasco.  They treated you better, right?

19        A       Well...

20        Q       Well, yes or no?

21        A       He treated me well.  The only

22   thing that I said is, is that he didn't pay the

23   hours.

24        Q       Did his wife ever treat you

25   poorly?

133

1                          M. Tulio Perez

2          A        I hardly ever saw her.

3          Q        Did she beat you?

4                   MR. MCNAMARA:  Objection.

5          A        Who?

6          Q        His wife.

7          A        Why would she hit me?

8          Q        Was she nasty?

9          A        Who?

10         Q        His wife.

11         A        No, I hardly saw her.  She would

12    always be in the office, and I hardly ever went

13    to the office.

14                  MR. MCNAMARA:  Objection.

15         Q        Did she spit on you?

16         A        No.

17         Q        Why are you suing her?

18         A        Because they didn't pay me

19    overtime hours.

20         Q        Who didn't?

21         A        Suffolk Paving.

22         Q        Why are you suing his wife?

23         A        I'm suing the company.

24         Q        No, you're suing his wife.  Don't

25    you know that?

134

1               M. Tulio Perez

2               MR. MCNAMARA:  Objection.

3       A       The paper that I have, it says

4   Helene, Louis and Chris.

5       Q       Yes.  You're suing his wife.

6               Do you not understand that?  You

7   don't understand that at all?

8       A       That they're the ones that are in

9   the lawsuit.

10      Q       Do you not want to sue his wife?

11              MR. MCNAMARA:  Objection.

12      A       Well, I'm suing the company for my

13  overtime hours and that is everything.

14      Q       No, you're suing his wife, too,

15  and his boy?

16      A       But they're part of the company.

17      Q       No, Chris is not part of Suffolk

18  Paving.

19      A       But they're together.

20      Q       What do you mean, "they're

21  together"?

22      A       Well, they use the same machine,

23  Suffolk uses the same machine, that the two

24  companies use the same machine.

25      Q       Is that the only basis for

135

1                          M. Tulio Perez

2    believing that they're the same company?

3           A       Well, they're two companies.

4           Q       And you only worked for Suffolk

5    Paving?

6           A       And for the other one, but with my

7    brother.

8                   MR. ZABELL:  Let's take a short

9               recess.

10                  (Whereupon, a recess was taken

11              from 2:25 p.m. to 3:27 p.m.)

12          Q       Do you have any of your pay stubs

13   from Suffolk Paving for 2009?

14          A       I'm not sure, I think so.

15          Q       Where are they?

16          A       If I have them, they're at home.

17          Q       Did your lawyers ask you to

18   provide them?

19          A       They didn't say anything.

20          Q       So you never provided it to them?

21                  MR. MCNAMARA:  Objection.

22          A       I only gave them the income taxes.

23          Q       You gave them your income tax

24   returns?

25          A       Yes.

136

1                          M. Tulio Perez

2          Q        Did you give them any of Jarvin's

3     income tax returns?

4          A        No.

5          Q        Jarvin is a citizen, correct?

6          A        No.

7          Q        Did Jarvin come here illegally?

8                   MR. MCNAMARA:   Objection.

9          A        No.

10         Q        He came here legally?

11         A        Yes.

12         Q        You didn't come here at the same

13    time as Jarvin, did you?

14         A        (No verbal response.)

15                  MR. MCNAMARA:   Mr. Perez, you can

16         answer that question.

17         A        No.

18         Q        Did he come before you or after

19    you?

20         A        After.

21         Q        You came after him or he came

22    after you?

23                  MR. MCNAMARA:   Objection.

24         A        He came after.

25         Q        He's a nice guy?

137

1                        M. Tulio Perez

2          A      I think so.

3          Q      Honest?

4          A      For me, yes.

5          Q      More trustworthy than you?

6                 MR. MCNAMARA:  Objection.

7          A      Well, I'm responsible for my own

8    actions.

9          Q      I know you are.  That's why I'm

10   asking you if Jarvin is more trustworthy than

11   you.

12         A      I don't know.

13         Q      You think so?

14                MR. MCNAMARA:  Objection.

15         A      If I think what?

16         Q      Jarvin is more honest than you.

17                MR. MCNAMARA:  Objection.

18         A      I don't know.  I only know about

19   myself.

20         Q      What about Louis Vecchia, he is an

21   honest person?

22         A      I don't think so.

23         Q      Did he ever lie to you?

24         A      Well, I think he did.

25         Q      What did he lie to you about, told

138

1                    M. Tulio Perez

2    you that haircut looked good?

3         A     Sometimes he did.

4         Q     Sometimes he told you your haircut

5    looked good?

6         A     Yes.

7         Q     And you knew that was a lie?

8               MR. MCNAMARA:  Objection.

9         A     I think so.

10        Q     What else?

11        A     He told me I was handsome.

12        Q     Did he tell you about the hair

13   under your face?

14        A     I didn't have that at that time.

15        Q     It just grew in?

16        A     Yes.

17        Q     Just like your lawyer, his grew in

18   just yesterday.  He's like a pale version of

19   you.

20              MR. MCNAMARA:  Objection.

21        Q     That is all he lied to you about?

22   He told you that you were handsome, when you

23   didn't think that you were?

24        A     Just that.

25        Q     Nothing else?

139

1                        M. Tulio Perez

2          A      No.

3          Q      So he was always pretty honest

4     with you, right?

5          A      I think that he was, but the only

6     thing is the hours.

7          Q      Right.  Because that is what you

8     practiced to say today?

9                 MR. MCNAMARA:  Objection.

10         A      Since you asked me many times, I

11    already know.

12         Q      That is what you practiced to say

13    today, right?

14                MR. MCNAMARA:  Objection.

15         Q      You can say yes.

16         A      Maybe.

17         Q      You worked with Renato Guerra the

18    entire time, correct?

19         A      Fajardo.

20         Q      Fajardo, did I say that right?

21         A      No.

22         Q      How do I say it?

23         A      Fajardo.

24         Q      Si, no?

25         A      Yes.

140

1                    M. Tulio Perez

2          Q       Maynor Fajardo or Renato Fajardo,

3    is that good?

4          A       Yes.

5          Q       Or just passable?

6          A       You said it well.

7          Q       Thank you.

8                  There was a period of time where

9    Maynor Fajardo left the country, do you remember

10   that?

11         A       I think it was in 2008, I think,

12   I'm not sure.

13         Q       When he left the country, you

14   didn't work with him, right?

15         A       Not at that time.

16         Q       Who did you work with during that

17   time?

18         A       With Chris, Carlos.  Chris was in

19   charge.

20         Q       So before Chris was in charge, it

21   was Maynor Fajardo?

22         A       Yes.

23         Q       You still worked the same schedule

24   that you testified to before, correct?

25         A       Yes.

141

1                        M. Tulio Perez

2          Q       You were in at 6:30 and you would

3     stop work anywhere between 4:30 and 5:30,

4     correct?

5                        MR. MCNAMARA:  Objection.

6          A       That was the norm.

7          Q       And you would stop for breakfast

8     every morning, correct?

9          A       Yes.

10          Q       Somebody would get lunch during

11     the day, correct?

12          A       For lunch, yes.

13          Q       You would either get Spanish food

14     or chicken cutlets?

15                        MR. MCNAMARA:  Objection.

16          A       Hispanic and sometimes chicken

17     cutlets.

18          Q       You love those chicken cutlets?

19          A       I don't like them.  I ate them so

20     much, I got bored of them.

21          Q       Did you like them fried of

22     grilled?

23          A       I think fried.

24          Q       Of course, because that is the bad

25     stuff.  It clogs your arteries and gives you a

142

1                          M. Tulio Perez

2      heart attack at an early age.

3              A        I take care of myself, I exercise.

4              Q        You do?

5              A        Yes.

6              Q        But you still like the fried

7      chicken cutlets?

8              A        I hardly eat that anymore.

9              Q        Anymore, but when you did eat it,

10     did you eat it with cheese?

11             A        I didn't like cheese.

12             Q        Did you have it with mustard,

13     ketchup?

14             A        Ketchup, yes.

15             Q        Mayonnaise?

16             A        No.

17             Q        Pickles?

18             A        No.

19             Q        Lettuce, tomato?

20             A        Yes.

21             Q        Onion?

22             A        No.

23             Q        Basil?

24             A        No, I don't like that.

25             Q        You don't like basil?

143

1                          M. Tulio Perez

2          A       No.

3          Q       What's the matter with you?

4          A       I don't like it, that's it.

5          Q       Something is wrong with you.

6    Basil promotes good colon care.

7                  MR. MCNAMARA:  Is that true?  I

8             guess that means I'm protected.

9          Q       Did you know that?

10         A       No.

11         Q       Do you not care about your colon?

12         A       I don't like that, that's it.

13         Q       You should keep an open mind,

14   okay?

15         A       That's fine.

16         Q       Do you know how long Maynor

17   Fajardo was out of the country for?

18         A       I'm not sure, but about six or a

19   year (sic).

20         Q       Six what?

21         A       Months or one year, I don't know.

22         Q       Do you know why he left the

23   country?

24         A       Yes, I know.

25         Q       Why?

144

1                              M. Tulio Perez

2          A       Because his mother was sick.

3          Q       And?

4          A       And he had a girlfriend in

5    Columbia.

6          Q       What about his wife?

7          A       They separated.

8          Q       Because he went to see his novia

9    in Columbia?

10         A       No, because most people -- most of

11   us who work there, we used to get out late, so

12   our woman would get tired of that.

13         Q       Your woman would get tired of you

14   bringing home a paycheck and making good money

15   and leave you, right?  They would leave you for

16   someone that doesn't work very hard and doesn't

17   make money?

18         A       Maybe, I don't know.

19         Q       Yes, you know, you know a little

20   bit.

21         A       I don't.

22         Q       Are you saying Maria left you

23   because you worked too hard?

24               MR. MCNAMARA:  Objection.

25         A       No.  That was for problems that we

145

M. Tulio Perez

1    had.

2         Q      Were the problems that you had
3    because you worked too hard?

4              MR. MCNAMARA:  Objection.

5         A      Lack of communication.

6         Q      That is a very sophisticated
7    answer you gave there.

8         A      I knew you were going to say that.

9         Q      Did you not communicate about your
10   girlfriend to her?

11             MR. MCNAMARA:  Objection.

12        A      I didn't have another one.

13        Q      Yes, you did.

14        A      Well, I know that I didn't.

15        Q      Do you know what you look like
16   when you lie?

17             MR. MCNAMARA:  Objection.

18        A      No.

19        Q      Do you want to go into the
20   bathroom and take a look in the mirror?

21        A      I don't need to go to the
22   bathroom.

23        Q      Just to look in the mirror so you
24   can see what you look like when you lie?

146

1                           M. Tulio Perez

2          A        I'm not lying.

3          Q        Did you ever lie to Maria?

4                   MR. MCNAMARA:   Objection.

5          A        No.

6          Q        Never?

7          A        Never.

8          Q        You never told her she looked good

9     when she didn't look so good?

10         A        No.

11         Q        You never told her that the meals

12    that she cooked for you tasted great, when you

13    knew it didn't taste so good?

14         A        She always cooked well.

15         Q        You never told her that she looked

16    just like she looked the first time you set eyes

17    on her?

18         A        What?

19         Q        You never said to her she looks

20    better with age?

21         A        When she was older, she looked

22    better.

23         Q        You never said that to her?

24         A        No.

25         Q        Did she?

147

1                          M. Tulio Perez

2          A       No, I never said anything.  Since

3    I would get home late, I would be very tired and

4    I would just go to sleep.  When you work with

5    asphalt, it's very hot and you get home very

6    tired.

7          Q       Is that what was wrong with the

8    relationship?

9          A       I think that was part of it, but

10   the rest, I think we didn't understand each

11   other.

12                 MR. MCNAMARA:  Objection.

13         Q       Does she not speak Spanish?

14         A       She speaks Spanish.

15         Q       Where was she from?

16         A       From El Salvador.

17         Q       But you both speak Spanish; how

18   could you not understand each other?

19         A       Yes, but I'm not talking about the

20   language, but about decisions, many things, a

21   lot of times, you don't get along, just like all

22   couples.

23         Q       Is it because men are from Mars

24   and women are from Venus?

25         A       I don't know, if you say so.

148

1                          M. Tulio Perez

2          Q      But you never lied to a woman,

3    right?

4          A      No.

5          Q      You never said they were beautiful

6    just to sleep with them?

7          A      No.

8          Q      He did?

9          A      He's another person.

10         Q      Look at him, his face is as red as

11   your shirt.

12                Did you ever lie to get something

13   you wanted?

14                MR. MCNAMARA:  Objection.

15         A      No.  I'm a person who says things

16   that I think.  I say it to your face, not behind

17   your back.

18         Q      So you never lied, cheated or

19   stole to get what you wanted, correct?

20                MR. MCNAMARA:  Objection.

21         A      I have never stolen.

22         Q      Have you ever lied?

23         A      Well, I think everyone has lied at

24   least sometime, but that doesn't mean that

25   person is a liar.

149

1                              M. Tulio Perez

2          Q      So you're saying a person is not a

3     liar if they lie?  Is that for me?

4          A      Can I answer?

5          Q      Only if it's for me.  If it's not

6     for me, then, no.

7          A      It's not for you.

8          Q      How do you know?

9          A      Because it's my telephone.

10         Q      Is it your girlfriend?

11         A      No.

12         Q      Was it my girlfriend?

13         A      I don't know if you have one.

14         Q      Who was it?

15         A      A friend.

16         Q      What was his name?

17                MR. MCNAMARA:  Objection.

18         A      Lerly.

19         Q      Lerly Noe?

20         A      Yes.

21         Q      I love that name.  When I get a

22    dog, I'm going to name it Lerly Noe.

23         A      That's good.

24         Q      Noe Zabell.

25                Was Lerly calling to see how you

150

1                    M. Tulio Perez

2    were doing?

3         A      No.

4         Q      Why was he calling you?

5         A      Well, because he is my friend and

6    he can call me anytime.

7         Q      He can call me too.

8         A      I don't think he has your number.

9         Q      I've got yours.

10        A      Who has it?

11        Q      Me.

12        A      Which telephone?

13        Q      That is not the number I'm talking

14   about.

15               MR. MCNAMARA:  Objection.

16        Q      Why don't you tell me your cell

17   phone number?

18               MR. MCNAMARA:  Objection.

19        A      Which number?

20        Q      The number for that phone.

21        A      My telephone, yes, I'll give it to

22   you.    ███████████ .

23        Q      Is that the number that you had

24   when you worked at Suffolk Paving?

25        A      No.

151

1                        M. Tulio Perez

2          Q       You had a cell phone back then?

3          A       Yes, but sometimes I didn't have a

4    phone.

5          Q       In 2010, did you ever call Louis

6    Vecchia to try to get a job?

7          A       No, I called Tommy.  I'm not sure

8    if it was at the beginning of the 2010 season,

9    but he didn't answer, so I looked for work

10   somewhere else.

11         Q       And you got a job at Fasco?

12         A       Yes.

13         Q       When did you start at Fasco?

14         A       2010.

15         Q       When in 2010?

16         A       In about April.

17         Q       At the beginning of the season?

18         A       Yes.

19         Q       So you didn't lose any time?

20         A       I think, because I went out to

21   look for work.

22         Q       So you didn't lose any time,

23   right?

24         A       Yes, I did miss because I started

25   late.

152

1                    M. Tulio Perez

2          Q      My client says you do a good job.

3          A      He knows that I do.

4          Q      I just said that he told me that

5   you do.  He said your attitude is not so good,

6   though.

7          A      Who?

8          Q      You.

9                 Is that true?  Do you have a bad

10  attitude?

11                MR. MCNAMARA:  Objection.

12         A      That is a lie.

13         Q      I think you have a bad attitude

14  and that is just from today.

15                MR. MCNAMARA:  Objection.

16         A      Ask anyone and see what they say.

17         Q      That is what Lou said; good

18  worker, bad attitude, he used to fight with

19  Renato.

20         A      One time.

21         Q      I heard it was more and it was

22  bad.

23         A      Then, you know more than me.  I

24  don't think you know more than I do.

25         Q      You don't?  I know a lot more than

153

1                        M. Tulio Perez

2    you do.

3           A      Yes, but I said Lou.

4           Q      You said Louis what?

5           A      Because Louis said that I had

6    fought more than once with Renato.

7           Q      Did you always listen to Renato?

8           A      I always listened to him.

9           Q      Was Renato honest all the time?

10          A      With me, yes.

11          Q      With others, no?

12          A      I don't know.

13          Q      Sure, you do.

14          A      Why didn't you ask him when he

15   came?

16          Q      I did.

17          A      What did he say?

18          Q      A lot of lies.  He admitted to

19   lying too.  It's okay.  I come to expect it from

20   you.

21                 MR. MCNAMARA:  Objection.

22          Q      We all do.

23                 What time each day would you eat

24   lunch?

25          A      It was no specific time.

154

1                              M. Tulio Perez

2          Q        They would send somebody off to

3    get it, and then you would all come back and

4    eat?

5          A        One person went.

6          Q        Who was that person usually?

7          A        Sometimes it was Victor, Carlos.

8          Q        Carlos Escalante?

9          A        Yes.

10         Q        Victor Quintanilla?

11         A        Or Lerly, it depended on who was

12   in the group.

13         Q        Lerly Noe Rodriguez?

14         A        Yes.

15         Q        I love that name.

16         A        Yes, for your dog, right.

17         Q        Yes.  Little Noe.

18                  Would you all eat chicken

19   sandwiches or Spanish food?

20         A        I already told you about that

21   three times.

22         Q        Tell me again.

23         A        Okay.  Chicken cutlet or Hispanic

24   food.

25         Q        On a roll or a hero, would you eat

155

1                    M. Tulio Perez

2    that chicken cutlet?

3         A       I liked a roll.

4         Q       You liked a roll, a nice big

5    sandwich, right?

6         A       Yes.

7         Q       What would you drink with that

8    sandwich?

9         A       A soda.

10        Q       A soda?  Not even Gatorade?

11        A       No.

12        Q       Iced tea?

13        A       Yes.

14        Q       Because soda is no good for you,

15   it will rot your teeth.

16        A       But the dentist can fix them.

17        Q       I didn't know you were such a

18   wealthy man.

19                Do you have dental insurance?

20        A       No.

21        Q       Did you ever have dental

22   insurance?

23        A       No.

24        Q       Did you ever go to a dentist?

25        A       Yes.

156

1                    M. Tulio Perez

2          Q      They fixed your rotting tooth?

3          A      He's never fixed a rotten tooth.

4          Q      Your dentist has never fixed a

5    rotten tooth?

6          A      No.

7          Q      I think maybe you should find a

8    new dentist, maybe one that has fixed a rotten

9    tooth.

10         A      That's fine.

11         Q      Okay?

12         A      That's fine.

13         Q      Did you ever break the law?

14         A      Sometimes, yes.

15         Q      Tell me the last time you broke

16   the law.

17         A      Some tickets that I haven't paid.

18         Q      What kind of tickets?

19         A      Transit.

20         Q      You mean from driving?

21         A      ████  ████  ███████

22         Q      ████████████████████

23         A      ██

24         Q      ██████████████████████

25         A      ██

1              M. Tulio Perez



2    Q    ████████████████████

3    █    ███

4    █    ███████████  █████

5         ███  ██████    ██████

6    █    ███

7    Q    ██████████████████████

█  ██████

█         ████  ██████    ██████

█    █    ███

█    █    ███████████████████

█    ██████████  ████████

█    █    ██████  ████████

█    Q    Right.  So you didn't mind

15   breaking the law to make money, correct?  You

16   have two babies at home?

17         A    Yes.

18         Q    And two baby mamas, right?

19         A    Right -- what?

20         Q    You have two baby mamas you have

21   to support too?

22         A    No, only my daughter.

23         Q    You don't support the woman who

24   gave you your daughter?

25         A    Not the one that I am separated

158

M. Tulio Perez

1    from.

2    Q    You took the best years of her

3    life and you don't support her?

4    A    How do you know they were the best

5    years?

6    Q    Look.  Not everybody has got such

7    great years, but whatever they were, you took

8    some years from her.

9

10   A    But she also took mine.

11   Q    What did she take from you?

12   A    Same thing that I took from her.

13   Q    You still have your hair, you

14   still have your waistline.

15   A    Well, I do.

16   Q    You still have that fuzz under

17   your face.

18   A    Yes, I have it here.

19   Q    So what did you lose?

20   A    My daughter, because she's not

21   with me.

22   Q    That's your own fault.

23   A    I don't think it's only mine.

24   Q    Whose fault do you think it is?

25   A    Both of us.

159

1                    M. Tulio Perez

2        Q      Is it Louis Vecchia's fault?

3        A      I don't think so.

4        Q      Is it my fault?

5        A      I didn't know you at that time.

6        Q      Was it Patrick's fault?

7        A      It's the first time that I have

8  ever saw him.

9        Q      Was the first time you ever saw

10  him, it may not be the first time that Maria

11  ever saw him.

12        A      I have no problem with that.

13        Q      You said he was very cute before?

14        A      I am not jealous.

15        Q      I thought maybe you were.

16        A      No.

17        Q      So you don't support her at all?

18        A      My daughter, yes.

19        Q      $110 a week, correct?

20        A      Yes.

21        Q      Are you sure about that number?

22        A      Yes.

23        Q      How much a month?

24        A      $440, depends on the weeks.

25        Q      Why does it depend on the weeks?

160

1                          M. Tulio Perez

2          A       Because some months have

3     five weeks, so then it's $550.

4          Q       How else have you broken the law

5     since you have been in the United States?

6          A       Only tickets, traffic, just

7     traffic tickets.

8          Q       Just traffic tickets?

9          A       Yes.

10         Q       ███████████████████ ███████

11         █       ████

12         Q       And using your brother's

13    identification?

14                 MR. MCNAMARA:   Objection.

15         A       Yes.

16         Q       ████████████ ██████████████

█   ████████

█       ████ ███████    ███████

█       █   ████

█       █   ██████████████    ████████

█     █ ██████████████████

█       ████ ██████    ████████

█       █   ████

█         Q       All of that is acts that you have

█     taken to break the law, correct?

161

1                    M. Tulio Perez

2                    MR. MCNAMARA:  Objection.

3          A        Yes.

4          Q        But it was okay, because you were

5     doing that to make money, correct?

6          A        Not to make money, to support my

7     family.

8          Q        What's the difference?

9          A        There is a lot of difference,

10    because to make money, it's not only to make

11    money, it's to support my family.

12         Q        You mean to support your family

13    making money?

14         A        (No verbal response.)

15         Q        We're waiting for your answer.

16         A        The one about the money?

17         Q        Yes.

18         A        Well, I earned that money to

19    support my family.

20         Q        It was okay to lie and cheat in

21    order to get that money, correct?

22         A        Well, I needed to do that.

23         Q        You needed to lie and cheat to get

24    that money?  I'm not judging.  Right?

25         A        Yes.

162

1                    M. Tulio Perez

2          Q      Have you ever been arrested?

3                 MR. MCNAMARA:  Objection.

4          A      No.

5          Q      Either in this country or in

6    another country?

7                 MR. MCNAMARA:  Objection.

8          A      No.

9          Q      Are you sure?

10         A      Yes.

11         Q      In Honduras, you were never

12   arrested?

13         A      No, because I was a baby there, a

14   child.

15         Q      How old were you when you came to

16   the United States?

17         A      I was an adolescent.

18         Q      You're still an adolescent.

19         A      If that is what you say, that's

20   fine.

21         Q      That is a compliment.

22         A      Well...

23         Q      ███████████████████████████████

24   █████████

25         A      ███████ ██████████ █ ████████████



1

2

3    Q

4    A

5    Q

6

9    Q

10   A

11   Q

12   since 2001?

13   A

14   Q

15   A

16   Q

17   you been?

18   A

19   Q

20

21

22   Q

23

MR. MCNAMARA:    Objection.

1

2

3

4

5          Q        In the United States and you have

6     been to LA?  I love LA.

7          A        Me, too.

8          Q        What do you like about LA?

9          A        That there are a lot of bridges

10    and a lot of lights.

11         Q        Bridges and lights?

12         A        Yes.

13         Q        Not beautiful women and beaches?

14         A        No.

15         Q        No interest in that, right?

16         A        No.

17         Q        You would rather look at a

18    beautiful bridge than a beautiful woman?

19                  MR. MCNAMARA:  Objection.

20         A        Yes, because sometimes women cause

21    a lot of problems.

22         Q        Sometimes bridges cause a lot of

23    problems.

24         A        They don't cause me any problems.

25         Q        Because you don't have a car,

165

1                           M. Tulio Perez

2      right?

3           A       (No verbal response.)

4           Q       Did any woman cause you problems

5      in LA?

6           A       No.

7           Q       How long were you in LA?

8           A       Just one day.

9           Q       Did you see any movie stars?

10          A       No.

11          Q       Did you look for them?

12          A       I was not looking for anyone.

13                  MR. ZABELL:   I think we're going

14          to take a break, okay.

15                  MR. MCNAMARA:   Any chance we can

16          wrap this up?

17                  (Whereupon, a recess was taken

18          from 4:00 p.m. until 4:19 p.m.)

19          Q       Did you ever work on a prevailing

20     wage job and not get paid prevailing wage rates?

21          A       One time, yes.

22          Q       Where was that?

23          A       Well, I worked forty-five, they

24     paid me twenty, and the rest, they paid me

25     regular.

166

1                      M. Tulio Perez

2          Q      Where was that?

3          A      I don't remember where it was.

4          Q      Do you remember when it was?

5          A      No, I only remember that it

6     happened.

7          Q      So you don't remember when it

8     happened, you don't remember where it happened.

9                 Do you remember to whom it

10    happened?

11                MR. MCNAMARA:  Objection.

12         A      It happened to me.

13         Q      When?

14                MR. MCNAMARA:  Objection.

15         A      Well, I can't tell you the exact

16    date.

17         Q      Why?

18         A      I don't recall.

19         Q      Who?

20                MR. MCNAMARA:  Objection.

21         A      Me.

22         Q      In Honduras?

23                MR. MCNAMARA:  Objection.

24         A      We're not talking about Honduras.

25         Q      Who knows?  You don't know when it

167

1                              M. Tulio Perez

2    happened.  It happened in 2001?

3                         MR. MCNAMARA:  Objection.

4         A    I was not working at Suffolk at

5    that time.

6         Q    I don't care where you were

7    working.

8              Did it happen in 2001?

9                         MR. MCNAMARA:  Objection.

10        A    No.

11        Q    Did it happen in 2002?

12        A    I was not working there at that

13   time.

14        Q    Did it happen in 2003?

15        A    No.

16        Q    Did it happen in 2004?

17        A    I don't know.

18        Q    Did it happen in 2005?

19                        MR. MCNAMARA:  Objection.

20        A    Approximately, 2008, 2007.

21        Q    But you have no idea what job it

22   was, right?

23        A    I can't remember.  We did so many

24   jobs.

25        Q    All you can remember is that you

168

1                          M. Tulio Perez

2    would get paid forty hours, right?

3              A      Yes, that, I know.

4              Q      Forty hours, right?

5              A      That is what they paid me.

6              Q      So every week your paychecks

7    indicated that you worked forty hours?

8                     MR. MCNAMARA:  Objection.

9              A      Sometimes they would pay me some

10   hours.

11             Q      Sometimes you would get overtime,

12   right?

13             A      Sometimes.

14             Q      On the checks that you got paid

15   overtime, you actually worked overtime, right?

16             A      But they didn't pay what it was.

17             Q      But the weeks you got paid

18   overtime were weeks that you actually worked

19   overtime, right?

20                    MR. MCNAMARA:  Objection.

21             A      I always worked overtime hours.

22             Q      Except for the weeks that you

23   didn't, right?

24                    MR. MCNAMARA:  Objection.

25             A      I always did overtime.

169

1                      M. Tulio Perez

2        Q       There were some weeks that you

3   didn't even work forty hours, right?

4        A       Yes.  But that was unusual.

5        Q       But your regular time was always

6   recorded accurately on your paychecks, right?

7        A       Not the overtime hours.

8        Q       The regular time hours were always

9   recorded correctly?

10                  MR. MCNAMARA:  Objection.

11       A       The normal hours, yes.

12       Q       Did you ever complain to anybody

13  when you worked at Suffolk Paving?

14       A       Yes.  We would tell Tommy and

15  Louis, and they would say next week, that they

16  would put it in our check next week, then we got

17  tired of telling them.

18       Q       Who is the "we" that would tell

19  them?

20       A       Renato would tell them, Carlos.

21       Q       Oh, Renato would tell them, but

22  you would never tell them?

23                  MR. MCNAMARA:  Objection.

24       A       I would tell Renato to tell them.

25       Q       So you don't know if Renato would

170

1                     M. Tulio Perez

2    tell them?

3                     MR. MCNAMARA:  Objection.

4         A     I know that he was telling them.

5         Q     Did you know that Renato was given

6    cash to give you guys?

7                     MR. MCNAMARA:  Objection.

8         A     No, I don't know.  He never --

9    Renato never has given me cash.

10        Q     Do you know if he was given cash

11   to give you and he robbed from you?

12                    MR. MCNAMARA:  Objection.

13        A     No.

14        Q     And from your baby?

15                    MR. MCNAMARA:  Objection.

16        A     Which baby?

17        Q     I don't know.  How many do you

18   have?

19        A     Two.

20        Q     Well, Marilyn is young?

21        A     At that time, I only had one.

22        Q     Cherlin?

23        A     Yes.

24        Q     So that is the baby that he stole

25   from.  Are you comfortable with the fact that he

171

M. Tulio Perez

1    stole from her?

2              A        How do you know that he stole?

3              Q        If he was given cash to give you

4    and he never gave you cash, then he stole from

5    you and your baby.

6              A        That is a lie, because he would

7    say that the following week that he would

8    include it in the check and he never did.

9              Q        I'm lying, he couldn't be lying,

10   right?

11             A        Who is not lying?

12             Q        Did anybody tell you that there

13   was an offer to settle this case?

14                  MR. MCNAMARA:   Objection.

15             A        No.

16             Q        If there was an offer to settle

17   this case, don't you think you should have been

18   told?

19             A        Well, I know that Louis offered

20   $100,000 to Mendez for all of us and that is

21   offensive.  It's a joke.

22             Q        How much money are you looking

23   for?

24             A        What they owe me.

172

M. Tulio Perez

1

2    Q    How much is that?

3    A    Well, I'm not an accountant to be

4    able to figure it out.

5    Q    So you have no idea what you

6    believe you're owed?

7    A    If you want, I can figure it out.

8    Q    How would you go about to figure

9    it out?  No, put your phone away.  I want you to

10   tell me the formula.

11   A    Okay.  Minimum three hours a day,

12   times five days, that is fifteen.  One month is

13   sixty times nine, how much is that?  I don't

14   know, by six.

15   Q    Who told you that formula?

16   A    No one.  I went to school and I

17   know a little bit about numbers.

18   Q    Did you learn how to lie to get

19   what you want in that school?

20   A    No.  They only showed me how to

21   read and write.

22   Q    Did you learn how to cheat?

23        MR. MCNAMARA:  Objection.

24   A    No.

25   Q    Did they teach you how to commit

173

1                          M. Tulio Perez

2    fraud in that school?

3         A      No.  I have always been an honest

4    person.

5         Q      You admitted to me to lying,

6    cheating and stealing here in the United States.

7                MR. MCNAMARA:  Objection.

8         A      I never told you that I have

9    stolen.

10        Q      You stole your brother's identity,

11   correct?

12        A      I didn't steal that, because it

13   was Louis' idea and he knows that.

14        Q      ███████████████████████████

███   ████████████████████

███   ████  ██████  ████████

███     █   ████████ █ █████████████

███     █   ██████████

███     █   ███████████   █████

███     █   █████████████████████████

███   █████  ████████

22               MR. MCNAMARA:  Objection.

23      █   ███████  █████████████

24   █████████  █████████████████████████

25   ████████ .

174

1                    M. Tulio Perez

2          Q

6    talking about you.

            I'm not talking about Louis.  I'm

18         Q      But you don't have to have a

19   family if you can't support them, right?  No one

20   told you to have babies, right?

21         A      Yes, but I support the babies.

22         Q      With money that you cheat, lie and

23   steal to get, right?

24         A      I didn't steal it.  I earned it by

25   working.

175

1                              M. Tulio Perez

2          Q      You earned it by cheating, lying

3     and stealing?

4                 MR. MCNAMARA:  Objection.

5          A      I don't think I have robbed.

6          Q      ███████████████████████

7     ███████████  ███████████████████████

8     ██████████████  █  ██████████████████

9     ████████████████████████████████████████

10    ████████████████████████████████

11    ██████████  ██████████████████████████

12    █████

13                MR. MCNAMARA:  Objection.

14         A      Why not?

15         Q      Because if you have to cheat and

16    steal and lie just to support them, some people

17    would say that it's more important to be a good,

18    decent, honest person, and live within my means

19    than to lie, cheat and steal.  That is why not.

20                Do you believe in religion?

21                MR. MCNAMARA:  Objection.

22         A      I do.

23         Q      Do you go to church?

24                MR. MCNAMARA:  Objection.

25         A      No.

176

1               M. Tulio Perez

2      Q     Did you ever?

3      A     Yes, I have gone.

4      Q     Whoever you pray to, do they tell
5   you that it's okay to lie, cheat and steal?

6            MR. MCNAMARA:  Objection.

7      Q     Yes or no?

8      A     Yes or no what?

9      Q     Whoever you pray to, do they say
10  it's okay for you to lie, cheat and steal?

11     A     I don't know.

12     Q     You don't know?  Who do you pray
13  to?

14     A     To you.

15     Q     I wish.

16           Who do you pray to?

17           MR. MCNAMARA:  Objection.

18     A     To God.

19     Q     Who is your God?

20           MR. MCNAMARA:  Objection.

21     A     The same one that you have.

22     Q     Does your God tell you that it's
23  okay to lie, cheat and steal?

24           MR. MCNAMARA:  Objection.

25     A     I never spoken with him.

177

1                          M. Tulio Perez

2          Q       Your mother didn't make you go to

3    church as a little boy?

4                  MR. MCNAMARA:  Objection.

5          A       I don't know.

6          Q       You're not going to answer my

7    questions.  You're going to say you don't know?

8          A       I don't know.  What do you want me

9    to tell you?

10         Q       I want you to tell me if you went

11   to church as a child or not.

12         A       I think I did.

13         Q       Do you go to church now?

14         A       No.

15         Q       Do you think you should?

16                 MR. MCNAMARA:  Objection.

17         A       Yes.

18         Q       When are you going to start?

19         A       Maybe in the winter.

20         Q       Maybe that's too late.

21                 MR. MCNAMARA:  Objection.

22         A       It's never too late.

23         Q       Maybe it's too late.

24                 MR. MCNAMARA:  Objection.

25         Q       Is there anything else you want to

178

1                          M. Tulio Perez

2     tell me?

3           A       No.

4           Q       Did you drive here today?

5                   MR. MCNAMARA:   Objection.

6           A       No.

7           Q       You didn't break the law coming

8     here today?

9                   MR. MCNAMARA:   Objection.

10          A       I don't think so.

11          Q       When was the last time you broke

12    the law?

13                  MR. MCNAMARA:   Objection.

14          A       I don't recall, it was just the

15    tickets.

16          Q       ███████████████████████████████

██    ████████  ████████

18                  MR. MCNAMARA:   Objection.

19          A       ████

20          Q       ████████████████████████████

██    ██████████████████  ██████

██                  ████  ██████████  █████████

██          █       █████

██          █       ████████████  ████████████

██          █       ██████



```
1                          M. Tulio Perez
2              Q
               ▮
               ▮
               ▮       ▮
               ▮       ▮
               ▮
               ▮
9                     MR. MCNAMARA:  Objection.
10             Q     Do you know that?
11             A     Yes.
12             Q     Are you happy about that?
13                    MR. MCNAMARA:  Objection.
14             A     No.
15             Q
▮
17             A
18             Q     You'll do anything for the money,
19       right?
20                    MR. MCNAMARA:  Objection.
21             A     I only work for money.
22             Q     You'll do anything for money,
23       right?
24                    MR. MCNAMARA:  Objection.
25             A     I only work for money.
```

180

                          M. Tulio Perez

1

2          Q       You only work, you only lie, you

3    only cheat, you only steal?

4                  MR. MCNAMARA:  Objection.

5          Q       For the money, right?

6                  MR. MCNAMARA:  Objection.

7          A       Okay, I know that I work to earn

8    money.

9          Q       You also lie so you can earn

10   money, right?

11         A       If that is what you think, that's

12   fine.

13         Q       It's the truth.

14         A       Well, that's what you think.

15         Q       Didn't you admit to lying,

16   cheating and stealing here today?

17                 MR. MCNAMARA:  Objection.

18         A       I don't steal from anyone.  You're

19   the one that says that.

20         Q       You stole from your brother?

21                 MR. MCNAMARA:  Objection.

22         A       But Louis told us.

23         Q       But you stole from your brother?

24                 MR. MCNAMARA:  Objection.

25         Q       Right?

181



1                           M. Tulio Perez

2          A       He was in agreement.

3          Q       So your brother says it's okay for

4     you to steal from him, right?

5                  MR. MCNAMARA:  Objection.

6          A       He only gave me that for the

7     union, that was it.

8          Q

10

11

12         Q

           A

           Q

21         A

22         Q

23    Stop playing games.

24                 MR. MCNAMARA:  Objection.

25         A       Okay, that's fine.



```
 1                  M. Tulio Perez

 2        Q     ████████████████████

 3   ██████████████████████

 4              MR. MCNAMARA:  Objection.

 5        Q     ███████████   █████

 6   ██████████  ██████████  ██████

 7   █████  ██████

 8              MR. MCNAMARA:  Objection.

 9        A     ███ █ ████████████

10        Q     ███████████

11        ████  ████████  ████████.

12        Q     █████

13        █     █ ████████████

14        Q     █████████████████

15   ██████████████

16              MR. MCNAMARA:  Objection.

17        A     ███████████

18        Q     █████████████

19   █████████

20              MR. MCNAMARA:  Objection.

21              Counsel, I have already instructed

22        him not to answer.

23              MR. ZABELL:  Give me one question

24        and then we'll move on.

25              MR. MCNAMARA:  That's it, that's
```

183

1        M. Tulio Perez

2        the question.

3              MR. ZABELL:  He has to answer it.

4        Q    ████████████████████████

  ██   █████████████

6              MR. MCNAMARA:  Objection.

7        A    █ ███████████████

8        Q    Did you buy that?

9              MR. MCNAMARA:  I'm directing him

10       not to answer.

11             MR. ZABELL:  Let me ask if he

12       bought it.  I've asked the others.

13       Q    ████████████████████████████

  ██   ██████████

15       ████  ████████  ████████

16       A    ████

17       Q    ████████████████████████████

18       ████  ████████  ████████

19       A    ████

20       Q    ████████████████████████

21             MR. MCNAMARA:  Objection.

22       A    ████

23       Q    ████████████████████

24             MR. MCNAMARA:  Objection.

25       A    ██████████████

184



```
1                        M. Tulio Perez
2         Q
3              MR. MCNAMARA:  Objection.
4         A
5         Q
6              MR. MCNAMARA:  Objection.
7         A
8         Q

10             MR. MCNAMARA:  Objection.
11        A
12        Q
13
14             MR. MCNAMARA:  Objection.
15        A
16        Q    Sure, you do.
17             MR. MCNAMARA:  Objection.
18        A    I don't know.
19        Q


22        A
23        Q


```



```
 1
 2
 3




                        MR. MCNAMARA:  Objection.

                        Right?



11      Q

12      A

13      Q       Maybe you should ask your brother.

14              Is there anything else you want to

15      tell me?

16      A       No.

17      Q       Anything you want to tell me about

18      your attorney?

19              MR. MCNAMARA:  Objection.

20      A       No.

21              MR. ZABELL:  One day, sir, we will

22      meet again, I assure you.  Good day.  You

23      may go now.

24              (Time noted:  4:42 p.m.)

25
```

186

1

2                        A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK        )

5                     : ss

6    COUNTY OF               )

7

8        I, MARCUS TULIO PEREZ, hereby certify that

9    I have read the transcript of my testimony taken

10   under oath in my deposition of October 17, 2011;

11   that the transcript is a true, complete and

12   correct record of my testimony; and that the

13   answers on the record as given by me are true

14   and correct.

15

16                        _____

                          MARCUS TULIO PEREZ

17

18

19

20   Signed and subscribed to

21   before me, this _____ day

22   of _____,20__

23

24   _____

25   Notary Public, State of New York

187

1

2                        I N D E X

3    WITNESS              EXAMINATION BY              PAGE

4    Marcus Tulio Perez    Mr. Zabell                 4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4        I, MICHELLE ADAMO, a shorthand

5   reporter and Notary Public within and for

6   the State of New York, do hereby certify:

7        That the witness(es) whose testimony

8   is herein before set forth was duly sworn

9   by me, and the foregoing transcript is a

10  true record of the testimony given by such

11  witness(es).

12       I further certify that I am not

13  related to any of the parties to this

14  action by blood or marriage, and that I am

15  in no way interested in the outcome of this

16  matter.

17

18

19                *Michelle Adamo*

20                MICHELLE ADAMO

21

22

23

24

25

189

```
1
2                    ERRATA SHEET
3         I wish to make the following changes for
4    the following reasons:
5    PAGE LINE
6    ____ ____ CHANGE:_____
7              REASON:_____
8    ____ ____ CHANGE:_____
9              REASON:_____
10   ____ ____ CHANGE:_____
11             REASON:_____
12   ____ ____ CHANGE:_____
13             REASON:_____
14   ____ ____ CHANGE:_____
15             REASON:_____
16   ____ ____ CHANGE:_____
17             REASON:_____
18   ____ ____ CHANGE:_____
19             REASON:_____
20   ____ ____ CHANGE:_____
21             REASON:_____
22   ____ ____ CHANGE:_____
23             REASON:_____
24   ____ ____ CHANGE:_____
25             REASON:_____
```

1

**$**

**$10** [6] - 81:6, 81:7, 81:25, 82:3, 82:6, 132:11
**$100,000** [1] - 171:21
**$110** [3] - 29:12, 29:16, 159:19
**$16.50** [1] - 88:25
**$20** [1] - 132:12
**$21.90** [6] - 81:24, 82:6, 82:7, 82:17, 91:9, 121:18
**$440** [1] - 159:24
**$500** [2] - 82:25, 83:2
**$55** [2] - 91:18, 121:21
**$550** [1] - 160:3
**$57** [1] - 89:9

**0**

**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** [3] - 70:20, 73:4, 80:5

**1**

**1-5** [1] - 1:10
**10017** [2] - 2:5, 2:14
**10:10** [1] - 1:13
**11704** [1] - 2:10
**11716** [1] - 2:19
**11798** [1] - 4:20
**11:46** [1] - 65:14
**12:10** [1] - 65:14
**12:26** [1] - 78:23
**17** [2] - 1:13, 186:10
**17th** [2] - 47:19, 188:20
**19th** [3] - 4:19, 25:3, 25:6
**1:12** [1] - 78:23
**1:56** [1] - 114:17
**1:57** [1] - 114:17

**2**

**20** [1] - 186:22
**2001** [11] - 15:4, 43:5, 45:10, 45:11, 45:15, 49:12, 68:5, 163:10, 163:12, 167:2, 167:8
**2002** [3] - 81:11, 81:14, 167:11
**2003** [6] - 58:12, 65:15, 81:9, 81:14,

81:16, 167:14
**2004** [9] - 58:12, 65:16, 81:10, 81:17, 81:19, 81:23, 85:9, 91:8, 167:16
**2005** [2] - 85:6, 167:18
**2006** [2] - 85:8, 120:25
**2007** [2] - 120:21, 167:20
**2008** [5] - 120:18, 123:2, 123:20, 140:11, 167:20
**2009** [15] - 15:16, 85:9, 87:15, 87:16, 88:8, 89:13, 90:12, 90:15, 90:19, 120:13, 120:16, 120:17, 121:7, 122:17, 135:13
**2010** [5] - 90:17, 151:5, 151:8, 151:14, 151:15
**2011** [3] - 1:13, 186:10, 188:20
**23rd** [1] - 86:21
**27** [1] - 51:6
**2:25** [1] - 135:11

**3**

**3:27** [1] - 135:11

**4**

**4** [1] - 187:4
**4875** [2] - 1:14, 2:18
**49** [3] - 4:19, 25:3, 25:6
**4:00** [1] - 165:18
**4:19** [1] - 165:18
**4:30** [3] - 104:4, 104:6, 141:3
**4:42** [1] - 185:24

**5**

**501** [2] - 2:5, 2:14
**526.6** [1] - 104:3, 104:6, 104:7, 113:17, 113:19, 141:3

**6**

**631-639-1115** [1] - 150:22
**631-813-3427** [1] -

31:23
**6:00** [1] - 113:21
**6:25** [1] - 127:6
**6:30** [17] - 104:10, 106:6, 107:9, 108:25, 109:12, 110:14, 113:17, 126:6, 126:16, 126:21, 126:22, 126:25, 127:3, 127:4, 127:6, 128:4, 141:2

**7**

**7-Eleven** [1] - 129:2
**7:00** [1] - 93:24

**8**

**868** [1] - 2:9
**8:00** [1] - 93:24

**A**

**a.m** [2] - 1:13, 65:14, 17:10, 111:3
**ability** [4] - 4:6, 17:3, 17:10, 111:3
**able** [4] - 65:20, 83:20, 84:20, 172:4
**abogado** [1] - 6:18
**above-mentioned** [1] - 1:20
**absolutely** [4] - 57:6, 57:17, 68:24, 74:20
**accept** [2] - 17:20, 76:3
**account** [6] - 65:24, 66:2, 66:4, 66:12, 66:16, 67:11
**accountant** [1] - 172:3
**accurate** [3] - 12:20, 48:12, 106:24
**accurately** [1] - 169:6
**accusing** [1] - 78:17
**act** [2] - 61:8, 61:19
**acting** [5] - 61:20, 61:21, 108:10, 108:14, 108:21
**action** [1] - 188:16
**actions** [1] - 137:8
**acts** [1] - 160:24
**actual** [1] - 72:22
**ADAMO** [3] - 1:21, 188:7, 188:24
**address** [6] - 4:17, 24:23, 25:2, 31:7,

31:9, 31:11
**administer** [1] - 3:11
**Administration** [3] - 68:17, 69:13, 70:15
**admissible** [1] - 78:7
**admit** [1] - 180:15
**admitted** [2] - 153:18, 173:5
**adolescent** [2] - 162:17, 162:18
**advise** [3] - 68:21, 69:5, 72:11
**advising** [4] - 8:19, 18:24, 57:24, 74:2
**affects** [1] - 18:23
**afraid** [8] - 9:23, 44:19, 60:23, 60:24, 62:5, 62:6, 62:13, 63:6
**afternoon** [1] - 113:12
**age** [2] - 142:2, 146:20
**ago** [1] - 109:16
**agree** [4] - 29:16, 29:19, 76:2, 78:8
**AGREED** [2] - 3:4, 3:14
**agreement** [3] - 29:21, 53:4, 181:2
**ahead** [6] - 11:23, 31:15, 40:10, 69:15, 76:9, 93:12
**aid** [1] - 74:5
**airplane** [2] - 43:6, 44:15
**ALEJANDRO** [1] - 1:4
**ALEX** [1] - 1:4
**allow** [3] - 32:24, 74:25, 78:10
**allowed** [3] - 20:8, 44:25, 76:25
**allowing** [1] - 45:25
**almost** [1] - 126:20
**alone** [3] - 17:25, 18:3, 18:8
**AMAYA** [1] - 1:4
**Amendment** [1] - 68:22
**America** [2] - 66:5, 84:24
**AMIR** [1] - 1:4
**amount** [1] - 29:19
**AND** [2] - 3:4, 3:14
**angry** [3] - 95:15, 95:17, 107:24
**answer** [149] - 7:6, 7:8, 7:9, 7:12, 7:16, 7:17, 7:23, 8:2, 8:8,

8:25, 10:7, 11:20, 11:23, 12:4, 12:7, 12:13, 13:5, 13:20, 14:4, 15:3, 15:8, 16:8, 16:21, 18:14, 20:3, 20:16, 20:20, 21:2, 21:7, 21:8, 21:11, 21:15, 21:21, 21:24, 22:23, 23:3, 23:14, 31:18, 36:17, 36:20, 37:9, 43:8, 43:19, 44:10, 44:14, 44:17, 44:20, 44:21, 45:18, 45:21, 45:22, 45:23, 46:3, 46:8, 46:10, 46:12, 46:20, 46:22, 46:24, 47:15, 48:13, 48:16, 51:19, 51:20, 51:21, 51:25, 52:4, 52:5, 54:17, 54:18, 55:6, 55:19, 55:22, 56:6, 57:2, 57:4, 57:9, 57:24, 58:21, 58:25, 60:11, 60:23, 60:24, 61:2, 61:15, 61:16, 62:8, 62:16, 62:18, 63:7, 63:8, 64:5, 64:8, 64:11, 64:13, 64:21, 64:24, 65:2, 66:22, 67:9, 68:9, 68:11, 68:13, 68:19, 69:6, 69:15, 69:16, 70:5, 70:18, 70:22, 70:24, 71:13, 71:14, 71:15, 71:18, 71:19, 71:23, 71:24, 72:8, 72:9, 72:17, 72:20, 73:8, 74:3, 75:14, 75:18, 78:16, 79:2, 79:9, 79:10, 79:16, 80:20, 80:21, 80:23, 92:16, 93:9, 93:11, 93:12, 118:7, 136:16, 145:8, 149:4, 151:9, 161:15, 163:3, 177:6, 182:22, 183:3, 183:10
**answered** [3] - 5:16, 14:6, 101:23
**answering** [5] - 47:10, 63:25, 65:11, 71:20, 72:5
**answers** [5] - 4:5, 52:23, 56:9, 64:16, 186:13
**anytime** [1] - 150:6
**anyway** [2] - 76:7, 127:17
**apartment** [1] - 25:9
**apply** [1] - 99:11
**appointment** [1] -

2

4:24
**appropriate** [6] - 24:3, 36:18, 70:13, 72:15, 76:13, 76:14
**appropriately** [1] - 75:9
**appropriateness** [1] - 53:12
**approximation** [1] - 90:14
**April** [3] - 86:25, 87:6, 151:16
**Aracena** [2] - 24:8, 26:21
**AREVALO** [1] - 1:4
**argument** [2] - 54:4, 54:7
**Arias** [1] - 2:24
**arising** [1] - 52:23
**arrested** [4] - 75:6, 162:2, 162:12, 184:21
**arteries** [1] - 141:25
**ashamed** [5] - 62:21, 62:24, 63:2, 63:4, 63:5
**asphalt** [4] - 112:11, 112:15, 112:21, 147:5
**Asphalt** [3] - 115:10, 115:15, 116:7
**ASPHALT** [1] - 1:9
**assignment** [2] - 113:12, 126:3
**assistance** [1] - 76:4
**ASSOCIATES** [1] - 2:17
**assume** [1] - 107:5
**assumed** [2] - 23:4, 23:15
**assuming** [1] - 106:23
**assure** [2] - 35:10, 185:22
**ate** [1] - 141:19
**attack** [1] - 142:2
**attitude** [4] - 152:5, 152:10, 152:13, 152:18
**attorney** [8] - 22:21, 34:3, 34:6, 34:8, 47:25, 59:24, 79:7, 185:18
**attorney/client** [2] - 36:24, 37:5
**Attorneys** [2] - 2:4, 2:18
**attorneys** [2] - 3:5, 72:22
**authorized** [8] - 3:10, 8:14, 8:20, 16:18, 51:16, 52:10, 58:17,

77:12
**Avenue** [2] - 2:5, 2:14
**aware** [2] - 76:24, 92:21

## B

**babies** [6] - 101:10, 157:16, 174:20, 174:21, 175:9, 175:11
**baby** [8] - 63:13, 157:18, 157:20, 162:13, 170:14, 170:16, 170:24, 171:6
**Babylon** [1] - 2:10
**bacon** [1] - 129:11
**bad** [10] - 7:19, 7:20, 41:24, 42:3, 42:8, 141:24, 152:9, 152:13, 152:18, 152:22
**bald** [1] - 35:16
**bank** [4] - 65:24, 66:2, 66:4, 66:11
**Bank** [2] - 66:5, 84:23
**basic** [1] - 78:4
**basil** [3] - 142:23, 142:25, 143:6
**basis** [5] - 43:15, 43:21, 43:22, 57:24, 134:25
**bathroom** [3] - 63:10, 145:21, 145:23
**beaches** [1] - 164:13
**beat** [1] - 133:3
**beautiful** [4] - 148:5, 164:13, 164:18
**become** [1] - 116:14
**BEFORE** [1] - 1:17
**beginning** [4] - 87:5, 101:23, 151:8, 151:17
**behalf** [1] - 93:17
**behave** [1] - 72:15
**behaved** [1] - 56:8
**behind** [1] - 148:16
**believes** [3] - 30:22, 100:10, 131:12
**belong** [1] - 173:20
**benefits** [2] - 99:7, 99:12
**best** [4] - 4:6, 94:2, 158:3, 158:5
**better** [5] - 112:21, 132:17, 132:18, 146:20, 146:22
**between** [4] - 3:5, 18:24, 104:6, 141:3

**big** [5] - 33:7, 35:13, 81:25, 127:21, 155:4
**biggest** [2] - 130:19, 130:24
**bit** [4] - 54:8, 100:19, 144:20, 172:17
**blank** [1] - 63:15
**block** [1] - 50:25
**blood** [1] - 188:16
**body** [1] - 35:11
**Bohemia** [2] - 1:15, 2:19
**Bono** [2] - 22:17
**book** [2] - 97:9, 97:12
**booklet** [2] - 96:9, 96:10
**bored** [1] - 141:20
**borrow** [1] - 98:9
**borrowed** [1] - 98:7
**boss** [1] - 82:12
**bossing** [1] - 33:9
**bought** [2] - 183:12, 184:8
**boy** [8] - 28:7, 33:7, 56:18, 61:21, 63:7, 127:21, 134:15, 177:3
**branch** [1] - 66:8
**break** [11] - 18:4, 19:4, 74:14, 74:17, 114:15, 156:13, 160:25, 165:14, 174:12, 178:7, 185:5
**breakfast** [4] - 127:7, 128:7, 129:22, 141:7
**breaking** [4] - 157:11, 157:15, 174:8, 184:23
**Brentwood** [1] - 123:19
**bridge** [1] - 164:18
**bridges** [4] - 164:9, 164:11, 164:22
**bring** [1] - 48:20
**bringing** [1] - 144:14
**Broadway** [1] - 123:18
**broke** [5] - 156:15, 157:2, 178:11, 178:20, 179:6
**broken** [2] - 114:3, 160:4
**Brookhaven** [1] - 123:23
**brother** [21] - 115:21, 116:4, 116:6, 116:10, 116:14, 118:11, 118:13, 119:11, 119:12, 119:16, 119:21, 120:14,

125:9, 125:11, 125:12, 135:7, 174:2, 180:20, 180:23, 181:3, 185:13
**brother's** [11] - 115:24, 116:16, 118:16, 118:24, 119:3, 119:7, 121:5, 160:12, 173:10, 173:14, 175:6
**brought** [1] - 6:7
**brown** [1] - 35:20
**buddy** [1] - 54:17
**bully** [2] - 74:24, 75:2
**bullying** [1] - 78:18
**burro** [2] - 43:6, 43:14
**buy** [7] - 128:17, 128:21, 130:5, 130:8, 183:8, 183:13, 184:11
**BY** [4] - 2:11, 2:20, 4:12, 187:3

## C

**cab** [1] - 6:21
**cannot** [1] - 72:23
**capitulate** [1] - 78:10
**car** [6] - 6:16, 9:20, 43:5, 43:14, 100:5, 164:25
**care** [5] - 77:9, 142:3, 143:6, 143:11, 167:6
**Carlos** [7] - 97:23, 105:24, 124:4, 140:18, 154:7, 154:8, 169:20
**CARLOS** [1] - 1:5
**case** [2] - 171:14, 171:18
**cash** [15] - 51:13, 58:13, 65:25, 82:21, 83:3, 83:6, 84:20, 84:25, 119:9, 120:10, 170:6, 170:9, 170:10, 171:4, 171:5
**cashing** [1] - 119:8
**CASTILL** [1] - 1:6
**catch** [2] - 59:19, 109:25
**cell** [2] - 150:16, 151:2
**Central** [1] - 123:24
**certainty** [1] - 107:7
**certificate** [1] - 24:12
**certification** [1] - 3:7
**certify** [3] - 186:8,

188:9, 188:15
**chair** [1] - 33:6
**chambers** [1] - 73:20
**chance** [1] - 165:15
**change** [3] - 64:10, 89:9, 105:19
**CHANGE** [10] - 189:6, 189:8, 189:10, 189:12, 189:14, 189:16, 189:18, 189:20, 189:22, 189:24
**changes** [1] - 189:3
**charge** [6] - 107:13, 109:15, 114:8, 114:9, 140:19, 140:20
**Chaz** [1] - 22:17
**cheat** [11] - 161:20, 161:23, 172:22, 174:12, 174:22, 175:15, 175:19, 176:5, 176:10, 176:23, 180:3
**cheated** [6] - 30:6, 30:12, 102:22, 103:2, 148:18, 174:3
**cheating** [6] - 102:13, 102:16, 173:6, 174:8, 175:2, 180:16
**check** [15] - 29:18, 29:20, 51:13, 51:14, 58:13, 58:15, 65:18, 65:20, 83:8, 119:20, 131:21, 131:25, 132:4, 169:16, 171:9
**checks** [3] - 65:23, 84:17, 168:14
**cheese** [2] - 142:10, 142:11
**cherlin** [1] - 170:22
**Cherlin** [5] - 28:23, 29:4, 29:11, 29:17, 102:6
**chicken** [9] - 130:13, 130:16, 141:14, 141:16, 141:18, 142:7, 154:18, 154:23, 155:2
**child** [8] - 28:4, 28:9, 28:20, 101:18, 101:20, 102:5, 162:14, 177:11
**child's** [1] - 28:22
**children** [5] - 27:14, 27:16, 27:19, 29:3, 29:8
**chips** [1] - 63:16
**Chris** [11] - 87:18, 87:20, 87:24, 90:7,

115:8, 121:24, 134:4, 134:17, 140:18, 140:20
**CHRISTOPHER** [1] - 1:10
**church** [4] - 175:23, 177:3, 177:11, 177:13
**citizen** [1] - 136:5
**claim** [4] - 16:15, 17:13, 17:16, 92:4
**claiming** [1] - 93:17
**claims** [1] - 17:6
**cleaning** [1] - 49:14
**clear** [14] - 26:18, 33:5, 37:25, 55:10, 55:13, 55:16, 55:20, 55:21, 72:23, 72:25, 73:2, 78:19, 78:21, 79:15
**clearly** [5] - 42:10, 57:11, 60:25, 63:6, 64:14
**client** [6] - 46:16, 63:19, 74:25, 75:5, 77:19, 152:2
**client's** [1] - 106:25
**clients** [1] - 77:20
**clogs** [1] - 141:25
**close** [1] - 113:18
**closed** [1] - 113:19
**clue** [1] - 125:24
**co** [4] - 85:3, 87:8, 111:4, 111:11
**Co** [2] - 2:9, 2:13
**Co-Counsel** [2] - 2:9, 2:13
**co-workers** [4] - 85:3, 87:8, 111:4, 111:11
**cobbling** [1] - 72:18
**coffee** [7] - 37:18, 128:19, 128:21, 128:22, 128:24, 129:4, 129:6
**colloquy** [1] - 73:21
**colon** [2] - 143:6, 143:11
**color** [4] - 35:19, 47:12, 47:20, 47:24
**Columbia** [2] - 144:5, 144:9
**comfortable** [1] - 170:25
**coming** [2] - 40:11, 178:7
**commit** [1] - 172:25
**committed** [1] - 179:7
**committing** [2] - 179:8, 182:6

**common** [2] - 86:3, 86:4
**communicate** [1] - 145:10
**communication** [1] - 145:6
**companies** [4] - 114:21, 114:23, 134:24, 135:3
**company** [6] - 49:15, 80:7, 133:23, 134:12, 134:16, 135:2
**complain** [1] - 169:12
**complaint** [5] - 42:15, 92:10, 93:3, 93:6, 94:6
**complete** [2] - 86:13, 186:11
**compliment** [1] - 162:21
**complying** [1] - 18:18
**compound** [1] - 40:4
**concluded** [1] - 74:22
**confidential** [2] - 36:24, 53:2
**confidentiality** [1] - 53:3
**confused** [4] - 90:17, 90:21, 90:23, 90:24
**constitute** [1] - 53:14
**constitutes** [2] - 53:18, 53:22
**contact** [1] - 61:24
**continue** [2] - 18:10, 46:17
**continued** [1] - 117:16
**convenient** [1] - 24:20
**conversation** [1] - 38:20
**convey** [1] - 19:13
**cooked** [3] - 129:20, 146:12, 146:14
**cookie** [1] - 63:11
**copiague** [2] - 66:10, 66:13
**copy** [3] - 42:14, 42:16, 42:19
**CORP** [2] - 1:9
**correct** [112] - 9:17, 11:6, 15:23, 16:4, 16:8, 16:12, 16:16, 19:25, 21:11, 21:16, 24:16, 30:20, 39:11, 50:10, 50:11, 50:16, 51:17, 52:11, 52:17,

52:19, 65:16, 65:17, 65:18, 65:21, 65:22, 65:24, 79:21, 82:18, 83:6, 83:10, 84:14, 84:18, 84:19, 84:21, 84:22, 85:3, 85:14, 85:15, 85:17, 86:3, 87:3, 87:6, 88:12, 88:13, 89:3, 89:14, 90:6, 91:10, 91:11, 91:22, 92:2, 92:11, 95:10, 95:13, 98:15, 98:19, 98:25, 99:4, 99:5, 100:11, 101:10, 101:13, 102:13, 106:4, 106:13, 108:15, 109:8, 109:13, 110:12, 110:25, 111:4, 111:12, 117:19, 117:24, 119:13, 119:22, 120:12, 120:19, 120:22, 121:2, 124:7, 126:4, 126:10, 126:14, 127:4, 128:4, 128:8, 128:16, 129:7, 129:23, 131:22, 132:2, 132:5, 132:9, 136:5, 139:18, 140:24, 141:4, 141:8, 141:11, 148:19, 157:12, 157:15, 159:19, 160:25, 161:5, 161:21, 173:11, 181:20, 184:24, 186:12, 186:14
**correctly** [2] - 101:2, 169:9
**Counsel** [10] - 2:9, 2:13, 8:17, 12:5, 19:15, 39:25, 43:3, 54:9, 64:19, 73:13
**counsel** [17] - 8:10, 13:9, 19:3, 26:16, 33:8, 38:21, 41:11, 42:5, 42:13, 46:15, 47:2, 53:6, 55:18, 61:23, 69:20, 70:9, 182:21
**Counselor** [3] - 18:6, 32:14, 44:8
**country** [11] - 43:25, 44:2, 44:5, 44:7, 94:22, 140:9, 140:13, 143:17, 143:23, 162:5, 162:6
**County** [2] - 37:11, 37:12

**COUNTY** [2] - 186:6, 188:5
**couple** [4] - 86:10, 111:21, 127:13, 127:18
**couples** [3] - 102:11, 102:25, 147:22
**course** [2] - 112:23, 141:24
**COURT** [1] - 1:2, 32:12
**Court** [3] - 53:12, 72:11
**courteous** [1] - 18:6
**cousin** [2] - 99:18, 100:14
**cousin's** [1] - 99:19
**cover** [2] - 90:10, 90:11
**covered** [3] - 43:12, 57:5, 69:18
**credibility** [1] - 78:7
**criminal** [2] - 182:5
**criminally** [2] - 116:9, 116:21
**cry** [1] - 63:14
**cute** [5] - 10:2, 10:3, 22:15, 33:7, 159:13
**cutlet** [3] - 130:13, 154:23, 155:2
**cutlets** [5] - 130:16, 141:14, 141:17, 141:18, 142:7
**CVC** [3] - 49:17, 50:5, 50:12

## D

**date** [1] - 166:16
**daughter** [5] - 102:6, 157:22, 157:24, 158:20, 159:18
**days** [5] - 86:2, 86:10, 96:6, 113:25, 172:12
**deadly** [1] - 78:12
**dealt** [1] - 75:8
**December** [3] - 86:16, 86:21, 121:10
**decent** [1] - 175:18
**decisions** [1] - 147:20
**Deer** [3] - 31:4, 31:5, 66:10
**defendant** [1] - 76:20
**Defendants** [2] - 1:11, 2:18
**deli** [3] - 129:4, 129:5, 129:7

**delving** [2] - 67:4, 77:3
**demanded** [1] - 54:21
**dental** [2] - 155:19, 155:21
**dentist** [4] - 155:16, 155:24, 156:4, 156:8
**depended** [1] - 154:11
**deponent** [1] - 12:12
**deposit** [1] - 84:23
**deposited** [1] - 65:23
**deposition** [16] - 3:7, 3:9, 3:13, 20:24, 32:19, 33:20, 33:23, 41:14, 49:6, 49:7, 59:7, 61:9, 73:24, 74:11, 103:12, 186:10
**depositions** [3] - 57:19, 77:25, 91:5
**designation** [4] - 53:6, 53:9, 53:11, 53:16
**desire** [1] - 64:15
**destroyed** [2] - 124:9, 124:11
**determination** [1] - 79:6
**diary** [1] - 96:6
**dictate** [1] - 72:21
**difference** [3] - 81:25, 161:8, 161:9
**different** [5] - 61:7, 80:24, 87:9, 87:11, 123:4
**difficult** [1] - 123:3
**directing** [4] - 8:25, 66:21, 68:10, 183:9
**direction** [1] - 70:2
**directions** [1] - 62:11
**directly** [7] - 69:12, 106:9, 110:17, 110:25, 111:6, 111:9, 126:10
**disagree** [1] - 75:22
**discern** [1] - 65:2
**discerning** [1] - 64:24
**discussion** [2] - 19:7, 31:16
**dispute** [1] - 73:25
**disputing** [1] - 53:14
**disrespect** [1] - 61:16
**disrespecting** [1] - 61:14
**DISTRICT** [2] - 1:2, 1:2
**document** [5] - 41:4,

4

41:12, 41:22, 42:11, 42:14
**documents** [5] - 39:6, 51:16, 58:16, 118:25, 119:4
**DOES** [1] - 1:10
**dog** [2] - 149:22, 154:16
**Dominick** [1] - 114:13
**done** [3] - 57:18, 65:5, 65:7
**Donuts** [1] - 128:24
**door** [1] - 25:5
**down** [7] - 72:4, 78:11, 87:3, 97:18, 97:20, 97:22, 114:3
**dozen** [1] - 57:18
**dozens** [2] - 64:4, 64:20
**drink** [1] - 155:7
**drive** [6] - 9:21, 45:19, 157:4, 157:7, 163:22, 178:4
**driver's** [2] - 156:22, 156:24
**driving** [3] - 156:20, 157:2, 160:10
**drove** [2] - 105:21, 174:7
**duly** [3] - 4:3, 4:8, 188:11
**Dunkin'** [1] - 128:24
**during** [3] - 6:15, 140:16, 141:10

**E**

**e-mail** [1] - 18:9
**earliest** [2] - 104:3, 104:8
**early** [2] - 127:22, 142:2
**earn** [2] - 180:7, 180:9
**earned** [6] - 101:8, 161:18, 174:24, 175:2, 182:13, 182:14
**easily** [1] - 43:25
**East** [1] - 2:9
**EASTERN** [1] - 1:2
**eat** [14] - 127:19, 130:2, 130:3, 130:4, 130:10, 130:11, 130:15, 142:8, 142:9, 142:10, 153:23, 154:4, 154:18, 154:25
**eater** [2] - 130:20, 130:24

**eating** [3] - 50:8, 63:16, 127:20
**Edwin** [2] - 38:7, 38:8
**EDWIN** [1] - 1:5
**efendant** [1] - 1:19
**effect** [1] - 3:12
**egg** [4] - 127:9, 129:9, 129:11, 129:15
**eight** [3] - 28:6, 28:24, 39:25
**eight-month-old** [1] - 28:24
**eighteen** [1] - 95:3
**either** [5] - 7:17, 8:24, 78:9, 141:13, 162:5
**EI** [1] - 147:16
**employers** [1] - 67:24
**employment** [1] - 74:5
**encouraging** [2] - 75:14, 75:18
**end** [4] - 74:10, 75:5, 86:17, 87:2
**ended** [3] - 86:21, 87:17, 100:5
**ends** [1] - 86:20
**English** [4] - 4:4, 4:6, 94:9, 94:13
**ensuring** [1] - 75:4
**entire** [2] - 86:11, 139:18
**entitled** [5] - 54:10, 70:3, 70:4, 72:21, 77:23
**equipment** [1] - 121:22
**ERRATA** [1] - 189:2
**Escalante** [1] - 154:8
**ESCALANTE** [1] - 1:6
**ESQ** [2] - 2:11, 2:20
**evening** [2] - 110:13, 110:16
**everyday** [1] - 130:7
**exact** [4] - 31:7, 31:8, 44:24, 166:15
**exactly** [2] - 46:6, 58:2
**examination** [2] - 188:11, 188:13
**EXAMINATION** [3] - 1:17, 4:12, 187:3
**examined** [1] - 4:10
**example** [2] - 93:22, 94:2
**Except** [1] - 131:21
**except** [3] - 3:15,

126:9, 168:22
**excuse** [1] - 90:17
**exercise** [1] - 142:3
**expect** [2] - 61:17, 153:19
**explain** [1] - 64:10
**extensive** [1] - 57:19
**eye** [2] - 60:23, 61:24
**eyes** [1] - 146:16

**F**

**face** [12] - 12:3, 12:11, 20:13, 22:14, 26:17, 30:16, 47:10, 72:4, 138:13, 148:10, 148:16, 158:17
**fact** [2] - 110:24, 170:25
**factory** [3] - 50:20, 50:22, 51:6
**failure** [1] - 72:15
**fair** [3] - 12:15, 12:19, 82:14
**fairly** [4] - 95:7, 95:12, 131:13, 131:17
**faith** [2] - 43:21, 43:22
**FAJARDO** [1] - 1:4
**Fajardo** [10] - 97:25, 98:3, 139:19, 139:20, 139:23, 140:2, 140:9, 140:21, 143:17
**false** [5] - 30:21, 57:21, 115:22, 160:16, 160:21
**familiar** [1] - 79:19
**family** [6] - 161:7, 161:11, 161:12, 161:19, 174:17, 174:19
**Fasco** [21] - 58:10, 58:11, 58:14, 65:15, 80:18, 81:5, 81:13, 82:4, 88:10, 88:11, 88:24, 89:5, 89:12, 97:8, 97:14, 132:12, 132:14, 132:18, 151:11, 151:13, 178:16
**father** [1] - 60:18
**fault** [5] - 158:22, 158:24, 159:2, 159:4, 159:6
**favor** [2] - 32:25, 54:4
**feed** [1] - 175:9
**felt** [1] - 117:22
**few** [5] - 17:25, 18:3,

18:7, 110:24, 114:20
**fifteen** [2] - 128:10, 172:12
**Fifth** [3] - 2:5, 2:14, 68:22
**fight** [6] - 76:8, 76:10, 76:12, 107:21, 107:23, 152:18
**figure** [4] - 105:7, 172:4, 172:7, 172:8
**file** [2] - 80:11, 124:18
**filed** [1] - 15:22
**filing** [3] - 3:6, 16:3, 92:4
**fine** [16] - 9:25, 18:17, 56:17, 79:12, 112:7, 112:9, 112:14, 113:5, 113:7, 113:9, 143:15, 156:10, 156:12, 162:20, 180:12, 181:25
**fingers** [2] - 48:6, 48:8
**finished** [1] - 87:15
**fire** [1] - 90:3
**fired** [4] - 89:15, 89:23, 89:25, 90:5
**first** [12] - 4:8, 43:4, 49:10, 86:24, 101:18, 101:20, 102:5, 114:11, 146:16, 159:7, 159:9, 159:10
**five** [15] - 28:21, 96:5, 122:3, 126:13, 126:17, 127:15, 127:25, 128:8, 128:9, 128:10, 128:14, 128:15, 160:3, 165:23, 172:12
**five-minute** [1] - 127:25
**fix** [1] - 155:16
**fixed** [4] - 156:2, 156:3, 156:4, 156:8
**fixing** [1] - 114:2
**floor** [1] - 72:5
**fly** [1] - 78:16
**follow** [3] - 37:2, 42:21, 59:16
**follow-up** [1] - 42:21
**following** [4] - 73:20, 171:8, 189:3, 189:4
**follows** [2] - 4:11, 42:23
**food** [10] - 49:22, 49:25, 50:4, 128:18, 130:6, 130:8, 130:12, 141:13, 154:19, 154:24

**fooling** [1] - 101:21
**foolish** [4] - 40:17, 46:25, 54:18, 55:8
**force** [1] - 3:11
**forgot** [3] - 27:24, 27:25, 28:3
**form** [1] - 3:15
**format** [1] - 53:10
**formula** [3] - 53:10, 172:10, 172:15
**forth** [1] - 188:11
**forty** [25] - 82:20, 83:13, 83:24, 84:3, 85:19, 85:21, 85:25, 86:5, 98:17, 98:19, 98:22, 98:25, 99:3, 120:8, 120:18, 120:20, 120:21, 120:25, 132:3, 132:4, 165:23, 168:2, 168:4, 168:7, 169:3
**forty-five** [1] - 165:23
**fought** [1] - 153:6
**four** [1] - 96:5
**frankly** [1] - 75:24
**fraud** [4] - 173:2, 179:7, 179:8, 182:6
**fraudulent** [1] - 57:21
**free** [1] - 46:6
**Friday** [1] - 96:2
**Fridella** [1] - 96:17
**fried** [5] - 129:15, 129:17, 141:21, 141:23, 142:6
**friend** [6] - 6:7, 6:8, 6:17, 6:18, 149:15, 150:5
**friends** [4] - 7:18, 103:8, 103:22, 130:18
**full** [2] - 9:3, 25:2
**funds** [1] - 78:3
**funny** [1] - 36:3
**FURTHER** [1] - 3:14
**future** [1] - 73:17
**fuzz** [1] - 158:16

**G**

**GALEANO** [1] - 1:6
**games** [2] - 33:3, 181:23
**garage** [2] - 114:4, 114:7
**GARCIA** [1] - 1:4
**Gatorade** [1] - 155:10
**general** [1] - 41:9
**gesture** [1] - 79:14

5

girl [2] - 28:7, 28:8
girl's [1] - 28:25
girlfriend [9] - 25:22, 25:23, 26:4, 26:7, 27:23, 144:4, 145:11, 149:10, 149:12
girlfriend's [1] - 26:20
girlfriends [2] - 101:13, 101:15
given [7] - 67:17, 170:5, 170:9, 170:10, 171:4, 186:13, 188:14
glad [1] - 54:15
Global [6] - 50:23, 51:9, 52:8, 56:20, 56:24, 58:4
God [3] - 176:18, 176:19, 176:22
GOLDBERG [1] - 2:4
Government [1] - 184:2
grade [1] - 94:19
graduate [1] - 94:21
great [2] - 146:12, 158:8
grew [2] - 138:15, 138:17
grilled [1] - 141:22
grin [4] - 12:3, 12:11, 40:7, 47:10
grinning [1] - 12:18
group [2] - 117:2, 154:12
groups [1] - 87:11
Guerra [3] - 97:24, 98:2, 139:17
guess [1] - 143:8
guilty [2] - 19:13, 59:4
guy [7] - 9:22, 33:2, 75:13, 75:16, 95:4, 112:11, 136:25
guys [1] - 170:6

## H

hair [5] - 35:16, 35:18, 35:19, 138:12, 158:13
haircut [4] - 27:4, 27:6, 138:2, 138:4
half [1] - 81:11
hallway [2] - 73:10, 96:8
hand [3] - 79:8, 79:14, 188:20
handsome [2] - 138:11, 138:22

happy [2] - 41:15, 179:12
hard [4] - 123:12, 144:16, 144:23, 145:4
hardly [4] - 133:2, 133:11, 133:12, 142:8
head [7] - 12:12, 12:22, 12:24, 35:11, 106:25, 107:5, 110:4
hear [2] - 58:9, 64:16
heard [1] - 152:21
heart [1] - 142:2
held [3] - 1:19, 19:7, 31:16
Helene [1] - 134:4
HELENE [1] - 1:10
helicopter [1] - 44:16
hell [1] - 132:17
help [3] - 76:3, 111:25, 113:3
helped [2] - 101:9, 101:12
helping [2] - 49:17, 76:5
HEREBY [1] - 3:4
hereby [2] - 186:8, 188:9
herein [5] - 1:18, 3:6, 4:3, 4:8, 188:11
hereunto [1] - 188:19
hero [1] - 154:25
hide [2] - 23:5, 103:7
high [2] - 94:20, 94:21
highest [3] - 121:13, 121:16, 121:19
Highway [1] - 1:14, 2:18
hijacking [1] - 78:18
himself [1] - 10:13
hired [1] - 82:8
Hispanic [5] - 89:16, 130:12, 130:14, 141:16, 154:23
hit [1] - 133:7
holding [2] - 48:6, 48:8
home [6] - 6:2, 9:15, 106:9, 121:7, 135:16, 144:14, 147:3, 147:5, 157:16
Honduras [9] - 9:13, 94:23, 95:2, 162:11, 162:24, 163:6, 163:19, 166:22, 166:24
honest [11] - 100:14, 101:25, 137:3, 137:16, 137:21,

139:3, 153:9, 173:3, 175:18, 184:9, 184:13
honestly [3] - 75:8, 131:13, 131:17
horse [1] - 44:12
hot [1] - 147:5
hour [19] - 36:13, 81:5, 81:7, 81:22, 82:2, 82:6, 82:17, 89:2, 89:7, 89:11, 91:9, 121:13, 121:16, 121:20, 122:5, 122:8, 132:12
hours [59] - 14:23, 82:20, 83:9, 83:13, 83:23, 83:24, 84:3, 84:14, 85:19, 85:21, 85:25, 86:5, 89:10, 92:13, 92:25, 93:20, 93:21, 93:25, 97:8, 97:15, 97:19, 97:20, 97:22, 98:17, 98:19, 98:22, 98:25, 99:4, 120:8, 120:19, 120:21, 120:24, 120:25, 121:15, 123:6, 124:2, 124:7, 124:10, 131:20, 131:22, 132:2, 132:3, 132:5, 132:7, 132:23, 133:19, 134:13, 139:6, 168:2, 168:4, 168:7, 168:10, 168:21, 169:3, 169:7, 169:8, 169:11, 172:11
house [6] - 25:5, 25:10, 25:11, 25:13, 25:16, 25:21
hurting [2] - 75:19, 75:20, 75:21
hypocritical [1] - 54:9

## I

IAN [1] - 2:13
Ian [5] - 35:25, 36:11, 36:14, 39:7, 92:8
iced [1] - 155:12
idea [10] - 11:2, 11:5, 116:5, 116:19, 116:20, 118:2, 125:22, 167:21, 172:5, 173:13
identification [3] - 5:23, 160:13, 173:15
identity [3] - 117:9, 117:13, 173:10
illegally [1] - 136:7
immigrant [1] -

77:11
immigration [14] - 8:4, 8:5, 8:9, 8:11, 17:9, 18:12, 18:22, 43:11, 45:2, 66:24, 67:4, 68:14, 69:22, 77:4
immigrations [1] - 76:21
impeach [2] - 59:11, 78:6
impeaching [1] - 78:5
impersonate [1] - 116:21
impersonated [2] - 116:10, 116:18
important [1] - 175:17
impose [1] - 74:9
IN [1] - 188:19
inappropriate [1] - 69:18
incapable [1] - 72:18
include [1] - 171:9
income [5] - 80:12, 124:18, 135:22, 135:23, 136:3
inconsistencies [1] - 111:18
incorrect [1] - 57:7
indicate [2] - 30:16, 83:22
indicated [2] - 83:15, 168:7
indicating [4] - 8:13, 8:15, 51:16, 52:9
indicating) [2] - 24:23, 173:25
individual [3] - 8:13, 17:7, 18:11
inexperienced [1] - 75:25
information [4] - 36:24, 59:11, 124:19, 175:7
inquire [1] - 76:21
insisting [1] - 71:16
instance [1] - 77:24
instead [1] - 20:12
instruct [2] - 13:4, 18:14
instructed [2] - 46:19, 182:21
instructing [8] - 7:22, 8:7, 15:8, 43:18, 44:9, 44:13, 57:8, 73:7
insulting [2] - 46:16, 63:22

insurance [2] - 155:19, 155:22
intention [1] - 71:19
interest [1] - 164:15
interested [3] - 41:17, 41:18, 188:17
interpret [1] - 4:4
interpreter [1] - 2:24
Interpreter [1] - 4:3
interrogatory [1] - 14:10
introduce [1] - 10:13
involved [2] - 14:12, 14:15
IRS [1] - 53:2
IS [2] - 3:4, 3:14
Islip [1] - 123:24
issues [1] - 78:7
IT [2] - 3:4, 3:14

## J

J-A-R-V-I-N [1] - 124:17
jail [1] - 37:14
January [3] - 86:16
Jarvin [11] - 116:17, 116:18, 116:21, 117:4, 117:6, 124:16, 136:5, 136:7, 136:13, 137:10, 137:16
Jarvin's [3] - 117:9, 124:19, 136:2
JAVIER [1] - 1:5
jealous [1] - 159:14
Jericho [3] - 37:13, 37:16, 37:17
job [26] - 22:23, 75:11, 77:23, 93:23, 93:24, 101:4, 101:6, 104:15, 106:3, 106:10, 110:15, 110:17, 110:25, 111:6, 111:9, 123:13, 123:16, 126:10, 126:12, 126:18, 151:6, 151:11, 152:2, 165:20, 167:21
jobs [10] - 91:20, 92:5, 95:21, 110:12, 120:3, 122:11, 122:25, 123:4, 123:11, 167:24
JOHN [1] - 1:10
joke [1] - 171:22
JOSE [2] - 1:4, 1:6
JUAN [1] - 1:6
Judge [6] - 18:16, 57:12, 70:7, 73:19,

74:6, 78:12
**Judge's** [1] - 18:19
**judging** [1] - 161:24
**July** [1] - 90:12, 90:15, 90:19
**June** [1] - 81:17

## K

**keep** [5] - 13:24, 76:9, 97:9, 101:25, 143:13
**keeping** [1] - 97:12
**kept** [3] - 97:15, 116:15, 124:6
**ketchup** [3] - 129:12, 142:13, 142:14
**KEVIN** [1] - 1:6
**kid** [1] - 130:23
**kids** [1] - 60:19
**kind** [6] - 20:13, 60:18, 60:21, 108:4, 129:10, 156:18
**knees** [1] - 58:23
**knock** [1] - 25:5
**known** [2] - 9:6, 46:6
**knows** [13] - 13:14, 32:5, 33:17, 64:7, 64:12, 100:24, 100:25, 111:15, 115:16, 131:15, 152:3, 166:25, 173:13

## L

**LA** [7] - 163:25, 164:2, 164:6, 164:8, 165:5, 165:7
**lack** [1] - 145:6
**Lakeland** [1] - 51:4
**land** [1] - 46:6
**language** [2] - 35:23, 147:20
**last** [9] - 24:9, 64:18, 64:20, 64:22, 86:23, 156:15, 162:23, 163:5, 178:11
**late** [12] - 88:6, 103:21, 103:23, 113:24, 113:25, 130:3, 144:11, 147:3, 151:25, 177:20, 177:22, 177:23
**latest** [1] - 86:24
**laughing** [3] - 111:16, 111:17, 111:25
**Lauren** [1] - 92:8
**LAUREN** [1] - 2:4

**law** [14] - 156:13, 156:16, 157:2, 157:11, 157:15, 160:4, 160:25, 174:8, 178:7, 178:12, 178:20, 179:6, 184:24, 185:5
**LAW** [6] - 2:4, 2:8, 2:13, 74:6, 74:13, 74:18
**lawfully** [2] - 43:16, 77:23
**laws** [1] - 174:12
**lawsuit** [17] - 11:11, 11:12, 14:13, 14:15, 14:18, 15:22, 16:3, 16:11, 16:16, 17:2, 40:20, 40:23, 78:4, 92:19, 92:22, 93:19, 134:9
**lawyer** [11] - 9:21, 10:15, 21:6, 21:10, 21:15, 26:17, 33:7, 48:18, 112:10, 124:15, 138:17
**lawyer's** [1] - 22:14
**lawyers** [4] - 33:22, 91:25, 93:16, 135:17
**lead** [4] - 44:2, 63:16, 68:19, 70:2
**learn** [2] - 172:18, 172:22
**least** [1] - 148:24
**leave** [12] - 30:9, 51:23, 88:2, 102:19, 121:7, 126:20, 126:22, 127:4, 127:6, 128:3, 144:15
**left** [11] - 30:8, 82:10, 102:5, 102:8, 103:13, 140:9, 140:13, 143:22, 144:22, 163:11
**legal** [1] - 117:4
**legally** [1] - 136:10
**Lerly** [8] - 105:24, 124:5, 149:18, 149:19, 149:22, 149:25, 154:11, 154:13
**LERLY** [1] - 1:6
**less** [6] - 55:8, 81:17, 85:24, 86:2, 121:6, 121:7
**lettuce** [1] - 142:19
**level** [1] - 107:7
**liar** [4] - 39:22, 39:24, 148:25, 149:3
**license** [9] - 116:15, 156:22, 156:24,

160:10, 173:17, 173:19, 173:20, 173:24, 174:7
**lie** [38] - 39:20, 39:21, 40:4, 40:9, 75:12, 77:18, 77:21, 77:25, 103:16, 103:18, 109:25, 110:5, 117:23, 118:3, 118:8, 118:11, 130:22, 137:23, 137:25, 138:7, 145:17, 145:25, 146:3, 148:12, 149:3, 152:12, 161:20, 161:23, 171:7, 172:18, 174:22, 175:16, 175:19, 176:5, 176:10, 176:23, 180:2, 180:9
**lied** [10] - 24:16, 27:25, 39:18, 116:9, 117:18, 138:21, 148:2, 148:18, 148:22, 148:23
**lies** [1] - 153:18
**life** [1] - 158:4
**lift** [1] - 106:3
**lights** [2] - 164:10, 164:11
**limit** [1] - 44:24
**line** [1] - 78:12
**LINE** [1] - 189:5
**listed** [1] - 83:9
**listen** [2] - 21:14, 153:7
**listened** [1] - 153:8
**live** [13] - 6:4, 24:13, 24:20, 24:22, 24:24, 26:3, 26:7, 27:16, 27:19, 28:11, 31:3, 77:12, 175:18
**lived** [2] - 27:22, 28:18
**lives** [4] - 25:21, 28:4, 28:14, 29:15
**look** [35] - 9:22, 9:23, 9:24, 13:2, 22:13, 22:15, 33:7, 33:15, 34:18, 40:17, 46:11, 46:25, 47:6, 54:18, 55:7, 58:22, 60:13, 60:16, 60:22, 62:14, 62:20, 72:4, 83:17, 110:9, 145:16, 145:21, 145:24, 145:25, 146:9, 148:10, 151:21, 158:7, 164:17, 165:11
**looked** [8] - 62:2,

138:2, 138:5, 146:8, 146:15, 146:16, 146:21, 151:9
**looking** [6] - 38:25, 61:25, 62:5, 72:3, 165:12, 171:23
**looks** [2] - 22:17, 146:19
**lose** [4] - 101:3, 151:19, 151:22, 158:19
**losing** [1] - 101:6
**lost** [1] - 101:20
**Lou** [2] - 152:17, 153:3
**LOUIS** [1] - 1:10
**Louis** [35] - 68:3, 82:9, 95:12, 96:17, 106:22, 107:3, 107:15, 108:24, 109:11, 110:19, 111:15, 112:4, 114:24, 116:12, 117:16, 118:6, 118:13, 118:24, 125:6, 125:7, 125:10, 125:12, 127:15, 131:17, 134:4, 137:20, 151:5, 153:4, 153:5, 159:2, 169:15, 171:20, 174:4, 174:5, 180:22
**Louis'** [4] - 116:19, 116:20, 118:2, 173:13
**love** [4] - 141:18, 149:21, 154:15, 164:6
**lower** [1] - 55:18
**lunch** [10] - 6:15, 9:17, 74:14, 74:17, 129:25, 130:4, 130:10, 141:10, 141:12, 153:24
**lying** [21] - 22:8, 22:12, 22:15, 26:14, 26:16, 49:24, 59:19, 75:10, 90:20, 90:21, 109:8, 109:10, 109:13, 146:2, 151:9, 171:10, 171:12, 173:5, 175:2, 180:15

## M

**machine** [8] - 81:21, 104:17, 112:25, 121:25, 122:6, 134:22, 134:23, 134:24
**Magistrate** [2] - 74:9,

78:13
**mail** [1] - 18:9
**mamas** [2] - 157:18, 157:20
**man** [11] - 23:24, 24:2, 24:5, 60:21, 61:20, 82:10, 100:14, 102:17, 155:18, 183:23, 184:5
**manner** [4] - 43:24, 44:4, 44:6, 72:15
**March** [2] - 86:24, 87:6
**Marco** [1] - 13:20
**Marco** [1] - 14:2
**MARCUS** [4] - 1:6, 1:17, 186:8, 188:10
**marcus** [4] - 4:16, 14:3, 186:16, 187:4
**Marcus** [8] - 4:21, 9:4, 9:5, 9:11, 14:4, 19:9, 50:18, 69:11
**Margarita** [1] - 2:24
**maria** [1] - 28:16
**Maria** [11] - 29:23, 29:24, 30:2, 30:18, 31:3, 32:2, 102:5, 144:22, 146:3, 159:10
**Marilyn** [4] - 29:2, 29:4, 29:14, 170:20
**marked** [1] - 53:2
**marriage** [3] - 24:3, 24:11, 188:17
**married** [3] - 23:19, 24:14, 24:18
**Mars** [1] - 147:23
**Martinez** [5] - 28:16, 29:24, 30:3, 30:18, 32:2
**MARTINEZ** [1] - 1:5
**match** [1] - 35:11
**matter** [7] - 6:22, 9:22, 19:12, 62:13, 73:25, 143:3, 188:18
**Maynard** [1] - 98:3
**maynor** [1] - 140:2
**MAYNOR** [1] - 1:4
**Maynor** [4] - 98:4, 140:9, 140:21, 143:16
**mayonnaise** [3] - 127:11, 129:13, 142:15
**MCNAMARA** [406] - 5:5, 5:14, 5:21, 7:5, 7:9, 7:22, 8:7, 8:10, 8:17, 8:23, 9:9, 9:18, 9:24, 10:6, 10:11, 10:16, 10:25, 11:7, 11:15, 11:19, 12:2, 12:5, 12:8, 12:14,

7

12:17, 12:23, 13:3, 13:9, 13:13, 13:17, 13:22, 13:24, 14:3, 14:22, 15:7, 15:15, 15:19, 15:24, 16:5, 16:9, 16:13, 16:20, 16:23, 17:12, 17:17, 18:2, 18:7, 18:13, 18:17, 19:3, 19:10, 19:14, 20:2, 20:7, 20:15, 21:17, 21:20, 22:5, 22:9, 22:11, 22:16, 22:19, 22:22, 24:17, 25:7, 25:25, 26:5, 26:9, 26:11, 26:15, 26:18, 26:23, 27:5, 28:2, 28:19, 30:7, 30:19, 31:10, 31:13, 32:6, 32:10, 32:15, 32:22, 32:24, 33:4, 33:8, 33:12, 33:16, 33:24, 34:7, 34:13, 34:19, 35:6, 36:12, 36:16, 36:20, 37:15, 37:22, 38:4, 38:11, 38:17, 38:21, 38:24, 39:4, 39:8, 39:12, 39:23, 39:25, 40:6, 40:18, 40:22, 40:25, 41:5, 41:10, 41:15, 42:4, 42:15, 42:18, 42:22, 43:2, 43:7, 43:10, 43:17, 43:22, 43:24, 44:9, 44:13, 44:17, 44:22, 45:3, 45:8, 45:12, 45:17, 45:20, 45:24, 46:3, 46:15, 46:19, 47:2, 47:7, 47:14, 47:22, 48:2, 48:7, 48:23, 49:3, 50:9, 51:5, 51:18, 51:24, 52:5, 52:18, 52:22, 53:13, 53:20, 54:10, 54:15, 54:25, 55:3, 55:9, 55:11, 55:14, 55:17, 55:24, 56:5, 56:12, 56:14, 56:16, 56:22, 57:2, 57:8, 58:19, 58:24, 59:5, 59:8, 59:13, 59:21, 59:25, 60:3, 60:10, 60:14, 60:17, 60:20, 61:13, 61:22, 62:9, 62:23, 63:9, 63:20, 63:25, 64:7, 64:12, 64:15, 64:18, 64:22, 65:5, 65:8, 66:17, 66:20, 67:3, 67:8, 67:14, 67:19, 67:25, 68:8, 68:10, 68:13,

68:23, 69:2, 69:5, 69:10, 69:14, 69:16, 70:9, 70:12, 70:17, 70:21, 70:24, 71:10, 72:13, 73:6, 73:12, 73:16, 74:23, 75:16, 75:22, 76:5, 76:11, 76:24, 77:5, 78:8, 78:20, 79:15, 79:22, 80:19, 80:22, 82:15, 82:19, 83:11, 84:6, 84:9, 84:15, 85:18, 87:14, 88:7, 88:17, 89:17, 89:21, 90:22, 92:3, 93:7, 93:18, 94:7, 97:17, 100:12, 100:20, 101:14, 101:22, 102:2, 102:14, 102:24, 103:9, 104:24, 105:3, 105:8, 106:20, 107:2, 107:12, 108:6, 108:19, 109:9, 110:2, 114:14, 116:11, 117:7, 117:10, 117:20, 117:25, 118:5, 118:10, 119:5, 119:14, 119:23, 121:9, 125:2, 126:19, 130:21, 131:23, 132:6, 133:4, 133:14, 134:2, 134:11, 135:21, 136:8, 136:15, 136:23, 137:6, 137:14, 137:17, 138:8, 138:20, 139:9, 139:14, 141:5, 141:15, 143:7, 144:24, 144:5, 145:12, 145:18, 146:4, 147:12, 148:14, 148:20, 149:17, 150:15, 150:18, 152:11, 152:15, 153:21, 157:5, 157:9, 160:14, 160:18, 160:22, 161:2, 162:3, 162:7, 163:21, 163:24, 164:19, 165:15, 166:11, 166:14, 166:20, 166:23, 167:3, 167:9, 167:19, 168:8, 168:20, 168:24, 169:10, 169:23, 170:3, 170:7, 170:12, 170:15, 171:15, 172:23, 173:7, 173:16, 173:22, 174:10,

174:14, 175:4, 175:13, 175:21, 175:24, 176:6, 176:17, 176:20, 176:24, 177:4, 177:16, 177:21, 177:24, 178:5, 178:9, 178:13, 178:18, 178:22, 179:4, 179:9, 179:13, 179:20, 179:24, 180:4, 180:6, 180:17, 180:21, 180:24, 181:5, 181:10, 181:17, 181:24, 182:4, 182:8, 182:11, 182:16, 182:20, 182:25, 183:6, 183:9, 183:15, 183:18, 183:21, 183:24, 184:3, 184:6, 184:10, 184:14, 184:17, 185:7, 185:19
**McNamara** [4] - 2:8, 2:11, 73:23, 74:2
**meals** [1] - 146:11
**mean** [9] - 66:7, 83:16, 84:7, 86:4, 124:11, 134:20, 148:24, 156:20, 161:12
**means** [3] - 19:20, 143:8, 175:18
**meant** [2] - 102:8, 107:6
**medium** [3] - 35:13, 35:14, 35:15
**meet** [9] - 10:5, 25:4, 33:22, 36:11, 36:14, 36:22, 37:7, 111:13, 185:22
**member** [1] - 116:14
**memorize** [1] - 41:8
**memory** [4] - 34:12, 41:24, 42:2, 42:8
**men** [1] - 147:23
**MENDEZ** [1] - 1:5
**Mendez** [3] - 5:2, 5:3, 171:21
**mention** [2] - 123:13, 123:16
**mentioned** [2] - 1:20, 57:14
**met** [5] - 10:10, 36:25, 38:2, 111:3, 111:11
**MICHELLE** [3] - 1:20, 188:7, 188:24
**middle** [2] - 81:14, 81:16
**might** [2] - 65:8,

123:13
**milk** [1] - 63:11
**mind** [2] - 143:13, 157:14
**mine** [4] - 99:18, 120:20, 158:10, 158:23
**minimum** [1] - 172:11
**minute** [1] - 127:25
**minutes** [12] - 17:25, 18:3, 18:8, 109:16, 122:3, 122:7, 126:14, 126:18, 127:13, 127:14, 127:18, 128:8
**mirror** [2] - 145:21, 145:24
**miss** [1] - 151:24
**mistake** [1] - 93:2
**mistakes** [1] - 91:4
**model** [1] - 174:9
**Monday** [2] - 47:19, 95:25
**money** [39] - 29:10, 29:13, 77:18, 77:21, 96:25, 98:7, 98:9, 101:8, 117:18, 124:21, 124:24, 144:14, 144:17, 157:7, 157:12, 157:15, 161:5, 161:6, 161:10, 161:11, 161:13, 161:16, 161:18, 161:21, 161:24, 171:23, 174:13, 174:22, 179:16, 179:18, 179:21, 179:22, 179:25, 180:5, 180:8, 180:10, 182:7, 185:2, 185:6
**month** [4] - 28:24, 29:14, 159:23, 172:12
**months** [9] - 28:6, 50:6, 50:7, 51:10, 117:12, 117:14, 120:15, 143:21, 160:2
**morning** [9] - 63:24, 106:18, 109:2, 109:13, 126:3, 128:3, 129:7, 129:23, 141:8
**moron** [2] - 46:14, 61:12
**most** [3] - 130:9, 144:10
**mother** [8] - 28:14, 28:15, 101:18, 101:20, 102:4, 144:2, 174:11, 177:2
**mouth** [1] - 62:8

**move** [9] - 8:10, 19:14, 32:22, 33:2, 33:18, 57:15, 62:11, 70:8, 182:24
**moved** [1] - 31:6
**movie** [1] - 165:9
**MR** [510] - 4:13, 5:5, 5:14, 5:21, 7:5, 7:9, 7:22, 8:5, 8:7, 8:10, 8:11, 8:17, 8:19, 8:23, 9:9, 9:18, 9:24, 10:6, 10:11, 10:16, 10:25, 11:7, 11:15, 11:19, 12:2, 12:5, 12:8, 12:10, 12:14, 12:15, 12:17, 12:21, 12:23, 13:2, 13:3, 13:9, 13:11, 13:13, 13:14, 13:17, 13:18, 13:22, 13:23, 13:24, 14:2, 14:3, 14:22, 15:7, 15:15, 15:19, 15:24, 16:5, 16:9, 16:13, 16:20, 16:23, 16:25, 17:12, 17:14, 17:17, 17:19, 18:2, 18:5, 18:7, 18:10, 18:13, 18:15, 18:17, 18:18, 19:3, 19:6, 19:10, 19:11, 19:14, 19:16, 20:2, 20:7, 20:15, 21:17, 21:20, 22:5, 22:9, 22:11, 22:16, 22:19, 22:22, 24:17, 25:7, 25:25, 26:5, 26:9, 26:11, 26:13, 26:15, 26:18, 26:23, 27:5, 28:2, 28:19, 30:7, 30:19, 31:10, 31:13, 32:6, 32:10, 32:13, 32:15, 32:18, 32:22, 32:23, 32:24, 32:25, 33:4, 33:8, 33:10, 33:12, 33:14, 33:16, 33:24, 34:7, 34:13, 34:19, 35:6, 36:12, 36:16, 36:20, 36:23, 37:15, 37:22, 38:4, 38:11, 38:17, 38:21, 38:23, 38:24, 39:4, 39:8, 39:12, 39:23, 39:25, 40:6, 40:8, 40:18, 40:22, 40:25, 41:5, 41:10, 41:12, 41:15, 41:17, 42:4, 42:13, 42:15, 42:17, 42:18, 42:20, 42:22, 42:24, 43:2, 43:3, 43:7, 43:9, 43:10, 43:13, 43:17, 43:20, 43:22, 43:23,

43:24, 44:4, 44:9,
44:13, 44:17, 44:19,
44:22, 44:25, 45:3,
45:5, 45:8, 45:10,
45:12, 45:17, 45:20,
45:24, 46:3, 46:15,
46:19, 46:21, 47:2,
47:4, 47:7, 47:9,
47:14, 47:22, 48:2,
48:7, 48:11, 48:23,
49:3, 50:9, 51:5,
51:18, 51:24, 52:3,
52:5, 52:18, 52:22,
53:5, 53:13, 53:17,
53:20, 53:23, 54:10,
54:12, 54:15, 54:25,
55:3, 55:9, 55:11,
55:14, 55:17, 55:24,
56:5, 56:12, 56:14,
56:16, 56:22, 57:2,
57:6, 57:8, 57:10,
58:6, 58:19, 58:24,
59:5, 59:8, 59:13,
59:21, 59:25, 60:3,
60:10, 60:14, 60:17,
60:20, 61:13, 61:22,
62:9, 62:23, 63:9,
63:18, 63:20, 63:23,
63:25, 64:3, 64:7,
64:9, 64:12, 64:14,
64:15, 64:17, 64:18,
64:20, 64:22, 64:25,
65:5, 65:7, 65:8,
65:10, 66:17, 66:20,
66:23, 67:3, 67:8,
67:14, 67:19, 67:25,
68:8, 68:10, 68:12,
68:13, 68:20, 68:23,
68:24, 69:2, 69:4,
69:5, 69:8, 69:10,
69:14, 69:16, 69:20,
70:9, 70:11, 70:12,
70:17, 70:21, 70:22,
70:24, 71:10, 72:13,
73:6, 73:9, 73:12,
73:15, 73:16, 73:18,
73:22, 74:8, 74:16,
74:23, 75:3, 75:16,
75:17, 75:22, 75:24,
76:5, 76:8, 76:11,
76:15, 76:24, 76:25,
77:5, 77:6, 78:8, 78:9,
78:20, 79:13, 79:15,
79:18, 79:22, 80:19,
80:22, 82:15, 82:19,
83:11, 84:6, 84:9,
84:15, 85:18, 87:14,
88:7, 88:17, 89:17,
89:21, 90:22, 92:3,
93:7, 93:18, 94:7,
97:17, 100:12,

100:20, 101:14,
101:22, 102:2,
102:14, 102:24,
103:9, 104:24, 105:3,
105:8, 106:20,
106:23, 107:2, 107:4,
107:12, 108:6,
108:19, 109:9, 110:2,
114:14, 116:11,
117:7, 117:10,
117:20, 117:25,
118:5, 118:10, 119:5,
119:14, 119:23,
121:9, 125:2, 126:19,
130:21, 131:23,
132:6, 133:4, 133:14,
134:2, 134:11, 135:8,
135:21, 136:8,
136:15, 136:23,
137:6, 137:14,
137:17, 138:8,
138:20, 139:9,
139:14, 141:5,
141:15, 143:7,
144:24, 145:5,
145:12, 145:18,
146:4, 147:12,
148:14, 148:20,
149:17, 150:15,
150:18, 152:11,
152:15, 153:21,
157:5, 157:9, 160:14,
160:18, 160:22,
161:2, 162:3, 162:7,
163:21, 163:24,
164:19, 165:13,
165:15, 166:11,
166:14, 166:20,
166:23, 167:3, 167:9,
167:19, 168:8,
168:20, 168:24,
169:10, 169:23,
170:3, 170:7, 170:12,
170:15, 171:15,
172:23, 173:7,
173:16, 173:22,
174:10, 174:14,
175:4, 175:13,
175:21, 175:24,
176:6, 176:17,
176:20, 176:24,
177:4, 177:16,
177:21, 177:24,
178:5, 178:9, 178:13,
178:18, 178:22,
179:4, 179:9, 179:13,
179:20, 179:24,
180:4, 180:6, 180:17,
180:21, 180:24,
181:5, 181:10,
181:17, 181:24,

182:4, 182:8, 182:11,
182:16, 182:20,
182:23, 182:25,
183:3, 183:6, 183:9,
183:11, 183:15,
183:18, 183:21,
183:24, 184:3, 184:6,
184:10, 184:14,
184:17, 185:7,
185:19, 185:21
**mustard** [1] - 142:12

## N

**name** [37] - 4:14, 9:3,
13:23, 23:23, 24:4,
24:9, 26:20, 28:22,
28:25, 34:9, 34:10,
34:14, 34:17, 35:25,
48:4, 49:15, 50:19,
50:21, 93:6, 99:19,
114:11, 115:19,
115:20, 115:22,
115:24, 116:16,
118:16, 118:25,
119:4, 119:8, 121:5,
124:22, 149:16,
149:21, 149:22,
154:15
**names** [4] - 9:6,
41:2, 46:16, 47:8
**nassau** [1] - 37:11
**NASSAU** [1] - 188:5
**Nassau** [1] - 37:12
**nasty** [1] - 133:8
**nature** [2] - 7:25,
14:17
**nearby** [1] - 51:6
**necessarily** [1] -
30:13
**necessary** [1] -
175:9
**Neck** [1] - 2:9
**need** [24] - 13:19,
17:25, 18:12, 18:7,
19:12, 31:11, 63:10,
63:14, 64:9, 70:3,
72:8, 72:9, 72:17,
96:12, 103:12, 113:3,
114:14, 118:3, 118:8,
145:22, 174:16,
179:15, 179:17,
185:10
**needed** [14] - 105:18,
116:13, 116:22,
117:3, 117:21,
117:22, 117:23,
157:4, 157:7, 157:13,
161:22, 161:23,
184:25, 185:2

**NELSON** [1] - 1:4
**Nelson** [2] - 105:24,
124:5
**never** [42] - 10:10,
53:17, 57:22, 95:15,
95:18, 95:23, 97:15,
98:11, 107:16, 109:3,
109:5, 109:22,
113:22, 115:14,
115:17, 128:7,
135:20, 146:6, 146:7,
146:8, 146:11,
146:15, 146:19,
146:23, 147:2, 148:2,
148:5, 148:18,
148:21, 156:3, 156:4,
162:11, 162:25,
163:7, 169:22, 170:8,
170:9, 171:5, 171:9,
173:8, 176:25, 177:22
**New** [21] - 1:15, 1:21,
2:5, 2:10, 2:14, 2:19,
4:10, 4:20, 23:25,
45:13, 45:14, 45:16,
45:19, 46:2, 46:5,
163:18, 163:20,
186:25, 188:9
**NEW** [3] - 1:2, 186:4,
188:4
**new** [1] - 156:8
**next** [4] - 34:4,
126:3, 169:15, 169:16
**nice** [5] - 9:22, 95:19,
125:4, 136:25, 155:4
**Nicolls** [2] - 51:3,
51:4
**night** [5] - 104:23,
106:16, 107:8, 110:7,
113:11
**nine** [1] - 172:13
**nobody** [4] - 25:16,
30:22, 38:16, 110:22
**Noe** [5] - 149:19,
149:22, 149:24,
154:13, 154:17
**NOE** [1] - 1:6
**norm** [1] - 141:6
**normal** [2] - 122:10,
169:11
**normally** [2] - 98:23,
104:7
**NOT** [2] - 2:6, 2:15
**Notary** [4] - 1:21,
4:9, 186:25, 188:8
**notebook** [1] - 96:23
**noted** [1] - 185:24
**nothing** [9] - 47:5,
63:12, 63:15, 66:23,
96:11, 96:14, 108:9,
132:14, 138:25

**notice** [6] - 12:17,
53:8, 53:15, 53:18,
53:22, 54:2
**November** [1] -
121:10
**novia** [1] - 144:8
**number** [81] - 7:4,
7:15, 31:20, 31:22,
31:24, 52:17, 52:20,
56:20, 56:24, 66:15,
66:19, 66:25, 67:2,
67:6, 67:10, 67:12,
67:17, 67:23, 68:4,
68:7, 69:12, 70:15,
71:2, 71:3, 71:8,
71:17, 73:3, 73:4,
73:5, 74:4, 77:16,
79:20, 79:25, 80:11,
80:15, 80:18, 80:24,
80:25, 150:8, 150:13,
150:17, 150:19,
150:20, 150:23,
159:21, 160:17,
160:21, 175:8,
178:17, 178:21,
179:3, 181:9, 181:13,
181:16, 181:20,
182:3, 182:15,
182:19, 183:5,
183:14, 184:20
**numbers** [7] - 7:19,
52:24, 57:20, 70:19,
77:3, 80:9, 172:17

## O

**oath** [3] - 3:11,
19:18, 186:10
**object** [2] - 53:5,
53:9
**objected** [3] - 7:10,
53:17, 57:22
**objecting** [1] - 53:16
**objection** [294] - 5:5,
5:14, 5:21, 7:5, 9:9,
9:18, 10:6, 10:11,
10:16, 10:25, 11:7,
11:15, 11:19, 12:2,
12:5, 12:8, 12:14,
13:22, 14:22, 15:7,
15:15, 15:19, 15:24,
16:5, 16:9, 16:13,
16:20, 20:2, 20:7,
20:15, 21:17, 22:5,
22:9, 22:11, 22:16,
22:19, 22:22, 24:17,
25:7, 25:25, 26:5,
26:9, 26:11, 26:15,
26:23, 27:5, 28:2,
28:19, 30:7, 30:19,

9

31:10, 31:13, 32:6,
33:24, 34:7, 34:13,
34:19, 35:6, 36:12,
37:15, 37:22, 38:4,
38:11, 38:17, 39:4,
39:8, 39:12, 39:23,
39:25, 40:6, 40:18,
40:22, 40:25, 41:5,
41:10, 42:4, 43:7,
45:17, 45:20, 47:7,
47:14, 47:22, 48:2,
48:23, 49:3, 50:9,
51:5, 51:18, 51:24,
52:18, 54:25, 55:3,
55:9, 55:11, 55:14,
55:17, 55:24, 56:12,
56:14, 56:16, 56:22,
58:19, 58:24, 59:5,
59:8, 59:13, 59:21,
59:25, 60:3, 60:10,
60:14, 60:17, 60:20,
61:13, 61:22, 62:9,
62:23, 63:9, 66:17,
66:20, 67:14, 67:19,
67:25, 68:8, 69:14,
70:21, 71:10, 72:13,
73:6, 76:12, 79:22,
80:19, 82:15, 82:19,
83:11, 84:6, 84:9,
84:15, 85:18, 87:14,
88:7, 88:17, 89:17,
89:21, 90:22, 92:3,
93:7, 93:18, 94:7,
97:17, 100:12,
100:20, 101:14,
101:22, 102:2,
102:14, 102:24,
103:9, 104:24, 105:3,
105:8, 107:12, 108:6,
108:19, 109:9, 110:2,
116:11, 117:7,
117:10, 117:20,
117:25, 118:5,
118:10, 119:5,
119:14, 119:23,
121:9, 125:2, 126:19,
130:21, 131:23,
132:6, 133:4, 133:14,
134:2, 134:11,
135:21, 136:8,
136:23, 137:6,
137:14, 137:17,
138:8, 138:20, 139:9,
139:14, 141:5,
141:15, 144:24,
145:5, 145:12,
145:18, 146:4,
147:12, 148:14,
148:20, 149:17,
150:15, 150:18,
152:11, 152:15,

153:21, 157:5, 157:9,
160:14, 160:18,
160:22, 161:2, 162:3,
162:7, 163:21,
163:24, 164:19,
166:11, 166:14,
166:20, 166:23,
167:3, 167:9, 167:19,
168:8, 168:20,
168:24, 169:10,
169:23, 170:3, 170:7,
170:12, 170:15,
171:15, 172:23,
173:7, 173:16,
173:22, 174:10,
174:14, 175:4,
175:13, 175:21,
175:24, 176:6,
176:17, 176:20,
176:24, 177:4,
177:16, 177:21,
177:24, 178:5, 178:9,
178:13, 178:18,
178:22, 179:4, 179:9,
179:13, 179:20,
179:24, 180:4, 180:6,
180:17, 180:21,
180:24, 181:5,
181:10, 181:17,
181:24, 182:4, 182:8,
182:11, 182:16,
182:20, 183:6,
183:15, 183:18,
183:21, 183:24,
184:3, 184:6, 184:10,
184:14, 184:17,
185:7, 185:19
  **objections** [1] - 3:15
  **obligation** [6] -
16:22, 23:9, 27:10,
77:19, 79:9, 93:16
  **obliterate** [1] - 37:5
  **obtain** [2] - 73:5,
78:2
  **obtained** [1] - 77:2
  **occasions** [2] -
110:24, 111:8
  **October** [4] - 1:13,
87:3, 186:10, 188:20
  **OF** [8] - 1:2, 2:4, 2:8,
2:13, 186:4, 186:6,
188:4, 188:5
  **offensive** [1] -
171:22
  **offer** [2] - 171:14,
171:17
  **offered** [1] - 171:20
  **office** [12] - 37:21,
53:25, 110:9, 110:12,
113:18, 114:5, 114:7,

118:14, 125:13,
133:12, 133:13
  **officer** [2] - 3:10,
3:13
  **OFFICES** [3] - 2:4,
2:8, 2:13
  **old** [7] - 28:4, 28:20,
28:21, 28:24, 29:6,
94:25, 162:15
  **older** [1] - 146:21
  **once** [3] - 62:3,
121:24, 153:6
  **one** [67] - 1:18, 5:8,
7:20, 13:7, 20:13,
22:15, 26:8, 26:10,
26:12, 26:22, 26:24,
26:25, 27:3, 27:17,
27:19, 34:4, 52:19,
60:22, 66:3, 77:7,
80:6, 80:16, 82:23,
82:24, 83:3, 83:7,
91:4, 98:5, 101:7,
101:11, 101:17,
105:19, 107:22,
109:14, 112:19,
114:12, 114:13,
114:24, 115:7,
118:20, 122:5,
123:21, 125:8,
131:10, 131:12,
131:14, 135:6,
143:21, 145:13,
149:13, 152:20,
154:5, 156:8, 157:25,
161:16, 165:8,
165:21, 170:21,
172:12, 172:16,
174:19, 175:10,
175:11, 176:21,
180:19, 182:23,
185:21
  **ones** [6] - 48:15,
57:21, 57:22, 124:3,
134:8
  **onion** [1] - 142:21
  **open** [5] - 62:7,
66:11, 66:15, 67:11,
143:13
  **operator** [1] - 121:23
  **opinion** [1] - 54:11
  **opportunity** [1] -
78:15
  **order** [16] - 7:24, 9:2,
15:9, 18:19, 43:12,
44:23, 57:5, 66:15,
67:10, 69:7, 69:19,
69:21, 73:8, 76:16,
78:2, 161:21
  **Order** [1] - 1:19
  **organized** [1] - 5:8

**OSMAR** [1] - 1:5
  **otherwise** [1] - 74:10
  **outcome** [1] - 188:18
  **outside** [2] - 64:6,
65:3
  **overhear** [1] - 38:20
  **overheard** [1] - 39:3
  **overtime** [24] -
14:23, 83:4, 83:5,
83:15, 84:11, 85:23,
92:13, 92:24, 93:20,
120:9, 120:23, 132:7,
132:8, 132:9, 133:19,
134:13, 168:11,
168:15, 168:18,
168:19, 168:21,
168:25, 169:7
  **owe** [2] - 96:24,
171:25
  **owed** [1] - 172:6
  **own** [6] - 25:11,
75:20, 124:23,
128:18, 137:7, 158:22
  **owner** [2] - 114:18,
115:2

**P**

  **P.C** [1] - 2:17
  **p.m** [10] - 65:14,
78:23, 114:17,
135:11, 165:18,
185:24
  **pack** [1] - 51:12
  **PAGE** [2] - 187:3,
189:5
  **PAGOADA** [1] - 1:5
  **paid** [52] - 49:19,
49:23, 50:2, 50:8,
51:13, 58:13, 65:18,
81:22, 82:3, 82:17,
82:21, 83:2, 83:6,
83:7, 83:13, 83:15,
85:16, 85:21, 85:24,
88:23, 89:7, 91:18,
92:6, 92:20, 93:20,
93:25, 98:14, 98:24,
100:25, 119:12,
119:19, 119:21,
120:10, 120:18,
120:21, 120:25,
121:17, 121:20,
122:9, 124:24, 132:9,
132:17, 132:18,
156:17, 156:21,
165:20, 165:24,
168:2, 168:5, 168:14,
168:17
  **pale** [1] - 138:18

**paper** [9] - 40:20,
40:21, 40:24, 50:20,
50:21, 52:12, 52:13,
118:18, 134:3
  **papers** [1] - 5:24,
6:11, 6:22, 39:16,
39:17, 39:19, 39:22,
39:24, 118:17,
118:19, 118:22
  **paperwork** [1] - 52:9
  **Park** [3] - 31:4, 31:5,
66:10
  **part** [9] - 16:11,
16:15, 17:2, 18:20,
93:19, 93:21, 134:16,
134:17, 147:9
  **parties** [2] - 3:6,
188:16
  **parts** [1] - 35:5
  **passable** [1] - 140:5
  **passport** [2] - 9:14,
9:17
  **patience** [1] - 69:24
  **PATRICK** [2] - 2:8,
2:11
  **Patrick** [6] - 58:7,
59:24, 63:18, 73:22,
75:25, 79:13
  **patrick** [3] - 52:3,
75:17, 77:6
  **Patrick's** [1] - 159:6
  **Paving** [54] - 14:16,
15:11, 15:14, 15:18,
15:22, 54:20, 73:25,
80:7, 80:15, 81:15,
81:18, 81:23, 82:8,
82:22, 83:9, 85:7,
85:12, 85:14, 85:17,
86:12, 87:13, 89:16,
89:24, 90:16, 91:9,
95:21, 96:2, 97:4,
97:10, 97:16, 98:7,
98:10, 99:17, 99:24,
100:6, 101:9, 104:2,
112:6, 114:19,
114:23, 115:3, 115:6,
116:24, 119:13,
119:19, 120:8,
121:14, 132:13,
133:21, 134:18,
135:5, 135:13,
150:24, 169:13
  **PAVING** [1] - 1:9
  **pay** [16] - 6:25,
14:20, 14:21, 49:18,
49:20, 49:21, 49:25,
76:23, 85:23, 92:24,
131:20, 132:22,
133:18, 135:12,
168:9, 168:16

**paycheck** [4] - 83:14, 115:9, 115:17, 144:14
**paychecks** [7] - 83:18, 83:22, 84:2, 115:12, 119:8, 168:6, 169:6
**paying** [2] - 83:12, 117:17
**penalties** [1] - 72:14
**penalty** [2] - 19:25, 20:6
**pending** [1] - 13:7
**people** [7] - 39:2, 96:24, 97:2, 105:22, 128:15, 144:10, 175:16
**pepper** [1] - 129:11
**per** [5] - 81:5, 96:5, 121:13, 121:16, 121:20
**Perez** [29] - 4:16, 4:22, 9:4, 9:5, 9:12, 13:4, 13:21, 14:5, 19:9, 19:10, 20:3, 20:8, 21:20, 47:15, 48:9, 48:12, 50:18, 55:19, 56:5, 65:3, 67:8, 69:11, 70:17, 71:12, 80:22, 116:18, 136:15, 187:4
**PEREZ** [5] - 1:7, 1:18, 186:8, 186:16, 188:10
**period** [1] - 140:8
**permitted** [1] - 76:20
**permitting** [2] - 38:22, 57:3
**person** [14] - 54:13, 98:3, 109:15, 114:8, 114:9, 137:21, 148:9, 148:15, 148:25, 149:2, 154:5, 154:6, 173:4, 175:18
**personal** [1] - 103:10
**petulant** [1] - 63:12
**phone** [8] - 17:25, 32:5, 70:7, 150:17, 150:20, 151:2, 151:4, 172:9
**pick** [2] - 6:18, 118:21
**picked** [2] - 75:10, 104:16
**picking** [1] - 32:4
**pickles** [1] - 142:17
**place** [2] - 1:20, 53:7
**Plaintiffs** [5] - 1:7, 1:18, 2:4, 2:9, 2:13
**plaintiffs** [2] - 41:3, 76:22

**plane** [2] - 43:14, 163:25
**playing** [2] - 33:3, 181:23
**PLLC** [1] - 2:4
**pocket** [1] - 96:9
**point** [2] - 45:3, 77:20
**pointing** [1] - 107:2
**poorly** [1] - 132:25
**posed** [1] - 65:2
**possess** [1] - 74:4
**possession** [1] - 77:15
**possible** [8] - 10:21, 10:22, 15:25, 16:7, 38:19, 39:2, 181:21, 181:22
**possibly** [2] - 16:10, 37:6
**PRACELIS** [1] - 1:5
**practiced** [2] - 139:8, 139:12
**pray** [4] - 176:4, 176:9, 176:12, 176:16
**premise** [1] - 78:4
**preparation** [1] - 41:13
**prepare** [1] - 33:19
**PRESENT** [3] - 2:6, 2:15, 2:23
**present** [2] - 37:3, 38:2
**pretty** [2] - 74:12, 139:3
**prevailing** [13] - 89:4, 89:8, 91:14, 91:17, 91:20, 92:5, 92:6, 92:20, 93:24, 121:21, 165:19, 165:20
**privilege** [1] - 37:5
**problem** [2] - 63:19, 159:12
**problems** [14] - 30:14, 102:10, 102:12, 102:20, 102:22, 102:25, 103:2, 103:14, 144:25, 145:3, 164:21, 164:23, 164:24, 165:4
**proceed** [1] - 78:11
**professionally** [1] - 75:21
**promotes** [1] - 143:6
**pronounce** [1] - 19:12
**pronouncing** [1] - 13:25

**propane** [5] - 104:25, 105:9, 105:11, 105:15
**proper** [1] - 53:22
**proportionate** [1] - 35:4
**prosecuted** [1] - 59:20
**protected** [1] - 143:8
**protective** [10] - 7:24, 9:2, 15:9, 43:12, 44:23, 57:5, 69:6, 69:19, 69:21, 73:8
**proud** [1] - 174:11
**provide** [12] - 23:14, 29:8, 29:11, 29:13, 41:16, 42:19, 51:15, 56:9, 66:14, 101:9, 101:12, 135:18
**provided** [6] - 52:9, 56:20, 56:24, 58:16, 74:5, 135:20
**providing** [1] - 53:7
**Public** [4] - 1:21, 4:9, 186:25, 188:8
**pull** [1] - 76:18
**purpose** [1] - 64:23
**purposes** [2] - 77:21, 77:22
**pursuant** [7] - 1:19, 7:24, 9:2, 15:9, 53:3, 69:6, 73:8
**push** [3] - 121:25, 122:2, 122:6
**put** [11] - 17:21, 17:22, 79:8, 104:19, 104:20, 105:7, 105:9, 117:2, 169:16, 172:9, 173:24

**Q**

**questions** [55] - 4:4, 18:21, 21:3, 21:7, 21:11, 21:16, 21:24, 22:24, 35:10, 38:22, 43:8, 44:24, 46:18, 46:20, 47:11, 48:13, 48:19, 52:23, 55:7, 55:23, 56:10, 56:17, 57:4, 57:20, 60:12, 61:2, 61:7, 61:15, 61:17, 62:16, 62:18, 63:7, 63:8, 63:21, 63:24, 64:2, 64:4, 64:11, 64:13, 64:21, 64:25, 65:12, 70:4, 70:12, 72:6, 74:3, 78:6, 78:10, 79:3, 79:4, 79:7, 92:16,

111:21, 118:7, 177:7
**quiet** [1] - 76:9
**Quintanilla** [1] - 154:10
**QUINTANILLA** [2] - 1:4, 1:5
**Quintanilla/Suffolk** [1] - 73:24
**QUINTEROS** [1] - 1:6
**quite** [2] - 37:6, 75:24

**R**

**rain** [1] - 86:9
**rained** [1] - 86:8
**rake** [3] - 104:16, 112:15, 112:21
**raked** [1] - 81:20
**ran** [1] - 112:6
**rare** [3] - 83:13, 86:8, 86:9
**rarely** [2] - 84:4, 132:10
**rate** [4] - 91:12, 91:21, 121:13, 121:19
**rates** [3] - 92:6, 92:20, 165:20
**rather** [4] - 36:9, 72:16, 82:5, 164:17
**read** [1] - 13:16, 41:22, 42:10, 65:20, 79:20, 83:20, 92:10, 94:9, 94:11, 172:21, 186:9
**reading** [2] - 69:21, 76:17
**ready** [2] - 78:24, 78:25
**real** [1] - 50:19
**realize** [1] - 184:20
**realized** [1] - 57:23
**really** [7] - 9:12, 31:19, 34:10, 42:20, 53:23, 69:23, 111:22
**REASON** [10] - 189:7, 189:9, 189:11, 189:13, 189:15, 189:17, 189:19, 189:21, 189:23, 189:25
**reasons** [2] - 76:20, 189:4
**receive** [5] - 82:24, 98:16, 99:6, 115:9, 115:11
**received** [2] - 83:8, 91:13

**recess** [6] - 65:13, 78:22, 114:16, 135:9, 135:10, 165:17
**record** [21] - 4:15, 4:17, 12:10, 17:18, 17:20, 19:5, 19:8, 26:19, 31:17, 32:11, 32:16, 32:17, 32:21, 48:7, 48:11, 53:8, 54:2, 106:20, 186:12, 186:13, 188:13
**recorded** [1] - 169:6, 169:9
**records** [1] - 52:25
**recovery** [1] - 76:22
**red** [2] - 47:23, 148:10
**referring** [4] - 8:12, 8:18, 41:11, 106:21
**reflect** [4] - 12:11, 48:12, 84:2, 106:21
**refrain** [1] - 73:16
**refused** [2] - 64:21, 88:3
**refusing** [6] - 12:13, 71:14, 72:8, 72:10, 72:19, 76:3
**regarding** [1] - 43:11, 52:24
**regular** [5] - 84:14, 121:18, 165:25, 169:5, 169:8
**related** [1] - 188:15
**relates** [1] - 8:3
**relations** [1] - 30:16
**relationship** [2] - 30:14, 147:8
**religion** [1] - 175:20
**remember** [32] - 41:23, 42:11, 50:14, 79:25, 80:4, 80:25, 122:11, 122:14, 122:16, 122:20, 122:21, 122:22, 122:24, 122:25, 123:3, 123:5, 123:10, 123:12, 123:14, 123:15, 123:18, 123:22, 140:9, 166:3, 166:4, 166:5, 166:7, 166:8, 166:9, 167:23, 167:25, 183:25
**Renato** [31] - 97:23, 97:24, 98:2, 98:4, 98:6, 107:10, 107:11, 107:17, 107:18, 107:19, 108:14, 109:17, 109:18, 109:20, 109:21, 116:13, 124:4,

11

125:12, 139:17, 140:2, 152:19, 153:6, 153:7, 153:9, 169:20, 169:21, 169:24, 169:25, 170:5, 170:9
**rent** [2] - 25:15, 25:19
**rents** [1] - 25:16
**repeat** [2] - 13:10, 52:7
**repeating** [1] - 111:20
**Reporter** [1] - 188:7
**REPORTER** [1] - 32:12
**reporting** [1] - 52:25
**representation** [2] - 12:16, 12:20
**reputation** [1] - 75:20
**required** [1] - 21:2
**reschedule** [1] - 74:11
**reserved** [1] - 3:15
**reside** [2] - 8:14, 8:20
**resolved** [1] - 54:16
**respective** [1] - 3:5
**respond** [1] - 48:19
**response** [36] - 7:7, 11:17, 12:9, 19:21, 20:17, 21:19, 40:12, 40:15, 41:25, 42:7, 46:7, 46:9, 46:23, 50:17, 52:2, 55:12, 55:15, 56:2, 56:4, 58:20, 59:3, 60:4, 60:7, 62:12, 62:17, 62:19, 62:22, 62:25, 63:3, 71:11, 72:19, 72:24, 105:13, 136:14, 161:14, 165:3
**responses** [1] - 56:7
**responsibility** [3] - 59:17, 94:6, 94:8
**responsible** [1] - 137:7
**rest** [2] - 147:10, 165:24
**restrictions** [1] - 76:19
**results** [1] - 18:25
**retaliated** [1] - 16:3
**retaliation** [5] - 16:15, 17:6, 17:13, 17:16, 18:20
**return** [1] - 124:19
**returns** [3] - 80:12, 135:24, 136:3
**reveal** [1] - 36:23

**review** [2] - 39:6, 39:19
**reviewed** [1] - 41:13
**Reyes** [3] - 99:22, 99:23, 131:9
**ride** [2] - 44:11, 126:3
**ringleader** [1] - 5:4
**RIVERA** [1] - 1:5
**Rivera** [1] - 38:8
**Road** [2] - 2:9, 51:3
**robbed** [2] - 170:11, 175:5
**Rodriguez** [1] - 154:13
**RODRIGUEZ** [1] - 1:6
**role** [1] - 48:18
**roll** [3] - 154:25, 155:3, 155:4
**Ronald** [6] - 99:20, 99:21, 99:23, 131:7, 131:8, 131:9
**room** [6] - 25:18, 25:19, 26:3, 27:19, 48:18, 65:3
**Rosabell** [5] - 28:16, 29:24, 30:3, 30:18, 32:2
**rot** [1] - 155:15
**rotten** [3] - 156:3, 156:5, 156:8
**rotting** [1] - 156:2

**S**

**sake** [2] - 13:11, 13:15
**salaries** [1] - 10:23
**salary** [2] - 14:19, 14:21
**salt** [1] - 129:11
**Salvador** [1] - 147:16
**sanctioned** [2] - 58:3, 72:12
**sanctions** [2] - 57:15, 70:8
**sandwich** [4] - 128:16, 129:10, 155:5, 155:8
**sandwiches** [2] - 127:9, 154:19
**Saturdays** [1] - 96:3
**SAUL** [1] - 2:20
**sausage** [1] - 129:11
**save** [1] - 57:10
**saw** [9] - 33:25, 40:19, 69:20, 96:9, 133:2, 133:11, 159:8,

159:9, 159:11
**scared** [1] - 61:3
**schedule** [2] - 123:25, 140:23
**school** [7] - 94:17, 94:20, 94:21, 95:2, 172:16, 172:19, 173:2
**scrambled** [1] - 129:16
**screw** [3] - 81:20, 104:16, 112:24
**sealing** [1] - 3:6
**season** [9] - 86:18, 86:19, 87:2, 87:5, 87:15, 87:17, 88:8, 151:8, 151:17
**second** [1] - 114:15
**SECRETARY** [3] - 74:6, 74:13, 74:18
**Security** [37] - 7:3, 7:14, 7:19, 52:16, 52:20, 52:24, 56:19, 56:24, 57:20, 66:15, 68:17, 69:12, 70:14, 70:15, 71:17, 73:4, 74:4, 77:3, 77:16, 79:20, 80:9, 80:15, 80:17, 160:16, 160:21, 175:8, 178:16, 179:3, 181:9, 181:13, 181:15, 181:20, 182:3, 182:14, 182:19, 183:5, 183:13
**see** [15] - 12:21, 12:23, 17:24, 39:16, 39:17, 40:5, 42:22, 48:13, 96:15, 110:9, 144:8, 145:25, 149:25, 152:16, 165:9
**seek** [2] - 59:19, 76:22
**seeking** [2] - 8:3, 17:2
**seem** [1] - 77:8
**selfish** [1] - 100:19
**send** [3] - 130:5, 130:7, 154:2
**sent** [2] - 116:14, 118:20
**separate** [1] - 30:5
**separated** [3] - 30:4, 144:7, 157:25
**series** [1] - 61:6
**set** [3] - 146:16, 188:11, 188:19
**settle** [2] - 171:14, 171:17
**seven** [1] - 29:7
**several** [1] - 160:20

**sex** [1] - 24:2
**shaking** [3] - 12:12, 12:22, 12:24
**share** [1] - 25:13
**SHEET** [1] - 189:2
**shield** [1] - 54:8
**shirt** [3] - 47:12, 47:20, 148:11
**shoes** [3] - 61:25, 62:2, 72:5
**shop** [3] - 37:18, 113:11, 113:13
**short** [1] - 135:8
**Shorthand** [1] - 188:7
**shoulder** [1] - 79:8
**shoulders** [1] - 19:2
**show** [9] - 26:17, 43:25, 44:6, 48:7, 76:18, 77:17, 84:10, 107:9, 132:16
**showed** [6] - 58:17, 84:13, 131:21, 131:25, 132:4, 172:20
**shows** [1] - 97:6
**si** [1] - 139:24
**sic)** [4] - 14:11, 125:9, 143:19, 163:2
**sick** [3] - 70:8, 122:4, 144:2
**side** [5] - 12:21, 12:22, 12:23, 12:24, 95:21
**sign** [4] - 118:24, 119:3, 119:7, 119:9
**Signed** [1] - 186:20
**signed** [4] - 3:9, 3:12, 118:16, 118:23
**silly** [2] - 20:12, 46:11
**simple** [1] - 67:15
**simply** [1] - 48:18
**sister** [1] - 49:17
**sit** [4] - 40:16, 46:25, 60:12, 72:21
**site** [7] - 106:3, 106:10, 110:17, 110:25, 111:6, 111:9, 126:12
**sites** [1] - 104:16
**sitting** [3] - 20:12, 47:9, 72:3
**six** [5] - 50:6, 50:7, 143:18, 143:20, 172:14
**sixty** [1] - 172:13
**size** [2] - 34:25, 35:2
**sleep** [2] - 147:4, 148:6
**slow** [2] - 87:3, 87:6

**small** [5] - 34:23, 34:24, 35:2, 35:12, 35:14
**smaller** [1] - 35:5
**smart** [3] - 20:21, 55:6, 95:4
**smarter** [2] - 22:20, 22:21
**smile** [2] - 30:15, 36:8
**smiley** [1] - 41:20
**smiling** [1] - 36:7
**smirk** [3] - 20:12, 20:19, 72:4
**Social** [37] - 7:3, 7:14, 7:19, 52:16, 52:20, 52:24, 56:19, 56:24, 57:20, 66:14, 68:17, 69:12, 70:14, 70:15, 71:17, 73:4, 74:4, 77:2, 77:15, 79:19, 80:9, 80:14, 80:17, 160:16, 160:21, 175:7, 178:16, 179:2, 181:8, 181:12, 181:15, 181:20, 182:2, 182:14, 182:18, 183:4, 183:13
**soda** [3] - 155:9, 155:10, 155:14
**someone** [3] - 130:5, 130:7, 144:16
**sometime** [1] - 148:24
**sometimes** [49] - 84:7, 84:12, 85:22, 87:4, 87:10, 91:14, 91:16, 93:23, 95:15, 98:24, 99:2, 104:4, 105:18, 106:11, 106:15, 107:10, 107:13, 109:19, 109:24, 110:8, 110:11, 111:2, 111:10, 113:19, 113:23, 120:9, 120:23, 121:24, 124:5, 127:5, 127:8, 128:11, 129:8, 130:15, 130:17, 138:3, 138:4, 141:16, 151:3, 154:7, 156:14, 164:20, 164:22, 168:9, 168:11, 168:13, 185:9, 185:11
**somewhere** [5] - 68:18, 87:19, 87:22, 90:9, 151:10
**sophisticated** [1] -

145:7
**sort** [1] - 97:15
**South** [3] - 4:19, 25:3, 25:6
**Spanish** [16] - 2:24, 4:2, 4:5, 35:24, 40:20, 41:6, 41:7, 42:17, 94:11, 94:15, 141:13, 147:13, 147:14, 147:17, 154:19
**speaks** [1] - 147:14
**specific** [2] - 123:6, 153:25
**specifically** [3] - 123:7, 123:8, 123:10
**spell** [1] - 124:16
**spend** [2] - 126:13, 126:17
**spit** [1] - 133:15
**spoken** [2] - 56:6, 176:25
**spouse's** [1] - 24:4
**ss** [2] - 186:5, 188:4
**staff** [1] - 38:13
**Starbucks** [2] - 37:19, 38:13
**stare** [2] - 62:10, 63:16
**stars** [1] - 165:9
**start** [10] - 32:19, 49:10, 49:13, 65:11, 86:22, 97:12, 110:10, 110:14, 151:13, 177:18
**started** [10] - 49:16, 68:4, 81:11, 97:14, 100:21, 100:22, 104:14, 104:15, 151:24, 184:19
**starting** [2] - 22:7, 69:24
**starts** [1] - 86:20
**state** [2] - 4:14, 4:17
**State** [6] - 1:21, 4:10, 93:23, 120:2, 186:25, 188:8
**STATE** [2] - 186:4, 188:4
**States** [17] - 8:15, 8:21, 14:25, 15:6, 16:19, 17:11, 43:5, 49:11, 51:17, 52:11, 58:18, 160:5, 162:16, 163:11, 163:16, 164:5, 173:6
**STATES** [1] - 1:2
**states** [1] - 163:23
**stature** [1] - 35:13
**status** [15] - 8:4, 8:6, 8:9, 8:12, 17:10,

18:12, 18:22, 43:11, 45:2, 66:24, 67:5, 68:15, 69:23, 76:21, 77:4
**stay** [2] - 73:11, 73:12
**steal** [12] - 173:12, 174:23, 174:24, 175:16, 175:19, 176:5, 176:10, 176:23, 180:3, 180:18, 181:4, 182:10
**stealing** [5] - 173:6, 175:3, 180:16, 182:6, 182:9
**stepped** [1] - 74:25
**Steven** [1] - 114:12
**still** [12] - 6:8, 15:10, 19:17, 30:17, 71:6, 100:2, 140:23, 142:6, 158:13, 158:14, 158:16, 162:18
**stipulate** [1] - 17:17
**STIPULATED** [2] - 3:4, 3:14
**stipulation** [4] - 17:5, 17:20, 53:7, 54:5
**stole** [14] - 117:9, 117:13, 148:19, 170:24, 171:2, 171:3, 171:5, 173:10, 174:2, 175:6, 175:7, 180:20, 180:23, 181:8
**stolen** [2] - 148:21, 173:9
**stop** [18] - 12:6, 32:20, 33:3, 33:8, 40:2, 46:15, 46:21, 47:7, 48:17, 61:23, 62:23, 70:9, 87:12, 87:16, 127:16, 141:3, 141:7, 181:23
**stopped** [3] - 94:25, 121:4, 127:17
**story** [4] - 39:10, 39:13, 39:14, 112:2
**straight** [1] - 126:12
**Street** [3] - 4:19, 25:3, 25:6
**street** [1] - 184:5
**streets** [5] - 122:13, 122:14, 122:17, 123:23, 124:2
**stubs** [2] - 6:25, 135:12
**student** [1] - 174:9
**stuff** [2] - 105:10, 141:25
**stupid** [10] - 12:3, 21:14, 47:6, 60:13,

108:3, 108:8, 108:10, 108:15, 108:21, 108:22
**subject** [1] - 49:5
**submit** [1] - 54:3
**submitted** [1] - 17:5
**subscribed** [1] - 186:20
**sue** [2] - 49:5, 134:10
**Suffolk** [61] - 14:16, 15:10, 15:14, 15:18, 15:22, 54:20, 80:7, 80:15, 81:15, 81:18, 81:23, 82:8, 82:22, 83:9, 85:7, 85:10, 85:11, 85:13, 85:17, 86:12, 87:13, 89:16, 89:24, 90:16, 91:9, 95:20, 96:2, 97:4, 97:10, 97:16, 98:7, 98:10, 99:16, 99:23, 100:6, 101:9, 104:2, 112:6, 114:18, 114:23, 115:3, 115:5, 115:10, 115:15, 116:7, 116:24, 119:13, 119:19, 120:7, 121:14, 132:13, 132:15, 132:16, 133:21, 134:17, 134:23, 135:4, 135:13, 150:24, 167:4, 169:13
**SUFFOLK** [2] - 1:9
**suing** [10] - 100:6, 100:23, 131:10, 133:17, 133:22, 133:23, 133:24, 134:5, 134:12, 134:14
**summer** [1] - 86:9
**Sunrise** [2] - 1:14, 2:18
**support** [12] - 157:21, 157:23, 158:4, 159:17, 161:6, 161:11, 161:12, 161:19, 174:16, 174:19, 174:21, 175:16
**supposed** [2] - 44:5, 44:23
**supposedly** [1] - 115:4
**surprised** [1] - 54:6
**swear** [1] - 70:6
**sword** [1] - 54:7
**sworn** [5] - 3:10, 3:12, 4:3, 4:9, 188:12
**system** [1] - 174:13

**T**

**tag** [1] - 173:24
**taste** [1] - 146:13
**tasted** [1] - 146:12
**Tatiana** [3] - 24:6, 26:2, 26:21
**taught** [1] - 112:20
**tax** [5] - 52:25, 80:12, 124:18, 135:23, 136:3
**taxes** [4] - 67:22, 124:23, 124:24, 135:22
**tea** [1] - 155:12
**teach** [1] - 172:25
**teeth** [1] - 155:15
**telephone** [4] - 31:24, 149:9, 150:12, 150:21
**ten** [5] - 126:13, 126:17, 127:15, 128:9, 128:10
**terminated** [3] - 15:13, 15:17, 15:21
**test** [1] - 53:11
**testified** [11] - 4:11, 18:19, 75:7, 91:8, 102:4, 116:23, 120:4, 120:11, 126:24, 131:18, 140:24
**testify** [1] - 17:4
**testifying** [2] - 111:18, 111:23
**testimony** [5] - 41:18, 41:19, 186:9, 186:12, 188:13
**THE** [1] - 32:12
**therefore** [1] - 70:1
**thinking** [1] - 40:3
**threatening** [1] - 70:10
**three** [7] - 51:10, 109:16, 117:12, 117:14, 120:15, 154:21, 172:11
**throughout** [1] - 86:11
**throw** [2] - 5:17, 48:20
**tickets** [6] - 156:17, 156:18, 160:6, 160:7, 160:8, 178:15
**tight** [1] - 74:12
**timeline** [1] - 74:12
**tired** [6] - 73:2, 144:12, 144:13, 147:3, 147:6, 169:17
**Tissue** [6] - 50:24, 51:9, 52:8, 56:20,

56:25, 58:5
**tissues** [1] - 63:15
**today** [17] - 6:6, 10:18, 10:20, 11:3, 11:6, 20:24, 42:12, 54:24, 74:7, 74:17, 108:12, 139:8, 139:13, 152:14, 178:4, 178:8, 180:16
**together** [8] - 17:22, 24:13, 24:20, 28:18, 72:19, 115:8, 134:19, 134:21
**tomato** [1] - 142:19
**Tomlinson** [1] - 78:13
**Tomlinson's** [1] - 73:19
**Tommy** [5] - 109:14, 110:7, 114:12, 151:7, 169:14
**took** [6] - 102:7, 128:18, 158:3, 158:8, 158:10, 158:12
**tools** [4] - 104:19, 104:20, 104:22, 105:16
**tooth** [4] - 156:2, 156:3, 156:5, 156:9
**town** [3] - 66:6, 66:7, 66:8
**track** [1] - 124:6
**traffic** [3] - 160:6, 160:7, 160:8
**train** [2] - 43:6, 43:14
**trained** [1] - 72:22
**transcript** [3] - 186:9, 186:11, 188:12
**transit** [1] - 156:19
**translated** [1] - 40:20
**treat** [4] - 61:19, 95:14, 131:19, 132:24
**treated** [8] - 82:14, 95:7, 95:12, 131:13, 131:17, 132:18, 132:21
**treatment** [1] - 61:17
**trial** [2] - 3:16, 78:2
**TRIAL** [1] - 1:17
**tried** [1] - 54:3
**truck** [9] - 104:21, 104:22, 105:7, 105:19, 105:21, 113:15, 114:2, 128:13, 128:15
**true** [11] - 22:3, 65:19, 68:23, 68:25, 69:2, 69:3, 143:7, 152:9, 186:11, 186:13, 188:13

13

**trust** [1] - 43:3
**trustworthy** [2] - 137:5, 137:10
**truth** [12] - 19:23, 19:25, 30:25, 31:2, 33:11, 33:13, 100:11, 102:3, 103:24, 110:3, 110:4, 180:13
**truthfully** [1] - 75:7
**try** [8] - 21:14, 55:6, 57:25, 58:6, 58:7, 64:17, 69:24, 151:6
**trying** [9] - 18:6, 20:21, 23:5, 74:24, 75:2, 76:2, 76:11, 87:20, 111:25
**TULIO** [5] - 1:7, 1:17, 186:8, 186:16, 188:10
**Tulio** [11] - 4:16, 4:21, 9:4, 9:5, 9:11, 13:20, 14:4, 19:9, 50:18, 69:11, 187:4
**turn** [1] - 33:6
**twenty** [3] - 29:7, 128:11, 165:24
**twenty-seven** [1] - 29:7
**two** [17] - 27:15, 38:5, 48:8, 48:10, 60:19, 101:9, 101:12, 101:15, 101:16, 114:20, 114:22, 134:23, 135:3, 157:16, 157:18, 157:20, 170:19
**type** [2] - 44:24, 54:13

## U

**ultimately** [1] - 78:2
**under** [7] - 19:18, 57:5, 69:18, 124:22, 138:13, 158:16, 186:10
**understood** [1] - 23:16
**unemployment** [2] - 99:6, 99:12
**unfairly** [1] - 95:8
**unhappy** [1] - 102:9
**union** [20] - 88:14, 88:16, 88:18, 88:20, 115:23, 116:2, 116:4, 116:14, 116:15, 117:3, 117:15, 118:12, 118:17, 118:19, 119:18, 120:14, 125:9,

125:16, 125:18, 181:7
**United** [17] - 8:14, 8:21, 14:24, 15:5, 16:19, 17:11, 43:4, 49:11, 51:17, 52:10, 58:18, 160:5, 162:16, 163:11, 163:16, 164:5, 173:6
**UNITED** [1] - 1:2
**unlawful** [3] - 57:21, 59:15, 77:11
**unlawfully** [1] - 121:5
**unless** [2] - 61:3, 86:7
**unusual** [4] - 34:15, 34:16, 126:11, 169:4
**up** [23] - 6:18, 32:4, 37:2, 42:21, 42:23, 48:6, 48:8, 57:11, 59:16, 66:11, 66:15, 67:11, 72:10, 74:10, 75:5, 90:10, 90:11, 94:19, 100:5, 104:16, 107:9, 118:21, 165:16
**upset** [3] - 57:15, 121:8, 121:11
**uses** [1] - 134:23

## V

**vacation** [1] - 127:24
**vacations** [1] - 128:2
**various** [1] - 105:22
**VECCHIA** [3] - 1:10, 1:10
**Vecchia** [12] - 68:3, 82:9, 95:12, 106:22, 107:15, 108:24, 109:11, 110:19, 114:24, 131:17, 137:20, 151:6
**Vecchia's** [1] - 159:2
**VEGA** [1] - 1:6
**Venus** [1] - 147:24
**verbal** [35] - 7:7, 11:17, 12:9, 19:21, 20:17, 21:19, 40:12, 40:15, 41:25, 42:7, 46:7, 46:9, 46:23, 50:17, 52:2, 55:12, 55:15, 56:2, 56:4, 58:20, 59:3, 60:4, 60:7, 62:12, 62:17, 62:19, 62:22, 62:25, 63:3, 71:11, 72:24, 105:13, 136:14, 161:14, 165:3
**verbally** [1] - 13:5

**version** [1] - 138:18
**Victor** [3] - 124:5, 154:7, 154:10
**voice** [1] - 55:18

## W

**wage** [12] - 89:4, 89:8, 91:15, 91:17, 91:20, 92:5, 92:6, 92:20, 93:24, 165:20
**waistline** [1] - 158:14
**wait** [5] - 17:22, 44:4, 71:21, 73:9, 115:25
**waiting** [4] - 21:23, 40:13, 70:16, 161:15
**waived** [1] - 3:8
**walk** [1] - 44:11
**walking** [1] - 76:6
**WALLACE** [1] - 2:13
**Wallace** [1] - 42:19
**wallet** [1] - 6:23
**Walter** [1] - 105:24
**WALTER** [1] - 1:4
**warned** [1] - 69:25
**waste** [1] - 72:16
**wasting** [2] - 57:16, 57:17
**watch** [1] - 40:4
**water** [1] - 91:6
**wealthy** [1] - 155:18
**wearing** [2] - 47:13, 47:21
**week** [20] - 29:10, 29:16, 47:17, 84:13, 84:18, 85:16, 85:20, 85:25, 86:6, 86:24, 119:20, 120:8, 120:19, 120:22, 121:2, 159:19, 168:6, 169:15, 169:16, 171:8
**week/hours** [1] - 97:6
**weekends** [1] - 95:23
**weeks** [8] - 86:23, 159:24, 159:25, 160:3, 168:17, 168:18, 168:22, 169:2
**well-behaved** [1] - 56:8
**well..** [4] - 30:23, 93:8, 132:19, 162:22
**West** [1] - 2:10
**WHEREOF** [1] - 188:19
**white** [2] - 48:3, 103:18
**whole** [1] - 86:15
**wife** [13] - 23:22,

25:24, 26:4, 28:17, 132:24, 133:6, 133:10, 133:22, 133:24, 134:5, 134:10, 134:14, 146:6
**willing** [5] - 17:19, 75:12, 77:18, 77:20, 77:25
**winter** [1] - 177:19
**wiseguy** [1] - 5:17
**wish** [2] - 176:15, 189:3
**withdrawing** [1] - 17:5
**withdrawn** [1] - 17:15
**WITNESS** [2] - 187:3, 188:19
**witness** [17] - 4:7, 7:23, 8:8, 8:25, 12:18, 13:13, 15:8, 57:9, 66:21, 68:11, 73:7, 73:13, 74:2, 79:16, 106:21, 188:10, 188:14
**witness'** [1] - 8:3
**woman** [13] - 24:2, 24:5, 25:23, 30:17, 101:21, 102:13, 144:12, 144:13, 148:2, 157:23, 164:18, 165:4, 183:23
**women** [4] - 102:18, 147:24, 164:13, 164:20
**word** [1] - 59:12
**words** [1] - 10:8
**worker** [2] - 152:18, 184:2
**workers** [6] - 85:3, 87:8, 111:4, 111:11, 114:8, 114:10
**worried** [1] - 101:6
**worry** [1] - 100:16
**worst** [1] - 69:10
**wrap** [1] - 165:16
**write** [6] - 18:8, 96:20, 97:18, 97:20, 97:22, 172:21
**writing** [5] - 17:21, 17:23, 53:8, 53:15, 54:3
**written** [1] - 53:22
**Wyandanch** [5] - 4:19, 6:5, 6:11, 24:25, 27:20

## Y

**yard** [22] - 104:12, 104:13, 104:18, 106:3, 106:5, 106:13, 106:17, 107:9, 108:25, 110:18, 110:20, 111:13, 126:2, 126:5, 126:14, 126:18, 126:21, 126:22, 126:25, 127:3, 127:4, 128:4
**year** [9] - 86:12, 86:13, 90:25, 96:5, 123:13, 123:19, 143:19, 143:21, 163:9
**years** [7] - 28:21, 58:11, 81:12, 158:3, 158:6, 158:8, 158:9
**yell** [1] - 107:25
**yelled** [2] - 107:24, 108:20
**yelling** [1] - 108:4
**yesterday** [6] - 33:25, 36:15, 41:23, 42:11, 92:10, 138:18
**yolk** [2] - 129:18, 129:20
**York** [21] - 1:15, 1:21, 2:5, 2:10, 2:14, 2:19, 4:10, 4:20, 23:25, 45:13, 45:14, 45:16, 45:19, 46:2, 46:5, 163:18, 163:20, 186:25, 188:9
**YORK** [3] - 1:2, 186:4, 188:4
**young** [2] - 130:23, 170:20
**youngest** [2] - 131:2, 131:6
**yourself** [2] - 49:6, 75:21

## Z

**ZABELL** [106] - 2:17, 2:20, 8:5, 8:11, 8:19, 12:10, 12:15, 12:21, 13:2, 13:11, 13:14, 13:18, 13:23, 14:2, 16:25, 17:14, 17:19, 18:5, 18:10, 18:15, 18:18, 19:6, 19:11, 19:16, 26:13, 32:13, 32:18, 32:23, 32:25, 33:10, 33:14, 36:18, 36:23, 38:23, 40:8, 41:12, 41:17, 42:13,

14

42:17, 42:20, 42:24,
43:3, 43:9, 43:13,
43:20, 43:23, 44:4,
44:19, 44:25, 45:5,
45:10, 46:21, 47:4,
47:9, 48:11, 52:3,
53:5, 53:17, 53:23,
54:12, 57:6, 57:10,
58:6, 63:18, 63:23,
64:3, 64:9, 64:14,
64:17, 64:20, 64:25,
65:7, 65:10, 66:23,
68:12, 68:20, 68:24,
69:4, 69:8, 69:20,
70:11, 70:22, 73:9,
73:15, 73:18, 73:22,
74:8, 74:16, 74:20,
75:3, 75:17, 75:24,
76:8, 76:15, 76:25,
77:6, 78:9, 79:18,
106:23, 107:4, 135:8,
165:13, 182:23,
183:3, 183:11, 185:21
   **Zabell** [3] - 48:8,
149:24, 187:4
   **zABELL** [2] - 4:13,
79:13
   **Zabell's** [1] - 11:20