1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    ---------------------------------------------X
     NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR
4    AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.
     MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,
5    JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS ESCALANTE,
     KEVIN GALEANO, LERLY NOE RODRIGUEZ, JOSE VEGA
6    CASTILLO, JUAN QUINTEROS, and MARCUS TULIO
     PEREZ,
7
                              Plaintiffs,
8
9         -against-                    Case No:
                                       09-CV-5331
10
     SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
11   LOUIS VECCHIA, CHRISTOPHER VECCHIA,
     HELENE VECCHIA, and JOHN DOES 1-5,
12
                              Defendants.
13
     ---------------------------------------------X
14                            September 23, 2011
                              11:35 a.m.
15
                              4875 Sunrise Highway
16                            Bohemia, New York
17
18        EXAMINATION BEFORE TRIAL of WALTER GARCIA,

19   one of the Plaintiffs herein, taken by the

20   Defendants, pursuant to Article 31 of the Civil

21   Practice Law and Rules of Testimony, and Notice

22   and order, held at the above-mentioned time and

23   place, before Karen LaMendola, a Professional

24   Court Reporter and Notary Public of the State of

25   New York.

2

1

2    A P P E A R A N C E S:

3

4         LAW OFFICES OF LAUREN GOLDBERG, PLLC
          Attorneys for Plaintiffs
5              501 Fifth Avenue
               New York, New York 10017
6
          BY:  LAUREN GOLDBERG, ESQ.
7

8
          LAW OFFICES OF PATRICK E. McNAMARA
9         Co-Counsel for Plaintiffs
               868 Little East Neck Road
10             West Babylon, New York 11704

11        BY:  PATRICK McNAMARA, ESQ.

12

13        LAW OFFICES OF IAN WALLACE
          Co-Counsel for Plaintiffs
14             501 Fifth Avenue
               New York, New York 10017
15
               (NOT PRESENT)
16

17
          ZABELL & ASSOCIATES, P.C.
18        Attorneys for Defendants
               4875 Sunrise Highway
19             Bohemia, New York 11716

20        BY:  SAUL ZABELL, ESQ.

21

22

23    ALSO PRESENT:

24    Adriana Carini, Spanish Interpreter

25

3

```
 1
 2                S T I P U L A T I O N S
 3
 4        IT IS HEREBY STIPULATED AND AGREED
 5        by and between the attorneys for the
 6    respective parties herein, that filing, sealing
 7    and certification be and the same are hereby
 8    waived.
 9        IT IS FURTHER STIPULATED AND AGREED
10        that all objections, except as to the form
11    of the question shall be reserved to the time of
12    the trial.
13        IT IS FURTHER STIPULATED AND AGREED
14        that the within deposition may be
15    signed and sworn to before any officer
16    authorized to administer an oath, with the same
17    force and effect as if signed and sworn to
18    before the Court.
19
20
21
22
23
24
25
```

South Shore Court Reporting
(631)-235-6218

4

```
 1
 2     A D R I A N A   C A R I N I, the Spanish
 3          Interpreter herein, was duly sworn to
 4          interpret the questions from English into
 5          Spanish and the answers from Spanish into
 6          English to the best of her ability:
 7     W A L T E R   G A R C I A, the Witness herein,
 8          having been duly sworn through the
 9          Interpreter, was examined and testified as
10          follows:
11     EXAMINATION BY
12     MR. ZABELL:
13          Q     Would you please state your full
14     name for the record.
15          A     Walter Garcia.
16          Q     What is your current address?
17          A     236 Messina Street, Central Islip,
18     New York 11722.
19          Q     Mr. Garcia, how are you today?
20          A     Very well.
21          Q     You understand you're at a
22     deposition; do you not?
23          A     Yes.
24          Q     At this deposition, I'm going to
25     be asking you questions.
```

5

```
 1                         W. Garcia

 2                   Do you understand that?

 3          A       Yes.

 4          Q       You're required to provide answers

 5     to the questions I ask you.

 6                   Do you understand?

 7          A       Yes.

 8          Q       If you do not understand a

 9     question I ask you, have an obligation to tell

10     me you do not understand the question.

11                   Do you understand that?

12          A       Yes.

13          Q       If you provide an answer to a

14     question I ask you, it will be assumed that you

15     understood it.

16                   Did you understand that?

17          A       Yes.

18          Q       When was the last time you drank

19     any alcohol?

20          A       Eight years, seven years.

21          Q       Your eyes look a little bloodshot.

22                   Is there any reason why?

23          A       None.

24          Q       Have you used any drugs today?

25          A       No.
```

6

```
 1                        W. Garcia

 2          Q        Yesterday?

 3          A        No.

 4          Q        In the past week?

 5          A        No.

 6          Q        Why are you laughing?

 7          A        It's been a long time since I

 8    stopped doing that.

 9          Q        How long since you stopped doing

10    drugs?

11          A        Seven years, eight years.  No, no,

12    no, drugs.  I drank.

13          Q        A lot?

14          A        No, once in a while.

15          Q        Didn't you just say you drank

16    seven or eight months ago?

17                   MR. McNAMARA:  Objection.

18          A        No, eight years.

19          Q        How old are you?

20          A        Thirty-four.

21          Q        And you drank eight years ago?

22          A        Yes.

23          Q        What's your date of birth?

24          A        ██████████

25          Q        What was your name at birth?
```

7

```
 1                        W. Garcia
 2          A        The same one; Walter Garcia.
 3          Q        You just have two names?
 4          A        My middle name is Amilcar.  My
 5   second name is Amilcar.
 6          Q        How do you spell that?
 7          A        A-M-I-L-C-A-R.
 8          Q        Have you ever told an employer
 9   that you possessed a name, other than
10   Walter Garcia?
11          A        No, I've only used Walter A. Garcia.
12          Q        You have never used any other
13   name?
14          A        Never, never.
15          Q        You understand that you are under
16   oath here today; correct?
17          A        Yes.
18          Q        And the testimony you give under
19   oath has the same effect as if you were
20   testifying before a Judge in Court.
21          A        I know that.
22          Q        There are penalties for not
23   telling the truth.
24                   Do you understand that?
25          A        Yes.
```

8

```
 1                    W. Garcia
 2         Q      Are you currently employed?
 3         A      Yes.
 4         Q      Where are you currently employed?
 5         A      In Pioneer.
 6         Q      Pioneer what?
 7         A      Pioneer Asphalt.
 8         Q      When did you start work at
 9  Pioneer Asphalt?
10         A      In March of this year.
11         Q      Where did you work prior to
12  working at Pioneer Asphalt in March?
13         A      I worked for five companies last
14  year.
15         Q      What are the names of those five
16  companies?
17         A      Safar (phonetic) Asphalt,
18  Tri-State Paving, Banker (phonetic) Construction,
19  Intercounty, and Newborn.
20         Q      What's Newborn?
21         A      Asphalt, as well.
22         Q      ████████████████████████████
23         A      ██████████ .
24         Q      Do you have a Social Security
25  number?
```

9

1                         W. Garcia

2        A      Yes.

3        Q      What is it?

4        A      No, I don't know if I can continue

5    answering that.

6        Q      You don't have a choice.

7        A      Okay, but I need to speak to my

8    attorney.

9        Q      Not until you answer the question.

10              What is your Social Security

11   number, sir?

12       A      The number that I use is the

13   number that the company has.

14       Q      What is it?

15              MR. McNAMARA:  Objection.

16              I'm instructing the witness not to

17         answer with a good-faith basis belief

18         that this is subject to the protective

19         order, and accordingly, I'm instructing

20         him not to answer.

21              MR. ZABELL:  It's not.

22              MR. McNAMARA:  It is.  Under --

23              MR. ZABELL:  No, it's not.

24              I'll tell you what, Patrick, if

25         you want to take an opportunity to speak

```
 1                    W. Garcia

 2        to him and tell him he can assert his

 3        Fifth Amendment right --

 4             MR. McNAMARA:  He doesn't need to

 5        do that.

 6             MR. ZABELL:  Yes, he does.

 7             MR. McNAMARA:  He does not have to

 8        do that.

 9             MR. ZABELL:  Yes, he does.

10             Do I need to call the Court?

11             MR. McNAMARA:  Yes, we can speak

12        to the Court.

13             MR. ZABELL:  Okay.

14             MR. McNAMARA:  He doesn't need to

15        do that.

16             MR. ZABELL:  He's already said

17        that he has a Social Security number, and

18        he's just refusing to tell me.

19             MR. McNAMARA:  Okay.  And we are

20        asserting the protective order here.

21             MR. ZABELL:  His Social Security

22        number is not covered under the

23        protective order.

24             MR. McNAMARA:  My understanding is

25        that anything that would lead to issues
```

11

1              W. Garcia

2        regarding their immigration status is

3        subject to the protective order.

4            MR. ZABELL:  Social Security

5        number is -- you can be an illegal

6        immigrant and still have a

7        Social Security number.  He said he has a

8        Social Security number.  He is refusing

9        to provide it.  I don't know why.

10           If he tells you outside that he's

11       refusing to provide that Social Security

12       number because it's false or fraudulent,

13       he's afraid he's going to get arrested,

14       well, then, you can tell him that because

15       you've identified that you have a

16       Social Security number, you can go in

17       there and assert your Fifth Amendment

18       right.

19           MR. McNAMARA:  That's not how the

20       protective order works.

21           MR. ZABELL:  That's exactly how it

22       worked in all the other cases.  Why don't

23       you take a minute and speak to him.

24           MR. McNAMARA:  I'm going to speak

25       to him outside but --

                                                      12

 1                              W. Garcia

 2                    MR. ZABELL:  Why don't you go take

 3           a minute and speak to him.  Explain to

 4           him the dangers.

 5                    MR. McNAMARA:  I got it.

 6                    (Whereupon, a recess was taken at

 7           this time from 11:45 a.m. until

 8           12:01 p.m.)

 9                    MR. McNAMARA:  As we said before,

10           we believe that this is governed under

11           the protective order, and I'm directing

12           the witness not to answer.

13           Q       Did you ever give any of your

14   employers a Social Security number?

15           A       Do I have to answer that?

16           Q       Yes, you do.

17           A       Yes.

18           Q       What Social Security number did

19   you give your employer?

20                    MR. McNAMARA:  Objection.

21                    I'm directing the witness not to

22           answer.

23                    MR. ZABELL:  You can't.  You see,

24           if he gave different Social Security

25           numbers, we have a right to look him

13

1              W. Garcia

2        up -- we believe he's also given a

3        different name -- we have a right to look

4        him up by Social Security number to look

5        at the various places he has worked, and

6        also to cross-reference his testimony

7        today with the employer that he is suing,

8        or the two employers that he's suing.  We

9        can cross-reference his schedule that

10       way.

11            He said he has provided that

12       information.  Now, he has no way out of

13       not answering this, other than saying

14       that he pleads the Fifth Amendment,

15       because he feels that by revealing this

16       information, he implicated himself in a

17       crime.

18            MR. McNAMARA:  No, he does not

19       have to answer.  The fact that you have a

20       legitimate reason for wanting his

21       Social Security number does not mean that

22       he has to give it to you when there is a

23       protective order.

24            MR. ZABELL:  Are you acknowledging

25       that I have a legitimate reason?

14

1                    W. Garcia

2              MR. McNAMARA:  You may or you may

3         not.  I'm not saying whether you do or

4         not.  I'm saying that you may, but I'm

5         directing him not to answer.

6              MR. ZABELL:  What is your basis?

7              MR. McNAMARA:  That his answering

8         could lead to immigration status

9         information.

10             MR. ZABELL:  Well, what if I tell

11        you that I'm not going to ask any

12        information about that Social Security

13        number or numbers --

14             MR. McNAMARA:  You already did.

15             MR. ZABELL:  -- stop.

16             -- beyond the identification of

17        what those numbers are?

18             MR. McNAMARA:  It's not -- I'm not

19        letting him answer.

20             MR. ZABELL:  Let's mark it because

21        we're waiting for a call back from the

22        Judge, and when the Judge calls, we'll

23        address it.  If not, we'll probably

24        address it at 12:45 when we break to call

25        the Court.

15

1                           W. Garcia

2                    MR. McNAMARA:  Okay.

3        Q        Did you ever file income returns?

4        A        Yes.

5        Q        What Social Security number do you

6    put on those income tax returns?

7                    MR. McNAMARA:  Objection.  I'm

8              directing the witness not to answer.

9                    MR. ZABELL:  On what basis?

10                   MR. McNAMARA:  The same basis that

11             we discussed five minutes ago.

12       Q        Have you ever provided more than

13   one Social Security number to an employer?

14                   MR. McNAMARA:  Objection.

15                   I'm directing the witness not to

16             answer.

17                   MR. ZABELL:  What's the basis for

18             that?

19                   I'm not asking what the

20             Social Security number is.  I'm asking

21             him if he has ever provided more than

22             one.

23                   MR. McNAMARA:  The protective

24             order is the basis, and, Counselor, we've

25             been through it before.

16

1                    W. Garcia

2              MR. ZABELL:  Okay, you know what?

3         I don't want to wait for the Court to

4         call back.  I want to address this now.

5              MR. McNAMARA:  Okay.  I'm going to

6         continue --

7              MR. ZABELL:  Well, you can't

8         continue when the Court directs you --

9              MR. McNAMARA:  Obviously.

10              MR. ZABELL:  -- or to have him

11         provide an answer.  You know what?  We'll

12         wait until 12:45.  I'm okay with that.

13         Q     I believe you testified you worked

14    for a company called Safar Asphalt; do you

15    recall that?

16         A     Yes.

17         Q     How did they pay you?

18         A     Check.

19         Q     Was that a check made out to the

20    name Walter Garcia?

21         A     Yes.

22         Q     You said you worked for a company

23    call Tri-State; do you recall that?

24         A     Yes.

25         Q     How did they pay you?

17

                              W. Garcia

1

2          A      Check.

3          Q      Did they pay you in a check for

4     all your hours of work?

5          A      Yes.

6          Q      Did Safar Asphalt pay you in a

7     check for all your hours of work?

8          A      Yes.

9          Q      You said you worked for a company

10    called Banker Construction?

11         A      Yes.

12         Q      How did they pay you?

13         A      By check.

14         Q      Did they pay you in a check for

15    all the hours of work?

16         A      Yes.

17         Q      You said you worked for a company

18    called Intercounty; do you recall that?

19         A      Yes.

20         Q      Did they pay you by check?

21         A      Yes.

22         Q      Did they only pay you by check?

23         A      Yes.

24         Q      Did they pay you by check for all

25    of your hours of work?

18

1                          W. Garcia

2          A      Yes.

3          Q      Did you work for a company called

4    Newborn Asphalt?

5          A      Yes.

6          Q      How did they pay you?

7          A      By check.

8          Q      Did they pay you in anything else

9    but a check?

10         A      No, only check.

11         Q      When did you work for Intercounty?

12         A      Approximately, June of last year

13   to November.

14         Q      Did you work on any

15   prevailing-wage jobs for Intercounty?

16         A      Yes.

17         Q      What did you do for Intercounty?

18         A      Operating machinery.

19         Q      How much did they pay you per

20   hour?

21         A      Forty-seven.

22         Q      Is that all they paid you per

23   hour?

24         A      Yes.

25         Q      They never paid you more than $47

19

1                        W. Garcia

2     per hour; is that correct?

3          A      When I worked for the City, yes.

4          Q      Did they ever pay you less than

5     that?

6          A      Less than $47?

7          Q      Yes.

8          A      No.

9          Q      Did they ever pay you more than

10    $47 an hour?

11         A      Yes.

12         Q      When?

13         A      When I worked for the City.

14         Q      How much did they pay you when you

15    worked for the City?

16         A      Fifty-seven.

17         Q      Did they ever pay you anything

18    else other than that?

19         A      No.

20         Q      Are you member of a union?

21         A      Yes.

22         Q      What union?

23         A      It's 138.

24         Q      Did Local 138 know you worked for

25    Safar Asphalt?

20

1                          W. Garcia

2          A        Excuse me?  Can you repeat that?

3          Q        Did Local 138 know that you worked

4    for Safar Asphalt?

5          A        No.

6          Q        Safar Asphalt is not a union

7    company; correct?

8          A        Yes.

9          Q        Did you know you can lose your

10   pension by violating that rule?

11         A        I didn't know.  I didn't work

12   there much, either.

13         Q        Your lawyers didn't explain that

14   to you?

15         A        (No verbal response.)

16         Q        Si or no?

17         A        If they explained what?

18         Q        That you could lose your pension.

19                  MR. McNAMARA:  Objection.

20                  Don't answer that.

21         Q        You can answer that.

22                  MR. McNAMARA:  No.

23         Q        You can answer.

24                  MR. McNAMARA:  No.

25         Q        You can answer.

21

                              W. Garcia

1

2               MR. McNAMARA:  No.  It is subject

3          to attorney/client privilege.

4                   Don't answer.

5          Q      Do you know you can lose your

6    pension and union benefits?

7          A      No, I didn't know.

8          Q      No one has ever explained that to

9    you?

10         A      No.

11         Q      Don't you think they should have?

12               MR. McNAMARA:  Objection.

13         Q      You can answer.

14         A      (No verbal response.)

15         Q      Don't you think they should have?

16         A      I don't know.  I didn't know.

17         Q      Did the union know you worked for

18   Tri-State?

19         A      No, they didn't know.

20         Q      Did they know you worked for

21   Banker Construction?

22         A      They did.

23         Q      Is Banker Construction a union

24   company?

25         A      Yes.

22

                                        W. Garcia

1

2          Q       The union knew you worked for

3    Intercounty; right?

4          A       Yes.

5          Q       They didn't know you worked for

6    Newborn Asphalt; correct?

7          A       Yes, they know.

8          Q       How do you know they knew?

9          A       Because the union sent me there to

10   work.

11         Q       Do you speak English?

12         A       I speak English enough to work.

13         Q       Do you write English?

14         A       The same.  Enough to be able to

15   explain.

16         Q       Do you write in Spanish?

17         A       Yes.

18         Q       Did you prepare for this

19   deposition in any way?

20         A       No.

21         Q       Did you meet with your attorneys

22   at any time?

23         A       No -- well, yes, but not before

24   coming here.

25         Q       So why would you say no, if you

23

```
 1                        W. Garcia

 2      did meet with them?

 3           A      But not precisely for this.

 4           Q      But you met with them?

 5           A      Yes.

 6           Q      Please don't lie to me.

 7                  MR. McNAMARA:  Objection.

 8           Q      Okay?

 9           A      Okay.

10           Q      We'll get along a lot better if

11      you don't lie to me.

12           A      I'm not lying.

13           Q      Okay, ask your attorney.  He'll

14      tell you.  We'll get along a lot better if you

15      don't lie to me.

16                  MR. McNAMARA:  Objection.

17           Q      Okay?

18           A      Okay.

19           Q      You promise not to lie?

20           A      Only the truth.  I've sworn.

21           Q      I know you have.

22                  When did you first come to the

23      United States?

24           A      In '97.

25           Q      Where did you work in 1997?
```

24

1                      W. Garcia

2        A       In a restaurant.

3        Q       What restaurant?

4        A       Meehan's.  That is in

5    Huntington Village.

6        Q       Did you work in 1998?

7        A       Yes.

8        Q       Where did you work in 1998?

9        A       In the same place, Meehan's.

10       Q       Did you work in 1999?

11       A       Yes.

12       Q       Where did you work in 1999?

13       A       In the same restaurant, Meehan's.

14       Q       You worked at Meehan's until what

15   day?

16       A       What day, I don't remember, but I

17   do remember that I worked there three years.

18       Q       So, 1997, 1998, and 1999?

19       A       Yes.

20       Q       Were you paid in cash or check at

21   Meehan's?

22       A       Cash.

23       Q       Did you report that cash on your

24   income tax return?

25       A       No.

25

                              W. Garcia

1

2          Q       Did you file an income tax return

3    in 1997, 1998, or 1999?

4          A       No.

5          Q       Where did you work in the

6    year 2000?

7          A       Suffolk Paving.

8          Q       Where did you work in 2001?

9          A       In Suffolk Paving.

10          Q       Where did you work in 2002?

11          A       In Suffolk Paving.

12          Q       Where did you work in 2003?

13          A       In August, 2003, I stopped working

14    at Suffolk Paving.

15          Q       Why?

16          A       Because they offered me a job

17    earning more per hour than in Suffolk Paving.

18          Q       Who offered you that job?

19          A       Pave-Co.

20          Q       Where did you work from August

21    of 2003 to December of 2003?

22          A       I worked from August 2003 until

23    June 2005 in Pave-Co.

24          Q       Where did you work after June

25    of 2005?

1                          W. Garcia

2        A       I returned to Suffolk Paving.

3        Q       Where did you work in 2007?

4        A       In Pave-Co.

5        Q       Where did you work in 2008?

6        A       Suffolk Asphalt.

7        Q       Where did you work in 2009?

8        A       Suffolk Asphalt.

9        Q       Where did you work in 2010?

10       A       In the companies that I said.

11       Q       Say them again.

12       A       Safar, Tri-State, Intercounty

13  Banker, Newborn.

14       Q       In 2009, you testified that you

15  worked for Suffolk Asphalt; correct?

16       A       Yes.

17       Q       Did you work for any companies,

18  other than Suffolk Asphalt in 2009?

19       A       No.

20       Q       In 2008, you testified that you

21  worked for Suffolk Asphalt; is that correct?

22       A       Yes.

23       Q       Did you work for any companies,

24  other than Suffolk Asphalt in 2008?

25       A       I started working in April

27

1                          W. Garcia

2      of 2008, and in January to April, I worked at

3      Pave-Co.

4             Q       So you're saying in January

5      through what month?

6             A       April.

7             Q       January through April, you worked

8      for Pave-Co; is that what your testimony is?

9             A       I worked in 2007 for Pave-Co until

10     April 2008.

11            Q       In 2006, you testified you worked

12     for Suffolk Paving; is that correct?

13                    MR. McNAMARA:   Objection.

14            A       (No verbal response.)

15            Q       Yes?

16            A       Yes.

17            Q       Did you work for any companies,

18     other than Suffolk Paving in 2006?

19            A       No.

20            Q       In 2005, who did you work for?

21            A       The same thing; for Pave-Co and

22     for Suffolk.

23            Q       When did you work for Suffolk?

24                    MR. McNAMARA:   Objection.

25            A       (No verbal response.)

28

```
 1                        W. Garcia

 2          Q      When in 2005 did you work for

 3   Suffolk?

 4                 MR. McNAMARA:  Objection.

 5          A      I am trying to remember.

 6          Q      Try.

 7          A      In June, I started to work in

 8   Suffolk.

 9          Q      Really?  Because you just

10   testified that you worked for Pave-Co in June

11   of 2005.

12                 MR. McNAMARA:  Objection.

13          Q      Are you lying to me?

14                 MR. McNAMARA:  Objection.

15          A      I am not lying.

16          Q      Well, you just testified in June

17   of 2005, you worked for Pave-Co.

18                 MR. McNAMARA:  Objection.

19          A      (No verbal response.)

20          Q      The record takes down everything

21   you say.  You can't lie here.

22          A      Maybe I made a mistake, but I know

23   that in June of 2005, I worked for Suffolk.

24          Q      So before you lied to me when you

25   said you worked for Pave-Co?
```

29

1                         W. Garcia

2              MR. McNAMARA:  Objection.

3        A      I worked in Pave-Co 2003 to --

4    from August 2003 to June 2005.

5        Q      So you're testifying that you

6    worked for Pave-Co from August 2003 to June

7    of 2005 now?

8        A      That's what I said before.

9        Q      Are you sure?

10             MR. McNAMARA:  Objection.

11       A      Sure.

12       Q      After June of 2005, who did you

13   work for?

14             MR. McNAMARA:  Objection.

15       A      For Suffolk.

16       Q      Suffolk what?

17       A      Suffolk Paving.

18       Q      And only Suffolk Paving; correct?

19       A      Yes.

20       Q      Who did you work for in 2002?

21             MR. McNAMARA:  Objection.

22       A      Suffolk Paving.

23       Q      Did you work for anybody else,

24   other than Suffolk Paving, in 2002?

25             MR. McNAMARA:  Objection.

30

1                          W. Garcia

2          A       No.

3          Q       In 2001, who did you work for?

4                  MR. McNAMARA:   Objection.

5          A       For Suffolk Paving.

6          Q       And only Suffolk Paving?

7          A       Yes.

8          Q       Suffolk Paving gave you a paycheck

9    for each week you worked; correct?

10         A       Yes.

11         Q       The hours that you worked were

12   reflected on the paycheck; correct?

13         A       Not the ones I worked.

14         Q       So there were hours on all of your

15   paychecks?

16         A       There were hours that I worked,

17   hours that they paid me, but not the hours that

18   I worked.

19         Q       So you're saying that there were

20   hours that you worked on your paycheck; correct?

21         A       But not all.

22         Q       When you worked for

23   Suffolk Asphalt, you received weekly paychecks;

24   correct?

25         A       Yes.

31

1                          W. Garcia

2          Q      Those paychecks reflected the

3    hours that you worked; correct?

4          A      Not the ones that I worked.

5          Q      So you were paid for hours that

6    you didn't work?

7                 MR. McNAMARA:  Objection.

8          A      They paid me the ones that he

9    wanted to pay me, not the ones that I worked.  I

10   worked more than those.

11         Q      In 2009, how many hours did you

12   work?

13         A      Weekly, we only worked fifty to

14   seventy hours.

15         Q      Every week you worked fifty to

16   seventy hours?

17         A      Yes, and sometimes seventy, fifty.

18         Q      What if it was a rainy day like

19   today; would you work on a day like today?

20         A      Yes.  They sent us to work, but if

21   it was in the morning and it was raining, then

22   we didn't work, but if we were already at work

23   and it rained later, then we'd still work.

24         Q      So there were some days that you

25   didn't work because of rain, correct?

32

1                        W. Garcia

2          A       Yes.

3          Q       There were some days in the winter

4     where you couldn't work because it was cold;

5     correct?

6          A       Yes.

7          Q       And there was sometimes when there

8     wasn't work to be done; correct?

9          A       There was always work.

10         Q       Sometimes there was no work, and

11    you were sent home, because there was no work to

12    do; correct?

13                 All your coworkers already

14    testified to it.

15         A       Again, can you ask me the

16    question?

17         Q       No, answer it.

18         A       No, what you said at first.

19         Q       Yes, answer it.

20                 MR. McNAMARA:  Objection.

21         A       I don't remember what you said.

22         Q       Are you not listening to the

23    questions I'm asking you?

24                 MR. McNAMARA:  Objection.

25         A       The first one, yes, but then you

33

1                          W. Garcia

2    confused me with the other one you asked.

3           Q       Go ahead, answer the first one.

4           A       I'm not sure what it is that you

5    said to me.

6           Q       Are you playing games, sir?

7                   MR. McNAMARA:  Objection.

8           A       No.  I just want to be sure of

9    what I'm going to say.

10          Q       Just say the truth.  I'm sure

11   somebody told you to say that.

12                  MR. McNAMARA:  Objection.

13          A       No, no.

14          Q       No, nobody told you to tell the

15   truth?

16                  MR. McNAMARA:  Objection.

17          A       The truth, yes.  That's why I want

18   to say, the truth, but I want to be sure of what

19   it is that you said.

20          Q       Right.  I told you to say the

21   truth; correct?

22                  MR. McNAMARA:  Objection.

23          A       Yes.

24          Q       You promised me you would tell the

25   truth; correct?

34

1                    W. Garcia

2              MR. McNAMARA:  Objection.

3        A       Yes.

4        Q       Stop playing games and answer the

5    question.

6              MR. McNAMARA:  Objection.

7        A       If you ask me the question again,

8    I will answer it, but you confused me with the

9    second question you asked.

10        Q       There were times when you didn't

11   work a full week, because there was not enough

12   work; correct?

13        A       There was always work.  Sometimes

14   we didn't work, but it was because of rain.

15        Q       What about snow?

16        A       In December to March, we didn't

17   work.

18        Q       You never worked in December to

19   March?

20        A       Suffolk Paving would call me to go

21   clean up snow.

22        Q       I thought you just said you didn't

23   work from December to March.

24              Are you lying?

25              MR. McNAMARA:  Objection.

1                         W. Garcia

2          A       He would pay us.  He would pay us

3    cash.

4          Q       How much cash?

5          A       $20 an hour.

6          Q       That's what you got paid; $20 an

7    hour; correct?

8          A       Yes.

9          Q       How often did you get paid in cash

10   from Suffolk Asphalt?

11         A       Only for the snow.

12         Q       You never got any cash payments

13   from Suffolk Asphalt, other than in December

14   through March?

15         A       Yes, sometimes.

16         Q       Okay.  How much would you get?

17         A       When we didn't work -- well, when

18   there was a job like a driveway, he would pay

19   us -- he would pay me $200 a week -- I'm sorry,

20   a day.

21         Q       $200 a day?

22         A       Yes.

23         Q       What did you do with that money?

24         A       I would take it to bring food to

25   my kids.

```
 1                        W. Garcia

 2          Q       How many children do you have?

 3          A       Three.

 4          Q       How old are they?

 5          A       Eleven, nine, and one year.

 6          Q       Do you live with your children?

 7          A       Yes.

 8          Q       Where do you live with your

 9    children?

10          A       In the ██████████████

11          Q       What town is that?

12          A       Central Islip.

13          Q       Are you married?

14          A       Yes.

15          Q       What is your wife's name?

16          A       Nellie Garcia.

17          Q       When did you marry Nellie Garcia?

18          A       In the year, I don't remember, but

19    I do remember that it was June 10th.

20    Approximately, six or seven years.

21                  No, no, no, no, no.  Nine years,

22    eight years.

23          Q       You don't know when you married

24    your wife?

25          A       I only remember the date, but the
```

                                                                    37

 1                        W. Garcia

 2    year, I don't remember.

 3           Q      Do you have a marriage license?

 4           A      Yes.

 5           Q      From where?

 6           A      Huntington.

 7           Q      You just don't know the year that

 8    you married her?

 9           A      I don't remember.

10           Q      Is she your only wife?

11           A      Yes.

12           Q      The three children that you

13    identified, the eleven-year-old, the

14    nine-year-old, and the one-year-old, those are

15    your only children?

16           A      Yes.

17           Q      Do you own your home at

18    ███████████████████

19           A      No.

20           Q      Do you rent?

21           A      Yes.

22           Q      Do you rent a home or an

23    apartment?

24           A      An apartment.

25           Q      Do you own a vehicle?

38

1                          W. Garcia

2          A      Yes.

3          Q      What vehicle do you own?

4          A      Nissan Altima.

5          Q      For how long have you had a

6    Nissan Altima?

7          A      Four or five years.

8          Q      Four or five years?

9          A      Yes, about four or five.

10         Q      Do you have a driver's license?

11         A      Yes.

12         Q      May I see it?

13         A      Do I have to do that?

14         Q      Yes.

15                MR. McNAMARA:  You can show him

16         your driver's license.

17         A      (Witness complies.)

18                (Document consisting of a copy of

19         Mr. Garcia's driver's license was marked

20         as Defendants' Exhibit Number 11, for

21         identification, as of this date.)

22         Q      Do you remember when I asked you

23    before how many names you have?

24         A      Yes.

25         Q      And you lied to me?

39

                              W. Garcia

1

2         A      You didn't ask me or tell me about

3    the last names.

4         Q      Do you remember when you lied to

5    me, and you said you had three names?  Do you

6    remember that you said you only went by the name

7    of Walter Amilcar Garcia?

8         A      (No verbal response.)

9         Q      Why did you lie to me and not tell

10   me that you also had the last name Mendez?

11        A      Because here in the United States,

12   only Walter A. Garcia.

13        Q      Really?  Because here, you

14   indicated that it was Walter Amilcar Garcia Mendez.

15               Why did you lie to me?

16               MR. McNAMARA:  Objection.

17        A      (No verbal response.)

18        Q      Why did you lie to me?

19        A      (No verbal response.)

20        Q      Why did you lie to me?

21        A      No, I didn't lie.

22        Q      Why did you lie to me?

23        A      I didn't like.  It's only that you

24   didn't ask me for the last, last name.

25        Q      Why do you have a Maryland

                                                        40
 1                          W. Garcia
 2    driver's license?
 3                    MR. McNAMARA:  Objection.
 4          A       Because it's more easy.  It was --
 5    I had -- it was more -- it was easier to get a
 6    Maryland license.
 7          Q       Do you live in Maryland?
 8          A       No.
 9          Q       Have you ever lived in Maryland?
10          A       Yes.
11          Q       When did you live in Maryland?
12          A       In 2000 -- no, in 1999, I lived
13    there for two months.
14          Q       That was the last time you lived
15    in Maryland?
16          A       Yes.
17          Q       So you lied to the State of
18    Maryland to get a driver's license; correct?
19          A       No.  I lived there.
20          Q       In 1999; correct?
21          A       For two months.
22          Q       But you didn't live there in 2007;
23    correct?
24          A       No.
25          Q       You didn't live at ███████████████

41

W. Garcia

2      A      I lived there.

3      Q      When?

4      A      In two months in 1999.

5      Q      You understand that you had to

6    represent that you lived there in the year 2007

7    in order to get your license; correct?

8      A      (No verbal response.)

9      Q      You understand that; don't you?

10     A      That I -- again, please.  Sorry.

11     Q      Do you understand that you lied to

12   them?  You said you lived there on May 25, 2007,

13   and you didn't.  You signed a document saying

14   that you did.  Are you aware of that?

15     A      (No verbal response.)

16     Q      Are you aware of that?

17     A      (No verbal response.)

18     Q      Yes or no?

19     A      Yes.

20     Q      You know that that's a violation

21   of the law?

22     A      But it's needed to have an

23   identification.

24     Q      So it was necessary for you to

25   lie.  Is that what you're saying?

42

                              W. Garcia

1

2        A       It's better to have an ID than not

3    to have one.

4        Q       So it's okay to lie if it's for

5    something you need; correct?

6                MR. McNAMARA:  Objection.

7        A       (No verbal response.)

8        Q       Right?

9        A       No, no.  It's not necessary to

10   lie, but I think -- I do think that it is better

11   to say to someone -- to a police officer, this

12   is my license.

13       Q       But it's false; correct?

14       A       It's not false.

15       Q       Mr. Garcia -- you go by the name

16   of Mr. Garcia; correct?

17       A       Yes.

18       Q       You don't go by the name

19   Mr. Mendez; do you?

20       A       No.

21       Q       You don't even use the name

22   Mendez; right?

23       A       No.

24       Q       But you put it on your license;

25   correct?

43

```
 1                      W. Garcia
 2         A      Yes.
 3         Q      I'm going to be asking you
 4    questions.  If I ask you a yes-or-no question,
 5    you're required to provide me a yes-or-no
 6    answer.
 7                Do you understand that?
 8         A      Yes.
 9         Q      Just answer the questions that I
10    ask of you.
11                Did you understand that?
12         A      Yes.
13         Q      In 2007, you filled out on
14    application to get a driver's license in
15    Maryland; did you not?
16         A      (No verbal response.)
17         Q      Yes or no?
18         A      No, it wasn't an application.  I
19    had my license, but I couldn't change it
20    anymore.  I had to do it in Maryland.
21         Q      Why didn't you get a New York
22    license?
23         A      Because I don't have the permit,
24    the authorization.
25         Q      You don't have permission from
```

44

W. Garcia

Maryland, because you don't live there; correct?

     A    (No verbal response.)

     Q    Yes or no?  Just say yes or no.

     A    It's just that it's more easier to have a license -- before, it was easier to have a license with Maryland.

     Q    So before, it was easier to lie to Maryland than it was to lie to New York; correct?

     A    (No verbal response.)

     Q    Yes or no?

     A    It's not that I had to lie to Maryland, but the laws in New York are not the same as in Maryland.

     Q    What laws are those?

     A    To have a license.

     Q    What laws are you specifically referring about?

     A    To obtain a permit, an authorization to get a license.

     Q    Are you authorized to have a license in the State of New York?

     A    No.

     Q    Why?

45

1                           W. Garcia

2        A       Because I can't.

3        Q       Why?

4        A       Because I can't have a license.

5        Q       Why?

6                MR. McNAMARA:   I'm objecting.

7        Objection.

8                MR. ZABELL:   You waived the

9        objection.  He's already answered.  He

10       just didn't give a complete answer.

11               You should have objected maybe

12       three or four questions ago.

13               MR. McNAMARA:   I'm objecting now.

14       Q       Have you ever been arrested?

15       A       No.

16       Q       Either in this country or another?

17       A       In nowhere.

18               MR. McNAMARA:   I'd like to have

19       all questions and answers regarding

20       Mr. Garcia's driver's license marked

21       confidential, pursuant to the

22       confidentiality agreement.

23               MR. ZABELL:   I object to the

24       designation of confidential.  You are

25       familiar with the confidentiality

46

                              W. Garcia

1

2          agreement.  You know what steps to take

3          to test out your designation, but it was

4          objected to.

5                    MR. McNAMARA:  Okay, thank you.

6                    MR. ZABELL:  The obligation is on

7          you.

8                    MR. McNAMARA:  Thank you,

9          Counselor.

10                   MR. ZABELL:  You're welcome.

11         Q        When you renewed your license

12    in 2007, you indicated to the State of Maryland

13    that you still lived there; correct?

14         A        Yes.

15         Q        When you didn't live there;

16    correct?

17         A        Yes.

18         Q        So you lied to them; correct?

19         A        But it was necessary in order to

20    be able to have an ID.

21         Q        Right.  It was necessary for you

22    to lie in order to get something you wanted;

23    correct?

24         A        For the need.

25         Q        Yes.  So if you have a need for

47

```
 1                    W. Garcia
 2   something, it's okay to lie for it; correct?
 3                MR. McNAMARA:  Objection.
 4        A      Yes, if it's a need as to have an
 5   ID, any ID.  It's better -- my license -- I'm
 6   sorry that I am saying this, but it's better to
 7   have something legal than to have nothing at
 8   all.
 9        Q      So that's why you feel it was okay
10   to lie about this?
11        A      Yes, because I needed a license.
12        Q      And you needed a license, because
13   that was how you would make money; correct?
14        A      I wasn't thinking about making
15   money.  I thought about my identification.
16        Q      But this isn't you in the picture;
17   is it?  This is somebody else; isn't i?
18                MR. McNAMARA:  Objection.
19        A      That's me 100 percent.
20        Q      Your ears aren't this big; are
21   they?
22                MR. McNAMARA:  Objection.
23        A      (No verbal response.)
24        Q      Are they?
25        A      How do you see them?  I'm asking:
```

```
 1                       W. Garcia

 2   How do you see them?

 3        Q      I'm not under oath.  You have to

 4   answer the questions.

 5               That's not you; is it?

 6               MR. McNAMARA:  Objection.

 7        A      Of course, it is me.  It is I.

 8               MR. ZABELL:  Let the record

 9          reflect that Lauren entered and

10          interrupted the questioning.

11               (Whereupon, Ms. Goldberg entered

12          the conference room.)

13        Q      That's somebody else; isn't it?

14        A      No, sir.

15        Q      Have you had any plastic surgery

16   done?

17        A      No, never.  That is me.

18        Q      Have you lost any weight since

19   taking this picture?

20        A      I was thinner.  It's possible.

21        Q      You're saying you were thinner in

22   this picture?

23        A      If that is how you see it.

24        Q      I'm asking you.

25        A      Well, for sure.  Yeah, maybe, yes.
```

49

1                          W. Garcia

2    That's what it looks like.

3          Q      I'm not saying what it looks like.

4                 You knew how much you weighed when

5    you took this picture; didn't you?

6          A      And if I knew, I don't remember.

7          Q      Who lives at 12812 Claxton Drive?

8          A      A friend of mine.

9          Q      So you had the license sent to

10   your friend's house?

11         A      No.  Because they gave it to me at

12   Motor Vehicles that same day.

13         Q      You used your friend's address?

14         A      Yes.

15         Q      What is your friend's name?

16         A      Marvin.

17         Q      Marvin what?

18         A      Rodriguez.

19         Q      So Marvin helped you commit this

20   fraud; correct?

21                MR. McNAMARA:  Objection.

22         A      No.

23         Q      Did you tell Marvin that you were

24   using his address?

25         A      Yes.

50

                              W. Garcia

1

2        Q      Did he charge you to let you use

3   his address?

4        A      No.

5        Q      You just figured you could use his

6   address, because that would help you get what

7   you wanted; correct?

8               MS. GOLDBERG:  Objection.

9        A      I'm sorry, again?

10       Q      Answer the question.

11       A      If you can repeat it, please?

12       Q      Were you not listening to the

13  question I asked you?

14              MR. McNAMARA:  Objection.

15       A      It would be great to have the

16  question heard back.

17              MS. GOLDBERG:  He said he doesn't --

18              MR. ZABELL:  Lauren, remain

19          silent.  You have an attorney here who is

20          defending this deposition.  If you do not

21          have the ability to behave at this

22          deposition, I'm going to ask you to step

23          out.

24              Do you understand?

25              MS. GOLDBERG:  I'm --

51

```
 1                    W. Garcia
 2              MR. ZABELL:  Do you understand?
 3              MS. GOLDBERG:  I'm simply
 4         saying --
 5              MR. ZABELL:  Simply nothing.
 6              There is an attorney defending
 7         this deposition.  Remain silent while the
 8         individual answers the question.  If
 9         you're incapable of doing that, I'm going
10         to ask you to leave.
11              MS. GOLDBERG:  Mr. Zabell, I would
12         appreciate it if you could keep your tone
13         to a civil tone.
14              MR. ZABELL:  And I would
15         appreciate it if you would sit there and
16         remain silent while Mr. Patrick McNamara
17         is defending this deposition.
18         Q     Answer the question.
19         A     I am not sure of what I'm to say.
20    You have to do the question again.
21         Q     How about you say the truth?
22              MR. McNAMARA:  Objection.
23         A     I am saying the truth.
24         Q     Do you remember the question?
25         A     No, I don't remember.
```

52

1                      W. Garcia

2          Q      How would you characterize your

3    memory?

4          A      I don't know.

5          Q      Is it good, bad, medium?

6          A      Good, I think.

7          Q      You think?

8                 Do you remember how much you

9    weighed when you took this picture?

10         A      No.

11                MR. ZABELL:  Let the record

12           reflect that I was holding up Exhibit 11.

13         Q      How much do you weigh now?

14         A      I am 175.

15         Q      Were you heavier or lighter when

16   you took the picture in Exhibit 11?

17         A      Less heavy.

18         Q      Less heavy; did you say?

19         A      Yes.

20         Q      So you were less heavy when you

21   lied to the State of Maryland in order to get

22   your license; correct?

23                MS. GOLDBERG:  Objection.

24         A      Yes.

25         Q      You were less heavy when you

53

1                          W. Garcia

2    committed fraud against the State of Maryland?

3                    MR. McNAMARA:  Objection.

4                    MS. GOLDBERG:  Objection.

5         A     Yes.

6         Q     But you committed fraud so you

7    could get your driver's license; correct?

8                    MR. McNAMARA:  Objection.

9         A     If that is fraud, but for me, it's

10   not fraud.

11        Q     It's not fraud because you needed

12   your driver's license; correct?

13        A     Yes.

14        Q     So it's okay to lie when you're

15   lying to get something that you want or need;

16   correct?

17                   MR. McNAMARA:  Objection.

18                   MS. GOLDBERG:  Objection.

19        A     If that is to lie, the only time

20   that I have lied in the United States is for my

21   license.

22        Q     You never lied anywhere else?

23        A     I'm talking about law.  I'm

24   speaking about law of the United States.

25                   MR. ZABELL:  At this point, I find

54

```
 1                    W. Garcia
 2        it necessary to lecture both Plaintiffs'
 3        Counsel.  One of you and only one of you
 4        will be making objections here today.
 5             Am I clear?  You may have a few
 6        moments to confer to determine which one
 7        it's going to be, but if both of you feel
 8        compelled to object, one of you is going
 9        to be asked to leave, or you simply write
10        your objections down and pass it to
11        whoever you will determine is going to
12        make the objections.
13             Am I clear?
14             MR. McNAMARA:  You're clear.
15             At this time, I think it would be
16        appropriate for us to take a quick break.
17             MR. ZABELL:  Are you asking for a
18        break?
19             MR. McNAMARA:  I'm telling the
20        court reporter.
21             MR. ZABELL:  Well, we ask at my
22        depositions, and if you're asking for a
23        break, I will grant you that break, but
24        you need to tell me that you are asking
25        for that break.
```

```
 1                       W. Garcia
 2               MR. McNAMARA:  I'm asking,
 3          Counselor, and thank you.  I appreciate
 4          it.
 5               MR. ZABELL:  You're very welcome.
 6               (Whereupon, a recess was taken at
 7          this time from 2:00 p.m. until 2:15 p.m.)
 8          Q       Mr. Garcia, you had an opportunity
 9     to speak with your attorneys?
10          A       Yes.
11          Q       And you did, in fact, speak with
12     them; correct?
13          A       Yes.
14          Q       Were you shown any documents?
15          A       No.
16          Q       Do you know what the number
17     ███████████    is; do you know what that is?
18               MS. GOLDBERG:  I'm going to object
19          to that question, and I belive, again,
20          Saul -- I'm sorry, Mr. Zabell -- that
21          you, again, are trying to ask about
22          Social Security numbers.
23               If I am wrong, you can please tell
24          me so, and that has already been objected
25          to as per the court order.
```

56

1                      W. Garcia

2        Q       Do you know what that number is?

3                MS. GOLDBERG:  Again, I'm --

4        Q       Yes or no?

5                MS. GOLDBERG:  -- I'm directing my

6        client not to answer the question.

7                MR. ZABELL:  Then, we will be

8        calling Judge Tomlinson.

9                Ask him to step out while we do

10       this.

11               MS. GOLDBERG:  Ms. Interpreter,

12       please tell him that we are going to call

13       the Judge, and while we call the Judge,

14       he needs to step out of the room.

15               (Whereupon, the witness left the

16       conference room.)

17               (Whereupon, a call was made to

18       Judge Tomlinson, and the following

19       colloquy was had:)

20               (Whereupon, a recorded voice

21       mailbox was heard, and the following

22       message was left by Mr. Zabell:)

23               MR. ZABELL:  Hi.  Good afternoon,

24       Judge Tomlinson, Saul Zabell.  I am at a

25       deposition.  Ms. Goldberg just appeared

57

1          W. Garcia

2      at this deposition replacing Patrick

3      McNamara who was defending.

4              As soon as Ms. Goldberg appeared,

5      she has instructed the deponent not to

6      answer certain questions regarding the

7      Social Security number that he provided

8      to one of the defendants.  He provided it

9      to -- we believe, a different one to

10      another one of the defendants.

11              We were questioning him if he knew

12      what the Social Security number was, and

13      then, we read the number to him and asked

14      him to confirm that.

15              Ms. Goldberg has advised him not

16      to answer.  This is a discovery dispute.

17      We are in the middle of the deposition.

18              I can be reached at (631) 589-7242.

19              We will continue with this

20      deposition in the meantime, knowing quite

21      well that Your Honor's docket is packed

22      pretty tightly today which might mean

23      that we have to bring this individual

24      back for another day of testimony

25      regarding this subject.

58

```
 1                    W. Garcia
 2              Again, I can be reached at
 3         (631) 589-7242.  Thank you.
 4              MS. GOLDBERG:  Your Honor, I want
 5         to indicate that I do believe that these
 6         questions violate the protective order
 7         that Your Honor has already issued in
 8         this case.
 9              MR. ZABELL:  Thank you, Your Honor.
10              MS. GOLDBERG:  Thank you, thank
11         you.
12              (Whereupon, the telephone
13         conversation was concluded.)
14              MS. GOLDBERG:  Okay, he should be
15         brought back.
16              MR. ZABELL:  When I'm ready.
17              MS. GOLDBERG:  Okay.
18              MR. ZABELL:  Are you all right?
19         You look like you have a little rash.
20              MS. GOLDBERG:  You look like
21         you're so uncomfortable.  You look like
22         you are so uncomfortable.
23              Are we continuing, or what are we
24         doing right now?  Are we taking a break?
25              MR. ZABELL:  You're going to sit
```

                                                        59
 1                        W. Garcia
 2            down, and keep your mouth shut while we
 3            depose your client.
 4                   MS. GOLDBERG:  That's nice.
 5            That's a nice way to talk as a
 6            professional.
 7                   (Whereupon, a recess was taken at
 8            this time from 1:20 p.m. until 1:25 p.m.)
 9                   (Whereupon, the witness entered
10            the conference room.)
11                   (Whereupon, Mr. McNamara was no
12            longer present at the deposition.)
13            Q     You just took a break and spoke to
14     your attorney; correct?
15            A     Yes.
16            Q     Did she show you any documents?
17            A     No.
18            Q     What were some of the jobs that
19     you worked at for Suffolk Paving in 2005?
20            A     Which were the jobs?
21            Q     Yes.
22            A     I don't remember.
23            Q     Well, did you write them down
24     anywhere?
25            A     I would write them down, and then,

60

1                              W. Garcia

2      I would leave them on the desk of Tom, but I

3      don't remember.

4           Q       You don't remember any of the jobs

5      you worked at?

6           A       (Nodding.)

7           Q       Answer the question verbally.

8           A       No.

9           Q       Do you remember any of the days

10     that you worked in 2005 for Suffolk Paving?

11                  MS. GOLDBERG:  Objection to form.

12          Q       You may disregard the attorney's

13     speaking objections and answer the question.

14          A       I don't remember.

15          Q       Well, is there anything you can

16     look at that will help you remember?

17          A       If I pass by a street, I know that

18     I did it, but I don't remember the date.

19          Q       As you sit here right now, you

20     have no idea what streets you worked on, what

21     jobs you worked on, and what days you worked on

22     them; is that correct?

23                  MS. GOLDBERG:  Objection to form.

24          Q       You may disregard the objections

25     and answer the question immediately.

61

1                          W. Garcia

2          A      I don't remember.

3          Q      How much did you make an hour

4    in 2006 working for Suffolk Paving?

5          A      It -- $23.75, and at the end, he

6    paid me $40.99.

7          Q      How much did you make in 2006

8    working for Suffolk Paving?

9          A      Total, per week?

10         Q      Per hour.

11         A      $23, $75.

12         Q      Are you sure?

13         A      Yes.  At the end, like in December

14   or January, I received a check, two checks that

15   he paid me $40.99.

16         Q      So he paid you $40.99 for some

17   hours and $23.75 for some hours; is that your

18   testimony?

19         A      (No verbal response.)

20         Q      Yes or no?

21         A      (No verbal response.)

22         Q      Yes or no?

23                MS. GOLDBERG:  Objection to form.

24                Go ahead, you can answer.

25         Q      Yes or no?

62

                              W. Garcia

1

2          A       I say that that's when

3    Suffolk Asphalt started paying me at $40.99.

4          Q       Do you have any ability to answer

5    a question yes or no?

6                  MS. GOLDBERG:  Objection.

7          A       I can't because in that year, he

8    paid me -- in 2006, $23.75, and at the end, he

9    paid me $40.99.

10         Q       Do you have the ability to say yes

11   to a question; yes or no?

12                 MS. GOLDBERG:  Objection.

13         A       Yes.  If I can simply say yes?

14   Yes.

15         Q       Do you have the ability to say no

16   to a question; yes or no?

17         A       If I only have to say no, I say

18   no.

19         Q       In 2007, you worked for Pave-Co;

20   correct?

21         A       Yes.

22         Q       How much did you get paid an hour

23   for Pave-Co?

24         A       Twenty -- twenty-seven.

25         Q       Twenty, and then twenty-seven?

63

1                        W. Garcia

2          A       No, twenty-seven.

3          Q       In 2008, you applied to work at

4    Suffolk Asphalt again; did you not?

5          A       Yes.

6          Q       How much did you earn per hour

7    in 2008?

8          A       $40.99 until June, because as of

9    June, he paid me more.

10         Q       How much more?

11         A       $42 -- $44, he gave me $44.

12         Q       Who is the "he" that you are

13   talking about?

14         A       What I referred?

15         Q       Yes.  Who was the "he" that you

16   were referring to?

17         A       Oh, Suffolk Asphalt.

18         Q       Do you call Suffolk Asphalt a "he"?

19                 MS. GOLDBERG:  Objection.

20                 You can go ahead and answer.

21         A       It's a company.  Well, because the

22   owner was Louie Vecchia.

23         Q       Who did you work for in 2009?

24         A       Suffolk Asphalt.

25         Q       How much did you make an hour

64

1                     W. Garcia

2    in 2009?

3         A      Forty-four, and in June, it went

4    up again.

5         Q      It went up again to what?

6         A      Forty-five.

7         Q      Are you sure?

8         A      Sure.

9         Q      And you got paid $44 and $45 an

10   hour for the hours that you worked in 2009 from

11   Suffolk Asphalt?

12               MS. GOLDBERG:  Objection to form.

13               You can go ahead and answer.

14        A      The same.  He paid me what he

15   felt, but he did pay me.

16        Q      But you got paid $44 or $45 an

17   hour; correct?

18        A      Yes.

19        Q      Now, did you ever do any side work

20   in 2009?

21               MS. GOLDBERG:  Objection to form.

22               Go ahead and answer.

23        A      No, no.

24        Q      Never did a driveway here and

25   there?

65

1                          W. Garcia

2          A      For Suffolk?

3          Q      For you or somebody else?

4          A      No.

5          Q      Tell the truth.

6          A      No.

7          Q      So if your coworkers said you did,

8    they'd be lying; correct?

9                 MS. GOLDBERG:  Objection to form.

10         Q      Go ahead and answer.

11         A      If my coworkers say if I am lying?

12   I never did a driveway.

13         Q      So they're lying?

14                MS. GOLDBERG:  Objection to form.

15                Go ahead and answer.

16         A      Well, I don't know, but I didn't

17   do a driveway.

18         Q      You never did a driveway in 2009?

19         A      For myself?  Through me?

20         Q      Yes.

21         A      No.

22         Q      What about one of your coworkers,

23   privately?

24         A      Well, maybe they did, yes, but I

25   didn't.

66

```
 1                    W. Garcia
 2        Q       Did they ever pay you to help
 3    them?
 4                 MS. GOLDBERG:  Objection to form.
 5                 Go ahead and answer.
 6        A       No.
 7        Q       A little bit?
 8        A       No.
 9        Q       Go to church?
10        A       Thank God, yes.
11        Q       How often?
12        A       Every day.
13        Q       You go to church every day?
14        A       Yes, sir.
15        Q       What church?
16        A       Christian.
17        Q       Where?
18        A       In Brentwood.
19        Q       What's the name of the church?
20        A       Palabra Miel.
21                 MR. ZABELL:  What does that mean?
22    Does that mean something?
23                 THE INTERPRETER:  It means, word,
24    honey.
25        Q       Who is the priest there?
```

67

                          W. Garcia

1

2       A       He's not a priest.  He's a pastor.

3       Q       What's the pastor's name?

4       A       Marco Lopez.

5       Q       For how long has he been a Pastor

6    there?

7       A       Approximately, about fifteen

8    years.

9       Q       How long have you belonged to this

10   church?

11      A       Six years.

12      Q       Every Sunday, have you gone to

13   church?

14      A       Yes.

15      Q       Is Sunday the main day of worship

16   at your church?

17      A       Every day, but it is a very

18   important day, the day Sunday.

19      Q       From what time to what time do you

20   go to church on Sunday?

21      A       From 10:00 until 4:00 or 5:00.

22      Q       Now, you also said you go to

23   church on Saturdays; correct?

24      A       Yes.

25      Q       And you've done that for the last

68

1                              W. Garcia

2    six years; right?

3            A       Yes.

4            Q       From what time to what time?

5            A       From 7:00 to 10:30.

6            Q       7:00 in the morning or 7:00 in the

7    evening?

8            A       In the evening.

9            Q       And every Saturday, you've gone to

10   church from 7:00 at night until 10:30 at night;

11   correct?

12                   MS. GOLDBERG:  Objection to form.

13                   Go ahead, you can answer.

14           A       No.

15           Q       No?  You're lying to me?

16           A       Not every Saturday, but regularly,

17   yes.  If I have to miss -- well, I'll miss, but

18   if I have the opportunity, I will go.

19           Q       How often do you miss?

20           A       Maybe one time a month.

21           Q       Now, you said you go to the church

22   every day during the week; correct?

23           A       Yes, when I have enough time.

24           Q       You've done that for the last six

25   years; right?

69

1                      W. Garcia

2        A      Yes.

3        Q      What time do you go during the

4   week?

5        A      To church?

6        Q      Yes.

7        A      At 7:00, 7:30.

8        Q      You go from 7:00 to 7:30 every

9   night?

10              MS. GOLDBERG:  Objection to form.

11              Go ahead, You can answer.

12       Q      Correct?

13       A      Yes.

14       Q      And for how long do you stay?

15       A      Until 10:00, 10:30, 11:00.

16       Q      You've done that the last six

17  years; correct?

18              MS. GOLDBERG:  Objection to form.

19              Go ahead, you can answer.

20       Q      Correct?

21       A      Yes.

22       Q      I can't always hear you over the

23  babbling of the person next to you; okay?

24       A      Okay.

25              MS. GOLDBERG:  Objection.

70

                          W. Garcia

1

2      A       (No verbal response.)

3      Q       Okay?

4      A       Okay.

5      Q       Thank you.

6              MS. GOLDBERG:   Just wait until I

7          finish my objection before you begin --

8          before you answer.

9      Q       You may disregard any directions

10    that you are being told now.

11             In 2009, can you remember any of

12    the work projects that you worked on for

13    Suffolk Paving?

14    A       I can remember, but the dates, no.

15    Q       Tell me any of the projects you

16    worked on in 2009 for Suffolk Paving.

17    A       Waverly Avenue.

18    Q       Continue.

19    A       A job in Massapequa.

20    Q       Continue.

21    A       And many streets in Brookhaven.

22    Q       What are the names of those

23    streets?

24    A       I don't remember.

25    Q       When did you work in Brookhaven?

71

1                              W. Garcia

2      What days?

3                    MS. GOLDBERG:  Objection to form.

4                    Go ahead, you can answer.

5           A      I only remember that it was

6      in 2009.

7           Q      You have no idea what days and

8      what hours you worked in 2009 in Brookhaven?

9                    MS. GOLDBERG:  Objection to form.

10          Q      You may answer.

11          A      We did many streets that I don't

12     remember.

13          Q      Do you remember any of them and

14     the days and the hours that you worked on them?

15          A      (No verbal response.)

16          Q      Si or no?

17          A      No, no.  I don't remember.

18          Q      Do you remember any of the days or

19     the hours that you worked in Massapequa?

20                   MS. GOLDBERG:  Objection to form.

21                   Go ahead, you can answer.

22          Q      Go ahead, you can disregard those

23     statements.  Pay no attention to them.

24          A      That I always worked in Massapequa

25     more than ten hours, yes, but the dates, no.

72

W. Garcia

2      Q      More than ten hours total you

3    worked in Massapequa; correct?

4              MS. GOLDBERG:  Objection to form.

5              Go ahead, you can answer.

6      A      Per day.

7      Q      Do you remember any of the streets

8    you worked on in Massapequa?

9      A      No.  Only I remember that it was a

10   private place, it was an area.

11     Q      Oh, that's all you remember?

12     A      That's what I remember.  If I pass

13   and I see, I know that I did that job, but the

14   name of the streets, I don't remember.

15     Q      But as you sit here right now and

16   you access that memory that you characterized as

17   good, you can't remember any of the specific

18   streets, projects, or locations you worked on;

19   correct?

20             MS. GOLDBERG:  Objection to form.

21             Go ahead, you can answer.

22     A      No, I don't remember.

23     Q      I didn't think so.

24             When did you work on

25   Waverly Avenue in 2007?

73

W. Garcia

2      A      I told you that I remember the
3   place, but the date I don't remember.

4      Q      Do you remember any of the hours
5   that you worked at Waverly Avenue?

6             MS. GOLDBERG:  Objection to form.
7             You can go ahead and answer it.

8      A      Yes, I remember.

9      Q      On what date, and how many hours
10  did you work?

11            MS. GOLDBERG:  Objection to form.
12            You can go ahead and answer it.

13     A      The hours that I worked that week,
14  he had to pay me eleven hours of overtime, and
15  he only paid me nine.

16     Q      Is that why you're suing him, over
17  two hours of overtime?

18            MS. GOLDBERG:  Objection to form.
19            You can go ahead and answer.

20     Q      Right?  Is that why we're here?

21     A      (No verbal response.)

22     Q      Answer yes or no.

23            Is that why we're here; yes or no?

24     A      (No verbal response.)

25     Q      Yes or no?

74

W. Garcia

2      A      No.  Because that one -- that job

3  in Waverly Avenue, that's where Louie's cousin

4  was, and they said if they didn't pay how it was

5  supposed to be, that he had to tell him, and he

6  paid us.  He ended up owing me two hours.  It

7  was the only time he paid me nine hours.

8      Q      So it was the only time he owed

9  you two hours?  Isn't that what you just

10 testified to?

11             MS. GOLDBERG:  Objection to form.

12             Go ahead, you can answer.

13     Q      Si or no?

14     A      Of that day, yes.

15     Q      Okay, yes.

16             Now, I'm going to be asking you

17 questions.  You understand that; right?

18     A      Yes.

19     Q      I'm only interested in having you

20 answer the questions I ask you.

21             Do you understand that?

22     A      Yes.

23     Q      I want you to try very hard to

24 only answer the questions I ask you; otherwise,

25 we're going to be here for a very long time, and

```
 1                       W. Garcia

 2    considering the amount of breaks that your

 3    attorneys take, it's more than likely that

 4    you're going to be missing more days from work.

 5              Do you understand that?

 6    A    Yes.

 7    Q    I'm trying very hard not to let

 8    that happen out of respect for your time.

 9              Do you understand that?

10    A    Yes.

11    Q    So try very hard just to answer

12    the questions I ask you; okay?

13    A    Okay.

14    Q    So in 2009, you have absolutely no

15    memory of the specific jobs that you worked on

16    and the hours that you worked on them?

17              MS. GOLDBERG:  Objection to form.

18              You can go ahead and answer.

19    Q    You may answer.

20    A    I only remember that I told you,

21    and I don't remember.

22    Q    So you only remember that you were

23    owed the two hours of overtime, like you told

24    me; correct?

25              MS. GOLDBERG:  Objection to form.
```

76

                              W. Garcia

2                    You can go ahead and answer.

3         Q          Correct?

4         A          (No verbal response.)

5         Q          Correct?

6         A          In Waverly Avenue, yes.

7         Q          Okay.  Two hours, and you were

8    paid nine hours of overtime that week; correct?

9         A          Yes.

10        Q          Those nine hours were on your

11   paycheck; correct?

12        A          Yes.

13        Q          On your paycheck, it would show

14   that you would get paid regular hours and

15   overtime hours; correct?

16        A          Yes.

17        Q          Those were the checks that you got

18   paid every week; correct?

19                   MS. GOLDBERG:  Objection to form.

20                   You can go ahead and answer.

21        Q          Correct?

22        A          Yes, those were the checks.

23        Q          Now in 2008, you worked for

24   Suffolk Paving, as well; correct?

25        A          Suffolk Asphalt.

77

1                    W. Garcia

2        Q       So you're saying you didn't work

3    for Suffolk Paving in 2008; correct?

4        A       No.

5        Q       No, it's correct, or no, it's not

6    correct?

7        A       No, I did not work for

8    Suffolk Paving.  Suffolk Asphalt.

9        Q       And you only worked for

10   Suffolk Asphalt in 2008; correct?

11       A       April -- from April 2008 to 2009,

12   I worked at Suffolk Asphalt.

13       Q       What were some of the projects

14   that you worked in Suffolk Asphalt from April

15   of 2008 to December of 2008?

16       A       The only job that I remember in

17   Ronkonkoma.

18       Q       Great.

19               From what time to what time did

20   you work on the job in Ronkonkoma?

21       A       From 6:30 or 7:00, that we would

22   arrive to the yard, to 5:00.  I don't know 5:00,

23   6:00, 7:00 at night at the job.

24       Q       Did you eat breakfast today?

25       A       Yes.

78

```
 1                          W. Garcia
 2          Q        What did you eat?
 3          A        Sandwich.
 4          Q        Egg sandwich?
 5          A        Yes.
 6          Q        You don't eat egg sandwiches with
 7    mayonnaise; do you?
 8          A        No, I don't eat egg sandwich with
 9    mayonnaise.
10          Q        Good.  With ketchup?
11          A        Ketchup, yes.
12          Q        Fried or scrambled?
13          A        Scrambled.
14          Q        Bacon, sausage?
15          A        Yes.
16          Q        Both?
17          A        Yes.
18          Q        Cheese?
19          A        American cheese.
20          Q        Sounds very good.  Very fattening,
21    but good.
22                   You eat that every morning?
23          A        Yes.
24          Q        With coffee?
25          A        Sometimes I drink coffee.
```

79

1                            W. Garcia

2          Q        If you don't drink coffee, what do

3     you drink?

4          A        Apple juice or orange.

5          Q        You didn't just say "Yoo-Hoo"?

6          A        Juice.

7          Q        Jugo, not Yoo-Hoo.  Do you know

8     what Yoo-Hoo is?

9          A        A name of a person.

10         Q        No.  It's the name of a chocolate

11    drink.

12         A        No.

13         Q        Yoo-Hoo.

14                  For how many years have you been

15    eating egg sandwiches?

16         A        Since I started working at

17    Asphalt.

18         Q        So all the way back to the year

19    2000; right?

20         A        Yes.

21         Q        And you get those egg sandwiches

22    at a deli; correct?

23                  MS. GOLDBERG:  Objection to form.

24                  You can go ahead and answer it.

25         A        Yes.

80

```
 1                          W. Garcia

 2          Q       Okay.  How would you get to

 3     Suffolk Asphalt in the morning?

 4          A       In my car.

 5          Q       You would drive there every

 6     morning; right?

 7          A       Drove, yes.

 8          Q       Did you ever drive anybody to work

 9     with you?

10          A       Yes, sometimes.

11          Q       Who would you drive to work with

12     you?

13          A       The coworkers from work.

14          Q       Who?

15          A       Kevin, Louis.  The ones that

16     didn't have a car.

17          Q       Just Kevin and Louis?

18          A       No.  Sometimes other ones would

19     ask me for a ride.

20                  MR. ZABELL:  Off the record.

21                  (Whereupon, a discussion was held

22            off the record.)

23          Q       Who are the other ones that would

24     ask you for a ride?

25          A       Edwin and Jose.
```

81

```
 1                        W. Garcia

 2        Q        Jose?

 3        A        Yes.

 4        Q        What's Kevin's last name?

 5        A        Galeano.

 6        Q        What's Luis' last name?

 7        A        Martinez.

 8        Q        What's Edwin's last name?

 9        A        Rivera.

10        Q        What's Jose's last name?

11        A        Jose Vega Castillo.

12        Q        Now, were you ever told that you

13   could drive your car directly to the worksite?

14                 MS. GOLDBERG:  Objection to form.

15                 You can go ahead and answer.

16        A        Yes, a few times.

17        Q        So there were times where you used

18   to drive your car directly to the job site;

19   right?

20        A        Yes.

21        Q        And you used to drive workers

22   directly there with you; correct?

23                 MS. GOLDBERG:  Objection to form.

24                 Go ahead and answer it.

25        A        Not every time, because sometimes
```

82

```
 1                        W. Garcia

 2    there were different groups, and not every time

 3    I would give rides to them.

 4          Q      You would drive to the shop of

 5    every morning just to get a map of where you

 6    needed to go for the day; correct?

 7                 MS. GOLDBERG:  Objection to form.

 8                 Go ahead, you can answer.

 9          A      Not only to get a map.  When I

10    would get to the yard, I would leave my car

11    there.

12          Q      And you would take a company

13    vehicle to the worksite?

14          A      Yes.

15          Q      What company vehicle?

16          A      The box truck and the utility

17    truck.

18          Q      Do you know if the box truck and

19    the utility truck had GPS units in them?

20          A      The utility truck, I thought it

21    had.  I wasn't sure, but the box truck didn't

22    have or I don't know.

23          Q      How do you know that the box truck

24    didn't have?

25          A      I say because it was a little old,
```

83

                              W. Garcia

 1

 2    and the equipment was always there and a big

 3    roller.

 4         Q      You would just go to the shop to

 5    pick up the truck?

 6              MS. GOLDBERG:  Objection to form.

 7              Go ahead and answer it.

 8         A      I would go, yes, and from there, I

 9    would go to the job.

10         Q      You were at the shop for about

11    five minutes every morning?

12              MS. GOLDBERG:  Objection to form.

13              You can go ahead and answer.

14         A      Between five and fifteen minutes.

15         Q      The people who would come with

16    you; Kevin, Luis, Edwin, and Jose, they were

17    just along for the ride?

18              MS. GOLDBERG:  Objection to form.

19              Go ahead, you can answer.

20         A      No, because they had to work.

21         Q      But they could have met you at the

22    job site; correct?

23              MS. GOLDBERG:  Objection to form.

24              Go ahead, you can answer.

25         Q      Right?

84

                        W. Garcia

1

2        A        (No verbal response.)

3        Q        Right?

4        A        Yes.

5        Q        Thank you.

6                 Are you familiar with your

7   collective bargaining agreement?

8        A        That if I am -- can you repeat

9   that again?

10       Q        Are you familiar with your

11  collective bargaining agreement?

12       A        Collective of what?

13       Q        Do you know what governs the terms

14  and conditions of your employment?

15                MS. GOLDBERG:  Objection to form.

16       Q        You can answer.  You can disregard

17  her objections.

18       A        But I don't understand the

19  question.

20       Q        Do you know what the terms and

21  conditions of your employment were?

22       A        No.

23       Q        Oh, okay.

24                Are you familiar with your union?

25       A        I am a member of the union.

85

1                          W. Garcia

2          Q      Do you know what the union rules

3     are?

4          A      Not all.

5          Q      Do you know what any of them are?

6          A      Yes, some.

7          Q      What are some of the rules?

8          A      You have to pay double, double

9     time-and-a-half.

10         Q      Double, double time-and-a-half?

11         A      Double, only double.

12         Q      Are you familiar with any other

13    rules?

14         A      That if it rains, it has to pay;

15    if you're made to go to the job, it has to pay,

16    and if it's cancelled, it has to pay.

17         Q      So you're saying that your

18    collective bargaining agreement says that you

19    have to get paid when you don't work?

20                MS. GOLDBERG:  Objection to the

21          form.

22                You can go ahead and answer it.

23                THE WITNESS:  Tell him that I'm so

24          sorry, but I don't understand his

25          question.

86

1                        W. Garcia

2          Q        Is it your testimony that your

3    contract, your union, says that you have to get

4    paid when you don't work?

5                    MS. GOLDBERG:  Objection to form.

6                    You can go ahead and answer it.

7          A        Yes.

8          Q        Are you sure of that?

9          A        Last year, I found out.

10         Q        How many times have you complained

11   to your union about Suffolk Asphalt?

12         A        I never complained, because I

13   thought that they could be united with

14   Suffolk Asphalt.

15         Q        So you never complained to the

16   union?

17         A        No.

18         Q        Did you ever have anything to

19   complain about?

20         A        Yes.

21                  MS. GOLDBERG:  Objection to form.

22         Q        What?

23         A        The hours that I wasn't paid.

24         Q        The two hours that you had

25   testified about before?

87

1                          W. Garcia

2                  MS. GOLDBERG:  Objection to form.

3        A        The two hours that I testified to

4    were only from Waverly Avenue.

5        Q        Right.  So they are the only two

6    hours you had a right to complain about, but you

7    never did; correct?

8                  MS. GOLDBERG:  Objection to form.

9                  You can answer.

10       A        Because I felt very, very happy to

11   see nine hours of overtime, because we were

12   always paid one or two hours.

13       Q        Right, right.

14                 Did you ever take lunch breaks?

15       A        Not all the time.

16       Q        Every day, would somebody go run

17   to the deli to get sandwiches for you?

18       A        Yes, sometimes.

19       Q        Every day on the job site,

20   somebody would go to a deli; correct?

21                 MS. GOLDBERG:  Objection to form.

22                 You can answer.

23       A        Yes.

24       Q        What would you eat for lunch?

25       A        A sandwich from the deli.

88

```
 1                         W. Garcia
 2          Q        What kind of sandwich?
 3          A        Chicken cutlet.
 4          Q        On a role?
 5          A        Yes.
 6          Q        With lettuce, tomato, onion,
 7    pickles?
 8          A        Yes.
 9          Q        All of those things?
10          A        Yes.
11          Q        That didn't give you heartburn?
12          A        I would get gastritis when
13    lunchtime would pass, and they didn't give us
14    the time to eat.
15          Q        So when you ate that sandwich
16    every day, would you have something to drink
17    with it?
18          A        Yes.
19          Q        What did you drink?
20          A        A soda.
21          Q        Diet or regular?
22          A        Regular.
23          Q        What kind of soda would you like?
24          A        Coca-Cola.
25          Q        Not Pepsi?
```

89

1                              W. Garcia

2          A       No.

3          Q       Did you eat chips?

4          A       Yes.

5          Q       What kind of chips?

6          A       Potato, potato chips.

7          Q       With ruffles?

8          A       Yes.

9          Q       You like the ruffled potato chips?

10         A       Yes.

11         Q       Would you get the sour cream and
12    onion ones or just the plain ones?

13         A       Regular.

14         Q       And that's what you would eat?
15    You would eat a sandwich, chips and a soda every
16    day; right?

17         A       No, not every day.

18         Q       You testified before that that's
19    the sandwich that you would eat every day;
20    right?

21                 MS. GOLDBERG:  Objection.

22         Q       Were you lying to me?

23         A       No.  Anyone would assure that they
24    were eating the same thing every day.

25         Q       Okay.  Did you ever back your

90

```
 1                      W. Garcia

 2     lunch hour out of the time that you think that

 3     you worked?

 4               MS. GOLDBERG:  Objection to form.

 5               You can go ahead and answer.

 6          A     No.

 7          Q     Did you think you had to be paid

 8     for your lunch hour?

 9          A     They didn't have to pay, but when

10     I'm a member of the union, if the lunch hour

11     passes, they have to pay the lunch.

12          Q     But you ate lunch every day.  You

13     took lunch every day; correct?

14               MS. GOLDBERG:  Objection.

15          Q     You just said you did.

16               MS. GOLDBERG:  Objection to form.

17               You can answer.

18          A     I would eat my lunch.  My job was

19     the roller, and I would lower the roller when

20     they gave me my food with the roller right

21     there, and I would eat right there, and I would

22     continue working.

23          Q     Do you like soccer, or do you like

24     baseball?

25          A     Soccer.
```

91

                          W. Garcia

1

2          Q       Did you ever play soccer on the

3    job site?

4          A       About two times, I think, when I

5    played when we didn't have anything to do.

6          Q       What jobs were you playing soccer

7    on?

8          A       No, I don't remember.  The only

9    time that we played soccer was that we had

10   already arrived from the job.  We were already

11   in the yard, and we were waiting for somebody,

12   and we just started playing there in the yard.

13         Q       So you only played soccer in the

14   yard?  You never played soccer on the job site;

15   correct?

16         A       No.

17         Q       Whose soccer ball was it?

18         A       I don't know, truthfully.  I just

19   remember that the ball appeared one or two

20   times, and no, we didn't play.

21         Q       You didn't play or you did play?

22         A       We played one or two times when

23   there was nothing to do, and we were waiting for

24   the trucks.

25         Q       Did you ever play baseball?

92

1                        W. Garcia

2          A      No.

3          Q      Did you ever pay catch?

4          A      Oh, yes.

5          Q      Couple of times; right?

6          A      Yes.

7          Q      On the job site; right?

8          A      Yes.

9          Q      When you played soccer, it was
10   with an actual soccer ball and not just a ball
11   of rags; correct?

12         A      I --

13         Q      Yes or no?

14         A      Yes.

15         Q      You didn't play soccer with a
16   grapefruit; correct?

17         A      (No verbal response.)

18         Q      Correct?

19         A      Yes.

20                MR. ZABELL:  Let's take a lunch
21                break now.  It's 2:15.  Why don't we get
22                back together at 2:45.

23                (Whereupon, a luncheon recess was
24                taken from 2:15 p.m. until 3:00 p.m.)

25                MR. ZABELL:  Please read back the

93

1                      W. Garcia

2          last question and answer for me.

3                  (Whereupon, the requested portion

4          of the record was read by the court

5          reporter.)

6          Q     What was your job title?

7          A      In Suffolk Paving, it was roller,

8   roller operator.

9          Q     What did you operate?

10         A     The roller and the paver.

11         Q     The heavy machinery that compacts

12  the paving?

13         A     Yes.

14         Q     For how many years did you operate

15  that machinery?

16         A     Approximately, about five years.

17         Q     Who taught you how to use that

18  machinery?

19         A      I learned alone there using the

20  machinery.

21         Q     Where?

22         A     Suffolk Paving.

23         Q     Do you know who owns Suffolk

24  Paving?

25         A     Yes.

94

1              W. Garcia

2      Q      Who owns Suffolk Paving?

3      A      Louis Vecchia.

4      Q      Are you finished answering?

5      A      Helene Vecchia, Chris Vecchia.

6      Q      How do you know Helene Vecchia

7   owns Suffolk Paving?

8      A      Because when we claimed by hour,

9   and we had to do that, they always said that it

10  was Louie, and if it wasn't Louie, it was

11  Helene.

12     Q      Who said Helene was an owner of

13  the company?

14     A      Nobody said that, but since she

15  was the woman that had to deal with the hours,

16  she was the owner.

17     Q      So you think she was the owner

18  because she had to deal with the hours?

19     A      And the wife of the owner.

20     Q      Is that the only reason why you

21  think she was the owner?

22     A      Yeah, she was a boss.

23     Q      Did anybody else tell you that she

24  was an owner; someone like (pointing)?

25     A      No.  Well, if she is the wife of

95

1                      W. Garcia

2    the owner, then she has to be an owner too.

3          Q       You think so?

4          A       Yes.

5          Q       Did you ever lie to get something

6    that you wanted?

7                  MS. GOLDBERG:  Objection.

8          A       In the case of my license, yes.

9          Q       Anything else?

10         A       No.

11         Q       For example, some of your

12   coworkers testified that they would lie to

13   conquer a woman.  Did you ever do that?

14                 MS. GOLDBERG:  Objection.

15         A       (No verbal response.)

16         Q       That's a yes.  When you laugh like

17   that, that's a yes.  You know that; right?

18         A       Possibly, yes.

19         Q       Did you ever tell a little white

20   lie to get something that you wanted?

21                 MS. GOLDBERG:  Objection.

22         A       Yes.

23         Q       It was okay because you got what

24   you wanted; right?

25                 MS. GOLDBERG:  Objection to form.

96

W. Garcia

2        A      Yes.

3        Q      

4        A

5        Q

6        A

7        Q

8

9        A

10       Q

11       A

12

13       Q

14       A

15       Q

16

17       A      .

18       Q

19       A

20       Q

21

22       A      No, I go to -- the last time, the

23   only time that I've gone, I've gone to

24   Washington.

25       Q      The State of Washington?

97

1                           W. Garcia

2          A       The DC.

3          Q       So you we want to Washington, DC,

4    the District of Columbia?

5          A       Yes.

6          Q       When did you go to Washington, DC?

7          A       About two years ago.

8          Q       For how long did you go?

9          A       One week.

10         Q       Do you remember when?

11         A       I only remember that it was in

12   November.

13         Q       Did you take the kids out of

14   school?

15         A       Yes, about three days.

16         Q       Why did you do that?

17         A       Three days because we needed

18   vacation.

19         Q       Where did you stay when you went

20   to Washington, DC?

21         A       One night, I stayed at

22   Claxton Drive, the address that is on my

23   license, and another two nights, I stayed in a

24   hotel.

25         Q       The Claxton Drive address is in

98

```
 1                    W. Garcia
 2    Maryland, not Washington.
 3         A      It's half-an-hour to forty-five
 4    minutes to Washington, DC.
 5         Q      Right.  But you need to be honest
 6    with me when you answer these questions.
 7                You didn't say you were in
 8    Maryland.  You said you were in Washington.
 9    Somebody could consider that to be a lie.
10                MS. GOLDBERG:  Objection to form.
11                Although, I'm not sure there was a
12                question.
13         A      When I stayed in the address at
14    Claxton, it was when we were going from here to
15    there (indicating), and it's on the way getting
16    to Washington.
17         Q      Don't lie to me.
18         A      I'm not lying.
19         Q      You promise not to lie?
20         A      I promise.
21         Q      Good.
22                Getting back to your egg
23    sandwiches in the morning, you would stop at a
24    deli before arriving at the worksite; correct?
25         A      Yes.
```

99

1                       W. Garcia

2          Q       You'd go with some of your

3    colleagues; right?

4          A       Yes.

5          Q       And they would eat egg sandwiches

6    too?

7          A       Yes.

8          Q       You would take the box trucks to

9    do that; correct?

10                 MS. GOLDBERG:  Objection to form.

11         A       Yes.

12         Q       How long would it take to order

13   the egg sandwiches?

14         A       Ten minutes.

15         Q       How long would it take to eat the

16   sandwiches?

17         A       Another ten minutes.

18         Q       So it would be about twenty

19   minutes; correct?

20         A       Yes.

21         Q       Do you want Suffolk Paving to pay

22   you for those twenty minutes to eat that

23   sandwich; yes or no?

24                 MS. GOLDBERG:  Objection to form.

25         Q       Yes or no?

100

1                    W. Garcia

2        A      Since the moment that they made us

3   arrive there at 6:30, at that time, we began to

4   work.

5        Q      So you want them to pay you for

6   the twenty minutes it took you to eat breakfast;

7   correct?

8              MS. GOLDBERG:  Objection to form.

9        Q      Yes or no?

10       A      I --

11       Q      Not an explanation.

12             Yes or no.

13       A      Yes, I want them to pay me because

14  I drove and I ate.  When we arrived to the job

15  site, we would just arrive to take out the

16  equipment and start to work.

17       Q      Don't you want to get paid from

18  when you started to do work, you want to get

19  paid for your breakfast too; right?

20             MS. GOLDBERG:  Objection to form.

21       A      We didn't have time to eat.

22       Q      You just said you took twenty

23  minutes to eat; right?

24             MS. GOLDBERG:  Objection to form.

25       Q      Yes or no?

101

W. Garcia

2    A    The ones that were coming with me,

3    but if I'm driving, I didn't have time to eat.

4    Q    Why didn't you just drive right to

5    the job site?

6         MS. GOLDBERG:  Objection to form.

7    Q    Go ahead and answer the question.

8    A    Because -- I'm sorry, again,

9    what's the question?

10   Q    Why didn't you eat before you got

11   to work like a normal person?

12        MS. GOLDBERG:  Objection to form.

13   A    Because when we arrived to the

14   job, sometimes Mr. Louie would ask us, where are

15   you?  He was already at the job site, and he

16   wanted us to hurry.

17   Q    So why didn't you just go right to

18   the job site in the morning?

19        MS. GOLDBERG:  Objection to form.

20   A    Because, then, we wouldn't eat.

21   Q    So it was important for you to eat

22   after going to the shop; right?

23        MS. GOLDBERG:  Objection to form.

24   A    (No verbal response.)

25   Q    Yes?

102

W. Garcia

2      A      Yes.  Because when we passed by,

3      there were no delis open at 6:00 in the morning,

4      and if there was a deli on the way, we would

5      stop.

6      Q      Do you know what Cheerios are?

7      A      Yes.

8      Q      Do you know what a banana is?

9      A      Yes.

10     Q      Do you know what a frying pan is?

11     A      Yes.

12     Q      You could have made breakfast at

13     home; right?

14     A      Yes, but --

15     Q      You didn't want to; right?

16     A      No.  It's too early.  Sometimes we

17     had to arrive at 5:00 in the morning at the

18     yard, which means we would have to leave our

19     house at 4:30 in the morning.  I wasn't going to

20     start cooking at 3:00 in the morning.

21     Q      Did you ever make yourself

22     breakfast at home?

23     A      Yes.

24     Q      Now, you want Suffolk Paving to

25     pay you to eat your breakfast; correct?

```
 1                    W. Garcia

 2             MS. GOLDBERG:  Objection to form.

 3        A     Well, if -- because they would

 4   make us get there at 6:30 in the morning, and

 5   then we would have to start working.  It was

 6   break time.  They all ate and we worked.

 7   Sometimes it was -- sometimes we had time to

 8   eat.

 9        Q     Do you know what your collective

10   bargaining agreement says about break time?

11        A     No.

12        Q     Do you know what your collective

13   bargaining agreement says about travel time?

14        A     No.  But I would arrive to work at

15   the time that they would tell me to.

16        Q     The collective bargaining

17   agreement told you what time to arrive at work?

18             MS. GOLDBERG:  Objection to form.

19        Q     You can disregard the statements

20   of the person next to you and answer my

21   question.

22        A     No, I didn't know.

23        Q     You never took the time to learn?

24        A     No.

25        Q     Did you ever meet anybody from
```

104

1                          W. Garcia

2      your union?

3              A       I met them, because they would

4      arrive to the job or I had to go to the hall,

5      but that's it.

6              Q       Would you see them at least once a

7      week?

8              A       No, about once a month.

9              Q       Once a month for all the years

10     that you worked for Suffolk Asphalt?

11             A       It was rare, the times that they

12     would arrive to check on the job.

13             Q       But you said you would see them

14     once a month; right, or were you lying?

15             A       No, approximately, one time, or

16     maybe two times.

17             Q       A month?

18             A       Yes.

19             Q       And you would speak to them;

20     right?

21                     MS. GOLDBERG:  Objection to form.

22             Q       You can answer.

23             A       Only I would greet them.

24             Q       You'd say hello?

25             A       Yes.

105

1                          W. Garcia

2         Q       And they'd say hello back?

3         A       Yes.

4         Q       You had the ability to complain to

5    them; correct?

6         A       Yes.

7         Q       After all, you pay them money, so

8    you could complain to them; right?

9                 MS. GOLDBERG:  Objection to form.

10                Go ahead, you can answer.

11        A       That if I pay them money so that I

12   can complain?

13        Q       Yes.

14        A       Yes, but I didn't know that it was

15   a union.

16        Q       What did you think it was, a drug

17   cartel?

18                MS. GOLDBERG:  Objection.

19        A       Well, when Suffolk -- when Louie

20   told me to go to the union, I never knew it was

21   the union.  Last year when I went and they found

22   out -- they heard about this case, they told us

23   they were our boss -- my boss, not Louie.

24        Q       The union said that the union was

25   your boss?

106

W. Garcia

2      A      That I worked for them and not for

3   the company.

4      Q      Are you suing them?

5      A      The union?  No.

6      Q      Why not; they were your boss?

7      A      Because the one that was paying me

8   with Suffolk Paving, Suffolk Asphalt.

9      Q      But I thought you just said that

10  the union was your boss?

11         MS. GOLDBERG:  Objection.

12     A      I didn't know until they told me

13  last year that I worked for them and not for the

14  company.  Any complaints, you let us know.  You

15  either come or you call.

16     Q      Who in the union said that to you?

17     A      Bill.

18     Q      Bill who?

19     A      I just know his name is Bill, and

20  he works in the hall.

21     Q      And you give Bill money; right?

22     A      I give money to the union that

23  every month -- every month it's paid, $12.

24     Q      You give it to Bill; right?

25     A      No, not Bill.  Chris is always

1                        W. Garcia

2    there or John.  I don't know.

3         Q       And the union takes money out of

4    your paycheck every month; right?

5         A       Yes.

6         Q       The union is paid about $30 an

7    hour for you; right?

8         A       Yes.

9         Q       So when you said you only make $45

10   an hour, that's not true; correct?

11              MS. GOLDBERG:  Objection to form.

12        Q       Correct?

13        A       No, that's what I earn.

14        Q       Well, if that's what you get paid,

15   and the union gets about $30 an hour more,

16   you're earning a lot more than that; right?

17              MS. GOLDBERG:  Objection to form.

18        Q       Correct?

19        A       Yes, but I only worried about what

20   I took home.

21        Q       You don't care about how much the

22   union steals from you; right?

23              MS. GOLDBERG:  Objection to form.

24        A       Well, I don't know if they steal,

25   but if they steal, they should know.

                                                        108
    1                         W. Garcia

    2          Q        They should know what?

    3          A        If they're stealing.

    4          Q        Well, don't you ever look at your

    5    paychecks?

    6          A        Yes.

    7          Q        What does it say you get paid an

    8    hour in pay and in benefits?

    9          A        More than $45.

   10          Q        How much more?

   11          A        I don't know.

   12          Q        You have no idea?

   13          A        What I do know is that the union

   14    stays with some money.  The company pays the

   15    union, but from there, I don't know any more.

   16          Q        You never looked at your paychecks

   17    to see?

   18                   MS. GOLDBERG:  Objection to form.

   19          A        No, I only was made aware of how

   20    many hours were paid and how much I was paid.

   21    That's all I found out about.

   22          Q        So you never actually looked at

   23    your paycheck to see how it was broken down; did

   24    you?

   25                   MS. GOLDBERG:  Objection to form.

109

```
 1                       W. Garcia

 2          A       The truth is no.

 3          Q       Okay, that's important.  I

 4    appreciate the truth.  Thank you.

 5                  You want that coffee now?

 6          A       No, I still have my juice.

 7          Q       Jugo?

 8          A       Yes.

 9          Q       How much money do you want from

10    the defendants in this case?

11          A       Only what they owe me.

12          Q       How much?

13          A       Between ten and twenty hours a

14    week of overtime.

15          Q       How much?

16          A       Between $1,000 to $1,800, I think

17    it is.

18          Q       So that's what you're suing for;

19    between $1,000 and $1,800?

20                  MS. GOLDBERG:  Objection to form.

21          A       Per week.

22          Q       How much did you make a week?

23          A       If I worked forty hours, he would

24    pay me $1,200, but I knew that I worked more

25    than fifty hours; up to seventy hours.
```

110

                          W. Garcia

1

2        Q      But you never complained to the

3    union; did you?

4        A      No, because I thought that they

5    could have been united.

6        Q      And you wanted to get paid for the

7    period of time that you ate lunch; correct?

8              MS. GOLDBERG:  Objection to form.

9        Q      Yes or no?

10       A      No, no, I didn't eat lunch at the

11   time that they said.

12       Q      And you wanted to get paid for the

13   time that you would order and eat your egg

14   sandwiches and sit in the morning; right?

15             MS. GOLDBERG:  Objection to form.

16       Q      You just testified you did.

17       A      (No verbal response.)

18       Q      Right?

19       A      (No verbal response.)

20       Q      Right; yes or no?

21       A      Okay, yes.

22       Q      And you want to get paid for the

23   time that you played soccer; right?

24             MS. GOLDBERG:  Objection to form.

25       Q      Yes or no?

111

1                    W. Garcia

2          A      It wasn't all the time that we

3     played.

4          Q      I know, but sometimes you did

5     play, you wanted to get paid for that; right?

6          A      (No verbal response.)

7          Q      Yes?

8                 MS. GOLDBERG:  Objection to form.

9          Q      Yes?

10         A      It wasn't our fault.

11         Q      It wasn't your fault that you

12    played soccer?

13                MS. GOLDBERG:  Objection to form.

14         A      Waiting for the trucks to arrive.

15         Q      It wasn't your fault that you were

16    playing soccer; right?

17                MS. GOLDBERG:  Objection to form.

18         Q      Is that what your testimony is?

19         A      We played soccer two times --

20    well, two times that we played.

21         Q      What about the times that you

22    played catch, how many times did you play catch?

23         A      When we played soccer, it was like

24    two times.  That's it.  My job is to be rolling,

25    and if it's cold and I leave a line, it's a

112

W. Garcia

1
2    complaint for me.  I needed to be sure that
3    there were no lines, and at that moment when I
4    was working, other guys were waiting for the
5    asphalt.
6            Q       But not you.  You were never
7    waiting; right?
8                    MS. GOLDBERG:  Objection to form.
9            A       It was very, very rarely that I
10   would be with them there, but always -- I didn't
11   even have time to eat, nevertheless play.
12           Q       You look like you had time to eat.
13                   MS. GOLDBERG:  Objection to form.
14           A       Like now, we went to buy a
15   sandwich --
16           Q       Did she buy you a sandwich?
17           A       -- and I ate it on the way here.
18           Q       Did she at least pay for it?
19           A       No.
20           Q       No?
21           A       No, I paid.
22           Q       She didn't even buy you a
23   sandwich?
24           A       No.
25           Q       That's sad; right?

113

```
 1                      W. Garcia

 2              MS. GOLDBERG:  Objection.

 3      A      But she took me in her car.

 4      Q      Nice car?

 5      A      Very nice.

 6      Q      Did you put your seat belt on?

 7      A      Yes.

 8      Q      You better watch out.  She might

 9  want to get paid for that.

10              MS. GOLDBERG:  Objection.

11      A      Okay.

12      Q      Did you buy her lunch?

13      A      No.

14      Q      How did your employment come to an

15  end at Suffolk Paving?

16      A      Same as always.

17      Q      How does it always end?

18      A      Working a lot and getting paid

19  less than what we worked.

20      Q      You've got to listen to the

21  questions; okay?

22      A      Okay.

23      Q      Did you get fired from

24  Suffolk Paving?

25      A      Yes.
```

114

1                          W. Garcia

2          Q      When did you get fired from

3    Suffolk Paving?

4          A      The 19th of December.

5          Q      Of what year?

6          A      2009.

7          Q      How were you fired?

8          A      They never called me.  They always

9    called me to go shovel snow.  In April, I was

10   calling Louie Vecchia, and he would tell me next

11   week, next week.  Four weeks passed, and after

12   that, he wouldn't answer, so then I went to the

13   office, and I asked him if he had work for me,

14   and he said no, that because of what was being

15   done, he didn't need me anywhere.

16         Q      Meaning, because he didn't have

17   the work for you; correct?

18         A      Because of this case.

19         Q      You know how I know you're lying

20   to me right now?

21                MS. GOLDBERG:  Objection.

22         Q      Do you know how I know?

23         A      I'm not lying.

24         Q      You are lying, because you told me

25   you didn't work for Suffolk Paving in 2009;

                              W. Garcia

1

2    right?  Isn't that what you testified to?

3                    MS. GOLDBERG:  Objection.

4         A    I did work for Suffolk Paving

5    in 2009.

6         Q    Not according to your testimony.

7    You worked for Suffolk Asphalt?

8         A    Oh, I'm sorry.

9         Q    Don't be sorry.  Just don't lie to

10   me.

11        A    I knew it was more for

12   Suffolk Paving, because we worked more for

13   Suffolk Paving, but yes, at the end, we worked

14   for Suffolk Asphalt.

15        Q    Who owns Suffolk Asphalt?  Don't

16   guess.  Just tell me if you know.

17        A    Louis Vecchia and Chris.  It says

18   on the cards that he's a president.

19        Q    That's it; right?

20        A    That's what I know.

21        Q    How do you know that?

22        A    Because Louie is always the one

23   that his son -- on the card, it says

24   Christopher Vecchia, President.

25        Q    What telephone number did you call

116

```
 1                      W. Garcia

 2   when you called Louis Vecchia?

 3           A       (631)-232-1191.

 4           Q       From what number did you call that

 5   number?

 6           A       I'm sorry.  From that number, I

 7   would call Louie.

 8           Q       Is this your number, 232-1191?

 9           A       That's the number that I had

10   before, but I moved it.  Now I have a new

11   number.

12           Q       Where are your phone records from

13   that number, or did you destroy them?

14                   MS. GOLDBERG:  Objection to form.

15           A       I imagine I must have one bill in

16   the house.

17           Q       Did you provide it to your

18   attorney?

19           A       No.

20           Q       Did your attorney tell you to

21   preserve those records?

22                   MS. GOLDBERG:  I'm going to

23               instruct him not to answer.  You've asked

24               for attorney/client privilege.

25           Q       Did anybody ever tell you to
```

1                         W. Garcia

2    preserve those documents?

3         A     No.

4         Q     Nobody told you to preserve it?

5         A     No.

6         Q     So you destroyed documents that

7    were necessary for this litigation; correct?

8               MS. GOLDBERG:  Objection to form.

9         Q     You destroyed the documents that

10   were necessary; right?

11              MS. GOLDBERG:  Objection to form.

12        Q     Yes or no?

13        A     I didn't destroy any paper, but my

14   wife always saves papers.

15        Q     So you have all your phone bills?

16        A     Not all.

17        Q     Well, if you don't have all of

18   them, then you destroyed some of them; correct?

19              MS. GOLDBERG:  Objection to form.

20        A     Like anything else, if a lot of

21   time has passed, you rip up the papers or you

22   throw them out.

23        Q     Did you throw them out or did your

24   wife?

25              MS. GOLDBERG:  Objection to form.

118

                              W. Garcia

1

2          A      It's always her who is going

3    through the papers, and if she threw them out,

4    she threw them out.  If not, then there has to

5    be more than one.

6          Q      Maybe we have to get her in here

7    to testify; right?

8          A      Okay, if it's necessary, but what

9    I know is I'm the one that worked at

10   Suffolk Paving/Suffolk Asphalt, so why would she

11   need to come here if she didn't even know the

12   yard?

13         Q      Because if she destroyed your

14   documents, the documents that would prove some

15   of the things that you're saying, it would be

16   relevant for this case.  I'm surprised nobody

17   explained that to you.

18              MS. GOLDBERG:  Objection.  And I

19              see -- let the record reflect that you're

20              pointing the pen at me, and so if you are

21              trying to elicit, again, communication

22              between me and my client, I'm going to

23              instruct him not to disclose anything

24              that's been said between he and I as

25              attorney/client privilege.

119

```
 1                    W. Garcia
 2              MR. ZABELL:  Are you finished?
 3              MS. GOLDBERG:  I am finished.
 4              MR. ZABELL:  Good.  Please remain
 5         silent.
 6         Q      Did anybody ever instruct you that
 7    you have to save documents if you're involved in
 8    a litigation?
 9         A      When I moved from my house --
10         Q      Yes or no?  Just answer the
11    question.
12         A      I didn't know about this case.  I
13    wasn't thinking.
14         Q      You weren't thinking?
15         A      I never thought about saving
16    documents and less to even save a telephone
17    bill.
18         Q      Did you ever use any
19    Suffolk Asphalt or Suffolk Paving equipment for
20    your personal benefit?
21         A      Equipment as in machinery?  No.
22         Q      What about equipment as in
23    materials?
24         A      No.  The only thing that I said to
25    Louie was to lend me the box truck to move from
```

```
 1                        W. Garcia

 2    Huntington to Brentwood.

 3         Q    Did he lend you the box truck?

 4         A    Yes.

 5         Q    That was nice of him; correct?

 6         A    Yes.

 7         Q    This is how you repay him; right?

 8              MS. GOLDBERG:  Objection.

 9         Q    Right?

10         A    (No verbal response.)

11              I'm going to say something --

12         Q    Right?

13              MS. GOLDBERG:  Objection.

14         Q    Just answer the question, nothing

15    else.  Just answer the question.

16         A    One day --

17         Q    Just answer the question.

18         A    One day he made me get there at

19    5:00 in the morning, and we were going to

20    Southampton, and I came back at 9:30 at night,

21    but he paid me.  I said to him, Louie, where is

22    my overtime?  He said to me -- he took out the

23    check, the envelope, and he said to me, look how

24    much money you take to your house.  You make a

25    lot of money.  Go to work.
```

121

1                        W. Garcia

2          Q      Do you know how I know you're

3    lying to me?

4               MS. GOLDBERG:  Objection.

5          Q      Because you said you were in

6    church at that time every night during the week.

7               So you were lying before, or are

8    you lying now?

9               MS. GOLDBERG:  Objection.

10         Q      Were you lying before, or are you

11   lying now?

12              MS. GOLDBERG:  Objection.

13         A      Like I said before, when I have

14   time -- if I have time, again, I go to church.

15         Q      So you were lying before?

16              MS. GOLDBERG:  Objection.

17         Q      Does your wife know that you lie

18   about these things?

19              MS. GOLDBERG:  Objection.

20         A      With regard to?

21         Q      Your testimony.

22         A      If she were here, she would know

23   that if I arrived late, it was because I get out

24   of work late.

25         Q      Did you ever claim unemployment

122

```
 1                        W. Garcia

 2   benefits?

 3         A      No.

 4         Q      Why?

 5         A      Because I can't.

 6         Q      Why can't you?

 7                MS. GOLDBERG:  Objection.

 8                I'm going to instruct him not to

 9         answer that question as, again, I think

10         we are bridging into areas that are

11         covered by the protective order.

12                MR. ZABELL:  Do you have a

13         good-faith reason to believe that?

14                MS. GOLDBERG:  Yes.

15                Mr. ZABELL:  What is your

16         good-faith reason to believe that?

17                MS. GOLDBERG:  I don't need to

18         disclose that to you.

19                MR. ZABELL:  Sure, you do.

20                MS. GOLDBERG:  No, I don't.

21                MR. ZABELL:  Well, you absolutely

22         do.

23                MS. GOLDBERG:  Well again, I

24         think that this is --

25                MR. ZABELL:  You have to
```

1                    W. Garcia

2         understand that I'm not at all interested

3         in what you think, because I have found

4         your thought process to be flawed

5         throughout this entire litigation.

6              You have to have a good-faith

7         reason to believe that the answer to this

8         question is, no, I don't apply for

9         unemployment benefits, because I am a

10        illegal alien.  If you do not have a

11        good-faith reason to believe that, you do

12        not have a basis for making this

13        assertion, and all you're doing is

14        guaranteeing this man is going to have to

15        take off another day from work and come

16        down here to answer my questions.

17             MS. GOLDBERG:  Well, again, I

18        think this is exactly the information

19        that you're trying to get.

20             MR. ZABELL:  What information?

21             MS. GOLDBERG:  The exact

22        information that is covered by the

23        protective order.

24             MR. ZABELL:  His immigration

25        status is the only thing covered by the

124

```
1                        W. Garcia
2           protective order?
3                   MS. GOLDBERG:  Correct.
4                   MR. ZABELL:  I'm not asking him
5           about his immigration status.  I'm asking
6           him about applying for unemployment
7           benefits.
8                   Do you understand that, Counselor?
9                   MS. GOLDBERG:  You asked --
10                  MR. ZABELL:  Yes or no?
11                  MS. GOLDBERG:  You asked him --
12                  MR. ZABELL:  Yes or no, Counselor?
13                  MS. GOLDBERG:  You asked him
14          whether he applied, and he indicated to
15          you, no.  Then, you have followed that up
16          with, why?  What other information could
17          that be seeking?
18                  MR. ZABELL:  The reason why he
19          didn't apply for unemployment benefits,
20          which very well may be other jobs, but
21          you don't know that; I don't know that.
22          He's got to tell us that.
23          Q       Why didn't you apply for
24     unemployment benefits?
25                  MS. GOLDBERG:  Again, I'm going to
```

125

1                        W. Garcia

2            instruct him not to answer.

3       Q        Answer the question.

4       A        Because I can't.

5       Q        Why can't you?

6                MS. GOLDBERG:  Again, I'm going to

7            instruct the witness not to answer.

8       Q        Why can't you?

9                MS. GOLDBERG:  Mr. Zabell --

10      Q        Why can't you?

11               MS. GOLDBERG:  Again, I'm going --

12      Q        Why can't you?

13               MS. GOLDBERG:  I'm going to

14           instruct him not to answer.

15      Q        Why can't you?

16               MS. GOLDBERG:  Again, I'm going to

17           instruct him not to answer.

18      Q        Are you refusing to answer the

19   question?

20               MS. GOLDBERG:  I'm instructing him

21           not to answer.

22      Q        Are you refusing to answer the

23   question?

24               MS. GOLDBERG:  I am instructing

25           him not to answer the question.

126

1                          W. Garcia

2          Q      Are you refusing to answer the

3    question?

4                  MS. GOLDBERG:  I'm instructing him

5            not to answer the question.

6          A      I can't answer that.

7          Q      Why?

8          A      I can't.

9                  MS. GOLDBERG:  Again, I'm

10           instructing him not to answer.

11         Q      Why can't you answer that

12   question?

13                 MS. GOLDBERG:  Again, I'm

14           instructing him not to answer the

15           question.

16         Q      Why can't you answer that

17   question?

18                 MS. GOLDBERG:  Again, I'm going to

19           instruct him not to answer the question.

20         Q      Tell me why you can't answer that

21   question.

22                 MS. GOLDBERG:  Again, I'm

23           instructing him not to answer.

24         Q      You have to tell me why you cannot

25   answer that question.

127

1              W. Garcia

2              MR. ZABELL:  That is not a

3          privileged issue.  That is not something

4          you have a right to object to.

5      Q      Why can't you answer that

6  question?  Do you not have the information?

7              MS. GOLDBERG:  Again, I'm going to

8          instruct him not to answer the question.

9      Q      Are you refusing to answer the

10  question on the grounds that it may incriminate

11  yourself?

12              MS. GOLDBERG:  I'm going to

13          instruct him not to answer the question.

14      Q      Did you violate a law?

15              MS. GOLDBERG:  Objection to form.

16      A      It's just that I can't answer it.

17      Q      Did you violate a law?

18              MS. GOLDBERG:  Objection to form.

19      Q      Go ahead, you can answer.

20              MS. GOLDBERG:  Again, I'm going --

21      Q      Did you violate a law?

22              MS. GOLDBERG:  I'm going to object

23          to this whole line of questioning.

24      Q      Did you violate a law?

25              MS. GOLDBERG:  You know what?

128

```
 1                    W. Garcia
 2        Let's call the Judge.  Let's call the
 3        Judge, again.
 4        Q     Did you violate a law?
 5              MS. GOLDBERG:  Let's call the
 6        Judge now.  Mr. Zabell, I'm --
 7        Q     Did you violate a law?
 8              MS. GOLDBERG:  Mr. Zabell, I'm
 9        instructing my client not to answer this
10        line of questioning.
11        Q     Did you violate a law?
12              MS. GOLDBERG:  Again, let's
13        please call the Judge, again.
14        Q     Did you violate a law?
15              MS. GOLDBERG:  Again, I'm
16        instructing my client not to answer.
17              Let's please call the Judge if you
18        would like a ruling on this.
19        Q     What is your answer, sir?
20              MS. GOLDBERG:  Again, I'm going to
21        instruct him not answer.  Let's call the
22        Judge.
23        Q     What is your answer, sir?
24              MS. GOLDBERG:  I'm instructing him
25        not to answer.
```

129

1                          W. Garcia

2          Q      What is your answer?

3                 MS. GOLDBERG:  I'm instructing him

4            not to answer.

5          A      My answer is what I'm saying.  I

6    can't answer.

7          Q      Are you saying you can't answer,

8    because your lawyer told you not to answer?

9                 MS. GOLDBERG:  I'm instructing him

10            not to answer, so when he is instructed

11            not to answer, that means he shouldn't

12            answer, so asking him why he's not

13            answering is inappropriate.

14         Q      Answer the question.

15                MS. GOLDBERG:  There is no

16            question put before him.

17         A      Yes, because it's something that

18    is personal.

19         Q      So you're not answering because of

20    personal reasons?

21         A      That question, I am not able to

22    answer for personal reasons, but the other ones,

23    yes.

24         Q      What personal reasons?

25         A      What he is telling me now.

130

1                            W. Garcia

2        Q      I'm the only "he" in the room.

3               What are your personal reasons?

4               MS. GOLDBERG:  I'm going to

5        instruct him not to answer.  Again, we're

6        all going back to the same line of

7        arguing here.

8               I would ask that we call the Judge

9        if you want a ruling on this; otherwise,

10       please move on to your next area.

11       A      (No verbal response.)

12              MS. GOLDBERG:  We can sit here, or

13       you can try calling the Judge, again, if

14       you'd like a ruling on this.

15       Q      I'm waiting for your answer.

16              MS. GOLDBERG:  Mr. Zabell, I've

17       instructed him not to answer these

18       questions.

19              Again, this is all going back to

20       the protective order, so call the Judge

21       and get a ruling.

22       Q      What are your personal reasons?

23   Is it because you were told not to answer my

24   questions?

25              A      Because it's a case very, very

131

1                           W. Garcia

2       personal.

3               Q       What is so personal?

4                       MS. GOLDBERG:  Again, I'm

5                instructing him not to answer these

6                questions.  This all goes back to what is

7                covered by the protective order.

8               Q       Did you ever share the personal

9       reason with anybody?

10                      MS. GOLDBERG:  Again, I'm going to

11               instruct him not to answer these

12               questions.

13              Q       Did you ever share this very, very

14      personal reason with anybody?

15                      MS. GOLDBERG:  Again, I'm going to

16               instruct him not to answer the question.

17              Q       Yes or no?

18              A       Yes.

19              Q       With whom did you share it?

20              A       Coworkers.

21              Q       Who were the coworkers?

22              A       Coworkers that are in the same

23      case.

24              Q       What are their names?

25              A       Many, many.

132

1                       W. Garcia

2        Q        What are their names?

3        A        Friends.

4        Q        I want to know their names.  If

5   you shared this information, you have to tell me

6   their names.

7        A        Okay, Pablo.

8        Q        Pablo what?

9        A        Pablo Santos.

10        Q        Who else?

11        A        David.

12        Q        David who?

13        A        David Cotzaji (phonetic),

14   C-O-T-Z-A-J -- I don't know how to spell it.

15        Q        Who else?

16        A        Many that are from -- from --

17        Q        Did you share it with

18   Nelson Quintanilla?

19        A        No.

20        Q        Did you share it with

21   Alejandro Amaya?

22        A        No.

23        Q        Did you share it with Alex Amir

24   Arevalo?

25        A        No.

133

1                          W. Garcia

2           Q      Did you share it with

3    Maynor Fajardo?

4           A      No.

5           Q      Did you share it with

6    Jose Martinez?

7           A      No.

8           Q      Did you share it with

9    Pracelis Mendez?

10          A      No.

11          Q      Did you share it with

12   Osmar Pagoada?

13          A      No.

14          Q      Did you share it with

15   Javier Quintanilla?

16          A      No.

17          Q      Did you share it with

18   Edwin Rivera?

19          A      No.

20          Q      Did you share it with

21   Carlos Escalante?

22          A      None of the names that are there.

23          Q      Did you share it with

24   Kevin Galeano?

25          A      No.

134

                              W. Garcia

1

2          Q       Did you share it with

3    Lerly Noe Rodriguez?

4          A       No.

5          Q       Did you share it with

6    Jose Vega Castillo?

7          A       No.

8          Q       Did you share it with

9    Juan Quinteros?

10         A       No.

11         Q       Did you share it with

12   Marcos Tulio Perez?

13         A       No.

14         Q       Did you share it with

15   Patrick McNamara?

16         A       No.

17         Q       Did you share it with Louis Vecchia?

18         A       No.

19         Q       Did you share it with

20   Helene Vecchia?

21         A       No.

22         Q       Did you share it with

23   Christopher Vecchia?

24         A       No.

25         Q       Who are these people that you

135

1                              W. Garcia

2       shared it with?

3              A       Well, the ones from church.

4              Q       The people that you go to church

5       with are your coworkers?

6              A       Yes.

7              Q       What are their names, because I'd

8       like to speak to them too?

9              A       All of them.  Do you want me to

10      give the names of everyone?

11             Q       Yes.

12             A       Okay.

13             Q       You may do so.

14             A       You want the whole list?  There

15      are several; About 150 to 200.

16             Q       Tell me the list that you shared

17      this information with, this very, very personal

18      information that you make reference to.  Go ahead.

19             A       The first one that knows it is my

20      pastor.

21             Q       And his name is?

22             A       Marco Lopez.

23             Q       And you work with Marco Lopez;

24      right?

25                     MS. GOLDBERG:  Objection to form.

```
 1                        W. Garcia
 2        A      I don't work with Marco Lopez.
 3        Q      You see, before you told me you
 4   told lots of people you work with who are all in
 5   the same position.
 6               Are you now lying to me?
 7               MS. GOLDBERG:  Objection to form.
 8        A      I didn't say that they worked.  I
 9   just said that I had shared.
10        Q      No, you said you shared it with
11   coworkers.
12               MR. ZABELL:  Right?
13               THE INTERPRETER:  Yes.
14               MS. GOLDBERG:  Objection to form.
15        Q      Are you now saying that you didn't
16   say "coworkers"?  That would be a lie.
17        A      I didn't say coworkers.
18        Q      Are you lying to me?  You did say
19   coworkers.
20               This woman takes down every word
21   you say.
22        A      I said some coworkers.
23        Q      No, no, no, no, no.  You said you
24   shared it with your coworkers.
25               MS. GOLDBERG:  Objection to form.
```

137

```
 1                      W. Garcia

 2         Q     I asked you to not lie to me.

 3         A     I remember that I said compañeros,

 4   co-companions.

 5               THE INTERPRETER:  The interpreter

 6         would like to clarify.

 7               In English, companion means

 8         person.  In Spanish, we refer to

 9         coworkers as compañeros.

10               MR. ZABELL:  Yes.  You translated

11         it before.  I know he said coworkers.

12               If he wants to lie now, I can't

13         stop him from lying.  All I can do is

14         hold him responsible for it.

15         Q     You know what that means, being

16   held responsible for lying at a deposition;

17   right?

18               MS. GOLDBERG:  Objection to form.

19         Q     You know what that means; right?

20         A     In Spanish, compañeros -- I didn't

21   say compañeros from work.  I didn't say

22   coworkers.

23         Q     Sure, you did.

24               MS. GOLDBERG:  Objection to form.

25         A     No.
```

138

```
 1                        W. Garcia

 2          Q       Sure, you did.

 3          A       No.

 4          Q       Did you ever talk about this case

 5    with your wife present?

 6          A       It's not necessary to speak

 7    because she knows it.

 8          Q       Did you ever speak about this case

 9    with your girlfriend?

10                  MS. GOLDBERG:  Objection to form.

11          A       She knows it.

12          Q       What's your girlfriend's name?

13          A       My wife, not my girlfriend.

14          Q       You just told me about your

15    girlfriend.  You said that she knows about it.

16          A       Right.

17          Q       Does your wife know about your

18    girlfriend?

19                  MS. GOLDBERG:  Objection.

20          A       She's my only one, my wife and my

21    girlfriend.  I don't...

22          Q       You don't what?

23          A       I never said my girlfriend.  I

24    didn't say my girlfriend, or possibly I made a

25    mistake or I didn't hear well.
```

139

1                          W. Garcia

2          Q        When did you make this mistake?

3                   MS. GOLDBERG:  Objection.

4          A        Well, no -- that you were saying

5      to me that if my wife knows about this case.

6          Q        When did you make this mistake

7      that you're talking about?

8                   MS. GOLDBERG:  Objection.

9                   THE WITNESS:  When he says that he

10                was talking to me about my wife, and I

11                didn't hear that he said my girlfriend.

12                I thought he was talking about my wife

13                and I made a mistake.  I got confused.

14         Q        You got confused a lot today;

15     didn't you?

16                  MS. GOLDBERG:  Objection.

17         A        Two, three times, I think.

18         Q        Those are the two, three times you

19     said a lie?

20                  MS. GOLDBERG:  Objection.

21         A        I've gotten confused.  I haven't

22     lied.

23         Q        So when you've said things that

24     are not true, you don't consider that to be a

25     lie?

140

```
 1                        W. Garcia

 2                MS. GOLDBERG:  Objection to form.

 3        Q        Yes or no?

 4        A        Because from a conversation to the

 5   truth, is a lot of difference.

 6        Q        Were you confused when you lied to

 7   the State of Maryland?

 8                MS. GOLDBERG:  Objection to form:

 9        A        No.

10        Q        No, you knew what you were doing;

11   right?

12        A        Yes.

13        Q        You were lying to get something

14   that you wanted; right?

15                MS. GOLDBERG:  Objection to form.

16        A        Yes.

17        Q        Like you're doing here today;

18   right?

19                MS. GOLDBERG:  Objection to form.

20        Q        Right?

21        A        (No verbal response.)

22        Q        Right?

23        A        (No verbal response.)

24        Q        Right?

25                MS. GOLDBERG:  Objection to form.
```

141

                          W. Garcia

1

2        A        If I'm lying because of my wife or

3    my girlfriend, possibly I got confused, but in

4    making a mistake in the rest of the question, I

5    don't think I've made a mistake.  I think I'm

6    saying the truth.

7        Q        Like you told the truth to the

8    State of Maryland when you got your drivers's

9    license; right?

10               MS. GOLDBERG:  Objection to form.

11       A        No.

12       Q        No?  You lied there, right?

13               MS. GOLDBERG:  Objection to form.

14       A        Yes, I lied for my license.

15       Q        Like you're lying today; right --

16               MS. GOLDBERG:  Objection to

17        form.

18       Q        -- for something else you want;

19    right?

20               MS. GOLDBERG:  Objection form.

21       Q        Correct?

22               MS. GOLDBERG:  Objection.

23       Q        Please just answer yes or no.

24               Do you not have the ability to

25    answer yes or no?

142

```
 1                    W. Garcia
 2            MS. GOLDBERG:  Objection to form.
 3      A      Because I have to say --
 4      Q      Yes or no?
 5      A      I am only saying the truth.
 6      Q      Yes or no?
 7            MS. GOLDBERG:  Objection to form.
 8       I'm not even sure I know what the
 9       question is.
10      A      No, today I'm not lying.
11      Q      You just told me today you lied.
12            MS. GOLDBERG:  Objection to form.
13      Q      First, about your girlfriend, then
14 about your wife, then about your license.  You
15 said you were willing to lie to get what you
16 want.
17            MS. GOLDBERG:  Objection.
18      Q      That's what you testified about
19 today.
20      A      With regard to my license.
21      Q      That's the only thing you lied
22 about, just your license and maybe to conquer a
23 woman; right?
24            MS. GOLDBERG:  Objection to form.
25      A      The one that I conquered, I
```

143

1                          W. Garcia

2        conquered, and I have her at home.

3              Q        Did you lie to her --

4                       MS. GOLDBERG:  Objection to form.

5              Q        -- ever?

6              A        Sometimes I have.

7              Q        Just a little bit; right?

8              A        The truth; yes.

9              Q        Just to get what you wanted;

10       right?

11                      MS. GOLDBERG:  Objection to form.

12             A        But not for infidelity.

13             Q        That, you never have to lie about;

14       right?

15             A        Of that, no.

16                      MS. ZABELL:  I think this would be

17                a good time to take a break.

18                      (Whereupon, a recess was taken at

19                this time from 3:53 p.m. until 4:15 p.m.)

20                      MR. ZABELL:  Madame Interpreter,

21                you wanted to make a statement on the

22                record; correct?

23                      THE INTERPRETER:  Yes, I would.

24                      The interpreter would like to make

25                a clarification, based on the

144

```
 1                      W. Garcia
 2          interpreter's linguistic experience.
 3                  MR. ZABELL:  Yes, go ahead.
 4                  THE INTERPRETER:  "Compañeros," as
 5          used by the Plaintiff, is a person that
 6          is part of a group, such as, work,
 7          school, or team which is linked by a
 8          common goal.  When referred to as an
 9          individual, it is a male partner of an
10          intimate relationship.
11                  Based on the language exchanged,
12          it was clear to the interpreter that it
13          was coworker, and therefore, the
14          interpreter stands by her interpretation.
15                  MR. ZABELL:  Thank you.  I stand
16          by your interpretation, as well.
17          Q      Don't lie; okay?
18          A      I don't lie.  I've been confused,
19     yes, but I don't lie.
20          Q      I know.  Sometimes when people lie
21     and get caught, they say they were confused.
22     The smile on your face indicates you know what
23     I'm saying.
24                  MR. ZABELL:  Let the record
25          reflect that the deponent is smiling.
```

145

<pre>
 1                    W. Garcia
 2           MS. GOLDBERG:  Actually, I would
 3      disagree with that characterization.
 4           MR. ZABELL:  Of course, you would.
 5      Let the record reflect that Ms. Goldberg
 6      is not smiling.
 7      A     My smile is possibly, because I
 8 know that I am telling the truth.
 9      Q     Sure.
10            Tell me about your novia.
11      A     My wife.
12      Q     No, no, not your wife, your
13 girlfriend.
14      A     I don't have a girlfriend.
15      Q     You said before that you did.
16      A     No.
17      Q     Girlfriend only has one meaning to
18 you; correct?
19      A     Yes.
20      Q     So when I asked you about your
21 girlfriend before, it could only have one
22 possible meaning; right?
23            MS. GOLDBERG:  Objection.
24      A     Yes.
25      Q     So your answer is on the record
</pre>

146

1                        W. Garcia

2    and that's your answer; correct?

3         A      But like I was saying, there was a

4    confusion with my wife.  My wife.  Only my wife.

5         Q      You would never confuse your wife

6    with your girlfriend; correct?

7                MS. GOLDBERG:  Objection.

8         A      No, because she is my wife.

9         Q      You would confuse your wife with

10   your girlfriend?

11               MS. GOLDBERG:  Objection.

12        A      No.

13        Q      Okay, that's what I thought.

14        A      No, I don't have a girlfriend.

15        Q      Now, have you ever gone by the

16   name Walter Mendez?

17        A      No.

18        Q      Is Mendez your father's name?

19        A      My mother.

20        Q      Have you ever used your mother's

21   name?

22        A      No.

23        Q      Okay, thank you.

24               Now, was it your testimony that

25   you drove the box truck every day?

147

                              W. Garcia

2        A        Not every day.

3        Q        So other people would drive the

4    box truck; right?

5        A        Yes.

6        Q        Do you know a man by the name of

7    Lerly?

8        A        Yes.

9        Q        He would drive the box truck;

10   right?

11       A        Yes.

12       Q        But not every day; right?

13       A        Not every day.

14       Q        And sometimes you could drive your

15   car to a worksite; right?

16                MS. GOLDBERG:  Objection.

17       Q        Correct?

18       A        Yes, sometimes, but --

19       Q        You finished answering the

20   question, so there is no need to continue

21   talking.

22                The box truck had all the tools

23   and supplies in it; correct?

24       A        (Nodding.)

25       Q        Si?

148

```
 1                      W. Garcia

 2         A      Yes.

 3                MS. GOLDBERG:  I would ask -- I do

 4         believe that the witness --

 5                MR. ZABELL:  You will remain

 6         silent.

 7                MS. GOLDBERG:  The witness has --

 8                MR. ZABELL:  You will remain

 9         silent and you will not coach this

10         witness.

11                MS. GOLDBERG:  The witness has

12         provided additional statements --

13                MR. ZABELL:  You will remain

14         silent.

15                MS. GOLDBERG:  -- that I do not

16         believe were translated, because you

17         interjected and I would just ask that --

18                MR. ZABELL:  Lauren, stop it.

19                MS. GOLDBERG:  If the witness has

20         said something out loud, that too should

21         be translated.

22                MR. ZABELL:  Lauren, stop it.

23                MS. GOLDBERG:  That's all I'm

24         asking --

25                MR. ZABELL:  Lauren, stop it.
```

149

1              W. Garcia

2              MS. GOLDBERG:  -- just so the

3         record is clear as to exactly what was

4         said because --

5              MR. ZABELL:  Stop it, because now,

6         not only are you yelling at me, but

7         you're yelling at the interpreter, and

8         you're acting in a tremendously

9         unprofessional manner.

10             I understand your frustration with

11        this particular witness's testimony.  I

12        would be frustrated, but --

13             MS. GOLDBERG:  I'm not frustrated.

14             MR. ZABELL:  -- you cannot change

15        the facts of this case --

16             MS. GOLDBERG:  I'm not frustrated

17        at his testimony --

18             MR. ZABELL:  You and Ian --

19             MS. GOLDBERG:  I'm frustrated --

20             MR. ZABELL:  -- have chosen to

21        proceed on a case where you have no basis

22        to do so.  You are putting both your

23        profession reputation and your license in

24        jeopardy by continuing, but that is your

25        choice, and I will no longer continue to

150

1              W. Garcia

2        try to talk you out of it.

3              You are bound by the words that

4        come out of this man's mouth.

5              MS. GOLDBERG:  Are you done with

6        your tirade?  I'm just asking that

7        everything he said be translated.  That's

8        all I'm asking, and that's all I've done.

9              MR. ZABELL:  I see no reason to

10       believe it has not.

11             MS. GOLDBERG:  Just stating the

12       facts that it has not.

13             MR. ZABELL:  Would you like a few

14       minutes to go gain some composure?

15             MS. GOLDBERG:  No.  I think you

16       need a few minutes to go gain your

17       composure.

18             MR. ZABELL:  I think you're

19       mistaken.

20             MS. GOLDBERG:  Okay, then just

21       proceed with your deposition.

22             MR. ZABELL:  I don't particularly

23       care for your attitude today.

24             MS. GOLDBERG:  I don't

25       particularly care for your attitude,

151

                              W. Garcia

1

2          either.  You've been mischaracterizing

3          the testimony all day long.

4          Q      Have I been mischaracterizing the

5     testimony, sir?  No; right?

6                MS. GOLDBERG:  You've been

7          mischaracterizing all day long.

8          Q      It's all good; right?

9          A      Yes, sometimes you've changed.

10         Q      But it's all good; right?

11               MS. GOLDBERG:  I don't even know

12         what you're asking him.  I'm not sure

13         what the question is.  Why don't you put

14         a question before him, and this way we

15         can proceed?

16               MR. ZABELL:  Lauren, it really

17         doesn't matter whether or not you

18         understand this proceeding.  If you

19         understood this proceeding, you probably

20         wouldn't be here right now, but you have

21         chosen to continue, so whether or not you

22         understand what is going on in this room

23         around you is of little consequence to

24         those of us that are paying attention and

25         are proceeding with this case.

152

1              W. Garcia

2              Please remain silent.  You may

3         continue to object to the form of the

4         question, whether or not it is

5         objectionable, but other than that, your

6         role is to remain silent.  Please do so.

7         Thank you.

8         Q     Are you angry at me, sir?

9              MS. GOLDBERG:  Objection.

10        A     No.

11        Q     Things are okay?  You're good?  Do

12   you want some coffee?

13        A     No.

14        Q     You're sure?  You like it black

15   with sugar, light and sweet; right?

16        A     Yeah, but I don't want coffee.

17        Q     Now, when you do want coffee, do

18   you like Dunkin' Donuts or 7-Eleven coffee?

19        A     Coffee, coffee.  For me, there is

20   no difference.

21        Q     Right.  But when you were working

22   for Suffolk Asphalt and Suffolk Paving, you

23   would stop to get coffee; right?

24             MS. GOLDBERG:  Objection to form.

25        Q     Right?

153

                              W. Garcia

1

2        A        Yeah, sometimes; yes.

3        Q        You would go to 7-Eleven; right?

4                 MS. GOLDBERG:  Objection.

5        A        Yes.

6        Q        Because your colleagues like

7    7-Eleven coffee; right?

8        A        Yes.

9        Q        Your compañeros; right?

10       A        (No verbal response.)

11       Q        Right.  You see?  You're smiling.

12   You know what I'm talking about.

13                You like 7-Eleven coffee too?

14       A        For me, there is no difference if

15   it's 7-Eleven or Dunkin' Donuts.

16       Q        But 7-Eleven is both tasty and

17   economical; right?

18                MS. GOLDBERG:  Objection.

19       A        Yes.  But truthfully, I don't like

20   coffee.  I drink it once in a while.  Only when

21   it's very cold and if I'm very sleepy.

22       Q        How many days a week did you drive

23   the box truck at Suffolk Asphalt?

24       A        When I didn't drive the box truck,

25   I would drive the utility truck.  Regularly --

154

1                            W. Garcia

2      normally, I always drove.  It was rarely the

3      times that I didn't drive.

4            Q      No?  None of the other workers,

5      compañeros drove the trucks?

6            A      Yes.  Lerly drove the box truck,

7      Edwin, Edwin Rivera, Nelson Quintanilla.  That's

8      it.  Sometimes they drove.

9            Q      When you would drive the box truck

10     to a deli after leaving the office in the

11     morning, the utility truck would join you,

12     right, and you'd all go together?

13                 MS. GOLDBERG:  Objection.

14           A      Yes.

15           Q      Right.  So sometimes there would

16     be about eight of you outside the deli; correct?

17                 MS. GOLDBERG:  Objection to form.

18           A      No.

19           Q      Tell the truth.

20           A      We weren't eight.  It was four or

21     five in the box truck, and it was another two in

22     the other truck, the pickup truck.

23           Q      Seven, maybe ocho?

24                 MS. GOLDBERG:  Objection to form.

25           Q      Maybe?

155

1                    W. Garcia

2        A        Yes.

3        Q        So I was right; right?

4                 MS. GOLDBERG:  Objection.

5        A        Yeah, sometimes.  Sometimes; yes.

6        Q        Okay.  I'm right today; correct?

7                 MS. GOLDBERG:  Objection.

8        A        Yes.  It was rarely the times that

9    it was eight.

10       Q        But sometimes it was; right?

11                MS. GOLDBERG:  Objection to form.

12       A        Yes.

13       Q        Was that so difficult to tell me?

14                MS. GOLDBERG:  Objection.

15       A        I don't remember what you asked

16   me.

17       Q        Of course not.

18                Do you remember when you worked at

19   Intercounty?

20       A        Yes.

21       Q        Who are the bosses at Intercounty?

22       A        Moses and the other was Ricky.

23       Q        They didn't like Suffolk Asphalt;

24   right?

25                MS. GOLDBERG:  Objection.

156

W. Garcia

1

2      A      I don't know if they didn't like

3   them.  Well, they were the foremen.  Now the

4   owners, I never met them.

5      Q      Did they ever say anything

6   negative about Suffolk Asphalt or

7   Suffolk Paving?

8      A      No.  The foremen?

9      Q      Anybody at Intercounty.

10      A      No.

11      Q      What about the workers?

12      A      The workers would ask me where I

13   worked, when, where, but that was it.  No more.

14      Q      And the bosses at Intercounty

15   never gave you any documents about

16   Suffolk Asphalt or Suffolk Paving?

17      A      No.

18      Q      Did you review any of the

19   documents that your attorneys' prepared in this

20   case?

21          MS. GOLDBERG:  Objection.

22      A      No.

23      Q      I didn't think so.

24      A      I only looked -- saw the dates

25   that were signed.  That's it.

157

                                    W. Garcia

1

2        Q        Did you sign it?

3        A        It was the Court stamp.

4        Q        Did you sign the Court stamp?

5        A        No.

6        Q        Did you pay for that Court stamp?

7        A        No.

8        Q        Somebody paid that for you?

9                 MS. GOLDBERG:  Objection.

10       A        I don't know.

11       Q        You have no idea; right?

12       A        No.

13       Q        Did anybody ever tell you that

14   there was an offer to settle this case?

15       A        Yes.

16       Q        When?

17       A        Last week.

18       Q        How much were you told?

19       A        $100,000.

20       Q        Who told you that?

21       A        Ian Wallace.

22       Q        When did he tell you that?

23                MS. GOLDBERG:  I'm going to object

24          about any further questions that were

25          discussed between Ian and this witness.

158

1                    W. Garcia

2              I need you to translate this to

3         him.  All --

4              MR. ZABELL:  Please.

5              MS. GOLDBERG:  All --

6              MR. ZABELL:  Say please like you

7         have a modicum of manners.

8              MS. GOLDBERG:  And you're one to

9         be discussing that to me at the course of

10        this deposition.

11             MR. ZABELL:  Clearly.

12             MS. GOLDBERG:  And the other

13        depositions?

14             MR. ZABELL:  Clearly.

15             MS. GOLDBERG:  Tell him --

16             MR. ZABELL:  Whoa, whoa, wait.

17             Do not interpret anything until

18        she at least says please.  She does not

19        have a right to order you around.  She

20        can act with some semblance of an

21        adult --

22             MS. GOLDBERG:  Well, I would ask

23        that you treat my client with some

24        semblance of modicum.

25             MR. ZABELL:  I always say please

159

```
 1              W. Garcia

 2         and thank you, so say please and thank

 3         you, and I will permit this.

 4              MS. GOLDBERG:  Please so very much

 5         translate this to my client.

 6              MR. ZABELL:  You may proceed.

 7              MS. GOLDBERG:  I'm instructing you

 8         not to answer questions that require you

 9         to discuss communications with Ian,

10         myself, or Patrick.

11              THE WITNESS:  Okay.

12         Q    When did you have a discussion

13    with Ian?

14         A    Discussion?

15         Q    Si.

16              MS. GOLDBERG:  Without discussing --

17         Q    Just tell me when.

18              MS. GOLDBERG:  Without discussing

19         what was said, if you can answer the

20         question, answer the question.

21         Q    When?

22         A    Last week.

23         Q    When?

24         A    On Sunday.

25         Q    Were you alone when you had this
```

1                          W. Garcia

2     discussion with him?

3            A      No.

4            Q      Who was with you?

5            A      It was Nelson Quintanilla, Jose

6     Luis Martinez.

7            Q      Jose and Luis Martinez?

8            A      No, his name is Jose Luis.

9            Q      So it's one person?

10           A      Yes.  And Alex, as well.  I think

11    that was it.

12           Q      Was there anybody present who was

13    not a plaintiff in this lawsuit?

14           A      No.

15           Q      Were you given an opportunity to

16    accept the settlement?

17                  MS. GOLDBERG:  Excuse me.

18                  I'm going to instruct you not to

19           answer this question.  This question now

20           is requesting for attorney/client

21           communication.

22                  MR. ZABELL:  No, it's not.

23                  MS. GOLDBERG:  Yes, it does.

24                  MR. ZABELL:  It calls for a

25           yes-or-no answer.  I'm going to ask you

161

1                         W. Garcia

2            to reconsider your objection and I'm

3            asking nicely.

4                 MS. GOLDBERG:  Why don't you just

5            rephrase the question?

6       Q       Were you given an opportunity to

7    consider whether or not to accept the

8    settlement?

9       A       Yes, they gave me the opportunity.

10      Q       Who did?

11      A       No, no, no.  The attorney told me --

12                MS. GOLDBERG:  Wait.  I know some

13           Spanish, so you are not to disclose

14           anything that the attorney has said.

15                MR. ZABELL:  Unless he commented

16           on my fabulous smile.

17                MS. GOLDBERG:  There's not a

18           question.  Wait for him to ask a

19           question.

20      Q       Is there anything you want to say?

21      A       No.  I didn't understand what you

22    said.

23      Q       What didn't you understand?

24      A       That why you had to laugh or

25    something like that.

1                    W. Garcia

2          MS. GOLDBERG:  I don't think he

3     understood your joke about --

4          MR. ZABELL:  Lauren, nobody is

5     talking to you.

6          MS. GOLDBERG:  Well, you're giving

7     him a very quizzical look.

8          MR. ZABELL:  Nobody is talking to

9     you, Lauren, so pipe down over there.

10    Pipe down.

11         MS. GOLDBERG:  (Inaudible.)

12         THE COURT REPORTER:  I didn't hear

13    you, Counselor Goldberg.

14         MR. ZABELL:  Because she didn't

15    say it loud enough.

16         THE COURT REPORTER:  If you want

17    it on the record, I didn't hear you.

18         MR. ZABELL:  Do you not want what

19    you said on the record?

20         MS. GOLDBERG:  I just said that --

21    nothing.  Just keep going.  There is

22    nothing that I need, at this point, to be

23    on the record.

24    Q     Is there a paving season?

25    A     Yes.

163

                              W. Garcia

1

2      Q      When is that paving season?

3      A      March to December.

4      Q      That's because you can't lay

5   asphalt when it's cold outside; right?

6      A      Yes.

7      Q      Every year you would get laid off

8   from December to March; correct?

9      A      Sometimes that they needed a job,

10  a little job, they would call us, and if the

11  climate was nice, we would go and work.

12     Q      You would have a little job here

13  and there, but nothing consistent; right?

14     A      During those times, yes.

15     Q      So you'd work maybe a day a week,

16  or two days a week; right?

17     A      No.  Sometimes one day a month, or

18  the snow...

19     Q      Now, there are sometimes in the

20  summer where there's not enough work to keep you

21  busy; right?

22            MS. GOLDBERG:  Objection to form.

23     Q      You may disregard the objection

24  and provide an answer.

25     A      That there wasn't enough work?

164

                              W. Garcia

1

2        Q       Correct.

3        A       There was always work.  Since we

4  started in March, there was always work.

5        Q       Are you talking about at

6  Intercounty?

7        A       No.  I'm talking about

8  Suffolk Paving and Suffolk Asphalt.  When I

9  started at Suffolk Asphalt, it was starting in

10  April or the middle of April.

11        Q       So you wouldn't even start in

12  March?

13              MS. GOLDBERG:  Objection to form.

14        A       Maybe one day, not every day.

15        Q       Did your employer have your

16  cellphone number?

17        A       Yes.

18        Q       Would they contact you, or would

19  they contact one person who would contact the

20  whole group?

21        A       They would call me.

22        Q       Did you ever borrow any money from

23  Suffolk Asphalt or Suffolk Paving?

24        A       Yes.

25        Q       How much money?

165

W. Garcia

2      A      $1,000, but Louis didn't want to
3  give it to me.  He told me that he wasn't a bank
4  to be lending money.
5      Q      So did he lend you money, or he
6  didn't lend you money?
7      A      I asked him, but he didn't give it
8  to me.
9      Q      When did you ask him?
10      A      I don't remember.
11      Q      Was it in 2009?
12      A      No.  2006 or 2005, something like
13  that.
14      Q      Did you need to borrow the money
15  for your novia?
16              MS. GOLDBERG:  Objection to form.
17      A      No.  I needed to borrow the money
18  for my wife -- not for my wife.  To pay
19  necessities with my wife.
20      Q      What necessities?
21      A      It wasn't easy to wait since
22  December.  That time it started snowing since
23  November, and I stayed without work until April,
24  and I needed to work.  I needed to pay rent and
25  food, so I went to Louis, and he told me that he

```
 1                         W. Garcia

 2    was not a bank to lend money.

 3         Q       So in 2006, you wanted to borrow

 4    money in December of 2006; right?

 5                 MS. GOLDBERG:  Objection to form.

 6         Q       Or December of 2005 into the

 7    beginning of 2006?

 8         A       In 2005 -- it had to be in 2005,

 9    because I was sure that I had work there.

10         Q       So it was the end of 2005 going

11    into 2006, not the end of 2006 going into 2007;

12    right?

13         A       No, it was 2005.  I'm not sure,

14    but I know that I asked him for money, because I

15    had a need because I had no money, because I

16    didn't have a job, but he never gave me.

17         Q       That period of time that you're

18    claiming that you didn't have a job is a period

19    of time that you're looking for money in your

20    lawsuit.

21                 Do you know that?

22                 MS. GOLDBERG:  Objection to form.

23         Q       Do you know that?

24         A       I'm sorry, can you say that again?

25         Q       Sure.
```

167

1                          W. Garcia

2                 That period of time that you said

3       you weren't working is a period of time that

4       you're suing for money in your lawsuit.

5                 Do you know that?

6                 MS. GOLDBERG:  Objection to form.

7          A      (No verbal response.)

8          Q      Do you know that?

9                 MS. GOLDBERG:  Objection to form.

10         Q      Come on, answer.

11                Do you know that?

12         A      I knew that from December to March

13      was really the time that we didn't work, but

14      from March to April to December, I know that we

15      worked a lot.

16         Q      No, no.  You're suing for the

17      specific period of time that you're claiming

18      that you were out of work.  You're saying that

19      you were working overtime when you weren't

20      working at all.  That seems dishonest.

21                MS. GOLDBERG:  Objection.

22         A      No.

23         Q      Yes.

24         A      Because they should have the

25      record there of how much I worked, every time

1                              W. Garcia

2       that I worked, and every time that I worked, it

3       was more than ten hours.

4           Q      We have the record of when you

5       worked, and it's not what you remember.  And

6       that's why we believe you're lying.

7                   When you tell us that you were out

8       of work during periods of time that you claim in

9       your lawsuit that you worked, it supports our

10      position that you're a liar.

11                  Do you know that?

12          A      What I know is that I'm --

13          Q      Do you know that; yes or no?

14          A      -- saying the truth.

15                  MS. GOLDBERG:  Let the record

16              reflect that Mr. Zabell is yelling at the

17              witness.

18                  Let him answer, then.

19                  Objection to the form, but let him

20              answer.  You're screaming at him at this

21              point.  You can stare me down.

22                  MR. ZABELL:  I'm not staring you

23              down.

24                  MS. GOLDBERG:  You can stare me

25              down as much as you want, Mr. Zabell, but

169

```
 1                    W. Garcia
 2         the fact is that my client is sitting
 3         here to answer questions, and you are
 4         screaming at him.
 5              There's no need to be as -- you
 6         can treat him with some respect as he
 7         sits here and answers your questions.
 8              MR. ZABELL:  Are you finished?
 9              MS. GOLDBERG:  For now.
10              MR. ZABELL:  I disagree with
11         Ms. Goldberg's characterization, and I'm
12         somewhat concerned by the manic behavior
13         in which she is exhibiting those
14         expressions, but I will continue; okay?
15              MS. GOLDBERG:  I object to the
16         word "manic."
17         Q     Are you ready?
18         A     I'm ready.
19         Q     Did you ever look at the complaint
20    that you filed in this case?
21         A     Yes.
22         Q     Did you read it?
23         A     I tried to read it.
24         Q     It's in English; right?
25         A     Yes.
```

1                          W. Garcia

2          Q       And it wasn't interpreted into

3    Spanish, was it?

4          A       Yes, it was interpreted.

5          Q       Good.  Then, you know that there

6    are periods of time that they claim you're

7    entitled to damages that you were working for

8    other employers; right?

9                  MS. GOLDBERG:  Objection to form.

10         Q       Did you know that?

11         A       I'm sorry.  I didn't understand

12    the question.

13         Q       Did Louis Vecchia ever work for

14    Safar Asphalt?

15         A       I don't know.

16         Q       Are they related to

17    Suffolk Asphalt or Suffolk Paving?

18         A       I don't know.

19         Q       Tri-State, is Tri-State related to

20    Suffolk Asphalt or Suffolk Paving?

21         A       I don't know.

22         Q       Banker Construction, are they

23    related to Suffolk Asphalt or Suffolk Paving?

24         A       I don't know.

25         Q       Intercounty, are they related to

171

1                          W. Garcia

2    Suffolk Asphalt or Suffolk Paving?

3          A        I didn't know the owner.  I don't

4    know how much relationship they can have.

5          Q        How about Newborn Asphalt, are

6    they related to Suffolk Asphalt or

7    Suffolk Paving?

8          A        I don't know.

9          Q        So you don't know much; correct?

10                  MS. GOLDBERG:  Objection to form.

11         A        Yes, I don't know.

12         Q        And you don't know what is in your

13   actual complaint; do you?

14                  MS. GOLDBERG:  Objection to form.

15         Q        Correct?

16         A        Yes -- no.

17         Q        I'm showing you Exhibit 5.

18                  Do you see that?

19         A        (Perusing.)

20         Q        Are you finished looking at it?

21         A        Yes.

22         Q        Have you ever seen that before?

23         A        No.

24         Q        Does it look like a bulletin

25   board?

172

                                W. Garcia

1

2          A       Yes.

3          Q       Did you ever see a bulletin board

4     at the shop?

5          A       Yes.

6          Q       Did you ever see any of the

7     posters on Exhibit 5 on that bulletin board?

8          A       It spoke about the drivers, but it

9     never said what it says there, that they were

10    going to pay when we were at work.  I never

11    noticed that paper.

12         Q       How did you find your lawyer?

13         A       They helped us, ones who help

14    workers.

15         Q       How did you find them?

16         A       They contacted them.

17         Q       The lawyers contacted you?

18         A       When we went to ask for help, they

19    contacted the attorneys.

20         Q       Who did you ask for help from?

21         A       To the office.  I didn't go.  We

22    all went to the office of where they help

23    workers.

24         Q       Where is that?

25         A       Hempstead.

173

1                        W. Garcia

2          Q      So you went to some office in

3    Hempstead and they set you up with her?

4          A      Yes.

5          Q      Where was that office in Hempstead

6    located?

7          A      On Franklin Avenue.

8          Q      So you went to the State Division

9    of Human Rights, and they set you up with

10   Lauren Goldberg?

11               MS. GOLDBERG:  Objection to form.

12         A      It wasn't Human Rights.  It was

13   they who dedicate themselves to help workers.

14         Q      What are "they who dedicate

15   themselves to help workers" names; Steve, Mary,

16   Joe?

17         A      No.

18         Q      Bruce?

19         A      No, I don't remember.  It's an

20   office.  I don't know.  They only helped us.  I

21   never knew their names.

22         Q      Then, you found yourself being

23   solicited by attorneys?

24               MS. GOLDBERG:  Objection to form.

25         Q      You may answer.

174

1          W. Garcia

2               MS. GOLDBERG:  I'm actually going

3          to instruct him not to answer that

4          question, because now, again, you're

5          trying to solicit communications between

6          myself, Ian, or Patrick.

7               MR. ZABELL:  Well, we know it's

8          not Patrick's fault.  I suspect it's not

9          Ian's fault.

10         Q     Did you ever get a letter from an

11    attorney before you filed your case?

12         A     No.

13         Q     A telephone call?

14         A     No.

15         Q     Did you ever get a call from this

16    office?

17         A     No.

18         Q     Are you comfortable with the way

19    this case is proceeding?

20         A     Yes.

21         Q     Have you been advised of your

22    right to take the Fifth Amendment and not to

23    provide answers to certain questions that are

24    being asked of you?

25         A     Yes.

1                      W. Garcia

2          Q      And you're aware that your

3    specific testimony here today indicates that you

4    violated the laws of various states?

5                  MS. GOLDBERG:  I'm going to

6              instruct him --

7                  MR. ZABELL:  He may answer.

8                  MS. GOLDBERG:  I'm going to

9              instruct you not to answer that question.

10                 MR. ZABELL:  On what basis?

11                 MS. GOLDBERG:  Again, I think that

12             you are going into the areas that are

13             specifically covered by the protective

14             order.

15         Q      You've admitted to violating the

16   laws of the State of Maryland; have you not?

17         A      Yes.

18         Q      You understand that the answers

19   that you gave here today indicate that you've

20   engaged in criminal activity?

21                 MS. GOLDBERG:  Objection to form.

22         Q      You may answer.

23         A      I don't think that it's anything

24   criminal.

25         Q      You don't think lying to the State

176

1                          W. Garcia

2    to get something that you don't deserve is

3    criminal?

4                   MS. GOLDBERG:  Objection.

5          A      I feel that I do deserve a

6    license.

7          Q      Maybe you do, but not in the State

8    of Maryland; right?

9                   MS. GOLDBERG:  Objection.

10         Q      Right?

11         A      (No verbal response.)

12         Q      Right?

13         A      That --

14         Q      Not por que.

15         A      Why not if it's an identification?

16         Q      Because you don't live there, so

17   you lied, and you said you lived there in order

18   to get it.

19                  MS. GOLDBERG:  Objection to form.

20         A      But it's my ID.

21         Q      But you lied to the Government to

22   get it.

23                  Is that the only time you've lied

24   to the Government to get something that you

25   didn't deserve?

177

                          W. Garcia

1
2                 MS. GOLDBERG:  Objection to form.
3        A       I feel that I do deserve it and I
4    needed it.  That's why it was necessary.
5        Q       So you lied to get something that
6    you wanted; correct?
7                 MS. GOLDBERG:  Objection to form.
8        A       Yes.
9        Q       And you're completely comfortable
10   doing that; correct?
11                MS. GOLDBERG:  Objection to form.
12       Q       Right?
13       A       I needed -- because it's better
14   for me to have an ID like this than not to have
15   an ID.
16       Q       Right.  So you were comfortable
17   lying because it was better for you; correct?
18                MS. GOLDBERG:  Objection to form.
19       A       I'm sorry, again?
20       Q       You were comfortable lying because
21   it was better for you; correct?
22                MS. GOLDBERG:  Objection to form.
23       A       Because it's of use to me.
24       Q       Right.  You were comfortable lying
25   because it got you something of use to you;

178

1                       W. Garcia

2       correct?

3                   MS. GOLDBERG:  Objection to form.

4           Q       Correct?

5           A       Yes.

6           Q       And money would be of use to you

7       too; correct?

8                   MS. GOLDBERG:  Objection to form.

9           Q       Right?

10          A       Yes.  But it's not easy -- yes,

11      but it's not easy to work after 4:00 until 8:00

12      and 9:00 at night for many years.  We get tired.

13          Q       Except you didn't work until 9:00

14      at night.  You were off in church at 7:30, so

15      stop lying again to get what you want.

16                  MS. GOLDBERG:  Objection to form.

17          Q       You've indicated that you're

18      completely comfortable lying to get what you

19      want; correct?

20                  MS. GOLDBERG:  Objection to form.

21          A       Sometimes we would get out at 9:00

22      at night.  Other times at 6:00, 5:00.

23          Q       And sometimes you would lie to get

24      something that you wanted; correct?

25                  MS. GOLDBERG:  Objection to form.

South Shore Court Reporting
(631)-235-6218

179

```
 1                      W. Garcia
 2          Q       Sometimes you would lie to get
 3  something that you wanted; correct?
 4                  MS. GOLDBERG:  If you're asking
 5              the question, at least allow him to
 6              answer, Mr. Zabell.
 7          Q       Correct?
 8                  MS. GOLDBERG:  Objection to form.
 9          Q       Correct?
10          A       (No verbal response.)
11          Q       Correct?
12          A       (No verbal response.)
13          Q       Sometimes you would lie to get
14  what you want; right?
15                  MS. GOLDBERG:  Again, allow him a
16              minute to answer the question.
17          Q       Answer the question.
18          A       (No verbal response.)
19          Q       Answer the question.
20          A       What was the question?
21          Q       Answer the question.
22                  MS. GOLDBERG:  Mr. Zabell, please
23              stop screaming at my client.
24          Q       Answer the question.
25                  MS. GOLDBERG:  If you stop
```

180

```
 1                        W. Garcia

 2          screaming at my client --

 3     Q      Answer the question.

 4          MS. GOLDBERG:  Stop screaming at

 5      my client.

 6     Q      Answer the question.

 7          MS. GOLDBERG:  Stop screaming at

 8      my client.

 9     Q      Go ahead, answer the question.

10          MS. GOLDBERG:  If you stop

11      screaming at my client, and like you said

12      earlier --

13     Q      Answer the question.

14          MS. GOLDBERG:  Stop screaming,

15      Mr. Zabell.

16     Q      Answer the question.

17          MS. GOLDBERG:  Stop screaming.

18     A      After screaming so much, can you

19  repeat it?  I forgot.

20     Q      You're comfortable lying to get

21  what you want; correct?

22          MS. GOLDBERG:  Objection to form.

23     A      With regard to my license, yes.

24     Q      So you're comfortable lying to the

25  State to get something that you want; correct?
```

181

1                           W. Garcia

2                 MS. GOLDBERG:  Objection to form.

3        A       My license, yes.

4        Q       Something you don't deserve;

5    right?

6                 MS. GOLDBERG:  Objection to form.

7        Q       Correct?

8        A       I feel that I do deserve it.

9        Q       But you're not a resident of that

10   state, and you lied and said that you were, in

11   order to get that document; correct?

12                MS. GOLDBERG:  Objection to form.

13       A       Yes.

14       Q       And you're completely comfortable

15   with that?

16                MS. GOLDBERG:  Objection to form.

17       A       Because I need an ID.

18       Q       It wasn't necessary for you to get

19   it.

20                MS. GOLDBERG:  Objection to form.

21       Q       It was necessary for you to get it

22   and pretend that you had a real driver's

23   license; right?

24                MS. GOLDBERG:  Objection to form.

25       Q       It's not necessary for you to

182

```
 1                    W. Garcia

 2    drive.

 3              MS. GOLDBERG:  Mr. Zabell, again,

 4         please use a normal tone and stop

 5         screaming.

 6         A    It was necessary for me the way in

 7    which I can obtain a job and have a job.

 8         Q    You can walk, can't you?

 9         A    I can't walk from Exit 56 to

10    Exit 64.

11         Q    How about you ride a bicycle?  How

12    about you take a bus?

13              MS. GOLDBERG:  Objection.

14         Q    How about you get a ride with

15    somebody else --

16              MS. GOLDBERG:  Objection.

17         Q    -- who didn't lie to get a

18    license?

19              MS. GOLDBERG:  Objection.

20         Q    How about that?

21              MS. GOLDBERG:  Objection.

22         Q    That would have been inconvenient;

23    right?

24              MS. GOLDBERG:  Objection.

25         A    For me, this license has been of
```

1                            W. Garcia

2    great use for me.

3         Q       And you're comfortable lying

4    because something is of great use to you; right?

5                   MS. GOLDBERG:  Objection to form.

6         Q       And you will continue to lie;

7    right?

8                   MS. GOLDBERG:  Objection to form.

9         A       I -- what I know is of the case

10   with regard to my job, that is what is of

11   justice.

12        Q       And you're completely comfortable

13   lying, so long as you get what you want; right?

14                  MS. GOLDBERG:  Objection.

15        A       But in the case with this, with

16   hours, I am not lying.

17        Q       Of course not.

18                  That, you didn't lie on, but this

19   you do lie on; right?

20                  MS. GOLDBERG:  Objection to form.

21        A       Yes.

22        Q       How dare I ask you if you lied

23   about it; right?

24                  MS. GOLDBERG:  Objection to form.

25        Q       Right?

184

1                        W. Garcia

2                    MS. GOLDBERG:  I don't know what

3              he's asking, but you can answer.

4         A      Yes.

5         Q      I have some nerve asking you about

6    lying to the State of Maryland; right?

7                    MS. GOLDBERG:  Objection to form.

8         A      I am sorry.  Can you say it again?

9         Q      I have some nerve asking you why

10   you lied to the State of Maryland; right?

11                   MS. GOLDBERG:  Objection to form.

12        A      No, I don't think so.

13        Q      Right.

14                   MS. GOLDBERG:  For the record --

15        Q      Just because you lied to the State

16   of Maryland, doesn't mean you lied anywhere

17   else; right?

18                   MS. GOLDBERG:  Stop screaming at

19              the plaintiff.

20        A      You can call me a liar anywhere,

21   but my job is my job.  The hours that I worked

22   are there.

23        Q      But you already admitted to lying

24   to the State of Maryland; right?

25                   MS. GOLDBERG:  Objection.

185

1                        W. Garcia

2          A       I've been saying like three times,

3    yes.

4          Q       You admitted to lying to your wife

5    too; right?

6                  MS. GOLDBERG:  Objection.

7          Q       Right?

8          A       (No verbal response.)

9          Q       Just on little things; right?

10         A       I said that.

11         Q       And you're going to lie elsewhere

12   to get what you want; right?

13                 MS. GOLDBERG:  He's still talking,

14            and you're screaming above him,

15            Mr. Zabell.  He's still talking, and

16            you're screaming above him, not letting

17            the record reflect what the witness is

18            saying.

19                 MR. ZABELL:  Lauren, please remain

20            silent.

21                 MS. GOLDBERG:  Mr. Zabell, please

22            conduct this --

23                 MR. ZABELL:  You are completely

24            mischaracterizing exactly what is

25            happening, and you're acting in a

186

1          W. Garcia

2    completely manic way.  I strongly suggest

3    that you do whatever it is that you need

4    to do to have your co-counsel attend the

5    next depositions, because you clearly do

6    not appear to be well.

7          MS. GOLDBERG:  This needs to be

8    conducted with a modicum of civility, and

9    if you continue to conduct it in this

10   way, we will seek for a referee to be

11   sitting in on these depositions.

12         MR. ZABELL:  You are free to seek

13   a referee, but I'm telling you now,

14   Ms. Goldberg, the way you are

15   mischaracterizing what is happening and

16   the way you are acting, it is indicative

17   of someone who is not prepared to

18   continue with this deposition or any

19   deposition.  Your behavior --

20         MS. GOLDBERG:  Mr. Zabell, I

21   strongly take objection --

22         MR. ZABELL:  You should --

23         MS. GOLDBERG:  -- especially since

24   you're screaming for the last

25   half-an-hour at the witness.

187

1                        W. Garcia

2                MR. ZABELL:  I have not been

3           screaming, Lauren.

4                MS. GOLDBERG:  It has been

5           completely and utterly inappropriate.

6                MR. ZABELL:  Lauren, I have no

7           interest in this colloquy.  Just remain

8           silent.

9                MS. GOLDBERG:  Continue with your

10          deposition and hopefully in a decent tone

11          for the witness.

12               MR. ZABELL:  Again, I agree with

13          your mischaracterization.

14               MS. GOLDBERG:  I knew you would.

15     Q     So you've already admitted to

16     lying to get what you want; correct?

17          A     My license, yes.

18          Q     And you admitted to lying to your

19     wife too?

20               MS. GOLDBERG:  Objection to form.

21          Q     Correct?

22          A     I never said lying to my wife.

23          Q     Sure you did.  The record says it.

24               MS. GOLDBERG:  Objection to form.

25          Q     Did you ever lie to your attorney?

```
1                        W. Garcia

2        A      No.

3        Q      Did you ever lie to me?

4               THE WITNESS:  I've gotten confused

5          with him, yes.

6        Q      And with the "him" you mean me,

7    right, so rather then admitting you lied, you're

8    just saying you got confused as a way to cover

9    it up; right?

10              MS. GOLDBERG:  Objection.

11          Objection to form.

12       A      If you're talking about your wife

13   and my girlfriend, you said to me does your wife

14   know about this case?  And then he said to me --

15   and I said that it wasn't necessary to tell her

16   because she already knew.  I was speaking about

17   my wife.

18       Q      I'm not asking you about your wife

19   or your girlfriend anymore.  You've already

20   answered those questions.

21       A      Because you're saying -- you're

22   saying that I am lying.

23       Q      I know that you're lying.  It's

24   okay.  As soon as you admit it, the better you

25   will feel about it.
```

189

1                      W. Garcia

2              MS. GOLDBERG:  Objection to form.

3         A      What do you want me to admit?

4         Q      I want you to admit how

5    comfortable you are lying to get what you want.

6    That's what I'd like you to admit to, and once

7    you admit that, I'll get you go.

8              MS. GOLDBERG:  Objection to from.

9              Is that a threat that you're

10             making to him, Mr. Zabell?  What kind of

11             question is that to him; that you'll let

12             him go once he admits that?

13        Q      Answer the question.

14             MS. GOLDBERG:  I take strong

15             objection to that form.

16        A      (No verbal response.)

17        Q      Answer the question.

18        A      In my job, I never felt

19    comfortable working after 4:30 in the afternoon,

20    and that's why I'm here.  The lie persists,

21    continues until the truth arrives, and that's

22    why I want everything to be cleared.

23        Q      So you're lying?

24             MS. GOLDBERG:  Objection.

25        Q      That's what you just said.

190

```
 1                    W. Garcia

 2        A      In the case of my hours.

 3        Q      Didn't you just say that your lie

 4   persists?  Didn't those words come out of your

 5   mouth?

 6               MS. GOLDBERG:  Objection.

 7        A      I am talking about -- I'm talking

 8   about the hours from my job.

 9        Q      Wait, wait.  You just said "the

10   lie persists;" correct?

11               MS. GOLDBERG:  Objection.

12        A      Of all of my jobs -- of all of my

13   jobs, that is what I'm talking about.

14        Q      Listen to what I'm saying.  You

15   just said "the lie persists;" correct?

16               MS. GOLDBERG:  Objection to form.

17               I'm not even sure what the

18            question is.

19        A      Yes, until the truth arrives.

20        Q      Right.  So you did say "the lie

21   persists;" correct?

22               Just answer the question.

23               MS. GOLDBERG:  Objection to form.

24        A      I am here to tell the truth.

25               MR. ZABELL:  I'm taking a break.
```

191

1                        W. Garcia

2        Your lying disgusts me.

3              MS. GOLDBERG:  For the record --

4              MR. ZABELL:  I don't care about

5        your record.

6              MS. GOLDBERG:  I want all

7        questions and all answers regarding the

8        Maryland license to be deemed

9        confidential.

10             MR. ZABELL:  I do not consent to

11       her unilateral request that it be deemed

12       confidential.

13             You know what you need to do to

14       test your position that it will be

15       confidential, and I'm letting you know

16       now, it's already reported.

17             MS. GOLDBERG:  Why don't you go

18       back and review the agreement where this

19       is exactly what it says?

20             MR. ZABELL:  It's already been

21       reported.

22             (Whereupon, a recess was taken at

23       this time from 5:33 p.m. until 5:44 p.m.)

24       Q     Mr. Garcia?

25       A     Yes, sir.

```
 1                            W. Garcia
 2          Q      Why do you have such difficulty
 3    answering the questions that I ask you?
 4                 MS. GOLDBERG:  Objection to form.
 5          A      Why what?
 6          Q      Why do you have such difficulty
 7    answering the questions I ask you?
 8                 MS. GOLDBERG:  Objection.
 9          A      Because I feel that what you need
10    to ask me is for my job, for my hours.  That's
11    why I'm here.
12          Q      I'm the lawyer.  You understand
13    that; right?
14          A      Yes, and this is your job.
15          Q      And you're the plaintiff?
16          A      Yes.
17          Q      Your job is to answer my
18    questions.
19                 Do you understand that?
20          A      Yes.
21          Q      So I ask you:  Is it day or night
22    right now?
23                 MS. GOLDBERG:  Objection.
24          A      Day.
25          Q      If I ask you:  Are we in a room,
```

193

1                        W. Garcia

2    what is your answer?

3          A       That, yes.

4          Q       Yes, what?

5          A       We are inside.

6          Q       If I ask you:  Am I bald, what is

7    your answer?

8                  MS. GOLDBERG:  Objection.

9          A       That, yes.

10         Q       If I ask you:  Is your attorney

11   angry; what is your answer?

12                 MS. GOLDBERG:  Objection.

13         A       Bothered.

14         Q       So she's bothered?

15                 MS. GOLDBERG:  Objection.

16         A       Yes.

17         Q       Okay.  I want you to try very hard

18   just to answer the questions that I ask you.

19   That will help us wrap this deposition up and

20   get you home to your family or whoever else you

21   want to spend time with; okay?

22         A       I need to go to church.

23         Q       Are you cable of answering my

24   questions?

25         A       Yes.

194

1                          W. Garcia

2          Q      Do you feel you need to go to

3     church because you've lied today?

4                 MS. GOLDBERG:  Objection.

5          A      I go to the church so that my sins

6     can be forgiven.  That is the only place where I

7     can find that.

8          Q      And you need to go to church

9     today; right?

10                MS. GOLDBERG:  Objection.

11         A      Today and tomorrow.

12         Q      Because you have a lot sins.

13         A      Like any other person.

14         Q      But today you have a lot more;

15    right?

16         A      Like every day, if God permits me

17    to go to church, I know what I'm going for.

18         Q      Do you have a lot of sins to

19    confess for?

20                MS. GOLDBERG:  Objection.

21         A      Like any other person.

22         Q      Is that a yes?

23                MS. GOLDBERG:  Objection.

24         A      Yes.

25                MR. ZABELL:  I have nothing

195

```
 1                         W. Garcia

 2            further.

 3                    Maybe next time we will meet under

 4            better circumstances.

 5                    I ask that when you leave, you

 6            leave quickly, and you escort your

 7            attorney out of here.  Thank you.

 8                    THE WITNESS:  We all need to go to

 9            church to forgive our sins.

10                    MS. GOLDBERG:  Mr. Garcia, we're

11            done.

12                    (Time Noted:  5:50 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

196

1

2                    A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK      )

5                          : ss

6    COUNTY OF              )

7

8         I, WALTER GARCIA, hereby certify that I

9    have read the transcript of my testimony taken

10   under oath in my deposition of September 21, 2011;

11   that the transcript is a true, complete and

12   correct record of my testimony; and that the

13   answers on the record as given by me are true

14   and correct.

15

16   _____

17             WALTER GARCIA

18

19

20

21   Signed and subscribed to before me
     this ____ day of _____, 2011.
22

23   _____
     Notary Public, State of New York
24

25

197

1

2                    INDEX TO TESTIMONY

3    WITNESS                EXAMINATION BY          PAGE

4    Walter Garcia          Mr. Zabell               4

5

6                         EXHIBITS

7    DEFENDANTS'    DESCRIPTION                      PAGE

8    11             Document consisting of a
                    copy of Mr. Garcia's
9                   driver's license                 38

10

11                         RULINGS

12

13   REQUESTING ATTORNEY                            PAGE

14   Mr. Zabell                                      14

15

16

17

18

19

20

21

22

23

24

25

198

1

2                    C E R T I F I C A T E

3        I, KAREN M. LaMENDOLA, a Notary Public in

4    and for the State of New York, do hereby certify:

5        THAT the witness whose testimony is

6    hereinbefore set forth, was duly sworn by me;

7    and

8        THAT the within transcript is a true

9    record of the testimony given by said witness.

10       I further certify that I am not related,

11   either by blood or marriage, to any of the

12   parties in this action; and

13       THAT I am in no way interested in the

14   outcome of this matter.

15       IN WITNESS WHEREOF, I have hereunto set

16   my hand this 20th day of October, 2011.

17

18

19       _____

         KAREN M. LaMENDOLA
20

21

22

23

24

25

199

1

2                        ERRATA SHEET

3        I wish to make the following changes for

4   the following reasons:

5   PAGE LINE

6   ____ ___  CHANGE:_____

7             REASON:_____

8   ____ ___  CHANGE:_____

9             REASON:_____

10  ____ ___  CHANGE:_____

11            REASON:_____

12  ____ ___  CHANGE:_____

13            REASON:_____

14  ____ ___  CHANGE:_____

15            REASON:_____

16  ____ ___  CHANGE:_____

17            REASON:_____

18  ____ ___  CHANGE:_____

19            REASON:_____

20  ____ ___  CHANGE:_____

21            REASON:_____

22  ____ ___  CHANGE:_____

23            REASON:_____

24  ____ ___  CHANGE:_____

25            REASON:_____

1

**$**

**$1,000** [3] - 109:16, 109:19, 165:2
**$1,200** [1] - 109:24
**$1,800** [2] - 109:16, 109:19
**$100,000** [1] - 157:19
**$12** [1] - 106:23
**$20** [2] - 35:5, 35:6
**$200** [1] - 35:19, 35:21
**$23** [1] - 61:11
**$23.75** [3] - 61:5, 61:17, 62:8
**$30** [2] - 107:6, 107:15
**$40.99** [6] - 61:6, 61:15, 61:16, 62:3, 62:9, 63:8
**$42** [1] - 63:11
**$44** [4] - 63:11, 64:9, 64:16
**$45** [4] - 64:9, 64:16, 107:9, 108:9
**$47** [3] - 18:25, 19:6, 19:10
**$75** [1] - 61:11

**'**

**'97** [2] - 23:24, 96:14

**0**

**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** [1] - 55:17
**09-CV-5331** [1] - 1:9

**1**

**1-5** [1] - 1:11
**100** [1] - 47:19
**10017** [2] - 2:5, 2:14
**10:00** [1] - 67:21, 69:15
**10:30** [3] - 68:5, 68:10, 69:15
**10th** [1] - 36:19
**11** [5] - 6:24, 38:20, 52:12, 52:16, 197:8
**11704** [1] - 2:10
**11716** [1] - 2:19
**11722** [1] - 4:18
**11:00** [1] - 69:15
**11:35** [1] - 1:14
**11:45** [1] - 12:7

**12812** [2] - 40:25, 49:7
**12:01** [1] - 12:8
**12:45** [2] - 14:24, 16:12
**138** [3] - 19:23, 19:24, 20:3
**14** [1] - 197:14
**150** [1] - 135:15
**175** [1] - 52:14
**1977** [1] - 6:24
**1997** [4] - 23:25, 24:18, 25:3, 96:16
**1998** [4] - 24:6, 24:8, 24:18, 25:3
**1999** [7] - 24:10, 24:12, 24:18, 25:3, 40:12, 40:20, 41:4
**19th** [1] - 114:4
**1:20** [1] - 59:8
**1:25** [1] - 59:8

**2**

**200** [1] - 135:15
**2000** [3] - 25:6, 40:12, 79:19
**2001** [2] - 25:8, 30:3
**2002** [3] - 25:10, 29:20, 29:24
**2003** [2] - 25:12, 25:13, 25:21, 25:22, 29:3, 29:4, 29:6
**2005** [18] - 25:23, 25:25, 27:20, 28:2, 28:11, 28:17, 28:23, 29:4, 29:7, 29:12, 59:19, 60:10, 165:12, 166:6, 166:8, 166:10, 166:13
**2006** [11] - 27:11, 27:18, 61:4, 61:7, 62:8, 165:12, 166:3, 166:4, 166:7, 166:11
**2007** [10] - 26:3, 27:9, 40:22, 41:6, 41:12, 43:13, 46:12, 62:19, 72:25, 166:11
**2008** [3] - 26:5, 26:20, 26:24, 27:2, 27:10, 63:3, 63:7, 76:23, 77:3, 77:10, 77:11, 77:15
**2009** [19] - 26:7, 26:14, 26:18, 31:11, 63:23, 64:2, 64:10, 64:20, 65:18, 70:11, 70:16, 71:6, 71:8, 75:14, 77:11, 114:6,

**12:25**, 115:5, 165:11
**2010** [1] - 26:9
**2011** [4] - 1:14, 196:10, 196:21, 198:16
**20th** [1] - 198:16
**21** [1] - 196:10
**23** [1] - 1:14
**232-1191** [1] - 116:8
**236** [3] - 4:17, 36:10, 37:18
**25** [1] - 41:12
**2:00** [1] - 55:7
**2:15** [3] - 55:7, 92:21, 92:24
**2:45** [1] - 92:22

**3**

**31** [1] - 1:20
**38** [1] - 197:9
**3:00** [2] - 92:24, 102:20
**3:53** [1] - 143:19

**4**

**4** [1] - 197:4
**4875** [2] - 1:15, 2:18
**4:00** [2] - 67:21, 178:11
**4:15** [1] - 143:19
**4:30** [2] - 102:19, 189:19

**5**

**5** [2] - 171:17, 172:7
**501** [2] - 2:5, 2:14
**56** [1] - 182:9
**589-7242** [2] - 57:18, 58:3
**5:00** [6] - 67:21, 77:22, 102:17, 120:19, 178:22
**5:33** [1] - 191:23
**5:44** [1] - 191:23
**5:50** [1] - 195:12

**6**

**631** [2] - 57:18, 58:3
**631)-232-1191** [1] - 116:3
**64** [1] - 182:10
**6:00** [3] - 77:23, 102:3, 178:22

**6:30** [3] - 77:21, 100:3, 103:4

**7**

**7-Eleven** [6] - 152:18, 153:3, 153:7, 153:13, 153:15, 153:16
**7:00** [8] - 68:5, 68:6, 68:10, 69:7, 69:8, 77:21, 77:23
**7:30** [3] - 69:7, 69:8, 178:14

**8**

**868** [1] - 2:9
**8:00** [1] - 178:11

**9**

**9:00** [3] - 178:12, 178:13, 178:21
**9:30** [1] - 120:20

**A**

**A-M-I-L-C-A-R** [1] - 7:7
**a.m** [2] - 1:14, 12:7
**ability** [7] - 4:6, 50:21, 62:4, 62:10, 62:15, 105:4, 141:24
**able** [3] - 22:14, 46:20, 129:21
**above-mentioned** [1] - 1:22
**absolutely** [2] - 75:14, 122:21
**accept** [2] - 160:16, 161:7
**access** [1] - 72:16
**according** [1] - 115:6
**accordingly** [1] - 9:19
**acknowledging** [1] - 13:24
**act** [1] - 158:20
**acting** [3] - 149:8, 185:25, 186:16
**action** [1] - 198:12
**activity** [1] - 175:20
**actual** [2] - 92:10, 171:13
**additional** [1] - 148:12

**address** [11] - 4:16, 14:23, 14:24, 16:4, 49:13, 49:24, 50:3, 50:6, 97:22, 97:25, 98:13
**administer** [1] - 3:16
**admit** [5] - 188:24, 189:3, 189:4, 189:6, 189:7
**admits** [1] - 189:12
**admitted** [5] - 175:15, 184:23, 185:4, 187:15, 187:18
**admitting** [1] - 188:7
**adriana** [1] - 2:24
**adult** [1] - 158:21
**advised** [2] - 57:15, 174:21
**afraid** [1] - 11:13
**afternoon** [2] - 56:23, 189:19
**ago** [5] - 6:16, 6:21, 15:11, 45:12, 97:7
**agree** [1] - 187:12
**AGREED** [3] - 3:4, 3:9, 3:13
**agreement** [9] - 45:22, 46:2, 84:7, 84:11, 85:18, 103:10, 103:13, 103:17, 191:18
**ahead** [40] - 33:3, 61:24, 63:20, 64:13, 64:22, 65:10, 65:15, 66:5, 68:13, 69:11, 69:19, 71:4, 71:21, 71:22, 72:5, 72:21, 73:7, 73:12, 73:19, 74:12, 75:18, 76:2, 76:20, 79:24, 81:15, 81:24, 82:8, 83:7, 83:13, 83:19, 83:24, 85:22, 86:6, 90:5, 101:7, 105:10, 127:19, 135:18, 144:3, 180:9
**alcohol** [1] - 5:19
**Alejandro** [1] - 132:21
**ALEJANDRO** [1] - 1:3
**Alex** [2] - 132:23, 160:10
**ALEX** [1] - 1:3
**alien** [1] - 123:10
**allow** [2] - 179:5, 179:15
**alone** [2] - 93:19, 159:25
**ALSO** [1] - 2:23

**Altima** [2] - 38:4, 38:6
**AMAYA** [1] - 1:3
**Amaya** [1] - 132:21
**Amendment** [4] - 10:3, 11:17, 13:14, 174:22
**American** [1] - 78:19
**Amilcar** [4] - 7:4, 7:5, 39:7, 39:14
**AMIR** [1] - 1:3
**Amir** [1] - 132:23
**amount** [1] - 75:2
**AND** [3] - 3:4, 3:9, 3:13
**angry** [2] - 152:8, 193:11
**answer** [184] - 5:13, 9:9, 9:17, 9:20, 12:12, 12:15, 12:22, 13:19, 14:5, 14:19, 15:8, 15:16, 16:11, 20:20, 20:21, 20:23, 20:25, 21:4, 21:13, 32:17, 32:19, 33:3, 34:4, 34:8, 43:6, 43:9, 45:10, 48:4, 50:10, 51:18, 56:6, 57:6, 57:16, 60:7, 60:13, 60:25, 61:24, 62:4, 63:20, 64:13, 64:22, 65:10, 65:15, 66:5, 68:13, 69:11, 69:19, 70:8, 71:4, 71:10, 71:21, 72:5, 72:21, 73:7, 73:12, 73:19, 73:22, 74:12, 74:20, 74:24, 75:11, 75:18, 75:19, 76:2, 76:20, 79:24, 81:15, 81:24, 82:8, 83:7, 83:13, 83:19, 83:24, 84:16, 85:22, 86:6, 87:9, 87:22, 90:5, 90:17, 93:2, 98:6, 101:7, 103:20, 104:22, 105:10, 114:12, 116:23, 119:10, 120:14, 120:15, 120:17, 122:9, 123:7, 123:16, 125:2, 125:3, 125:7, 125:14, 125:17, 125:18, 125:21, 125:22, 125:25, 126:2, 126:5, 126:6, 126:10, 126:11, 126:14, 126:16, 126:19, 126:20, 126:23, 126:25, 127:5, 127:8,
127:9, 127:13, 127:16, 127:19, 128:9, 128:16, 128:19, 128:21, 128:23, 128:25, 129:2, 129:4, 129:5, 129:6, 129:7, 129:8, 129:10, 129:11, 129:12, 129:14, 129:22, 130:5, 130:15, 130:17, 130:23, 131:5, 131:11, 131:16, 141:23, 141:25, 145:25, 146:2, 159:8, 159:19, 159:20, 160:19, 160:25, 163:24, 167:10, 168:18, 168:20, 169:3, 173:25, 174:3, 175:7, 175:9, 175:22, 179:6, 179:16, 179:17, 179:19, 179:21, 179:24, 180:3, 180:6, 180:9, 180:13, 180:16, 184:3, 189:13, 189:17, 190:22, 192:17, 193:2, 193:7, 193:11, 193:18
**answered** [2] - 45:9, 188:20
**answering** [10] - 9:5, 13:13, 14:7, 94:4, 129:13, 129:19, 147:19, 192:3, 192:7, 193:23
**answers** [9] - 4:5, 5:4, 45:19, 51:8, 169:7, 174:23, 175:18, 191:7, 196:13
**apartment** [2] - 37:23, 37:24
**appear** [1] - 186:6
**appeared** [3] - 56:25, 57:4, 91:19
**apple** [1] - 79:4
**application** [2] - 43:14, 43:18
**applied** [2] - 63:3, 124:14
**apply** [3] - 123:8, 124:19, 124:23
**applying** [1] - 124:6
**appreciate** [4] - 51:12, 51:15, 55:3, 109:4
**appropriate** [1] - 54:16
**April** [13] - 26:25,

27:2, 27:6, 27:7, 27:10, 77:11, 77:14, 114:9, 164:10, 165:23, 167:14
**area** [2] - 72:10, 130:10
**areas** [2] - 122:10, 175:12
**Arevalo** [1] - 132:24
**AREVALO** [1] - 1:4
**arguing** [1] - 130:7
**arrested** [2] - 11:13, 45:14
**arrive** [9] - 77:22, 100:3, 100:15, 102:17, 103:14, 103:17, 104:4, 104:12, 111:14
**arrived** [4] - 91:10, 100:14, 101:13, 121:23
**arrives** [2] - 189:21, 190:19
**arriving** [1] - 98:24
**Article** [1] - 1:20
**Asphalt** [58] - 8:7, 8:9, 8:12, 8:17, 8:21, 16:14, 17:6, 18:4, 19:25, 20:4, 20:6, 22:6, 26:6, 26:8, 26:15, 26:18, 26:21, 26:24, 30:23, 35:10, 35:13, 62:3, 63:4, 63:17, 63:18, 63:24, 64:11, 76:25, 77:8, 77:12, 77:12, 77:14, 79:17, 80:3, 86:11, 86:14, 104:10, 106:8, 115:7, 115:14, 115:15, 118:10, 119:19, 152:22, 153:23, 155:23, 156:6, 156:16, 164:8, 164:9, 164:23, 170:14, 170:17, 170:20, 170:23, 171:2, 171:5, 171:6
**asphalt** [2] - 112:5, 163:5
**ASPHALT** [1] - 1:10
**assert** [2] - 10:2, 11:17
**asserting** [1] - 10:20
**assertion** [1] - 123:13
**ASSOCIATES** [1] - 2:17
**assumed** [1] - 5:14
**assure** [1] - 89:23
**ate** [6] - 88:15, 90:12,

100:14, 103:6, 110:7, 112:17
**attend** [1] - 186:4
**attention** [2] - 71:23, 151:24
**attitude** [2] - 150:23, 150:25
**ATTORNEY** [1] - 197:13
**attorney** [13] - 9:8, 23:13, 50:19, 51:6, 59:14, 116:18, 116:20, 161:11, 161:14, 174:11, 187:25, 193:10, 195:7
**attorney's** [1] - 60:12
**attorney/client** [4] - 21:3, 116:24, 118:25, 160:20
**attorneys** [6] - 3:5, 22:21, 55:9, 75:3, 172:19, 173:23
**Attorneys** [2] - 2:4, 2:18
**attorneys'** [1] - 156:19
**August** [5] - 25:13, 25:20, 25:22, 29:4, 29:6
**authorization** [2] - 43:24, 44:21
**authorized** [2] - 3:16, 44:22
**Avenue** [9] - 2:5, 2:14, 70:17, 72:25, 73:5, 74:3, 76:6, 87:4, 173:7
**aware** [4] - 41:14, 41:16, 108:19, 175:2

**B**

**babbling** [1] - 69:23
**Babylon** [1] - 2:10
**bacon** [1] - 78:14
**bad** [1] - 52:5
**bald** [1] - 193:6
**ball** [4] - 91:17, 91:19, 92:10
**banana** [1] - 102:8
**bank** [2] - 165:3, 166:2
**Banker** [6] - 8:18, 17:10, 21:21, 21:23, 26:13, 170:22
**bargaining** [6] - 84:7, 84:11, 85:18, 103:10, 103:13, 103:16

**baseball** [2] - 90:24, 91:25
**based** [1] - 143:25
**Based** [1] - 144:11
**basis** [9] - 9:17, 14:6, 15:9, 15:10, 15:17, 15:24, 123:12, 149:21, 175:10
**BEFORE** [1] - 1:18
**began** [1] - 100:3
**begin** [1] - 70:7
**beginning** [1] - 166:7
**behave** [1] - 50:21
**behavior** [2] - 169:12, 186:19
**belief** [1] - 9:17
**belive** [1] - 55:19
**belonged** [1] - 67:9
**belt** [1] - 113:6
**benefit** [1] - 119:20
**benefits** [7] - 21:6, 108:8, 122:2, 123:9, 124:7, 124:19, 124:24
**best** [1] - 4:6
**better** [12] - 23:10, 23:14, 42:2, 42:10, 47:5, 47:6, 113:8, 177:13, 177:17, 177:21, 188:24, 195:4
**between** [9] - 3:5, 83:14, 109:13, 109:16, 109:19, 118:22, 118:24, 157:25, 174:5
**beyond** [1] - 14:16
**bicycle** [1] - 182:11
**big** [2] - 47:20, 83:2
**bill** [4] - 106:17, 106:18, 116:15, 119:17
**Bill** [4] - 106:19, 106:21, 106:24, 106:25
**bills** [1] - 117:15
**birth** [2] - 6:23, 6:25
**bit** [2] - 66:7, 143:7
**black** [1] - 152:14
**blood** [1] - 198:11
**bloodshot** [1] - 5:21
**board** [3] - 171:25, 172:3, 172:7
**Bohemia** [2] - 1:16, 2:19
**borrow** [4] - 164:22, 165:14, 165:17, 166:3
**boss** [6] - 94:22, 105:23, 105:25, 106:6, 106:10
**bosses** [2] - 155:21, 156:14

3

**bothered** [2] - 193:13, 193:14
**bound** [1] - 150:3
**box** [16] - 82:16, 82:18, 82:21, 82:23, 99:8, 119:25, 120:3, 146:25, 147:4, 147:9, 147:22, 153:23, 153:24, 154:6, 154:9, 154:21
**break** [13] - 14:24, 54:16, 54:18, 54:23, 54:25, 58:24, 59:13, 92:21, 103:6, 103:10, 143:17, 190:25
**breakfast** [6] - 77:24, 100:6, 100:19, 102:12, 102:22, 102:25
**breaks** [2] - 75:2, 87:14
**Brentwood** [2] - 66:18, 120:2
**bridging** [1] - 122:10
**bring** [2] - 35:24, 57:23
**broken** [1] - 108:23
**Brookhaven** [3] - 70:21, 70:25, 71:8
**brought** [1] - 58:15
**bruce** [1] - 173:18
**bulletin** [3] - 171:24, 172:3, 172:7
**bus** [1] - 182:12
**busy** [1] - 163:21
**buy** [4] - 112:14, 112:16, 112:22, 113:12
**BY** [5] - 2:6, 2:11, 2:20, 4:11, 197:3

## C

**cable** [1] - 193:23
**cancelled** [1] - 85:16
**cannot** [2] - 126:24, 149:14
**car** [8] - 80:4, 80:16, 81:13, 81:18, 82:10, 113:3, 113:4, 147:15
**card** [1] - 115:23
**cards** [1] - 115:18
**care** [4] - 107:21, 150:23, 150:25, 191:4
**Carini** [1] - 2:24
**CARLOS** [1] - 1:5
**Carlos** [1] - 133:21
**cartel** [1] - 105:17
**Case** [1] - 1:9

**case** [24] - 58:8, 95:8, 105:22, 109:10, 114:18, 118:16, 119:12, 130:25, 131:23, 138:4, 138:8, 139:5, 149:15, 149:21, 151:25, 156:20, 157:14, 169:20, 174:11, 174:19, 183:9, 183:15, 188:14, 190:2
**cases** [1] - 11:22
**cash** [7] - 24:20, 24:22, 24:23, 35:3, 35:4, 35:9, 35:12
**Castillo** [2] - 81:11, 134:6
**CASTILLO** [1] - 1:6
**catch** [3] - 92:3, 111:22
**caught** [1] - 144:21
**cellphone** [1] - 164:16
**central** [1] - 36:12
**Central** [1] - 4:17
**certain** [2] - 57:6, 174:23
**certification** [1] - 3:7
**certify** [3] - 196:8, 198:4, 198:10
**change** [2] - 43:19, 149:14
**CHANGE** [10] - 199:6, 199:8, 199:10, 199:12, 199:14, 199:16, 199:18, 199:20, 199:22, 199:24
**changed** [1] - 151:9
**changes** [1] - 199:3
**characterization** [2] - 145:3, 169:11
**characterize** [1] - 52:2
**characterized** [1] - 72:16
**charge** [1] - 50:2
**check** [17] - 16:18, 16:19, 17:2, 17:3, 17:7, 17:13, 17:14, 17:20, 17:22, 17:24, 18:7, 18:9, 18:10, 24:20, 61:14, 104:12, 120:23
**checks** [3] - 61:14, 76:17, 76:22
**Cheerios** [1] - 102:6
**cheese** [2] - 78:18, 78:19
**chicken** [1] - 88:3

**children** [5] - 36:2, 36:6, 36:9, 37:12, 37:15
**chips** [5] - 89:3, 89:5, 89:6, 89:9, 89:15
**chocolate** [1] - 79:10
**choice** [2] - 9:6, 149:25
**chosen** [1] - 149:20, 151:21
**Chris** [3] - 94:5, 106:25, 115:17
**christian** [1] - 66:16
**CHRISTOPHER** [1] - 1:11
**Christopher** [2] - 115:24, 134:23
**church** [23] - 66:9, 66:13, 66:15, 66:19, 67:10, 67:13, 67:16, 67:20, 67:23, 68:10, 68:21, 69:5, 121:6, 121:14, 135:3, 135:4, 178:14, 193:22, 194:3, 194:5, 194:8, 194:17, 195:9
**circumstances** [1] - 195:4
**City** [3] - 19:3, 19:13, 19:15
**civil** [1] - 51:13
**Civil** [1] - 1:20
**civility** [1] - 186:8
**claim** [3] - 121:25, 168:8, 170:6
**claimed** [1] - 94:8
**claiming** [2] - 166:18, 167:17
**clarification** [1] - 143:25
**clarify** [1] - 137:6
**Claxton** [5] - 40:25, 49:7, 97:22, 97:25, 98:14
**clean** [1] - 34:21
**clear** [5] - 54:5, 54:13, 54:14, 144:12, 149:3
**cleared** [1] - 189:22
**clearly** [3] - 158:11, 158:14, 186:5
**client** [1] - 56:6, 59:3, 118:22, 128:9, 128:16, 158:23, 159:5, 169:2, 179:23, 180:2, 180:5, 180:8, 180:11
**climate** [1] - 163:11
**co** [2] - 137:4, 186:4

**Co** [16] - 2:9, 2:13, 25:19, 25:23, 26:4, 27:3, 27:8, 27:9, 27:21, 28:10, 28:17, 28:25, 29:3, 29:6, 62:19, 62:23
**co-companions** [1] - 137:4
**co-counsel** [1] - 186:4
**Co-Counsel** [2] - 2:9, 2:13
**coach** [1] - 148:9
**Coca** [1] - 88:24
**Coca-Cola** [1] - 88:24
**coffee** [14] - 78:24, 78:25, 79:2, 109:5, 152:12, 152:16, 152:17, 152:18, 152:19, 152:23, 153:7, 153:13, 153:20
**Cola** [1] - 88:24
**cold** [4] - 32:4, 111:25, 153:21, 163:5
**colleagues** [2] - 99:3, 153:6
**collective** [7] - 84:7, 84:11, 84:12, 85:18, 103:9, 103:12, 103:16
**colloquy** [2] - 56:19, 187:7
**Columbia** [1] - 97:4
**comfortable** [13] - 174:18, 177:9, 177:16, 177:20, 177:24, 178:18, 180:20, 180:24, 181:14, 183:3, 183:12, 189:5, 189:19
**coming** [2] - 22:24, 101:2
**commented** [1] - 161:15
**commit** [1] - 49:19
**committed** [2] - 53:2, 53:6
**common** [1] - 144:8
**communication** [2] - 118:21, 160:21
**communications** [2] - 159:9, 174:5
**compacts** [1] - 93:11
**companies** [6] - 8:13, 8:16, 26:10, 26:17, 26:23, 27:17
**companion** [1] - 137:7
**companions** [1] - 137:4

**company** [15] - 9:13, 16:14, 16:22, 17:9, 17:17, 18:3, 20:7, 21:24, 63:21, 82:12, 82:15, 94:13, 106:3, 106:14, 108:14
**compañeros** [7] - 137:3, 137:9, 137:20, 137:21, 144:4, 153:9, 154:5
**compelled** [1] - 54:8
**complain** [5] - 86:19, 87:6, 105:4, 105:8, 105:12
**complained** [4] - 86:10, 86:12, 86:15, 110:2
**complaint** [3] - 112:2, 169:19, 171:13
**complaints** [1] - 106:14
**complete** [2] - 45:10, 196:11
**completely** [7] - 177:9, 178:18, 181:14, 183:12, 185:23, 186:2, 187:5
**complies** [1] - 38:17
**composure** [2] - 150:14, 150:17
**concerned** [1] - 169:12
**concluded** [1] - 58:13
**conditions** [2] - 84:14, 84:21
**conduct** [2] - 185:22, 186:9
**conducted** [1] - 186:8
**confer** [1] - 54:6
**conference** [3] - 48:12, 56:16, 59:10
**confess** [1] - 194:19
**confidential** [5] - 45:21, 45:24, 191:9, 191:12, 191:15
**confidentiality** [2] - 45:22, 45:25
**confirm** [1] - 57:14
**confuse** [2] - 146:5, 146:9
**confused** [11] - 33:2, 34:8, 139:13, 139:14, 139:21, 140:6, 141:3, 144:18, 144:21, 188:4, 188:8
**confusion** [1] - 146:4
**conquer** [2] - 95:13, 142:22

conquered [2] - 142:25, 143:2
consent [1] - 191:10
consequence [1] - 151:23
consider [3] - 98:9, 139:24, 161:7
considering [1] - 75:2
consistent [1] - 163:13
consisting [2] - 38:18, 197:8
Construction [5] - 8:18, 17:10, 21:21, 21:23, 170:22
contact [3] - 164:18, 164:19
contacted [3] - 172:16, 172:17, 172:19
continue [16] - 9:4, 16:6, 16:8, 57:19, 70:18, 70:20, 90:22, 147:20, 149:25, 151:21, 152:3, 169:14, 183:6, 186:9, 186:18, 187:9
continues [1] - 189:21
continuing [2] - 58:23, 149:24
contract [1] - 86:3
conversation [2] - 58:13, 140:4
cooking [1] - 102:20
copy [2] - 38:18, 197:8
CORP [2] - 1:10
correct [133] - 7:16, 19:2, 20:7, 22:6, 26:15, 26:21, 27:12, 29:18, 30:9, 30:12, 30:20, 30:24, 31:3, 31:25, 32:5, 32:8, 32:12, 33:21, 33:25, 34:12, 35:7, 40:18, 40:20, 40:23, 41:7, 42:5, 42:13, 42:16, 42:25, 44:2, 44:10, 46:13, 46:16, 46:18, 46:23, 47:2, 47:13, 49:20, 50:7, 52:22, 53:7, 53:12, 53:16, 55:12, 59:14, 60:22, 62:20, 64:17, 65:8, 67:23, 68:11, 68:22, 69:12, 69:17, 69:20, 72:3, 72:19, 75:24, 76:3, 76:5, 76:8,

76:11, 76:15, 76:18, 76:21, 76:24, 77:3, 77:5, 77:6, 77:10, 79:22, 81:22, 82:6, 83:22, 87:7, 87:20, 90:13, 91:15, 92:11, 92:16, 92:18, 98:24, 99:9, 99:19, 100:7, 102:25, 105:5, 107:10, 107:12, 107:18, 110:7, 114:17, 117:7, 117:18, 120:5, 124:3, 141:21, 143:22, 145:18, 146:2, 146:6, 147:17, 147:23, 154:16, 155:6, 163:8, 164:2, 171:9, 171:15, 177:6, 177:10, 177:17, 177:21, 178:2, 178:4, 178:7, 178:19, 178:24, 179:3, 179:7, 179:9, 179:11, 180:21, 180:25, 181:7, 181:11, 187:16, 187:21, 190:10, 190:15, 190:21, 196:12, 196:14
COTZAJ [1] - 132:14
Cotzaji [1] - 132:13
Counsel [3] - 2:9, 2:13, 54:3
counsel [1] - 186:4
Counselor [6] - 15:24, 46:9, 55:3, 124:8, 124:12, 162:13
country [3] - 8:22, 45:16, 96:5
COUNTY [1] - 196:6
couple [1] - 92:5
course [5] - 48:7, 145:4, 155:17, 158:9, 183:17
COURT [3] - 1:2, 162:12, 162:16
court [3] - 54:20, 55:25, 93:4
Court [11] - 1:24, 3:18, 7:20, 10:10, 10:12, 14:25, 16:3, 16:8, 157:3, 157:4, 157:6
cousin [1] - 74:3
cover [1] - 188:8
covered [6] - 10:22, 122:11, 123:22, 123:25, 131:7, 175:13
coworker [1] - 144:13

coworkers [19] - 32:13, 65:7, 65:11, 65:22, 80:13, 95:12, 131:20, 131:21, 131:22, 135:5, 136:11, 136:16, 136:17, 136:19, 136:22, 136:24, 137:9, 137:11, 137:22
cream [1] - 89:11
crime [1] - 13:17
criminal [3] - 175:20, 175:24, 176:3
cross [2] - 13:6, 13:9
cross-reference [2] - 13:6, 13:9
current [1] - 4:16
cutlet [1] - 88:3

## D

damages [1] - 170:7
dangers [1] - 12:4
dare [1] - 183:22
date [6] - 6:23, 36:25, 38:21, 60:18, 73:3, 73:9
dates [3] - 70:14, 71:25, 156:24
David [3] - 132:11, 132:12, 132:13
days [13] - 31:24, 32:3, 60:9, 60:21, 71:2, 71:7, 71:14, 71:18, 75:4, 97:15, 97:17, 153:22, 163:16
DC [5] - 97:2, 97:3, 97:6, 97:20, 98:4
deal [2] - 94:15, 94:18
December [15] - 25:21, 34:16, 34:18, 34:23, 35:13, 61:13, 77:15, 114:4, 163:3, 163:8, 165:22, 166:4, 166:6, 167:12, 167:14
decent [1] - 187:10
dedicate [2] - 173:13, 173:14
deemed [2] - 191:8, 191:11
Defendants [3] - 1:12, 1:20, 2:18
defendants [3] - 57:8, 57:10, 109:10
DEFENDANTS' [1] - 197:7
Defendants' [1] - 38:20

defending [4] - 50:20, 51:6, 51:17, 57:3
deli [8] - 79:22, 87:17, 87:20, 87:25, 98:24, 102:4, 154:10, 154:16
delis [1] - 102:3
deponent [2] - 57:5, 144:25
depose [1] - 59:3
deposition [21] - 3:14, 4:22, 4:24, 22:19, 50:20, 50:22, 51:7, 51:17, 56:25, 57:2, 57:17, 57:20, 59:12, 137:16, 150:21, 158:10, 186:18, 186:19, 187:10, 193:19, 196:10
depositions [4] - 54:22, 158:13, 186:5, 186:11
DESCRIPTION [1] - 197:7
deserve [6] - 176:2, 176:5, 176:25, 177:3, 181:4, 181:8
designation [2] - 45:24, 46:3
desk [1] - 60:2
destroy [2] - 116:13, 117:13
destroyed [4] - 117:6, 117:9, 117:18, 118:13
determine [2] - 54:6, 54:11
diet [1] - 88:21
difference [3] - 140:5, 152:20, 153:14
different [4] - 12:24, 13:3, 57:9, 82:2
difficult [1] - 155:13
difficulty [2] - 192:2, 192:6
directing [6] - 12:11, 12:21, 14:5, 15:8, 15:15, 56:5
directions [1] - 70:9
directly [3] - 81:13, 81:18, 81:22
directs [1] - 16:8
disagree [2] - 145:3, 169:10
disclose [3] - 118:23, 122:18, 161:13
discovery [1] - 57:16

discuss [1] - 159:9
discussed [2] - 15:11, 157:25
discussing [3] - 158:9, 159:16, 159:18
discussion [4] - 80:21, 159:12, 159:14, 160:2
disgusts [1] - 191:2
dishonest [1] - 167:20
dispute [1] - 57:16
disregard [7] - 60:12, 60:24, 70:9, 71:22, 84:16, 103:19, 163:23
District [1] - 97:4
DISTRICT [2] - 1:2, 1:2
Division [1] - 173:8
docket [1] - 57:21
Document [2] - 38:18, 197:8
document [2] - 41:13, 181:11
documents [11] - 55:14, 59:16, 117:2, 117:6, 117:9, 118:14, 119:7, 119:16, 156:15, 156:19
DOES [1] - 1:11
don't.. [1] - 138:21
done [9] - 32:8, 48:16, 67:25, 68:24, 69:16, 114:15, 150:5, 150:8, 195:11
Donuts [2] - 152:18, 153:15
double [6] - 85:8, 85:10, 85:11
down [13] - 28:20, 54:10, 59:2, 59:23, 59:25, 108:23, 123:16, 136:20, 162:9, 162:10, 168:21, 168:23, 168:25
drank [4] - 5:18, 6:12, 6:15, 6:21
drink [7] - 78:25, 79:2, 79:3, 79:11, 88:16, 88:19, 153:20
Drive [4] - 40:25, 49:7, 97:22, 97:25
drive [17] - 80:5, 80:8, 80:11, 81:13, 81:18, 81:21, 82:4, 101:4, 147:3, 147:9, 147:14, 153:22, 153:24, 153:25,

154:3, 154:9, 182:2
**driver's** [11] - 38:10, 38:16, 38:19, 40:2, 40:18, 43:14, 45:20, 53:7, 53:12, 181:22, 197:9
**drivers** [1] - 172:8
**drivers's** [1] - 141:8
**driveway** [5] - 35:18, 64:24, 65:12, 65:17, 65:18
**driving** [1] - 101:3
**drove** [7] - 80:7, 100:14, 146:25, 154:2, 154:5, 154:6, 154:8
**drug** [1] - 105:16
**drugs** [3] - 5:24, 6:10, 6:12
**duly** [3] - 4:3, 4:8, 198:6
**Dunkin'** [2] - 152:18, 153:15
**during** [5] - 68:22, 69:3, 121:6, 163:14, 168:8

**E**

**early** [1] - 102:16
**earn** [2] - 63:6, 107:13
**earning** [2] - 25:17, 107:16
**ears** [1] - 47:20
**easier** [4] - 40:5, 44:5, 44:6, 44:8
**East** [1] - 2:9
**EASTERN** [1] - 1:2
**easy** [4] - 40:4, 165:21, 178:10, 178:11
**eat** [29] - 77:24, 78:2, 78:6, 78:8, 78:22, 87:24, 88:14, 89:3, 89:14, 89:15, 89:19, 90:18, 90:21, 99:5, 99:15, 99:22, 100:6, 100:21, 100:23, 101:3, 101:10, 101:20, 101:21, 102:25, 103:8, 110:10, 110:13, 112:11, 112:12
**eating** [2] - 79:15, 89:24
**economical** [1] - 153:17
**Edwin** [4] - 83:16,

133:18, 154:7
**edwin** [1] - 80:25
**EDWIN** [1] - 1:5
**Edwin's** [1] - 81:8
**effect** [2] - 3:17, 7:19
**egg** [9] - 78:4, 78:6, 78:8, 79:15, 79:21, 98:22, 99:5, 99:13, 110:13
**eight** [9] - 5:20, 6:11, 6:16, 6:18, 6:21, 36:22, 154:16, 154:20, 155:9
**either** [5] - 20:12, 45:16, 106:15, 151:2, 198:11
**eleven** [3] - 36:5, 37:13, 73:14
**eleven-year-old** [1] - 37:13
**elicit** [1] - 118:21
**elsewhere** [1] - 185:11
**employed** [2] - 8:2, 8:4
**employer** [5] - 7:8, 12:19, 13:7, 15:13, 164:15
**employers** [3] - 12:14, 13:8, 170:8
**employment** [3] - 84:14, 84:21, 113:14
**end** [8] - 61:5, 61:13, 62:8, 113:15, 113:17, 115:13, 166:10, 166:11
**ended** [1] - 74:6
**engaged** [1] - 175:20
**English** [7] - 4:4, 4:6, 22:11, 22:12, 22:13, 137:7, 169:24
**entered** [3] - 48:9, 48:11, 59:9
**entire** [1] - 123:5
**entitled** [1] - 170:7
**envelope** [1] - 120:23
**equipment** [5] - 83:2, 100:16, 119:19, 119:21, 119:22
**ERRATA** [1] - 199:2
**Escalante** [1] - 133:21
**ESCALANTE** [1] - 1:5
**escort** [1] - 195:6
**especially** [1] - 186:23
**ESQ** [3] - 2:6, 2:11, 2:20

**evening** [2] - 68:7, 68:8
**exact** [1] - 123:21
**exactly** [5] - 11:21, 123:18, 149:3, 185:24, 191:19
**EXAMINATION** [3] - 1:18, 4:11, 197:3
**examined** [1] - 4:9
**example** [1] - 95:11
**except** [2] - 3:10, 178:13
**exchanged** [1] - 144:11
**excuse** [2] - 20:2, 160:17
**Exhibit** [5] - 38:20, 52:12, 52:16, 171:17, 172:7
**exhibiting** [1] - 169:13
**EXHIBITS** [1] - 197:6
**Exit** [2] - 182:9, 182:10
**experience** [1] - 144:2
**explain** [3] - 12:3, 20:13, 22:15
**explained** [3] - 20:17, 21:8, 118:17
**explanation** [1] - 100:11
**expressions** [1] - 169:14
**eyes** [1] - 5:21

**F**

**fabulous** [1] - 161:16
**face** [1] - 144:22
**fact** [3] - 13:19, 55:11, 169:2
**facts** [2] - 149:15, 150:12
**faith** [5] - 9:17, 122:13, 122:16, 123:6, 123:11
**Fajardo** [1] - 133:3
**FAJARDO** [1] - 1:4
**false** [3] - 11:12, 42:13, 42:14
**familiar** [5] - 45:25, 84:6, 84:10, 84:24, 85:12
**family** [1] - 193:20
**father's** [1] - 146:18
**fattening** [1] - 78:20
**fault** [5] - 111:10, 111:11, 111:15,

174:8, 174:9
**felt** [3] - 64:15, 87:10, 189:18
**few** [4] - 54:5, 81:16, 150:13, 150:16
**fifteen** [2] - 67:7, 83:14
**Fifth** [6] - 2:5, 2:14, 10:3, 11:17, 13:14, 174:22
**Fifty** [1] - 19:16
**fifty** [4] - 31:13, 31:15, 31:17, 109:25
**Fifty-seven** [1] - 19:16
**figured** [1] - 50:5
**file** [2] - 15:3, 25:2
**filed** [2] - 169:20, 174:11
**filing** [1] - 3:6
**filled** [1] - 43:13
**finish** [1] - 70:7
**finished** [6] - 94:4, 119:2, 119:3, 147:19, 169:8, 171:20
**fired** [3] - 113:23, 114:2, 114:7
**first** [6] - 23:22, 32:18, 32:25, 33:3, 135:19, 142:13
**five** [12] - 8:13, 8:15, 15:11, 38:7, 38:8, 38:9, 64:6, 83:11, 83:14, 93:16, 98:3, 154:21
**flawed** [1] - 123:4
**followed** [1] - 124:15
**following** [4] - 56:18, 56:21, 199:3, 199:4
**follows** [1] - 4:10
**food** [3] - 35:24, 90:20, 165:25
**force** [1] - 3:17
**foremen** [2] - 156:3, 156:8
**forgive** [1] - 195:9
**forgiven** [1] - 194:6
**forgot** [1] - 180:19
**form** [151] - 3:10, 60:11, 60:23, 61:23, 64:12, 64:21, 65:9, 65:14, 66:4, 68:12, 69:10, 69:18, 71:3, 71:9, 71:20, 72:4, 72:20, 73:6, 73:11, 73:18, 74:11, 75:17, 75:25, 76:19, 79:23, 81:14, 81:23, 82:7, 83:6, 83:12, 83:18, 83:23, 84:15, 85:21,

86:5, 86:21, 87:2, 87:8, 87:21, 90:4, 90:16, 95:25, 98:10, 99:10, 99:24, 100:8, 100:20, 100:24, 101:6, 101:12, 101:19, 101:23, 103:2, 103:18, 104:21, 105:9, 107:11, 107:17, 107:23, 108:18, 108:25, 109:20, 110:8, 110:15, 110:24, 111:8, 111:13, 111:17, 112:8, 112:13, 116:14, 117:8, 117:11, 117:19, 117:25, 127:15, 127:18, 135:25, 136:7, 136:14, 136:25, 137:18, 137:24, 138:10, 140:2, 140:8, 140:15, 140:19, 140:25, 141:10, 141:13, 141:17, 141:20, 142:2, 142:7, 142:12, 142:24, 143:4, 143:11, 152:3, 152:24, 154:17, 154:24, 155:11, 163:22, 164:13, 165:16, 166:5, 166:22, 167:6, 167:9, 168:19, 170:9, 171:10, 171:14, 173:11, 173:24, 175:21, 176:19, 177:2, 177:7, 177:11, 177:18, 177:22, 178:3, 178:8, 178:16, 178:20, 178:25, 179:8, 180:22, 181:2, 181:6, 181:12, 181:16, 181:20, 181:24, 183:5, 183:8, 183:20, 183:24, 184:7, 184:11, 187:20, 187:24, 188:11, 189:2, 189:15, 190:16, 190:23, 192:4
**forth** [1] - 198:6
**Forty** [1] - 64:6
**forty** [4] - 18:21, 64:3, 98:3, 109:23
**forty-five** [1] - 98:3
**Forty-five** [1] - 64:6
**forty-four** [1] - 64:3

6

**forty-seven** [1] - 18:21
**four** [8] - 6:20, 38:7, 38:8, 38:9, 45:12, 64:3, 114:11, 154:20
**Franklin** [1] - 173:7
**fraud** [6] - 49:20, 53:2, 53:6, 53:9, 53:10, 53:11
**fraudulent** [1] - 11:12
**free** [1] - 186:12
**fried** [1] - 78:12
**friend** [1] - 49:8
**friend's** [3] - 49:10, 49:13, 49:15
**friends** [1] - 132:3
**frustrated** [4] - 149:12, 149:13, 149:16, 149:19
**frustration** [1] - 149:10
**frying** [1] - 102:10
**full** [2] - 4:13, 34:11
**FURTHER** [2] - 3:9, 3:13

**G**

**gain** [2] - 150:14, 150:16
**Galeano** [2] - 81:5, 133:24
**GALEANO** [1] - 1:5
**games** [2] - 33:6, 34:4
**Garcia** [17] - 4:15, 4:19, 7:2, 7:10, 7:11, 16:20, 36:16, 36:17, 39:7, 39:12, 39:14, 42:15, 42:16, 55:8, 191:24, 195:10, 197:4
**GARCIA** [4] - 1:4, 1:18, 196:8, 196:17
**Garcia's** [3] - 38:19, 45:20, 197:8
**gastritis** [1] - 88:12
**girlfriend** [19] - 138:9, 138:13, 138:15, 138:18, 138:21, 138:23, 138:24, 139:11, 141:3, 142:13, 145:13, 145:14, 145:17, 145:21, 146:6, 146:10, 146:14, 188:13, 188:19
**girlfriend's** [1] -

138:12
**given** [5] - 13:2, 160:15, 161:6, 196:13, 198:9
**goal** [1] - 144:8
**God** [2] - 66:10, 194:16
**GOLDBERG** [353] - 2:4, 2:6, 50:8, 50:17, 50:25, 51:3, 51:11, 52:23, 53:4, 53:18, 55:18, 56:3, 56:5, 56:11, 58:4, 58:10, 58:14, 58:17, 58:20, 59:4, 60:11, 60:23, 61:23, 62:6, 62:12, 63:19, 64:12, 64:21, 65:9, 65:14, 66:4, 68:12, 69:10, 69:18, 69:25, 70:6, 71:3, 71:9, 71:20, 72:4, 72:20, 73:6, 73:11, 73:18, 74:11, 75:17, 75:25, 76:19, 79:23, 81:14, 81:23, 82:7, 83:6, 83:12, 83:18, 83:23, 84:15, 85:20, 86:5, 86:21, 87:2, 87:8, 87:21, 89:21, 90:4, 90:14, 90:16, 95:7, 95:14, 95:21, 95:25, 98:10, 99:10, 99:24, 100:8, 100:20, 100:24, 101:6, 101:12, 101:19, 101:23, 103:2, 103:18, 104:21, 105:9, 105:18, 106:11, 107:11, 107:17, 107:23, 108:18, 108:25, 109:20, 110:8, 110:15, 110:24, 111:8, 111:13, 111:17, 112:8, 112:13, 113:2, 113:10, 114:21, 115:3, 116:14, 116:22, 117:8, 117:11, 117:19, 117:25, 118:18, 119:3, 120:8, 120:13, 121:4, 121:9, 121:12, 121:16, 121:19, 122:7, 122:14, 122:17, 122:20, 122:23, 123:17, 123:21, 124:3, 124:9, 124:11, 124:13, 124:25, 125:6, 125:9, 125:11, 125:13,

125:16, 125:20, 125:24, 126:4, 126:9, 126:13, 126:18, 126:22, 127:7, 127:12, 127:15, 127:18, 127:20, 127:22, 127:25, 128:5, 128:8, 128:12, 128:15, 128:20, 128:24, 129:3, 129:9, 129:15, 130:4, 130:12, 130:16, 131:4, 131:10, 131:15, 135:25, 136:7, 136:14, 136:25, 137:18, 137:24, 138:10, 138:19, 139:3, 139:8, 139:16, 139:20, 140:2, 140:8, 140:15, 140:19, 140:25, 141:10, 141:13, 141:16, 141:20, 141:22, 142:2, 142:7, 142:12, 142:17, 142:24, 143:4, 143:11, 145:2, 145:23, 146:7, 146:11, 147:16, 148:3, 148:7, 148:11, 148:15, 148:19, 148:23, 149:2, 149:13, 149:16, 149:19, 150:5, 150:11, 150:15, 150:20, 150:24, 151:6, 151:11, 152:9, 152:24, 153:4, 153:18, 154:13, 154:17, 154:24, 155:4, 155:7, 155:11, 155:14, 155:25, 156:21, 157:9, 157:23, 158:5, 158:8, 158:12, 158:15, 158:22, 159:4, 159:7, 159:16, 159:18, 160:17, 160:23, 161:4, 161:12, 161:17, 162:2, 162:6, 162:11, 162:20, 163:22, 164:13, 165:16, 166:5, 166:22, 167:6, 167:9, 167:21, 168:15, 168:24, 169:9, 169:15, 170:9, 171:10, 171:14, 173:11, 173:24, 174:2, 175:5, 175:8, 175:11, 175:21,

176:4, 176:9, 176:19, 177:2, 177:7, 177:11, 177:18, 177:22, 178:3, 178:8, 178:16, 178:20, 178:25, 179:4, 179:8, 179:15, 179:22, 179:25, 180:4, 180:7, 180:10, 180:14, 180:17, 180:22, 181:2, 181:6, 181:12, 181:16, 181:20, 181:24, 182:3, 182:13, 182:16, 182:19, 182:21, 182:24, 183:5, 183:8, 183:14, 183:20, 183:24, 184:2, 184:7, 184:11, 184:14, 184:18, 184:25, 185:6, 185:13, 185:21, 186:7, 186:20, 186:23, 187:4, 187:9, 187:14, 187:20, 187:24, 188:10, 189:2, 189:8, 189:14, 189:24, 190:6, 190:11, 190:16, 190:23, 191:3, 191:6, 191:17, 192:4, 192:8, 192:23, 193:8, 193:12, 193:15, 194:4, 194:10, 194:20, 194:23, 195:10
**Goldberg** [8] - 48:11, 56:25, 57:4, 57:15, 145:5, 162:13, 173:10, 186:14
**Goldberg's** [1] - 169:11
**good-faith** [5] - 9:17, 122:13, 122:16, 123:6, 123:11
**governed** [1] - 12:10
**Government** [2] - 176:21, 176:24
**governs** [1] - 84:13
**GPS** [1] - 82:19
**grant** [1] - 54:23
**grapefruit** [1] - 92:16
**great** [4] - 50:15, 77:18, 183:2, 183:4
**greet** [1] - 104:23
**grounds** [1] - 127:10
**group** [2] - 144:6, 164:20
**groups** [1] - 82:2
**guaranteeing** [1] - 123:14

**Guatemala** [3] - 8:23, 96:6, 96:8
**guess** [1] - 115:16
**guys** [1] - 112:4

**H**

**half** [4] - 85:9, 85:10, 98:3, 186:25
**half-an-hour** [2] - 98:3, 186:25
**hall** [2] - 104:4, 106:20
**hand** [1] - 198:16
**happy** [1] - 87:10
**hard** [4] - 74:23, 75:7, 75:11, 193:17
**hear** [5] - 69:22, 138:25, 139:11, 162:12, 162:17
**heard** [3] - 50:16, 56:21, 105:22
**heartburn** [1] - 88:11
**heavier** [1] - 52:15
**heavy** [5] - 52:17, 52:18, 52:20, 52:25, 93:11
**held** [3] - 1:22, 80:21, 137:16
**HELENE** [1] - 1:11
**Helene** [5] - 94:5, 94:6, 94:11, 94:12, 134:20
**hello** [2] - 104:24, 105:2
**help** [10] - 50:6, 60:16, 66:2, 172:13, 172:18, 172:20, 172:22, 173:13, 173:15, 193:19
**helped** [3] - 49:19, 172:13, 173:20
**hempstead** [1] - 172:25
**Hempstead** [2] - 173:3, 173:5
**HEREBY** [1] - 3:4
**hereby** [3] - 3:7, 196:8, 198:4
**herein** [4] - 1:19, 3:6, 4:3, 4:7
**hereinbefore** [1] - 198:6
**hereunto** [1] - 198:15
**Hi** [1] - 56:23
**Highway** [2] - 1:15, 2:18
**himself** [1] - 13:16

**hold** [1] - 137:14
**holding** [1] - 52:12
**home** [8] - 32:11, 37:17, 37:22, 102:13, 102:22, 107:20, 143:2, 193:20
**honest** [1] - 98:5
**honey** [1] - 66:24
**Honor** [3] - 58:4, 58:7, 58:9
**Honor's** [1] - 57:21
**Hoo** [4] - 79:5, 79:7, 79:8, 79:13
**hopefully** [1] - 187:10
**hotel** [1] - 97:24
**hour** [24] - 18:20, 18:23, 19:2, 19:10, 25:17, 35:5, 35:7, 61:3, 61:10, 62:22, 63:6, 63:25, 64:10, 64:17, 90:2, 90:8, 90:10, 94:8, 98:3, 107:7, 107:10, 107:15, 108:8, 186:25
**hours** [57] - 17:4, 17:7, 17:15, 17:25, 30:11, 30:14, 30:16, 30:17, 30:20, 31:3, 31:5, 31:11, 31:14, 31:16, 61:17, 64:10, 71:8, 71:14, 71:19, 71:25, 72:2, 73:4, 73:9, 73:13, 73:14, 73:17, 74:6, 74:7, 74:9, 75:16, 75:23, 76:7, 76:8, 76:10, 76:14, 76:15, 86:23, 86:24, 87:3, 87:6, 87:11, 87:12, 94:15, 94:18, 108:20, 109:13, 109:23, 109:25, 168:3, 183:16, 184:21, 190:2, 190:8, 192:10
**house** [5] - 49:10, 102:19, 116:16, 119:9, 120:24
**Human** [2] - 173:9, 173:12
**huntington** [1] - 37:6
**Huntington** [2] - 24:5, 120:2
**hurry** [1] - 101:16

## I

**Ian** [6] - 149:18, 157:21, 157:25,

159:9, 159:13, 174:6
**IAN** [1] - 2:13
**Ian's** [1] - 174:9
**ID** [8] - 42:2, 46:20, 47:5, 176:20, 177:14, 177:15, 181:17
**idea** [4] - 60:20, 71:7, 108:12, 157:11
**identification** [5] - 14:16, 38:21, 41:23, 47:15, 176:15
**identified** [2] - 11:15, 37:13
**illegal** [2] - 11:5, 123:10
**imagine** [1] - 116:15
**immediately** [1] - 60:25
**immigrant** [1] - 11:6
**immigration** [4] - 11:2, 14:8, 123:24, 124:5
**implicated** [1] - 13:16
**important** [3] - 67:18, 101:21, 109:3
**IN** [1] - 198:15
**inappropriate** [2] - 129:13, 187:5
**Inaudible** [1] - 162:11
**incapable** [1] - 51:9
**income** [4] - 15:3, 15:6, 24:24, 25:2
**inconvenient** [1] - 182:22
**incriminate** [1] - 127:10
**INDEX** [1] - 197:2
**indicate** [2] - 58:5, 175:19
**indicated** [4] - 39:14, 46:12, 124:14, 178:17
**indicates** [2] - 144:22, 175:3
**indicating** [1] - 98:15
**indicative** [1] - 186:16
**individual** [3] - 51:8, 57:23, 144:9
**infidelity** [1] - 143:12
**information** [12] - 13:12, 13:16, 14:9, 14:12, 123:18, 123:20, 123:22, 124:16, 127:6, 132:5, 135:17, 135:18
**inside** [1] - 193:5
**instruct** [19] - 116:23, 118:23,

119:6, 122:8, 125:2, 125:7, 125:14, 125:17, 126:19, 127:8, 127:13, 128:21, 130:5, 131:11, 131:16, 160:18, 174:3, 175:6, 175:9
**instructed** [3] - 57:5, 129:10, 130:17
**instructing** [15] - 9:16, 9:19, 125:20, 125:24, 126:4, 126:10, 126:14, 126:23, 128:9, 128:16, 128:24, 129:3, 129:9, 131:5, 159:7
**intercounty** [1] - 170:25
**Intercounty** [12] - 8:19, 17:18, 18:11, 18:15, 18:17, 22:3, 26:12, 155:19, 155:21, 156:9, 156:14, 164:6
**interest** [1] - 187:7
**interested** [3] - 74:19, 123:2, 198:13
**interjected** [1] - 148:17
**interpret** [2] - 4:4, 158:17
**interpretation** [2] - 144:14, 144:16
**interpreted** [2] - 170:2, 170:4
**Interpreter** [5] - 2:24, 4:3, 4:9, 56:11, 143:20
**INTERPRETER** [5] - 66:23, 136:13, 137:5, 143:23, 144:4
**interpreter** [5] - 137:5, 143:24, 144:12, 144:14, 149:7
**interpreter's** [1] - 144:2
**interrupted** [1] - 48:10
**intimate** [1] - 144:10
**involved** [1] - 119:7
**IS** [3] - 3:4, 3:9, 3:13
**Islip** [2] - 4:17, 36:12
**issue** [1] - 127:3
**issued** [1] - 58:7
**issues** [1] - 10:25
**IT** [3] - 3:4, 3:9, 3:13

## J

**January** [4] - 27:2, 27:4, 27:7, 61:14
**JAVIER** [1] - 1:5
**Javier** [1] - 133:15
**jeopardy** [1] - 149:24
**job** [43] - 25:16, 25:18, 35:18, 70:19, 72:13, 74:2, 77:16, 77:20, 77:23, 81:18, 83:9, 83:22, 85:15, 87:19, 90:18, 91:3, 91:10, 91:14, 92:7, 93:6, 100:14, 101:5, 101:14, 101:15, 101:18, 104:4, 104:12, 111:24, 163:9, 163:10, 163:12, 166:16, 166:18, 182:7, 183:10, 184:21, 189:18, 190:8, 192:10, 192:14, 192:17
**jobs** [10] - 18:15, 59:18, 59:20, 60:4, 60:21, 75:15, 91:6, 124:20, 190:12, 190:13
**Joe** [1] - 173:16
**John** [1] - 107:2
**JOHN** [1] - 1:11
**join** [1] - 154:11
**joke** [1] - 162:3
**Jose** [7] - 80:25, 81:11, 83:16, 133:6, 134:6, 160:5, 160:8
**JOSE** [2] - 1:4, 1:5
**jose** [1] - 81:2, 160:7
**Jose's** [1] - 81:10
**JUAN** [1] - 1:6
**Juan** [1] - 134:9
**Judge** [17] - 7:20, 14:22, 56:8, 56:13, 56:18, 56:24, 128:2, 128:3, 128:6, 128:13, 128:17, 128:22, 130:8, 130:13, 130:20
**Jugo** [1] - 79:7
**jugo** [1] - 109:7
**juice** [3] - 79:4, 79:6, 109:6
**June** [15] - 6:24, 18:12, 25:23, 25:24, 28:7, 28:10, 28:16, 28:23, 29:4, 29:6, 29:12, 36:19, 63:8, 63:9, 64:3

## J

**justice** [1] - 183:11

## K

**Karen** [1] - 1:23
**KAREN** [2] - 198:3, 198:19
**keep** [4] - 51:12, 59:2, 162:21, 163:20
**ketchup** [2] - 78:10, 78:11
**KEVIN** [1] - 1:5
**Kevin** [4] - 80:15, 80:17, 83:16, 133:24
**Kevin's** [1] - 81:4
**kids** [2] - 35:25, 97:13
**kind** [4] - 88:2, 88:23, 89:5, 189:10
**knowing** [1] - 57:20
**knows** [5] - 135:19, 138:7, 138:11, 138:15, 139:5

## L

**laid** [1] - 163:7
**LaMendola** [3] - 1:23, 198:3, 198:19
**language** [1] - 144:11
**last** [24] - 5:18, 8:13, 18:12, 39:3, 39:10, 39:24, 40:14, 67:25, 68:24, 69:16, 81:4, 81:6, 81:8, 81:10, 86:9, 93:2, 96:7, 96:22, 105:21, 106:13, 157:17, 159:22, 186:24
**late** [2] - 121:23, 121:24
**laugh** [2] - 95:16, 161:24
**laughing** [1] - 6:6
**LAUREN** [2] - 2:4, 2:6
**lauren** [2] - 148:25, 187:6
**Lauren** [10] - 48:9, 50:18, 148:18, 148:22, 151:16, 162:4, 162:9, 173:10, 185:19, 187:3
**law** [11] - 41:21, 53:23, 53:24, 127:14, 127:17, 127:21, 127:24, 128:4, 128:7, 128:11, 128:14

Law [1] - 1:21
LAW [3] - 2:4, 2:8, 2:13
laws [5] - 44:14, 44:16, 44:18, 175:4, 175:16
lawsuit [4] - 160:13, 166:20, 167:4, 168:9
lawyer [3] - 129:8, 172:12, 192:12
lawyers [2] - 20:13, 172:17
lay [1] - 163:4
lead [2] - 10:25, 14:8
learn [1] - 103:23
learned [1] - 93:19
least [4] - 104:6, 112:18, 158:18, 179:5
leave [8] - 51:10, 54:9, 60:2, 82:10, 102:18, 111:25, 195:5, 195:6
leaving [1] - 154:10
lecture [1] - 54:2
left [3] - 56:15, 56:22, 96:15
legal [1] - 47:7
legitimate [2] - 13:20, 13:25
lend [5] - 119:25, 120:3, 165:5, 165:6, 166:2
lending [1] - 166:4
Lerly [3] - 134:3, 147:7, 154:6
LERLY [1] - 1:5
less [8] - 19:4, 19:6, 52:17, 52:18, 52:20, 52:25, 113:19, 119:16
letter [1] - 174:10
letting [3] - 14:19, 185:16, 191:15
lettuce [1] - 88:6
liar [2] - 168:10, 184:20
license [46] - 37:3, 38:10, 38:16, 38:19, 40:2, 40:6, 40:18, 41:7, 42:12, 42:24, 43:14, 43:19, 43:22, 44:6, 44:7, 44:17, 44:21, 44:23, 45:4, 45:20, 46:11, 47:5, 47:11, 47:12, 49:9, 52:22, 53:7, 53:12, 53:21, 95:8, 97:23, 141:9, 141:14, 142:14, 142:20, 142:22, 149:23, 176:6, 180:23, 181:3,

181:23, 182:18, 182:25, 187:17, 191:8, 197:9
lie [57] - 23:6, 23:11, 23:15, 23:19, 28:21, 39:9, 39:15, 39:18, 39:20, 39:21, 39:22, 41:25, 42:4, 42:10, 44:8, 44:9, 44:13, 46:22, 47:2, 47:10, 53:14, 53:19, 95:5, 95:12, 95:20, 98:9, 98:17, 98:19, 115:9, 121:17, 136:16, 137:2, 137:12, 139:19, 139:25, 142:15, 143:3, 143:13, 144:17, 144:18, 144:19, 144:20, 178:23, 179:2, 179:13, 182:17, 183:6, 183:18, 183:19, 185:11, 187:25, 188:3, 189:20, 190:3, 190:10, 190:15, 190:20
lied [26] - 28:24, 38:25, 39:4, 40:17, 41:11, 46:18, 52:21, 53:20, 53:22, 139:22, 140:6, 141:12, 141:14, 142:11, 142:21, 176:17, 176:21, 176:23, 177:5, 181:10, 183:22, 184:10, 184:15, 184:16, 188:7, 194:3
light [1] - 152:15
lighter [1] - 52:15
likely [1] - 75:3
line [4] - 111:25, 127:23, 128:10, 130:6
LINE [1] - 199:5
lines [1] - 112:3
linguistic [1] - 144:2
linked [1] - 144:7
list [2] - 135:14, 135:16
listen [2] - 113:20, 190:14
listening [2] - 32:12, 50:12
litigation [3] - 117:7, 119:8, 123:5
live [9] - 36:6, 36:8, 40:7, 40:11, 40:22, 40:25, 44:2, 46:15, 176:16

lived [9] - 40:9, 40:12, 40:14, 40:19, 41:2, 41:6, 41:12, 46:13, 176:17
lives [1] - 49:7
Local [2] - 19:24, 20:3
located [1] - 173:6
locations [1] - 72:18
look [14] - 5:21, 12:25, 13:3, 13:4, 58:19, 58:20, 58:21, 60:16, 108:4, 112:12, 120:23, 162:7, 169:19, 171:24
looked [3] - 108:16, 108:22, 156:24
looking [2] - 166:19, 171:20
looks [2] - 49:2, 49:3
Lopez [4] - 67:4, 135:22, 135:23, 136:2
lose [3] - 20:9, 20:18, 21:5
lost [1] - 48:18
loud [2] - 148:20, 162:15
Louie [11] - 63:22, 94:10, 101:14, 105:19, 105:23, 114:10, 115:22, 116:7, 119:25, 120:21
Louie's [1] - 74:3
LOUIS [1] - 1:11
Louis [9] - 80:15, 80:17, 94:3, 115:17, 116:2, 134:17, 165:2, 165:25, 170:13
lower [1] - 90:19
Luis [4] - 83:16, 160:6, 160:7, 160:8
Luis' [1] - 81:6
lunch [13] - 87:14, 87:24, 90:2, 90:8, 90:10, 90:11, 90:12, 90:13, 90:18, 92:20, 110:7, 110:10, 113:12
luncheon [1] - 92:23
lunchtime [1] - 88:13
lying [52] - 23:12, 28:13, 28:15, 34:24, 53:15, 65:8, 65:11, 65:13, 68:15, 89:22, 98:18, 104:14, 114:19, 114:23, 114:24, 121:3, 121:7, 121:8, 121:10, 121:11, 121:15, 136:6, 136:18, 137:13, 137:16,

140:13, 141:2, 141:15, 142:10, 168:6, 175:25, 177:17, 177:20, 177:24, 178:15, 178:18, 180:20, 180:24, 183:3, 183:13, 183:16, 184:6, 184:23, 185:4, 187:16, 187:18, 187:22, 188:22, 188:23, 189:5, 189:23, 191:2

# M

machinery [6] - 18:18, 93:11, 93:15, 93:18, 93:20, 119:21
Madame [1] - 143:20
mailbox [1] - 56:21
main [1] - 67:15
male [1] - 144:9
man [2] - 123:14, 147:6
man's [1] - 150:4
manic [3] - 169:12, 169:16, 186:2
manner [1] - 149:9
manners [1] - 158:7
map [2] - 82:5, 82:9
March [12] - 8:10, 8:12, 34:16, 34:19, 34:23, 35:14, 163:3, 163:8, 164:4, 164:12, 167:12, 167:14
Marco [4] - 67:4, 135:22, 135:23, 136:2
Marcos [1] - 134:12
MARCUS [1] - 1:6
mark [1] - 14:20
marked [2] - 38:19, 45:20
marriage [2] - 37:3, 198:11
married [3] - 36:13, 36:23, 37:8
marry [1] - 36:17
MARTINEZ [1] - 1:4
Martinez [4] - 81:7, 133:6, 160:6, 160:7
Marvin [4] - 49:16, 49:17, 49:19, 49:23
Mary [1] - 173:15
Maryland [28] - 39:25, 40:6, 40:7, 40:9, 40:11, 40:15, 40:18, 43:15, 43:20, 44:2, 44:7, 44:9,

44:14, 44:15, 46:12, 52:21, 53:2, 98:2, 98:8, 140:7, 141:8, 175:16, 176:8, 184:6, 184:10, 184:16, 184:24, 191:8
Massapequa [5] - 70:19, 71:19, 71:24, 72:3, 72:8
materials [1] - 119:23
matter [2] - 151:17, 198:14
Maynor [1] - 133:3
MAYNOR [1] - 1:4
mayonnaise [2] - 78:7, 78:9
McNamara [83] - 2:8, 2:11, 6:17, 9:15, 9:22, 10:4, 10:7, 10:11, 10:14, 10:19, 10:24, 11:19, 11:24, 12:5, 12:9, 12:20, 13:18, 14:2, 14:7, 14:14, 14:18, 15:2, 15:7, 15:10, 15:14, 15:23, 16:5, 16:9, 20:19, 20:22, 20:24, 21:2, 21:12, 23:7, 23:16, 27:13, 27:24, 28:4, 28:12, 28:14, 28:18, 29:2, 29:10, 29:14, 29:21, 29:25, 30:4, 31:7, 32:20, 32:24, 33:7, 33:12, 33:16, 33:22, 34:2, 34:6, 34:25, 38:15, 39:16, 40:3, 42:6, 45:6, 45:13, 45:18, 46:5, 46:8, 47:3, 47:18, 47:22, 48:6, 49:21, 50:14, 51:16, 51:22, 53:3, 53:8, 53:17, 54:14, 54:19, 55:2, 57:3, 59:11, 134:15
mean [6] - 13:21, 57:22, 66:21, 66:22, 184:16, 188:6
meaning [3] - 114:16, 145:17, 145:22
means [6] - 66:23, 102:18, 129:11, 137:7, 137:15, 137:19
meantime [1] - 57:20
medium [1] - 52:5
meehan's [1] - 24:4
Meehan's [4] - 24:9, 24:13, 24:14, 24:21
meet [4] - 22:21,

23:2, 103:25, 195:3
**member** [3] - 19:20, 84:25, 90:10
**memory** [3] - 52:3, 72:16, 75:15
**Mendez** [7] - 39:10, 39:14, 42:19, 42:22, 133:9, 146:16, 146:18
**MENDEZ** [1] - 1:4
**mentioned** [1] - 1:22
**message** [1] - 56:22
**Messina** [3] - 4:17, 36:10, 37:18
**met** [4] - 23:4, 83:21, 104:3, 156:4
**middle** [3] - 7:4, 57:17, 164:10
**Miel** [1] - 66:20
**might** [2] - 57:22, 113:8
**mine** [1] - 49:8
**minute** [3] - 11:23, 12:3, 179:16
**minutes** [12] - 15:11, 83:11, 83:14, 98:4, 99:14, 99:17, 99:19, 99:22, 100:6, 100:23, 150:14, 150:16
**mischaracterizatio n** [1] - 187:13
**mischaracterizing** [5] - 151:2, 151:4, 151:7, 185:24, 186:15
**miss** [3] - 68:17, 68:19
**missing** [1] - 75:4
**mistake** [7] - 28:22, 138:25, 139:2, 139:6, 139:13, 141:4, 141:5
**mistaken** [1] - 150:19
**modicum** [3] - 158:7, 158:24, 186:8
**moment** [2] - 100:2, 112:3
**moments** [1] - 54:6
**money** [26] - 35:23, 47:13, 47:15, 105:7, 105:11, 106:21, 106:22, 107:3, 108:14, 109:9, 120:24, 120:25, 164:22, 164:25, 165:4, 165:5, 165:6, 165:14, 165:17, 166:2, 166:4, 166:14, 166:15, 166:19, 167:4, 178:6
**month** [10] - 27:5, 68:20, 104:8, 104:9,

104:14, 104:17, 106:23, 107:4, 163:17
**months** [4] - 6:16, 40:13, 40:21, 41:4
**morning** [17] - 31:21, 68:6, 78:22, 80:3, 80:6, 82:5, 83:11, 98:23, 101:18, 102:3, 102:17, 102:19, 102:20, 103:4, 110:14, 120:19, 154:11
**moses** [1] - 155:22
**mother** [1] - 146:19
**mother's** [1] - 146:20
**Motor** [1] - 49:12
**mouth** [3] - 59:2, 150:4, 190:5
**move** [2] - 119:25, 130:10
**moved** [2] - 116:10, 119:9
**MR** [190] - 4:12, 6:17, 9:15, 9:21, 9:22, 9:23, 10:4, 10:6, 10:7, 10:9, 10:11, 10:13, 10:14, 10:16, 10:19, 10:21, 10:24, 11:4, 11:19, 11:21, 11:24, 12:2, 12:5, 12:9, 12:20, 12:23, 13:18, 13:24, 14:2, 14:6, 14:7, 14:10, 14:14, 14:15, 14:18, 14:20, 15:2, 15:7, 15:9, 15:10, 15:14, 15:17, 15:23, 16:2, 16:5, 16:7, 16:9, 16:10, 20:19, 20:22, 20:24, 21:2, 21:12, 23:7, 23:16, 27:13, 27:24, 28:4, 28:12, 28:14, 28:18, 29:2, 29:10, 29:14, 29:21, 29:25, 30:4, 31:7, 32:20, 32:24, 33:7, 33:12, 33:16, 33:22, 34:2, 34:6, 34:25, 38:15, 39:16, 40:3, 42:6, 45:6, 45:8, 45:13, 45:18, 45:23, 46:5, 46:6, 46:8, 46:10, 47:3, 47:18, 47:22, 48:6, 48:8, 49:21, 50:14, 50:18, 51:2, 51:5, 51:14, 51:22, 52:11, 53:3, 53:8, 53:17, 53:25, 54:14, 54:17, 54:19, 54:21, 55:2, 55:5, 56:7, 56:23, 58:9,

58:16, 58:18, 58:25, 66:21, 80:20, 92:20, 92:25, 119:2, 119:4, 122:12, 122:19, 122:21, 122:25, 123:20, 123:24, 124:4, 124:10, 124:12, 124:18, 127:2, 136:12, 137:10, 143:20, 144:3, 144:15, 144:24, 145:4, 148:5, 148:8, 148:13, 148:18, 148:22, 148:25, 149:5, 149:14, 149:18, 149:20, 150:9, 150:13, 150:18, 150:22, 151:16, 158:4, 158:6, 158:11, 158:14, 158:16, 158:25, 159:6, 160:22, 160:24, 161:15, 162:4, 162:8, 162:14, 162:18, 168:22, 169:8, 169:10, 174:7, 175:7, 175:10, 185:19, 185:23, 186:12, 186:22, 187:2, 187:6, 187:12, 190:25, 191:4, 191:10, 191:20, 194:25
**MS** [352] - 50:8, 50:17, 50:25, 51:3, 51:11, 52:23, 53:4, 53:18, 55:18, 56:3, 56:5, 56:11, 58:4, 58:10, 58:14, 58:17, 58:20, 59:4, 60:11, 60:23, 61:23, 62:6, 62:12, 63:19, 64:12, 64:21, 65:9, 65:14, 66:4, 68:12, 69:10, 69:18, 69:25, 70:6, 71:3, 71:9, 71:20, 72:4, 72:20, 73:6, 73:11, 73:18, 74:11, 75:17, 75:25, 76:19, 79:23, 81:14, 81:23, 82:7, 83:6, 83:12, 83:18, 83:23, 84:15, 85:20, 86:5, 86:21, 87:2, 87:8, 87:21, 89:21, 90:4, 90:14, 90:16, 95:7, 95:14, 95:21, 95:25, 98:10, 99:10, 99:24, 100:8, 100:20, 100:24, 101:6, 101:12, 101:19, 101:23,

103:2, 103:18, 104:21, 105:9, 105:18, 106:11, 107:11, 107:17, 107:23, 108:18, 108:25, 109:20, 110:8, 110:15, 110:24, 111:8, 111:13, 111:17, 112:8, 112:13, 113:2, 113:10, 114:21, 115:3, 116:14, 116:22, 117:8, 117:11, 117:19, 117:25, 118:18, 119:3, 120:8, 120:13, 121:4, 121:9, 121:12, 121:16, 121:19, 122:7, 122:14, 122:17, 122:20, 122:23, 123:17, 123:21, 124:3, 124:9, 124:11, 124:13, 124:25, 125:6, 125:9, 125:11, 125:13, 125:16, 125:20, 125:24, 126:4, 126:9, 126:13, 126:18, 126:22, 127:7, 127:12, 127:15, 127:18, 127:20, 127:22, 127:25, 128:5, 128:8, 128:12, 128:15, 128:20, 128:24, 129:3, 129:9, 129:15, 130:4, 130:12, 130:16, 131:4, 131:10, 131:15, 135:25, 136:7, 136:14, 136:25, 137:18, 137:24, 138:10, 138:19, 139:3, 139:8, 139:16, 139:20, 140:2, 140:8, 140:15, 140:19, 140:25, 141:10, 141:13, 141:16, 141:20, 141:22, 142:2, 142:7, 142:12, 142:17, 142:24, 143:4, 143:11, 143:16, 145:2, 145:23, 146:7, 146:11, 147:16, 148:3, 148:7, 148:11, 148:15, 148:19, 148:23, 149:2, 149:13, 149:16, 149:19, 150:5, 150:11, 150:15, 150:20, 150:24,

151:6, 151:11, 152:9, 152:24, 153:4, 153:18, 154:13, 154:17, 154:24, 155:4, 155:7, 155:11, 155:14, 155:25, 156:21, 157:9, 157:23, 158:5, 158:8, 158:12, 158:15, 158:22, 159:4, 159:7, 159:16, 159:18, 160:17, 160:23, 161:4, 161:12, 161:17, 162:2, 162:6, 162:11, 162:20, 163:22, 164:13, 165:16, 166:5, 166:22, 167:6, 167:9, 167:21, 168:15, 168:24, 169:9, 169:15, 170:9, 171:10, 171:14, 173:11, 173:24, 174:2, 175:5, 175:8, 175:11, 175:21, 176:4, 176:9, 176:19, 177:2, 177:7, 177:11, 177:18, 177:22, 178:3, 178:8, 178:16, 178:20, 178:25, 179:4, 179:8, 179:15, 179:22, 179:25, 180:4, 180:7, 180:10, 180:14, 180:17, 180:22, 181:2, 181:6, 181:12, 181:16, 181:20, 181:24, 182:3, 182:13, 182:16, 182:19, 182:21, 182:24, 183:5, 183:8, 183:14, 183:20, 183:24, 184:2, 184:7, 184:11, 184:14, 184:18, 184:25, 185:6, 185:13, 185:21, 186:7, 186:20, 186:23, 187:4, 187:9, 187:14, 187:20, 187:24, 188:10, 189:2, 189:8, 189:14, 189:24, 190:6, 190:11, 190:16, 190:23, 191:3, 191:6, 191:17, 192:4, 192:8, 192:23, 193:8, 193:12, 193:15, 194:4, 194:10, 194:20, 194:23, 195:10
**must** [1] - 116:15

**N**

**name** [33] - 4:14, 6:25, 7:4, 7:5, 7:9, 7:13, 13:3, 16:20, 36:15, 39:6, 39:10, 39:24, 42:15, 42:18, 42:21, 49:15, 66:19, 67:3, 72:14, 79:9, 79:10, 81:4, 81:6, 81:8, 81:10, 106:19, 135:21, 138:12, 146:16, 146:18, 146:21, 147:6, 160:8

**names** [15] - 7:3, 8:15, 38:23, 39:3, 39:5, 70:22, 131:24, 132:2, 132:4, 132:6, 133:22, 135:7, 135:10, 173:15, 173:21

**necessary** [15] - 41:24, 42:9, 46:19, 46:21, 54:2, 117:7, 117:10, 118:8, 138:6, 177:4, 181:18, 181:21, 181:25, 182:6, 188:15

**necessities** [2] - 165:19, 165:20

**Neck** [1] - 2:9

**need** [29] - 9:7, 10:4, 10:10, 10:14, 42:5, 46:24, 46:25, 47:4, 53:15, 54:24, 98:5, 114:15, 118:11, 122:17, 147:20, 150:16, 158:2, 162:22, 165:14, 166:15, 169:5, 181:17, 186:3, 191:13, 192:9, 193:22, 194:2, 194:8, 195:8

**needed** [13] - 41:22, 47:11, 47:12, 53:11, 82:6, 97:17, 112:2, 163:9, 165:17, 165:24, 177:4, 177:13

**needs** [2] - 56:14, 186:7

**negative** [1] - 156:6

**Nellie** [2] - 36:16, 36:17

**NELSON** [1] - 1:3

**Nelson** [3] - 132:18, 154:7, 160:5

**nerve** [2] - 184:5, 184:9

**never** [34] - 7:12, 7:14, 18:25, 34:18, 35:12, 48:17, 53:22, 64:24, 65:12, 65:18, 86:12, 86:15, 87:7, 91:14, 103:23, 105:20, 108:16, 108:22, 110:2, 112:6, 114:8, 119:15, 138:23, 143:13, 146:5, 156:4, 156:15, 166:16, 172:9, 172:10, 173:21, 187:22, 189:18

**nevertheless** [1] - 112:11

**New** [15] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 43:21, 44:9, 44:14, 44:23, 196:23, 198:4

**NEW** [2] - 1:2, 196:4

**new** [1] - 116:10

**Newborn** [6] - 8:19, 8:20, 18:4, 22:6, 26:13, 171:5

**next** [7] - 69:23, 103:20, 114:10, 114:11, 130:10, 186:5, 195:3

**nice** [6] - 59:4, 59:5, 113:4, 113:5, 120:5, 163:11

**nicely** [1] - 161:3

**night** [11] - 68:10, 69:9, 77:23, 97:21, 120:20, 121:6, 178:12, 178:14, 178:22, 192:21

**nights** [1] - 97:23

**nine** [8] - 36:5, 36:21, 37:14, 73:15, 74:7, 76:8, 76:10, 87:11

**nine-year-old** [1] - 37:14

**Nissan** [2] - 38:4, 38:6

**nobody** [6] - 33:14, 94:14, 117:4, 118:16, 162:4, 162:8

**Noe** [1] - 134:3

**NOE** [1] - 1:5

**none** [3] - 5:23, 133:22, 154:4

**normal** [1] - 101:11, 182:4

**normally** [1] - 154:2

**NOT** [1] - 2:15

**Notary** [3] - 1:24,

196:23, 198:3

**Noted** [1] - 195:12

**nothing** [8] - 47:7, 51:5, 91:23, 120:14, 162:21, 162:22, 163:13, 194:25

**Notice** [1] - 1:21

**noticed** [1] - 172:11

**November** [3] - 18:13, 97:12, 165:23

**novia** [2] - 145:10, 165:15

**nowhere** [1] - 45:17

**number** [33] - 8:25, 9:11, 9:12, 9:13, 10:17, 10:22, 11:5, 11:7, 11:8, 11:12, 11:16, 12:14, 12:18, 13:4, 13:21, 14:13, 15:5, 15:13, 15:20, 55:16, 56:2, 57:7, 57:12, 57:13, 115:25, 116:4, 116:5, 116:6, 116:8, 116:9, 116:11, 116:13, 164:16

**Number** [1] - 38:20

**numbers** [4] - 12:25, 14:13, 14:17, 55:22

**O**

**oath** [5] - 3:16, 7:16, 7:19, 48:3, 196:10

**object** [8] - 45:23, 54:8, 55:18, 127:4, 127:22, 152:3, 157:23, 169:15

**objected** [3] - 45:11, 46:4, 55:24

**objecting** [2] - 45:6, 45:13

**objection** [256] - 6:17, 9:15, 12:20, 15:7, 15:14, 20:19, 21:12, 23:7, 23:16, 27:13, 27:24, 28:4, 28:12, 28:14, 28:18, 29:2, 29:10, 29:14, 29:21, 29:25, 30:4, 31:7, 32:20, 32:24, 33:7, 33:12, 33:16, 33:22, 34:2, 34:6, 34:25, 39:16, 40:3, 42:6, 45:7, 45:9, 47:3, 47:22, 48:6, 49:21, 50:8, 50:14, 51:22, 52:23, 53:3, 53:4, 53:8, 53:17, 53:18, 60:11, 60:23, 61:23, 62:6, 62:12, 63:19,

64:12, 64:21, 65:9, 65:14, 66:4, 69:10, 69:18, 69:25, 70:7, 71:3, 71:9, 71:20, 72:4, 72:20, 73:6, 73:11, 73:18, 74:11, 75:17, 75:25, 76:19, 79:23, 81:14, 81:23, 83:6, 83:12, 83:18, 83:23, 84:15, 86:5, 86:21, 87:2, 87:8, 87:21, 89:21, 90:4, 90:16, 95:14, 95:21, 95:25, 98:10, 99:10, 100:8, 101:12, 101:23, 103:2, 103:18, 105:9, 105:18, 106:11, 107:11, 107:17, 107:23, 108:18, 108:25, 109:20, 110:8, 110:15, 110:24, 111:8, 111:13, 111:17, 112:8, 112:13, 113:2, 113:10, 114:21, 115:3, 116:14, 117:8, 117:11, 117:19, 117:25, 118:18, 120:8, 121:4, 121:9, 121:12, 121:19, 122:7, 127:15, 127:18, 135:25, 136:7, 136:14, 136:25, 137:18, 137:24, 138:10, 138:19, 139:3, 139:8, 139:16, 139:20, 140:2, 140:8, 140:15, 140:19, 140:25, 141:10, 141:13, 141:20, 141:22, 142:2, 142:7, 142:12, 142:17, 142:24, 143:4, 143:11, 145:23, 146:11, 147:16, 152:9, 152:24, 153:4, 153:18, 154:13, 154:17, 154:24, 155:4, 155:7, 155:11, 155:14, 155:25, 156:21, 157:9, 161:2, 163:22, 163:23, 164:13, 165:16, 166:5, 166:22, 167:6, 167:9, 167:21, 168:19, 170:9, 171:10, 171:14, 173:11, 173:24, 175:21, 176:4, 176:9,

176:19, 177:2, 177:7, 177:18, 177:22, 178:3, 178:8, 178:16, 178:20, 178:25, 179:8, 180:22, 181:2, 181:6, 181:12, 181:16, 181:20, 181:24, 182:13, 182:16, 182:19, 182:21, 182:24, 183:5, 183:8, 183:14, 183:20, 183:24, 184:7, 184:11, 184:25, 185:6, 186:21, 187:20, 187:24, 188:10, 188:11, 189:2, 189:8, 189:15, 189:24, 190:6, 190:11, 190:16, 190:23, 192:4, 192:8, 192:23, 193:8, 193:12, 193:15, 194:4, 194:10, 194:20, 194:23

**Objection** [17] - 47:18, 68:12, 82:7, 85:20, 90:14, 95:7, 99:24, 100:20, 100:24, 101:6, 101:19, 104:21, 120:13, 121:16, 141:16, 146:7, 177:11

**objectionable** [1] - 152:5

**objections** [7] - 3:10, 54:4, 54:10, 54:12, 60:13, 60:24, 84:17

**obligation** [2] - 5:9, 46:6

**obtain** [1] - 44:20, 182:7

**obviously** [1] - 16:9

**ocho** [1] - 154:23

**October** [1] - 198:16

**OF** [6] - 1:2, 2:4, 2:8, 2:13, 196:4, 196:6

**offer** [1] - 157:14

**offered** [2] - 25:16, 25:18

**office** [8] - 114:13, 154:10, 172:21, 172:22, 173:2, 173:5, 173:20, 174:16

**officer** [2] - 3:15, 42:11

**OFFICES** [3] - 2:4, 2:8, 2:13

**often** [3] - 35:9, 66:11, 68:19

old [6] - 6:19, 36:4, 37:13, 37:14, 82:25
once [8] - 6:14, 104:6, 104:8, 104:9, 104:14, 153:20, 189:6, 189:12
one [44] - 1:19, 7:2, 15:13, 15:22, 21:8, 32:25, 33:2, 33:3, 36:5, 37:14, 42:3, 54:3, 54:6, 54:8, 57:8, 57:9, 57:10, 65:22, 68:20, 74:2, 87:12, 91:19, 91:22, 97:9, 97:21, 104:15, 106:7, 115:22, 116:15, 118:5, 118:9, 120:16, 120:18, 135:19, 138:20, 142:25, 145:17, 145:21, 158:8, 160:9, 163:17, 164:14, 164:19
one-year-old [1] - 37:14
ones [13] - 30:13, 31:4, 31:8, 31:9, 80:15, 80:18, 80:23, 89:12, 101:2, 129:22, 135:3, 172:13
onion [2] - 88:6, 89:12
open [1] - 102:3
operate [2] - 93:9, 93:14
operating [1] - 18:18
operator [1] - 93:8
opportunity [6] - 9:25, 55:8, 68:18, 160:15, 161:6, 161:9
orange [1] - 79:4
order [26] - 1:22, 9:19, 10:20, 10:23, 11:3, 11:20, 12:11, 13:23, 15:24, 41:7, 46:19, 46:22, 52:21, 55:25, 58:6, 99:12, 110:13, 122:11, 123:23, 124:2, 130:20, 131:7, 158:19, 175:14, 176:17, 181:11
origin [1] - 8:22
OSMAR [1] - 1:4
Osmar [1] - 133:12
otherwise [2] - 74:24, 130:9
outcome [1] - 198:14
outside [4] - 11:10, 11:25, 154:16, 163:5
overtime [9] - 73:14,

73:17, 75:23, 76:8, 76:15, 87:11, 109:14, 120:22, 167:19
owe [1] - 109:11
owed [2] - 74:8, 75:23
owing [1] - 74:6
own [3] - 37:17, 37:25, 38:3
owner [10] - 63:22, 94:2, 94:16, 94:17, 94:19, 94:21, 94:24, 95:2, 171:3
owners [1] - 156:4
owns [4] - 93:23, 94:2, 94:7, 115:15

## P

P.C [1] - 2:17
p.m [12] - 12:8, 55:7, 59:8, 92:24, 143:19, 191:23, 195:12
Pablo [3] - 132:7, 132:8, 132:9
packed [1] - 57:21
PAGE [4] - 197:3, 197:7, 197:13, 199:5
Pagoada [1] - 133:12
PAGOADA [1] - 1:4
paid [46] - 18:22, 18:25, 24:20, 30:17, 31:5, 31:8, 35:6, 35:9, 61:6, 61:15, 61:16, 62:8, 62:9, 62:22, 63:9, 64:9, 64:14, 64:16, 73:15, 74:6, 74:7, 76:8, 76:14, 76:18, 85:19, 86:4, 86:23, 87:12, 90:7, 100:17, 100:19, 106:23, 107:6, 107:14, 108:7, 108:20, 110:6, 110:12, 110:22, 111:5, 112:21, 113:9, 113:18, 120:21, 157:8
Palabra [1] - 66:20
pan [1] - 102:10
paper [2] - 117:13, 172:11
papers [3] - 117:14, 117:21, 118:3
part [1] - 144:6
particular [1] - 149:11
particularly [2] - 150:22, 150:25
parties [2] - 3:6,

198:12
partner [1] - 144:9
pass [4] - 54:10, 60:17, 72:12, 88:13
passed [3] - 102:2, 114:11, 117:21
passes [1] - 90:11
passport [1] - 96:3
past [1] - 6:4
pastor [2] - 67:2, 135:20
Pastor [1] - 67:5
pastor's [1] - 67:3
Patchogue [1] - 96:21
Patrick [6] - 9:24, 51:16, 57:2, 134:15, 159:10, 174:6
PATRICK [2] - 2:8, 2:11
Patrick's [1] - 174:8
Pave [14] - 25:19, 25:23, 26:4, 27:3, 27:8, 27:9, 27:21, 28:10, 28:17, 28:25, 29:3, 29:6, 62:19, 62:23
Pave-Co [4] - 25:19, 25:23, 26:4, 27:3, 27:8, 27:9, 27:21, 28:10, 28:17, 28:25, 29:3, 29:6, 62:19, 62:23
paver [1] - 93:10
Paving [52] - 8:18, 25:7, 25:9, 25:11, 25:14, 25:17, 26:2, 27:12, 27:18, 29:17, 29:18, 29:22, 29:24, 30:5, 30:6, 30:8, 34:20, 59:19, 60:10, 61:4, 61:8, 70:13, 70:16, 76:24, 77:3, 77:8, 93:7, 93:22, 93:24, 94:2, 94:7, 99:21, 102:24, 106:8, 113:15, 113:24, 114:3, 114:25, 115:4, 115:12, 115:13, 119:19, 152:22, 156:7, 156:16, 164:8, 164:23, 170:17, 170:20, 170:23, 171:2, 171:7
paving [3] - 93:12, 162:24, 163:2
PAVING [1] - 1:10
Paving/Suffolk [1] - 118:10
pay [45] - 16:17,

16:25, 17:3, 17:6, 17:12, 17:14, 17:20, 17:22, 17:24, 18:6, 18:8, 18:19, 19:4, 19:9, 19:14, 19:17, 31:9, 35:2, 35:18, 35:19, 64:15, 66:2, 73:14, 74:4, 85:8, 85:14, 85:15, 85:16, 90:9, 90:11, 92:3, 99:21, 100:5, 100:13, 102:25, 105:7, 105:11, 108:8, 109:24, 112:18, 157:6, 165:18, 165:24, 172:10
Pay [1] - 71:23
paycheck [7] - 30:8, 30:12, 30:20, 76:11, 76:13, 107:4, 108:23
paychecks [5] - 30:15, 30:23, 31:2, 108:5, 108:16
paying [3] - 62:3, 106:7, 151:24
payments [1] - 35:12
pays [1] - 108:14
pen [1] - 118:20
penalties [1] - 7:22
pension [3] - 20:10, 20:18, 21:6
people [6] - 83:15, 134:25, 135:4, 136:4, 144:20, 147:3
Pepsi [1] - 88:25
per [10] - 18:19, 18:22, 19:2, 25:17, 55:25, 61:9, 61:10, 63:6, 72:6, 109:21
percent [1] - 47:19
PEREZ [1] - 1:6
Perez [1] - 134:12
period [4] - 110:7, 166:17, 166:18, 167:2, 167:3, 167:17
periods [2] - 168:8, 170:6
permission [1] - 43:25
permit [3] - 43:23, 44:20, 159:3
permits [1] - 194:16
persists [5] - 189:20, 190:4, 190:10, 190:15, 190:21
person [10] - 69:23, 79:9, 101:11, 103:20, 137:8, 144:5, 160:9, 164:19, 194:13, 194:21

personal [12] - 119:20, 129:18, 129:20, 129:22, 129:24, 130:3, 130:22, 131:2, 131:3, 131:8, 131:14, 135:17
perusing [1] - 171:19
phone [2] - 116:12, 117:15
phonetic [3] - 8:17, 8:18, 132:13
pick [1] - 83:5
pickles [1] - 88:7
pickup [1] - 154:22
picture [6] - 47:16, 48:19, 48:22, 49:5, 52:9, 52:16
Pioneer [4] - 8:5, 8:6, 8:9, 8:12
pioneer [1] - 8:7
pipe [2] - 162:9, 162:10
place [5] - 1:23, 24:9, 72:10, 73:3, 194:6
places [1] - 13:5
plain [1] - 89:12
Plaintiff [1] - 144:5
plaintiff [2] - 160:13, 184:19, 192:15
Plaintiffs [5] - 1:7, 1:19, 2:4, 2:9, 2:13
Plaintiffs' [1] - 54:2
plastic [1] - 48:15
play [9] - 91:2, 91:20, 91:21, 91:25, 92:15, 111:5, 111:22, 112:11
played [13] - 91:5, 91:9, 91:13, 91:14, 91:22, 92:9, 110:23, 111:3, 111:12, 111:19, 111:20, 111:22, 111:23
playing [5] - 33:6, 34:4, 91:6, 91:12, 111:16
pleads [1] - 13:14
PLLC [1] - 2:4
point [3] - 53:25, 162:22, 168:21
pointing [2] - 94:24, 118:20
police [1] - 42:11
por [1] - 176:14
portion [1] - 93:3
position [3] - 136:5, 168:10, 191:14
possessed [1] - 7:9
possible [2] - 48:20, 145:22
possibly [4] - 95:18,

138:24, 141:3, 145:7
**posters** [1] - 172:7
**potato** [3] - 89:6, 89:9
**PRACELIS** [1] - 1:4
**Pracelis** [1] - 133:9
**Practice** [1] - 1:21
**precisely** [1] - 23:3
**prepare** [1] - 22:18
**prepared** [2] - 156:19, 186:17
**PRESENT** [2] - 2:15, 2:23
**present** [3] - 59:12, 138:5, 160:12
**preserve** [3] - 116:21, 117:2, 117:4
**president** [1] - 115:18
**President** [1] - 115:24
**pretend** [1] - 181:22
**pretty** [1] - 57:22
**prevailing** [1] - 18:15
**prevailing-wage** [1] - 18:15
**priest** [2] - 66:25, 67:2
**private** [1] - 72:10
**privately** [1] - 65:23
**privilege** [3] - 21:3, 116:24, 118:25
**privileged** [1] - 127:3
**proceed** [4] - 149:21, 150:21, 151:15, 159:6
**proceeding** [4] - 151:18, 151:19, 151:25, 174:19
**process** [1] - 123:4
**profession** [1] - 149:23
**professional** [1] - 59:6
**Professional** [1] - 1:23
**projects** [4] - 70:12, 70:15, 72:18, 77:13
**promise** [3] - 23:19, 98:19, 98:20
**promised** [1] - 33:24
**protective** [15] - 9:18, 10:20, 10:23, 11:3, 11:20, 12:11, 13:23, 15:23, 58:6, 122:11, 123:23, 124:2, 130:20, 131:7, 175:13
**prove** [1] - 118:14
**provide** [9] - 5:4, 5:13, 11:9, 11:11,

16:11, 43:5, 116:17, 163:24, 174:23
**provided** [6] - 13:11, 15:12, 15:21, 57:7, 57:8, 148:12
**Public** [3] - 1:24, 196:23, 198:3
**pursuant** [2] - 1:20, 45:21
**put** [5] - 15:6, 42:24, 113:6, 129:16, 151:13
**putting** [1] - 149:22

## Q

**que** [1] - 176:14
**questioning** [4] - 48:10, 57:11, 127:23, 128:10
**questions** [34] - 4:4, 4:25, 5:5, 32:23, 43:4, 43:9, 45:12, 45:19, 48:4, 57:6, 58:6, 74:17, 74:20, 74:24, 75:12, 98:6, 113:21, 123:16, 130:18, 130:24, 131:6, 131:12, 157:24, 159:8, 169:3, 169:7, 174:23, 188:20, 191:7, 192:3, 192:7, 192:18, 193:18, 193:24
**quick** [1] - 54:16
**quickly** [1] - 195:6
**Quintanilla** [4] - 132:18, 133:15, 154:7, 160:5
**QUINTANILLA** [2] - 1:3, 1:5
**Quinteros** [1] - 134:9
**QUINTEROS** [1] - 1:6
**quite** [1] - 57:20
**quizzical** [1] - 162:7

## R

**rags** [1] - 92:11
**rain** [2] - 31:25, 34:14
**rained** [1] - 31:23
**raining** [1] - 31:21
**rains** [1] - 85:14
**rainy** [1] - 31:18
**rare** [1] - 104:11
**rarely** [3] - 112:9, 154:2, 155:8
**rash** [1] - 58:19

**rather** [1] - 188:7
**reached** [2] - 57:18, 58:2
**read** [6] - 57:13, 92:25, 93:4, 169:22, 169:23, 196:9
**ready** [3] - 58:16, 169:17, 169:18
**real** [1] - 181:22
**really** [4] - 28:9, 39:13, 151:16, 167:13
**REASON** [10] - 199:7, 199:9, 199:11, 199:13, 199:15, 199:17, 199:19, 199:21, 199:23, 199:25
**reason** [12] - 5:22, 13:20, 13:25, 94:20, 122:13, 122:16, 123:7, 123:11, 124:18, 131:9, 131:14, 150:9
**reasons** [6] - 129:20, 129:22, 129:24, 130:3, 130:22, 199:4
**received** [2] - 30:23, 61:14
**recess** [6] - 12:6, 55:6, 59:7, 92:23, 143:18, 191:22
**reconsider** [1] - 161:2
**record** [27] - 4:14, 28:20, 48:8, 52:11, 80:20, 80:22, 93:4, 118:19, 143:22, 144:24, 145:5, 145:25, 149:3, 162:17, 162:19, 162:23, 167:25, 168:4, 168:15, 184:14, 185:17, 187:23, 191:3, 191:5, 196:12, 196:13, 198:9
**recorded** [1] - 56:20
**records** [2] - 116:12, 116:21
**refer** [1] - 137:8
**referee** [2] - 186:10, 186:13
**reference** [3] - 13:6, 13:9, 135:18
**referred** [2] - 63:14, 144:8
**referring** [2] - 44:19, 63:16
**reflect** [7] - 48:9, 52:12, 118:19, 144:25, 145:5,

168:16, 185:17
**reflected** [2] - 30:12, 31:2
**refusing** [7] - 10:18, 11:8, 11:11, 125:18, 125:22, 126:2, 127:9
**regard** [4] - 121:20, 142:20, 180:23, 183:10
**regarding** [5] - 11:2, 45:19, 57:6, 57:25, 191:7
**regular** [4] - 76:14, 88:21, 88:22, 89:13
**regularly** [2] - 68:16, 153:25
**related** [6] - 170:16, 170:19, 170:23, 170:25, 171:6, 198:10
**relationship** [2] - 144:10, 171:4
**relevant** [1] - 118:16
**remain** [11] - 50:18, 51:7, 51:16, 119:4, 148:5, 148:8, 148:13, 152:2, 152:6, 185:19, 187:7
**remember** [57] - 24:16, 24:17, 28:5, 32:21, 36:18, 36:19, 36:25, 37:2, 37:9, 38:22, 39:4, 39:6, 49:6, 51:24, 51:25, 52:8, 59:22, 60:3, 60:4, 60:9, 60:14, 60:16, 60:18, 61:2, 70:11, 70:14, 70:24, 71:5, 71:12, 71:13, 71:17, 71:18, 72:7, 72:9, 72:11, 72:12, 72:14, 72:17, 72:22, 73:2, 73:3, 73:4, 73:8, 75:20, 75:21, 75:22, 77:16, 91:8, 91:19, 97:10, 97:11, 137:3, 155:15, 155:18, 165:10, 168:5, 173:19
**renewed** [1] - 46:11
**rent** [3] - 37:20, 37:22, 165:24
**repay** [1] - 120:7
**repeat** [4] - 20:2, 50:11, 84:8, 180:19
**rephrase** [1] - 161:5
**replacing** [1] - 57:2
**report** [1] - 24:23
**reported** [2] - 191:16, 191:21
**REPORTER** [2] - 162:12, 162:16

**reporter** [2] - 54:20, 93:5
**Reporter** [1] - 1:24
**represent** [1] - 41:6
**reputation** [1] - 149:23
**request** [1] - 191:11
**requested** [1] - 93:3
**REQUESTING** [1] - 197:13
**requesting** [1] - 160:20
**require** [1] - 159:8
**required** [3] - 5:4, 43:5
**reserved** [1] - 3:11
**resident** [1] - 181:9
**respect** [2] - 75:8, 169:6
**respective** [1] - 3:6
**response** [42] - 20:15, 21:14, 27:14, 27:25, 28:19, 39:8, 39:17, 39:19, 41:8, 41:15, 41:17, 42:7, 43:16, 44:3, 44:11, 47:23, 61:19, 61:21, 70:2, 71:15, 73:21, 73:24, 76:4, 84:2, 92:17, 95:15, 101:24, 110:17, 110:19, 111:6, 120:10, 130:11, 140:21, 140:23, 153:10, 167:7, 176:11, 179:10, 179:12, 179:18, 185:8, 189:16
**responsible** [2] - 137:14, 137:16
**rest** [1] - 141:4
**restaurant** [3] - 24:2, 24:3, 24:13
**return** [2] - 24:24, 25:2
**returned** [2] - 26:2, 96:12
**returns** [2] - 15:3, 15:6
**revealing** [1] - 13:15
**review** [2] - 156:18, 191:18
**Ricky** [1] - 155:22
**ride** [5] - 80:19, 80:24, 83:17, 182:11, 182:14
**rides** [1] - 82:3
**Rights** [2] - 173:9, 173:12
**rip** [1] - 117:21
**RIVERA** [1] - 1:5

**Rivera** [3] - 81:9, 133:18, 154:7
**Road** [1] - 2:9
**Rodriguez** [2] - 49:18, 134:3
**RODRIGUEZ** [1] - 1:5
**role** [2] - 88:4, 152:6
**roller** [7] - 83:3, 90:19, 90:20, 93:7, 93:8, 93:10
**rolling** [1] - 111:24
**Ronkonkoma** [2] - 77:17, 77:20
**room** [7] - 48:12, 56:14, 56:16, 59:10, 130:2, 151:22, 192:25
**ruffled** [1] - 89:9
**ruffles** [1] - 89:7
**rule** [1] - 20:10
**Rules** [1] - 1:21
**rules** [3] - 85:2, 85:7, 85:13
**ruling** [4] - 128:18, 130:9, 130:14, 130:21
**RULINGS** [1] - 197:11
**run** [1] - 87:16

## S

**sad** [1] - 112:25
**Safar** [8] - 8:17, 16:14, 17:6, 19:25, 20:4, 20:6, 26:12, 170:14
**sandwich** [12] - 78:3, 78:4, 78:8, 87:25, 88:2, 88:15, 89:15, 89:19, 99:23, 112:15, 112:16, 112:23
**sandwiches** [9] - 78:6, 79:15, 79:21, 87:17, 98:23, 99:5, 99:13, 99:16, 110:14
**Santos** [1] - 132:9
**Saturday** [2] - 68:9, 68:16
**Saturdays** [1] - 67:23
**SAUL** [1] - 2:20
**Saul** [2] - 55:20, 56:24
**sausage** [1] - 78:14
**save** [2] - 119:7, 119:16
**saves** [1] - 117:14
**saving** [1] - 119:15
**saw** [1] - 156:24
**schedule** [1] - 13:9

**school** [2] - 97:14, 144:7
**scrambled** [2] - 78:12, 78:13
**screaming** [16] - 168:20, 169:4, 179:23, 180:2, 180:4, 180:7, 180:11, 180:14, 180:17, 180:18, 182:5, 185:14, 185:16, 186:24, 187:3
**sealing** [1] - 3:6
**season** [2] - 162:24, 163:2
**seat** [1] - 113:6
**second** [2] - 7:5, 34:9
**Security** [21] - 8:24, 9:10, 10:17, 10:21, 11:4, 11:7, 11:8, 11:11, 11:16, 12:14, 12:18, 12:24, 13:4, 13:21, 14:12, 15:5, 15:13, 15:20, 55:22, 57:7, 57:12
**see** [18] - 12:23, 38:12, 47:25, 48:2, 48:23, 72:13, 87:11, 104:6, 104:13, 108:17, 108:23, 118:19, 136:3, 150:9, 153:11, 171:18, 172:3, 172:6
**seek** [2] - 186:10, 186:12
**seeking** [1] - 124:17
**semblance** [2] - 158:20, 158:24
**sent** [4] - 22:9, 31:20, 32:11, 49:9
**September** [2] - 1:14, 196:10
**set** [4] - 173:3, 173:9, 198:6, 198:15
**settle** [1] - 157:14
**settlement** [2] - 160:16, 161:8
**seven** [10] - 5:20, 6:11, 6:16, 18:21, 19:16, 36:20, 62:24, 62:25, 63:2, 154:23
**seventy** [4] - 31:14, 31:16, 31:17, 109:25
**several** [1] - 135:15
**shall** [1] - 3:11
**share** [22] - 131:8, 131:13, 131:19, 132:17, 132:20, 132:23, 133:2, 133:5,

133:8, 133:11, 133:14, 133:17, 133:20, 133:23, 134:2, 134:5, 134:8, 134:11, 134:14, 134:17, 134:19, 134:22
**shared** [6] - 132:5, 135:2, 135:16, 136:9, 136:10, 136:24
**SHEET** [1] - 199:2
**shop** [5] - 82:4, 83:4, 83:10, 101:22, 172:4
**shovel** [1] - 114:9
**show** [3] - 38:15, 59:16, 76:13
**showing** [1] - 171:17
**shown** [1] - 55:14
**shut** [1] - 59:2
**si** [5] - 20:16, 71:16, 74:13, 147:25, 159:15
**side** [1] - 64:19
**sign** [2] - 157:2, 157:4
**Signed** [1] - 196:21
**signed** [4] - 3:15, 3:17, 41:13, 156:25
**silent** [11] - 50:19, 51:7, 51:16, 119:5, 148:6, 148:9, 148:14, 152:2, 152:6, 185:20, 187:8
**simply** [4] - 51:3, 51:5, 54:9, 62:13
**sins** [4] - 194:5, 194:12, 194:18, 195:9
**sit** [6] - 51:15, 58:25, 60:19, 72:15, 110:14, 130:12
**site** [10] - 81:18, 83:22, 87:19, 91:3, 91:14, 92:7, 100:15, 101:5, 101:15, 101:18
**sits** [1] - 169:7
**sitting** [2] - 169:2, 186:11
**six** [5] - 36:20, 67:11, 68:2, 68:24, 69:16
**sleepy** [1] - 153:21
**smile** [3] - 144:22, 145:7, 161:16
**smiling** [1] - 144:25, 145:6, 153:11
**snow** [4] - 34:15, 34:21, 35:11, 114:9
**snow..** [1] - 163:18
**snowing** [1] - 165:22
**soccer** [6] - 90:23, 90:25, 91:2, 91:6, 91:9, 91:13, 91:14,

91:17, 92:9, 92:10, 92:15, 110:23, 111:12, 111:16, 111:19, 111:23
**Social** [21] - 8:24, 9:10, 10:17, 10:21, 11:4, 11:7, 11:8, 11:11, 11:16, 12:14, 12:18, 12:24, 13:4, 13:21, 14:12, 15:5, 15:13, 15:20, 55:22, 57:7, 57:12
**soda** [2] - 88:20, 88:23, 89:15
**solicit** [1] - 174:5
**solicited** [1] - 173:23
**someone** [3] - 42:11, 94:24, 186:17
**sometimes** [34] - 31:17, 32:7, 32:10, 34:13, 35:15, 78:25, 80:10, 80:18, 81:25, 87:18, 96:19, 101:14, 102:16, 103:7, 111:4, 143:6, 144:20, 147:14, 147:18, 151:9, 153:2, 154:8, 154:15, 155:5, 155:10, 163:9, 163:17, 163:19, 178:21, 178:23, 179:2, 179:13
**somewhat** [1] - 169:12
**son** [2] - 115:23
**soon** [2] - 57:4, 188:24
**Sorry** [1] - 41:10
**sorry** [13] - 35:19, 47:6, 50:9, 55:20, 85:24, 101:8, 115:8, 115:9, 116:6, 166:24, 170:11, 177:19, 184:8
**sounds** [1] - 78:20
**sour** [1] - 89:11
**Southampton** [1] - 120:20
**Spanish** [9] - 2:24, 4:2, 4:5, 22:16, 137:8, 137:20, 161:13, 170:3
**speaking** [1] - 53:24, 60:13, 188:16
**specific** [4] - 72:17, 75:15, 167:17, 175:3
**specifically** [2] - 44:18, 175:13
**spell** [2] - 7:6, 132:14
**spend** [1] - 193:21
**ss** [1] - 196:5
**stamp** [3] - 157:3,

157:4, 157:6
**stand** [1] - 144:15
**stands** [1] - 144:14
**stare** [2] - 168:21, 168:24
**staring** [1] - 168:22
**start** [5] - 8:8, 100:16, 102:20, 103:5, 164:11
**started** [9] - 26:25, 28:7, 62:3, 79:16, 91:12, 100:18, 164:4, 164:9, 165:22
**starting** [1] - 164:9
**state** [2] - 4:13, 181:10
**State** [26] - 1:24, 8:18, 16:23, 21:18, 26:12, 40:17, 44:23, 46:12, 52:21, 53:2, 96:25, 140:7, 141:8, 170:19, 173:8, 175:16, 175:25, 176:7, 180:25, 184:6, 184:10, 184:15, 184:24, 196:23, 198:4
**STATE** [1] - 196:4
**statement** [1] - 143:21
**statements** [3] - 71:23, 103:19, 148:12
**States** [5] - 23:23, 39:11, 53:20, 53:24, 96:16
**states** [1] - 175:4
**STATES** [1] - 1:2
**stating** [1] - 150:11
**status** [4] - 11:2, 14:8, 123:25, 124:5
**stay** [2] - 69:14, 97:19
**stayed** [4] - 97:21, 97:23, 98:13, 165:23
**stays** [1] - 108:14
**steal** [2] - 107:24, 107:25
**stealing** [1] - 108:3
**steals** [1] - 107:22
**step** [3] - 50:22, 56:9, 56:14
**steps** [1] - 46:2
**Steve** [1] - 173:15
**still** [6] - 11:6, 31:23, 46:13, 109:6, 185:13, 185:15
**STIPULATED** [3] - 3:4, 3:9, 3:13
**stop** [20] - 14:15, 34:4, 98:23, 102:5, 137:13, 148:18,

148:22, 148:25, 149:5, 152:23, 178:15, 179:23, 179:25, 180:4, 180:7, 180:10, 180:14, 180:17, 182:4, 184:18
**stopped** [3] - 6:8, 6:9, 25:13
**street** [1] - 60:17
**Street** [3] - 4:17, 36:10, 37:18
**streets** [7] - 60:20, 70:21, 70:23, 71:11, 72:7, 72:14, 72:18
**strong** [1] - 189:14
**strongly** [2] - 186:2, 186:21
**subject** [4] - 9:18, 11:3, 21:2, 57:25
**subscribed** [1] - 196:21
**Suffolk** [103] - 25:7, 25:9, 25:11, 25:14, 25:17, 26:2, 26:6, 26:8, 26:15, 26:18, 26:21, 26:24, 27:12, 27:18, 27:22, 27:23, 28:3, 28:8, 28:23, 29:15, 29:16, 29:17, 29:18, 29:22, 29:24, 30:5, 30:6, 30:8, 30:23, 34:20, 35:10, 35:13, 59:19, 60:10, 61:4, 61:8, 62:3, 63:4, 63:17, 63:18, 63:24, 64:11, 65:2, 70:13, 70:16, 76:24, 76:25, 77:3, 77:8, 77:10, 77:12, 77:14, 80:3, 86:11, 86:14, 93:7, 93:22, 93:23, 94:2, 94:7, 99:21, 102:24, 104:10, 105:19, 106:8, 113:15, 113:24, 114:3, 114:25, 115:4, 115:7, 115:12, 115:13, 115:14, 115:15, 118:10, 119:19, 152:22, 153:23, 155:23, 156:6, 156:7, 156:16, 164:8, 164:9, 164:23, 170:17, 170:20, 170:23, 171:2, 171:6, 171:7
**sUFFOLK** [1] - 1:10
**SUFFOLK** [1] - 1:10
**sugar** [1] - 152:15
**suggest** [1] - 186:2
**suing** [7] - 13:7,

13:8, 73:16, 106:4, 109:18, 167:4, 167:16
**summer** [1] - 163:20
**Sunday** [5] - 67:12, 67:15, 67:18, 67:20, 159:24
**Sunrise** [2] - 1:15, 2:18
**supplies** [1] - 147:23
**supports** [1] - 168:9
**supposed** [1] - 74:5
**surgery** [1] - 48:15
**surprised** [1] - 118:16
**suspect** [1] - 174:8
**sweet** [1] - 152:15
**sworn** [6] - 3:15, 3:17, 4:3, 4:8, 23:20, 198:6

## T

**tasty** [1] - 153:16
**taught** [1] - 93:17
**tax** [3] - 15:6, 24:24, 25:2
**team** [1] - 144:7
**telephone** [4] - 58:12, 115:25, 119:16, 174:13
**ten** [6] - 71:25, 72:2, 94:19, 99:17, 109:13, 168:3
**terms** [2] - 84:13, 84:20
**test** [2] - 46:3, 191:14
**testified** [16] - 4:9, 16:13, 26:14, 26:20, 27:11, 28:10, 28:16, 32:14, 74:10, 86:25, 87:3, 89:18, 95:12, 110:16, 115:2, 142:18
**testify** [1] - 118:7
**testifying** [2] - 7:20, 29:5
**Testimony** [1] - 1:21
**TESTIMONY** [1] - 197:2
**testimony** [19] - 7:18, 13:6, 27:8, 57:24, 61:18, 86:2, 111:18, 115:6, 121:21, 146:24, 149:11, 149:17, 151:3, 151:5, 175:3, 196:9, 196:12, 198:5, 198:9
**THAT** [3] - 198:5,

198:8, 198:13
**THE** [11] - 66:23, 85:23, 136:13, 139:9, 143:23, 144:4, 159:11, 162:12, 162:16, 188:4, 195:8
**themselves** [2] - 173:13, 173:15
**therefore** [1] - 144:13
**thinking** [3] - 47:14, 119:13, 119:14
**thinner** [2] - 48:20, 48:21
**thirty** [1] - 6:20
**thirty-four** [1] - 6:20
**threat** [1] - 189:9
**three** [10] - 24:17, 36:3, 37:12, 39:5, 45:12, 97:15, 97:17, 139:17, 139:18, 185:2
**threw** [2] - 118:3, 118:4
**throughout** [1] - 123:5
**throw** [2] - 117:22, 117:23
**tightly** [1] - 57:22
**time-and-a-half** [2] - 85:9, 85:10
**tirade** [1] - 150:6
**tired** [1] - 178:12
**title** [1] - 93:6
**TO** [1] - 197:2
**today** [23] - 4:19, 5:24, 7:16, 13:7, 31:19, 54:4, 57:22, 77:24, 139:14, 140:17, 141:15, 142:10, 142:11, 142:19, 150:23, 155:6, 175:3, 175:19, 194:3, 194:9, 194:11, 194:14
**together** [2] - 92:22, 154:12
**Tom** [1] - 60:2
**tomato** [1] - 88:6
**Tomlinson** [3] - 56:8, 56:18, 56:24
**tomorrow** [1] - 194:11
**tone** [4] - 51:12, 51:13, 182:4, 187:10
**took** [11] - 49:5, 52:9, 52:16, 59:13, 90:13, 100:6, 100:22, 103:23, 107:20, 113:3, 120:22
**tools** [1] - 147:22

**total** [2] - 61:9, 72:2
**town** [1] - 36:11
**transcript** [3] - 196:9, 196:11, 198:8
**translate** [2] - 158:2, 159:5
**translated** [4] - 137:10, 148:16, 148:21, 150:7
**travel** [1] - 103:13
**treat** [2] - 158:23, 169:6
**tremendously** [1] - 149:8
**Tri** [6] - 8:18, 16:23, 21:18, 26:12, 170:19
**Tri-State** [6] - 8:18, 16:23, 21:18, 26:12, 170:19
**trial** [1] - 3:12
**TRIAL** [1] - 1:18
**tried** [1] - 169:23
**truck** [16] - 82:16, 82:17, 82:18, 82:19, 82:20, 82:21, 82:23, 83:5, 119:25, 120:3, 146:25, 147:4, 147:9, 147:22, 153:23, 153:24, 153:25, 154:6, 154:9, 154:11, 154:21, 154:22
**trucks** [4] - 91:24, 99:8, 111:14, 154:5
**true** [5] - 107:10, 139:24, 196:11, 196:13, 198:8
**truth** [24] - 7:23, 23:20, 33:10, 33:15, 33:17, 33:18, 33:21, 33:25, 51:21, 51:23, 65:5, 109:2, 109:4, 140:5, 141:6, 141:7, 142:5, 143:8, 145:8, 154:19, 168:14, 189:21, 190:19, 190:24
**truthfully** [2] - 91:18, 153:19
**try** [6] - 28:6, 74:23, 75:11, 130:13, 150:2, 193:17
**trying** [6] - 28:5, 55:21, 75:7, 118:21, 123:19, 174:5
**Tulio** [1] - 134:12
**TULIO** [1] - 1:6
**twenty** [10] - 62:24, 62:25, 63:2, 99:18, 99:22, 100:6, 100:22, 109:13

**twenty-seven** [3] - 62:24, 62:25, 63:2
**two** [28] - 7:3, 13:8, 40:13, 40:21, 41:4, 61:14, 73:17, 74:6, 74:9, 75:23, 76:7, 86:24, 87:3, 87:5, 87:12, 91:4, 91:19, 91:22, 97:7, 97:23, 104:16, 111:19, 111:20, 111:24, 139:17, 139:18, 154:21, 163:16

## U

**uncomfortable** [2] - 58:21, 58:22
**under** [8] - 7:15, 7:18, 9:22, 10:22, 12:10, 48:3, 195:3, 196:10
**understood** [3] - 5:15, 151:19, 162:3
**unemployment** [5] - 121:25, 123:9, 124:6, 124:19, 124:24
**unilateral** [1] - 191:11
**union** [32] - 19:20, 19:22, 20:6, 21:6, 21:17, 21:23, 22:2, 22:9, 84:24, 84:25, 85:2, 86:3, 86:11, 86:16, 90:10, 104:2, 105:15, 105:20, 105:21, 105:24, 106:5, 106:10, 106:16, 106:22, 107:3, 107:6, 107:15, 107:22, 108:13, 108:15, 110:3
**United** [5] - 23:23, 39:11, 53:20, 53:24, 96:16
**UNITED** [1] - 1:2
**united** [2] - 86:13, 110:5
**units** [1] - 82:19
**unless** [1] - 161:15
**unprofessional** [1] - 149:9
**up** [15] - 13:2, 13:4, 34:21, 52:12, 64:4, 64:5, 74:6, 83:5, 109:25, 117:21, 124:15, 173:3, 173:9, 188:9, 193:19
**utility** [5] - 82:16, 82:19, 82:20, 153:25,

154:11
**utterly** [1] - 187:5

## V

**vacation** [3] - 96:18, 96:20, 97:18
**various** [2] - 13:5, 175:4
**Vecchia** [13] - 63:22, 94:3, 94:5, 94:6, 114:10, 115:17, 115:24, 116:2, 134:17, 134:20, 134:23, 170:13
**VECCHIA** [3] - 1:11, 1:11
**Vega** [2] - 81:11, 134:6
**VEGA** [1] - 1:5
**vehicle** [4] - 37:25, 38:3, 82:13, 82:15
**Vehicles** [1] - 49:12
**verbal** [42] - 20:15, 21:14, 27:14, 27:25, 28:19, 39:8, 39:17, 39:19, 41:8, 41:15, 41:17, 42:7, 43:16, 44:3, 44:11, 47:23, 61:19, 61:21, 70:2, 71:15, 73:21, 73:24, 76:4, 84:2, 92:17, 95:15, 101:24, 110:17, 110:19, 111:6, 120:10, 130:11, 140:21, 140:23, 153:10, 167:7, 176:11, 179:10, 179:12, 179:18, 185:8, 189:16
**verbally** [1] - 60:7
**Village** [1] - 24:5
**violate** [9] - 58:6, 127:14, 127:17, 127:21, 127:24, 128:4, 128:7, 128:11, 128:14
**violated** [1] - 175:4
**violating** [2] - 20:10, 175:15
**violation** [1] - 41:20
**voice** [1] - 56:20

## W

**wage** [1] - 18:15
**wait** [9] - 16:3, 16:12, 70:6, 158:16, 161:12, 161:18, 165:21, 190:9

**waiting** [7] - 14:21, 91:11, 91:23, 111:14, 112:4, 112:7, 130:15
**waived** [2] - 3:8, 45:8
**walk** [2] - 182:8, 182:9
**WALLACE** [1] - 2:13
**Wallace** [1] - 157:21
**walter** [1] - 197:4
**Walter** [9] - 4:15, 7:2, 7:10, 7:11, 16:20, 39:7, 39:12, 39:14, 146:16
**WALTER** [4] - 1:4, 1:18, 196:8, 196:17
**wants** [1] - 137:12
**Washington** [9] - 96:24, 96:25, 97:3, 97:6, 97:20, 98:2, 98:4, 98:8, 98:16
**watch** [1] - 113:8
**Waverly** [6] - 70:17, 72:25, 73:5, 74:3, 76:6, 87:4
**week** [24] - 6:4, 30:9, 31:15, 34:11, 35:19, 61:9, 68:22, 69:4, 73:13, 76:8, 76:18, 97:9, 104:7, 109:14, 109:21, 109:22, 114:11, 121:6, 153:22, 157:17, 159:22, 163:15, 163:16
**weekly** [2] - 30:23, 31:13
**weeks** [1] - 114:11
**weigh** [1] - 52:13
**weighed** [2] - 49:4, 52:9
**weight** [1] - 48:18
**welcome** [2] - 46:10, 55:5
**West** [1] - 2:10
**WHEREOF** [1] - 198:15
**white** [1] - 95:19
**whoa** [1] - 158:16
**whole** [3] - 127:23, 135:14, 164:20
**wife** [34] - 36:24, 37:10, 94:19, 94:25, 117:14, 117:24, 121:17, 138:5, 138:13, 138:17, 138:20, 139:5, 139:10, 139:12, 141:2, 142:14, 145:11, 145:12, 146:4, 146:5, 146:8,

146:9, 165:18, 165:19, 185:4, 187:19, 187:22, 188:12, 188:13, 188:17, 188:18
**wife's** [1] - 36:15
**willing** [1] - 142:15
**winter** [1] - 32:3
**wish** [1] - 199:3
**witness** [21] - 9:16, 12:12, 12:21, 15:8, 15:15, 38:17, 56:15, 59:9, 125:7, 148:4, 148:7, 148:10, 148:11, 148:19, 157:25, 168:17, 185:17, 186:25, 187:11, 198:5, 198:9
**WITNESS** [7] - 85:23, 139:9, 159:11, 188:4, 195:8, 197:3, 198:15
**Witness** [1] - 4:7
**witness's** [1] - 149:11
**woman** [4] - 94:15, 95:13, 136:20, 142:23
**word** [3] - 66:23, 136:20, 169:16
**words** [2] - 150:3, 190:4
**workers** [8] - 81:21, 154:4, 156:11, 156:12, 172:14, 172:23, 173:13, 173:15
**works** [2] - 11:20, 106:20
**worksite** [4] - 81:13, 82:13, 98:24, 147:15
**worried** [1] - 107:19
**worship** [1] - 67:15
**wrap** [1] - 193:19
**write** [5] - 22:13, 22:16, 54:9, 59:23, 59:25

## Y

**yard** [7] - 77:22, 82:10, 91:11, 91:12, 91:14, 102:18, 118:12
**year** [19] - 8:10, 8:14, 18:12, 25:6, 36:5, 36:18, 37:2, 37:7, 37:13, 37:14, 41:6, 62:7, 79:18, 86:9, 105:21, 106:13, 114:5, 163:7

**years** [23] - 5:20, 6:11, 6:18, 6:21, 24:17, 36:20, 36:21, 36:22, 38:7, 38:8, 67:8, 67:11, 68:2, 68:25, 69:17, 79:14, 93:14, 93:16, 97:7, 104:9, 178:12
**yelling** [1] - 149:6, 149:7, 168:16
**yes-or-no** [3] - 43:4, 43:5, 160:25
**yesterday** [1] - 6:2
**Yoo** [3] - 79:5, 79:7, 79:8
**yoo** [1] - 79:13
**Yoo-Hoo** [3] - 79:5, 79:7, 79:8
**yoo-Hoo** [1] - 79:13
**YORK** [2] - 1:2, 196:4
**York** [15] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 43:21, 44:9, 44:14, 44:23, 196:23, 198:4
**yourself** [3] - 102:21, 127:11, 173:22

## Z

**Zabell** [16] - 51:11, 55:20, 56:22, 56:24, 125:9, 128:6, 168:16, 168:25, 179:22, 180:15, 182:3, 185:15, 186:20, 189:10, 197:4, 197:14
**ZABELL** [116] - 2:17, 2:20, 4:12, 9:21, 9:23, 10:6, 10:9, 10:13, 10:16, 10:21, 11:4, 11:21, 12:2, 12:23, 13:24, 14:6, 14:10, 14:15, 14:20, 15:9, 15:17, 16:2, 16:7, 16:10, 45:8, 45:23, 46:6, 46:10, 48:8, 50:18, 51:2, 51:5, 51:14, 52:11, 53:25, 54:17, 54:21, 55:5, 56:7, 56:23, 58:9, 58:16, 58:18, 58:25, 66:21, 80:20, 92:20, 92:25, 119:2, 119:4, 122:12, 122:15, 122:19, 122:21, 122:25, 123:20, 123:24, 124:4, 124:12, 124:18,

127:2, 136:12, 137:10, 143:16, 143:20, 144:3, 144:15, 144:24, 145:4, 148:5, 148:8, 148:13, 148:18, 148:22, 148:25, 149:5, 149:14, 149:18, 149:20, 150:9, 150:13, 150:18, 150:22, 151:16, 158:4, 158:6, 158:11, 158:14, 158:16, 158:25, 159:6, 160:22, 160:24, 161:15, 162:4, 162:8, 162:14, 162:18, 162:22, 169:8, 169:10, 174:7, 175:7, 175:10, 185:19, 185:23, 186:12, 186:22, 187:2, 187:6, 187:12, 190:25, 191:4, 191:10, 191:20, 194:25
**zabell** [5] - 124:10, 128:8, 130:16, 179:6, 185:21