1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    --------------------------------------------X
     NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX
4    AMIR AREVALO, MAYNOR FAJARDO, WALTER GARCIA,
     JOSE L. MARTINEZ, PRACELIS MENDEZ, OSMAR W.
5    PAGOADA, JAVIER QUINTANILLA, EDWIN RIVERA,
     CARLOS ESCALANTE, KEVIN GALEANO, LERLY NOE
6    RODRIGUEZ, JOSE VEGA CASTILLO, JUAN
     QUINTEROS, and MARCUS TULIO PEREZ,
7
                                Plaintiffs,
8
9           -against-              Case No:
                                   09-CV-5331
10
     SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
11   LOUIS VECCHIA, CHRISTOPHER VECCHIA,
     HELENE VECCHIA, and JOHN DOES 1-5,
12
                                Defendants.
13
     --------------------------------------------X
14
                        September 29, 2011
15                      9:45 a.m.

16                      4875 Sunrise Highway
                        Bohemia, New York
17

18        EXAMINATION BEFORE TRIAL of JOSE L. MARTINEZ,

19   one of the Plaintiffs herein, taken by the

20   Defendants, pursuant to Article 31 of the

21   Civil Practice Law and Rules of Testimony,

22   and Notice and order, held at the

23   above-mentioned time and place, before Karen

24   LaMendola, a Professional Court Reporter and

25   Notary Public of the State of New York.

South Shore Court Reporting
(631)-235-6218

2

1

2      A P P E A R A N C E S :

3

4          LAW OFFICES OF LAUREN GOLDBERG, PLLC
           Attorneys for Plaintiffs
5               501 Fifth Avenue
                New York, New York 10017
6
                (NOT PRESENT)
7

8
           LAW OFFICES OF PATRICK E. McNAMARA
9          Co-Counsel for Plaintiffs
                868 Little East Neck Road
10              West Babylon, New York 11704

11         BY:   PATRICK E. McNAMARA, ESQ.

12

13         LAW OFFICES OF IAN WALLACE
           Co-Counsel for Plaintiffs
14              501 Fifth Avenue
                New York, New York 10017
15
                (NOT PRESENT)
16

17
           ZABELL & ASSOCIATES, P.C.
18         Attorneys for Defendants
                4875 Sunrise Highway
19              Bohemia, New York 11716

20         BY:   SAUL ZABELL, ESQ.

21

22

23     ALSO PRESENT:

24     Margarita Arias, Spanish Interpreter

25

3

1

2                         S T I P U L A T I O N S

3          IT IS HEREBY STIPULATED AND AGREED

4    by and between the attorneys for the

5    respective parties herein, that filing,

6    sealing and certification be  and the same are

7    hereby waived.

8          IT IS FURTHER STIPULATED AND AGREED

9    that all objections, except as to the form of

10   the question shall be reserved to the time of

11   the trial.

12         IT IS FURTHER STIPULATED AND AGREED

13   that the within deposition may be signed and

14   sworn to before any officer authorized to

15   administer an oath, with the same force and

16   effect as if signed and sworn to before the

17   Court.

18

19

20

21

22

23

24

25

4

1

2   M A R G A R I T A   A R I A S, the Spanish

3           Interpreter herein, was duly sworn to

4           interpret the questions from English

5           into Spanish and the answers from

6           Spanish into English to the best of her

7           ability:

8   J O S E   L.   M A R T I N E Z, the Witness

9           herein, having been duly sworn through

10          the Interpreter, was examined and

11          testified as follows:

12  EXAMINATION BY

13  MR. ZABELL:

14          Q      Would you please state your full

15  name for the record.

16          A      Jose L. Martinez.

17          Q      What is your current address?

18          A      ███████████      ███████
███  ███████████████

20          Q      Mr. Martinez, I introduced

21  myself to you in the conference room before

22  this deposition; did I not?

23          A      Excuse me, the question?

24          Q      I introduced myself in the

25  conference room before this deposition; did I

5

1                          J. L. Martinez

2     not?

3          A      Yes, in the waiting area.

4          Q      You seem to understand my

5     English; is that correct?

6          A      I understand a little.

7          Q      You seem to understand very

8     well.

9          A      When you speak slowly, I

10    understand.

11         Q      Have I spoken to you fast?

12         A      No.

13         Q      We have an interpreter here just

14    to ensure that there is no miscommunication.

15                Do you understand that?

16         A      Yes.

17         Q      Even though you may understand

18    the language that I speak, I'm going to ask

19    you not to answer my questions in English but

20    to answer the interpretation of my question

21    in Spanish.

22         A      That's fine.

23         Q      Do you understand that?

24         A      Yes.

25         Q      You understand that you are here

6

J. L. Martinez

1

2     at a deposition today; do you not?

3          A     Yes.

4          Q     You came to this deposition on

5     time; did you not?

6          A     Yes.

7          Q     And your attorney did not come

8     here on time; correct?

9          A     Excuse me?

10         Q     Your attorney --

11               MR. McNAMARA:  Objection.

12         Q     -- did not come here on time;

13    correct?

14         A     Yes.

15         Q     Did he explain to you why he did

16    not come here on time?

17               MR. McNAMARA:  Objection.

18         A     Yes.

19         Q     What was his explanation?

20         A     Excuse me?

21         Q     Please answer the question.

22         A     Is it necessary for me to

23    answer, because it's something between him

24    and me?

25         Q     If I ask you the question, it's

7

J. L. Martinez

1    necessary.

2

3         A    I don't know.  I have to speak

4    to him about it.

5         Q    He cannot help you.  You have to

6    answer the question.

7         A    Can you continue with the

8    questions?  And I'll answer that soon.

9         Q    Not until you answer the

10   question.

11        A    If he comes from the City, and

12   maybe on the way, he had some problems.

13        Q    Is that something that you just

14   made up?

15        A    No.

16        Q    Oh, that's something he told

17   you?

18        A    Yes.

19        Q    Did you know that your attorney,

20   Mr. McNamara, comes from Ronkonkoma?

21             MR. McNAMARA:  Objection.

22        A    Yes.

23        Q    Is Ronkonkoma the City?

24             MR. McNAMARA:  Objection.

25        A    No.

8

1                    J. L. Martinez

2        Q       Did you know if your attorney

3    came from the City?

4        A       No.

5        Q       Why did you tell me the story

6    that if he came from the City, there may have

7    been things that prevented him from being

8    here?

9        A       I really don't know.

10       Q       So you just made up that answer

11   before?

12               MR. McNAMARA:  Objection.

13       A       When he got here late, this is

14   the first time that I'm with him, so I

15   thought...

16       Q       You thought what?

17       A       That he comes from far away, and

18   maybe there was a problem on the way.

19   Sometimes it happens.

20       Q       So you just assumed that he got

21   caught up in traffic and made up a story to

22   fit that assumption; correct?

23               MR. McNAMARA:  Objection.

24       A       No, no, I didn't make up a

25   story.  I came here to tell the truth.

9

1                   J. L. Martinez

2        Q      Yes.  But you've already started

3    off this deposition by making up a story as

4    to why your attorney was late.

5                   MR. McNAMARA:  Objection.

6        Q      He can't help you.  You can look

7    at me.

8        A      Okay.

9        Q      Please answer the question.

10        A      It's nothing that I made up.

11    It's just that many times when somebody

12    arrives late, there is a big reason for

13    having done it.

14        Q      And you told me that the big

15    reason for your attorney arriving late was

16    that he came from the City; correct?

17        A      Yes.

18        Q      When he, in fact, did not come

19    from the City; correct?

20        A      Yes.

21        Q      Why would you tell me something

22    that's not true?

23                   MR. McNAMARA:  Objection.

24        A      Because he's representing me

25    here today.  The attorney that was going to

10

1                           J. L. Martinez

2      come on my behalf comes from the City.

3              Q       Is this man sitting to your

4      right not your attorney?

5                      MR. McNAMARA:  Objection.

6              A       He works with the other person.

7      He works with another attorney.

8              Q       So who is the other attorney?

9              A       I forgot his name.  It's a

10     little complicated for me.

11             Q       Is it a man or a woman?

12                     MR. McNAMARA:  Objection.

13             A       A man and a woman.

14             Q       Do you know what their names

15     are?

16                     MR. McNAMARA:  Objection.

17             A       No.

18             Q       Getting back to the original

19     question:  Why did you tell me something that

20     was untrue about your lawyer driving in from

21     the City?

22                     MR. McNAMARA:  Objection.

23             A       I supposed that they came from

24     the City.

25             Q       So you thought something and

1                        J. L. Martinez

2    therefore, made up facts to support your

3    thought --

4                 MR. McNAMARA:  Objection.

5         Q      -- is that correct?

6         A      No.  No, I didn't make up a

7    story.

8         Q      Well, you told me that your

9    lawyer was late because he comes from the

10   City and was stuck in traffic; correct?

11        A      I'm repeating that I supposed

12   that he did that.

13        Q      So when you told me before that

14   that's what he told you, that wasn't 100

15   percent accurate?

16                MR. McNAMARA:  Objection.

17        A      I don't have a good

18   communication with him because he doesn't

19   speak my language.

20        Q      Did he tell you words to the

21   effect that he was stuck in traffic on his

22   way in from the City?

23                MR. McNAMARA:  Objection.

24        A      No, I didn't understand

25   perfectly what he said to me.

12

J. L. Martinez

1

2    Q    Well, did you understand

3    imperfectly what he said to you?

4         MR. McNAMARA:   Objection.

5    A    No, only that he was going to be

6    with me today.  That, I understood perfectly.

7    Q    If you did not understand what

8    he was saying to you, why would you tell me

9    that the reason he told you he was late was

10   because he was stuck in traffic?

11   A    That was what I guessed.

12   Q    Oh, you guessed?

13   A    That's why he got here late.

14   Q    I'm going to tell you that you

15   are not to guess at this deposition.

16        Do you understand that?

17   A    Yes.

18   Q    You're only to testify from your

19   actual memory.

20        Do you understand that?

21   A    Yes.

22   Q    Your attorney, or the man that

23   is sitting next to you, whether or not you

24   believe him to be your attorney, cannot help

25   you in this deposition.  You are here to

13

1                           J. L. Martinez

2      testify, based upon all the information that

3      resides in your memory.

4                   Do you understand that?

5           A       Yes, that's fine.

6           Q       I don't want you to make

7      assumptions, I don't want you to guess, and I

8      don't want you to lie to me.

9                   Do you understand that?

10          A       That's fine, yes.

11          Q       Are you sure we're clear on

12     that?

13          A       Yes, very well, very sure.

14          Q       If you do not understand a

15     question I ask you, you have an obligation to

16     tell me that you do not understand that

17     question.  If you provide an answer to a

18     question I ask you, it will be assumed that

19     you understood that question.

20                  Do you understand that?

21          A       You.

22          Q       You can take a break at any time

23     you'd like.  The only caveat is that you must

24     answer any question before taking that break.

25                  Do you understand that?

14

1                          J. L. Martinez

2          A      Yes.

3          Q      Have you taken any

4    over-the-counter medications within the last

5    forty-eight hours?

6          A      No.

7          Q      Have you taken any prescription

8    medications within the last forty-eight

9    hours?

10         A      No.

11         Q      Are you currently under the

12   influence of any drugs or alcohol?

13         A      No.

14         Q      Can you think of any reason why

15   your ability to give truthful and accurate

16   testimony today would be impaired?

17         A      Excuse me?

18         Q      Can you think of any reason why

19   your ability to give truthful and accurate

20   testimony today would be impaired?

21         A      Whatever I say is going to be

22   the truth.

23         Q      That is a wonderful answer, but

24   it was not an answer to the question I asked

25   you.   Listen very closely.

1                    J. L. Martinez

2              Can you think of any reason why

3    your ability to give truthful and accurate

4    testimony today would be impaired?

5         A     I don't understand perfectly.  I

6    don't perfectly understand that question.

7         Q     What is it about the question

8    that you don't understand?

9         A     When you're saying a reason for

10   not being able to answer honestly and

11   truthfully, I don't have any reason to lie.

12        Q     Well, I disagree with that, but

13   I'm really asking if there is any reason,

14   such as; you haven't sleep in several days,

15   you suffered some sort of head trauma, you're

16   suffering from some sort of mental illness.

17        A     No.

18        Q     Are there any reasons why your

19   actual memory would be impaired today?

20        A     No, there's not.  I'm fine.

21        Q     Do you have a memory?

22        A     Yes.

23        Q     Is it good, bad, okay?

24        A     Very good.

25        Q     A very good memory?

16

1                          J. L. Martinez

2          A      Yes.

3          Q      Some procedural issues.  We have

4    some snacks available for you here if you'd

5    like.

6          A      No, that's fine.

7          Q      If you'd like some water or

8    coffee, you let me know.

9          A      Okay.

10         Q      Did you eat breakfast today?

11         A      Yes.

12         Q      What did you eat?

13         A      Some bread and milk.

14         Q      Some bread and milk?

15         A      Yes.

16         Q      No egg sandwich?

17         A      No.

18         Q      Do you like egg sandwiches?

19         A      Sometimes.

20         Q      With mayonnaise?

21         A      Yes, with mayonnaise.

22         Q      Now, procedurally, I received a

23   letter from your Counsel that they want to

24   record every word that you say at this

25   deposition; are you aware of that?

17

J. L. Martinez

1

2      A      Yes.

3      Q      Did they tell you that?

4      A      Yes.

5      Q      Who told you that?

6             MR. McNAMARA:  Objection.  He

7      doesn't have to answer.  The witness

8      doesn't have to answer.

9             Attorney/client communications

10     are privileged, and he's not going to

11     answer that.

12            MR. ZABELL:  Now, Mr. McNamara

13     -- if that is your name --

14            MR. McNAMARA:  That is my name.

15            MR. ZABELL:  You indicated to me

16     that you had a tape recorder with you,

17     and you'd be tape recording this

18     deposition.

19            MR. McNAMARA:  Yes.

20            MR. ZABELL:  I told you that

21     whatever tape recording apparatus that

22     you utilized needed to be visible and

23     somewhat professional.

24            MR. McNAMARA:  Okay.

25            MR. ZABELL:  Are you intending

18

J. L. Martinez

1   to tape record this deposition?

2   MR. McNAMARA:  Yes.

3   MR. ZABELL:  Are you now tape
4   recording this deposition?

5   MR. McNAMARA:  Yes, we are.

6   MR. ZABELL:  I do not see a tape
7   recording device, and I certainly don't

8   see any professional recording devices,

9   so please explain to me how you intend

10  to tape record this proceeding.

11  MR. McNAMARA:  Well, we're
12  recording using this Apple iPhone right

13  here (indicating) that has a recording

14  application on it, and I think that's

15  sufficient.  There's no requirements in

16  the Federal Rules that require it to be

17  professional under your understanding.

18  I don't know what your understanding of

19  professional recording equipment is,

20  but nothing in the Federal Rules says

21  that it has to be professional, and

22  there is nothing that says that the

23  equipment that I'm using is not

24  professional.

19

1           J. L. Martinez

2               MR. ZABELL:  So that little

3       white iPhone that you make your phone

4       calls on is what's recording this

5       event?

6               MR. McNAMARA:  Yes, that's

7       correct.

8               MR. ZABELL:  I will consent to

9       allowing you to record this event on

10      your white iPhone over there provided

11      that within twelve hours of this

12      deposition, I'm provided with the

13      electronic file.

14              MR. McNAMARA:  We can do that.

15      We'll consent to that; although, we'd

16      like thirty-six hours.

17              MR. ZABELL:  I will not consent

18      if you are going to take thirty-six

19      hours.  I believe twelve hours is

20      sufficient.

21              MR. McNAMARA:  Okay, we'll

22      provide it, hopefully, by e-mail, and

23      if not by e-mail, then by CD within

24      twelve hours.

25              MR. ZABELL:  Thank you.

20

1           J. L. Martinez

2           MR. McNAMARA:  Wait.  Twelve

3    hours won't be the next day.  We'll

4    give it to you tomorrow morning, which

5    would be sixteen hours, probably.

6           MR. ZABELL:  Are you asking me

7    or telling me?

8           MR. McNAMARA:  Well, if this

9    deposition concludes at 5:00 p.m. and

10   we start tomorrow at 9:00 a.m. or

11   thereabout, that would be sixteen hours

12   later, so if we could make it eighteen

13   hours, that would be sufficient.

14          MR. ZABELL:  Do you understand

15   that you've already consented to

16   twelve hours, and now you're asking to

17   change that to sixteen hours, but in

18   the latest round of explanation, you

19   tried to extend that sixteen hours to

20   eighteen hours?  I will give you

21   twelve hours to provide it to me

22   electronically.  I will give you

23   sixteen hours to provide it to me on a

24   CD-ROM.

25          MR. McNAMARA:  That's fine,

21

1                          J. L. Martinez

2          Counselor.  Thank you for being so

3          understanding, Counselor.

4                  MR. ZABELL:  You're very

5          welcome.

6          Q       Mr. Martinez?

7          A       Yes, sir.

8          Q       You understand how important the

9   truth is here today; correct?

10         A       Yes.

11         Q       And you understand that you took

12  an oath to tell the truth?

13         A       Yes.

14         Q       You understand that if you say

15  something that is untrue at this deposition,

16  it is equivalent to perjuring yourself before

17  a Judge in court?

18         A       Yes.

19         Q       You understand that there are

20  penalties for telling untruths at a

21  deposition; do you not?

22         A       Yes.

23         Q       You promise to only tell me the

24  truth; correct?

25         A       Yes.

1                     J. L. Martinez

2          Q      Did you prepare for this

3    deposition in any way?

4          A      No.

5          Q      I didn't you see you speaking to

6    Counsel in the hallway when he arrived?

7                 MR. McNAMARA:   Objection.

8          A      No.

9          Q      Counsel didn't point out to you

10   the video camera in the hallway?

11         A      Yes, but I didn't really

12   understand what he said to me.  I only knew

13   that he was going to represent me today

14   because he asked my name, and that was

15   everything.  We weren't in the hallway for a

16   long time.

17         Q      You were in the hallway for

18   about five minutes; correct?

19         A      Yes -- not in the hallway.  I

20   was in the waiting area.

21         Q      So if I walked you back into my

22   office and replayed the video of you speaking

23   with your attorney in the hallway, you would

24   deny that that was you?

25                MR. McNAMARA:   Objection.

23

1                          J. L. Martinez

2          A      No, I wouldn't.

3          Q      So you did meet with your

4     attorney before this deposition?

5          A      Yes, he introduced himself to

6     me.

7          Q      For five minutes?

8          A      No, I don't think it was five

9     minutes.

10         Q      Do you remember at the beginning

11    of this line of questioning, I asked you if

12    you met with your attorney in preparation for

13    this deposition?

14         A      No.

15         Q      You don't remember me just

16    asking you that question?

17         A      Oh, yes, you just asked me.

18         Q      Right.

19         A      But I thought it was at the

20    beginning.

21         Q      And you denied meeting with your

22    attorney in preparation for this deposition;

23    did you not?

24                MR. McNAMARA:  Objection.

25         A      I didn't deny it.  I said that I

24

1                          J. L. Martinez

2      spoke with him, but we only introduced

3      ourselves to each other.

4              Q       Initially, sir, you did deny it.

5                      MR. McNAMARA:  Objection.

6              Q       Do you remember that?

7                      MR. McNAMARA:  Objection.

8              A       Yes -- no, I didn't deny it.  I

9      did speak with my attorney, but not preparing

10     myself for this conversation.

11             Q       This is not a conversation.

12     This is a deposition.

13                     Do you understand that?

14             A       Yes.

15             Q       Generally, I know the answers to

16     the questions I ask you.

17                     Do you understand that?

18             A       Yes.

19             Q       I knew that you met with Counsel

20     before this deposition.

21                     Do you understand that?

22             A       Yes.

23             Q       Counsel and I had a conversation

24     regarding whether or not you would testify

25     truthfully if asked that question.

25

J. L. Martinez

1
2     Do you understand that?

3          MR. McNAMARA:  Objection.

4     A     Yes.  He told me that I had to
5     tell the truth and nothing less than the
6     truth.

7     Q     Who told you that?

8     A     I understand that when you're in
9     court, you have to speak the truth.

10     Q     You just testified that he told
11     you that you have to tell the truth.

12          Who is the "he" that you are
13     referring to?

14     A     My attorneys -- my attorney.
15     It's not necessary to lie in a deposition.

16     Q     Who said that?

17          MR. McNAMARA:  Objection.

18     A     Excuse me?

19     Q     Who said that?

20     A     My attorney, and I also say it.

21     Q     What is that attorney's name?

22     A     I said it before.  I don't
23     remember his name.

24     Q     You said his name before, or you
25     said you don't remember his name before?

26

1                          J. L. Martinez

2        A      I said that I don't know how to

3   pronounce it.  I have problems pronouncing

4   names in English.

5        Q      Is his name Patrick?

6        A      Yes, his name is Patrick.

7        Q      So Patrick told you that you

8   have to tell the truth; correct?

9        A      He told me today, but I knew it

10  from before.

11       Q      Patrick and I had a discussion

12  before this deposition wherein we discussed

13  whether you would truthfully answer whether

14  or not you met with him before this

15  deposition.

16              MR. McNAMARA:  Objection.

17              Counsel, we didn't have that

18          conversation.

19              MR. ZABELL:  We did, actually.

20              MR. McNAMARA:  We did not have

21          that conversation.

22              MR. ZABELL:  We did.

23              MR. McNAMARA:  Okay.

24              MR. ZABELL:  Now, I'm not going

25          to disclose to your client what you

27

1                         J. L. Martinez

2         predicted, but I'm going to ask him.

3         Q       Did you meet with Patrick in

4    advance of the deposition for purposes of

5    preparing for this deposition?

6         A       No.

7                 MR. ZABELL:  One moment.

8         There's a call I have to take from the

9         Court.

10                (Whereupon, a recess was taken

11        from 10:08 p.m. until 10:12 p.m.)

12                MR. ZABELL:  For the record, I

13        just want to make a statement.  I

14        instructed my receptionist to advise us

15        if we get a phone call from

16        Judge Tomlinson or Judge Tomlinson's

17        chambers.  That was the purpose for

18        that break.

19                Patrick walked with me, not

20        hand-in-hand, though, to my office

21        where we took that phone call from

22        Judge Tomlinson's law clerk.

23                Is that correct?

24                MR. McNAMARA:  That is correct,

25        Counselor.

28

1                    J. L. Martinez

2            MR. ZABELL:  Is that an accurate

3       representation of the facts as you've

4       experienced them?

5            MR. McNAMARA:  Yes, that is an

6       accurate representation of the facts as

7       I've experienced them.

8            MR. ZABELL:  Thank you, because

9       I'm very much interested in accuracy

10      here today.

11           MR. McNAMARA:  I'm sure you are.

12      Q       Getting back to inaccuracies or

13  accuracies for that matter, Mr. Martinez, I

14  believe you just committed to only telling

15  the truth here; correct?

16      A       Yes, that's true.

17      Q       Do you have a driver's license?

18      A       No.

19      Q       Do you drive?

20      A       Sometimes.

21      Q       Do you have any

22  identification --

23      A       No.

24      Q       -- so that I know that the

25  person I'm speaking with is really

29

1                          J. L. Martinez

2    Jose Martinez?

3          A      No.  I forgot my wallet where I

4    have my IDs.

5          Q      What IDs do you have?

6          A      My passport.

7          Q      Would you like a rugelach?

8    They're very tasty.

9          A      I didn't understand the

10   question.

11         Q      Would you like a cookie?

12         A      No, not for now.

13         Q      I can't guarantee they're going

14   to be there when you want one.  They're very

15   good.

16         A      No problem.

17         Q      ████ ███████████████ █████████

██   ██████ ██████

██   ██     █ ████████████ █ ████████

██   █ ████████████████ ████████████

21         █ ███████ █ ████ ████████

22         █ █ ████ ██████

23         █ █████████████ █████████

24   is?

██   █ ████ █████████.

30

```
 1                        J. L. Martinez
 2               Q      ████████  ████████████  ███████
    ██  ███████████████████
 4               A      ████████
 5               Q      What is your date of birth?
 6               A      ██████████  ██████
 7               Q      How old are you now?
 8               A      Thirty.
 9               Q      Do you live in a home?
10               A      Yes.
11               Q      What is the address of your
12     home?
13               A      ████████████████  ███████████,
14     New York.
15               Q      ███  ████████  ████████
16               A      ██  ██████████  █████████
17               Q      What is your native language?
18               A      Spanish.
19               Q      Is baby a word in Spanish?
20               A      We use it often.  It's in
21     English, but we use it often.
22               Q      Who is the "we" you refer to?
23               A      Excuse me?  In my country.  We
24     use it a lot in my country, the word "baby."
25               Q      Why do you use it a lot?
```

31

1                          J. L. Martinez

2          A      There are things that you learn

3     in school.

4          Q      How much schooling have you had?

5          A      In my country, only three

6     schools.  We call it primary school, we call

7     it middle school, and then high school.

8          Q      Did you graduate high school?

9          A      Yes.

10         Q      What age did you stop going to

11    school?

12         A      1999, eighteen year olds.

13         Q      Do you learn English in

14    El Salvador?

15         A      Some.

16         Q      What words?

17                MR. McNAMARA:  Objection.

18         A      Good morning, good afternoon,

19    what is your name, friend, names of people in

20    your family; father, brother, son, things

21    like that.

22         Q      How many different names do you

23    have?

24                MR. McNAMARA:  Objection.

25         A      None.  My name a Jose Luis Martinez.

32

1                          J. L. Martinez

2          Q       Have you ever gone by any other

3     names?

4          A       No.   Sometimes in my country,

5     they call us by nicknames, but that's between

6     friends.   I've never used any other name.

7          Q       What about in the United States,

8     have you ever used any other name?

9                  MR. McNAMARA:   Objection.

10         A       No, never.

11         Q       ███████████████  ████████████████

12     ██████?

13         A       No.

14         Q       ████████████████████████████

      ███████████████████  ████████████████████████

16                 MR. McNAMARA:    Objection.

17         A       ██████████████

18         Q       ██████████████████████████

      ████████████████████  ████████████████████████████

      ██    █  █  ████████████████████████  ██████████

      ████████████████  ████████████████████████

      █████████

23         Q       You can speak to your attorney

24     after you answer that question.

25         A       ██████████████████████████.

1          J. L. Martinez

2  ████████████████  ██████  ████████

  ██████████████  ████████████  ████████

  ████████████

5          Q    ██████████████████████

  ████████████████?

7          MR. McNAMARA:  Objection.

8          I'm instructing the witness not

9  to answer any further, pursuant to the

10 protective order.

11         MR. ZABELL:  I asked a question,

12 and he provided an answer, but he

13 answered something very different.  You

14 didn't object to the original question.

15 You, essentially, waived it.

16         MR. McNAMARA:  I objected to the

17 original question.

18         Q    ████████████████

  ████████████  ████████████████

  ██  ████

  ██  ████████████████

  ████████████  ████████████████

  ██  ████

  Q    In 2003, what was your first

  place of employment?

34

J. L. Martinez

1

2      A      In -- it was in a restaurant.

3      Q      What was the name of that

4    restaurant?

5      A      ███████████  █████████████

6      Q      You worked there from what

7    period of time to what period of time?

8      A      I only worked there one month,

9    and the truth is, I said that I got here in

10   2003, but I didn't start working in 2003.  I

11   started working in 2004.

12     Q      But it's still truthful that you

13   got here in 2003; correct?

14     A      Yes.

15     Q      When did you get here in 2003?

16     A      In December, at the end of

17   December.

18     Q      For Christmas?

19     A      Yes.

20     Q      You got here in December of 2003

21   but didn't start working until 2004; is that

22   correct?

23     A      Yes.

24     Q      When in 2004 did you start

25   working in the ███████████  ███████████████

35

1                    J. L. Martinez

2          A       In the month of February.

3          Q       How did you support yourself

4    from December through February?

5          A       My family.  My family helped me

6    a lot with clothes, food.

7          Q       Do you live with your family at

8    ███████████████

9          A       No, I live with my children and

10   my girlfriend.

11         Q       How many children do you have?

12         A       Two.

13         Q       What are their ages?

14         A       One is eight years old, and the

15   other one is four years old.

16         Q       Were they born here in the

17   United States?

18         A       One yes, and one no.

19         Q       Which one was born here?

20         A       My baby boy.  My older boy, my

21   eight year old was born in El Salvador, and

22   the four year old was born in the United

23   States.

24         Q       What is your girlfriend's name?

25         A       Is it necessary?

36

1                    J. L. Martinez

2        Q      Yes.

3        A      Her name is Jenny Gonzalez.

4        Q      Where did you meet Ms. Gonzalez?

5        A      In my country.

6        Q      In El Salvador?

7        A      Yes.

8        Q      Is she the mother of your two

9   children?

10       A      Yes.

11       Q      Both of them?

12       A      Both of them.

13       Q      Do you have any other

14   girlfriends?

15       A      No, no.  Can you continue?  I

16   don't have any more girlfriends.

17       Q      I'm just waiting for a full and

18   complete answer.

19              MR. McNAMARA:  Objection.

20       A      I don't have anymore

21   girlfriends.

22              MR. McNAMARA:  Can the record

23              state that Counsel is staring at the

24              witness as if he doesn't believe him.

25              MR. ZABELL:  Are you finished

37

1                           J. L. Martinez

2             making your statement on the record?

3                    MR. McNAMARA:  Yes.

4                    MR. ZABELL:  You know that

5             you're not entitled to make statements

6             on the record.  You're entitled to

7             object to the form of the question or

8             you can object, based upon privilege or

9             in this particular case, protective

10            order.  Beyond that, you're not to say

11            anything and clutter my record.

12                   MR. McNAMARA:  I choose to make

13            a statement, Counselor.

14                   MR. ZABELL:  I know you choose

15            to make a statement.  It's

16            inappropriate.  Stop doing that,

17            Counselor.  That's your first warning

18            for the day.

19            Q      Have you ever been married?

20            A      No.

21            Q      Have you ever received

22     unemployment benefits?

23            A      No.

24            Q      Have you ever filed for

25     unemployment benefits?

38

1                       J. L. Martinez

2          A      No.

3          Q      Have you ever received any

4    Social Services benefits?

5          A      Excuse me?

6          Q      Social Services benefits?

7          A      No.

8          Q      Have you ever received food

9    stamps?

10         A      No.

11         Q      State-funded health insurance?

12         A      No.

13         Q      You haven't received any

14   benefits from the State?

15         A      No.

16         Q      Has your girlfriend?

17                MR. McNAMARA:  Objection.

18         A      Yes, when she was pregnant.

19         Q      What benefits did she receive

20   from the State when she was pregnant?

21         A      Medical insurance.

22         Q      You did not provide her medical

23   insurance?

24                MR. McNAMARA:  Objection.

25         A      No.

South Shore Court Reporting
(631)-235-6218

39

1                           J. L. Martinez

2            Q       Could you afford medical

3     insurance?

4            A       Excuse me?

5            Q       Could you afford medical

6     insurance?

7            A       No.

8            Q       Do you provide medical insurance

9     for your children?

10                   MR. McNAMARA:  Objection.

11           A       Yes.

12           Q       How do you provide medical

13    insurance for your children?

14                   MR. McNAMARA:  Objection.

15           A       The State gives every child in

16    the United States medical insurance.  They

17    all have a right to receive it.

18           Q       Do you pay for that?

19           A       No.

20           Q       Did you ever have to indicate

21    how much you earn in order for your children

22    to receive this State health insurance that

23    you speak of?

24           A       Yes.

25           Q       How much did you indicate that

40

1                          J. L. Martinez

2    you earned?

3                    MR. McNAMARA:  Objection.

4         A     I handed in the check stubs.

5         Q     When did you do that?

6                    MR. McNAMARA:  Objection.

7         A     In the year 2006.

8         Q     Did you fill out the forms

9    truthfully and accurately?

10        A     Yes, I filled out everything,

11   according to the law.

12        Q     Were the forms in English or

13   Spanish?

14        A     In Spanish.

15        Q     Do you know how to read Spanish?

16        A     No, there's a social worker who

17   helps out with that.

18        Q     What is the social worker's

19   name?

20                   MR. McNAMARA:  Objection.

21        A     There are many for the company

22   Affinity.

23        Q     Do you have any documentation or

24   cards that show who you spoke to?

25        A     No, I don't have any

41

1                         J. L. Martinez

2    identification.

3         Q      What is the name of the company

4    that you get this health insurance from?

5         A      Affinity.

6         Q      Is that with an I or an A?

7         A      With an A.

8         Q      So you graduated from high

9    school in El Salvador, but you can't read

10   Spanish?

11                MR. McNAMARA:   Objection.

12        A      Excuse me?

13        Q      You testified earlier that you

14   graduated high school in El Salvador; do you

15   remember that?

16        A      Yes.

17        Q      But you do not read Spanish?

18        A      Yes, I read Spanish.

19        Q      When I asked you that question

20   before, you said no.

21                MR. McNAMARA:   Objection.

22        A      I got confused.  I thought you

23   had said in English.

24        Q      I don't want you to use the

25   excuse that you got confused for covering up

42

```
 1                    J. L. Martinez
 2    untruthful testimony.
 3                    MR. McNAMARA:  Objection.
 4         Q     Do you understand that?
 5         A     Yes.
 6         Q     That's why it's very important
 7    that if a question confuses you, you need to
 8    state that it confuses you.
 9                    Do you understand that?
10         A     Yes.
11         Q     I cannot be any more clear on
12    that.  I do not want to spend the day having
13    to try to untangle your untruths.
14                    MR. McNAMARA:  Objection.
15         Q     Do you understand that?
16         A     I understand.
17         Q     So you're not going to say any
18    more untruths to me; correct?
19                    MR. McNAMARA:  Objection.
20         A     No.
21         Q     You promise?
22         A     Yes, I promise.
23         Q     In 2004, you worked for
24    ███████████████
25                    What did you do for them?
```

43

1                    J. L. Martinez

2        A       Cleaning fish, seafood,

3    sometimes washing the dishes.

4        Q       How much did you earn per hour?

5        A       I didn't earn per hour.  They

6    paid me by the week.

7        Q       How much did you earn for the

8    week?

9        A       $300.

10       Q       How many hours did you work?

11       A       Eight.

12       Q       You got paid $300 a week for

13   eight hours work?

14       A       Yes.

15       Q       That's pretty good; yes?

16               MR. McNAMARA:  Objection.

17       A       Yes.

18       Q       How long did you work at █████

19   ████ ████?

20       A       Exactly one month.

21       Q       Why did you work there only one

22   month?

23       A       Because then I went to work in a

24   factory.

25       Q       What factory did you work at?

44

1                    J. L. Martinez

2        A        It's called ███████  ████████ .

3        Q        What did you do at Colonial

4    Plastico?

5        A        I did maintenance on the

6    machines and I did cleaning.

7        Q        ██████████████  ████████

8    ████  █████████████████████████

9        █        ███████

10        █        █████████████████████████

11    █████████████████

12                    MR. McNAMARA:   Objection.

13        A        No.

14        Q        █████  █████████████████

15        ████  █████████  ████████

16        █        ████

17        █        ██████████████████

18        █        ████  ████████████

19        █        ████  ████████████████████

20    ██████████  ████████  ████████████

21    █████████████

22                    MR. McNAMARA:   Objection.

23        █        ██████  ████████████████

24    ██████████  ██  ██████  ████████████

25    ██████

45

1          J. L. Martinez

2          Q    ███ ██████████████████

███ ███████████████████████

███         ███ █████  ██████

███    █     █████████████

███    █     ██████  ██████████

███    █     █████  ████████████

███  ████████ █ █████  ██ ██████

███  ██████████████████████████

███  █████████████████  ████████

███  █████████████

12         Q    You're saying you were ignorant?

13              MR. McNAMARA:   Objection.

14         A    Yes.

15         Q    Are you still ignorant?

16         A    No.  Now I'm more familiar with

17    what it is to work in the United States.

18         Q    Who explained to you how you pay

19    taxes?

20         A    Family, my friends, people that

21    have done it before.

22         Q    Who?

23         A    Everyone.

24         Q    I want names, please.

25         A    Everyone says the same thing.  I

46

1                          J. L. Martinez

2    don't have names.

3           Q       You don't remember their names?

4           A       No.

5           Q       But I thought you said you have

6    a very good memory?

7           A       Yes, but it wasn't only one

8    person that told me.  Many people did.

9           Q       Tell me as many of those names

10   as you can remember.

11          A       No, when I was -- my friend who

12   spoke a lot with me -- you want her name?

13   Her name is Myra Campos.  She helped me a lot

14   when I first got here.

15                  Is that what this deposition is

16   about?

17          Q       This deposition is about me

18   asking you questions and you providing

19   answers.  You do not have the ability to

20   refuse to answer a question.

21                  Where can I find Myra Campos?

22                  MR. McNAMARA:  Objection.

23          A       That was when I came to the

24   United States.  It was eight years ago.  I

25   don't know where she lives now.

47

1                     J. L. Martinez

2          Q     So do you have her telephone

3    number?

4                     MR. McNAMARA:  I would like all

5          questions and answers arising therefrom

6          regarding taxes, the witness's payment

7          of taxes, and any other questions to be

8          marked confidential, pursuant to the

9          confidentiality agreement.

10                    MR. ZABELL:  I will reject that

11         designation, and if you're familiar

12         with that confidentiality agreement,

13         you know what steps you must take in

14         order to test the accuracy or

15         appropriateness of your designation.

16                    MR. McNAMARA:  I'm aware of

17         that, Counselor, thank you.

18                    MR. ZABELL:  You're welcome.

19         It's clear and in writing that your

20         designation is rejected.  Do you

21         understand that?

22                    MR. McNAMARA:  I do understand

23         that.

24                    MR. ZABELL:  Okay, good.

25         Q     How long did you work at

48

1                          J. L. Martinez
2          ████████████████?
3          A      March, April, May; three months.
4          Q      How much did you earn there?
5          A      The minimum.  I think, it was
6    $7.00 an hour.
7          Q      You earned less there than you
8    did at ████████████?
9          A      Yes.
10         Q      Why did you make that decision
11   to make less money?
12         A      I had two jobs.
13         Q      Why didn't you tell me that?
14         A      Because you didn't ask me.
15         Q      What other job did you have
16   in 2004?
17         A      I worked making hamburgers and
18   frying potatoes in a ████████.
19         Q      What ████████ is that?
20         A      The one that's in Central Islip
21   on Carleton Avenue.
22         Q      From what period of time to what
23   period of time did you work at that ████████?
24         A      At the same time that I worked
25   at ████████████; three months,

49

1                          J. L. Martinez

2       approximately.   I don't remember exactly how

3       long it was.

4              Q       How much did you make an hour

5       there?

6              A       I made $7.50.

7              Q       Per hour, when you combined both

8       jobs, you were still making less per hour

9       than you were at ███████  ███; correct?

10             A       Yes.

11             Q       Why did you leave ███████  ███

12      if that was the case?

13                     MR. McNAMARA:   Objection.

14             A       The work was very had.

15             Q       You didn't want to do hard work?

16             A       I wasn't used to it.  I had just

17      arrived from my country, and I wasn't used to

18      heavy work.

19             Q       There's not hard work in

20      El Salvador?

21                     MR. McNAMARA:   Objection.

22             A       Yes, there is hard work, but

23      it's different to what you do in the United

24      States.

25             Q       Did you work hard in

50

1                         J. L. Martinez

2   El Salvador?

3           A       Sometimes, not always.

4           Q       At ████████████████   and

5   ████████, you didn't have to work hard;

6   correct?

7                   MR. McNAMARA:   Objection.

8           A       It wasn't hard work.

9           Q       You were only at both of those

10  places for three months; right?

11          A       Excuse me?

12          Q       You were only at ████████████

13  ██████████ and ██████████ for three months;

14  correct?

15          A       Yes.

16          Q       Where did you go after that?

17          A       To Suffolk Paving.

18          Q       When did you start at

19  Suffolk Paving?

20          A       June 6th.

21          Q       How did you find out about

22  Suffolk Paving?

23          A       An uncle of mine took me to work

24  there.

25          Q       Who is that uncle?

51

J. L. Martinez

1

2    A    Nelson Quintanilla.

3    Q    Good uncle; right?

4    A    Yes, he's a good person.

5    Q    He got you the job at

6    Suffolk Paving; correct?

7    A    Yes.

8    Q    When you went to Suffolk Paving,

9    you had no paving experience; correct?

10    A    No.

11    Q    Do they have asphalt in

12    El Salvador?

13    A    Yes.

14    Q    Did you ever do asphalt work in

15    El Salvador?

16    A    No.

17    Q    Is that considered heavy work

18    down there?

19    A    Yes, sometimes.

20    Q    When you started at

21    Suffolk Paving in 2004, what were your

22    duties?

23    A    To use the shovel.

24    Q    In 2004, you received paychecks

25    from Suffolk Paving; correct?

52

1                          J. L. Martinez

2          A       Yes.

3          Q       Every week; correct?

4          A       Yes, yes.

5          Q       Those paychecks reflected the

6     hours that you worked; correct?

7          A       Yes.

8          Q       Did you have any other jobs

9     while you were working at Suffolk Paving

10    in 2004?

11         A       No.

12         Q       You never did any side jobs on

13    the weekend?

14         A       Not in 2004.

15         Q       You worked in 2004 for

16    Suffolk Paving from June 6th until when?

17         A       Until July 15, 2008.

18         Q       In the year 2004, when did you

19    stop working at Suffolk Paving?

20         A       The 23rd of December.

21         Q       Towards the end of year, you

22    worked less and less; correct?

23         A       Excuse me?

24         Q       Towards the end of the year, you

25    worked less and less at Suffolk Paving;

53

1                    J. L. Martinez

2    correct?

3          A     Yes.

4          Q     Because the work was slowing

5    down; correct?

6          A     Yes.

7          Q     Because when it's cold out, you

8    can't really put down asphalt; correct?

9          A     Yes.

10         Q     In 2004, you were happy for your

11   job at Suffolk Paving; correct?

12         A     Yes.

13         Q     How much did they pay you an

14   hour?

15         A     They didn't pay me by the hour.

16   They paid me $90 per day.

17         Q     What were some of the projects

18   that you worked on in 2004?

19              MR. McNAMARA:   Objection.

20         A     When I started in 2004, we

21   worked doing driveways, paving parking lots,

22   things like that.  Sometimes they would send

23   me to work with masonry people.

24         Q     You were just a helper?

25         A     Only a helper.

54

1                      J. L. Martinez

2          Q        You never did any prevailing

3     wage work?

4          A        Yes, yes, I did.

5          Q        In 2004?

6          A        Yes, in 2004.

7          Q        What projects did you work on?

8                   MR. McNAMARA:   Objection.

9          A        Only in some schools.   That's

10    it.

11         Q        What schools did you work on?

12         A        I don't recall.   I wasn't very

13    familiar with the places here.   I can't

14    remember.

15         Q        Is there anything that you could

16    look at that would help you remember?

17         A        No, nothing.   When I would get

18    to work, I never asked what we were going to

19    do.   I was just concerned with doing my work.

20         Q        So there is nothing you could

21    look at to help you refresh your

22    recollection?

23         A        No.

24         Q        In 2005, where did you work?

25         A        Suffolk Paving.

55

                              J. L. Martinez

1

2        Q       From what period of time to what

3    period of time in 2005?

4        A       We started March until December.

5        Q       When in March did you start?

6        A       I don't remember the exact day.

7    It was maybe the 20th, between the 15th and

8    the 20th.

9        Q       When in December did you stop

10   working?

11       A       It was the week of Christmas.

12       Q       Would you consider March until

13   December the paving season?

14       A       Yes, that's the season.

15       Q       At the beginning of the paving

16   season, things are slow, and at the end of

17   the paving season, things are slow; correct?

18       A       Yes.

19       Q       Sometimes you wouldn't work full

20   days; correct?

21       A       No, we always worked full days.

22       Q       Sometimes you wouldn't work full

23   weeks; correct?

24       A       No, we always worked, but some

25   days because of rain, we would stay home.

56

1                    J. L. Martinez

2          Q      Do you know what days you stayed

3    home?

4          A      No, it was many.

5          Q      Was that just in 2005 or all the

6    time?

7          A      Excuse me?

8          Q      The many rain dates, was that

9    just in 2005, or was that all the time?

10                MR. McNAMARA:   Objection.

11         A      It was always.

12         Q      Throughout your employment with

13   Suffolk Paving; correct?

14         A      During my employment with

15   Suffolk Paving, yes.

16         Q      In 2006, where did you work?

17         A      In Suffolk Paving.

18         Q      I didn't ask you this question

19   for 2005.

20                In 2005, you received paychecks

21   for each week you worked; correct?

22         A      Yes.

23         Q      And those paychecks indicated

24   the hours you worked; correct?

25         A      Yes.

57

J. L. Martinez

1

2      Q      In 2006, you testified you

3   worked for Suffolk Paving; correct?

4      A      Yes.

5      Q      Is that also from March until

6   December?

7      A      No, we started -- in 2006, we

8   started a little later.  Maybe about the

9   second week of April.

10     Q      About April 15th?

11     A      More or less.

12     Q      And you worked until when?

13     A      Until December.

14     Q      Right around Christmas?

15     A      Yes.

16     Q      There were many rain dates in

17  2006, as well; correct?

18     A      Yes.

19     Q      In the beginning of season in

20  April, things were slow; correct?

21     A      Yes.

22     Q      And in December, things were

23  slow; correct?

24     A      Yes, a little.

25     Q      In fact, things start to slow

58

1                      J. L. Martinez

2    down in October; correct?

3         A      We would always work.  I never

4    missed work because they always used me for

5    different things.  Sometimes they would send

6    me to work with an operator, sometimes they

7    would send me to work with the masons, or

8    something else.  They would always have me

9    working.

10        Q      And sometimes you would just

11   work in the shop all day; correct?

12        A      Not in the shop.  Only one day.

13   They had me cleaning the yard.

14        Q      When was that?

15        A      It was in 2006, exactly.

16        Q      Do you consider the yard and the

17   shop to be the same thing?

18        A      Yes, it's the same for me.  It's

19   the same building.  I don't know if it's the

20   same for you.

21        Q      In 2007, where did you work?

22        A      Suffolk Paving.

23        Q      I forgot to ask this for 2006.

24               In 2006, you received a paycheck

25   for your work; correct?

59

1                        J. L. Martinez

2          A      Yes.

3          Q      That paycheck indicated the

4     hours you worked; correct?

5          A      Yes.

6          Q      In 2007, you just testified you

7     worked for Suffolk Paving; correct?

8          A      Yes.

9          Q      Did you start in April, again,

10    of 2007?

11         A      Yes, in April.

12         Q      The beginning or the end of

13    April?

14         A      Almost at the end of April.

15         Q      And you worked until December;

16    correct?

17         A      Yes.

18         Q      And, again, in the beginning of

19    the season, things are slow?

20         A      Yes.

21         Q      At the end of the season, things

22    are slow; correct?

23         A      Yes.

24         Q      You received, in 2007, a

25    paycheck for each week you worked; correct?

60

                              J. L. Martinez

1

2          A      Yes.

3          Q      On that paycheck, it indicates

4    the hours you worked; correct?

5          A      Yes.

6          Q      In 2008, where did you work?

7          A      In Suffolk Paving.

8          Q      Did you work there the whole

9    year?

10         A      No.

11         Q      You worked there from what

12   period of time to what period of time?

13         A      From April to July.

14         Q      Did you start working the end of

15   April?

16         A      Yes, at the end of April.

17         Q      When in July did you stop

18   working?

19         A      Exactly up to the 15th of July.

20         Q      How did your employment come to

21   an end at Suffolk Paving in 2008?

22         A      He fired me.

23         Q      Why did he fire you?

24         A      Because of a complaint on a job.

25         Q      Did you complain?

61

1                          J. L. Martinez

2        A      No.

3        Q      Who complained?

4        A      The operator complained.

5        Q      Who was the operator?

6        A      His same is Salvatore.  I don't

7   know his last name.

8        Q      Do you think he only complained

9   because you're Hispanic?

10              MR. McNAMARA:  Objection.

11       A      No.

12       Q      Did he have a reason to

13   complain?

14       A      To defend himself.

15       Q      So he blamed you?

16       A      Yes.

17       Q      And you were fired?

18       A      Yes.

19       Q      You got your last paycheck?

20       A      Yes.

21       Q      In 2008, you got a paycheck

22   every week you worked; correct?

23       A      Yes.

24       Q      That paycheck indicated the

25   hours that you worked; correct?

62

1                          J. L. Martinez

2         A     Yes.

3         Q     Did you ever get paid cash?

4         A     No.

5         Q     Did you ever get paid cash?

6         A     No, no.  No cash.

7         Q     At the end of year in a bonus?

8         A     No.

9         Q     You never got cash?

10              MR. McNAMARA:  Objection.

11        A     No, I never received cash.

12        Q     Are you sure?

13              MR. McNAMARA:  Same objection.

14        A     I'm sure.

15        Q     Can you think of any reason why

16   somebody else would say that you did get

17   cash?

18              MR. McNAMARA:  Objection.

19        A     No, I don't think so.

20        Q     You don't think so, what?

21        A     That someone would say that I

22   received cash.

23        Q     If they did, they would be a

24   liar; correct?

25        A     Yes.

63

1                    J. L. Martinez

2          Q      In 2008, how much were you

3    making at Suffolk Paving?

4          A      It was $18.75 an hour.

5          Q      Did you ever get paid any

6    overtime in 2008?

7          A      Very few times.

8          Q      Is the answer to my question,

9    yes, you did receive overtime?

10               MR. McNAMARA:  Objection.

11         A      Very few times.

12         Q      So is the answer to my question,

13   yes, you did receive overtime?

14               MR. McNAMARA:  Objection.

15         A      And I said yes, very few times.

16         Q      So in 2008, you received

17   overtime, correct; yes or no?

18               MR. McNAMARA:  Objection.

19         A      No.

20         Q      In 2008, you never received

21   overtime?

22         A      No.

23         Q      Do you understand what it means

24   to lie?

25               MR. McNAMARA:  Objection.

64

1                    J. L. Martinez

2        A      Yes.

3        Q      What does it mean to you?

4        A      To say false things, something

5   that you can't prove.

6        Q      Do you remember just testifying

7   seconds ago that in 2008, you did receive

8   overtime?

9               MR. McNAMARA:  Objection.

10       A      Yes, I said very few times.

11       Q      Do you remember just telling me

12  just now that in 2008, you didn't receive

13  overtime?

14       A      I said that I received overtime

15  always, but very few times.  I would work the

16  whole week, sometimes sixty hours, and I

17  didn't receive that whole salary.

18       Q      I see you pulled out some

19  documents.  May I see those?

20       A      No.

21              MR. McNAMARA:  May I see them

22       first.

23              THE WITNESS:  (Handing.)

24              MR. McNAMARA:  Counselor, these

25       are protected.  You can't see these.

65

1              J. L. Martinez

2      They're tax returns, and the Judge

3      already said that you can't see tax

4      returns.

5           MR. ZABELL:  No, she didn't say

6      that I can't see tax returns.  In fact,

7      she specifically ordered the guys to

8      come up with their 1099s --

9           MR. McNAMARA:  Right.  W-2s or

10     1099s.

11          MR. ZABELL:  -- or W-2s.

12          MR. McNAMARA:  This is a return.

13          MR. ZABELL:  It looks like a W-2

14     to me.

15          MR. McNAMARA:  It's a return.

16     It says return on it, and I'm going to

17     object --

18          MR. ZABELL:  It says return for

19     who?

20          MR. McNAMARA:  It says Federal

21     tax returns right on the top.

22          MR. ZABELL:  Is there a number

23     designating what that form is?

24          MR. McNAMARA:  No.  You know

25     what?  I apologize.  Yes, we can

66

```
1                    J. L. Martinez
2         produce these.
3                    MR. ZABELL:  Thank you,
4         Counselor.
5                    We're going to take a break at
6         this moment where I'm going to make
7         copies for everybody of those
8         documents, okay?  Okay, Counselor?
9                    MR. McNAMARA:  Yes.
10                   MR. ZABELL:  Thank you.  Apology
11        is accepted, Counselor.
12                   (Whereupon, Louis Vecchia
13        entered the room.)
14                   (Whereupon, a recess was taken
15        from 10:55 a.m. until 11:05 a.m.)
16                   MR. ZABELL:  Please read back
17        the last question and answer.
18                   (Whereupon, the requested
19        portion of the record was read by the
20        court reporter.)
21        Q     Is it your testimony that very
22   few times you would work the whole week,
23   sixty hours?
24                   MR. McNAMARA:  Objection.
25        A     Yes, many times.
```

67

1                        J. L. Martinez

2        Q        In 2007, how much did you make

3    an hour?

4        A        I -- $18.75.

5        Q        In 2006, how much would you

6    receive an hour?

7        A        The same, $18.75.

8        Q        In 2005, how much did you make

9    per hour?

10       A        The same, $18.75.

11       Q        Do you remember testifying

12   earlier that you only made $90 per day in

13   2005?

14                MR. McNAMARA:  Objection.

15       A        No, not in 2005.  When I started

16   in 2005, I started earning $18.75.

17       Q        In 2004, were you also earning

18   $18.75?

19                MR. McNAMARA:  Objection.

20       A        No.  When I worked in 2004, I

21   earned $90 for the day.

22       Q        Do you know how much that worked

23   out to be per hour?

24       A        I would work ten hours, so it

25   would be $9 an hour.

68

J. L. Martinez

1    Q    Was it ever broken down as $9 an

2    hour for you?

3

4    A    No, I guess if it's $90 and I

5    worked ten hours, so then they're paying me

6    $9 an hour.

7    Q    That's based upon your guess;

8    correct?

9              MR. McNAMARA:  Objection.

10   A    Not what I'm guessing.  If we

11   make a mathematical conversion, that's what

12   it is.

13   Q    Is that the only mathematical

14   conversion?

15             MR. McNAMARA:  Objection.

16   A    Nine times ten equals ninety;

17   isn't it?

18   Q    How much did you get paid an

19   hour for overtime in 2005?

20   A    The few times that I received

21   it, $15 an hour.

22   Q    How much did you get paid an

23   hour in overtime in 2006?

24   A    The same.

25   Q    How about in 2007?

69

1                      J. L. Martinez

2        A        The same thing.

3        Q        How about in 2008?

4        A        The same thing.

5        Q        So you made $18.75 an hour for

6    your regular time; is that correct?

7        A        Yes.

8        Q        And you made $15 an hour for

9    your overtime?

10       A        Yes.

11       Q        Is that in addition to your

12   $18.75 per hour?

13       A        Yes, that's in addition.

14       Q        So you made about $35 an hour?

15                MR. McNAMARA:  Objection.

16       A        No, no, no, no.

17       Q        Okay, wait a minute.  You just

18   said that your overtime you made $15 an hour;

19   correct?

20       A        Yes.

21       Q        This was over and above the

22   $18.75 an hour that you received in your

23   regular time; is that correct?

24       A        No.  That, they never added on.

25       Q        So you made less in overtime

70

1                    J. L. Martinez

2    time than you did in your regular time?

3         A      That's correct.

4         Q      And that's all reflected on your

5    paychecks; correct?

6         A      Yes.

7         Q      It's all on the paychecks;

8    correct?

9         A      Yes.

10        Q      The hours that you worked are

11   listed on your paychecks; correct?

12               MR. McNAMARA:   Objection.

13        A      Yes.

14        Q      Now, you were upset that you

15   were fired in 2008; correct?

16        A      Yes, I was upset.

17        Q      You were upset at Lou Vecchia?

18               MR. McNAMARA:   Objection.

19        A      Louie Vecchia did not fire me.

20        Q      Who fired you?

21        A      His manager.  The manager that

22   he had.  His name was Tommy.

23        Q      Are you upset at Tommy?

24        A      No, I respect the decisions that

25   people make.

71

1                          J. L. Martinez

2          Q      Were you angry at Salvatore?

3                 MR. McNAMARA:  Objection.

4          A      With him, yes, because it wasn't

5     my fault.  What happened wasn't my fault.

6          Q      Please tell me again who

7     Salvatore is.

8          A      He's an operator that used to

9     work for Suffolk Paving.

10         Q      Can you describe what he looks

11    like?

12         A      Yes.  He's a skinny man, tall,

13    short, he has curly hair.

14         Q      So he's a skinny, tall man who's

15    short with curly hair?

16                MR. McNAMARA:  Objection.

17         A      In compared to the rest of the

18    whites, he's like that.

19         Q      I'm going to say this again

20    slowly, and I want you to listen.

21                He's a skinny, tall man who is

22    short?

23                MR. McNAMARA:  Objection.

24         A      No, no, I didn't say tall and

25    skinny.  I said that he was skinny, and he

72

```
 1                    J. L. Martinez
 2    was short.
 3         Q     You didn't say tall?
 4         A     No, I never said tall.
 5               MR. ZABELL:  Madam Interpreter,
 6         did he say tall before?
 7               THE INTERPRETER:  I heard him
 8         say tall.
 9               MR. ZABELL:  And I asked the
10         question if he was a skinny, tall man
11         who was also short.  Did you interpret
12         that to him?
13               THE INTERPRETER:  Yes, I did.
14               MR. ZABELL:  Did he confirm that
15         that's what he said?
16               THE INTERPRETER:  Yes, he did.
17               MR. ZABELL:  Thank you.
18               I believe you because in my
19         limited Spanish, I heard that, as well.
20               Counselor, do you have any
21         statements you'd like to make?
22               MR. McNAMARA:  No, I don't.  We
23         can continue.
24               MR. ZABELL:  You've acknowledged
25         what I've said is not inaccurate;
```

73

1              J. L. Martinez

2         correct?

3              MR. McNAMARA:  Yes, I'll

4         acknowledge that.

5              MR. ZABELL:  Thank you.

6         Q      In 2008, when you were

7    terminated from Suffolk Paving, did you apply

8    for unemployment benefits?

9         A      No.

10        Q      Why not?

11        A      No, I never -- I looked for

12   another employment.

13        Q      Did you find another employer?

14        A      Not until the next year.

15        Q      Not until 2009?

16        A      Yes.

17        Q      In 2009, who did you work for?

18        A      Fasco Paving.

19        Q      You worked for Fasco Paving

20   in 2009?

21        A      Yes.

22        Q      Did they pay you in check --

23        A      Yes.

24        Q      -- or in cash?

25        A      Yes, they paid me in check.

74

1          J. L. Martinez

2          Q      Do you know what the number

3    ████████████    is?

4          A      Excuse me?

5          Q      Do you know what the number

6    ████████████    is?

7          A      ████████████████████████████

█    █      ████████████████████████████

9          MR. McNAMARA:  Objection.

10         A      ████████████████  ▐  ██████ to

11   ██████

12                ████████████████████████████

█    ██████  ▐  ████████████████████████

14         Q      You've answered the question.

15   You can speak to your attorney if you need

16   to.

17                MR. ZABELL:  While you speak to

18         him, we'll take a break.

19                MR. McNAMARA:  Okay, thank you.

20                (Whereupon, a recess was taken

21         from 11:13 a.m. until 12:05 p.m.)

22         Q      Mr. Martinez?

23         A      Yes, sir.

24         Q      We've taken a break; have we

25   not?

75

1                          J. L. Martinez

2          A      Yes.

3          Q      You've had an opportunity to

4    meet and confer with Counsel, correct?

5          A      Yes.

6          Q      And he explained to you that you

7    have to answer my questions; correct?

8          A      Yes.  He told me that I have to

9    respond to everything that you ask.

10         Q      Okay, very well.

11                Now the ███████████ number --

12         A      ████████  ████████

13         Q      No.  ██████████████

14         A      ████  ████████████████████████.

15         Q      ██████████████████████████████

16    ██████

17                MR. McNAMARA:  Objection.

18                I'm instructing my client not to

19         answer this, pursuant to the protective

20         order.

21                MR. ZABELL:  This isn't covered

22         by the protective order.  This is an

23         actual number that he provided to

24         various employers on various occasions.

25                MR. McNAMARA:  I believe it

76

1      J. L. Martinez

2      could deal with his immigration status,

3      and therefore, I'm instructing him not

4      to answer.

5           MR. ZABELL:  I won't be asking

6      him about his immigration status.

7           MR. McNAMARA:  Okay, but I'm

8      continually objecting and telling my

9      client not to answer.

10     Q     ███ ███ █ ████████████

███ ████████████████ ███████

███    █     ███

███    █     ███  █████████████████

███ ████████ █████████████ ████

███    █     ███

16     Q     ████████████████ ███████

17          MR. McNAMARA:  Objection.

18          I'm instructing the witness not

19     to answer.

20          MR. ZABELL:  On what basis?

21          MR. McNAMARA:  Pursuant to the

22     protective agreement.

23     Q     ███ ███ █ ████████████

███ ████████████████ ████████████

25          MR. McNAMARA:  Objection.

77

1              J. L. Martinez

2              I'm instructing the witness not

3         to answer.

4         Q    ████████████████████

5    ████████████████████████████

6              MR. McNAMARA:  Objection.

7              I'm instructing the witness not

8         to answer.

9              MR. ZABELL:  On what basis?

10             MR. McNAMARA:  Pursuant to the

11        protective order.

12             MR. ZABELL:  I think we're going

13        to have to call the Court on that one.

14             MR. McNAMARA:  Okay.

15             MR. ZABELL:  Off the record.

16             (Whereupon, a discussion was

17        held off the record.)

18        Q    ████████████████████████

   ██  ████████████████

20        A    ████████████████████

21   ████████████

22        Q    ████  ████████████  ██████

23             MR. McNAMARA:  Objection.

24        A    █  ████████████████

25        Q    ██████████████████  ████

78

1                          J. L. Martinez

2    ██████████████

3         A       No, it's not an obligation.

4         Q       It is an obligation.

5         A       ████  █ ███████████████

6                 MR. ZABELL:  Counsel, I'm going

7         to direct you to direct your client to

8         answer that question, please.

9                 MR. McNAMARA:  I'm going to take

10        a break and speak to my client outside.

11                MR. ZABELL:  There is a question

12        pending before him.  We can take a

13        break after he answers that question.

14                MR. McNAMARA:  I'd like to speak

15        to my client outside.

16                MR. ZABELL:  Unless you're going

17        to make a statement as to the purpose

18        of that conversation here on the record

19        and I find that acceptable, I'm going

20        to have to insist that he answer the

21        question first.

22                MR. McNAMARA:  I would like to

23        find out from my client exactly why he

24        isn't willing to provide that

25        information.

79

1              J. L. Martinez

2              MR. ZABELL:  Is it going to

3         involve you advising your client that

4         he may plead the Fifth Amendment?

5              MR. McNAMARA:  It may.

6              MR. ZABELL:  I'll consent.

7              MR. McNAMARA:  Okay, we're going

8         to go outside.

9              (Whereupon, a recess was taken

10        from 12:17 p.m. until 12:23 p.m.)

11        Q      Sir, you had an opportunity to

12   speak with your attorney during that break?

13        A      Yes.

14        Q      Are you going to provide an

15   answer to the question?

16        A      ███████ █ ███████████████  ███████

17   ███████████████████████████

18        Q      ████ ███   █████████████████

19   ██████████████████   ████████████

20   ████████████ █████████████████████████

21   ██████

22        A      █████████████████████  █

23   ████████████████.

24        Q      █████████████████████

25   ██████████████████████████

80

1          J. L. Martinez

2    ██ ?

3          A    ████ ████ █ ██████ █ ██

4    ██

5          Q    █████ ██████

6    ████████████ █████ ███████

7    ██ ████████ ██████ ████ ████

8          A    █ ████ █████ ████ █

9    █████ ██ ██ █ ██████ ████

10   ██ █████ ██████ ██████

11   ██

12         Q    █████ █████ █████

13   ████████ ██ ████ ████████

14   ██ █████ ██████ ██████

15   ██

16         A    ████ █ ████ █████ ████

17   █████ █████████ ██████ ███

18   █ ██ ████ ███ █ █████

19         Q    ██████████

20   ██████ ██ ██████

21         A    ███

22         Q    █████████████████ im?

23         MR. McNAMARA:  Objection.

24         Q    You can answer.

25         MR. McNAMARA:  You can answer.

81



```
 1                    J. L. Martinez
 2          Q     Yes, you can answer.
 3          A     ███ ███
 4          Q     ████████████████████████
    █  ███ █ ████
 6                MR. McNAMARA:  Objection.
 7          Counselor, I'm not going to let this
 8          line of questioning continue.
 9          A     ██████ ███████.
10          Q     ████████████████
    █   ████
    █          MR. McNAMARA:  Counselor, I'm
    █      not going to let this line of
14         questioning continue.  It's not in the
15         vein of what you and I discussed would
16         be the purpose of your questions, and
17         therefore, I'm not letting him
18         continue.
19         Q     █ █████ █████ █
    █  ██████████████████
    █  █████████
22         A     █ ███████████
23         █ █████ ████ █ █ █████
    █  ██████ █ ███ ███ ██████
25         Q     What number is that?
```

82

1                          J. L. Martinez

2          A       I don't recall.

3          Q       ███████████ ███████████

███ ██████████ ███████████ ██ ██ ██████ ███████████

██ █████

6          A       ████████ ████████████████████████

██ ████████ ██ ███████ █████████████

8          Q       At the end of every year

9    from 2004 to 2008, you filed income taxes;

10   correct?

11         A       Yes.

12         Q       Did you report all the income

13   that you earned on those income tax returns?

14         A       Yes.

15         Q       Including the cash payments?

16         A       I didn't receive cash payments.

17         Q       ████████████ ████████████████

██ ██████████████████████████████ ███████ ██████

██ ██████████

20         A       ██████████████████████████████

██ ████████████ █ ████████ ████████████████

22         Q       So you did receive cash

23   payments; correct?

24                 MR. McNAMARA:  Objection.

25         A       █ ████████████████████████ ███ ███

83

1                              J. L. Martinez

2    ██████  ████  █ ███████  █████████

3        Q      You had also indicated that you

4    had done some side jobs.

5              MR. McNAMARA:   Objection.

6        Q      Do you recall that?

7        A      Yes.

8        Q      How were you paid for those side

9    jobs?

10       A      Sometimes they didn't pay me,

11   and sometimes with a little money.  I did it

12   with friends.

13       Q      When did you do those side jobs?

14       A      I don't recall.

15       Q      So did you do those side jobs

16   in 2004?

17       A      No.

18       Q      Did you do those side jobs in

19   it 2005?

20       A      Yes.

21       Q      Did you do those side jobs

22   in 2006?

23       A      Yes, on the weekends.  If a

24   friend asks me for help to do something, I

25   would do it.  Sometimes if it's a friend, he

84

1                          J. L. Martinez

2     doesn't necessarily have to pay me.

3          Q        Did you do those side jobs

4     in 2008?

5          A        When I left Suffolk Paving.

6          Q        But not before you left

7     Suffolk Paving?

8          A        Not before.

9          Q        You understand why you were

10    terminated from Suffolk Paving; correct?

11         A        Yes, I know why they terminated

12    me.

13         Q        And you're not claiming that

14    they terminated you for any discriminatory

15    reasons; correct?

16         A        No.

17         Q        And you're not claiming that

18    they terminated you for any retaliatory

19    reasons; correct?

20         A        Excuse me?

21         Q        You're not claiming that they

22    terminated you for any retaliatory reasons?

23                  MR. McNAMARA:    Objection.

24         A        No.

25         Q        You're not claiming that they

85

1                        J. L. Martinez

2    terminated you for any unlawful reasons;

3    correct?

4         A       No.  I said before that they

5    fired me -- he fired me, the operator, to

6    defend himself.

7         Q       So the operator fired you;

8    correct?

9         A       He put the complaint in for them

10   to fire me.

11        Q       And it had nothing to do with

12   you blowing out a curb?

13        A       No, the curb was already ruined

14   when he said that I had damaged it.

15        Q       It was a new curb; right?

16        A       Yes, it was a new curb.

17        Q       So the brand new curb was

18   ruined, and you didn't ruin it?

19                MR. McNAMARA:  Objection.

20        A       No, I didn't do it.

21        Q       Who did it?

22        A       It was like that when we started

23   the work.  The curb was like that, so I was

24   cleaning water that was there because of the

25   rain during the night before, and when the

1                    J. L. Martinez

2      inspector came where I was working with the

3      machine, he looked and saw that a corner of

4      the curb was damaged.  So when the inspector

5      put in the complaint to the operator, the

6      operator said that I had done that.

7           Q      And you did do it, correct?

8                  MR. McNAMARA:  Objection.

9           A      No, I didn't to it.

10          Q      What exactly is it that you're

11     claiming that you did or didn't do?

12          A      That the complaint that he

13     submitted was saying that I had broken the

14     curb.

15          Q      How was the curb broken?

16          A      It was like this (indicating).

17     Maybe because of the way that it was

18     constructed and because the water had eroded

19     the dirt.

20          Q      But it was a new curb.

21          A      Yes, I know that it was a new

22     curb, but there was something that they

23     called a joint.  From the exact corner to

24     about four or five feet away from the corner

25     was the other joint, so because of that,

87

```
 1                        J. L. Martinez
 2   maybe the curb opened up.
 3         Q     Do you go to church?
 4               MR. McNAMARA:  Objection.
 5         A     Sometimes.
 6         Q     Do you go on Sundays?
 7         A     Not exactly on Sundays.
 8   Sometimes on Saturdays.  I don't do it very
 9   often.
10         Q     Why?
11               MR. McNAMARA:  Objection.
12         A     I believe in God, but not in
13   religion.
14               MR. McNAMARA:  We're going to
15         take a break right now.
16               MR. ZABELL:  Okay.
17               (Whereupon, a recess was taken
18         from 12:33 p.m. until 1:32 p.m.)
19         Q     Are you ready?
20         A     Yes.
21         Q     You had a chance to speak with
22   your attorney?
23         A     Yes.
24         Q     He told you to tell the truth?
25         A     Yes.
```

88

1

2    Q    I'm telling you to tell the

3    truth; okay?

4    A    Yes.

5         MR. McNAMARA:  Let the record

6         reflect that Mr. Zabell just winked at

7         the witness.

8    Q    Okay?

9    A    Yes.

10   Q    You promise to tell the truth;

11   right?

12   A    Yes.

13   Q    Where are you working right now?

14   A    I'm not working right now.

15   Q    Where did you work in the year

16   of 2011?

17   A    I worked at a garbage company a

18   few days with some friends.

19   Q    What's the name of that garbage

20   company?

21   A    It's called Myo, but I'm not

22   exactly working with them.  I help my

23   friends, and sometimes they give me something

24   of their own, or if they get a tip, I get

25   that.  I'm not working for any company in

89

1                    J. L. Martinez

2  particular.

3        Q      Why not?

4        A      There's not work in the United

5  States.

6        Q      Why aren't you working for

7  Powell & Lunati Paving?

8        A      I worked for him only last year,

9  but he had very little work, and he was

10 giving me very few days.

11       Q      What about RL Associates?

12       A      That's the same company.

13       Q      What about Fasco Asphalt?

14       A      I left Fasco to start working

15 with Ralph Lunati.

16       Q      Did you try going back to Fasco?

17       A      They said they were going to

18 call me, but they haven't called me.

19       Q      What about Intercounty?

20       A      No, I never worked for

21 Intercounty.

22       Q      Where does your uncle work?

23       A      I have two uncles and we worked

24 together, but one now is unemployed, and the

25 other one works for a company in Kings Park,

                                                                    90
1                           J. L. Martinez
2      but I don't know the name of the company.
3             Q      Which one is unemployed?
4             A      Nelson.
5             Q      Which one works for the company
6      in Kings Park?
7             A      Javier.
8             Q      Are you sure Nelson is on
9      unemployment?
10            A      Yes.
11            Q      When was the last time you spoke
12     to Nelson?
13            A      Yesterday.  Yes, yesterday.
14            Q      He told you he was unemployed?
15            A      Yes.
16            Q      Were you ever in a union?
17            A      No.
18            Q      Who told you about this lawsuit?
19            A      One day we were in the yard, and
20     one of them was talking about that.  A lot of
21     us got together, a lot of us that used to
22     work together get together, and they said
23     something about the Labor Department, and
24     then someone came from the Labor Department,
25     so that was how we started the lawsuit.

91

1                    J. L. Martinez

2        Q      Who came from the Labor

3    Department?

4        A      Nelson -- I don't remember.  It

5    was many, because we would get together in

6    the evening.  When Suffolk Paving fired me --

7    when that company fired me, I also went to

8    the Labor Department for them to help me get

9    my job back, but it was my intention to

10   return to work, because that's the only thing

11   that I wanted to do, was go back to Suffolk

12   Paving, but it wasn't possible.

13       Q      The Department of Labor told you

14   that you can't get your job back?

15       A      No.  They said that I had to go

16   to meetings, but at that time, I didn't have

17   time, because I wasn't doing well

18   economically, so I couldn't go to the

19   meetings.

20       Q      What meetings?

21       A      The meetings that they have at

22   the Department of Labor where you find out

23   your rights as an employee.

24       Q      Do you think you had a right to

25   get your job back?

92

1                    J. L. Martinez

2       A      Yes, I think I had the right.

3  It was the first time that somebody had

4  complained about my work, and during the time

5  I was at Suffolk Paving, nobody had ever

6  complained about my work.  I worked with many

7  people; operators, foremen, and nobody ever

8  complained about my work until that day that

9  Salvatore did it, and that's why I thought

10  that I had the right to return to my job.

11      Q      Do you still think you have that

12  right?

13      A      No, I don't think so.

14      Q      You know that you can be fired

15  for doing something wrong?

16      A      Yes.

17      Q      But you were upset that you got

18  fired; right?

19      A      Yes.

20      Q      And that's why we're here today;

21  correct?

22      A      Yes.

23      Q      Have you lied to get something

24  that you want?

25      A      No, it's not necessary.

93



1          J. L. Martinez

2      Q      Have you ever broken the law to

3   get something you want?

4              MR. McNAMARA:   Objection.

5      A      No, no.

6      Q      ███████████████ ███████

7   ████████████████████████████ ██████

8      A      ████ █ ████████ ██ ████

9   ███████ █████ █████████████ ██████

10     Q      ██████████████████████████

11  ███████ ████████

12             MR. McNAMARA:   Objection.

13     A      ████.

14     Q      ████████████████████████

15  ██████████████ █████████?

16             MR. McNAMARA:   Objection.

17     A      ███

18     Q      ████████ ██████ ███████?

19             MR. McNAMARA:   Objection.

20     A      █████ █ ███████████████

21  ███████████ █████████ ████████████████

22  █████████ ███████████████ █████

23  ████████████████ █████ █████████

24  ████ █ █ ████████████ ████████████████

25  ██ █ ███

94



1                          J. L. Martinez

2        Q     █████████████████████████

3     ████████████     ██████████

4              MR. McNAMARA:   Objection.

5        A     (No verbal response.)

6        Q     ███████████

7        A     ████

8        Q     ████████████████████████████

9     ███████████████   █████   ██████████

10             MR. McNAMARA:   Objection.

11       A     ████

12       Q     ████████   ███████   ██████ct?

13       A     ████

14    ██   ████   ████████   █████████████████

15    █████   ████████

16             MR. McNAMARA:   Objection.

17       A     ███████████   █████████

18    ██████████████

19       Q     ████████████████████   ████

20    ████████

21       A     ████   ██████████

22       Q     If everybody jumped off a

23    bridge, would you jump off a bridge?

24             MR. McNAMARA:   Objection.

25       A     ████   ████████████   █████████

95

1        J. L. Martinez

2    ████████████████████████████

██  ████████████████  ████  ████

██  ████  ██████████████████████

██  ████████████

6        Q    ████████████████████

██  ██  ██████████████████  ████

██  ██████████  ████  ████████

9        A    ██████████

10       Q    ████████████████████

██  ████████████████████████  ███

██  ██████████  ████  ██████

██       A    ██

██       Q    ████████████████████

██  ████████████  ████████████████

██  ████  ████████

17            MR. McNAMARA:  Objection.

18       A    ████████████  ████████████

██  ██████  ████████████████████

20       Q    ██████  ████  ████████████

██  ██████████████████████████████

██  ██  ████.

23            MR. McNAMARA:  Objection.

24       Q    You know that; right?

25       A    Excuse me?

96

```
 1                    J. L. Martinez

 2        Q      ████████████  ████████████

         █  ████████████████████████  ████████

 4               MR. McNAMARA:  Objection.

 5        A      ████  ████████████  ██████

 6        Q      ██  ████████████

 7               MR. McNAMARA:  Objection.

 8        Q      Not Patrick.

 9               MR. McNAMARA:  Objection.

10        A      A few minutes ago you asked me

11   about church, so if you ask me about church,

12   it's because you know something about church

13   or you know something about God, so you're

14   going to talk about those things, and there

15   are things that are inevitable.  Everyone

16   wants to have a family.

17        Q      You asked me a question, and the

18   answer to the question you asked me is:

19   You're not supposed to have a family, unless

20   you can provide for them legally.

21               MR. McNAMARA:  Objection.

22        Q      If you have to steal and lie to

23   provide for your family, it's still stealing

24   and lying.

25               MR. McNAMARA:  Objection.
```

97

J. L. Martinez

1

2   A      Excuse me?

3   Q      Do you understand that?

4   A      Yes.   But if I'm here in this

5   deposition, it's not because I stole.   It's

6   because they stole from me.

7   Q      I don't necessarily agree with

8   that.

9          MR. McNAMARA:   Objection.

10  Q      You understand that, right?

11         MR. McNAMARA:   Objection.

12  A      What are you not in agreement

13  with?

14  Q      I think you've been paid

15  everything that you're supposed to have been

16  paid, and I think you're lying to get

17  something you want.

18         MR. McNAMARA:   Objection.

19  Q      And I thing you're lying to get

20  something you don't deserve.

21         MR. McNAMARA:   Objection.

22  A      You don't know if I'm lying

23  because you weren't working with me fourteen,

24  fifteen hours a day and receiving payment for

25  eight hours.   You weren't with me receiving

98

```
 1                      J. L. Martinez
 2    $18.75 an hour and overtime for $15 an hour.
 3                There, I was stealing?
 4         Q     Yes.
 5                MR. McNAMARA:  Objection.
 6         A     From whom?
 7         Q     From your employer.
 8                MR. McNAMARA:  Objection.
 9         A     From Louie Vecchia?  I was
10    stealing from Louie Vecchia?
11         Q     Yes.
12         A     What did I steal from him?
13         Q     Money, time, and supplies.
14                MR. McNAMARA:  Objection.
15         Q     Now I have questions for you.
16    Do you want me to ask them?
17                MR. McNAMARA:  Objection.
18         A     Yes, that's fine.
19         Q     ██████████████████████████
20    ███████████████████████  ████████████
21    ████████  ████████████████  ████████
22                MR. McNAMARA:  Objection.
23         A     (No verbal response.)
24         Q     ██████  ██████?
25         A     ██████
```

99



1          J. L. Martinez

2     Q

5     A     (No verbal response.)

6     Q     Correct?

7          MR. McNAMARA:  Objection.

8     A                              --

13    Q

16         MR. McNAMARA:  Objection.

17    Q

20         MR. McNAMARA:  Objection.

21    Q

22    A

23    Q

100

1                    J. L. Martinez

2              MR. McNAMARA:   Objection.

3         Q    Correct?

4         A    

6         Q

8         A

9         Q

11        A

13        Q

16

17

18

19

20

101

1                        J. L. Martinez

2              A        ███ ████  ████████  ███

3        ████████████  ██████████  █████████████  ████████

4   █  █████████████████████████

5              Q        ███  ███████  ██████  ████

6   █  ████████████████████  █████████████

7   █  ██████  ████████

8              MR. McNAMARA:  Objection.

9        Counselor, you already had your

10       opportunity today to ask these

11       questions.  You're going over it over

12       and over again --

13             MR. ZABELL:  Counselor, you can

14       object to the form, and that's all you

15       can object to.

16             MR. McNAMARA:  I'm not

17       permitting it any further, pursuant to

18       the protective order.

19             MR. ZABELL:  The protective

20       order only discusses whether I'm

21       allowed to ask this individual whether

22       or not he is an illegal alien.

23             MR. McNAMARA:  That's not true.

24       That's not my understanding of the --

25             MR. ZABELL:  I showed you the

1                       J. L. Martinez

2    order before.

3            MR. McNAMARA:  Right.

4            MR. ZABELL:  I'm not asking this

5    individual if he is unlawfully within

6    the United States.  That's not a

7    question I'm asking him.

8            MR. McNAMARA:  I understand

9    that.

10           MR. ZABELL:  ██████████████

11   ███████████████████████████████████████

12   ███████████████████████████████  ████

13   ████████████████████████  So, Counsel,

14   I appreciate you objecting to the form

15   of the question, but other than that,

16   you may remain silent and allow me to

17   continue this deposition.

18           MR. McNAMARA:  You may continue,

19   but, Counsel, please refrain from

20   asking the same questions over again.

21           MR. ZABELL:  Well, when I get an

22   answer, I'll stop asking the question.

23           MR. McNAMARA:  He's been giving

24   you answers.

25   Q    You told me that when you first

103



1                        J. L. Martinez

2    came to this country, you were ignorant;

3    correct?

4         A     Yes.

5         Q     Are you still ignorant?

6         A     I know some things now.

7         Q     ████████████████████████

8    ████████████████████  ████████████████

9    ████████████████  ██████████

10             MR. McNAMARA:  Objection.

11        A     ████

12        Q     ██████████████████████

13        A     █ ██████  ██████  ████████ --

14   ██████████ -- █ ████████████████████

15   ██████

16        Q     ██████████  ████████████████

17   ████████████████████████████

18   ████████████████████████████

19   ██████████████████

20             MR. McNAMARA:  Objection.

21        A     ████████████

22        Q     ██████  ████████████████████

23   ████████████████████████  ██████████

24             MR. McNAMARA:  Objection.

25        A     ██████████ ██████████ ████████ --

104

1          J. L. Martinez

2          Q      Yes or no?

3          A      ████ ███████ ████ █ ███ ████

████   ██████ █ ██████████████ █████ ████

█   ████████ ████████████ █████ █ ████

█   ██████ █████ ██████ █ ███████ ████

█   ████████ █ █████████████

█   ██████████ ███████████

9          Q      I know that you want to get

10   certain things out in this deposition.

11          MR. McNAMARA:  Objection.

12          Q      Do you understand that?

13          A      Yes.

14          Q      But if you don't answer the

15   questions I ask you and only the questions I

16   ask you, you're going to be here for a very

17   long time.

18          MR. McNAMARA:  Objection.

19          Q      Do you understand that?

20          MR. McNAMARA:  Objection.

21          A      Yes.

22          Q      And if it appears that you're

23   not answering the questions and only the

24   questions I ask you for purposes of this

25   deposition and to frustrate this deposition,

105

```
 1                          J. L. Martinez
 2      there are penalties that can be assessed
 3      against you.
 4                  MR. McNAMARA:  Objection.
 5           Q      Do you understand that?
 6           A      Yes.
 7           Q      So try very hard to answer just
 8      the questions I ask you.
 9                  MR. McNAMARA:  Objection.
10           Q      Do you understand that?
11                  MR. McNAMARA:  Objection.
12           A      Yes.
13           Q      Are you promising to try to just
14      answers the questions I ask you?
15           A      If you're asking me about
16      anything relating --
17           Q      Eh, eh, eh.  Stop, Stop.  Just
18      answer the questions I ask you.
19                  Do you understand that?
20           A      █████████████████████
21      ███████████████████████████████████
22      ███████████████████████████████████
23      █████████  ██████████████████  █████████
24      ████████████████████
25           Q      Because you are not a lawyer,
```

106

1                          J. L. Martinez

2      you are not entitled to make that

3      determination.

4                  MR. McNAMARA:  Objection.

5          A      Is it necessary to have a title

6      in order to have rights?

7          Q      It is necessary for you to

8      understand the laws that mandate you being

9      here.

10                 MR. McNAMARA:  Objection.

11         Q      Do you see that fellow next to

12     you with the beard?

13         A      (No verbal response.)

14         Q      Do you see him?  Go ahead.

15     Look.

16         A      (Witness complies.)

17         Q      He's an attorney.  It is his job

18     to make sure that I am not running afoul of

19     your rights.

20                 Do you understand that?

21                 MR. McNAMARA:  Objection.

22         A      (No verbal response.)

23         Q      Yes or no?

24         A      Aren't you offending my rights

25     saying that I stole from Suffolk Paving?

107

1                         J. L. Martinez

2         Q      No.

3         A      If that's the way you see it,

4    then continue with your questions.

5         Q      That's the way the law sees it.

6    I want you to understand that you do not get

7    to object to any of these questions.  I am

8    not asking you if you are an illegal alien.

9              MR. McNAMARA:  Objection.

10        Q      ████████████████████████████ █

11    ███████████████████████    ████████████

12    ███ ████████████████████████████████

13    ██████████████ ██████████████████████

14    ████████████████████████████████████

15    ████████████ ██████████████████████

16    ████████████

17              MR. McNAMARA:  Objection.

18        Q      Absent you saying that you

19    refuse to answer that question on the grounds

20    that it may incriminate myself, I'm entitled

21    to ask you those questions and get answers to

22    those questions.

23              Are we clear?

24              MR. McNAMARA:  Objection.

25        A      Yes.  Continue asking.

108



1           J. L. Martinez

2      Q

3

4

5

6           MR. McNAMARA:  Objection.

7      A

8

9

10

11     Q

12

13

14          MR. McNAMARA:  Objection.

15     A    .

16     Q

17

18          MR. McNAMARA:  Objection.

19     A

20

21

22

23

24     Q

25          MR. McNAMARA:  Objection.

109

1               J. L. Martinez

2          A    ████████████    █████████

        █   ████████  ███████  ████  ████████████

        █   ██████

5          Q    ██████████████

6          A    ████

7          Q    You're not lying here today to

8     get something that you want; are you?

9          A    Excuse me?

10              MR. McNAMARA:  Objection.

11         Q    You're not going to lie here

12    today to get something that you want; are

13    you?

14         A    No.

15         Q    But you'll lie everywhere else?

16              MR. McNAMARA:  Objection.

17         A    No.

18         Q    Let's talk some more about you

19    breaking the law; okay?

20              MR. McNAMARA:  Objection.

21         Q    Remember when I asked you if you

22    had a driver's license?

23         A    Yes.

24         Q    You said you do not; correct?

25         A    Yes.

110

J. L. Martinez

1

2      Q      Have you ever driven a car in

3   the United States?

4      A      Yes.

5      Q      When was the last time you drove

6   a car in the United States?

7      A      Excuse me?

8      Q      Try and listen to the questions.

9   I know you're upset, but you must listen to

10  the questions.

11             When was the last time you drove

12  a car?

13     A      Yesterday.

14     Q      Whose car did you drive?

15     A      My uncle's car.

16     Q      What is your uncle's name?

17     A      Nelson.

18     Q      Nelson Quintanilla?

19     A      Yes, he's like my father.  I was

20  raised with him.

21     Q      Where did you drive his car?

22     A      In Brentwood.

23     Q      Why did you drive his car?

24     A      I had to go and wash my clothes.

25  That's why I used it.

111

1                          J. L. Martinez

2          Q       And you understand that that was

3    a violation of the law; correct?

4                  MR. McNAMARA:  Objection.

5          A       Yes.

6          Q       You knew at the time you started

7    driving the car that you were breaking the

8    law; correct?

9                  MR. McNAMARA:  Objection.

10         A       Yes.

11         Q       But you broke the law because

12   you needed something; correct?

13                 MR. McNAMARA:  Objection.

14         A       Yes.

15         Q       You're comfortable breaking the

16   law if you need something; correct?

17                 MR. McNAMARA:  Objection.

18         A       I don't take it as a very

19   serious issue.

20         Q       Okay.  You don't take a

21   violation of the law as a very serious issue;

22   correct?

23                 MR. McNAMARA:  Objection.

24         Q       Correct?

25         A       It is serious, but they stop me

```
1                     J. L. Martinez
2      sometimes -- the police have stopped me, and
3      they haven't given me a ticket, and they
4      never gave me a ticket for doing that because
5      they're very conscientious.
6              Q     Have you ever broken the law in
7      any other way?
8                    MR. McNAMARA:  Objection.
9          A    No.
10         Q    Have you ever been arrested?
11                   MR. McNAMARA:  Objection.
12         A    No.
13         Q    In this country?
14         A    No.
15         Q    In any other country?
16         A    No.
17                   MR. McNAMARA:  Objection.
18         Q    Please tell the truth.
19                   MR. McNAMARA:  Objection.
20         A    I am speaking the truth.
21         Q    You've never been arrested?
22                   MR. McNAMARA:  Objection.
23         A    No.
24         Q    Should you have been?
25                   MR. McNAMARA:  Objection.
```

113

1                        J. L. Martinez

2          A      Excuse me?

3          Q      Should you have been arrested?

4          A      No.

5          Q      Did you ever do anything that

6     was a violation of the law?

7                 MR. McNAMARA:  Objection.

8          A      No.

9          Q      We just talked about two things

10    that you did that were violations of the law.

11    You drive without a license.

12         A      Can you tell me the rest?

13    Should I be arrested for that?

14         Q      I believe you should.

15                MR. McNAMARA:  Objection.

16         Q      ██████████████████████████████

17    ████████████████████████████████

18                MR. McNAMARA:  Objection.

19         Q      ████████████

20         A      ████.

21         Q      ████████████████████████████

22         A      ████.

23         Q      Just so long as you know it and

24    you're not continuing to deny it.

25                MR. McNAMARA:  Objection.

1                        J. L. Martinez

2        Q        Because when you know something

3    and you deny it, you're lying to me.

4                MR. McNAMARA:  Objection.

5        Q        That's equivalent to perjury,

6    and that could be a violation of the law.

7                MR. McNAMARA:  Objection.

8        Q        You understand that; right?

9        A        Yes.

10        Q        When you worked for Fasco, how

11    much an hour did you make?

12        A        I earned $150 per day.

13        Q        Did you ever do any prevailing

14    wage work?

15        A        Sometimes.

16        Q        When did you work for Fasco?

17        A        In 2009.

18        Q        Did you work for Fasco in 2010?

19        A        No.

20        Q        When you worked for Powell &

21    Lunati, how much did you make an hour?

22        A        I made $175 per day.

23        Q        Did you ever do work on

24    prevailing wage jobs?

25        A        Yes, sometimes.

115

                                    J. L. Martinez

1

2        Q      When did you work for

3    Powell & Lunati?

4        A      In 2010.

5        Q      From when in 2010 to when?

6        A      Towards the end of April until

7    November.

8        Q      Did you get paid prevailing wage

9    rates?

10              MR. McNAMARA:  Objection.

11       A      Yes.

12       Q      I thought you just said you got

13   $175 a day.

14       A      Yes, that's what they gave me.

15       Q      Was that prevailing wage rate?

16       A      No, it wasn't prevailing wage.

17   When I worked prevailing wage, they gave me

18   $45 an hour.

19       Q      Did you work for RL Associates?

20       A      That's the same company.

21       Q      And you also made $175 a day

22   there?

23       A      Yes.

24       Q      How did you get to work at

25   Suffolk Paving?

1                    J. L. Martinez

2        A      Excuse me?

3        Q      Answer the question.

4        A      I didn't hear.

5        Q      How did you get to work at

6    Suffolk Paving?

7        A      Sometimes my uncle would give me

8    a ride, and sometimes another coworker would

9    give me a ride.

10       Q      Who is the other coworker?

11       A      Edwin -- I don't remember his

12   last name.

13       Q      Edwin Rivera?

14       A      Yes, I think so.

15       Q      Would you ever drive yourself to

16   the job site?

17       A      No.

18       Q      Could you?

19       A      Yes, I could.

20       Q      If you could drive yourself to

21   the job site, why didn't you?

22       A      At first, I was living in my

23   uncle's house, and it wasn't necessary to

24   have two cars, because we would go to the

25   same job.  And then I worked in the same

117

1                        J. L. Martinez

2      group as Edwin, and we lived in the same

3      neighborhood.

4           Q      So both of them would drive you

5      into the shop in the morning; correct?

6           A      Yes.

7           Q      But you were only just tagging

8      along with them for the ride; correct?

9           A      Yes.

10          Q      And then, you would drive from

11     the shop to the worksite?

12          A      They would pick me up in the

13     evenings.

14          Q      They would pick you up in the

15     evenings, or they would drive you home in the

16     evenings?

17          A      They would take me home in the

18     evenings.

19          Q      They would take you home

20     directly from the job site; correct?

21          A      Yes.  From the yard, they would

22     take me.

23          Q      Well, why didn't you go home

24     directly from the job site?

25          A      Excuse me?  I didn't hear you.

118

1                           J. L. Martinez

2          Q        You only went to the shop

3      because you were tagging along for the ride;

4      correct?

5                   MR. McNAMARA:  Objection.

6          A        Every day we would get together

7      in the morning at the yard, and we would

8      return to the yard in the afternoons.

9          Q        But you only did that because

10     you didn't have a vehicle, so you couldn't

11     drive to the job site; right?

12         A        No.  Because Suffolk Paving

13     would tell us that we had to be there the

14     mornings, and we had return there in the

15     afternoons.

16         Q        Who told you that?

17         A        The foreman who would say it,

18     the manager.

19         Q        That's not true.

20                  MR. McNAMARA:  Objection.

21         A        Yes, it is true, because they

22     would give us a work order, and it said the

23     time and the employee that had to be there.

24     Sometimes at 5:00, and sometimes at 5:30 or

25     6:00 a.m., and only one person, the person in

119

1                         J. L. Martinez

2    charge of driving had the addresses to the

3    jobs.

4         Q    Right.  That one person who was

5    in charge of driving could have met you at

6    the job site; correct?

7                   MR. McNAMARA:  Objection.

8         A    No.

9         Q    You just testified that you

10   could go directly to the job site in the

11   morning and that you only tagged along with

12   your uncle because he drove, correct; yes or

13   no?

14        A    I --

15        Q    Yes or no, sir?

16        A    When he says --

17        Q    You need to answer the question.

18        A    You're referring to the yard.

19   That's what we call the job.

20        Q    You need the answer the

21   question.  If you don't answer the question,

22   you're going to be here for a very long time.

23                   Do you understand?

24                   MR. McNAMARA:  Objection.

25        Q    Look at me.  Do you understand?

120

J. L. Martinez

1

2    A      (No verbal response.)

3    Q      Do you understand?

4           MR. McNAMARA:  Objection.

5    A      Yes.

6    Q      Just answer the question I ask

7    you; okay?

8    A      That's fine.

9    Q      You testified that you only took

10   the car trip with your uncle to the shop,

11   because he was driving you; correct?

12   A      Yes.

13   Q      How long were you at the shop in

14   the mornings; five minutes?

15   A      In the yard?  We were there --

16   if they would tell us to be there at 6:00, we

17   were there ten, fifteen minutes before until

18   we put the tools in the truck, and then we

19   would leave for the job.  That was what all

20   of the employees in Suffolk Paving had to do.

21   Q      Except all of the other people

22   who came to testify said that the tools were

23   already in the truck.

24          MR. McNAMARA:  Objection.

25   Q      So why are you lying today?

121

1                    J. L. Martinez

2        A        Yes, because I'm not talking

3    about the other persons.  I'm talking about

4    what I used to do.

5        Q        Right.  All the other people say

6    that the tools were already in the truck.

7                 MR. McNAMARA:  Objection.

8             Counselor, that's not even true.

9        Q        Why are you lying?

10       A        I'm not lying.

11       Q        Then, answer the question.

12       A        I'm not lying.

13       Q        Answer the question.

14       A        I'm going to answer your

15   question.

16                They would give us a work order,

17   and they would write down the types of tools

18   that we needed for that job, because I didn't

19   always work in the same group.  Sometimes

20   they would send me with one person, and

21   sometimes they would send me with another

22   one.  Then, I had to look to find what I

23   needed to use.  They would write down what we

24   needed.

25       Q        How long were you at the shop in

122

1                        J. L. Martinez

2    the morning; five minutes?

3         A     No, sometimes a half-an-hour,

4    twenty minutes.

5         Q     And after you'd leave the shop

6    in the morning, you would you go eat

7    breakfast; right?

8         A     Excuse me?

9         Q     After you would leave the shop

10   in the morning, you would you go eat

11   breakfast; correct?

12        A     No.

13        Q     Would anybody get breakfast?

14        A     Sometimes, not always.

15        Q     Really?  Because everybody else

16   says that they always went for breakfast.

17              MR. McNAMARA:  Objection.

18        A     Not always.

19        Q     And they got egg sandwiches with

20   mayonnaise and coffee.

21        A     Not everyone.  I would sometimes

22   bring my breakfast from home.

23        Q     And you'd wait while they went

24   and got their egg sandwiches?

25              MR. McNAMARA:  Objection.

123

1                    J. L. Martinez

2        A      No.  I -- since I was always in

3   the company truck, I would eat there.

4        Q      You would eat at the company?

5        A      Sometimes.

6        Q      In the company truck?

7        A      Yes, sometimes.

8        Q      Instead of working?

9               MR. McNAMARA:  Objection.

10        A      That's what -- during the time

11   that I was going from the yard to the job.

12        Q      Did you speak to any of your

13   coworkers at Suffolk Paving before coming

14   here today?

15        A      No.

16        Q      You didn't speak to your

17   Tio Nelson?

18        A      I speak with him every day.  I

19   speak with him every day, but not about why I

20   was coming here today.

21        Q      You never spoke to him about

22   coming here today?

23        A      Only about the date that I had

24   to come.

25        Q      Did you ever drive any of the

124

1                          J. L. Martinez

2   Suffolk Paving vehicles?

3          A       When we were at the yard,

4   sometimes we were waiting for the driver, and

5   the first person that was there would take

6   care of putting diesel in the truck or move

7   it where the heavy things were going to be

8   loaded on it, like the propane gas.

9                  Sometimes we would put in the

10  covers for the cesspools, things like that.

11  So he would authorize anyone -- the foreman

12  would tell us to do that.  I never drove a

13  car for paving on the road.

14         Q       Do you know what you're suing

15  Suffolk Paving for?

16         A       Yes.

17         Q       What are you suing them for?

18         A       For the overtime that they

19  didn't pay me and for the regular time that

20  they didn't pay me, either.

21         Q       How much are you suing them for?

22         A       I don't have an exact amount.

23         Q       Do you have a rough amount?

24         A       No.

25         Q       Do you have an approximate

125

1                        J. L. Martinez

2    amount?

3          A      No, I don't have any idea.

4          Q      You have no idea what you're

5    suing them for; is that correct?

6          A      I'm suing for -- because they

7    didn't pay me my overtime, and they didn't

8    pay me for all of the time that I worked for

9    the company.

10         Q      How much are you suing them for?

11                MR. McNAMARA:  Objection.

12         A      I don't know how much it could

13   be within four years.

14         Q      Is it fair to say that you have

15   no idea how much you're suing them for?

16                MR. McNAMARA:  Objection.

17         A      I don't know exactly how much.

18   That's why we hired a professional to take

19   care of these issues.

20         Q      This one to your right?

21         A      Yes.

22         Q      He's your professional?

23                MR. McNAMARA:  Objection,

24         Counselor.

25                MR. ZABELL:  What's the specific

126

1              J. L. Martinez

2       number that he's owed, Counselor?

3              MR. McNAMARA:  Mr. Martinez, in

4       particular?

5              MR. ZABELL:  Yes.

6              MR. McNAMARA:  Counselor, this

7       isn't relevant to the --

8              MR. ZABELL:  Do you know either?

9       Does anybody know?

10             MR. McNAMARA:  Counselor, it's

11      the amount that he's owed --

12             MR. ZABELL:  Do you have any

13      idea what amount that is?

14             MR. McNAMARA:  In particular?

15             MR. ZABELL:  Him, yes, because

16      nobody knows what this guy wants.

17             MR. McNAMARA:  It's what he's

18      due for overtime.

19             MR. ZABELL:  How much?

20             MR. McNAMARA:  Counselor, why

21      are you asking me questions right now?

22      I'm not the witness.

23             MR. ZABELL:  Because he says you

24      know, and apparently, you don't.

25             MR. McNAMARA:  It's for all the

127

1                          J. L. Martinez

2          time that he worked --

3                    MR. ZABELL:  How much?

4                    MR. McNAMARA:  That's for a

5          Court to decide.

6                    MR. ZABELL:  How much is he

7          claiming he is owed?  Give me a number.

8                    MR. McNAMARA:  Altogether,

9          there's a claim for two-and-a-half

10         million dollars.

11                   MR. ZABELL:  Yes, but let's be

12         realistic.  How much is he claiming

13         he's owed?

14                   MR. McNAMARA:  That's for the

15         Court to decide.

16                   MR. ZABELL:  How much are you

17         claiming is owed for him?

18                   MR. McNAMARA:  That's for the

19         Court to determine.

20                   MR. ZABELL:  So you can't figure

21         that out, either?

22                   MR. McNAMARA:  There's already a

23         number, Counselor, and it's not for me

24         to say right now.  I'm not the witness.

25         Q     Even your professional doesn't

128

                         J. L. Martinez

1

2    know how much.

3              MR. McNAMARA:  Objection.

4         A    Then, the Judge at court will

5    know.

6         Q    It's not her job to know.

7              MR. McNAMARA:  Objection.

8         Q    You have to present evidence to

9    indicate how much you're owed.

10             MR. McNAMARA:  Objection.

11        Q    And if you can't do that, then

12   your claim may fail.

13             MR. McNAMARA:  Objection.

14        Q    Do you understand that?

15        A    I'm going to give my attorney

16   evidence so that he can show it to the Court.

17        Q    Oh, you're going to; you haven't

18   done that already?

19             MR. McNAMARA:  Objection.

20        A    Oh, yes.  He has proof and he's

21   the one that's going to present it to the

22   Court, and they are going to determine the

23   suit.

24        Q    How much proof did you provide

25   to your attorney; a lot of proof or a little

1                         J. L. Martinez

2    bit of proof?

3                   MR. McNAMARA:  Objection,

4              Counselor, this isn't relevant.

5         A      All of my check stubs, my W-2s

6    from my taxes.

7         Q      The taxes you filed or the taxes

8    you didn't file?

9                   MR. McNAMARA:  Objection.

10        A      The taxes that I filed.

11        Q      The ones that you didn't file,

12   you didn't provide him?

13        A      What, one month of work?  Those

14   are the only taxes that I didn't file.

15        Q      That's yet another violation of

16   the law.

17        A      You already said that before.

18        Q      I know, but when I asked you if

19   you've ever broken any laws of the United

20   States of America, you said, no, and you lied

21   to me.

22                  MR. McNAMARA:  Objection.

23        Q      Do you understand that?

24        A      Yes, I understand.

25        Q      Please don't lie to me anymore.

130

| | | |
|---|---|---|
| 1 | | J. L. Martinez |
| 2 | | MR. McNAMARA:  Objection. |
| 3 | Q | Okay? |
| 4 | A | Yes. |
| 5 | Q | Do you want to apologize for |

lying?

| 7 | | MR. McNAMARA:  Objection. |
| 8 | A | Everyone lies.  You're going to |

try and lie, and you're trying to avoid -- as
an employee of Suffolk Paving, I'm owed
certain things.

| 12 | Q | Did you just say "everyone |

lies"?

| 14 | A | Yes. |
| 15 | Q | Are you including yourself in |

that?

| 17 | | MR. McNAMARA:  Objection. |
| 18 | A | Yes. |
| 19 | Q | So you do lie? |
| 20 | | MR. McNAMARA:  Counselor, you've |

already asked him this.

| 22 | Q | Right? |
| 23 | A | Excuse me? |
| 24 | Q | Yes, right?  You admit to lying? |
| 25 | | MR. McNAMARA:  Objection. |

131

1                          J. L. Martinez

2          A      I'm telling you the truth, and

3    I'm responding to your questions.

4          Q      Answer my question.

5                 My question is:  You just

6    testified that everybody lies; correct?

7          A      Yes, but I'm not lying in order

8    to ask Suffolk Paving to pay me what I'm due

9    as a worker.  That's the issue that we're

10   talking about here.

11         Q      So you've lied about other

12   things?

13         A      Not necessarily.

14         Q      But you just testified that

15   everybody lies.  In fact, you've admitted to

16   lying here today.

17         A      ███████   ███████   ████████

     ██ ██████████████████████████

19         Q      ████.

20         A      About that?  Did I lie during

21   the time that I worked for Suffolk Paving?

22   What about the hours that they didn't pay me

23   for?

24         Q      I believe you did lie, yes.

25         A      Is that true only because that's

132

1                        J. L. Martinez

2    what you believe?

3         Q     No, it's true because I have

4    evidence, and your testimony --

5         A     I --

6         Q     Stop, stop.  Answer only the

7    questions I ask you.

8               Do you understand that?

9         A     Yes.

10        Q     If you cannot answer only the

11   questions that I ask you, then speak to your

12   attorney and ask that he adjourn this

13   deposition until a time that you can answer

14   only the questions that I ask you.

15              Are we clear?

16              MR. McNAMARA:  Objection.

17        A     Yes, okay.

18        Q     Are you prepared to continue?

19        A     Yes.

20        Q     Would you like to apologize to

21   me now?

22              MR. McNAMARA:  Objection.

23        A     Yes.

24        Q     Accepted.

25              Do you remember when I asked you

133

J. L. Martinez

1    early on in this deposition if you've ever

2    lied?

3    A        Yes.

4    Q        Do you remember what your answer

5    was?

6            MR. McNAMARA:  Objection.

7    A        That -- no.

8    Q        Your answer was no, you've never

9    lied; correct?

10   A        Yes.

11   Q        As this deposition has

12   continued, we have discovered that you have,

13   in fact, lied; correct?

14           MR. McNAMARA:  Objection.

15   A        Yes.

16   Q        Which makes the statement that

17   you never lie a lie; correct?

18           MR. McNAMARA:  Objection.

19   A        Yes.

20   Q        ███████████████████████

21   ██████  ████████████ ████████████████████

22   ██   ███████████

23           MR. McNAMARA:  Objection.

24   A        ███.

134

1                    J. L. Martinez

2        Q      Who is the owner of

3    Suffolk Paving?

4        A      Louie Vecchia.

5        Q      Are you finished with that

6    answer?

7                MR. McNAMARA:  Objection.

8        A      Yes.

9        Q      Do you know if there are any

10   other owners of Suffolk Paving?

11       A      No, not when I worked at

12   Suffolk Paving.  Louie Vecchia was the only

13   owner, along with his wife, Helene Vecchia.

14       Q      Do you know if his wife,

15   Helene Vecchia, is an owner?

16       A      I don't know.  I know that the

17   checks are signed by Louie Vecchia.

18       Q      Do you have any reason to

19   believe that Helene Vecchia is an owner?

20       A      Yes.

21       Q      What is your reason to believe

22   that?

23                MR. McNAMARA:  Objection.

24       A      It's his wife.  It's

25   Louie Vecchia's wife, and during the week,

1                          J. L. Martinez

2      she would spend a lot of time at the company.

3            Q       Is that your only basis for

4      believing that she is an owner?

5                    MR. McNAMARA:  Objection.

6            A       Yes, she is an owner.

7            Q       Is that your only basis for

8      believing she is an owner?

9                    MR. McNAMARA:  Objection.

10           Q       Yes or no?

11           A       She is an owner, as well.

12           Q       What is your basis for believing

13     that?

14                   MR. McNAMARA:  Objection.

15           A       Excuse me?  Oh, she's also in

16     Suffolk Paving, because she is Louie

17     Vecchia's wife, so that means she's also an

18     owner of Suffolk Paving.

19           Q       Is that your only reason for

20     believing that?

21                   MR. McNAMARA:  Objection.

22           A       Yes.

23           Q       You provided me with some

24     documents this morning; did you not?

25           A       Yes.

136

1            J. L. Martinez

2            (Document which consisted of a

3        copy of Mr. Martinez's W-2 was marked

4        as Defendants' Exhibit 1, for

5        identification, as of this date.)

6        Q      We're going to call this

7    Defendant's Exhibit 1 with today's date, 9/29.

8            Take a look at that document.

9        A      (Witness complies.)  What do you

10    need from this document?

11        Q      I want you to take a look at it.

12        A      (Witness complies.)

13        Q      Have you had an opportunity to

14    look at that document?

15        A      Yes.

16        Q      What is that document?

17        A      It's my W-2 from my income tax.

18        Q      Is everything on those documents

19    truthful and accurate?

20        A      Yes, that's my name.

21        Q      ███████████████████████

22    ██████

23            MR. McNAMARA:  Objection.

24        A      ████████████████ ▌ █████

25    ██████

137

```
 1                    J. L. Martinez
 2        Q      That's a wonderful answer.  It
 3   just doesn't answer the question I asked you.
 4             MR. McNAMARA:  Objection.
 5        Q      ███████████████████████████
 6   ███████
 7        A      █████████████████ █ ██████
 8   █████
 9        Q      ██████████████████████ ██████
10   ████████████████████████████████
11   ████████████
12             MR. McNAMARA:  Objection.
13        A      (No verbal response.)
14        Q      Look at me.  He cannot help you.
15        A      ████████████████████████
16   ███████.
17        Q      █████████████████████
18   ███████
19             MR. McNAMARA:  Objection.
20        A      ████ ███████████████.
21        Q      ██████████████████████████
22   █████ ███████
23             MR. McNAMARA:  Objection.
24        A      ██████████
25        Q      ██████████████████████████
```



138

1                          J. L. Martinez

2    ████   ██████

3                      MR. McNAMARA:  Objection.

4        A    █████████████

5        Q    ██████  ██████

6        A    ████ █ ████████ ██████

7        █    You understand you're under

8    oath?

9        A    Yes.

10       Q    If you're lying and saying you

11   don't remember if, in fact, you do, you're

12   compounding the lie.

13       A    ██████  █████ █ █████████████

14   ████ █████████ ██████ ████████████████

15   █████

16       Q    ████████████████████████████

17   ██████

18                      MR. McNAMARA:  Objection.

19       A    █████

20       Q    █████████████████████████

21       A    █ ██████  ██████

22       Q    ███████████████████████████

23   ███████████████████████?

24                      MR. McNAMARA:  Objection.

25       A    █████

139

```
 1                    J. L. Martinez
 2         Q      I'll take that back.
 3         A      (Handing.)
 4         Q      ████████████████████████
 5   ██████████████████████████████████████
 6   ███████
 7                MR. McNAMARA:  Objection.
 8         A      ████████████
 9         Q      ██████████████████████████
10   █████████████████████████████████
11   ███████
12                MR. McNAMARA:  Objection.
13         A      ██████
14         Q      You keep lying to me, and I keep
15   asking you not to.
16                MR. McNAMARA:  Objection.
17         Q      I'm tending to think that you're
18   not taking this deposition very seriously.
19                MR. McNAMARA:  Objection.
20         Q      Is that correct?
21         A      █ ██████████████████████
22   ██████████ ███████████████████ █ ████
23   ██████████ ██████████████████████████
24   █ ████████████████████ ████████████████
25   ██████████████
```

140

1                        J. L. Martinez

2          Q      ████████████ ████.

3          MR. McNAMARA:  Objection.

4          Q      ████ ████████ █████ ████

█  ██████

6          MR. McNAMARA:  Objection.

7          A      █ █████ ████████ ██████      I

█  ██████████ █ ████ ████████.

9          Q      Are you capable of giving

10   testimony here today without lying?

11               MR. McNAMARA:  Objection.

12         A      Excuse me?

13         Q      Are you capable of giving

14   testimony today without lying?

15         A      Yes.

16         Q      Let's try and do that; okay?

17         A      Okay.

18         Q      Have you ever been married?

19         A      No.

20         Q      You just have this one

21   girlfriend; correct?

22               MR. McNAMARA:  Objection.

23         A      I have a girlfriend.

24         Q      Is it one or more than one?

25               MR. McNAMARA:  Objection.

141

1                          J. L. Martinez

2         A      No, it's one.

3         Q      Have you had more than one?

4         A      Yes.

5         Q      At the same time?

6                MR. McNAMARA:  Objection.

7         A      No, not at the same time.

8         Q      Did you ever lie to your

9    girlfriend?

10               MR. McNAMARA:  Objection.

11        A      No.

12        Q      Either a big lie or a little

13   lie?

14        A      No, little white lies.  Things

15   like, I'm going with my friends.  Everybody

16   does that.

17        Q      Everybody lies?

18               MR. McNAMARA:  Objection.

19        A      Yes.

20        Q      Not in my house.

21        A      No?

22        Q      No.

23        A      Congratulations.

24        Q      Thank you.  That's because I

25   live by a certain code.

142

1              J. L. Martinez

2              MR. McNAMARA:  Objection.

3       A       You have a ring on your finger

4  and I don't.

5       Q       Why is that?

6       A       You made a promise.

7       Q       You never made that promise?

8              MR. McNAMARA:  Objection.

9       A       Not to my girlfriend.

10      Q       Who did you make that promise

11 to?

12      A       No one.

13      Q       When I asked you if you made the

14 promise, you said, not to my girlfriend,

15 indicating to me that there may be somebody

16 else that you made that promise to.

17      A       No.

18      Q       You did make that promise to me.

19              MR. McNAMARA:  Objection.

20      A       But we weren't talking about

21 girlfriends.

22      Q       So you have several girlfriends?

23              MR. McNAMARA:  Objection.

24      A       No.

25      Q       The smile on your face tells me

143

1                           J. L. Martinez

2     that you're not being completely honest with

3     me.  Spill your beans, my friend.

4                 MR. McNAMARA:  Objection.

5           A     I thought I came to speak about

6     another situation, and I didn't think I was

7     coming here to speak about girlfriends.

8           Q     I'm all about surprises.

9           A     It's good to smile.  It's good

10    for the health.

11          Q     Explain to me what you're

12    holding back right now.

13                MR. McNAMARA:  Objection.

14          A     I'm telling you everything that

15    I know.

16          Q     Nobody here believes you.

17                MR. McNAMARA:  Objection.

18                MR. ZABELL:  Let the record

19          reflect that he's giggling and laughing

20          like a schoolchild.

21                Counsel, do you agree?

22                MR. McNAMARA:  Let the record

23          reflect that Mr. Zabell is giggling

24          like a schoolgirl.

25          Q     Ask your attorney if he believes

144

1                         J. L. Martinez

2    you.

3                    THE WITNESS:  Do you believe me?

4                    MR. McNAMARA:  I believe you.

5                    MR. ZABELL:  Off the record.

6                    (Whereupon, a discussion was

7              held off the record.)

8                    MR. ZABELL:  Patrick, go talk to

9              your client for a little bit.

10                   MR. McNAMARA:  Okay.

11                   (Whereupon, a recess was taken

12             from 2:31 p.m. until 2:35 p.m.)

13        Q        Before the break, you were

14   telling me about your girlfriends.

15                   MR. McNAMARA:  Objection.

16        A        Not my girlfriends.  My

17   girlfriend.

18        Q        Tell me about the white lies you

19   tell her.

20                   MR. McNAMARA:  Objection.

21        A        To my wife -- to my girlfriend.

22   In my country, if you have a girl living in

23   the same house and you have children with

24   her, you call her wife.  And I've learned

25   that in the United States, you have to wear a

145

1                    J. L. Martinez

2    ring on your finger to call them wife.

3         Q      I don't care whether you tell me

4    about your wife or your girlfriend.  I just

5    want to know about these white lies that you

6    tell them to get what you want.

7                    MR. McNAMARA:  Objection.

8         A      Do you want advice on how to

9    have many?

10        Q      No, I'm covered.  Thank you.

11               I want to know about the white

12   lies you tell them to get things that you

13   want.

14        A      I don't talk lies with my

15   girlfriends.  We just talk about how the

16   tomatoes are, how the beans are, how the eggs

17   are.  That's what we talk about.  You want me

18   to tell you what we talk about from 9:00 p.m.

19   on?  I can't do that in front of you.

20                    MR. ZABELL:  Let the record

21             reflect that the deponent was pointing

22             to Madam Interpreter as the "you" that

23             he was referencing.

24        Q      I'm not interested in your

25   pillow talk.

146

1                        J. L. Martinez

2                    You testified that you tell your

3          novia, your girlfriend, white lies.

4          A       I don't talk lies with her.  I

5          always tell my girlfriend that I love her,

6          and that's the truth.  That's why I've been

7          with her for eleven years.

8          Q       Are you saying that you did not

9          say at this deposition just a few minutes ago

10         that you tell your girlfriend white lies?

11         A       Yes, I did say it.  When I say

12         I'm going to play, and I go and see my

13         friends, because she doesn't like me to go

14         and visit my friends.

15         Q       So you lie to her to get things

16         that you want; correct?

17                    MR. McNAMARA:  Objection.

18         A       No, that's a lie -- that's a

19         little white lie so that my girlfriend stays

20         happy all the time.

21         Q       And you want her to stay happy

22         all the time; right?

23         A       Yes.

24         Q       I'm not saying you're a bad

25         person for doing it, but sometimes you lie to

147

J. L. Martinez

1    your girlfriend so that you can get what you

2    

3    want; correct?

4                    MR. McNAMARA:  Objection.

5        A      You take that as a lie?

6        Q      Yes.

7        A      Okay.

8        Q      So do you, because you told me

9    it was a little lie?

10       A      Yes, a little white lie.

11       Q      Just to get what you want?

12       A      Yes.  And when I return, I give

13   her a rose, and you're getting a lot of

14   advice from me.

15                   MR. ZABELL:  I need to take a

16               break.  I need to digest all of this.

17               Okay, let's take a few-minute break.

18                   (Whereupon, a recess was taken

19               from 2:51 p.m. until 3:02 p.m.)

20       Q      Mr. Martinez, you had a nice

21   break?

22       A      Yes.

23       Q      You prepared to come and tell

24   the truth?

25       A      Yes.

148

1                          J. L. Martinez

2          Q      And not play games?

3          A      No.

4          Q      Before the break, you were

5   explaining to me that sometimes you tell

6   little lies to your girlfriend to get what

7   you want; correct?

8          A      Yes.

9          Q      Is she the only one that you

10  tell little lies to get what you want?

11         A      Yes.

12         Q      You don't tell lies to anybody

13  else?

14         A      No.

15         Q      Did you ever lie to your mother?

16         A      No, I've never lied to my

17  mother.

18         Q      Not even a little lie to avoid

19  getting punished?

20         A      No, no.

21                MR. McNAMARA:  Objection.

22         Counselor, can we please move on.  Come

23         on.

24                MR. ZABELL:  You can object to

25         the form and nothing else.

149

1                    J. L. Martinez

2          Q     Did you ever lie to your father?

3          A     I didn't live with my father.

4          Q     Did you ever lie to your uncle?

5          A     No.

6          Q     Never, not even a little bit?

7          A     Not even a little bit.

8          Q     But your girlfriend, you lied

9     to?

10         A     Yes, but not to harm her nor to

11    get what I want.  Just so that she's always

12    happy with me.

13         Q     Did you ever lie to the mother

14    of your children?

15               MR. McNAMARA:  Objection.

16         A     My girlfriend is the mother of

17    my children.

18         Q     So you did lie to her?

19         A     No.

20         Q     You just said you lied to her --

21         A     No.

22         Q     -- so she's always happy with

23    you.

24         A     Yes, but they're very small

25    things.

1                        J. L. Martinez

2          Q       Did you ever lie to your mom

3    about very small things?

4          A       No.

5          Q       Only your girlfriend?

6          A       Just my girlfriend.

7          Q       And only the mother of your

8    children?

9          A       Yes, the mother of my children,

10   only her.

11         Q       Does she know you lie to her?

12         A       Yes, she knows that.

13         Q       Does she lie to you?

14         A       I don't know.

15         Q       Would you be upset if you found

16   out that she lied to you?

17         A       It depends.

18         Q       Would you feel that you couldn't

19   trust her if you found out that she was lying

20   to you?

21         A       Yes, maybe.

22         Q       Did Lou Vecchia ever lie to you?

23         A       Yes, many.

24         Q       About what?  What did he lie to

25   you about?

151

1                    J. L. Martinez

2       A       About my work.  I never had any

3    confrontation with him, but when I complained

4    about my pay, he would always say, I'm going

5    to fix it the following week, and that always

6    happened.  The next week, he would get

7    angrier, and then I wouldn't have the

8    opportunity to bring it up to him.

9       Q       Is that it?

10      A       Yes, that's it.

11      Q       And this is that you would make

12   complaints about, your checks; correct?

13      A       Yes, I complained.

14      Q       The checks you received every

15   week; correct?

16      A       Yes.

17      Q       And the checks that listed the

18   hours that you worked on them; correct?

19      A       Excuse me?

20      Q       You testified earlier that the

21   checks you received listed the hours that you

22   worked; correct?

23      A       Yes.

24      Q       That's what you would complain

25   about; correct?

152

J. L. Martinez

1

2      A      Yes.

3      Q      You testified earlier that you

4  could go directly to the job site in the

5  morning, but instead, you would go to the

6  shop with your friends.

7             MR. McNAMARA:  Objection.

8      Q      Correct?

9      A      Yes.

10     Q      Did you ever see any posters at

11 the shop?

12     A      No.  Calendars, that's the only

13 thing that I would see at the shop.

14     Q      And you would go into the shop,

15 and you would get directions to that day's

16 job; correct?

17     A      They would give that to the

18 drivers.  The group would meet -- the work

19 group would meet at the yard, and from there,

20 he had a card for each group.

21     Q      Did you consider your work day

22 to start when you got to the shop in the

23 morning, or when you got to the worksite?

24     A      When I got to the shop in the

25 morning.

153

J. L. Martinez

1

2    Q     But you didn't start working

3    until you actually got to the job site?

4          MR. McNAMARA:  Objection.

5    Q     Correct?

6    A     Yes.  We started working,

7    because when we got to the yard, Lou Vecchia

8    didn't like anyone standing around the

9    building.  Everyone had to be doing

10   something, so that we could leave for the job

11   site as quickly as possible.

12   Q     But you could have gone directly

13   to the job site in the morning instead;

14   correct?

15         MR. McNAMARA:  Objection.

16   A     He didn't allow that.

17   Q     Did you ever go the job sites in

18   the morning directly?

19   A     Yes, sometimes he would ask us

20   to go.  When the work was near the house, he

21   would say that we could go straight to the

22   job, but I didn't do it, because I didn't

23   have anything to drive to work in.

24   Q     So because you didn't have

25   anything to drive in, you always went to the

154

1                          J. L. Martinez

2    shop?

3           A      Yes, I always went to the shop.

4           Q      So sometimes you would tag along

5    with others, because you didn't have anything

6    to drive?

7           A      No.

8           Q      You just said that you would go

9    to the shop, because you didn't have anything

10   to drive to go directly to the job site;

11   right?

12          A      Yes.

13          Q      And then, you would go eat

14   breakfast after you left the shop in the

15   morning; correct?

16                 MR. McNAMARA:  Objection.

17          A      When I was in the truck going to

18   work, we would eat, because once we were at

19   the job site, there was no time to eat.  The

20   foreman that we had was very strict, very

21   strict, and he didn't allow anyone to eat

22   once we started working.

23          Q      Really?  Did you ever take

24   breaks when you were on the worksite?

25          A      Just to take water or soda when

155

1                          J. L. Martinez

2    it was very hot, but it wasn't really a five-

3    or ten-minute break.  It was -- we had to

4    drink something as quick as possible and

5    continue working.

6          Q      What about lunch; did you ever

7    eat lunch at the worksite?

8          A      No -- yes.  When we ate, we

9    would take five or ten minutes, but the

10   exception was when the material would take

11   time to get there, and we would relax about

12   twenty minutes to eat.

13         Q      Would you ever get food from a

14   deli?

15         A      Yes, sometimes.

16         Q      Not every day?

17         A      Not every day.

18         Q      You know, all the other

19   coworkers said they used to get food from a

20   deli.

21                MR. McNAMARA:  Objection.

22         A      Yes, but before I said I would

23   bring my food from home.

24         Q      Every day you brought food from

25   home?

156

1                    J. L. Martinez

2        A      Not every day.

3        Q      So you either brought food from

4   home or went out to a deli; right?

5        A      When we were at a very big job

6   and we had to finish it at 7:00 or 8:00 p.m.,

7   the foreman would send one person to buy

8   something to eat while the rest of us were

9   working.  When the one that went to buy food

10  returned, we would eat about five or ten

11  minutes and continue working.

12       Q      What kind of food would you eat?

13       A      Sandwiches, chicken cutlet.

14  Whatever was the closest to work, that's what

15  we would buy.

16       Q      What kind of sandwich would you

17  get?

18       A      Chicken cutlet.  Almost always

19  chicken cutlet or pizza, something that was

20  fast.

21       Q      You would eat chicken cutlet on

22  a hero?

23       A      No, not on a hero.  On a roll.

24       Q      On a roll with lettuce, tomato?

25       A      Yes, sometimes.

157

                              J. L. Martinez

2    Q    Mayonnaise?

3    A    No.

4    Q    Ketchup?

5    A    No, no ketchup.

6    Q    Mustard?

7    A    No.

8    Q    Pickles?

9    A    I don't like pickles.

10   Q    Thousand Island dressing?

11   A    No.

12   Q    Dry?

13   A    Yes, dry.

14   Q    So you'll eat mayonnaise on

15   eggs, but you won't eat it on a chicken

16   cutlet sandwich?

17   A    No, not on the chicken sandwich.

18   Q    With bacon?

19   A    No.

20   Q    Cheese?

21   A    Cheese, sometimes.

22   Q    What kind of cheese?

23   A    American cheese, yellow.

24   Q    You don't like American cheese,

25   white?

158

1                          J. L. Martinez

2        A        No -- yes, I like it.

3        Q        It's delicious.

4        A        Almost everyone uses yellow

5    cheese, and I got used to that.

6        Q        Did you ever play soccer on a

7    job site?

8        A        I remember that I did do it

9    once.  I was working with an operator, and I

10   was waiting for the guy who gave me a ride

11   home, so when they returned, we stayed there

12   and we were talking, and we started to play

13   in the back.

14       Q        Whose soccer ball was it?

15       A        I think this was my Uncle

16   Nelson's.  Yes, Nelson.

17       Q        So Nelson always brought a

18   soccer ball to the job sites?

19       A        Not only him.  After, when we

20   have the opportunity to get out at 6:00 p.m.

21   or 6:30, we would take advantage and go and

22   play soccer a little.

23       Q        So everybody brought a soccer

24   ball?

25       A        No, not everyone, some of them.

J. L. Martinez

1

2      Q      How many of them?

3      A      I don't know.  All of us who

4  played soccer.  Not everyone.

5      Q      You brought a soccer ball to

6  work?

7      A      No, it didn't fit in my

8  backpack.

9      Q      Did you ever drink beer at a job

10  site?

11      A      No.

12      Q      If some of your coworkers said

13  you did, would they be lying?

14              MR. McNAMARA:  Objection.

15      A      Yes, they would be lying.

16      Q      Do you drink beer?

17      A      On occasions.

18      Q      Every weekend?

19      A      No.

20      Q      How often?

21      A      Whenever we have a family party

22  or a barbecue in the summer.  We do it -- we

23  drink two or three beers with the family.

24      Q      Just two or three?

25      A      Yes.

160

1                    J. L. Martinez

2        Q        What time would you get to the

3    job sites in the morning?

4        A        We never had a specific hour.

5    There were times that I had to get there at

6    4:30.  The normal hour was at 6:00 a.m.  In

7    the summertime, when it was the busiest, the

8    schedule was 6:00 a.m. every day.  When the

9    hour changes, when it gets darker a little

10   later and it gets darker earlier at night, we

11   would start at 6:30.

12       Q        So you would start on the

13   worksite at 6:00 or 6:30 every morning;

14   correct?

15       A        Every morning, but we had -- if

16   we worked at a certain hour or an

17   hour-and-a-half and if the parkways were very

18   busy and a lot of traffic, we had to be there

19   very early in the morning.

20       Q        So 6:00 or 6:30 every morning,

21   you were at the job site; right?

22       A        No, no, no, no.

23       Q        That's what you just said.

24       A        Yes.  But I'm explaining that on

25   different occasions, it depended on where we

161

J. L. Martinez

1    were going to work.

2

3        Q      That's what I'm trying to find

4    out.

5               On the actual job sites that you

6    were going to, what time would you arrive

7    there?

8        A      Between 6:30 and 7:00 a.m.

9        Q      Oh, not between 6:00 and 6:30?

10       A      No.  At 6:30, we had to be at

11   the yard, and the latest that we got to the

12   job site was 7:00, 7:15, and we were already

13   starting to work.

14       Q      What time would you leave the

15   job site?

16       A      Whenever we finished, 7:30 or

17   8:00 p.m.

18       Q      Every day; 7:30 or 8:00 p.m.

19   every day?

20       A      Almost, almost always.

21       Q      Monday through Friday; right?

22       A      Yes, from Monday through Friday.

23       Q      And you only worked Monday

24   through Friday; correct?

25       A      I worked Saturdays many times.

162

1                       J. L. Martinez

2        Q        How many times?

3        A        There were two years.  In the

4    year 2005 and the year 2006, almost every

5    week.  I would work Saturday almost every

6    week.

7        Q        For Suffolk Asphalt?

8        A        For Suffolk Paving.

9        Q        You never worked for

10   Suffolk Asphalt; right?

11       A        No.

12       Q        So there's no reason for you to

13   be suing Suffolk Asphalt; correct?

14               MR. McNAMARA:  Objection.

15       A        No.

16       Q        In 2008, do you remember some of

17   the names of the projects that you worked on?

18       A        No, I never tried to ask.  When

19   we were at work, I never really knew what we

20   were doing.

21       Q        So you have no recollection of

22   any of the projects you worked for?

23               MR. McNAMARA:  Objection.

24       A        I only know that we would work

25   on the streets of Islip, the streets of

163

1                           J. L. Martinez

2      Brookhaven.  We worked in the schools.  We

3      would collect the black water.  We would work

4      there in the parking lots of CVS Pharmacy.

5            Q      Do you know the exact dates that

6      you worked at these locations?

7            A      No.

8            Q      Do you know the exact hours that

9      you worked at these locations?

10           A      No, I don't know.  We would work

11     with -- they would have the hour that we

12     started and the hour that we finished.

13           Q      In 2007, do you remember any of

14     the projects that you worked on?

15           A      No, no.  I don't recall.

16           Q      You have no recollection of any

17     of the projects that you worked on; do you?

18                  MR. McNAMARA:  Objection.

19           A      No.

20           Q      2006, do you have any

21     recollection of any of the projects that you

22     worked on?

23           A      No.  I never really paid

24     attention to the name of a project.  I would

25     just always work.

164

1                    J. L. Martinez

2         Q       And you would always work and

3    you would always get a paycheck; correct?

4         A       Yes.

5         Q       And those paychecks would

6    indicate the hours that you worked on them;

7    correct?

8                 MR. McNAMARA:  Objection.

9         A       Yes.

10        Q       You don't know how much you're

11   suing Suffolk Paving for; correct?

12        A       No.

13        Q       And you don't know how many

14   hours of overtime you worked; do you?

15        A       No.

16        Q       And you don't know how many

17   projects you worked on; correct?

18        A       No.

19        Q       And you don't know the names of

20   any of the projects you worked on; correct?

21        A       No.

22        Q       And you don't know any of the

23   hours that you worked on those projects;

24   correct?

25                MR. McNAMARA:  Objection.

165

1                          J. L. Martinez

2          A      No.

3          Q      And you do know that for every

4   week you worked, you got a paycheck; correct?

5                  MR. McNAMARA:  Objection.

6          A      Yes.

7          Q      Those paychecks reflected the

8   hours that you worked; correct?

9                  MR. McNAMARA:  Objection.

10         A      Yes.

11                 MR. ZABELL:  Give me a few

12            minutes, and then we'll see if we can

13            wrap this up; okay?

14                 MR. McNAMARA:  Sure.

15                 (Whereupon, a recess was taken

16            from 3:22 p.m. until 3:36 p.m.)

17         Q      Mr. Martinez, is there anything

18   else you'd like to tell me?

19         A      No.

20         Q      I want you to apologize for

21   lying today.

22                 MR. McNAMARA:  Objection.

23         A      Okay, I'm sorry.

24         Q      I accept your apology.

25   Although, please understand that your lies

166

1                          J. L. Martinez

2     today will inevitably affect the credibility

3     of your words.

4                    Do you understand that?

5          A       Yes.

6                  MR. ZABELL:   Thank you for your

7          time.   Have a good day.

8                  THE WITNESS:   Okay, thank you.

9                  MR. ZABELL:   You may go now.

10                 (Time noted:   3:55 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

167

1

2                    A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK      )

5                        : ss

6    COUNTY OF                )

7

8        I, JOSE L. MARTINEZ hereby certify that I

9    have read the transcript of my testimony

10   taken under oath in my deposition of

11   September 29, 2011; that the transcript is a true,

12   complete and correct record of my testimony;

13   and that the answers on the record as given

14   by me are true and correct.

15

16   _____

17   JOSE L. MARTINEZ

18

19

20

21   Signed and subscribed to before me
     this ____ day of _____, 2011.
22

23   _____
     Notary Public, State of New York
24

25

168

1

2                    INDEX TO TESTIMONY

3    WITNESS              EXAMINATION BY          PAGE

4    Jose L. Martinez     Mr. Zabell                4

5

6                         EXHIBITS

7    DEFENDANTS'    DESCRIPTION                     PAGE

8    1              Document which consisted
                    of a copy of Mr. Martinez's
9                   Form W-2                        136

10

                REQUESTS FOR PRODUCTION
11
     DESCRIPTION                                    PAGE
12
     Electronic file and/or CD-ROM containing
13   Recording of today's proceeding               19

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4            I, KAREN LaMENDOLA, a shorthand

5       reporter and Notary Public within and for

6       the State of New York, do hereby certify:

7            That the witness(es) whose testimony

8       is herein before set forth was duly sworn

9       by me, and the foregoing transcript is a

10      true record of the testimony given by such

11      witness(es).

12           I further certify that I am not

13      related to any of the parties to this

14      action by blood or marriage, and that I am

15      in no way interested in the outcome of this

16      matter.

17

18

19                    _Karen LaMendola_

20                    KAREN LaMENDOLA

21

22

23

24

25

170

1

2                           ERRATA SHEET

3        I wish to make the following changes for

4    the following reasons:

5    PAGE LINE

6    ____ ____ CHANGE:_____

7              REASON:_____

8    ____ ____ CHANGE:_____

9              REASON:_____

10   ____ ____ CHANGE:_____

11             REASON:_____

12   ____ ____ CHANGE:_____

13             REASON:_____

14   ____ ____ CHANGE:_____

15             REASON:_____

16   ____ ____ CHANGE:_____

17             REASON:_____

18   ____ ____ CHANGE:_____

19             REASON:_____

20   ____ ____ CHANGE:_____

21             REASON:_____

22   ____ ____ CHANGE:_____

23             REASON:_____

24   ____ ____ CHANGE:_____

25             REASON:_____

1

## $

**$15** [4] - 68:21, 69:8, 69:18, 98:2
**$150** [1] - 114:12
**$175** [3] - 114:22, 115:13, 115:21
**$18.75** [10] - 63:4, 67:4, 67:7, 67:10, 67:16, 67:18, 69:5, 69:12, 69:22, 98:2
**$300** [2] - 43:9, 43:12
**$35** [1] - 69:14
**$45** [1] - 115:18
**$60** [2] - 81:3, 138:16
**$7.00** [1] - 48:6
**$7.50** [1] - 49:6
**$90** [4] - 53:16, 67:12, 67:21, 68:4

## 0

**09-CV-5331** [1] - 1:9

## 1

**1** [3] - 136:4, 136:7, 168:8
**1-5** [1] - 1:11
**100** [1] - 11:14
**10017** [2] - 2:5, 2:14
**1099s** [2] - 65:8, 65:10
**10:08** [1] - 27:11
**10:12** [1] - 27:11
**10:55** [1] - 66:15
**11704** [1] - 2:10
**11716** [1] - 2:19
**11717** [1] - 4:19
**11:05** [1] - 66:15
**11:13** [1] - 74:21
**12:05** [1] - 74:21
**12:17** [1] - 79:10
**12:23** [1] - 79:10
**12:33** [1] - 87:18
**136** [1] - 168:9
**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** [6] - 74:3, 74:6, 75:11, 75:13, 81:19, 82:4
**15** [1] - 52:17
**15th** [1] - 55:7, 57:10, 60:19
**19** [1] - 168:13
**1981** [1] - 30:6
**1999** [1] - 31:12
**1:32** [1] - 87:18

## 2

**2003** [7] - 30:4, 33:24, 34:10, 34:13, 34:15, 34:20
**2004** [20] - 34:11, 34:21, 34:24, 42:23, 48:16, 51:21, 51:24, 52:10, 52:14, 52:15, 52:18, 53:10, 53:18, 53:20, 54:5, 54:6, 67:17, 67:20, 82:9, 83:16
**2005** [13] - 54:24, 55:3, 56:5, 56:9, 56:19, 56:20, 67:8, 67:13, 67:15, 67:16, 68:19, 83:19, 162:4
**2006** [16] - 40:7, 56:16, 57:2, 57:7, 57:17, 58:15, 58:23, 58:24, 67:5, 68:23, 83:22, 103:21, 103:23, 108:2, 162:4, 163:20
**2007** [7] - 58:21, 59:6, 59:10, 59:24, 67:2, 68:25, 163:13
**2008** [16] - 52:17, 60:6, 60:21, 61:21, 63:2, 63:6, 63:16, 63:20, 64:7, 64:12, 69:3, 70:15, 73:6, 82:9, 84:4, 162:16
**2009** [4] - 73:15, 73:17, 73:20, 114:17
**2010** [3] - 114:18, 115:4, 115:5
**2011** [5] - 1:14, 88:16, 167:11, 167:21, 169:17
**20th** [2] - 55:7, 55:8
**23rd** [1] - 52:20
**27th** [1] - 169:17
**29** [2] - 1:14, 167:11
**2:31** [1] - 144:12
**2:35** [1] - 144:12
**2:51** [1] - 147:19

## 3

**31** [1] - 1:20
**3:02** [1] - 147:19
**3:22** [1] - 165:16
**3:36** [1] - 165:16
**3:55** [1] - 166:10

## 4

**4** [1] - 168:4
**4875** [2] - 1:16, 2:18
**4:30** [1] - 160:6

## 5

**5** [1] - 30:6
**501** [2] - 2:5, 2:14
**5:00** [2] - 20:9, 118:24
**5:30** [1] - 118:24

## 6

**6:00** [8] - 118:25, 120:16, 158:20, 160:6, 160:8, 160:13, 160:20, 161:9
**6:30** [7] - 158:21, 160:11, 160:13, 160:20, 161:8, 161:9, 161:10
**6th** [2] - 50:20, 52:16

## 7

**7:00** [3] - 156:6, 161:8, 161:12
**7:15** [1] - 161:12
**7:30** [2] - 161:16, 161:18

## 8

**868** [1] - 2:9
**8:00** [3] - 156:6, 161:17, 161:18

## 9

**9** [3] - 67:25, 68:2, 68:6
**9/29** [1] - 136:7
**9:00** [2] - 20:10, 145:18
**9:45** [1] - 1:15

## A

**a.m** [9] - 1:15, 20:10, 66:15, 74:21, 118:25, 160:6, 160:8, 161:8
**ability** [5] - 4:7, 14:15, 14:19, 15:3, 46:19
**able** [2] - 15:10, 95:4
**above-mentioned** [1] - 1:23
**absent** [1] - 107:18
**accept** [1] - 165:24
**acceptable** [1] - 78:19
**accepted** [2] - 66:11, 132:24
**according** [1] - 40:11
**accuracies** [1] - 28:13
**accuracy** [2] - 28:9, 47:14
**accurate** [9] - 11:15, 14:15, 14:19, 15:3, 28:2, 28:6, 136:19, 139:5, 139:10
**accurately** [1] - 40:9
**acknowledge** [1] - 73:4
**acknowledged** [1] - 72:24
**action** [1] - 169:13
**actual** [4] - 12:19, 15:19, 75:23, 161:5
**added** [1] - 69:24
**addition** [2] - 69:11, 69:13
**address** [2] - 4:17, 30:11
**addresses** [1] - 119:2
**adjourn** [1] - 132:12
**administer** [1] - 3:15
**Administration** [1] - 137:11
**admit** [1] - 130:24
**admitted** [2] - 131:15, 140:4
**advance** [1] - 27:4
**advantage** [1] - 158:21
**advice** [2] - 145:8, 147:14
**advise** [1] - 27:14
**advising** [1] - 79:3
**affect** [1] - 166:2
**Affinity** [2] - 40:22, 41:5
**afford** [4] - 39:2, 39:5, 95:21, 96:3
**afoul** [1] - 106:18
**afternoon** [1] - 31:18
**afternoons** [2] - 118:8, 118:15
**age** [1] - 31:10
**ages** [1] - 35:13
**ago** [4] - 46:24, 64:7, 96:10, 146:9
**agree** [2] - 97:7, 143:21
**AGREED** [3] - 3:3, 3:8, 3:12
**agreement** [4] - 47:9, 47:12, 76:22, 97:12
**ahead** [1] - 106:14
**Aire** [10] - 34:5, 34:25, 42:24, 43:19, 44:7, 48:8, 49:9, 49:11, 82:19, 83:2
**alcohol** [1] - 14:12
**ALEJANDRO** [1] - 1:3
**ALEX** [1] - 1:3
**alien** [2] - 101:22, 107:8
**allow** [3] - 102:16, 153:16, 154:21
**allowed** [1] - 101:21
**allowing** [1] - 19:9
**almost** [7] - 59:14, 156:18, 158:4, 161:20, 162:4, 162:5
**ALSO** [1] - 2:23
**altogether** [1] - 127:8
**AMAYA** [1] - 1:3
**Amendment** [1] - 79:4
**America** [4] - 95:7, 95:11, 95:15, 129:20
**American** [2] - 157:23, 157:24
**AMIR** [1] - 1:4
**amount** [7] - 124:22, 124:23, 125:2, 126:11, 126:13
**AND** [3] - 3:3, 3:8, 3:12
**angrier** [1] - 151:7
**angry** [1] - 71:2
**answer** [67] - 5:19, 5:20, 6:21, 6:23, 7:6, 7:8, 7:9, 8:10, 9:9, 13:17, 13:24, 14:23, 14:24, 15:10, 17:7, 17:8, 17:11, 26:13, 32:20, 32:24, 33:9, 33:12, 36:18, 46:20, 63:8, 63:12, 66:17, 75:7, 75:19, 76:4, 76:9, 76:19, 77:3, 77:8, 78:8, 78:20, 79:15, 80:9, 80:13, 80:24, 80:25, 81:2, 95:20, 96:18, 102:22, 104:14, 105:7,

105:18, 107:19, 109:5, 116:3, 119:17, 119:20, 119:21, 120:6, 121:11, 121:13, 121:14, 131:4, 132:6, 132:10, 132:13, 133:5, 133:9, 134:6, 137:2, 137:3
**answered** [2] - 33:13, 74:14
**answering** [2] - 102:13, 104:23
**answers** [9] - 4:5, 24:15, 46:19, 47:5, 78:13, 102:24, 105:14, 107:21, 167:13
**apologize** [4] - 65:25, 130:5, 132:20, 165:20
**apology** [2] - 66:10, 165:24
**apparatus** [1] - 17:21
**Apple** [1] - 18:13
**application** [3] - 18:15, 108:21, 108:22
**apply** [1] - 73:7
**appreciate** [1] - 102:14
**appropriateness** [1] - 47:15
**approximate** [1] - 124:25
**April** [12] - 48:3, 57:9, 57:10, 57:20, 59:9, 59:11, 59:13, 59:14, 60:13, 60:15, 60:16, 115:6
**area** [2] - 5:3, 22:20
**AREVALO** [1] - 1:4
**Arias** [1] - 2:24
**arising** [1] - 47:5
**arrested** [4] - 112:10, 112:21, 113:3, 113:13
**arrive** [1] - 161:6
**arrived** [2] - 22:6, 49:17
**arrives** [1] - 9:12
**arriving** [1] - 9:15
**Article** [1] - 1:20
**ASPHALT** [1] - 1:10
**Asphalt** [5] - 33:22, 89:13, 162:7, 162:10, 162:13
**asphalt** [3] - 51:11, 51:14, 53:8
**assessed** [1] - 105:2
**assigned** [2] - 76:24, 93:15
**ASSOCIATES** [1] -

2:17
**Associates** [2] - 89:11, 115:19
**assumed** [2] - 8:20, 13:18
**assumption** [1] - 8:22
**assumptions** [1] - 13:7
**ate** [1] - 155:8
**attached** [1] - 77:5
**attention** [1] - 163:24
**attorney** [31] - 6:7, 6:10, 7:19, 8:2, 9:4, 9:15, 9:25, 10:4, 10:7, 10:8, 12:22, 12:24, 22:23, 23:4, 23:12, 23:22, 24:9, 25:14, 25:20, 32:22, 32:23, 74:13, 74:15, 79:12, 80:10, 87:22, 106:17, 128:15, 128:25, 132:12, 143:25
**attorney's** [1] - 25:21
**Attorney/client** [1] - 17:9
**attorneys** [2] - 3:4, 25:14
**Attorneys** [2] - 2:4, 2:18
**authorize** [1] - 124:11
**authorized** [5] - 3:14, 100:14, 100:21, 100:23, 101:2
**available** [1] - 16:4
**Avenue** [3] - 2:5, 2:14, 48:21
**avoid** [2] - 130:9, 148:18
**aware** [2] - 16:25, 47:16

**B**

**baby** [4] - 30:16, 30:19, 30:24, 35:20
**Babylon** [1] - 2:10
**backpack** [1] - 159:8
**bacon** [1] - 157:18
**bad** [2] - 15:23, 146:24
**ball** [4] - 158:14, 158:18, 158:24, 159:5
**barbecue** [1] - 159:22
**based** [3] - 13:2, 37:8, 68:7
**basis** [5] - 76:20,

77:9, 135:3, 135:7, 135:12
**beans** [2] - 143:3, 145:16
**beard** [1] - 106:12
**beer** [2] - 159:9, 159:16
**beers** [1] - 159:23
**BEFORE** [1] - 1:18
**beginning** [6] - 23:10, 23:20, 55:15, 57:19, 59:12, 59:18
**behalf** [1] - 10:2
**believes** [2] - 143:16, 143:25
**belong** [3] - 93:7, 94:3, 108:13
**benefits** [7] - 37:22, 37:25, 38:4, 38:6, 38:14, 38:19, 73:8
**Bert** [4] - 4:18, 30:13, 35:8
**best** [1] - 4:6
**better** [1] - 95:18
**between** [6] - 3:4, 6:23, 32:5, 55:7, 161:8, 161:9
**Beyond** [1] - 37:10
**big** [4] - 9:12, 9:14, 141:12, 156:5
**birth** [1] - 30:5
**bit** [4] - 129:2, 144:9, 149:6, 149:7
**black** [1] - 163:3
**blamed** [1] - 61:15
**blood** [1] - 169:12
**blowing** [1] - 85:12
**Bohemia** [2] - 1:16, 2:19
**bonus** [1] - 62:7
**born** [4] - 35:16, 35:19, 35:21, 35:22
**bought** [3] - 93:10, 99:23, 138:22
**boy** [2] - 35:20
**brand** [1] - 85:17
**bread** [2] - 16:13, 16:14
**break** [16] - 13:22, 13:24, 27:18, 66:5, 74:18, 74:24, 78:10, 78:13, 79:12, 87:15, 144:13, 147:16, 147:17, 147:21, 148:4, 155:3
**breakfast** [7] - 16:10, 122:7, 122:11, 122:13, 122:16, 122:22, 154:14
**breaking** [6] - 95:6,

95:10, 95:14, 109:19, 111:7, 111:15
**breaks** [1] - 154:24
**Brentwood** [3] - 4:18, 30:13, 110:22
**bridge** [3] - 94:23, 95:4
**bring** [3] - 122:22, 151:8, 155:23
**broke** [2] - 45:3, 111:11
**broken** [7] - 68:2, 86:13, 86:15, 93:2, 112:6, 113:21, 129:19
**Brookhaven** [1] - 163:2
**brother** [1] - 31:20
**brought** [5] - 155:24, 156:3, 158:17, 158:23, 159:5
**building** [2] - 58:19, 153:9
**Burt** [1] - 30:15
**BURT** [1] - 30:15
**busiest** [1] - 160:7
**busy** [1] - 160:18
**buy** [3] - 156:7, 156:9, 156:15
**BY** [3] - 2:20, 4:12, 168:3

**C**

**calendars** [1] - 152:12
**camera** [1] - 22:10
**Campos** [2] - 46:13, 46:21
**cannot** [5] - 7:5, 12:24, 42:11, 132:10, 137:14
**capable** [2] - 140:9, 140:13
**car** [10] - 110:2, 110:6, 110:12, 110:14, 110:15, 110:21, 110:23, 111:7, 120:10, 124:13
**card** [1] - 152:20
**cards** [1] - 40:24
**care** [3] - 124:6, 125:19, 145:3
**Carleton** [1] - 48:21
**CARLOS** [1] - 1:5
**cars** [1] - 116:24
**case** [2] - 37:9, 49:12
**Case** [1] - 1:9
**cash** [16] - 44:8, 44:9, 44:10, 62:3,

62:5, 62:6, 62:9, 62:11, 62:17, 62:22, 73:24, 82:15, 82:16, 82:18, 82:22, 82:25
**CASTILLO** [1] - 1:6
**caught** [1] - 8:21
**caveat** [1] - 13:23
**CD** [3] - 19:23, 20:24, 168:12
**CD-ROM** [2] - 20:24, 168:12
**Central** [1] - 48:20
**certain** [4] - 104:10, 130:11, 141:25, 160:16
**certainly** [1] - 18:8
**certification** [1] - 3:6
**certify** [3] - 167:8, 169:4, 169:11
**cesspools** [1] - 124:10
**chambers** [1] - 27:17
**chance** [1] - 87:21
**change** [3] - 20:17, 80:8, 93:23
**CHANGE** [10] - 170:6, 170:8, 170:10, 170:12, 170:14, 170:16, 170:18, 170:20, 170:22, 170:24
**changed** [1] - 80:6
**changes** [2] - 160:9, 170:3
**charge** [2] - 119:2, 119:5
**check** [6] - 40:4, 44:8, 73:22, 73:25, 94:25, 129:5
**Checkers** [5] - 48:18, 48:19, 48:23, 50:5, 50:13
**checks** [5] - 134:17, 151:12, 151:14, 151:17, 151:21
**cheese** [6] - 157:20, 157:21, 157:22, 157:23, 157:24, 158:5
**chicken** [2] - 156:13, 156:18, 156:19, 156:21, 157:15, 157:17
**child** [1] - 39:15
**children** [11] - 35:9, 35:11, 36:9, 39:9, 39:13, 39:21, 144:23, 149:14, 149:17, 150:8, 150:9
**choice** [1] - 77:25
**choose** [2] - 37:12,

3

37:14
**Christmas** [3] - 34:18, 55:11, 57:14
**CHRISTOPHER** [1] - 1:11
**church** [4] - 87:3, 96:11, 96:12
**City** [11] - 7:11, 7:23, 8:3, 8:6, 9:16, 9:19, 10:2, 10:21, 10:24, 11:10, 11:22
**Civil** [1] - 1:21
**claim** [2] - 127:9, 128:12
**claiming** [8] - 84:13, 84:17, 84:21, 84:25, 86:11, 127:7, 127:12, 127:17
**cleaning** [4] - 43:2, 44:6, 58:13, 85:24
**clear** [5] - 13:11, 42:11, 47:19, 107:23, 132:15
**clerk** [1] - 27:22
**client** [9] - 26:25, 75:18, 76:9, 78:7, 78:10, 78:15, 78:23, 79:3, 144:9
**closely** [1] - 14:25
**closest** [1] - 156:14
**clothes** [2] - 35:6, 110:24
**clutter** [1] - 37:11
**Co** [2] - 2:9, 2:13
**Co-Counsel** [2] - 2:9, 2:13
**code** [1] - 141:25
**coffee** [2] - 16:8, 122:20
**cold** [1] - 53:7
**collect** [1] - 163:3
**Colonial** [8] - 44:2, 44:3, 48:2, 48:25, 50:4, 50:12
**combined** [1] - 49:7
**comfortable** [5] - 95:6, 95:10, 107:13, 108:16, 111:15
**coming** [4] - 123:13, 123:20, 123:22, 143:7
**committed** [1] - 28:14
**communication** [1] - 11:18
**communications** [1] - 17:9
**company** [16] - 40:21, 41:3, 88:17, 88:20, 88:25, 89:12, 89:25, 90:2, 90:5,

91:7, 115:20, 123:3, 123:4, 123:6, 125:9, 135:2
**compared** [1] - 71:17
**complain** [3] - 60:25, 61:13, 151:24
**complained** [8] - 61:3, 61:4, 61:8, 92:4, 92:6, 92:8, 151:3, 151:13
**complaint** [4] - 60:24, 85:9, 86:5, 86:12
**complaints** [1] - 151:12
**complete** [2] - 36:18, 167:12
**completely** [1] - 143:2
**complicated** [1] - 10:10
**complies** [3] - 106:16, 136:9, 136:12
**compounding** [1] - 138:12
**concerned** [1] - 54:19
**concludes** [1] - 20:9
**confer** [1] - 75:4
**conference** [2] - 4:21, 4:25
**confidential** [1] - 47:8
**confidentiality** [2] - 47:9, 47:12
**confirm** [1] - 72:14
**confrontation** [1] - 151:3
**confused** [2] - 41:22, 41:25
**confuses** [2] - 42:7, 42:8
**congratulations** [1] - 141:23
**conscientious** [1] - 112:5
**consent** [4] - 19:8, 19:15, 19:17, 79:6
**consented** [1] - 20:15
**consider** [3] - 55:12, 58:16, 152:21
**considered** [1] - 51:17
**consisted** [2] - 136:2, 168:8
**constructed** [1] - 86:18
**containing** [1] - 168:12

**continually** [1] - 76:8
**continue** [15] - 7:7, 36:15, 72:23, 81:8, 81:14, 81:18, 102:17, 102:18, 107:4, 107:25, 108:5, 108:7, 132:18, 155:5, 156:11
**continued** [3] - 103:22, 108:10, 133:13
**continuing** [1] - 113:24
**conversation** [6] - 24:10, 24:11, 24:23, 26:18, 26:21, 78:18
**conversion** [2] - 68:11, 68:14
**cookie** [1] - 29:11
**copies** [1] - 66:7
**copy** [2] - 136:3, 168:8
**corner** [3] - 86:3, 86:23, 86:24
**CORP** [1] - 1:10
**correct** [154] - 5:5, 6:8, 6:13, 8:22, 9:16, 9:19, 11:5, 11:10, 19:7, 21:9, 21:24, 22:18, 26:8, 27:23, 27:24, 28:15, 34:13, 34:22, 42:18, 49:9, 50:6, 50:14, 51:6, 51:9, 51:25, 52:3, 52:6, 52:22, 53:2, 53:5, 53:8, 53:11, 55:17, 55:20, 55:23, 56:13, 56:21, 56:24, 57:3, 57:17, 57:20, 57:23, 58:2, 58:11, 58:25, 59:4, 59:7, 59:16, 59:22, 59:25, 60:4, 61:22, 61:25, 62:24, 63:17, 68:8, 69:6, 69:19, 69:23, 70:3, 70:5, 70:8, 70:11, 70:15, 73:2, 75:4, 75:7, 82:10, 82:23, 84:10, 84:15, 84:19, 85:3, 85:8, 86:7, 92:21, 93:11, 93:15, 93:18, 94:3, 94:9, 94:12, 94:15, 95:8, 95:12, 95:16, 98:21, 99:4, 99:6, 99:21, 100:3, 100:7, 100:10, 100:18, 100:22, 100:24, 101:7, 103:3, 103:9, 103:23, 108:13, 108:17, 109:24,

111:3, 111:8, 111:12, 111:16, 111:22, 111:24, 117:5, 117:8, 117:20, 118:4, 119:6, 119:12, 120:11, 122:11, 125:5, 131:6, 133:10, 133:14, 133:18, 133:23, 137:18, 139:6, 139:11, 139:20, 140:21, 146:16, 147:3, 148:7, 151:12, 151:15, 151:18, 151:22, 151:25, 152:8, 152:16, 153:5, 153:14, 154:15, 160:14, 161:24, 162:13, 164:3, 164:7, 164:11, 164:17, 164:20, 164:24, 165:4, 165:8, 167:12, 167:14
**counsel** [2] - 24:23, 143:21
**Counsel** [12] - 2:9, 2:13, 16:23, 22:6, 22:9, 24:19, 26:17, 36:23, 75:4, 78:6, 102:13, 102:19
**Counselor** [23] - 21:2, 21:3, 27:25, 37:13, 37:17, 47:17, 64:24, 66:4, 66:8, 66:11, 72:20, 81:7, 81:12, 101:9, 101:13, 121:8, 125:24, 126:2, 126:10, 126:20, 127:23, 129:4, 148:22
**counselor** [2] - 126:6, 130:20
**counter** [1] - 14:4
**country** [5] - 29:19, 29:23, 30:23, 30:24, 31:5, 32:4, 36:5, 49:17, 93:21, 103:2, 112:13, 112:15, 144:22
**COUNTY** [1] - 167:6
**court** [4] - 21:17, 25:9, 66:20, 128:4
**COURT** [1] - 1:2
**Court** [12] - 1:24, 3:17, 4:18, 27:9, 30:13, 35:8, 77:13, 127:5, 127:15, 127:19, 128:16, 128:22
**covered** [2] - 75:21, 145:10
**covering** [1] - 41:25

**covers** [1] - 124:10
**coworker** [2] - 116:8, 116:10
**coworkers** [3] - 123:13, 155:19, 159:12
**credibility** [1] - 166:2
**curb** [12] - 85:12, 85:13, 85:15, 85:16, 85:17, 85:23, 86:4, 86:14, 86:15, 86:20, 86:22, 87:2
**curly** [2] - 71:13, 71:15
**current** [1] - 4:17
**cutlet** [5] - 156:13, 156:18, 156:19, 156:21, 157:16
**CVS** [1] - 163:4

## D

**damaged** [2] - 85:14, 86:4
**darker** [2] - 160:9, 160:10
**date** [4] - 30:5, 123:23, 136:5, 136:7
**dates** [3] - 56:8, 57:16, 163:5
**day's** [1] - 152:15
**days** [7] - 15:14, 55:20, 55:21, 55:25, 56:2, 88:18, 89:10
**deal** [1] - 76:2
**December** [12] - 34:16, 34:17, 34:20, 35:4, 52:20, 55:4, 55:9, 55:13, 57:6, 57:13, 57:22, 59:15
**decide** [2] - 127:5, 127:15
**decision** [1] - 48:10
**decisions** [1] - 70:24
**defend** [2] - 61:14, 85:6
**Defendant's** [1] - 136:7
**Defendants** [3] - 1:12, 1:20, 2:18
**DEFENDANTS'** [1] - 168:7
**Defendants'** [1] - 136:4
**deli** [3] - 155:14, 155:20, 156:4
**delicious** [1] - 158:3
**denied** [1] - 23:21
**deny** [6] - 22:24,

23:25, 24:4, 24:8, 113:24, 114:3
**Department** [6] - 90:23, 90:24, 91:3, 91:8, 91:13, 91:22
**depended** [1] - 160:25
**deponent** [1] - 145:21
**deposition** [42] - 3:13, 4:22, 4:25, 6:2, 6:4, 9:3, 12:15, 12:25, 16:25, 17:18, 18:2, 18:5, 19:12, 20:9, 21:15, 21:21, 22:3, 23:4, 23:13, 23:22, 24:12, 24:20, 25:15, 26:12, 26:15, 27:4, 27:5, 46:15, 46:17, 97:5, 102:17, 104:10, 104:25, 107:11, 107:16, 132:13, 133:2, 133:12, 139:18, 146:9, 167:10
**describe** [1] - 71:10
**DESCRIPTION** [2] - 168:7, 168:11
**deserve** [1] - 97:20
**designating** [1] - 65:23
**designation** [3] - 47:11, 47:15, 47:20
**determination** [1] - 106:3
**determine** [2] - 127:19, 128:22
**device** [1] - 18:8
**devices** [1] - 18:9
**die** [2] - 95:4, 95:19
**diesel** [1] - 124:6
**different** [6] - 31:22, 33:13, 49:23, 58:5, 82:3, 160:25
**digest** [1] - 147:16
**direct** [2] - 78:7
**directions** [1] - 152:15
**directly** [7] - 117:20, 117:24, 119:10, 152:4, 153:12, 153:18, 154:10
**dirt** [1] - 86:19
**disagree** [1] - 15:12
**disclose** [1] - 26:25
**discovered** [1] - 133:13
**discriminatory** [1] - 84:14
**discuss** [1] - 74:12
**discussed** [2] -

26:12, 81:15
**discusses** [1] - 101:20
**discussion** [3] - 26:11, 77:16, 144:6
**dishes** [1] - 43:3
**DISTRICT** [2] - 1:2, 1:2
**document** [7] - 136:2, 136:8, 136:10, 136:14, 136:16, 139:5, 139:10
**Document** [1] - 168:8
**documentation** [1] - 40:23
**documents** [4] - 64:19, 66:8, 135:24, 136:18
**DOES** [1] - 1:11
**dollars** [1] - 127:10
**done** [5] - 9:13, 45:21, 83:4, 86:6, 128:18
**down** [7] - 51:18, 53:5, 53:8, 58:2, 68:2, 121:17, 121:23
**dressing** [1] - 157:10
**drink** [4] - 155:4, 159:9, 159:16, 159:23
**drive** [16] - 28:19, 110:14, 110:21, 110:23, 113:11, 116:15, 116:20, 117:4, 117:10, 117:15, 118:11, 123:25, 153:23, 153:25, 154:6, 154:10
**driven** [1] - 110:2
**driver** [1] - 124:4
**driver's** [2] - 28:17, 109:22
**drivers** [1] - 152:18
**driveways** [1] - 53:21
**driving** [5] - 10:20, 111:7, 119:2, 119:5, 120:11
**drove** [4] - 110:5, 110:11, 119:12, 124:12
**drugs** [1] - 118:8
**dry** [2] - 157:12, 157:13
**due** [2] - 126:18, 131:8
**duly** [3] - 4:3, 4:9, 169:6
**during** [7] - 56:14, 79:12, 85:25, 92:4, 123:10, 131:20,

134:25
**duties** [1] - 51:22

**E**

**e-mail** [2] - 19:22, 19:23
**E-R-T** [1] - 30:16
**early** [2] - 133:2, 160:19
**earn** [5] - 39:21, 43:4, 43:5, 43:7, 48:4
**earned** [5] - 40:2, 48:7, 67:21, 82:13, 114:12
**earning** [2] - 67:16, 67:17
**East** [1] - 2:9
**EASTERN** [1] - 1:2
**eat** [18] - 16:10, 16:12, 122:6, 122:10, 123:3, 123:4, 154:13, 154:18, 154:19, 154:21, 155:7, 155:12, 156:8, 156:10, 156:12, 156:21, 157:14, 157:15
**economically** [1] - 91:18
**Edwin** [3] - 116:11, 116:13, 117:2
**EDWIN** [1] - 1:5
**effect** [2] - 3:16, 11:21
**egg** [4] - 16:16, 16:18, 122:19, 122:24
**eggs** [2] - 145:16, 157:15
**eight** [9] - 14:5, 14:8, 35:14, 35:21, 43:11, 43:13, 46:24, 75:12, 97:25
**eighteen** [3] - 20:12, 20:20, 31:12
**either** [8] - 124:20, 126:8, 127:21, 141:12, 156:3, 169:12
**El** [11] - 29:25, 30:3, 31:14, 35:21, 36:6, 41:9, 41:14, 49:20, 50:2, 51:12, 51:15
**electronic** [1] - 19:13
**Electronic** [1] - 168:12
**electronically** [1] - 20:22
**eleven** [1] - 146:7
**employee** [3] -

91:23, 118:23, 130:10
**employees** [1] - 120:20
**employer** [6] - 32:15, 32:19, 33:5, 73:13, 98:7, 108:19
**employers** [2] - 75:24, 76:11
**employment** [5] - 33:25, 56:12, 56:14, 60:20, 73:12
**end** [13] - 34:16, 52:21, 52:24, 55:16, 59:12, 59:14, 59:21, 60:14, 60:16, 60:21, 62:7, 82:8, 115:6
**English** [9] - 4:4, 4:6, 5:5, 5:19, 26:4, 30:21, 31:13, 40:12, 41:23
**ensure** [1] - 5:14
**entered** [1] - 66:13
**entitled** [4] - 37:5, 37:6, 106:2, 107:20
**equals** [1] - 68:16
**equipment** [2] - 18:20, 18:24
**equivalent** [2] - 21:16, 114:5
**eroded** [1] - 86:18
**ERRATA** [1] - 170:2
**ESCALANTE** [1] - 1:5
**ESQ** [2] - 2:11, 2:20
**essentially** [1] - 33:15
**evening** [1] - 91:6
**evenings** [4] - 117:13, 117:15, 117:16, 117:18
**event** [2] - 19:5, 19:9
**everywhere** [1] - 109:15
**evidence** [3] - 128:8, 128:16, 132:4
**exact** [5] - 55:6, 86:23, 124:22, 163:5, 163:8
**exactly** [9] - 43:20, 49:2, 58:15, 60:19, 78:23, 86:10, 87:7, 88:22, 125:17
**EXAMINATION** [3] - 1:18, 4:12, 168:3
**examined** [1] - 4:10
**except** [2] - 3:9, 120:21
**exception** [1] - 155:10
**exchange** [1] - 80:20
**exclusively** [1] - 82:6

91:23, 118:23, 130:10
**excuse** [35] - 4:23, 6:9, 6:20, 14:17, 25:18, 30:23, 32:17, 38:5, 39:4, 41:12, 41:25, 45:2, 45:5, 45:6, 45:7, 50:11, 52:23, 56:7, 74:4, 84:20, 95:9, 95:25, 97:2, 109:9, 110:7, 113:2, 116:2, 117:25, 122:8, 130:23, 135:15, 137:24, 139:8, 140:12, 151:19
**Excuse** [1] - 100:20
**Exhibit** [2] - 136:4, 136:7
**EXHIBITS** [1] - 168:6
**exist** [1] - 93:9
**experience** [1] - 51:9
**experienced** [2] - 28:4, 28:7
**explain** [3] - 6:15, 18:10, 143:11
**explained** [1] - 45:9, 45:18, 75:6
**explaining** [1] - 148:5, 160:24
**explanation** [2] - 6:19, 20:18
**extend** [1] - 20:19

**F**

**face** [1] - 142:25
**fact** [7] - 9:18, 57:25, 65:6, 93:24, 131:15, 133:14, 138:11
**factory** [2] - 43:24, 43:25
**facts** [3] - 11:2, 28:3, 28:6
**fail** [1] - 128:12
**fair** [1] - 125:14
**FAJARDO** [1] - 1:4
**false** [7] - 64:4, 98:20, 99:2, 99:14, 99:17, 99:23, 133:22
**familiar** [4] - 45:9, 45:16, 47:11, 54:13
**family** [18] - 31:20, 35:5, 35:7, 45:20, 95:3, 95:5, 95:19, 95:21, 96:2, 96:5, 96:16, 96:19, 96:23, 159:21, 159:23
**far** [1] - 8:17
**Fasco** [6] - 73:18, 73:19, 89:13, 89:14, 89:16, 114:10,

114:16, 114:18
**fast** [2] - 5:11, 156:20
**father** [4] - 31:20, 110:19, 149:2, 149:3
**fault** [2] - 71:5
**February** [2] - 35:2, 35:4
**Federal** [4] - 18:17, 18:21, 65:20, 76:24
**feet** [1] - 86:24
**fellow** [1] - 106:11
**few** [14] - 63:7, 63:11, 63:15, 64:10, 64:15, 66:22, 68:20, 80:18, 88:18, 89:10, 96:10, 146:9, 147:17, 165:11
**few-minute** [1] - 147:17
**fifteen** [2] - 97:24, 120:17
**Fifth** [3] - 2:5, 2:14, 79:4
**figure** [1] - 127:20
**file** [8] - 19:13, 81:24, 82:4, 82:7, 129:8, 129:11, 129:14, 168:12
**filed** [5] - 37:24, 81:20, 82:9, 129:7, 129:10
**filing** [1] - 3:5
**fill** [1] - 40:8
**filled** [1] - 40:10
**fine** [8] - 5:22, 13:5, 13:10, 15:20, 16:6, 20:25, 98:18, 120:8
**finger** [2] - 142:3, 145:2
**finish** [1] - 156:6
**finished** [4] - 36:25, 134:5, 161:16, 163:12
**fire** [3] - 60:23, 70:19, 85:10
**fired** [11] - 60:22, 61:17, 70:15, 70:20, 85:5, 85:7, 91:6, 91:7, 92:14, 92:18
**first** [10] - 8:14, 33:24, 37:17, 46:14, 64:22, 78:21, 92:3, 102:25, 116:22, 124:5
**fish** [1] - 43:2
**Fish** [9] - 34:5, 34:25, 42:24, 43:19, 44:8, 48:8, 49:9, 49:11, 82:19
**fit** [2] - 8:22, 159:7
**five** [9] - 22:18, 23:7,

23:8, 86:24, 120:14, 122:2, 155:2, 155:9, 156:10
**fix** [1] - 151:5
**following** [3] - 151:5, 170:3, 170:4
**follows** [1] - 4:11
**food** [9] - 35:6, 38:8, 155:13, 155:19, 155:23, 155:24, 156:3, 156:9, 156:12
**FOR** [1] - 168:10
**force** [1] - 3:15
**foreman** [4] - 118:17, 124:11, 154:20, 156:7
**foremen** [1] - 92:7
**forgot** [3] - 10:9, 29:3, 58:23
**Form** [1] - 168:9
**form** [7] - 3:9, 29:17, 37:7, 65:23, 101:14, 102:14, 148:25
**forms** [2] - 40:8, 40:12
**forth** [1] - 169:6
**forty** [2] - 14:5, 14:8
**forty-eight** [2] - 14:5, 14:8
**four** [4] - 35:15, 35:22, 86:24, 125:13
**fourteen** [1] - 97:23
**fraudulent** [1] - 113:17
**Friday** [3] - 161:21, 161:22, 161:24
**friend** [6] - 31:19, 46:11, 77:20, 83:24, 83:25, 143:3
**friend's** [1] - 77:22
**friends** [9] - 32:6, 45:20, 83:12, 88:18, 88:23, 141:15, 146:13, 146:14, 152:6
**front** [1] - 145:19
**frustrate** [1] - 104:25
**frying** [1] - 48:18
**full** [5] - 4:14, 36:17, 55:19, 55:21, 55:22
**funded** [1] - 38:11
**FURTHER** [2] - 3:8, 3:12

**G**

**GALEANO** [1] - 1:5
**games** [1] - 148:2
**garbage** [2] - 88:17, 88:19
**GARCIA** [1] - 1:4

**gas** [1] - 124:8
**generally** [1] - 24:15
**giggling** [2] - 143:19, 143:23
**girl** [1] - 144:22
**girlfriend** [20] - 35:10, 38:16, 140:21, 140:23, 141:9, 142:9, 142:14, 144:17, 144:21, 145:4, 146:3, 146:5, 146:10, 146:19, 147:2, 148:6, 149:8, 149:16, 150:5, 150:6
**girlfriend's** [1] - 35:24
**girlfriends** [9] - 36:14, 36:16, 36:21, 142:21, 142:22, 143:7, 144:14, 144:16, 145:15
**given** [4] - 99:8, 112:3, 167:13, 169:9
**God** [2] - 87:12, 96:13
**GOLDBERG** [1] - 2:4
**Gonzalez** [2] - 36:3, 36:4
**Government** [1] - 76:24
**graduate** [1] - 31:8
**graduated** [2] - 41:8, 41:14
**grounds** [1] - 107:19
**group** [5] - 117:2, 121:19, 152:18, 152:19, 152:20
**guarantee** [1] - 29:13
**guess** [4] - 12:15, 13:7, 68:4, 68:7
**guessed** [2] - 12:11, 12:12
**guessing** [1] - 68:10
**guy** [6] - 126:16, 137:21, 137:25, 138:14, 138:20, 158:10
**guys** [1] - 65:7

**H**

**hair** [2] - 71:13, 71:15
**half** [3] - 122:3, 127:9, 160:17
**half-an-hour** [1] - 122:3
**hallway** [6] - 22:6, 22:10, 22:15, 22:17,

22:19, 22:23
**hamburgers** [1] - 48:17
**hand** [3] - 27:20, 169:17
**hand-in-hand** [1] - 27:20
**handed** [1] - 40:4
**handing** [2] - 64:23, 139:3
**happy** [5] - 53:10, 146:20, 146:21, 149:12, 149:22
**hard** [7] - 49:15, 49:19, 49:22, 49:25, 50:5, 50:8, 105:7
**harm** [1] - 149:10
**head** [1] - 15:15
**health** [4] - 38:11, 39:22, 41:4, 143:10
**hear** [2] - 116:4, 117:25
**heard** [2] - 72:7, 72:19
**heavy** [3] - 49:18, 51:17, 124:7
**held** [3] - 1:22, 77:17, 144:7
**HELENE** [1] - 1:11
**Helene** [3] - 134:13, 134:15, 134:19
**help** [9] - 7:5, 9:6, 12:24, 54:16, 54:21, 83:24, 88:22, 91:8, 137:14
**helped** [2] - 35:5, 46:13
**helper** [2] - 53:24, 53:25
**helps** [1] - 40:17
**HEREBY** [1] - 3:3
**hereby** [3] - 3:7, 167:8, 169:4
**herein** [4] - 1:19, 3:5, 4:3, 4:9
**hereinbefore** [1] - 169:6
**hereunto** [1] - 169:16
**hero** [2] - 156:22, 156:23
**high** [4] - 31:7, 31:8, 41:8, 41:14
**Highway** [2] - 1:16, 2:18
**himself** [3] - 23:5, 61:14, 85:6
**hired** [1] - 125:18
**Hispanic** [1] - 61:9
**holding** [1] - 143:12

22:19, 22:23
**home** [13] - 30:9, 30:12, 55:25, 56:3, 117:15, 117:17, 117:19, 117:23, 122:22, 155:23, 155:25, 156:4, 158:11
**honest** [1] - 143:2
**honestly** [1] - 15:10
**hopefully** [1] - 19:22
**hot** [1] - 155:2
**hour** [38] - 43:4, 43:5, 48:6, 49:4, 49:7, 49:8, 53:14, 53:15, 63:4, 67:3, 67:6, 67:9, 67:23, 67:25, 68:3, 68:6, 68:19, 68:21, 68:23, 69:5, 69:8, 69:12, 69:14, 69:18, 69:22, 98:2, 114:11, 114:21, 115:18, 122:3, 160:4, 160:6, 160:9, 160:16, 160:17, 163:11, 163:12
**hour-and-a-half** [1] - 160:17
**hours** [39] - 14:5, 14:9, 19:11, 19:16, 19:19, 19:24, 20:3, 20:5, 20:11, 20:13, 20:16, 20:17, 20:19, 20:20, 20:21, 20:23, 43:10, 43:13, 52:6, 56:24, 59:4, 60:4, 61:25, 64:16, 66:23, 67:24, 68:5, 70:10, 97:24, 97:25, 131:22, 151:18, 151:21, 163:8, 164:6, 164:14, 164:23, 165:8
**house** [4] - 116:23, 141:20, 144:23, 153:20
**hunger** [1] - 95:19

**I**

**IAN** [1] - 2:13
**ID** [5] - 29:18, 29:20, 29:21, 81:23, 82:6
**idea** [4] - 125:3, 125:4, 125:15, 126:13
**identification** [3] - 28:22, 41:2, 136:5
**IDs** [2] - 29:4, 29:5
**ignorant** [6] - 45:8, 45:12, 45:15, 93:22, 103:2, 103:5
**illegal** [2] - 101:22,

107:8
**illegally** [1] - 104:5
**illness** [1] - 15:16
**immigration** [2] - 76:2, 76:6
**impaired** [4] - 14:16, 14:20, 15:4, 15:19
**imperfectly** [1] - 12:3
**important** [2] - 21:8, 42:6
**IN** [1] - 169:16
**inaccuracies** [1] - 28:12
**inaccurate** [1] - 72:25
**inappropriate** [1] - 37:16
**including** [2] - 82:15, 130:15
**income** [10] - 44:11, 81:24, 82:4, 82:7, 82:9, 82:12, 82:13, 99:10, 104:4, 136:17
**incriminate** [1] - 107:20
**INDEX** [1] - 168:2
**indicate** [4] - 39:20, 39:25, 128:9, 164:6
**indicated** [5] - 17:15, 56:23, 59:3, 61:24, 83:3
**indicates** [1] - 60:3
**indicating** [2] - 18:14, 142:15
**indicating)** [1] - 86:16
**individual** [2] - 101:21, 102:5
**individual's** [1] - 80:14
**inevitable** [1] - 96:15
**inevitably** [1] - 166:2
**influence** [1] - 14:12
**information** [7] - 13:2, 78:25, 99:3, 99:15, 99:18, 99:24, 133:22
**insist** [1] - 78:20
**inspector** [2] - 86:2, 86:4
**instead** [3] - 123:8, 152:5, 153:13
**instructed** [1] - 27:14
**instructing** [6] - 33:8, 75:18, 76:3, 76:18, 77:2, 77:7
**insurance** [10] - 38:11, 38:21, 38:23, 39:3, 39:6, 39:8,

39:13, 39:16, 39:22, 41:4
**intend** [1] - 18:10
**intending** [1] - 17:25
**intention** [1] - 91:9
**Intercounty** [2] - 89:19, 89:21
**interested** [3] - 28:9, 145:24, 169:14
**interpret** [2] - 4:4, 72:11
**interpretation** [1] - 5:20
**INTERPRETER** [3] - 72:7, 72:13, 72:16
**interpreter** [1] - 5:13
**Interpreter** [5] - 2:24, 4:3, 4:10, 72:5, 145:22
**introduce** [1] - 138:14
**introduced** [4] - 4:20, 4:24, 23:5, 24:2
**involve** [1] - 79:3
**iPhone** [3] - 18:13, 19:3, 19:10
**IS** [3] - 3:3, 3:8, 3:12
**Island** [1] - 157:10
**Islip** [2] - 48:20, 162:25
**issue** [4] - 107:10, 111:19, 111:21, 131:9
**issued** [2] - 103:19, 137:9
**issues** [2] - 16:3, 125:19
**IT** [3] - 3:3, 3:8, 3:12

---

**J**

**January** [1] - 30:6
**Javier** [1] - 90:7
**JAVIER** [1] - 1:5
**Jenny** [1] - 36:3
**job** [48] - 48:15, 51:5, 53:11, 60:24, 91:9, 91:14, 91:25, 92:10, 94:9, 94:15, 95:8, 95:12, 95:16, 98:21, 99:18, 106:17, 108:8, 116:16, 116:21, 116:25, 117:20, 117:24, 118:11, 119:6, 119:10, 119:19, 120:19, 121:18, 123:11, 128:6, 152:4, 152:16, 153:3, 153:10, 153:13, 153:17,

153:22, 154:10, 154:19, 156:5, 158:7, 158:18, 159:9, 160:3, 160:21, 161:5, 161:12, 161:15
**jobs** [13] - 48:12, 49:8, 52:8, 52:12, 83:4, 83:9, 83:13, 83:15, 83:18, 83:21, 84:3, 114:24, 119:3
**JOHN** [1] - 1:11
**joint** [2] - 86:23, 86:25
**Jose** [5] - 4:16, 29:2, 31:25, 77:5, 168:4
**JOSE** [5] - 1:4, 1:6, 1:18, 167:8, 167:17
**JUAN** [1] - 1:6
**Judge** [6] - 21:17, 27:16, 27:22, 65:2, 128:4
**July** [4] - 52:17, 60:13, 60:17, 60:19
**jump** [2] - 94:23, 95:3
**jumped** [1] - 94:22
**June** [2] - 50:20, 52:16

---

**K**

**Karen** [1] - 1:23
**KAREN** [2] - 169:3, 169:20
**keep** [2] - 139:14
**ketchup** [2] - 157:4, 157:5
**KEVIN** [1] - 1:5
**kind** [3] - 156:12, 156:16, 157:22
**Kings** [2] - 89:25, 90:6
**knows** [5] - 108:20, 108:22, 109:3, 126:16, 150:12

---

**L**

**Labor** [6] - 90:23, 90:24, 91:2, 91:8, 91:13, 91:22
**LaMendola** [3] - 1:24, 169:3, 169:20
**language** [3] - 5:18, 11:19, 30:17
**last** [11] - 14:4, 14:8, 30:2, 61:7, 61:19, 66:17, 89:8, 90:11, 110:5, 110:11, 116:12

**late** [7] - 8:13, 9:4, 9:12, 9:15, 11:9, 12:9, 12:13
**latest** [2] - 20:18, 161:11
**laughing** [1] - 143:19
**LAUREN** [1] - 2:4
**law** [23] - 27:22, 40:11, 45:3, 93:2, 100:5, 100:7, 100:10, 103:8, 103:17, 107:5, 108:3, 109:19, 111:3, 111:8, 111:11, 111:16, 111:21, 112:6, 113:6, 113:10, 113:21, 114:6, 129:16
**Law** [1] - 1:21
**LAW** [3] - 2:4, 2:8, 2:13
**laws** [5] - 95:7, 95:11, 95:14, 106:8, 129:19
**lawsuit** [2] - 90:18, 90:25
**lawyer** [3] - 10:20, 11:9, 105:25
**learn** [2] - 31:2, 31:13
**learned** [1] - 144:24
**leave** [6] - 49:11, 120:19, 122:5, 122:9, 153:10, 161:14
**left** [4] - 84:5, 84:6, 89:14, 154:14
**legal** [2] - 33:2, 105:21
**legally** [4] - 95:21, 96:3, 96:20, 104:5
**LERLY** [1] - 1:5
**less** [10] - 25:5, 48:7, 48:11, 49:8, 52:22, 52:25, 57:11, 69:25
**letter** [1] - 16:23
**letting** [2] - 81:17, 95:19
**lettuce** [1] - 156:24
**liar** [1] - 62:24
**license** [3] - 28:17, 109:22, 113:11
**lie** [39] - 13:8, 15:11, 25:15, 63:24, 93:25, 96:22, 108:19, 109:11, 109:15, 129:25, 130:9, 130:19, 131:17, 131:20, 131:24, 133:18, 138:12, 141:8, 141:12, 141:13, 146:15, 146:18, 146:19,

146:25, 147:5, 147:9, 147:10, 148:15, 148:18, 149:2, 149:4, 149:13, 149:18, 150:2, 150:11, 150:13, 150:22, 150:24
**lied** [13] - 92:23, 129:20, 131:11, 133:3, 133:10, 133:14, 139:4, 139:9, 139:24, 148:16, 149:8, 149:20, 150:16
**lies** [18] - 102:11, 130:8, 130:13, 131:6, 131:15, 141:14, 141:17, 144:18, 145:5, 145:12, 145:14, 146:3, 146:4, 146:10, 148:6, 148:10, 148:12, 165:25
**limited** [1] - 72:19
**limits** [1] - 107:11
**line** [3] - 23:11, 81:8, 81:13
**LINE** [1] - 170:5
**listed** [3] - 70:11, 151:17, 151:21
**listen** [4] - 14:25, 71:20, 110:8, 110:9
**live** [6] - 30:9, 35:7, 35:9, 138:20, 141:25, 149:3
**lived** [1] - 117:2
**lives** [1] - 46:25
**living** [2] - 116:22, 144:22
**loaded** [1] - 124:8
**locations** [2] - 163:6, 163:9
**look** [10] - 9:6, 54:16, 54:21, 119:25, 121:22, 136:8, 136:11, 136:14, 137:14, 138:13
**Look** [1] - 106:15
**looked** [2] - 73:11, 86:3
**looks** [2] - 65:13, 71:10
**Lou** [3] - 70:17, 150:22, 153:7
**Louie** [11] - 70:19, 98:9, 98:10, 100:8, 100:11, 101:3, 134:4, 134:12, 134:17, 134:25, 135:16
**LOUIS** [1] - 1:11
**Louis** [2] - 66:12,

101:4
**love** [1] - 146:5
**Luis** [1] - 31:25
**Lunati** [4] - 89:7, 89:15, 114:21, 115:3
**lunch** [2] - 155:6, 155:7
**lying** [28] - 93:18, 94:12, 94:14, 96:24, 97:16, 97:19, 97:22, 108:13, 108:16, 109:7, 114:3, 120:25, 121:9, 121:10, 121:12, 130:6, 130:24, 131:7, 131:16, 138:10, 139:14, 140:4, 140:10, 140:14, 150:19, 159:13, 159:15, 165:21

**M**

**machine** [1] - 86:3
**machines** [1] - 44:6
**Madam** [1] - 145:22
**madam** [1] - 72:5
**mail** [2] - 19:22, 19:23
**maintenance** [1] - 44:5
**man** [8] - 10:3, 10:11, 10:13, 12:22, 71:12, 71:14, 71:21, 72:10
**manager** [3] - 70:21, 118:18
**mandate** [1] - 106:8
**March** [5] - 48:3, 55:4, 55:5, 55:12, 57:5
**MARCUS** [1] - 1:6
**margarita** [1] - 2:24
**marked** [2] - 47:8, 136:3
**Market** [2] - 34:5, 34:25
**marriage** [1] - 169:12
**married** [2] - 37:19, 140:18
**MARTINEZ** [4] - 1:4, 1:18, 167:8, 167:17
**Martinez** [12] - 4:16, 4:20, 21:6, 28:13, 29:2, 31:25, 74:22, 77:5, 126:3, 147:20, 165:17, 168:4
**Martinez's** [2] - 136:3, 168:8

**masonry** [1] - 53:23
**masons** [1] - 58:7
**material** [1] - 155:10
**mathematical** [2] - 68:11, 68:13
**matter** [3] - 28:13, 33:4, 169:15
**MAYNOR** [1] - 1:4
**mayonnaise** [5] - 16:20, 16:21, 122:20, 157:2, 157:14
**McNamara** [323] - 2:8, 2:11, 6:11, 6:17, 7:20, 7:21, 7:24, 8:12, 8:23, 9:5, 9:23, 10:5, 10:12, 10:16, 10:22, 11:4, 11:16, 11:23, 12:4, 17:6, 17:12, 17:14, 17:19, 17:24, 18:3, 18:6, 18:12, 19:6, 19:14, 19:21, 20:2, 20:8, 20:25, 22:7, 22:25, 23:24, 24:5, 24:7, 25:3, 25:17, 26:16, 26:20, 26:23, 27:24, 28:5, 28:11, 31:17, 31:24, 32:9, 32:16, 33:7, 33:16, 36:19, 36:22, 37:3, 37:12, 38:17, 38:24, 39:10, 39:14, 40:3, 40:6, 40:20, 41:11, 41:21, 42:3, 42:14, 42:19, 43:16, 44:12, 44:15, 44:22, 45:4, 45:13, 46:22, 47:4, 47:16, 47:22, 49:13, 49:21, 50:7, 53:19, 54:8, 56:10, 61:10, 62:10, 62:13, 62:18, 63:10, 63:14, 63:18, 63:25, 64:9, 64:21, 64:24, 65:9, 65:12, 65:15, 65:20, 65:24, 66:9, 66:24, 67:14, 67:19, 68:9, 68:15, 69:15, 70:12, 70:18, 71:3, 71:16, 71:23, 72:22, 73:3, 74:9, 74:19, 75:17, 75:25, 76:7, 76:17, 76:21, 76:25, 77:6, 77:10, 77:14, 77:23, 78:9, 78:14, 78:22, 79:5, 79:7, 80:23, 80:25, 81:6, 81:12, 82:24, 83:5, 84:23, 85:19, 86:8, 87:4, 87:11, 87:14, 88:5, 93:4, 93:12, 93:16,

93:19, 94:4, 94:10, 94:16, 94:24, 95:17, 95:23, 96:4, 96:7, 96:9, 96:21, 96:25, 97:9, 97:11, 97:18, 97:21, 98:5, 98:8, 98:14, 98:17, 98:22, 99:7, 99:16, 99:20, 100:2, 100:16, 100:19, 101:8, 101:16, 101:23, 102:3, 102:8, 102:18, 102:23, 103:10, 103:20, 103:24, 104:11, 104:18, 104:20, 105:4, 105:9, 105:11, 106:4, 106:10, 106:21, 107:9, 107:17, 107:24, 108:6, 108:14, 108:18, 108:25, 109:10, 109:16, 109:20, 111:4, 111:9, 111:13, 111:17, 111:23, 112:8, 112:11, 112:17, 112:19, 112:22, 112:25, 113:7, 113:15, 113:18, 113:25, 114:4, 114:7, 115:10, 118:5, 118:20, 119:7, 119:24, 120:4, 120:24, 121:7, 122:17, 122:25, 123:9, 125:11, 125:16, 125:23, 126:3, 126:6, 126:10, 126:14, 126:17, 126:20, 126:25, 127:4, 127:8, 127:14, 127:18, 127:22, 128:3, 128:7, 128:10, 128:13, 128:19, 129:3, 129:9, 129:22, 130:2, 130:7, 130:17, 130:20, 130:25, 132:16, 132:22, 133:7, 133:15, 133:19, 133:24, 134:7, 134:23, 135:5, 135:9, 135:14, 135:21, 136:23, 137:4, 137:12, 137:19, 137:23, 138:3, 138:18, 138:24, 139:7, 139:12, 139:16, 139:19, 140:3, 140:6, 140:11, 140:22, 140:25, 141:6,

141:10, 141:18, 142:2, 142:8, 142:19, 142:23, 143:4, 143:13, 143:17, 143:22, 144:4, 144:10, 144:15, 144:20, 145:7, 146:17, 147:4, 148:21, 149:15, 152:7, 153:4, 153:15, 154:16, 155:21, 159:14, 162:14, 162:23, 163:18, 164:8, 164:25, 165:5, 165:9, 165:14, 165:22
**mean** [1] - 64:3
**means** [2] - 63:23, 135:17
**medical** [7] - 38:21, 38:22, 39:2, 39:5, 39:8, 39:12, 39:16
**medications** [2] - 14:4, 14:8
**meet** [6] - 23:3, 27:3, 36:4, 75:4, 152:18, 152:19
**meeting** [1] - 23:21
**meetings** [4] - 91:16, 91:19, 91:20, 91:21
**memory** [6] - 12:19, 13:3, 15:19, 15:21, 15:25, 46:6
**MENDEZ** [1] - 1:4
**mental** [1] - 15:16
**mentioned** [1] - 1:23
**met** [4] - 23:12, 24:19, 26:14, 119:5
**middle** [1] - 31:7
**milk** [2] - 16:13, 16:14
**million** [1] - 127:10
**mine** [4] - 50:23, 139:23, 139:25, 140:7
**minimum** [1] - 48:5
**minute** [3] - 69:17, 147:17, 155:3
**minutes** [13] - 22:18, 23:7, 23:9, 96:10, 120:14, 120:17, 122:2, 122:4, 146:9, 155:9, 155:12, 156:11, 165:12
**miscommunication** [1] - 5:14
**missed** [1] - 58:4
**mom** [1] - 150:2
**moment** [2] - 27:7, 66:6
**monday** [1] - 161:21
**Monday** [2] - 161:22,

161:23
**money** [6] - 48:11, 80:19, 80:22, 83:11, 98:13, 101:4
**month** [8] - 34:8, 35:2, 43:20, 43:22, 44:18, 44:20, 82:21, 129:13
**months** [5] - 48:3, 48:25, 50:10, 50:13, 83:2
**morning** [20] - 20:4, 31:18, 117:5, 118:7, 119:11, 122:2, 122:6, 122:10, 135:24, 152:5, 152:23, 152:25, 153:13, 153:18, 154:15, 160:3, 160:13, 160:15, 160:19, 160:20
**mornings** [2] - 118:14, 120:14
**mother** [7] - 36:8, 148:15, 148:17, 149:13, 149:16, 150:7, 150:9
**move** [2] - 124:6, 148:22
**MR** [400] - 4:13, 6:11, 6:17, 7:21, 7:24, 8:12, 8:23, 9:5, 9:23, 10:5, 10:12, 10:16, 10:22, 11:4, 11:16, 11:23, 12:4, 17:6, 17:12, 17:14, 17:15, 17:19, 17:20, 17:24, 17:25, 18:3, 18:4, 18:6, 18:7, 18:12, 19:2, 19:6, 19:8, 19:14, 19:17, 19:21, 19:25, 20:2, 20:6, 20:8, 20:14, 20:25, 21:4, 22:7, 22:25, 23:24, 24:5, 24:7, 25:3, 25:17, 26:16, 26:19, 26:20, 26:22, 26:23, 26:24, 27:7, 27:12, 27:24, 28:2, 28:5, 28:8, 28:11, 31:17, 31:24, 32:9, 32:16, 33:7, 33:11, 33:16, 36:19, 36:22, 36:25, 37:3, 37:4, 37:12, 37:14, 38:17, 38:24, 39:10, 39:14, 40:3, 40:6, 40:20, 41:11, 41:21, 42:3, 42:14, 42:19, 43:16, 44:12, 44:15, 44:22, 45:4, 45:13,

8

46:22, 47:4, 47:10, 47:16, 47:18, 47:22, 47:24, 49:13, 49:21, 50:7, 53:19, 54:8, 56:10, 61:10, 62:10, 62:13, 62:18, 63:10, 63:14, 63:18, 63:25, 64:9, 64:21, 64:24, 65:5, 65:9, 65:11, 65:12, 65:13, 65:15, 65:18, 65:20, 65:22, 65:24, 66:3, 66:9, 66:10, 66:16, 66:24, 67:14, 67:19, 68:9, 68:15, 69:15, 70:12, 70:18, 71:3, 71:16, 71:23, 72:5, 72:9, 72:14, 72:17, 72:22, 72:24, 73:3, 73:5, 74:9, 74:17, 74:19, 75:17, 75:21, 75:25, 76:5, 76:7, 76:17, 76:20, 76:21, 76:25, 77:6, 77:9, 77:10, 77:12, 77:14, 77:15, 77:23, 78:6, 78:9, 78:11, 78:14, 78:16, 78:22, 79:2, 79:5, 79:6, 79:7, 80:23, 80:25, 81:6, 81:12, 82:24, 83:5, 84:23, 85:19, 86:8, 87:4, 87:11, 87:14, 87:16, 88:5, 93:4, 93:12, 93:16, 93:19, 94:4, 94:10, 94:16, 94:24, 95:17, 95:23, 96:4, 96:7, 96:9, 96:21, 96:25, 97:9, 97:11, 97:18, 97:21, 98:5, 98:8, 98:14, 98:17, 98:22, 99:7, 99:16, 99:20, 100:2, 100:16, 100:19, 101:8, 101:13, 101:16, 101:19, 101:23, 101:25, 102:3, 102:4, 102:8, 102:10, 102:18, 102:21, 102:23, 103:10, 103:20, 103:24, 104:11, 104:18, 104:20, 105:4, 105:9, 105:11, 106:4, 106:10, 106:21, 107:9, 107:17, 107:24, 108:6, 108:14, 108:18, 108:25, 109:10, 109:16, 109:20, 111:4, 111:9, 111:13,

111:17, 111:23, 112:8, 112:11, 112:17, 112:19, 112:22, 112:25, 113:7, 113:15, 113:18, 113:25, 114:4, 114:7, 115:10, 118:5, 118:20, 119:7, 119:24, 120:4, 120:24, 121:7, 122:17, 122:25, 123:9, 125:11, 125:16, 125:23, 125:25, 126:3, 126:5, 126:6, 126:8, 126:10, 126:12, 126:14, 126:15, 126:17, 126:19, 126:20, 126:23, 126:25, 127:3, 127:4, 127:6, 127:8, 127:11, 127:14, 127:16, 127:18, 127:20, 127:22, 128:3, 128:7, 128:10, 128:13, 128:19, 129:3, 129:9, 129:22, 130:2, 130:7, 130:17, 130:20, 130:25, 132:16, 132:22, 133:7, 133:15, 133:19, 133:24, 134:7, 134:23, 135:5, 135:9, 135:14, 135:21, 136:23, 137:4, 137:12, 137:19, 137:23, 138:3, 138:18, 138:24, 139:7, 139:12, 139:16, 139:19, 140:3, 140:6, 140:11, 140:22, 140:25, 141:6, 141:10, 141:18, 142:2, 142:8, 142:19, 142:23, 143:4, 143:13, 143:17, 143:18, 143:22, 144:4, 144:5, 144:8, 144:10, 144:15, 144:20, 145:7, 145:20, 146:17, 147:4, 147:15, 148:21, 148:24, 149:15, 152:7, 153:4, 153:15, 154:16, 155:21, 159:14, 162:14, 162:23, 163:18, 164:8, 164:25, 165:5, 165:9, 165:11, 165:14, 165:22, 166:6

**must** [3] - 13:23, 47:13, 110:9
**mustard** [1] - 157:6
**Myo** [1] - 88:21
**Myra** [2] - 46:13, 46:21

# N

**name** [42] - 4:15, 10:9, 17:13, 17:14, 22:14, 25:21, 25:23, 25:24, 25:25, 26:5, 26:6, 31:19, 31:25, 32:6, 32:8, 34:3, 35:24, 36:3, 40:19, 41:3, 46:12, 46:13, 61:7, 70:22, 77:5, 77:22, 79:16, 79:22, 79:23, 80:2, 80:6, 80:7, 80:15, 88:19, 90:2, 99:8, 99:9, 110:16, 116:12, 136:20, 139:21, 163:24
**named** [2] - 137:21, 137:25
**names** [12] - 10:14, 26:4, 31:19, 31:22, 32:3, 45:24, 46:2, 46:3, 46:9, 80:17, 162:17, 164:19
**native** [1] - 30:17
**near** [1] - 153:20
**necessarily** [3] - 84:2, 97:7, 131:13
**necessary** [9] - 6:22, 7:2, 25:15, 32:20, 35:25, 92:25, 106:5, 106:7, 116:23
**Neck** [1] - 2:9
**need** [8] - 42:7, 74:15, 111:16, 119:17, 119:20, 136:10, 147:15, 147:16
**needed** [7] - 17:22, 94:9, 108:8, 111:12, 121:18, 121:23, 121:24
**neighborhood** [1] - 117:3
**NELSON** [1] - 1:3
**Nelson** [9] - 51:2, 90:4, 90:8, 90:12, 91:4, 110:18, 123:17, 158:16, 158:17
**nelson** [1] - 110:17
**Nelson's** [1] - 158:16

**never** [29] - 32:6, 32:10, 52:12, 54:2, 54:18, 58:3, 62:9, 62:11, 63:20, 69:24, 72:4, 73:11, 89:20, 112:4, 112:21, 123:21, 124:12, 133:9, 133:18, 139:23, 142:7, 148:16, 149:6, 151:2, 160:4, 162:9, 162:18, 162:19, 163:23
**new** [5] - 85:15, 85:16, 85:17, 86:20, 86:21
**New** [12] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:19, 30:14, 167:23, 169:4
**NEW** [2] - 1:2, 167:4
**next** [5] - 12:23, 20:3, 73:14, 106:11, 151:6
**nice** [1] - 147:20
**nicknames** [1] - 32:5
**night** [2] - 85:25, 160:10
**nine** [1] - 68:16
**ninety** [1] - 68:16
**nobody** [4] - 92:5, 92:7, 126:16, 143:16
**NOE** [1] - 1:5
**none** [1] - 31:25
**normal** [1] - 160:6
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:25, 167:23, 169:3
**noted** [1] - 166:10
**nothing** [8] - 9:10, 18:21, 18:23, 25:5, 54:17, 54:20, 85:11, 148:25
**Notice** [1] - 1:22
**November** [1] - 115:7
**novia** [1] - 146:3
**number** [59] - 29:20, 29:21, 32:12, 32:15, 32:19, 33:6, 33:19, 33:22, 47:3, 65:22, 74:2, 74:5, 74:7, 74:8, 75:11, 75:15, 75:23, 76:10, 76:14, 76:16, 76:23, 77:4, 77:19, 79:21, 80:20, 81:5, 81:11, 81:19, 81:20, 81:24, 81:25, 82:3, 82:6, 93:7, 93:11, 93:14, 93:24, 95:2, 98:20, 101:7, 103:9,

103:18, 103:23, 105:23, 107:13, 107:14, 108:4, 108:12, 109:3, 113:17, 126:2, 127:7, 127:23, 131:18, 136:22, 137:6, 137:17, 137:20, 138:23
**numbers** [1] - 76:14

# O

**oath** [4] - 3:15, 21:12, 138:8, 167:10
**object** [8] - 33:14, 37:7, 37:8, 65:17, 101:14, 101:15, 107:7, 148:24
**objected** [1] - 33:16
**objecting** [2] - 76:8, 102:14
**objection** [238] - 6:11, 7:24, 8:12, 8:23, 9:5, 9:23, 10:5, 10:12, 10:16, 10:22, 11:4, 11:16, 11:23, 12:4, 17:6, 22:7, 22:25, 23:24, 24:5, 24:7, 25:3, 26:16, 31:17, 31:24, 32:9, 32:16, 33:7, 36:19, 38:17, 38:24, 39:10, 39:14, 40:3, 40:6, 40:20, 41:11, 41:21, 42:3, 42:14, 42:19, 43:16, 44:12, 44:15, 44:22, 45:4, 45:13, 46:22, 49:13, 49:21, 53:19, 54:8, 56:10, 61:10, 62:10, 62:13, 62:18, 63:10, 63:14, 63:18, 63:25, 64:9, 66:24, 67:14, 67:19, 68:9, 68:15, 69:15, 70:12, 70:18, 71:3, 71:16, 71:23, 74:9, 75:17, 76:17, 76:25, 77:23, 80:23, 81:6, 82:24, 83:5, 84:23, 85:19, 86:8, 87:4, 87:11, 93:4, 93:12, 93:16, 93:19, 94:4, 94:10, 94:16, 94:24, 95:17, 95:23, 96:4, 96:7, 96:9, 96:25, 97:9, 97:18, 97:21, 98:5, 98:8, 98:14, 98:17, 98:22, 99:7, 99:16, 99:20, 100:2,

100:16, 100:19, 101:8, 103:10, 103:20, 103:24, 104:11, 104:18, 104:20, 105:4, 105:9, 105:11, 106:4, 106:10, 106:21, 107:9, 107:17, 107:24, 108:6, 108:14, 108:18, 108:25, 109:10, 109:16, 109:20, 111:4, 111:9, 111:13, 111:23, 112:8, 112:11, 112:17, 112:19, 112:22, 112:25, 113:7, 113:15, 113:18, 113:25, 114:4, 114:7, 115:10, 118:5, 118:20, 119:7, 119:24, 120:4, 120:24, 121:7, 122:17, 122:25, 123:9, 125:11, 125:16, 125:23, 128:3, 128:7, 128:10, 128:13, 128:19, 129:3, 129:9, 129:22, 130:2, 130:7, 130:17, 130:25, 132:16, 132:22, 133:7, 133:15, 133:19, 133:24, 134:7, 134:23, 135:5, 135:9, 135:14, 135:21, 136:23, 137:4, 137:12, 137:19, 137:23, 138:3, 138:18, 138:24, 139:7, 139:12, 139:16, 139:19, 140:3, 140:6, 140:11, 140:22, 140:25, 141:6, 141:10, 141:18, 142:2, 142:8, 142:19, 142:23, 143:4, 143:13, 143:17, 144:15, 145:7, 146:17, 147:4, 148:21, 149:15, 152:7, 153:4, 154:16, 155:21, 159:14, 162:14, 162:23, 163:18, 164:8, 164:25, 165:5, 165:9, 165:22

**Objection** [9] - 6:17, 7:21, 25:17, 50:7, 77:6, 97:11, 111:17, 144:20, 153:15

**objections** [1] - 3:9
**obligation** [3] - 13:15, 78:3, 78:4
**obtain** [1] - 77:18
**occasions** [3] - 75:24, 159:17, 160:25
**October** [2] - 58:2, 169:17
**OF** [6] - 1:2, 2:4, 2:8, 2:13, 167:4, 167:6
**offending** [1] - 106:24
**office** [2] - 22:22, 27:20
**officer** [1] - 3:14
**OFFICES** [3] - 2:4, 2:8, 2:13
**often** [4] - 30:20, 30:21, 87:9, 159:20
**old** [5] - 30:7, 35:14, 35:15, 35:21, 35:22
**older** [1] - 35:20
**olds** [1] - 31:12
**once** [5] - 93:23, 108:21, 154:18, 154:22, 158:9
**one** [46] - 1:19, 27:7, 29:14, 34:8, 35:14, 35:15, 35:18, 35:19, 43:20, 43:21, 46:7, 48:20, 58:12, 74:10, 77:13, 81:10, 89:24, 89:25, 90:3, 90:5, 90:19, 90:20, 93:21, 108:20, 109:3, 118:25, 119:4, 121:20, 121:22, 125:20, 128:21, 129:13, 136:24, 137:7, 137:9, 140:20, 140:24, 141:2, 141:3, 142:12, 148:9, 156:7, 156:9
**ones** [3] - 108:22, 108:23, 129:11
**opened** [1] - 87:2
**operator** [9] - 58:6, 61:4, 61:5, 71:8, 85:5, 85:7, 86:5, 86:6, 158:9
**operators** [1] - 92:7
**opportunity** [6] - 75:3, 79:11, 101:10, 136:13, 151:8, 158:20
**order** [17] - 1:22, 33:10, 37:10, 39:21, 47:14, 75:20, 75:22, 77:11, 95:2, 101:18, 101:20, 102:2, 102:11, 106:6,

118:22, 121:16, 131:7
**ordered** [1] - 65:7
**original** [3] - 10:18, 33:14, 33:17
**OSMAR** [1] - 1:4
**ourselves** [1] - 24:3
**outcome** [1] - 169:15
**outside** [3] - 78:10, 78:15, 79:8
**over-the-counter** [1] - 14:4
**overtime** [18] - 63:6, 63:9, 63:13, 63:17, 63:21, 64:8, 64:13, 64:14, 68:19, 68:23, 69:9, 69:18, 69:25, 98:2, 124:18, 125:7, 126:18, 164:14
**owed** [7] - 126:2, 126:11, 127:7, 127:13, 127:17, 128:9, 130:10
**own** [1] - 88:24
**owner** [9] - 134:2, 134:13, 134:15, 134:19, 135:4, 135:6, 135:8, 135:11, 135:18
**owners** [1] - 134:10

**P**

**P.C** [1] - 2:17
**p.m** [20] - 20:9, 27:11, 74:21, 79:10, 87:18, 144:12, 145:18, 147:19, 156:6, 158:20, 161:17, 161:18, 165:16, 166:10
**PAGE** [4] - 168:3, 168:7, 168:11, 170:5
**PAGOADA** [1] - 1:5
**paid** [16] - 43:6, 43:12, 44:8, 53:16, 62:3, 62:5, 63:5, 68:18, 68:22, 73:25, 83:8, 97:14, 97:16, 113:16, 115:8, 163:23
**papers** [2] - 108:21, 108:22
**Park** [2] - 89:25, 90:6
**parking** [2] - 53:21, 163:4
**parkways** [1] - 160:17
**part** [1] - 107:15
**particular** [4] - 37:9, 89:2, 126:4, 126:14
**parties** [2] - 3:5,

169:13
**party** [1] - 159:21
**passport** [2] - 29:6, 29:17
**PATRICK** [1] - 2:8
**Patrick** [8] - 26:5, 26:6, 26:7, 26:11, 27:3, 27:19, 96:8, 144:8
**pATRICK** [1] - 2:11
**PAVING** [1] - 1:10
**Paving** [59] - 33:19, 50:17, 50:19, 50:22, 51:6, 51:8, 51:21, 51:25, 52:9, 52:16, 52:19, 52:25, 53:11, 54:25, 56:13, 56:15, 56:17, 57:3, 58:22, 59:7, 60:7, 60:21, 63:3, 71:9, 73:7, 73:18, 73:19, 84:5, 84:7, 84:10, 89:7, 91:6, 91:12, 92:5, 98:21, 99:11, 99:14, 100:14, 102:12, 104:7, 106:25, 115:25, 116:6, 118:12, 120:20, 123:13, 124:2, 124:15, 130:10, 131:8, 131:21, 133:22, 134:3, 134:10, 134:12, 135:16, 135:18, 162:8, 164:11
**paving** [6] - 51:9, 53:21, 55:13, 55:15, 55:17, 124:13
**pay** [20] - 39:18, 44:17, 44:21, 45:18, 53:13, 53:15, 73:22, 81:4, 83:10, 84:2, 99:9, 103:25, 104:4, 124:19, 124:20, 125:7, 125:8, 131:8, 131:22, 151:4
**paycheck** [9] - 58:24, 59:3, 59:25, 60:3, 61:19, 61:21, 61:24, 164:3, 165:4
**paychecks** [9] - 51:24, 52:5, 56:20, 56:23, 70:5, 70:7, 70:11, 164:5, 165:7
**paying** [2] - 45:11, 68:5
**payment** [2] - 47:6, 97:24
**payments** [5] - 82:15, 82:16, 82:18,

82:23, 82:25
**penalties** [2] - 21:20, 105:2
**pending** [1] - 78:12
**people** [10] - 31:19, 45:20, 46:8, 53:23, 70:25, 79:17, 79:19, 92:7, 120:21, 121:5
**per** [11] - 43:4, 43:5, 49:7, 49:8, 53:16, 67:9, 67:12, 67:23, 69:12, 114:12, 114:22
**percent** [1] - 11:15
**PEREZ** [1] - 1:6
**perfectly** [4] - 11:25, 12:6, 15:5, 15:6
**period** [8] - 34:7, 48:22, 48:23, 55:2, 55:3, 60:12
**perjuring** [1] - 21:16
**perjury** [1] - 114:5
**permitting** [1] - 101:17
**person** [12] - 10:6, 28:25, 46:8, 51:4, 79:20, 118:25, 119:4, 121:20, 124:5, 146:25, 156:7
**persons** [1] - 121:3
**Pharmacy** [1] - 163:4
**phone** [3] - 19:3, 27:15, 27:21
**pick** [2] - 117:12, 117:14
**pickies** [2] - 157:8, 157:9
**pillow** [1] - 145:25
**Pine** [10] - 34:5, 34:25, 42:24, 43:18, 44:7, 48:8, 49:9, 49:11, 82:18, 83:2
**pizza** [1] - 156:19
**place** [2] - 1:23, 33:25
**places** [2] - 50:10, 54:13
**Plaintiffs** [5] - 1:7, 1:19, 2:4, 2:9, 2:13
**Plastico** [6] - 44:2, 44:4, 48:2, 48:25, 50:4, 50:13
**play** [5] - 146:12, 148:2, 158:6, 158:12, 158:22
**played** [1] - 159:4
**plead** [1] - 79:4
**PLLC** [1] - 2:4
**pocketed** [1] - 44:14
**point** [2] - 22:9, 103:7

10

**pointing** [1] - 145:21
**police** [1] - 112:2
**portion** [1] - 66:19
**position** [2] - 80:13, 102:12
**possible** [3] - 91:12, 153:11, 155:4
**posters** [1] - 152:10
**potatoes** [1] - 48:18
**Powell** [1] - 89:7, 114:20, 115:3
**PRACELIS** [1] - 1:4
**Practice** [1] - 1:21
**predicted** [1] - 27:2
**pregnant** [2] - 38:18, 38:20
**preparation** [2] - 23:12, 23:22
**prepare** [1] - 22:2
**prepared** [2] - 132:18, 147:23
**preparing** [2] - 24:9, 27:5
**prescription** [1] - 14:7
**present** [2] - 128:8, 128:21
**PRESENT** [3] - 2:6, 2:15, 2:23
**pretty** [1] - 43:15
**prevailing** [7] - 54:2, 114:13, 114:24, 115:8, 115:15, 115:16, 115:17
**prevented** [1] - 8:7
**primary** [1] - 31:6
**privilege** [1] - 37:8
**privileged** [1] - 17:10
**problem** [2] - 8:18, 29:16
**problems** [2] - 7:12, 26:3
**procedural** [1] - 16:3
**procedurally** [1] - 16:22
**proceeding** [2] - 18:11, 168:13
**produce** [1] - 66:2
**PRODUCTION** [1] - 168:10
**Professional** [1] - 1:24
**professional** [9] - 17:23, 18:9, 18:18, 18:20, 18:22, 18:25, 125:18, 125:22, 127:25
**project** [1] - 163:24
**projects** [10] - 53:17, 54:7, 162:17, 162:22,

163:14, 163:17, 163:21, 164:17, 164:20, 164:23
**promise** [10] - 21:23, 42:21, 42:22, 88:10, 142:6, 142:7, 142:10, 142:14, 142:16, 142:18
**promising** [1] - 105:13
**pronounce** [1] - 26:3
**pronouncing** [1] - 26:3
**proof** [4] - 128:20, 128:24, 128:25, 129:2
**propane** [1] - 124:8
**protect** [1] - 78:5
**protected** [1] - 64:25
**protective** [8] - 33:10, 37:9, 75:19, 75:22, 76:22, 77:11, 101:18, 101:19
**prove** [1] - 64:5
**provide** [20] - 13:17, 19:22, 20:21, 20:23, 33:5, 33:18, 33:21, 38:22, 39:8, 39:12, 78:24, 79:14, 95:21, 96:3, 96:20, 96:23, 99:2, 108:3, 128:24, 129:12
**provided** [14] - 19:10, 19:12, 32:14, 32:18, 33:12, 75:23, 76:11, 76:13, 98:19, 99:14, 99:17, 101:6, 133:22, 135:23
**providing** [2] - 46:18, 107:13
**Public** [3] - 1:25, 167:23, 169:3
**pulled** [1] - 64:18
**punished** [1] - 148:19
**purchased** [1] - 81:10
**purpose** [3] - 27:17, 78:17, 81:16
**purposes** [2] - 27:4, 104:24
**pursuant** [7] - 1:20, 33:9, 47:8, 75:19, 76:21, 77:10, 101:17
**put** [6] - 53:8, 85:9, 86:5, 99:10, 120:18, 124:9
**putting** [1] - 124:6

**Q**

**questioning** [3] - 23:11, 81:8, 81:14
**questions** [30] - 4:4, 5:19, 7:8, 24:16, 46:18, 47:5, 47:7, 75:7, 81:16, 98:15, 101:11, 102:20, 104:15, 104:23, 104:24, 105:8, 105:14, 105:18, 107:4, 107:7, 107:21, 107:22, 110:8, 110:10, 126:21, 131:3, 132:7, 132:11, 132:14
**quick** [1] - 155:4
**quickly** [1] - 153:11
**QUINTANILLA** [2] - 1:3, 1:5
**Quintanilla** [2] - 51:2, 110:18
**QUINTEROS** [1] - 1:6

**R**

**rain** [4] - 55:25, 56:8, 57:16, 85:25
**raised** [1] - 110:20
**Ralph** [1] - 89:15
**rate** [1] - 115:15
**rates** [1] - 115:9
**read** [7] - 40:15, 41:9, 41:17, 41:18, 66:16, 66:19, 167:9
**ready** [1] - 87:19
**real** [2] - 108:23, 109:3
**realistic** [1] - 127:12
**realize** [1] - 103:17
**really** [11] - 8:9, 15:13, 22:11, 28:25, 44:24, 53:8, 122:15, 154:23, 155:2, 162:19, 163:23
**REASON** [10] - 170:7, 170:9, 170:11, 170:13, 170:15, 170:17, 170:19, 170:21, 170:23, 170:25
**reason** [15] - 9:12, 9:15, 12:9, 14:14, 14:18, 15:2, 15:9, 15:11, 15:13, 61:12, 62:15, 134:18, 134:21, 135:19,

162:12
**reasons** [6] - 15:18, 84:15, 84:19, 84:22, 85:2, 170:4
**receive** [12] - 38:19, 39:17, 39:22, 63:9, 63:13, 64:7, 64:12, 64:17, 67:6, 82:16, 82:22, 113:16
**received** [20] - 16:22, 37:21, 38:3, 38:8, 38:13, 51:24, 56:20, 58:24, 59:24, 62:11, 62:22, 63:16, 63:20, 64:14, 68:20, 69:22, 82:18, 82:25, 151:14, 151:21
**receiving** [2] - 97:24, 97:25
**recently** [1] - 138:23
**receptionist** [1] - 27:14
**recess** [8] - 27:10, 66:14, 74:20, 79:9, 87:17, 144:11, 147:18, 165:15
**recollection** [4] - 54:22, 162:21, 163:16, 163:21
**record** [23] - 4:15, 16:24, 18:2, 18:11, 19:9, 27:12, 36:22, 37:2, 37:6, 37:11, 66:19, 77:15, 77:17, 78:18, 88:5, 143:18, 143:22, 144:5, 144:7, 145:20, 167:12, 167:13, 169:9
**recorder** [1] - 17:16
**recording** [10] - 17:17, 17:21, 18:5, 18:8, 18:9, 18:13, 18:14, 18:20, 19:4, 168:13
**refer** [1] - 30:22
**referencing** [1] - 145:23
**referring** [2] - 25:13, 119:18
**reflect** [4] - 88:6, 143:19, 143:23, 145:21
**reflected** [3] - 52:5, 70:4, 165:7
**refrain** [1] - 102:19
**refresh** [1] - 54:21
**refuse** [2] - 46:20, 107:19
**regarding** [2] - 24:24, 47:6

**regular** [4] - 69:6, 69:23, 70:2, 124:19
**reject** [1] - 47:10
**rejected** [1] - 47:20
**related** [1] - 169:12
**relating** [1] - 105:16
**relax** [1] - 155:11
**relevant** [2] - 126:7, 129:4
**religion** [1] - 87:13
**remain** [1] - 102:16
**remember** [30] - 23:10, 23:15, 24:6, 25:23, 25:25, 41:15, 46:3, 46:10, 49:2, 54:14, 54:16, 55:6, 64:6, 64:11, 67:11, 80:3, 80:7, 80:14, 80:16, 91:4, 103:14, 109:21, 116:11, 132:25, 133:5, 138:4, 138:11, 158:8, 162:16, 163:13
**repeating** [1] - 11:11
**replayed** [1] - 22:22
**report** [3] - 44:10, 82:12, 82:21
**Reporter** [1] - 1:24
**reporter** [1] - 66:20
**represent** [1] - 22:13
**representation** [2] - 28:3, 28:6
**represented** [1] - 100:13
**representing** [1] - 9:24
**requested** [1] - 66:18
**REQUESTS** [1] - 168:10
**require** [1] - 18:17
**requirements** [1] - 18:16
**reserved** [1] - 3:10
**resides** [1] - 13:3
**respect** [1] - 70:24
**respective** [1] - 3:5
**respond** [1] - 75:9
**responding** [1] - 131:3
**response** [7] - 94:5, 98:23, 99:5, 106:13, 106:22, 120:2, 137:13
**rest** [3] - 71:17, 113:12, 156:8
**restaurant** [2] - 34:2, 34:4
**retaliatory** [2] - 84:18, 84:22
**return** [9] - 65:12, 65:15, 65:16, 65:18,

91:10, 92:10, 118:8, 118:14, 147:12
**returned** [2] - 156:10, 158:11
**returns** [7] - 44:11, 65:2, 65:4, 65:6, 65:21, 81:21, 82:13
**ride** [5] - 116:8, 116:9, 117:8, 118:3, 158:10
**rights** [5] - 91:23, 104:6, 106:6, 106:19, 106:24
**ring** [2] - 142:3, 145:2
**RIVERA** [1] - 1:5
**Rivera** [1] - 116:13
**RL** [2] - 89:11, 115:19
**Road** [1] - 2:9
**road** [1] - 124:13
**RODRIGUEZ** [1] - 1:6
**roll** [2] - 156:23, 156:24
**ROM** [2] - 20:24, 168:12
**Ronkonkoma** [2] - 7:20, 7:23
**room** [3] - 4:21, 4:25, 66:13
**rose** [1] - 147:13
**rough** [1] - 124:23
**round** [1] - 20:18
**rugelach** [1] - 29:7
**ruin** [1] - 85:18
**ruined** [2] - 85:13, 85:18
**Rules** [3] - 1:21, 18:17, 18:21
**running** [1] - 106:18

**S**

**salary** [1] - 64:17
**Salvador** [11] - 29:25, 30:3, 31:14, 35:21, 36:6, 41:9, 41:14, 49:20, 50:2, 51:12, 51:15
**Salvatore** [4] - 61:6, 71:2, 71:7, 92:9
**sandwich** [4] - 16:16, 156:16, 157:16, 157:17
**sandwiches** [4] - 16:18, 122:19, 122:24, 156:13
**Saturday** [1] - 162:5

**Saturdays** [2] - 87:8, 161:25
**SAUL** [1] - 2:20
**saw** [2] - 80:18, 86:3
**schedule** [1] - 160:8
**school** [8] - 31:3, 31:6, 31:7, 31:8, 31:11, 41:9, 41:14
**schoolchild** [1] - 143:20
**schoolgirl** [1] - 143:24
**schooling** [1] - 31:4
**schools** [4] - 31:6, 54:9, 54:11, 163:2
**seafood** [1] - 43:2
**sealing** [1] - 3:6
**season** [7] - 55:13, 55:14, 55:16, 55:17, 57:19, 59:19, 59:21
**second** [1] - 57:9
**seconds** [1] - 64:7
**Security** [33] - 32:11, 32:15, 32:19, 33:6, 33:19, 33:22, 74:7, 74:8, 75:14, 75:15, 77:19, 81:20, 93:7, 93:10, 93:14, 93:24, 95:2, 98:19, 101:6, 103:9, 103:18, 103:23, 105:22, 107:12, 108:3, 108:12, 109:2, 113:17, 131:18, 136:21, 137:5, 137:10, 139:22
**see** [16] - 18:7, 18:9, 22:5, 64:18, 64:19, 64:21, 64:25, 65:3, 65:6, 106:11, 106:14, 107:3, 146:12, 152:10, 152:13, 165:12
**seem** [2] - 5:4, 5:7
**sees** [1] - 107:5
**send** [6] - 53:22, 58:5, 58:7, 121:20, 121:21, 156:7
**sent** [1] - 81:22
**September** [2] - 1:14, 167:11
**serious** [3] - 111:19, 111:21, 111:25
**seriously** [1] - 139:18
**Services** [2] - 38:4, 38:6
**set** [2] - 169:6, 169:16
**seven** [2] - 4:18,

30:13
**Seven** [1] - 35:8
**several** [2] - 15:14, 142:22
**shall** [1] - 3:10
**SHEET** [1] - 170:2
**shop** [21] - 58:11, 58:12, 58:17, 117:5, 117:11, 118:2, 120:10, 120:13, 121:25, 122:5, 122:9, 152:6, 152:11, 152:13, 152:14, 152:22, 152:24, 154:2, 154:3, 154:9, 154:14
**short** [5] - 71:13, 71:15, 71:22, 72:2, 72:11
**shovel** [1] - 51:23
**show** [2] - 40:24, 128:16
**showed** [1] - 101:25
**side** [8] - 52:12, 83:4, 83:8, 83:13, 83:15, 83:18, 83:21, 84:3
**Signed** [1] - 167:21
**signed** [3] - 3:13, 3:16, 134:17
**silent** [1] - 102:16
**simply** [1] - 93:9
**site** [18] - 116:16, 116:21, 117:20, 117:24, 118:11, 119:6, 119:10, 152:4, 153:3, 153:11, 153:13, 154:10, 154:19, 158:7, 159:10, 160:21, 161:12, 161:15
**sites** [4] - 153:17, 158:18, 160:3, 161:5
**sitting** [2] - 10:3, 12:23
**situation** [2] - 105:21, 143:6
**six** [2] - 19:16, 19:18
**sixteen** [5] - 20:5, 20:11, 20:17, 20:19, 20:23
**sixty** [2] - 64:16, 66:23
**skinny** [6] - 71:12, 71:14, 71:21, 71:25, 72:10
**sleep** [1] - 15:14
**slow** [7] - 55:16, 55:17, 57:20, 57:23, 57:25, 59:19, 59:22
**slowing** [1] - 53:4

**slowly** [2] - 5:9, 71:20
**small** [2] - 149:24, 150:3
**smile** [2] - 142:25, 143:9
**snacks** [1] - 16:4
**soccer** [7] - 158:6, 158:14, 158:18, 158:22, 158:23, 159:4, 159:5
**social** [2] - 38:6, 40:16, 40:18
**Social** [35] - 32:11, 32:15, 32:19, 33:6, 33:19, 33:22, 38:4, 74:7, 74:8, 75:14, 75:15, 77:18, 81:20, 81:22, 93:6, 93:10, 93:14, 93:24, 95:2, 98:19, 101:6, 103:9, 103:18, 103:23, 105:22, 107:12, 108:3, 108:12, 109:2, 113:17, 131:18, 136:21, 137:5, 137:10, 139:22
**soda** [1] - 154:25
**solely** [1] - 107:14
**someone** [2] - 62:21, 90:24
**sometimes** [43] - 8:19, 16:19, 28:20, 32:4, 43:3, 50:3, 51:19, 53:22, 55:19, 55:22, 58:5, 58:6, 58:10, 64:16, 83:10, 83:11, 83:25, 87:5, 87:8, 88:23, 112:2, 114:15, 114:25, 116:7, 116:8, 118:24, 121:19, 121:21, 122:3, 122:14, 122:21, 123:5, 123:7, 124:4, 124:9, 146:25, 148:5, 153:19, 154:4, 155:15, 156:25, 157:21
**somewhat** [1] - 17:23
**son** [1] - 31:20
**soon** [1] - 7:8
**sorry** [2] - 82:17, 165:23
**sort** [2] - 15:15, 15:16
**Spanish** [14] - 2:24, 4:2, 4:5, 4:6, 5:21, 30:18, 30:19, 40:13, 40:14, 40:15, 41:10,

41:17, 41:18, 72:19
**speaking** [4] - 22:5, 22:22, 28:25, 112:20
**specific** [3] - 79:20, 125:25, 160:4
**specifically** [1] - 65:7
**spend** [2] - 42:12, 135:2
**spill** [1] - 143:3
**spoken** [1] - 5:11
**ss** [1] - 167:5
**stamps** [1] - 38:9
**standing** [1] - 153:8
**staring** [1] - 36:23
**start** [14] - 20:10, 34:10, 34:21, 34:24, 50:18, 55:5, 57:25, 59:9, 60:14, 89:14, 152:22, 153:2, 160:11, 160:12
**started** [18] - 9:2, 34:11, 44:23, 45:11, 51:20, 53:20, 55:4, 57:7, 57:8, 67:15, 67:16, 85:22, 90:25, 111:6, 153:6, 154:22, 158:12, 163:12
**starting** [1] - 161:13
**STATE** [1] - 167:4
**state** [4] - 4:14, 36:23, 38:11, 42:8
**State** [7] - 1:25, 38:14, 38:20, 39:15, 39:22, 167:23, 169:4
**state-funded** [1] - 38:11
**statement** [6] - 27:13, 37:2, 37:13, 37:15, 78:17, 133:17
**statements** [2] - 37:5, 72:21
**STATES** [1] - 1:2
**States** [29] - 32:7, 33:3, 35:17, 35:23, 39:16, 44:24, 45:10, 45:17, 46:24, 49:24, 89:5, 94:18, 95:7, 95:11, 95:15, 99:9, 100:15, 102:6, 103:19, 104:8, 105:21, 108:8, 108:9, 110:3, 110:6, 129:20, 137:10, 137:15, 144:25
**status** [2] - 76:2, 76:6
**stay** [2] - 55:25, 146:21
**stayed** [2] - 56:2,

158:11
**stays** [1] - 146:19
**steal** [3] - 96:22, 98:12, 101:4
**stealing** [3] - 96:23, 98:3, 98:10
**steps** [1] - 47:13
**still** [6] - 34:12, 45:15, 49:8, 92:11, 96:23, 103:5
**STIPULATED** [3] - 3:3, 3:8, 3:12
**stole** [4] - 97:5, 97:6, 106:25, 107:12
**stolen** [1] - 107:14
**Stop** [2] - 105:17
**stop** [9] - 31:10, 37:16, 52:19, 55:9, 60:17, 102:22, 111:25, 132:6
**stopped** [2] - 99:10, 112:2
**story** [7] - 8:5, 8:21, 8:25, 9:3, 11:7, 80:7, 80:8
**straight** [1] - 153:21
**streets** [2] - 162:25
**strict** [2] - 154:20, 154:21
**stubs** [2] - 40:4, 129:5
**stuck** [3] - 11:10, 11:21, 12:10
**subject** [1] - 105:23
**submitted** [1] - 86:13
**subscribed** [1] - 167:21
**suffered** [1] - 15:15
**suffering** [1] - 15:16
**sufficient** [3] - 18:16, 19:20, 20:13
**Suffolk** [59] - 33:19, 33:22, 50:17, 50:19, 50:22, 51:6, 51:8, 51:21, 51:25, 52:9, 52:16, 52:19, 52:25, 53:11, 56:13, 56:15, 56:17, 57:3, 58:22, 59:7, 60:7, 60:21, 63:3, 71:9, 73:7, 84:5, 84:7, 84:10, 91:6, 91:11, 92:5, 98:21, 99:11, 99:14, 100:14, 102:12, 104:7, 106:25, 115:25, 116:6, 118:12, 120:20, 123:13, 124:2, 124:15, 130:10, 131:8, 131:21, 133:22,

134:3, 134:10, 134:12, 135:16, 135:18, 162:7, 162:8, 162:10, 162:13, 164:11
**suffolk** [2] - 1:10, 54:25
**SUFFOLK** [1] - 1:10
**suing** [9] - 124:14, 124:17, 124:21, 125:5, 125:6, 125:10, 125:15, 162:13, 164:11
**suit** [1] - 128:23
**summer** [1] - 159:22
**summertime** [1] - 160:7
**Sundays** [2] - 87:6, 87:7
**Sunrise** [2] - 1:16, 2:18
**supplies** [1] - 98:13
**support** [4] - 11:2, 35:3, 95:3, 95:5
**supposed** [4] - 10:23, 11:11, 96:19, 97:15
**surprises** [1] - 143:8
**sworn** [5] - 3:14, 3:16, 4:3, 4:9, 169:6

## T

**tag** [1] - 154:4
**tagged** [1] - 119:11
**tagging** [2] - 117:7, 118:3
**tall** [9] - 71:12, 71:14, 71:21, 71:24, 72:3, 72:4, 72:6, 72:8, 72:10
**tape** [7] - 17:16, 17:17, 17:21, 18:2, 18:4, 18:7, 18:11
**tasty** [1] - 29:8
**tax** [10] - 44:11, 65:2, 65:3, 65:6, 65:21, 81:21, 81:23, 82:6, 82:13, 136:17
**taxes** [18] - 44:17, 44:21, 45:11, 45:19, 47:6, 47:7, 81:22, 81:24, 82:5, 82:7, 82:9, 99:10, 104:4, 129:6, 129:7, 129:10, 129:14
**Ted** [2] - 137:21, 137:25
**telephone** [1] - 47:2

ten [7] - 67:24, 68:5, 68:16, 120:17, 155:3, 155:9, 156:10
**ten-minute** [1] - 155:3
**tending** [1] - 139:17
**terminated** [7] - 73:7, 84:10, 84:11, 84:14, 84:18, 84:22, 85:2
**test** [1] - 47:14
**testified** [13] - 4:11, 25:10, 41:13, 57:2, 59:6, 119:9, 120:9, 131:6, 131:14, 133:21, 146:2, 151:20, 152:3
**testify** [5] - 12:18, 13:2, 24:24, 82:17, 120:22
**testifying** [3] - 64:6, 67:11, 79:24
**Testimony** [1] - 1:21
**TESTIMONY** [1] - 168:2
**testimony** [12] - 14:16, 14:20, 15:4, 42:2, 66:21, 132:4, 140:10, 140:14, 167:9, 167:12, 169:5, 169:9
**THAT** [1] - 169:5, 169:8, 169:14
**THE** [6] - 64:23, 72:7, 72:13, 72:16, 144:3, 166:8
**theft** [1] - 99:12
**thereabout** [1] - 20:11
**therefore** [3] - 11:2, 76:3, 81:17
**therefrom** [1] - 47:5
**thirty** [3] - 19:16, 19:18, 30:8
**thirty-six** [2] - 19:16, 19:18
**thought..** [1] - 8:15
**thousand** [1] - 157:10
**three** [7] - 31:5, 48:3, 48:25, 50:10, 50:13, 159:23, 159:24
**throughout** [1] - 56:12
**ticket** [2] - 112:3, 112:4
**Tio** [1] - 123:17
**tip** [1] - 88:24
**title** [1] - 106:5
**TO** [1] - 168:2

today [25] - 6:2, 9:25, 12:6, 14:16, 14:20, 15:4, 15:19, 16:10, 21:9, 22:13, 26:9, 28:10, 92:20, 101:10, 109:7, 109:12, 120:25, 123:14, 123:20, 123:22, 131:16, 140:10, 140:14, 165:21, 166:2
**today's** [2] - 136:7, 168:13
**together** [6] - 89:24, 90:21, 90:22, 91:5, 118:6
**tomato** [1] - 156:24
**tomatoes** [1] - 145:16
**Tomlinson** [1] - 27:16
**Tomlinson's** [2] - 27:16, 27:22
**Tommy** [2] - 70:22, 70:23
**tomorrow** [2] - 20:4, 20:10
**took** [4] - 21:11, 27:21, 50:23, 120:9
**tools** [4] - 120:18, 120:22, 121:6, 121:17
**top** [1] - 65:21
**towards** [3] - 52:21, 52:24, 115:6
**traffic** [5] - 8:21, 11:10, 11:21, 12:10, 160:18
**transcript** [3] - 167:9, 167:11, 169:8
**trauma** [1] - 15:15
**TRIAL** [1] - 1:18
**trial** [1] - 3:11
**tried** [2] - 20:19, 162:18
**trip** [1] - 120:10
**truck** [7] - 120:18, 120:23, 121:6, 123:3, 123:6, 124:6, 154:17
**true** [11] - 9:22, 28:16, 101:23, 118:19, 118:21, 121:8, 131:25, 132:3, 167:11, 167:14, 169:8
**trust** [1] - 150:19
**truth** [20] - 8:25, 14:22, 21:9, 21:12, 21:24, 25:5, 25:6, 25:9, 25:11, 26:8, 28:15, 34:9, 87:24, 88:3, 88:10, 112:18, 112:20, 131:2, 146:6,

147:24
**truthful** [7] - 14:15, 14:19, 15:3, 34:12, 136:19, 139:5, 139:10
**truthfully** [4] - 15:11, 24:25, 26:13, 40:9
**try** [8] - 42:13, 89:16, 105:7, 105:13, 110:8, 130:9, 138:16, 140:16
**trying** [2] - 130:9, 161:3
**TULIO** [1] - 1:6
**twelve** [6] - 19:11, 19:19, 19:24, 20:2, 20:16, 20:21
**twenty** [2] - 122:4, 155:12
**two** [10] - 35:12, 36:8, 48:12, 89:23, 113:9, 116:24, 127:9, 159:23, 159:24, 162:3
**two-and-a-half** [1] - 127:9
**types** [1] - 121:17

## U

**uncle** [8] - 50:23, 50:25, 51:3, 89:22, 116:7, 119:12, 120:10, 149:4
**Uncle** [1] - 158:15
**uncle's** [3] - 110:15, 110:16, 116:23
**uncles** [1] - 89:23
**under** [4] - 14:11, 18:18, 138:7, 167:10
**understood** [2] - 12:6, 13:19
**unemployed** [2] - 89:24, 90:3, 90:14
**unemployment** [4] - 37:22, 37:25, 73:8, 90:9
**union** [1] - 90:16
**UNITED** [1] - 1:2
**United** [29] - 32:7, 33:3, 35:17, 35:22, 39:16, 44:24, 45:10, 45:17, 46:24, 49:23, 89:4, 94:18, 95:7, 95:11, 95:15, 99:9, 100:15, 102:6, 103:19, 104:8, 105:21, 108:8, 108:9, 110:3, 110:6, 129:19, 137:10, 137:15, 144:25
**unlawful** [2] - 85:2,

13

99:25
**unlawfully** [1] - 102:5
**unless** [2] - 78:16, 96:19
**untangle** [1] - 42:13
**untrue** [2] - 10:20, 21:15
**untruthful** [1] - 42:2
**untruths** [3] - 21:20, 42:13, 42:18
**up** [17] - 7:14, 8:10, 8:21, 8:24, 9:3, 9:10, 11:2, 11:6, 41:25, 60:19, 65:8, 87:2, 117:12, 117:14, 151:8, 165:13
**upset** [7] - 70:14, 70:16, 70:17, 70:23, 92:17, 110:9, 150:15
**uses** [1] - 158:4
**utilized** [1] - 17:22

**V**

**various** [2] - 75:24
**VECCHIA** [3] - 1:11, 1:11
**Vecchia** [17] - 66:12, 70:17, 70:19, 98:9, 98:10, 100:8, 100:11, 101:3, 101:4, 134:4, 134:12, 134:13, 134:15, 134:17, 134:19, 150:22, 153:7
**Vecchia's** [2] - 134:25, 135:17
**VEGA** [1] - 1:6
**vehicle** [1] - 118:10
**vehicles** [1] - 124:2
**vein** [1] - 81:15
**verbal** [7] - 94:5, 98:23, 99:5, 106:13, 106:22, 120:2, 137:13
**video** [2] - 22:10, 22:22
**violation** [5] - 111:3, 111:21, 113:6, 114:6, 129:15
**violations** [1] - 113:10
**visible** [1] - 17:22
**visit** [1] - 146:14

**W**

**W-2** [4] - 65:13, 136:3, 136:17, 168:9
**w-2s** [1] - 65:9

**W-2s** [2] - 65:11, 129:5
**wage** [7] - 54:3, 114:14, 114:24, 115:8, 115:15, 115:16, 115:17
**wait** [3] - 20:2, 69:17, 122:23
**waiting** [5] - 5:3, 22:20, 36:17, 124:4, 158:10
**waived** [2] - 3:7, 33:15
**walked** [2] - 22:21, 27:19
**WALLACE** [1] - 2:13
**wallet** [1] - 29:3
**WALTER** [1] - 1:4
**wants** [2] - 96:16, 126:16
**warning** [1] - 37:17
**wash** [1] - 110:24
**washing** [1] - 43:3
**water** [5] - 16:7, 85:24, 86:18, 154:25, 163:3
**wear** [1] - 144:25
**week** [18] - 43:6, 43:8, 43:12, 52:3, 55:11, 56:21, 57:9, 59:25, 61:22, 64:16, 66:22, 134:25, 151:5, 151:6, 151:15, 162:5, 162:6, 165:4
**weekend** [2] - 52:13, 159:18
**weekends** [1] - 83:23
**weeks** [1] - 55:23
**welcome** [2] - 21:5, 47:18
**West** [1] - 2:10
**wherein** [1] - 26:12
**WHEREOF** [1] - 169:16
**white** [11] - 19:3, 19:10, 141:14, 144:18, 145:5, 145:11, 146:3, 146:10, 146:19, 147:10, 157:25
**whites** [1] - 71:18
**whole** [4] - 60:8, 64:16, 64:17, 66:22
**wife** [9] - 134:13, 134:14, 134:24, 134:25, 135:17, 144:21, 144:24, 145:2, 145:4
**willing** [2] - 78:24, 99:2

**winked** [1] - 88:6
**wish** [1] - 170:3
**WITNESS** [5] - 64:23, 144:3, 166:8, 168:3, 169:16
**Witness** [1] - 4:8
**witness** [14] - 17:7, 33:8, 36:24, 76:18, 77:2, 77:7, 88:7, 106:16, 126:22, 127:24, 136:9, 136:12, 169:5, 169:10
**witness's** [1] - 47:6
**woman** [2] - 10:11, 10:13
**wonderful** [2] - 14:23, 137:2
**word** [3] - 16:24, 30:19, 30:24
**words** [3] - 11:20, 31:16, 166:3
**worker** [2] - 40:16, 131:9
**worker's** [1] - 40:18
**works** [4] - 10:6, 10:7, 89:25, 90:5
**worksite** [5] - 117:11, 152:23, 154:24, 155:7, 160:13
**wrap** [1] - 165:13
**write** [2] - 121:17, 121:23
**writing** [1] - 47:19

**Y**

**yard** [13] - 58:13, 58:16, 90:19, 117:21, 118:7, 118:8, 119:18, 120:15, 123:11, 124:3, 152:19, 153:7, 161:11
**year** [16] - 31:12, 35:21, 35:22, 40:7, 52:18, 52:21, 52:24, 60:9, 62:7, 73:14, 82:8, 88:15, 89:8, 103:16, 162:4
**years** [7] - 35:14, 35:15, 46:24, 80:17, 125:13, 146:7, 162:3
**yellow** [2] - 157:23, 158:4
**yesterday** [3] - 90:13, 110:13
**York** [12] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:19, 30:14, 167:23, 169:4

**YORK** [2] - 1:2, 167:4
**yourself** [5] - 21:16, 35:3, 116:15, 116:20, 130:15

**Z**

**Zabell** [3] - 88:6, 143:23, 168:4
**ZABELL** [84] - 2:17, 2:20, 4:13, 17:12, 17:15, 17:20, 17:25, 18:4, 18:7, 19:2, 19:8, 19:17, 19:25, 20:6, 20:14, 21:4, 26:19, 26:22, 26:24, 27:7, 27:12, 28:2, 28:8, 33:11, 36:25, 37:4, 37:14, 47:10, 47:18, 47:24, 65:5, 65:11, 65:13, 65:18, 65:22, 66:3, 66:10, 66:16, 72:5, 72:9, 72:14, 72:17, 72:24, 73:5, 74:17, 75:21, 76:5, 76:20, 77:9, 77:12, 77:15, 78:6, 78:11, 78:16, 79:2, 79:6, 87:16, 101:13, 101:19, 101:25, 102:4, 102:10, 102:21, 125:25, 126:5, 126:8, 126:12, 126:15, 126:19, 126:23, 127:3, 127:6, 127:11, 127:16, 127:20, 143:18, 144:5, 144:8, 145:20, 147:15, 148:24, 165:11, 166:6, 166:9
**zero** [1] - 75:12