# ORIG1NAL

1

1

2   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK

3   ------------------------------------------------X

4   NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR
    AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.

5   MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,
    JAVIER QINTANILLA, EDWIN RIVERA, CARLOS ESCALANTE,

6   KEVIN GALEANO, LERLY NOE RODRIGUEZ, JOSE VEGA
    CASTILLO, JUAN QUINTEROS, and MARCUS TULIO

7   PEREZ,

8                        Plaintiffs,

9

        -against-                  Case No:
10                                 09-CV-5331

11  SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
    LOUIS VECCHIA, CHRISTOPHER VECCHIA,

12  HELENE VECCHIO, and JOHN DOES 1-5,

13                       Defendants.

14  ------------------------------------------------X
                        July 22, 2011
15                      9:30 a.m.

16                      4875 Sunrise Highway
                        Bohemia, New York
17

18          EXAMINATION BEFORE TRIAL of PRACELIS MENDEZ,

19  one of the Plaintiffs herein, taken by the

20  Defendants, pursuant to Article 31 of the Civil

21  Practice Law and Rules of Testimony, and Notice

22  and order, held at the above-mentioned time and

23  place, before Karen LaMendola, a Professional

24  Court Reporter and Notary Public of the State of

25  New York.

2

1

2      A P P E A R A N C E S:

3

4          ZABELL & ASSOCIATES, P.C.
               Attorneys for Plaintiffs
5              4875 Sunrise Highway
               Bohemia, New York 11716
6
           BY:   SAUL ZABELL, ESQ.
7

8
           LAW OFFICES OF LAUREN GOLDBERG, PLLC
9              Attorneys for Defendants
               501 Fifth Avenue
10             New York, New York 10017

11         BY:   LAUREN GOLDBERG, ESQ.

12

13

14

15

16

17

18

19

20     ALSO PRESENT:   Ernst P. A. Van Amson, Interpreter
                        Louis Vecchia
21                      Jacqueline Sharp

22

23

24

25

3

1
2              S T I P U L A T I O N S
3
4        IT IS HEREBY STIPULATED AND AGREED
5        by and between the attorneys for the
6    respective parties herein, that filing, sealing
7    and certification be and the same are hereby
8    waived.
9        IT IS FURTHER STIPULATED AND AGREED
10       that all objections, except as to the form
11   of the question shall be reserved to the time of
12   the trial.
13       IT IS FURTHER STIPULATED AND AGREED
14       that the within deposition may be
15   signed and sworn to before any officer
16   authorized to administer an oath, with the same
17   force and effect as if signed and sworn to
18   before the  Court.
19
20
21
22
23
24
25

4

1

2     ERNST P.A. VAN AMSON, the Spanish Interpreter

3          herein, was duly sworn to interpret the

4          questions from English into Spanish and

5          the answers from Spanish into English to

6          the best of his ability:

7     PRACELIS MENDEZ, the Witness herein, having been

8          duly sworn through the Interpreter, was

9          examined and testified as follows:

10    EXAMINATION BY

11    MR. ZABELL:

12          Q     Would you please state your full

13    name for the record.

14          A     Pracelis Mendez.

15          Q     What is your current address?

16          A     ██████████████   ████████

17    New York.

18          Q     Mr. Mendez, good morning.

19          A     Good morning.

20          Q     How are you feeling today?

21          A     Okay, for now.

22          Q     I see that you speak some English?

23          A     Not much, but I don't want to make

24    a mistake.

25          Q     If you don't want to make a

1                           P. Mendez

2    mistake, then what I'm going to require today is

3    that every question I ask you is interpreted by

4    the interpreter.  He will interpret it into

5    Spanish, you will answer only in Spanish, and he

6    will then interpret your answer for me.  This

7    way, we can ensure there are no mistakes.

8                 Do you understand that?

9        A      Yes.

10                MR. ZABELL:  Could you give him

11          that statement.

12                THE INTERPRETER:  Sure.

13       A      Yes.

14       Q      Do you understand that you're at a

15   deposition today?

16       A      Yes.

17       Q      And that you are required to

18   respond to the questions that I ask you, do you

19   understand that?

20       A      Yes.

21       Q      Do you understand that your

22   answers must be verbal?

23       A      Yes, of course.

24       Q      Do you understand that the court

25   reporter can't take down a nod of the head or a

6

1                          P. Mendez

2     grunt of affirmances?

3             A       Yes, I do.

4             Q       If you do not understand a

5     question that I ask you, you have an obligation

6     to tell me you do not understand that question.

7                     Do you understand that?

8             A       Yes.

9             Q       I noticed that you grunted,

10    um-hum, in response to one of those questions

11    right now.

12                    Do you recall that?

13            A       Yes, I do.

14            Q       That is precisely the type of

15    response that the court reporter cannot take

16    down.

17                    Do you understand that?

18            A       Yes, I do.

19            Q       Do you understand that if you

20    provide an answer to a question we ask you, it

21    will be assumed that you understood the

22    question?

23            A       Yes.

24            Q       You can take a break at any time

25    you like during this deposition.  You just must

7

1                              P. Mendez

2    notify us that you would like to take a break,

3    and you must answer any questions pending before

4    taking that break.

5                Do you understand that?

6         A     Yes.

7         Q     I see you're shaking your head in

8    affirmance when I'm asking the interpreter to

9    interpret questions for you.

10               What is your level of

11   understanding English?

12        A     I haven't been to school to learn

13   English; a word here, or a word there, but I

14   need an interpreter to have a full understanding

15   of what is asked of me.

16        Q     What is your date of birth,

17   Mr. Mendez?

18        A     ███████ █ ███████

19        Q     What is your nation of origin?

20        A     El Salvador.

21        Q     When did you come to the United

22   States from El Salvador?

23        A     Approximately, in November '89.

24        Q     How do you feel today?

25        A     I'm good.

8

1                              P. Mendez

2          Q       Are you currently taking any

3    medications?

4          A       No.

5          Q       When was the last time that you

6    have drank any alcohol?

7          A       For the past 42 years, I haven't

8    drank alcohol or smoked or anything.

9          Q       When was the last time you saw a

10   doctor?

11         A       Approximately, two years ago when

12   I went back to my country, and I got sick there.

13         Q       When did you go back to your

14   country two years ago?

15         A       Like in February.

16         Q       February of what year?

17         A       2008 or 2009, I think.

18         Q       For how long did you stay in your

19   country when you went back?

20         A       Three weeks.

21         Q       When did you return from your

22   country?

23         A       The end of February, or the

24   beginning of March when I had to start work

25   again.

9

P. Mendez

1

2     Q      How did you go from the United

3  States to El Salvador?

4     A      By air.

5     Q      Do you have a passport?

6     A      Yes.

7     Q      Did you provide a copy of that

8  passport to your attorney?

9     A      Not yet.

10    Q      Were you asked to provide a copy

11  of that passport to your attorney?

12           MS. GOLDBERG:  Objection.

13           I'm going to instruct you not to

14        answer that question.

15           You're seeking attorney/client

16        privilege as to what went on between me

17        and my client, and I'm going to instruct

18        him not to answer the question.

19    Q      Did you receive any documentation

20  from your attorney that asked for a copy of your

21  passport?

22    A      I asked her.  It seems that this

23  was not on the list.  I don't know.

24           MR. ZABELL:  I'm going to ask you

25        to provide a copy of your passport to

10

1                          P. Mendez

2          your attorney.

3               Q     Do you have any issue with that?

4               A     No.

5               Q     How quickly can you provide a copy

6     of your passport to your attorney?

7               A     As soon as she says so, or as she

8     needs it.

9                     MR. ZABELL:  Counselor, you have

10                    an interpreter here at your disposal.

11                    I'm going to ask that you tell him to

12                    provide a copy of his passport to you

13                    immediately, and then I'll assume that

14                    you'll copy it, and send it to me.

15                    MS. GOLDBERG:  We'll provide you a

16                    copy of his passport.

17                    MR. ZABELL:  When?

18                    MS. GOLDBERG:  As soon as we can.

19                    MR. ZABELL:  In the next few days,

20                    Counselor?

21                    MS. GOLDBERG:  If we can so locate

22                    it; yes, in the next few days.

23                    MR. ZABELL:  Just note that I'm

24                    going to be reserving the continuation of

25                    this deposition until such time as I

1                        P. Mendez

2        receive that and determine whether or not

3        I need some additional follow-up

4        questions as a result of not being

5        provided with a copy of the passport in

6        advance of this deposition.

7             MS. GOLDBERG:  I'm not even sure

8        that you requested a copy of his passport

9        prior to today.  You requested

10       documentation regarding his work

11       eligibility --

12            MR. ZABELL:  Counselor --

13            MS. GOLDBERG:  -- and we objected

14       to your request.

15            MR. ZABELL:  Counselor --

16            MS. GOLDBERG:  You did not pursue

17       that any further.

18            MR. ZABELL:  Counselor, your

19       familiarity with what demands were made

20       is of no consequence to me.  You have my

21       position.

22            MS. GOLDBERG:  And you --

23            MR. ZABELL:  There will be nothing

24       further on the subject.

25       Q     Mr. Mendez --

1                                    P. Mendez

2                     MS. GOLDBERG:  Just so you know,

3          we object.

4                     We will provide you with a copy of

5          the passport.  We were not notified that

6          you wanted a copy of the passport prior

7          to today.

8                     There's no reason that the

9          continuation of this deposition should be

10         continued upon that.

11                    MR. ZABELL:  Counselor, this is

12         your first and final warning.  When you

13         have an objection, you may object, you

14         may object to the form, or you may object

15         to the disclosure of attorney/client

16         confidential information.  Anything

17         beyond that is unacceptable in this

18         forum.  That is your first and final

19         warning.

20                    If you'd like, I'd be more than

21         happy to give you five minutes and a

22         paralegal, so that you may go through the

23         rules to familiarize yourself with them,

24         but there will be no speaking objections

25         during my deposition.

13

                              P. Mendez

1

2          Do you understand?

3          MS. GOLDBERG:  Mr. Zabell, please

4     proceed with the deposition.

5          If you feel the need to call a

6     judge, let's go call the judge.

7          MR. ZABELL:  Do you understand?

8          MS. GOLDBERG:  I stated my

9     objection on the record.

10         MR. ZABELL:  It will be assumed by

11    the vacant stare in your eyes that you do

12    not understand, and that is why I have

13    explained it to you.

14         Again, the offer stands.  If you

15    need five minute and a paralegal, I'd be

16    more than happy to provide you with the

17    rules.

18    Q    Mr. Mendez, do you know why you're

19  here today?

20    A    Yes.

21    Q    Why do you believe you're here

22  today?

23         MS. GOLDBERG:  Objection to form.

24    Q    You may answer.

25    A    To answer questions about what

14

1                           P. Mendez

2    happened on the job, and I'm happy that he is

3    here.

4                    THE INTERPRETER:  He is pointing

5            to the person across this table.

6        Q      Is that why you believe you're

7    here today?

8                    MS. GOLDBERG:  Objection to form.

9        Q      You may answer.

10       A      Yes.

11       Q      Did you prepare in any way for

12   today's deposition?

13                   MS. GOLDBERG:  Objection to form.

14       A      No, only waiting for today.

15       Q      You did prepare for this

16   deposition while waiting for today; is that your

17   testimony?

18                   MS. GOLDBERG:  Objection to form.

19       A      No, I haven't prepared for this

20   case.  You know that they can call one at any

21   time.

22       Q      How did you prepare?

23                   MS. GOLDBERG:  Objection to form.

24       A      No, I haven't prepared.  I don't

25   know what questions were going to be put to me.

15

P. Mendez

1

2          First, he said I was a good

3    worker, and I don't know now what's going to

4    happen to me.

5          Q     Did you speak with your attorney

6    in advance of this deposition?

7          A     No.  She only gave me the date,

8    and that I should be here.

9          Q     So if there are video cameras in

10   my hallway outside of my office, and they saw

11   you huddled in the corner with your attorney,

12   you weren't speaking about this case?

13               MS. GOLDBERG:  Objection.

14         Q     You may answer.

15         A     No.  All I told my lawyer is that

16   I was happy to see him here when I saw the

17   cameras because I also want to thank him for

18   giving me a job.

19               Thanks to that job, I was able to

20   pay my bills, take care of my family, take care

21   of my house, and I haven't had the opportunity

22   to thank him.

23         Q     The video camera that I referenced

24   before indicated that you were meeting in the

25   corner of the hallway with your attorney before

1                          P. Mendez

2    Mr. Vecchia came to the premises.

3                   Are you aware of that?

4                   MS. GOLDBERG:  Objection.

5         Q    You may answer.

6         A    I entered with her.  I didn't know

7    that he was here.

8         Q    When you entered with your lawyer,

9    you didn't see Mr. Vecchia; is that correct?

10        A    No.

11        Q    Did you know if Mr. Vecchia was

12   here when you went into the corner of the

13   hallway to confer with your attorney?

14                  MS. GOLDBERG:  Objection.

15        Q    You may answer.

16        A    No.

17        Q    When you met with your attorney in

18   the corner in the hallway, did you discuss

19   today's deposition?

20                  MS. GOLDBERG:  I'm going to

21             instruct you that you not answer.

22                  That's attorney/client privilege.

23             He's absolutely not answering that

24             question.

25                  MR. ZABELL:  I'm not asking him

17

P. Mendez

1

2      what was discussed.  I'm asking whether

3      or not he discussed today's deposition.

4      That's it.

5          MS. GOLDBERG:  Regardless of what

6      was discussed, he's not entitled to

7      answer the question.

8          MR. ZABELL:  Well, I'm entitled to

9      know whether or not this deposition was

10     discussed.  The content of the

11     conversation, I'm not entitled to, and

12     you can so advise him of that.  I have no

13     objection to that, but I am entitled to

14     know whether or not you discussed this,

15     and whether I get it from him or I get it

16     from you with a phone call to the judge,

17     I'm going to get that answer.

18         MS. GOLDBERG:  I'm going to

19     instruct him not to answer that question.

20         MR. ZABELL:  What is your basis?

21         MS. GOLDBERG:  You're asking him

22     what was said between he and I.

23         MR. ZABELL:  No.  I'm sorry.

24         I'm going to repeat this again,

25     and I'm going to repeat it slowly for

1                         P. Mendez

2        you.

3               I'm not asking him what was said.

4        I'm asking him whether or not he prepared

5        for this deposition when he was in the

6        hallway huddled in the corner with you.

7               MS. GOLDBERG:  That's a separate

8        question.  That's not what you asked him.

9               Read back the question.  That's

10       not what you asked him.

11              MR. ZABELL:  If you could ask him

12       this question --

13              MS. GOLDBERG:  So is that other

14       question withdrawn?

15       Q      When you were in the hallway

16       huddled with your attorney in the corner, did

17       you prepare in any way for this deposition?

18              MS. GOLDBERG:  I'm going to

19       object, and ask him not to answer that

20       question.

21              MR. ZABELL:  Then we're going to

22       call the judge.

23              MS. GOLDBERG:  Call the judge.

24              I will instruct my client to

25       answer that question with a strict yes or

19

P. Mendez

1

2          no simply so that he knows he is not to

3          divulge any of the content of what was

4          said.

5                If you can answer the question in

6          a form that just involves a yes/no

7          answer, and you understand, Mr. Mendez,

8          that it's just a yes/no answer and not to

9          disclose the content, then you may answer

10         the question.

11               MR. ZABELL:  If you can please ask

12         the witness the following question:

13         Based upon your lawyer's recent

14         capitulation, please answer the question

15         with a yes or no as to whether or not

16         when you were huddled in the corner with

17         your lawyer in the hallway, were you

18         preparing for this deposition?

19               MS. GOLDBERG:  Mr Mendez --

20    Q          Just answer yes or no.

21    A          Yes.

22    Q          Is that a si?

23    A          Si, si, si; yes.

24    Q          Mr. Mendez, why did you tell me

25    earlier that you did not prepare for this

20

1                              P. Mendez

2    deposition in any way if you did, in fact,

3    prepare for the deposition by speaking with your

4    attorney?

5                    MS. GOLDBERG:  Objection.

6                    MR. ZABELL:  Please ask him.

7         A       I did not discuss the deposition

8    with my lawyer.

9                    I respect people.  I saw my

10   lawyer, and I said good morning to her, and

11   that's all that happened.

12        Q       So are you saying that you did not

13   prepare for this deposition by speaking to your

14   attorney this morning?

15        A       I repeat, she just gave me the

16   address, and I still have it in my GPS.  It took

17   me to Broadway, and I lost my way, and I finally

18   got there.

19        Q       In the hallway in the corner, did

20   you have a conversation with your attorney?

21                 Just answer it yes or no.

22        A       I repeat what I said before.  I

23   was happy that he was here; yes.

24        Q       Do you know that you had that

25   conversation in the corner of the hallway before

21

P. Mendez

1

2    Mr. Vecchia appeared on the premises?

3             A        I left once when I said that to

4    her.

5             Q        Are you finished with your answer?

6             A        Yes.

7             Q        Mr. Mendez, you understand that

8    you're under oath here at this deposition; do

9    you not?

10            A        Yes.

11            Q        And you understand by being under

12   oath, you've sworn to tell the truth in this

13   matter?

14            A        Yes.

15            Q        And if you were to speak an

16   untruth at this deposition, it would have the

17   same effect as if you were to testify falsely in

18   court.

19                     Do you understand that?

20            A        Yes.

21            Q        You testified before that you

22   wanted to thank Mr. Vecchia for providing you

23   with a job and for giving you the ability to

24   take of your family; is that correct?

25            A        Yes.

22

1                           P. Mendez

2          Q      How many people are in your

3    family?

4          A      It was seven, but now it's six.

5          Q      My condolences.  I'm sorry.

6          A      Thank you, but that's a separate

7    issue, okay.

8          Q      How many children do you have?

9          A      Before it was five, but now it's

10   four and my wife.

11         Q      How old are your children now?

12         A      The first is 17-and-a-half years old.

13   My daughter will be 16 in October.  My son

14   became eight years old this past June.  My other

15   daughter was seven in December, and my last

16   child was two-years-old in June.

17         Q      Do your children all live with

18   you?

19         A      Yes, except the girl that became

20   eight years old who lives with her mother, but I

21   help.

22         Q      Where do you currently reside?

23         A      ███████████████████████

24   ████████  ███████

25         Q      For how long have you lived at

23

1                           P. Mendez
2       ████████████████
3       A       From 2005.
4       Q       Do you own that home at ████████████
5       A       Yes.
6       Q       Where were you working at the time
7   you purchased that home?
8       A       Suffolk Paving.
9       Q       Did Lou Vecchia lend you any money
10  to assist you in purchasing that home?
11              MS. GOLDBERG:  Objection.
12      Q       You can answer.  When she objects,
13  you can disregard her objections.  She's noting
14  them for the record, and you can continue to
15  answer the question?
16      A       Yes.  Can I explain the rest of it?
17      Q       There'll be time.
18              How much money did he lend you to
19  purchase that home?
20      A       $25,000.
21      Q       Would you consider that a nice
22  thing?
23              MS. GOLDBERG:  Objection.
24      Q       You may answer.
25      A       For that period of time, yes.

24

1                          P. Mendez

2          Q      Mr. Mendez, do you have any

3    documents that show that you paid Mr. Vecchia

4    back any of that $25,000?

5                  MS. GOLDBERG:  Objection.

6          Q      You may answer.

7          A      I just have stubs, and I just have

8    his word against my word.  When he gave me the

9    paper, it appeared to be something different

10   than what we agreed, and he explained that this

11   was all the doing of his accountant.

12         Q      So the answer to my question is:

13   No, you have no documents that show you paid any

14   of that $25,000 back to Mr. Vecchia; is that

15   correct?

16                 MS. GOLDBERG:  Objection.

17                 He actually stated that he had --

18                 MR. ZABELL:  You stated your

19            objection, Counselor.

20                 MS. GOLDBERG:  He said that he had

21            stubs which he reiterated to you, so

22            you're misstating his testimony.

23                 MR. ZABELL:  Please ask him my

24            question.

25         A      As I said, I have stubs, and the

1                          P. Mendez

2    agreement was the following:  On Saturdays, I

3    paid him --

4                    THE INTERPRETER:  I don't

5                understand the answer myself.  Can I ask

6                him to restate it?

7                    MR. ZABELL:  Why don't you give us

8                the answer that he gave because there may

9                be some industry terms in there.

10                    THE INTERPRETER:  Okay.  From what

11                I understand.

12         A      I would work on a daily basis of

13    about $325 -- I'm sorry; $375 to $400, and at

14    the end of the week on Saturdays -- on Fridays,

15    I would say to him to keep one day's wages --

16                    THE INTERPRETER:  He's correcting

17                me.

18         A      I would say -- I would work two

19    days, and he would say to keep one day.  If I

20    worked on Saturdays, I would say keep Saturday

21    and another day of the week.

22         Q      Do you have any written proof of

23    that?

24         A      I can look in my check stubs, and

25    I'm sure I have it.

26

                              P. Mendez

1

2      Q      Did you provide all those check

3  stubs to your attorney?

4      A      No.

5      Q      Why not?

6      A      As I said, I didn't know what was

7  going to happen.  I didn't know what they were

8  going to ask me, so no, I didn't furnish those

9  stubs.

10             MS. GOLDBERG:  I'd like to take a

11         five-minute break.

12             MR. ZABELL:  Sure.

13             (Whereupon, a recess was taken at

14         this time.)

15     Q      Mr. Mendez, is there a problem

16  with you continuing your testimony today?

17     A      I'm okay, but when he mentioned my

18  sister, I felt a bit bad, but I will continue.

19     Q      Do you want us to give you a few

20  minutes right now?

21     A      Give me about ten minutes.

22             MR. ZABELL:  Let's take ten

23         minutes.

24             (Whereupon, a recess was taken at

25         this time.)

27

P. Mendez

1

2      Q      Mr. Mendez, are you ready to continue?

3      A      Yes.

4      Q      If you need to take a break, all

5  you need to do is let us know.

6      A      That's good.

7             (A document was marked as

8      Defendants' Exhibit 1 for identification,

9      as of this date.)

10     Q      I'm going to show you a document

11  that's been identified as Defendants' Exhibit 1.

12            If you could please take a look at

13  that.

14     A      (Witness complies.)

15     Q      Do you know what that document is?

16     A      Yes.

17     Q      What is that document?

18     A      It's a check.

19     Q      Is it a check that was given to

20  you?

21     A      Yes.

22     Q      What was the purpose of that

23  check?

24     A      To make a down payment on the

25  house.

28

1                          P. Mendez

2          Q      Was it a loan for the purchase of

3    your home?

4          A      Yes.

5          Q      Who gave you that loan?

6          A      Louie Vecchia.

7          Q      I'm going to ask you to turn the

8    page of that document.

9          A      (Witness complies.)

10         Q      Is that your signature on that

11   second page?

12         A      Yes.

13         Q      That's the back of the check that

14   shows it was deposited into your bank account;

15   does it not?

16                MS. GOLDBERG:  Objection.

17         A      I don't remember that it was

18   deposited.  I believe that I gave this to the

19   person of the mortgage.

20         Q      But you did receive the $25,000

21   loan from Louis Vecchia; did you not?

22         A      Yes.

23                (A document was marked as

24            Defendants' Exhibit 2 for identification,

25            as of this date.)

29

P. Mendez

1

2      Q      Thank you.

3             I'm going to show you a document

4      that's identified as Defendants' Exhibit 2, and

5      I ask you to take a look at that document,

6      please.

7      A      (Witness complies.)

8      Q      Do you know what that document is?

9      A      Yes.

10     Q      Now, the document is written in

11     English; is it not?

12     A      Yes.

13     Q      You understand enough English to

14     read that document; is that correct?

15            MS. GOLDBERG:  Objection.

16            You can answer.

17     Q      You may answer.

18     A      Yes.  As I stated before, when I

19     saw this paper, I went to his office because the

20     agreement was that I would pay between $375 to

21     $400 every week, but according to this document,

22     there's going to be monthly, and then he

23     explained to me that this was all the doing of

24     his accountant.

25     Q      On Defendants' Exhibit 2, does it

30

```
 1                        P. Mendez
 2    bear your signature?
 3            A      Yes.
 4            Q      At the time that you signed this
 5    document, you had an opportunity to sign this
 6    document; is that correct?
 7            A      Yes.
 8                   When I saw this paper, I went to
 9    him and asked him why is this, and he said,
10    well, this is the doings of the accountant,
11    don't worry about it.
12            Q      You understood it when you signed
13    it though; correct?
14            A      Yes.
15            Q      Do you have any checks indicating
16    a payment of $777.77 that you made out to
17    Suffolk Paving to repay the loan?
18            A      No.
19            Q      Thank you.
20                   Before we took that last break
21    that your attorney requested, I was asking you
22    if you had provided all your pay stub
23    information to your attorney.
24                   Do you recall that question?
25            A      Yes.
```

31

1                              P. Mendez

2          Q        Did you, in fact, provide all your

3    pay stubs to your attorney?

4          A        Yes.  There was a little error.  I

5    did give her all the stubs, but in the corner, I

6    marked a day.

7                    MR. INTERPRETER:  I'll translate

8               exactly what I hear.

9          A        No, but the dates were on the

10   stubs, but in the corner, there were numbers;

11   one or two.

12         Q        Why did you write numbers one or

13   two on the stubs?

14         A        When I gave him one day, I would

15   write the number one in the corner.  If I gave

16   him two days, I would write the number two in

17   the corner.

18         Q        You would write that after

19   receiving your paychecks; is that correct?

20                  MS. GOLDBERG:  Objection.

21         Q        You may answer.

22         A        When I went to his office to tell

23   him to take one day or two days.

24         Q        Are you finished with that answer?

25         A        Yes.

32

1                           P. Mendez

2          Q      How often did you get paid when

3    you worked for Suffolk Paving?

4          A      Every Friday.

5          Q      Did you always receive a paycheck

6    for the work that you performed?

7          A      Yes.

8          Q      Did you receive cash every Friday,

9    in addition to your paycheck?

10         A      No.  We had afterwards but no, no.

11         Q      What does that mean, "we had

12   afterwards"?

13         A      When I went to see him again, he

14   offered me $300 by check, and $25 in cash, but I

15   told him no.

16         Q      When did that occur?

17         A      In the beginning when I started in

18   2000 or 1998.

19         Q      So you're saying you never

20   received cash payment from Suffolk Paving?

21                MS. GOLDBERG:  Objection to form.

22         He didn't say that.

23         A      No, but when I worked for friends

24   of his, they sometimes paid me in cash because

25   he told me that paying in check -- paying by

33

                                P. Mendez

check came out very expensive for him, but

sometimes his friends paid me less.  That's why

I didn't like it.  Yes, I did receive cash

payments.

     Q     Did you receive cash payments from

Louis Vecchia?

     A     Yes.

     Q     When did you receive cash payments

from Louis Vecchia?

     A     Sometimes he was late.  In 2009,

he asked for my check, and he gave me cash.

     Q     How much cash did he give you?

     MS. GOLDBERG:  Objection.

     A     I believe he gave me $1,200.

     Q     Was that just one occasion?

     A     Yes, that was one time when he

paid me the entire week.

     Q     Did he ever pay you partial weeks

in cash?

     A     No.

     Q     Is it fair to say in any given

week, you either received a paycheck or a cash

payment, but not both?

     A     Some nine times a year, he would

34

P. Mendez

1   give me -- from six to nine times a year, he

2   would give me $200 in cash and the rest by

3   check.

4       Q       Do you know why he did that?

5               MS. GOLDBERG:  Objection.

6               You can answer.

7       A       No.

8       Q       You testified that there were

9   times that you would work for friends of

10  Mr. Vecchia; is that correct?

11      A       Yes.

12      Q       Who were some of these friends

13  that you worked for?

14      A       Some I didn't know, but some I

15  knew a little, but he said that they were

16  friends of his.

17      Q       And they paid you directly; is

18  that correct?

19      A       Yes, but sometimes he would pay,

20  and then we had the union.  It came out very

21  expensive.

22      Q       When did you start working for

23  Suffolk Paving?

24      A       I would say like in 2001; just

35

1                        P. Mendez
2    about when the company started.
3         Q       What month in 2001 did you start
4    working?
5         A       It's difficult to say, but he
6    always started around March, the 1st or March
7    the 15th.
8         Q       Do you know why he would start in
9    March; either the 1st or through the 15th?
10        A       Because of the cold weather.
11   Sometimes he would stop around December 25 for
12   two months, and sometimes he would continue to
13   work.
14        Q       Are you saying you can't do
15   asphalt and paving work in the cold?
16               MS. GOLDBERG:  Objection.
17               It's also misstating his
18           characterization.
19        A       When he had it, yes.
20        Q       What does that mean?
21        A       He sometimes got jobs in the cold
22   weather and he called.
23        Q       He would call you if you were laid
24   off and call you back to work?
25        A       Yes.

1                          P. Mendez

2          Q      Is that a yes or no?

3          A      Yes.

4          Q      So you would get laid off in the

5     cold months and called back when there was work.

6                 Is that what your testimony is?

7                 MS. GOLDBERG:  Objection.

8                 You can answer.

9          A      Yes.

10         Q      That was true for all the other

11    employees, as well; correct?

12                MS. GOLDBERG:  Objection to form.

13                You can answer.

14         Q      You can answer.

15         A      Yes.  There were two groups.

16    Sometimes he would call my group, and we would

17    start, and the other group would follow.

18         Q      But both of those groups would get

19    laid off in the cold weather and get called back

20    when there was work; correct?

21                MS. GOLDBERG:  Objection.

22                You can answer.

23         A      In the majority, yes.

24         Q      Were there times when you were

25    told that there was no work, but you could do

37

1                              P. Mendez

2      private work yourself?

3                     MS. GOLDBERG:  Objection.

4           Q       You can answer.

5           A       Before, I would do a couple of

6      jobs privately, but I would let him know so that

7      he could know what was happening.

8           Q       When you did those private jobs

9      privately, you would receive the pay for them;

10     correct?

11          A       Yes, but not from friends of his.

12          Q       You would do the work yourself,

13     and you would get paid yourself; correct?

14          A       Yes, but those were friends of

15     mine that I would do a job for.  It had nothing

16     to do with him.

17          Q       Did you ever use any Suffolk

18     Paving equipment on those jobs?

19                    MS. GOLDBERG:  Objection to form.

20                    You can answer.

21          A       Yes, I will explain, I will

22     explain.

23                    When I did one of those jobs, I

24     would ask him to borrow 550 equipment, and I

25     would pay him $200 for that.

38

1                              P. Mendez

2          Q      You would use the pickup truck

3    that you drove to get to and from that job?

4                 MS. GOLDBERG:  Objection to form.

5          Q      Yes or no?

6          A      I have to explain.

7          Q      Just answer yes or no right now.

8          A      Yes.

9          Q      When were you given a pickup truck

10   to use --

11                MS. GOLDBERG:  Objection.

12         Q      -- by Suffolk Paving?

13         A      In '98.

14                In the beginning, he offered me

15   $300 to pick up a cellular phone, a line.  I

16   told him that I don't need the line, because I

17   always have my cellular phone with me, and I

18   didn't ask him for that.

19         Q      But you accepted it?

20         A      Yes.

21         Q      So from 1998 on, you had a pickup

22   truck provided to you by Suffolk Paving; is that

23   correct?

24                MS. GOLDBERG:  Objection to form.

25                You can answer.

                              P. Mendez

1

2       A       Yes, but I always used it for work

3   for him.  For my own work, I used my own pickup

4   because I have two pickups.

5       Q       When did you get your own pickup

6   truck?

7       A       2005, I got my pickup.

8       Q       From 1998 to 2005, you used the

9   Suffolk Paving pickup for all of your business

10  and personal work; correct?

11      A       No, because I only used it for his

12  work; otherwise, I went to Home Depot and rented

13  a truck for $20 which is a lot cheaper.

14      Q       A lot cheaper than what?

15      A       If I needed to move some to my

16  home, I would go to Home Depot and rent a truck

17  there, and that way, I avoided insurance

18  problems if I had an accident or something like

19  that.

20      Q       Did you have an accident in any of

21  Suffolk Paving trucks?

22      A       Yes.

23      Q       What type of insurance problems

24  did you have?

25              MS. GOLDBERG:  Objection to form.

40

1                              P. Mendez

2          Q        You can answer.

3          A        I gave all the papers to his wife,

4     and after that, I don't know.

5          Q        So it wasn't a problem at all.

6     You just had an accident, and you gave the

7     papers; correct?

8                   MS. GOLDBERG:  Objection to form.

9          A        Yes.

10         Q        Do you have receipts from

11    Home Depot for all these truck rentals that you

12    had?

13         A        No, all they asked me was my

14    license, and I don't have any receipts.

15         Q        Did they give you receipts?

16         A        Yes, the cash register receipts.

17         Q        And you destroyed those receipts?

18                  MS. GOLDBERG:  Objection to form.

19         Q        You may answer.

20         A        The majority, yes.  I may have

21    them in my pickup.  I may have them stuck

22    somewhere, but for three years now, I don't

23    know.

24                  MR. ZABELL:  I'm going to ask you

25                  to look through all your documents to see

41

P. Mendez

 2        if you have those receipts.  If you do,

 3        I'm going to ask you to provide them to

 4        your attorney.  Okay?

 5             THE WITNESS:  That's okay.

 6             MR. ZABELL:  Counsel, obviously,

 7        I'm making a demand for those documents,

 8        as well as any of the payroll documents

 9        that he said he did not provide to you

10        that he should have.  Okay?

11             MS. GOLDBERG:  Okay.

12        Q     Mr. Mendez, I'm a bit confused.

13   You said you started work for Suffolk Paving

14   in 2001.

15             Do you recall that?

16        A     Yes.

17        Q     But you said that you received a

18   vehicle, a pickup truck, from Suffolk Paving in

19   1998.

20             Can you explain that obvious

21   discrepancy?

22        A     In 2001, he had a green pickup.  I

23   remember that.  At that time, he had a problem

24   with a partner.  I don't quite understand the

25   name of the partner with whom he had problems,

42

P. Mendez

1
2      and that's what I remember.

3          Q      But you had a vehicle in the
4      beginning of 1998; is that correct?

5          A      Yes.

6          Q      Even though you started working
7      for him in 2001?

8                 MS. GOLDBERG:  Objection to form.

9          A      Yes, but I left his employment for
10     a year-and-a-half when he had problems with
11     Raffe Ranerio (phonetic).

12         Q      When did you stop working for
13     Mr. Vecchia?

14                MS. GOLDBERG:  Objection to form.

15         Q      You can answer.

16         A      I don't remember.

17         Q      Mr. Mendez, do you know who you're
18     suing?

19                MS. GOLDBERG:  Objection to form.

20         A      Whom I'm suing?

21                Well, Suffolk Paving; right?
22     Suffolk Asphalt Corporation and the owner who is
23     Louie Vecchia.

24         Q      Are those the only people you know
25     that you're suing?

43

P. Mendez

1

2          MS. GOLDBERG:  Objection to form.

3          You can answer.

4    A     I believe so.

5          Later when we had the union, I

6  received a check of Suffolk Paving, and I went

7  to him -- after we got the union.

8          THE INTERPRETER:  Clarification.

9    A     After we got the union, he placed

10  the name of another company, Suffolk Pavement,

11  in the name of his son.

12          THE INTERPRETER:  Further

13          clarification.

14    A     When I first got my checks, they

15  were issued by Suffolk Paving.  Later, they

16  started coming in as checks of Suffolk Asphalt

17  Corporation in the name of his son.

18          I always went to the office when I

19  got these checks and asked for an explanation,

20  and he told me don't worry about it.  It is

21  basically the same company in the name of my

22  son, but I'm the one who is in charge.

23          MS. GOLDBERG:  Can I make a

24          recommendation?

25          MR. ZABELL:  No.

44

P. Mendez

1

2      MS. GOLDBERG:  When you --

3      MR. ZABELL:  No.

4      MS. GOLDBERG:  -- give an answer --

5      MR. ZABELL:  No, you can't give a

6  recommendation.

7      MS. GOLDBERG:  Listen, he's giving

8  many sentences at a time, and there is

9  getting to be confusion by the time the

10  translator actually has to give the

11  answer.

12      MR. ZABELL:  I don't think there

13  is any confusion.

14      MS. GOLDBERG:  It does seem to me

15  that there is confusion based on what

16  just occurred back and forth.

17      MR. ZABELL:  I'm sorry you're

18  confused, but I think --

19      MS. GOLDBERG:  For a more accurate

20  representation, I would suggest you

21  pause, let him translate some, continue

22  with your answer, and then let him

23  translate the rest because when you go

24  on, unfortunately, I think there's a

25  problem.

45

```
 1                        P. Mendez
 2        Q      Did you work for Suffolk Paving?
 3        A      Yes.
 4        Q      Did you work for Suffolk Asphalt?
 5               MS. GOLDBERG:  Objection to form.
 6               You can answer.
 7        A      Yes.
 8        Q      Did you work for Louis Vecchia?
 9        A      Yes, he was my boss, and he was in
10   charge of everything.
11        Q      Was Louis Vecchia fair to you?
12               MS. GOLDBERG:  Objection to form.
13        A      The first couple of years.
14   Afterwards, no.
15        Q      What couple of years are you
16   referring to?
17        A      Two or three years before I left,
18   but not that fair either because he didn't pay
19   me.
20        Q      Didn't you really start having a
21   problem once you joined the union?
22               MS. GOLDBERG:  Objection to form.
23        A      No, the union had nothing to do
24   with it.
25               When he had no money, he was fair,
```

46

```
 1                    P. Mendez
 2   but when he started getting more money, he
 3   became less fair.
 4          Q     Do you file income tax returns?
 5          A     Yes.
 6          Q     Did you file an income tax return
 7   for 2010?
 8          A     No.
 9                MS. GOLDBERG:  Objection.
10                I'm going to instruct you not to
11          answer the question.
12                MR. ZABELL:  He already did.
13                THE WITNESS:  No, what I say is --
14                MS. GOLDBERG:  I'm instructing you
15          not to answer the question.
16                MR. ZABELL:  He already did,
17          Counselor.  You've got to be a little
18          quicker.
19                MS. GOLDBERG:  Don't say anything
20          further.  Wait for a question.
21          Q     Did you file income tax returns in
22   the year 2009?
23                MS. GOLDBERG:  Objection.
24                I'm going to instruct you not to
25          answer the question.
```

47

1                   P. Mendez

2            MR. ZABELL:  What's the basis?

3            MS. GOLDBERG:  The basis is that

4    that is potentially just harassing this

5    plaintiff, and it potentially exposes him

6    to serious, adverse consequences, and it

7    has nothing to do with this case.

8            MR. ZABELL:  That's not an

9    acceptable objection.

10           Again, Counselor, I will give you

11   time to review the Federal Rules as to

12   what is appropriate and what is not

13   appropriate.  If you refuse to take that

14   time, I'm going to ask this question

15   again, and if you interfere with him

16   answering, we will call the Court.

17           MS. GOLDBERG:  Let's take a

18   five-minute break.

19           MR. ZABELL:  Would you like to talk

20   to me during this break?

21           MS. GOLDBERG:  No, I would not

22   like to talk to you.

23           Five-minute break.

24   Q    Mr. Mendez --

25           MS. GOLDBERG:  No, no, no, no.

1                          P. Mendez

2          Five-minute break.  Let's go.

3                    MR. ZABELL:  Just note, Counselor,

4          if you talk to him about this deposition

5          during this break, I'm entitled to ask

6          him about what's discussed.

7                    MS. GOLDBERG:  You are?

8                    MR. ZABELL:  Yes.

9                    MS. GOLDBERG:  Isn't that what you

10         said to me during the deposition?

11                   MR. ZABELL:  Pardon me?

12                   MS. GOLDBERG:  Isn't that what you

13         said to me during the deposition?

14                   (Whereupon, a recess was taken at

15         this time.)

16                   MS. GOLDBERG:  I'm going to

17         request that whole line of questioning

18         regarding Mr. Mendez's taxes be deemed

19         confidential as per the stipulation that

20         we have agreed to and are to be used

21         solely and only for the purposes of this

22         lawsuit.

23                   MR. ZABELL:  I will review the

24         testimony and the stipulation, but

25         there's a mechanism in place for

49

1          P. Mendez

2          addressing whether or not I agree with

3          the designation or not, and we'll notify

4          you in accordance with the stipulation.

5               MS. GOLDBERG:  Okay.

6      Q     Mr. Mendez, you said in 2010, you

7  did not file an income tax return.

8               Is that correct; yes or no?

9      A     Yes, I did file taxes; yes.

10     Q     Well, you just testified before

11 taking a break, that you did not file taxes.

12              Can you explain the discrepancy?

13     A     You didn't let me finish.  Yes.

14     Q     Can you explain why you testified

15 before that you did not file 2010 income tax

16 returns, and now you're saying that you did

17 file 2010 income tax returns?

18              MS. GOLDBERG:  Objection to form.

19              You can answer.

20     Q     You can answer.

21     A     I was probably too hasty in

22 answering the question, but I have all my taxes

23 in order.

24     Q     Did you file 2009 tax returns?

25     A     Yes.

50

1                          P. Mendez

2         Q      Did you file 2008 tax returns?

3         A      Yes.

4         Q      Did you file 2007 tax returns?

5         A      Yes.

6         Q      Going all the way back to 2001,

7    did you file tax returns for every year?

8         A      While I was working, yes, and I

9    have all the records.

10        Q      Were there years between 2001 and

11   now that you did not work and did not file an

12   income tax return?

13        A      If I didn't work, I didn't make a

14   declaration.  While I worked, I did.

15        Q      Between 2001 and now, were there

16   years that you did not work?

17        A      What can I say?

18               I don't know.  All the years that

19   I have worked, I have reported.

20        Q      Well, did you work in 2001?

21        A      Yes.

22        Q      Did you work in 2002?

23        A      Yes.

24        Q      Did you work in 2003?

25        A      Yes.

51

1                          P. Mendez

2          Q       Did you work in 2004?

3          A       That year, it seems like I didn't

4   work for him for a year-and-a-half, it seems.

5          Q       Did you work for anybody in 2004;

6   yes or no?

7          A       Yes.

8          Q       Did you file income tax returns

9   in 2004?

10         A       One year that I didn't work, I

11  didn't file income taxes, but I don't know which

12  year that was.

13         Q       Did you work for someone other

14  than Mr. Vecchia during that year?

15               MS. GOLDBERG:  Objection to form.

16         A       I don't remember.

17         Q       So you worked for somebody that

18  one year and did not file income tax returns; is

19  that your testimony?

20               MS. GOLDBERG:  Objection to form.

21               I think you're mischaracterizing his

22               testimony.

23         Q       You may answer.

24         A       No.  When I work, I report my

25  taxes, but when I don't work, I don't report my

52

                              P. Mendez

1

2    taxes.  All my papers are okay.

3          Q      Did you work in 2005?

4          A      I'm inclined to say no.  I don't

5    think I have.  I may not have worked in 2004

6    or 2005.

7          Q      Did you work in 2006?

8          A      Yes, I worked.  I'm sure I did.

9          Q      Did you work in 2007?

10         A      All these years until 2009, it's

11   correct; yes.

12         Q      Did you work in 2008?

13         A      Yes.

14         Q      Did you work in 2009?

15         A      Yes.

16         Q      In the year 2009, did you ever

17   file for unemployment benefits?

18         A      Yes.

19         Q      In the year 2008, did you ever

20   file for unemployment benefits?

21         A      Yes, what he allowed us.  Depends;

22   two months, three months.

23         Q      In the year 2007, did you ever

24   apply for unemployment benefits?

25         A      There were a few years where I

53

P. Mendez

1

2   wasn't working, but I didn't call unemployment,

3   but my friends told me that I should because I

4   was entitled to it.

5       Q       In 2007, did you ever apply for

6   unemployment benefits?

7       A       I believe so, but I'm not quite

8   sure.

9       Q       In 2006, did you ever apply for

10  unemployment benefits?

11      A       It's the same question, but from

12  2007 on -- it may be 2006 on, I don't know.

13  Everything was in order from 2006 to 2007 on.

14      Q       What does that mean that

15  "everything was in order"?

16      A       What I mean is that the years

17  before, I didn't collect, but the other years, I

18  think I filed for benefits.

19      Q       You only filed for benefits during

20  the periods of time that you were unemployment;

21  is that correct?

22      A       Yes.

23      Q       You would collect unemployment

24  benefits for two or three months out of the

25  year; is that correct?

1                           P. Mendez

2       A       Just about; yes.

3       Q       That was every year; correct?

4               MS. GOLDBERG:  Objection to form.

5               It's also a mischaracterization of

6       his testimony.

7       A       When I started collecting, yes.

8       Q       Your income tax returns from the

9  year 2001 to present, do you currently possess

10  them?

11      A       I believe I do.

12              MR. ZABELL:  I'm go to ask you

13      that you provide them to your attorney at

14      the conclusion of this deposition.

15      Q       Do you understand that?

16              MS. GOLDBERG:  I'm going to

17      instruct you not to answer.

18              We object to providing you with

19      his tax returns.  If you feel the need to

20      compel them, you can make a motion to the

21      Court for those.

22              MR. ZABELL:  Counsel, remember,

23      your role here is to sit there and remain

24      silent.

25      Q       Did you understand my question?

```
 1                          P. Mendez
 2              MS. GOLDBERG:  You also cannot
 3         order my clients to do anything.  You can
 4         make a request to me that we will respond
 5         to --
 6              MR. ZABELL:  Counsel --
 7              MS. GOLDBERG:  -- but you cannot
 8         order my clients to do anything.
 9              MR. ZABELL:  Counsel --
10              MS. GOLDBERG:  You can make
11         requests --
12              MR. ZABELL:  Counsel, remain
13         silent.
14              MS. GOLDBERG:  -- and I will let
15         you know.
16         A     I understand, and what she says.
17         Q     Did you prepare your income tax
18    returns yourself, or did you use a service to
19    assist you?
20         A     I used the services of another
21    person.
22         Q     What is that other person that you
23    utilized?
24         A     It's an accountant who does the
25    taxes.
```

56

1                           P. Mendez

2          Q       What is the name of that

3     accountant?

4          A       I just know her name.  I don't

5     know her last name.

6          Q       What is her name?

7          A       Olga.

8          Q       Does Olga have a shop that she

9     works out of or an office?

10         A       She has an office.

11         Q       Where is her office located?

12         A       It is located on Union Boulevard,

13    but I don't know the number.

14         Q       Union Boulevard in what town?

15         A       I believe it's in Bay Shore.

16         Q       Did she prepare your taxes for all

17    of the years from 2001 forward?

18         A       I have another person, but I don't

19    know.  I started out with another person, but I

20    don't know.

21         Q       When did the other person prepare

22    your taxes?

23         A       I don't remember.  I will have to

24    check the tax documents, or go to him and ask.

25                 MR. ZABELL:  I'm going to ask that

57

                        P. Mendez

1

2          you do that, and then relay that

3          information to your attorney, and we'll

4          make a spot open in the transcript, so

5          when you find that information out, you

6          can provide us with it.

7    (INSERT) _____.

8              THE WITNESS:  Yes, I agree.

9        Q      Mr. Mendez, over the past three

10   years, have you incurred any legal fees?

11       A      In connection with what?

12       Q      In connection with any lawsuits

13   that you're involved with.

14       A      There was a misunderstanding with

15   my wife that had to do with child support, but I

16   think that everything is okay.  Everything is

17   okay.

18       Q      Your wife accused you of not

19   paying child support?

20              MS. GOLDBERG:  Objection to form.

21       A      No, she didn't.  It was a

22   misunderstanding.  Now everything is okay, but

23   she has always lived with me.

24       Q      Were you being sued by your

25   ex-wife?

```
 1                         P. Mendez
 2         A       It's not my ex-wife.  It's my
 3    wife, and she has never filed a suit against me.
 4         Q       But you had to hire an attorney
 5    for that purpose?
 6                 MS. GOLDBERG:  Objection to form,
 7            but he can answer.
 8         A       Yes.
 9         Q       Is that the only attorney that
10    you've hired in the past three years?
11         A       Yes, and her (indicating).
12         Q       You're being sued by Louis
13    Vecchia; are you not?
14         A       Yes.
15         Q       Do you know why you're being sued?
16                 MS. GOLDBERG:  Objection to form.
17         A       I assume for the $25,000.
18         Q       Have you hired an attorney to
19    defend you in that claim?
20         A       They didn't give me the papers, I
21    found the papers on the desk, and I delivered
22    them to them.
23         Q       Who is the "them" that you're
24    referring to?
25         A       To the lawyers I have at the
```

```
 1                      P. Mendez
 2   present time.
 3         Q      Did you have to pay them anything
 4   to represent you?
 5         A      No.
 6         Q      Have they told you that they are
 7   going to charge you to represent you?
 8                MS. GOLDBERG:  Objection.
 9                That's attorney/client privilege.
10                I'm instructing him not to answer.
11                MR. ZABELL:  You put it in your
12                papers, Counselor, so you do not have a
13                choice here.
14                MS. GOLDBERG:  What papers are you
15                referring to?
16                MR. ZABELL:  In your actual
17                complaint.
18                You're looking at me confused, and
19                I really can't help you with that
20                confused look.
21                MS. GOLDBERG:  Well, until you can
22                clarify, I'm instructing him not to
23                answer that question.
24         Q      Have you been given a retainer for
25   Ms. Goldberg's representation of you in the
```

60

1                        P. Mendez

2      lawsuit where you're being sued for $25,000?

3                      MS. GOLDBERG:  Objection to form.

4         A      A request for repeat of the

5      question.

6         Q      Have you ever been advised that

7      you were going to have to pay Ms. Goldberg for

8      her representation of you in the lawsuit that

9      you are being sued for $25,000?

10                     MS. GOLDBERG:  I'm going to

11                instruct you not to answer that question.

12                Again, you're soliciting

13                attorney/client privilege.

14        A      I delivered the papers to the

15     lawyer and after to look into it, but nothing

16     else up to this point.

17        Q      So you have not paid Ms. Goldberg

18     anything to represent you?

19        A      No.

20        Q      Have you ever received any legal

21     bill from Ms. Goldberg or Mr. Wallace for

22     representing you in the lawsuit in which you are

23     being sued for $25,000 from Mr. Vecchia?

24        A      No.

25        Q      So if somebody has said that you

61

1                          P. Mendez

2      incurred legal bills as a result of that

3      lawsuit, they would be lying; is that correct?

4                  MS. GOLDBERG:  Objection to form.

5          Q      You may answer.

6          A      As I said before, any papers that

7      I received, I would deliver to them.

8          Q      But you have not received any

9      legal bills for Ms. Goldberg's representation

10     of you in that lawsuit; is that correct?

11         A      No.

12         Q      No, it is correct; or no, it is

13     not correct?

14         A      No; bills, I didn't receive.

15         Q      Did you pay Ms. Goldberg any money

16     to represent you in the lawsuit in which

17     Mr. Vecchia is suing you for $25,000?

18         A      No.

19         Q      So if Ms. Goldberg said that she

20     has charged you money to represent you in that

21     lawsuit, she would be lying; is that is correct?

22                 MS. GOLDBERG:  Objection to form.

23         A      I don't know if they were billing

24     me anything in the future.  I don't know how

25     much, but up until now, no.

62

1                           P. Mendez

2           Q      Have you ever met Mr. Ian Wallace?

3           A      Only to give him paperwork.

4           Q      Has he ever charged you any money?

5           A      That, I don't remember.

6           Q      Do you remember giving him any

7    money?

8           A      I don't remember that either.

9           Q      So if he said that he has charged

10   you anything, he would be lying; is that

11   correct?

12                 MS. GOLDBERG:  Objection to form.

13                 You can answer.

14          A      What she says.

15          Q      She didn't say anything.  You have

16   to answer the question.

17          A      I don't remember.

18          Q      What don't you remember?

19          A      I have only seen him a few times.

20          Q      Do you remember paying him any

21   money?

22          A      I don't remember.

23          Q      Do you remember paying

24   Ms. Goldberg any money?

25          A      No.

63

                                    P. Mendez

1

2       Q       Do you remember testifying just a

3   few minutes ago that you didn't pay anything in

4   legal fees?

5                   THE INTERPRETER:  I didn't

6           understand that answer.  Can I ask him

7           again?

8                   MR. ZABELL:  Please.

9       A       Yes, I remember that, but as I

10  said, I don't know if in the future, they're

11  going to charge me.

12      Q       But from this point back, you have

13  not paid them anything; is that correct?

14                  MS. GOLDBERG:  Objection.

15          He's already answered this

16          question, and said he does not recall.

17      Q       You can answer.

18      A       I can't answer this right now.  I

19  don't know.

20      Q       You don't know if you've given

21  them any money?

22                  MS. GOLDBERG:  Objection.

23          You've asked him this five times

24          now.  You're bordering on harassment.

25      Q       You may answer.

64

1                              P. Mendez

2           A        I'm being asked the same question

3    five or six times and repeating the same thing,

4    and I'm getting confused.

5           Q        We don't want to confuse you,

6    Mr. Mendez, but we must arrive at the truth

7    here.

8                    From today, this day's date going

9    back, did you pay Ms. Goldberg or Mr. Wallace

10   any money?

11                   MS. GOLDBERG:  Objection.

12                   This is the fifth time, I believe,

13              this question has been asked.  He's

14              already answered it.

15          Q        You may answer.

16          A        My answer is I have given them all

17   the papers for both cases, and if I have to pay

18   them in the future, I will pay them.

19          Q        Have you had to pay them anything

20   to date?

21                   MS. GOLDBERG:  Objection.

22                   Asked and answered.

23          Q        You may answer.

24                   MS. GOLDBERG:  How many times now?

25              He's told you what he remembers.

65

1                    P. Mendez

2          MR. ZABELL:  Counsel, no speaking

3     objections.

4          MS. GOLDBERG:  How many times are

5     we going to go through the same question?

6          MR. ZABELL:  Until we get an

7     answer.

8          MS. GOLDBERG:  Well, you're going

9     to go until you get the answer you want;

10    that you like?

11         MR. ZABELL:  Counselor, last

12    warning.

13         MS. GOLDBERG:  Yes, and last time

14     for this question.

15    Q     Answer the question.

16    A     The same question.  If they bill

17  me, I will pay.

18    Q     Have you paid them anything yet?

19         MS. GOLDBERG:  Objection.

20         Asked and answered eight times

21    now.

22    Q     Answer the question.

23         MS. GOLDBERG:  Again, he's already

24    indicated to you what he remembers.

25         MR. ZABELL:  Counselor -- you know

66

1                           P. Mendez
2        what?  We're just going to call the
3        judge.
4                MS. GOLDBERG:  Okay, let's call
5        the judge.
6                I didn't even tell him not to
7        answer.  I'm just stating for the record
8        you've asked eight times, so you can ask
9        the judge to ask him again, and I will
10       just state the same objection.
11               [Whereupon, a ruling was sought
12       with the Court:]
13               THE SECRETARY:  Good afternoon.
14       Judge's chambers.
15               MR. ZABELL:  Good afternoon.  This
16       is Saul Zabell.  I'm calling with my
17       adversary, Lauren Goldberg, in the
18       Quintanilla vs. Suffolk Paving Corp.
19       matter.  We're in the middle of a
20       deposition, and we require the judge's
21       assistance.
22               THE SECRETARY:  Well, just to let
23       you know upfront, the judge is out today,
24       so I have to see if another magistrate is
25       available to handle the dispute.

1                          P. Mendez

2               MR. ZABELL:  I think it's Marley;

3          right?

4               THE LAW SECRETARY:  This is

5          Marley.

6               MR. ZABELL:  Hi, Marley.

7          Saul Zabell.  How are you?

8               THE LAW SECRETARY:  Good.  How are

9          you?

10              MR. ZABELL:  Okay.  I'm calling

11         from a deposition.  I'm here with

12         Ms. Goldberg, my adversary, in the

13         Quintanilla matter.

14              We're at the deposition, and

15         Ms. Goldberg is peppering the record with

16         speaking objections, and I've advised her

17         that it's inappropriate, and I've even

18         advised her that I'd be willing to give

19         her a copy of the Federal Rules and a

20         paralegal to assist her so she can

21         familiarize herself with them, but she

22         continues to give speaking objections.

23              Now, I know the judge is not in,

24         so I'd be willing to take your advice on

25         how best to handle this.

68

P. Mendez

1

2          THE LAW SECRETARY:  Is the witness

3      in the room right now?

4          MR. ZABELL:  Yes.

5          THE LAW SECRETARY:  You can excuse

6      the witness for just a moment.

7              (Whereupon, the witness left the

8      conference room.)

9          MR. ZABELL:  Okay, he stepped out.

10             Just to clarify a little more.

11     The witness's primary language is

12     Spanish, and we do have an interpreter

13     here, so it's clogging up the record even

14     more because we have that extra layer of

15     communication here.

16         THE LAW SECRETARY:  Great.  Okay,

17     Ms. Goldberg, to you.

18         MS. GOLDBERG:  Mr. Zabell has

19     asked the same question, approximately,

20     eight times.  After the sixth, seventh,

21     and eighth times of getting the same

22     answer over and over, I simply said it's

23     getting to the point of harassment.  The

24     witness has indicated what he remembers

25     and what he doesn't.

69

P. Mendez

1
2      I don't think Mr. Zabell is

3      satisfied or likes the answer, so he

4      wants to keep asking it over and over.  I

5      actually have not instructed the witness

6      not to answer.  I've just clearly stated

7      that this is getting to the point of

8      harassment, and at which point, he wanted

9      to jump up, and call the judge, and I

10     said, okay, fine, call the judge.

11          MR. ZABELL:  I don't really jump

12     that much these days, but the problem is

13     this.  It's because we're communicating

14     through an interpreter, and the

15     interpreter is in the room as is the

16     court reporter so we can read back

17     portions.

18          Essentially, what's happening is

19     that there are allegations in the

20     complaint that he has incurred legal fees

21     as a result of a separate lawsuit that

22     counsel has alleged was retaliatory.

23     He's testifying that if he was to receive

24     a bill, he would pay it, but he's not

25     sure if he paid money to his counsel

70

1                    P. Mendez

2    which is specifically alleged; the

3    representation is made in the complaint.

4         I'm just trying to follow up on

5    that, and what's happening is, if there

6    is a speaking objection, he's feeding off

7    of the speaking objection, and using it

8    to say:  Well, whatever my attorney says,

9    that's it, so ask her.

10        That's why I have the problem with

11   the speaking objection.  A little

12   speaking objection here or there, I can

13   live with, but this is actually hampering

14   this witness answering.

15        MS. GOLDBERG:  Well, it's getting

16   to the point of harassment, and that's

17   the only reason why I stepped in.

18        I've said practically nothing

19   during the course of this deposition, but

20   when a question is asked eight times,

21   over and over again, and he's gotten his

22   answer, but obviously, not satisfied, you

23   know, obviously, I don't want to be

24   repetitive, but that's when I stepped in.

25        THE LAW SECRETARY:  Okay.  As Rich

1                        P. Mendez

2        told you, the judge is out today.  Let me

3        see who I can get on the phone with you,

4        and try to adjudicate this.

5             MR. ZABELL:  Can I ask you a

6        question?

7             THE COURT:  Yes.

8             MR. ZABELL:  Typically, when you

9        get issues from depositions, when

10       attorneys call regarding speaking

11       objections, is there like a typical

12       response that Judge Thomlinson usually

13       gives?

14            THE LAW SECRETARY:  There really

15       isn't.  I mean, it just depends on

16       exactly what the situation is, and

17       obviously, the interpreter complicates

18       things, but let me try to look around for

19       someone, and we'll get back to you.

20            Is there a number I can reach you

21       at?

22            MR. ZABELL:  Sure.  We're in my

23       office, so the number is (631) 589-7242.

24            THE LAW SECRETARY:  Okay.  Can you

25       take a break for a few minutes?

72

1                              P. Mendez

2              MR. ZABELL:  I'll be able to

3       continue.  We're going to be here all

4       day.  We can star this question and get

5       back to it, or perhaps Ms. Goldberg will

6       rethink her position as the day wears on.

7              MS. GOLDBERG:  I'm fine with him

8       asking the question one more time, but I

9       just think there has to be a limit.  I

10      mean, there has to be a limit.  We're not

11      going to sit here 15 more times until the

12      witness gives the answer and until he

13      gives the answer he wants.

14             MR. ZABELL:  You know me.  I'm

15      just in pursuit of truth and honesty.

16             THE LAW SECRETARY:  All right.  I

17      got everyone's position, so I will get

18      back to you as soon as I can; okay?

19             MR. ZABELL:  Thank you very much

20      for your time.

21             MS. GOLDBERG:  Thank you.

22             [Whereupon, the telephone call was

23      concluded.]

24             MR. ZABELL:  You've got an issue

25      here, my friend.

73

1              P. Mendez

2          MS. GOLDBERG:  Okay.  All right.

3          MR. ZABELL:  You do.

4          MS. GOLDBERG:  Glad to know that.

5     Thanks for letting me know.

6          MR. ZABELL:  Well, if you've made

7     a material, false representation of a

8     complaint and you signed that complaint,

9     that's factual assertion.  That's yet

10    another instance of dishonesty to the

11    Court.

12         MS. GOLDBERG:  Thanks for letting

13    me know, Saul.  Thanks for letting me

14    know.

15         Proceed with your deposition;

16    okay?  Just proceed with your deposition.

17    Ask your questions, and let's move on.

18         I mean, I don't know.  Is it some

19    sick, twisted pleasure?  I don't know.  I

20    don't know what it is, Saul, but let's

21    just continue with the deposition, and

22    ask the questions.

23         MR. ZABELL:  "As result of

24    defendants' unlawful conduct, plaintiffs

25    have incurred and still incur legal

1                          P. Mendez

2          bills."

3                    That's your language; that's not

4          his.

5                    MS. GOLDBERG:  I know it's my

6          language.

7                    MR. ZABELL:  And it's not true.

8                    MS. GOLDBERG:  So says you.

9                    MR. ZABELL:  I'll be right back.

10                   (Whereupon, a recess was taken at

11          this time.)

12         Q     Mr. Mendez, look at me please.

13   Your attorney has said that you have incurred

14   legal fees as a result of Mr. Vecchia's lawsuit

15   against you.

16                   Have you paid any legal fees as a

17   result of that lawsuit?

18                   MS. GOLDBERG:  Objection.

19                   You can answer.

20         A     Well, the same question again

21   seven times.  As I told you before, if she says

22   that I have to pay, I will pay them.

23         Q     But you have not paid them

24   anything yet; correct?

25                   MS. GOLDBERG:  Objection again,

1                         P. Mendez

2         but go ahead and answer it again.

3         A      I don't remember.  I don't

4    remember.  A question?

5                   MS. GOLDBERG:  It's not for you to

6              ask the questions.

7                   MR. ZABELL:  Please interpret what

8              he says.

9                   MS. GOLDBERG:  I need to --

10                  MR. ZABELL:  No, no.  He's

11             answering.  Don't interrupt him.

12                  MS. GOLDBERG:  If he's about to

13             disclose --

14                  MR. ZABELL:  Don't interrupt him.

15             He's a competent person.  You insult him --

16                  MS. GOLDBERG:  I'm instructing

17             that he not disclose --

18                  MR. ZABELL:  You insult him when

19             you try to control him.  He's a big boy.

20             He knows how to answer questions.  He's

21             okay.  Don't insult your own client.

22                  MS. GOLDBERG:  I'm just reminding

23             him not to disclose what's been

24             said between he and I.  That's all I'm

25             doing, Mr. Zabell.

76

1                          P. Mendez

2          A      The same that I said before.  If

3    they bill me, I will pay them.  I don't remember

4    if they did.

5          Q      Do you have any copies of bills

6    that you received from your attorneys?

7          A      I don't believe so.  I don't know.

8    I don't believe so.

9          Q      Did you ever write any checks to

10   your attorneys?

11         A      I have the check, but I don't have

12   enough money in the bank, so how can I write a

13   check?

14         Q      So does that mean that you have

15   never written a check to your attorneys?

16         A      No.

17         Q      Now, you testified that you would

18   do side jobs for cash payments; is that correct?

19                MS. GOLDBERG:  Objection to form.

20                You can answer that.

21         A      That was four or five years ago,

22   but two or three jobs a year, and he knows it,

23   or he knew it.

24         Q      You testified that you would pay

25   for the use of Mr. Vecchia's equipment; is that

77

                                P. Mendez

1

2    correct?

3         A        As I said, when I used the 550, yes.

4         Q        Do you have any receipt or

5    documentation to prove that you paid Mr. Vecchia

6    for the use of his equipment?

7         A        No.  It was his word and mine, and

8    he would say to just leave it with the mechanic,

9    and I would take the pickup.

10                 THE INTERPRETER:  I'm sorry.

11        Clarification.

12        A        No.  Leave the pickup in the yard,

13   and take the other vehicle.

14        Q        Did you record or report any of

15   the cash payments that you received from your

16   private jobs on your income tax returns?

17                 MS. GOLDBERG:  Objection.

18        A        No.

19        Q        Did you ever ask Mr. Vecchia to

20   pay you off the books so that your children

21   could get health insurance?

22                 MS. GOLDBERG:  Objection.

23        A        I don't remember, but when we were

24   with the union, the wife always made objections.

25   She promised me four or five times that she was

78

                              P. Mendez

1

2      going to help me.  She was going to help me, but

3      she never did.

4            Q      When did you join the union?

5            A      I believe it was around 2006; it

6      seems to me.

7                   MR. ZABELL:  Mr. Mendez, I'm going

8                   to ask you to leave.

9                   (Whereupon, the witness left the

10                  conference room.)

11                  [Whereupon, the following colloquy

12                  was had outside the presence of the

13                  witness.]

14                  MR. ZABELL:  Hi, Marley.

15                  THE LAW SECRETARY:  Hello.  Is

16                  everyone on the line?

17                  MR. ZABELL:  Everyone is on the

18                  line.  We just asked the witness to leave

19                  the deposition.

20                  THE LAW SECRETARY:  Ms. Goldberg,

21                  are you there?

22                  MS. GOLDBERG:  Yes, I am.

23                  THE LAW SECRETARY:  Okay, great.

24                  I was able to speak to the judge,

25                  and I filled her in on exactly what you

1                         P. Mendez

2       were telling me.

3               The judge's directive is this:

4       She does not want there to be any

5       speaking objections during the

6       deposition.

7               Ms. Goldberg, you can object only

8       to form, and you would do that just by

9       saying the word "objection," so there

10      should not be any further speaking

11      objections.

12              If Mr. Zabell is asking repetitive

13      questions, that's how he chooses to spend

14      his seven hours, then that's how he

15      chooses to do it.

16              That's her ruling.  Do you have

17      any further issues or questions?

18          MR. ZABELL:  Nothing.  Not from

19      defendant.

20          MS. GOLDBERG:  Not at this time.

21      Not at this time.  Not at this time.

22          MR. ZABELL:  Marley, thank you for

23      your assistance.

24          THE LAW SECRETARY:  Sure.  No

25      problem.

1                          P. Mendez

2                    MS. GOLDBERG:  Thank you.

3                    MR. ZABELL:  Why don't we take a

4          two- or three-minute break?  You can use

5          the lavatory, and you can explain to your

6          client what just happened with the Court.

7                    (Whereupon, a recess was taken at

8          this time.)

9                    (A document was marked as

10         Defendants' Exhibit 3 for identification,

11         as of this date.)

12         Q     Mr. Mendez, I'm going to show you

13    a document identified as Defendants' Exhibit 3.

14                    Can you please take a look at

15    that?

16                    MS. GOLDBERG:  Do you have one for

17         me?

18                    MR. ZABELL:  Sure.

19         A     (Witness complies.)

20         Q     Do you know what this document is?

21         A     Is this the demand?

22         Q     I'm asking you the question, so

23    you tell me; yes or no?

24         A     Yes, this is the demand.

25         Q     Have you ever seen this document

81

1                              P. Mendez

2      before?

3              A       Yes.

4              Q       Do you believe that everything

5      within this document is truthful and accurate?

6              A       Yes.

7              Q       Is it true that you have incurred

8      legal bills as a result of Mr. Vecchia's lawsuit

9      against you?

10                     MS. GOLDBERG:   Objection.

11             A       I don't understand this question.

12             Q       Did you incur any legal bills as a

13     result of Mr. Vecchia suing you?

14             A       No.  It's almost the same response

15     I gave before.  If in the future I need to pay,

16     I will pay it, but right now, no.

17             Q       So if in the future you need to

18     pay, you will pay, but so far, you have not paid

19     anything; correct?

20                     MS. GOLDBERG:   Objection.

21             A       I haven't paid.

22             Q       So if the complaint says that you

23     did pay, it would not be true and accurate; is

24     that correct?

25                     THE INTERPRETER:   Can I repeat the

82

1                                P. Mendez

2        question to him?

3                    MR. ZABELL:  Yes.

4                    MS. GOLDBERG:  Objection.

5        A        I don't remember.  I haven't paid.

6    I don't remember.

7        Q        Now, every year that you worked

8    for Suffolk Paving or Suffolk Asphalt, you would

9    be laid off around November or December;

10   correct?

11                   MS. GOLDBERG:  Objection.

12       Q        Yes or no?

13       A        I have to explain.

14       Q        Just answer yes or no, and then

15   you can explain.

16                   MS. GOLDBERG:  Objection.

17       A        Okay.

18       Q        Yes or no?

19       A        Yes, but this was only

20   through 2009 that it happened.  In November

21   11th -- the other years, it was in January

22   because there was always -- or December 25,

23   because there were always small jobs to be done.

24       Q        Do you know when this lawsuit was

25   filed?

83

1                              P. Mendez

2                    MS. GOLDBERG:  Objection.

3          A        Not exactly.

4          Q        Was the lawsuit filed after you

5    were laid off in 2009?

6          A        It was before.

7          Q        What was before?

8          A        I don't remember the month, but it

9    was before.

10         Q        What was before?

11                  MS. GOLDBERG:  Objection.

12         A        I believe it was in September or

13   October.  I don't know.

14         Q        You believe the lawsuit was filed

15   in September or October?

16         A        We saw paperwork, but exactly, I

17   don't know.

18         Q        Mr. Mendez, your role here again

19   is just to answer the questions that I ask you,

20   not to explain your answer unless I ask for an

21   explanation.

22                  Do you understand that?

23         A        Yes, but sometimes there's a

24   problem for somebody to explain.

25         Q        If there is a problem, you can

84

```
 1                         P. Mendez
 2    discuss it with your attorney during the breaks
 3    or afterwards.  That's her responsibility.  This
 4    process will go a lot quicker if you just answer
 5    the questions I ask you.
 6               Do you understand that?
 7        A     That's okay.
 8        Q     Is it your position that you were
 9    laid off in November of 2009, after Suffolk Paving
10    received your lawsuit?
11               MS. GOLDBERG:  Objection.
12        A     Yes.
13        Q     Now, you have Exhibit 3 in front
14    of you; do you not?  Do you have that in front
15    of you?
16        A     Yes.
17        Q     I'm going to ask that you turn to
18    page 10 of that document.
19        A     (Witness complies.)
20        Q     Are you at page 10?
21        A     Yes.
22        Q     I'm going to ask that you look at
23    the paragraph numbered 78.
24               Do you see that; yes or no?
25        A     Yes, I see it.
```

85

1                          P. Mendez

2          Q      Do you see that paragraph 78 says,

3    "The initiating complaint in this case was

4    served upon defendants on December 14, 2009"?

5          A      Yes.

6          Q      Do you believe that statement to

7    be true and accurate?

8          A      The truth is, I see it here, but I

9    remember that I was terminated on November 11.

10   That's what I remember.

11              MS. GOLDBERG:  I need to request a

12          five-minute break.

13              MR. ZABELL:  As soon as I'm

14          finished with this line of questioning.

15         Q      Is it possible that you were laid

16   off before Suffolk Asphalt and Suffolk Paving

17   was served with the complaint?

18         A      No, because they already knew more

19   or less what was happening.  I delivered it to

20   Tommy.  I delivered the pickup and the cellular

21   phone to them.

22         Q      When did you deliver the cellular

23   phone and the pickup to them?

24         A      I don't remember very well, but I

25   delivered to them, and I think it was after the

```
 1                        P. Mendez
 2    demand.
 3          Q      It was after December of 2009?
 4          A      Yes.
 5          Q      You were laid off in November
 6    of 2009; correct?
 7          A      To my recollection, yes.  I have
 8    to check.
 9               MS. GOLDBERG:  Are you done with
10          this line of questioning?
11               MR. ZABELL:  No, I'm still going
12          on this.
13               MS. GOLDBERG:  Okay.
14          Q      So you were laid off before you
15    served a copy of the complaint on Tommy; is that
16    correct?
17          A      No, no, no.  They gave the papers,
18    but Tommy already knew what was going to happen
19    because I was complaining about the overtime.
20          Q      You were laid off before the
21    complaint was served upon Suffolk Asphalt,
22    Suffolk Pacing, and Louis Vecchia; correct?
23          A      I don't remember, but as I said, I
24    was complaining about overtime, and they already
25    knew what was going to happen.
```

87

                                    P. Mendez

1

2       Q      What would Mr. Tom McEvilly say to

3    you when you would complain?

4       A      What Tommy said was to do whatever

5    you have to do.

6       Q      Did he say anything else to you,

7    other than do what you have to do?

8              MS. GOLDBERG:  Objection.

9       Q      You may answer.

10      A      What he said was that I'll put

11   your overtime in the computer, and Louis is in

12   charge of checking what you're going to get paid

13   or not.

14      Q      Did he say anything else, other

15   than those two things?

16      A      To my recollection, no.

17      Q      When did you speak to Tom

18   McEvilly?

19             MS. GOLDBERG:  Objection.

20      A      Some four months before November,

21   and calling every Friday.

22      Q      Are you finished with your answer?

23      A      Yes, because it's difficult for me

24   to say the exact time and exact dates.

25      Q      So you're finished with your

1                       P. Mendez

2    answer?

3        A      Yes.

4               MR. ZABELL:  I believe your

5        attorney wanted to talk to you and tell

6        you how poorly your testimony is going,

7        so you may take that break now.

8               MS. GOLDBERG:  I think that's a

9        little bit of a mischaracterization

10       there, Mr. Zabell.

11              (Whereupon, a recess was taken at

12       this time.)

13              MR. ZABELL:  You look like you

14       want to say something.

15              MS. GOLDBERG:  Ready to go.  Just

16       proceed.

17       Q      Mr. Mendez, you just took about a

18   five-minute break; is that correct?

19       A      Whatever they want.

20       Q      Is that a yes or no?

21       A      For me, it's the same.

22       Q      It's the same as what?

23       A      Five minutes, yes.

24       Q      During that break, did you speak

25   with your attorney?

89

1                          P. Mendez

2          A      Yes.

3          Q      Did you talk about this

4    deposition?

5                 MS. GOLDBERG:  Objection.

6                 I'm going to instruct him not to

7           answer.

8                 MR. ZABELL:  No, you can't.  I'm

9           not asking specifics; I'm asking about

10          the deposition.  You don't have a choice.

11         A      Something different.

12         Q      She asked for a break to talk to

13   you, you talked to her during the break, but you

14   talked about something other than the

15   deposition; is that your testimony?

16         A      Yes, almost.  Yes, but it's about

17   something else.

18         Q      Do you understand why that might

19   appear to be a dishonest answer?

20                MS. GOLDBERG:  Objection.

21         A      I'm speaking the truth.  I don't

22   know.

23         Q      Do you know how much of the

24   $25,000 loan you paid back to Mr. Vecchia?

25         A      How much I have paid?

90

1                          P. Mendez

2          Q       Yes.

3                  MS. GOLDBERG:  Objection.

4          A       I don't understand that.  That I

5     have to pay to him, or what I have already paid

6     to him?

7          Q       How much have you already paid

8     back to him?

9                  Just give me an amount.

10                 MS. GOLDBERG:  Objection.

11         A       As I said before, sometimes I gave

12    him one Saturday for the week, and sometimes two

13    days per week.

14                 THE INTERPRETER:  I don't

15                 understand, actually, but I'll explain

16                 the way he said it.

17         A       How much would it be per month

18    adding $375 and $400 a day?  Again, per month.

19         Q       Do you have any idea how much you

20    paid back to Mr. Vecchia?

21         A       $25,000 from my accounts, and he

22    knows.

23         Q       When did you pay back all that

24    money?

25         A       Every Friday or every Saturday,

91

1                          P. Mendez

2      when I told him to take two days.

3              Q      Did you tell your attorney that

4      you told Mr. Vecchia to take two days off of

5      your pay every paycheck?

6                      MS. GOLDBERG:  I'm going to

7                  instruct him not to answer.

8                      MR. ZABELL:  He's got to.  He has

9                  no choice.

10                     It's absolutely necessary to

11                 determine whether or not your complaint

12                 takes into account these amounts that he

13                 says he paid my client.

14                     MS. GOLDBERG:  I do not follow.

15                 You're soliciting attorney/client

16                 privilege.

17                     MR. ZABELL:  I'm not surprised

18                 that you do not follow.

19                     I'm entitled to an answer.

20                     MS. GOLDBERG:  I think it's

21                 attorney/client privilege.

22                     I'm going to instruct him not to

23                 answer.

24             Q      This complaint that you have in

25      front of you as Exhibit 3, does that include

1                    P. Mendez

2   allegations of not getting paid for periods of

3   time that you claim you told Mr. Vecchia to

4   deduct from your pay?

5                    MS. GOLDBERG:  Objection.

6        A     No.

7                    THE INTERPRETER:  May I ask the

8              witness to break the response so I can --

9                    MR. ZABELL:  Sure.

10       A     No, because so far, we've only

11  talked about Monday through Friday.  Saturdays,

12  he only paid us in cash.

13       Q     I thought you testified earlier

14  that you didn't receive cash every week.

15                    Didn't you testify to that?

16       A     No.  What I said was that he did

17  pay me in cash, but that on Saturdays, he would

18  take $400 or $375 in payment of the loan for the

19  $25,000.

20       Q     So every week, you got paid in

21  cash and in check?

22                    MS. GOLDBERG:  Objection.

23       A     No.  It's the same answer, but on

24  Saturdays, he knew that we were going to get

25  paid, and Saturdays he would withhold.  I don't

93

1                              P. Mendez

2      know how he was going to pay it, by check or in

3      cash, but Saturdays belonged to him.

4              Q       Mr. Mendez, I need you to pay

5      attention to these questions.  They're very

6      important; okay?

7              A       Yes.

8              Q       When you worked at Suffolk Asphalt

9      and Suffolk Paving, did you work every Saturday?

10             A       Yes, almost every Saturday because

11     I did cement.  Yes, almost all Saturdays.

12             Q       Did you receive cash payments for

13     your work on weekends?

14             A       As I said, from six to nine times

15     per year.

16             Q       Did you report those cash payments

17     on your income tax returns?

18             A       No, because they didn't want us to

19     say anything about it.

20             Q       Did there come a time, Mr. Mendez,

21     where you became a union member?

22             A       Yes.  It seems in 2006.

23             Q       What union did you become a

24     member?

25             A       Local 138.

94

1                        P. Mendez

2        Q       Are you familiar with a document

3    called a collective bargaining agreement?

4                MS. GOLDBERG:  Objection.

5        A       No.

6        Q       Are you familiar with any sort of

7    document that governs the terms and conditions

8    of your employment?

9                MS. GOLDBERG:  Objection.

10       A       I don't understand that question.

11       Q       Do you know what the terms and

12   conditions of your employment means?

13       A       Well, 138 deals with driving

14   equipment.

15       Q       Do you pay union dues to Local 138?

16       A       Yes.

17       Q       Are contributions made from your

18   paycheck to Local 138?

19       A       I've just been paying every month.

20   I don't know anything else.

21       Q       Were you bringing home more money

22   in your paycheck before you became a union

23   member or after you became a union member?

24       A       Just about the same.

25               (A document was marked as

1                          P. Mendez

2              Defendants' Exhibit 4 for identification,

3              as of this date.)

4         Q      I'm going to show you a document

5    called Defendants' Exhibit 4.

6                Do you know what that document is?

7         A      Yes.

8         Q      What is that document?

9         A      This is the manual of the union.

10   It's not the booklet, but it's the laws as a

11   member.

12        Q      Is it a copy of the booklet?

13        A      Yes.

14        Q      It has your name on it; does it

15   not?

16        A      Yes.

17        Q      Did you write that?

18        A      Yes, I believe so.

19        Q      Are you currently a member of

20   Local 138?

21        A      I still am; yes.

22        Q      Weren't you recently removed from

23   the union for committing fraudulent activities?

24               MS. GOLDBERG:  Objection.

25        Q      You may answer.

```
 1                         P. Mendez
 2        A       I have a letter, but I don't know
 3   exactly what happened.  I have paid up until
 4   November.
 5        Q       Does that letter say that you're
 6   removed from the union?
 7                MS. GOLDBERG:  Objection.
 8        A       What I understand that the letter
 9   says is that they're going to get me a chance,
10   and my boss spoke to the boss, and they will let
11   me know.
12        Q       Who is your boss?
13        A       Right now he's called Brian, but I
14   don't know his surname.
15        Q       What is the name of your employer?
16        A       DF Stone.
17        Q       What type of work are you doing at
18   DF Stone?
19        A       The same.  Machinery operator.
20        Q       Do you do any work on prevailing
21   wage jobs?
22        A       Yes.
23        Q       Are you getting paid prevailing
24   wage rates?
25        A       Yes.  If I work as a common
```

97

                                P. Mendez

1

2    laborer, they pay me the rate of laborer on that

3    day.  If I operate the machine, they pay me the

4    machine operator's rate.

5              Q       What is the machine operator's

6    rate?

7         A       I'm not sure; 76 or 79.

8              Q       When you worked for Suffolk

9    Asphalt or Suffolk Paving, did you ever get paid

10   double time?

11             MS. GOLDBERG:  Objection.

12        A       I believe not.  Maybe a few times.

13             Q       When you worked for Suffolk

14   Paving, did you ever get paid time-and-a-half?

15        A       The same answer.  Maybe a little

16   bit.  It didn't happen very often.

17             Q       Did you ever get paid grease time?

18             MS. GOLDBERG:  Objection.

19        A       In the beginning, not.  Afterwards

20   when they realized what the laws prescribed,

21   yes.  They would pay me about half-an-hour.

22             Q       Did you ever arrive at work early

23   to grease your vehicle?

24             MS. GOLDBERG:  Objection.

25        A       We started at 6:30, and I used my

1                              P. Mendez

2    lunchtime because I almost don't eat, and he

3    knows that.

4          Q      When you worked for Suffolk

5    Asphalt and Suffolk Paving, what time did you

6    arrive on the work site every day?

7                    MS. GOLDBERG:  Objection.

8          A      It depended on them.  If Tommy

9    said that you should show up in the yard at

10   6:30, I would do so.

11                   Locally it was 6:30, Riverhead,

12   Nassau a bit earlier, and the City, earlier

13   still.

14         Q      Did you show up in the yard every

15   day before work?

16                   MS. GOLDBERG:  Objection.

17         A      Mostly, yes.

18         Q      Why?

19         A      It was their order.  It was their

20   order to go to the yard.

21         Q      Were you picking up any material

22   in the mornings in the yard?

23         A      Sometimes, yes; sometimes, no.  It

24   was according to the orders they gave, and if

25   they said go directly to the job, then we would

99

P. Mendez

1
2   go directly to the job.
3       Q    Did you ever pick up workers on
4   your way to the yard?
5       A    Only those that were with me in my
6   group.
7       Q    Were there workers that could just
8   go directly to the job and meet you there?
9            MS. GOLDBERG:  Objection.
10      Q    You can answer.
11      A    Everybody had to go to the yard.
12  If they gave me a few more workers, I would pick
13  them up at the yard.
14      Q    I'm going to show you this
15  document.
16           Have you ever seen this document
17  before?
18      A    (Perusing.)
19           No.
20      Q    Did you ever see this billboard
21  before?
22           MS. GOLDBERG:  Objection.
23      A    (Perusing.)  No, no.  I don't
24  remember.
25      Q    Thank you.  I'll take that back.

1                    P. Mendez

2              What is the union policy on paying

3    you travel time?

4        A      From what I understand, the union

5    says to go to the job, but their laws were to go

6    to the yard.

7        Q      Did you ever complain to the union

8    throughout your employment at Suffolk Asphalt or

9    Suffolk Paving?

10       A      I've never done so.  They asked

11   many times, but I did not do it in order to keep

12   my job.

13       Q      So you pay money out of every

14   paycheck for an organization whose job it is to

15   protect your rights, but you never filed a

16   complaint with them against Suffolk Asphalt or

17   Suffolk Paving; is that correct?

18              MS. GOLDBERG:  Objection.

19              THE INTERPRETER:  Shall I repeat

20          the question to him?

21              MR. ZABELL:  Is that what he

22          asked?

23              THE INTERPRETER:  He doesn't

24          understand the question.

25       Q      I'm going to ask the question

101

```
 1              P. Mendez
 2   again, and I'll say it nice and slow.
 3              You pay money from every one of
 4   your paychecks to a union, but you didn't
 5   complain to that union when you thought you were
 6   being shorted in your pay?
 7              MS. GOLDBERG:  Objection.
 8        A    For the same reason.  Because
 9   every time he had to pay us overtime, it would
10   be a problem for him, so we didn't file a
11   complaint.  We never complained.
12        Q    So you never complained to the
13   union who you give money to, but you did
14   complain to Ms. Goldberg, who you do not give
15   money to; is that your testimony?
16              MS. GOLDBERG:  Objection.
17              Again, you're soliciting his --
18        Q    You can answer the question.
19              MS. GOLDBERG:  You're going after --
20              MR. ZABELL:  That's a speaking
21         objection.
22              MS. GOLDBERG:  And I'm going to
23         instruct him not to answer.
24              MR. ZABELL:  No, you don't have
25         that right.
```

```
 1                    P. Mendez
 2            MS. GOLDBERG:  You're eliciting
 3       attorney/client privileges.
 4            MR. ZABELL:  You're absolutely
 5       incorrect.  One more word and I will call
 6       the judge back.  It's on the record.
 7            MS. GOLDBERG:  Please read over
 8       the question.
 9            I believe that's soliciting
10       attorney/client privilege information.
11            MR. ZABELL:  Maybe if you put away
12       your phone and paid attention to the
13       question, you'd realize the absurdity of
14       your objection.
15            MS. GOLDBERG:  I'm sitting here.
16       There's no need to...
17            MR. ZABELL:  Go ahead.  You can
18       read back the question.
19            (Whereupon, the requested portion
20       of the record was read by the court
21       reporter.)
22  Q       Yes, you can answer that.
23            MS. GOLDBERG:  You're soliciting
24       what he told me.
25            MR. ZABELL:  No, I'm not.
```

1                          P. Mendez

2              MS. GOLDBERG:  Isn't that not

3        attorney/client privilege?

4              MR. ZABELL:  Do you not understand

5        the concept of a legal complaint?

6              MS. GOLDBERG:  Well, then ask him

7        that.  Ask him that.

8              MR. ZABELL:  Lauren, I'm warning

9        you.  Your role here is to remain silent.

10       You objected to the form.  You've already

11       been warned by the Court.

12             You can object to the form --

13             MS. GOLDBERG:  If you're

14       soliciting attorney/client privilege, I'm

15       allowed to object.

16       Q      You may answer the question.  You

17  may answer the question now, sir.

18       A      For the same reason.  In order not

19  to cause a problem to him, but later on, he

20  claimed there's no money.  There is no money.

21       Q      Is this the same person that you

22  thanked at the beginning of this deposition for

23  helping take care of yourself and your family?

24             MS. GOLDBERG:  Objection.

25       A      Yes, it's the same person, and I

104

1                          P. Mendez

2    will thank him for the rest of my life, but he

3    has been changing bit by bit.

4          Q       So you're thanking him by suing

5    him.

6                  Do you understand that?

7                  MS. GOLDBERG:  Objection.

8          A       I understand, but it was not a

9    decision -- it was a decision of many people,

10   and sometimes he would do things that would get

11   me over my head.  Do you understand?

12         Q       But not everybody is suing.

13                 Your brother is not suing him;

14   correct?

15                 MS. GOLDBERG:  Objection.

16         A       Yes, but my brother has not worked

17   for him that long.  He started last year.  He

18   worked for him before, but year by year.  I

19   believe a year-and-a-half, he worked for him.

20         Q       And still to this day, Mr. Vecchia

21   has offered to help you if you needed help; is

22   that correct?

23                 MS. GOLDBERG:  Objection.

24         A       It is possible, yes.

25         Q       Now, you know that if you don't

105

1                           P. Mendez

2      want to sue Mr. Vecchia, you don't have to sue

3      Mr. Vecchia.

4                    Do you understand that?

5                    MS. GOLDBERG:  Objection.

6           A     I agree.

7           Q     Some of the things that

8      Mr. Vecchia did that got you angry was

9      installing GPS in the truck; correct?

10          A     He did so in all the trucks.

11          Q     And that got you angry; correct?

12                   MS. GOLDBERG:  Objection.

13          A     No.  I just was claiming overtime,

14     and he hung up on me because he was telling me

15     I'm checking all the vehicles, but I'm not

16     checking the overtime, and that is the reason

17     why I hung up the phone on him.

18          Q     Did you ever disconnect the GPS

19     from the truck?  Look at me please.  Did you

20     ever disconnect the GPS in the truck?

21                   MS. GOLDBERG:  Objection.

22          A     Yes, but the reason is that they

23     were checking only the GPS and not the overtime,

24     and I told them, the person who disconnected it,

25     check with Louie, and I told the person to check

106

1                              P. Mendez

2       with Louie and Helene so that they could check

3       not only the GPS, but also my overtime.

4               Q       When did you disconnect the GPS?

5               A       I don't remember.

6               Q       How many times did you disconnect

7       the GPS?

8               A       One, two, or three times; not

9       more.

10              Q       Not more than three times?

11              A       I don't remember, but I remember

12      that when I got more annoyed, yes.

13              Q       Do you understand that that's

14      considered destruction of company property?

15                      MS. GOLDBERG:  Objection.

16              A       No, no.  Because I only took out

17      the fuse.

18              Q       Did you get into a fight with the

19      man that was sent to fix the GPS unit?

20                      MS. GOLDBERG:  Objection.

21              A       No.  I only told him that I just

22      want them to check not only the GPS, but also

23      the overtime, and that they check with him and

24      his wife.

25              Q       Do you know if the GPS was used to

1                          P. Mendez

2    track overtime?

3         A       No, I only know that if the

4    drivers are going too fast, his wife would call;

5    otherwise, I don't know.

6         Q       And that bothered you too?

7                 MS. GOLDBERG:   Objection.

8         A       No, because he knows that if I had

9    to work, I work.  Every time I have to work, I

10   worked.

11        Q       How did you keep track of your

12   overtime?

13        A       They did this by means of a

14   timesheet.  I don't know what it's called in

15   Spanish, but they gave us an hour, a time to

16   arrive at the yard, and I always arrived ten or

17   15 minutes before the time I was supposed to

18   arrive at the yard.

19        Q       Did you keep track of your time on

20   a daily basis?

21        A       For a majority of time, yes.

22        Q       Where are those records?

23        A       We gave them the day before they

24   made the check.  We gave them on Wednesdays to

25   Tommy.  Tommy would put them in the computer,

1                              P. Mendez

2    and sometimes he would tear them up.

3         Q      Is it your position that when you

4    would give in your hours, you would only get

5    paid for most of your time, but not all of it?

6              MS. GOLDBERG:  Objection.

7         Q      You may answer.

8         A      The majority are 40 hours, because

9    we had to work ten hours in order to get paid

10   for eight hours.

11        Q      Are you saying you got paid for

12   the majority of your time?

13             MS. GOLDBERG:  Objection.

14        A      Of the 40 hours, not the overtime.

15        Q      Were there lunch breaks on each

16   work site?

17        A      Breakfast, yes; but lunch, I

18   almost never took.  A cup of coffee, that is the

19   extent of my lunch; five or ten minutes.  That's

20   about it.

21        Q      So you would take a breakfast

22   break each day?

23             MS. GOLDBERG:  Objection.

24        A      Almost never.

25        Q      You just testified that you took a

109

1                          P. Mendez

2    breakfast break.

3                    MS. GOLDBERG:  Objection.

4                    THE INTERPRETER:  Clarification.

5              The person who worked with him took a

6              breakfast break, but he, almost never.

7         Q      Who was that person?

8         A      Well, they gave me several people.

9         Q      Nobody you can think of right now?

10                   MS. GOLDBERG:  Objection.

11        A      It could be Alejandro who worked a

12   bit more time with me.

13        Q      Anybody else?

14        A      For the past five years, another

15   one was called Javier, but Javier doesn't work

16   there anymore.

17        Q      You were given a vehicle to

18   transport yourself to and from work; correct?

19                   MS. GOLDBERG:  Objection.

20        A      Yes.

21        Q      You were given money to fuel that

22   vehicle; is that correct?

23                   MS. GOLDBERG:  Objection.

24        A      No.

25        Q      How did you fill up that vehicle

1                          P. Mendez

2     with gasoline?

3                 MS. GOLDBERG:  Objection.

4          A     There was a pump in the yard.

5          Q     So you never paid for fuel for

6     that vehicle; is that correct?

7                 MS. GOLDBERG:  Objection.

8          A     No, because the group leaders he

9     gave a vehicle and a cellular phone, as I said

10    before.

11         Q     And he gave you the cellular phone

12    and the vehicle; correct?

13                MS. GOLDBERG:  Objection.

14         A     Yes.

15         Q     What is the industry practice when

16    a group leader is given a vehicle?

17                MS. GOLDBERG:  Objection.

18         A     Because he is a chief or a

19    foreman, he gave it to me.  I didn't ask for it.

20         Q     Do you know what the industry

21    standard is with regard to pay when you're

22    driving the company vehicle?

23                MS. GOLDBERG:  Objection.

24         A     I don't understand, but he never

25    made mention of that.

111

1                         P. Mendez

2         Q        The current company that you work

3    for, are they giving you a vehicle?

4         A        Yes, but one is a foreman or a

5    supervisor.  They give you a vehicle, but now

6    I'm not a foreman, so I don't have a vehicle.

7         Q        How did you communicate with

8    Louis Vecchia when you worked for Suffolk Asphalt

9    or Suffolk Paving?

10                 MS. GOLDBERG:  Objection.

11        A        Anytime there was a problem, I

12   communicated with the dispatcher or Tommy, and

13   if I had to call him, I would call him on his

14   telephone, or he would call me back on my

15   cellphone.

16        Q        What language did you communicate

17   with him?

18        A        Not only in English, but a few

19   words like, what's happening, et cetera.

20                 MR. ZABELL:  Why don't we take a

21          lunch.

22                 (Whereupon, a luncheon recess was

23          taken from 1:30 p.m. to 2:30 p.m.)

24                 MS. GOLDBERG:  I'd like to mark

25          all the questions regarding the GPS

112

1                           P. Mendez

2       system as confidential.

3               MR. ZABELL:  With regard to the

4       GPS system questions being marked as

5       confidential, I will review the

6       confidentiality agreement to determine

7       whether or not I agree with the

8       designation, but there is a procedure in

9       place for addressing when there is a

10      dispute.

11              Ms. Goldberg and I have discussed

12      it, and we have agreed that we will

13      adjourn the remainder of today's

14      deposition to give the parties an

15      opportunity to discuss this matter

16      further.

17              Both parties have committed to

18      having real discussions about a

19      resolution of this matter, and if we're

20      unable to do so, we'll resume with

21      Mr. Mendez's deposition in short order,

22      and the amount of time that we've

23      conducted this deposition so far will

24      count towards at least one of the

25      defendants' seven-hour period of time in

1              P. Mendez

2      which to depose this individual.

3              MS. GOLDBERG:  It's also my

4      understanding as part of this, that we're

5      going to delay the depositions that are

6      next week so that we can have a dialog,

7      because Monday may not be enough to --

8      we're going to get you a demand on

9      Monday, but to have any -- there needs to

10     be further dialog.

11             I'm hoping that we can spend next

12     week trying to work on a settlement.

13     Like I said, we are going to get you a

14     demand, but obviously, I'm sure as you're

15     aware, it's usually not a one-day

16     process.

17             (Continued on next page.)

18

19

20

21

22

23

24

25

114

1

2          MR. ZABELL:  I will commit to at

3     least adjourning until Monday, and we

4     will be in communications on Monday.

5          MS. GOLDBERG:  I think there is

6     one on Tuesday, as well.

7          MR. ZABELL:  Okay, we'll adjourn

8     Monday and Tuesday.

9          Mr. Mendez, is this okay with you?

10         THE WITNESS:  Good, yes.

11         (Time noted:  3:00 p.m.)

12

13         _____

                PRACELIS   MENDEZ

14

15   Signed and subscribed to before me this

16   _____ day of _____, 2011.

17   _____

     Notary Public, State of New York

18

19

20

21

22

23

24

25

115

## INDEX TO TESTIMONY

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Pracelis Mendez | Mr. Zabell | 4 |


## REQUESTS FOR PRODUCTION

| DESCRIPTION | PAGE |
|---|---|
| Copy of Mr. Mendez's passport | 9 |
| Home Depot receipts | 40 |
| Payroll documents not yet produced | 41 |
| Income tax returns from 2001 to present | 54 |


## INSERTS

| | PAGE |
|---|---|
| Tax preparer's name | 57 |


## EXHIBITS

| DEFENDANTS' | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Document | 27 |
| 2 | Document | 28 |
| 3 | Document | 80 |
| 4 | Document | 94 |

116

1

2                    C E R T I F I C A T E

3

4

5          I, KAREN M. LaMENDOLA, a Notary Public in

6    and for the State of New York, do hereby

7    certify:

8          THAT the witness whose testimony is

9    hereinbefore set forth, was duly sworn by me;

10   and

11         THAT the within transcript is a true

12   record of the testimony given by said witness.

13         I further certify that I am not related,

14   either by blood or marriage, to any of the

15   parties in this action; and

16         THAT I am in no way interested in the

17   outcome of this matter.

18         IN WITNESS WHEREOF, I have hereunto set

19   my hand this 26th day of July, 2011.

20

21

22                    _____
                      KAREN M. LaMENDOLA
23

24

25

117

1

2                          ERRATA SHEET

3            I wish to make the following changes for

4       the following reasons:

5       PAGE LINE

6       ____ ____   CHANGE: _____

7                   REASON: _____

8       ____ ____   CHANGE: _____

9                   REASON: _____

10      ____ ____   CHANGE: _____

11                  REASON: _____

12      ____ ____   CHANGE: _____

13                  REASON: _____

14      ____ ____   CHANGE: _____

15                  REASON: _____

16      ____ ____   CHANGE: _____

17                  REASON: _____

18      ____ ____   CHANGE: _____

19                  REASON: _____

20      ____ ____   CHANGE: _____

21                  REASON: _____

22      ____ ____   CHANGE: _____

23                  REASON: _____

24      ____ ____   CHANGE: _____

25                  REASON: _____

1

| **$** | **2** | **5** |
|---|---|---|

**$1,200** [1] - 33:15
**$20** [1] - 39:13
**$200** [2] - 34:3, 37:25
**$25** [1] - 32:14
**$25,000** [12] - 23:20, 24:4, 24:14, 28:20, 58:17, 60:2, 60:9, 60:23, 61:17, 89:24, 90:21, 92:19
**$300** [2] - 32:14, 38:15
**$325** [1] - 25:13
**$375** [4] - 25:13, 29:20, 90:18, 92:18
**$400** [4] - 25:13, 29:21, 90:18, 92:18
**$777.77** [1] - 30:16

**'**

**'89** [1] - 7:23
**'98** [1] - 38:13

**0**

**09-CV-5331** [1] - 1:10

**1**

**1** [3] - 27:8, 27:11, 115:19
**1-5** [1] - 1:12
**10** [2] - 84:18, 84:20
**10017** [1] - 2:10
**11** [1] - 85:9
**11716** [1] - 2:5
**11717** [1] - 22:24
**11th** [1] - 82:21
**138** [5] - 93:25, 94:13, 94:15, 94:18, 95:20
**14** [1] - 85:4
**15** [2] - 72:11, 107:17
**15th** [2] - 35:7, 35:9
**16** [1] - 22:13
**17-and-a-half** [1] - 22:12
**1969** [1] - 7:18
**1998** [5] - 32:18, 38:21, 39:8, 41:19, 42:4
**1:30** [1] - 111:23
**1st** [2] - 35:6, 35:9

**2** [5] - 7:18, 28:24, 29:4, 29:25, 115:20
**2000** [1] - 32:18
**2001** [12] - 34:25, 35:3, 41:14, 41:22, 42:7, 50:6, 50:10, 50:15, 50:20, 54:9, 56:17, 115:12
**2002** [1] - 50:22
**2003** [1] - 50:24
**2004** [4] - 51:2, 51:5, 51:9, 52:5
**2005** [5] - 23:3, 39:7, 39:8, 52:3, 52:6
**2006** [6] - 52:7, 53:9, 53:12, 53:13, 78:5, 93:22
**2007** [6] - 50:4, 52:9, 52:23, 53:5, 53:12, 53:13
**2008** [4] - 8:17, 50:2, 52:12, 52:19
**2009** [13] - 8:17, 33:11, 46:22, 49:24, 52:10, 52:14, 52:16, 82:20, 83:5, 84:9, 85:4, 86:3, 86:6
**2010** [4] - 46:7, 49:6, 49:15, 49:17
**2011** [3] - 1:14, 114:16, 116:19
**22** [1] - 1:14
**25** [2] - 35:11, 82:22
**26th** [1] - 116:19
**27** [1] - 115:19
**28** [1] - 115:20
**2:30** [1] - 111:23

**3**

**3** [5] - 80:10, 80:13, 84:13, 91:25, 115:21
**31** [1] - 1:20
**3:00** [1] - 114:11

**4**

**4** [4] - 95:2, 95:5, 115:4, 115:22
**40** [1] - 108:8, 108:14, 115:10
**41** [1] - 115:11
**42** [1] - 8:7
**4875** [2] - 1:16, 2:5

**501** [1] - 2:9
**54** [1] - 115:12
**550** [2] - 37:24, 77:3
**57** [1] - 115:15
**589-7242** [1] - 71:23
**59** [4] - 4:16, 22:23, 23:2, 23:4

**6**

**631** [1] - 71:23
**6:30** [3] - 97:25, 98:10, 98:11

**7**

**76** [1] - 97:7
**78** [2] - 84:23, 85:2
**79** [1] - 97:7

**8**

**80** [1] - 115:21

**9**

**9** [1] - 115:9
**94** [1] - 115:22
**9:30** [1] - 1:15

**A**

**a.m** [1] - 1:15
**ability** [2] - 4:6, 21:23
**able** [3] - 15:19, 72:2, 78:24
**above-mentioned** [1] - 1:22
**absolutely** [3] - 16:23, 91:10, 102:4
**absurdity** [1] - 102:13
**acceptable** [1] - 47:9
**accepted** [1] - 38:19
**accident** [2] - 39:18, 39:20, 40:6
**accordance** [1] - 49:4
**according** [2] - 29:21, 98:24
**account** [2] - 28:14, 91:12
**accountant** [1] -

24:11, 29:24, 30:10, 55:24, 56:3
**accounts** [1] - 90:21
**accurate** [4] - 44:19, 81:5, 81:23, 85:7
**accused** [1] - 57:18
**action** [1] - 116:15
**activities** [1] - 95:23
**actual** [1] - 59:16
**adding** [1] - 90:18
**addition** [1] - 32:9
**additional** [1] - 11:3
**address** [2] - 4:15, 20:16
**addressing** [2] - 49:2, 112:9
**adjourn** [2] - 112:13, 114:7
**adjourning** [1] - 114:3
**adjudicate** [1] - 71:4
**administer** [1] - 3:16
**advance** [2] - 11:6, 15:6
**adversary** [2] - 66:17, 67:12
**adverse** [1] - 47:6
**advice** [1] - 67:24
**advise** [1] - 17:12
**advised** [3] - 60:6, 67:16, 67:18
**affirmance** [1] - 7:8
**affirmances** [1] - 6:2
**afternoon** [2] - 66:13, 66:15
**afterwards** [5] - 32:10, 32:12, 45:14, 84:3, 97:19
**ago** [4] - 8:11, 8:14, 63:3, 76:21
**agree** [4] - 49:2, 57:8, 105:6, 112:7
**agreed** [3] - 24:10, 48:20, 112:12
**AGREED** [3] - 3:4, 3:9, 3:13
**agreement** [4] - 25:2, 29:20, 94:3, 112:6
**ahead** [2] - 75:2, 102:17
**air** [1] - 9:4
**alcohol** [2] - 8:6, 8:8
**ALEJANDRO** [1] - 1:4
**Alejandro** [1] - 109:11
**ALEX** [1] - 1:4
**allegations** [2] - 69:19, 92:2
**alleged** [2] - 69:22,

**70**:2
**allowed** [2] - 52:21, 103:15
**almost** [8] - 81:14, 89:16, 93:10, 93:11, 98:2, 108:18, 108:24, 109:6
**ALSO** [1] - 2:20
**AMAYA** [1] - 1:4
**AMIR** [1] - 1:4
**amount** [2] - 90:9, 112:22
**amounts** [1] - 91:12
**AMSON** [1] - 4:2
**Amson** [1] - 2:20
**AND** [3] - 3:4, 3:9, 3:13
**angry** [2] - 105:8, 105:11
**annoyed** [1] - 106:12
**answer** [112] - 5:5, 5:6, 6:20, 7:3, 9:14, 9:18, 13:24, 13:25, 14:9, 15:14, 16:5, 16:15, 16:21, 17:7, 17:17, 17:19, 18:19, 18:25, 19:5, 19:7, 19:8, 19:9, 19:14, 19:20, 20:21, 21:5, 23:12, 23:15, 23:24, 24:6, 24:12, 25:5, 25:8, 29:16, 29:17, 31:21, 31:24, 34:7, 36:8, 36:13, 36:14, 36:22, 37:4, 37:20, 38:7, 38:25, 40:2, 40:19, 42:15, 43:3, 44:4, 44:11, 44:22, 45:6, 46:11, 46:15, 46:25, 49:19, 49:20, 51:23, 54:17, 58:7, 59:10, 59:23, 60:11, 61:5, 62:13, 62:16, 63:6, 63:17, 63:18, 63:25, 64:15, 64:16, 64:23, 65:7, 65:9, 65:15, 65:22, 66:7, 68:22, 69:3, 69:6, 70:22, 72:12, 72:13, 74:19, 75:2, 75:20, 76:20, 82:14, 83:19, 83:20, 84:4, 87:9, 87:22, 88:2, 89:7, 89:19, 91:7, 91:19, 91:23, 92:23, 95:25, 97:15, 99:10, 101:18, 101:23, 102:22, 103:16, 103:17, 108:7
**answered** [4] - 63:15, 64:14, 64:22,

65:20
**answering** [5] - 16:23, 47:16, 49:22, 70:14, 75:11
**answers** [2] - 4:5, 5:22
**anytime** [1] - 111:11
**appear** [1] - 89:19
**appeared** [2] - 21:2, 24:9
**apply** [3] - 52:24, 53:5, 53:9
**appropriate** [2] - 47:12, 47:13
**AREVALO** [1] - 1:4
**arrive** [5] - 64:6, 97:22, 98:6, 107:16, 107:18
**arrived** [1] - 107:16
**Article** [1] - 1:20
**Asphalt** [12] - 42:22, 43:16, 45:4, 82:8, 85:16, 86:21, 93:8, 97:9, 98:5, 100:8, 100:16, 111:8
**ASPHALT** [1] - 1:11
**asphalt** [1] - 35:15
**assertion** [1] - 73:9
**assist** [3] - 23:10, 55:19, 67:20
**assistance** [2] - 66:21, 79:23
**ASSOCIATES** [1] - 2:4
**assume** [2] - 10:13, 58:17
**assumed** [2] - 6:21, 13:10
**attention** [1] - 93:5, 102:12
**attorney** [30] - 9:8, 9:11, 9:20, 10:2, 10:6, 15:5, 15:11, 15:25, 16:13, 16:17, 18:16, 20:4, 20:14, 20:20, 26:3, 30:21, 30:23, 31:3, 41:4, 54:13, 57:3, 58:4, 58:9, 58:18, 70:8, 74:13, 84:2, 88:5, 88:25, 91:3
**attorney/client** [11] - 9:15, 12:15, 16:22, 59:9, 60:13, 91:15, 91:21, 102:3, 102:10, 103:3, 103:14
**attorneys** [5] - 3:5, 71:10, 76:6, 76:10, 76:15
**Attorneys** [2] - 2:4,

2:9
**August** [1] - 7:18
**authorized** [1] - 3:16
**available** [1] - 66:25
**Avenue** [1] - 2:9
**avoided** [1] - 39:17
**aware** [2] - 16:3, 113:15

**B**

**bad** [1] - 26:18
**bank** [2] - 28:14, 76:12
**bargaining** [1] - 94:3
**based** [2] - 19:13, 44:15
**basis** [5] - 17:20, 25:12, 47:2, 47:3, 107:20
**Bay** [1] - 56:15
**bear** [1] - 30:2
**became** [6] - 22:14, 22:19, 46:3, 93:21, 94:22, 94:23
**become** [1] - 93:23
**BEFORE** [1] - 1:18
**beginning** [6] - 8:24, 32:17, 38:14, 42:4, 97:19, 103:22
**belonged** [1] - 93:3
**benefits** [8] - 52:17, 52:20, 52:24, 53:6, 53:10, 53:18, 53:19, 53:24
**best** [2] - 4:6, 67:25
**between** [7] - 3:5, 9:16, 17:22, 29:20, 50:10, 50:15, 75:24
**beyond** [1] - 12:17
**big** [1] - 75:19
**bill** [4] - 60:21, 65:16, 69:24, 76:3
**billboard** [1] - 99:20
**billing** [1] - 61:23
**bills** [8] - 15:20, 61:2, 61:9, 61:14, 74:2, 76:5, 81:8, 81:12
**birth** [1] - 7:16
**bit** [8] - 26:18, 41:12, 88:9, 97:16, 98:12, 104:3, 109:12
**blood** [1] - 116:14
**Bohemia** [2] - 1:16, 2:5
**booklet** [2] - 95:10, 95:12
**books** [1] - 77:20
**bordering** [1] - 63:24

**borrow** [1] - 37:24
**boss** [4] - 45:9, 96:10, 96:12
**bothered** [1] - 107:6
**Boulevard** [2] - 56:12, 56:14
**boy** [1] - 75:19
**break** [24] - 6:24, 7:2, 7:4, 26:11, 27:4, 30:20, 47:18, 47:20, 47:23, 48:2, 48:5, 49:11, 71:25, 80:4, 85:12, 88:7, 88:18, 88:24, 89:12, 89:13, 92:8, 108:22, 109:2, 109:6
**breakfast** [4] - 108:17, 108:21, 109:2, 109:6
**breaks** [2] - 84:2, 108:15
**Brentwood** [2] - 4:16, 22:23
**Brian** [1] - 96:13
**bringing** [1] - 94:21
**Broadway** [1] - 20:17
**brother** [2] - 104:13, 104:16
**business** [1] - 39:9
**BY** [3] - 2:6, 4:10, 115:3

**C**

**camera** [1] - 15:23
**cameras** [2] - 15:9, 15:17
**cannot** [3] - 6:15, 55:2, 55:7
**capitulation** [1] - 19:14
**care** [3] - 15:20, 103:23
**CARLOS** [1] - 1:5
**case** [4] - 14:20, 15:12, 47:7, 85:3
**Case** [1] - 1:9
**cases** [1] - 64:17
**cash** [2] - 32:8, 32:14, 32:20, 32:24, 33:4, 33:6, 33:9, 33:12, 33:13, 33:20, 33:23, 34:3, 40:16, 76:18, 77:15, 92:12, 92:14, 92:17, 92:21, 93:3, 93:12, 93:16
**CASTILLO** [1] - 1:6
**cellphone** [1] - 115:11

**cellular** [6] - 38:15, 38:17, 85:20, 85:22, 110:9, 110:11
**cement** [1] - 93:11
**certification** [1] - 3:7
**certify** [2] - 116:7, 116:13
**cetera** [1] - 111:19
**chambers** [1] - 66:14
**chance** [1] - 96:9
**CHANGE** [10] - 117:6, 117:8, 117:10, 117:12, 117:14, 117:16, 117:18, 117:20, 117:22, 117:24
**changes** [1] - 117:3
**changing** [1] - 104:3
**characterization** [1] - 35:18
**charge** [5] - 43:22, 45:10, 59:7, 63:11, 87:12
**charged** [3] - 61:20, 62:4, 62:9
**cheaper** [2] - 39:13, 39:14
**check** [25] - 25:24, 26:2, 27:18, 27:19, 27:23, 28:13, 32:14, 32:25, 33:2, 33:12, 34:4, 43:6, 56:24, 76:11, 76:13, 76:15, 86:8, 92:21, 93:2, 105:25, 106:2, 106:22, 106:23, 107:24
**checking** [4] - 87:12, 105:15, 105:16, 105:23
**checks** [5] - 30:15, 43:14, 43:16, 43:19, 76:9
**chief** [1] - 110:18
**child** [3] - 22:16, 57:15, 57:19
**children** [4] - 22:8, 22:11, 22:17, 77:20
**choice** [3] - 59:13, 89:10, 91:9
**chooses** [2] - 79:13, 79:15
**CHRISTOPHER** [1] - 1:11
**City** [1] - 98:12
**Civil** [1] - 1:20
**claim** [2] - 58:19, 92:3
**claimed** [1] - 103:20
**claiming** [1] - 105:13

**Clarification** [3] - 43:8, 77:11, 109:4
**clarification** [1] - 43:13
**clarify** [2] - 59:22, 68:10
**clearly** [1] - 69:6
**client** [5] - 9:17, 18:24, 75:21, 80:6, 91:13
**clients** [2] - 55:3, 55:8
**clogging** [1] - 68:13
**coffee** [1] - 108:18
**cold** [5] - 35:10, 35:15, 35:21, 36:5, 36:19
**collect** [2] - 53:17, 53:23
**collecting** [1] - 54:7
**collective** [1] - 94:3
**colloquy** [1] - 78:11
**coming** [1] - 43:16
**commit** [1] - 114:2
**committed** [1] - 112:17
**committing** [1] - 95:23
**common** [1] - 96:25
**communicate** [2] - 111:7, 111:16
**communicated** [1] - 111:12
**communicating** [1] - 69:13
**communication** [1] - 68:15
**communications** [1] - 114:4
**company** [6] - 35:2, 43:10, 43:21, 106:14, 110:22, 111:2
**compel** [1] - 54:20
**competent** [1] - 75:15
**complain** [4] - 87:3, 100:7, 101:5, 101:14
**complained** [2] - 101:11, 101:12
**complaining** [2] - 86:19, 86:24
**complaint** [15] - 59:17, 69:20, 70:3, 73:8, 81:22, 85:3, 85:17, 86:15, 86:21, 91:11, 91:24, 100:16, 101:11, 103:5
**complicates** [1] - 71:17
**complies** [5] - 27:14,

28:9, 29:7, 80:19, 84:19
  **computer** [2] - 87:11, 107:25
  **concept** [1] - 103:5
  **concluded** [1] - 72:23
  **conclusion** [1] - 54:14
  **conditions** [2] - 94:7, 94:12
  **condolences** [1] - 22:5
  **conduct** [1] - 73:24
  **conducted** [1] - 112:23
  **confer** [1] - 16:13
  **conference** [2] - 68:8, 78:10
  **confidential** [4] - 12:16, 48:19, 112:2, 112:5
  **confidentiality** [1] - 112:6
  **confuse** [1] - 64:5
  **confused** [5] - 41:12, 44:18, 59:18, 59:20, 64:4
  **confusion** [3] - 44:9, 44:13, 44:15
  **connection** [2] - 57:11, 57:12
  **consequence** [1] - 11:20
  **consequences** [1] - 47:6
  **consider** [1] - 23:21
  **considered** [1] - 106:14
  **content** [3] - 17:10, 19:3, 19:9
  **continuation** [2] - 10:24, 12:9
  **continue** [7] - 23:14, 26:18, 27:2, 35:12, 44:21, 72:3, 73:21
  **continued** [2] - 12:10, 113:17
  **continues** [1] - 67:22
  **continuing** [1] - 26:16
  **contributions** [1] - 94:17
  **control** [1] - 75:19
  **conversation** [3] - 17:11, 20:20, 20:25
  **copies** [1] - 76:5
  **copy** [16] - 9:7, 9:10, 9:20, 9:25, 10:5, 10:12, 10:14, 10:16,

11:5, 11:8, 12:4, 12:6, 67:19, 86:15, 95:12, 115:9
  **corner** [13] - 15:11, 15:25, 16:12, 16:18, 18:6, 18:16, 19:16, 20:19, 20:25, 31:5, 31:10, 31:15, 31:17
  **CORP** [2] - 1:11
  **Corp** [1] - 66:18
  **Corporation** [2] - 42:22, 43:17
  **correct** [48] - 16:9, 21:24, 24:15, 29:14, 30:6, 30:13, 31:19, 34:11, 34:19, 36:11, 36:20, 37:10, 37:13, 38:23, 39:10, 40:7, 42:4, 49:8, 52:11, 53:21, 53:25, 54:3, 61:3, 61:10, 61:12, 61:13, 61:21, 62:11, 63:13, 74:24, 76:18, 77:2, 81:19, 81:24, 82:10, 86:6, 86:16, 86:22, 88:18, 100:17, 104:14, 104:22, 105:9, 105:11, 109:18, 109:22, 110:6, 110:12
  **correcting** [1] - 25:16
  **Counsel** [4] - 41:6, 55:6, 55:9, 55:12
  **counsel** [4] - 54:22, 65:2, 69:22, 69:25
  **Counselor** [12] - 10:9, 10:20, 11:15, 11:18, 12:11, 24:19, 46:17, 47:10, 48:3, 59:12, 65:11, 65:25
  **counselor** [1] - 11:12
  **count** [1] - 112:24
  **country** [4] - 8:12, 8:14, 8:19, 8:22
  **couple** [3] - 37:5, 45:13, 45:15
  **course** [2] - 5:23, 70:19
  **Court** [8] - 1:24, 3:18, 47:16, 54:21, 66:12, 73:11, 80:6, 103:11
  **court** [5] - 5:24, 6:15, 21:18, 69:16, 102:20
  **COURT** [2] - 1:2, 71:7
  **cup** [1] - 108:18
  **current** [2] - 4:15, 111:2

## D

  **daily** [2] - 25:12, 107:20
  **date** [8] - 7:16, 15:7, 27:9, 28:25, 64:8, 64:20, 80:11, 95:3
  **dates** [2] - 31:9, 87:24
  **daughter** [2] - 22:13, 22:15
  **day's** [2] - 25:15, 64:8
  **days** [9] - 10:19, 10:22, 25:19, 31:16, 31:23, 69:12, 90:13, 91:2, 91:4
  **deals** [1] - 94:13
  **December** [6] - 22:15, 35:11, 82:9, 82:22, 85:4, 86:3
  **decision** [2] - 104:9
  **declaration** [1] - 50:14
  **deduct** [1] - 92:4
  **deemed** [1] - 48:18
  **defend** [1] - 58:19
  **defendant** [1] - 79:19
  **Defendants** [3] - 1:13, 1:20, 2:9
  **defendants** [1] - 85:4
  **DEFENDANTS'** [1] - 115:17
  **Defendants'** [9] - 27:8, 27:11, 28:24, 29:4, 29:25, 80:10, 80:13, 95:2, 95:5
  **defendants'** [2] - 73:24, 112:25
  **delay** [1] - 113:5
  **deliver** [2] - 61:7, 85:22
  **delivered** [5] - 58:21, 60:14, 85:19, 85:20, 85:25
  **demand** [6] - 41:7, 80:21, 80:24, 86:2, 113:8, 113:14
  **demands** [1] - 11:19
  **depended** [1] - 98:8
  **depose** [1] - 113:2
  **deposited** [2] - 28:14, 28:18
  **deposition** [43] - 3:14, 5:15, 6:25, 10:25, 11:6, 12:9, 12:25, 13:4, 14:12, 14:16, 15:6, 16:19, 17:3, 17:9, 18:5,

18:17, 19:18, 20:2, 20:3, 20:7, 20:13, 21:8, 21:16, 48:4, 48:10, 48:13, 54:14, 66:20, 67:11, 67:14, 70:19, 73:15, 73:16, 73:21, 78:19, 79:6, 89:4, 89:10, 89:15, 103:22, 112:14, 112:21, 112:23
  **depositions** [2] - 71:9, 113:5
  **Depot** [4] - 39:12, 39:16, 40:11, 115:10
  **DESCRIPTION** [2] - 115:8, 115:17
  **designation** [2] - 49:3, 112:8
  **desk** [1] - 58:21
  **destroyed** [1] - 40:17
  **destruction** [1] - 106:14
  **determine** [3] - 11:2, 91:11, 112:6
  **DF** [2] - 96:16, 96:18
  **dialog** [2] - 113:6, 113:10
  **different** [2] - 24:9, 89:11
  **difficult** [2] - 35:5, 87:23
  **directive** [1] - 79:3
  **directly** [4] - 34:18, 98:25, 99:2, 99:8
  **disclose** [4] - 19:9, 75:13, 75:17, 75:23
  **disclosure** [1] - 12:15
  **disconnect** [4] - 105:18, 105:20, 106:4, 106:6
  **disconnected** [1] - 105:24
  **discrepancy** [2] - 41:21, 49:12
  **discuss** [4] - 16:18, 20:7, 84:2, 112:15
  **discussed** [7] - 17:2, 17:3, 17:6, 17:10, 17:14, 48:6, 112:11
  **discussions** [1] - 112:18
  **dishonest** [1] - 89:19
  **dishonesty** [1] - 73:10
  **dispatcher** [1] - 111:12
  **disposal** [1] - 10:10
  **dispute** [2] - 66:25, 112:10

  **disregard** [1] - 23:13
  **DISTRICT** [2] - 1:2, 1:2
  **divulge** [1] - 19:3
  **doctor** [1] - 8:10
  **document** [28] - 27:7, 27:10, 27:15, 27:17, 28:8, 28:23, 29:3, 29:5, 29:8, 29:10, 29:14, 29:21, 30:5, 30:6, 80:9, 80:13, 80:20, 80:25, 81:5, 84:18, 94:2, 94:7, 94:25, 95:4, 95:6, 95:8, 99:15, 99:16
  **Document** [4] - 115:19, 115:20, 115:21, 115:22
  **documentation** [3] - 9:19, 11:10, 77:5
  **documents** [7] - 24:3, 24:13, 40:25, 41:7, 41:8, 56:24, 115:11
  **DOES** [1] - 1:12
  **doings** [1] - 30:10
  **done** [3] - 82:23, 86:9, 100:10
  **double** [1] - 97:10
  **down** [3] - 5:25, 6:16, 27:24
  **drank** [2] - 8:6, 8:8
  **drivers** [1] - 107:4
  **driving** [2] - 94:13, 110:22
  **drove** [1] - 38:3
  **dues** [1] - 94:15
  **duly** [3] - 4:3, 4:8, 116:9
  **during** [13] - 6:25, 12:25, 47:20, 48:5, 48:10, 48:13, 51:14, 53:19, 70:19, 79:5, 84:2, 88:24, 89:13

## E

  **early** [1] - 97:22
  **EASTERN** [1] - 1:2
  **eat** [1] - 98:2
  **EDWIN** [1] - 1:5
  **effect** [2] - 3:17, 21:17
  **eight** [7] - 22:14, 22:20, 65:20, 66:8, 68:20, 70:20, 108:10
  **eighth** [1] - 68:21
  **either** [5] - 33:23,

35:9, 45:18, 62:8, 116:14
**EI** [3] - 7:20, 7:22, 9:3
**eliciting** [1] - 102:2
**eligibility** [1] - 11:11
**employees** [1] - 36:11
**employer** [1] - 96:15
**employment** [4] - 42:9, 94:8, 94:12, 100:8
**end** [2] - 8:23, 25:14
**English** [8] - 4:4, 4:5, 4:22, 7:11, 7:13, 29:11, 29:13, 111:18
**ensure** [1] - 5:7
**entered** [2] - 16:6, 16:8
**entire** [1] - 33:18
**entitled** [7] - 17:6, 17:8, 17:11, 17:13, 48:5, 53:4, 91:19
**equipment** [5] - 37:18, 37:24, 76:25, 77:6, 94:14
**Ernst** [1] - 2:20
**ERNST** [1] - 4:2
**ERRATA** [1] - 117:2
**error** [1] - 31:4
**ESCALANTE** [1] - 1:5
**ESQ** [2] - 2:6, 2:11
**Essentially** [1] - 69:18
**et** [1] - 111:19
**ex** [2] - 57:25, 58:2
**ex-wife** [2] - 57:25, 58:2
**exact** [2] - 87:24
**exactly** [6] - 31:8, 71:16, 78:25, 83:3, 83:16, 96:3
**EXAMINATION** [3] - 1:18, 4:10, 115:3
**examined** [1] - 4:9
**except** [2] - 3:10, 22:19
**excuse** [1] - 68:5
**Exhibit** [11] - 27:8, 27:11, 28:24, 29:4, 29:25, 80:10, 80:13, 84:13, 91:25, 95:2, 95:5
**EXHIBITS** [1] - 115:16
**expensive** [2] - 33:2, 34:22
**explain** [13] - 23:16, 37:21, 37:22, 38:6,

41:20, 49:12, 49:14, 80:5, 82:13, 82:15, 83:20, 83:24, 90:15
**explained** [2] - 13:13, 24:10, 29:23
**explanation** [2] - 43:19, 83:21
**exposes** [1] - 47:5
**extent** [1] - 108:19
**extra** [1] - 68:14
**eyes** [1] - 13:11

**F**

**fact** [2] - 20:2, 31:2
**factual** [1] - 73:9
**fair** [5] - 33:22, 45:11, 45:18, 45:25, 46:3
**FAJARDO** [1] - 1:4
**false** [1] - 73:7
**falsely** [1] - 21:17
**familiar** [2] - 94:2, 94:6
**familiarity** [1] - 11:19
**familiarize** [2] - 12:23, 67:21
**family** [4] - 15:20, 21:24, 22:3, 103:23
**far** [3] - 81:18, 92:10, 112:23
**fast** [1] - 107:4
**February** [3] - 8:15, 8:16, 8:23
**Federal** [2] - 47:11, 67:19
**feeding** [1] - 70:6
**fees** [5] - 57:10, 63:4, 69:20, 74:14, 74:16
**felt** [1] - 26:18
**few** [10] - 10:19, 10:22, 26:19, 52:25, 62:19, 63:3, 71:25, 97:12, 99:12, 111:18
**Fifth** [1] - 2:9
**fifth** [1] - 64:12
**fight** [1] - 106:18
**file** [19] - 46:4, 46:6, 46:21, 49:7, 49:9, 49:11, 49:15, 49:17, 49:24, 50:2, 50:4, 50:7, 50:11, 51:8, 51:11, 51:18, 52:17, 52:20, 101:10
**filed** [7] - 53:18, 53:19, 58:3, 82:25, 83:4, 83:14, 100:15
**filing** [1] - 3:6
**fill** [1] - 109:25

**filled** [1] - 78:25
**final** [2] - 12:12, 12:18
**finally** [1] - 20:17
**fine** [2] - 69:10, 72:7
**finish** [1] - 49:13
**finished** [5] - 21:5, 31:24, 85:14, 87:22, 87:25
**first** [6] - 12:12, 12:18, 15:2, 22:12, 43:14, 45:13
**Five** [2] - 47:23, 48:2
**five** [14] - 12:21, 13:15, 22:9, 26:11, 47:18, 63:23, 64:3, 76:21, 77:25, 85:12, 88:18, 88:23, 108:19, 109:14
**five-minute** [4] - 26:11, 47:18, 85:12, 88:18
**Five-minute** [2] - 47:23, 48:2
**fix** [1] - 106:19
**follow** [5] - 11:3, 36:17, 70:4, 91:14, 91:18
**follow-up** [1] - 11:3
**following** [5] - 19:12, 25:2, 78:11, 117:3, 117:4
**follows** [1] - 4:9
**FOR** [1] - 115:7
**force** [1] - 3:17
**foreman** [2] - 110:19, 111:4, 111:6
**form** [38] - 3:10, 12:14, 13:23, 14:8, 14:13, 14:18, 14:23, 19:6, 32:21, 36:12, 37:19, 38:4, 38:24, 39:25, 40:8, 40:18, 42:8, 42:14, 42:19, 43:2, 45:5, 45:12, 45:22, 49:18, 51:15, 51:20, 54:4, 57:20, 58:6, 58:16, 60:3, 61:4, 61:22, 62:12, 76:19, 79:8, 103:10, 103:12
**forth** [2] - 44:16, 116:9
**forum** [1] - 12:18
**forward** [1] - 56:17
**four** [4] - 22:10, 76:21, 77:25, 87:20
**fraudulent** [1] - 95:23
**Friday** [5] - 32:4,

32:8, 87:21, 90:25, 92:11
**Fridays** [1] - 25:14
**friend** [1] - 72:25
**friends** [8] - 32:23, 33:3, 34:10, 34:13, 34:17, 37:11, 37:14, 53:3
**front** [3] - 84:13, 84:14, 91:25
**fuel** [2] - 109:21, 110:5
**full** [2] - 4:12, 7:14
**furnish** [1] - 26:8
**FURTHER** [2] - 3:9, 3:13
**fuse** [1] - 106:17
**future** [5] - 61:24, 63:10, 64:18, 81:15, 81:17

**G**

**GALEANO** [1] - 1:6
**GARCIA** [1] - 1:4
**gasoline** [1] - 110:2
**girl** [1] - 22:19
**given** [10] - 27:19, 33:22, 38:9, 59:24, 63:20, 64:16, 109:17, 109:21, 110:16, 116:12
**glad** [1] - 73:4
**Goldberg** [16] - 60:7, 60:17, 60:21, 61:15, 61:19, 62:24, 64:9, 66:17, 67:12, 67:15, 68:17, 72:5, 78:20, 79:7, 101:14, 112:11
**GOLDBERG** [209] - 2:8, 2:11, 9:12, 10:15, 10:18, 10:21, 11:7, 11:13, 11:16, 11:22, 12:2, 13:3, 13:8, 13:23, 14:8, 14:13, 14:18, 14:23, 15:13, 16:4, 16:14, 16:20, 17:5, 17:18, 17:21, 18:7, 18:13, 18:18, 18:23, 19:19, 20:5, 23:11, 23:23, 24:5, 24:16, 24:20, 26:10, 28:16, 29:15, 31:20, 32:21, 33:14, 34:6, 35:16, 36:7, 36:12, 36:21, 37:3, 37:19, 38:4, 38:11, 38:24, 39:25, 40:8, 40:18, 41:11, 42:8, 42:14,

42:19, 43:2, 43:23, 44:2, 44:4, 44:7, 44:14, 44:19, 45:5, 45:12, 45:22, 46:9, 46:14, 46:19, 46:23, 47:3, 47:17, 47:21, 47:25, 48:7, 48:9, 48:12, 48:16, 49:5, 49:18, 51:15, 51:20, 54:4, 54:16, 55:2, 55:7, 55:10, 55:14, 57:20, 58:6, 58:16, 59:8, 59:14, 59:21, 60:3, 60:10, 61:4, 61:22, 62:12, 63:14, 63:22, 64:11, 64:21, 64:24, 65:4, 65:8, 65:13, 65:19, 65:23, 66:4, 68:18, 70:15, 72:7, 72:21, 73:2, 73:4, 73:12, 74:5, 74:8, 74:18, 74:25, 75:5, 75:9, 75:12, 75:16, 75:22, 76:19, 77:17, 77:22, 78:22, 79:20, 80:2, 80:16, 81:10, 81:20, 82:4, 82:11, 82:16, 83:2, 83:11, 84:11, 85:11, 86:9, 86:13, 87:8, 87:19, 88:8, 88:15, 89:5, 89:20, 90:3, 90:10, 91:6, 91:14, 91:20, 92:5, 92:22, 94:4, 94:9, 95:24, 96:7, 97:11, 97:18, 97:24, 98:7, 98:16, 99:9, 99:22, 100:18, 101:7, 101:16, 101:19, 101:22, 102:2, 102:7, 102:15, 102:23, 103:2, 103:6, 103:13, 103:24, 104:7, 104:15, 104:23, 105:5, 105:12, 105:21, 106:15, 106:20, 107:7, 108:6, 108:13, 108:23, 109:3, 109:10, 109:19, 109:23, 110:3, 110:7, 110:13, 110:17, 110:23, 111:10, 111:24, 113:3, 114:5
**Goldberg's** [2] - 59:25, 61:9
**governs** [1] - 94:7
**GPS** [13] - 20:16, 105:9, 105:18, 105:20, 105:23, 106:3, 106:4, 106:7,

106:19, 106:22, 106:25, 111:25, 112:4
**grease** [2] - 97:17, 97:23
**great** [2] - 68:16, 78:23
**green** [1] - 41:22
**group** [5] - 36:16, 36:17, 99:6, 110:8, 110:16
**groups** [2] - 36:15, 36:18
**grunt** [1] - 6:2
**grunted** [1] - 6:9

## H

**half** [5] - 42:10, 51:4, 97:14, 97:21, 104:19
**half-an-hour** [1] - 97:21
**hallway** [9] - 15:10, 15:25, 16:13, 16:18, 18:6, 18:15, 19:17, 20:19, 20:25
**hampering** [1] - 70:13
**hand** [1] - 116:19
**handle** [2] - 66:25, 67:25
**happy** [5] - 12:21, 13:16, 14:2, 15:16, 20:23
**harassing** [1] - 47:4
**harassment** [4] - 63:24, 68:23, 69:8, 70:16
**hasty** [1] - 49:21
**head** [3] - 5:25, 7:7, 104:11
**health** [1] - 77:21
**hear** [1] - 31:8
**held** [1] - 1:22
**Helene** [1] - 106:2
**HELENE** [1] - 1:12
**hello** [1] - 78:15
**help** [6] - 22:21, 59:19, 78:2, 104:21
**helping** [1] - 103:23
**hereby** [2] - 3:7, 116:6
**HEREBY** [1] - 3:4
**herein** [4] - 1:19, 3:6, 4:3, 4:7
**hereinbefore** [1] - 116:9
**hereunto** [1] - 116:18
**herself** [1] - 67:21

**hi** [2] - 67:6, 78:14
**Highway** [1] - 1:16, 2:5
**hire** [1] - 58:4
**hired** [2] - 58:10, 58:18
**Home** [4] - 39:12, 39:16, 40:11, 115:10
**home** [7] - 23:4, 23:7, 23:10, 23:19, 28:3, 39:16, 94:21
**honesty** [1] - 72:15
**hoping** [1] - 113:11
**hour** [3] - 97:21, 107:15, 112:25
**hours** [6] - 79:14, 108:4, 108:8, 108:9, 108:10, 108:14
**house** [2] - 15:21, 27:25
**huddled** [4] - 15:11, 18:6, 18:16, 19:16
**hum** [1] - 6:10
**hung** [2] - 105:14, 105:17

## I

**Ian** [1] - 62:2
**idea** [1] - 90:19
**identification** [4] - 27:8, 28:24, 80:10, 95:2
**identified** [3] - 27:11, 29:4, 80:13
**immediately** [1] - 10:13
**important** [1] - 93:6
**IN** [1] - 116:18
**inappropriate** [1] - 67:17
**inclined** [1] - 52:4
**include** [1] - 91:25
**income** [15] - 46:4, 46:6, 46:21, 49:7, 49:15, 49:17, 50:12, 51:8, 51:11, 51:18, 54:8, 55:17, 77:16, 93:17, 115:12
**incorrect** [1] - 102:5
**incur** [2] - 73:25, 81:12
**incurred** [6] - 57:10, 61:2, 69:20, 73:25, 74:13, 81:7
**INDEX** [1] - 115:2
**indicated** [1] - 15:24, 65:24, 68:24
**indicating** [1] - 30:15

**indicating)** [1] - 58:11
**individual** [1] - 113:2
**industry** [3] - 25:9, 110:15, 110:20
**information** [5] - 12:16, 30:23, 57:3, 57:5, 102:10
**initiating** [1] - 85:3
**INSERT** [1] - 57:7
**INSERTS** [1] - 115:14
**installing** [1] - 105:9
**instance** [1] - 73:10
**instruct** [13] - 9:13, 9:17, 16:21, 17:19, 18:24, 46:10, 46:24, 54:17, 60:11, 89:6, 91:7, 91:22, 101:23
**instructed** [1] - 69:5
**instructing** [4] - 46:14, 59:10, 59:22, 75:16
**insult** [3] - 75:15, 75:18, 75:21
**insurance** [3] - 39:17, 39:23, 77:21
**interested** [1] - 116:16
**interfere** [1] - 47:15
**interpret** [5] - 4:3, 5:4, 5:6, 7:9, 75:7
**interpreted** [1] - 5:3
**Interpreter** [3] - 2:20, 4:2, 4:8
**interpreter** [8] - 5:4, 7:8, 7:14, 10:10, 68:12, 69:14, 69:15, 71:17
**INTERPRETER** [16] - 5:12, 14:4, 25:4, 25:10, 25:16, 31:7, 43:8, 43:12, 63:5, 77:10, 81:25, 90:14, 92:7, 100:19, 100:23, 109:4
**interrupt** [2] - 75:11, 75:14
**involved** [1] - 57:13
**involves** [1] - 19:6
**IS** [3] - 3:4, 3:9, 3:13
**issue** [3] - 10:3, 22:7, 72:24
**issued** [1] - 43:15
**issues** [2] - 71:9, 79:17
**IT** [3] - 3:4, 3:9, 3:13

## J

**Jacqueline** [1] - 2:21
**January** [1] - 82:21
**Javier** [2] - 109:15
**JAVIER** [1] - 1:5
**job** [12] - 14:2, 15:18, 15:19, 21:23, 37:15, 38:3, 98:25, 99:2, 99:8, 100:5, 100:12, 100:14
**jobs** [10] - 35:21, 37:6, 37:8, 37:18, 37:23, 76:18, 76:22, 77:16, 82:23, 96:21
**JOHN** [1] - 1:12
**join** [1] - 78:4
**joined** [1] - 45:21
**JOSE** [2] - 1:4, 1:6
**JUAN** [1] - 1:6
**Judge** [1] - 71:12
**judge** [15] - 13:6, 17:16, 18:22, 18:23, 66:3, 66:5, 66:9, 66:23, 67:23, 69:9, 69:10, 71:2, 78:24, 102:6
**Judge's** [1] - 66:14
**judge's** [2] - 66:20, 79:3
**july** [1] - 1:14
**July** [1] - 116:19
**jump** [2] - 69:9, 69:11
**June** [2] - 22:14, 22:16

## K

**Karen** [1] - 1:23
**KAREN** [2] - 116:5, 116:22
**keep** [7] - 25:15, 25:19, 25:20, 69:4, 100:11, 107:11, 107:19
**KEVIN** [1] - 1:6
**knows** [6] - 19:2, 75:20, 76:22, 90:22, 98:3, 107:8

## L

**laborer** [2] - 97:2
**laid** [10] - 35:23, 36:4, 36:19, 82:9, 83:5, 84:9, 85:15, 86:5, 86:14, 86:20

**LaMendola** [3] - 1:23, 116:5, 116:22
**language** [4] - 68:11, 74:3, 74:6, 111:16
**last** [8] - 8:5, 8:9, 22:15, 30:20, 56:5, 65:11, 65:13, 104:17
**late** [1] - 33:11
**Lauren** [2] - 66:17, 103:8
**LAUREN** [2] - 2:8, 2:11
**lavatory** [1] - 80:5
**Law** [1] - 1:21
**LAW** [14] - 2:8, 67:4, 67:8, 68:2, 68:5, 68:16, 70:25, 71:14, 71:24, 72:16, 78:15, 78:20, 78:23, 79:24
**laws** [3] - 95:10, 97:20, 100:5
**lawsuit** [16] - 48:22, 60:2, 60:8, 60:22, 61:3, 61:10, 61:16, 61:21, 69:21, 74:14, 74:17, 81:8, 82:24, 83:4, 83:14, 84:10
**lawsuits** [1] - 57:12
**lawyer** [6] - 15:15, 16:8, 19:17, 20:8, 20:10, 60:15
**lawyer's** [1] - 19:13
**lawyers** [1] - 58:25
**layer** [1] - 68:14
**leader** [1] - 110:16
**leaders** [1] - 110:8
**learn** [1] - 7:12
**least** [2] - 112:24, 114:3
**leave** [4] - 77:8, 77:12, 78:8, 78:18
**left** [5] - 21:3, 42:9, 45:17, 68:7, 78:9
**legal** [12] - 57:10, 60:20, 61:2, 61:9, 63:4, 69:20, 73:25, 74:14, 74:16, 81:8, 81:12, 103:5
**lend** [2] - 23:9, 23:18
**LERLY** [1] - 1:6
**less** [3] - 33:3, 46:3, 85:19
**letter** [3] - 96:2, 96:5, 96:8
**letting** [3] - 73:5, 73:12, 73:13
**level** [1] - 7:10
**license** [1] - 40:14
**life** [1] - 104:2
**limit** [2] - 72:9, 72:10

**LINE** [1] - 117:5
**line** [7] - 38:15, 38:16, 48:17, 78:16, 78:18, 85:14, 86:10
**list** [1] - 9:23
**Listen** [1] - 44:7
**live** [2] - 22:17, 70:13
**lived** [2] - 22:25, 57:23
**lives** [1] - 22:20
**loan** [6] - 28:2, 28:5, 28:21, 30:17, 89:24, 92:18
**Local** [4] - 93:25, 94:15, 94:18, 95:20
**locally** [1] - 98:11
**locate** [1] - 10:21
**located** [2] - 56:11, 56:12
**look** [12] - 25:24, 27:12, 29:5, 40:25, 59:20, 60:15, 71:18, 74:12, 80:14, 84:22, 88:13, 105:19
**looking** [1] - 59:18
**lost** [1] - 20:17
**Lou** [1] - 23:9
**Louie** [3] - 42:23, 105:25, 106:2
**louie** [1] - 28:6
**Louis** [10] - 2:20, 28:21, 33:7, 33:10, 45:8, 45:11, 58:12, 86:22, 87:11, 111:8
**LOUIS** [1] - 1:11
**lunch** [4] - 108:15, 108:17, 108:19, 111:21
**luncheon** [1] - 111:22
**lunchtime** [1] - 98:2
**lying** [3] - 61:3, 61:21, 62:10

**M**

**machine** [3] - 97:3, 97:4, 97:5
**machinery** [1] - 96:19
**magistrate** [1] - 66:24
**majority** [5] - 36:23, 40:20, 107:21, 108:8, 108:12
**man** [1] - 106:19
**manual** [1] - 95:9
**March** [4] - 8:24, 35:6, 35:9

**MARCUS** [1] - 1:6
**mark** [1] - 111:24
**marked** [6] - 27:7, 28:23, 31:6, 80:9, 94:25, 112:4
**Marley** [5] - 67:2, 67:5, 67:6, 78:14, 79:22
**marriage** [1] - 116:14
**MARTINEZ** [1] - 1:5
**material** [2] - 73:7, 98:21
**matter** [6] - 21:13, 66:19, 67:13, 112:15, 112:19, 116:17
**MAYNOR** [1] - 1:4
**McEvilly** [2] - 87:2, 87:18
**mean** [8] - 32:11, 35:20, 53:14, 53:16, 71:15, 72:10, 73:18, 76:14
**means** [2] - 94:12, 107:13
**mechanic** [1] - 77:8
**mechanism** [1] - 48:25
**medications** [1] - 8:3
**meet** [1] - 99:8
**meeting** [1] - 15:24
**member** [6] - 93:21, 93:24, 94:23, 95:11, 95:19
**mendez** [1] - 114:9
**MENDEZ** [4] - 1:5, 1:18, 4:7, 114:13
**Mendez** [26] - 4:14, 4:18, 7:17, 11:25, 13:18, 19:7, 19:19, 19:24, 21:7, 24:2, 26:15, 27:2, 41:12, 42:17, 47:24, 49:6, 57:9, 64:6, 74:12, 78:7, 80:12, 83:18, 88:17, 93:4, 93:20, 115:4
**Mendez's** [3] - 48:18, 112:21, 115:9
**mention** [1] - 110:25
**mentioned** [2] - 1:22, 26:17
**met** [2] - 16:17, 62:2
**middle** [1] - 66:19
**might** [1] - 89:18
**mine** [2] - 37:15, 77:7
**minute** [8] - 13:15, 26:11, 47:18, 47:23, 48:2, 80:4, 85:12, 88:18

**minutes** [9] - 12:21, 26:20, 26:21, 26:23, 63:3, 71:25, 88:23, 107:17, 108:19
**mischaracterizatio n** [2] - 54:5, 88:9
**mischaracterizing** [1] - 51:21
**misstating** [2] - 24:22, 35:17
**mistake** [2] - 4:24, 5:2
**mistakes** [1] - 5:7
**misunderstanding** [2] - 57:14, 57:22
**moment** [1] - 68:6
**Monday** [6] - 92:11, 113:7, 113:9, 114:3, 114:4, 114:8
**money** [23] - 23:9, 23:18, 45:25, 46:2, 61:15, 61:20, 62:4, 62:7, 62:21, 62:24, 63:21, 64:10, 69:25, 76:12, 90:24, 94:21, 100:13, 101:3, 101:13, 101:15, 103:20, 109:21
**month** [5] - 35:3, 83:8, 90:17, 90:18, 94:19
**monthly** [1] - 29:22
**months** [6] - 35:12, 36:5, 52:22, 53:24, 87:20
**morning** [4] - 4:18, 4:19, 20:10, 20:14
**mornings** [1] - 98:22
**mortgage** [1] - 28:19
**most** [1] - 108:5
**mostly** [1] - 98:17
**mother** [1] - 22:20
**motion** [1] - 54:20
**move** [2] - 39:15, 73:17
**MR** [109] - 4:11, 5:10, 9:24, 10:9, 10:17, 10:19, 10:23, 11:12, 11:15, 11:18, 11:23, 12:11, 13:7, 13:10, 16:25, 17:8, 17:20, 17:23, 18:11, 18:21, 19:11, 20:6, 24:18, 24:23, 25:7, 26:12, 26:22, 31:7, 40:24, 41:6, 43:25, 44:3, 44:5, 44:12, 44:17, 46:12, 46:16, 47:2, 47:8, 47:19, 48:3, 48:8, 48:11, 48:23

54:12, 54:22, 55:6, 55:9, 55:12, 56:25, 59:11, 59:16, 63:8, 65:2, 65:6, 65:11, 65:25, 66:15, 67:2, 67:6, 67:10, 68:4, 68:9, 69:11, 71:5, 71:8, 71:22, 72:2, 72:14, 72:19, 72:24, 73:3, 73:6, 73:23, 74:7, 74:9, 75:7, 75:10, 75:14, 75:18, 78:7, 78:14, 78:17, 79:18, 79:22, 80:3, 80:18, 82:3, 85:13, 86:11, 88:4, 88:13, 89:8, 91:8, 91:17, 92:9, 100:21, 101:20, 101:24, 102:4, 102:11, 102:17, 102:25, 103:4, 103:8, 111:20, 112:3, 114:2, 114:7
**MS** [207] - 9:12, 10:15, 10:18, 10:21, 11:7, 11:13, 11:16, 11:22, 12:2, 13:3, 13:8, 13:23, 14:8, 14:13, 14:18, 14:23, 15:13, 16:4, 16:14, 16:20, 17:5, 17:18, 17:21, 18:7, 18:13, 18:18, 18:23, 19:19, 20:5, 23:11, 23:23, 24:5, 24:16, 24:20, 26:10, 28:16, 29:15, 31:20, 32:21, 33:14, 34:6, 35:16, 36:7, 36:12, 36:21, 37:3, 37:19, 38:4, 38:11, 38:24, 39:25, 40:8, 40:18, 41:11, 42:8, 42:14, 42:19, 43:2, 43:23, 44:2, 44:4, 44:7, 44:14, 44:19, 45:5, 45:12, 45:22, 46:9, 46:14, 46:19, 46:23, 47:3, 47:17, 47:21, 47:25, 48:7, 48:9, 48:12, 48:16, 49:5, 49:18, 51:15, 51:20, 54:4, 54:16, 55:2, 55:7, 55:10, 55:14, 57:20, 58:6, 58:16, 59:8, 59:14, 59:21, 60:3, 60:10, 61:4, 61:22, 62:12, 63:14, 63:22, 64:11, 64:21, 64:24, 65:4, 65:8, 65:13, 65:19, 65:23, 66:4, 68:18,

70:15, 72:7, 72:21, 73:2, 73:4, 73:12, 74:5, 74:8, 74:18, 74:25, 75:5, 75:9, 75:12, 75:16, 75:22, 76:19, 77:17, 77:22, 78:22, 79:20, 80:2, 80:16, 81:10, 81:20, 82:4, 82:11, 82:16, 83:2, 83:11, 84:11, 85:11, 86:9, 86:13, 87:8, 87:19, 88:8, 88:15, 89:5, 89:20, 90:3, 90:10, 91:6, 91:14, 91:20, 92:5, 92:22, 94:4, 94:9, 95:24, 96:7, 97:11, 97:18, 97:24, 98:7, 98:16, 99:9, 99:22, 100:18, 101:7, 101:16, 101:19, 101:22, 102:2, 102:7, 102:15, 102:23, 103:2, 103:6, 103:13, 103:24, 104:7, 104:15, 104:23, 105:5, 105:12, 105:21, 106:15, 106:20, 107:7, 108:6, 108:13, 108:23, 109:3, 109:10, 109:19, 109:23, 110:3, 110:7, 110:13, 110:17, 110:23, 111:10, 111:24, 113:3, 114:5
**must** [4] - 5:22, 6:25, 7:3, 64:6

**N**

**name** [13] - 4:13, 41:25, 43:10, 43:11, 43:17, 43:21, 56:2, 56:4, 56:5, 56:6, 95:14, 96:15, 115:15
**Nassau** [1] - 98:12
**nation** [1] - 7:19
**necessary** [1] - 91:10
**need** [14] - 7:14, 11:3, 13:5, 13:15, 27:4, 27:5, 38:16, 54:19, 75:9, 81:15, 81:17, 85:11, 93:4, 102:16
**needed** [2] - 39:15, 104:21
**needs** [2] - 10:8, 113:9

7

**NELSON** [1] - 1:4
**never** [13] - 32:19, 58:3, 76:15, 78:3, 100:10, 100:15, 101:11, 101:12, 108:18, 108:24, 109:6, 110:5, 110:24
**NEW** [1] - 1:2
**New** [9] - 1:16, 1:25, 2:5, 2:10, 4:17, 22:24, 114:17, 116:6
**next** [5] - 10:19, 10:22, 113:6, 113:11, 113:17
**nice** [2] - 23:21, 101:2
**nine** [3] - 33:25, 34:2, 93:14
**nobody** [1] - 109:9
**NOE** [1] - 1:6
**Notary** [3] - 1:24, 114:17, 116:5
**note** [2] - 10:23, 48:3
**noted** [1] - 114:11
**nothing** [7] - 11:23, 37:15, 45:23, 47:7, 60:15, 70:18, 79:18
**Notice** [1] - 1:21
**noticed** [1] - 6:9
**notified** [1] - 12:5
**notify** [2] - 7:2, 49:3
**noting** [1] - 23:13
**November** [8] - 7:23, 82:9, 82:20, 84:9, 85:9, 86:5, 87:20, 96:4
**number** [5] - 31:15, 31:16, 56:13, 71:20, 71:23
**numbered** [1] - 84:23
**numbers** [2] - 31:10, 31:12

**O**

**oath** [3] - 3:16, 21:8, 21:12
**object** [9] - 12:3, 12:13, 12:14, 18:19, 54:18, 79:7, 103:12, 103:15
**objected** [2] - 11:13, 103:10
**Objection** [5] - 14:13, 34:6, 46:23, 94:9, 110:13
**objection** [124] - 9:12, 12:13, 13:9,

13:23, 14:8, 14:18, 14:23, 15:13, 16:4, 16:14, 17:13, 20:5, 23:11, 23:23, 24:5, 24:16, 24:19, 28:16, 29:15, 31:20, 32:21, 33:14, 35:16, 36:7, 36:12, 36:21, 37:3, 37:19, 38:4, 38:11, 38:24, 39:25, 40:8, 40:18, 42:8, 42:14, 42:19, 43:2, 45:5, 45:12, 45:22, 46:9, 47:9, 49:18, 51:15, 51:20, 54:4, 57:20, 58:6, 58:16, 59:8, 60:3, 61:4, 61:22, 62:12, 63:14, 63:22, 64:11, 64:21, 65:19, 66:10, 70:6, 70:7, 70:11, 70:12, 74:18, 74:25, 76:19, 77:17, 77:22, 79:9, 81:10, 81:20, 82:4, 82:11, 82:16, 83:2, 83:11, 84:11, 87:8, 87:19, 89:5, 89:20, 90:3, 90:10, 92:5, 92:22, 94:4, 95:24, 96:7, 97:11, 97:18, 97:24, 98:7, 98:16, 99:9, 99:22, 100:18, 101:7, 101:16, 101:21, 102:14, 103:24, 104:7, 104:15, 104:23, 105:5, 105:12, 105:21, 106:15, 106:20, 107:7, 108:6, 108:13, 108:23, 109:3, 109:10, 109:19, 109:23, 110:3, 110:7, 110:17, 110:23, 111:10
**objections** [10] - 3:10, 12:24, 23:13, 65:3, 67:16, 67:22, 71:11, 77:24, 79:5, 79:11
**objects** [1] - 23:12
**obligation** [1] - 6:5
**obvious** [1] - 41:20
**obviously** [5] - 41:6, 70:22, 70:23, 71:17, 113:14
**occasion** [1] - 33:16
**occur** [1] - 32:16
**occurred** [1] - 44:16
**October** [3] - 22:13, 83:13, 83:15

**OF** [2] - 1:2, 2:8
**offer** [1] - 13:14
**offered** [3] - 32:14, 38:14, 104:21
**office** [8] - 15:10, 29:19, 31:22, 43:18, 56:9, 56:10, 56:11, 71:23
**officer** [1] - 3:4
**OFFICES** [1] - 2:8
**often** [2] - 32:2, 97:16
**old** [5] - 22:11, 22:12, 22:14, 22:16, 22:20
**olga** [1] - 56:7
**Olga** [1] - 56:8
**once** [2] - 21:3, 45:21
**one** [27] - 1:19, 6:10, 14:20, 25:15, 25:19, 31:11, 31:12, 31:14, 31:15, 31:23, 33:16, 33:17, 37:23, 43:22, 51:10, 51:18, 72:8, 80:16, 90:12, 101:3, 102:5, 106:8, 109:15, 111:4, 112:24, 113:15, 114:6
**one-day** [1] - 113:15
**open** [1] - 57:4
**operate** [1] - 97:3
**operator** [1] - 96:19
**operator's** [2] - 97:4, 97:5
**opportunity** [3] - 15:21, 30:5, 112:15
**order** [12] - 1:22, 49:23, 53:13, 53:15, 55:3, 55:8, 98:19, 98:20, 100:11, 103:18, 108:9, 112:21
**orders** [1] - 98:24
**organization** [1] - 100:14
**origin** [1] - 7:19
**OSMAR** [1] - 1:5
**otherwise** [2] - 39:12, 107:5
**outcome** [1] - 116:17
**outside** [2] - 15:10, 78:12
**overtime** [12] - 86:19, 86:24, 87:11, 101:9, 105:13, 105:16, 105:23, 106:3, 106:23, 107:2, 107:12, 108:14
**own** [5] - 23:4, 39:3, 39:5, 75:21

**owner** [1] - 42:22

**P**

**P.A** [1] - 4:2
**P.C** [1] - 2:4
**p.m** [3] - 111:23, 114:11
**Pacing** [1] - 86:22
**page** [5] - 28:8, 28:11, 84:18, 84:20, 113:17
**PAGE** [4] - 115:3, 115:8, 115:17, 117:5
**PAGOADA** [1] - 1:5
**paid** [40] - 24:3, 24:13, 25:3, 32:2, 32:24, 33:3, 33:18, 34:18, 37:13, 60:17, 63:13, 65:18, 69:25, 74:16, 74:23, 77:5, 81:18, 81:21, 82:5, 87:12, 89:24, 89:25, 90:5, 90:7, 90:20, 91:13, 92:2, 92:12, 92:20, 92:25, 96:3, 96:23, 97:9, 97:14, 97:17, 102:12, 108:5, 108:9, 108:11, 110:5
**paper** [2] - 24:9, 29:19, 30:8
**papers** [11] - 40:3, 40:7, 52:2, 58:20, 58:21, 59:12, 59:14, 60:14, 61:6, 64:17, 86:17
**paperwork** [2] - 62:3, 83:16
**paragraph** [2] - 84:23, 85:2
**paralegal** [3] - 12:22, 13:15, 67:20
**pardon** [1] - 48:11
**part** [1] - 113:4
**partial** [1] - 33:19
**parties** [4] - 3:6, 112:14, 112:17, 116:15
**partner** [2] - 41:24, 41:25
**passport** [13] - 9:5, 9:8, 9:11, 9:21, 9:25, 10:6, 10:12, 10:16, 11:5, 11:8, 12:5, 12:6, 115:9
**past** [5] - 8:7, 22:14, 57:9, 58:10, 109:14
**pause** [1] - 44:21
**Pavement** [1] - 43:10

**PAVING** [1] - 1:11
**Paving** [27] - 23:8, 30:17, 32:3, 32:20, 34:24, 37:18, 38:12, 38:22, 39:9, 39:21, 41:13, 41:18, 42:21, 43:6, 43:15, 45:2, 66:18, 82:8, 84:9, 85:16, 93:9, 97:9, 97:14, 98:5, 100:9, 100:17, 111:9
**paving** [1] - 35:15
**pay** [45] - 15:20, 29:20, 30:22, 31:3, 33:19, 34:20, 37:9, 37:25, 45:18, 59:3, 60:7, 61:15, 63:3, 64:9, 64:17, 64:18, 64:19, 65:17, 69:24, 74:22, 76:3, 76:24, 77:20, 81:15, 81:16, 81:18, 81:23, 90:5, 90:23, 91:5, 92:4, 92:17, 93:2, 93:4, 94:15, 97:2, 97:3, 97:21, 100:13, 101:3, 101:6, 101:9, 110:21
**paycheck** [7] - 32:5, 32:9, 33:23, 91:5, 94:18, 94:22, 100:14
**paychecks** [2] - 31:19, 101:4
**paying** [7] - 32:25, 57:19, 62:20, 62:23, 94:19, 100:2
**payment** [5] - 27:24, 30:16, 32:20, 33:24, 92:18
**payments** [7] - 33:5, 33:6, 33:9, 76:18, 77:15, 93:12, 93:16
**payroll** [1] - 41:8
**Payroll** [1] - 115:11
**pending** [1] - 7:3
**people** [5] - 20:9, 22:2, 42:24, 104:9, 109:8
**peppering** [1] - 67:15
**per** [5] - 48:19, 90:13, 90:17, 90:18, 93:15
**PEREZ** [1] - 1:7
**performed** [1] - 32:6
**perhaps** [1] - 72:5
**period** [2] - 23:25, 112:25
**periods** [2] - 53:20, 92:2
**Perry** [4] - 4:16,

8

22:23, 23:2, 23:4
**person** [14] - 14:5, 28:19, 55:21, 55:22, 56:18, 56:19, 56:21, 75:15, 103:21, 103:25, 105:24, 105:25, 109:5, 109:7
**personal** [1] - 39:10
**perusing** [1] - 99:18
**Perusing** [1] - 99:23
**phone** [10] - 17:16, 38:15, 38:17, 71:3, 85:21, 85:23, 102:12, 105:17, 110:9, 110:11
**phonetic)** [1] - 42:11
**pick** [3] - 38:15, 99:3, 99:12
**picking** [1] - 98:21
**pickup** [14] - 38:2, 38:9, 38:21, 39:3, 39:5, 39:7, 39:9, 40:21, 41:18, 41:22, 77:9, 77:12, 85:20, 85:23
**pickups** [1] - 39:4
**place** [3] - 1:23, 48:25, 112:9
**placed** [1] - 43:9
**plaintiff** [1] - 47:5
**plaintiffs** [1] - 73:24
**Plaintiffs** [3] - 1:8, 1:19, 2:4
**pleasure** [1] - 73:19
**PLLC** [1] - 2:8
**point** [6] - 60:16, 63:12, 68:23, 69:7, 69:8, 70:16
**pointing** [1] - 14:4
**policy** [1] - 100:2
**poorly** [1] - 88:6
**portion** [1] - 102:19
**portions** [1] - 69:17
**position** [5] - 11:21, 72:6, 72:17, 84:8, 108:3
**possess** [1] - 54:9
**possible** [2] - 85:15, 104:24
**potentially** [2] - 47:4, 47:5
**PRACELIS** [4] - 1:5, 1:18, 4:7, 114:13
**Pracelis** [1] - 4:14
**pracelis** [1] - 115:4
**practically** [1] - 70:18
**practice** [1] - 110:15
**Practice** [1] - 1:21
**precisely** [1] - 6:14
**premises** [2] - 16:2,

21:2
**prepare** [10] - 14:11, 14:15, 14:22, 18:17, 19:25, 20:3, 20:13, 55:17, 56:16, 56:21
**prepared** [3] - 14:19, 14:24, 18:4
**preparer's** [1] - 115:15
**preparing** [1] - 19:18
**prescribed** [1] - 97:20
**presence** [1] - 78:12
**present** [3] - 54:9, 59:2, 115:12
**PRESENT** [1] - 2:20
**prevailing** [2] - 96:20, 96:23
**primary** [1] - 68:11
**private** [3] - 37:2, 37:8, 77:16
**privately** [1] - 37:6, 37:9
**privilege** [9] - 9:16, 16:22, 59:9, 60:13, 91:16, 91:21, 102:10, 103:3, 103:14
**privileges** [1] - 102:3
**problem** [13] - 26:15, 40:5, 41:23, 44:25, 45:21, 69:12, 70:10, 79:25, 83:24, 83:25, 101:10, 103:19, 111:11
**problems** [4] - 39:18, 39:23, 41:25, 42:10
**procedure** [1] - 112:8
**proceed** [4] - 13:4, 73:15, 73:16, 88:16
**process** [2] - 84:4, 113:16
**produced** [1] - 115:11
**PRODUCTION** [1] - 115:7
**Professional** [1] - 1:23
**promised** [1] - 77:25
**proof** [1] - 25:22
**property** [1] - 106:14
**protect** [1] - 100:15
**prove** [1] - 77:5
**provide** [15] - 6:20, 9:7, 9:10, 9:25, 10:5, 10:12, 10:15, 12:4, 13:16, 26:2, 31:2, 41:3, 41:9, 54:13, 57:6
**provided** [1] - 11:5,

30:22, 38:22
**providing** [2] - 21:22, 54:18
**Public** [3] - 1:24, 114:17, 116:5
**pump** [1] - 110:4
**purchase** [2] - 23:19, 28:2
**purchased** [1] - 23:7
**purchasing** [1] - 23:10
**purpose** [2] - 27:22, 58:5
**purposes** [1] - 48:21
**pursuant** [1] - 1:20
**pursue** [1] - 11:16
**pursuit** [1] - 72:15
**put** [5] - 14:25, 59:11, 87:10, 102:11, 107:25

## Q

**QINTANILLA** [1] - 1:5
**questioning** [3] - 48:17, 85:14, 86:10
**questions** [19] - 4:4, 5:18, 6:10, 7:3, 7:9, 11:4, 13:25, 14:25, 73:17, 73:22, 75:6, 75:20, 79:13, 79:17, 83:19, 84:5, 93:5, 111:25, 112:4
**quicker** [2] - 46:18, 84:4
**quickly** [1] - 10:5
**QUINTANILLA** [1] - 1:4
**Quintanilla** [2] - 66:18, 67:13
**QUINTEROS** [1] - 1:6
**quite** [2] - 41:24, 53:7

## R

**Raffe** [1] - 42:11
**Ranerio** [1] - 42:11
**rate** [3] - 97:2, 97:4, 97:6
**rates** [1] - 96:24
**reach** [1] - 71:20
**read** [5] - 29:14, 69:16, 102:7, 102:18, 102:20
**Read** [1] - 18:9

**ready** [2] - 27:2, 88:15
**real** [1] - 112:18
**realize** [1] - 102:13
**realized** [1] - 97:20
**really** [4] - 45:20, 59:19, 69:11, 71:14
**reason** [6] - 12:8, 70:17, 101:8, 103:18, 105:16, 105:22
**REASON** [10] - 117:7, 117:9, 117:11, 117:13, 117:15, 117:17, 117:19, 117:21, 117:23, 117:25
**reasons** [1] - 117:4
**receipt** [1] - 77:4
**receipts** [7] - 40:10, 40:14, 40:15, 40:16, 40:17, 41:2, 115:10
**receive** [13] - 9:19, 11:2, 28:20, 32:5, 32:8, 33:4, 33:6, 33:9, 37:9, 61:14, 69:23, 92:14, 93:12
**received** [10] - 32:20, 33:23, 41:17, 43:6, 60:20, 61:7, 61:8, 76:6, 77:15, 84:10
**receiving** [1] - 31:19
**recent** [1] - 19:13
**recently** [1] - 95:22
**recess** [7] - 26:13, 26:24, 48:14, 74:10, 80:7, 88:11, 111:22
**recollection** [2] - 86:7, 87:16
**recommendation** [2] - 43:24, 44:6
**record** [10] - 4:13, 13:9, 23:14, 66:7, 67:15, 68:13, 77:14, 102:6, 102:20, 116:12
**records** [2] - 50:9, 107:22
**referenced** [1] - 15:23
**referring** [3] - 45:16, 58:24, 59:15
**refuse** [1] - 47:13
**regard** [2] - 110:21, 112:3
**regarding** [4] - 11:10, 48:18, 71:10, 111:25
**regardless** [1] - 17:5
**register** [1] - 40:16
**reiterated** [1] - 24:21
**related** [1] - 116:13

**relay** [1] - 57:2
**remain** [3] - 54:23, 55:12, 103:9
**remainder** [1] - 112:13
**remember** [32] - 28:17, 41:23, 42:2, 42:16, 51:16, 54:22, 56:23, 62:5, 62:6, 62:8, 62:17, 62:18, 62:20, 62:22, 62:23, 63:2, 63:9, 75:3, 75:4, 76:3, 77:23, 82:5, 82:6, 83:8, 85:9, 85:10, 85:24, 86:23, 99:24, 106:5, 106:11
**remembers** [1] - 64:25, 65:24, 68:24
**reminding** [1] - 75:22
**removed** [2] - 95:22, 96:6
**rent** [1] - 39:16
**rentals** [1] - 40:11
**rented** [1] - 39:12
**repay** [1] - 30:17
**repeat** [7] - 17:24, 17:25, 20:15, 20:22, 60:4, 81:25, 100:19
**repeating** [1] - 64:3
**repetitive** [2] - 70:24, 79:12
**report** [4] - 51:24, 51:25, 77:14, 93:16
**reported** [1] - 50:19
**Reporter** [1] - 1:24
**reporter** [4] - 5:25, 6:15, 69:16, 102:21
**represent** [5] - 59:4, 59:7, 60:18, 61:16, 61:20
**representation** [6] - 44:20, 59:25, 60:8, 61:9, 70:3, 73:7
**representing** [1] - 60:22
**request** [5] - 11:14, 48:17, 55:4, 60:4, 85:11
**requested** [4] - 11:8, 11:9, 30:21, 102:19
**REQUESTS** [1] - 115:7
**requests** [1] - 55:11
**require** [2] - 5:2, 66:20
**required** [1] - 5:17
**reserved** [1] - 3:11
**reserving** [1] - 10:24
**reside** [1] - 22:22

**resolution** [1] - 112:19

**respect** [1] - 20:9

**respective** [1] - 3:6

**respond** [2] - 5:18, 55:4

**response** [5] - 6:10, 6:15, 71:12, 81:14, 92:8

**responsibility** [1] - 84:3

**rest** [4] - 23:16, 34:3, 44:23, 104:2

**restate** [1] - 25:6

**result** [8] - 11:4, 61:2, 69:21, 73:23, 74:14, 74:17, 81:8, 81:13

**resume** [1] - 112:20

**retainer** [1] - 59:24

**retaliatory** [1] - 69:22

**rethink** [1] - 72:6

**return** [4] - 8:21, 46:6, 49:7, 50:12

**returns** [16] - 46:4, 46:21, 49:16, 49:17, 49:24, 50:2, 50:4, 50:7, 51:8, 51:18, 54:8, 54:19, 55:18, 77:16, 93:17, 115:12

**review** [3] - 47:11, 48:23, 112:5

**Rich** [1] - 70:25

**rights** [1] - 100:15

**RIVERA** [1] - 1:5

**Riverhead** [1] - 98:11

**RODRIGUEZ** [1] - 1:6

**role** [3] - 54:23, 83:18, 103:9

**room** [4] - 68:3, 68:8, 69:15, 78:10

**Rules** [3] - 1:21, 47:11, 67:19

**rules** [2] - 12:23, 13:17

**ruling** [2] - 66:11, 79:16

**S**

**Salvador** [3] - 7:20, 7:22, 9:3

**satisfied** [2] - 69:3, 70:22

**Saturday** [5] - 25:20, 90:12, 90:25, 93:9, 93:10

**Saturdays** [9] - 25:2, 25:14, 25:20, 92:11, 92:17, 92:24, 92:25, 93:3, 93:11

**Saul** [4] - 66:16, 67:7, 73:13, 73:20

**SAUL** [1] - 2:6

**saw** [7] - 8:9, 15:10, 15:16, 20:9, 29:19, 30:8, 83:16

**school** [1] - 7:12

**sealing** [1] - 3:6

**second** [1] - 28:11

**SECRETARY** [15] - 66:13, 66:22, 67:4, 67:8, 68:2, 68:5, 68:16, 70:25, 71:14, 71:24, 72:16, 78:15, 78:20, 78:23, 79:24

**see** [13] - 4:22, 7:7, 15:16, 16:9, 32:13, 40:25, 66:24, 71:3, 84:24, 84:25, 85:2, 85:8, 99:20

**seeking** [1] - 9:15

**seem** [1] - 44:14

**send** [1] - 10:14

**sent** [1] - 106:19

**sentences** [1] - 44:8

**separate** [3] - 18:7, 22:6, 69:21

**September** [2] - 83:12, 83:15

**serious** [1] - 47:6

**served** [4] - 85:4, 85:17, 86:15, 86:21

**service** [1] - 55:18

**services** [1] - 55:20

**set** [2] - 116:9, 116:18

**settlement** [1] - 113:12

**seven** [5] - 22:4, 22:15, 74:21, 79:14, 112:25

**seven-hour** [1] - 112:25

**seventh** [1] - 68:20

**several** [1] - 109:8

**shaking** [1] - 7:7

**shall** [2] - 3:11, 100:19

**Sharp** [1] - 2:21

**SHEET** [1] - 117:2

**shop** [1] - 56:8

**Shore** [1] - 56:15

**short** [1] - 112:21

**shorted** [1] - 101:6

**show** [9] - 24:3, 24:13, 27:10, 29:3,

80:12, 95:4, 98:9, 98:14, 99:14

**shows** [1] - 28:14

**si** [4] - 19:22, 19:23

**sick** [2] - 8:12, 73:19

**side** [1] - 76:18

**sign** [1] - 30:5

**signature** [2] - 28:10, 30:2

**Signed** [1] - 114:15

**signed** [5] - 3:15, 3:17, 30:4, 30:12, 73:8

**silent** [3] - 54:24, 55:13, 103:9

**simply** [2] - 19:2, 68:22

**sister** [1] - 26:18

**sit** [2] - 54:23, 72:11

**site** [2] - 98:6, 108:16

**sitting** [1] - 102:15

**situation** [1] - 71:16

**six** [4] - 22:4, 34:2, 64:3, 93:14

**sixth** [1] - 68:20

**slow** [1] - 101:2

**slowly** [1] - 17:25

**small** [1] - 82:23

**smoked** [1] - 8:8

**solely** [1] - 48:21

**soliciting** [6] - 60:12, 91:15, 101:17, 102:9, 102:23, 103:14

**someone** [2] - 51:13, 71:19

**sometimes** [15] - 32:24, 33:3, 33:11, 34:20, 35:11, 35:12, 35:21, 36:16, 83:23, 90:11, 90:12, 98:23, 104:10, 108:2

**somewhere** [1] - 40:22

**son** [2] - 22:13, 43:11, 43:17, 43:22

**soon** [4] - 10:7, 10:18, 72:18, 85:13

**sorry** [5] - 17:23, 22:5, 25:13, 44:17, 77:10

**sort** [1] - 94:6

**sought** [1] - 66:11

**Spanish** [7] - 4:2, 4:4, 4:5, 5:5, 68:12, 107:15

**speaking** [16] - 12:24, 15:12, 20:3, 20:13, 65:2, 67:16, 67:22, 70:6, 70:7, 70:11, 70:12, 71:10,

79:5, 79:10, 89:21, 101:20

**specifically** [1] - 70:2

**specifics** [1] - 89:9

**spend** [2] - 79:13, 113:11

**spot** [1] - 57:4

**standard** [1] - 110:21

**stands** [1] - 13:14

**star** [1] - 72:4

**stare** [1] - 13:11

**start** [6] - 8:24, 34:23, 35:3, 35:8, 36:17, 45:20

**started** [11] - 32:17, 35:2, 35:6, 41:13, 42:6, 43:16, 46:2, 54:7, 56:19, 97:25, 104:17

**state** [2] - 4:12, 66:10

**State** [3] - 1:24, 114:17, 116:6

**statement** [2] - 5:11, 85:6

**STATES** [1] - 1:2

**States** [2] - 7:22, 9:3

**stating** [1] - 66:7

**stay** [1] - 8:18

**stepped** [3] - 68:9, 70:17, 70:24

**still** [6] - 20:16, 73:25, 86:11, 95:21, 98:13, 104:20

**STIPULATED** [3] - 3:4, 3:9, 3:13

**stipulation** [3] - 48:19, 48:24, 49:4

**Stone** [2] - 96:16, 96:18

**stop** [2] - 35:11, 42:12

**Street** [4] - 4:16, 22:23, 23:2, 23:4

**strict** [1] - 18:25

**stub** [1] - 30:22

**stubs** [10] - 24:7, 24:21, 24:25, 25:24, 26:3, 26:9, 31:3, 31:5, 31:10, 31:13

**stuck** [1] - 40:21

**subject** [1] - 11:24

**subscribed** [1] - 114:15

**sue** [1] - 105:2

**sued** [6] - 57:24, 58:12, 58:15, 60:2, 60:9, 60:23

**sUFFOLK** [1] - 1:11

**Suffolk** [41] - 23:8, 30:17, 32:3, 32:20, 34:24, 37:17, 38:12, 38:22, 39:9, 39:21, 41:13, 41:18, 42:21, 42:22, 43:6, 43:10, 43:15, 43:16, 45:2, 45:4, 66:18, 82:8, 84:9, 85:16, 86:21, 86:22, 93:8, 93:9, 97:8, 97:9, 97:13, 98:4, 98:5, 100:8, 100:9, 100:16, 100:17, 111:8, 111:9

**SUFFOLK** [1] - 1:11

**suggest** [1] - 44:20

**suing** [8] - 42:18, 42:20, 42:25, 61:17, 81:13, 104:4, 104:12, 104:13

**suit** [1] - 58:3

**Sunrise** [2] - 1:16, 2:5

**supervisor** [1] - 111:5

**support** [2] - 57:15, 57:19

**supposed** [1] - 107:17

**surname** [1] - 96:14

**surprised** [1] - 91:17

**sworn** [6] - 3:15, 3:17, 4:3, 4:8, 21:12, 116:9

**system** [2] - 112:2, 112:4

**T**

**table** [1] - 14:5

**tax** [20] - 46:4, 46:6, 46:21, 49:7, 49:15, 49:17, 49:24, 50:2, 50:4, 50:7, 50:12, 51:8, 51:18, 54:8, 54:19, 55:17, 56:24, 77:16, 93:17, 115:12

**Tax** [1] - 115:15

**taxes** [10] - 48:18, 49:9, 49:11, 49:22, 51:11, 51:25, 52:2, 55:25, 56:16, 56:22

**tear** [1] - 108:2

**telephone** [2] - 72:22, 111:14

**ten** [5] - 26:21, 26:22, 107:16, 108:9, 108:19

**terminated** [1] - 85:9

10

terms [3] - 25:9, 94:7, 94:11
testified [9] - 4:9, 21:21, 34:9, 49:10, 49:14, 76:17, 76:24, 92:13, 108:25
testify [2] - 21:17, 92:15
testifying [2] - 63:2, 69:23
Testimony [1] - 1:21
testimony [13] - 14:17, 24:22, 26:16, 36:6, 48:24, 51:19, 51:22, 54:6, 88:6, 89:15, 101:15, 116:8, 116:12
TESTIMONY [1] - 115:2
thanked [1] - 103:22
thanking [1] - 104:4
THAT [3] - 116:8, 116:11, 116:16
THE [35] - 5:12, 14:4, 25:4, 25:10, 25:16, 41:5, 43:8, 43:12, 46:13, 57:8, 63:5, 66:13, 66:22, 67:4, 67:8, 68:2, 68:5, 68:16, 70:25, 71:7, 71:14, 71:24, 72:16, 77:10, 78:15, 78:20, 78:23, 79:24, 81:25, 90:14, 92:7, 100:19, 100:23, 109:4, 114:10
there'll [1] - 23:17
Thomlinson [1] - 71:12
three [11] - 8:20, 40:22, 45:17, 52:22, 53:24, 57:9, 58:10, 76:22, 80:4, 106:8, 106:10
three-minute [1] - 80:4
throughout [1] - 100:8
time-and-a-half [1] - 97:14
timesheet [1] - 107:14
TO [1] - 115:2
to.. [1] - 102:16
today [15] - 4:20, 5:2, 5:15, 7:24, 11:9, 12:7, 13:19, 13:22, 14:7, 14:14, 14:16, 26:16, 64:8, 66:23, 71:2
today's [4] - 14:12, 16:19, 17:3, 112:13

Tom [2] - 87:2, 87:17
Tommy [8] - 85:20, 86:15, 86:18, 87:4, 98:8, 107:25, 111:12
took [7] - 20:16, 30:20, 88:17, 106:16, 108:18, 108:25, 109:5
towards [1] - 112:24
town [1] - 56:14
track [3] - 107:2, 107:11, 107:19
transcript [2] - 57:4, 116:11
translate [3] - 31:7, 44:21, 44:23
translator [1] - 44:10
transport [1] - 109:18
travel [1] - 100:3
trial [1] - 3:12
TRIAL [1] - 1:18
truck [11] - 38:2, 38:9, 38:22, 39:6, 39:13, 39:16, 40:11, 41:18, 105:9, 105:19, 105:20
trucks [2] - 39:21, 105:10
true [6] - 36:10, 74:7, 81:7, 81:23, 85:7, 116:11
truth [5] - 21:12, 64:6, 72:15, 85:8, 89:21
truthful [1] - 81:5
try [3] - 71:4, 71:18, 75:19
trying [2] - 70:4, 113:12
Tuesday [2] - 114:6, 114:8
TULIO [1] - 1:6
turn [2] - 28:7, 84:17
twisted [1] - 73:19
two [22] - 8:11, 8:14, 22:16, 25:18, 31:11, 31:13, 31:16, 31:23, 35:12, 36:15, 39:4, 45:17, 52:22, 53:24, 76:22, 80:4, 87:15, 90:12, 91:2, 91:4, 106:8
two-years-old [1] - 22:16
type [3] - 6:14, 39:23, 96:17
typical [1] - 71:11
typically [1] - 71:8

**U**

um-hum [1] - 6:10
unable [1] - 112:20
unacceptable [1] - 12:17
under [2] - 21:8, 21:11
understood [2] - 6:21, 30:12
unemployment [8] - 52:17, 52:20, 52:24, 53:2, 53:6, 53:10, 53:20, 53:23
unfortunately [1] - 44:24
Union [2] - 56:12, 56:14
union [22] - 34:21, 43:5, 43:7, 43:9, 45:21, 45:23, 77:24, 78:4, 93:21, 93:23, 94:15, 94:22, 94:23, 95:9, 95:23, 96:6, 100:2, 100:4, 100:7, 101:4, 101:5, 101:13
unit [1] - 106:19
United [2] - 7:21, 9:2
UNITED [1] - 1:2
unlawful [1] - 73:24
unless [1] - 83:20
untruth [1] - 21:16
up [17] - 11:3, 38:15, 60:16, 61:25, 68:13, 69:9, 70:4, 96:3, 98:9, 98:14, 98:21, 99:3, 99:13, 105:14, 105:17, 108:2, 109:25
upfront [1] - 66:23
utilized [1] - 55:23

**V**

vacant [1] - 13:11
Van [1] - 2:20
VAN [1] - 4:2
VECCHIA [1] - 1:11
Vecchia [35] - 2:20, 16:2, 16:9, 16:11, 21:2, 21:22, 23:9, 24:3, 24:14, 28:6, 28:21, 33:7, 33:10, 34:11, 42:13, 42:23, 45:8, 45:11, 51:14, 58:13, 60:23, 61:17, 77:5, 77:19, 81:13, 86:22, 89:24, 90:20, 91:4, 92:3, 104:20,

105:2, 105:3, 105:8, 111:8
Vecchia's [3] - 74:14, 76:25, 81:8
VECCHIO [1] - 1:12
VEGA [1] - 1:6
vehicle [15] - 41:18, 42:3, 77:13, 97:23, 109:17, 109:22, 109:25, 110:6, 110:9, 110:12, 110:16, 110:22, 111:3, 111:5, 111:6
vehicles [1] - 105:15
verbal [1] - 5:22
video [2] - 15:9, 15:23
vs [1] - 66:18

**W**

wage [2] - 96:21, 96:24
wages [1] - 25:15
wait [1] - 46:20
waiting [2] - 14:14, 14:16
waived [1] - 3:8
Wallace [3] - 60:21, 62:2, 64:9
WALTER [1] - 1:4
wants [2] - 69:4, 72:13
warned [1] - 103:11
warning [4] - 12:12, 12:19, 65:12, 103:8
wears [1] - 72:6
weather [3] - 35:10, 35:22, 36:19
Wednesdays [1] - 107:24
week [11] - 25:14, 25:21, 29:21, 33:18, 33:23, 90:12, 90:13, 92:14, 92:20, 113:6, 113:12
weekends [1] - 93:13
weeks [2] - 8:20, 33:19
WHEREOF [1] - 116:18
whole [1] - 48:17
wife [10] - 22:10, 40:3, 57:15, 57:18, 57:25, 58:2, 58:3, 77:24, 106:24, 107:4
willing [2] - 67:18, 67:24
wish [1] - 117:3

withdrawn [1] - 18:14
withhold [1] - 92:25
WITNESS [6] - 41:5, 46:13, 57:8, 114:10, 115:3, 116:18
Witness [1] - 4:7
witness [19] - 9:12, 27:14, 28:9, 29:7, 68:2, 68:6, 68:7, 68:24, 69:5, 70:14, 72:12, 78:9, 78:13, 78:18, 80:19, 84:19, 92:8, 116:8, 116:12
witness's [1] - 68:11
word [7] - 7:13, 24:8, 77:7, 79:9, 102:5
words [1] - 111:19
worker [1] - 15:3
workers [3] - 99:3, 99:7, 99:12
works [1] - 56:9
worry [2] - 30:11, 43:20
write [7] - 31:12, 31:15, 31:16, 31:18, 76:9, 76:12, 95:17
written [3] - 25:22, 29:10, 76:15

**Y**

yard [12] - 77:12, 98:9, 98:14, 98:20, 98:22, 99:4, 99:11, 99:13, 100:6, 107:16, 107:18, 110:4
year [25] - 8:16, 33:25, 34:2, 42:10, 46:22, 50:7, 51:3, 51:4, 51:10, 51:12, 51:14, 51:18, 52:16, 52:19, 52:23, 53:25, 54:3, 54:9, 76:22, 82:7, 93:15, 104:17, 104:18, 104:19
year-and-a-half [3] - 42:10, 51:4, 104:19
years [24] - 8:7, 8:11, 8:14, 22:12, 22:14, 22:16, 22:20, 40:22, 45:13, 45:15, 45:17, 50:10, 50:16, 50:18, 52:10, 52:25, 53:16, 53:17, 56:17, 57:10, 58:10, 76:21, 82:21, 109:14
yes/no [2] - 19:6, 19:8

11

**York** [9] - 1:16, 1:25, 2:5, 2:10, 4:17, 22:24, 114:17, 116:6
**YORK** [1] - 1:2
**yourself** [7] - 12:23, 37:2, 37:12, 37:13, 55:18, 103:23, 109:18

---

## Z

---

**zabell** [1] - 68:18
**Zabell** [8] - 13:3, 66:16, 67:7, 69:2, 75:25, 79:12, 88:10, 115:4
**ZABELL** [110] - 2:4, 2:6, 4:11, 5:10, 9:24, 10:9, 10:17, 10:19, 10:23, 11:12, 11:15, 11:18, 11:23, 12:11, 13:7, 13:10, 16:25, 17:8, 17:20, 17:23, 18:11, 18:21, 19:11, 20:6, 24:18, 24:23, 25:7, 26:12, 26:22, 40:24, 41:6, 43:25, 44:3, 44:5, 44:12, 44:17, 46:12, 46:16, 47:2, 47:8, 47:19, 48:3, 48:8, 48:11, 48:23, 54:12, 54:22, 55:6, 55:9, 55:12, 56:25, 59:11, 59:16, 63:8, 65:2, 65:6, 65:11, 65:25, 66:15, 67:2, 67:6, 67:10, 68:4, 68:9, 69:11, 71:5, 71:8, 71:22, 72:2, 72:14, 72:19, 72:24, 73:3, 73:6, 73:23, 74:7, 74:9, 75:7, 75:10, 75:14, 75:18, 78:7, 78:14, 78:17, 79:18, 79:22, 80:3, 80:18, 82:3, 85:13, 86:11, 88:4, 88:13, 89:8, 91:8, 91:17, 92:9, 100:21, 101:20, 101:24, 102:4, 102:11, 102:17, 102:25, 103:4, 103:8, 111:20, 112:3, 114:2, 114:7

# ORIGINAL

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

3  ———————————————————————————————————X

4

5  NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR
   AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.
6  MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,
   JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS
7  ESCALANTE, KEVIN GALEANO, LERLY NOE RODRIGUEZ,
   JOSE VEGA CASTILLO, JUAN QUINTEROS, and MARCUS
8  TULIO PEREZ,

9                        Plaintiffs,

10              -against-

11 SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
   LOUIS VECCHIA, CHRISTOPHER VECCHIA, HELENE
12 VECCHIA, and JOHN DOES 1-5,

13                       Defendants.

   ———————————————————————————————————x

14              September 13, 2011
                10:55 a.m.

15
                4875 Sunrise Highway
16              Bohemia, New York

17

18          CONTINUED EXAMINATION BEFORE TRIAL of

19 PRACELIS MENDEZ, one of the Plaintiffs herein,

20 taken by the Defendants, pursuant to Order, held

21 at the above-mentioned time and place, before

22 MICHELLE ADAMO, a Notary Public of the State of

23 New York.

24

25

119

1

2       A P P E A R A N C E S :

3

4            LAW OFFICE OF IAN WALLACE, PLLC
             Attorneys for Plaintiffs
5                 501 Fifth Avenue, 19th Floor
                  New York, New York 10017
6
             BY:  IAN WALLACE, ESQ.
7

8

9            ZABELL & ASSOCIATES, P.C.
             Attorneys for Defendants
10                4875 Sunrise Highway
                  Bohemia, New York 11716
11
             BY:  SAUL ZABELL, ESQ.
12

13

14

15

16

17

18

19

20     ALSO PRESENT:

21            Margarita Arias - Spanish interpreter

22            Louis Vecchia

23

24

25

120

1

2                    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED

5     by and between the attorneys for the

6     respective parties herein, that filing,

7     sealing and certification be and the same

8     are hereby waived.

9

10         IT IS FURTHER STIPULATED AND AGREED

11    that all objections, except as to the form

12    of the question shall be reserved to the

13    time of the trial.

14

15         IT IS FURTHER STIPULATED AND AGREED

16    that the within deposition may be

17    signed and sworn to before any officer

18    authorized to administer an oath, with the

19    same force and effect as if signed and

20    sworn to before the Court.

21

22

23

24

25

121

1                           P. Mendez

2      M A R G A R I T A   A R I A S, having been first

3           duly sworn by a Notary Public within and

4           for the State of New York, translated the

5           questions from English into Spanish and the

6           answers from Spanish into English under

7           oath as follows:

8      P R A C E L I S   M E N D E Z, the witness

9           herein, having been first duly sworn by a

10          Notary Public in and of the State of New

11          York, was examined and testified as

12          follows:

13     CONTINUED EXAMINATION BY

14     MR. ZABELL:

15          Q       State your name for the record,

16     please.

17          A       Pracelis Mendez.

18          Q       State your address for the record,

19     please.

20          A       ███████████    ███████████  New

21     York ██████.

22          Q       How are you today, Mr. Mendez?

23          A       Very good, very good.

24          Q       Can you think of any reason why

25     your ability to testify truthfully today would

122

1                           P. Mendez

2      be impaired?

3              A       Yes, if you -- because listening

4      to two things is a little confusing.

5              Q       Can you think of any reason why

6      your ability to testify truthfully today would

7      be impaired?

8              A       No, I'm only going to answer

9      correctly.

10             Q       Do you know why you're suing the

11     defendants?

12             A       For the same thing, for the

13     overtime.

14             Q       Are you finished?

15             A       That is the reason, the overtime,

16     because they never paid us the majority of the

17     overtime.

18             Q       How much overtime do you believe

19     you're entitled to?

20             A       How long we're talking about -- or

21     for each day?

22             Q       Total.

23             A       It's difficult to say, but what I

24     know is that we had to work a minimum of ten

25     hours for him to pay eight.  And after ten hours

123

1                          P. Mendez

2    was when we could ask for one or two or

3    three hours, it depended.

4            Q      You would get paid one or two or

5    three hours overtime, correct?

6                    MR. WALLACE:   Objection.

7            A      Like I said, it's supposed to be

8    after eight, and then the overtime.  Then, we're

9    asking for at least three or four hours a day.

10           Q      Do you understand that overtime is

11   supposed to be paid after forty hours worked a

12   week?

13           A      Some companies -- and sometimes --

14   I'm not sure, but some companies -- it doesn't

15   matter about the forty hours.  It depends on the

16   day; sometimes you pay overtime after a day and

17   it doesn't matter if you worked overtime or not.

18           Q      You believe you worked overtime on

19   a daily basis, not a weekly basis?

20           A      Yes, each day.

21           Q      How much do you believe you're

22   entitled to receive from the defendants?

23                   MR. WALLACE:   Objection, asked and

24                  answered.

25           Q      You may answer.

124

P. Mendez

1

2          A      I don't know.  I have no idea what

3    I'm asking for, my overtime.

4          Q      How much money in overtime are you

5    asking for?

6          A      What he supposed to pay me each

7    year.  And I'm not asking for more and I'm not

8    asking for less.  I'm asking for what it's

9    supposed to be.

10         Q      What's it supposed to be, sir?

11         A      How much did he pay me?  Because

12   when I had the union, every year it would go up

13   about one dollar or two dollars.

14                So I started -- if I am not

15   mistaken, 44, or something like that.  And then

16   after that, it's time-and-a-half, depending on

17   what they paid me.  And Saturdays was double

18   time, or if we worked at night, it was double

19   time and he didn't pay doable time either.

20   That's it.

21         Q      How much do you believe you're

22   entitled to?

23                MR. WALLACE:  Objection, asked and

24         answered.

25         Q      You may answer.

125

1                          P. Mendez

2        A       Just that I can't say, that is my

3    response.

4        Q       Can you try to figure it out?

5        A       I can't tell you.

6        Q       Why can't you tell me?

7        A       I don't know, I don't know, I

8    don't know, I don't know.

9        Q       Did you ever go directly in the

10   morning to a worksite?

11               MR. WALLACE:   Objection.   You can

12       answer.

13       A       Most of the time, like I told you

14   last time, I went to the office because most of

15   the time, every day, we had to go to the yard.

16       Q       The question that I asked you was:

17   Did you ever go directly to a worksite?

18       A       Yes.   He would send me to a job

19   and if I didn't finish it, yes, of course, then

20   I would go straight to the job site.   I had to

21   be at work at 7:00.

22       Q       Did you ever keep track of what

23   job sites you went directly to?

24       A       It's difficult to remember the

25   exact day and date.

126

1                           P. Mendez

2          Q      Do you remember any of the general

3    days or dates?

4          A      No.

5          Q      Did you ever keep track of the

6    overtime hours that you believe you're entitled

7    to?

8          A      What I know is that when he would

9    tell me to be at work at 7:00, I would be there

10   at 7:00.  When I finished the job -- not when I

11   got to the job -- to the yard, I would write

12   down the time.

13         Q      Are you aware that the GPS in your

14   vehicle tracked what time you got to the job and

15   what time you left the job?

16                MR. WALLACE:  Objection.

17         Q      You may answer.

18         A      The GPS didn't -- I didn't have

19   the GPS for a long time and after -- if the GPS

20   worked, it worked from when I turned the pick-up

21   on and I turned on the pick-up.  If he told me

22   to get to the yard at 5:00, I turned the pick-up

23   on at 4:30.

24                If I had to be there at 5:00 -- if

25   you look at that record, you will see, as I told

127

1                          P. Mendez

2    you last time, when we worked locally, 6:30,

3    when we worked in Riverhead or Hempstead, it

4    would be 6:00.

5                When we went to the City

6    sometimes, we would go at 5:00.  They wanted us

7    to leave at that time from the yard.

8         Q     Did you ever see any of the GPS

9    reports?

10        A     No.

11        Q     Do you know if those GPS reports

12   indicate whether or not you were at job sites

13   when you say you were there?

14              MR. WALLACE:  Objection.

15        Q     You may answer.

16        A     Where he would send me, that's

17   where the pick-up was.  I would turn it off when

18   I got to work.  I don't know if it still worked

19   while it was turned off or not.

20        Q     I'm letting you know, the GPS does

21   work when you turn it off.

22        A     Okay, so then you have to know

23   where it was.

24        Q     There came a time when you did not

25   want the defendants to know where you were and

128

1                          P. Mendez

2      you disabled the GPS, correct?

3                     MR. WALLACE:   Objection.

4           Q      You may answer.

5           A      That question -- you asked me the

6      same one last time, and I said, you know how I

7      am and what kind of worker I am, I don't fool

8      around.

9                     And he knows the reason why I

10     disconnected it -- sometimes it was because it

11     was already -- as I told you last time, I was up

12     to here (indicating), I was tired of not being

13     paid overtime, and I did it so when they would

14     come -- when I told him and Helene to check my

15     overtime and not to check the GPS because they

16     were more worried about where the people were

17     than the overtime that we had worked with.

18          Q      So you did not want the defendants

19     to look at your GPS records, correct?

20                    MR. WALLACE:   Objection.

21          A      Doesn't bother me at all that the

22     bosses had GPS, because many times I would ask

23     him for more workers.  So then, many times he

24     knows that I would stop the machine.  I would

25     have to do the work.

129

                                P. Mendez

1

2      Q       Did that anger you, that you had

3  to do work?

4              MR. WALLACE:  Objection.

5      A       No, and he knows that it's not

6  true.

7      Q       It angered you that they knew

8  where you were with the GPS units?

9              MR. WALLACE:  Objection.

10     A       No.

11     Q       Why did you tamper with the GPS?

12             MR. WALLACE:  Objection.

13     A       Because he didn't pay overtime.

14     Q       You understand that those GPS

15  records indicated that you were not at worksites

16  when you said you were?

17             MR. WALLACE:  Objection.

18     Q       You understand that?

19     A       Can you repeat the question?

20     Q       You understand that those GPS

21  records indicated that you were not at worksites

22  when you said you were?

23             MR. WALLACE:  Renewed objection.

24     Q       You may answer.

25     A       Can you repeat the same

130

P. Mendez

1    question -- no, I'm saying the same thing that I

2    

3    said before.

4                    Each job that he sent me to -- and

5    if I had to use the pick-up for his job, the

6    pick-up had to be wherever he sent me.

7         Q      Mr. Mendez, you understand that

8    you're at a deposition, do you not?

9         A      Yes.

10        Q      You understand that you are just

11   to provide answers to the questions that I asked

12   you.

13                   Do you understand that?

14        A      You're asking me almost the same

15   question every time.

16        Q      Do you understand that I am not

17   interested in your excuses or your explanations?

18   That's your attorney's responsibility.

19                   MR. WALLACE:   Objection.

20        Q      I want you to just answer the

21   questions that I ask you.

22                   Do you understand that?

23        A      I understand.   There are questions

24   in which you're trying to involve me, and I have

25   to explain what's happening, because in one

131

1                          P. Mendez

2    question, if I say yes, I have to explain what's

3    happening.

4         Q      You do not have to explain, that

5    is the responsibility of your attorney to ask

6    you.

7                You need to just answer my

8    questions and if you do not answer my questions,

9    you're going to be here for a very long time.

10               Do you understand that?

11        A      Yes.  What I am going to do

12   then -- each question that he's going to tell me

13   not to answer, I am not going to answer.

14        Q      Your attorney is not permitted to

15   tell you not to answer questions here today.

16               Do you understand that?

17        A      Yes.

18        Q      Do you understand that the GPS

19   reports indicate that you were not at certain

20   job sites at the hours that you claim to have

21   been?

22               MR. WALLACE:  Objection.

23        Q      You may answer now.

24        A      I didn't understand that question.

25        Q      The GPS reports indicated that you

132

1                    P. Mendez

2  were lying about the time that you were on the

3  job.

4                    MR. WALLACE:  Objection.

5       Q       Do you understand that; yes or no?

6       A       I understand, but I -- papers that

7  we gave them each day, we have to work ten or

8  eleven hours for us to be paid eight.  That's

9  what we're asking for.

10      Q       Do understand that the GPS reports

11  indicate that you were trying to steal from the

12  company?

13                   MR. WALLACE:  Objection.

14      Q       You may answer.

15      A       That you're saying -- but since

16  last time, I said if I needed something -- I had

17  to take sand to a yard, two or three jobs that I

18  did, I told him one time there was a dump truck.

19  I told him that I was going to use it and I gave

20  him $200 in cash.

21                   I never stole money from him, I

22  never stole money from him.

23      Q       When you say you were on a job

24  site during periods of time where you were not

25  on a job site, you are stealing from the

133

1                          P. Mendez

2      company.

3                          MR. WALLACE:   Objection.

4           Q       Do you understand that?

5           A       No.

6           Q       Do you understand what it means to

7      steal time; yes or no?

8           A       About robbing time, I don't think

9      I robbed time, because when he sends me to a job

10     and I would finish, that was up to where I

11     reported to him.  After I finished my work --

12     it's like now, if I finish now, here, and I go

13     home to work at home, I don't think that's

14     robbing him or any other person, because I

15     already finished with what the agreement that I

16     had with each person.

17          Q       Did you start your time on each

18     job when you left your house in the morning?

19          A       No.  I had to get to the yard.  I

20     would get there fifteen minutes before, that was

21     when I would write it down.  If he said 6:30, I

22     would put 6:30.

23          Q       How long did you stay in the yard

24     each morning?

25          A       Five, ten minutes.  Only to get

134

1                              P. Mendez

2    the paper, the list indicated where I had to go.

3          Q        Do you know why your attorney

4    Mr. Wallace thought that you were in the yard

5    for up to two hours every day?

6                    MR. WALLACE:  Objection.

7          Q        You may answer.

8          A        I don't know anything about that.

9          Q        If Mr. Wallace claimed that you

10   were in the shop for two hours every day, he

11   would be lying, correct?

12                   MR. WALLACE:  Objection.

13         A        There was a confusion here.  The

14   two hours that may be -- he could say -- it's

15   just that we had to work a minimum of ten hours

16   for him to pay us eight.  That is the minimum

17   that we had to work, ten hours.

18                   After ten hours, he would pay

19   eight, not only me, everyone; his law was

20   working ten hours and to pay eight.

21         Q        Was that ever written down

22   anywhere?

23         A        His law, he said that it was his

24   company, and we had to do what he said.

25         Q        You're going to be here for a very

135

P. Mendez

1    long time if you do not answer the questions

2    that I ask you.

3

4                Do you understand that?

5        A      I am answering what you're asking

6    me.

7        Q      Did you ever see that policy of

8    working ten hours and getting paid eight written

9    down anywhere?  Did you ever see with your ojas?

10       A      But they're his laws, in his

11   company, he did whatever he wanted.  When I

12   would say something to him, what he would say

13   is, welcome to America.

14       Q      When did he say that?

15       A      (Response in English.)  About

16   three times.  I said I pay too many taxes,

17   what's the overtime, he told me about three or

18   four times.

19       Q      Mr. Mendez, remember you are to

20   testify in Spanish.  This way we can make sure

21   there is no mistake in your understanding of the

22   questions that I ask of you and the answers you

23   provide to us.

24                Are we clear on that?

25       A      Yes, yes.  Do you want me to

136

1                          P. Mendez
2    repeat the question, what you said?
3           Q       No, I am pretty comfortable with
4    my question.
5           A       Okay, that's fine.
6           Q       Were you ever paid overtime?
7           A       Yes, sometimes, yes.
8           Q       Do you know how much overtime you
9    were paid during the years that you were at the
10   defendants?
11          A       I can't really tell you, because
12   they would check us -- sometimes he would pay
13   everything and sometimes not.
14          Q       When did he pay everything?
15          A       I can't say the day, but the
16   inspectors that come to the job, you have to
17   give your Social Security, you have to give a
18   name, so he had to pay everything.
19          Q       Did he pay everything?
20          MR. WALLACE:   Objection.
21          A       Sometimes, not always.  Ends up
22   like now, people say now he is not paying the
23   Americans the overtime, only the Hispanics.
24   Some friends of mine asked the other people, and
25   he is not paying them regularly, but now he is

137

```
 1                        P. Mendez
 2    paying the defendants correctly.
 3         Q      Who are these friends of yours
 4    that are speaking to you?
 5         A      They're there.
 6         Q      I want their names.
 7         A      Okay, I just have one question.
 8         Q      You are not entitled to ask a
 9    question, you are obligated to provide answers.
10         A      Nelson Quintanilla.
11         Q      Who else?
12         A      Only him.
13         Q      He is the only person that you
14    spoke to?
15                MR. WALLACE:  Objection.  When?
16         Q      You may answer.
17                Is Nelson Quintanilla the only
18    person that you spoke to?
19                MR. WALLACE:  Objection.
20         A      When he was working there, because
21    he no longer works there.
22         Q      When was the last time you spoke
23    to him?
24         A      Sometimes -- it's been quite a few
25    days, but he is my friend.  I want to greet him
```

138

1                          P. Mendez

2    or say hello to him.  That is separate.

3            Q      What is separate?

4            A      You understand if they call me, I

5    have to answer, and if I need something, a

6    favor, I have to call them and nothing else.

7            Q      Your brother works for the

8    defendants, doesn't he?

9            A      Yes, I explained that to you last

10   time.

11           Q      Do you speak to your brother about

12   how he gets paid from the defendants?

13           A      Me -- with my brother -- like I

14   told my boss, sometimes I was talking with him,

15   sometimes he needs something from my brother,

16   and my brother doesn't answer me for a few

17   weeks.  And I don't have any communication with

18   him as a brother.

19           Q      Why?  Does he not like you?

20           A      No, he's quiet and he knows -- he

21   doesn't like to speak much.  It's like the

22   problems that I had with my sister, he doesn't

23   speak -- he doesn't speak -- and speak about

24   that, it hurts me here (indicating).  And last

25   time I felt bad about that, when I talk about my

139

1                        P. Mendez
2    sister, I wanted to explode, but I'm fine.
3          Q      Do you want to take a minute?
4          A      No, let's continue.
5          Q      Did your sister work for any of
6    the defendants?
7          A      My brother.
8          Q      Your sister?
9          A      No.  My sister lived in El
10   Salvador.
11         Q      Your brother currently works for
12   the defendants?
13         A      I think he started last year, yes.
14         Q      Do you know what the name of his
15   employer is?
16         A      Nelson Marketing -- the employer
17   is the boss, isn't it?
18         Q      What the name of the company that
19   your brother works for?
20         A      I think it's Suffolk Asphalt
21   Corporation.
22         Q      What was the name of the
23   corporation that you worked for the defendants?
24         A      First, before the union, Suffolk
25   Paving; then, after the union, Suffolk Asphalt

140

1                              P. Mendez

2       Corp.

3            Q       From what period of time to what

4       period of time did you work for Suffolk Paving?

5            A       It's been a long time ago, so I

6       can't tell you the exact day.  But I was

7       checking there now on the paper.  I think it's

8       from 1998 to 2001, around there, I'm not very

9       sure.

10           Q       From 1998 to 2001, you worked for

11      what corporation?

12           A       I'm not -- for Suffolk Paving, I

13      think.  I worked from 1998 to 2001 and from 2001

14      to 2009, I think, I'm not -- I forgot.

15           Q       So you don't know the name of the

16      corporation that you worked for from 2001 to

17      2009?

18           A       I worked for Raffi before him, I

19      think.

20           Q       Did you ever work for any entity,

21      other than Suffolk Paving or Suffolk Asphalt,

22      from 1998 to 2009?

23           A       No.  I only know that when I

24      worked with him, it was only with him, because I

25      only worked for three companies.  When he

141

P. Mendez

1  started the company a year after I started

2  working for him, I explained last time that when

3  he had problems with Raffi Lunary, was his name,

4  they used to work together, a partner of his

5  when they had problems.

6  

7            I left, I only worked one year for

8  a company that still gives him work I think.

9  It's Grand -- what is the name of it?  I only

10  worked there one year.

11           Then, I went back with Raffi, I

12  went back to him.  There was only three

13  companies in the past.

14       Q    What were the names of those

15  companies?

16       A    Raffi Lunary, I think I worked

17  with him one year.  I don't know how to

18  pronounce it.

19       Q    When you worked for the

20  defendants, you only worked for Suffolk Paving

21  and Suffolk Asphalt Corp; is that correct?

22       A    That's correct.  The only thing is

23  that sometimes one day, sometimes they sent me

24  to do a job once for one of those things that

25  they call golf.

142

1                           P. Mendez

2                    But that was a long time ago, so

3        then I received a check from there, and I

4        received another one from him, then I had two

5        checks and I was still working for him.  And I

6        didn't fill out any application, they just gave

7        me that.

8                    But it seems that they were giving

9        me one price, and he was giving me another one.

10              Q       What was the name of the company

11       that was giving you the check?

12              A       I don't remember.

13              Q       Do you remember when that

14       occurred, what year?

15              A       It was a long time ago, it was a

16       golf that they made in Deer Park.

17              Q       Was that before 2003?

18              A       I can't really say.

19              Q       Do you know what the union policy

20       is on travel time?

21              A       The union, the law of the union is

22       that you have to be at the job at the hour that

23       they say.  And then, whenever -- the time that

24       you finish the job, that's the day.

25              Q       According to the union contract,

143

                                    P. Mendez

1

2       you're not to be paid for travel time; is that

3       correct?

4                   MR. WALLACE:  Objection.

5           Q       You may answer.

6           A       That is why I'm saying the union

7       has its own laws and he has his.

8           Q       Do you understand the union

9       contract governs the terms and conditions of

10      your employment?

11                  MR. WALLACE:  Objection.

12          Q       Do you understand that?

13          A       Yes, I think so.

14          Q       So you understand that there is no

15      difference between the union rules and the

16      defendants' rules?

17                  MR. WALLACE:  Objection.

18          A       I think -- I can't say yes,

19      because your mother, you have a son and you tell

20      him go to school at seven, your son goes to

21      school at seven.  He's the boss, he would tell

22      me come at 6:00 and I was there at 6:00.

23                  One time, my brother -- I can't

24      remember the year that my brother worked for

25      him, but he worked for him -- if I am correct,

144

1                          P. Mendez

2     it was 2003 or 2004, but I'm not sure.  I don't

3     want to give you an exact date.  He told us to

4     be here in the yard at 6:00 a.m.  I remember

5     that the LIE, they were working on it at night,

6     and they would open it after 6:00.

7                      So I got there because I was in a

8     different car.  I got there at the hour that I

9     was supposed to arrive.  My brother got there

10    fifteen minutes late and that time he finished

11    my brother because he got there fifteen minutes

12    late.

13                     So we had to be there fifteen or

14    ten minutes before the hour that we were

15    supposed to be there.  Maybe he doesn't remember

16    that he fired my brother, and I even had an

17    argument with him because of that.

18                     But what he said was, both of you

19    go to hell.

20                     THE WITNESS:  You don't remember

21           that?  Do you remember, boss?

22     Q      Now listen.  Apologize.

23     A      I'm sorry.

24     Q      I'm going to be respectful here

25    today.  Do you understand?  We will respect you,

145

P. Mendez

1    but we demand the same.

2

3         A       I am not disrespecting him.

4         Q       We will respect you, but we demand

5    the same.  Are we clear on that?

6         A       Yes, yes.  That's what he asks.  I

7    respect everyone.  I am not the only person, and

8    he knows it.

9              When you're at work -- just

10   because I was in charge, I defended my people,

11   the Hispanics.  I am not a person that yells.  I

12   am not a person that loses control, only when

13   it's something big.

14        Q       Did you respect the GPS equipment?

15        A       No.  For the same reason that he

16   didn't respect our time.

17        Q       The brother that you said that was

18   fired is still working for the defendants; is

19   that correct?

20        A       Yes.

21        Q       He is not suing the defendants; is

22   that correct?

23        A       No.  Because he didn't work the

24   necessary time and he started last year.

25        Q       When you went to job sites, did

146

1                          P. Mendez

2    you have passengers in your truck?

3         A       What do you mean "job sites"?

4         Q       Your job assignments.

5         A       My boss?

6         Q       You.

7         A       His jobs, or my jobs, side jobs?

8         Q       What side jobs are you referring

9    to?

10        A       You're saying side jobs.

11        Q       How many side jobs did you do with

12   defendants' equipment?

13        A       Like I said last time, about three

14   or four, but he knew it.

15        Q       Por semana?

16        A       No, a year.

17        Q       Only three or four a year?

18        A       Yes, I am no longer doing it.  I

19   am spending time with my children.

20        Q       When you worked for the

21   defendants, you had a company vehicle, did you

22   not?

23        A       When I returned for the second

24   time, because he offered me a vehicle and a

25   telephone.  I didn't ask for it.

147

1                          P. Mendez

2          Q        When you would go to work, you

3    would pick up employees to drive with you, did

4    you not?

5          A        Yes.

6          Q        Yes or no?

7          A        He would always give me a worker

8    or two.  The ones that I would take with me

9    would get to my house, would leave their car at

10   the house and they would go with me, if I had to

11   pick up another worker at the yard when he gave

12   me one more or when they said that they were

13   going to give me another one.

14         Q        Did you ever pick up anybody at

15   their home to bring them to work?

16         A        I don't think so, because most of

17   them have cars, and they would all leave

18   their -- up to three cars at home, but sometimes

19   they would go, yes, just that way.

20         Q        What kind of tools would you leave

21   in the truck?

22         A        I would only take the equipment

23   that I had.  I was very careful with my tools.

24   I don't want anybody to touch them.  The back of

25   the truck was not very big.  Then after, there

148

1                           P. Mendez

2      was an area for the tools, the small tools, just

3      whatever could fit in the back.  After that

4      space was a wheelbarrow, a plate tamper, then

5      three shovels that I alms had, two rakes, picks,

6      we call them picks, that's it, some five or nine

7      cones, the pick-up was full with that stuff.

8            Q        Those things always stayed in the

9      truck?

10           A        Yes, they were always there.

11           Q        Today you had a conversation with

12     Mr. Vecchia, did you not?

13           A        Yes.

14           Q        You explained to Mr. Vecchia that

15     there are some plaintiffs that don't deserve any

16     money; is that correct?

17                    MR. WALLACE:    Objection.

18           A        He said he wants to offer

19     $100,000.  He said, you know, that some of the

20     plaintiffs are not going to have anything.  I

21     said, maybe, but I don't know.  That's what I

22     told him.  After he called me here asking if I

23     would accept $5,000, and that the money that I

24     owed him, he would forget about that.

25                    But I told him down there that I

149

                            P. Mendez

1

2      had already paid him, I wasn't going to say

3      this, but because he said it, he said he

4      accepted that I would pay him.  He said, I don't

5      think that's everything.  That was the

6      conversation that we had.

7          Q      What do you mean, you don't think

8      that's everything?

9          A      No, because I told him and I put

10     my hand here (indicating) like I am telling you,

11     if you realize when I speak about my sister, God

12     is first for me, my children and my mother are

13     second, and I told him I know in my heart that I

14     paid you, so that's what worries me more.

15             I told him, you remember that

16     coming in every Wednesday and he would say, take

17     Saturday or take two days sometimes, but most of

18     the time only Saturday.  And he said yes, I know

19     but I don't think you paid everything.  That's

20     what he told me.

21             Like I said, for me, my family is

22     first -- first is God, that's what I told him.

23     Put your hand on your heart and tell me that I

24     haven't paid you.  And when my sister comes

25     up -- it's recent, but let's continue.  It

150

1                        P. Mendez

2    hurts.

3                    MR. WALLACE:  Let's take a break.

4                    (Whereupon, a short recess was

5              taken from 11:40 a.m. to 11:47 a.m.)

6         Q       Mr. Mendez, you said how the

7    people get paid now is correct.

8                    Do you remember that?

9         A       The rent -- what are you saying?

10        Q       How the people get paid now is

11   correct?

12                   MR. WALLACE:  Objection.

13        Q       You may answer.

14        A       The ones that are being sued, yes,

15   they owed them an hour.  Louis would say next

16   week that they would pay them.  Since the

17   lawsuit, he has been paying the defendants

18   correctly.

19        Q       You know that from whom?

20        A       I think through Louis Vecchia, the

21   owner of the company, the owner of Suffolk

22   Asphalt.

23        Q       Mr. Quintanilla told you that he's

24   being paid correctly now; is that correct?

25        A       That's what I am saying.

151

1                              P. Mendez

2          Q      Yes or no?

3          A      Yes.

4          Q      What is different between what

5     Mr. Quintanilla tells you he's getting paid now

6     and how you were paid when you were working for

7     defendants?

8          A      The difference is that now there

9     are only eight hours.  He has to be at work at

10    7:00, and they finish at 3:30, if they're at

11    work at 7:30, they finish at 4:00, and if they

12    start -- because sometimes they start at 8:00,

13    not always, but most of the time it's 7:00

14    onward.

15         Q      The day is starting at the actual

16    job site, correct?

17                MR. WALLACE:  Objection.  When?

18         A      This year, his new rule, Louis,

19    the boss, when they get to work, he says 7:00,

20    that's when he starts paying them until they

21    finish the job.

22                Sometimes if at 3:30 the job has

23    not been finished, Louis Vecchia says, finish,

24    let's go.

25         Q      So part of the ten hours that

152

1                    P. Mendez

2    you're claiming that you worked every day is

3    travel time; is that correct?

4                    MR. WALLACE:  Objection.

5         Q      Yes or no?

6         A      No.

7         Q      So you're saying you were on a job

8    site for every minute of those ten hours; is

9    that correct; yes or no?

10        A      I would have to be at the yard at

11   7:00.

12        Q      Yes or no?

13        A      After getting to the job, I would

14   only stop about ten minutes for coffee.  I

15   hardly took lunch, just like I said last time.

16   I like coffee from 7-Eleven.  We would stop for

17   lunch, it would only be to eat and that's it

18   with the people that I was working with.

19        Q      You're not looking to get paid for

20   any travel time?

21                    MR. WALLACE:  Objection,

22        objection.

23        Q      Yes or no?

24        A      From -- I'm asking to be paid from

25   when I got to the yard until I finish the job,

153

1                          P. Mendez

2    what he said.

3          Q       You are looking to get paid for

4    travel time, correct?

5                      MR. WALLACE:  Objection.

6          A       My overtime, that's what I'm

7    asking for, yes.

8          Q       Look at me, sir, are you looking

9    to get paid for any of the time that you spent

10   traveling to the job site; yes or no?

11                     MR. WALLACE:  Objection, asked and

12              answered.

13         A       Mr. Attorney, he told me to be

14   here, he gave me the order to be here at

15   9:00 a.m.  I was here, I almost passed at

16   about -- when he called me that he was going to

17   arrive a little late because there was a little

18   accident, I went to the 7-Eleven to buy coffee.

19         Q       Because you --

20         A       I was there in the parking lot

21   before 9:00, fifteen minutes before 9:00,

22   because that's how I am.  If they give me an

23   order, I like to be there.

24         Q       That's a very interesting story,

25   but it's not relevant at all.  Although, you did

154

1                           P. Mendez

2      disclose confidential attorney/client

3      information, thus waiving any right that you may

4      have to assert thereafter.

5                      MR. WALLACE:  Objection.

6           Q      My question is -- and you do not

7      get ask questions.  My question is:  Are you

8      looking to get paid as part of this lawsuit for

9      travel time; yes or no?  Just answer the

10     question.

11          A      I'm going to say something else.

12          Q      You are not.

13          A      What about what you just said?  So

14     Mr. Louis Vecchia is not supposed to go speak

15     with me, he's not supposed to offer $5,000 so

16     that all of this would end.

17                 Is that what you're saying,

18     because you're saying that because he called me

19     to tell me that he's going to arrive fifteen or

20     twenty minutes late, I think he has the right to

21     say what's happening, but what I think -- that's

22     wrong is that he offered me $5,000 to forget

23     everything because everything that they're going

24     to pay here, he could give us.

25                 And he is going to pay $80,0000 to

155

1                    P. Mendez

2    $100,000 in attorney fees.  Excuse me for

3    raising my voice, but I am getting upset.

4               Is that proper, that in an

5    attorney's office he is offering me $5,000 and

6    then goes and tells you, the attorney, is that

7    proper?

8         Q     Mr. Mendez, you are not an

9    attorney, you have filed a lawsuit.

10              Do you understand that?

11        A     I understand.

12        Q     As a result of you filing that

13   lawsuit, I am here today to ask you questions.

14              Do you understand that?

15        A     Yes, I understand.

16        Q     Thus far, you have displayed a

17   complete inability to answer the questions that

18   are posed before you.

19              MR. WALLACE:  Objection.

20        Q     Do you understand that?

21              MR. WALLACE:  Objection.

22        A     Yes.

23        Q     Because of your refusal to answer

24   even the most basic questions, you are ensuring

25   that this deposition is going to take

156

1                          P. Mendez

2    substantially longer than it needs to take.

3                   I'm going to advise you, again,

4    that at this deposition, you do not get to ask

5    questions, that you must answer the questions

6    that are posed to you.

7                   Do you understand that?

8         A        I understand.

9         Q        Do you understand?

10        A        Yes.

11                 MR. WALLACE:   Objection, asked and

12          answered.

13        Q        Do you understand that you're

14    under oath?

15        A        I understand.

16        Q        Do you understand that you have

17    sworn to tell the truth?

18        A        Yes.

19        Q        If you do not tell the truth, you

20    are committing perjury.

21        A        Yes.

22        Q        There are legal ramifications for

23    doing so.

24        A        Yes, I understand.

25        Q        You are just going to answer the

157

1                          P. Mendez

2    questions that I ask of you.

3                    Do you understand that?

4                    MR. WALLACE:  Can I have a break?

5        Q      If you are unable to answer a

6    question, you have an obligation to tell me that

7    you can't answer that question.

8                    Do you understand that?

9        A      Yes.

10       Q      If you provide an answer to a

11   question that I ask you, it will be assumed that

12   you understood that question.

13                   Do you understand that?

14       A      Yes.

15       Q      If you have questions, you can ask

16   them of your attorney during a break.

17                   Do you understand that?

18       A      Yes, but --

19       Q      If I ask you a question, you

20   cannot take a break until you provide an answer

21   to the question.

22                   Do you understand that?

23       A      Yes.

24       Q      I need you to stop trying to be

25   smart or slick.

158

1                          P. Mendez

2                  MR. WALLACE:  Objection.

3        Q        Just answer the questions that I

4   pose of you.

5                  Do you understand that?

6                  MR. WALLACE:  Objection.

7        A        Yes.  But can I say something?

8        Q        No, you may not say something.

9        A        No, I -- I'm not going to tell the

10   attorney -- I was not going to tell him, but you

11   want to involve me that you and Louis Vecchia --

12   you want me to say yes.

13       Q        I believe you are trying to steal

14   from Mr. Vecchia, and I am entitled to ask you

15   questions about that.

16                 If you were not stealing from

17   Mr. Vecchia, then there would be no reason for

18   you to be showing this particular behavior.

19                 MR. WALLACE:  Objection.

20       Q        I will continue asking you

21   questions and you are obligated to provide

22   answers to the questions that I ask you.

23                 Do you understand?  I have no

24   interest in what you're going to say.

25                 MR. WALLACE:  This is being

159

1                          P. Mendez

2          argumentative.  You're harassing the

3          witness.  If you continue this behavior,

4          I will stop this deposition and we will

5          call the Judge.

6               Q     Do you understand the obligations

7     as I explained?

8                    MR. WALLACE:  Translate what I

9          said, please.

10                    MR. ZABELL:  No, absolutely not, I

11          am directing you not to.  I'm going to

12          talk to him.  Are you taking a break,

13          Ian?

14                    MR. WALLACE:  Yes, I would like to

15          take a break.

16                    MR. ZABELL:  Since there is not a

17          question pending, I have no objection if

18          you take a break.

19                    You may take a break now, but I

20          warning you, Counselor, I will not have

21          my deposition interrupted again.  Go

22          ahead, take your break.

23                    MR. WALLACE:  I want a discussion

24          with you off the record.

25                    (Whereupon, a discussion was held

160

```
 1                          P. Mendez
 2          off the record.)
 3                    (Whereupon, a recess was taken
 4          from 12:01 p.m. to 12:04 p.m.)
 5          Q      You just had about a five-minute
 6   break with your attorney, did you not?
 7          A      It was not five minutes.
 8          Q      How long would you say it was?
 9          A      One minute, it wasn't
10   five minutes.
11          Q      You talked about this deposition,
12   did you not?
13                    MR. WALLACE:  Objection.
14                    You have to translate this.
15                    Do not disclose what we talked
16             about.
17          Q      You do not have to disclose
18   specifically what you talked about other than
19   confirming that it was about this deposition.  I
20   won't go beyond that.
21                    MR. WALLACE:  If I am directing
22             the witness, the translator has to
23             translate.
24                    MR. ZABELL:  That's not true.  If
25             you want to coach the witness, you run
```

South Shore Court Reporting
(631)-235-6218

161

1                              P. Mendez
2              the risk of getting sanctioned, and I
3              will not hesitate to call the Court.
4                  MR. WALLACE:  I am telling the
5              witness that he cannot reveal what we
6              spoke about.
7                  MR. ZABELL:  I just said I am not
8              asking for the content of your
9              conversation, just to confirm it was
10             regarding this deposition.
11                 MR. WALLACE:  That's improper.
12         Q        Did you discuss, during this
13     break, this deposition?
14                 MR. WALLACE:  Objection.
15                 Don't answer that.
16                 MR. ZABELL:  What's the basis?
17                 MR. WALLACE:  Because that's
18             revealing information, that's
19             attorney/client privilege.  Any content
20             of the substance that we're talking about
21             is attorney/client privilege.
22                 MR. ZABELL:  I am advising you,
23             Mr. Wallace, to rethink that position.
24             We're going to get Judge on the line.
25                 MR. WALLACE:  Is it worth it?

162

1                      P. Mendez

2              MR. ZABELL:  It is.

3              MR. WALLACE:  You want him to

4        disclose what we talked about?

5              MR. ZABELL:  I want him to confirm

6        that you discussed this deposition during

7        the break.

8              MR. WALLACE:  For what?

9              MR. ZABELL:  For the purposes of

10       creating my record, and for the purposes

11       for preparing for trial, which is the

12       only reason why I'm here.

13             MR. WALLACE:  That's the only

14       question you're going to ask him?

15             MR. ZABELL:  I already assured you

16       that I will not go any deeper into your

17       conversation.

18             MR. WALLACE:  So just repeat the

19       question.

20       Q       During that break that you just

21  took with your attorney, did you discuss this

22  deposition?

23       A       Yes, we --

24             MR. WALLACE:  It's a yes-or-no

25       question.

163

1                          P. Mendez

2          Q      Do you remember the questions I

3    was asking you about travel time?

4          A      Yes.

5          Q      Are you looking to be compensated

6    for travel time?

7          A      I said yes, from when I would get

8    to the yard.  That's where it starts, that's

9    where my travel time begins until I get to the

10   job.  When the job ended, that's where my day

11   would end.

12         Q      How much travel time per day did

13   you incur?

14         A      It all depends where one goes.

15         Q      Can you give me the range?

16         A      Could be fifteen minutes if you

17   work locally, it could be twenty minutes, it

18   could be thirty minutes.

19                When we went to the City, we had

20   to leave the yard at 5:00.  How long is it from

21   the yard to the City?  It all depends on where

22   you go.

23         Q      Sometimes it would be two hours a

24   day; is that correct?

25         A      No, less, less.  I think it all

164

1                          P. Mendez
2    depends -- I can't really say yes or no.  It all
3    depends on where we would go.
4           Q      Would you ever have travel time of
5    an hour a day; yes or no?
6           A      I didn't understand.
7           Q      Did you ever have travel time of
8    an hour a day?
9           A      Yes.
10          Q      Did you ever have travel time of
11   more than an hour a day?
12          A      Most of the time, more or less
13   like that, because we would start at 6:30, had
14   to be at work at 7:00, 6:50, like that.
15          Q      Did you have travel time when you
16   started your day at the jobs?
17          A      No, I would put down -- I'll
18   repeat, I don't know if I am explaining myself.
19                 When I would put down -- how do
20   you say the page, schedule, the hours that one
21   works, the time that I would get there, that's
22   what I would write down and when I would finish.
23          Q      The time that you would get where?
24          A      To the yard.  From there, that's
25   where I would start my day.

165

1                          P. Mendez

2          Q        Did you go to the yard every day?

3          A        Most of the day, yes.

4          Q        Do you recall testifying earlier

5    today that there were times that you didn't

6    start at the yard?

7          A        That's what I want to explain.

8          Q        I am not interesting in your

9    explanations.  I just want you to answer the

10   questions.

11               MR. WALLACE:   Objection.   The

12            witness was responding to your question.

13         Q        Do you remember testifying earlier

14   today that you did not go to the yard every day;

15   yes or no?

16               MR. WALLACE:   Objection.

17         A        That's why I am saying that I am

18   going to explain.

19         Q        I am not interested in your

20   explanations.  I am directing you to only answer

21   the questions that are asked of you.

22               If you are unable to do that, then

23   I will be forced to call the Judge and have the

24   Judge admonish you.

25               Do you understand?

166

1                              P. Mendez

2                    MR. WALLACE:  Objection.

3          Q     Do you understand, sir?

4          A     Yes, but --

5          Q     I am not interest at all --

6          A     You're making me seem like a liar.

7          Q     You are a liar.

8                    MR. WALLACE:  Call the Judge.

9          A     First, I am --

10         Q     Please remain silent, sir.

11         A     When I didn't finish a job --

12         Q     Remain silent, sir.

13                   MR. WALLACE:  I want to state for

14         the record that the witness is responding

15         to the question and Counsel is not

16         letting him respond to the questions.

17                   MR. ZABELL:  Are you finished,

18         Counsel?  Now you remain silent.

19         Q     Do you remember testifying earlier

20    today; yes or no?

21         A     Yes.

22         Q     Okay, were you --

23         A     The next day I would go -- and

24    this question that you're asking me -- you're

25    making me look like a liar because you want me

167

P. Mendez

1      to say that I didn't go to the yard.

2                 Most of the time -- I will repeat

3      again, most of the time, we would go to the

4      yard.  If I didn't finish a job, then from the

5      house, I would go straight to the job, but I

6      would write down, not from when I left the

7      house, I would write from 7:00 on, because most

8      of the days, it's 7:00, like that.

9      Q      Do you have the ability to

10     understand questions that are asked of you?

11                MR. WALLACE:  Objection.

12     A      Yes.

13     Q      Do you know how to answer a

14     yes-or-no question?

15     A      You make me look like a liar, yes,

16     but --

17     Q      No, no, but if you think that the

18     words that come out of your mouth make you look

19     like a liar, that's your concern.

20                MR. WALLACE:  Objection.

21     Q      Your obligation here is simply to

22     answer the questions I ask you.

23     A      That's what I am doing.

24     Q      Thus far, you have the complete

168

1                          P. Mendez

2   inability to do so.

3                 MR. WALLACE:  Objection.

4         Q      That makes you look like a liar.

5                 MR. WALLACE:  Objection.

6         Q      I am going to ask you to try to

7   restrain yourself to just answering the

8   questions that are being asked of you.

9                 Do you understand that?

10        A      Yes, I understand that.  But don't

11  try to involve me in things that aren't true.

12        Q      Like this lawsuit?

13        A      No.  You're asking first and I

14  explained, most of the time, I went to the yard

15  once in awhile to work.

16        Q      Do you know there is no question

17  before you?

18        A      The question that you just asked

19  me saying that I had lied, saying that I only

20  went to work in the yard --

21                MR. WALLACE:  Can we take a break?

22                I think we're stuck on a really silly

23                point.

24                MR. ZABELL:  You're asking to take

25                a break?

169

1                    P. Mendez

2              MR. WALLACE:  You're clearly sort

3         of -- I think you should ask it another

4         way, a less accusatory way.

5              MR. ZABELL:  If you want to take a

6         break, I will allow you to take a break

7         because there is no question before him.

8         I have no interest in waiting here for a

9         minute while you make that decision.

10             MR. WALLACE:  I'm just going to

11        say, this is a waste of time.

12             (Whereupon, a recess was taken

13        from 12:17 p.m. to 12:20 p.m.)

14   Q         Are you prepared to proceed?

15   A         Yes.

16   Q         Are you prepared to behave?

17             MR. WALLACE:  Objection.

18   Q         You may answer.

19   A         Yes.

20   Q         Do you know what travel time is?

21   A         Yes.

22   Q         Are you looking to be compensated

23   for travel time?

24             MR. WALLACE:  Objection, asked and

25        answered five times.

170

1                          P. Mendez

2          Q      You may answer.

3          A      Yes.

4          Q      Do you know what your union

5    contract says about travel time?

6          A      You don't want me to explain, but

7    I know what he says and his rules.  I said that

8    from the beginning.

9          Q      What does the union say about

10   travel time?

11         A      If it's a foreman, they give him

12   the pick-up and everything, and they pay them

13   from when they get to the yard; workers, they

14   just send them to the job.

15         Q      Were you just sent to the job?

16                MR. WALLACE:  Objection, asked and

17            answered.

18         A      No, no, to go to the yard.

19         Q      What did you do in the yard every

20   morning?

21         A      The same that I say before, to get

22   the list to see where I was going.

23         Q      You weren't given that list the

24   day before?

25         A      No.

171

P. Mendez

1

2      Q      You weren't told where to go the
3  day before?

4      A      No.

5      Q      Did you see any postings in the
6  workshop saying that you were supposed to go
7  directly to the worksite every morning?

8      A      Many times.

9      Q      So you saw it many times?

10      A      No, you're not letting me finish.

11      Q      I am, in response to the question
12  that I asked you.  Stop, stop, just answer the
13  questions I ask you, sir.

14              Do you understand that?

15      A      Yes.

16              MR. ZABELL:  At this point, I am
17        going to take a break.

18      A      I understand, Mr. Attorney.

19      Q      Stop --

20      A      I would call at 3:00 p.m.
21  sometimes Tommy, sometimes Louis Vecchia to find
22  out where I was going to go to work, but they
23  weren't finished with the schedule yet.  That's
24  why every morning, we went to the yard to pick
25  up the sheet.

172

1                        P. Mendez

2                MR. ZABELL:  Ian, do you have the

3          ability to control your client?

4                MR. WALLACE:  He's responding.

5                MR. ZABELL:  He could not be

6          hurting himself any more.

7          Q     Sir, your job here is to answer

8     questions I ask you.  If you cannot do that, I

9     will call the Judge and advise the Judge.  You

10    are guaranteeing that you're going to be here

11    much longer than you have to.

12               I am trying to help you, and I am

13    trying to help you get out of here as quickly as

14    possible, but because you have little ability to

15    answer the questions, you are unnecessarily

16    making this longer than it needs to be.

17               Do you understand that?

18               MR. WALLACE:  Objection.

19    A          Yes.

20    Q          Do you have the ability to just

21    answer the questions I ask you?

22    A          Let me just say two little things.

23    Q          I am not interested in what you

24    have to say, so I will not let you say two

25    little things other than --

173

1                          P. Mendez

2          A       You're asking if someone let me

3    know one day before.  That's what I am trying to

4    explain.  Sometimes they didn't have the

5    schedule ready.  How would I answer something if

6    you don't let me finish?

7                   Sometimes he would make the

8    schedule, Tommy, the supervisor, sometimes

9    worked with us or the other groups and he had to

10   go and do the time sheet.

11                  I would call sometimes 3:30 or

12   4:00, and he would say it was not ready and we

13   didn't know where we had to go.  Every morning,

14   we had to go at 6:30 to find out where we had to

15   go.

16         Q       Who is the "we" that you're

17   referring to?

18         A       The whole group had to go to pick

19   up at that time, at the time that you said.

20         Q       Didn't you say only the supervisor

21   had to go?

22                  MR. WALLACE:  Objection.

23         A       What do you mean -- no, no, no, I

24   didn't understand the question.

25         Q       Didn't you testify that only the

174

1                            P. Mendez

2    supervisor had to go in the morning?

3          A      No.

4          Q      Are you lying then or are you

5    lying now?

6          A      What I am saying is that the

7    supervisor has the list of where we had to go

8    the following day.  Sometimes he worked and

9    Louis Vecchia had to prepare the order of where

10   we had to go the next day.

11         Q      Are you finished?

12         A      Yes.

13         Q      Do you understand the answer that

14   you just gave?

15         A      Yes, I understand it.

16         Q      Do you remember what you testified

17   about earlier today?

18                MR. WALLACE:  Objection.

19         A      Yes.

20         Q      What union were you a member of?

21         A      138.

22         Q      When you became a member of 138,

23   did you receive a collective bargaining

24   agreement?

25         A      A little book, right.

175

```
 1                      P. Mendez

 2          Q       Did you read it?

 3          A       Most of it, I read what pertains

 4    to me.

 5          Q       Did you read it in Spanish or

 6    English?

 7          A       English.

 8          Q       Do you read English?

 9          A       Not well, well, but I haven't gone

10    to school.  I don't know how to write it, but I

11    can read, more or less.

12          Q       Did you read any of the legal

13    documents that have been exchanged amongst

14    Counsel in this case?

15          A       What I read -- I read about the

16    position that one has when they paid him how --

17    because in that book, if you see, it could be

18    138.

19          Q       What question are you answering?

20          A       The one that says if I read what

21    they had sent me.

22          Q       Do you know who your attorney is?

23          A       Yes.

24          Q       Who is your attorney?

25          A       Ian Wallace and Lauren.
```

176

1                         P. Mendez

2          Q      Did you ever pay Ian Wallace or

3    Lauren anything?

4                 MR. WALLACE:  Objection.

5          Q      You may answer.

6          A      Yes, I remember, yes.

7          Q      How much have you paid them?

8          A      I think it was for the case that

9    Louis Vecchia is suing me for.

10         Q      Do you remember advising me at the

11   last deposition that you never paid them

12   anything?

13         A      I didn't say them, that I had not

14   paid them.  I said that I didn't remember.

15         Q      That's not true.

16                MR. WALLACE:  Objection.

17         A      That's what I said, that I didn't

18   remember if I had paid them.

19         Q      How much did you pay them?

20                MR. WALLACE:  Objection.

21         A      $500 for the case, the case that I

22   owe Louis Vecchia $25,000.

23         Q      I agree.

24                Did you ever sign an agreement

25   spelling out how much you have to pay your

177

1                            P. Mendez

2    attorneys?

3            A        I don't remember, but they did

4    give us a package where it explains everything.

5            Q        Did you sign anything in that

6    package?

7            A        In that one, I'm not sure, but we

8    do have an agreement, yes, we do.

9            Q        What's that agreement?

10           A        It's not an agreement, it's what

11   they're going to -- I don't know.  Thirty -- I

12   don't know.  The package comes -- it came in

13   English, just like last time when I was here a

14   full day.  They send it to me in English.  It's

15   almost more than a hundred pages; if they sent

16   it to me in Spanish, it's better.

17           Q        Did you tell them to send it to

18   you in Spanish?

19           A        No.  What I said here, I did what

20   they asked me to do.

21           Q        Did you do what they asked you to

22   do, or did you do what they told you to do?

23           A        They're going to send one in

24   Spanish, as well.

25                    MR. WALLACE:  Objection.

178

1                          P. Mendez

2          A      They sent it to me.

3          Q      Who sent it to you?

4          A      Lauren.

5          Q      What did she send to you?

6          A      Everything that I declared last

7    time.

8          Q      What did you declare last time?

9          A      It's almost the same that you

10   asking me now.

11         Q      What are you talking about?

12                MR. WALLACE:  Discussion off the

13           record.

14                MR. ZABELL:  No, let him answer

15           the question.

16                MR. WALLACE:  It's irrelevant.

17                MR. ZABELL:  It's not irrelevant.

18                MR. WALLACE:  It's a waste of

19           time, he's confused.

20         Q      What are you talking about?

21         A      You're asking if I signed a paper,

22   I signed papers for just -- like I signed a

23   paper for him, that's it.

24         Q      Do you have any idea what those

25   papers said?

179

1                          P. Mendez

2          A       He explained it.

3          Q       Mr. Vecchia explained it?

4          A       No -- what are you talking about?

5     Aren't you talking about -- you're confused

6     because you're talking about one thing, about

7     the deposition, about this, nothing else.

8          Q       What document are you talking

9     about that you signed?

10         A       Their contract.

11         Q       Whose contract?

12         A       They were going to send here.

13         Q       Who was going to send here?

14         A       When they sent my boss, Louis, the

15    paper.

16         Q       Are you talking about the retainer

17    between yourself and your attorney?

18         A       No, you confused me.   Continue

19    with the questions.

20         Q       You said you signed a document.

21                 Do you know what that document

22    said; yes or no?

23         A       No.

24         Q       So you signed a document that you

25    have no idea what it said; is that correct; yes

180

1                    P. Mendez

2    or no?

3          A      When I don't understand

4    something --

5                MR. WALLACE:   He is trying to

6          respond to the question.

7          A      When I don't understand something,

8    I ask him or my daughter what it says; if I have

9    to sign something, I sign it.

10         Q      So you said you signed a document

11   that was given to you by your attorneys and you

12   said that you either asked your attorneys or

13   your daughter to explain it; is that correct?

14         A      Yes, like I said, if they're

15   papers that I think are important.

16         Q      So what documents did you sign?

17         A      I signed one with him when I give

18   him $500.

19         Q      What did you give him $500 for?

20         A      That's what I was trying to

21   explain, for the suit that he has started with

22   me, that's what I was trying to explain to you.

23         Q      When did you give him $500?

24         A      That's what I don't remember,

25   because when I received the suit, what I did was

181

P. Mendez

1

2 I sent it to them, and I said, like I said last

3 time, I had not received it but someone in my

4 family had found it on the desk at home.

5           So when I read it, I saw that

6 Louis Vecchia's name was there, I sent it to

7 them, my attorneys.  And I asked them about

8 that, what it was.

9      Q      When did you pay your attorneys

10 $500?

11      A      It's just that I don't remember

12 the day, I don't remember the day.

13      Q      Do you remember if it happened

14 before or after the last deposition date?

15      A      No, it was before.

16      Q      How come at your last deposition

17 you lied and said that you did not pay them

18 anything?

19           MR. WALLACE:  Objection, asked and

20      answered.

21      Q      You may answer.

22      A      I said that I didn't remember.

23      Q      No, you said that you did not pay

24 them.

25           How come you lied at that

182

1                              P. Mendez

2      deposition?

3              A       What I remember is that I said

4      that I didn't remember if I had paid or not.

5              Q       If the deposition says that you

6      did not pay, you were clearly lying; is that

7      correct?

8                      MR. WALLACE:   Objection.

9              A       Yes, but I remember that I said I

10     don't remember.

11             Q       If it says something different

12     than that, you were lying?

13                     MR. WALLACE:   Objection.

14             Q       Yes?

15             A       Yes, if there is a difference,

16     then maybe yes.

17             Q       Do you know Nelson Quintanilla?

18             A       Yes.

19             Q       Do you know if he goes by any

20     other names?

21             A       Nelson Quintanilla, that's how I

22     knew him from before.

23             Q       Nelson Quintanilla?

24             A       Those are the two names that I

25     know him by.

183

1                      P. Mendez

2          Q      Do you know why he goes by

3    different names?

4          A      I don't know.

5          Q      Do you know how many hours a day

6    Nelson Quintanilla worked for the defendants?

7          A      Like I said, that group was

8    separate from mine.  I can't really say yes, no,

9    that's a different group.  But we had to work

10   ten hours the same for them to pay eight hours.

11   That's what I know about everyone.

12         Q      Did Nelson Quintanilla work the

13   same schedule as you?

14         A      Sometimes he worked even more.

15         Q      And sometimes he worked less?

16                MR. WALLACE:   Objection.

17         A      No, it was the paving crew.

18         Q      Did you work with Nelson

19   Quintanilla every day?

20         A      No.

21         Q      Did you work with him at all?

22         A      Many times, sometimes.

23         Q      Is it many times or is it

24   sometimes?

25         A      He, Louis Vecchia -- I had a

184

P. Mendez

1

2  group, my group was the setup crew.  Where

3  Nelson worked was the paving crew, so there were

4  two different groups.

5      Q    So you didn't work with Nelson

6  Quintanilla every day?

7      A    Not every day.

8      Q    You don't know his schedule?

9           MR. WALLACE:  Objection.

10     A    Normally, everyone -- we would all

11  see each other at 6:30 in the morning and in the

12  afternoons, it's different.

13     Q    So Nelson Quintanilla may have

14  worked a different schedule than you?

15     A    In the morning, almost everyone

16  was the same.

17     Q    But in the evening, everyone was

18  different?

19     A    Sometimes they worked very late.

20     Q    And sometimes not as late as you,

21  correct?

22          MR. WALLACE:  Objection.

23     A    Normally ten, eleven hours, mostly

24  much, much more.

25     Q    How do you know that?

185

1                              P. Mendez

2          A     Because they're always saying what

3    time they had gotten out the day before when

4    they had worked most of the time.

5          Q     And you believed them?

6          A     Yes.  Because even the drivers

7    were there.

8          Q     Didn't your attorney show you the

9    GPS record to show you how many hours they

10   actually worked?

11                MR. WALLACE:  Objection.

12         A     GPS, I don't think so.

13         Q     Do you know Alejandro Amaya?

14         A     Yes.

15         Q     Did he work in your crew?

16         A     He is -- yes, yes.  And he is one

17   of the best workers that Louis Vecchia had.

18         Q     Do you know what time of day he

19   started?

20         A     From -- if we had to be at the

21   yard, at 6:30.

22         Q     Did you drive Alejandro Amaya to

23   work?

24         A     Like I said, he would take his car

25   to the house and from the house, I would take

186

P. Mendez

1    him to the yard.

2        Q      So the simple answer to my

3    question, if you were capable of answering the

4    question, would be yes?

5        A      Yes.

6        Q      Why aren't you giving me the

7    simple answers?

8        A      It's the simple one for me.

9    That's the truth, what I'm saying.

10       Q      So you drove Alejandro Amaya to

11   work every day; is that correct?

12       A      A lot of times, yes, he was with

13   the workers that worked with me more.

14       Q      He could have driven directly to

15   the worksite; is that correct?

16       A      Yes, but the rules were to go to

17   the yard, yes.

18       Q      Do you know Alex Amir Arevalo?

19       A      Yes.

20       Q      Was he in your crew?

21       A      Sometimes, not much.

22       Q      Are you familiar with his work

23   schedule?

24       A      He was more so mechanic helper.

187

1                              P. Mendez

2          Q        He did not work your schedule; is

3      that correct?

4          A        What did you say?

5          Q        He did not work your work

6      schedule; is that correct?

7          A        No.  He was in the yard.  He

8      worked with me sometimes.

9          Q        But not all the time?

10         A        No.

11         Q        He mainly worked in the yard; is

12     that correct?

13                  MR. WALLACE:  Objection.

14         A        Yes.  They would send him to work

15     sometimes with the paving crew.

16         Q        Did you see Alex Amir Arevalo in

17     the morning?

18         A        Sometimes and sometimes not.

19         Q        Do you know Maynor Fajardo?

20         A        Yes.

21         Q        Do you know on how many occasions

22     Maynor Fajardo disappeared from work to leave

23     the country?

24         A        Yes, I recall.

25         Q        On how many different occasions

188

1                         P. Mendez

2      did he do that?

3             A      From what I recall, only one, I

4      think.

5             Q      Do you know how long he

6      disappeared for?

7             A      I know that he disappeared -- I

8      don't know, for six, five months, but I'm not

9      sure.  I don't want to -- there wasn't much

10     communication with him.  There was

11     communication, but I would say hello or how are

12     you.  I wouldn't call him every night.

13            Q      Did you work the same schedule as

14     him?

15            A      In the morning, yes.

16            Q      But in the afternoon, you don't

17     know?

18            A      No.

19            Q      He was not part of your crew?

20            A      He had the paving crew, the boss

21     of the paving crew.

22            Q      Do you know Walter Garcia?

23            A      Yes.

24            Q      Was Walter Garcia in your group?

25            A      Sometimes.  Sometimes Louis

189

                                         P. Mendez

1

2      Vecchia would send him.  He would send me to

3      work with the paving crew or sometimes a

4      different group.

5              Q      Did you drive Walter Garcia to

6      work?

7              A      No, no, no, hardly.  The same, if

8      he had to go home, leave the car at home but I

9      hardly worked with Walter, a short time.

10             Q      Do you know Jose Martinez?

11             A      Yes.

12             Q      Was Jose Martinez in your crew?

13             A      Not much, a little bit, the most

14     was Alejandro.

15             Q      Do you know what Jose Martinez's

16     work schedule was?

17             A      It was the same that the paving

18     crew had when he worked with the paving crew.

19             Q      Do you know what the work schedule

20     was for the paving crew?

21             A      The same; like I said, from 6:30

22     on.

23             Q      At 6:30, you're saying that's the

24     time you arrived at the shop; is that correct?

25             A      Yes.

190

1                          P. Mendez

2          Q      That's not when you arrived at the

3    worksite?

4          A      No.  To the yard.

5          Q      Do you know Osmar Pagoada?

6          A      Yes.

7          Q      Was he in your crew?

8          A      No, no, hardly, maybe once or

9    twice.  I can't really say; once or twice, very

10   little.

11         Q      Are you familiar with Osmar

12   Pagoada's work schedule?

13         A      It's just that they were -- most

14   of them were in the paving crew, that was the

15   paving group.

16         Q      Do you know who Javier Quintanilla

17   is?

18         A      Yes.

19         Q      Who is Javier Quintanilla?

20         A      That is Nelson Quintanilla's

21   brother.

22         Q      Was he in your crew?

23         A      He was one of the -- he worked,

24   too, here with me also; Javier first and then it

25   was Alejandro.

191

1                          P. Mendez

2          Q        What year did Javier work with

3    you?

4          A        I couldn't really say, but I think

5    Alejandro worked three years with me.

6          Q        Alejandro who?

7          A        Alejandro Amaya.

8          Q        But I am not asking you about

9    Alejandro Amaya.  I am asking you about Javier

10   Quintanilla.  Try and stay focused.

11         A        It was Javier first, then it was

12   Alejandro.  That's why I'm saying that the rest

13   of them didn't work with me, just those two

14   persons were the ones that worked mostly with

15   me.

16         Q        But you have no idea what years

17   they worked with you, correct?

18         A        I couldn't specify the days that

19   Javier worked, the day of the year, but it was

20   before Alejandro.

21         Q        Do you know when Alejandro worked

22   with you?

23         A        I think it was three or

24   four years; from 2009, back three or four years.

25         Q        Are you sure?

192

1                          P. Mendez

2          A      Yes.

3          Q      Do you know who Edwin Rivera is?

4          A      Yes.

5          Q      Who is Edwin Rivera?

6          A      Someone that also worked with the

7    paving crew.

8          Q      Do you know what his hours were?

9          A      The same as the paving.

10         Q      Do you know what those hours were?

11         A      From 6:30, 5:00 in the morning,

12   7:00 a.m., at 5:00, at 6:00, at 7:00, at 8:00,

13   at 9:00 at night.

14         Q      Is that what you're saying that

15   was the range of hours for all of the people

16   that worked for defendants?

17                MR. WALLACE:   Objection.

18         A      Those are the hours that you

19   worked there.

20         Q      Do you know Carlos Escalante?

21         A      Yes.

22         Q      Who is Carlos Escalante?

23         A      Another person who also worked for

24   the paving crew.

25         Q      Do you know what his hours were?

193

1                          P. Mendez

2        A        The same as them.

3        Q        Are you sure?

4        A        Yes.

5        Q        Did anybody leave a job site early

6    because they were not feeling well?

7        A        That, I don't know.  I was worried

8    about my own job, finishing my day and the rest.

9    I don't know if anyone had a headache.

10        Q        When you went to a job, you just

11    cared about your schedule and nobody else's?

12                 MR. WALLACE:   Objection.

13        Q        Yes or no?

14        A        He would give me a work order and

15    I would finish it.

16        Q        Do you know who Kevin Galeano is?

17        A        Yes.

18        Q        Who is Kevin Galeano?

19        A        He also worked for him, and

20    sometimes they would send him with an operator,

21    whose name is Salvatore.

22        Q        Do you know what Kevin Galeano's

23    work schedule is?

24        A        Repeat -- he had to be there more

25    or less at the same time, at 6:30, and the rest

194

1                        P. Mendez

2      is normal.

3           Q       How many guys are with a paving

4      crew?

5           A       It all depends, sometimes he would

6      send five, six, seven, eight; there was a lot of

7      work, there would be a lot of people.

8           Q       How many people would be in a

9      paving crew?

10          A       He would give me only one, and

11     sometimes when I had a lot of work, I would ask

12     him for another one.

13          Q       Would you get another person?

14          A       Sometimes they would give him to

15     me, and sometimes he would say no.

16          Q       Did you always get your work done?

17          A       Most of the time, yes, that's

18     why -- sometimes I had to stop my machine and

19     work.

20          Q       Does that bother you, that you had

21     to stop the machine and do the work yourself?

22          A       Never.

23          Q       That was your job, to do the work,

24     correct?

25          A       Yes.

195

```
1                    P. Mendez
2         Q     Do you know who Lerly Noe
3   Rodriguez is?
4         A     Yes.
5         Q     Who is Lerly Noe Rodriguez?
6         A     He worked on the paving crew.  He
7   is a roller.
8         Q     Do you know what his work hours
9   are?
10        A     The same, almost as the paving
11  crew.
12        Q     Almost, but not the same?
13        A     He sometimes would arrive earlier
14  than anyone else because sometimes he would have
15  to drive, and he would go to prepare the things
16  in a box truck.
17        Q     What were the names of the people
18  on the paving crew?
19        A     All of the ones that you
20  mentioned.
21        Q     What are those names?
22        A     Starting with the bosses, it's
23  Renato.
24        Q     Is that the same as Maynor?
25        A     That's how I met him, then I
```

196

1                          P. Mendez

2      realized that was Maynor.  Carlos is the second

3      one, Edwin, Noe, Victor, Walter -- oh, I forget

4      the other one, what's his name?  His name is --

5      he doesn't work much, Osmar, and Jose Martinez.

6          Q      Which one of them didn't work

7      much?

8          A      Like I said, Osmar didn't work

9      there for very long, but the ones that were more

10     in the crew were the other ones; Maynor, Edwin,

11     Carlos, and yes, just those.

12         Q      Do you know who Marcus Tulio Perez

13     is?

14         A      Yes, I forgot him, Tulio, they

15     call him Tulio.

16         Q      Who is "they"?

17         A      He also worked for the paving

18     crew.

19         Q      Do you know what Marcus Tulio

20     Perez's hours were?

21         A      The same as the others.

22         Q      How do you know that?

23         A      Because they would give us an

24     order to get to the yard at 6:30.  If someone

25     had to go with a different operator, so they

197

1                        P. Mendez

2    would say tell such-and-such a person to go with

3    such-and-such a person to be at the yard at a

4    certain time, that's it.

5         Q      Do you know who Jose Vega Castillo

6    is?

7         A      Yes.

8         Q      Who is Jose Vega Castillo?

9         A      He also worked with a paving crew.

10        Q      Did you work with him on a regular

11   basis?

12        A      Not much, very little.

13        Q      So you don't know what his actual

14   hours were?

15        A      Only in the morning.

16        Q      Do you know who Juan Quinteros is?

17        A      Yes.

18        Q      Who is Juan Quinteros?

19        A      He's been working there for a

20   short time and the paving crew, as well.

21        Q      From what period of time to what

22   period of time did he work?

23        A      I really can't tell you.  I think

24   he's been there two years, I think.

25        Q      You worked a different schedule

198

1                          P. Mendez

2     than most people that I just identified; is that

3     correct?

4                  MR. WALLACE:  Objection.

5          A       In the morning, everything the

6     same, almost everything the same.

7          Q       Except when you would show up

8     directly on a job site, correct?

9                  MR. WALLACE:  Objection.

10         A       Yes, and many few times.

11         Q       Many few times?

12         A       A few time.

13         Q       Your work schedule was affected by

14    the weather, was it not?

15         A       Yes.  There are days that it's

16    bad, yes.

17         Q       If it's bad, how does the weather

18    affect it?

19         A       They would send us home, sometimes

20    we had to work even with water.

21         Q       Did you ever keep track of how

22    many times you were sent home because of the

23    weather?

24         A       No.

25         Q       Could I ask you to wake up your

199
1                           P. Mendez
2    attorney?
3                    MR. WALLACE:  I'm awake, I just
4              closed my eyes.  I'm closing my eyes.
5              I'm alert.  I'm listening to everything,
6              don't worry.
7         Q     At the last deposition, your
8    Counsel represented that they would provide me
9    with a copy of your passport.
10                   Do you have that passport here?
11        A     No.
12        Q     Why not?
13        A     No.  Because it seems that they
14   said no one was going to ask about immigration
15   papers.
16        Q     That's not correct.
17                   MR. WALLACE:  Objection.  For the
18             record, there is a protective order in
19             place regarding immigration status.
20                   MR. ZABELL:  No, Lauren advised at
21             the last deposition that she was going to
22             provide it.
23                   MR. WALLACE:  Prior to the
24             protective order.
25                   MR. ZABELL:  It's a representation

200

1           P. Mendez
2           that she made that you have an obligation
3           to continue.
4                MR. WALLACE:  Pertaining to
5           passports, that has been excluded by the
6           protective order.
7                THE WITNESS:  But if you want, I
8           can send it -- bring it tomorrow, or
9           later --
10                MR. WALLACE:  Objection.  For the
11           record, I will decided what's produced in
12           this case.
13                Can you translate?
14                MR. ZABELL:  We will bring it up
15           to the Court.
16           Q      When was the last time you went
17   back to El Salvador?
18           A      Well, the last time you told me --
19   I only mentioned when I was working for him,
20   two years ago.  The problem that happened with
21   my sister, that -- I didn't mention that I went
22   in June of this year, yes, June.
23           Q      From 1998 to 2009, how many times
24   did you go to El Salvador?
25           A      Only one time when I said the last

201

1                          P. Mendez

2    time, one time.

3           Q       When was that?

4           A       The exact date, the year was -- I

5    think -- I don't remember much, but I think it

6    was about February, a week -- let me see, let me

7    see.  I think it was the 16th when I left and I

8    was there three weeks.

9           Q       The 16th of what month?

10          A       I think it was February.  I have

11   to check the year.

12          Q       Do you have an idea of what year?

13          A       Let me see.  I'm not sure if it

14   was 1997 or 1998, but it was -- I told my boss,

15   Louis, because I had not seen my mother or

16   family in about twenty years, yes.

17          Q       Is that the only time you left the

18   country since 1998?

19          A       Yes, I said yes.  And in June of

20   this year, but that was separate.

21          Q       You never left the country any

22   other time?

23          A       No.

24                  MR. WALLACE:  Objection.

25                  What period of time are you

1                         P. Mendez

2        talking about?

3                MR. ZABELL:  We have our answer.

4        I'm going to ignore your question.

5                MR. WALLACE:  It's an objection

6        for the record.  It's not directed at

7        you.

8                MR. ZABELL:  It's not directed at

9        me?  Who can it possibly be directed at?

10               MR. WALLACE:  It does not require

11       your response or your authorization.  I

12       am objecting on the record.

13               MR. ZABELL:  The purpose of your

14       question?

15               MR. WALLACE:  You shouldn't have

16       asked the question.

17               MR. ZABELL:  Did you just say, I

18       shouldn't have asked the question?

19               MR. WALLACE:  The question was an

20       improper question, because it was not

21       related to this time period, it was

22       leading, it is also --

23               MR. ZABELL:  Ian, nobody is asking

24       you for a speaking objection.

25               MR. WALLACE:  What are you asking,

203

P. Mendez

2    then?

3          MR. ZABELL:  I am asking you to

4    remain silent.

5          MR. WALLACE:  You're asking me to

6    remain silent in this deposition?

7          MR. ZABELL:  Yes.

8          MR. WALLACE:  Who do you think you

9    are?

10          MR. ZABELL:  Your role is to

11    remain silent.  You can object to the

12    form of the question, that's fine.

13          MR. WALLACE:  That's what I am

14    doing.

15          MR. ZABELL:  Do not make speaking

16    objections and do not ask questions of

17    your own.

18          MR. WALLACE:  You asked a

19    question, which I was objecting to and I

20    answered it.

21          MR. ZABELL:  Ian, please, just

22    remain silent.

23          MR. WALLACE:  Saul, we're both

24    above it.

25          MR. ZABELL:  Apparently not, just

204

1                    P. Mendez

2          remain silent.

3                    MR. WALLACE:  Ask your next

4          question.

5          Q     Do you know what grease time is?

6          A     Yes.

7          Q     What's grease time?

8          A     It's to grease the machine that

9     you have for a half hour.

10         Q     Did you ever get paid for grease

11    time?

12         A     Not at the beginning.  Afterwards,

13    he would pay half hour, whenever he remembered.

14         Q     You would get paid grease time,

15    but you wouldn't always grease the equipment,

16    correct?

17         A     I would always grease my machine.

18    I was always asking the mechanic for grease.

19         Q     What mechanic would you ask for

20    grease?

21         A     His name is George.

22         Q     George what?

23         A     I don't know his last name.

24         Q     Did your paychecks indicate that

25    you were paid grease time?

205

1                              P. Mendez

2           A       Not at the beginning, but then

3    later, sometimes, yes.

4           Q       Later from what period of time to

5    what period of time?

6           A       At least the first -- almost the

7    first two years, three years he wouldn't pay us

8    grease time.  Then, one hour would show,

9    two hours, two-and-a-half hours, that was the

10   most, two-and-a-half hours.

11          Q       From 1998 to 2001, you were not

12   paid for grease time?

13          A       What date did you say?

14          Q       1998 to 2001.

15                  MR. WALLACE:  Objection.

16          Q       You may disregard the objection

17   and provide an answer.

18          A       Before the union, he never

19   mentioned that or paid it.  After the union,

20   like I said, the first two years, he hardly

21   paid.  Then, he was paying one hour, two hours,

22   two-and-a-half hours.

23          Q       How many hours a week were you

24   supposed to get grease time?

25          A       It's supposed to be a half hour

206

1                          P. Mendez

2      per day.

3              Q      If it's supposed to be a half hour

4      per day and you got two-and-a-half hours per

5      week, didn't you get a half hour per day?

6              A      Yes.

7              Q      If you didn't get paid grease

8      time, shouldn't you have complained to the

9      union?

10             A      I was supposed to, yes.

11             Q      But you never complained to the

12     union?

13             A      No.

14             Q      In fact, the only time you ever

15     complained about your pay was in this lawsuit;

16     is that correct?

17                    MR. WALLACE:  Objection.

18             A      Many times, they would send me

19     pages to fill out stating the hour that I would

20     start work and finish work, and once I told

21     Louis, the boss, and he said that if I did that,

22     I would -- it bothered him.

23                    Sometimes in order to cover him, I

24     didn't do things that I was supposed to do.

25             Q      You didn't want to bother Louis;

207

1                          P. Mendez

2    is that correct?

3          A      At the beginning, I tried not to

4    hurt people, and I never gave the union

5    complaints.

6          Q      In the beginning, you didn't want

7    to hurt anybody; is that correct?

8          A      You know --

9          Q      Yes or no?

10               MR. WALLACE:  He's responding.

11         Q      You don't mind hurting people?

12               MR. WALLACE:  Objection.

13         Q      Yes or no?

14         A      No, it's not hurting.  It's not

15   the name of Louis Vecchia.  It's with the

16   company that he's in charge of because he

17   doesn't pay overtime.

18         Q      You know you're suing Louis

19   Vecchia; did you know that?

20         A      I am suing Suffolk Paving, Suffolk

21   Asphalt.  The owner of those companies was Louis

22   Vecchia and also Christopher Vecchia and Helene

23   Vecchia.

24         Q      So you know you're suing Louis

25   Vecchia, individually?

208

```
 1                      P. Mendez
 2        A      Yes.
 3        Q      You know you're suing his family?
 4        A      Yes.
 5        Q      You know you're suing his wife?
 6        A      No, no --
 7        Q      Yes or no?
 8        A      Yes.
 9        Q      His son?
10        A      Yes, I said yes.
11        Q      Does Helene Vecchia own any of the
12  defendant companies?
13        A      Helene Vecchia and Louis Vecchia
14  are the ones that run the company.
15        Q      Do you know if Helene Vecchia owns
16  any of the companies?
17        A      Yes.  If she is the wife of the
18  boss, why not?  Something else?
19              MR. WALLACE:  Do you have a
20         question?
21              MR. ZABELL:  I have lots of
22         questions.
23              MR. WALLACE:  Just for the record,
24         Mr. Zabell is just pausing for about a
25         minute at this point.
```

209

1                          P. Mendez

2              MR. ZABELL:  I disagree with

3         Mr. Wallace's characterization.  I would

4         like to think that he would be a little

5         more honest with his representations on

6         the record, but it's entirely consistent

7         with the behavior I have come to expect

8         in this litigation, disappointing as it

9         may be.

10         Q     Mr. Mendez?

11         A     Yes.

12         Q     Does your wife know that you

13    borrowed $25,000 from Mr. Vecchia?

14         A     I think so.

15         Q     Does your wife know that you did

16    not pay Mr. Vecchia that $25,000 back?

17              MR. WALLACE:  Objection.

18         A     I hardly tell her about my things.

19         Q     Does your wife know that without

20    the assistance of Mr. Vecchia, you would not be

21    living in your home?

22              MR. WALLACE:  Objection.

23         A     No, she doesn't know.

24         Q     Does your wife know that you do

25    not have any documentation indicating that you

210

1                        P. Mendez

2    paid one penny back of that $25,000 that

3    Mr. Vecchia loaned you?

4                MR. WALLACE:  Objection.

5        Q      Does she know that?

6        A      No.

7        Q      She does not know that?

8        A      But he accepted -- boss, Louis,

9    accepted that I had paid him money.

10       Q      Do you know you're being sued for

11   that money?

12       A      Yes.

13       Q      Do you know you have no proof to

14   offer that you have repaid that money?

15               MR. WALLACE:  Objection.

16       A      Yes, it's possible.  I said last

17   time that I had written down on some stubs the

18   days that I had paid him.

19       Q      Did you give him checks for that

20   money?

21       A      No.

22       Q      Did you give him cash for that

23   money?

24       A      It was work days, it was

25   Saturdays.

211

P. Mendez

1

2     Q       Did you ever receive your pay in
3     the form of checks?

4     A       No.

5     Q       Did you ever receive payment in
6     the form of cash?

7     A       Like I said, sometimes, yes.

8     Q       So sometimes, you would receive
9     cash, but you never received checks.  Is that
10    what your testimony is?

11    A       The check that he would pay me,
12    that's what you're talking about?  Yes, every
13    week, every month, checks, but sometimes, like I
14    said last time, he would give me in cash when I
15    would tell him that I didn't want cash.

16    Q       How often would you tell him that
17    you didn't want cash?

18    A       One time it was almost for a whole
19    month where I said no cash.

20    Q       Why did you say you didn't want
21    cash?

22    A       Sometimes he would say that it
23    would be cheaper for him, he said that if it
24    wasn't union work or friends of his that he
25    would send me, sometimes he would want them to

212

1                              P. Mendez
2       pay me or he would pay me.
3              Q       And you always got paid, correct?
4                      MR. WALLACE:  Objection.
5              A       Yes.
6              Q       When you got paid in cash, how
7       much did you get paid?
8              A       Like I said, sometimes they paid
9       me $300.  Once, like I said last time, he gave
10      me $1,400, $1,500, I think it was.  That was the
11      only time that he paid me the whole thing in
12      cash.
13             Q       You would get paid $300 a week?
14                     MR. WALLACE:  Objection.
15             A       No.  Like I said, sometimes he
16      would pay me, he would give me the check, and
17      sometimes he would give me $200.
18             Q       He would give you a check and $200
19      in addition?
20             A       Yes.
21             Q       Sometimes you got paid $300 a day;
22      is that correct?
23                     MR. WALLACE:  Objection.
24             A       No.  Like I said, he would give me
25      both.

213

1                       P. Mendez

2          Q        So you always got a check and

3     cash?

4          A        Sometimes, yes.

5          Q        Did you ever get paid prevailing

6     wage?

7          A        Yes.   Sometimes when we would get

8     to the union, Louis Vecchia -- when you have a

9     union, you no longer pay what you're supposed to

10    pay in prevailing wages.   The amount is what the

11    union says by the book, what you have.

12         Q        So on prevailing wage jobs, did

13    you get paid what you were supposed to get paid?

14         A        Through the union, yes.

15         Q        Do you know that you're suing,

16    claiming that you did not receive prevailing

17    wage on prevailing wage jobs?

18         A        That's why sometimes there are

19    jobs, union jobs -- before he wasn't paying

20    prevailing wage.

21         Q        When was he not paying prevailing

22    wage?

23         A        Before the union, because if

24    someone works --

25         Q        Are you talking before 2003?

South Shore Court Reporting
(631)-235-6218

214

1                          P. Mendez

2          A        No.

3          Q        After 2003?

4          A        After.

5          Q        You know you testified earlier

6    that they joined the union in 2001?

7          A        No.  I said I was working -- I

8    think I joined the union in 2005 or 2006, if I

9    am not mistaken.

10         Q        When you joined the union, you

11   wound up getting less pay, correct?

12                  MR. WALLACE:  Objection.

13         A        He would give me sometimes $1,100

14   or $1,055 for forty hours.

15         Q        And there were deductions from

16   your pay to pay union dues, correct?

17         A        I would go and pay every month.  I

18   would pretty much pay for the whole year.

19         Q        And there were benefit payments

20   that were taken out of your pay, correct?

21         A        I think they took everything out

22   of there, because I never had insurance with

23   them, but I think that they would always deduct.

24         Q        Did you ever take a look at your

25   paychecks when you got them?

215

1                              P. Mendez

2          A       It would say that they would take

3     out this, this, this.

4          Q       What were the specific deductions

5     taken out of your pay?

6          A       I can't really say.

7          Q       Why can't you say?

8          A       Vacation, Medicaid, sometimes it

9     would say only three letters.

10         Q       Did you ever ask?

11         A       No.

12         Q       How much union dues were taken out

13    of your paycheck?

14         A       I think that's what I would pay

15    there monthly.

16         Q       How much would you pay monthly?

17         A       I'm not sure if it was twelve or

18    fourteen, because I would pay for the whole

19    year.

20         Q       Twelve or fourteen what?

21         A       Dollars, I think.

22         Q       You would pay twelve or fourteen

23    dollars for the whole year?

24         A       No, each month.  I think that's

25    what that's for, the dues.  If you don't pay

216

1                    P. Mendez

2    monthly, then they call you and tell you what

3    you owe.

4         Q       Do you believe that you were paid

5    prevailing wage appropriately?

6                 MR. WALLACE:  Objection, asked and

7          answered.

8         A       Sometimes; most of the time, no.

9         Q       Please identify for me the

10   projects that you worked on when you were not

11   paid prevailing wage.

12        A       It's difficult.

13        Q       Try real hard.

14        A       It's difficult, because you

15   understand it's difficult to say it was in this

16   job and this, yes; and this one, no.

17        Q       Try very hard to remember because

18   your case depends on it.

19                MR. WALLACE:  Objection.

20        A       No, I can't say right now.

21        Q       Is there anything that can help

22   you recall?

23        A       I don't know.

24        Q       So the memory you have now will

25   never get any better with regard to the jobs

217

1                          P. Mendez

2    that you did not receive prevailing wage on; is

3    that correct?

4                    MR. WALLACE:   Objection.

5         A      What's that?

6         Q      There is nothing that you can

7    think of that can help you identify the jobs

8    where you claim that you did not receive

9    prevailing wage?

10        A      No.  Because sometimes you would

11   do one job and most of us would ask the -- how

12   do they call them -- the inspectors, is this job

13   prevailing wage?

14              Sometimes they would say yes,

15   sometimes they would say no.  So sometimes we

16   knew that it was and sometimes it didn't show up

17   on the check.  Sometimes -- there is a street,

18   Old Bay Shore Road.

19              We asked the inspectors if it was

20   prevailing wage and they said yes.  We asked

21   Louis Vecchia and Louis Vecchia said that the

22   street was private.

23        Q      Do you know what a prevailing wage

24   job is?

25        A      Now I have more of an idea of what

218

1                              P. Mendez

2    a prevailing wage is.

3          Q      Please explain to me what a

4    prevailing wage job is.

5          A      Now I am working for a company

6    that works almost solely with prevailing wage,

7    jobs for the State, jobs for the schools, water

8    jobs, that's what I understand, yes.

9          Q      What employer is this?

10         A      What?

11         Q      What's the name of your employer?

12         A      Now it's Capital Concrete.  They

13    pay the way it should be.

14         Q      Did you ever meet with an

15    investigator from the District Attorney's

16    office?

17         A      Repeat the question?

18         Q      Did you ever meet with a detective

19    from the District Attorney's office, from the

20    DA's office?

21         A      From this office?

22         Q      DA, the district attorney.

23         A      I don't remember, I don't know.

24         Q      You don't remember, you don't

25    know?

219

1                          P. Mendez

2          A      If I meet with a detective or if I

3    spoke with a detective?

4          Q      When did you meet with a

5    detective?

6          A      No, that's my question.

7          Q      You don't get to ask questions.

8          A      I didn't understand the question.

9          Q      Did you ever meet with a

10   detective?

11         A      Yes.

12         Q      Was that so difficult?

13         A      No.  Because you confuse me

14   because you're asking me if I spoke with

15   someone -- because now we're talking about

16   prevailing wage, and then you ask me that, so

17   you're confusing me.

18         Q      When did you speak with a

19   detective?

20         A      About a year or less than a year,

21   about a year, I think.

22         Q      What did you tell the detective?

23         A      That they asked some questions

24   about the union, about the work that we used to

25   do.

220

                                P. Mendez

1
2         Q       Did they ask you questions about

3    whether or not you were paid prevailing wage?

4         A       No.

5         Q       Were your attorneys present when

6    they questioned you?

7         A       I don't recall, I don't recall, I

8    don't recall.

9              MR. ZABELL:  Let's take a lunch

10             break.

11             (Whereupon, a lunch recess was

12             taken 1:30 p.m. to 2:26 p.m.)

13        Q       Mr. Mendez, before the break, we

14   were talking about prevailing wage.

15             Do you know what the prevailing

16   wage rate was in 2009?

17             MR. WALLACE:  Objection.

18        Q       You may answer.  You may disregard

19   him and answer my question.

20        A       The company that I'm working for

21   presently, if I am an operator, they pay me $76;

22   if I'm a laborer, as they call it, they pay me

23   $61 or $64, it depends.

24        Q       Did you work for that company in

25   2009?

221

1                        P. Mendez

2        A       No.

3        Q       Why are you answering the question

4    for the company that you work for?

5        A       Because you're asking me if I know

6    the amount.

7        Q       In 2009, do you know what the

8    prevailing wage rate was?

9                MR. WALLACE:   Renewed objection.

10               You can answer.

11       A       I'm not sure, but it has to be a

12   dollar less.

13       Q       A dollar less than what?

14       A       The same amount as now.

15       Q       Do you know what the prevailing

16   wage rate was in 2008?

17       A       No.

18       Q       Do you know what it was in 2007?

19       A       No.

20       Q       Do you know what it was in 2006?

21       A       No.

22       Q       Do you know what it was in 2005?

23       A       No.

24       Q       Do you know what it was in 2004?

25       A       No.

222

1                      P. Mendez

2        Q      Do you know what it was in 2003?

3        A      No.

4        Q      Do you know what it was in 2002?

5        A      No.  But I'm referring to the

6    amount that they pay one per hour.

7        Q      Do you know how much you made an

8    hour working for the defendants in 2002?

9        A      I think it was thirty,

10   thirty-five, I think, thirty-five, I think.

11       Q      Thirty-five what?

12       A      Dollars.

13       Q      Is that per hour or for a day?

14       A      Per hour.

15       Q      In 2003, do you know how much you

16   made for an hour's worth of work working for

17   defendants?

18       A      Only when I returned, he offered

19   me that money, and he never gave me a raise when

20   I joined the union.  That is when it was $44.

21       Q      In what year did it start being

22   $44 an hour?

23       A      From the beginning.  2006 is when

24   I started in the union.

25       Q      Did you work for any of the

223

1                            P. Mendez

2       defendants in 2005?

3               A       I think so, yes.

4               Q       How much did you make an hour in

5       2005?

6               A       I'm not sure if I started in 2005

7       or 2006 with the union, but the agreement that I

8       had with him is that he was going to pay me $200

9       a day, and he calculated, and it came out to $35

10      in eight hours.

11              Q       In 2006, how much did you earn an

12      hour?

13              A       If I was already in the union --

14      like I said, I'm not sure, but I think it was --

15      I'm not sure, but I think it was $42 or $44, I

16      think so.

17              Q       In 2007, how much did you make an

18      hour?

19              A       It's just that every year the

20      union -- in about October or November, they gave

21      you like a $1 or $1.25 or a $2 raise every year.

22              Q       That is a great story, but it's

23      not an answer to the question that I asked you.

24                      In 2007, how much did you make an

25      hour?

224

1                    P. Mendez

2        A      It's just that what I'm saying --

3    I'm not sure, but it's possible that it's $44,

4    $43.

5        Q      You understand that if you don't

6    know an answer to a question, it's okay to say,

7    I don't know?

8        A      Okay.

9        Q      Do you know how much you made an

10   hour in 2007?

11       A      No.

12       Q      Do you know how much you made an

13   hour in 2008?

14       A      I think $44.

15       Q      Why do you think $44?

16       A      Because I think I remember that it

17   was $44.  $44, $45, it went up in 2008 or 2009,

18   it seems, only a one dollar difference or

19   something like that.

20       Q      Do you know how much you made an

21   hour in 2009?

22       A      I think $45.

23       Q      Why do you think $45?

24       A      Because I don't recall exactly

25   $44, $45.12, $44.

225

1                        P. Mendez

2          Q       Is it fair to say that you do not

3    know exactly how much you were paid an hour for

4    any year that you worked for the defendants?

5          A       Like I said, in the first year, we

6    started with one amount, then it was another

7    one.

8          Q       Do you know the exact amount for

9    each year?

10         A       No, I have to check.

11         Q       What do you have to check?

12         A       The stubs that he would give --

13   Louis Vecchia would give.

14         Q       Do you have all of those stubs?

15         A       I have many.

16         Q       Did you turn them over to your

17   attorney?

18         A       We gave him a lot of papers.

19         Q       Did you give your attorney all of

20   your papers?

21         A       I think so, many of them.

22         Q       Not many, all?

23         A       Not everything, because I was not

24   taking into account the previous years.

25         Q       What previous years?

226

P. Mendez

1

2      A      No.  Like when I started working

3   the first years with him, sometimes those

4   papers, you know, you throw them away, you tear

5   them up.

6      Q      Did you turn over to your

7   attorneys all of the documentation that you have

8   from the defendants?

9      A      Yes, we handed them to them.

10      Q      Who is the "we" that you're

11   referring to?  Because I am only asking you the

12   question.

13      A      What do you mean?

14      Q      You say we turned them over.  I am

15   only asking about you, not about anybody else.

16      A      Well, I sent him the papers.

17      Q      You sent who the papers?

18      A      To our attorney.

19      Q      And who is that attorney?

20      A      Ian Wallace.

21      Q      How much do you want to get paid

22   as a result of this lawsuit?

23      A      The hours that they owe me.

24      Q      How many hours do they owe you?

25      A      I can't really give you a number.

1                          P. Mendez

2          Q        So you have no idea what you want

3    to get paid from this?

4                    MR. WALLACE:  Objection.

5          Q        Correct?

6          A        There are the hours that are in

7    the time sheet.

8          Q        How many hours?

9                    MR. WALLACE:  Objection, asked and

10                  answered.

11         A        Okay, a simple -- if every day,

12   you -- the minimum that we had to work was ten

13   hours, if you just figure out the two hours, the

14   minimum in five days, how many hours is that?

15   How many are they in one month?  How many are

16   there in nine months or eight months?  That is

17   the minimum.

18         Q        I'm asking you the question.

19         A        No.  That is why I can't really

20   say how many hours, because it's -- you said

21   before if it rains one day.

22         Q        But you didn't work five days a

23   week, did you?

24                   MR. WALLACE:  Objection.

25         A        In the summer and in good weather,

228

1                           P. Mendez

2     when it didn't rain, yes.  One year, I would

3     probably miss just one personal day sometimes;

4     only if it rained and there was no work when he

5     didn't call me.

6            Q      On some days, you went directly to

7     the job site without going to the shop, correct?

8                  MR. WALLACE:  Objection, asked and

9            answered.

10           A      What day?

11           Q      I'm asking you.

12           A      No.  He would tell me to work, I

13    worked.  If not, there was no work.

14           Q      You need to listen to the question

15    that I ask you.

16                  There were some days you didn't

17    report to the shop and you reported directly to

18    the job site, correct?

19           A      Yes.

20           Q      There were some days that you

21    worked less hours than you reported on the work

22    sheet as indicated on the GPS?

23                  MR. WALLACE:  Objection.

24                  MR. ZABELL:  Ian, that is your

25           last warning.  You are not to speak

229

```
 1                    P. Mendez
 2        during this deposition other than to say,
 3        "I object to the form of the question."
 4              MR. WALLACE:  I said objection in
 5        Spanish.
 6              MR. ZABELL:  If you object, you
 7        object in English, that is the
 8        appropriate thing to do.
 9              (Whereupon, the requested
10        testimony was read back by the court
11        reporter.)
12        A     What I put down was the order that
13   he gave us, and when I would leave work, that
14   was what I always reported.
15        Q     And when you knew that you were
16   lying on your time sheet, you disabled the GPS?
17              MR. WALLACE:  Objection.
18        Q     Correct?
19        A     No.
20        Q     Why did you disable the GPS?
21        A     Because of the same reason that I
22   said before, excuse me, the word -- that I was
23   angry, I was tired of them not paying overtime.
24        Q     That is when you quit, correct?
25        A     No, I did not quit.
```

230

1                          P. Mendez

2          Q       No, do you remember what you

3      testified to?

4          A       No.  He left me at home and they

5      no longer called me.

6          Q       How many months out of a year did

7      you work for defendants?

8          A       What is the question?

9          Q       How many months a year did you

10     work for defendants?

11         A       In 2005 or 2006, we would always

12     start -- like I said to him this morning when we

13     were talking downstairs, we would always start

14     March 1st or March 15th, then it would end

15     around December 24th.

16                 And he would always close

17     two weeks, because the plant would close the

18     week of Christmas, and sometimes it was

19     one month or two months that I didn't work

20     because there was no work, three months, the

21     most.  We would always start the 1st or 15th of

22     March.

23         Q       You're sure of that?

24         A       Most of the time, yes.

25         Q       Most of the time, but not all of

231

1                          P. Mendez

2     the time?

3          A       Like I said, the 1st, 15th, that

4     was it.  Now, I don't know, this year, I think

5     he started very late.

6          Q       In the beginning of the season in

7     March, would you work full weeks?

8          A       When we would start if there were

9     rain days, no.

10         Q       At the end of the year, would you

11    work full weeks?

12         A       Most of the time, yes, only from

13    November on, December.  Because before Louis,

14    the boss, was very, very busy.  Sometimes we

15    worked on Sundays.

16         Q       What Sundays did you work?

17         A       Many, but I can't recall.

18         Q       You can't tell us any of them?

19         A       Sometimes I worked at his house,

20    sometimes at a fire department.  I have an

21    anecdote from when I worked in his house.

22         Q       That is when this started, when

23    you worked in his house?

24         A       Yes, his house, Sunday.

25         Q       When you worked at his house, you

232

1                           P. Mendez

2    got very jealous?

3                   MR. WALLACE:  Objection.

4        Q       Correct?

5        A       No, no.

6        Q       Because you saw how he provided

7    for his family and you couldn't provide like

8    that for your family?

9        A       It was a brick job that I was

10   doing.  I had nothing to do -- his is his and

11   mine is mine.

12       Q       Apparently not, because you want

13   to steal from him?

14                  MR. WALLACE:  Objection.

15       A       I have respect.

16       Q       You have no respect for his

17   equipment, you testified to that.  Answer the

18   question.

19       A       I have a respect for the machines.

20   I took care of it more than anyone else.

21       Q       But you destroyed the GPS?

22       A       No.

23       Q       You testified before that you

24   didn't respect the GPS?

25       A       I disconnected it, not to damage

233

P. Mendez

2    it.

3         Q     Didn't you fight with the

4    installer who was sent to repair the GPS?

5         A     Yes, I repeated that the last

6    time.  First time I told him to tell Louis

7    Vecchia to check my overtime, not to check the

8    GPS.

9         Q     If he says that you never said

10    that, that would make you a liar, wouldn't it,

11    sir?

12         A     I said it, yes.

13         Q     If we bring that person in and he

14    said that you didn't say that, would he be lying

15    or would you be lying?

16               MR. WALLACE:  Objection.

17         A     It's like a president and the

18    workers.

19         Q     I don't see your hand on your

20    heart, your corazón.

21         A     But I did it.

22         Q     It's not, if you didn't disconnect

23    your GPS, we would be able to check your hours;

24    is that correct?

25               MR. WALLACE:  Objection.

234

1                         P. Mendez

2        A      If that were true, and I wanted

3    you to bring the records because that record

4    shows the driver, what time the car is turned on

5    and what time the car is turned off at the

6    company.

7                 I would like that record to exist,

8    because then you would know the time the pick-up

9    was turned on and off.

10       Q      Did you ask the skinny gentleman

11   to your right for those documents?

12       A      Who?

13       Q      Him (indicating).

14       A      No, I haven't asked that.

15       Q      Ask him, go ahead, he has those

16   documents.  They show you're lying.

17               MR. WALLACE:  Objection.

18       Q      Ask him.

19               THE WITNESS:  What time does it

20           say that I turned the pick-up on?

21               MR. WALLACE:  Objection.

22               MR. ZABELL:  Did you show him the

23           GPS records?

24               MR. WALLACE:  Just for the record,

25           yes, defendants have produced GPS

235

1                      P. Mendez

2            records.  They're scant, they're not

3            complete, and they don't show what

4            Mr. Zabell says they show.

5                 The GPS records support

6            Mr. Mendez's testimony, if anything.

7        Q       Listen, your job is to answer

8    questions, try to sit down like a big boy.  You

9    cannot explain anything.  All you can do is

10   answer questions.

11       A       That's what I am doing.

12       Q       Did you review any GPS records?

13       A       No.

14       Q       Do you know that they're available

15   for you to review?

16            MR. WALLACE:  Objection, asked and

17            answered.

18       Q       You can answer.  Do you know that

19   they're available for you to review?

20       A       Well, I have to --

21            MR. WALLACE:  Do you want to show

22            the witness the GPS?

23       Q       Do you know that tampering with

24   the GPS is a violation of the law?

25            MR. WALLACE:  Objection.

236

P. Mendez

1

2          You can answer.

3     A       I don't know that.

4     Q       Did you know that the defendants

5  could have called the police on you because you

6  tampered with their equipment?

7          MR. WALLACE:  Objection.

8     A       So, I could have called them as

9  well as to -- because he didn't pay overtime.

10    Q       You did call the police, they

11  investigated and they determined that you were a

12  liar.

13          MR. WALLACE:  Objection.

14    A       I never called the police.

15    Q       Do you not recall testifying

16  earlier that you spoke with a detective?

17    A       They called me, they made an

18  appointment with me.  I don't know who.  I do

19  know it was a detective from the union.

20    Q       Do you know whether or not they

21  found if you were telling the truth?

22          MR. WALLACE:  Objection.

23    A       Same thing I am saying here, I

24  told them.

25    Q       So you lied to them, too?

237

1                           P. Mendez
2                    MR. WALLACE:  Objection.
3         A       No, I don't think so.
4         Q       Was there any other equipment of
5    the defendants that you tampered with?
6                    MR. WALLACE:  Objection.
7         A       I didn't understand that word,
8    that I destroyed?
9         Q       Tampered with.
10        A       No.
11        Q       Just the GPS?
12                   MR. WALLACE:  Objection.
13        A       Yes.
14        Q       You know the GPS was the only way
15   to make sure that you were where you said you
16   were?
17                   MR. WALLACE:  Objection.
18        A       Yes.
19        Q       Without those GPS records, you
20   have no proof that you were where you said you
21   were?
22        A       I have about -- from three months,
23   the orders that he gave me that I collected,
24   where we went, when we started where we ended.
25        Q       Where is that information now?

238

1                        P. Mendez

2          A       At home.

3          Q       You didn't turn that over to your

4    attorney?

5          A       Yes.  For the hour that he would

6    tell us to get to the yard, the time that we

7    would finish the work, and I would write no cash

8    on the time sheet.

9          Q       What company did you work for when

10   you filled that out?

11         A       A corporation.

12         Q       Suffolk Asphalt Corp?

13         A       That one, yes.

14         Q       You wrote "no cash" on those

15   sheets?

16         A       Yes.

17         Q       Is that because you were being

18   paid in cash?

19         A       Like I said, he wanted to pay me,

20   but I said no.

21         Q       So you never took cash?

22         A       Yes, I took cash, but very few

23   times.  That's what I said the last time I was

24   here.

25         Q       No, you didn't say that.

239

1                          P. Mendez

2                 Do you remember testifying that

3       you never got paid in a check?

4                 MR. WALLACE:  Objection.

5        A      No, I said I received both.

6        Q      On a regular basis, you received

7       both, correct?

8                 MR. WALLACE:  Objection, you're

9                 mischaracterizing testimony.

10                You can answer.

11       Q      Do you remember testifying that on

12      a regular basis, you received both?

13       A      Yes, like I said last time, yes.

14       Q      Mr. Mendez, have you ever been

15      arrested?

16                MR. WALLACE:  Objection.

17       A      That I recall, not here.

18       Q      Where have you been arrested?

19                MR. WALLACE:  Objection.

20       A      Not that I recall, I haven't been

21      arrested.

22       Q      No, you said "not here."

23                Someplace else?

24       A      Not arrested, it's --

25       Q      What?

240

1                          P. Mendez

2          A

8          Q      Who is the "us" you're referring

9    to?

10                MR. WALLACE:  This is covered by

11          the protective order.  You cannot ask him

12          anything about immigration status.

13                MR. ZABELL:  I am not asking about

14          immigration status.

15          Q      Were you alone when you were

16    called down into Hempstead?

17          A      No.  Those of us who worked, about

18    five, that is why I said "us."

19          Q      Were you working for any of the

20    defendants at the time?

21                MR. WALLACE:  Stop, stop.

22          A      No.

23                MR. WALLACE:  No more questions on

24          immigration.

25                MR. ZABELL:  Ian, I have

241

1                          P. Mendez

2        absolutely no interest in what you're

3        advising.  Please understand that.

4                MR. WALLACE:  I think this Court

5        does.

6                MR. ZABELL:  What you think is of

7        little consequence to me.

8                MR. WALLACE:  I have the Court

9        Order.  Do you want me to read the Court

10       Order into the record?

11               MR. ZABELL:  No, I have absolutely

12       no interest.

13               This individual was testifying to

14       me about when he got in trouble and when

15       he was called to Hempstead.  He said that

16       he went in with other people that were

17       not working with my client.  Therefore, I

18       have no interest in exploring it further.

19               You're confusing in how you

20       misguided this poor individual which is

21       not my concern.

22               MR. WALLACE:  Objection to that.

23               MR. ZABELL:  How you misguided

24       this not-so-poor individual.

25               MR. WALLACE:  Objection to the

242

1                          P. Mendez

2           word "misguided."

3                   MR. ZABELL:  Mislead?  What do you

4           prefer?

5                   MR. WALLACE:  I have an objection

6           to anything that you're going to say

7           about my interaction with the witness.

8           Q       What was your title when you

9    worked for defendants?

10          A       Well, according to what he said, I

11   was in charge of the setup group.

12          Q       Did you have a job title?

13          A       No.

14          Q       Were you an engineer?

15          A       There, yes, when we went to the

16   union.

17          Q       Before you went to the union, what

18   were you?

19          A       The same, in charge of the setup

20   group.

21          Q       Were you paid most of your wages?

22                  MR. WALLACE:  Objection.

23          A       We were paid what it was with the

24   union, forty hours.  And like I said, sometimes

25   they would pay a couple of overtimes, some

243

                              P. Mendez

1

2    overtimes, but not all of them.

3            Q       So you were paid most of your

4    wages in 2009; is that correct?

5                    MR. WALLACE:   Objection.

6            A       2008, 2009, almost never.

7            Q       Never what?

8            A       They never paid us because they

9    would almost always pay us 40/40/40.  But I

10   remember the amount on my check said $1,051,

11   $1,051, $1,051.

12           Q       Did you ever work seventy hours a

13   week?

14           A       I worked them, but he never paid

15   them.

16           Q       When did you work seventy hours a

17   week?

18           A       Mostly, when it's summertime, when

19   it gets dark at 9:00.

20           Q       When, what year?

21           A       Most of the years, you could say

22   we had to work a minimum of fifty hours.  After,

23   you have to stay an hour, two hours, after

24   ten -- the day was supposed to finish at 4:00,

25   we didn't finish until 6:00.  It was about

244

P. Mendez

1   four hours of overtime, four, three hours like

2   that.

3

4       Q    Please state for me the jobs that

5   you worked on when you worked overtime.

6       A    It's difficult because I can't

7   explain this job and that job and that job.  But

8   the boss, Louis, would say you have to finish

9   the work.

10      Q    Life is difficult.  Now please

11  explain the jobs that you worked at.

12      A    It's difficult to remember where

13  you went the day before yesterday, last year,

14  two years ago.

15      Q    Do you remember where you worked

16  the day before yesterday?

17      A    At home, yes.

18      Q    See?  It's not so difficult.

19      A    Yes, but you're talking about

20  three, four years ago.

21      Q    You're suing, and in order to sue,

22  you're going to have to specify the place.

23          MR. WALLACE:  Objection.

24      A    Well, papers that I have, like you

25  said, I don't put my hand on heart, but now I am

245

P. Mendez

1    

2    putting my hand on my heart.

3          And at 6:30 -- since 5:30 a.m. --

4    he accepted that I paid the money.  He knows,

5    just like he accepted that I had paid him the

6    money.  So just like I'm touching it now, he

7    knows that you would go.

8          MR. ZABELL:  Did you accept that

9        he paid the money?

10          MR. VECCHIA:  He would report to

11        the shop.  He didn't have to come to the

12        shop.  He could have reported to the job.

13          MR. ZABELL:  Did you accept that

14    $25,000?

15          THE WITNESS:  Look in my eyes.

16          MR. VECCHIA:  Look in your eyes?

17          THE WITNESS:  You said it was just

18        the paper for the lawyer.  That is what

19        you say this morning.

20          MR. VECCHIA:  What do you mean?

21          THE WITNESS:  The lawyers take

22        your money.  I don't want to say nothing

23        about your lawyer.  You asked me you

24        talked to your lawyer, I say no.  When

25        you talked to him, I said, now I'm going

246

1                          P. Mendez

2       to talk.

3               MR. VECCHIA:  I have no problem.

4               THE WITNESS:  You talked to him,

5       now I have to talk.  The $80,000 I going

6       to pay to the people over there.  That is

7       when I was going to give it to you.

8               MR. VECCHIA:  $80,000.  Instead,

9       we decided we're going to fight it.

10              THE WITNESS:  I know in my heart I

11      pay you the money, you say yeah.

12              MR. VECCHIA:  You didn't pay it

13      all, you made some payments, but you

14      didn't make it all.

15              You would go to the shop at 6:30,

16      and to Hempstead and not start to work

17      until 8:00, 8:30.

18              THE WITNESS:  You send me to the

19      job, I go to the job.  You know that is

20      why I want it to be clear.  I paid that

21      money.

22              MR. ZABELL:  He's a little bit

23      embarrassed and ashamed that he didn't

24      tell his wife.

25              THE WITNESS:  It's like when I say

247

P. Mendez

1   to the people I haven't been to the job,

2   the job is -- my house is different.

3           MR. WALLACE:  Can we have a little

4           bit of control over this deposition?

5       Q      When you're caught in a lie, this

6   is how you act?

7           MR. WALLACE:  Objection.

8       A      This is not a lie.  I tell him I

9   don't want to pay double when I paid, you know?

10  I explained to him, we make a deal, I'm going to

11  give you $375 for every Saturday, you know?

12          MR. ZABELL:  He's a little

13          embarrassed about the money.

14          MR. WALLACE:  Objection to

15          Counsel's statement.

16      Q      Did you ever get paid

17  time-and-a-half your regular rate of pay when

18  you worked for defendants?

19          MR. WALLACE:  Objection, asked and

20          answered.

21          You can answer for about the tenth

22          time.

23      A      Sometimes, very few.

24      Q      Were you a foreman for defendants?

South Shore Court Reporting
(631)-235-6218

248

                                    P. Mendez

1

2        A        According to what he said, yes.

3        Q        According to what you say, were

4    you a foreman?

5        A        Yes.

6        Q        Do you know foremen are supposed

7    to receive prevailing wage rates?

8        A        Like I said, I don't know the laws

9    for each one.

10        Q        You're suing under some of those

11    laws.

12                 Do you understand that?

13        A        Yes, I understand; maybe not

14    everything exactly, but yes.

15        Q        Were you ever told that you were

16    fired from defendants' employment?

17        A        Like I said, they never called me.

18    And I called Tommy and he said you have to speak

19    with the boss, whatever he says.

20        Q        What telephone number did you give

21    them to call you back?

22        A        I had about -- for fourteen,

23    fifteen years, I've had 220-2430.  I never -- I

24    changed the phone, but not the number.

25        Q        After working for Suffolk Paving,

249

1                         P. Mendez

2    where did you start working?

3         A       After I finished with him or

4    before?

5         Q       After.

6         A       After, a company that is called

7    Tristate.

8         Q       When did you start working for

9    Tristate?

10        A       I don't remember if it was in

11   March or April, I don't know, I don't remember

12   the day.

13        Q       What were you doing for Tristate?

14        A       Same job that I would do at Louis'

15   company.

16        Q       Did they pay you union rates?

17        A       Yes.

18        Q       Did you report your hours to the

19   union?

20        A       No.

21        Q       Why?

22        A       Because the company doesn't have a

23   union.

24        Q       Did you work on prevailing wage

25   rate jobs?

250

1                              P. Mendez

2         A       Yes, not much, but yes.

3         Q       Were you paid prevailing wage

4    rates?

5         A       Yes.

6         Q       Were you paid prevailing wage

7    supplements?

8         A       That, I don't know.  What is that?

9         Q       You don't know what prevailing

10   wage supplements are?

11        A       The word "supplements."

12        Q       Approximately, how many hours do

13   you think you worked in a year?

14                MR. WALLACE:  Objection.

15        Q       You can answer.

16        A       I can't really say because

17   sometimes it might rain, I don't know.

18        Q       Can you estimate for us?

19        A       I can do the same thing that I was

20   starting to do awhile ago, according to how many

21   days I worked, how many hours when he stopped --

22   when he said that he -- you said -- that was not

23   the question that you were asking.

24        Q       So can you estimate for me how

25   many hours a week you worked?

251

1                          P. Mendez
2          A       I said I never thought about that.
3    What I count is the months that I work, that is
4    what I count.
5          Q       As you're sitting here today,
6    there is no way for you to estimate for us how
7    many hours a week you worked for defendants?
8                  MR. WALLACE:   Objection.
9          Q       You can answer.
10         A       I can give you an estimate.
11         Q       Go ahead.
12         A       But I have to see what days I
13   worked.
14         Q       Stop talking about it and tell us.
15         A       I can't, I can't.
16         Q       Didn't you just say that you can
17   give us an estimate?
18         A       Yes.  I was starting to explain.
19         Q       Why did you lie and say you can
20   give us an estimate when you can't give us an
21   estimate?
22         A       Because I was telling you I could
23   give it to you, but if you give me time to say
24   how many weeks I worked in a month.
25         Q       Did you work for more than a

252

1                        P. Mendez

2    thousand hours in a year?

3                    MR. WALLACE:   Objection.

4        A       I think so, yes, because when I

5    started the union, I had to work a thousand

6    hours to get benefits.

7        Q       That was in what year?

8        A       Most of the years that I was in

9    the union.  Like I said, I can't say if I worked

10   two thousand hours, one thousand, but when the

11   years were good and everything -- if it rained,

12   we didn't work.  But after that, you had to

13   work.

14       Q       You never kept track of rain days?

15       A       No.

16       Q       Did you stop working for

17   defendants before or after the lawsuit was

18   filed?

19       A       Well, we filed the lawsuit, we

20   spoke with the attorneys before, but Louis

21   Vecchia knew that I was asking for a lot.  So in

22   November, they left me at home and told me they

23   were going to call me the following day.   I

24   called Tommy on Monday and what he said, that I

25   had to call the boss, Louis.

253

1                              P. Mendez
2           Q       That's a great story, but it
3    doesn't answer my question.
4           A       What can I say; yes or no?
5           Q       Yes.
6           A       It's --
7           Q       Were you dropped off at home
8    before or after you filed the lawsuit?
9                   MR. WALLACE:   Objection.
10          A       Like I said, I don't know if it
11   was before or after.  But we gave them the
12   papers for the suit before, and we complaining a
13   lot to Tommy, that is what happened, they
14   dropped me off at home.
15          Q       Who gave you the papers?
16          A       I gave him mine.
17          Q       And by "papers," you mean a copy
18   of the lawsuit?
19                  MR. WALLACE:   Objection.
20          A       No papers, the copies of papers
21   that I kept together over a three-month period
22   saying the time we started, the time that we
23   ended, and where we went.
24          Q       Do you know when the lawsuit was
25   filed?

254

1                        P. Mendez

2        A      I read it, but I don't.  I think

3    it was in December, something around there, I

4    don't know the exact date.

5        Q      So two months after, you stopped

6    working, correct?

7                   MR. WALLACE:   Objection.

8        A      No, it's November, isn't it?  He

9    had the papers to them before and according to

10   them, they fired me because I was complaining a

11   lot about the overtime.

12       Q      Did anybody ever complain about

13   you to the defendants that you had a bad

14   attitude?

15       A      Never.   Only -- he one time asked

16   me what was happening to me, and I said that

17   what was happening was that I was not getting my

18   overtime in my check.   My boss, Louis, only said

19   that to me once.

20       Q      When did he say that?

21       A      I'm not sure, but I think it was

22   in about October, September or October, around

23   there.   But I'm not sure of the date.

24       Q      Do you ever think that you had a

25   bad attitude at work?

1                              P. Mendez

2          A      No.   I always -- like I said

3      before, if I have a problem at home, I would

4      leave it at home, not at work.

5          Q      Do you think it's okay to destroy

6      company property?

7                   MR. WALLACE:  Objection.

8          A      That has never been -- I never

9      tried to destroy something that is not mine.

10         Q      Did you own the GPS?

11         A      No.

12         Q      But that is something that you did

13     try to destroy?

14                  MR. WALLACE:  Objection.

15         A      No, it was the same thing, because

16     of the overtime.

17         Q      Everything is because of the

18     overtime?

19         A      Yes, that is the reason we're

20     here.

21         Q      Who told you to say that?

22         A      No, it's me.

23         Q      You destroyed the GPS because of

24     the overtime?

25                  MR. WALLACE:  Objection.

256

1                              P. Mendez

2          A       I didn't destroy it.  It was -- I

3    was angry, because, like I said before to you,

4    they were checking the vehicle and where the

5    people were, but they were not concerned with

6    paying people's overtime.

7          Q       That is why you destroyed it three

8    times?

9                  MR. WALLACE:   Objection.

10         A       I wouldn't destroy it, I would

11   disconnect the fuse.

12         Q       How many times?

13         A       Two or three, I can't really say.

14         Q       When was the first time you

15   disconnected the GPS?

16         A       I don't recall.

17         Q       When was the second time that you

18   disconnected the GPS?

19         A       I don't recall.

20         Q       Do you recall the third time you

21   disconnected the GPS?

22         A       No.

23         Q       Were you getting paid overtime

24   before you stole the $25,000 loan from

25   Mr. Vecchia?

257

1                          P. Mendez

2                MR. WALLACE:  Objection.

3        A      Like I said at the beginning, yes;

4   most of the time, no.

5        Q      When did you ask for the $25,000

6   from Mr. Vecchia?

7        A      Before, I think it was 2005.  I

8   have the date, but I don't remember, because I

9   was going to buy a house, but I didn't have

10  credit, because I never had a credit card.  You

11  have to have some money or someone who had a

12  good record.

13       Q      Did Mr. Vecchia charge you

14  interest?

15       A      That was not the -- when we spoke,

16  he didn't say anything about that.  Something

17  else?

18       Q      Si.

19       A      You want me to continue with the

20  question that you asked?

21       Q      You provided an answer, unless you

22  have more to add to it.

23       A      No, because like I said -- and I

24  said last time when he lent me that money, I

25  said I was going to pay him on Saturdays.  He

258

P. Mendez

1  gave me the papers to sign and to take to Donna,

2  who was the notary.  I went to his office, and I

3  asked him what that paper meant.

4  What he said was that -- don't

5  worry, these are only papers from my accountant,

6  because I can't give $25,000 just for the sake

7  of giving it.  I have to see where I am going to

8  put them or where it's going.

9  Then I said, this does not have

10  anything to do with what's here.  And he said,

11  no, don't worry.  That is what I can say

12  relating to the $25,000.

13  Q    How much did you make a year

14  working for defendants?

15  A    It all depends.

16  Q    Roughly, how much did you make a

17  year?

18  A    $60,000, $65,000, it changes each

19  year.

20  Q    You were out of work for how long?

21  MR. WALLACE:  Objection.

22  A    What do you mean?

23  Q    How long were you out of work

24  after you left Suffolk Paving?

259

P. Mendez

1

2      A       Well, you can say from November

3      to -- like I said, I don't remember the exact

4      date, it could be March or April.

5      Q       You would have been out of work

6      during that time, as well, even if you stayed

7      with defendants?

8      A       What did you say?

9      Q       You would have been out of work

10     during that period of time, even if you had

11     continued to work with Suffolk Asphalt?

12     A       Well, when I worked with the boss,

13     Louis, work that I did, he called me first,

14     because I was the setup and after me were the

15     paving crew.  It was normal that I worked first.

16     Q       You would have been called in

17     April or May of the next year, correct?

18     A       I think so.

19     Q       You got another job working in

20     April or May of the next year, correct?

21     A       Yes.  Because everybody was

22     working in November and December and I was home.

23     I would call Tommy and I would ask if there was

24     work for me.  He would say call the boss.  I

25     don't know, that's what he said all the time.

260

1                              P. Mendez

2          Q      Did you call?

3          A      No.

4          Q      So Tommy told you to call

5    Mr. Vecchia, but you refused to call him, right?

6                 MR. WALLACE:   Objection.

7          A      No.   Because he said that there

8    was no work, and he was going to make the

9    decision.

10         Q      You never called Mr. Vecchia?

11         A      No.

12         Q      Even though Tommy told you to call

13   him?

14         A      He said if you have anything to

15   ask, call the boss.   What he said was, when we

16   were asking, he said, check my computer,

17   everything is in my computer.   The other boss

18   Dominick that we had, we would ask for overtime.

19                Dominick, the boss, would say my

20   pen is all blue, the boss's is all red.

21   Whatever you see -- the overtime that I put

22   down, I put it down, but the boss makes the

23   decision.

24         Q      So in November, Tommy told you to

25   call Louis Vecchia to see about working and you

261

1                          P. Mendez

2    never called; is that correct?

3         A      Yes.

4         Q      Do you know if you called Louis

5    Vecchia whether or not he would have found work

6    for you?

7         A      No.  Because after they said that,

8    there was already someone else doing a job that

9    I had done.

10        Q      But you never knew that because

11   you never called Mr. Vecchia, correct?

12               MR. WALLACE:  Objection.

13        A      I don't know.

14        Q      Are you saying that when you went

15   over your time sheets with Tommy, Tommy's time

16   sheets were accurate?

17               MR. WALLACE:  Objection.

18        A      He was saying the hours that we

19   gave him, he put in the computer.  What Dominick

20   said was that he would put it in the computer

21   and the time sheets with the blue pen, and the

22   boss would only use a red pen, that it wasn't

23   their problem, the problem was that he decided

24   what was to be paid.

25        Q      What about Tommy's time sheets,

262

1                          P. Mendez

2    were they accurate?

3                    MR. WALLACE:  Objection.

4         A      No.  We would give him a paper.

5    He would put it in the computer, and I wouldn't

6    know if he put them in or not.

7         Q      You have no idea?

8                    MR. WALLACE:  Objection.

9         Q      You can answer.

10        A      No, I don't know if he put it in

11   or not.  The computer wasn't available to us.

12        Q      How much money did you lose as a

13   result of ending your employment relationship

14   with the defendants?

15        A      How much money in what?

16        Q      Did you lose as a result of ending

17   your employment relationship with Suffolk

18   Asphalt or defendants?

19        A      I can't really say, I don't know.

20        Q      A lot, a little?

21                   MR. WALLACE:  Objection.

22        A      No, I don't know, could be a

23   little, could be a lot.

24        Q      Try and figure it out, try to use

25   your head.

263

1                         P. Mendez

2          A      I don't know.  Like I said, I'm

3    not going to be home a long time.  I called once

4    and the boss has to call me, and if they don't

5    call me, I have to look for a way to survive.

6          Q      How much did you lose?  You're

7    suing for it, so you have to be able to say it.

8                 MR. WALLACE:  Objection.

9          A      I don't know.

10         Q      Did you lose one month's worth of

11   work?

12         A      I think maybe about two.

13         Q      Maybe two?

14         A      Around there, yes.

15         Q      Do you know how much money that

16   is?

17         A      If you calculate -- if I worked

18   ten -- fifteen hours, like that.  Just for that,

19   not counting overtime.

20         Q      You have no idea, right?  And you

21   have no ability to calculate it?

22                MR. WALLACE:  Objection.

23         Q      Answer the question.

24         A      My boss, Louis -- no.

25         Q      A lawsuit was filed against you,

264

1                       P. Mendez

2    was it not?

3         A       Yes.

4         Q       That lawsuit is for money that was

5    lent to you?

6         A       Yes.

7         Q       That is for money that you

8    actually took from defendant, correct?

9                 MR. WALLACE:  Objection.

10        A       Yes.

11        Q       That's the money that you utilized

12   to purchase your home?

13        A       Yes, but I paid him.

14        Q       That is the home that you share

15   with your wife and your children?

16        A       Yes.

17        Q       And without that money that you

18   borrowed from defendants, you would not have

19   been able to afford that, correct?

20        A       No.  Because there are other

21   people one can ask, not for $25,000, but maybe

22   $10,000.  If he closed the doors on me, I

23   wouldn't have been able to do it.  I had to do

24   it one way or another.

25        Q       But he didn't close the doors on

265

1                          P. Mendez

2    you?

3          A       Yes.

4          Q       This is how you repay him?

5                  MR. WALLACE:  Objection.

6          A       That has nothing to do -- the

7    favors have nothing to do -- if he wants to

8    continue the friendship, this has -- since he

9    said that to me downstairs, it's only paper, if

10   you want to return to work, you can return to

11   work.

12         Q       What favors did you do for him?

13         A       Well, he would call me, I would be

14   there.  Sometimes on Saturdays, he would call

15   me, can you take care of the diesel for

16   such-and-such a place where there are other

17   people working, and I would say yes.

18                 And I remember if I missed an hour

19   or hour-and-a-half, I wouldn't write that down.

20         Q       Any favor that you did for him, he

21   paid you for?

22                 MR. WALLACE:  Objection.

23         A       If you're poor, it's difficult for

24   you to do a favor for a president or a boss.

25   Sometimes you pay him with favors by working or

266

1                              P. Mendez

2      stays late if he asks you.  What other favor can

3      I give him; lend him a million dollars, lend him

4      a car?  I can't, he has a better car.

5              Q       How about being honest and loyal?

6                      MR. WALLACE:  Objection.

7              A       I am doing that.

8              Q       How much have you incurred in

9      legal fees as a result of Mr. Vecchia suing you

10     for a return of the $25,000 that he lent you?

11                     MR. WALLACE:  Objection, asked and

12              answered.

13             A       How much have I spent on what?

14             Q       Legal fees.

15             A       About what?  I don't understand

16     the question.

17             Q       How much money have you spent in

18     legal fees to defend yourself?

19             A       Nothing.  The $500 I gave him for

20     him to respond to the lawsuit.

21             Q       I'm going to show you a document

22     previously identified as Exhibit 5.

23             A       This --

24             Q       There is no question pending

25     before you.  Look at the document.

267

P. Mendez

1

2      A      He never gave us this paper.  I

3  think this is for the drivers, because every

4  time when they would do seventy-five miles an

5  hour, they would say that Helene would call

6  them, yes.

7      Q      How often would you go into the

8  office in the shop?

9      A      What are you referring to?

10     Q      You said you would go to the shop

11 every day; do you remember?

12     A      Yes.

13     Q      You would be there for five to

14 ten minutes every day?

15     A      Yes, always.

16            MR. WALLACE:  Objection.

17     A      That was the longest that I was

18 there.  I would grab my paper and leave.

19     Q      You would go inside the shop,

20 correct?

21     A      Yes.

22     Q      Was there ever a billboard inside

23 the shop?

24     A      You would always see something

25 when they had to tell us something.  I never

268

P. Mendez

1    really paid attention to what they said, when

2    they would put that there.

3

4        Q      So there was a billboard, but you

5    never really paid attention to what was on it,

6    correct?

7        A      Yes.  Only one time when they told

8    us that they were not giving us checks, they

9    made us sign ten pages, and they said if we

10   didn't sign those ten pages, they wouldn't give

11   us a check.

12       Q      And you signed those pages?

13       A      Yes.

14       Q      And the pages said that you knew

15   what the prevailing wage rate was and that you

16   received it?

17       A      No, I don't know what those pages

18   said.

19       Q      Don't you think you should have

20   figured that out before you signed that?

21       A      No.  Because if they said you had

22   to sign this, if not, you don't have work, there

23   is no check, what can one could do?

24       Q      One could understand what it is

25   before they sign it.

269

1                       P. Mendez

2          A       Yes.   But sometimes I trust the

3    person or the person's word.   But from now on,

4    now I have to know what I am going to sign and

5    what I am going to do.   Sometimes you trust the

6    words of the person.

7          Q       But now you don't trust them,

8    right?

9          A       Now, I have to know you who can

10   trust, but not like before.

11         Q       How long before the complaint was

12   filed in this litigation before you were

13   terminated from defendants?

14         A       I don't know.

15                 MR. WALLACE:   Objection.

16         A       Four or five or six months.

17         Q       Are you saying that you were fired

18   four or five or six months after the complaint

19   was filed or before?

20         A       No.   I'm saying that I started to

21   complain about the overtime.

22         Q       I didn't ask you about that.   I

23   asked you about when the complaint was filed in

24   Federal Court.

25         A       I think it was one week after or a

270

P. Mendez

1  few, I don't know how many.

2      Q      You think you were fired a week

3  after or a few weeks after the complaint was

4  filed?

5      A      I think it was about three.

6      Q      You think you got fired

7  three weeks after?

8      A      I'm not sure.

9      Q      Were you fired before or after the

10 complaint was filed?

11             MR. WALLACE:  Objection.

12             You can answer for the tenth time.

13             MR. ZABELL:  Ian, zip it, please.

14     A      What I know is that they fired me

15 because of the complaints that I was making.

16     Q      Was that before or after the

17 lawsuit was filed?

18             MR. WALLACE:  Objection.

19     A      You can say that it was around the

20 same time.

21     Q      Around the same time?

22     A      Around there, yes.

23     Q      You're sure of that?

24     A      It's just that I can't really say

271

1                          P. Mendez

2    yes, one week, two weeks, three weeks.  I know

3    that everybody was working and I was home.

4    That's what I can say.

5              Q      When was the last time you spoke

6    to Maynor Fajardo?

7              A      When was it?  About three or

8    four days ago.

9              Q      Whose idea was it to go speak to

10   the attorneys in this case?

11             A      Everyone.

12             Q      Who was the ringleader?

13             MR. WALLACE:   Objection.

14             A      There is no leader here.  Like I

15   told the boss, Louis, downstairs, when he made

16   me the offer, I said, it's not me, it's

17   everyone.  I told the boss, it's not Renato,

18   it's not Victor, it's all of us.

19             Q      Do you think everybody should

20   share in this lawsuit equally?

21             A      Well, I don't know.  I think that

22   what we're fighting is the overtime, and to

23   answer the questions that you're asking.

24             Q      But you have no idea how much you

25   think you're entitled to in overtime?

272

1                         P. Mendez

2              MR. WALLACE:  Objection.

3        A      I said I can make an estimate.

4        Q      Go ahead.

5        A      I worked nine months, so if you

6    like -- I was saying at the beginning, if I

7    worked forty or sixty hours in one week, how

8    much is it in one month?  How much is it in

9    eight months?

10       Q      Tell us.

11             MR. WALLACE:  Objection, asked and

12             answered.  He's not going to give you a

13             number.                          ·

14       A      I can't say it's ten hours in

15   one year.  I'm not sure, I don't know.

16       Q      Is that what it is, ten hours in

17   one year?

18       A      No, that's an example that I'm

19   giving.

20       Q      Give us a number.  You're suing,

21   this is your lawsuit.

22             MR. WALLACE:  Objection.

23       Q      Give us a number.

24             MR. WALLACE:  Objection.

25       A      I can't give you a number.

South Shore Court Reporting
(631)-235-6218

273

1                         P. Mendez

2          Q       You can't figure out anything you

3     believe you're entitled to, can you?

4                  MR. WALLACE:   Objection.

5          A       Okay, just one little question.   I

6     turned off by phone before.   No, okay, I worked

7     twelve hours in one day.

8          Q       What day did you work

9     twelve hours?

10         A       That's what I can say, because I

11    can't specify a day.

12         Q       So you have no idea what days you

13    worked, what jobs you worked?

14         A       One little question.   The boss,

15    Louis, he's number one in numbers.   Let him tell

16    me fifteen days ago where he worked and how many

17    hours he worked.   Just two weeks ago, not five

18    years ago.

19                 Where did he work, how many hours

20    did he work?   Since he's an expert, let's see if

21    he remembers where he worked.   It drives one

22    crazy.

23                 MR. VECCHIA:   I work 24/7.

24                 MR. WALLACE:   I want a restroom

25          break.   I don't care how many times you

274

P. Mendez

1    ask him, he's not going to give you a

2    number.

3

4              (Whereupon, a recess was taken

5         from 3:39 p.m. to 3:47 p.m.)

6         Q    Mr. Mendez, do you know if there

7    is any difference between Suffolk Asphalt and

8    Suffolk Paving?

9         A    What I know and what I understand

10   is that it's the same owner -- that question I

11   asked him when we got to the union, when we

12   started in the union, and he said that it was

13   only his name to cover, but it was under his

14   leadership.

15        Q    Did you ever work for any entities

16   other than Suffolk Asphalt or Suffolk Paving?

17        A    What was the question?

18        Q    When you worked for the

19   defendants, did you ever work for any companies

20   other than Suffolk Asphalt or Suffolk Paving?

21        A    I said not that I recall, those

22   are the two companies.  And I said before, there

23   was a company that he sent me to work and they

24   give me a check and he gave me the rest.  It was

25   always Suffolk Asphalt and Suffolk Paving.

275

P. Mendez

1

2      Q      Do you know who the owner of

3    Suffolk Asphalt is?

4      A      Louis Vecchia.

5      Q      Do you know who the owner of

6    Suffolk Paving is?

7      A      Louis Vecchia.

8      Q      That is it, that is all you

9    understand the owners to be?

10     A      Yes.  But who runs the company is

11   him, Helene, his son works like as a worker like

12   we do.

13     Q      So his son is a worker, correct?

14     A      That is what he told us many

15   times.

16     Q      His son is not an owner of a

17   company?

18            MR. WALLACE:  Objection, asked and

19        answered.

20     A      He has the name of the company, he

21   would sign the check, it was just a stamp that

22   they used.

23     Q      Did you ever get paid double time?

24     A      Sometimes.

25     Q      You never mentioned that before.

276

1                              P. Mendez
2                    MR. WALLACE:  Objection.
3          Q      Why is that?
4          A      You haven't asked me.  I haven't
5    mentioned it.
6          Q      Is there anything else that I
7    didn't ask you that you want to mention?
8          A      I don't know what you're going to
9    ask me.
10         Q      Do you remember any of the names
11   of the projects you worked on?
12                   MR. WALLACE:  Objection, asked and
13              answered.
14         A      It's difficult because every day,
15   you pretty much go somewhere different and
16   sometimes he has other companies that do work
17   for him or give him the work, and sometimes you
18   think that work is the other person's, but he is
19   the one that's in charge.
20         Q      Did you ever sign in on specific
21   jobs?
22         A      I remember the last one that we
23   signed here on 112 -- no, I am mistaken here on
24   Carleton Avenue at a school, that was there.
25   There they came and they asked us to sign some

277

1                          P. Mendez

2    papers.

3          Q       And you would sign in the actual

4    time that you went in to work; is that correct?

5          A       No, that page was separate.   I

6    don't know what that was about.  We just had to

7    sign.

8                  Yes -- oh, and that day, I

9    remember that one of the bosses called Louis,

10   the boss called and told him that we weren't

11   doing anything, and I had almost finished a

12   whole truckload of asphalt, I almost finished

13   it.

14                 So he believed the other person in

15   charge, and I had said, first check before

16   bringing it to my attention.

17         Q       Do you ever play football on the

18   job site?

19         A       We have to play -- no -- sometimes

20   would have a ball, maybe two minutes or

21   one minute.

22         Q       So you would pull out the ball and

23   only play for one or two minutes?

24         A       Because the boss, Louis, knows

25   that sometimes in a job, that he orders --

278

1                          P. Mendez

2      sometimes there are five trucks that take the

3      material.  Sometimes you have to wait

4      five minutes, ten minutes for truck, it's like a

5      lunch hour.

6                      They would never give us lunch.

7      Only when it was short time, we would take five

8      minutes to eat and work and that's it.

9           Q      So you would take five minutes to

10     eat, work and then play soccer?

11          A      No.  About playing -- it maybe

12     happened once or twice, but not every day.  Do

13     you understand?

14          Q      Did you ever start a job at 8:30

15     in the morning?

16          A      I think maybe in one year, maybe

17     once or twice a year, if I am not mistaken.

18          Q      Do you remember any of the jobs

19     you started at 8:30 in the morning?

20          A      No.

21          Q      I'm going to show you a document

22     that has been previously marked as Plaintiffs'

23     Exhibit 8.

24          A      This paper is not mine.

25          Q      I'm not asking you anything yet.

279

1                    P. Mendez

2            MR. WALLACE:  Wait for the

3        question.

4            MR. ZABELL:  Why don't we mark

5        this as Defendants' Exhibit 5.

6            (Town of Babylon contractor daily

7        employee attendance sheet was marked as

8        Defendants' Exhibit 5 for identification,

9        as of this date.)

10       Q    Do you know what that document is?

11       A    I think it's Town's.

12       Q    Town of Babylon, right?

13       A    Yes.

14       Q    It is the Town of Babylon

15   contractor daily employee attendance sheet; is

16   that correct?

17       A    I think so.  I have never saw that

18   before.

19       Q    Do you see your name anywhere on

20   that document?

21       A    No.

22       Q    I'm going to ask that you turn the

23   page.

24            Do you see your name anywhere on

25   the third page?

280

1                    P. Mendez

2          A      Yes.

3          Q      Does that show you starting your

4    day at 8:30 and ending your day at 4:30?

5          A      Yes.

6          Q      Is it fair to say that day you

7    worked from 8:30 to 4:30?

8          A      Yes.

9                 But who made this paper?

10         Q      I'm going to ask you to turn the

11   page.

12                Do you see your name on that at

13   all?

14         A      In the front.

15         Q      Turn the page, no.  Bates stamp

16   number 1247.

17         A      Yes.

18         Q      Does that show that you worked

19   from 8:30 to 3:00 on that day; yes or no?

20         A      I didn't fill this in.  Is this

21   paperwork from the Town or the boss?

22         Q      Do you see that it shows that you

23   worked from 8:30 to 3:00 on July 9th?

24         A      Yes, but we --

25         Q      Did you work from 8:30 to 3:00 on

281

1                          P. Mendez

2    July 9th?

3          A       I never got to work at 8:30.  It

4    was about two or three times.  We go to the

5    yard, we went to the yard, then we went to work.

6    This past year is when he started to send

7    everyone to the jobs at the same time.  Like I

8    said, 8:00, 8:30, but before everyone went to

9    the yard.

10         Q       You understand that your lawyers

11   gave us these documents?

12         A       Okay --

13         Q       So your lawyer give us a document

14   that is not accurate?

15                 MR. WALLACE:  Objection.

16         A       No.  What I am saying is that my

17   time sheet, I would always fill it in and give

18   it to them.  I've never seen this document.  I

19   have never seen this document before.

20         Q       So is this document accurate?

21                 MR. WALLACE:  Objection.

22         Q       Yes or no?

23         A       Yes, but they're not the hours

24   that we had worked.

25         Q       So you didn't work 8:30 to 3:00

282

1                            P. Mendez

2    on July 9th?

3          A      Like I said, a year or two or

4    three times, we started at eight.  Most of the

5    time 7:00, 7:30.

6          Q      Do you know if a representative

7    from the Town of Babylon is going to swear to

8    this document?

9                 MR. WALLACE:   Objection.

10         A      This is better for him because

11   this shows the eight hours, not the hours that

12   we worked.

13         Q      I'm going to ask you to turn the

14   page one more page.

15                Do you see your name anywhere

16   there?

17         A      Yes.

18         Q      It shows that you started at 8:30

19   again, right?

20         A      Yes.

21         Q      It shows that you worked until

22   6:00, correct?

23         A      Yes.

24         Q      You worked a total of nine hours,

25   correct?

283

                                    P. Mendez

1

2        A        That's what it says here.  Who

3    signed this paper?  Because I am not the person

4    in charge.

5                 MR. VECCHIA:  Those are the hours

6             you worked.  Stop now.

7        Q        A Town of Babylon representative

8    signed this.

9                 MR. VECCHIA:  Who watched us.

10       Q        Here, it says you worked nine

11   hours.

12                Did you not work nine hours that

13   day?

14       A        No.  It's that they never sent us

15   straight to the job site.

16       Q        Did you work more or less?

17       A        More.

18       Q        How many more or less?

19       A        If we start, put down 6:30 up to

20   9:00.

21       Q        Did you know that they don't open

22   up the job until 8:30?  Did you know that?

23       A        Maybe the Town doesn't allow him

24   to, but the trucks and the companies, they have

25   to be in the yard at 6:30.  Even though if they

284

1                      P. Mendez

2    told him that the job started at 11:00, they

3    would still tell us that we have to be there at

4    6:30 or 7:00.

5           Q       You were at the Town of Babylon

6    job?

7                   MR. WALLACE:   Objection.

8           A       I would get to the yard, then if

9    he said he had to be there at 8:30 -- because

10   the majority of the papers that I have are from

11   Babylon.   I can bring you almost three months'

12   that it says 6:30 and the time we finished.

13   These are the papers from the Town.

14          Q       You didn't finish the job from the

15   day before?  You said when you don't finish the

16   job, you go to the job the next day.

17                  Were you lying before or are you

18   lying now?

19          A       No.  If he doesn't finish -- this

20   is not a job from one street or one parking lot.

21   This job would be one patch here, one patch

22   there.

23          Q       How long does it take you to get

24   from the shop to Babylon?

25          A       It all depends; thirty minutes,

285

1                              P. Mendez

2     forty minutes.

3              Q       Did it take you two hours?

4              A       I don't think so.

5              Q       Me neither.

6              A       If he says to be at the yard and

7     if there's trouble where the truck breaks down,

8     if he says 6:30, we have to be there.

9                      One time he got angry at the

10    inspector around here on Horseblock.  He got

11    angry because the inspector wouldn't allow us --

12    we started that day at 6:30, and the inspector

13    checked the temperature of the ground and said

14    it was not hot enough.  He was very angry.  I

15    said to him, speak to me slowly and clearly, I

16    can understand.  But the inspector didn't allow

17    us to work until 9:00 a.m., but we start at

18    6:30.

19             Q       Turn to the very next page.

20                     You see your name on that page?

21             A       Yes.

22             Q       What time does it show you coming

23    to the job that day?

24             A       From 8:30 to 5:00.

25             Q       Did you work from 8:30 to

286

1                              P. Mendez

2       5:00 that day?

3               A       I'm sure that I started at 6:30.

4               Q       Was it too hot to do asphalt on

5       that day?

6               A       It's difficult to say if it was

7       hot or cold.

8               Q       How cold does it usually get in

9       the month of August here in America?

10              A       Here, it's not cold.  You know,

11      it's hot.  But I told you that the inspector

12      didn't allow us to work.  It was at a different

13      job.

14              Q       You were telling me about

15      something completely irrelevant to the document?

16              A       To explain the problems that he

17      could have, we have to be at the yard at 6:30.

18              Q       But here, the document shows you

19      working from 8:30 to 5:00 on August 10th; is

20      that correct?

21                      MR. WALLACE:  Objection.

22              A       Here, yes.

23              Q       I'm going to ask you to turn the

24      page.

25                      Do you see your name there?

287

1                    P. Mendez

2          A      Yes.

3          Q      Does that show you working at 8:00

4    that day?

5          A      Yes.

6          Q      Does it show you leaving at 4:00

7    that day?

8          A      No -- yes.

9          Q      So the answer to my question is

10   yes?

11         A      Yes.  But we have never been -- I

12   repeat, for one month or any time going to work,

13   what we did was go to the yard.

14         Q      Do you have any family members

15   that work for the defendants, other than your

16   brother?

17         A      No, only him.

18                MR. ZABELL:  Let's take a break.

19                (Whereupon, a recess was taken

20          from 4:09 p.m. to 4:30 p.m.)

21         Q      Mr. Mendez, were you required by

22   the defendants to fill out daily time sheets?

23         A      Yes, they required it.

24         Q      Did they give you a time sheet to

25   fill out?

288

1                          P. Mendez

2          A       At the beginning, yes.  Then, they

3     would put them on a desk for us to take.

4          Q       Did those time sheets match the

5     time sheets that Tommy would put into the

6     computer?

7                  MR. WALLACE:  Objection, asked and

8              answered.

9          A       Like I said, we gave them to him,

10    then we waited for the check.  If the check was

11    not correct, they we would go to Tommy and let

12    him know that the hours were not complete.

13         Q       Were these time sheets, were they

14    daily time sheets?

15         A       No.  They were ones that said from

16    Monday through Sunday.

17         Q       All of them said Monday through

18    Sunday?

19         A       Yes, they all said it.  We would

20    fill it out, the week was from Wednesday -- I

21    don't know if it was from Tuesday to Wednesday;

22    the week ended on Wednesday.

23         Q       Do you know what kind of

24    deductions were made from your paycheck?

25                 MR. WALLACE:  Objection, asked and

289

1                          P. Mendez

2          answered.

3          A      That they would take out -- I

4     didn't I really pay much attention to that.

5          Q      You never paid much attention to

6     your paycheck?

7          A      What I would see is my hours and

8     how much, what they gave me.

9          Q      Do you know how much cash you

10    received in total from defendants?

11         A      No.

12         Q      Do you ever report the amount of

13    cash you received on your income tax returns?

14         A      No.

15                MR. WALLACE:  I'm going to mark

16           that portion confidential.

17                MR. ZABELL:  I'll object to that.

18         Q      Do you know if any of your

19    co-workers received cash?

20         A      The truth is that like when they

21    asked me what I earned, I never said what I

22    earned.  So I can't say yes or no, I don't know.

23         Q      You don't know if any of your

24    co-workers received cash payments?

25         A      Sometimes Renato would say that

290

1                              P. Mendez

2     they gave him and sometimes not.

3          Q      But nobody else would say that

4     they got cash payments?

5          A      No one is really -- no one really

6     pays much attention to what you earn about

7     checks and money, what they gave you.

8          Q      You all paid attention at some

9     point, didn't you?

10         A      What I was concerned with is how

11    much I was taking home for me.

12         Q      If you were paid in cash and no

13    taxes were taken out, you would be happier,

14    correct?

15                MR. WALLACE:   Objection.

16         A      No, because I hardly ever wanted

17    cash.

18         Q      Why?

19         A      Because what I told the boss,

20    Louis, in the morning, he told me to work for a

21    friend of his and he said that he was going to

22    pay me in cash, and I said I didn't like to get

23    paid in cash because I would have problems.

24                Louis told his friend, whose name

25    is Billy, offered him $200 if you want or if

291

1                              P. Mendez

2    not, whatever he wants.

3            Q      Did you do work for Billy?

4            A      Some days that the boss paid me.

5            Q      So you would work for Billy, but

6    Louis would pay you?

7            A      Yes.

8            Q      What was the name of Billy's

9    company?

10           A      No, Billy doesn't have a company,

11   it's his house, it's his house.

12           Q      You did work for him at his house?

13           A      Yes.

14                  (Pictures of GPS were marked as

15           Defendants' Exhibit 6 for identification,

16           as of this date.)

17           Q      I'm going to show you a document

18   that is called Defendants' Exhibit 6.  It's also

19   been marked as Plaintiffs' 48.

20                  Have you ever seen that document

21   before?

22           A      Not that I recall.

23           Q      Take a look at the pictures.

24           A      It's difficult to see what it

25   means.

292

P. Mendez

1
2     Q      Does that look like the GPS unit
3     that you tampered with?
4            MR. WALLACE:  Objection.
5     A      I can't really say, you can't
6     distinguish what it is.  I can't tell what it
7     is.
8            MR. WALLACE:  Can we get copies of
9            the marked exhibits?
10    Q      Mr. Mendez, do you know what your
11    overtime rate is?
12           MR. WALLACE:  Objection, asked and
13           answered.
14    A      Overtime was $90-something.  Once
15    I spoke with the people from the union, they
16    said that it was $98, plus $25 for benefits.
17    Q      That's overtime or double time?
18    A      That's the overtime.
19    Q      How much is your hourly rate?
20    A      $44, $45, and overtime hours were
21    time-and-a-half.  People from the union said
22    that when you got an hour of overtime, you got
23    $25 of benefits.
24    Q      So, do you believe that
25    one-and-a-half times of $47 is $90 dollars?

293

1                          P. Mendez

2        A       No.  But I know that's

3    time-and-a-half of what I earned, that's it.

4    Sometimes -- now, at least, sometimes they give

5    me for overtime $118 and sometimes it's $25.  I

6    don't understand why, nor have I asked.

7        Q       It's a lot of money, huh?

8        A       I think so.

9        Q       You think you're worth it?

10               MR. WALLACE:  Objection.

11       A       When I work, yes, because I don't

12   play when I work.

13       Q       You just testified that you played

14   soccer for a few minutes.

15               MR. WALLACE:  Objection.

16       A       I'm saying when there's no work,

17   it was never every day.

18       Q       So you would play sometimes?

19               MR. WALLACE:  Objection, asked and

20           answered.

21       A       Like I said, once or twice.

22       Q       Only once or twice, right?

23       A       Around there, yes.

24       Q       So you would play?

25       A       Yes, you could say yes, but like I

```
 1                      P. Mendez
 2   said, I'd like to explain.
 3        Q        Did you ever receive any of your
 4   time sheets back from Mr. Vecchia advising you
 5   that they were fraudulent?
 6        A        No.  Nevertheless, a friend of
 7   mine give him a time sheet in about September or
 8   October and what he did was, he said, I don't
 9   need this, and he said that word and he ripped
10   it up and put it in the garbage.
11        Q        Which friend of yours was this?
12        A        His name is Ronald.
13        Q        Ronald what?
14        A        I don't know his last name.
15        Q        For whom did he work?
16        A        For Louis.
17        Q        He's a friend of yours and you
18   don't know his last name?
19        A        We worked in the company, but the
20   co-workers, but they're not friends.
21        Q        But you don't work with him, he
22   works for defendants?
23        A        No, he used to work with Renato.
24        Q        Did he ever work with you?
25        A        Maybe once or twice, more than two
```

295

1                          P. Mendez

2       times, but not much, because my workers were

3       Alejandro and Javier, those were my workers.

4              Q       But you don't know Ronald's last

5       name?

6              A       No, because they were two friends,

7       two Hondurans.  If you ask me for Tulio's last

8       name, I don't know it either.  Most of them,

9       they're called by their name and they called me

10      by my last name.

11             Q       Did you file income tax returns

12      for the year 2002?

13             A       2002?  Since I'm working, I have

14      done all my taxes.

15             Q       Have you filed income tax returns

16      for the year 2003?

17             A       Yes.

18             Q       For the year 2004?

19             A       Yes.

20             Q       How about for the year 2005?

21             A       Whenever I worked, I filed.

22             Q       How about for the year 2006?

23             A       Yes.

24             Q       Did you file for the year 2007?

25             A       Yes.

296

1                              P. Mendez

2          Q      How about for the year 2008?

3          A      Yes.

4          Q      How about for the year 2009?

5          A      Yes.

6          Q      How about for the year 2010?

7          A      Yes.

8          Q      Did you make more money in 2010

9    than you did in 2009?

10         A      You're not going to believe me,

11   but with Louis, I worked four or five days and

12   the other company, they would pay me less, but

13   since they paid me prevailing wage rate, I made

14   more money than I made with Louis.

15                Louis paid me $45, you could say

16   an hour; the other place they paid me $30 and I

17   make more money.

18         Q      So stopping doing work for the

19   defendants was the best thing that ever happened

20   to you?

21         A      No.   Because the problem is that

22   the others pay the way the law states.   It's

23   like this year, I currently work two days, I

24   earn a little more than -- than Louis paid me in

25   five days.

297

                              P. Mendez

1

2        Q        So because you left work for

3    defendants, you make more money now, correct?

4        A        This year, yes, the last one, like

5    I said, paying me less but since they pay

6    prevailing taxes, it's more.

7        Q        In 2010, you made more than you

8    made in 2009?

9        A        Yes.

10       Q        You suffered no damages for losing

11   your job with defendants in 2009?

12               MR. WALLACE:  Objection.

13       A        If I suffered, it's because he

14   paid more but he didn't pay the correct amount.

15   Do you understand?

16               So we're fighting about the

17   overtime, and I think you're going to ask this

18   question to everyone.  Everyone has seen the

19   difference now that they working eight hours and

20   they earn more money than they were before.

21       Q        So if you said in a court document

22   that you lost money because you were terminated

23   from the defendants, that would be false; is

24   that correct?

25               MR. WALLACE:  Objection.

298

P. Mendez

1

2      A      No.   What I said is that the time
3   that I lost, the time that we missed where they
4   didn't give me work, that the other persons pay
5   correctly.

6      Q      But you made more money by leaving
7   the defendants?

8      A      Yes, I'm going to earn more money.

9      Q      And you have earned more money?

10     A      Yes.

11     Q      So you haven't suffered any
12   damages as a result of being terminated by
13   defendants, as you claim?

14            MR. WALLACE:   Objection.

15     A      I worked less, they were paying me
16   less, but that would be -- what is logic?  It's
17   supposed to be that they pay me $45 working
18   five days and they pay me $1,055.

19            When I work three days, they pay
20   me more money now like I making this year (sic).

21     Q      So you work less hours, they pay
22   you less, but you make more?

23     A      Yes.

24     Q      So you're happy?

25     A      Now, yes.

South Shore Court Reporting
(631)-235-6218

299

1                          P. Mendez

2            Q        You're happy since you left

3      defendants?

4            A        No, I'm not happy.  I'm happy

5      because of the work that I have, but I also told

6      Louis when I saw him downstairs, because he

7      asked if I wanted to return to work with him,

8      and I told him last year a company called

9      Pioneer, but I am not a person that likes to

10     switch companies.

11                     I told him that sometimes money is

12     not so important, it's to feel good where I am.

13     That's my luck now, thank God.

14           Q        If Louis Vecchia offered you a job

15     tomorrow, would you work for him?

16           A        I would feel good and I would have

17     to think about it, because sometimes he says one

18     thing and sometimes I do what my heart says.

19     When I got this job, I didn't think about it

20     twice.  If Louis -- I have to think about it for

21     me to have to return.

22           Q        What does your heart say?

23           A        It doesn't tell me to return.

24     Even if he tells me that I'm going to give you

25     $100 to $200 a day, it doesn't tell me.  I

300

<pre>
 1                        P. Mendez
 2    prefer to stay where I am, because the last
 3    two years, many companies offered me up to $400
 4    a day, but I say, I'm fine where I am.  Money
 5    helps to live, but it's not happiness.
 6            Q       What is happiness?
 7            A       You have this job, you feel good,
 8    a new job appears for you and you don't know
 9    what it is, you have to start anew.
10            So it's better to start -- to pick
11    something that you're not familiar with unless
12    you have to make a decision and you say this is
13    what I have to do.
14            Q       Are any of your bosses lending you
15    money now?
16            A       No.
17            Q       Would they lend you money?
18            A       If I asked them, yes, because they
19    know who I am and they trust in who I am.  And
20    my boss, every once in awhile says, whatever you
21    need, I'm here.  One thing that I always say is
22    that I don't like to get involved with my
23    bosses.
24            Q       But you did with Louis?
25            A       When I had to.
</pre>

301

P. Mendez

1    Q    When you had to do it, Louis
2
3    Vecchia was there for you?

4    A    Yes.

5    Q    This is how you repay him?

6    MR. WALLACE:  Objection.

7    A    This is not about him.  Our
8    friendship continues if he wants me to be his
9    friend.  It has nothing to do with friendship.
10   This has to do with overtime.

11   Q    Are you taking the position that
12   some of the overtime hours that you're suing
13   Louis Vecchia for are overtime hours that you
14   utilized to repay the $25,000 loan?

15   A    No.  Because the agreement with
16   him was that Saturdays were for him.  Sometimes,
17   not always.  Once in awhile, I would say, take
18   one day more or two days, but it was normally
19   Saturday.

20   Q    So you're not suing him for any
21   Saturday overtime, are you?

22   A    Saturdays, we're talking about
23   forty hours, five days on my behalf; the rest,
24   like I said, the agreement that I had with him
25   was to pay him on Saturdays, $375.

South Shore Court Reporting
(631)-235-6218

302

1                    P. Mendez

2        Q       Are you suing him for any

3   Saturdays that you worked?

4                MR. WALLACE:   Objection, asked and

5            answered.

6        Q       Yes or no?

7        A       The agreement that I had with him

8   was six, and I think Saturday is not on the

9   list.  What I am asking for is my hours that

10  were at least five days, two hours a day, plus

11  whatever we had to pay after the ten hours.

12       Q       You're only suing him for time for

13  Monday through Friday?

14       A       Yes.

15       Q       So you're not suing him for any

16  Saturday time?

17               MR. WALLACE:   Objection, asked and

18           answered.

19       A       Yes.

20       Q       Are you suing him for any Sunday

21  time?

22       A       No, Sunday -- sometimes, like I

23  said, sometimes I did work.  The times that I

24  worked, I would tell him, well -- he would pay

25  me regular.  He wouldn't pay me time-and-a-half,

303

1              P. Mendez
2    and he was supposed to pay time-and-a-half.
3         Q      How many Saturdays did you work to
4    repay him?
5         A      Well, it was
6    two years-and-something paying him Saturdays.
7         Q      Did you work every Saturday?
8         A      Before, yes, it was a very busy
9    company.
10        Q      You say you worked every Saturday?
11        A      Maybe one Saturday not, but most
12   of them, yes.
13        Q      Did you work Saturdays in
14   December?
15        A      In December, the first month, the
16   last month, no, the work was lighter.  We worked
17   five days or it would rain and we wouldn't work.
18        Q      Did you work Saturdays in January?
19        A      No.  In January, most of us were
20   already collecting.  If we worked, it was
21   one day or two days.
22        Q      Did you work Saturdays in
23   February?
24        A      It's possible that we didn't and
25   it's possible that we did.  During that time, we

304

1                          P. Mendez

2    were usually unemployed.

3          Q      Did you collect unemployment

4    benefits every year from December through April?

5          A      Like I said before, the last time

6    that I came before when I didn't have work, I

7    wouldn't collect.  But then my friends told me

8    that money was ours, so when I didn't have work,

9    I said that I was going to collect, and he said

10   that was no problem, and he would always tell us

11   when we could collect.

12         Q      Did you ever collect unemployment

13   benefits?

14         A      If I worked one day, I would

15   have -- if we earned more than $405, I think it

16   is, if we earned more, we had to report it.

17         Q      Did you always report it?

18         A      Yes, always when worked, yes.

19         Q      Did you collect unemployment

20   benefits in November 2009?

21         A      November, I don't think -- I don't

22   know when I started, but when I had no work,

23   yes.

24         Q      What about December 2009?

25         A      I think I was collecting, yes.

305

1                          P. Mendez

2      From when I didn't have work, I started to

3      collect.

4              Q       How about January 2010?

5              A       I think I was collecting, as well.

6              Q       What did you tell unemployment was

7      the reason that you were not working?

8              A       Well, what you always put down.

9      It was an application and I would fill it out.

10     I always put in all of them is whatever

11     reason -- what is the word?  Lack of work, I

12     think it says.

13             Q       So you lied to them?

14                     MR. WALLACE:  Objection.

15             A       That's what I put down.

16             Q       Did you lie to them by putting

17     that down?

18             A       I don't know if I lied, but that's

19     what I always do.

20             Q       Was it accurate, what you wrote

21     down?

22             A       Yes.  Whenever I don't have any

23     work, I call.  Sometimes I put down -- if I ask

24     the name of the company and the part that says

25     that you don't have to fill it out, I don't

306

P. Mendez

1    touch.

2

3          Q        You accurately reported to them in

4    the end of 2009 that there was not enough work

5    for you?

6          A        Because that is what I always put

7    down.

8          Q        It was accurate, correct?

9          A        They no longer gave me work, but I

10   put that down.

11         Q        You put down that they no longer

12   gave you work?

13         A        No, lack of work.

14         Q        Which was accurate at that time?

15                  MR. WALLACE:   Objection.

16         A        No, I put that down.  They fired

17   me before, but I didn't put down that they fired

18   me.

19         Q        Why didn't you put down that they

20   fired you when they fired you?

21         A        Because I was hopeful that in

22   January -- no, in February or March, they would

23   call me.  But when I continued calling Tommy, he

24   said, no, no, no, I don't think that there is

25   anything else for you.  If you want, call the

307

1                    P. Mendez

2    boss.  So for me, that was it.

3         Q    So did you call the boss?

4         A    No, only Tommy.  Because Tommy was

5    the one that you would call in case of an

6    emergency because he was the dispatcher.

7         Q    But Tommy was the one telling you

8    to call the boss?

9              MR. WALLACE:  Objection.

10        A    No.

11        Q    Were you lazy?

12        A    No.

13        Q    Were you afraid to call the boss?

14        A    No.

15        Q    Were you embarrassed because you

16   were suing the man who helped you buy a house?

17        A    No.  Because he already had a

18   person in my place.  If I called him or not,

19   they weren't going to give me that job.

20        Q    How do you know if you never

21   called him?

22        A    I am a hard worker.  I know my

23   work.  Every time that he needed me before, he

24   would call me, he would call my cell, my number.

25   Louis never called me on the phone; always

308

P. Mendez

1    called my cellular, I need you tomorrow, when

2    you come, bring Alejandro, bring so-and-so.

3            That's it, he didn't call me

4    because he didn't need me if there was another

5    person taking my place.  What can I think?

6        Q      Louis Vecchia would always call

7    you and tell you where to be?

8        A      No.

9        Q      You just said it.

10           MR. WALLACE:  Objection.

11       A      No, no, no.  I am saying during

12    the cold time when we were out and he would call

13    me, it was either Louis or Tommy and I already

14    said that.  But Tommy was the one that dealt

15    with it.

16       Q      They only called you during the

17    cold months and told you where you needed to be,

18    they wouldn't call you during the warm months?

19       A      It was pretty much Louis or if

20    there was any problems, we had to speak with

21    Tommy.  If I had a problem at work and I would

22    call Tommy and he wouldn't answer, many times

23    Louis would tell me, I'm not your babysitter,

24    call Tommy.  And I would say, I called Tommy and

309

1                         P. Mendez

2    I have a problem at work, what should I do?

3    That's why I'm calling you.

4         Q      So you knew how to call Louis

5    Vecchia, you just refused to call him?

6         A      No.

7         Q      You refused to call him?

8         A      I didn't refuse him.  He didn't

9    call me because he didn't need me.

10        Q      Did you need him?

11        A      I needed my job.

12        Q      But you took no steps to try and

13   get your job?

14               MR. WALLACE:  Objection.

15        Q      Did you?

16        A      I tried looking in other places,

17   because he threatened us before I left.  He

18   threatened us and he told us that he was going

19   to send a letter to all of the company owners to

20   tell them not to give us work, and that they

21   were all friends of his.

22               Can I call him when he says

23   something like that to us?

24        Q      This all happened after you filed

25   the lawsuit; is that correct?

310

1                         P. Mendez

2        A        That was in the process of being

3    done.

4        Q        Really, because in your lawsuit,

5    you say it happened after the lawsuit was filed.

6        A        He already knew.  He knew the

7    problem that I was giving him because of the

8    overtime.  That's when he decided not to give me

9    work.

10        Q        He made that threat before you

11    filed the lawsuit or after you filed the

12    lawsuit?

13        A        It was about in November, the last

14    few days of November.

15        Q        Before you filed the lawsuit or

16    after you filed the lawsuit?

17                 MR. WALLACE:  Objection, asked and

18           answered.

19        A        Like I said, I think it was

20    three weeks before.

21        Q        He made that statement three weeks

22    before you filed the lawsuit?

23        A        What did you say?

24        Q        He made that statement three weeks

25    before you filed the lawsuit?

311

1                          P. Mendez

2              MR. WALLACE:  Objection.

3         A      Like I said, if he fired me, it

4    was because I was complaining about the

5    overtime.

6         Q      Answer the question, stop playing

7    games.

8              MR. WALLACE:  Objection.

9         Q      Did he make a statement that he

10   was going to call his friends before the

11   lawsuit?

12        A      Yes, before.

13        Q      Before you filed the lawsuit?

14        A      But we give them the papers

15   before.

16        Q      You gave them the lawsuit papers

17   before they were filed?  You're digging a deep

18   hole.

19              MR. WALLACE:  Objection.

20        A      No, my attorneys.

21        Q      Who cares what you gave your

22   attorneys?

23              Did you give anything to Louis

24   Vecchia?

25        A      No.

312

P. Mendez

1
2      Q      How did he know that you were
3    going to file the lawsuit before making that
4    statement?
5      A      Like I said at the beginning,
6    Tommy knew, and we would tell Tommy, you know,
7    what we're going to do, and Tommy said do what
8    you have to do, I have nothing to do with it.
9            He says, this is mine, this is
10   what I put down; if he doesn't pay, there is
11   nothing that I can do.
12           MR. ZABELL:  Subject to being
13           provided the documents that I have
14           previously requested and have yet to
15           receive, I will conclude this deposition.
16           You are going to be recalled when
17           your attorneys provide those documents
18           that they previously represented they
19           would provide to me.
20           I found you to be a completely
21           dishonest witness and I am disappointed
22           in your behavior.
23           MR. WALLACE:  Objection.
24           For the record, we have already
25           stated that we will not be providing you

313

1              P. Mendez

2     with a passport, we will not be providing

3     any tax returns.

4              If he wants tax returns and the

5     passport, he is required to go to the

6     Court.  So we will not be providing those

7     documents.

8              And I have one question.

9              MR. ZABELL:  Is this your

10    deposition?

11             MR. WALLACE:  One little question.

12             MR. ZABELL:  But is this your

13    deposition, Counsel?  You have to

14    cross-notice.

15             MR. WALLACE:  Will you give me

16    permission to ask the witness a question?

17             MR. ZABELL:  It depends.  What's

18    the question?

19             MR. WALLACE:  No.

20             MR. ZABELL:  Tell me what the

21    question is first and then, I will

22    decide.

23             MR. WALLACE:  I don't think you're

24    allowed to do that.

25             MR. ZABELL:  Then, I guess we're

314

1                           P. Mendez

2       not going to allow the question and we

3       will conclude for the day.  Thank you.

4               MR. WALLACE:  The question is:

5       You testified that you didn't complain to

6       the union.

7               And why didn't you complain to the

8       union?

9               MR. ZABELL:  I will not permit it.

10      This deposition is concluded.

11              MR. WALLACE:  I'm going to state

12      for the record that Mr. Zabell is

13      improperly preventing me from asking the

14      witness a question.  That is my right

15      under the Federal Rules.

16              MR. ZABELL:  That is incorrect.

17      This deposition is concluded.

18              (Time noted:  5:10 p.m.)

19

20

21

22

23

24

25

315

1

2                    A C K N O W L E D G E M E N T

3

4       STATE OF NEW YORK        )

5                          : ss

6       COUNTY OF                )

7

8           I, PRACELIS MENDEZ, hereby certify that I

9       have read the transcript of my testimony taken

10      under oath in my deposition of September 13,

11      2011; that the transcript is a true, complete

12      and correct record of my testimony; and that the

13      answers on the record as given by me are true

14      and correct.

15

16      _____

17                            PRACELIS MENDEZ

18

19

20      Signed and subscribed to

21      before me, this _____ day

22      of _____,20__

23

24      _____

25      Notary Public, State of New York

316

1

2                               I N D E X

3

4      WITNESS                                      PAGE

5

6        Pracelis Mendez

7          Examination by:

8            Mr. Zabell                             121

9

10                          E X H I B I T S

11     DEFENDANTS'                 DESCRIPTION        PAGE

12
       Exhibit 5              Town of Babylon
13                            contractor employee
                              daily attendance sheet  279
14
       Exhibit 6              Pictures of GPS         291
15

16

17

18

19

20

21

22

23

24

25

317

1

2                      C E R T I F I C A T E

3

4    STATE OF NEW YORK    )
                          ) ss:
5    COUNTY OF NASSAU     )

6

7         I, MICHELLE ADAMO, a Shorthand Reporter

8    and Notary Public within and for the State of

9    New York, do hereby certify:

10        That PRACELIS MENDEZ, the witness whose

11   examination is herein before set forth, was duly

12   sworn by me and that this transcript of such

13   examination is a true record of the testimony

14   given by such witness.

15        I further certify that I am not related to

16   any of the parties to this action by blood or

17   marriage and that I am in no way interested in

18   the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set my

20   hand this 13th day of September 2011.

21

22

23   _____

24              MICHELLE ADAMO

25

318

```
 1
 2                        ERRATA SHEET
 3           I wish to make the following changes for
 4      the following reasons:
 5      PAGE LINE
 6      ____ ___ CHANGE: _____
 7               REASON: _____
 8      ____ ___ CHANGE: _____
 9               REASON: _____
10      ____ ___ CHANGE: _____
11               REASON: _____
12      ____ ___ CHANGE: _____
13               REASON: _____
14      ____ ___ CHANGE: _____
15               REASON: _____
16      ____ ___ CHANGE: _____
17               REASON: _____
18      ____ ___ CHANGE: _____
19               REASON: _____
20      ____ ___ CHANGE: _____
21               REASON: _____
22      ____ ___ CHANGE: _____
23               REASON: _____
24      ____ ___ CHANGE: _____
25               REASON: _____
```

## $

**$1,051** [3] - 243:10, 243:11
**$1,055** [2] - 214:14, 298:18
**$1,100** [1] - 214:13
**$1,400** [1] - 212:10
**$1,500** [1] - 212:10
**$1.25** [1] - 223:21
**$10,000** [1] - 264:22
**$100** [1] - 299:25
**$100,000** [2] - 148:19, 155:2
**$118** [1] - 293:5
**$200** [6] - 132:20, 212:17, 212:18, 223:8, 290:25, 299:25
**$25** [3] - 292:16, 292:23, 293:5
**$25,000** [12] - 176:22, 209:13, 209:16, 210:2, 245:14, 256:24, 257:5, 258:7, 258:13, 264:21, 266:10, 301:14
**$30** [1] - 296:16
**$300** [3] - 212:9, 212:13, 212:21
**$35** [1] - 223:9
**$375** [2] - 247:12, 301:25
**$400** [1] - 300:3
**$405** [1] - 304:15
**$42** [1] - 223:15
**$43** [1] - 224:4
**$44** [11] - 222:20, 222:22, 223:15, 224:3, 224:14, 224:15, 224:17, 224:25, 292:20
**$45** [6] - 224:17, 224:22, 224:23, 292:20, 296:15, 298:17
**$45.12** [1] - 224:25
**$47** [1] - 292:25
**$5,000** [4] - 148:23, 154:15, 154:22, 155:5
**$500** [6] - 176:21, 180:18, 180:19, 180:23, 181:10, 266:19
**$60,000** [1] - 258:19
**$61** [1] - 220:23
**$64** [1] - 220:23
**$65,000** [1] - 258:19
**$76** [1] - 220:21
**$80,000** [2] - 246:5, 246:8
**$80,0000** [1] - 154:25
**$90** [1] - 292:25
**$98** [1] - 292:16

## 1

**1** [1] - 223:21
**1-5** [1] - 118:11
**10017** [1] - 119:5
**10:55** [1] - 118:14
**10th** [1] - 286:19
**112** [1] - 276:23
**11716** [1] - 119:10
**11717** [1] - 121:21
**11:00** [1] - 284:2
**11:40** [1] - 150:5
**11:47** [1] - 150:5
**121** [1] - 316:7
**1247** [1] - 280:16
**12:01** [1] - 160:4
**12:04** [1] - 160:4
**12:17** [1] - 169:13
**12:20** [1] - 169:13
**13** [2] - 118:14, 315:10
**138** [1] - 174:21, 174:22, 175:18
**13th** [1] - 317:20
**15th** [3] - 230:14, 230:21, 231:3
**16th** [2] - 201:7, 201:9
**1992** [2] - 240:4, 240:5
**1997** [1] - 201:14
**1998** [9] - 140:8, 140:10, 140:13, 140:22, 200:23, 201:14, 201:18, 205:11, 205:14
**19th** [1] - 119:5
**1:30** [1] - 220:12
**1st** [3] - 230:14, 230:21, 231:3

## 2

**2** [1] - 223:21
**20** [1] - 315:22
**2001** [8] - 140:8, 140:10, 140:13, 140:16, 205:11, 205:14, 214:6
**2002** [4] - 222:4, 222:8, 295:12, 295:13
**2003** [7] - 142:17, 144:2, 213:25, 214:3, 222:2, 222:15, 295:16
**2004** [3] - 144:2, 221:24, 295:18
**2005** [8] - 214:8, 221:22, 223:2, 223:5, 223:6, 230:11, 257:7, 295:20
**2006** [7] - 214:8, 221:20, 222:23, 223:7, 223:11, 230:11, 295:22
**2007** [5] - 221:18, 223:17, 223:24, 224:10, 295:24
**2008** [5] - 221:16, 224:13, 224:17, 243:6, 296:2
**2009** [7] - 140:14, 140:17, 140:22, 191:24, 200:23, 220:16, 220:25, 221:7, 224:17, 224:21, 243:4, 243:6, 296:4, 296:9, 297:8, 297:11, 304:20, 304:24, 306:4
**2010** [4] - 296:6, 296:8, 297:7, 305:4
**2011** [3] - 118:14, 315:11, 317:20
**220-2430** [1] - 248:23
**24/7** [1] - 273:23
**24th** [1] - 230:15
**279** [1] - 316:13
**291** [1] - 316:14
**2:26** [1] - 220:12

## 3

**3:00** [5] - 171:20, 280:19, 280:23, 280:25, 281:25
**3:30** [1] - 151:10, 151:22, 173:11
**3:39** [1] - 274:5
**3:47** [1] - 274:5

## 4

**40/40/40** [1] - 243:9
**44** [1] - 124:15
**48** [1] - 291:19
**4875** [2] - 118:15, 119:10
**4:00** [4] - 151:11, 173:12, 243:24, 287:6
**4:09** [1] - 287:20
**4:30** [4] - 126:23, 280:4, 280:7, 287:20

## 5

**5** [4] - 266:22, 279:5, 279:8, 316:12
**501** [1] - 119:5
**59** [1] - 121:20
**5:00** [9] - 126:22, 126:24, 127:6, 163:20, 192:11, 192:12, 285:24, 286:2, 286:19
**5:10** [1] - 314:18
**5:30** [1] - 245:3

## 6

**6** [3] - 291:15, 291:18, 316:14
**6:00** [8] - 127:4, 143:22, 144:4, 144:6, 192:12, 243:25, 282:22
**6:30** [23] - 127:2, 133:21, 133:22, 164:13, 173:14, 184:11, 185:21, 189:21, 189:23, 192:11, 193:25, 196:24, 245:3, 246:15, 283:19, 283:25, 284:4, 284:12, 285:8, 285:12, 285:18, 286:3, 286:17
**6:50** [1] - 164:14

## 7

**7-Eleven** [2] - 152:16, 153:18
**7:00** [14] - 125:21, 126:9, 126:10, 151:10, 151:13, 151:19, 152:11, 164:14, 167:8, 167:9, 192:12, 282:5, 284:4
**7:30** [2] - 151:11, 282:5

## 8

**8** [1] - 278:23
**8:00** [5] - 151:12, 192:12, 246:17, 281:8, 287:3
**8:30** [17] - 246:17,

## 9

**90-something** [1] - 292:14
**9:00** [7] - 153:15, 153:21, 192:13, 243:19, 283:20, 285:17
**9th** [3] - 280:23, 281:2, 282:2

## A

**a.m** [8] - 118:14, 144:4, 150:5, 153:15, 192:12, 245:3, 285:17
**ability** [7] - 121:25, 122:6, 167:10, 172:3, 172:14, 172:20, 263:21
**able** [4] - 233:23, 263:7, 264:19, 264:23
**above-mentioned** [1] - 118:21
**absolutely** [3] - 159:10, 241:2, 241:11
**accept** [3] - 148:23, 245:8, 245:13
**accepted** [5] - 149:4, 210:8, 210:9, 245:4, 245:5
**accident** [1] - 153:18
**according** [6] - 142:25, 242:10, 248:2, 248:3, 250:20, 254:9
**account** [1] - 225:24
**accountant** [1] - 258:6
**accurate** [7] - 261:16, 262:2, 281:14, 281:20, 305:20, 306:8, 306:14
**accurately** [1] - 306:3
**accusatory** [1] - 169:4
**act** [1] - 247:7
**action** [1] - 317:16
**actual** [3] - 151:15, 197:13, 277:3

**ADAMO** [3] - 118:22, 317:7, 317:24
**add** [1] - 257:22
**addition** [1] - 212:19
**address** [1] - 121:18
**administer** [1] - 120:18
**admonish** [1] - 165:24
**advise** [2] - 156:3, 172:9
**advised** [1] - 199:20
**advising** [4] - 161:22, 176:10, 241:3, 294:4
**affect** [1] - 198:18
**affected** [1] - 198:13
**afford** [1] - 264:19
**afraid** [1] - 307:13
**afternoon** [1] - 188:16
**afternoons** [1] - 184:12
**afterwards** [1] - 204:12
**ago** [11] - 140:5, 142:2, 142:15, 200:20, 244:14, 244:20, 250:20, 271:8, 273:16, 273:17, 273:18
**agree** [1] - 176:23
**AGREED** [3] - 120:4, 120:10, 120:15
**agreement** [10] - 133:15, 174:24, 176:24, 177:8, 177:9, 177:10, 223:7, 301:15, 301:24, 302:7
**ahead** [4] - 159:22, 234:15, 251:11, 272:4
**ALEJANDRO** [1] - 118:4
**Alejandro** [14] - 185:13, 185:22, 186:11, 189:14, 190:25, 191:5, 191:6, 191:7, 191:9, 191:12, 191:20, 191:21, 295:3, 308:3
**alert** [1] - 199:5
**ALEX** [1] - 118:4
**Alex** [2] - 186:19, 187:16
**allow** [6] - 169:6, 283:23, 285:11, 285:16, 286:12, 314:2
**allowed** [1] - 313:24
**almost** [16] - 130:14, 153:15, 177:15,

178:9, 184:15, 195:10, 195:12, 198:6, 205:6, 211:18, 218:6, 243:6, 243:9, 277:11, 277:12, 284:11
**alms** [1] - 148:5
**alone** [1] - 240:15
**Amaya** [5] - 185:13, 185:22, 186:11, 191:7, 191:9
**AMAYA** [1] - 118:4
**America** [2] - 135:13, 286:9
**Americans** [1] - 136:23
**Amir** [2] - 186:19, 187:16
**AMIR** [1] - 118:4
**amount** [9] - 213:10, 221:6, 221:14, 222:6, 225:6, 225:8, 243:10, 289:12, 297:14
**AND** [3] - 120:4, 120:10, 120:15
**anecdote** [1] - 231:21
**anew** [1] - 300:9
**anger** [1] - 129:2
**angered** [1] - 129:7
**angry** [5] - 229:23, 256:3, 285:9, 285:11, 285:14
**answer** [75] - 122:8, 123:25, 124:25, 125:12, 126:17, 127:15, 128:4, 129:24, 130:20, 131:7, 131:8, 131:13, 131:15, 131:23, 132:14, 134:7, 135:2, 137:16, 138:5, 138:16, 143:5, 150:13, 154:9, 155:17, 155:23, 156:5, 156:25, 157:5, 157:7, 157:10, 157:20, 158:3, 161:15, 165:9, 165:20, 167:14, 167:23, 169:18, 170:2, 171:12, 172:7, 172:15, 172:21, 173:5, 174:13, 176:5, 178:14, 181:21, 186:3, 202:3, 205:17, 220:18, 220:19, 221:10, 223:23, 224:6, 232:17, 235:7, 235:10, 235:18,

236:2, 239:10, 247:22, 250:15, 251:9, 253:3, 257:21, 262:9, 263:23, 270:13, 271:23, 287:9, 308:23, 311:6
**answered** [24] - 123:24, 124:24, 153:12, 156:12, 169:25, 170:17, 181:20, 203:20, 216:7, 227:10, 228:9, 235:17, 247:21, 266:12, 272:12, 275:19, 276:13, 288:8, 289:2, 292:13, 293:20, 302:5, 302:18, 310:18
**answering** [5] - 135:5, 168:7, 175:19, 186:4, 221:3
**answers** [7] - 121:6, 130:11, 135:22, 137:9, 158:22, 186:8, 315:13
**apologize** [1] - 144:22
**application** [2] - 142:6, 305:9
**appointment** [1] - 236:18
**appropriate** [1] - 229:8
**appropriately** [1] - 216:5
**April** [5] - 249:11, 259:4, 259:17, 259:20, 304:4
**area** [1] - 148:2
**AREVALO** [1] - 118:5
**Arevalo** [2] - 186:19, 187:16
**argument** [1] - 144:17
**argumentative** [1] - 159:2
**Arias** [1] - 119:21
**arrest** [2] - 240:4, 240:6
**arrested** [4] - 239:15, 239:18, 239:21, 239:24
**arrive** [4] - 144:9, 153:17, 154:19, 195:13
**arrived** [2] - 189:24, 190:2
**ashamed** [1] - 246:23

**Asphalt** [14] - 139:20, 139:25, 140:21, 141:21, 150:22, 207:21, 238:12, 259:11, 262:18, 274:7, 274:16, 274:20, 274:25, 275:3
**asphalt** [2] - 277:12, 286:4
**ASPHALT** [1] - 118:10
**assert** [1] - 154:4
**assignments** [1] - 146:4
**assistance** [1] - 209:20
**ASSOCIATES** [1] - 119:9
**assumed** [1] - 157:11
**assured** [1] - 162:15
**attendance** [3] - 279:7, 279:15, 316:13
**attention** [7] - 268:2, 268:5, 277:16, 289:4, 289:5, 290:6, 290:8
**attitude** [2] - 254:14, 254:25
**attorney** [23] - 131:5, 131:14, 134:3, 153:13, 155:2, 155:6, 155:9, 157:16, 158:10, 160:6, 162:21, 171:18, 175:22, 175:24, 179:17, 185:8, 199:2, 218:22, 225:17, 225:19, 226:18, 226:19, 238:4
**Attorney's** [2] - 218:15, 218:19
**attorney's** [2] - 130:18, 155:5
**attorney/client** [3] - 154:2, 161:19, 161:21
**attorneys** [15] - 119:4, 119:9, 120:5, 177:2, 180:11, 180:12, 181:7, 181:9, 220:5, 226:7, 252:20, 271:10, 311:20, 311:22, 312:17
**August** [2] - 286:9, 286:19
**authorization** [1] - 202:11
**authorized** [1] - 120:18
**available** [3] -

235:14, 235:19, 262:11
**Avenue** [2] - 119:5, 276:24
**awake** [1] - 199:3
**aware** [1] - 126:13
**awhile** [4] - 168:15, 250:20, 300:20, 301:17

---

**B**

**Babylon** [9] - 279:6, 279:12, 279:14, 282:7, 283:7, 284:5, 284:11, 284:24, 316:12
**babysitter** [1] - 308:24
**bad** [5] - 138:25, 198:16, 198:17, 254:13, 254:25
**ball** [2] - 277:20, 277:22
**bargaining** [1] - 174:23
**basic** [1] - 155:24
**basis** [6] - 123:19, 161:16, 197:11, 239:6, 239:12
**Bates** [1] - 280:15
**Bay** [1] - 217:18
**became** [1] - 174:22
**BEFORE** [1] - 118:18
**beginning** [11] - 170:8, 204:12, 205:2, 207:3, 207:6, 222:23, 231:6, 257:3, 272:6, 288:2, 312:5
**begins** [1] - 163:9
**behalf** [1] - 301:23
**behave** [1] - 169:16
**behavior** [4] - 158:18, 159:3, 209:7, 312:22
**benefit** [1] - 214:19
**benefits** [6] - 252:6, 292:16, 292:23, 304:4, 304:13, 304:20
**best** [2] - 185:17, 296:19
**better** [5] - 177:16, 216:25, 266:4, 282:10, 300:10
**between** [5] - 120:5, 143:15, 151:4, 179:17, 274:7
**beyond** [1] - 160:20
**big** [3] - 145:13,

3

147:25, 235:8
**billboard** [2] - 267:22, 268:4
**Billy** [4] - 290:25, 291:3, 291:5, 291:10
**Billy's** [1] - 291:8
**bit** [3] - 189:13, 246:22, 247:5
**blood** [1] - 317:16
**blue** [2] - 260:20, 261:21
**Bohemia** [1] - 118:16
**bohemia** [1] - 119:10
**book** [3] - 174:25, 175:17, 213:11
**borrowed** [2] - 209:13, 264:18
**boss** [40] - 138:14, 139:17, 143:21, 144:21, 146:5, 151:19, 179:14, 188:20, 201:14, 206:21, 208:18, 210:8, 231:14, 244:8, 248:19, 252:25, 254:18, 259:12, 259:24, 260:15, 260:17, 260:19, 260:22, 261:22, 263:4, 263:24, 265:24, 271:15, 271:17, 273:14, 277:10, 277:24, 280:21, 290:19, 291:4, 300:20, 307:2, 307:3, 307:8, 307:13
**boss's** [1] - 260:20
**bosses** [5] - 128:22, 195:22, 277:9, 300:14, 300:23
**bother** [3] - 128:21, 194:20, 206:25
**bothered** [1] - 206:22
**box** [1] - 195:16
**boy** [1] - 235:8
**break** [22] - 150:3, 157:4, 157:16, 157:20, 159:12, 159:15, 159:18, 159:19, 159:22, 160:6, 161:13, 162:7, 162:20, 168:21, 168:25, 169:6, 171:17, 220:10, 220:13, 273:25, 287:18
**breaks** [1] - 285:7
**Brentwood** [1] - 121:20

**brick** [1] - 232:9
**bring** [8] - 147:15, 200:8, 200:14, 233:13, 234:3, 284:11, 308:3
**bringing** [1] - 277:16
**brother** [17] - 138:7, 138:11, 138:13, 138:15, 138:16, 138:18, 139:7, 139:11, 139:19, 143:23, 143:24, 144:9, 144:11, 144:16, 145:17, 190:21, 287:16
**busy** [2] - 231:14, 303:8
**buy** [3] - 153:18, 257:9, 307:16
**BY** [3] - 119:6, 119:11, 121:13

**C**

**calculate** [2] - 263:17, 263:21
**calculated** [1] - 223:9
**cannot** [5] - 157:20, 161:5, 172:8, 235:9, 240:11
**capable** [1] - 186:4
**Capital** [1] - 218:12
**car** [8] - 144:8, 147:9, 185:24, 189:8, 234:4, 234:5, 266:4
**card** [1] - 257:10
**care** [3] - 232:20, 265:15, 273:25
**cared** [1] - 193:11
**careful** [1] - 147:23
**cares** [1] - 311:21
**Carleton** [1] - 276:24
**CARLOS** [1] - 118:6
**Carlos** [4] - 192:20, 192:22, 196:2, 196:11
**cars** [2] - 147:17, 147:18
**case** [8] - 175:14, 176:8, 176:21, 200:12, 216:18, 271:10, 307:5
**cash** [26] - 132:20, 210:22, 211:6, 211:9, 211:14, 211:15, 211:17, 211:19, 211:21, 212:6, 212:12, 213:3, 238:7, 238:14, 238:18,

238:21, 238:22, 289:9, 289:13, 289:19, 289:24, 290:4, 290:12, 290:17, 290:22, 290:23
**CASTILLO** [1] - 118:7
**Castillo** [2] - 197:5, 197:8
**caught** [1] - 247:6
**cell** [1] - 307:24
**cellular** [1] - 308:2
**certain** [2] - 131:19, 197:4
**certification** [1] - 120:7
**certify** [2] - 315:8, 317:9, 317:15
**CHANGE** [10] - 318:6, 318:8, 318:10, 318:12, 318:14, 318:16, 318:18, 318:20, 318:22, 318:24
**changed** [1] - 248:24
**changes** [2] - 258:19, 318:3
**characterization** [1] - 209:3
**charge** [8] - 145:10, 207:16, 242:11, 242:19, 257:13, 276:19, 277:15, 283:4
**cheaper** [1] - 211:23
**check** [27] - 128:14, 128:15, 136:12, 142:3, 142:11, 201:11, 211:11, 212:16, 212:18, 213:2, 217:17, 225:10, 225:11, 233:7, 233:23, 239:3, 243:10, 254:18, 260:16, 268:11, 268:23, 274:24, 275:21, 277:15, 288:10
**checked** [1] - 285:13
**checking** [2] - 140:7, 256:4
**checks** [7] - 142:5, 210:19, 211:3, 211:9, 211:13, 268:8, 290:7
**children** [3] - 146:19, 149:12, 264:15
**Christmas** [1] - 230:18
**Christopher** [1] - 207:22

**CHRISTOPHER** [1] - 118:11
**City** [3] - 127:5, 163:19, 163:21
**claim** [3] - 131:20, 217:8, 298:13
**claimed** [1] - 134:9
**claiming** [2] - 152:2, 213:16
**clear** [3] - 135:24, 145:5, 246:20
**clearly** [3] - 169:2, 182:6, 285:15
**client** [2] - 172:3, 241:17
**close** [3] - 230:16, 230:17, 264:25
**closed** [2] - 199:4, 264:22
**closing** [1] - 199:4
**co** [3] - 289:19, 289:24, 294:20
**co-workers** [3] - 289:19, 289:24, 294:20
**coach** [1] - 160:25
**coffee** [3] - 152:14, 152:16, 153:18
**cold** [5] - 286:7, 286:8, 286:10, 308:13, 308:18
**collect** [7] - 304:3, 304:7, 304:9, 304:11, 304:12, 304:19, 305:3
**collected** [1] - 237:23
**collecting** [3] - 303:20, 304:25, 305:5
**collective** [1] - 174:23
**comfortable** [1] - 136:3
**coming** [2] - 149:16, 285:22
**committing** [1] - 156:20
**communication** [3] - 138:17, 188:10, 188:11
**companies** [14] - 123:13, 123:14, 140:25, 141:13, 141:15, 207:21, 208:12, 208:16, 274:19, 274:22, 276:16, 283:24, 299:10, 300:3
**company** [34] - 132:12, 133:2, 134:24, 135:11,

139:18, 141:2, 141:8, 142:10, 146:21, 150:21, 207:16, 208:14, 218:5, 220:20, 220:24, 221:4, 234:6, 238:9, 249:6, 249:15, 249:22, 255:6, 274:23, 275:10, 275:17, 275:20, 291:9, 291:10, 294:19, 296:12, 299:8, 303:9, 305:24, 309:19
**compensated** [2] - 163:5, 169:22
**complain** [4] - 254:12, 269:21, 314:5, 314:7
**complained** [3] - 206:8, 206:11, 206:15
**complaining** [3] - 253:12, 254:10, 311:4
**complaint** [5] - 269:11, 269:18, 269:23, 270:4, 270:11
**complaints** [2] - 207:5, 270:16
**complete** [5] - 155:17, 167:25, 235:3, 288:12, 315:11
**completely** [2] - 286:15, 312:20
**computer** [7] - 260:16, 260:17, 261:19, 261:20, 262:5, 262:11, 288:6
**concern** [2] - 167:20, 241:21
**concerned** [2] - 256:5, 290:10
**conclude** [2] - 312:15, 314:3
**concluded** [2] - 314:10, 314:17
**Concrete** [1] - 218:12
**conditions** [1] - 143:9
**cones** [1] - 148:7
**confidential** [2] - 154:2, 289:16
**confirm** [2] - 161:9, 162:5
**confirming** [1] - 160:19
**confuse** [1] - 219:13
**confused** [3] - 178:19, 179:5, 179:18
**confusing** [1] -

4

122:4, 219:17, 241:19
**confusion** [1] - 134:13
**consequence** [1] - 241:7
**consistent** [1] - 209:6
**content** [2] - 161:8, 161:19
**continue** [8] - 139:4, 149:25, 158:20, 159:3, 179:18, 200:3, 257:19, 265:8
**continued** [2] - 259:11, 306:23
**CONTINUED** [2] - 118:18, 121:13
**continues** [1] - 301:8
**contract** [5] - 142:25, 143:9, 170:5, 179:10, 179:11
**contractor** [3] - 279:6, 279:15, 316:13
**control** [3] - 145:12, 172:3, 247:5
**conversation** [4] - 148:11, 149:6, 161:9, 162:17
**copies** [2] - 253:20, 292:8
**copy** [2] - 199:9, 253:17
**corazón** [1] - 233:20
**Corp** [3] - 140:2, 141:21, 238:12
**CORP** [2] - 118:10
**Corporation** [1] - 139:21
**corporation** [4] - 139:23, 140:11, 140:16, 238:11
**correct** [77] - 123:5, 128:2, 128:19, 134:11, 141:21, 141:22, 143:3, 143:25, 145:19, 145:22, 148:16, 150:7, 150:11, 150:24, 151:16, 152:3, 152:9, 153:4, 163:24, 179:25, 180:13, 182:7, 184:21, 186:12, 186:16, 187:3, 187:6, 187:12, 189:24, 191:17, 194:24, 198:3, 198:8, 199:16, 204:16, 206:16, 207:2, 207:7, 212:3, 212:22, 214:11,

214:16, 214:20, 217:3, 227:5, 228:7, 228:18, 229:18, 229:24, 232:4, 233:24, 239:7, 243:4, 254:6, 259:17, 259:20, 261:2, 261:11, 264:8, 264:19, 267:20, 268:6, 275:13, 277:4, 279:16, 282:22, 282:25, 286:20, 288:11, 290:14, 297:3, 297:14, 297:24, 306:8, 309:25, 315:12, 315:14
**correctly** [5] - 122:9, 137:2, 150:18, 150:24, 298:5
**Counsel** [5] - 166:15, 166:18, 175:14, 199:8, 313:13
**Counsel's** [1] - 247:16
**Counselor** [1] - 159:20
**count** [2] - 251:3, 251:4
**counting** [1] - 263:19
**country** [3] - 187:23, 201:18, 201:21
**COUNTY** [2] - 315:6, 317:5
**couple** [1] - 242:25
**course** [1] - 125:19
**COURT** [1] - 118:2
**Court** [8] - 120:20, 161:3, 200:15, 241:4, 241:8, 241:9, 269:24, 313:6
**court** [2] - 229:10, 297:21
**cover** [2] - 206:23, 274:13
**covered** [1] - 240:10
**crazy** [1] - 273:22
**creating** [1] - 162:10
**credit** [2] - 257:10
**crew** [29] - 183:17, 184:2, 184:3, 185:15, 186:21, 187:15, 188:19, 188:20, 188:21, 189:3, 189:12, 189:18, 189:20, 190:7, 190:14, 190:22, 192:7, 192:24, 194:4, 194:9, 195:6, 195:11, 195:18, 196:10,

196:18, 197:9, 197:20, 259:15
**cross** [1] - 313:14
**cross-notice** [1] - 313:14

# D

**DA** [1] - 218:22
**DA's** [1] - 218:20
**daily** [6] - 123:19, 279:6, 279:15, 287:22, 288:14, 316:13
**damage** [1] - 232:25
**damages** [2] - 297:10, 298:12
**dark** [1] - 243:19
**date** [1] - 125:25, 144:3, 181:14, 201:4, 205:13, 254:4, 254:23, 257:8, 259:4, 279:9, 291:16
**dates** [1] - 126:3
**daughter** [2] - 180:8, 180:13
**days** [32] - 126:3, 137:25, 149:17, 167:9, 191:18, 198:15, 210:18, 210:24, 227:14, 227:22, 228:6, 228:16, 228:20, 231:9, 250:21, 251:12, 252:14, 271:8, 273:12, 273:16, 291:4, 296:11, 296:23, 296:25, 298:18, 298:19, 301:18, 301:23, 302:10, 303:17, 303:21, 310:14
**deal** [1] - 247:11
**dealt** [1] - 308:15
**December** [8] - 230:15, 231:13, 254:3, 259:22, 303:14, 303:15, 304:4, 304:24
**decide** [1] - 313:22
**decided** [4] - 200:11, 246:9, 261:23, 310:8
**decision** [4] - 169:9, 260:9, 260:23, 300:12
**declare** [1] - 178:8
**declared** [1] - 178:6
**deduct** [1] - 214:23
**deductions** [3] -

214:15, 215:4, 288:24
**deep** [1] - 311:17
**deeper** [1] - 162:16
**Deer** [1] - 142:16
**defend** [1] - 266:18
**defendant** [2] - 208:12, 264:8
**defendants** [54] - 122:11, 123:22, 127:25, 128:18, 136:10, 137:2, 138:8, 138:12, 139:6, 139:12, 139:23, 141:20, 145:18, 145:21, 146:21, 150:17, 151:7, 183:6, 192:16, 222:8, 222:17, 223:2, 225:4, 226:8, 230:7, 230:10, 234:25, 236:4, 237:5, 240:20, 242:9, 247:19, 247:25, 251:7, 252:17, 254:13, 258:15, 259:7, 262:14, 262:18, 264:18, 269:13, 274:19, 287:15, 287:22, 289:10, 294:22, 296:19, 297:3, 297:11, 297:23, 298:7, 298:13, 299:3
**Defendants** [3] - 118:12, 118:20, 119:9
**DEFENDANTS'** [1] - 316:11
**defendants'** [3] - 143:16, 146:12, 248:16
**Defendants'** [4] - 279:5, 279:8, 291:15, 291:18
**defended** [1] - 145:10
**demand** [2] - 145:2, 145:4
**department** [1] - 231:20
**depended** [1] - 123:3
**deposition** [29] - 120:16, 130:8, 155:25, 156:4, 159:4, 159:21, 160:11, 160:19, 161:10, 161:13, 162:6, 162:22, 176:11, 179:7, 181:14, 181:16, 182:2, 182:5, 199:7, 199:21, 203:6, 229:2, 247:5, 312:15,

313:10, 313:13, 314:10, 314:17, 315:10
**DESCRIPTION** [1] - 316:11
**deserve** [1] - 148:15
**desk** [2] - 181:4, 288:3
**destroy** [1] - 255:5, 255:9, 255:13, 256:2, 256:10
**destroyed** [4] - 232:21, 237:8, 255:23, 256:7
**detective** [9] - 218:18, 219:2, 219:3, 219:5, 219:10, 219:19, 219:22, 236:16, 236:19
**determined** [1] - 236:11
**diesel** [1] - 265:15
**difference** [6] - 143:15, 151:8, 182:15, 224:18, 274:7, 297:19
**different** [16] - 144:8, 151:4, 182:11, 183:3, 183:9, 184:4, 184:12, 184:14, 184:18, 187:25, 189:4, 196:25, 197:25, 247:3, 276:15, 286:12
**difficult** [14] - 122:23, 125:24, 216:12, 216:14, 216:15, 219:12, 244:6, 244:10, 244:12, 244:18, 265:23, 276:14, 286:6, 291:24
**digging** [1] - 311:17
**directed** [3] - 202:6, 202:8, 202:9
**directing** [3] - 159:11, 160:21, 165:20
**directly** [8] - 125:9, 125:17, 125:23, 171:7, 186:15, 198:8, 228:6, 228:17
**disable** [1] - 229:20
**disabled** [2] - 128:2, 229:16
**disagree** [1] - 209:2
**disappeared** [3] - 187:22, 188:6, 188:7
**disappointed** [1] - 312:21
**disappointing** [1] -

209:8
**disclose** [4] - 154:2, 160:15, 160:17, 162:4
**disconnect** [2] - 233:22, 256:11
**disconnected** [5] - 128:10, 232:25, 256:15, 256:18, 256:21
**discuss** [2] - 161:12, 162:21
**discussed** [1] - 162:6
**discussion** [3] - 159:23, 159:25, 178:12
**dishonest** [1] - 312:21
**dispatcher** [1] - 307:6
**displayed** [1] - 155:16
**disregard** [2] - 205:16, 220:18
**disrespecting** [1] - 145:3
**distinguish** [1] - 292:6
**DISTRICT** [2] - 118:2, 118:2
**District** [2] - 218:15, 218:19
**district** [1] - 218:22
**doable** [1] - 124:19
**document** [20] - 179:8, 179:20, 179:21, 179:24, 180:10, 266:21, 266:25, 278:21, 279:10, 279:20, 281:13, 281:18, 281:19, 281:20, 282:8, 286:15, 286:18, 291:17, 291:20, 297:21
**documentation** [2] - 209:25, 226:7
**documents** [8] - 175:13, 180:16, 234:11, 234:16, 281:11, 312:13, 312:17, 313:7
**DOES** [1] - 118:11
**dollar** [4] - 124:13, 221:12, 221:13, 224:18
**dollars** [6] - 124:13, 215:21, 215:23, 222:12, 266:3, 292:25
**Dominick** [3] -

260:18, 260:19, 261:19
**done** [4] - 194:16, 261:9, 295:14, 310:3
**Donna** [1] - 258:2
**doors** [2] - 264:22, 264:25
**double** [5] - 124:17, 124:18, 247:10, 275:23, 292:17
**down** [30] - 126:12, 133:21, 134:21, 135:9, 148:25, 164:17, 164:19, 164:22, 167:7, 210:17, 229:12, 235:8, 240:16, 260:22, 265:19, 283:19, 285:7, 305:8, 305:15, 305:17, 305:21, 305:23, 306:7, 306:10, 306:11, 306:16, 306:17, 306:19, 312:10
**downstairs** [4] - 230:13, 265:9, 271:15, 299:6
**drive** [4] - 147:3, 185:22, 189:5, 195:15
**driven** [1] - 186:15
**driver** [1] - 234:4
**drivers** [2] - 185:6, 267:3
**drives** [1] - 273:21
**dropped** [2] - 253:7, 253:14
**drove** [1] - 186:11
**dues** [3] - 214:16, 215:12, 215:25
**duly** [3] - 121:3, 121:9, 317:11
**dump** [1] - 132:18
**during** [13] - 132:24, 136:9, 157:16, 161:12, 162:6, 162:20, 229:2, 259:6, 259:10, 303:25, 308:12, 308:17, 308:19

**E**

**early** [1] - 193:5
**earn** [5] - 223:11, 290:6, 296:24, 297:20, 298:8
**earned** [6] - 289:21, 289:22, 293:3, 298:9,

304:15, 304:16
**EASTERN** [1] - 118:2
**eat** [3] - 152:17, 278:8, 278:10
**Edwin** [4] - 192:3, 192:5, 196:3, 196:10
**EDWIN** [1] - 118:6
**effect** [1] - 120:19
**eight** [16] - 122:25, 123:8, 132:8, 134:16, 134:19, 134:20, 135:8, 151:9, 183:10, 194:6, 223:10, 227:16, 272:9, 282:4, 282:11, 297:19
**either** [4] - 124:19, 180:12, 295:8, 308:14
**El** [3] - 139:9, 200:17, 200:24
**eleven** [2] - 132:8, 184:23
**embarrassed** [3] - 246:23, 247:14, 307:15
**emergency** [1] - 307:6
**employee** [3] - 279:7, 279:15, 316:13
**employees** [1] - 147:3
**employer** [4] - 139:15, 139:16, 218:9, 218:11
**employment** [4] - 143:10, 248:16, 262:13, 262:17
**end** [5] - 154:16, 163:11, 230:14, 231:10, 306:4
**ended** [4] - 163:10, 237:24, 253:23, 288:22
**ending** [3] - 262:13, 262:16, 280:4
**ends** [1] - 136:21
**engineer** [1] - 242:14
**English** [9] - 121:5, 121:6, 135:15, 175:6, 175:7, 175:8, 177:13, 177:14, 229:7
**ensuring** [1] - 155:24
**entirely** [1] - 209:6
**entities** [1] - 274:15
**entitled** [8] - 122:19, 123:22, 124:22, 126:6, 137:8, 158:14, 271:25, 273:3
**entity** [1] - 140:20
**equally** [1] - 271:20
**equipment** [7] -

145:14, 146:12, 147:22, 204:15, 232:17, 236:6, 237:4
**ERRATA** [1] - 318:2
**ESCALANTE** [1] - 118:6
**Escalante** [2] - 192:20, 192:22
**ESQ** [2] - 119:6, 119:11
**estimate** [8] - 250:18, 250:24, 251:6, 251:10, 251:17, 251:20, 251:21, 272:3
**evening** [1] - 184:17
**exact** [7] - 125:25, 140:6, 144:3, 201:4, 225:8, 254:4, 259:3
**exactly** [3] - 224:24, 225:3, 248:14
**Examination** [1] - 316:6
**EXAMINATION** [2] - 118:18, 121:13
**examination** [2] - 317:11, 317:13
**examined** [1] - 121:11
**example** [1] - 272:18
**Except** [1] - 198:7
**except** [1] - 120:11
**exchanged** [1] - 175:13
**excluded** [1] - 200:5
**excuse** [2] - 155:2, 229:22
**excuses** [1] - 130:17
**Exhibit** [6] - 266:22, 278:23, 279:5, 279:8, 291:15, 291:18
**exhibit** [2] - 316:12, 316:14
**exhibits** [1] - 292:9
**exist** [1] - 234:7
**expect** [1] - 209:7
**expert** [1] - 273:20
**explain** [17] - 130:25, 131:2, 131:4, 165:7, 165:18, 170:6, 173:4, 180:13, 180:21, 180:22, 218:3, 235:9, 244:7, 244:11, 251:18, 286:16, 294:2
**explained** [8] - 138:9, 141:3, 148:14, 159:7, 168:14, 179:2, 179:3, 247:11
**explaining** [1] - 164:18

**explains** [1] - 177:4
**explanations** [3] - 130:17, 165:9, 165:20
**explode** [1] - 139:2
**exploring** [1] - 241:18
**eyes** [4] - 199:4, 245:15, 245:16

**F**

**fact** [1] - 206:14
**fair** [2] - 225:2, 280:6
**FAJARDO** [1] - 118:5
**Fajardo** [3] - 187:19, 187:22, 271:6
**false** [1] - 297:23
**familiar** [3] - 186:23, 190:11, 300:11
**family** [7] - 149:21, 181:4, 201:16, 208:3, 232:7, 232:8, 287:14
**far** [2] - 155:16, 167:25
**favor** [4] - 138:6, 265:20, 265:24, 266:2
**favors** [1] - 265:7, 265:12, 265:25
**February** [4] - 201:6, 201:10, 303:23, 306:22
**Federal** [2] - 269:24, 314:15
**fees** [4] - 155:2, 266:9, 266:14, 266:18
**felt** [1] - 138:25
**few** [11] - 137:24, 138:16, 198:10, 198:11, 198:12, 238:22, 247:24, 270:2, 270:4, 293:14, 310:14
**fifteen** [10] - 133:20, 144:10, 144:11, 144:13, 153:21, 154:19, 163:16, 248:23, 263:18, 273:16
**Fifth** [1] - 119:5
**fifty** [1] - 243:22
**fight** [2] - 233:3, 246:9
**fighting** [2] - 271:22, 297:16
**figure** [4] - 125:4, 227:13, 262:24, 273:2
**figured** [1] - 268:20
**file** [3] - 295:11, 295:24, 312:3

**filed** [24] - 155:9, 252:18, 252:19, 253:8, 253:25, 263:25, 269:12, 269:19, 269:23, 270:5, 270:11, 270:18, 295:15, 295:21, 309:24, 310:5, 310:11, 310:15, 310:16, 310:22, 310:25, 311:13, 311:17
**filing** [2] - 120:6, 155:12
**fill** [9] - 142:6, 206:19, 280:20, 281:17, 287:22, 287:25, 288:20, 305:9, 305:25
**filled** [1] - 238:10
**fine** [4] - 136:5, 139:2, 203:12, 300:4
**finish** [23] - 125:19, 133:10, 133:12, 142:24, 151:10, 151:11, 151:21, 151:23, 152:25, 164:22, 166:11, 167:5, 171:10, 173:6, 193:15, 206:20, 238:7, 243:24, 243:25, 244:8, 284:14, 284:15, 284:19
**finished** [13] - 122:14, 126:10, 133:11, 133:15, 144:10, 151:23, 166:17, 171:23, 174:11, 249:3, 277:11, 277:12, 284:12
**finishing** [1] - 193:8
**fire** [1] - 231:20
**fired** [14] - 144:16, 145:18, 248:16, 254:10, 269:17, 270:3, 270:7, 270:10, 270:15, 306:16, 306:17, 306:20, 311:3
**first** [22] - 121:2, 121:9, 139:24, 149:12, 149:22, 166:9, 168:13, 190:24, 191:11, 205:6, 205:7, 205:20, 225:5, 226:3, 233:6, 256:14, 259:13, 259:15, 277:15, 303:15, 313:21

**fit** [1] - 148:3
**five** [29] - 133:25, 148:6, 160:5, 160:7, 160:10, 169:25, 188:8, 194:6, 222:10, 222:11, 227:14, 227:22, 240:18, 267:4, 267:13, 269:16, 269:18, 273:17, 278:2, 278:4, 278:7, 278:9, 296:11, 296:25, 298:18, 301:23, 302:10, 303:17
**five-minute** [1] - 160:5
**fixed** [1] - 240:4
**Floor** [1] - 119:5
**focused** [1] - 191:10
**following** [4] - 174:8, 252:23, 318:3, 318:4
**follows** [2] - 121:7, 121:12
**fool** [1] - 128:7
**football** [1] - 277:17
**force** [1] - 120:19
**forced** [1] - 165:23
**foreman** [3] - 170:11, 247:25, 248:4
**foremen** [1] - 248:6
**forget** [3] - 148:24, 154:22, 196:3
**forgot** [2] - 140:14, 196:14
**form** [5] - 120:11, 203:12, 211:3, 211:6, 229:3
**forth** [1] - 317:11
**forty** [7] - 123:11, 123:15, 214:14, 242:24, 272:7, 285:2, 301:23
**four** [13] - 123:9, 135:18, 146:14, 146:17, 191:24, 244:2, 244:20, 269:16, 269:18, 271:8, 296:11
**fourteen** [4] - 215:18, 215:20, 215:22, 248:22
**fraudulent** [1] - 294:5
**Friday** [1] - 302:13
**friend** [7] - 137:25, 290:21, 290:24, 294:6, 294:11, 294:17, 301:9
**friends** [8] - 136:24, 137:3, 211:24,

294:20, 295:6, 304:7, 309:21, 311:10
**friendship** [3] - 265:8, 301:8, 301:9
**front** [1] - 280:14
**full** [4] - 148:7, 177:14, 231:7, 231:11
**FURTHER** [2] - 120:10, 120:15
**fuse** [1] - 256:11

## G

**Galeano** [2] - 193:16, 193:18
**GALEANO** [1] - 118:6
**Galeano's** [1] - 193:22
**games** [1] - 311:7
**garbage** [1] - 294:10
**Garcia** [3] - 188:22, 188:24, 189:5
**GARCIA** [1] - 118:5
**general** [1] - 126:2
**gentleman** [1] - 234:10
**George** [2] - 204:21, 204:22
**given** [4] - 170:23, 180:11, 315:13, 317:14
**God** [3] - 149:11, 149:22, 299:13
**golf** [2] - 141:25, 142:16
**governs** [1] - 143:9
**GPS** [46] - 126:13, 126:18, 126:19, 127:8, 127:11, 127:20, 128:2, 128:15, 128:19, 128:22, 129:8, 129:11, 129:14, 129:20, 131:18, 131:25, 132:10, 145:14, 185:9, 185:12, 228:22, 229:16, 229:20, 232:21, 232:24, 233:4, 233:8, 233:23, 234:23, 234:25, 235:5, 235:12, 235:22, 235:24, 237:11, 237:14, 237:19, 255:10, 255:23, 256:15, 256:18, 256:21, 291:14, 292:2, 316:14

**grab** [1] - 267:18
**Grand** [1] - 141:9
**grease** [14] - 204:5, 204:7, 204:8, 204:10, 204:14, 204:15, 204:17, 204:18, 204:20, 204:25, 205:8, 205:12, 205:24, 206:7
**great** [2] - 223:22, 253:2
**greet** [1] - 137:25
**ground** [1] - 285:13
**group** [10] - 173:18, 183:7, 183:9, 184:2, 188:24, 189:4, 190:15, 242:11, 242:20
**groups** [2] - 173:9, 184:4
**guaranteeing** [1] - 172:10
**guess** [2] - 313:25
**guys** [1] - 194:3

## H

**half** [17] - 124:16, 204:9, 204:13, 205:9, 205:10, 205:22, 205:25, 206:3, 206:4, 206:5, 247:18, 265:19, 292:21, 292:25, 293:3, 302:25, 303:2
**hand** [6] - 149:10, 149:23, 233:19, 244:25, 245:2, 317:20
**handed** [1] - 226:9
**happier** [1] - 290:13
**happiness** [2] - 300:5, 300:6
**happy** [4] - 298:24, 299:2, 299:4
**harassing** [1] - 159:2
**hard** [3] - 216:13, 216:17, 307:22
**hardly** [7] - 152:15, 189:7, 189:9, 190:8, 205:20, 209:18, 290:16
**head** [1] - 262:25
**headache** [1] - 193:9
**heart** [8] - 149:13, 149:23, 233:20, 244:25, 245:2, 246:10, 299:18, 299:22
**held** [2] - 118:20,

159:25
**HELENE** [1] - 118:11
**Helene** [7] - 128:14, 207:22, 208:11, 208:13, 208:15, 267:5, 275:11
**hell** [1] - 144:19
**hello** [2] - 138:2, 188:11
**help** [4] - 172:12, 172:13, 216:21, 217:7
**helped** [1] - 307:16
**helper** [1] - 186:25
**helps** [1] - 300:5
**Hempstead** [5] - 127:3, 240:3, 240:16, 241:15, 246:16
**HEREBY** [3] - 120:4
**hereby** [3] - 120:8, 315:8, 317:9
**herein** [4] - 118:19, 120:6, 121:9, 317:11
**hereunto** [1] - 317:19
**hesitate** [1] - 161:3
**Highway** [2] - 118:15, 119:10
**himself** [1] - 172:6
**Hispanics** [2] - 136:23, 145:11
**hole** [1] - 311:18
**home** [24] - 133:13, 147:15, 147:18, 181:4, 189:8, 198:19, 198:22, 209:21, 230:4, 238:2, 244:17, 252:22, 253:7, 253:14, 255:3, 255:4, 259:22, 263:3, 264:12, 264:14, 271:3, 290:11
**Hondurans** [1] - 295:7
**honest** [2] - 209:5, 266:5
**hopeful** [1] - 306:21
**Horseblock** [1] - 285:10
**hot** [4] - 285:14, 286:4, 286:7, 286:11
**hour** [36] - 142:22, 144:8, 144:14, 150:15, 164:5, 164:8, 164:11, 204:9, 204:13, 205:8, 205:21, 205:25, 206:3, 206:5, 206:19, 222:6, 222:8, 222:13, 222:14, 222:22, 223:4, 223:12,

223:18, 223:25, 224:10, 224:13, 224:21, 225:3, 238:5, 243:23, 265:18, 265:19, 267:5, 278:5, 292:22, 296:16
**hour's** [1] - 222:16
**hour-and-a-half** [1] - 265:19
**hourly** [1] - 292:19
**hours** [98] - 122:25, 123:3, 123:5, 123:9, 123:11, 123:15, 126:6, 131:20, 132:8, 134:5, 134:10, 134:14, 134:15, 134:17, 134:18, 134:20, 135:8, 151:9, 151:25, 152:8, 163:23, 164:20, 183:5, 183:10, 184:23, 185:9, 192:8, 192:10, 192:15, 192:18, 192:25, 195:8, 196:20, 197:14, 205:9, 205:10, 205:21, 205:22, 205:23, 206:4, 214:14, 223:10, 226:23, 226:24, 227:6, 227:8, 227:13, 227:14, 227:20, 228:21, 233:23, 242:24, 243:12, 243:16, 243:22, 243:23, 244:2, 249:18, 250:12, 250:21, 250:25, 251:7, 252:2, 252:6, 252:10, 261:18, 263:18, 272:7, 272:14, 272:16, 273:7, 273:9, 273:17, 273:19, 281:23, 282:11, 282:24, 283:5, 283:11, 283:12, 285:3, 288:12, 289:7, 292:20, 297:19, 298:21, 301:12, 301:13, 301:23, 302:9, 302:10, 302:11
**house** [18] - 133:18, 147:9, 147:10, 167:6, 167:8, 185:25, 231:19, 231:21, 231:23, 231:24, 231:25, 247:3, 257:9, 291:11, 291:12, 307:16

**hundred** [1] - 177:15
**hurt** [2] - 207:4, 207:7
**hurting** [3] - 172:6, 207:11, 207:14
**hurts** [2] - 138:24, 150:2

**I**

**IAN** [2] - 119:4, 119:6
**Ian** [5] - 159:13, 175:25, 176:2, 202:23, 226:20
**ian** [5] - 172:2, 203:21, 228:24, 240:25, 270:14
**idea** [12] - 124:2, 178:24, 179:25, 191:16, 201:12, 217:25, 227:2, 262:7, 263:20, 271:9, 271:24, 273:12
**identification** [2] - 279:8, 291:15
**identified** [2] - 198:2, 266:22
**identify** [2] - 216:9, 217:7
**ignore** [1] - 202:4
**immigration** [8] - 199:14, 199:19, 240:2, 240:12, 240:14, 240:24
**impaired** [2] - 122:2, 122:7
**important** [2] - 180:15, 299:12
**improper** [2] - 161:11, 202:20
**improperly** [1] - 314:13
**IN** [1] - 317:19
**inability** [2] - 155:17, 168:2
**income** [3] - 289:13, 295:11, 295:15
**incorrect** [1] - 314:16
**incur** [1] - 163:13
**incurred** [1] - 266:8
**indicate** [4] - 127:12, 131:19, 132:11, 204:24
**indicated** [5] - 129:15, 129:21, 131:25, 134:2, 228:22
**indicating** [3] - 128:12, 149:10,

209:25
**indicating)** [2] - 138:24, 234:13
**individual** [3] - 241:13, 241:20, 241:24
**individually** [1] - 207:25
**information** [3] - 154:3, 161:18, 237:25
**inside** [2] - 267:19, 267:22
**inspector** [5] - 285:10, 285:11, 285:12, 285:16, 286:11
**inspectors** [3] - 136:16, 217:12, 217:19
**installer** [1] - 233:4
**instead** [1] - 246:8
**insurance** [1] - 214:22
**interaction** [1] - 242:7
**interest** [7] - 158:24, 166:5, 169:8, 241:2, 241:12, 241:18, 257:14
**interested** [4] - 130:17, 165:19, 172:23, 317:17
**interesting** [2] - 153:24, 165:8
**interpreter** [1] - 119:21
**interrupted** [1] - 159:21
**investigated** [1] - 236:11
**investigator** [1] - 218:15
**involve** [3] - 130:24, 158:11, 168:11
**involved** [1] - 300:22
**irrelevant** [3] - 178:16, 178:17, 286:15
**IS** [3] - 120:4, 120:10, 120:15
**IT** [3] - 120:4, 120:10, 120:15

**J**

**January** [4] - 303:18, 303:19, 305:4, 306:22
**JAVIER** [1] - 118:6
**Javier** [8] - 190:16,

190:19, 190:24, 191:2, 191:9, 191:11, 191:19, 295:3
**jealous** [1] - 232:2
**job** [86] - 125:18, 125:20, 125:23, 126:10, 126:11, 126:14, 126:15, 127:12, 130:4, 130:5, 131:20, 132:3, 132:23, 132:25, 133:9, 133:18, 136:16, 141:24, 142:22, 142:24, 145:25, 146:3, 146:4, 151:16, 151:21, 151:22, 152:7, 152:13, 152:25, 153:10, 163:10, 166:11, 167:5, 167:6, 170:14, 170:15, 172:7, 193:5, 193:8, 193:10, 194:23, 198:8, 216:16, 217:11, 217:12, 217:24, 218:4, 228:7, 228:18, 232:9, 235:7, 242:12, 244:7, 245:12, 246:19, 247:2, 247:3, 249:14, 259:19, 261:8, 277:18, 277:25, 278:14, 283:15, 283:22, 284:2, 284:6, 284:14, 284:16, 284:20, 284:21, 285:23, 286:13, 297:11, 299:14, 299:19, 300:7, 300:8, 307:19, 309:11, 309:13
**jobs** [24] - 132:17, 146:7, 146:8, 146:10, 146:11, 164:16, 213:12, 213:17, 213:19, 216:25, 217:7, 218:7, 218:8, 244:4, 244:11, 249:25, 273:13, 276:21, 278:18, 281:7
**JOHN** [1] - 118:11
**joined** [4] - 214:6, 214:8, 214:10, 222:20
**Jose** [6] - 189:10, 189:12, 189:15, 196:5, 197:5, 197:8
**JOSE** [2] - 118:5, 118:7
**Juan** [2] - 197:16, 197:18

**JUAN** [1] - 118:7
**Judge** [7] - 159:5, 161:24, 165:23, 165:24, 166:8, 172:9
**July** [3] - 280:23, 281:2, 282:2
**June** [2] - 200:22, 201:19

**K**

**keep** [3] - 125:22, 126:5, 198:21
**kept** [2] - 252:14, 253:21
**Kevin** [3] - 193:16, 193:18, 193:22
**KEVIN** [1] - 118:6
**kind** [3] - 128:7, 147:20, 288:23
**knows** [8] - 128:9, 128:24, 129:5, 138:20, 145:8, 245:4, 245:7, 277:24

**L**

**laborer** [1] - 220:22
**lack** [2] - 305:11, 306:13
**last** [48] - 125:14, 127:2, 128:6, 128:11, 132:16, 137:22, 138:9, 138:24, 139:13, 141:3, 145:24, 146:13, 152:15, 176:11, 177:13, 178:6, 178:8, 181:2, 181:14, 181:16, 199:7, 199:21, 200:16, 200:18, 200:25, 204:23, 210:16, 211:14, 212:9, 228:25, 233:5, 238:23, 239:13, 244:13, 257:24, 271:5, 276:22, 294:14, 294:18, 295:4, 295:7, 295:10, 297:4, 299:8, 300:2, 303:16, 304:5, 310:13
**late** [8] - 144:10, 144:12, 153:17, 154:20, 184:19, 184:20, 231:5, 266:2
**Lauren** [4] - 175:25, 176:3, 178:4, 199:20
**LAW** [1] - 119:4

**law** [5] - 134:19, 134:23, 142:21, 235:24, 296:22
**laws** [4] - 135:10, 143:7, 248:8, 248:11
**lawsuit** [31] - 150:17, 154:8, 155:9, 155:13, 168:12, 206:15, 226:22, 252:17, 252:19, 253:8, 253:18, 253:24, 263:25, 264:4, 266:20, 270:18, 271:20, 272:21, 309:25, 310:4, 310:5, 310:11, 310:12, 310:15, 310:16, 310:22, 310:25, 311:11, 311:13, 311:16, 312:3
**lawyer** [4] - 245:18, 245:23, 245:24, 281:13
**lawyers** [2] - 245:21, 281:10
**lazy** [1] - 307:11
**leader** [1] - 271:14
**leadership** [1] - 274:14
**leading** [1] - 202:22
**least** [4] - 123:9, 205:6, 293:4, 302:10
**leave** [11] - 127:7, 147:9, 147:17, 147:20, 163:20, 187:22, 189:8, 193:5, 229:13, 255:4, 267:18
**leaving** [2] - 287:6, 298:6
**left** [13] - 126:15, 133:18, 141:7, 167:7, 201:7, 201:17, 201:21, 230:4, 252:22, 258:25, 297:2, 299:2, 309:17
**legal** [5] - 156:22, 175:12, 266:9, 266:14, 266:18
**lend** [2] - 266:3, 300:17
**lending** [1] - 300:14
**lent** [3] - 257:24, 264:5, 266:10
**Lerly** [2] - 195:2, 195:5
**LERLY** [1] - 118:6
**less** [21] - 124:8, 163:25, 164:12, 169:4, 175:11, 183:15, 193:25,

214:11, 219:20, 221:12, 221:13, 228:21, 283:16, 283:18, 296:12, 297:5, 298:15, 298:16, 298:21, 298:22
**letter** [1] - 309:19
**letters** [1] - 215:9
**letting** [3] - 127:20, 166:16, 171:10
**liar** [8] - 166:6, 166:7, 166:25, 167:16, 167:20, 168:4, 233:10, 236:12
**lie** [4] - 247:6, 247:9, 251:19, 305:16
**LIE** [1] - 144:5
**lied** [6] - 168:19, 181:17, 181:25, 236:25, 305:13, 305:18
**life** [1] - 244:10
**lighter** [1] - 303:16
**line** [1] - 161:24
**LINE** [1] - 318:5
**list** [5] - 134:2, 170:22, 170:23, 174:7, 302:9
**listen** [3] - 144:22, 228:14, 235:7
**listening** [2] - 122:3, 199:5
**litigation** [2] - 209:8, 269:12
**live** [1] - 300:5
**lived** [1] - 139:9
**living** [1] - 209:21
**loan** [2] - 256:24, 301:14
**loaned** [1] - 210:3
**locally** [2] - 127:2, 163:17
**logic** [1] - 298:16
**longest** [1] - 267:17
**look** [14] - 126:25, 128:19, 153:8, 166:25, 167:16, 167:19, 168:4, 214:24, 245:15, 245:16, 263:5, 266:25, 291:23, 292:2
**looking** [7] - 152:19, 153:3, 153:8, 154:8, 163:5, 169:22, 309:16
**lose** [4] - 262:12, 262:16, 263:6, 263:10
**loses** [1] - 145:12
**losing** [1] - 297:10
**lost** [2] - 297:22,

298:3
**LOUIS** [1] - 118:11
**Louis** [66] - 119:22, 150:15, 150:20, 151:18, 151:23, 154:14, 158:11, 171:21, 174:9, 176:9, 176:22, 179:14, 181:6, 183:25, 185:17, 188:25, 201:15, 206:21, 206:25, 207:15, 207:18, 207:21, 207:24, 208:13, 210:8, 213:8, 217:21, 225:13, 231:13, 233:6, 244:8, 252:20, 252:25, 254:18, 259:13, 260:25, 261:4, 263:24, 271:15, 273:15, 275:4, 275:7, 277:9, 277:24, 290:20, 290:24, 291:6, 294:16, 296:11, 296:14, 296:15, 296:24, 299:6, 299:14, 299:20, 300:24, 301:2, 301:13, 307:25, 308:7, 308:14, 308:20, 308:24, 309:4, 311:23
**Louis'** [1] - 249:14
**loyal** [1] - 266:5
**luck** [1] - 299:13
**Lunary** [2] - 141:4, 141:16
**lunch** [6] - 152:15, 152:17, 220:9, 220:11, 278:5, 278:6
**lying** [2] - 132:2, 134:11, 174:4, 174:5, 182:6, 182:12, 229:16, 233:14, 233:15, 234:16, 284:17, 284:18

---

**M**

**machine** [5] - 128:24, 194:18, 194:21, 204:8, 204:17
**machines** [1] - 232:19
**majority** [2] - 122:16, 284:10
**man** [1] - 307:16
**March** [7] - 230:14, 230:22, 231:7,

249:11, 259:4, 306:22
**MARCUS** [1] - 118:7
**Marcus** [2] - 196:12, 196:19
**Margarita** [1] - 119:21
**mark** [2] - 279:4, 289:15
**marked** [5] - 278:22, 279:7, 291:14, 291:19, 292:9
**Marketing** [1] - 139:16
**marriage** [1] - 317:17
**Martinez** [3] - 189:10, 189:12, 196:5
**MARTINEZ** [1] - 118:5
**Martinez's** [1] - 189:15
**match** [1] - 288:4
**material** [1] - 278:3
**matter** [3] - 123:15, 123:17, 317:18
**Maynor** [6] - 187:19, 187:22, 195:24, 196:2, 196:10, 271:6
**MAYNOR** [1] - 118:5
**mean** [7] - 146:3, 149:7, 173:23, 226:13, 245:20, 253:17, 258:23
**means** [2] - 133:6, 291:25
**meant** [1] - 258:4
**mechanic** [3] - 186:25, 204:18, 204:19
**Medicaid** [1] - 215:8
**meet** [5] - 218:14, 218:18, 219:2, 219:4, 219:9
**member** [2] - 174:20, 174:22
**members** [1] - 287:14
**memory** [1] - 216:24
**Mendez** [13] - 121:17, 121:22, 130:7, 135:19, 150:6, 155:8, 209:10, 220:13, 239:14, 274:6, 287:21, 292:10, 316:5
**MENDEZ** [5] - 118:5, 118:19, 315:8, 315:16, 317:10
**Mendez's** [1] - 235:6
**mention** [2] - 200:21, 276:7

**mentioned** [6] - 118:21, 195:20, 200:19, 205:19, 275:25, 276:5
**met** [1] - 195:25
**MICHELLE** [3] - 118:22, 317:7, 317:24
**might** [1] - 250:17
**miles** [1] - 267:4
**million** [1] - 266:3
**mind** [1] - 207:11
**mine** [9] - 136:24, 183:8, 232:11, 253:16, 255:9, 278:24, 294:7, 312:9
**minimum** [7] - 122:24, 134:15, 134:16, 227:12, 227:14, 227:17, 243:22
**minute** [7] - 139:3, 152:8, 160:5, 160:9, 169:9, 208:25, 277:21
**minutes** [23] - 133:20, 133:25, 144:10, 144:11, 144:14, 152:14, 153:21, 154:20, 160:7, 160:10, 163:16, 163:17, 163:18, 267:14, 277:20, 277:23, 278:4, 278:8, 278:9, 284:25, 285:2, 293:14
**mischaracterizing** [1] - 239:9
**misguided** [3] - 241:20, 241:23, 242:2
**mislead** [1] - 242:3
**miss** [1] - 228:3
**missed** [2] - 265:18, 298:3
**mistake** [1] - 135:21
**mistaken** [4] - 124:15, 214:9, 276:23, 278:17
**Monday** [4] - 252:24, 288:16, 288:17, 302:13
**money** [45] - 124:4, 132:21, 132:22, 148:16, 148:23, 210:9, 210:11, 210:14, 210:20, 210:23, 222:19, 245:4, 245:6, 245:9, 245:22, 246:11, 246:21, 247:14, 257:11, 257:24, 262:12, 262:15,

9

263:15, 264:4, 264:7,
264:11, 264:17,
266:17, 290:7, 293:7,
296:8, 296:14,
296:17, 297:3,
297:20, 297:22,
298:6, 298:8, 298:9,
298:20, 299:11,
300:4, 300:15,
300:17, 304:8
  **month** [14] - 201:9,
211:13, 211:19,
214:17, 215:24,
227:15, 230:19,
251:24, 253:21,
272:8, 286:9, 287:12,
303:15, 303:16
  **month's** [1] - 263:10
  **monthly** [3] - 215:15,
215:16, 216:2
  **months** [16] - 188:8,
227:16, 230:6, 230:9,
230:19, 230:20,
237:22, 251:3, 254:5,
269:16, 269:18,
272:5, 272:9, 308:18,
308:19
  **months'** [1] - 284:11
  **morning** [20] -
125:10, 133:18,
133:24, 170:20,
171:7, 171:24,
173:13, 174:2,
184:11, 184:15,
187:17, 188:15,
192:11, 197:15,
198:5, 230:12,
245:19, 278:15,
278:19, 290:20
  **most** [34] - 125:13,
125:14, 147:16,
149:17, 151:13,
155:24, 164:12,
165:3, 167:3, 167:4,
167:8, 168:14, 175:3,
185:4, 189:13,
190:13, 194:17,
198:2, 205:10, 216:8,
217:11, 230:21,
230:24, 230:25,
231:12, 242:21,
243:3, 243:21, 252:8,
257:4, 282:4, 295:8,
303:11, 303:19
  **mostly** [3] - 184:23,
191:14, 243:18
  **mother** [3] - 143:19,
149:12, 201:15
  **mouth** [1] - 167:19
  **MR** [322] - 121:14,

123:6, 123:23,
124:23, 125:11,
126:16, 127:14,
128:3, 128:20, 129:4,
129:9, 129:12,
129:17, 129:23,
130:19, 131:22,
132:4, 132:13, 133:3,
134:6, 134:12,
136:20, 137:15,
137:19, 143:4,
143:11, 143:17,
148:17, 150:3,
150:12, 151:17,
152:4, 152:21, 153:5,
153:11, 154:5,
155:19, 155:21,
156:11, 157:4, 158:2,
158:6, 158:19,
158:25, 159:8,
159:10, 159:14,
159:16, 159:23,
160:13, 160:21,
160:24, 161:4, 161:7,
161:11, 161:14,
161:16, 161:17,
161:22, 161:25,
162:2, 162:3, 162:5,
162:8, 162:9, 162:13,
162:15, 162:18,
162:24, 165:11,
165:16, 166:2, 166:8,
166:13, 166:17,
167:12, 167:21,
168:3, 168:5, 168:21,
168:24, 169:2, 169:5,
169:10, 169:17,
169:24, 170:16,
171:16, 172:2, 172:4,
172:5, 172:18,
173:22, 174:18,
176:4, 176:16,
176:20, 177:25,
178:12, 178:14,
178:16, 178:17,
180:5, 181:19, 182:8,
182:13, 183:16,
184:9, 184:22,
185:11, 187:13,
192:17, 193:12,
198:4, 198:9, 199:3,
199:17, 199:20,
199:23, 199:25,
200:4, 200:10,
200:14, 201:24,
202:3, 202:5, 202:8,
202:10, 202:13,
202:15, 202:17,
202:19, 202:23,
202:25, 203:3, 203:5,
203:7, 203:8, 203:10,

203:13, 203:15,
203:18, 203:21,
203:23, 203:25,
204:3, 205:15,
206:17, 207:10,
207:12, 208:19,
208:21, 208:23,
209:2, 209:17,
209:22, 210:4,
210:15, 212:4,
212:14, 212:23,
214:12, 216:6,
216:19, 217:4, 220:9,
220:17, 221:9, 227:4,
227:9, 227:24, 228:8,
228:23, 228:24,
229:4, 229:6, 229:17,
232:3, 232:14,
233:16, 233:25,
234:17, 234:21,
234:22, 234:24,
235:16, 235:21,
235:25, 236:7,
236:13, 236:22,
237:2, 237:6, 237:12,
237:17, 239:4, 239:8,
239:16, 239:19,
240:10, 240:13,
240:21, 240:23,
240:25, 241:4, 241:6,
241:8, 241:11,
241:22, 241:23,
241:25, 242:3, 242:5,
242:22, 243:5,
244:23, 245:8,
245:10, 245:13,
245:16, 245:20,
246:3, 246:8, 246:12,
246:22, 247:4, 247:8,
247:13, 247:15,
247:20, 250:14,
251:8, 252:3, 253:9,
253:19, 254:7, 255:7,
255:14, 255:25,
256:9, 257:2, 258:22,
260:6, 261:12,
261:17, 262:3, 262:8,
262:21, 263:8,
263:22, 264:9, 265:5,
265:22, 266:6,
266:11, 267:16,
269:15, 270:12,
270:14, 270:19,
271:13, 272:2,
272:11, 272:22,
272:24, 273:4,
273:23, 273:24,
275:18, 276:2,
276:12, 279:2, 279:4,
281:15, 281:21,
282:9, 283:5, 283:9,

284:7, 286:21,
287:18, 288:7,
288:25, 289:15,
289:17, 290:15,
292:4, 292:8, 292:12,
293:10, 293:15,
293:19, 297:12,
297:25, 298:14,
301:6, 302:4, 302:17,
305:14, 306:15,
307:9, 308:11,
309:14, 310:17,
311:2, 311:8, 311:19,
312:12, 312:23,
313:9, 313:11,
313:12, 313:15,
313:17, 313:19,
313:20, 313:23,
313:25, 314:4, 314:9,
314:11, 314:16
  **must** [1] - 156:5

## N

  **name** [35] - 121:15,
136:18, 139:14,
139:18, 139:22,
140:15, 141:4, 141:9,
142:10, 181:6,
193:21, 196:4,
204:21, 204:23,
207:15, 218:11,
274:13, 275:20,
279:19, 279:24,
280:12, 282:15,
285:20, 286:25,
290:24, 291:8,
294:12, 294:14,
294:18, 295:5, 295:8,
295:9, 295:10, 305:24
  **names** [8] - 137:6,
141:14, 182:20,
182:24, 183:3,
195:17, 195:21,
276:10
  **NASSAU** [1] - 317:5
  **necessary** [1] -
145:24
  **need** [10] - 131:7,
138:5, 157:24,
228:14, 294:9,
300:21, 308:2, 308:5,
309:9, 309:10
  **needed** [4] - 132:16,
307:23, 308:18,
309:11
  **needs** [3] - 138:15,
156:2, 172:16
  **NELSON** [1] - 118:4
  **Nelson** [13] - 137:10,

137:17, 139:16,
182:17, 182:21,
182:23, 183:6,
183:12, 183:18,
184:3, 184:5, 184:13,
190:20
  **never** [49] - 122:16,
132:21, 132:22,
176:11, 194:22,
201:21, 205:18,
206:11, 207:4, 211:9,
214:22, 216:25,
222:19, 233:9,
236:14, 238:21,
239:3, 243:6, 243:7,
243:8, 243:14,
248:17, 248:23,
251:2, 252:14,
254:15, 255:8,
257:10, 260:10,
261:2, 261:10,
261:11, 267:2,
267:25, 268:5,
275:25, 278:6,
279:17, 281:3,
281:18, 281:19,
283:14, 287:11,
289:5, 289:21,
293:17, 307:20,
307:25
  **nevertheless** [1] -
294:6
  **new** [2] - 151:18,
300:8
  **NEW** [3] - 118:2,
315:4, 317:4
  **New** [10] - 118:16,
118:23, 119:5,
119:10, 121:4,
121:10, 121:20,
315:25, 317:9
  **next** [8] - 150:15,
166:23, 174:10,
204:3, 259:17,
259:20, 284:16,
285:19
  **night** [4] - 124:18,
144:5, 188:12, 192:13
  **nine** [6] - 148:6,
227:16, 272:5,
282:24, 283:10,
283:12
  **nobody** [3] - 193:11,
202:23, 290:3
  **NOE** [1] - 118:6
  **Noe** [3] - 195:2,
195:5, 196:3
  **normal** [2] - 194:2,
259:15
  **normally** [3] -

184:10, 184:23, 301:18
**not-so-poor** [1] - 241:24
**notary** [1] - 258:3
**Notary** [5] - 118:22, 121:3, 121:10, 315:25, 317:8
**noted** [1] - 314:18
**nothing** [11] - 138:6, 179:7, 217:6, 232:10, 245:22, 265:6, 265:7, 266:19, 301:9, 312:8, 312:11
**notice** [1] - 313:14
**November** [11] - 223:20, 231:13, 252:22, 254:8, 259:2, 259:22, 260:24, 304:20, 304:21, 310:13, 310:14
**number** [11] - 226:25, 248:20, 248:24, 272:13, 272:20, 272:23, 272:25, 273:15, 274:3, 280:16, 307:24
**numbers** [1] - 273:15

**O**

**oath** [4] - 120:18, 121:7, 156:14, 315:10
**object** [5] - 203:11, 229:3, 229:6, 229:7, 289:17
**objecting** [2] - 202:12, 203:19
**objection** [186] - 123:6, 123:23, 125:11, 126:16, 127:14, 128:3, 128:20, 129:4, 129:9, 129:12, 129:17, 129:23, 130:19, 131:22, 132:4, 132:13, 133:3, 134:6, 134:12, 136:20, 137:15, 137:19, 143:4, 143:11, 143:17, 148:17, 150:12, 151:17, 152:4, 152:21, 152:22, 153:5, 153:11, 154:5, 155:19, 155:21, 158:2, 158:6, 158:19, 159:17, 160:13, 161:14, 165:11, 165:16, 166:2,

167:12, 167:21, 168:3, 168:5, 169:17, 169:24, 172:18, 173:22, 174:18, 176:4, 176:16, 176:20, 177:25, 181:19, 182:8, 182:13, 183:16, 184:9, 184:22, 185:11, 187:13, 192:17, 193:12, 198:4, 198:9, 199:17, 200:10, 201:24, 202:5, 202:24, 205:15, 205:16, 206:17, 207:12, 209:17, 209:22, 210:4, 210:15, 212:4, 212:14, 212:23, 214:12, 216:19, 217:4, 220:17, 221:9, 227:4, 227:24, 228:8, 228:23, 229:4, 229:17, 232:3, 232:14, 233:16, 233:25, 234:17, 234:21, 235:25, 236:7, 236:13, 236:22, 237:2, 237:6, 237:12, 237:17, 239:4, 239:8, 239:16, 239:19, 241:22, 241:25, 242:5, 242:22, 243:5, 244:23, 247:8, 247:15, 247:20, 250:14, 251:8, 253:9, 253:19, 254:7, 255:7, 255:14, 255:25, 256:9, 257:2, 258:22, 260:6, 261:12, 261:17, 262:3, 262:8, 262:21, 263:8, 263:22, 264:9, 265:5, 265:22, 266:6, 266:11, 267:16, 269:15, 270:12, 270:19, 271:13, 272:2, 272:11, 272:22, 272:24, 273:4, 275:18, 276:2, 276:12, 281:15, 281:21, 282:9, 284:7, 286:21, 288:7, 288:25, 290:15, 292:4, 293:10, 293:15, 297:12, 297:25, 298:14, 301:6, 305:14, 306:15, 307:9, 308:11, 309:14,

310:17, 311:2, 311:8, 311:19, 312:23
**Objection** [11] - 124:23, 156:11, 170:16, 216:6, 227:9, 235:16, 252:3, 292:12, 293:19, 302:4, 302:17
**objections** [2] - 120:11, 203:16
**obligated** [2] - 137:9, 158:21
**obligation** [3] - 157:6, 167:22, 200:2
**obligations** [1] - 159:6
**occasions** [2] - 187:21, 187:25
**occurred** [1] - 142:14
**October** [4] - 223:20, 254:22, 294:8
**OF** [6] - 118:2, 119:4, 315:4, 315:6, 317:4, 317:5
**offer** [4] - 148:18, 154:15, 210:14, 271:16
**offered** [6] - 146:24, 154:22, 222:18, 290:25, 299:14, 300:3
**offering** [1] - 155:5
**office** [8] - 125:14, 155:5, 218:16, 218:19, 218:20, 218:21, 258:3, 267:8
**OFFICE** [1] - 119:4
**officer** [1] - 120:17
**often** [2] - 211:16, 267:7
**ojas** [1] - 135:9
**Old** [1] - 217:18
**once** [16] - 141:24, 168:15, 190:8, 190:9, 206:20, 212:9, 254:19, 263:3, 278:12, 278:17, 292:14, 293:21, 293:22, 294:25, 300:20, 301:17
**one** [105] - 118:19, 123:2, 123:4, 124:13, 128:6, 130:25, 132:18, 137:7, 141:7, 141:10, 141:17, 141:23, 141:24, 142:4, 142:9, 143:23, 147:12, 147:13, 160:9, 163:14, 164:20, 173:3,

175:16, 175:20, 177:7, 177:23, 179:6, 180:17, 185:16, 186:9, 188:3, 190:23, 194:10, 194:12, 196:3, 196:4, 196:6, 199:14, 200:25, 201:2, 205:8, 205:21, 210:2, 211:18, 216:16, 217:11, 222:6, 224:18, 225:6, 225:7, 227:15, 227:21, 228:2, 228:3, 230:19, 238:13, 248:9, 252:10, 254:15, 263:10, 264:21, 264:24, 268:7, 268:23, 268:24, 269:25, 271:2, 272:7, 272:8, 272:15, 273:21, 276:19, 276:22, 277:9, 277:21, 277:23, 278:16, 282:14, 284:20, 284:21, 285:9, 287:12, 290:5, 292:25, 297:4, 299:17, 300:21, 301:18, 303:11, 303:21, 304:14, 307:5, 307:7, 308:15, 313:8, 313:11
**one-and-a-half** [1] - 292:25
**ones** [8] - 147:8, 150:14, 191:14, 195:19, 196:9, 196:10, 208:14, 288:15
**onward** [1] - 151:14
**open** [2] - 144:6, 283:21
**operator** [3] - 193:20, 196:25, 220:21
**Order** [3] - 118:20, 241:9, 241:10
**order** [12] - 153:14, 153:23, 174:9, 193:14, 196:24, 199:18, 199:24, 200:6, 206:23, 229:12, 240:11, 244:21
**orders** [2] - 237:23, 277:25
**Osmar** [4] - 190:5,

190:11, 196:5, 196:8
**OSMAR** [1] - 118:5
**outcome** [1] - 317:18
**overtime** [55] - 122:13, 122:15, 122:17, 122:18, 123:5, 123:8, 123:10, 123:16, 123:17, 123:18, 124:3, 124:4, 126:6, 128:13, 128:15, 128:17, 129:13, 135:17, 136:6, 136:8, 136:23, 153:6, 207:17, 229:23, 233:7, 236:9, 244:2, 244:5, 254:11, 254:18, 255:16, 255:18, 255:24, 256:6, 256:23, 260:18, 260:21, 263:19, 269:21, 271:22, 271:25, 292:11, 292:14, 292:17, 292:18, 292:20, 292:22, 293:5, 297:17, 301:10, 301:12, 301:13, 301:21, 310:8, 311:5
**overtimes** [2] - 242:25, 243:2
**owe** [4] - 176:22, 216:3, 226:23, 226:24
**owed** [2] - 148:24, 150:15
**own** [5] - 143:7, 193:8, 203:17, 208:11, 255:10
**owner** [7] - 150:21, 207:21, 274:10, 275:2, 275:5, 275:16
**owners** [2] - 275:9, 309:19
**owns** [1] - 208:15

**P**

**P.C** [1] - 119:9
**p.m** [12] - 160:4, 169:13, 171:20, 220:12, 274:5, 287:20, 314:18
**package** [3] - 177:4, 177:6, 177:12
**PAGE** [3] - 316:4, 316:11, 318:5
**page** [11] - 164:20, 277:5, 279:23, 279:25, 280:11, 280:15, 282:14,

285:19, 285:20, 286:24
**pages** [7] - 177:15, 206:19, 268:9, 268:10, 268:12, 268:14, 268:17
**PAGOADA** [1] - 118:5
**Pagoada** [1] - 190:5
**Pagoada's** [1] - 190:12
**paid** [89] - 122:16, 123:4, 123:11, 124:17, 128:13, 132:8, 135:8, 136:6, 136:9, 138:12, 143:2, 149:2, 149:14, 149:19, 149:24, 150:7, 150:10, 150:24, 151:5, 151:6, 152:19, 152:24, 153:3, 153:9, 154:8, 175:16, 176:7, 176:11, 176:14, 176:18, 182:4, 204:10, 204:14, 204:25, 205:12, 205:19, 205:21, 206:7, 210:2, 210:9, 210:18, 212:3, 212:6, 212:7, 212:8, 212:11, 212:13, 212:21, 213:5, 213:13, 216:4, 216:11, 220:3, 225:3, 226:21, 227:3, 238:18, 239:3, 242:21, 242:23, 243:3, 243:8, 243:14, 245:4, 245:5, 245:9, 246:20, 247:10, 247:17, 250:3, 250:6, 256:23, 261:24, 264:13, 265:21, 268:2, 268:5, 275:23, 289:5, 290:8, 290:12, 290:23, 291:4, 296:13, 296:15, 296:16, 296:24, 297:14
**paper** [14] - 134:2, 140:7, 178:21, 178:23, 179:15, 245:18, 258:4, 262:4, 265:9, 267:2, 267:18, 278:24, 280:9, 283:3
**papers** [25] - 132:6, 178:22, 178:25, 180:15, 199:15, 225:18, 225:20, 226:4, 226:16,

226:17, 240:4, 244:24, 253:12, 253:15, 253:17, 253:20, 254:9, 258:2, 258:6, 277:2, 284:10, 284:13, 311:14, 311:16
**paperwork** [1] - 280:21
**Park** [1] - 142:16
**parking** [2] - 153:20, 284:20
**part** [4] - 151:25, 154:8, 188:19, 305:24
**particular** [1] - 158:18
**parties** [2] - 120:6, 317:16
**partner** [1] - 141:5
**passed** [1] - 153:15
**passengers** [1] - 146:2
**passport** [4] - 199:9, 199:10, 313:2, 313:5
**passports** [1] - 200:5
**past** [2] - 141:13, 281:6
**patch** [2] - 284:21
**pausing** [1] - 208:24
**paving** [23] - 183:17, 184:3, 187:15, 188:20, 188:21, 189:3, 189:17, 189:18, 189:20, 190:14, 190:15, 192:7, 192:9, 192:24, 194:3, 194:9, 195:6, 195:10, 195:18, 196:17, 197:9, 197:20, 259:15
**Paving** [13] - 139:25, 140:4, 140:12, 140:21, 141:20, 207:20, 248:25, 258:25, 274:8, 274:16, 274:20, 274:25, 275:6
**PAVING** [1] - 118:10
**pay** [86] - 122:25, 123:16, 124:6, 124:11, 124:19, 129:13, 134:16, 134:18, 134:20, 135:16, 136:12, 136:14, 136:18, 136:19, 149:4, 150:16, 154:24, 154:25, 170:12, 176:2, 176:19, 176:25, 181:9,

181:17, 181:23, 182:6, 183:10, 204:13, 205:7, 206:15, 207:17, 209:16, 211:2, 211:11, 212:2, 212:16, 213:9, 213:10, 214:11, 214:16, 214:17, 214:18, 214:20, 215:5, 215:14, 215:16, 215:18, 215:22, 215:25, 218:13, 220:21, 220:22, 222:6, 223:8, 236:9, 238:19, 242:25, 243:9, 246:6, 246:11, 246:12, 247:10, 247:18, 249:16, 257:25, 265:25, 289:4, 290:22, 291:6, 296:12, 296:22, 297:5, 297:14, 298:4, 298:17, 298:18, 298:19, 298:21, 301:25, 302:11, 302:24, 302:25, 303:2, 312:10
**paycheck** [3] - 215:13, 288:24, 289:6
**paychecks** [2] - 204:24, 214:25
**paying** [13] - 136:22, 136:25, 137:2, 150:17, 151:20, 205:21, 213:19, 213:21, 229:23, 256:6, 297:5, 298:15, 303:6
**payment** [1] - 211:5
**payments** [4] - 214:19, 246:13, 289:24, 290:4
**pays** [1] - 290:6
**pen** [3] - 260:20, 261:21, 261:22
**pending** [2] - 159:17, 266:24
**penny** [1] - 210:2
**people** [22] - 128:16, 136:22, 136:24, 145:10, 150:7, 150:10, 152:18, 192:15, 194:7, 194:8, 195:17, 198:2, 207:4, 207:11, 241:16, 246:6, 247:2, 256:5, 264:21, 265:17, 292:15, 292:21

**people's** [1] - 256:6
**per** [8] - 163:12, 206:2, 206:4, 206:5, 222:6, 222:13, 222:14
**Perez** [1] - 196:12
**PEREZ** [1] - 118:7
**Perez's** [1] - 196:20
**period** [10] - 140:3, 140:4, 197:21, 197:22, 201:25, 202:21, 205:4, 205:5, 253:21, 259:10
**periods** [1] - 132:24
**perjury** [1] - 156:20
**permission** [1] - 313:16
**permit** [1] - 314:9
**permitted** [1] - 131:14
**Perry** [1] - 121:20
**person** [19] - 133:14, 133:16, 137:13, 137:18, 145:7, 145:11, 145:12, 192:23, 194:13, 197:2, 197:3, 233:13, 269:3, 269:6, 277:14, 283:3, 299:9, 307:18, 308:6
**person's** [2] - 269:3, 276:18
**personal** [1] - 228:3
**persons** [2] - 191:14, 298:4
**pertaining** [1] - 200:4
**pertains** [1] - 175:3
**phone** [3] - 248:24, 273:6, 307:25
**pick** [16] - 126:20, 126:21, 126:22, 127:17, 130:5, 130:6, 147:3, 147:11, 147:14, 148:7, 170:12, 171:24, 173:18, 234:8, 234:20, 300:10
**pick-up** [10] - 126:20, 126:21, 126:22, 127:17, 130:5, 130:6, 148:7, 170:12, 234:8, 234:20
**picks** [2] - 148:5, 148:6
**Pictures** [1] - 291:14, 316:14
**pictures** [1] - 291:23
**Pioneer** [1] - 299:9
**place** [7] - 118:21, 199:19, 244:22,

265:16, 296:16, 307:18, 308:6
**places** [1] - 309:16
**plaintiffs** [2] - 148:15, 148:20
**Plaintiffs** [3] - 118:8, 118:19, 119:4
**Plaintiffs'** [2] - 278:22, 291:19
**plant** [1] - 230:17
**plate** [1] - 148:4
**play** [7] - 277:17, 277:19, 277:23, 278:10, 293:12, 293:18, 293:24
**played** [1] - 293:13
**playing** [2] - 278:11, 311:6
**PLLC** [1] - 119:4
**plus** [2] - 292:16, 302:10
**point** [4] - 168:23, 171:16, 208:25, 290:9
**police** [3] - 236:5, 236:10, 236:14
**policy** [2] - 135:7, 142:19
**poor** [3] - 241:20, 241:24, 265:23
**por** [1] - 146:15
**portion** [1] - 289:16
**pose** [1] - 158:4
**posed** [2] - 155:18, 156:6
**position** [3] - 161:23, 175:16, 301:11
**possible** [5] - 172:14, 210:16, 224:3, 303:24, 303:25
**possibly** [1] - 202:9
**postings** [1] - 171:5
**pracelis** [1] - 121:17
**Pracelis** [1] - 316:5
**PRACELIS** [5] - 118:5, 118:19, 315:8, 315:16, 317:10
**prefer** [2] - 242:4, 300:2
**prepare** [2] - 174:9, 195:15
**prepared** [2] - 169:14, 169:16
**preparing** [1] - 162:11
**present** [1] - 220:5
**PRESENT** [1] - 119:20
**presently** [1] - 220:21
**president** [2] -

233:17, 265:24
**pretty** [4] - 136:3, 214:18, 276:15, 308:20
**prevailing** [31] - 213:5, 213:10, 213:12, 213:16, 213:17, 213:20, 213:21, 216:5, 216:11, 217:2, 217:9, 217:13, 217:20, 217:23, 218:2, 218:4, 218:6, 219:16, 220:3, 220:14, 220:15, 221:8, 221:15, 248:7, 249:24, 250:3, 250:6, 250:9, 268:15, 296:13, 297:6
**preventing** [1] - 314:13
**previous** [2] - 225:24, 225:25
**previously** [4] - 266:22, 278:22, 312:14, 312:18
**price** [1] - 142:9
**private** [1] - 217:22
**privilege** [2] - 161:19, 161:21
**problem** [10] - 200:20, 246:3, 255:3, 261:23, 296:21, 304:10, 308:22, 309:2, 310:7
**problems** [6] - 138:22, 141:4, 141:6, 286:16, 290:23, 308:21
**proceed** [1] - 169:14
**process** [1] - 310:2
**produced** [2] - 200:11, 234:25
**projects** [2] - 216:10, 276:11
**pronounce** [1] - 141:18
**proof** [2] - 210:13, 237:20
**proper** [2] - 155:4, 155:7
**property** [1] - 255:6
**protective** [4] - 199:18, 199:24, 200:6, 240:11
**provide** [12] - 130:11, 135:23, 137:9, 157:10, 157:20, 158:21, 199:8, 199:22, 205:17, 232:7,

312:17, 312:19
**provided** [3] - 232:6, 257:21, 312:13
**providing** [3] - 312:25, 313:2, 313:6
**Public** [5] - 118:22, 121:3, 121:10, 315:25, 317:8
**pull** [1] - 277:22
**purchase** [1] - 264:12
**purpose** [1] - 202:13
**purposes** [2] - 162:9, 162:10
**pursuant** [1] - 118:20
**put** [31] - 133:22, 149:9, 149:23, 164:17, 164:19, 229:12, 244:25, 258:9, 260:21, 260:22, 261:19, 261:20, 262:5, 262:6, 262:10, 268:3, 283:19, 288:3, 288:5, 294:10, 305:8, 305:10, 305:15, 305:23, 306:6, 306:10, 306:11, 306:16, 306:17, 306:19, 312:10
**putting** [2] - 245:2, 305:16

## Q

**questioned** [1] - 220:6
**questions** [43] - 121:5, 130:11, 130:21, 130:23, 131:8, 131:15, 135:2, 135:22, 154:7, 155:13, 155:17, 155:24, 156:5, 157:2, 157:15, 158:3, 158:15, 158:21, 158:22, 163:2, 165:10, 165:21, 166:16, 167:11, 167:23, 168:8, 171:13, 172:8, 172:15, 172:21, 179:19, 203:16, 208:22, 219:7, 219:23, 220:2, 235:8, 235:10, 240:3, 240:23, 271:23
**quickly** [1] - 172:13
**quiet** [1] - 138:20

**QUINTANILLA** [2] - 118:4, 118:6
**Quintanilla** [15] - 137:10, 137:17, 150:23, 151:5, 182:17, 182:21, 182:23, 183:6, 183:12, 183:19, 184:6, 184:13, 190:16, 190:19, 191:10
**Quintanilla's** [1] - 190:20
**QUINTEROS** [1] - 118:7
**Quinteros** [2] - 197:16, 197:18
**quit** [2] - 229:24, 229:25
**quite** [1] - 137:24

## R

**Raffi** [4] - 140:18, 141:4, 141:11, 141:16
**rain** [5] - 222:8, 231:9, 250:17, 252:14, 303:17
**rained** [2] - 228:4, 252:11
**rains** [1] - 227:21
**raise** [2] - 222:19, 223:21
**raising** [1] - 155:3
**rakes** [1] - 148:5
**ramifications** [1] - 156:22
**range** [2] - 163:15, 192:15
**rate** [9] - 220:16, 221:8, 221:16, 247:18, 249:25, 268:15, 292:11, 292:19, 296:13
**rates** [3] - 248:7, 249:16, 250:4
**read** [14] - 175:2, 175:3, 175:5, 175:8, 175:11, 175:12, 175:15, 175:20, 181:5, 229:10, 241:9, 254:2, 315:9
**ready** [2] - 173:5, 173:12
**real** [1] - 216:13
**realize** [1] - 149:11
**realized** [1] - 196:2
**really** [22] - 136:11, 142:18, 164:2,

168:22, 183:8, 190:9, 191:4, 197:23, 215:6, 226:25, 227:19, 250:16, 256:13, 262:19, 268:2, 268:5, 270:25, 289:4, 290:5, 292:5, 310:4
**REASON** [10] - 318:7, 318:9, 318:11, 318:13, 318:15, 318:17, 318:19, 318:21, 318:23, 318:25
**reason** [11] - 121:24, 122:5, 122:15, 128:9, 145:15, 158:17, 162:12, 229:21, 255:19, 305:7, 305:11
**reasons** [1] - 318:4
**recalled** [1] - 312:16
**receive** [11] - 123:22, 174:23, 211:2, 211:5, 211:8, 213:16, 217:2, 217:8, 248:7, 294:3, 312:15
**received** [13] - 142:3, 142:4, 180:25, 181:3, 211:9, 239:5, 239:6, 239:12, 268:16, 289:10, 289:13, 289:19, 289:24
**recent** [1] - 149:25
**recess** [6] - 150:4, 160:3, 169:12, 220:11, 274:4, 287:19
**record** [25] - 121:15, 121:18, 126:25, 159:24, 160:2, 162:10, 166:14, 178:13, 185:9, 199:18, 200:11, 202:6, 202:12, 208:23, 209:6, 234:3, 234:7, 234:24, 241:10, 257:12, 312:24, 314:12, 315:12, 315:13, 317:13
**records** [9] - 128:19, 129:15, 129:21, 234:3, 234:23, 235:2, 235:5, 235:12, 237:19
**red** [2] - 260:20, 261:22
**referring** [6] - 146:8, 173:17, 222:5, 226:11, 240:8, 267:9
**refusal** [1] - 155:23
**refuse** [1] - 309:8
**refused** [3] - 260:5,

309:5, 309:7
**regard** [1] - 216:25
**regarding** [2] - 161:10, 199:19
**regular** [5] - 197:10, 239:6, 239:12, 247:18, 302:25
**regularly** [1] - 136:25
**related** [2] - 202:21, 317:15
**relating** [1] - 258:13
**relationship** [2] - 262:13, 262:17
**relevant** [1] - 153:25
**remain** [8] - 166:10, 166:12, 166:18, 203:4, 203:6, 203:11, 203:22, 204:2
**remember** [51] - 125:24, 126:2, 135:19, 142:12, 142:13, 143:24, 144:4, 144:15, 144:20, 144:21, 149:15, 150:8, 163:2, 165:13, 166:19, 174:16, 176:6, 176:10, 176:14, 176:18, 177:3, 180:24, 181:11, 181:12, 181:13, 181:22, 182:3, 182:4, 182:9, 182:10, 201:5, 216:17, 218:23, 218:24, 224:16, 230:2, 239:2, 239:11, 243:10, 244:12, 244:15, 249:10, 249:11, 257:8, 259:3, 265:18, 267:11, 276:10, 276:22, 277:9, 278:18
**remembered** [1] - 204:13
**remembers** [1] - 273:21
**Renato** [4] - 195:23, 271:17, 289:25, 294:23
**renewed** [2] - 129:23, 221:9
**rent** [1] - 150:9
**repaid** [1] - 210:14
**repair** [1] - 233:4
**repay** [4] - 265:4, 301:5, 301:14, 303:4
**repeat** [9] - 129:19, 129:25, 136:2, 162:18, 164:18, 167:3, 193:24,

218:17, 287:12
**repeated** [1] - 233:5
**report** [6] - 228:17, 245:10, 249:18, 289:12, 304:16, 304:17
**reported** [6] - 133:11, 228:17, 228:21, 229:14, 245:12, 306:3
**reporter** [1] - 229:11
**Reporter** [1] - 317:7
**reports** [5] - 127:9, 127:11, 131:19, 131:25, 132:10
**representation** [1] - 199:25
**representations** [1] - 209:5
**representative** [2] - 282:6, 283:7
**represented** [2] - 199:8, 312:18
**requested** [2] - 229:9, 312:14
**require** [1] - 202:10
**required** [3] - 287:21, 287:23, 313:5
**reserved** [1] - 120:12
**respect** [9] - 144:25, 145:4, 145:7, 145:14, 145:16, 232:15, 232:16, 232:19, 232:24
**respectful** [1] - 144:24
**respective** [1] - 120:6
**respond** [3] - 166:16, 180:6, 266:20
**responding** [4] - 165:12, 166:14, 172:4, 207:10
**Response** [1] - 135:15
**response** [3] - 125:3, 171:11, 202:11
**responsibility** [2] - 130:18, 131:5
**rest** [5] - 191:12, 193:8, 193:25, 274:24, 301:23
**restrain** [1] - 168:7
**restroom** [1] - 273:24
**result** [6] - 155:12, 226:22, 262:13, 262:16, 266:9, 298:12
**retainer** [1] - 179:16
**rethink** [1] - 161:23

**return** - 265:10, 266:10, 299:7, 299:21, 299:23
**returned** [2] - 146:23, 222:18
**returns** [5] - 289:13, 295:11, 295:15, 313:3, 313:4
**reveal** [1] - 161:5
**revealing** [1] - 161:18
**review** [3] - 235:12, 235:15, 235:19
**ringleader** [1] - 271:12
**ripped** [1] - 294:9
**risk** [1] - 161:2
**Rivera** [2] - 192:3, 192:5
**RIVERA** [1] - 118:6
**Riverhead** [1] - 127:3
**Road** [1] - 217:18
**robbed** [1] - 133:9
**robbing** [2] - 133:8, 133:14
**Rodriguez** [2] - 195:3, 195:5
**RODRIGUEZ** [1] - 118:6
**role** [1] - 203:10
**roller** [1] - 195:7
**Ronald** [2] - 294:12, 294:13
**Ronald's** [1] - 295:4
**roughly** [1] - 258:17
**rule** [1] - 151:18
**rules** [4] - 143:15, 143:16, 170:7, 186:17
**Rules** [1] - 314:15
**run** [2] - 160:25, 208:14
**runs** [1] - 275:10

---

## S

**sake** [1] - 258:7
**Salvador** [3] - 139:10, 200:17, 200:24
**Salvatore** [1] - 193:21
**sanctioned** [1] - 161:2
**sand** [1] - 132:17
**Saturday** [10] - 149:17, 149:18, 247:12, 301:19, 301:21, 302:8,

302:16, 303:7, 303:10, 303:11
**Saturdays** [13] - 124:17, 210:25, 257:25, 265:14, 301:16, 301:22, 301:25, 302:3, 303:3, 303:6, 303:13, 303:18, 303:22
**SAUL** [1] - 119:11
**saul** [1] - 203:23
**saw** [5] - 171:9, 181:5, 232:6, 279:17, 299:6
**scant** [1] - 235:2
**schedule** [18] - 164:20, 171:23, 173:5, 173:8, 183:13, 184:8, 184:14, 186:24, 187:2, 187:6, 188:13, 189:16, 189:19, 190:12, 193:11, 193:23, 197:25, 198:13
**school** [4] - 143:20, 143:21, 175:10, 276:24
**schools** [1] - 218:7
**sealing** [1] - 120:7
**season** [1] - 231:6
**second** [4] - 146:23, 149:13, 196:2, 256:17
**Security** [1] - 136:17
**see** [29] - 126:25, 127:8, 135:7, 135:9, 170:22, 171:5, 175:17, 184:11, 187:16, 201:6, 201:7, 201:13, 233:19, 244:18, 251:12, 258:8, 260:21, 260:25, 267:24, 273:20, 279:19, 279:24, 280:12, 280:22, 282:15, 285:20, 286:25, 289:7, 291:24
**seem** [1] - 166:6
**semana** [1] - 146:15
**send** [21] - 125:18, 127:16, 170:14, 177:14, 177:17, 177:23, 178:5, 179:12, 179:13, 187:14, 189:2, 193:20, 194:6, 198:19, 200:8, 206:18, 211:25, 246:18, 281:6, 309:19
**sends** [1] - 133:9

**sent** [17] - 130:4, 130:6, 141:23, 170:15, 175:21, 177:15, 178:2, 178:3, 179:14, 181:2, 181:6, 198:22, 226:16, 226:17, 233:4, 274:23, 283:14
**separate** [5] - 138:2, 138:3, 183:8, 201:20, 277:5
**September** [5] - 118:14, 254:22, 294:7, 315:10, 317:20
**set** [2] - 317:11, 317:19
**setup** [4] - 184:2, 242:11, 242:19, 259:14
**seven** [3] - 143:20, 143:21, 194:6
**seventy** [3] - 243:12, 243:16, 267:4
**seventy-five** [1] - 267:4
**shall** [1] - 120:12
**share** [2] - 264:14, 271:20
**SHEET** [1] - 318:2
**sheet** [12] - 171:25, 173:10, 227:7, 228:22, 229:16, 238:8, 279:7, 279:15, 281:17, 287:24, 294:7, 316:13
**sheets** [1] - 238:15, 261:15, 261:16, 261:21, 261:25, 287:22, 288:4, 288:5, 288:13, 288:14, 294:4
**shop** [12] - 134:10, 189:24, 228:7, 228:17, 245:11, 245:12, 246:15, 267:8, 267:10, 267:19, 267:23, 284:24
**Shore** [1] - 217:18
**short** [4] - 150:4, 189:9, 197:20, 278:7
**Shorthand** [1] - 317:7
**shovels** [1] - 148:5
**show** [18] - 185:8, 185:9, 198:7, 205:8, 217:16, 234:16, 234:22, 235:3, 235:4, 235:21, 266:21, 278:21, 280:3, 280:18, 285:22,

287:3, 287:6, 291:17
**showing** [1] - 158:18
**shows** [6] - 234:4, 280:22, 282:11, 282:18, 282:21, 286:18
**si** [1] - 257:18
**sic)** [1] - 298:20
**side** [4] - 146:7, 146:8, 146:10, 146:11
**sign** [6] - 176:24, 177:5, 180:9, 180:16, 258:2, 268:9, 268:10, 268:22, 268:25, 269:4, 275:21, 276:20, 276:25, 277:3, 277:7
**Signed** [1] - 315:20
**signed** [15] - 120:17, 120:19, 178:21, 178:22, 179:9, 179:20, 179:24, 180:10, 180:17, 268:12, 268:20, 276:23, 283:3, 283:8
**silent** [8] - 166:10, 166:12, 166:18, 203:4, 203:6, 203:11, 203:22, 204:2
**silly** [1] - 168:22
**simple** [4] - 186:3, 186:8, 186:9, 227:11
**simply** [1] - 167:22
**sister** [8] - 138:22, 139:2, 139:5, 139:8, 139:9, 149:11, 149:24, 200:21
**sit** [1] - 235:8
**site** [12] - 125:20, 132:24, 132:25, 151:16, 152:8, 153:10, 193:5, 198:8, 228:7, 228:18, 277:18, 283:15
**sites** [5] - 125:23, 127:12, 131:20, 145:25, 146:3
**sitting** [1] - 251:5
**six** [5] - 188:8, 194:6, 269:16, 269:18, 302:8
**sixty** [1] - 272:7
**skinny** [1] - 234:10
**slick** [1] - 157:25
**slowly** [1] - 285:15
**small** [1] - 148:2
**smart** [1] - 157:25
**so-and-so** [1] - 308:3
**soccer** [1] - 278:10, 293:14
**Social** [1] - 136:17

solely [1] - 218:6
someone [8] - 173:2, 181:3, 192:6, 196:24, 213:24, 219:15, 257:11, 261:8
someplace [1] - 239:23
sometimes [104] - 123:13, 123:16, 127:6, 128:10, 136:7, 136:12, 136:13, 136:21, 137:24, 138:14, 138:15, 141:23, 147:18, 149:17, 151:12, 151:22, 163:23, 171:21, 173:4, 173:7, 173:8, 173:11, 174:8, 183:14, 183:15, 183:22, 183:24, 184:19, 184:20, 186:22, 187:8, 187:15, 187:18, 188:25, 189:3, 193:20, 194:5, 194:11, 194:14, 194:15, 194:18, 195:13, 195:14, 198:19, 205:3, 206:23, 211:7, 211:8, 211:13, 211:22, 211:25, 212:8, 212:15, 212:17, 212:21, 213:4, 213:7, 213:18, 214:13, 215:8, 216:8, 217:10, 217:14, 217:15, 217:16, 217:17, 226:3, 228:3, 230:18, 231:14, 231:19, 231:20, 242:24, 247:24, 250:17, 265:14, 265:25, 269:2, 269:5, 275:24, 276:16, 276:17, 277:19, 277:25, 278:2, 278:3, 289:25, 290:2, 293:4, 293:5, 293:18, 299:11, 299:17, 299:18, 301:16, 302:22, 302:23, 305:23
somewhere [1] - 276:15
son [6] - 143:19, 143:20, 208:9, 275:11, 275:13, 275:16
sorry [1] - 144:23
sort [1] - 169:2

space [1] - 148:4
Spanish [9] - 119:21, 121:5, 121:6, 135:20, 175:5, 177:16, 177:18, 177:24, 229:5
speaking [3] - 137:4, 202:24, 203:15
specific [2] - 215:4, 276:20
specifically [1] - 160:18
specify [3] - 191:18, 244:22, 273:11
spelling [1] - 176:25
spending [1] - 146:19
spent [3] - 153:9, 266:13, 266:17
ss [2] - 315:5, 317:4
stamp [2] - 275:21, 280:15
start [20] - 133:17, 151:12, 164:13, 164:25, 165:6, 206:20, 222:21, 230:12, 230:13, 230:21, 231:8, 246:16, 249:2, 249:8, 278:14, 283:19, 285:17, 300:9, 300:10
started [28] - 124:14, 139:13, 141:2, 145:24, 164:16, 180:21, 185:19, 222:24, 223:6, 225:6, 226:2, 231:5, 231:22, 237:24, 252:5, 253:22, 269:20, 274:12, 278:19, 281:6, 282:4, 282:18, 284:2, 285:12, 286:3, 304:22, 305:2
starting [5] - 151:15, 195:22, 250:20, 251:18, 280:3
starts [2] - 151:20, 163:8
state [5] - 121:15, 121:18, 166:13, 244:4, 314:11
State [6] - 118:22, 121:4, 121:10, 218:7, 315:25, 317:8
STATE [2] - 315:4, 317:4
statement [5] - 247:16, 310:21, 310:24, 311:9, 312:4
STATES [1] - 118:2
states [1] - 296:22

stating [1] - 206:19
status [9] - 199:19, 240:12, 240:14
stay [4] - 133:23, 191:10, 243:23, 300:2
stayed [2] - 148:8, 259:6
stays [1] - 266:2
steal [2] - 132:11, 133:7, 158:13, 232:13
stealing [2] - 132:25, 158:16
steps [1] - 309:12
still [5] - 127:18, 141:8, 142:5, 145:18, 284:3
STIPULATED [3] - 120:4, 120:10, 120:15
stole [1] - 132:21, 132:22, 256:24
stop [16] - 128:24, 152:14, 152:16, 157:24, 159:4, 171:12, 171:19, 194:18, 194:21, 240:21, 251:14, 252:16, 283:6, 311:6
stopped [2] - 250:21, 254:5
stopping [1] - 296:18
story [3] - 153:24, 223:22, 253:2
straight [3] - 125:20, 167:6, 283:15
street [3] - 217:17, 217:22, 284:20
Street [1] - 121:20
stubs [3] - 210:17, 225:12, 225:14
stuck [1] - 168:22
stuff [1] - 148:7
subject [1] - 312:12
subscribed [1] - 315:20
substance [1] - 161:20
substantially [1] - 156:2
such-and-such [3] - 197:2, 197:3, 265:16
sue [1] - 244:21
sued [2] - 150:14, 210:10
suffered [3] - 297:10, 297:13, 298:11
Suffolk [27] - 139:20, 139:24, 139:25, 140:4, 140:12, 140:21, 141:20, 141:21, 150:21,

207:20, 238:12, 248:25, 258:25, 259:11, 262:17, 274:7, 274:8, 274:16, 274:20, 274:25, 275:3, 275:6
SUFFOLK [2] - 118:10
suing [21] - 122:10, 145:21, 176:9, 207:18, 207:20, 207:24, 208:3, 208:5, 213:15, 244:21, 248:10, 263:7, 266:9, 272:20, 301:12, 301:20, 302:2, 302:12, 302:15, 302:20, 307:16
suit [3] - 180:21, 180:25, 253:12
summer [1] - 227:25
summertime [1] - 243:18
Sunday [5] - 231:24, 288:16, 288:18, 302:20, 302:22
Sundays [2] - 231:15, 231:16
Sunrise [3] - 118:15, 119:10
supervisor [4] - 173:8, 173:20, 174:2, 174:7
supplements [3] - 250:7, 250:10, 250:11
support [1] - 235:5
supposed [21] - 123:7, 123:11, 124:6, 124:9, 124:10, 144:9, 144:15, 154:14, 154:15, 171:6, 205:24, 205:25, 206:3, 206:10, 206:24, 213:9, 213:13, 243:24, 248:6, 298:17, 303:2
survive [1] - 263:5
swear [1] - 282:7
switch [1] - 299:10
sworn [6] - 120:17, 120:20, 121:3, 121:9, 156:17, 317:12

**T**

tamper [2] - 129:11, 148:4
tampered [4] - 236:6, 237:5, 237:9, 292:3

tampering [1] - 235:23
tax [5] - 289:13, 295:11, 295:15, 313:3, 313:4
taxes [4] - 135:16, 290:13, 295:14, 297:6
tear [1] - 226:4
telephone [2] - 146:25, 248:20
temperature [1] - 285:13
ten [25] - 122:24, 122:25, 132:7, 133:25, 134:15, 134:17, 134:18, 134:20, 135:8, 144:14, 151:25, 152:8, 152:14, 183:10, 184:23, 227:12, 243:24, 263:18, 267:14, 268:9, 268:10, 272:14, 272:16, 278:4, 302:11
tenth [2] - 247:22, 270:13
terminated [3] - 269:13, 297:22, 298:12
terms [1] - 143:9
testified [8] - 121:11, 174:16, 214:5, 230:3, 232:17, 232:23, 293:13, 314:5
testify [4] - 121:25, 122:6, 135:20, 173:25
testifying [7] - 165:4, 165:13, 166:19, 236:15, 239:2, 239:11, 241:13
testimony [7] - 211:10, 229:10, 235:6, 239:9, 315:9, 315:12, 317:13
THE [10] - 144:20, 200:7, 234:19, 245:15, 245:17, 245:21, 246:4, 246:10, 246:18, 246:25
thereafter [1] - 154:4
therefore [1] - 241:17
third [2] - 256:20, 279:25
thirty [7] - 163:18, 177:11, 222:9, 222:10, 222:11, 284:25

**thirty-five** [3] - 222:10, 222:11

**thousand** [4] - 252:2, 252:5, 252:10

**threat** [1] - 310:10

**threatened** [2] - 309:17, 309:18

**three** [36] - 123:3, 123:5, 123:9, 132:17, 135:16, 135:17, 140:25, 141:12, 146:13, 146:17, 147:18, 148:5, 191:5, 191:23, 191:24, 201:8, 205:7, 215:9, 230:20, 237:22, 244:2, 244:20, 253:21, 256:7, 256:13, 270:6, 270:8, 271:2, 271:7, 281:4, 282:4, 284:11, 298:19, 310:20, 310:21, 310:24

**three-month** [1] - 253:21

**throw** [1] - 226:4

**time-and-a-half** [6] - 124:16, 247:18, 292:21, 293:3, 302:25, 303:2

**tired** [2] - 128:12, 229:23

**title** [2] - 242:8, 242:12

**today** [12] - 121:22, 121:25, 122:6, 131:15, 144:25, 148:11, 155:13, 165:5, 165:14, 166:20, 174:17, 251:5

**together** [2] - 141:5, 253:21

**Tommy** [25] - 171:21, 173:8, 248:18, 252:24, 253:13, 259:23, 260:4, 260:12, 260:24, 261:15, 288:5, 288:11, 306:23, 307:4, 307:7, 308:14, 308:15, 308:22, 308:23, 308:25, 312:6, 312:7

**Tommy's** [2] - 261:15, 261:25

**tomorrow** [3] - 200:8, 299:15, 308:2

**took** [9] - 152:15, 162:21, 214:21, 232:20, 238:21,

238:22, 240:2, 264:8, 309:12

**tools** [4] - 147:20, 147:23, 148:2

**total** [3] - 122:22, 282:24, 289:10

**touch** [2] - 147:24, 306:2

**touching** [1] - 245:6

**Town** [9] - 279:6, 279:14, 280:21, 282:7, 283:7, 283:23, 284:5, 284:13, 316:12

**town** [1] - 279:12

**Town's** [1] - 279:11

**track** [4] - 125:22, 126:5, 198:21, 252:14

**tracked** [1] - 126:14

**transcript** [3] - 315:9, 315:11, 317:12

**translate** [4] - 159:8, 160:14, 160:23, 200:13

**translated** [1] - 121:4

**translator** [1] - 160:22

**travel** [18] - 142:20, 143:2, 152:3, 152:20, 153:4, 154:9, 163:3, 163:6, 163:9, 163:12, 164:4, 164:7, 164:10, 164:15, 169:20, 169:23, 170:5, 170:10

**traveling** [1] - 153:10

**trial** [2] - 120:13, 162:11

**TRIAL** [1] - 118:18

**tried** [3] - 207:3, 255:9, 309:16

**Tristate** [3] - 249:7, 249:9, 249:13

**trouble** [2] - 241:14, 285:7

**truck** [8] - 132:18, 146:2, 147:21, 147:25, 148:9, 195:16, 278:4, 285:7

**truckload** [1] - 277:12

**trucks** [2] - 278:2, 283:24

**true** [8] - 129:6, 160:24, 168:11, 176:15, 234:2, 315:11, 315:13, 317:13

**trust** [5] - 269:2, 269:5, 269:7, 269:10, 300:19

**truth** [5] - 156:17,

156:19, 186:10, 236:21, 289:20

**truthfully** [2] - 121:25, 122:6

**try** [11] - 125:4, 168:6, 168:11, 191:10, 216:13, 216:17, 235:8, 255:13, 262:24, 309:12

**trying** [10] - 130:24, 132:11, 157:24, 158:13, 172:12, 172:13, 173:3, 180:5, 180:20, 180:22

**Tuesday** [1] - 288:21

**TULIO** [1] - 118:7

**Tulio** [4] - 196:12, 196:14, 196:15, 196:19

**Tulio's** [1] - 295:7

**turn** [11] - 127:17, 127:21, 225:16, 226:6, 238:3, 279:22, 280:10, 280:15, 282:13, 285:19, 286:23

**turned** [10] - 126:20, 126:21, 126:22, 127:19, 226:14, 234:4, 234:5, 234:9, 234:20, 273:6

**twelve** [5] - 215:17, 215:20, 215:22, 273:7, 273:9

**twenty** [3] - 154:20, 163:17, 201:16

**twice** [8] - 190:9, 278:12, 278:17, 293:21, 293:22, 294:25, 299:20

**two** [55] - 122:4, 123:2, 123:4, 124:13, 132:17, 134:5, 134:10, 134:14, 142:4, 147:8, 148:5, 149:17, 163:23, 172:22, 172:24, 182:24, 184:4, 191:13, 197:24, 200:20, 205:7, 205:9, 205:10, 205:20, 205:21, 205:22, 206:4, 227:13, 230:17, 230:19, 243:23, 244:14, 252:10, 254:5, 256:13, 263:12, 263:13, 271:2, 273:17, 274:22,

277:20, 277:23, 281:4, 282:3, 285:3, 294:25, 295:6, 295:7, 296:23, 300:3, 301:18, 302:10, 303:6, 303:21

**two-and-a-half** [4] - 205:9, 205:10, 205:22, 206:4

## U

**unable** [2] - 157:5, 165:22

**under** [6] - 121:6, 156:14, 248:10, 274:13, 314:15, 315:10

**understood** [1] - 157:12

**unemployed** [1] - 304:2

**unemployment** [4] - 304:3, 304:12, 304:19, 305:6

**union** [51] - 124:12, 139:24, 139:25, 142:19, 142:21, 142:25, 143:6, 143:8, 143:15, 170:4, 170:9, 174:20, 205:18, 205:19, 206:9, 206:12, 207:4, 211:24, 213:8, 213:9, 213:11, 213:14, 213:19, 213:23, 214:6, 214:8, 214:10, 214:16, 215:12, 219:24, 222:20, 222:24, 223:7, 223:13, 223:20, 236:19, 242:16, 242:17, 242:24, 249:16, 249:19, 249:23, 252:5, 252:9, 274:11, 274:12, 292:15, 292:21, 314:6, 314:8

**unit** [1] - 292:2

**uNITED** [1] - 118:2

**units** [1] - 129:8

**unless** [2] - 257:21, 300:11

**unnecessarily** [1] - 172:15

**up** [33] - 124:12, 126:20, 126:21, 126:22, 127:17, 128:11, 130:5, 130:6, 133:10, 134:5,

136:21, 147:3, 147:11, 147:14, 147:18, 148:7, 149:25, 170:12, 171:25, 173:19, 198:7, 198:25, 200:14, 214:11, 217:16, 224:17, 226:5, 234:8, 234:20, 283:19, 283:22, 294:10, 300:3

**upset** [1] - 155:3

**utilized** [2] - 264:11, 301:14

## V

**vacation** [1] - 215:8

**Vecchia** [55] - 119:22, 148:12, 148:14, 150:20, 151:23, 154:14, 158:11, 158:14, 158:17, 171:21, 174:9, 176:9, 176:22, 179:3, 183:25, 185:17, 189:2, 207:15, 207:19, 207:22, 207:23, 207:25, 208:11, 208:13, 208:15, 209:13, 209:16, 209:20, 210:3, 213:8, 217:21, 225:13, 233:7, 252:21, 256:25, 257:6, 257:13, 260:5, 260:10, 260:25, 261:5, 261:11, 266:9, 275:4, 275:7, 294:4, 299:14, 301:3, 301:13, 308:7, 309:5, 311:24

**VECCHIA** [12] - 118:11, 118:11, 245:10, 245:16, 245:20, 246:3, 246:8, 246:12, 273:23, 283:5, 283:9

**Vecchia's** [1] - 181:6

**Vega** [2] - 197:5, 197:8

**VEGA** [1] - 118:7

**vehicle** [4] - 126:14, 146:21, 146:24, 256:4

**Victor** [2] - 196:3, 271:18

**violation** [1] - 235:24

**voice** [1] - 155:3

## W

**wage** [29] - 213:6, 213:12, 213:17, 213:20, 213:22, 216:5, 216:11, 217:2, 217:9, 217:13, 217:20, 217:23, 218:2, 218:4, 218:6, 219:16, 220:3, 220:14, 220:16, 221:8, 221:16, 248:7, 249:24, 250:3, 250:6, 250:10, 268:15, 296:13
**wages** [3] - 213:10, 242:21, 243:4
**wait** [2] - 278:3, 279:2
**waited** [1] - 288:10
**waiting** [1] - 169:8
**waived** [1] - 120:8
**waiving** [1] - 154:3
**wake** [1] - 198:25
**WALLACE** [255] - 119:4, 119:6, 123:6, 123:23, 124:23, 125:11, 126:16, 127:14, 128:3, 128:20, 129:4, 129:9, 129:12, 129:17, 129:23, 130:19, 131:22, 132:4, 132:13, 133:3, 134:6, 134:12, 136:20, 137:15, 137:19, 143:4, 143:11, 143:17, 148:17, 150:3, 150:12, 151:17, 152:4, 152:21, 153:5, 153:11, 154:5, 155:19, 155:21, 156:11, 157:4, 158:2, 158:6, 158:19, 158:25, 159:8, 159:14, 159:23, 160:13, 160:21, 161:4, 161:11, 161:14, 161:17, 161:25, 162:3, 162:8, 162:13, 162:18, 162:24, 165:11, 165:16, 166:2, 166:8, 166:13, 167:12, 167:21, 168:3, 168:5, 168:21, 169:2, 169:10, 169:17, 169:24, 170:16, 172:4, 172:18,

173:22, 174:18, 176:4, 176:16, 176:20, 177:25, 178:12, 178:16, 178:18, 180:5, 181:19, 182:8, 182:13, 183:16, 184:9, 184:22, 185:11, 187:13, 192:17, 193:12, 198:4, 198:9, 199:3, 199:17, 199:23, 200:4, 200:10, 201:24, 202:5, 202:10, 202:15, 202:19, 202:25, 203:5, 203:8, 203:13, 203:18, 203:23, 204:3, 205:15, 206:17, 207:10, 207:12, 208:19, 208:23, 209:17, 209:22, 210:4, 210:15, 212:4, 212:14, 212:23, 214:12, 216:6, 216:19, 217:4, 220:17, 221:9, 227:4, 227:9, 227:24, 228:8, 228:23, 229:4, 229:17, 232:3, 232:14, 233:16, 233:25, 234:17, 234:21, 234:24, 235:16, 235:21, 235:25, 236:7, 236:13, 236:22, 237:2, 237:6, 237:12, 237:17, 239:4, 239:8, 239:16, 239:19, 240:10, 240:21, 240:23, 241:4, 241:8, 241:22, 241:25, 242:5, 242:22, 243:5, 244:23, 247:4, 247:8, 247:15, 247:20, 250:14, 251:8, 252:3, 253:9, 253:19, 254:7, 255:7, 255:14, 255:25, 256:9, 257:2, 258:22, 260:6, 261:12, 261:17, 262:3, 262:8, 262:21, 263:8, 263:22, 264:9, 265:5, 265:22, 266:6, 266:11, 267:16, 269:15, 270:12, 270:19, 271:13, 272:2, 272:11, 272:22, 272:24, 273:4, 273:24,

275:18, 276:2, 276:12, 279:2, 281:15, 281:21, 282:9, 284:7, 286:21, 288:7, 288:25, 289:15, 290:15, 292:4, 292:8, 292:12, 293:10, 293:15, 293:19, 297:12, 297:25, 298:14, 301:6, 302:4, 302:17, 305:14, 306:15, 307:9, 308:11, 309:14, 310:17, 311:2, 311:8, 311:19, 312:23, 313:11, 313:15, 313:19, 313:23, 314:4, 314:11
**Wallace** [6] - 134:4, 134:9, 161:23, 175:25, 176:2, 226:20
**Wallace's** [1] - 209:3
**Walter** [5] - 188:22, 188:24, 189:5, 189:9, 196:3
**WALTER** [1] - 118:5
**wants** [5] - 148:18, 265:7, 291:2, 301:8, 313:4
**warm** [1] - 308:19
**warning** [2] - 159:20, 228:25
**waste** [2] - 169:11, 178:18
**watched** [1] - 283:9
**water** [2] - 198:20, 218:7
**weather** [4] - 198:14, 198:17, 198:23, 227:25
**Wednesday** [4] - 149:16, 288:20, 288:21, 288:22
**week** [19] - 123:12, 150:16, 201:6, 205:23, 206:5, 211:13, 212:13, 227:23, 230:18, 243:13, 243:17, 250:25, 251:7, 269:25, 270:3, 271:2, 272:7, 288:20, 288:22
**weekly** [1] - 123:19
**weeks** [14] - 138:17, 201:8, 230:17, 231:7, 231:11, 251:24, 270:4, 270:8, 271:2, 273:17, 310:20, 310:21, 310:24
**welcome** [1] - 135:13

**wheelbarrow** [1] - 148:4
**WHEREOF** [1] - 317:19
**whole** [7] - 173:18, 211:18, 212:11, 214:18, 215:18, 215:23, 277:12
**wife** [8] - 208:5, 208:17, 209:12, 209:15, 209:19, 209:24, 246:24, 264:15
**wish** [1] - 318:3
**witness** [14] - 121:8, 159:3, 160:22, 160:25, 161:5, 165:12, 166:14, 235:22, 242:7, 312:21, 313:16, 314:14, 317:10, 317:14
**WITNESS** [12] - 144:20, 200:7, 234:19, 245:15, 245:17, 245:21, 246:4, 246:10, 246:18, 246:25, 316:4, 317:19
**word** [7] - 229:22, 237:7, 242:2, 250:11, 269:3, 294:9, 305:11
**words** [2] - 167:19, 269:6
**worker** [6] - 128:7, 147:7, 147:11, 275:11, 275:13, 307:22
**workers** [10] - 128:23, 170:13, 185:17, 186:14, 233:18, 289:19, 289:24, 294:20, 295:2, 295:3
**works** [9] - 137:21, 138:7, 139:11, 139:19, 164:21, 213:24, 218:6, 275:11, 294:22
**workshop** [1] - 171:6
**worksite** [5] - 125:10, 125:17, 171:7, 186:16, 190:3
**worksites** [2] - 129:15, 129:21
**worried** [2] - 128:16, 193:7
**worries** [1] - 149:14
**worry** [3] - 199:6, 258:6, 258:12

**worth** [4] - 161:25, 222:16, 263:10, 293:9
**wound** [1] - 214:11
**write** [8] - 126:11, 133:21, 164:22, 167:7, 167:8, 175:10, 238:7, 265:19
**written** [3] - 134:21, 135:8, 210:17
**wrote** [2] - 238:14, 305:20

## Y

**yard** [44] - 125:15, 126:11, 126:22, 127:7, 132:17, 133:19, 133:23, 134:4, 144:4, 147:11, 152:10, 152:25, 163:8, 163:20, 163:21, 164:24, 165:2, 165:6, 165:14, 167:2, 167:5, 168:14, 168:20, 170:13, 170:18, 170:19, 171:24, 185:21, 186:2, 186:18, 187:7, 187:11, 190:4, 196:24, 197:3, 238:6, 281:5, 281:9, 283:25, 284:8, 285:6, 286:17, 287:13
**year** [67] - 124:7, 124:12, 139:13, 141:2, 141:7, 141:10, 141:17, 142:14, 143:24, 145:24, 146:16, 146:17, 151:18, 191:2, 191:19, 200:22, 201:4, 201:11, 201:12, 201:20, 214:18, 215:19, 215:23, 219:20, 219:21, 222:21, 223:19, 223:21, 225:4, 225:5, 225:9, 228:2, 230:6, 230:9, 231:4, 231:10, 243:20, 244:13, 250:13, 252:2, 252:7, 258:14, 258:18, 258:20, 259:17, 259:20, 272:15, 272:17, 278:16, 278:17, 281:6, 282:3, 295:12, 295:16, 295:18, 295:20, 295:22, 295:24,

296:2, 296:4, 296:6,
296:23, 297:4,
298:20, 299:8, 304:4
**years** [23] - 136:9,
191:5, 191:16,
191:24, 197:24,
200:20, 201:16,
205:7, 205:20,
225:24, 225:25,
226:3, 243:21,
244:14, 244:20,
248:23, 252:8,
252:11, 273:18,
300:3, 303:6
**years-and-
something** [1] - 303:6
**yells** [1] - 145:11
**yes-or-no** [2] -
162:24, 167:15
**yesterday** [2] -
244:13, 244:16
**YORK** [3] - 118:2,
315:4, 317:4
**York** [10] - 118:16,
118:23, 119:5,
119:10, 121:4,
121:11, 121:21,
315:25, 317:9
**yourself** [4] - 168:7,
179:17, 194:21,
266:18

## Z

**Zabell** [4] - 208:24,
235:4, 314:12, 316:7
**ZABELL** [63] - 119:9,
119:11, 121:14,
159:10, 159:16,
160:24, 161:7,
161:16, 161:22,
162:2, 162:5, 162:9,
162:15, 166:17,
168:24, 169:5,
171:16, 172:2, 172:5,
178:14, 178:17,
199:20, 199:25,
200:14, 202:3, 202:8,
202:13, 202:17,
202:23, 203:3, 203:7,
203:10, 203:15,
203:21, 203:25,
208:21, 209:2, 220:9,
228:24, 229:6,
234:22, 240:13,
240:25, 241:6,
241:11, 241:23,
242:3, 245:8, 245:13,
246:22, 247:13,
270:14, 279:4,

287:18, 289:17,
312:12, 313:9,
313:12, 313:17,
313:20, 313:25,
314:9, 314:16
**zip** [1] - 270:14