1

1

2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

3      ---------------------------------------------X
       NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR

4      AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L.
       MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA,

5      JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS ESCALANTE,
       KEVIN GALEANO, LERLY NOE RODRIGUEZ, JOSE VEGA

6      CASTILLO, JUAN QUINTEROS, and MARCUS TULIO
       PEREZ,

7
                                      Plaintiffs,

8

9          -against-                  Case No:
                                      09-CV-5331

10

11     SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
       LOUIS VECCHIA, CHRISTOPHER VECCHIA,

12     HELENE VECCHIA, and JOHN DOES 1-5,

                                      Defendants.

13
       ---------------------------------------------X

14                                    October 29, 2011
                                      10:05 a.m.

15
                                      4875 Sunrise Highway

16                                    Bohemia, New York

17

18          EXAMINATION BEFORE TRIAL of CARLOS ALBERTO

19     ESCALANTE VARGAS s/h/a CARLOS ESCALANTE, one of the

20     Plaintiffs herein, taken by the Defendants,

21     pursuant to Article 31 of the Civil Practice Law

22     and Rules of Testimony, and Notice and order,

23     held at the above-mentioned time and place,

24     before Jaime Dochtermann, Notary Public of the

25     State of New York.

2

```
 1

 2      A P P E A R A N C E S:

 3

 4          LAW OFFICES OF LAUREN GOLDBERG, PLLC
            Attorneys for Plaintiffs
 5              501 Fifth Avenue
                New York, New York 10017
 6
                (NOT PRESENT)
 7

 8
            LAW OFFICES OF PATRICK E. McNAMARA
 9          Co-Counsel for Plaintiffs
                868 Little East Neck Road
10              West Babylon, New York 11704

11          BY:  PATRICK McNAMARA, ESQ.

12

13          LAW OFFICES OF IAN WALLACE
            Co-Counsel for Plaintiffs
14              501 Fifth Avenue
                New York, New York 10017
15
                (NOT PRESENT)
16

17
            ZABELL & ASSOCIATES, P.C.
18          Attorneys for Defendants
                4875 Sunrise Highway
19              Bohemia, New York 11716

20          BY:  SAUL ZABELL, ESQ.

21

22

23      ALSO PRESENT:

24      Sandra Ramos Connor, Spanish Interpreter
        Louis Vecchia
25
```

3

1

2                    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED

5      by and between the attorneys for the

6      respective parties herein, that filing,

7      sealing and certification be and the same

8      are hereby waived.

9

10         IT IS FURTHER STIPULATED AND AGREED

11     that all objections, except as to the form

12     of the question shall be reserved to the

13     time of the trial.

14

15         IT IS FURTHER STIPULATED AND AGREED

16     that the within deposition may be signed

17     and sworn to before any officer authorized

18     to administer an oath, with the same force

19     and effect as if signed and sworn to before

20     the Court.

21

22

23

24

25

4

1

2    S A N D R A   R A M O S   C O N N O R, the

3         Spanish Interpreter herein, was duly sworn

4         to interpret the questions from English

5         into Spanish and the answers from Spanish

6         into English to the best of her ability:

7    C A R L O S   A L B E R T O   E S C A L A N T E

8    V A R G A S, the Witness herein, having been

9         duly sworn through the Interpreter, was

10        examined and testified as follows:

11   EXAMINATION BY

12   MR. ZABELL:

13        Q     Would you please state your full

14   name for the record.

15        A     Carlos Alberto Escalante Vargas.

16        Q     What is your current address?

17        A     ███████████████████████████

18   ██████████████

19        Q     Good morning, everybody.

20              MR. ZABELL:  Madam reporter, as

21         I'm sure you already noted, the time is

22         10:05.

23              We were scheduled to begin at

24         9:00.  For whatever reasons, we have

25         began an hour-and-a-half late -- an hour

5

```
 1              C. Escalante Vargas

 2         and five minutes late.  We were here at

 3         9:00 prepared to proceed and plaintiff

 4         was not.  We are advising counsel for

 5         plaintiff that they will be charged one

 6         hour for the interpreter's time, because

 7         the delay was caused by reasons on their

 8         part.

 9              MR. McNAMARA:  Thank you,

10         Counselor.  That is acceptable.

11              MR. ZABELL:  Are we prepared to

12         proceed?

13              MR. McNAMARA:  We are prepared to

14         proceed.

15         Q    Good morning, Mr. Esclanate.

16         A    Good morning.

17         Q    Do you have any identification?

18         A    (Handing.)

19         Q    Thank you.

20              MR. ZABELL:  I am going to make a

21         photocopy of this for my records.

22              (Whereupon, a brief break was

23         taken at this time.)

24              (A document consisting of a copy

25         of Mr. Escalante Vargas' license was
```

6

```
 1                     C. Escalante Vargas

 2            marked as Defendant's Exhibit 1 for

 3            identification, as of this date.)

 4        Q      Mr. Vargas -- should I call you

 5   Mr. Vargas or Mr. Esclanate?

 6        A      Esclanate Vargas.

 7        Q      Mr. Esclanate Vargas, I just put a

 8   document that has been identified as Defendants'

 9   Exhibit 1 of today's date.  (Handing.)

10               Do you know what that document is?

11        A      (Reviewing document.)  My license.

12        Q      Thank you.

13               Mr. Esclanate Vargas, how are you

14   today?

15        A      I'm fine.

16        Q      Are you currently under the

17   influence of any medication?

18        A      No.

19        Q      Are you currently under the

20   influence of any drugs or alcohol?

21        A      No.

22        Q      When was the last time you had any

23   alcohol?

24        A      No, I don't drink.

25        Q      When was the last time you have
```

7

```
 1                    C. Escalante Vargas

 2    had alcohol?

 3           A      No, no.

 4           Q      You have never had alcohol?

 5           A      No.

 6           Q      You need to answer all of these

 7    questions verbally.  Okay?

 8           A      Okay.

 9           Q      Where do you currently live?

10           A      ███████████████████████

11           Q      For how long have you lived at █

12    ██████████

13           A      Three years.

14           Q      Do you live in a house or an

15    apartment?

16           A      A house.

17           Q      Do you own the house?

18           A      Yes.

19           Q      And for how long have you owned

20    the house?

21           A      The three years.

22           Q      Do you live alone, or do you live

23    with somebody?

24           A      Family.

25           Q      Can you tell me the names and the
```

8

```
 1                    C. Escalante Vargas
 2     relationship of everybody in your family?
 3            A      Their cousins, far cousins.
 4            Q      How many cousins do you live with?
 5            A      One, two, three -- the cousin is
 6     one.  The cousin has his family and they have
 7     three daughters.
 8            Q      Continue.
 9            A      They also have a small little boy.
10            Q      Continue.
11            A      Those are who I share the house
12     with.
13            Q      Do you have a wife?
14            A      Yes, but she is not here right
15     now.
16            Q      Where is your wife?
17            A      In my country.
18            Q      What is your country?
19            A      Honduras.
20            Q      Has your wife ever been here in
21     the United States?
22            A      Yes, at various times.
23            Q      Why is she not here now?
24                   MR. McNAMARA:  Objection.
25            A      She is there with my children.
```

9

                            C. Escalante Vargas

1

2        Q        How many children do you have?

3        A        I have two daughters of mine, and

4   I have one daughter here that is recognized --

5   that is like a first cousin, a first female

6   cousin.

7        Q        You have a cousin that is also

8   your daughter?

9                 THE INTERPRETER:  Sorry.  The

10                 interpreter is having a hard time

11                 understanding this relationship.

12        A        The mom of the girl that I

13   recognized, she is the daughter of one of my

14   mom's sisters.

15        Q        Did you take in one of your

16   cousins to raise as a daughter?

17        A        No, no, you don't understand.  She

18   is the daughter of one of my aunt's and she is

19   not my daughter, but I recognized her as my

20   daughter.

21        Q        You raised her as your daughter?

22        A        Yes, I help her, but she is in

23   North Carolina with her mother.

24        Q        Who is her mother?

25        A        Yenesia, my cousin.

C. Escalante Vargas

Q    Is Yenesia married?

A    No, she is not married.

Q    Was she married?

A    In my country, yes.

Q    Do you know Edwin Rivera?

A    Yes.

Q    Was Yenesia ever married to Edwin
Rivera?

A    No.

Q    Do you know if they were ever
involved?

A    No.

Q    So Yenesia lives with her daughter
in North Carolina?

A    Yes.

Q    And Yenesia is one of your
cousins?

A    Yes.

Q    And her daughter, you treat as
your daughter?

A    Yes.

Q    Why?

A    It's questions of family, our
family nature.

1                    C. Escalante Vargas

2          Q      Is Yenesia's daughter your

3    daughter?

4          A      She is not my daughter, but I

5    recognized her.

6          Q      Were you ever involved

7    romantically with Yenesia?

8          A      No.

9          Q      Okay.  Now, you said that you have

10   two daughters that were born from you; is that

11   correct?

12         A      Yes.

13         Q      And they live in Honduras?

14         A      Yes, they live there and they come

15   here.

16         Q      Do you have any other children,

17   other than those two daughters, whether you

18   claim them or not?

19         A      No.

20         Q      And you have a wife in Honduras?

21         A      Yes.

22         Q      What is her name?

23         A      Rosa Suyapa Ortega.

24         Q      Are you actually married to her,

25   or do you consider her your wife?

```
 1                    C. Escalante Vargas

 2          A       No, married with her.

 3          Q       So you have a marriage

 4   certificate?

 5          A       Yes.

 6          Q       From where is that marriage

 7   certificate issued?

 8          A       From Honduras.

 9          Q       When did you marry her?

10          A       1993.

11          Q       How come she hasn't come to the

12   United States?

13                  MR. McNAMARA:  Objection.

14          A       She's come to the United States.

15          Q       How come she doesn't live in the

16   United States with you?

17                  MR. McNAMARA:  Objection.

18          Q       You can answer.

19          A       She comes, she stays here, she

20   also goes there and she works there.

21          Q       So other than your cousin, his

22   wife, and children, does anybody else live in

23   the house with you?

24          A       Yes.

25          Q       Who else lives in the house with
```

13

```
 1                    C. Escalante Vargas

 2    you?

 3           A      Some friends of my cousins.

 4           Q      What are their names?

 5           A      No, I don't know their names.

 6           Q      So they live in your house, but

 7    you don't know their names?

 8           A      No, because they are his friends.

 9    They are not my friends.

10           Q      But they live in your house?

11           A      Yes.

12           Q      And you have no idea what their

13    names are?

14           A      No.

15           Q      Are they authorized to live in the

16    United States?

17                  MR. McNAMARA:  Objection.

18           A      Yes.

19           Q      How do you know if you don't know

20    their names?

21           A      Because my cousin told me.

22           Q      What is your cousin's name?

23           A      Joel Hernandez.

24           Q      What is Joel Hernandez's wife's

25    name?
```

14

C. Escalante Vargas

2    A    Maribell.

3    Q    Do you work with Joel Hernandez?

4    A    No.

5    Q    Are you currently working?

6    A    I work at Pioneer Asphalt.

7    Q    Have you ever been deposed before?

8    A    Yes.

9    Q    When were you deposed before?

10   A    A couple of days ago with Edwin --

11   no, wait, what are you asking me?

12   Q    Do you understand that you are at

13   a deposition?

14   A    I didn't know that.

15   Q    This is called a deposition.

16        Do you understand that; yes or no?

17   A    In what sense?

18   Q    This is called a deposition.

19        Do you understand that; yes or no?

20   A    Now I do.

21   Q    At this deposition, I am going to

22   be asking you questions.

23        Do you understand that?

24   A    Okay, yes.

25   Q    Yes, you understand that?

1                    C. Escalante Vargas

2          A       Yes.

3          Q       You are required to provide

4    answers to all the questions I ask you.

5                    Do you understand that?

6          A       Yes.

7          Q       Your answers are required to be

8    truthful and honest.

9                    Do you understand that?

10         A       Yes.

11         Q       Do you understand that if you lie

12   while you are under oath today, there are

13   consequences that may include criminal

14   penalties?

15         A       Yes.

16         Q       That has been explained to you?

17         A       Yes.

18         Q       If you do not understand a

19   question that I ask you, you have an obligation

20   to tell me that you do not understand that

21   question.

22                   Do you understand that?

23         A       Yes.

24         Q       If you provide an answer to a

25   question I ask you, it will be assumed that you

```
 1                    C. Escalante Vargas
 2   understood the question.
 3                 Do you understand that?
 4        A      Yes.
 5        Q      You can take a break at any time
 6   you would like, as long as you answer the
 7   question pending before you before taking that
 8   break.
 9        A      Yes.
10        Q      Do you understand the terms of
11   this deposition as I've explained them to you?
12        A      Yes.
13        Q      Are you willing to proceed under
14   those terms?
15        A      Yes.
16        Q      Do you have a memory?
17        A      Yes.
18        Q      Would you consider your memory
19   good, bad, or average?
20        A      Good.
21        Q      And why do you believe your memory
22   is good?
23        A      Because I studied and I think that
24   helps me out with some things.
25        Q      Did you prepare for this
```

1              C. Escalante Vargas

2    deposition in any way?

3         A    No.

4         Q    Did you speak with your attorney

5    just before the beginning of this deposition?

6         A    No.

7         Q    I saw you talking to him.

8         A    Yes, but he said hello to me.

9         Q    All he said was hello to you?

10        A    Yes.

11        Q    Mr. Esclanate Vargas, I told you

12   that you can't lie here today.  I saw him speak

13   to you using the services of madam interpreter

14   and talk to you about what is going to happen at

15   this deposition and answers that you had to give

16   at this deposition.

17             Why are you lying about that

18   occurring?

19             MR. McNAMARA:  Objection.

20        A    But you were saying when I came

21   in, not when I was already here sitting down.

22   Okay?

23        Q    Look.  If we are going to start

24   off today with you lying to me, it's not going

25   to go well for you.

1        C. Escalante Vargas

2              MR. McNAMARA:  Objection.

3        Q      Do you understand that; yes or no?

4        A      Yes, I understand.

5        Q      Okay.  Did you, before this

6   deposition, meet with your attorney?

7        A      Okay, yes.

8        Q      And did he tell you how to answer

9   questions; yes or no?

10       A      Yes.

11       Q      Okay.  You see?  That is all I

12  wanted.  There is no reason for you to lie about

13  that.

14             MR. McNAMARA:  Objection.

15       Q      Do you understand?

16       A      Yes.

17       Q      Do you want to apologize for lying

18  about that?

19             MR. McNAMARA:  Objection.

20       A      If there is an apology, yes,

21  because I didn't understand the question.  If

22  it's here or if it's when he came in.  Because

23  this is the first time I meet him...

24       Q      I accept your apology.

25       A      Okay.

19

                    C. Escalante Vargas

1

2        Q        Are you represented by counsel

3    here today?

4        A        Yes.

5        Q        And who is your attorney?

6        A        The only name that I know of his

7    is Patrick.

8        Q        Is he the fellow to your right?

9        A        Yes.

10       Q        Do you feel that you are

11   adequately represented by counsel here today?

12       A        Yes.

13       Q        Has he requested any money from

14   you?

15       A        No.

16       Q        Do you have any attorneys, other

17   than the individual you identified as Patrick to

18   your right?

19       A        Yes.

20       Q        And who are they?

21       A        Ian and Lauren.

22       Q        When was the last time you saw Ian

23   and Lauren?

24       A        Two weeks ago.

25       Q        Where were you when you saw them

20

```
 1                    C. Escalante Vargas
 2    two weeks ago?
 3          A      I was in Glen Cove.
 4          Q      What were you doing in Glen Cove?
 5          A      In Starbucks.
 6          Q      Did they at least pay?
 7          A      No.
 8          Q      They made you pay?
 9          A      I paid my coffee, I paid my own
10    coffee.
11          Q      Did you find them to be a little
12    cheap?
13                 MR. McNAMARA:  Objection.
14          Q      A little bit, un poco, a little
15    bit; si or no?
16          A      Yes.
17          Q      Mr. Esclanate Vargas, I am letting
18    you know that you can have all the coffee you
19    want in my office free of charge.  I will have
20    to charge you for hot chocolate, though.  I'm
21    just kidding.  You can have hot chocolate or
22    coffee all you want.  Okay?
23          A      The other thing is something that
24    happened to me is that I like to always pay my
25    own way.  I like to drink my coffee, I like to
```

1                    C. Escalante Vargas

2    drink what I have.  I like to do that.  Louie

3    knows that.  I like to pay for my own stuff my

4    own way.

5         Q     But Louie has instructed me to be

6    nice to you, so he told me that if you want

7    coffee, I am to drop everything and get you

8    coffee.  He told me to make sure that I had

9    fresh cookies here for you.

10                    MR. VECCHIA:  That's because he

11               doesn't want anybody else to eat them.

12         Q     And at the end of this deposition

13    if there are cookies left over, my client told

14    me that I am too fat to take them home, and that

15    I am to send them home with you for your

16    cousin's children.  Okay?

17         A     Okay.

18         Q     Did you review any documents when

19    you met with Ian and Lauren two weeks ago?

20         A     No.

21         Q     Did they tell you what to say at

22    this deposition?

23                    MR. McNAMARA:  Objection.

24         A     No.

25         Q     Was anybody else present when you

22

```
 1                    C. Escalante Vargas

 2    met with them?

 3                    MR. McNAMARA:  Objection.

 4         A       Only my friend.

 5         Q       What is your friend's name?

 6         A       Renato.

 7         Q       I am just going to ask you when

 8    you swing your chair a little bit, be careful

 9    because you are going to hit madam interpreter.

10                    THE INTERPRETER:  I am sitting

11          this way.

12         Q       Okay?  She is very important for

13    us today.  We don't want anything to happen to

14    her.

15         A       Okay.

16         Q       Even she is very important not

17    even here today, she is a very important person.

18    We are not allowed to hurt her.  Okay?

19         A       Yes.

20         Q       So you met with Ian and Lauren

21    with your friend, correct?

22         A       Yes.

23         Q       And for how long did you meet with

24    them?

25                    MR. McNAMARA:  Objection.
```

23

1                    C. Escalante Vargas

2        A        Two hours.

3        Q        What did you discuss during those

4    two hours?

5        A        That he was going on a trip or I

6    don't know, he was coming from a trip; that I

7    had an appointment for the 29th of this month.

8        Q        Continue.

9        A        He told me the same thing, to tell

10   the truth and only the truth, and that it was a

11   simple case where I had to answer just what you

12   asked me, simply.

13       Q        That is all that was discussed?

14                MR. McNAMARA:  Objection.

15       A        Yes.

16       Q        For two hours?

17       A        Yeah.  He also had to talk to

18   Renato, more to Renato than with me.

19       Q        Did they make sure that your story

20   and Renato's story was the same story?

21                MR. McNAMARA:  Objection.

22       A        No.

23       Q        █████████████████████████████

24   ██████

25                MR. McNAMARA:  Objection.

1                    C. Escalante Vargas

2          A        █████████████

3          Q        When did you first meet with Louis

4   Vecchia?

5          A        2001, March.

6          Q        How did you meet Louis Vecchia in

7   March of 2001?

8          A        I went to ask for work.

9          Q        How did you know to ask

10  Mr. Vecchia for work?

11         A        Through Nelson Quintanilla.

12         Q        So you knew Nelson Quintanilla and

13  Nelson said that you should ask Louie for work?

14         A        Yes.

15         Q        So when did you start working for

16  Louie?

17         A        In March of 2001.

18         Q        And do you know the name of the

19  company that you started working for in March of

20  2001?

21         A        Suffolk Paving.

22         Q        Did you work for Suffolk Paving

23  from March of 2001 through the end of the year?

24         A        Until the end of the year,

25  December 31st of 2002.

```
 1                    C. Escalante Vargas
 2        Q       What type of work did you do from
 3   March 2001 to December 31st, 2002?
 4        A       I was a raker.
 5        Q       You were a raker in the paving
 6   business?
 7        A       Yes.
 8        Q       You need to answer verbally.  You
 9   can't make a grunt.
10                You speak English?
11        A       (In English.)  No, a little bit,
12   little, little bit.
13        Q       That's fine.  We have an
14   interpreter.  It's important that everything I
15   ask you, you wait for the interpreter to
16   interpret and then provide me an answer.  Okay?
17   This way, we are absolutely sure that you
18   understand everything that I'm saying.
19        A       Okay.
20        Q       Now, you can't rake asphalt in the
21   winter, can you?
22        A       No.
23        Q       When it's too cold, you can't lay
24   asphalt, correct?
25        A       No.
```

26

1                    C. Escalante Vargas

2          Q       So you didn't work in the cold

3     months, correct?

4          A       No.

5          Q       So you would stop working in

6     November and then start again in April, right?

7                    MR. McNAMARA:  Objection.

8          A       We would stop in December.

9          Q       And then, you would start again in

10    April, correct?

11         A       March, April.

12         Q       At the end of every year in that

13    October, November period of time, you would slow

14    down the work, correct?

15                   MR. McNAMARA:  Objection.

16         A       Yes.

17         Q       Now, you worked until December of

18    2002, as you just testified, where did you work

19    in 2003?

20         A       I worked for Ralph Lunati and JCB

21    Contracting.

22         Q       Also in 2003?

23         A       Yes.  And also Pave-Co.

24         Q       Also in 2003?

25         A       2003.

1                    C. Escalante Vargas

2          Q      You worked for three different

3    companies in 2003?

4          A      Yes.  Ralph Lunati, I worked for

5    two months.  For JCB, I worked three months and

6    four months, for Pave-Co, I worked from

7    September to March of 2004.

8          Q      Why did you leave Suffolk Paving

9    from March of 2003 to March of 2004?

10         A      Because I asked Louie for a raise

11   and he didn't give it to me, so I left.

12         Q      Did you get that raise at Ralph

13   Lunati?

14         A      Yes.

15         Q      But only for two months?

16         A      Yes, because I was going to work

17   with JCB, but that wasn't ready yet.

18         Q      Then, JCB didn't work out all that

19   long, then, you went to Pave-Co, correct?

20         A      Oh, no, they only changed the

21   names.  That's all.

22         Q      But then, there came a point in

23   time when you went back to Suffolk Paving,

24   correct?

25         A      Yes.

28

```
 1                      C. Escalante Vargas

 2          Q        When was that?

 3          A        March of 2004.

 4          Q        Why did you go back in March of

 5     2004?

 6          A        Because I went to ask Louie for

 7     work again, and he told me, yes, there was work.

 8          Q        So you went back to the man that

 9     you quit your job from, correct?

10          A        Yes.

11          Q        He was good and fair to you and

12     gave you work, correct?

13          A        Yes, because he gave me a raise.

14          Q        In 2005, where did you work?

15          A        I worked for Stone Gate here in

16     Medford.

17          Q        Stone what?

18          A        Stone Gate.  It's the same as

19     Pioneer?

20                   MR. VECCHIA:  You left me again

21            after I gave you a raise?

22          Q        No more cookies for you.

23                   So you left Suffolk Paving in 2004

24     and went to go work for somebody else in 2005?

25          A        I left Suffolk Paving December
```

1                    C. Escalante Vargas

2     15th, 2004.  Because they paid me regular time,

3     which was prevailing wage, and I spoke to

4     Dominick Testa about it and he didn't fix it.

5     And then I left and went to Pave-Co again.

6            Q      In 2005?

7            A      The 16th of 2004, December 16th of

8     2004.

9            Q      Okay.

10           A      And I worked for Pave-Co until

11    March of 2005, then I went to Stone Gate.

12                  MR. VECCHIA:  Who is Stone Gate?

13                  THE WITNESS:  It's the same as

14            Pioneer with another name.

15           Q      What do you got there, some

16    goodies?  We will take a look at them later.

17    You can put them on the table.

18           A      Okay.

19           Q      You worked for Stone Gate or

20    Pioneer up until when?

21           A      Until 2006, March of 2006.

22           Q      In March of 2006, where did you

23    start working?

24           A      On the 23rd of March, I returned

25    to work with Suffolk Paving.

```
 1                    C. Escalante Vargas
 2                MR. VECCHIA:  You're like a
 3          bouncing ball.
 4          Q       Why did you go back to Suffolk
 5   Paving in March of 2006?
 6          A       Because Stone Gate left me at my
 7   house.  They told me that I had to stay home,
 8   that I wouldn't be working.  Everybody else was
 9   going to work, so I got annoyed and I said, no
10   more.
11          Q       So they fired you?
12          A       No, I left.
13          Q       They told you that they have no
14   more work for you.
15          A       Yes, I had work, but I didn't have
16   to work that day.
17          Q       So you threw a temper tantrum and
18   quit?
19                MR. McNAMARA:  Objection.
20          A       Yes, because there were two
21   workers that only had two days of working and I
22   had more than a year of work behind me, and they
23   were leaving me home.
24          Q       Maybe they didn't like you.
25          A       Simply the only, the boss of the
```

31

1                    C. Escalante Vargas

2  owner wasn't there and they acted that way.

3        Q      Okay.  So March 23rd of 2006, you

4  returned to Suffolk Paving.

5                How did you return to Suffolk

6  Paving?

7        A      The same way.  I spoke with Renato

8  and Renato said he was going to talk to Louie to

9  see if he would give me the job back.

10       Q      Did you ever speak to Louie to get

11  your job back?

12       A      When Renato spoke to me, then I

13  went to see Louie and I spoke with Louie, and he

14  said, yes, I did get my job back.

15       Q      Did you apologize for quitting

16  twice, at least twice?

17       A      No.

18       Q      But he was still nice enough to

19  hire you back?

20       A      Yes, because I have always been a

21  responsible person, and I respond well with my

22  work.

23       Q      He's always been a fair boss,

24  right?

25       A      Yes.  It was somebody that he

1                    C. Escalante Vargas

2    always -- somebody that he always gave me work.

3          Q       Now, you worked at Suffolk Paving

4    from March of 2006 until when?

5          A       Till July 11th of 2007.

6          Q       What happened on July 11th of

7    2007?

8          A       July 12th of 2007, I worked for

9    Suffolk Asphalt Corporation.

10         Q       You worked at Suffolk Asphalt from

11   July 12th of 2007 until when?

12         A       Until December 9th of 2009.

13         Q       And what happened on December 9th

14   of 2009?

15         A       There was still a week left of

16   work, but I got sick, then with Edwin Rivera, I

17   sent the message that I couldn't work.

18         Q       So on December 9th of 2009, you

19   got sick and told Suffolk Asphalt that you could

20   no longer work; is that correct?

21         A       That I couldn't work for that

22   week, because after that week, there was no more

23   work anyway.

24         Q       So you stopped working December

25   9th, 2009, voluntarily, correct?

33

1                    C. Escalante Vargas

2          A        Yes.

3          Q        Where did you work in 2010?

4          A        For Pioneer Asphalt.

5          Q        The same people that you got angry

6    at and quit before?

7          A        That's it.  They called me.

8          Q        What did they call you?

9          A        To offer me the job.

10         Q        But this is the same place that

11   you got upset about and quit?

12                  MR. McNAMARA:  Objection.

13         A        Yes.

14         Q        Is it fair to say that you like to

15   jump from job to job?

16         A        If they give me the work and I

17   need the job, I guess, yes.

18         Q        Now, when did you start working

19   for Pioneer in 2010?

20         A        April.

21         Q        And that is when you would have

22   started to work for Suffolk Paving if you went

23   back to work for them, correct?

24         A        Yes, I see.  In March, I went to

25   see Louie, and I asked him if there was work and

34

1                    C. Escalante Vargas

2       I was waiting for him.  And when he didn't call

3       me, I got called back from the other job, and I

4       have a family that I have to maintain, so, of

5       course, I had to take the other job.

6              Q       When did you go see Louie in 2010?

7              A       In March, around the time of the

8       25th, around there.

9              Q       Where did you see Louie?

10             A       In the office.

11             Q       Did you drive to the office?

12             A       Yes.

13             Q       Did you actually speak to Louie?

14             A       Yes.

15             Q       What did you say to Louie, and

16      what did he say to you?

17             A       He said that they were starting to

18      work and that he was going to call me.  He asked

19      me for the number.  I said, okay, that's fine,

20      I'll wait.  But since he didn't call me, I went

21      to work where they did call me.

22             Q       Well, did you leave your cell

23      phone number with Louie Vecchia?

24             A       Yes.

25             Q       What cell phone number did you

35

```
 1                    C. Escalante Vargas
 2     leave?
 3              A        ███████████ .
 4              Q        For how long have you had that
 5     cell phone number?
 6              A        For about ten years.
 7              Q        And did Louis Vecchia or anybody
 8     else on behalf of Suffolk Asphalt call you at
 9     that number?
10              A        No.
11              Q        Do you always get your messages?
12              A        Yes.
13              Q        And Pioneer Asphalt called you
14     before Suffolk Asphalt called you; is that
15     correct?
16                       MR. McNAMARA:  Objection.
17              A        I went -- he didn't call me.
18     Louie didn't call me and Pioneer called me to
19     offer me the job.  And they told me that
20     tomorrow, being the next day, that I could start
21     working, so I went the next day to start
22     working.
23                       I was working with Pioneer for
24     about half a year when I saw Louie at the
25     restaurant, the restaurant Hooters, and he asked
```

1                        C. Escalante Vargas

2    me why I hadn't come, and I said that I was

3    waiting for him to call, and he said that he

4    lost the number, but the company doors are

5    always open whenever you want to come back.

6          Q       He said that to you?

7          A       Yes.

8          Q       Did you believe him when he said

9    that?

10         A       Well, as long as I have my job,

11   that is what he told me.  He tells me that he

12   offered the job and I don't have a job, then I

13   will return with him.  I came here to work.

14         Q       Do you have any reason to doubt

15   Mr. Vecchia's honesty?

16         A       Not only because -- only in the

17   sense that not only one time did I tell it to

18   him that the hours weren't being paid and that

19   we had a problem with that, that other people

20   were also complaining about that.

21         Q       Were there ever any times that you

22   worked for Suffolk Asphalt where you just didn't

23   show up to work?

24         A       No.

25         Q       What about the day that the

37

    1                    C. Escalante Vargas

    2    complaint was served?

    3        A      Yes.  We put the claim in.  I

    4    don't know who started this, but when the

    5    complaint was put in -- I mean, it was said

    6    this, everybody was complaining about it, it

    7    wasn't just that the hours weren't being paid.

    8        Q      But the day that the complaint was

    9    filed or served, didn't you fail to show up to

   10    work?

   11        A      No, I didn't go to work.  That is

   12    when I was sick.

   13        Q      So in December, that is when you

   14    were sick, when you stopped working for Suffolk

   15    Asphalt?

   16        A      Uh-huh, yes.

   17        Q      You weren't fired from Suffolk

   18    Asphalt?

   19        A      No.

   20        Q      You weren't retaliated against at

   21    all for filing a complaint; is that correct?

   22        A      No.

   23        Q      Now, when you worked for Suffolk

   24    Paving, did you receive a check for every week

   25    you worked?

1                    C. Escalante Vargas

2          A       Yes.

3          Q       And did you ever receive cash when

4    you worked for Suffolk Paving?

5          A       Sometimes.

6          Q       Now, on the weeks that you

7    received cash --

8                  MR. VECCHIA:   Sometimes?

9          Q       Did you receive cash frequently

10   from Suffolk Paving?

11         A       Sometimes, when we worked a

12   Saturday.

13                 MR. VECCHIA:   That's it?

14         A       And sometimes he would pay us some

15   hours of overtime.

16         Q       When you worked on private jobs,

17   you received some cash, right?

18         A       Sometimes.

19         Q       Now, when you received cash, you

20   received the cash, in addition to your

21   paychecks, correct?

22         A       Yes.

23         Q       So on the times that you got

24   checks, you got paid both in check and cash?

25         A       Yes.

```
 1                  C. Escalante Vargas

 2        Q      Do you remember how much cash you

 3   would receive?

 4        A      Sometimes it was $200 for the day.

 5        Q      Sometimes it was more than that,

 6   right?

 7        A      Yes, sometimes.

 8        Q      Now, whenever you got a paycheck,

 9   that paycheck came with a stub; is that correct?

10        A      Yes.

11        Q      And that stub indicated the hours

12   you were getting paid for; is that correct?

13        A      Yes.

14        Q      And that stub always indicated all

15   your hours, correct?

16        A      The forty hours that were worked

17   and every once in awhile when they paid the

18   overtime.

19        Q      So those stubs always indicated

20   the hours that you worked, and if you worked

21   overtime, it would indicate the overtime that

22   you were paid, correct; yes or no?

23               MR. McNAMARA:  Objection.

24        Q      You can answer.

25        A      He always would markdown the
```

1                              C. Escalante Vargas

2      hours, the forty hours, and one hour or another

3      hour that he paid overtime, and then when he

4      gave the cash, it came there too in an envelope

5      separate.

6           Q      No, listen to what I am saying.

7                  Every paycheck that you received

8      from Suffolk Paving had a pay stub attached to

9      it, correct?

10          A      Yes.

11          Q      And that stub indicated the hours

12     that you worked for that week, correct?

13          A      Yes, the forty hours.

14          Q      And if you got paid overtime, that

15     would be reflected on that stub, as well?

16                 MR. McNAMARA:  Objection.

17          Q      Correct, yes or no?

18          A      When they were paid, yes.

19          Q      Okay.  And sometimes you worked

20     overtime and were paid cash for that overtime,

21     correct; yes or no?

22          A      Sometimes, yes.

23          Q      What does "sometimes" mean; once a

24     week, twice a week?

25          A      No.  It would mean sometimes like

41

                    C. Escalante Vargas

1

2    once a week out of a month.

3            Q        So you only received cash once a

4    week?

5                     MR. McNAMARA:  Objection.

6            Q        Yes or no?

7            A        We would receive it when we worked

8    on a Saturday.

9            Q        Okay.  Did you work many

10   Saturdays?

11           A        Many times.

12           Q        And when you worked Saturdays, you

13   got paid cash, correct?

14           A        When it was for a private job,

15   yes.

16           Q        What if it was for a municipal

17   job?

18           A        It would be paid in check.

19           Q        Now, when you worked on municipal

20   jobs, how much were you paid an hour?

21           A        When we worked for Suffolk Paving,

22   it was prevailing wage.

23           Q        When you worked for Suffolk

24   Asphalt, what was it?

25           A        It was through the union, through

42

1                          C. Escalante Vargas

2      the payment of the union.

3          Q        Now, do you know if there's a

4      difference between the union wage and the

5      prevailing wage?

6          A        Yes, there's a difference.

7          Q        What is that difference?

8          A        In the union, it's thirty-four,

9      thirty-six, depending on what gets added on,

10     37.49.  Prevailing wage is like fifty-four,

11     around there.

12         Q        So you are saying that you got

13     paid less once you started doing union work than

14     when you were working at Suffolk Paving?

15         A        Not that they paid me less, but

16     those are the union rules.

17         Q        So when you worked for Suffolk

18     Asphalt, you were paid in accordance with the

19     union contract, correct?

20                  MR. McNAMARA:  Objection.

21         Q        Yes or no?

22         A        Yes, depending on the rules of the

23     union, what the payment per hour would be, yes.

24         Q        So you got what the union mandated

25     you should get; is that correct?

43

1                    C. Escalante Vargas

2          A       Correct.

3          Q       So Suffolk Asphalt paid you

4    correctly?

5          A       In the work hours of the forty

6    hours, yes.

7          Q       You worked forty hours every week,

8    correct?

9          A       No.

10          Q       You worked a minimum of forty

11   hours every week, correct?

12                  MR. McNAMARA:  Objection.

13          A       Minimum of forty.  I worked from

14   fifty to sixty hours.

15          Q       You never worked less than forty

16   hours, though, correct?

17          A       Only when it rained, then we

18   didn't work.

19          Q       Also, at the beginning of the

20   season and the end of the season, correct?

21          A       Yes, when it rained, at the

22   beginning of the season, at the end of the

23   season.  When it rained, we couldn't work.

24          Q       When did you become a member of

25   the union?

44

```
 1                    C. Escalante Vargas
 2          A        July 12th of 2007.
 3          Q        Who paid your union initiation
 4     fees?
 5          A        Louie gave us to join the union.
 6          Q        How much did he give you?
 7          A        $700-something.  I don't remember
 8     very well.
 9          Q        He paid that for you?
10          A        Yes.
11          Q        Did you ever thank him for it?
12          A        No, only once.  He always joked
13     with us and I was working on the streets, but I
14     didn't have the union.  In a certain way, he had
15     put me in charge like to keep an eye on the
16     other people.
17          Q        I just asked you if you thanked
18     him for the $700 initiation fee; yes or no?
19          A        That time, yes, the day after,
20     yes.
21          Q        Did you buy him a cup of coffee?
22          A        No.
23          Q        Maybe a fruit basket?
24          A        No.
25          Q        An egg sandwich?
```

45

                    C. Escalante Vargas

1

2       A       No.

3       Q       Why not?

4       A       Sometimes it was --

5       Q       It was what?

6       A       Sometimes he would ask us if we
7   wanted something.

8       Q       But I thought you said that you
9   paid your own way all the time.

10      A       Yes, well, of course, I always.  I
11  always worked.  When people offered me
12  something, I would say no.

13      Q       If somebody was going to give you
14  something for free, you were going to take it,
15  right?

16      A       Depending on the person.

17      Q       You were happy that Louie put you
18  in the union, correct?

19      A       Yes.  The first time I said no, I
20  didn't want to be in the union.

21      Q       Why?

22      A       I didn't want to be in the union.

23      Q       Why?

24      A       I don't know.  I didn't want to be
25  there.

46

                    C. Escalante Vargas

1

2        Q        Now, do you know if the prevailing

3    wage rates are set by the union rates?

4        A        I don't know that.  I don't know

5    that.

6        Q        Do you know if there is any

7    difference between the prevailing wage and the

8    union rates?

9        A        Yes, there's a difference.

10       Q        What is the difference?

11       A        The difference is that prevailing

12   wage pays more.

13       Q        Does it pay more, or do you get

14   more in your paycheck?

15       A        When it's prevailing wage, it pays

16   more.

17       Q        Do you know if it costs the

18   employer any more to pay prevailing wage or to

19   pay union wages?

20       A        In certain ways, if he pays, he

21   has to pay me and the union, where prevailing

22   wage is only one payment.

23       Q        Right.  So he has to make the

24   supplemental benefit payments to the union on

25   your behalf instead of paying them directly to

47

1                        C. Escalante Vargas

2     you.

3                        MR. McNAMARA:  Objection.

4          Q      Correct?

5          A      Yes.

6          Q      You don't like that, because you

7     would rather get that money in your pocket,

8     correct?

9                        MR. McNAMARA:  Objection.

10         Q      Yes or no?

11         A      Depends on the job.

12         Q      When I ask you a question that

13    ends with a yes or no, you have to answer the

14    question yes or no.

15                       MR. McNAMARA:  Objection.

16         Q      Just with a yes or no.  Okay?

17         A      Yes.  But when it's something --

18         Q      I don't want the but something.  I

19    just want the yes or no.  You have an attorney

20    here who can help you explain things in the

21    appropriate place.

22                       Do you understand that?

23         A      Yes.

24         Q      It's his job to explain.  It's

25    your job just to answer my questions.

48

1                    C. Escalante Vargas

2        A        Okay.

3        Q        So when you worked for Suffolk

4    Paving, how much did they pay you an hour?

5        A        For Suffolk Paving, it was

6    different rates.

7        Q        Okay.  What were the different

8    rates and the years in which you earned them?

9        A        He paid me when I first started,

10   $165 a day.  Then, $175.

11       Q        Continue.

12       A        Then, $200, then $240.  Then,

13   after is when I went into Suffolk Asphalt

14   Corporation where the pay was $34.88.

15       Q        $34.88 an hour?

16       A        Yes.

17       Q        That is what you were paid for

18   each hour of work, correct?

19       A        Yes.

20       Q        When you worked at Suffolk Paving,

21   did you ever do any prevailing wage work?

22       A        Yes.

23       Q        When you did prevailing wage work,

24   you were paid prevailing wage rates, correct?

25       A        Yes.  That is why I left in 2004

```
 1                    C. Escalante Vargas
 2    when they didn't pay me prevailing wage.
 3          Q      Well, they didn't pay you
 4    prevailing wage when you weren't working on
 5    prevailing wage jobs, correct?
 6          A      In December, it was prevailing
 7    wage rates job, and I made a claim to Dominick
 8    Testa and they didn't pay it to me.  And that's
 9    when I left, knowing that I was going to be
10    losing my unemployment, because I knew if I
11    left, I would be losing my unemployment.
12          Q      What was the job that you worked
13    on that you believe was prevailing wage?
14          A      In a certain way, I don't
15    remember.
16          Q      Do you remember at all?
17          A      I don't remember where it was, but
18    I remember that it was prevailing wage job and
19    that's why I made a claim to Dominick.  That's
20    why I left.  It was the 15th of December, the
21    season is going to end.  If I leave, then I know
22    that I can't get my unemployment, because I am
23    the one who is going to be leaving then.
24          Q      So did you quit December 15th?
25          A      Yes, of December of 2004.
```

                        C. Escalante Vargas

1

2        Q        You quit?

3        A        Yes.

4        Q        Because you believe you worked

5   prevailing wage hours and weren't paid

6   prevailing wage, correct?

7        A        Yes.

8        Q        How many hours -- hey, hey --

9        A        Everybody else got prevailing

10  wage.

11       Q        Just answer the questions that I

12  ask you, nothing else.

13                Do you understand?

14       A        Okay, yes.

15       Q        Are we clear?

16       A        Yes.

17       Q        How many hours do you believe you

18  worked prevailing wage work and didn't get paid

19  in 2004?

20       A        Those hours, it was eight hours.

21       Q        So there were eight hours.  What

22  day did you work these hours?

23       A        I don't remember.  It was 2004.

24  That's a long time ago.

25       Q        But you do remember it was eight

                              C. Escalante Vargas

1

2    hours?

3          A       Yes, because everybody else got

4    paid for them and not me.

5          Q       But you have no idea what job or

6    what day?

7                  MR. McNAMARA:  Objection.

8          A       I don't remember.  It's 2004.  We

9    are talking about a lot of years.

10         Q       Is there anything that can help

11   you remember; yes or no?

12         A       No.

13         Q       So in 2004, you believe you worked

14   eight hours somewhere at some time that you

15   shouldn't gotten paid prevailing wage rates for?

16                 MR. McNAMARA:  Objection.

17         Q       Is that correct?

18         A       Yes.

19         Q       And if I wanted to look into it to

20   help you to determine whether or not you should

21   have gotten paid prevailing wage rates, you

22   can't point me in the right direction to even

23   start to look into this, can you?

24                 MR. McNAMARA:  Objection.

25         Q       Yes or no?  Yes or no?

1                    C. Escalante Vargas

2          A      Yes.

3          Q      Okay.  You are not giving me much

4     to help you with here.  Do you know that; yes or

5     no, yes or no?

6          A      Yes.

7                 MR. ZABELL:  We are going to go

8            off the record now.

9                 (Whereupon, a discussion was held

10           off the record.)

11                (At this time a break was taken

12           from 11:17 a.m. until 11:32 a.m.)

13                MR. ZABELL:  Back on the record.

14         Q      In 2004, you quit Suffolk Paving

15    because you thought that you were owed eight

16    hours of prevailing wage pay, correct?

17         A      Yes.

18         Q      But you don't remember the job

19    that you worked on?

20         A      No.

21         Q      Or the day that you worked on it,

22    correct?

23         A      Yes -- no.

24         Q      Yes or no?  Yes or no, just one or

25    the other?

53

1                    C. Escalante Vargas

2        A        I don't remember.

3        Q        You have no idea now what job it

4   was or what day it was?

5        A        No.

6        Q        But then, you went back to work

7   for Suffolk Paving in 2006, correct?

8        A        Yes.

9        Q        They paid you correctly in 2006,

10  correct?

11       A        Yes, my normal hours.

12       Q        So up to 2006, you're only

13  claiming that you were underpaid for eight hours

14  of pay, correct?

15                MR. McNAMARA:  Objection.

16       A        No, because they were still owing

17  me overtime hours.

18       Q        For what days?

19       A        Well, it was almost every week.

20       Q        How many hours?

21       A        It was almost every week.

22       Q        Just give me the number.

23       A        Eight hours, ten hours, twelve

24  hours, eight hours, ten hours.

25       Q        You don't know for sure, do you?

54

```
 1                    C. Escalante Vargas

 2                    MR. McNAMARA:  Objection.

 3          A        Different weeks, so it's

 4    different.

 5          Q        So you don't know exactly how many

 6    hours you're claiming today, correct?

 7                    MR. McNAMARA:  Objection.

 8          Q        Yes or no?  You can swing your

 9    chair all you want.  We know that you get

10    nervous.  Just yes or no?  You don't know.  Yes

11    or no?

12                    MR. McNAMARA:  Objection.

13          A        I know the hours.

14          Q        Yes or no?

15          A        No.

16          Q        That's fine.  Just be honest with

17    us.

18                    Did you ever borrow money from

19    Louis Vecchia; yes or no?

20                    MR. McNAMARA:  Objection.

21          A        One time in --

22          Q        Yes or no?

23          A        Yes, he let me borrow.  In 2001,

24    2002, I don't remember.  He let me borrow some

25    money and I paid him back.
```

55

                         C. Escalante Vargas

1

2        Q       Do you owe Louis Vecchia money

3    now?

4        A       No.

5        Q       Are you sure?

6                MR. McNAMARA:  Objection.

7        A       Sure.

8        Q       So if you actually do owe Louis

9    Vecchia money now, you would be lying, correct?

10               MR. McNAMARA:  Objection.

11       A       Exactly.  I know that Louie gave

12   me some money in a check, but I didn't ask him

13   for it.

14       Q       So he gave you more money than you

15   were entitled to; yes or no?

16       A       No, that money Renato asked him

17   for, not I.

18       Q       Did you ever borrow $2,000 from

19   Louis Vecchia?

20       A       Yes, from Renato, not mine.

21       Q       Did you ever borrow $2,000 from

22   Suffolk Asphalt Corp.?

23       A       No.

24       Q       Do you know that there's a

25   judgment from the Suffolk County District Court,

                           C. Escalante Vargas

1

2    Fifth District Court saying that you owe Suffolk

3    Asphalt Corp. $2,000; yes or no, yes or no?

4         A      That money, I didn't borrow.

5         Q      Yes or no?

6         A      I didn't borrow.  Renato did.

7         Q      So Renato borrowed the money, you

8    didn't get the money?

9         A      Yes.  Renato talked to him and he

10   gave it to me.

11        Q      So you got $2,000 from Suffolk

12   Asphalt Corp.  What did you do with that money?

13        A      It's Renato's, not mine.

14        Q      Did you get the money?

15        A      But it's not mine.  It's not mine.

16        Q      I am going to show you an order of

17   the Court.  We are going to identify it as

18   Defendants' Exhibit 2 with today's date.

19               (A one-page document was marked as

20          Defendants' Exhibit 2 for identification,

21          as of this date.)

22        Q      Take a look at that document.

23   (Handing.)

24        A      (Reviewing document.)

25        Q      This is an order of the Court,

57

                        C. Escalante Vargas

1

2    which indicates that you owe over $2,000 to

3    Suffolk Asphalt Corp.

4              Are you aware of that; yes or no?

5         A    Why do I owe them?  Why do I owe

6    them?

7         Q    Because the Court says you owe it

8    to them.

9         A    I am not the one that took it,

10   Renato.

11        Q    But you never fought it, did you?

12   You never fought this?

13        A    Why is it?

14        Q    Because you were lazy.  That's

15   why.

16             MR. McNAMARA:  Objection.

17        A    Lazy, why?

18        Q    I don't know why you were lazy.

19        A    But it's money that I didn't take.

20        Q    It's between you and your maker.

21        A    I did not take that money.

22        Q    Where are you currently working --

23   hey, hey --

24        A    Renato --

25        Q    Answer the questions and only the

58

```
 1                    C. Escalante Vargas

 2   questions.

 3                    MR. McNAMARA:  Objection.

 4        Q        Are you capable of doing that

 5   today; yes or no?

 6        A        Let me explain.

 7        Q        No.  I have no interest in your

 8   explanations.  All I want are answers to the

 9   questions I ask.  If you want to explain

10   something, then, you explain it to Patrick

11   during a break.  That's what you pay him for.

12                    Do you understand that?

13        A        Okay, yes.

14        Q        You received $2,000 from Suffolk

15   Asphalt, correct?

16        A        Yes.

17        Q        Did you ever pay Suffolk Asphalt

18   that $2,000 back; yes or no?

19        A        No.

20        Q        Okay.  Where are you currently

21   working?

22        A        Pioneer Asphalt.

23        Q        So if I needed to garnish your

24   wages, I should send this judgment to Pioneer;

25   is that correct?
```

```
 1                    C. Escalante Vargas

 2                    MR. McNAMARA:  Objection.

 3          A         Why?  I am not the one that owes

 4     it to him.

 5          Q         The Court says something very

 6     different.

 7          A         Then I will take it out from

 8     Renato.

 9          Q         That's fine.  So Renato owes Louis

10     Vecchia the money?

11          A         Correct.  He knows that.

12          Q         The Court says that you owe it.

13     If you think that Renato owes it, that is

14     between you and Renato.  And I understand why

15     you might be angry with him.

16          A         So then why did -- if the money

17     was asked by Renato, I didn't ask him for it.

18          Q         But the money was taken by you,

19     given to you, and not repaid by you?

20                    MR. McNAMARA:  Objection.

21          Q         You can laugh.  I understand.  I

22     understand your frustration.  Renato may have

23     put you into this position, but that is between

24     you and Renato.

25          A         Yes, but --
```

60

1                      C. Escalante Vargas

2            Q       Just because you owe him money

3     doesn't make you a bad person.  I understand

4     that.  Louie says when you came to work, you

5     were a very hard worker and an honorable person.

6     I just want you to be honorable here today.

7            A       Okay.

8            Q       You knew about this judgment,

9     correct?

10           A       From the Court?

11           Q       Yes.

12           A       That, no.  Somebody spoke to me

13    about the $2,000, but the conversation was cut

14    off.  They spoke in English and I didn't

15    understand and that was it.

16           Q       Did the lawyers tell you that you

17    were being sued?

18           A       No.  What I knew was that Edwin

19    told me that Louie was going to sue me and I

20    told him that it shouldn't be me, because the

21    money was for Renato.

22           Q       Did Lauren Goldberg or Ian

23    Wallace, your lawyers, ever provide you with a

24    copy of the lawsuit that was filed against you?

25                   MR. McNAMARA:  Objection.

```
 1                    C. Escalante Vargas

 2         A      That I have a piece of paper, no.

 3         Q      Do you remember them ever talking

 4    to you about it?  Because it sounds like it

 5    might be malpractice on their part.

 6                 MR. McNAMARA:  Objection.

 7         A      But that doesn't have any interest

 8    to me.  Because if I have to pay it, Renato has

 9    to pay me for it.

10         Q      I am letting you know now that you

11    do have to pay this.  If you don't pay it

12    voluntarily, then we are going to have to seize

13    your bank account or contact your current

14    employer --

15                 MR. McNAMARA:  Objection.

16         Q      -- to freeze your wages.

17                 MR. McNAMARA:  Objection.

18         Q      Do you want to resolve this before

19    we have to do that?  Because we don't want to

20    hurt you that way.

21                 MR. McNAMARA:  Objection.

22         A      I don't like to be irresponsible.

23    If I have to pay that money, I will pay it

24    simply, but Renato has to pay me, because he is

25    really the one that owes it.  It's not me.
```

62

1                    C. Escalante Vargas

2         Q       That's fine.  You do have to pay

3    that money.  Patrick will tell you.

4                    MR. McNAMARA:  Objection.

5         A       Okay.

6         Q       So do you want to make

7    arrangements to pay it now?

8                    MR. McNAMARA:  Objection.

9         A       No.  Because I have to speak to

10   Renato.

11        Q       Renato didn't tell you about this

12   at all?

13        A       He only said that he had spoken

14   here about that money, because I said to him

15   that he was responsible for that money.

16        Q       That you borrowed on his behalf?

17        A       No, I didn't take it, borrow.  He

18   had let him borrow it, and I was just the middle

19   person.

20        Q       Did you ever borrow any other

21   money, other than this money?

22        A       Only what I told you before, in

23   2002, that he let me borrow, and I paid it

24   through him through my paychecks.

25        Q       How much did you borrow from him

63

                           C. Escalante Vargas

1
2      in 2002?

3           A       I don't remember well, if it was

4      $1,000 or $2,000.  But every week, I would come

5      and pay him cash.

6           Q       And that was -- you paid him what

7      you owed him, and that was it, right?

8           A       Yes, that's it.

9           Q       And he was fair with you on that?

10          A       At the moment, when I asked him,

11     let me borrow it.  I said, okay, this is the way

12     that I am going to pay him and I paid him the

13     way that I was going to pay him, because I don't

14     like to keep things that are not mine.

15          Q       What did you use that money for?

16          A       I needed it to send to my country.

17          Q       Why?

18          A       To make payments over there.

19          Q       Make payments on what?

20          A       Expenses, house expenses and

21     stuff.

22          Q       And he was nice enough to lend you

23     that money?

24          A       Yes, he let me borrow it.  He

25     didn't have any objection.

64

                        C. Escalante Vargas

1

2       Q       Did he charge you interest?

3       A       No.

4       Q       So he was very nice and decent to

5    you?

6       A       Yes.

7       Q       He was always good to you,

8    correct?

9       A       Yes.

10      Q       Always fair and honest and decent,

11   correct?

12      A       Yes.

13      Q       Did he ever lie to you?

14      A       Not I know, because the truth is I

15   don't understand English.

16              MR. VECCHIA:  Oh, gee, thanks.

17      Q       So if he did lie to you, you don't

18   know?

19      A       Yeah, exactly.

20      Q       Did he ever try to steal from you?

21      A       To steal like this, like to take

22   out my money or things like that, I don't think.

23      Q       So the answer to my question is,

24   no, he never tried to steal from you?

25      A       If it's talking about things like

1                    C. Escalante Vargas

2    that, no.  But the only place that he failed,

3    it's in the hours of working that he didn't pay.

4         Q      Now, other than the eight hours of

5    prevailing wage that you believe you are

6    entitled to, you don't believe you're entitled

7    to any additional prevailing wage hours, do you?

8         A      No.

9         Q      So as you are sitting here today,

10   you only believe that Suffolk Asphalt or Suffolk

11   Paving only owes you the difference between

12   eight hours of regular pay and eight hours of

13   prevailing wage pay, correct?

14        A      Suffolk Paving is one thing and

15   Suffolk Asphalt is another.

16        Q      Okay.  So Suffolk Paving only owes

17   you the difference between eight hours of

18   regular pay and eight hours of prevailing wage

19   pay?

20        A      In between eight to ten hours

21   difference.  It's different for Suffolk Asphalt

22   Corporation.

23        Q      I didn't get there yet.  Slow

24   down.

25               So that is all you are claiming

1                    C. Escalante Vargas

2    for Suffolk Paving, correct?

3         A     Yes.  Because we worked fifty

4    hours and after fifty hours, we would charge

5    overtime.

6         Q     Now, do you know who owns or owned

7    Suffolk Paving when you worked for them?

8         A     Louie.

9         Q     Was he the only owner?

10        A     That I knew.

11        Q     Do you have any reason to believe

12   there were any other owners?

13        A     I don't know if his wife, Helene.

14        Q     So you have no specific knowledge

15   of the owners?

16        A     Okay.  Because we don't have the

17   way to get passed the office to find out who the

18   owners are, so we just know who is in the front.

19        Q     So you have no reason to believe

20   that anybody owns Suffolk Paving, other than

21   Louis Vecchia, correct?

22        A     Yes, correct.  I don't know.

23        Q     Do you know who owns Suffolk

24   Asphalt?

25        A     I know that Lou Vecchia is the

1                    C. Escalante Vargas

2    owner, but I know that Chris represents the

3    company.  He is the new president.

4            Q       Do you have any reason to believe

5    that there are any other owners, other than --

6    if there are any owners, other than Lou Vecchia

7    or Chris Vecchia of Suffolk Asphalt?

8            A       No.

9            Q       So we were just talking about the

10   ownership of Suffolk Asphalt.  I believe you

11   testified that you have no reason to believe

12   there are any other owners, other than Louis

13   Vecchia and Christopher Vecchia of Suffolk

14   Asphalt; is that correct?

15           A       Yes.

16           Q       I believe you testified earlier

17   that with every paycheck that you got from

18   Suffolk Asphalt, there was a pay stub, correct?

19           A       Yes.

20           Q       Those pay stubs indicated the

21   hours that you worked on them, correct?

22           A       Of the ones, yes.

23           Q       That was the same for Suffolk

24   Paving, correct; yes or no?

25           A       Yes.

C. Escalante Vargas

1

2      Q      That was for every week that you
3      worked; yes or no?

4      A      Yes, but --

5      Q      So your answer is yes?

6      A      Yes, but every week, you didn't
7      work the same hours.

8      Q      Right.  And your checks indicated
9      different hours for each week, correct?

10     A      Yes.

11     Q      Because some weeks you would work
12     more hours and some weeks you would work less
13     hours, correct?

14     A      Yes.

15     Q      Okay.  Now, when you joined the
16     union, you understood that your hourly rate was
17     going to be dictated by the contract between the
18     union and Suffolk Asphalt, correct?

19     A      Yes.

20     Q      Do you know what that contract
21     says?

22     A      We received a contract later.  In
23     2009, we received a contract.  The contract is
24     the little book that we get that we had to go
25     get.

69

1              C. Escalante Vargas

2      Q       So you got your contract?

3      A       Yes.

4      Q       Yes or no, yes or no?

5      A       Yes, the book that we went to pick

6  up.  The contract with Louie --

7      Q       Stop already.  Just answer the

8  questions.  Do you understand?

9      A       Yes.

10     Q       Are you capable of just answering

11 the questions now, or do you want to take a

12 break?

13     A       No, no break.  I'm fine.

14     Q       Are you sure?

15     A       Yes.

16     Q       Because you seem like you just

17 want to talk and talk.

18     A       Yes.  Because if I have to defend

19 myself or I have to answer what you are asking

20 me.

21     Q       It's not your job to defend

22 yourself.  You have a lawyer here.

23     A       Yes.

24     Q       He is here to protect you.

25     A       Yes, but you are asking me.  I

70

1                    C. Escalante Vargas

2    have to answer.

3        Q      You just have to answer the

4    questions that I ask you.  Do you understand

5    that?

6        A      Yes.

7        Q      Can you just answer the questions

8    I ask you?  Are you capable of doing that?

9        A      Yes.  That's what I'm doing.

10       Q      Now, did you ever have a Suffolk

11   Asphalt vehicle?

12       A      Yes.

13       Q      When did you first get a vehicle

14   from Suffolk Asphalt?

15       A      I don't remember when.

16       Q      Was it when you first joined the

17   union?

18       A      I don't know.  Because the vehicle

19   went to -- the vehicle first went to Renato,

20   then it went to Walter, then Wayne, and then

21   Edwin and me.

22       Q      You have no idea when you got that

23   vehicle?

24       A      No.

25       Q      Who paid for the gas of that

71

1                    C. Escalante Vargas

2    vehicle?

3         A      We would fill that up at the yard.

4         Q      Did you ever use that vehicle for

5    your personal travels?

6         A      No.

7         Q      Did you drive to and from work in

8    that vehicle?

9         A      I would travel to go get Renato,

10   then to the yard, then to the house.

11        Q      Were you Renato's chauffeur?

12        A      Yes.

13        Q      Why?

14        A      Because he didn't have a license.

15   He didn't want to be driving.

16        Q      So you were helping him out by

17   driving him to work, right?

18        A      Yes.

19        Q      That was nice of you.

20        A      Because I had to get up early.

21        Q      You had to get up early for

22   Renato?

23        A      4:00, 3:30, 4:30.

24        Q      Did Renato ever pay you to drive

25   him to work?

         1                      C. Escalante Vargas

         2          A        No.

         3          Q        Do you think he should have?

         4          A        Truth, it's a favor that you do.

         5     No.

         6          Q        What time would you pick Renato

         7     up?

         8          A        Between 4:30 and 5:30, depending

         9     on the time we had to start to work, but when we

        10     had to be at the yard at 5:00 in the morning, I

        11     would pick him up at 4:30.

        12          Q        Where would you pick him up from,

        13     from a bar?

        14          A        The house.  No.

        15          Q        Tell the truth.

        16                   Did you ever pick Renato up from a

        17     bar?

        18                   MR. McNAMARA:  Objection.

        19          A        No.

        20          Q        Never?

        21          A        No.

        22          Q        Always from his house?

        23          A        Yes.

        24          Q        Where was his house located?

        25          A        He lived in Huntington, first.

1                    C. Escalante Vargas

2    Then he lived in Brentwood Road in Bay Shore.

3    Then I would pick him up around West Wood Drive.

4         Q       In what town?

5         A       What is it called?  It was always

6    in Huntington or close by.

7         Q       Was he always ready to go when you

8    showed up at his house?

9         A       No.

10        Q       Sometimes you had to wait for him?

11        A       Yes.

12        Q       What was the longest time that you

13   had to wait for him?

14        A       Forty-five minutes, an hour.

15        Q       That is not that nice of him,

16   right?

17        A       Yeah, yes.

18        Q       It's rude, right?

19        A       Yeah, that's how it is.

20        Q       He wasn't that nice to you, was

21   he?

22        A       No.

23        Q       He took advantage of you, correct?

24        A       Yes.

25        Q       Do you think that he ever took

74

1                    C. Escalante Vargas

2    advantage of Louie?

3            A       The truth is I don't know.

4            Q       What do you think?

5            A       The truth is that he didn't do his

6    job.  I don't know what they would talk.  That

7    was only between them when they spoke.  They

8    weren't going to tell me.

9            Q       Now, there was a period of time

10   where Renato left the country for awhile; is

11   that correct?

12           A       Yes.

13           Q       How many months did he leave for?

14           A       He left, as far as I can remember,

15   in January, I think.  I know he left -- I don't

16   know what month he came back, but I think he

17   came back around the middle of the year.

18           Q       Like July?

19           A       I think around there -- no, I

20   don't remember very well when he returned.

21           Q       He left to go visit his mistress

22   in Columbia, correct?

23                   MR. McNAMARA:  Objection.

24           A       Yes.

25           Q       Now, when he went to see his

                          C. Escalante Vargas

1

2    mistress in Columbia, you still had the vehicle,

3    correct?

4         A     Yes.  He always -- after a time,

5    then they told me that I had to leave it at the

6    yard.

7         Q     And sometimes you would take that

8    vehicle directly to the job sites in the

9    morning, correct?

10        A     We would leave early to go to

11   work, first, us, so we can mark lines, or

12   sometimes I would go to the yard first,

13   depending on where my job was.  I would go to

14   fill up the diesel so that I could if fill up

15   the machines and then I would swing by and pick

16   up Renato afterwards.

17        Q     So sometimes you would go directly

18   to the yard and sometimes you would go directly

19   to the job sites, correct?

20        A     That's how it is, yes.

21        Q     It's just like all the other

22   coworkers, correct?

23              MR. McNAMARA:  Objection.

24        A     The or workers went to the yard.

25        Q     None of them ever went to the job

```
 1                    C. Escalante Vargas

 2   sites directly?

 3          A       No.

 4          Q       If they said that they did, they

 5   would be lying, correct?

 6                  MR. McNAMARA:  Objection.

 7          Q       Correct; yes or no?

 8                  MR. McNAMARA:  Objection.

 9          Q       Yes or no?

10          A       When the job is near, they would

11   go there if it's near.

12          Q       Why are you unable to answer my

13   questions yes or no when I ask you them?

14          A       Because I can't answer you in a

15   yes, because sometimes they go to the job and

16   the job was just in Brentwood or Bay Shore, but

17   it was just once in awhile.  I can't say yes by

18   itself.

19                  MR. ZABELL:  Excuse me.

20                  (Whereupon, a brief recess was

21           taken at this time.)

22          Q       Listen to me.  I don't want to

23   have to keep saying this to you.  I don't care

24   how smart you think you are.  Your job here is

25   just to answer my questions.  If you are
```

                              C. Escalante Vargas
1
2    incapable of doing that, I am going to send you

3    home and bring you back another time after the

4    Court has had an opportunity to advise you just

5    to answer my questions.

6                         Do you understand that; yes or no?

7                         MR. McNAMARA:  Objection.

8         Q    Yes, you have to answer it.

9                         THE WITNESS:  Can I answer?

10        Q    Yes.

11                        MR. McNAMARA:  All he is telling

12        you to do is --

13                        MR. ZABELL:  Stop.

14        Q    Just answer the question yes or

15   no.

16        A    Yes.

17        Q    Don't get angry or frustrated.

18   It's not a big deal.  Just answer the questions.

19   Do you understand?

20        A    I'm not angry.

21        Q    You clearly are.

22        A    Sometimes I ask if I can ask

23   him --

24        Q    If he doesn't want you to answer,

25   he will take his right hand and put it on your

1              C. Escalante Vargas

2     shoulder --

3              MR. McNAMARA:  No, left hand.

4         Q     Okay?

5              MR. McNAMARA:  Most likely my

6         left.

7         Q     Are you ready to proceed?

8         A     Yes.

9         Q     Are you just going to answer the

10    questions that I ask you?

11        A     Yes.

12        Q     Okay.  So some employees would go

13    directly to the job sites in the mornings,

14    correct?

15             MR. McNAMARA:  Objection.

16        Q     Yes or no?

17        A     That's what I don't understand.

18        Q     Answer the question.  Yes or no?

19        A     Yes.

20        Q     Thank you.  You see?  That is all

21    I want.

22        A     Why is it?

23        Q     Because it's truthful and honest.

24    That's why.

25        A     But if I have to answer yes as in

1                    C. Escalante Vargas

2      general and it's not always in general.

3            Q       Answer the questions I ask you.

4      You have an attorney to help you.  Do you

5      understand?

6            A       Yes, okay.

7            Q       That's it.  I just want you to be

8      honest.

9            A       Exactly.  That is what I am trying

10     to do.

11           Q       When you worked more than forty

12     hours, what would your paycheck indicate?

13           A       For forty hours and sometimes some

14     overtime hours; two, three.  That weren't the

15     hours that we worked.

16           Q       Did your paycheck ever indicate

17     more than two or three hours of overtime?

18           A       When we worked on the Waverly and

19     Sunrise Highway, they paid me nine hours of

20     overtime.

21           Q       And that's it?

22           A       Yes.

23           Q       And you only got paid overtime

24     when you actually worked overtime, correct; yes

25     or no?

1                    C. Escalante Vargas

2          A      No.

3          Q      So there were times when you got

4    paid overtime hours when you didn't work

5    overtime; yes or no?  Yes or no?

6          A      They didn't pay me.

7          Q      You did receive overtime hours,

8    correct; yes or no?  Yes or no?

9                 MR. McNAMARA:  Objection.

10         Q      Yes or no?  Yes or no?

11                MR. McNAMARA:  Objection.

12         A      Sometimes they would pay me two or

13   three hours, but they didn't pay me the entire

14   overtime.

15         Q      Listen to me.  Your paychecks

16   would indicate that you received overtime; yes

17   or no?

18         A      Yes.

19         Q      Okay.  When you received overtime,

20   you actually worked the overtime, correct; yes

21   or no?

22         A      I worked it, yes, I worked it.

23         Q      There was never a time when you

24   did not work overtime where you received

25   overtime pay, correct; yes or no?

1                    C. Escalante Vargas

2          A       No.

3          Q       Okay.  You are entitled to

4    overtime after forty hours in a week, correct?

5          A       Yes.

6          Q       And you only want overtime for

7    hours worked over forty in a week, correct?

8          A       Yes.

9          Q       So in weeks in which you worked

10   less than forty hours, you are not entitled to

11   overtime, correct; yes or no?

12         A       In the companies --

13         Q       How about yes or no?

14         A       In the companies, regarding --

15   according to the union, if you fulfill eight

16   hours regular in a day and you do three or four

17   hours of overtime, they have to be paid, even if

18   you haven't fulfilled the forty hours of regular

19   time.

20         Q       So is that what you are suing for,

21   overtime for less than forty hours worked in a

22   week?

23                 MR. McNAMARA:  Objection.

24         A       No.  For all the time, because we

25   worked forty, fifty, sixty hours.  They had to

82

                        C. Escalante Vargas

 1

 2    pay me for the overtime and they didn't pay it.

 3         Q       Do you believe that you are

 4    entitled to overtime for hours worked over forty

 5    in a week?

 6                 MR. McNAMARA:  Objection.

 7         A       Yes.

 8         Q       That is the only reason why you

 9    are suing here today, correct?

10         A       Yes.

11         Q       And nothing else?  Just yes or no.

12         A       It's my hours.  They have to pay

13    me my hours.

14         Q       So you are only suing for hours

15    worked over forty in a week, correct?

16                 MR. McNAMARA:  Objection.

17         A       For all my hours.

18         Q       Yes or no?

19                 MR. McNAMARA:  Objection.

20         A       I am charging the hours that I

21    worked.

22         Q       You need to answer my question yes

23    or no.  When you don't answer my question yes or

24    no, you indicate to everybody here that you're

25    lying.  So just answer my questions.

1                    C. Escalante Vargas

2                    You are only suing today for hours

3      worked over forty in a week, correct?

4            A      Yes.  The hours --

5            Q      Thank you.  Then, your answer is

6      yes, correct?  Your answer is yes, correct, yes,

7      si?

8            A      Yes.

9            Q      Thank you.  Was that so difficult;

10     yes or no?  Yes or no, yes or no?

11           A      He says to me -- and they explain

12     the hours that they owe me.  After the forty,

13     that they put it in regular hours.

14           Q      Why are you having such difficulty

15     answering my questions?

16           A      Because you said to me if those

17     are the hours that I have to charge and I have

18     to say that I have to charge all the hours that

19     I worked.  The union says that they have to pay

20     the hours after eight hours on regular days, the

21     hours overtime are hours overtime even if you

22     don't reach the forty hours a week.  After the

23     forty hours, they also have to pay the overtime.

24           Q      But you are only suing for the

25     hours worked over forty hours in a week; is that

1                    C. Escalante Vargas

2    correct; yes or no?

3                    MR. McNAMARA:  Objection.

4         A       For all the hours.

5         Q       Yes or no?

6                    MR. McNAMARA:  Objection.

7         Q       Why are you refusing to answer my

8    questions?  Don't you know that only makes you

9    look like a liar?

10                   MR. McNAMARA:  Objection.

11        A       Yes.  Liar, why?

12        Q       Because you're lying?

13                   MR. McNAMARA:  Objection.

14        A       Why am I lying?

15        Q       You already testified today that

16   you are only suing for hours worked over forty

17   in a week, correct?

18        A       Fifty or sixty hours that we

19   worked, and the hours that they would put on

20   regular days because they were supposed to be

21   overtime hours.

22        Q       So from 2003 to today, what weeks

23   did you work more than forty hours?

24        A       A whole bunch of weeks.

25        Q       Identify them for me.

```
1                    C. Escalante Vargas

2        A        How can I identify them?

3        Q        You have to.  You're suing.  You

4    need to specify the specific dates.

5                 Are you not capable of doing that?

6        A        From 2003?

7        Q        2003.

8        A        Then -- how am I going to remember

9    from then to now?

10       Q        How are you going to sue from then

11   to now?

12       A        Simply because they didn't pay

13   them.

14       Q        So that's just based upon you

15   think you worked more hours and therefore, you

16   want money, right?

17                MR. McNAMARA:  Objection.

18       A        It's money.  Pay me my hours.

19   That's all.

20       Q        How many hours total?

21       A        In total, it's a bunch of hours.

22       Q        How many is a "bunch"?

23       A        I don't know how many it is.

24       Q        Do you have a specific number that

25   you think you are entitled to?
```

86

                          C. Escalante Vargas

1

2        A       It's ten to fifteen hours a week

3    that we worked overtime.  They would pay us

4    three, four hours.

5        Q       But didn't you say sometimes you

6    got paid nine hours?

7        A       When I worked at Waverly.

8        Q       Did you ever complain to the union

9    that you weren't getting paid what you were

10   supposed to?

11       A       No.

12       Q       You know that you can complain to

13   your union, correct?

14       A       Yes.  But if I put it, I also take

15   the risk that they might fire me from the job.

16       Q       The union from fire you from the

17   job?

18       A       No, not the union.  Louie.

19       Q       Did Louie ever fire you?

20       A       No.

21       Q       You keep talking, but nobody asked

22   you a question.

23       A       The same way like if I had put

24   that complaint in...

25       Q       Did you ever see Louie fire

1                    C. Escalante Vargas

2    anybody; yes or no?

3         A      Yes.

4         Q      Who did you see him fire?

5         A      Walter.

6         Q      Anybody else?

7         A      The ones he fired, he fired Edwin.

8         Q      Who else?  Who else?

9         A      Renato.

10         Q      Who else?

11         A      Those are the ones that -- those

12    with the ones that he fired.

13         Q      How did he fire Walter?

14         A      He told him that there was no more

15    work for him.

16         Q      Were you there?

17         A      Right in front there, no.

18         Q      Did you hear Louie say that to

19    Walter?

20         A      No, I didn't hear it, but he did

21    fire him.

22         Q      How do you know?

23         A      Because there -- because they

24    fired Renato and Edwin also.  I wasn't there.

25    When he fired Renato -- when he fired Walter, I

88

1                    C. Escalante Vargas

2    wasn't there, but he fired him telling him

3    because that is what we knew from all the other

4    coworkers.

5           Q      So you never saw Louie fire Edwin,

6    Walter or Renato, correct?

7           A      That I was there?

8           Q      Yes.

9           A      No, that I was there, no.

10          Q      So you never saw it?

11          A      Of what?  That he fired them?

12          Q      Yes.

13          A      No, I wasn't there, yes.

14          Q      So you don't know if he fired

15    them, only because they said that they no longer

16    worked there, correct?

17          A      No, because they said that Louie

18    fired them because there was no more work, the

19    same way with Renato.  I took Renato home.  I

20    took him to his house and then he never called

21    him back.

22          Q      You said that you saw Louie fire

23    him.

24                 MR. McNAMARA:  Objection.

25          Q      Were you lying then, or are you

1                    C. Escalante Vargas

2    lying now?

3          A      That I saw it, that I heard?  He

4    knows that I don't understand English.  So I

5    don't know what he said to him or not.  But,

6    yes, that he fired them.  Because Renato, since

7    I would drive him home, he said it to me

8    himself.  Renato came twice to the yard.  They

9    told him that there was no work, no work.

10                After, Tommy told him that there

11   was no more work for him.

12         Q      That is what Renato told you,

13   correct; yes or no?

14         A      Yes.

15         Q      Stop all the blah, blah, stop the

16   talking.  Just answer the question.  Otherwise,

17   we will be here for a very, very long time.

18   Okay?  Just so you know, when you start shaking

19   your leg like that, you are telling us all that

20   you are lying.

21                MR. McNAMARA:  Objection.

22         A      Why?

23         Q      Because you are lying.

24         A      That is my way of being.

25         Q      That is your way of lying.  We

90

1                      C. Escalante Vargas

2    know.

3                      MR. McNAMARA:  Objection.

4         Q       Don't lie.  Do you understand?

5         A       Yes, I'm telling it like it is.

6         Q       Do you want to apologize for lying

7    today?

8         A       And why?

9         Q       Because if you do something wrong

10   like that, you should apologize.

11                     MR. McNAMARA:  Objection.

12        A       But I am saying the truth.

13        Q       Except for when you are lying,

14   correct; si?

15        A       If you ask me, I will answer you.

16        Q       I just did.  Do you want to take a

17   break to gain your composure, speak to your

18   attorney, maybe?

19        A       No.

20        Q       Do you understand the difference

21   between lying and telling the truth?

22                     MR. McNAMARA:  Objection.

23        A       Of course, yes.

24        Q       So you know how to tell the truth?

25        A       Of course.

1                    C. Escalante Vargas

2         Q       And you know how to answer my

3    questions, correct?

4         A       Yes.

5         Q       You know how to answer my

6    questions without giving a whole speech?

7         A       That's how it is.

8         Q       You know how to do it, correct?

9         A       Yes.

10        Q       The woman next to you is the

11   interpreter, correct?

12        A       Yes.

13        Q       She is accurately interpreting

14   everything that I'm saying today, correct?

15        A       Yes.

16        Q       You have no issues understanding

17   her, do you?

18        A       No.

19        Q       Now, why was Renato when he was

20   fired?

21        A       Renato was at the house when he

22   called and Tommy told him that there was no more

23   work.

24        Q       Where was Edwin when Edwin was

25   fired?

1                      C. Escalante Vargas

2           A        He went to the yard.  They told

3    him that they were going to call him and that

4    was a lie.

5           Q        Were you in his house with him?

6           A        Yes.

7           Q        What were you doing with Edwin in

8    his house?

9           A        We're friends.

10          Q        Were the two of you alone?

11          A        We were there, yes, in his house.

12          Q        What were the two of you doing

13   alone in his house?

14          A        Talking.  What else would we be

15   doing?

16          Q        I don't know.  That is why I was

17   asking the question.

18                   What day were you there alone when

19   Edwin got fired?

20          A        That day, I don't remember, but

21   there, we were.

22          Q        Where was Walter when Walter got

23   fired?

24          A        Where was Walter?  No, they told

25   Walter that they didn't have any more work.

```
 1                     C. Escalante Vargas
 2      That's what they told him.
 3              Q       Do you have a bank account?
 4              A       Yes.
 5              Q       Where do you do your banking?
 6              A       Bank of America.
 7              Q       What branch?
 8              A       Any branch.
 9              Q       What branch do you usually use?
10              A       The one there, Wheeler Road.
11              Q       Wheeler Road in what town?
12              A       In Brentwood.
13              Q       How many bank accounts do you have
14      at that location?
15                      MR. McNAMARA:  Objection.
16              A       What is that for?
17              Q       So I can execute this judgment.
18                      MR. McNAMARA:  Objection.
19              A       From the Court?
20              Q       Yes.
21              A       If they tell me that I have to pay
22      that, I will either bring the money or take the
23      money.
24              Q       I don't care.  You still have to
25      tell me this information.
```

94

                        C. Escalante Vargas

1

2            MR. McNAMARA:  Objection.

3      A      Why?  It's my account.

4      Q      I know, but you have to tell me

5   that after this break.

6            (Whereupon, a brief recess was

7             taken at this time.)

8      Q      So how many bank accounts do you

9   have at Bank of America on Wheeler Road?

10     A      Only one account, a checking and

11  savings.

12     Q      So you have two accounts, not one?

13     A      Yes.

14     Q      So you lied when you said that you

15  had one account?

16           MR. McNAMARA:  Objection.

17     A      It's the account in a bank.

18     Q      So you have one checking account

19  and one savings?

20     A      Yes.

21     Q      What is your account number?

22     A      That is what I say again, why?

23     Q      So I can execute on this judgment.

24     A      If you tell me to bring you the

25  money, I will bring you the money.

95

1          C. Escalante Vargas

2          Q      That's fine, but I don't

3    necessarily believe you.  Because I'm a lawyer

4    and I'm not paid to believe anybody.

5          A      Okay.  Send me a piece of paper

6    that says that I have to pay and I will pay it

7    there.

8          Q      I just showed you a piece of paper

9    and your attorney has it.  If you give me this

10   information now, I will wait five days before I

11   attach this money from your bank account.

12              MR. McNAMARA:  Objection.

13         Q      In those five days, you can feel

14   free to bring the money to me to pay off this

15   amount.  But as we are here right now, you have

16   to provide this banking information.

17              MR. McNAMARA:  Objection.

18         Q      Your lawyer will tell you that you

19   have to provide an answer.

20         A      Okay.

21         Q      If there is something that I can

22   photocopy to make it easier, I will.

23              MR. McNAMARA:  I would like to

24         have questions regarding the witness's

25         bank accounts and answers arising

1                    C. Escalante Vargas

2            therefrom to be marked confidential

3            pursuant to the confidentiality

4            agreement.

5                    MR. ZABELL:  I have no objection

6            to that.

7            A       (Handing.)

8            Q       Do you have anything else in there

9     that indicates your bank account information?

10           A       No.  I just have the number of the

11    account.  That is my card.

12           Q       What is that?

13           A       This is where I have my account

14    number.

15           Q       Why don't you give it to me and I

16    will make a photocopy?

17                   MR. McNAMARA:  Let me see it.

18           Counsel, you can ask him his account

19           number.

20                   THE WITNESS:  I have other things

21           there.  I can't give you everything.

22           Q       What is it?

23                   MR. McNAMARA:  You can ask him

24           questions.  You can ask his account

25           number.

```
 1                     Confidential
 2        Q        Okay, give me your account number.
 3                 MR. McNAMARA:  Objection.
 4        Q        Go ahead.
 5        A        ████████████
 6        Q        May I see that just to confirm?
 7                 MR. McNAMARA:  No.
 8                 MR. ZABELL:  Counselor, I will ask
 9            you to take a look to confirm.
10                 MR. McNAMARA:  Read it back to me.
11                 MR. ZABELL:  Read it back to me
12            and I will tell you.
13                 MR. McNAMARA:  ████████████.
14        Q        That is your checking account
15   number?
16                 MR. McNAMARA:  And savings, too.
17                 MR. ZABELL:  I want the savings
18            number.
19                 MR. McNAMARA:  ████████████.
20        Q        That is your savings?
21        A        No.  That's the checking.
22        Q        So the first one you gave me was
23   your savings?
24        A        Yes, the savings.
25        Q        How much money do you have in your
```

98

```
 1                    C. Escalante Vargas
 2    savings account?
 3              MR. McNAMARA:  Objection.
 4         A    Right now, I don't have anything.
 5         Q    How much money do you have in your
 6    checking account?
 7              MR. McNAMARA:  Objection.
 8         A    Neither.  Just a couple, $50.
 9         Q    That's not much.
10              Do you have cash at home?
11              MR. McNAMARA:  Objection.
12         A    No.
13         Q    Do you have cash?
14              MR. McNAMARA:  Objection.
15         A    No.
16         Q    Do you owe a mortgage on your
17    house?
18              MR. McNAMARA:  Objection.
19         A    On Willow, no.
20         Q    So you own it outright?
21         A    Yes.
22         Q    Did you take a loan out to buy
23    your house?
24         A    Yes.
25         Q    Where is that loan through?
```

99

                    C. Escalante Vargas

1

2         A       Me.

3         Q       What bank did you take the loan

4    from?

5         A       GNC.

6         Q       How much do you owe on that house?

7         A       The house was bought at 376,

8    around there.

9         Q       How much do you owe now?

10        A       I don't know, I just pay my

11   mortgage.

12        Q       How much do you pay a month?

13                MR. McNAMARA:  Objection.

14        Q       How much?  You have to answer.

15        A       $3,400, around there -- two

16   thousand seven hundred-something, around there.

17        Q       You pay that every month?

18        A       Yes, but I don't pay it with my

19   card.

20        Q       What do you pay it with?

21        A       With the card of Joel Hernandez.

22        Q       So you use somebody else's bank

23   account?

24                MR. McNAMARA:  Objection.

25        A       He makes the payment with his

1                    C. Escalante Vargas

2   credit card.

3         Q       Why?

4         A       Because it's easier.  He makes my

5   payments and everything.

6         Q       Why does he make payments for you?

7         A       I don't waste time or anything.

8   He does it and it's easier for me.

9         Q       Does he hold your money?

10        A       I give him the money, he puts it

11  in the account and he pays the mortgage.

12        Q       What is your mortgage account

13  number?

14                MR. McNAMARA:  Objection.

15        A       I don't have it.

16                MR. ZABELL:  I am going to ask you

17            that you provide it to your attorney at

18            the conclusion of this deposition, who

19            will then turn it over to me.

20                MR. McNAMARA:  Objection.

21        Q       That will enable me to help place

22  a lien on your house for the money that you owe

23  my client.

24                MR. McNAMARA:  Objection.

25        A       I can give it to him at the time

```
 1                    C. Escalante Vargas
 2    afterwards.  I'll check at home.
 3         Q       Okay.  But I did promise you that
 4    I will wait five days --
 5                 MR. McNAMARA:  Objection.
 6         Q       -- before executing on any of this
 7    information to allow you to bring to my office
 8    the money that you owe Mr. Vecchia and Suffolk
 9    Paving.  Do you understand that?
10         A       Yes.
11         Q       Is that fair?
12         A       Yes.
13                 MR. ZABELL:  I am going to take a
14                 short break while I make a photocopy of
15                 this.
16                 (At this time a break was taken
17                 from 12:41 p.m. until 12:58 p.m.)
18                 (A one-page document was marked as
19                 Defendants' Exhibit 3 for identification,
20                 as of this date.)
21         Q       I am going to show you a document
22    identified as Defendants' Exhibit 3 with today's
23    date.
24                 Can you tell me what that document
25    is?
```

```
 1                        C. Escalante Vargas

 2          A       (Reviewing document.)

 3          Q       It's your bank card, right?  Use

 4     your words.

 5          A       Yes.

 6          Q       Remember, I agreed to give you

 7     five days to come pay that money before I

 8     attach --

 9                  MR. McNAMARA:  Objection.

10          Q       Okay?

11          A       Okay.

12          Q       You are familiar with the term

13     "GPS"?

14          A       The ones in the cars?

15          Q       Yes.

16          A       It's something to be put there so

17     that people know where they are going.

18          Q       Right.  It also tells your

19     employer where his vehicle is if you are driving

20     it, correct?

21          A       Yes.

22          Q       If you were driving a Suffolk

23     Asphalt or Suffolk Paving vehicle and there was

24     GPS installed if it, they would know where you

25     are at all times, correct?
```

1                    C. Escalante Vargas

2          A      Yes.

3          Q      So if you said that you were at a

4    location at 5:00 in the morning and you were

5    really at that location at 8:00 in the morning,

6    the GPS unit would tell us that, right?

7                 MR. McNAMARA:   Objection.

8          A      Yes.

9          Q      After you went to the shop in the

10   mornings on the occasions that you went to the

11   shop, would you ever stop off and get breakfast?

12         A      We would stop to buy coffee.

13         Q      Never egg sandwiches?

14         A      Yes, we would buy it when going to

15   the job.

16         Q      Right.  Because Renato Guerra said

17   that he loved his egg sandwiches.

18         A      Yes.

19         Q      He loved his sandwiches, right?

20         A      Yes.

21         Q      He would get egg sandwiches with

22   mayonnaise, correct?

23         A      Yes.

24         Q      Which I personally find to be

25   disgusting, but he said that he liked it.

```
 1                    C. Escalante Vargas
 2          A       That's it.
 3          Q       How do you like your egg
 4   sandwiches?
 5          A       I like Spanish food.  When I have
 6   to buy a sandwich, I like to buy a ham sandwich.
 7          Q       With mayonnaise?
 8          A       No.
 9          Q       With what type of condiment?
10          A       Salt and pepper.
11          Q       Cheese?
12          A       Yes, American.
13          Q       Go America.
14                  On a roll or a hero?
15          A       On a roll.
16          Q       Mustard?
17          A       No.
18          Q       You just eat it dry with nothing?
19          A       A little bit of ketchup.
20          Q       Was the ham Kosher?
21          A       I don't know.
22          Q       Would you ever eat that ham
23   sandwich for breakfast or just for lunch?
24          A       For breakfast.  For lunch, I would
25   buy chicken cutlet.
```

1                    C. Escalante Vargas

2         Q      You guys love the chicken cutlets?

3         A      Yes.

4         Q      So in the morning, every morning,

5    Renato would have an egg sandwich, and you would

6    either have Spanish food or a ham sandwich,

7    correct?

8         A      We would stop at the place, the

9    one place.  If it was a bodega, we would buy the

10   bodega.  And if it was a deli, we would buy the

11   sandwiches.

12        Q      For lunch, you would always eat a

13   chicken cutlet?

14        A      Not every time.  Sometimes we

15   would buy Spanish food.

16        Q      Now, the court reporter was

17   talking about Spanish food before, about a

18   burrito bar in Islip?

19              MR. ZABELL:  Right?

20              THE COURT REPORTER:  Correct.

21        Q      Are you familiar with any burrito

22   bars in Islip?

23        A      No.

24        Q      So in the morning, you take about

25   a half an hour to eat the egg sandwiches or the

                          C. Escalante Vargas

1    
2    Spanish food or the ham sandwich?

3         A     No.  It would only take about five

4    to ten minutes to buy it because then we would

5    go eating it in the truck.

6         Q     So five to ten minutes every day,

7    correct?

8         A     What?

9         Q     Are you okay?

10        A     Yes.

11        Q     Do you know the question that I

12   asked?

13        A     No.

14              MR. ZABELL:  Can I ask that it be

15         read back, please?

16              (Whereupon, the requested

17         testimony was read back by the Court

18         Reporter.)

19        A     Yes.

20        Q     And that would be after your day

21   started, correct?

22        A     Uh-huh.

23        Q     You would eat lunch every day at

24   work, correct?

25        A     Yes.

107

                    C. Escalante Vargas

1

2        Q      At lunch, it would take you about

3    an hour to eat your lunch; is that correct?

4        A      No.  Sometimes it was just that we

5    would eat and we would go right back to work.

6        Q      But you wouldn't bring your ham

7    sandwich for lunch, you would have to go buy

8    that, correct?

9        A      We would send someone to buy it.

10       Q      Who would you usually send to buy

11   it?

12       A      The one who mostly would go would

13   be Edwin.

14       Q      And Edwin would take about a half

15   an hour, forty-five minutes to get everybody's

16   meal, correct?

17       A      No.  Because sometimes the deli

18   was close.

19       Q      So then it would take a half an

20   hour, correct?

21              MR. McNAMARA:  Objection.

22       A      Between fifteen and twenty

23   minutes, it would take him.  It didn't matter

24   that he went to get the lunch, because we would

25   grab lunch at about 2:00, 2:30.

1                    C. Escalante Vargas

2          Q      And then, you would eat your lunch

3    once Edwin would get it, correct?

4          A      Yes.  When he got there, we would

5    stop, because the food was -- by the time was

6    already cold, the food was cold.

7          Q      I don't care about that.  You took

8    a break every day.

9          A      Yes.  But sometimes we would only

10   take five or ten minutes to eat and then we

11   would go back to work.

12         Q      Sometimes?

13         A      Yes.

14         Q      And this happened every day?

15         A      Yes.

16         Q      Did you ever do any side work?

17         A      No.

18         Q      Never did a driveway for a friend?

19         A      No.

20         Q      Never made a little extra money at

21   night?

22         A      No.

23         Q      Did you ever use the Suffolk

24   Asphalt or Suffolk Paving vehicle for personal

25   use?

109

1                    C. Escalante Vargas

2          A       No.

3          Q       You used it to do a favor and pick

4     up Renato, correct?

5          A       Yes, but that was work.

6          Q       It was a favor that you were doing

7     for Renato.  It wasn't work?

8          A       Yes.  But the vehicle had been

9     given to Renato, not to me.

10         Q       So Louie Vecchia didn't know that

11    you were driving the vehicle?

12         A       No, Louie did know that I drove

13    the vehicle.

14         Q       You don't expect to be paid for

15    the time that you took to pick up Renato, do

16    you?

17         A       Of course, not.

18         Q       You only want to get paid for the

19    time that you were actually working, correct?

20         A       Correct.

21         Q       The time that you showed up on the

22    job site and you were actually doing work?

23         A       Correct.

24         Q       You don't want to get paid for the

25    time that you were buying your egg sandwiches,

110

C. Escalante Vargas

1    right?

2         A      No, no.

3         Q      You are not suing for the time

4    that you took off to eat your meals, correct?

5         A      No.

6         Q      Okay.  You are only suing for the

7    time that you spent working, correct?

8         A      Correct, yes.

9         Q      Did you ever keep a diary of your

10   actual work hours; yes or no?

11        A      Sometimes I would write in a

12   notebook, but I don't have that.

13        Q      You destroyed the notebook?

14        A      No.  It got lost.

15        Q      Who lost it?

16        A      Sometimes it was there in the

17   pick-up and it got lost.

18        Q      So you lost it, correct?

19        A      Yeah, it was in the pick-up.  It

20   was there, it wasn't there.

21        Q      So other than that notebook, did

22   you keep any track of the hours that you worked;

23   yes or no?

24        A      Yes.

```
                         C. Escalante Vargas
1

2        Q       Where did you keep track of it?

3        A       In the order that I would fill it

4   and I would be the one to fill it.

5        Q       Fill what?

6        A       The hours that were given out for

7   the week, that we used to give them to Tommy.  I

8   was the one that filled them out and Renato was

9   the one that handed them in.

10       Q       Did you fill them out in English

11  or Spanish?

12       A       Only in the English -- half a

13  little bit of what I could understand.

14       Q       So you didn't understand exactly

15  what you were filling out?

16       A       No, I understood the hours, yes.

17  The time that I came in, the time I left.  And

18  the hours that I did and the hours that were

19  overtime and the hours were regular.

20       Q       I think you testified before that

21  Louis Vecchia was always good to you, correct?

22       A       Yes.

23       Q       He was always fair and honest with

24  you?

25       A       Yes, with me, at least.  He was
```

1                        C. Escalante Vargas

2    always --

3            Q        He helped you provide for your

4    family?

5            A        Through my job, yes.

6            Q        He was good, fair, honest and

7    decent, correct?

8            A        Yes.

9            Q        Do you know that you are suing his

10   wife; yes or no?

11           A        Yes, they told me.

12           Q        Why are you suing his wife?

13           A        In a certain way, it's because

14   Helene is the person who handles the papers in

15   the office.  She was the one who did the pays.

16   She was the one who kept order of what the pay

17   stubs were, pay -- because Tommy would always

18   say it's Helene.  We would ask a question of

19   Tommy and Tommy with a say it's Helene.

20           Q        So are you suing Tommy too?

21           A        Yes.  Well, Tommy, if he is on the

22   list.  I don't know, because if he is the boss,

23   I don't know what he has --

24           Q        Well, are you suing Tommy?

25           A        Yes.

                    C. Escalante Vargas

1
2       Q       No, you're not.

3       A       Well, if he is on the list --

4       Q       Why did you just testify that you
5   are suing Tommy if you don't know if you are
6   suing Tommy?  You are supposed to be smart
7   enough to say you don't know.  Are you not that
8   smart?

9       A       If he is not on the list --

10      Q       The question that I just asked
11  you:  Are you not that smart to understand the
12  questions that are being asked of you?

13              MR. McNAMARA:  Objection.

14      A       It depends on how you say it to
15  me.  Because if you are asking me about Tommy,
16  if he is part of it and I don't know, because
17  Tommy appears on the papers and the lien and I
18  don't know.  I don't know if he is included in
19  that list or not.

20      Q       Do you know you are suing Louis
21  Vecchia's son?

22      A       Yes.

23      Q       Why are you suing his son?

24      A       Because he is the president of
25  Suffolk Asphalt Corporation.

114

C. Escalante Vargas

1

2    Q    Do you know his name?

3    A    Christopher Vecchia.

4    Q    You worked every day with

5 Christopher Vecchia, didn't you?

6    A    Yes, I worked with him.

7    Q    He worked alongside of you on the

8 jobs, correct?

9    A    Yes.  And Louie said for me to

10 teach him the work.

11    Q    So every hour that you worked,

12 Christopher Vecchia worked, as well, correct?

13    A    Yes, Chris Vecchia.

14    Q    He was right there with you side

15 by side, sweating on every job, correct?

16    A    Yes, he worked with us.

17    Q    Was he a hard worker?

18    A    Not so hard, because sometimes he

19 would fall asleep.  When there wasn't, he would

20 fall asleep.

21    Q    When there wasn't what?

22    A    When the trucks weren't there.

23    Q    So he would fall asleep when there

24 was no work to be done?

25    A    Yes, sometimes, yes.

                          C. Escalante Vargas

1

2        Q        When you were waiting for trucks

3    to come, you would take lunch breaks too, right?

4        A        Sometimes, yes.  Sometimes when it

5    was 12:00, it would give us the opportunity to

6    eat lunch.  And sometimes when it was half, we

7    would just try to do other things while we

8    waited.

9        Q        And do you play soccer?

10       A        Yes.

11       Q        You like soccer a lot, right?

12       A        Yeah.

13       Q        Did you ever play soccer on a job

14   site?

15       A        Sometimes, yes.

16       Q        For how long?

17       A        For a moment while we were waiting

18   for material to arrive.

19       Q        Who brought the soccer ball?

20       A        Sometimes Nelson, sometimes

21   Renato.

22       Q        Nelson or Renato Guerra?

23       A        Yes.  Renato would bring the

24   baseball.

25       Q        Did you want to get paid for the

1                    C. Escalante Vargas

2      time that you were playing soccer and baseball?

3                    MR. VECCHIA:  It was a Phys. Ed

4           class.

5           A       No.  Because it wasn't our fault

6      that we were there not working.

7           Q       So no, you do not want to get paid

8      for that time?

9                    MR. McNAMARA:  Objection.

10          A       No.  It wasn't our fault, because

11     the material wasn't there.  It wasn't our fault

12     that the material wasn't there.

13          Q       How about instead of playing

14     soccer, how about you cleaned the trucks out

15     while you were waiting?

16                   MR. McNAMARA:  Objection.

17          Q       Why didn't you do that?

18          A       We would do it.  We would clean

19     the truck.  We would clean the heads and the

20     curbs.  There was nothing else to do, well...

21          Q       Then it was okay for you to take

22     your breaks and play soccer and baseball,

23     correct?

24                   MR. McNAMARA:  Objection.

25          Q       Yes or no?

1                    C. Escalante Vargas

2          A      If there is nothing else doing,

3    what else can we do?

4          Q      Isn't there always something to

5    do?

6          A      From the work, there was nothing

7    else there.  Everything was done.

8          Q      Can you pave in the dark?

9          A      Yes.  Sometimes we paved in the

10   dark at night.

11         Q      When?

12         A      I don't remember what days, but,

13   yes, we did pave.  Sometimes we worked until

14   9:00, 9:30 at night.

15         Q      Where did you work until 9:30 at

16   night?

17         A      I don't remember the name of the

18   street, but it was by Ronkonkoma lake.  We

19   didn't have lights, but we just had the little

20   lights that the machine has.

21         Q      When was this?

22         A      That was in -- in this -- in 2008.

23   I'm not sure.

24         Q      In 2008, you're not sure?

25         A      I'm not sure, but I do remember --

1                    C. Escalante Vargas

2    I'm not sure the name of the street, but I do

3    remember the place where it was.

4         Q      But do you remember the year that

5    it happened in?

6         A      No, I don't remember very well.

7    But I don't know if it was 2008 or another year,

8    2007.

9         Q      Do you know if you got paid

10   overtime for that?

11        A      They paid us a couple of hours,

12   but the other hours in the week that they worked

13   us, they didn't pay them complete.

14        Q      Are you saying that there were

15   prevailing wage jobs that you didn't get paid

16   regular time for?

17                MR. McNAMARA:  Objection.

18        A      That wasn't Suffolk Paving.  That

19   wasn't union.  Prevailing wage was paid by -- if

20   it was working for the state, it was prevailing

21   wage.  If it was private work, then it was

22   regular hours.

23        Q      Sir, are you saying that there

24   were jobs that you worked on at Suffolk Asphalt

25   that you didn't get paid the union rate for?

1                    C. Escalante Vargas

2        A      Yes.  They paid me but they didn't

3    pay me the overtime hours that they were

4    supposed to pay me.

5        Q      So you got paid what you were

6    supposed to get paid for all regular time hours,

7    correct?

8        A      Yes.

9        Q      So you are only looking for

10   overtime hours for Suffolk Asphalt, correct?

11       A      Yes.

12       Q      And nothing else?

13       A      And Suffolk Paving also.  It's the

14   same company.

15       Q      How do you know it's the same

16   company?

17       A      Because it's the same place.  From

18   Suffolk Paving, it went to Suffolk Asphalt,

19   working for the same company.

20       Q      Did someone force you to go from

21   one to the other?

22       A      No.

23       Q      So nobody forced you to do

24   anything, you never complained to anybody while

25   you were there, correct?

120

1                       C. Escalante Vargas

2          A      Yes.  I changed from Suffolk

3     Paving to Suffolk Asphalt because if I didn't

4     have the union, I wouldn't work.

5          Q      That was a good thing for you,

6     right?

7          A      Yes.  Because the union is

8     something different in regard to -- that it's a

9     regular pay.  Whether it's private or whether

10    it's from the State.

11         Q      Suffolk Asphalt or Suffolk Paving

12    was so bad to you that you kept coming back to

13    it for a job, correct?

14                MR. McNAMARA:  Objection.

15         Q      Yes or no?

16         A      No.

17         Q      It wasn't that bad to you?

18         A      No.

19         Q      They were good to you, right?

20         A      Yes.

21         Q      Don't you feel bad that you are

22    suing Mr. Vecchia; yes or no?

23         A      I feel bad in a certain way

24    because of the person.  But it's simply for the

25    reasons -- for the hours that he didn't pay us.

1                    C. Escalante Vargas

2          Q      So you are just suing for the

3    money, right?

4          A      Yes.  Because the same way, if he

5    ever asked me to go work with him, I would go

6    work with him, it doesn't matter.

7          Q      You would work with him tomorrow,

8    right?

9          A      Not tomorrow, because I have

10   another job right now.

11         Q      How much money do you want from

12   Mr. Vecchia?

13         A      What's just.

14         Q      How much is "just"?

15         A      What is explained in the hours

16   that was supposed to be paid, I am not going to

17   ask him more or less.

18         Q      How much?  Nobody has been able to

19   say how many hours they're owed.  How much?

20                MR. McNAMARA:  Objection.

21         Q      Tell me how many hours.

22                MR. McNAMARA:  Objection.

23         A      You have to add them all up to see

24   what the amount is.  I am not going to charge

25   him for something that he already paid me for.

```
 1                  C. Escalante Vargas

 2        Q      How much do you want?  Tell me how

 3   much you want to make this all go away.

 4        A      I can't tell you.

 5        Q      You can't tell me?

 6        A      Yes.  Because I don't have -- I

 7   don't want more, I don't want less.  I don't

 8   want more and I don't want less.

 9        Q      Tell me how much money you want

10   today.

11              MR. McNAMARA:  Objection.

12        A      I can't tell you.  Because he is

13   not going to pay more.  That wouldn't be just

14   for him, either.

15        Q      How many hours do you think you're

16   owed total?

17        A      I don't know.  I can't say.

18        Q      You have no idea how many hours

19   you believe you're owed, correct?

20        A      Correct, yes.

21        Q      You have no idea how much money

22   you believe you're owed, correct?

23        A      Correct, yes.

24        Q      You wouldn't even know how to go

25   about figuring out how many hours you're owed,
```

1                    C. Escalante Vargas

2    correct?

3         A      That's true.

4         Q      Now, did Renato ever go in to the

5    office complaining that he wasn't paid some of

6    his hours?

7         A      Yes, various times.

8         Q      Did he come out with cash after

9    that?

10        A      That I saw him, no.  But that he

11   would speak with Tommy, and Tommy would say

12   speak to Louie.  I don't know after that.

13        Q      Now, were you ever paid make up

14   hours?

15        A      What do you mean?

16        Q      Did you ever get shorted an hour

17   or two in your paycheck and then have it made up

18   in the next paycheck?

19        A      Yes, sometimes.

20        Q      So sometimes there were mistakes

21   and when there were mistakes, they were fixed,

22   correct?

23               MR. McNAMARA:  Objection.

24        A      Yes.

25        Q      Okay.  Did you ever sign a

124

1                      C. Escalante Vargas

2   document saying you were paid all your

3   appropriate wages; yes or no?

4          A       A couple of times, yes, they asked

5   us to sign a couple of papers, because if we

6   didn't sign them, we wouldn't get our check.

7          Q       You are an honest, decent person?

8          A       Yes.

9          Q       You would never lie, correct?

10         A       Correct.

11         Q       You signed those documents because

12  they were truthful and accurate, correct?

13                 MR. McNAMARA:  Objection.

14         A       That I read them, no, because they

15  were in English.

16         Q       Did you ever ask somebody to

17  translate it to you?

18         A       No, because it was in the office.

19  They wouldn't hand us our check unless we signed

20  them.

21         Q       Who didn't get their check?

22         A       Who, what?

23         Q       Did anybody not get their check?

24         A       No.  Because if you signed the

25  paper, you would get your check.

125

                        C. Escalante Vargas

1

2       Q       I want to go back to this.

3               Chris Vecchia worked alongside of

4    you, correct?

5       A       Yes, yes.

6       Q       From when to when?

7       A       In the time that Renato wasn't

8    here.

9       Q       And every hour that he worked was

10   an hour that you worked, correct?

11      A       Yes.

12      Q       So his hours should be the same as

13   your hours, correct?

14      A       No, because suddenly, he would --

15   we would -- he would -- we would fill out paper

16   and not fill his paper.

17      Q       Did you ever lie to anybody?

18      A       I don't know that there is anybody

19   who hasn't lied for one reason or another.

20   Because sometimes I think to make a woman to

21   fall in love with you, you might need to.  If

22   you are going to try to win over a woman, you

23   are not always going to tell her the truth.

24      Q       So times you lie to get what you

25   want, right?

1                    C. Escalante Vargas

2          A       No.  Because sometimes you can't

3    because a woman is not also going to believe

4    everything that you tell her.

5          Q       So if you want to sleep with a

6    woman, sometimes you lie to her, correct?

7                  MR. McNAMARA:  Objection.

8          Q       Yes, si?

9          A       Yes.

10         Q       So you will lie to get something

11   that you want, correct?

12         A       No.  Because if it's not something

13   that is just, I don't think there is any reason

14   to lie.

15         Q       You just said sometimes you will

16   lie to a woman to get her to sleep with you,

17   correct; yes or no?

18         A       Yes, but --

19         Q       Yes.  You only want to sleep with

20   her because you want to have sex, correct?

21                  MR. McNAMARA:  Objection.

22         A       Well, yes, sometimes.  That's what

23   happens with a man.

24         Q       Then, sometimes you have no

25   interest in her after you have sex with her,

127

1                     C. Escalante Vargas

2    correct?

3                     MR. McNAMARA:  Objection.

4         Q      Right?

5         A      Well, yeah, sometimes, of course.

6         Q      So you will lie to her just to

7    sleep with her, yes?

8         A      Yeah, well, that's a reason.

9         Q      You will lie to her just to get

10   something that you want, right?

11        A      Correct.

12        Q      That is not very nice to the

13   woman, is it?

14        A      It's the natural thing of a man.

15        Q      That is the only time that you

16   will lie to someone, just to sleep with them,

17   right?

18        A      Yes.

19        Q      Sometimes you've lied, other than

20   to sleep with a woman, correct?

21        A      Yes.  But regarding this in your

22   youth, sometimes you don't have an understanding

23   of what the truth is of what it is to be a

24   responsible person or a person that is

25   irresponsible.

128

1                        C. Escalante Vargas

2              Q       Are you saying sometimes you would

3       lie to your mom so she wouldn't punish you?

4              A       Well, yeah.

5              Q       And sometimes you lie as an adult

6       to get things that you want, correct?

7              A       No.  Because as an adult, now as

8       an adult, I understand the responsibility that I

9       have.

10             Q       Well, you have the responsibility

11      to tell women the truth, but you will lie to

12      them.

13                     MR. McNAMARA:  Objection.

14             A       Yeah, but with a woman, it's

15      different because it's the nature of a man.  But

16      now I don't do it anymore, because I have my

17      wife and I also have two daughters.

18             Q       When was the last time you lied to

19      a woman, other than today, obviously?

20             A       That, I don't know.  Five years.

21             Q       And how long have you been

22      married?

23                     MR. VECCHIA:  You're in trouble

24             now.

25             A       No, I have -- from '93 to now.

                                    C. Escalante Vargas

1

2       Q       So you have lied to your wife?

3       A       In that aspect, yes, because...

4       Q       Does your wife know that you lie

5   to other women to sleep with them?

6       A       No.  She would throw me out.

7       Q       Did you ever lie to a boss?

8       A       A boss?

9       Q       Yes.

10      A       Here, no.

11      Q       Anywhere.

12      A       In my country, yes.  I told my

13  boss that I wanted -- that I wanted to study,

14  and that it wasn't true.  And when I wanted to

15  study, he didn't give me the opportunity because

16  I wanted to go to the university.  Then I

17  couldn't, because he told me that the first time

18  that I had told him something that wasn't true

19  and that weighed on me, because I really did

20  want to finish my university studies.

21      Q       So is the short answer to my

22  question, yes, you have lied to your boss; yes

23  or no?

24      A       No, no.  So if it was for that, I

25  don't think that it was.  Simply because I told

1                    C. Escalante Vargas

2    him that I wanted to study and then I changed my

3    mind.

4         Q       When was the last time you went to

5    Honduras?

6                  MR. McNAMARA:  Objection.

7         A       It's been about -- in September.

8         Q       September of what year?

9         A       This year.

10        Q       And when were you in Honduras

11   before then?

12        A       I was there in January, December,

13   January, and February.

14        Q       Of what year?

15        A       Of this year.

16        Q       And did you go to Honduras in

17   2010?

18        A       Yes.

19        Q       From when?

20        A       In December till March.

21        Q       And in 2009, did you go to

22   Honduras?

23        A       No.

24        Q       In 2008, did you go to Honduras?

25        A       No.

131

```
 1                     C. Escalante Vargas

 2          Q        In 2007, did you go to Honduras?

 3          A        Yes, I think so.

 4          Q        From when to when?

 5          A        I don't remember very well, but I

 6    think it was 2007.

 7          Q        From when?  What months?

 8          A        I don't remember very well what

 9    month it was, but I did go to Honduras.

10          Q        Was it the winter months?

11          A        Umm, that, I'm not sure if it was

12    winter.  I don't remember very clear.

13          Q        We can find that out if we look at

14    your passport, correct?

15          A        Yeah.

16          Q        Do you have your passport with

17    you?

18          A        No.

19                   MR. ZABELL:  I am going to ask

20             that you provide your passport to your

21             attorney.  We are going to look at it

22             just to determine the dates that you left

23             the country.

24                   MR. McNAMARA:  Objection.

25                   MR. ZABELL:  What are you
```

132

```
 1                 C. Escalante Vargas

 2         objecting to?

 3                 MR. McNAMARA:  To the production

 4         of his passport.

 5                 MR. ZABELL:  He's here lawfully.

 6                 MR. McNAMARA:  I agree.

 7                 MR. ZABELL:  So you will provide

 8         it, correct?  Patrick?  If he doesn't

 9         remember in 2007, that is during the

10         period of time.

11                 MR. McNAMARA:  We will provide his

12         passport.

13                 MR. ZABELL:  Thank you.

14                 MR. McNAMARA:  A copy of his

15         passport.

16         Q       In 2006, did you go to Honduras?

17         A       No.

18         Q       How about in 2005?

19         A       No.

20         Q       How about in 2004?

21         A       No.

22         Q       How about 2003?

23         A       Between 2003 and 2004, yes.  But I

24    don't remember if it was towards the end or the

25    beginning of 2004 that I went.
```

```
 1                    C. Escalante Vargas

 2          Q       Did you ever receive welfare

 3   benefits?

 4          A       No.

 5          Q       Did you ever receive unemployment

 6   benefits?

 7          A       Yes.

 8          Q       Do you receive it every year from

 9   December to March?

10          A       Yes.

11          Q       Did you ever do any work between

12   December and March?

13                  MR. McNAMARA:  Objection.  I would

14              like to have all questions and answers

15              regarding --

16                  MR. ZABELL:  Not a chance in hell,

17              Patrick.

18                  MR. McNAMARA:  I want to have it

19              marked confidential.

20                  MR. ZABELL:  Why?

21                  MR. McNAMARA:  Because it's

22              something that should be marked

23              confidential.  You can object to it.

24                  MR. ZABELL:  Not a chance in hell,

25              Patrick.
```

1           C. Escalante Vargas

2                MR. McNAMARA:  Well, I am still

3           making a designation.

4                MR. ZABELL:  If you want to waste

5           your time, you can waste your time.

6                MR. McNAMARA:  I would like to

7           have questions and answers arising

8           therefrom regarding the witness's

9           unemployment and unemployment benefits to

10          be marked confidential, pursuant to the

11          confidentiality agreement.

12               MR. ZABELL:  I am going to object

13          to Patrick's attempts to seek a

14          designation of confidential for his

15          client's fraudulent acts.  There is a

16          stipulation of confidentiality where

17          Patrick may attempt, in vain, to get the

18          Court to designate the portion of this

19          incriminating testimony as confidential.

20          Q     Answer my question now.

21               MR. ZABELL:  He said uh-uh.  I'm

22          assuming that is a yes?

23          A     I don't know what the question is.

24          Q     Did you ever collected

25     unemployment between December and March?

135

1                       C. Escalante Vargas

2            A        Yes.

3            Q        In fact, every year, you have

4    collected unemployment between December and

5    March, correct?

6            A        Yes, not every year.

7            Q        What year didn't you collect?

8            A        The year that I left Louie's,

9    2005 -- no, 2004, when I left.  I didn't

10   collect.  I went to work for Pave-Co.

11           Q        Did you collect unemployment

12   benefits between 2009 and 2010?

13           A        Yes.

14           Q        That is a period of time that you

15   went to Honduras, correct?

16                    MR. McNAMARA:  Objection.

17           A        Yes.

18           Q        So you collected unemployment

19   benefits during the period of time that you were

20   unavailable to work in the United States while

21   you were in Honduras, correct?

22                    MR. McNAMARA:  Objection.

23           A        Yes, yes.

24           Q        Then, the next year, you collected

25   unemployment benefits during the period of time

1                    C. Escalante Vargas

2    that you were in Honduras again, correct?

3                    MR. McNAMARA:  Objection.

4         A    Yes.

5         Q    During the period of time when you

6    were in Honduras, you were not ready, willing,

7    and able to work in the United States; is that

8    correct?

9                    MR. McNAMARA:  Objection.

10        A    Yes.

11        Q    But yet, you certified that you

12   were in order to receive those unemployment

13   benefits.  Are you aware of that?

14                   MR. McNAMARA:  Objection.

15        A    Can you repeat the question?

16        Q    You were aware that in order to

17   receive unemployment benefits, you had to

18   certify that you were ready, willing, and able

19   to work in the United States.

20        A    Yes.

21        Q    So you lied in order to receive

22   unemployment benefits?

23                   MR. McNAMARA:  Objection.

24        Q    Correct?

25        A    Yes, I lied, but I paid my

137

1                    C. Escalante Vargas

2    penalty.

3         Q        You lied.  You lied in order to

4    get something that you want?

5                  MR. McNAMARA:  Objection.

6         A        Yes.

7         Q        Just like you would lie to a

8    mistress in order to sleep with her, correct?

9                  MR. McNAMARA:  Objection.

10        A        It's not the same, because Louie

11   would say to me that I could collect and I

12   collected.  Sometimes we worked and we worked in

13   the winter and he would pay us cash.

14        Q        So sometimes you actually worked

15   while you were collecting unemployment benefits.

16   Is that what you are saying?

17                 MR. McNAMARA:  Objection.

18        A        Yes.

19        Q        That was okay because you were

20   lying to get money, right; yes or no?

21        A        No, because I was losing money.

22        Q        When you received unemployment

23   benefits, you would lie about working and work

24   somewhere for cash, correct?

25        A        Yes, that's correct.

138

C. Escalante Vargas

1    Q    Then, when you were receiving

2    unemployment benefits, you would lie while you

3    were on vacation in Honduras, correct?

4              MR. McNAMARA:  Objection.

5    A    Yes.

6    Q    And if you wanted to sleep with a

7    woman, you would lie to her to sleep with her,

8    correct?

9              MR. McNAMARA:  Objection.

10   A    Yes, that's natural to a man to a

11   woman.

12   Q    We have established here today

13   that you would lie for sex or money, correct?

14             MR. McNAMARA:  Objection.

15   A    For money, money.

16   Q    Yes or no, yes or no?

17   A    No, I haven't lied.  Who hasn't

18   lied?

19   Q    Is your answer that you would lie

20   for sex and you would lie for money?

21             MR. McNAMARA:  Objection.

22   Q    Yes or no?

23             MR. McNAMARA:  Objection.

24   A    Yes, for sex; yes, for money.  I

                          C. Escalante Vargas

1

2    have collected because the boss has told me that

3    I had the opportunity to collect and the boss

4    has given me money when I have gone to work.

5         Q       So your answer is yes, you would

6    lie for sex and yes, you would lie for money?

7                 MR. McNAMARA:  Objection.

8         Q       Correct?

9         A       For sex, yes.

10        Q       And you would never lie for money?

11        A       For money, what I did, I lied that

12   I did unemployment.  But I paid my penalty for

13   that.

14        Q       So you would lie for sex and lie

15   for money, correct?

16                MR. McNAMARA:  Objection.

17        Q       Yes?  Just say it.  We will move

18   on.

19        A       Not for money.

20        Q       You just testified that you would

21   lie for money.

22        A       Yes, I did it, I did it.  I did it

23   without thinking what I was doing.  In a certain

24   way, if I thought thoroughly what I was doing,

25   maybe I wouldn't have done it.

1                    C. Escalante Vargas

2          Q      So when you lie with women, that,

3    you think through, but when you lie about money,

4    then you don't think through?

5                  MR. McNAMARA:  Objection.

6          Q      Right?  Yes or no?

7          A      Well, yes, of course, because I am

8    thinking if I did it with the unemployment, it

9    was because I always had it in a way that Louie

10   always gave me the opportunity to do the

11   unemployment.  Because in a certain way, he

12   didn't pay the union because it would cost him

13   more.

14         Q      But you collected unemployment

15   when you were in Honduras in 2010 and 2011 when

16   you didn't even work for him.

17         A      Yes, but I called, I called to the

18   unemployment because I hadn't spoken to Louie.

19         Q      Right.  So it wasn't Louie's fault

20   that you cheated the good people of the State of

21   New York in 2010 an 2011, right?

22         A      No, it's not his fault.

23         Q      It's not Louie's fault that you

24   lied to the good People of the State of New York

25   in 2004 and 2005?

141

C. Escalante Vargas

1

2      A      Yes.

3             MR. VECCHIA:  You can't keep

4      blaming everything on Louie.

5      Q      It's not Louie's fault that you

6  lied to unemployment, correct?

7      A      No, it's not his fault.

8      Q      It's not Louie's fault that you

9  lie to women to sleep with you?

10     A      Of course, not.

11     Q      Let me ask you a question:  Do you

12  feel guilty about lying to all these women to

13  sleep with them?

14     A      Yes.

15     Q      I don't believe you.  You don't

16  look like you look guilty at all.  You look like

17  the cat that just ate the bird.

18     A      Yes, yes, if that is how you see

19  it.

20     Q      Tell the truth.  Are you going to

21  lie to women again in your future?

22            MR. McNAMARA:  Objection.

23     A      I am not.  I have my daughters and

24  she is seventeen.  Why would I do it knowing

25  that they are also women?

```
 1                    C. Escalante Vargas

 2        Q      I am not sure what you are trying

 3   to say.  But I am not suggesting that you would

 4   lie to your daughters to sleep with them.

 5               MR. McNAMARA:  Objection.

 6        A      No.  What I am saying is that why

 7   should I keep on lying to women when my

 8   daughters are also older now and somebody else

 9   could do that to them?

10        Q      And you are not going to lie to

11   unemployment anymore, right?

12        A      Of course.

13        Q      Because you got caught, right?

14               MR. McNAMARA:  Objection.

15        A      Yes.  But -- and I paid my

16   penalty.

17        Q      But if you didn't get caught, you

18   probably would still lie to them, right?

19               MR. McNAMARA:  Objection.

20        A      No.

21        Q      How did you get caught by

22   unemployment?

23        A      Because Louie called them.

24        Q      When did Louie call them?

25               MR. VECCHIA:  It's Louie's fault
```

143

C. Escalante Vargas

1

2        for everything.

3        A        Yes, in 2010.  He said that I had

4    abandoned the work, the job.

5        Q        But in 2010 --

6                 MR. VECCHIA:  He said that he

7             collected unemployment.

8        Q        In 2010, you were already working

9    for somebody else.

10       A        Yes.  But he cut the unemployment

11   at the end of January, beginning of December.

12       Q        But from December to March, you

13   were in Honduras?

14       A        Yes.

15       Q        So if you were in Honduras from

16   December to March, you weren't entitled to

17   receive unemployment benefits, right?

18       A        Yes.

19       Q        Why is it Louie's fault that you

20   didn't get unemployment benefits from December

21   of 2009 to March of 2010?  Can you explain that

22   to me?

23       A        I received unemployment from

24   December to January, and they suspended the

25   unemployment, and then they didn't give it to me

144

1                    C. Escalante Vargas

2    anymore.

3            Q        Right.  But from December to

4    March, you were in Honduras?

5            A        Yes.

6            Q        So you shouldn't have even gotten

7    it from December, correct?

8            A        Yes.

9            Q        In December, you testified that

10    you just told somebody to tell Louie that you

11    weren't coming to work because you were sick and

12    that was it, you were done.

13            A        Yes.

14            Q        Did you ever call Louie to tell

15    Louie that you were sick, you were not coming

16    in?

17            A        No, I didn't.

18            Q        Did you ever call Tommy?

19            A        No, I didn't call him.

20            Q        Did you ever call Chris?

21            A        Neither.

22            Q        Do you think you should have?

23            A        Yes, I could have done it.

24            Q        Not could have.  Do you think you

25    should have?

C. Escalante Vargas

2      A      I should have done it because then

3  I probably would have kept on working with him.

4      Q      Right.  You are not claiming that

5  you were retaliated against by Suffolk Paving,

6  are you?

7            MR. McNAMARA:  Objection.

8      A      No.

9      Q      You are not claiming that you were

10  retaliated against by Suffolk Asphalt, are you?

11            MR. McNAMARA:  Objection.

12      A      Type of what?

13      Q      Retaliated.

14      A      Retaliated, I don't understand.

15      Q      You are not claiming that because

16  this lawsuit was filed, that you were fired,

17  correct?

18      A      No, no, no.

19      Q      If anybody said that you were,

20  they would be lying, correct?

21            MR. McNAMARA:  Objection.

22      A      Yes.

23      Q      Okay.  Did you ever see a copy of

24  the complaint that was filed in this case?

25      A      The copy of the --

146

C. Escalante Vargas

1    Q    Of the complaint that was filed
2
3    with the Court.

4    A    In a certain way, I haven't seen
5    it.

6    Q    Have you ever seen it?

7    A    No.

8    Q    So you don't know if your attorney
9    put lies in it?

10    MR. McNAMARA:  Objection.

11    A    The truth is, I don't know.  I
12    don't know.

13    Q    Do you really want to sue Louie
14    Vecchia?

15    A    Yes, for my hours that are
16    missing, for nothing else.

17    Q    But you have no idea how much?

18    A    That is the same thing.  How can I
19    say it?  It's just the hours, that's it.  I
20    don't want more and I don't want less.

21    Q    You have no idea of the jobs that
22    you worked on, right?

23    A    The jobs that we worked were for
24    various years.  I am not going to remember every
25    job we worked.

                        C. Escalante Vargas

1

2       Q       Do you remember any of them?

3       A       Yes.

4       Q       Tell me all the jobs that you

5   remember.

6       A       Waverly, Brentwood Park, Wilson,

7   Wilson Avenue, Broadway, Patricia Court, Martha

8   Park, Evergreen, Bellport, Port Jefferson,

9   Mastic Beach, Sound Beach Boulevard, Flower

10  Hill, Massapequa, Deer Avenue, in Ronkonkoma,

11  Setauket, all those places.

12      Q       Do you remember when you worked in

13  all those places?

14      A       The day, no.

15      Q       Do you remember how many days you

16  worked in each of those places?

17      A       Some one day, some two days.

18      Q       That's it?

19      A       Yes.  We would go from one street

20  to another street to another street.

21      Q       Your hours were different every

22  day you worked, correct?

23      A       For days, yes, they were

24  different.  Days that we worked twelve hours,

25  days that we worked ten hours, days that we

148

1                    C. Escalante Vargas

2    worked thirteen hours.

3         Q        And there were days that you

4    worked two hours?

5         A        No.

6         Q        There were days that you went home

7    early because of the rain, correct; yes or no?

8         A        Yes, okay, when it rained.

9         Q        There were full weeks that you

10   didn't work, correct?

11        A        Full weeks, no.

12        Q        There were some weeks that you had

13   days off in the middle of the week when there

14   was no work, correct?

15        A        Days in the middle?

16        Q        Just yes or no.

17        A        No, I don't understand the

18   question.

19        Q        There were some weeks that there

20   was not enough work for a full week, correct?

21        A        There was always work.  Even if it

22   was one or two days a week, it was only in the

23   wintertime when there was not work.

24        Q        So sometimes during the season,

25   you would only work one or two days a week,

149

```
 1                    C. Escalante Vargas
 2    correct?
 3                    MR. McNAMARA:  Objection.
 4         A     Yes, correct.
 5                    MR. ZABELL:  I am going to take a
 6          break now.
 7                    (At this time a break was taken
 8          from 2:04 p.m. until 2:19 p.m.)
 9         Q     Have you lied today?
10                    MR. McNAMARA:  Objection.
11         Q     A little bit?  You can say yes.
12                    MR. McNAMARA:  Objection.
13         A     A little bit.
14         Q     I don't want you to lie any more,
15    okay.  Okay?
16         A     Yes.
17         Q     Now, were you ever provided a copy
18    of your complaint in Spanish?
19                    MR. McNAMARA:  Objection.
20         A     Yes.
21         Q     Did you read it?
22         A     Yes, I read it a little bit.
23         Q     You didn't read the whole thing?
24         A     No.
25         Q     What little bit of it did you
```

150

1                    C. Escalante Vargas

2    read?

3           A      The front where it said who we all

4    were.

5           Q      Did you read the front where it

6    said who you were suing?

7           A      No.  All the ones that are there,

8    the names of all of us is the only thing, the

9    only thing that I read.  The rest of it, I

10   haven't read.

11          Q      Do you know the other people that

12   you are suing with?

13          A      The ones that are there; Walter,

14   Renato, Nelson.

15          Q      They are all your coworkers,

16   right?

17          A      Yes, we were, some.

18          Q      You said Renato didn't always

19   treat you nice, correct?

20          A      He sometimes -- there was a

21   certain time when we had certain problems with

22   him, but work is work.

23          Q      And sometimes he would lie to you,

24   correct?

25          A      Well, if he said them to me, I

1                          C. Escalante Vargas

2    don't know.

3            Q        Sometimes Renato wasn't 100

4    percent honest with you, correct?

5            A        Well, that is something only he

6    knows, because he was the boss.

7            Q        Renato was the boss?

8            A        Yes.

9            Q        Did Renato ever give you cash?

10           A        To me, no.

11           Q        Never?

12           A        No.

13           Q        Did you ever do work with Renato

14   on Sundays?

15           A        No.

16           Q        Did you ever do work with Renato

17   on Saturdays?

18           A        For the company, yes.

19           Q        Not for him personally?

20           A        No.

21           Q        What about Pracelis Mendez, do you

22   know him?

23           A        Yes.

24           Q        Did you ever do work with Pracelis

25   Mendez on Sundays?

152

1          C. Escalante Vargas

2     A     No.

3     Q     Did you ever do work with Pracelis

4  Mendez on Saturdays?

5     A     No.  For the company, yes.

6  Sometimes they would send me with him.

7     Q     Do you ever go to church?

8           MR. McNAMARA:  Objection.

9     A     The Catholic one.

10    Q     What Catholic one?

11    A     It's in Wyandanch.

12    Q     When was the last time you went?

13    A     About a month ago.

14    Q     Why did you go?

15          MR. McNAMARA:  Objection.

16    A     I went to listen to the word.

17    Q     Did you confess your sins when you

18  were there?

19          MR. McNAMARA:  Objection.

20    A     Sins, no.

21    Q     Do you have any sins to confess?

22          MR. McNAMARA:  Objection.

23    A     We all have.

24    Q     Do you want to confess them here

25  now?

153

1                    C. Escalante Vargas

2        A       No.

3        Q       Do you want to tell me what some

4    of those sins are?

5                MR. McNAMARA:  Objection.

6        A       No.

7        Q       These are sins, other than lying

8    to women to sleep with them?

9                MR. McNAMARA:  Objection.

10       Q       And lying to get money, right?

11       A       To get money, no.  That is why I

12   work.  That is what I get paid for.

13       Q       So you never lied to get money?

14       A       That is what I am giving you to

15   understand.

16       Q       Just answer yes or no.

17       A       For money --

18       Q       Did you ever lie to get money; yes

19   or no?

20       A       No.

21       Q       Even though you lied to

22   unemployment to get money, correct?

23               MR. McNAMARA:  Objection.

24       A       Yes, that's unemployment, but I

25   paid for it.

```
 1                      C. Escalante Vargas

 2          Q      But, wait, you lied to them in

 3   order to get money, correct?

 4                 MR. McNAMARA:  Objection.

 5          Q      Yes or no, yes or no?

 6          A      Okay, yes.

 7          Q      Okay.  That is the only people

 8   that you have ever lied to in order to get

 9   money?

10                 MR. McNAMARA:  Objection.

11          Q      You can say that you lied to other

12   people.  It's okay.  We all know the answer.

13                 MR. McNAMARA:  Objection.

14          Q      Even Patrick knows the answer.

15   You can say it.

16                 MR. McNAMARA:  Objection.

17          A      That is what happens.  You are

18   asking me.  You are saying to me.  I am trying

19   to answer you, but you are asking me questions

20   and I'm answering.

21          Q      Okay.  You've lied to get money,

22   correct?

23                 MR. McNAMARA:  Objection.

24          Q      Yes?

25          A      Well --
```

155

1                    C. Escalante Vargas

2        Q        Yes?  Just say it.

3        A        With the unemployment, I made a

4    mistake.

5        Q        You made a mistake by lying to

6    them, correct?

7        A        If it was a lie that I did?

8        Q        You lied to them.  You told them

9    that you were ready, willing, and able to work

10   when you were vacationing in Honduras, correct?

11                 MR. McNAMARA:  Objection.

12       A        Yes, correct.

13       Q        That's a lie.

14       A        Okay.

15       Q        It's only a mistake because you

16   got caught, correct?

17       A        That's what it is, yes.

18       Q        There are other lies that you need

19   to confess to.

20                 Do any of those sins involve

21   lying?

22                 MR. McNAMARA:  Objection.

23       A        The sins that I have, I think

24   those are in the personal life of a person.

25       Q        When you sue somebody, you open up

156

1                    C. Escalante Vargas

2    your personal life, so answer my question now.

3         A      Yes.

4         Q      So some of those other sins

5    involve lying?

6                    MR. McNAMARA:  Objection.

7         Q      Correct?

8         A      I am not lying the whole time.

9         Q      Not the whole time, but sometimes.

10        A      When it's -- when it's -- when you

11   try to defend yourself.

12        Q      Does your wife know that you lie

13   for money?

14        A      No.

15        Q      Does your wife know that you lie

16   to sleep with other women?

17                   MR. McNAMARA:  Objection.

18        A      No.

19        Q      Have you confessed for that?

20        A      No.

21        Q      Do you think you should?

22        A      I think that I do have to do it

23   some day.

24        Q      When do you think that day will

25   be?

157

```
 1                    C. Escalante Vargas

 2              MR. McNAMARA:  Objection.

 3         A    I don't know when, but some day it

 4    will be.

 5         Q    Maybe tomorrow?

 6         A    No.

 7         Q    You are not ready?

 8         A    No.

 9         Q    There is still more lying in you?

10         A    Lies, why?

11         Q    Just answer my question.

12         A    If I have to go confess to answer

13    you or what?

14         Q    My question was:  You still have

15    more lies in you, correct?

16         A    No, no.

17         Q    Do you want to correct your

18    answer?

19              MR. McNAMARA:  Objection.

20         A    No.

21         Q    I am going to give you a minute to

22    rethink your answer.

23              MR. McNAMARA:  Objection.

24         Q    I want you to think about it.

25              MR. McNAMARA:  Counselor, do you
```

158

```
 1                C. Escalante Vargas
 2           have any other questions?
 3                MR. ZABELL:  Yes.  I am letting
 4           him think.
 5                MR. McNAMARA:  He already told you
 6           that he doesn't want to change his
 7           answer.
 8                MR. ZABELL:  Counsel, that is
 9           called a speaking objection.  Your role
10           here is to sit there and be seen and only
11           object to the form of the question.
12           Beyond that, your role is to remain
13           silent.
14                MR. McNAMARA:  Thank you for that.
15                MR. ZABELL:  You're welcome.
16      Q    Go ahead.  You can answer now.
17      A    No.
18      Q    No, you don't want to answer?
19      A    No, the answer to the question you
20   are asking me.
21      Q    You got very quiet, all of a
22   sudden.
23      A    You say if I'm laughing, it's
24   wrong, if I'm crying, it's wrong, if I'm
25   serious, it's wrong too.
```

                          C. Escalante Vargas

1

2       Q      Are you feeling bad because of the

3  lies you told?

4       A      Why?  No, I try to say what it is.

5       Q      So you are not feeling bad about

6  the lies you told?

7              MR. McNAMARA:  Objection.

8       A      The lies, the lies in what sense?

9  If what you are asking me is what I am answering

10 you.

11      Q      The lies to your wife, the lies to

12 the other women, the lies to unemployment,

13 cheating the people of the great State of New

14 York.

15             MR. McNAMARA:  Objection.

16      Q      You don't feel bad about those

17 lies at all?

18      A      Yes, I feel bad about the lies

19 that I told my wife, but it's something between

20 my wife and myself.

21      Q      But you don't feel bad about the

22 lies that you told to the women?

23      A      Yes, I feel bad, because the women

24 deserve respect also.

25      Q      But you didn't respect them, did

1                    C. Escalante Vargas

2    you?

3                    MR. McNAMARA:  Objection.

4         A       Yes, those, I didn't respect.

5         Q       And what about the people of the

6    great State of New York?  Do you feel bad about

7    lying to them?

8         A       Yes.  That is why when they called

9    me to charge me, I accepted that they deducted

10   the money or that they charge me the money.

11        Q       Well, didn't you collect

12   unemployment benefits in September of 2011?

13        A       No.

14        Q       Did you accept any benefits when

15   you were in Honduras in September of 2011?

16        A       No.

17        Q       Just December, January, and

18   February of 2011, correct?

19                    MR. McNAMARA:  Objection.

20        A       Yes.

21        Q       You did collect unemployment

22   benefits during that period of time, right?

23                    MR. McNAMARA:  Objection.

24        A       Yes.

25        Q       But you weren't ready, willing,

161

1                    C. Escalante Vargas

2    and able to work, correct?

3           A       Yes.

4           Q       You were on vacation in Honduras?

5                   MR. McNAMARA:  Objection.

6           A       Yes.

7           Q       That is at least the second time

8    that you lied to the great People of the State

9    of New York, right?

10          A       Yes.

11          Q       New York has been pretty good to

12   you, right?

13          A       Yes.  I've been here, I've worked.

14          Q       And you've lied, you've stolen

15   benefits, right?

16          A       Yes, if I've done it.  Who hasn't

17   done it?  Not everything is -- not everything

18   always do -- we do the right thing.

19          Q       I understand that.  So not only

20   did you lie in December of 2010, you got caught

21   for that period of time and you had to pay back

22   money?

23          A       Yes.

24          Q       But then, you went ahead and did

25   it the next year too?

162

                    C. Escalante Vargas

1

2        A        Yes.  I called unemployment and I

3    collected unemployment.

4        Q        Right.

5        A        I received until February.

6        Q        When you weren't able to work,

7    right?

8        A        Exactly.

9        Q        Did you tell Lauren Goldberg and

10   Ian Wallace that you were doing that?

11               MR. McNAMARA:  Objection.

12       A        No.

13       Q        Yes?

14       A        No.

15       Q        Do they know that you did that?

16       A        No.

17       Q        Did they know that you committed

18   fraud?

19       A        No.

20       Q        You never told them that you

21   committed fraud?

22               MR. McNAMARA:  Objection.

23       A        No.

24       Q        Do you know the type of fraud that

25   you committed is punishable by prison?

163

1          C. Escalante Vargas

2               MR. McNAMARA:  Objection.

3      Q     Did you know that?

4      A     No, I don't know it.

5      Q     You understand that there are

6  ramifications for everything that you've said

7  here today?

8               MR. McNAMARA:  Objection.

9      A     Yes.

10      Q     Whether those ramifications be

11  with your wife in Honduras or the District

12  Attorney's Office here in New York; you are

13  aware of that, are you not?

14      A     I don't understand the question.

15  Can you repeat it?

16      Q     Sure.  You admitted to committing

17  fraud.  I am obligated to report that fraud.

18               MR. McNAMARA:  Objection.

19      Q     Your lawyer is obligated to report

20  that fraud, and there are ramifications for that

21  fraud.

22               MR. McNAMARA:  Objection.

23      Q     Meaning, there are penalties that

24  you are going to have to pay and a punishment

25  that you may receive.

164

1              C. Escalante Vargas

2              Have you been made aware of that?

3              MR. McNAMARA:  Objection.

4        A     No.

5        Q     And if your wife was to find out

6    about all your lies and your fraud, there will

7    be penalties to pay there, as well, correct?

8              MR. McNAMARA:  Objection.

9        A     Penalties of what?

10       Q     What will your wife do if she

11   finds out that you cheated on her?

12             MR. McNAMARA:  Objection.

13       A     I don't know what she would do.

14   If she tells me that I have to divorce, well,

15   that is what I have to do, because she would be

16   right.

17       Q     Is that what you want?

18       A     Not because of my daughters.

19       Q     But if you divorce her, you can go

20   sleep with whoever you want.

21       A     That's what I don't want now.

22       Q     Do you feel the least little bit

23   guilty for what you have done?

24             MR. McNAMARA:  Objection.

25       Q     For the lying, the stealing, the

165

                          C. Escalante Vargas

1

2    cheating; no?

3          A      No.  I think that you are always

4    guilty when you, all of a sudden, you have had a

5    lot of -- really too many consequences.

6          Q      So you don't feel guilty, right?

7                 MR. McNAMARA:  Objection.

8          A      A little bit, yes.

9          Q      Just a little bit, though?

10         A      Yes.

11         Q      Do you really want to continue

12   with this lawsuit?

13                MR. McNAMARA:  Objection.

14         A      Yes.

15         Q      Just because you might get money,

16   right?

17                MR. McNAMARA:  Objection.

18         A      And if I don't get any money, it's

19   the same thing to me.

20         Q      You took a shot, right?

21                MR. McNAMARA:  Objection.

22         A      That's how it is.

23         Q      Just like lying to a woman, right?

24                MR. McNAMARA:  Objection.

25         Q      You took a shot, maybe you'll get

166

1                    C. Escalante Vargas

2    lucky, maybe you won't?

3                    MR. McNAMARA:  Objection.

4         Q       You never know unless you put it

5    out there, right?  Right?  You can say yes.

6         A       Yes, that's correct.

7         Q       Just like lying to unemployment?

8    You take a shot, maybe you'll get caught, maybe

9    you won't, but you are going to take a shot

10   anyway.

11                   MR. McNAMARA:  Objection.

12        Q       Yes or no?

13        A       That I am going to do it again?  I

14   don't think so, because I am learning the

15   consequences that I have, so I don't think so.

16        Q       But instead, it's okay that you

17   sue a good man who helped you and help provide

18   for your family, who treated you fairly and

19   honestly, but you are going to take a shot,

20   because whatever money he has, you want?

21                   MR. McNAMARA:  Objection.

22        Q       Right?

23        A       No.

24        Q       But that is exactly what you are

25   doing, isn't it; yes or no?

1                    C. Escalante Vargas

2                    MR. McNAMARA:  Objection.

3         Q        Yes or no?

4         A        No.

5         Q        The money that he has in his

6    pocket, you want, right?

7                    MR. McNAMARA:  Objection.

8         Q        Yes or no?

9         A        The hours that he owes me, yes.

10        Q        But you have no idea what those

11   hours are or even if they exist, correct?

12                   MR. McNAMARA:  Objection.

13        Q        Correct?

14        A        No.  The hours that he owes me has

15   to be accountability and he would have to know.

16        Q        You have to know.  The burden is

17   yours.

18                   Who is going to believe a liar, a

19   cheat?

20                   MR. McNAMARA:  Objection.

21        Q        And a thief?

22                   MR. McNAMARA:  Objection.

23        Q        Do you understand that?

24        A        Yes.  If -- if this -- if it comes

25   to that he has to pay the hours and he doesn't

168

```
 1                    C. Escalante Vargas
 2     pay them, I don't care.  It's the same thing to
 3     me.  What do I mean?  I mean, at least now, we
 4     know that he was failing in not paying the
 5     hours.  And that is money that comes out or
 6     doesn't come out, it's the same to me.  Because
 7     I've worked and I've done something with what
 8     I've worked.  I have been able to do something
 9     in my country.
10          Q     That thing that you've done in
11     your country is just sleep with other women,
12     correct?
13               MR. McNAMARA:  Objection.
14          A     No.
15          Q     This is only about sleeping with
16     other people and stealing money, correct?
17               MR. McNAMARA:  Objection.
18          A     I haven't always been lying to a
19     woman.  I also haven't been stealing.  In my
20     country, I have done my own things with the
21     money that I have earned here.
22          Q     So you only steal in this country?
23          A     When have I stolen?  I haven't
24     stolen.  With unemployment, if I made a mistake,
25     I did it and I accept it.
```

169

1                    C. Escalante Vargas

2         Q      You made a mistake, you accept it,

3    but you did it again the next year?

4                    MR. McNAMARA:  Objection.

5         Q      Let's be honest with each other.

6    You're a liar, you're a thief, you're a cheat,

7    and you are only here because the money he has

8    in your pocket, you want.

9                    MR. McNAMARA:  Objection.

10        Q      Right?

11        A      No, no.

12        Q      Stop it.  Now we all know you are

13   lying.  Here is a man that treated you nicely,

14   he treated you fairly, he treated you honestly

15   and decently.  You drag him in here, because

16   what he has in his pocket, you want.

17                   MR. McNAMARA:  Objection.

18        Q      And you sue his wife and his son.

19   How decent are you?

20                   MR. McNAMARA:  Objection.

21        Q      How decent are you, sir?

22                   MR. McNAMARA:  Objection.

23        A      I feel normal.  I feel normal.

24   Like I said it to you, if he pays money or not,

25   it's the same thing to me.  It's the same thing

170

1                        C. Escalante Vargas

2    to me.  I am still going to be the same person.

3    I am still going to keep working so that I can

4    support my family.

5         Q      You are still going to be the same

6    liar, cheating thief?

7                   MR. McNAMARA:  Objection.

8         A      Okay.

9         Q      Right, okay?

10         A      Okay, if you say so.  If you say

11    so, then you can say that.

12         Q      I do say so.

13         A      I do know who I am.

14         Q      I do say so.  You agree with me,

15    correct?

16         A      No, I am not in agreement with

17    you.

18         Q      You already testified that you are

19    a liar, a cheater, and a thief.  You already

20    testified to that.

21         A      If you say so, then you can keep

22    that.

23         Q      No, I say you say so.  That is

24    what you said.

25         A      No, you are the one saying it.  I

1                    C. Escalante Vargas

2    have not answered that.

3         Q       Sure, you did.  You can deny it

4    now, but you did say it.

5                  MR. McNAMARA:  Objection.

6         Q       Did you ever go into the office at

7    Suffolk Asphalt?

8         A       Yes, I went.

9         Q       Did you ever go into the office at

10   Suffolk Paving?

11        A       Yes.

12        Q       I am going to show you a document

13   identified as Exhibit 5.  (Handing.)

14        A       (Reviewing document.)

15        Q       Have you ever seen that document

16   before?

17        A       No.

18        Q       That is a picture of the bulletin

19   board that's there, is it not?

20        A       I don't know.

21                (Continued on next page.)

22

23

24

25

172

1                    C. Escalante Vargas

2          Q      You don't know, okay, I'll take

3     that back.

4          A      I haven't seen it.

5                 MR. ZABELL:  Sir, I am letting you

6          know that I hope your daughters never

7          meet a man like you.

8                 MR. McNAMARA:  Objection,

9          Counselor.

10                MR. ZABELL:  I am going to ask

11         that you leave my office right now.  I am

12         not even going to allow you to take the

13         cookies.

14                THE WITNESS:  Okay.

15                (Time Noted:  2:50 p.m.)

16

17

18

19

20

21

22

23

24

25

173

1

2             A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK  )

5                          :ss

6    COUNTY OF          )

7

8         I, CARLOS ALBERTO ESCALANTE VARGAS s/h/a

9    CARLOS ESCALANTE, hereby certify that I have read the

10   transcript of my testimony taken under oath in

11   my deposition of October 29, 2011; that the

12   transcript is a true and complete record of my

13   testimony, and that the answers on the record as

14   given by me are true and correct.

15

16

17              _____

18              CARLOS ALBERTO ESCALANTE VARGAS

19              s/h/a CARLOS ESCALANTE

20

21   Signed and subscribed to before me this

22   _____ day of _____, 2011.

23

24   _____

25   Notary Public, State of New York

174

1

2                    LITIGATION SUPPORT INDEX

3

4    WITNESS                EXAMINATION BY          PAGE

5    Carlos Alberto Escalante Vargas

6                         Mr. Zabell                   4

7

8

9             REQUEST FOR PRODUCTION OF DOCUMENTS

10   DESCRIPTION                              PAGE

11   Production of mortgage account number      100

12   Production of passport                     131

13

14                        EXHIBITS

15   DEFENDANTS'

16   EXHIBIT              DESCRIPTION           PAGE

17   1        Document consisting of a copy of
             Mr. Escalante Vargas' license        5
18
     2        One-page document                   56
19
     3        One-page document                  101
20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4          I, JAIME DOCHTERMANN, a shorthand

5     reporter and Notary Public within and for

6     the State of New York, do hereby certify:

7          That the witness(es) whose testimony

8     is herein before set forth was duly sworn

9     by me, and the foregoing transcript is a

10    true record of the testimony given by such

11    witness(es).

12         I further certify that I am not

13    related to any of the parties to this

14    action by blood or marriage, and that I am

15    in no way interested in the outcome of this

16    matter.

17

18

19         _____

20              JAIME DOCHTERMANN

21

22

23

24

25

176

1

2                        ERRATA SHEET

3          I wish to make the following changes for

4     the following reasons:

5     PAGE LINE

6     ____ ___ CHANGE:_____

7              REASON:_____

8     ____ ___ CHANGE:_____

9              REASON:_____

10    ____ ___ CHANGE:_____

11             REASON:_____

12    ____ ___ CHANGE:_____

13             REASON:_____

14    ____ ___ CHANGE:_____

15             REASON:_____

16    ____ ___ CHANGE:_____

17             REASON:_____

18    ____ ___ CHANGE:_____

19             REASON:_____

20    ____ ___ CHANGE:_____

21             REASON:_____

22    ____ ___ CHANGE:_____

23             REASON:_____

24    ____ ___ CHANGE:_____

25             REASON:_____

## $

**$1,000** [1] - 63:4
**$165** [1] - 48:10
**$175** [1] - 48:10
**$2,000** [9] - 55:18, 55:21, 56:3, 56:11, 57:2, 58:14, 58:18, 60:13, 63:4
**$200** [2] - 39:4, 48:12
**$240** [1] - 48:12
**$3,400** [1] - 99:15
**$34.88** [2] - 48:14, 48:15
**$50** [1] - 98:8
**$700** [1] - 44:18

## '

**'93** [1] - 128:25
**'97** [1] - 24:2

## 0

**09-CV-5331** [1] - 1:9

## 1

**1** [3] - 6:2, 6:9, 174:17
**1-5** [1] - 1:11
**100** [2] - 151:3, 174:11
**10017** [2] - 2:5, 2:14
**101** [1] - 174:19
**10:05** [2] - 1:14, 4:22
**11704** [1] - 2:10
**11716** [1] - 2:19
**11722** [1] - 4:18
**11:17** [1] - 52:12
**11:32** [1] - 52:12
**11th** [2] - 32:5, 32:6
**12:00** [1] - 115:5
**12:41** [1] - 101:17
**12:58** [1] - 101:17
**12th** [3] - 32:8, 32:11, 44:2
**131** [1] - 174:12
**15th** [1] - 29:2, 49:20, 49:24
**16th** [1] - 29:7
**1993** [1] - 12:10

## 2

**2** [3] - 56:18, 56:20,

174:18
**2001** [7] - 24:5, 24:7, 24:17, 24:20, 24:23, 25:3, 54:23
**2002** [6] - 24:25, 25:3, 26:18, 54:24, 62:23, 63:2
**2003** [11] - 26:19, 26:22, 26:24, 26:25, 27:3, 27:9, 84:22, 85:6, 85:7, 132:22, 132:23
**2004** [20] - 27:7, 27:9, 28:3, 28:5, 28:23, 29:2, 29:7, 29:8, 48:25, 49:25, 50:19, 50:23, 51:8, 51:13, 52:14, 132:20, 132:23, 132:25, 135:9, 140:25
**2005** [7] - 28:14, 28:24, 29:6, 29:11, 132:18, 135:9, 140:25
**2006** [10] - 29:21, 29:22, 30:5, 31:3, 32:4, 53:7, 53:9, 53:12, 132:16
**2007** [9] - 32:5, 32:7, 32:8, 32:11, 44:2, 118:8, 131:2, 131:6, 132:9
**2008** [4] - 117:22, 117:24, 118:7, 130:24
**2009** [8] - 32:12, 32:14, 32:18, 32:25, 68:23, 130:21, 135:12, 143:21
**2010** [12] - 33:3, 33:19, 34:6, 130:17, 135:12, 140:15, 140:21, 143:3, 143:5, 143:8, 143:21, 161:20
**2011** [8] - 1:14, 140:15, 140:21, 160:12, 160:15, 160:18, 173:11, 173:22
**23rd** [2] - 29:24, 31:3
**25th** [1] - 34:8
**29** [2] - 1:14, 173:11
**29th** [1] - 23:7
**2:00** [1] - 107:25
**2:04** [1] - 149:8
**2:19** [1] - 149:8
**2:30** [1] - 107:25
**2:50** [1] - 172:15

## 3

**3** [3] - 101:19, 101:22, 174:19
**31** [1] - 1:21
**31st** [2] - 24:25, 25:3
**37.49** [1] - 42:10
**376** [1] - 99:7
**3:30** [1] - 71:23

## 4

**4** [1] - 174:6
**4875** [2] - 1:15, 2:18
**4:00** [1] - 71:23
**4:30** [3] - 71:23, 72:8, 72:11

## 5

**5** [2] - 171:13, 174:17
**50** [3] - 4:17, 7:10, 7:11
**501** [2] - 2:5, 2:14
**56** [1] - 174:18
**5:00** [2] - 72:10, 103:4
**5:30** [1] - 72:8

## 6

**631-365-7863** [1] - 35:3

## 7

**700-something** [1] - 44:7

## 8

**868** [1] - 2:9
**8:00** [1] - 103:5

## 9

**9511053383** [1] - 97:19
**9511057341** [2] - 97:5, 97:13
**9:00** [3] - 4:24, 5:3, 117:14
**9:30** [2] - 117:14, 117:15
**9th** [4] - 32:12,

32:13, 32:18, 32:25

## A

**a.m** [3] - 1:14, 52:12
**abandoned** [1] - 143:4
**ability** [1] - 4:6
**able** [7] - 121:18, 136:7, 136:18, 155:9, 161:2, 162:6, 168:8
**above-mentioned** [1] - 1:23
**absolutely** [1] - 25:17
**accept** [4] - 18:24, 160:14, 168:25, 169:2
**acceptable** [1] - 5:10
**accepted** [1] - 160:9
**accordance** [1] - 42:18
**according** [1] - 81:15
**account** [22] - 61:13, 93:3, 94:3, 94:10, 94:15, 94:17, 94:18, 94:21, 95:11, 96:9, 96:11, 96:13, 96:18, 96:24, 97:2, 97:14, 98:2, 98:6, 99:23, 100:11, 100:12, 174:11
**accountability** [1] - 167:15
**accounts** [4] - 93:13, 94:8, 94:12, 95:25
**accurate** [1] - 124:12
**accurately** [1] - 91:13
**acted** [1] - 31:2
**action** [1] - 175:14
**acts** [1] - 134:15
**actual** [1] - 110:11
**add** [1] - 121:23
**added** [1] - 42:9
**addition** [1] - 38:20
**additional** [1] - 65:7
**address** [1] - 4:16
**adequately** [1] - 19:11
**administer** [1] - 3:18
**admitted** [1] - 163:16
**adult** [3] - 128:5, 128:7, 128:8
**advantage** [2] - 73:23, 74:2
**advise** [1] - 77:4
**advising** [1] - 5:4
**afterwards** [2] - 75:16, 101:2

**ago** [6] - 14:10, 19:24, 20:2, 21:19, 50:24, 152:13
**agree** [2] - 132:6, 170:14
**AGREED** [3] - 3:4, 3:10, 3:15
**agreed** [1] - 102:6
**agreement** [3] - 96:4, 134:11, 170:16
**ahead** [2] - 97:4, 158:16, 161:24
**ALBERTO** [3] - 1:18, 173:8, 173:18
**Alberto** [2] - 4:15, 174:5
**alcohol** [4] - 6:20, 6:23, 7:2, 7:4
**ALEJANDRO** [1] - 1:3
**ALEX** [1] - 1:3
**allow** [2] - 101:7, 172:12
**allowed** [1] - 22:18
**almost** [2] - 53:19, 53:21
**alone** [4] - 7:22, 92:10, 92:13, 92:18
**alongside** [2] - 114:7, 125:3
**ALSO** [1] - 2:23
**AMAYA** [1] - 1:3
**America** [3] - 93:6, 94:9, 104:13
**American** [1] - 104:12
**AMIR** [1] - 1:3
**amount** [2] - 95:15, 121:24
**AND** [3] - 3:4, 3:10, 3:15
**angry** [4] - 33:5, 59:15, 77:17, 77:20
**annoyed** [1] - 30:9
**answer** [62] - 7:6, 12:18, 15:24, 16:6, 18:8, 23:11, 25:8, 25:16, 39:24, 47:13, 47:25, 50:11, 57:25, 64:23, 68:5, 69:7, 69:19, 70:2, 70:3, 70:7, 76:12, 76:14, 76:25, 77:5, 77:8, 77:9, 77:14, 77:18, 78:25, 79:3, 82:22, 82:23, 82:25, 83:5, 83:6, 84:7, 89:16, 90:15, 91:2, 91:5, 95:19, 99:14, 129:21,

134:20, 138:20, 139:5, 153:16, 154:12, 154:14, 154:19, 156:2, 157:11, 157:12, 157:18, 157:22, 158:7, 158:16, 158:18, 158:19
**answered** [1] - 171:2
**answering** [4] - 69:10, 83:15, 154:20, 159:9
**answers** [9] - 4:5, 15:4, 15:7, 17:15, 58:8, 95:25, 133:14, 134:7, 173:13
**anyway** [2] - 32:23, 166:10
**apartment** [1] - 7:15
**apologize** [4] - 18:17, 31:15, 90:6, 90:10
**apology** [2] - 18:20, 18:24
**appointment** [1] - 23:7
**appropriate** [2] - 47:21, 124:3
**April** [4] - 26:6, 26:10, 26:11, 33:20
**AREVALO** [1] - 1:4
**arising** [2] - 95:25, 134:7
**arrangements** [1] - 62:7
**arrive** [1] - 115:18
**Article** [1] - 1:21
**asleep** [3] - 114:19, 114:20, 114:23
**aspect** [1] - 129:3
**ASPHALT** [1] - 1:10
**Asphalt** [43] - 14:6, 32:9, 32:10, 32:19, 33:4, 35:8, 35:13, 35:14, 36:22, 37:15, 37:18, 41:24, 42:18, 43:3, 48:13, 55:22, 56:3, 56:12, 57:3, 58:15, 58:17, 58:22, 65:10, 65:15, 65:21, 66:24, 67:7, 67:10, 67:14, 67:18, 68:18, 70:11, 70:14, 102:23, 108:24, 113:25, 118:24, 119:10, 119:18, 120:3, 120:11, 145:10, 171:7
**asphalt** [2] - 25:20, 25:24
**ASSOCIATES** [1] -

2:17
**assumed** [1] - 15:25
**assuming** [1] - 134:22
**ate** [1] - 141:17
**attach** [2] - 95:11, 102:8
**attached** [1] - 40:8
**attempt** [1] - 134:17
**attempts** [1] - 134:13
**attorney** [10] - 17:4, 18:6, 19:5, 47:19, 79:4, 90:18, 95:9, 100:17, 131:21, 146:8
**Attorney's** [1] - 163:12
**Attorneys** [2] - 2:4, 2:18
**attorneys** [2] - 3:5, 19:16
**aunt's** [1] - 9:18
**authorized** [2] - 3:17, 13:15
**Avenue** [4] - 2:5, 2:14, 147:7, 147:10
**average** [1] - 16:19
**aware** [5] - 57:4, 136:13, 136:16, 163:13, 164:2
**awhile** [3] - 39:17, 74:10, 76:17

**B**

**Babylon** [1] - 2:10
**bad** [3] - 16:19, 60:3, 120:12, 120:17, 120:21, 120:23, 159:2, 159:5, 159:16, 159:18, 159:21, 159:23, 160:6
**ball** [2] - 30:3, 115:19
**bank** [11] - 61:13, 93:3, 93:13, 94:8, 94:17, 95:11, 95:25, 96:9, 99:3, 99:22, 102:3
**Bank** [2] - 93:6, 94:9
**banking** [2] - 93:5, 95:16
**bar** [3] - 72:13, 72:17, 105:18
**bars** [1] - 105:22
**baseball** [3] - 115:24, 116:2, 116:22
**based** [1] - 85:14
**basket** [1] - 44:23
**Bay** [2] - 73:2, 76:16
**Beach** [1] - 147:9

**because..** [1] - 129:3
**become** [1] - 43:24
**BEFORE** [1] - 1:18
**began** [1] - 4:25
**begin** [1] - 4:23
**beginning** [5] - 17:5, 43:19, 43:22, 132:25, 143:11
**behalf** [3] - 35:8, 46:25, 62:16
**behind** [1] - 30:22
**Bellport** [1] - 147:8
**benefit** [1] - 46:24
**benefits** [18] - 133:3, 133:6, 134:9, 135:12, 135:19, 135:25, 136:13, 136:17, 136:22, 137:15, 137:23, 138:3, 143:17, 143:20, 160:12, 160:14, 160:22, 161:15
**best** [1] - 4:6
**between** [20] - 3:5, 42:4, 46:7, 57:20, 59:14, 59:23, 65:11, 65:17, 65:20, 68:17, 72:8, 74:7, 90:21, 107:22, 122:23, 133:11, 134:25, 135:4, 135:12, 159:19
**beyond** [1] - 158:12
**big** [1] - 77:18
**bird** [1] - 141:17
**bit** [14] - 20:14, 20:15, 22:8, 25:11, 25:12, 104:19, 111:13, 149:11, 149:13, 149:22, 149:25, 164:22, 165:8, 165:9
**blah** [2] - 89:15
**blaming** [1] - 141:4
**blood** [1] - 175:14
**board** [1] - 171:19
**bodega** [2] - 105:9, 105:10
**Bohemia** [2] - 1:16, 2:19
**book** [2] - 68:24, 69:5
**born** [1] - 11:10
**borrow** [14] - 54:18, 54:23, 54:24, 55:18, 55:21, 56:4, 56:6, 62:17, 62:19, 62:20, 62:23, 62:25, 63:11, 63:24
**borrowed** [1] - 56:7, 62:16

**boss** [11] - 30:25, 31:23, 112:22, 129:7, 129:8, 129:13, 129:22, 139:2, 139:3, 151:6, 151:7
**bought** [1] - 99:7
**Boulevard** [1] - 147:9
**bouncing** [1] - 30:3
**boy** [1] - 8:9
**branch** [1] - 93:7, 93:8, 93:9
**break** [14] - 5:22, 16:5, 16:8, 52:11, 58:11, 69:12, 69:13, 90:17, 94:5, 101:14, 101:16, 108:8, 149:6, 149:7
**breakfast** [3] - 103:11, 104:23, 104:24
**breaks** [2] - 115:3, 116:22
**Brentwood** [4] - 73:2, 76:16, 93:12, 147:6
**brief** [3] - 5:22, 76:20, 94:6
**bring** [8] - 77:3, 93:22, 94:24, 94:25, 95:14, 101:7, 107:6, 115:23
**Broadway** [1] - 147:7
**brought** [1] - 115:19
**bulletin** [1] - 171:18
**bunch** [3] - 84:24, 85:21, 85:22
**burden** [1] - 167:16
**burrito** [1] - 105:18, 105:21
**business** [1] - 25:6
**buy** [14] - 44:21, 98:22, 103:12, 103:14, 104:6, 104:25, 105:9, 105:10, 105:15, 106:4, 107:7, 107:9, 107:10
**buying** [1] - 109:25
**BY** [4] - 2:11, 2:20, 4:11, 174:4

**C**

**capable** [4] - 58:4, 69:10, 70:8, 85:5
**card** [1] - 96:11, 99:19, 99:21, 100:2, 102:3

**care** [4] - 76:23, 93:24, 108:7, 168:2
**careful** [1] - 22:8
**Carlos** [2] - 4:15, 174:5
**CARLOS** [7] - 1:5, 1:18, 1:19, 173:8, 173:9, 173:18, 173:19
**Carolina** [2] - 9:23, 10:15
**cars** [1] - 102:14
**case** [2] - 23:11, 145:24
**Case** [1] - 1:9
**cash** [19] - 38:3, 38:7, 38:9, 38:17, 38:19, 38:20, 38:24, 39:2, 40:4, 40:20, 41:3, 41:13, 63:5, 98:10, 98:13, 123:8, 137:13, 137:24, 151:9
**CASTILLO** [1] - 1:6
**cat** [1] - 141:17
**Catholic** [2] - 152:9, 152:10
**caught** [6] - 142:13, 142:17, 142:21, 155:16, 161:20, 166:8
**caused** [1] - 5:7
**cell** [3] - 34:22, 34:25, 35:5
**Central** [2] - 4:17, 7:10
**certain** [10] - 44:14, 46:20, 49:14, 112:13, 120:23, 139:23, 140:11, 146:4, 150:21
**certificate** [2] - 12:4, 12:7
**certification** [1] - 3:7
**certified** [1] - 136:11
**certify** [1] - 136:18, 173:9, 175:6, 175:12
**chair** [2] - 22:8, 54:9
**chance** [2] - 133:16, 133:24
**CHANGE** [10] - 176:6, 176:8, 176:10, 176:12, 176:14, 176:16, 176:18, 176:20, 176:22, 176:24
**change** [2] - 158:6
**changed** [3] - 27:20, 20:2, 130:2
**changes** [1] - 176:3
**charge** [10] - 20:19, 20:20, 44:15, 64:2, 66:4, 83:17, 83:18, 121:24, 160:9, 160:10

**charged** [1] - 5:5
**charging** [1] - 82:20
**chauffeur** [1] - 71:11
**cheap** [1] - 20:12
**cheat** [2] - 167:19, 169:6
**cheated** [2] - 140:20, 164:11
**cheater** [1] - 170:19
**cheating** [3] - 159:13, 165:2, 170:6
**check** [10] - 37:24, 38:24, 41:18, 55:12, 101:2, 124:6, 124:19, 124:21, 124:23, 124:25
**checking** [5] - 94:10, 94:18, 97:14, 97:21, 98:6
**checks** [2] - 38:24, 68:8
**cheese** [1] - 104:11
**chicken** [3] - 104:25, 105:2, 105:13
**children** [5] - 8:25, 9:2, 11:16, 12:22, 21:16
**chocolate** [2] - 20:20, 20:21
**Chris** [5] - 67:2, 67:7, 114:13, 125:3, 144:20
**CHRISTOPHER** [1] - 1:11
**Christopher** [4] - 67:13, 114:3, 114:5, 114:12
**church** [1] - 152:7
**Civil** [1] - 1:21
**claim** [4] - 11:18, 37:3, 49:7, 49:19
**claiming** [6] - 53:13, 54:6, 65:25, 145:4, 145:9, 145:15
**class** [1] - 116:4
**clean** [2] - 116:18, 116:19
**cleaned** [1] - 116:14
**clear** [2] - 50:15, 131:12
**clearly** [1] - 77:21
**client** [2] - 21:13, 100:23
**client's** [1] - 134:15
**close** [2] - 73:6, 107:18
**Co** [8] - 2:9, 2:13, 26:23, 27:6, 27:19, 29:5, 29:10, 135:10
**Co-Counsel** [2] - 2:9, 2:13

**coffee** [9] - 20:9, 20:10, 20:18, 20:22, 20:25, 21:7, 21:8, 44:21, 103:12
**cold** [4] - 25:23, 26:2, 108:6
**collect** [7] - 135:7, 135:10, 135:11, 137:11, 139:3, 160:11, 160:21
**collected** [2] - 134:24, 135:4, 135:18, 135:24, 137:12, 139:2, 140:14, 143:7, 162:3
**collecting** [1] - 137:15
**Columbia** [2] - 74:22, 75:2
**coming** [4] - 23:6, 120:12, 144:11, 144:15
**committed** [3] - 162:17, 162:21, 162:25
**committing** [1] - 163:16
**companies** [3] - 27:3, 81:12, 81:14
**company** [8] - 24:19, 36:4, 67:3, 119:14, 119:16, 119:19, 151:18, 152:5
**complain** [2] - 86:8, 86:12
**complained** [1] - 119:24
**complaining** [3] - 36:20, 37:6, 123:5
**complaint** [8] - 37:2, 37:5, 37:8, 37:21, 86:24, 145:24, 146:2, 149:18
**complete** [2] - 118:13, 173:12
**composure** [1] - 90:17
**conclusion** [1] - 100:18
**condiment** [1] - 104:9
**confess** [5] - 152:17, 152:21, 152:24, 155:19, 157:12
**confessed** [1] - 156:19
**confidential** [6] - 96:2, 133:19, 133:23, 134:10, 134:14, 134:19

**confidentiality** [3] - 96:3, 134:11, 134:16
**confirm** [2] - 97:6, 97:9
**Connor** [1] - 2:24
**consequences** [3] - 15:13, 165:5, 166:15
**consider** [2] - 11:25, 16:18
**consisting** [2] - 5:24, 174:17
**contact** [1] - 61:13
**continue** [5] - 8:8, 8:10, 23:8, 48:11, 165:11
**continued** [1] - 171:21
**contract** [8] - 42:19, 68:17, 68:20, 68:22, 68:23, 69:2, 69:6
**Contracting** [1] - 26:21
**conversation** [1] - 60:13
**cookies** [4] - 21:9, 21:13, 28:22, 172:13
**copy** [7] - 5:24, 60:24, 132:14, 145:23, 145:25, 149:17, 174:17
**Corp** [4] - 55:22, 56:3, 56:12, 57:3
**CORP** [1] - 1:10
**Corporation** [4] - 32:9, 48:14, 65:22, 113:25
**correct** [198] - 11:11, 22:21, 25:24, 26:3, 26:10, 26:14, 27:19, 27:24, 28:9, 28:12, 32:20, 32:25, 33:23, 35:15, 37:21, 38:21, 39:9, 39:12, 39:15, 39:22, 40:9, 40:12, 40:17, 40:21, 41:13, 42:19, 42:25, 43:2, 43:8, 43:11, 43:16, 43:20, 45:18, 47:4, 47:8, 48:18, 48:24, 49:5, 50:6, 51:17, 52:16, 52:22, 53:7, 53:10, 53:14, 54:6, 55:9, 58:15, 58:25, 59:11, 60:9, 64:8, 64:11, 65:13, 66:2, 66:21, 66:22, 67:14, 67:18, 67:21, 67:24, 68:9, 68:13, 68:18, 73:23, 74:11, 74:22, 75:3, 75:9, 75:19,
**correctly** [2] - 43:4, 53:9
**cost** [1] - 140:12
**costs** [1] - 46:17
**Counsel** [2] - 2:9, 2:13

75:22, 76:5, 76:7, 78:14, 79:24, 80:8, 80:20, 80:25, 81:4, 81:7, 81:11, 82:9, 82:15, 83:3, 83:6, 84:2, 84:17, 86:13, 88:6, 88:16, 89:13, 90:14, 91:3, 91:8, 91:11, 91:14, 102:20, 102:25, 103:22, 105:7, 105:20, 106:7, 106:21, 106:24, 107:3, 107:8, 107:16, 107:20, 108:3, 109:4, 109:19, 109:20, 109:23, 110:5, 110:8, 110:9, 110:19, 111:21, 112:7, 114:8, 114:12, 114:15, 116:23, 119:7, 119:10, 119:25, 120:13, 122:19, 122:20, 122:22, 122:23, 123:2, 123:22, 124:9, 124:10, 124:12, 125:4, 125:10, 125:13, 126:6, 126:11, 126:17, 126:20, 127:2, 127:11, 127:20, 128:6, 131:14, 132:8, 135:5, 135:15, 135:21, 136:2, 136:8, 136:24, 137:8, 137:24, 137:25, 138:4, 138:9, 138:14, 139:8, 139:15, 141:6, 144:7, 145:17, 145:20, 147:22, 148:7, 148:10, 148:14, 148:20, 149:2, 149:4, 150:19, 150:24, 151:4, 153:22, 154:3, 154:22, 155:6, 155:10, 155:12, 155:16, 156:7, 157:15, 157:17, 160:18, 161:2, 164:7, 166:6, 167:11, 167:13, 168:12, 168:16, 170:15, 173:14

**counsel** [5] - 5:4, 19:2, 19:11, 96:18, 158:8
**counselor** [1] - 157:25
**Counselor** [3] - 5:10, 97:8, 172:9
**country** [11] - 8:17, 8:18, 10:5, 63:16, 74:10, 129:12, 131:23, 168:9, 168:11, 168:20, 168:22
**COUNTY** [1] - 173:6
**County** [1] - 55:25
**couple** [5] - 14:10, 98:8, 118:11, 124:4, 124:5
**course** [9] - 34:5, 45:10, 90:23, 90:25, 109:17, 127:5, 140:7, 141:10, 142:12
**Court** [14] - 3:20, 55:25, 56:2, 56:17, 56:25, 57:7, 59:5, 59:12, 60:10, 77:4, 93:19, 106:17, 134:18, 146:3
**court** [2] - 105:16, 147:7
**COURT** [2] - 1:2, 105:20
**cousin** [8] - 8:5, 8:6, 9:5, 9:6, 9:7, 9:25, 12:21, 13:21
**cousin's** [2] - 13:22, 21:16
**cousins** [6] - 8:3, 8:4, 9:16, 10:18, 13:3
**Cove** [2] - 20:3, 20:4
**coworkers** [3] - 75:22, 88:4, 150:15
**credit** [1] - 100:2
**criminal** [2] - 15:13
**crying** [1] - 158:24
**cup** [1] - 44:21
**curbs** [1] - 116:20
**current** [2] - 4:16, 61:13
**cut** [2] - 60:13, 143:10
**cutlet** [2] - 104:25, 105:13
**cutlets** [1] - 105:2

**D**

**dark** [2] - 117:8, 117:10

**date** [6] - 6:3, 6:9, 56:18, 56:21, 101:20, 101:23

**dates** [2] - 85:4, 131:22

**daughter** [14] - 9:4, 9:8, 9:13, 9:16, 9:18, 9:19, 9:20, 9:21, 10:14, 10:20, 10:21, 11:2, 11:3, 11:4

**daughters** [10] - 8:7, 9:3, 11:10, 11:17, 128:17, 141:23, 142:4, 142:8, 164:18, 172:6

**days** [22] - 14:10, 30:21, 53:18, 83:20, 84:20, 95:10, 95:13, 101:4, 102:7, 117:12, 147:15, 147:17, 147:23, 147:24, 147:25, 148:3, 148:6, 148:13, 148:15, 148:22, 148:25

**deal** [1] - 77:18

**December** [31] - 24:25, 25:3, 26:8, 26:17, 28:25, 29:7, 32:12, 32:13, 32:18, 32:24, 37:13, 49:6, 49:20, 49:24, 49:25, 130:12, 130:20, 133:9, 133:12, 134:25, 135:4, 143:11, 143:12, 143:16, 143:20, 143:24, 144:3, 144:7, 144:9, 160:17, 161:20

**decent** [6] - 64:4, 64:10, 112:7, 124:7, 169:19, 169:21

**decently** [1] - 169:15

**deducted** [1] - 160:9

**Deer** [1] - 147:10

**defend** [3] - 69:18, 69:21, 156:11

**Defendant's** [1] - 6:2

**Defendants** [3] - 1:12, 1:20, 2:18

**DEFENDANTS'** [1] - 174:15

**Defendants'** [5] - 6:8, 56:18, 56:20, 101:19, 101:22

**delay** [1] - 5:7

**deli** [2] - 105:10, 107:17

**deny** [1] - 171:3

**deposed** [2] - 14:7, 14:9

**deposition** [15] - 3:16, 14:13, 14:15, 14:18, 14:21, 16:11, 17:2, 17:5, 17:15, 17:16, 18:6, 21:12, 21:22, 100:18, 173:11

**DESCRIPTION** [2] - 174:10, 174:16

**deserve** [1] - 159:24

**designate** [1] - 134:18

**designation** [2] - 134:3, 134:14

**destroyed** [1] - 110:14

**determine** [2] - 51:20, 131:22

**diary** [1] - 110:10

**dictated** [1] - 68:17

**diesel** [1] - 75:14

**difference** [11] - 42:4, 42:6, 42:7, 46:7, 46:9, 46:10, 46:11, 65:11, 65:17, 65:21, 90:20

**different** [12] - 27:2, 48:6, 48:7, 54:3, 54:4, 59:6, 65:21, 68:9, 120:8, 128:15, 147:21, 147:24

**difficult** [1] - 83:9

**difficulty** [1] - 83:14

**direction** [1] - 51:22

**directly** [6] - 46:25, 75:8, 75:17, 75:18, 76:2, 78:13

**discuss** [1] - 23:3

**discussed** [1] - 23:13

**discussion** [1] - 52:9

**disgusting** [1] - 103:25

**DISTRICT** [2] - 1:2, 1:2

**District** [3] - 55:25, 56:2, 163:11

**divorce** [2] - 164:14, 164:19

**DOCHTERMANN** [2] - 175:4, 175:20

**Dochtermann** [1] - 1:24

**Document** [1] - 174:17

**document** [17] - 5:24, 6:8, 6:10, 6:11, 56:19, 56:22, 56:24, 101:18, 101:21, 101:24, 102:2, 124:2, 171:12, 171:14,

171:15, 174:18, 174:19

**documents** [2] - 21:18, 124:11

**DOCUMENTS** [1] - 174:9

**DOES** [1] - 1:11

**Dominick** [3] - 29:4, 49:7, 49:19

**done** [12] - 114:24, 117:7, 139:25, 144:12, 144:23, 145:2, 161:16, 161:17, 164:23, 168:7, 168:10, 168:20

**doors** [1] - 36:4

**doubt** [1] - 36:14

**down** [3] - 17:21, 26:14, 65:24

**drag** [1] - 169:15

**drink** [3] - 6:24, 20:25, 21:2

**Drive** [1] - 73:3

**drive** [4] - 34:11, 71:7, 71:24, 89:7

**driveway** [1] - 108:18

**driving** [5] - 71:15, 71:17, 102:19, 102:22, 109:11

**drop** [1] - 21:7

**drove** [1] - 109:12

**drugs** [1] - 6:20

**dry** [1] - 104:18

**duly** [3] - 4:3, 4:9, 175:8

**during** [8] - 23:3, 58:11, 132:9, 135:19, 135:25, 136:5, 148:24, 160:22

**E**

**early** [4] - 71:20, 71:21, 75:10, 148:7

**earned** [2] - 48:8, 168:21

**easier** [3] - 95:22, 100:4, 100:8

**East** [1] - 2:9

**EASTERN** [1] - 1:2

**eat** [12] - 21:11, 104:18, 104:22, 105:12, 105:25, 106:23, 107:3, 107:5, 108:2, 108:10, 110:5, 115:6

**eating** [1] - 106:5

**Ed** [1] - 116:3

**Edwin** [16] - 10:6,

10:8, 14:10, 32:16, 60:18, 70:21, 87:7, 87:24, 88:5, 91:24, 92:7, 92:19, 107:13, 107:14, 108:3

**EDWIN** [1] - 1:5

**effect** [1] - 3:19

**egg** [8] - 44:25, 103:13, 103:17, 103:21, 104:3, 105:5, 105:25, 109:25

**eight** [16] - 50:20, 50:21, 50:25, 51:14, 52:15, 53:13, 53:23, 53:24, 65:4, 65:12, 65:17, 65:18, 65:20, 81:15, 83:20

**either** [3] - 93:22, 105:6, 122:14

**employees** [1] - 78:12

**employer** [3] - 46:18, 61:14, 102:19

**enable** [1] - 100:21

**end** [9] - 21:12, 24:23, 24:24, 26:12, 43:20, 43:22, 49:21, 132:24, 143:11

**ends** [1] - 47:13

**English** [10] - 4:4, 4:6, 25:10, 25:11, 60:14, 64:15, 89:4, 111:10, 111:12, 124:15

**entire** [1] - 80:13

**entitled** [8] - 55:15, 65:6, 81:3, 81:10, 82:4, 85:25, 143:16

**envelope** [1] - 40:4

**ERRATA** [1] - 176:2

**ESCALANTE** [7] - 1:5, 1:19, 173:8, 173:9, 173:18, 173:19

**Escalante** [4] - 4:15, 5:25, 174:5, 174:17

**Esclanate** [7] - 5:15, 6:5, 6:6, 6:7, 6:13, 17:11, 20:17

**ESQ** [2] - 2:11, 2:20

**established** [1] - 138:13

**Evergreen** [1] - 147:8

**exactly** [7] - 54:5, 55:11, 64:19, 79:9, 111:14, 162:8, 166:24

**EXAMINATION** [3] - 1:18, 4:11, 174:4

**examined** [1] - 4:10

**except** [2] - 3:11,

90:13

**excuse** [1] - 76:19

**execute** [2] - 93:17, 94:23

**executing** [1] - 101:6

**Exhibit** [7] - 6:2, 6:9, 56:18, 56:20, 101:19, 101:22, 171:13

**EXHIBIT** [1] - 174:16

**EXHIBITS** [1] - 174:14

**exist** [1] - 167:11

**expect** [1] - 109:14

**expenses** [2] - 63:20

**explain** [7] - 47:20, 47:24, 58:6, 58:9, 58:10, 83:11, 143:21

**explained** [3] - 15:16, 16:11, 121:15

**explanations** [1] - 58:8

**extra** [1] - 108:20

**eye** [1] - 44:15

**F**

**fact** [1] - 135:3

**fail** [1] - 37:9

**failed** [1] - 65:2

**failing** [1] - 168:4

**fair** [8] - 28:11, 31:23, 33:14, 63:9, 64:10, 101:11, 111:23, 112:6

**fairly** [2] - 166:18, 169:14

**FAJARDO** [1] - 1:4

**fall** [4] - 114:19, 114:20, 114:23, 125:21

**familiar** [2] - 102:12, 105:21

**family** [9] - 7:24, 8:2, 8:6, 10:24, 10:25, 34:4, 112:4, 166:18, 170:4

**far** [2] - 8:3, 74:14

**fat** [1] - 21:14

**fault** [1] - 116:5, 116:10, 116:11, 140:19, 140:22, 140:23, 141:5, 141:7, 141:8, 142:25, 143:19

**favor** [2] - 72:4, 109:3, 109:6

**February** [3] - 130:13, 160:18, 162:5

**fee** [1] - 44:18

**fees** [1] - 44:4

**fellow** [1] - 19:8
**female** [1] - 9:5
**fifteen** [2] - 86:2, 107:22
**Fifth** [3] - 2:5, 2:14, 56:2
**fifty** [6] - 42:10, 43:14, 66:3, 66:4, 81:25, 84:18
**fifty-four** [1] - 42:10
**figuring** [1] - 122:25
**filed** [5] - 37:9, 60:24, 145:16, 145:24, 146:2
**filing** [2] - 3:6, 37:21
**fill** [9] - 71:3, 75:14, 111:3, 111:4, 111:5, 111:10, 125:15, 125:16
**filled** [1] - 111:8
**filling** [1] - 111:15
**fine** [8] - 6:15, 25:13, 34:19, 54:16, 59:9, 62:2, 69:13, 95:2
**finish** [1] - 129:20
**fire** [9] - 86:15, 86:16, 86:19, 86:25, 87:4, 87:13, 87:21, 88:5, 88:22
**fired** [18] - 30:11, 37:17, 87:7, 87:12, 87:24, 87:25, 88:2, 88:11, 88:14, 88:18, 89:6, 91:20, 91:25, 92:19, 92:23, 145:16
**first** [14] - 9:5, 18:23, 24:3, 45:19, 48:9, 70:13, 70:16, 70:19, 72:25, 75:11, 75:12, 97:22, 129:17
**five** [8] - 5:2, 73:14, 95:10, 95:13, 101:4, 102:7, 106:3, 106:6, 107:15, 108:10, 128:20
**fix** [1] - 29:4
**fixed** [1] - 123:21
**Flower** [1] - 147:9
**following** [2] - 176:3, 176:4
**follows** [1] - 4:10
**food** [7] - 104:5, 105:6, 105:15, 105:17, 106:2, 108:5, 108:6
**FOR** [1] - 174:9
**force** [2] - 3:18, 119:20
**forced** [1] - 119:23
**foregoing** [1] - 175:9

**form** [2] - 3:11, 158:11
**forth** [1] - 175:8
**forty** [27] - 39:16, 40:2, 40:13, 43:5, 43:7, 43:10, 43:13, 43:15, 73:14, 79:11, 79:13, 81:4, 81:7, 81:10, 81:18, 81:21, 81:25, 82:4, 82:15, 83:3, 83:12, 83:22, 83:23, 83:25, 84:16, 84:23, 107:15
**forty-five** [2] - 73:14, 107:15
**fought** [1] - 57:11, 57:12
**four** [5] - 27:6, 42:8, 42:10, 81:16, 86:4
**fraud** [8] - 162:18, 162:21, 162:24, 163:17, 163:20, 163:21, 164:6
**fraudulent** [1] - 134:15
**free** [3] - 20:19, 45:14, 95:14
**freeze** [1] - 61:16
**frequently** [1] - 38:9
**fresh** [1] - 21:9
**friend** [3] - 22:4, 22:21, 108:18
**friend's** [1] - 22:5
**friends** [4] - 13:3, 13:8, 13:9, 92:9
**front** [4] - 66:18, 87:17, 150:3, 150:5
**fruit** [1] - 44:23
**frustrated** [1] - 77:17
**frustration** [1] - 59:22
**fulfill** [1] - 81:15
**fulfilled** [1] - 81:18
**full** [4] - 4:13, 148:9, 148:11, 148:20
**FURTHER** [2] - 3:10, 3:15
**future** [1] - 141:21

## G

**gain** [1] - 90:17
**GALEANO** [1] - 1:5
**GARCIA** [1] - 1:4
**garnish** [1] - 58:23
**gas** [1] - 70:25
**Gate** [6] - 28:15, 28:18, 29:11, 29:12, 29:19, 30:6

**gee** [1] - 64:16
**general** [2] - 79:2
**girl** [1] - 9:12
**given** [6] - 59:19, 109:9, 111:6, 139:4, 173:14, 175:10
**Glen** [2] - 20:3, 20:4
**GNC** [1] - 99:5
**GOLDBERG** [1] - 2:4
**Goldberg** [2] - 60:22, 162:9
**goodies** [1] - 29:16
**GPS** [3] - 102:13, 102:24, 103:6
**grab** [1] - 107:25
**great** [2] - 159:13, 160:6, 161:8
**grunt** [1] - 25:9
**Guerra** [2] - 103:16, 115:22
**guess** [1] - 33:17
**guilty** [5] - 141:12, 141:16, 164:23, 165:4, 165:6
**guys** [1] - 105:2

## H

**half** [7] - 4:25, 35:24, 105:25, 107:14, 107:19, 111:12, 115:6
**ham** [6] - 104:6, 104:20, 104:22, 105:6, 106:2, 107:6
**hand** [5] - 77:25, 78:3, 124:19
**handed** [1] - 111:9
**Handing** [3] - 5:18, 56:23, 171:13
**handing** [2] - 6:9, 96:7
**handles** [1] - 112:14
**happy** [1] - 45:17
**hard** [4] - 9:10, 60:5, 114:17, 114:18
**heads** [1] - 116:19
**hear** [2] - 87:18, 87:20
**heard** [1] - 89:3
**held** [2] - 1:23, 52:9
**Helene** [4] - 66:13, 112:14, 112:18, 112:19
**HELENE** [1] - 1:11
**hell** [2] - 133:16, 133:24
**hello** [2] - 17:8, 17:9
**help** [8] - 9:22, 47:20, 51:10, 51:20,

52:4, 79:4, 100:21, 166:17
**helped** [2] - 112:3, 166:17
**helping** [1] - 71:16
**helps** [1] - 16:24
**HEREBY** [1] - 3:4
**hereby** [3] - 3:8, 173:9, 175:6
**herein** [5] - 1:20, 3:6, 4:3, 4:8, 175:8
**Hernandez** [3] - 13:23, 14:3, 99:21
**Hernandez's** [1] - 13:24
**hero** [1] - 104:14
**Highway** [3] - 1:15, 2:18, 79:19
**Hill** [1] - 147:10
**him..** [1] - 18:23
**himself** [1] - 89:8
**hire** [1] - 31:19
**hit** [1] - 22:9
**hold** [1] - 100:9
**home** [10] - 21:14, 21:15, 30:7, 30:23, 77:3, 88:19, 89:7, 98:10, 101:2, 148:6
**Honduras** [25] - 8:19, 11:13, 11:20, 12:8, 130:5, 130:10, 130:16, 130:22, 130:24, 131:2, 131:9, 132:16, 135:15, 135:21, 136:2, 136:6, 138:4, 140:15, 143:13, 143:15, 144:4, 155:10, 160:15, 161:4, 163:11
**honest** [10] - 15:8, 54:16, 64:10, 78:23, 79:8, 111:23, 112:6, 124:7, 151:4, 169:5
**honestly** [2] - 166:19, 169:14
**honesty** [1] - 36:15
**honorable** [2] - 60:5, 60:6
**Hooters** [1] - 35:25
**hope** [1] - 172:6
**hot** [2] - 20:20, 20:21
**hour** [19] - 4:25, 5:6, 40:2, 40:3, 41:20, 42:23, 48:4, 48:15, 48:18, 73:14, 105:25, 107:3, 107:15, 107:20, 114:11, 123:16, 125:9, 125:10
**hour-and-a-half** [1] - 4:25

**hourly** [1] - 68:16
**hours** [142] - 23:2, 23:4, 23:16, 36:18, 37:7, 38:15, 39:11, 39:15, 39:16, 39:20, 40:2, 40:11, 40:13, 43:5, 43:6, 43:7, 43:11, 43:14, 43:16, 50:5, 50:8, 50:17, 50:20, 50:21, 50:22, 51:2, 51:14, 52:16, 53:11, 53:13, 53:17, 53:20, 53:23, 53:24, 54:6, 54:13, 65:3, 65:4, 65:7, 65:12, 65:17, 65:18, 65:20, 66:4, 67:21, 68:7, 68:9, 68:12, 68:13, 79:12, 79:13, 79:14, 79:15, 79:17, 79:19, 80:4, 80:7, 80:13, 81:4, 81:7, 81:10, 81:16, 81:17, 81:18, 81:21, 81:25, 82:4, 82:12, 82:13, 82:14, 82:17, 82:20, 83:2, 83:4, 83:12, 83:13, 83:17, 83:18, 83:20, 83:21, 83:22, 83:23, 83:25, 84:4, 84:16, 84:18, 84:19, 84:21, 84:23, 85:15, 85:18, 85:20, 85:21, 86:2, 86:4, 86:6, 110:11, 110:23, 111:6, 111:16, 111:18, 111:19, 118:11, 118:12, 118:22, 119:3, 119:6, 119:10, 120:25, 121:15, 121:19, 121:21, 122:15, 122:18, 122:25, 123:6, 123:14, 125:12, 125:13, 146:15, 146:19, 147:21, 147:24, 147:25, 148:2, 148:4, 167:9, 167:11, 167:14, 167:25, 168:5
**house** [27] - 7:14, 7:16, 7:17, 7:20, 8:11, 12:23, 12:25, 13:6, 13:10, 30:7, 63:20, 71:10, 72:14, 72:22, 72:24, 73:8, 88:20, 91:21, 92:5, 92:8, 92:11, 92:13, 98:17, 98:23, 99:6, 99:7, 100:22
**hundred** [1] - 99:16

**hundred-something** [1] - 99:16
**Huntington** [2] - 72:25, 73:6
**hurt** [2] - 22:18, 61:20

# I

**IAN** [1] - 2:13
**Ian** [6] - 19:21, 19:22, 21:19, 22:20, 60:22, 162:10
**idea** [9] - 13:12, 51:5, 53:3, 70:22, 122:18, 122:21, 146:17, 146:21, 167:10
**identification** [4] - 5:17, 6:3, 56:20, 101:19
**identified** [4] - 6:8, 19:17, 101:22, 171:13
**identify** [3] - 56:17, 84:25, 85:2
**important** [4] - 22:12, 22:16, 22:17, 25:14
**in..** [1] - 86:24
**incapable** [1] - 77:2
**include** [1] - 15:13
**included** [1] - 113:18
**incriminating** [1] - 134:19
**INDEX** [1] - 174:2
**indicate** [5] - 39:21, 79:12, 79:16, 80:16, 82:24
**indicated** [6] - 39:11, 39:14, 39:19, 40:11, 67:20, 68:8
**indicates** [2] - 57:2, 96:9
**individual** [1] - 19:17
**influence** [2] - 6:17, 6:20
**information** [5] - 93:25, 95:10, 95:16, 96:9, 101:7
**initiation** [2] - 44:3, 44:18
**installed** [1] - 102:24
**instead** [3] - 46:25, 116:13, 166:16
**instructed** [1] - 21:5
**interest** [4] - 58:7, 61:7, 64:2, 126:25
**interested** [1] - 175:15
**interpret** [2] - 4:4,

25:16
**INTERPRETER** [2] - 9:9, 22:10
**Interpreter** [3] - 2:24, 4:3, 4:9
**interpreter** [6] - 9:10, 17:13, 22:9, 25:14, 25:15, 91:11
**interpreter's** [1] - 5:6
**interpreting** [1] - 91:13
**involve** [2] - 155:20, 156:5
**involved** [2] - 10:12, 11:6
**irresponsible** [2] - 61:22, 127:25
**IS** [3] - 3:4, 3:10, 3:15
**Islip** [4] - 4:17, 7:10, 105:18, 105:22
**issued** [1] - 12:7
**issues** [1] - 91:16
**IT** [3] - 3:4, 3:10, 3:15
**itself** [1] - 76:18

# J

**Jaime** [1] - 1:24
**JAIME** [2] - 175:4, 175:20
**January** [6] - 74:15, 130:12, 130:13, 143:11, 143:24, 160:17
**JAVIER** [1] - 1:5
**JCB** [4] - 26:20, 27:5, 27:17, 27:18
**Jefferson** [1] - 147:8
**job** [47] - 28:9, 31:9, 31:11, 31:14, 33:9, 33:15, 33:17, 34:3, 34:5, 35:19, 36:10, 36:12, 41:14, 41:17, 47:11, 47:24, 47:25, 49:7, 49:12, 49:18, 51:5, 52:18, 53:3, 69:21, 74:6, 75:8, 75:13, 75:19, 75:25, 76:10, 76:15, 76:16, 76:24, 78:13, 86:15, 86:17, 103:15, 109:22, 112:5, 114:15, 115:13, 120:13, 121:10, 143:4, 146:25
**jobs** [9] - 38:16, 41:20, 49:5, 114:8, 118:15, 118:24,

146:21, 146:23, 147:4
**Joel** [4] - 13:23, 13:24, 14:3, 99:21
**JOHN** [1] - 1:11
**join** [1] - 44:5
**joined** [2] - 68:15, 70:16
**joked** [1] - 44:12
**JOSE** [2] - 1:4, 1:5
**JUAN** [1] - 1:6
**judgment** [5] - 55:25, 58:24, 60:8, 93:17, 94:23
**July** [6] - 32:5, 32:6, 32:8, 32:11, 44:2, 74:18
**jump** [1] - 33:15

# K

**keep** [11] - 44:15, 63:14, 76:23, 86:21, 110:10, 110:23, 111:2, 141:3, 142:7, 170:3, 170:21
**kept** [3] - 112:16, 120:12, 145:3
**ketchup** [1] - 104:19
**KEVIN** [1] - 1:5
**kidding** [1] - 20:21
**knowing** [2] - 49:9, 141:24
**knowledge** [1] - 66:14
**knows** [5] - 21:3, 59:11, 89:4, 151:6, 154:14
**Kosher** [1] - 104:20

# L

**lake** [1] - 117:18
**last** [6] - 6:22, 6:25, 19:22, 128:18, 130:4, 152:12
**late** [2] - 4:25, 5:2
**laugh** [1] - 59:21
**laughing** [1] - 158:23
**Lauren** [6] - 19:21, 19:23, 21:19, 22:20, 60:22, 162:9
**LAUREN** [1] - 2:4
**Law** [1] - 1:21
**LAW** [3] - 2:4, 2:8, 2:13
**lawfully** [1] - 132:5
**lawsuit** [1] - 60:24, 145:16, 165:12

**lawyer** [4] - 69:22, 95:3, 95:18, 163:19
**lawyers** [2] - 60:16, 60:23
**lay** [1] - 25:23
**lazy** [3] - 57:14, 57:17, 57:18
**learning** [1] - 166:14
**least** [6] - 20:6, 31:16, 111:25, 161:7, 164:22, 168:3
**leave** [6] - 27:8, 34:22, 35:2, 49:21, 74:13, 75:5, 75:10, 172:11
**leaving** [2] - 30:23, 49:23
**left** [23] - 21:13, 27:11, 28:20, 28:23, 28:25, 29:5, 30:6, 30:12, 32:15, 48:25, 49:9, 49:11, 49:20, 74:10, 74:14, 74:15, 74:21, 78:3, 78:6, 111:17, 131:22, 135:8, 135:9
**leg** [1] - 89:19
**lend** [1] - 63:22
**LERLY** [1] - 1:5
**less** [10] - 42:13, 42:15, 43:15, 68:12, 81:10, 81:21, 121:17, 122:7, 122:8, 146:20
**letting** [4] - 20:17, 61:10, 158:3, 172:5
**liar** [6] - 84:9, 84:11, 167:18, 169:6, 170:6, 170:19
**license** [4] - 5:25, 6:11, 71:14, 174:17
**lie** [50] - 15:11, 17:12, 18:12, 64:13, 64:17, 90:4, 92:4, 124:9, 125:17, 125:24, 126:6, 126:10, 126:14, 126:16, 127:6, 127:9, 127:16, 128:3, 128:5, 128:11, 129:4, 129:7, 137:7, 137:23, 138:3, 138:8, 138:14, 138:20, 138:21, 139:6, 139:10, 139:14, 139:21, 140:2, 140:3, 141:9, 141:21, 142:4, 142:10, 142:18, 149:14, 150:23, 153:18, 155:7, 155:13, 156:12,

156:15, 161:20
**lied** [25] - 94:14, 125:19, 127:19, 128:18, 129:2, 129:22, 136:21, 136:25, 137:3, 138:18, 138:19, 139:11, 140:24, 141:6, 149:9, 153:13, 153:21, 154:2, 154:8, 154:11, 154:21, 155:8, 161:8, 161:14
**lien** [2] - 100:22, 113:17
**lies** [15] - 146:9, 155:18, 157:10, 157:15, 159:3, 159:6, 159:8, 159:11, 159:12, 159:17, 159:18, 159:22, 164:6
**life** [2] - 155:24, 156:2
**lights** [1] - 117:19, 117:20
**likely** [1] - 78:5
**LINE** [1] - 176:5
**lines** [1] - 75:11
**list** [4] - 112:22, 113:3, 113:9, 113:19
**listen** [4] - 40:6, 76:22, 80:15, 152:16
**LITIGATION** [1] - 174:2
**live** [12] - 7:9, 7:14, 7:22, 8:4, 11:13, 11:14, 12:15, 12:22, 13:6, 13:10, 13:15
**lived** [3] - 7:11, 72:25, 73:2
**lives** [2] - 10:14, 12:25
**loan** [3] - 98:22, 98:25, 99:3
**located** [1] - 72:24
**location** [3] - 93:14, 103:4, 103:5
**longest** [1] - 73:12
**look** [12] - 17:23, 29:16, 51:19, 51:23, 56:22, 84:9, 97:9, 131:13, 131:21, 141:16
**looking** [1] - 119:9
**losing** [3] - 49:10, 49:11, 137:21
**lost** [5] - 36:4, 110:15, 110:16, 110:18, 110:19
**Lou** [2] - 66:25, 67:6
**Louie** [47] - 21:2,

21:5, 24:13, 24:16, 27:10, 28:6, 31:8, 31:10, 31:13, 33:25, 34:6, 34:9, 34:13, 34:15, 34:23, 35:18, 35:24, 44:5, 45:17, 55:11, 60:4, 60:19, 66:8, 69:6, 74:2, 86:18, 86:19, 86:25, 87:18, 88:5, 88:17, 88:22, 109:10, 109:12, 114:9, 123:12, 137:10, 140:9, 140:18, 141:4, 142:23, 142:24, 144:10, 144:14, 144:15, 146:13

**Louie's** [7] - 135:8, 140:19, 140:23, 141:5, 141:8, 142:25, 143:19

**Louis** [13] - 2:24, 24:3, 24:6, 35:7, 54:19, 55:2, 55:8, 55:19, 59:9, 66:21, 67:12, 111:21, 113:20

**LOUIS** [1] - 1:11

**love** [2] - 105:2, 125:21

**loved** [2] - 103:17, 103:19

**lucky** [1] - 166:2

**Lunati** [3] - 26:20, 27:4, 27:13

**lunch** [12] - 104:23, 104:24, 105:12, 106:23, 107:2, 107:3, 107:7, 107:24, 107:25, 108:2, 115:3, 115:6

**lying** [33] - 17:17, 17:24, 18:17, 55:9, 76:5, 82:25, 84:12, 84:14, 88:25, 89:2, 89:20, 89:23, 89:25, 90:6, 90:13, 90:21, 137:20, 141:12, 142:7, 145:20, 153:7, 153:10, 155:5, 155:21, 156:5, 156:8, 157:9, 160:7, 164:25, 165:23, 166:7, 168:18, 169:13

---

**M**

**machine** [1] - 117:20

**machines** [1] - 75:15

**madam** [3] - 4:20, 17:13, 22:9

**maintain** [1] - 34:4

**maker** [1] - 57:20

**malpractice** [1] - 61:5

**man** [8] - 28:8, 126:23, 127:14, 128:15, 138:11, 166:17, 169:13, 172:7

**mandated** [1] - 42:24

**March** [30] - 24:5, 24:7, 24:17, 24:19, 24:23, 25:3, 26:11, 27:7, 27:9, 28:3, 28:4, 29:11, 29:21, 29:22, 29:24, 30:5, 31:3, 32:4, 33:24, 34:7, 130:20, 133:9, 133:12, 134:25, 135:5, 143:12, 143:16, 143:21, 144:4

**MARCUS** [1] - 1:6

**Maribell** [1] - 14:2

**mark** [1] - 75:11

**markdown** [1] - 39:25

**marked** [7] - 6:2, 56:19, 96:2, 101:18, 133:19, 133:22, 134:10

**marriage** [3] - 12:3, 12:6, 175:14

**married** [7] - 10:2, 10:3, 10:4, 10:8, 11:24, 12:2, 128:22

**marry** [1] - 12:9

**Martha** [1] - 147:7

**MARTINEZ** [1] - 1:4

**Massapequa** [1] - 147:10

**Mastic** [1] - 147:9

**material** [3] - 115:18, 116:11, 116:12

**matter** [1] - 107:23, 121:6, 175:16

**MAYNOR** [1] - 1:4

**mayonnaise** [2] - 103:22, 104:7

**McNAMARA** [224] - 2:8, 2:11, 5:9, 5:13, 8:24, 12:13, 12:17, 13:17, 17:19, 18:2, 18:14, 18:19, 20:13, 21:23, 22:3, 22:25, 23:14, 23:21, 23:25, 26:7, 26:15, 30:19, 33:12, 35:16, 39:23, 40:16, 41:5, 42:20, 43:12, 47:3, 47:9, 47:15, 51:7, 51:16, 51:24, 53:15, 54:2,

54:7, 54:12, 54:20, 55:6, 55:10, 57:16, 58:3, 59:2, 59:20, 60:25, 61:6, 61:15, 61:17, 61:21, 62:4, 62:8, 72:18, 74:23, 75:23, 76:6, 76:8, 77:7, 77:11, 78:3, 78:5, 78:15, 80:9, 80:11, 81:23, 82:6, 82:16, 82:19, 84:3, 84:6, 84:10, 84:13, 85:17, 88:24, 89:21, 90:3, 90:11, 90:22, 93:15, 93:18, 94:2, 94:16, 95:12, 95:17, 95:23, 96:17, 96:23, 97:3, 97:7, 97:10, 97:13, 97:16, 97:19, 98:3, 98:7, 98:11, 98:14, 98:18, 99:13, 99:24, 100:14, 100:20, 100:24, 101:5, 102:9, 103:7, 107:21, 113:13, 116:9, 116:16, 116:24, 118:17, 120:14, 121:20, 121:22, 122:11, 123:23, 124:13, 126:7, 126:21, 127:3, 128:13, 130:6, 131:24, 132:3, 132:6, 132:11, 132:14, 133:13, 133:18, 133:21, 134:2, 134:6, 135:16, 135:22, 136:3, 136:9, 136:14, 136:23, 137:5, 137:9, 137:17, 138:5, 138:10, 138:15, 138:22, 138:24, 139:7, 139:16, 140:5, 141:22, 142:5, 142:14, 142:19, 145:7, 145:11, 145:21, 146:10, 149:3, 149:10, 149:12, 149:19, 152:8, 152:15, 152:19, 152:22, 153:5, 153:9, 153:23, 154:4, 154:10, 154:13, 154:16, 154:23, 155:11, 155:22, 156:6, 156:17, 157:2, 157:19, 157:23, 157:25, 158:5, 158:14, 159:7, 159:15, 160:3,

160:19, 160:23, 161:5, 162:11, 162:22, 163:2, 163:8, 163:18, 163:22, 164:3, 164:8, 164:12, 164:24, 165:7, 165:13, 165:17, 165:21, 165:24, 166:3, 166:11, 166:21, 167:2, 167:7, 167:12, 167:20, 167:22, 168:13, 168:17, 169:4, 169:9, 169:17, 169:20, 169:22, 170:7, 171:5, 172:8

**meal** [1] - 107:16

**meals** [1] - 110:5

**mean** [6] - 37:5, 40:23, 40:25, 123:15, 168:3

**meaning** [1] - 163:23

**Medford** [1] - 28:16

**medication** [1] - 6:17

**meet** [6] - 18:6, 18:23, 22:23, 24:3, 24:6, 172:7

**member** [1] - 43:24

**memory** [3] - 16:16, 16:18, 16:21

**Mendez** [3] - 151:21, 151:25, 152:4

**MENDEZ** [1] - 1:4

**mentioned** [1] - 1:23

**message** [1] - 32:17

**messages** [1] - 35:11

**met** [3] - 21:19, 22:2, 22:20

**middle** [4] - 62:18, 74:17, 148:13, 148:15

**might** [5] - 59:15, 61:5, 86:15, 125:21, 165:15

**mind** [1] - 130:3

**mine** [6] - 9:3, 55:20, 56:13, 56:15, 63:14

**minimum** [2] - 43:10, 43:13

**minute** [1] - 157:21

**minutes** [7] - 5:2, 73:14, 106:4, 106:6, 107:15, 107:23, 108:10

**missing** [1] - 146:16

**mistake** [5] - 155:4, 155:5, 155:15, 168:24, 169:2

**mistakes** [2] - 123:20, 123:21

**mistress** [3] - 74:21, 75:2, 137:8

**mom** [2] - 9:12, 128:3

**mom's** [1] - 9:14

**moment** [2] - 63:10, 115:17

**money** [87] - 19:13, 47:7, 54:18, 54:25, 55:2, 55:9, 55:12, 55:14, 55:16, 56:4, 56:7, 56:8, 56:12, 56:14, 57:19, 57:21, 59:10, 59:16, 59:18, 60:2, 60:21, 61:23, 62:3, 62:14, 62:15, 62:21, 63:15, 63:23, 64:22, 85:16, 85:18, 93:22, 93:23, 94:25, 95:11, 95:14, 97:25, 98:9, 100:9, 100:10, 100:22, 101:8, 102:7, 108:20, 121:3, 121:11, 122:9, 122:21, 137:20, 137:21, 138:14, 138:16, 138:21, 138:25, 139:4, 139:6, 139:10, 139:11, 139:19, 139:21, 140:3, 153:10, 153:11, 153:13, 153:17, 153:18, 153:22, 154:3, 154:9, 154:21, 156:13, 160:10, 161:22, 165:15, 165:18, 166:20, 167:5, 168:5, 168:16, 168:21, 169:7, 169:24

**month** [7] - 23:7, 41:2, 74:16, 99:12, 99:17, 131:9, 152:13

**months** [8] - 26:3, 27:5, 27:6, 27:15, 74:13, 131:7, 131:10

**morning** [10] - 4:19, 5:15, 5:16, 72:10, 75:9, 103:4, 103:5, 105:4, 105:24

**mornings** [2] - 78:13, 103:10

**mortgage** [5] - 98:16, 99:11, 100:11, 100:12, 174:11

**most** [1] - 78:5

**mostly** [1] - 107:12

**mother** [2] - 9:23, 9:24

**move** [1] - 139:17

**MR** [267] - 4:12, 4:20, 5:9, 5:11, 5:13, 5:20, 8:24, 12:13, 12:17, 13:17, 17:19, 18:2, 18:14, 18:19, 20:13, 21:10, 21:23, 22:3, 22:25, 23:14, 23:21, 23:25, 26:7, 26:15, 28:20, 29:12, 30:2, 30:19, 33:12, 35:16, 38:8, 38:13, 39:23, 40:16, 41:5, 42:20, 43:12, 47:3, 47:9, 47:15, 51:7, 51:16, 51:24, 52:7, 52:13, 53:15, 54:2, 54:7, 54:12, 54:20, 55:6, 55:10, 57:16, 58:3, 59:2, 59:20, 60:25, 61:6, 61:15, 61:17, 61:21, 62:4, 62:8, 64:16, 72:18, 74:23, 75:23, 76:6, 76:8, 76:19, 77:7, 77:11, 77:13, 78:3, 78:5, 78:15, 80:9, 80:11, 81:23, 82:6, 82:16, 82:19, 84:3, 84:6, 84:10, 84:13, 85:17, 88:24, 89:21, 90:3, 90:11, 90:22, 93:15, 93:18, 94:2, 94:16, 95:12, 95:17, 95:23, 96:5, 96:17, 96:23, 97:3, 97:7, 97:8, 97:10, 97:11, 97:13, 97:16, 97:17, 97:19, 98:3, 98:7, 98:11, 98:14, 98:18, 99:13, 99:24, 100:14, 100:16, 100:20, 100:24, 101:5, 101:13, 102:9, 103:7, 105:19, 106:14, 107:21, 113:13, 116:3, 116:9, 116:16, 116:24, 118:17, 120:14, 121:20, 121:22, 122:11, 123:23, 124:13, 126:7, 126:21, 127:3, 128:13, 128:23, 130:6, 131:19, 131:24, 131:25, 132:3, 132:5, 132:6, 132:7, 132:11, 132:13, 132:14, 133:13, 133:16, 133:18, 133:20, 133:21, 133:24, 134:2, 134:4, 134:6,

134:12, 134:21, 135:16, 135:22, 136:3, 136:9, 136:14, 136:23, 137:5, 137:9, 137:17, 138:5, 138:10, 138:15, 138:22, 138:24, 139:7, 139:16, 140:5, 141:3, 141:22, 142:5, 142:14, 142:19, 142:25, 143:6, 145:7, 145:11, 145:21, 146:10, 149:3, 149:5, 149:10, 149:12, 149:19, 152:8, 152:15, 152:19, 152:22, 153:5, 153:9, 153:23, 153:24, 4, 154:10, 154:13, 154:16, 154:23, 155:11, 155:22, 156:6, 156:17, 157:2, 157:19, 157:23, 157:25, 158:3, 158:5, 158:8, 158:14, 158:15, 159:7, 159:15, 160:3, 160:19, 160:23, 161:5, 162:11, 162:22, 163:2, 163:8, 163:18, 163:22, 164:3, 164:8, 164:12, 164:24, 165:7, 165:13, 165:17, 165:21, 165:24, 166:3, 166:11, 166:21, 167:2, 167:7, 167:12, 167:20, 167:22, 168:13, 168:17, 169:4, 169:9, 169:17, 169:20, 169:22, 170:7, 171:5, 172:5, 172:8, 172:10
**municipal** [2] - 41:16, 41:19
**mustard** [1] - 104:16

### N

**name** [11] - 4:14, 11:22, 13:22, 13:25, 19:6, 22:5, 24:18, 29:14, 114:2, 117:17, 118:2
**names** [8] - 7:25, 13:4, 13:5, 13:7, 13:13, 13:20, 27:21, 150:8
**natural** [2] - 127:14, 138:11

**nature** [2] - 10:25, 128:15
**near** [2] - 76:10, 76:11
**necessarily** [1] - 95:3
**Neck** [1] - 2:9
**need** [7] - 7:6, 25:8, 33:17, 82:22, 85:4, 125:21, 155:18
**needed** [2] - 58:23, 63:16
**NELSON** [1] - 1:3
**Nelson** [6] - 24:11, 24:12, 24:13, 115:20, 115:22, 150:14
**nervous** [1] - 54:10
**never** [21] - 7:4, 43:15, 57:11, 57:12, 64:24, 72:20, 80:23, 88:5, 88:10, 88:20, 103:13, 108:18, 108:20, 119:24, 124:9, 139:10, 151:11, 153:13, 162:20, 166:4, 172:6
**New** [18] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 140:21, 140:24, 159:13, 160:6, 161:9, 161:11, 163:12, 173:25, 175:6
**NEW** [2] - 1:2, 173:4
**new** [1] - 67:3
**next** [8] - 35:20, 35:21, 91:10, 123:18, 135:24, 161:25, 169:3, 171:21
**nice** [9] - 21:6, 31:18, 63:22, 64:4, 71:19, 73:15, 73:20, 127:12, 150:19
**nicely** [1] - 169:13
**night** [4] - 108:21, 117:10, 117:14, 117:16
**nine** [2] - 79:19, 86:6
**nobody** [3] - 86:21, 119:23, 121:18
**NOE** [1] - 1:5
**none** [1] - 75:25
**normal** [3] - 53:11, 169:23
**North** [2] - 9:23, 10:15
**NOT** [2] - 2:6, 2:15
**Notary** [3] - 1:24, 173:25, 175:5
**notebook** [3] - 110:13, 110:14,

110:22
**noted** [1] - 4:21
**Noted** [1] - 172:15
**nothing** [8] - 50:12, 82:11, 104:18, 116:20, 117:2, 117:6, 119:12, 146:16
**Notice** [1] - 1:22
**November** [2] - 26:6, 26:13
**number** [18] - 34:19, 34:23, 34:25, 35:5, 35:9, 36:4, 53:22, 85:24, 94:21, 96:10, 96:14, 96:19, 96:25, 97:2, 97:15, 97:18, 100:13, 174:11

### O

**oath** [3] - 3:18, 15:12, 173:10
**object** [3] - 133:23, 134:12, 158:11
**objecting** [1] - 132:2
**objection** [201] - 8:24, 12:13, 12:17, 13:17, 17:19, 18:2, 18:14, 18:19, 20:13, 21:23, 22:3, 22:25, 23:14, 23:21, 23:25, 26:7, 26:15, 30:19, 33:12, 35:16, 39:23, 40:16, 41:5, 42:20, 43:12, 47:3, 47:9, 47:15, 51:7, 51:16, 51:24, 53:15, 54:2, 54:7, 54:12, 54:20, 55:6, 55:10, 61:15, 61:17, 61:21, 62:4, 62:8, 63:25, 72:18, 74:23, 75:23, 76:6, 76:8, 77:7, 78:15, 80:9, 80:11, 81:23, 82:6, 82:16, 82:19, 84:3, 84:6, 84:10, 84:13, 85:17, 88:24, 89:21, 90:3, 90:11, 90:22, 93:15, 93:18, 94:2, 94:16, 95:12, 95:17, 96:5, 97:3, 98:3, 98:7, 98:11, 98:14, 98:18, 99:13, 99:24, 100:14, 100:20, 100:24, 101:5, 102:9, 103:7, 107:21, 113:13, 116:9, 116:16, 116:24, 118:17, 120:14, 121:20, 121:22, 122:11, 123:23, 124:13, 126:7, 126:21, 127:3, 128:13, 130:6, 131:24, 133:13, 135:16, 135:22, 136:3, 136:9, 136:14, 136:23, 137:5, 137:9, 137:17, 138:5, 138:10, 138:15, 138:22, 138:24, 139:7, 139:16, 140:5, 141:22, 142:5, 142:14, 142:19, 145:7, 145:11, 145:21, 146:10, 149:3, 149:10, 149:12, 149:19, 152:8, 152:15, 152:19, 152:22, 153:5, 153:9, 153:23, 154:4, 154:10, 154:13, 154:16, 154:23, 155:11, 155:22, 156:6, 156:17, 157:2, 157:19, 157:23, 158:9, 159:7, 159:15, 160:3, 160:19, 160:23, 161:5, 162:11, 162:22, 163:2, 163:8, 163:18, 163:22, 164:3, 164:8, 164:12, 164:24, 165:7, 165:13, 165:17, 165:21, 165:24, 166:3, 166:11, 166:21, 167:2, 167:7, 167:12, 167:20, 167:22, 168:13, 168:17, 169:4, 169:9, 169:17, 169:20, 169:22, 170:7, 171:5, 172:8
**objections** [1] - 3:11
**obligated** [2] - 163:17, 163:19
**obligation** [1] - 15:19
**obviously** [1] - 128:19
**occasions** [1] - 103:10
**occurring** [1] - 17:18
**October** [3] - 1:14, 26:13, 173:11
**OF** [7] - 1:2, 2:4, 2:8, 2:13, 173:4, 173:6, 174:9

**offer** [2] - 33:9, 35:19
**offered** [2] - 36:12, 45:11
**Office** [1] - 163:12
**office** [11] - 20:19, 34:10, 34:11, 66:17, 101:7, 112:15, 123:5, 124:18, 171:6, 171:9, 172:11
**officer** [1] - 3:17
**OFFICES** [3] - 2:4, 2:8, 2:13
**older** [1] - 142:8
**once** [8] - 39:17, 40:23, 41:2, 41:3, 42:13, 44:12, 76:17, 108:3
**One** [2] - 174:18, 174:19
**one** [44] - 1:19, 5:5, 8:5, 8:6, 9:4, 9:13, 9:15, 9:18, 10:17, 36:17, 40:2, 46:22, 49:23, 52:24, 54:21, 56:19, 57:9, 59:3, 61:25, 65:14, 93:10, 94:10, 94:12, 94:15, 94:18, 94:19, 97:22, 101:18, 105:9, 107:12, 111:4, 111:8, 111:9, 112:15, 112:16, 119:21, 125:19, 147:17, 147:19, 148:22, 148:25, 152:9, 152:10, 170:25
**One-page** [2] - 174:18, 174:19
**one-page** [2] - 56:19, 101:18
**ones** [7] - 67:22, 87:7, 87:11, 87:12, 102:14, 150:7, 150:13
**open** [2] - 36:5, 155:25
**opportunity** [5] - 77:4, 115:5, 129:15, 139:3, 140:10
**order** [12] - 1:22, 56:16, 56:25, 111:3, 112:16, 136:12, 136:16, 136:21, 137:3, 137:8, 154:3, 154:8
**Ortega** [1] - 11:23
**OSMAR** [1] - 1:4
**otherwise** [1] - 89:16
**outcome** [1] - 175:15
**outright** [1] - 98:20
**overtime** [40] -

38:15, 39:18, 39:21, 40:3, 40:14, 40:20, 53:17, 66:5, 79:14, 79:17, 79:20, 79:23, 79:24, 80:4, 80:5, 80:7, 80:14, 80:16, 80:19, 80:20, 80:24, 80:25, 81:4, 81:6, 81:11, 81:17, 81:21, 82:2, 82:4, 83:21, 83:23, 84:21, 86:3, 111:19, 118:10, 119:3, 119:10
**owe** [15] - 55:2, 55:8, 56:2, 57:2, 57:5, 57:7, 59:12, 60:2, 83:12, 98:16, 99:6, 99:9, 100:22, 101:8
**owed** [7] - 52:15, 63:7, 121:19, 122:16, 122:19, 122:22, 122:25
**owes** [8] - 59:3, 59:9, 59:13, 61:25, 65:11, 65:16, 167:9, 167:14
**owing** [1] - 53:16
**own** [8] - 7:17, 20:9, 20:25, 21:3, 21:4, 45:9, 98:20, 168:20
**owned** [2] - 7:19, 66:6
**owner** [3] - 31:2, 66:9, 67:2
**owners** [6] - 66:12, 66:15, 66:18, 67:5, 67:6, 67:12
**ownership** [1] - 67:10
**owns** [3] - 66:6, 66:20, 66:23

**P**

**P.C** [1] - 2:17
**p.m** [5] - 101:17, 149:8, 172:15
**page** [5] - 56:19, 101:18, 171:21, 174:18, 174:19
**PAGE** [4] - 174:4, 174:10, 174:16, 176:5
**PAGOADA** [1] - 1:4
**paid** [67] - 20:9, 29:2, 36:18, 37:7, 38:24, 39:12, 39:17, 39:22, 40:3, 40:14, 40:18, 40:20, 41:13, 41:18, 41:20, 42:13, 42:15, 42:18, 43:3, 44:3, 44:9, 45:9, 48:9,

48:17, 48:24, 50:5, 50:18, 51:4, 51:15, 51:21, 53:9, 54:25, 62:23, 63:6, 63:12, 70:25, 79:19, 79:23, 80:4, 81:17, 86:6, 86:9, 95:4, 109:14, 109:18, 109:24, 115:25, 116:7, 118:9, 118:11, 118:15, 118:19, 118:25, 119:2, 119:5, 119:6, 121:16, 121:25, 123:5, 123:13, 124:2, 136:25, 139:12, 142:15, 153:12, 153:25
**paper** [6] - 61:2, 95:5, 95:8, 124:25, 125:15, 125:16
**papers** [3] - 112:14, 113:17, 124:5
**park** [1] - 147:6
**Park** [1] - 147:8
**part** [3] - 5:8, 61:5, 113:16
**parties** [2] - 3:6, 175:13
**passed** [1] - 66:17
**passport** [7] - 131:14, 131:16, 131:20, 132:4, 132:12, 132:15, 174:12
**Patricia** [1] - 147:7
**Patrick** [9] - 19:7, 19:17, 58:10, 62:3, 132:8, 133:17, 133:25, 134:17, 154:14
**PATRICK** [2] - 2:8, 2:11
**Patrick's** [1] - 134:13
**Pave** [6] - 26:23, 27:6, 27:19, 29:5, 29:10, 135:10
**pave** [2] - 117:8, 117:13
**Pave-Co** [6] - 26:23, 27:6, 27:19, 29:5, 29:10, 135:10
**paved** [1] - 117:9
**PAVING** [1] - 1:10
**Paving** [40] - 24:21, 24:22, 27:8, 27:23, 28:23, 28:25, 29:25, 30:5, 31:4, 31:6, 32:3, 33:22, 37:24, 38:4, 38:10, 40:8, 41:21, 42:14, 48:4, 48:5,

48:20, 52:14, 53:7, 65:11, 65:14, 65:16, 66:2, 66:7, 66:20, 67:24, 101:9, 102:23, 108:24, 118:18, 119:13, 119:18, 120:3, 120:11, 145:5, 171:10
**paving** [1] - 25:5
**pay** [76] - 20:6, 20:8, 20:24, 21:3, 38:14, 40:8, 46:13, 46:18, 46:19, 46:21, 48:4, 48:14, 49:2, 49:3, 49:8, 52:16, 53:14, 58:11, 58:17, 61:8, 61:9, 61:11, 61:23, 61:24, 62:2, 62:7, 63:5, 63:12, 63:13, 65:3, 65:12, 65:13, 65:18, 65:19, 67:18, 67:20, 71:24, 80:6, 80:12, 80:13, 80:25, 82:2, 82:12, 83:19, 83:23, 85:12, 85:18, 86:3, 93:21, 95:6, 95:14, 99:10, 99:12, 99:17, 99:18, 99:20, 102:7, 112:16, 112:17, 118:13, 119:3, 119:4, 120:9, 120:25, 122:13, 137:13, 140:12, 161:21, 163:24, 164:7, 167:25, 168:2
**paycheck** [9] - 39:8, 39:9, 40:7, 46:14, 67:17, 79:12, 79:16, 123:17, 123:18
**paychecks** [3] - 38:21, 62:24, 80:15
**paying** [2] - 46:25, 168:4
**payment** [4] - 42:2, 42:23, 46:22, 99:25
**payments** [5] - 46:24, 63:18, 63:19, 100:5, 100:6
**pays** [6] - 46:12, 46:15, 46:20, 100:11, 112:15, 169:24
**penalties** [4] - 15:14, 163:23, 164:7, 164:9
**penalty** [3] - 137:2, 139:12, 142:16
**pending** [2] - 16:7
**people** [12] - 33:5, 36:19, 44:16, 45:11, 102:17, 140:20, 150:11, 154:7,

154:12, 159:13, 160:5, 168:16
**People** [2] - 140:24, 161:8
**pepper** [1] - 104:10
**per** [1] - 42:23
**percent** [1] - 151:4
**PEREZ** [9] - 1:6
**period** [8] - 26:13, 74:9, 132:10, 135:14, 135:19, 135:25, 136:5, 160:22, 161:21
**person** [13] - 22:17, 31:21, 45:16, 60:3, 60:5, 62:19, 112:14, 120:24, 124:7, 127:24, 155:24, 170:2
**personal** [1] - 71:5, 108:24, 155:24, 156:2
**personally** [2] - 103:24, 151:19
**phone** [3] - 34:23, 34:25, 35:5
**photocopy** [4] - 5:21, 95:22, 96:16, 101:14
**Phys** [1] - 116:3
**pick** [11] - 69:5, 72:6, 72:11, 72:12, 72:16, 73:3, 75:15, 109:3, 109:15, 110:18, 110:20
**pick-up** [2] - 110:18, 110:20
**picture** [1] - 171:18
**piece** [3] - 61:2, 95:5, 95:8
**Pioneer** [11] - 14:6, 28:19, 29:14, 29:20, 33:4, 33:19, 35:13, 35:18, 35:23, 58:22, 58:24
**place** [9] - 1:23, 33:10, 47:21, 65:2, 100:21, 105:8, 105:9, 118:3, 119:17
**places** [3] - 147:11, 147:13, 147:16
**plaintiff** [2] - 5:3, 5:5
**Plaintiffs** [7] - 1:7, 1:20, 2:4, 2:9, 2:13
**play** [3] - 115:9, 115:13, 116:2
**playing** [2] - 116:2, 116:13
**PLLC** [1] - 2:4
**pocket** [4] - 47:7, 167:6, 169:8, 169:16
**poco** [1] - 20:14
**point** [2] - 27:22,

51:22
**Port** [1] - 147:8
**portion** [1] - 134:18
**position** [1] - 59:23
**Pracelis** [3] - 151:21, 151:24, 152:3
**PRACELIS** [1] - 1:4
**Practice** [1] - 1:21
**prepare** [1] - 16:25
**prepared** [3] - 5:3, 5:11, 5:13
**PRESENT** [3] - 2:6, 2:15, 2:23
**present** [1] - 21:25
**president** [2] - 67:3, 113:24
**pretty** [1] - 161:11
**prevailing** [33] - 29:3, 41:22, 42:5, 42:10, 46:2, 46:7, 46:11, 46:15, 46:18, 46:21, 48:21, 48:23, 48:24, 49:2, 49:4, 49:5, 49:6, 49:13, 49:18, 50:5, 50:6, 50:9, 50:18, 51:15, 51:21, 52:16, 65:5, 65:7, 65:13, 65:18, 118:15, 118:19, 118:20
**prison** [1] - 162:25
**private** [4] - 38:16, 41:14, 118:21, 120:9
**problem** [1] - 36:19
**problems** [1] - 150:21
**proceed** [5] - 5:3, 5:12, 5:14, 16:13, 78:7
**PRODUCTION** [1] - 174:9
**production** [1] - 132:3
**Production** [2] - 174:11, 174:12
**promise** [1] - 101:3
**protect** [1] - 69:24
**provide** [12] - 15:3, 15:24, 25:16, 60:23, 95:16, 95:19, 100:17, 112:3, 131:20, 132:7, 132:11, 166:17
**provided** [1] - 149:17
**Public** [3] - 1:24, 173:25, 175:5
**punish** [1] - 128:3
**punishable** [1] - 162:25
**punishment** [1] - 163:24

**pursuant** [3] - 1:21, 96:3, 134:10
**put** [15] - 6:7, 29:17, 37:3, 37:5, 44:15, 45:17, 59:23, 77:25, 83:13, 84:19, 86:14, 86:23, 102:16, 146:9, 166:4
**puts** [1] - 100:10

# Q

**questions** [33] - 4:4, 7:7, 10:24, 14:22, 15:4, 18:9, 47:25, 50:11, 57:25, 58:2, 58:9, 69:8, 69:11, 70:4, 70:7, 76:13, 76:25, 77:5, 77:18, 78:10, 79:3, 82:25, 83:15, 84:8, 91:3, 91:6, 95:24, 96:24, 113:12, 133:14, 134:7, 154:19, 158:2
**quiet** [1] - 158:21
**Quintanilla** [2] - 24:11, 24:12
**QUINTANILLA** [2] - 1:3, 1:5
**QUINTEROS** [1] - 1:6
**quit** [7] - 28:9, 30:18, 33:6, 33:11, 49:24, 50:2, 52:14
**quitting** [1] - 31:15

# R

**rain** [1] - 148:7
**rained** [4] - 43:17, 43:21, 43:23, 148:8
**raise** [5] - 9:16, 27:10, 27:12, 28:13, 28:21
**raised** [1] - 9:21
**rake** [1] - 25:20
**raker** [2] - 25:4, 25:5
**Ralph** [3] - 26:20, 27:4, 27:12
**ramifications** [3] - 163:6, 163:10, 163:20
**Ramos** [1] - 2:24
**rate** [2] - 68:16, 118:25
**rates** [9] - 46:3, 46:8, 48:6, 48:8, 48:24, 49:7, 51:15, 51:21
**rather** [1] - 47:7
**reach** [1] - 83:22

**read** [13] - 97:10, 97:11, 106:15, 106:17, 124:14, 149:21, 149:22, 149:23, 150:2, 150:5, 150:9, 150:10, 173:9
**ready** [8] - 27:17, 73:7, 78:7, 136:6, 136:18, 155:9, 157:7, 160:25
**really** [6] - 61:25, 103:5, 129:19, 146:13, 165:5, 165:11
**REASON** [10] - 176:7, 176:9, 176:11, 176:13, 176:15, 176:17, 176:19, 176:21, 176:23, 176:25
**reason** [10] - 18:12, 36:14, 66:11, 66:19, 67:4, 67:11, 82:8, 125:19, 126:13, 127:8
**reasons** [4] - 4:24, 5:7, 120:25, 176:4
**receive** [14] - 37:24, 38:3, 38:9, 39:3, 41:7, 80:7, 133:2, 133:5, 133:8, 136:12, 136:17, 136:21, 143:17, 163:25
**received** [15] - 38:7, 38:17, 38:19, 38:20, 40:7, 41:3, 58:14, 68:22, 68:23, 80:16, 80:19, 80:24, 137:22, 143:23, 162:5
**receiving** [1] - 138:2
**recess** [2] - 76:20, 94:6
**recognized** [4] - 9:4, 9:13, 9:19, 11:5
**record** [7] - 4:14, 52:8, 52:10, 52:13, 173:12, 173:13, 175:10
**records** [1] - 5:21
**reflected** [1] - 40:15
**refusing** [1] - 84:7
**regard** [1] - 120:8
**regarding** [5] - 81:14, 95:24, 127:21, 133:15, 134:8
**regular** [1] - 29:2, 65:12, 65:18, 81:16, 81:18, 83:13, 83:20, 84:20, 111:19, 118:16, 118:22, 119:6, 120:9
**related** [1] - 175:13

**relationship** [2] - 8:2, 9:11
**remain** [1] - 158:12
**remember** [37] - 39:2, 44:7, 49:15, 49:16, 49:17, 49:18, 50:23, 50:25, 51:8, 51:11, 52:18, 53:2, 54:24, 61:3, 63:3, 70:15, 74:14, 74:20, 85:8, 92:20, 102:6, 117:12, 117:17, 117:25, 118:3, 118:4, 118:6, 131:5, 131:8, 131:12, 132:9, 132:24, 146:24, 147:2, 147:5, 147:12, 147:15
**Renato** [63] - 22:6, 23:18, 31:7, 31:8, 31:12, 55:16, 55:20, 56:6, 56:7, 56:9, 57:10, 57:24, 59:8, 59:9, 59:13, 59:14, 59:17, 59:22, 59:24, 60:21, 61:8, 61:24, 62:10, 62:11, 70:19, 71:9, 71:22, 71:24, 72:6, 72:16, 74:10, 75:16, 87:9, 87:24, 87:25, 88:6, 88:19, 89:6, 89:8, 89:12, 91:19, 91:21, 103:16, 105:5, 109:4, 109:7, 109:9, 109:15, 111:8, 115:21, 115:22, 115:23, 123:4, 125:7, 150:14, 150:18, 151:3, 151:7, 151:9, 151:13, 151:16
**Renato's** [3] - 23:20, 56:13, 71:11
**repaid** [1] - 59:19
**repeat** [2] - 136:15, 163:15
**report** [2] - 163:17, 163:19
**reporter** [3] - 4:20, 105:16, 175:5
**REPORTER** [1] - 105:20
**Reporter** [1] - 106:18
**represented** [2] - 19:2, 19:11
**represents** [1] - 67:2
**REQUEST** [1] - 174:9
**requested** [2] - 19:13, 106:16
**required** [2] - 15:3,

15:7
**reserved** [1] - 3:12
**resolve** [1] - 61:18
**respect** [3] - 159:24, 159:25, 160:4
**respective** [1] - 3:6
**respond** [1] - 31:21
**responsibility** [2] - 128:8, 128:10
**responsible** [3] - 31:21, 62:15, 127:24
**rest** [1] - 150:9
**restaurant** [2] - 35:25
**retaliated** [5] - 37:20, 145:5, 145:10, 145:13, 145:14
**rethink** [1] - 157:22
**return** [2] - 31:5, 36:13
**returned** [3] - 29:24, 31:4, 74:20
**review** [1] - 21:18
**Reviewing** [4] - 6:11, 56:24, 102:2, 171:14
**risk** [1] - 86:15
**Rivera** [3] - 10:6, 10:9, 32:16
**RIVERA** [1] - 1:5
**Road** [5] - 2:9, 73:2, 93:10, 93:11, 94:9
**RODRIGUEZ** [1] - 1:5
**role** [2] - 158:9, 158:12
**roll** [2] - 104:14, 104:15
**romantically** [1] - 11:7
**Ronkonkoma** [2] - 117:18, 147:10
**Rosa** [1] - 11:23
**rude** [1] - 73:18
**rules** [2] - 42:16, 42:22
**Rules** [1] - 1:22

# S

**s/h/a** [3] - 1:19, 173:8, 173:19
**salt** [1] - 104:10
**Sandra** [1] - 2:24
**sandwich** [8] - 44:25, 104:6, 104:23, 105:5, 105:6, 106:2, 107:7
**sandwiches** [8] - 103:13, 103:17,

103:19, 103:21, 104:4, 105:11, 105:25, 109:25
**Saturday** [4] - 38:12, 41:8
**Saturdays** [4] - 41:10, 41:12, 151:11, 152:4
**SAUL** [1] - 2:20
**savings** [8] - 94:11, 94:19, 97:16, 97:17, 97:20, 97:23, 97:24, 98:2
**saw** [10] - 17:7, 17:12, 19:22, 19:25, 35:24, 88:5, 88:10, 88:22, 89:3, 123:10
**scheduled** [1] - 4:23
**sealing** [1] - 3:7
**season** [6] - 43:20, 43:22, 43:23, 49:21, 148:24
**second** [1] - 161:7
**see** [16] - 18:11, 31:9, 31:13, 33:24, 33:25, 34:6, 34:9, 74:25, 78:20, 86:25, 87:4, 96:17, 97:6, 121:23, 141:18, 145:23
**seek** [1] - 134:13
**seem** [1] - 69:16
**seize** [1] - 61:12
**send** [8] - 21:15, 58:24, 63:16, 77:2, 95:5, 107:9, 107:10, 152:6
**sense** [3] - 14:17, 36:17, 159:8
**sent** [1] - 32:17
**separate** [1] - 40:5
**September** [5] - 27:7, 130:7, 130:8, 160:12, 160:15
**serious** [1] - 158:25
**served** [2] - 37:2, 37:9
**services** [1] - 17:13
**set** [2] - 46:3, 175:8
**Setauket** [1] - 147:11
**seven** [1] - 99:16
**seventeen** [1] - 141:24
**sex** [8] - 126:20, 126:25, 138:14, 138:21, 138:25, 139:6, 139:9, 139:14
**shaking** [1] - 89:18
**shall** [1] - 3:12
**share** [1] - 8:11

**SHEET** [1] - 176:2
**shop** [2] - 103:9, 103:11
**Shore** [2] - 73:2, 76:16
**short** [2] - 101:14, 129:21
**shorted** [1] - 123:16
**shorthand** [1] - 175:4
**shot** [5] - 165:20, 165:25, 166:8, 166:9, 166:19
**shoulder** [1] - 78:2
**show** [5] - 36:23, 37:9, 56:16, 101:21, 171:12
**showed** [3] - 73:8, 95:8, 109:21
**si** [4] - 20:15, 83:7, 90:14, 126:8
**sick** [6] - 32:16, 32:19, 37:12, 37:14, 144:11, 144:15
**side** [3] - 108:16, 114:14, 114:15
**sign** [3] - 123:25, 124:5, 124:6
**Signed** [1] - 173:21
**signed** [5] - 3:16, 3:19, 124:11, 124:19, 124:24
**silent** [1] - 158:13
**simple** [1] - 23:11
**simply** [6] - 23:12, 30:25, 61:24, 85:12, 120:24, 129:25
**sins** [3] - 152:17, 152:20, 152:21, 153:4, 153:7, 155:20, 155:23, 156:4
**sisters** [1] - 9:14
**sit** [1] - 158:10
**site** [2] - 109:22, 115:14
**sites** [4] - 75:8, 75:19, 76:2, 78:13
**sitting** [1] - 17:21, 22:10, 65:9
**six** [1] - 42:9
**sixty** [3] - 43:14, 81:25, 84:18
**sleep** [17] - 126:5, 126:16, 126:19, 127:7, 127:16, 127:20, 129:5, 137:8, 138:7, 138:8, 141:9, 141:13, 142:4, 153:8, 156:16, 164:20, 168:11

**sleeping** [1] - 168:15
**slow** [2] - 26:13, 65:23
**small** [1] - 8:9
**smart** [4] - 76:24, 113:6, 113:8, 113:11
**soccer** [7] - 115:9, 115:11, 115:13, 115:19, 116:2, 116:14, 116:22
**someone** [3] - 107:9, 119:20, 127:16
**sometimes** [62] - 38:5, 38:8, 38:11, 38:14, 38:18, 39:4, 39:5, 39:7, 40:19, 40:22, 40:23, 40:25, 45:4, 45:6, 73:10, 75:7, 75:12, 75:17, 75:18, 76:15, 77:22, 79:13, 80:12, 86:5, 105:14, 107:4, 107:17, 108:9, 108:12, 110:12, 110:17, 114:18, 114:25, 115:4, 115:6, 115:15, 115:20, 117:9, 117:13, 123:19, 123:20, 125:20, 126:2, 126:6, 126:15, 126:22, 126:24, 127:5, 127:19, 127:22, 128:2, 128:5, 137:12, 137:14, 148:24, 150:20, 150:23, 151:3, 152:6, 156:9
**somewhere** [2] - 51:14, 137:24
**son** [3] - 113:21, 113:23, 169:18
**sorry** [1] - 9:9
**Sound** [1] - 147:9
**sounds** [1] - 61:4
**Spanish** [11] - 2:24, 4:3, 4:5, 104:5, 105:6, 105:15, 105:17, 106:2, 111:11, 149:18
**speaking** [1] - 158:9
**specific** [3] - 66:14, 85:4, 85:24
**specify** [1] - 85:4
**speech** [1] - 91:6
**spent** [1] - 110:8
**spoken** [2] - 62:13, 140:18
**ss** [1] - 173:5
**Starbucks** [1] - 20:5
**start** [11] - 17:23, 24:15, 26:6, 26:9,

29:23, 33:18, 35:20, 35:21, 51:23, 72:9, 89:18
**started** [6] - 24:19, 33:22, 37:4, 42:13, 48:9, 106:21
**starting** [1] - 34:17
**state** [2] - 4:13, 118:20
**STATE** [1] - 173:4
**State** [9] - 1:25, 120:10, 140:20, 140:24, 159:13, 160:6, 161:8, 173:25, 175:6
**STATES** [1] - 1:2
**States** [9] - 8:21, 12:12, 12:14, 12:16, 13:16, 23:24, 135:20, 136:7, 136:19
**stay** [1] - 30:7
**stays** [1] - 12:19
**steal** [4] - 64:20, 64:21, 64:24, 168:22
**stealing** [3] - 164:25, 168:16, 168:19
**still** [12] - 31:18, 32:15, 53:16, 75:2, 93:24, 134:2, 142:18, 157:9, 157:14, 170:2, 170:3, 170:5
**STIPULATED** [3] - 3:4, 3:10, 3:15
**stipulation** [1] - 134:16
**stolen** [3] - 161:14, 168:23, 168:24
**Stone** [6] - 28:15, 28:18, 29:11, 29:12, 29:19, 30:6
**stone** [1] - 28:17
**stop** [11] - 26:5, 26:8, 69:7, 77:13, 89:15, 103:11, 103:12, 105:8, 108:5, 169:12
**stopped** [2] - 32:24, 37:14
**story** [3] - 23:19, 23:20
**Street** [3] - 4:17, 7:10, 7:12
**street** [5] - 117:18, 118:2, 147:19, 147:20
**streets** [1] - 44:13
**stub** [7] - 39:9, 39:11, 39:14, 40:8, 40:11, 40:15, 67:18
**stubs** [1] - 39:19, 67:20, 112:17
**studied** [1] - 16:23

**studies** [1] - 129:20
**study** [3] - 129:13, 129:15, 130:2
**stuff** [2] - 21:3, 63:21
**subscribed** [1] - 173:21
**sudden** [2] - 158:22, 165:4
**suddenly** [1] - 125:14
**sue** [4] - 60:19, 85:10, 146:13, 155:25, 166:17, 169:18
**sued** [1] - 60:17
**Suffolk** [80] - 24:21, 24:22, 27:8, 27:23, 28:23, 28:25, 29:25, 30:4, 31:4, 31:5, 32:3, 32:9, 32:10, 32:19, 33:22, 35:8, 35:14, 36:22, 37:14, 37:17, 37:23, 38:4, 38:10, 40:8, 41:21, 41:23, 42:14, 42:17, 43:3, 48:3, 48:5, 48:13, 48:20, 52:14, 53:7, 55:22, 55:25, 56:2, 56:11, 57:3, 58:14, 58:17, 65:10, 65:14, 65:15, 65:16, 65:21, 66:2, 66:7, 66:20, 66:23, 67:7, 67:10, 67:13, 67:18, 67:23, 68:18, 70:10, 70:14, 101:8, 102:22, 102:23, 108:23, 108:24, 113:25, 118:18, 118:24, 119:10, 119:13, 119:18, 120:2, 120:3, 120:11, 145:5, 145:10, 171:7, 171:10
**sUFFOLK** [1] - 1:10
**SUFFOLK** [1] - 1:10
**suggesting** [1] - 142:3
**suing** [21] - 81:20, 82:9, 82:14, 83:2, 83:24, 84:16, 85:3, 110:4, 110:7, 112:9, 112:12, 112:20, 112:24, 113:5, 113:6, 113:20, 113:23, 120:22, 121:2, 150:6, 150:12
**Sundays** [2] - 151:14, 151:25
**Sunrise** [3] - 1:15, 2:18, 79:19

**supplemental** [1] - 46:24
**support** [1] - 170:4
**SUPPORT** [1] - 174:2
**supposed** [6] - 84:20, 86:10, 113:6, 119:4, 119:6, 121:16
**suspended** [1] - 143:24
**Suyapa** [1] - 11:23
**sweating** [1] - 114:15
**swing** [3] - 22:8, 54:8, 75:15
**sworn** [5] - 3:17, 3:19, 4:3, 4:9, 175:8

## T

**table** [1] - 29:17
**tantrum** [1] - 30:17
**teach** [1] - 114:10
**temper** [1] - 30:17
**ten** [9] - 35:6, 53:23, 53:24, 65:20, 86:2, 106:4, 106:6, 108:10, 147:25
**term** [1] - 102:12
**terms** [2] - 16:10, 16:14
**Testa** [2] - 29:4, 49:8
**testified** [10] - 4:10, 26:18, 67:11, 67:16, 84:15, 111:20, 139:20, 144:9, 170:18, 170:20
**testify** [1] - 113:4
**Testimony** [1] - 1:22
**testimony** [6] - 106:17, 134:19, 173:10, 173:13, 175:7, 175:10
**thanked** [1] - 44:17
**THE** [7] - 9:9, 22:10, 29:13, 77:9, 96:20, 105:20, 172:14
**therefore** [1] - 85:15
**therefrom** [2] - 96:2, 134:8
**thief** [4] - 167:21, 169:6, 170:6, 170:19
**thinking** [2] - 139:23, 140:8
**thirteen** [1] - 148:2
**thirty** [2] - 42:8, 42:9
**thirty-four** [1] - 42:8
**thirty-six** [1] - 42:9
**thoroughly** [1] -

139:24
**thousand** [1] - 99:16
**three** [11] - 7:13, 7:21, 8:5, 8:7, 27:2, 27:5, 79:14, 79:17, 80:13, 81:16, 86:4
**threw** [1] - 30:17
**throw** [1] - 129:6
**today** [23] - 6:14, 15:12, 17:12, 17:24, 19:3, 19:11, 22:13, 22:17, 54:6, 58:5, 60:6, 65:9, 82:9, 83:2, 84:15, 84:22, 90:7, 91:14, 122:10, 128:19, 138:13, 149:9, 163:7
**today's** [3] - 6:9, 56:18, 101:22
**Tommy** [16] - 89:10, 91:22, 111:7, 112:17, 112:19, 112:20, 112:21, 112:24, 113:5, 113:6, 113:15, 113:17, 123:11, 144:18
**tomorrow** [4] - 35:20, 121:7, 121:9, 157:5
**took** [10] - 57:9, 73:23, 73:25, 88:19, 88:20, 108:7, 109:15, 110:5, 165:20, 165:25
**total** [3] - 85:20, 85:21, 122:16
**towards** [1] - 132:24
**town** [2] - 73:4, 93:11
**track** [2] - 110:23, 111:2
**transcript** [3] - 173:10, 173:12, 175:9
**translate** [1] - 124:17
**travel** [1] - 71:9
**travels** [1] - 71:5
**treat** [1] - 10:20, 150:19
**treated** [4] - 166:18, 169:13, 169:14
**TRIAL** [1] - 1:18
**trial** [1] - 3:13
**tried** [1] - 64:24
**trip** [2] - 23:5, 23:6
**trouble** [1] - 128:23
**truck** [2] - 106:5, 116:19
**trucks** [3] - 114:22, 115:2, 116:14
**true** [6] - 123:3, 129:14, 129:18,

173:12, 173:14, 175:10
**truth** [15] - 23:10, 64:14, 72:4, 72:15, 74:3, 74:5, 90:12, 90:21, 90:24, 125:23, 127:23, 128:11, 141:20, 146:11
**truthful** [3] - 15:8, 78:23, 124:12
**try** [5] - 64:20, 115:7, 125:22, 156:11, 159:4
**trying** [3] - 79:9, 142:2, 154:18
**TULIO** [1] - 1:6
**turn** [1] - 100:19
**twelve** [2] - 53:23, 147:24
**twenty** [1] - 107:22
**twice** [4] - 31:16, 40:24, 89:8
**two** [27] - 8:5, 9:3, 11:10, 11:17, 19:24, 20:2, 21:19, 23:2, 23:4, 23:16, 27:5, 27:15, 30:20, 30:21, 79:14, 79:17, 80:12, 92:10, 92:12, 94:12, 99:15, 123:17, 128:17, 147:17, 148:4, 148:22, 148:25
**type** [4] - 25:2, 104:9, 145:12, 162:24

## U

**umm** [1] - 131:11
**unable** [1] - 76:12
**unavailable** [1] - 135:20
**under** [5] - 6:16, 6:19, 15:12, 16:13, 173:10
**underpaid** [1] - 53:13
**understood** [3] - 16:2, 68:16, 111:16
**unemployment** [41] - 49:10, 49:11, 49:22, 133:5, 134:9, 134:25, 135:4, 135:11, 135:18, 135:25, 136:12, 136:17, 136:22, 137:15, 137:22, 138:3, 139:12, 140:8, 140:11, 140:14, 140:18, 141:6, 142:11, 142:22,

143:7, 143:10, 143:17, 143:20, 143:23, 143:25, 153:22, 153:24, 155:3, 159:12, 160:12, 160:21, 162:2, 162:3, 166:7, 168:24
**union** [35] - 41:25, 42:2, 42:4, 42:8, 42:13, 42:16, 42:19, 42:23, 42:24, 43:25, 44:3, 44:5, 44:14, 45:18, 45:20, 45:22, 46:3, 46:8, 46:19, 46:21, 46:24, 68:16, 68:18, 70:17, 81:15, 83:19, 86:8, 86:13, 86:16, 86:18, 118:19, 118:25, 120:4, 120:7, 140:12
**unit** [1] - 103:6
**UNITED** [1] - 1:2
**United** [9] - 8:21, 12:12, 12:14, 12:16, 13:16, 23:23, 135:20, 136:7, 136:19
**university** [2] - 129:16, 129:20
**unless** [2] - 124:19, 166:4
**up** [26] - 29:20, 36:23, 37:9, 53:12, 69:6, 71:3, 71:20, 71:21, 72:7, 72:11, 72:12, 72:16, 73:3, 73:8, 75:14, 75:16, 109:4, 109:15, 109:21, 110:18, 110:20, 121:23, 123:13, 123:17, 155:25
**upset** [1] - 33:11

## V

**vacation** [2] - 138:4, 161:4
**vacationing** [1] - 155:10
**vain** [1] - 134:17
**Vargas** [9] - 4:15, 6:4, 6:5, 6:6, 6:7, 6:13, 17:11, 20:17, 174:5
**VARGAS** [1] - 1:19, 173:8, 173:18
**Vargas'** [2] - 5:25, 174:17
**various** [3] - 8:22,

123:7, 146:24
**VECCHIA** [15] - 1:11, 1:11, 21:10, 28:20, 29:12, 30:2, 38:8, 38:13, 64:16, 116:3, 128:23, 141:3, 142:25, 143:6
**Vecchia** [28] - 2:24, 24:4, 24:6, 24:10, 34:23, 35:7, 54:19, 55:2, 55:9, 55:19, 59:10, 66:21, 66:25, 67:6, 67:7, 67:13, 101:8, 109:10, 111:21, 114:3, 114:5, 114:12, 114:13, 120:22, 121:12, 125:3, 146:14
**Vecchia's** [2] - 36:15, 113:21
**VEGA** [1] - 1:5
**vehicle** [16] - 70:11, 70:13, 70:18, 70:19, 70:23, 71:2, 71:4, 71:8, 75:2, 75:8, 102:19, 102:23, 108:24, 109:8, 109:11, 109:13
**verbally** [2] - 7:7, 25:8
**visit** [1] - 74:21
**voluntarily** [2] - 32:25, 61:12

## W

**wage** [34] - 29:3, 41:22, 42:4, 42:5, 42:10, 46:3, 46:7, 46:12, 46:15, 46:18, 46:22, 48:21, 48:23, 48:24, 49:2, 49:4, 49:5, 49:7, 49:13, 49:18, 50:5, 50:6, 50:10, 50:18, 51:15, 51:21, 52:16, 65:5, 65:7, 65:13, 65:18, 118:15, 118:19, 118:21
**wages** [4] - 46:19, 58:24, 61:16, 124:3
**wait** [8] - 14:11, 25:15, 34:20, 73:10, 73:13, 95:10, 101:4, 154:2
**waited** [1] - 115:8
**waiting** [5] - 34:2, 36:3, 115:2, 115:17, 116:15
**waived** [1] - 3:8

13

**Wallace** [2] - 60:23, 162:10
**WALLACE** [1] - 2:13
**Walter** [11] - 70:20, 87:5, 87:13, 87:19, 87:25, 88:6, 92:22, 92:24, 92:25, 150:13
**WALTER** [1] - 1:4
**waste** [3] - 100:7, 134:4, 134:5
**Waverly** [2] - 79:18, 86:7
**waverly** [1] - 147:6
**Wayne** [1] - 70:20
**ways** [1] - 46:20
**week** [33] - 32:15, 32:22, 37:24, 40:12, 40:24, 41:2, 41:4, 43:7, 43:11, 53:19, 53:21, 63:4, 68:2, 68:6, 68:9, 81:4, 81:7, 81:22, 82:5, 82:15, 83:3, 83:22, 83:25, 84:17, 86:2, 111:7, 118:12, 148:13, 148:20, 148:22, 148:25
**weeks** [14] - 19:24, 20:2, 21:19, 38:6, 54:3, 68:11, 68:12, 81:9, 84:22, 84:24, 148:9, 148:11, 148:12, 148:19
**weighed** [1] - 129:19
**welcome** [1] - 158:15
**welfare** [1] - 133:2
**well..** [1] - 116:20
**West** [2] - 2:10, 73:3
**Wheeler** [3] - 93:10, 93:11, 94:9
**whole** [5] - 84:24, 91:6, 149:23, 156:8, 156:9
**wife** [21] - 8:13, 8:16, 8:20, 11:20, 11:25, 12:22, 66:13, 112:10, 112:12, 128:17, 129:2, 129:4, 156:12, 156:15, 159:11, 159:19, 159:20, 163:11, 164:5, 164:10, 169:18
**wife's** [1] - 13:24
**willing** [5] - 16:13, 136:6, 136:18, 155:9, 160:25
**Willow** [4] - 4:17, 7:10, 7:12, 98:19
**Wilson** [2] - 147:6, 147:7

**win** [1] - 125:22
**winter** [4] - 25:21, 131:10, 131:12, 137:13
**wintertime** [1] - 148:23
**wish** [1] - 176:3
**Witness** [1] - 4:8
**WITNESS** [5] - 29:13, 77:9, 96:20, 172:14, 174:4
**witness's** [2] - 95:24, 134:8
**witness(es** [1] - 175:7
**witness(es)** [1] - 175:11
**woman** [14] - 91:10, 125:20, 125:22, 126:3, 126:6, 126:16, 127:13, 127:20, 128:14, 128:19, 138:8, 138:12, 165:23, 168:19
**women** [14] - 128:11, 129:5, 140:2, 141:9, 141:12, 141:21, 141:25, 142:7, 153:8, 156:16, 159:12, 159:22, 159:23, 168:11
**Wood** [1] - 73:3
**word** [1] - 152:16
**words** [1] - 102:4
**worker** [2] - 60:5, 114:17
**workers** [2] - 30:21, 75:24
**works** [1] - 12:20
**write** [1] - 110:12
**Wyandanch** [1] - 152:11

# Y

**yard** [9] - 71:3, 71:10, 72:10, 75:6, 75:12, 75:18, 75:24, 89:8, 92:2
**year** [20] - 24:23, 24:24, 26:12, 30:22, 35:24, 74:17, 118:4, 118:7, 130:8, 130:9, 130:14, 130:15, 133:8, 135:3, 135:6, 135:7, 135:8, 135:24, 161:25, 169:3
**years** [7] - 7:13, 7:21, 35:6, 48:8, 51:9,

128:20, 146:24
**Yenesia** [6] - 9:25, 10:2, 10:8, 10:14, 10:17, 11:7
**Yenesia's** [1] - 11:2
**York** [18] - 1:16, 1:25, 2:5, 2:10, 2:14, 2:19, 4:18, 140:21, 140:24, 159:14, 160:6, 161:9, 161:11, 163:12, 173:25, 175:6
**YORK** [2] - 1:2, 173:4
**yourself** [2] - 69:22, 156:11
**youth** [1] - 127:22

# Z

**ZABELL** [35] - 2:17, 2:20, 4:12, 4:20, 5:11, 5:20, 52:7, 52:13, 76:19, 77:13, 96:5, 97:8, 97:11, 97:17, 100:16, 101:13, 105:19, 106:14, 131:19, 131:25, 132:5, 132:7, 132:13, 133:16, 133:20, 133:24, 134:4, 134:12, 134:21, 149:5, 158:3, 158:8, 158:15, 172:5, 172:10
**Zabell** [1] - 174:6