Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x

NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX
AMIR AREVALO, MAYNOR FAJARDO, WALTER GARCIA,
JOSE L. MARTINEZ, PRACELIS MENDEZ, OSMAR W.
PAGOADA, JAVIER QUINTANILLA, EDWIN RIVERA,
CARLOS ESCALANTE, KEVIN GALEANO, LERLY NOE
RODRIGUEZ, JOSE VEGA CASTILLO, JUAN
QUINTEROS, and MARCOS TULIO PEREZ,

                                    Plaintiffs,

                              Case No.:
                              CV-09-5331 (SJF)(WDW)
                    -against-

SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
LOUIS VECCHIA, CHRISTOPHER VECCHIA, HELENE
VECCHIA and JOHN DOES 1-5,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -x

                    15 Verbena Avenue
                    Floral Park, New York

                    June 3, 2011
                    10:00 a.m.


          EXAMINATION BEFORE TRIAL of LOUIS

VECCHIA, one of the defendants in the

above-entitled action, held at the above time and

place, pursuant to Notice, taken before JoAnn

O'Loughlin, a Notary Public of the State of New

York.

Page 2

```
1
2  APPEARANCES:
3
4    LAW OFFICES OF LAUREN GOLDBERG, PLLC
        Attorney for Plaintiffs
5        501 Fifth Avenue
         New York, New York 10017
6
     BY: LAUREN GOLDBERG, ESQ.
7
8
     IAN FRANCIS WALLACE, ESQ.
9        Attorney for Plaintiffs
         501 Fifth Avenue
10       New York, New York 10017
11
12   ZABELL & ASSOCIATES, P.C.
        Attorneys for Defendants
13       SUFFOLK PAVING CORP., LOUIS VECCHIA and
         HELENE VECCHIA
14       4875 Sunrise Highway
         Bohemia, New York 11716
15
     BY: SAUL D. ZABELL, ESQ.
16
17
     THE ZISKIN LAW FIRM
18       Attorneys for Defendants
         SUFFOLK ASPHALT CORP. and
19       CHRISTOPHER VECCHIA
         6268 Jericho Turnpike
20       Commack, New York 11725
21   (NOT PRESENT)
22
23
24         * * *
25
```

Page 3

```
1
2    L O U I S   V E C C H I A, the witness herein,
3    having first been duly sworn by the Notary Public,
4    was examined and testified as follows:
5    EXAMINATION BY MS. GOLDBERG:
6        Q.   What is your name?
7        A.   Louis Vecchia.
8        Q.   Where do you reside?
9        A.   Three Quail Run, Port Jefferson, New York
10   11777.
11       Q    Good morning, Mr. Vecchia.
12       A    Good morning, how are you?
13       Q    My name is Lauren Goldberg. I'm one of the
14   attorneys representing the plaintiffs in this matter.
15   My co-counsel, Ian Wallace, is not here yet, but he
16   will be arriving shortly. I see that you have your
17   counsel sitting next to you, Mr. Zabell.
18       A    Correct.
19       Q    The purpose of today is to take your
20   deposition.
21           Have you ever had your deposition taken
22   before?
23       A    Yes.
24       Q    How many times have you had your deposition
25   taken before?
```

Page 4

```
1                  LOUIS VECCHIA
2        A    For a few slips and falls occasionally;
3    two, three, four.
4        Q    I'm going to review how this deposition is
5    going to be conducted today.
6            I'm going to ask you a series of questions
7    and I would expect that you would answer them
8    truthfully. If I ask you a question that is unclear, I
9    would ask that you tell me that it is unclear to you
10   and I will do my best to rephrase the question so that
11   you understand it.
12           Have you taken any medication in the last
13   24 hours?
14       A    No.
15       Q    Have you consumed any alcohol in the last
16   24 hours?
17       A    No.
18       Q    Is there anything that you can think of
19   that would impair your judgment to answer truthfully
20   today?
21           MR. ZABELL: Objection to the form of the
22   question.
23           You may answer.
24       A    Say the question again, please.
25       Q    Is there anything that would impair your
```

Page 5

```
1                  LOUIS VECCHIA
2    ability to answer the questions truthfully today?
3            MR. ZABELL: Are you withdrawing your
4    previous question?
5            MS. GOLDBERG: No, the question stands. If
6    he doesn't answer, the --
7            MR. ZABELL: There were two different
8    questions that you asked.
9            MS. GOLDBERG: Can you read back the
10   question?
11           (The pending question was read.)
12           MR. ZABELL: I have no objection to having
13   him answer the previous question that you asked
14   before that, which was a different variation of
15   that question.
16           MS. GOLDBERG: Can you read back the
17   question before that?
18           (The record was read.)
19           MR. ZABELL: These are two different
20   questions. So pick a question to ask him, I'm not
21   stopping him from answering, but you just have to
22   pick a question.
23           MS. GOLDBERG: I recognize that your
24   direction, counsel, your directions are
25   inappropriate. You can state your objection and
```

LOUIS VECCHIA

1  the witness can either answer the question or
2  state that he didn't understand the question.
3
4      MR. ZABELL:  Pick a question you'd like to
5  ask him, ask him the question.
6      MS. GOLDBERG:  JoAnn, can you please read
7  back the last question and that's the question
8  that I'm asking him right now?
9      MR. ZABELL:  Please.
10     (The pending question was read.)
11  A    Impair me or . . .
12  Q    Impair you.
13  A    As long as I'm given the proper
14  information.
15     MR. ZABELL:  I'm just going to advise you,
16  Lou, Ms. Goldberg is not under oath.  That means
17  we don't ask her any questions.  Just listen to
18  me.  If you can't answer a question, you simply
19  state that you can't answer a question.
20     THE WITNESS:  Okay.
21     MR. ZABELL:  You don't get to ask her to
22  clarify her questions, that's her responsibility
23  and it's not our job to assist her with her
24  responsibility.
25     I'm also going to advise you that because

LOUIS VECCHIA

1
2  Ms. Goldberg is not under oath, you are under no
3  obligation to believe any of her statements to be
4  accurate.  You answer the questions to the best of
5  your own ability and do not assume simply because
6  she asks the question that it is an accurate
7  portrayal of either your prior testimony or facts
8  in this matter, okay?
9      THE WITNESS:  Okay.
10     MS. GOLDBERG:  Mr. Zabell, your direction
11  and counsel to the witness is inappropriate.
12  You're allowed to state your objection to my
13  questions, but counseling and guiding the witness
14  is inappropriate.
15     MR. ZABELL:  You're absolutely incorrect.
16  Why don't you proceed?
17  Q    It is important for you to allow me to
18  state the entire question before you answer, this way
19  you know what the entire question will be before you
20  answer it and you will have all the information that
21  you need before answering it.
22     It's also important because the court
23  reporter can only take down one of us at a time, so
24  it's important that you wait for me to stop speaking
25  before you begin speaking.

LOUIS VECCHIA

1
2      MR. ZABELL:  Those are statements of fact
3  that do not require a response on your part.
4  Q    You will have an opportunity at some point
5  after the deposition to review your transcript to make
6  sure that everything that is said here today is
7  accurately reflected in the transcript.
8      Do you understand everything that I've said
9  today?
10  A    Yes.
11  Q    You are permitted to take breaks, I would
12  only ask that if there's a question pending, that you
13  answer the question before we take the break.
14     It is also important for you to know that
15  the court reporter can only take down verbal responses,
16  she can't take down nods or gestures, so it's important
17  that you respond orally.
18     I also want to remind you that the reporter
19  has taken your oath.
20     Do you understand what an oath is?
21  A    Yes.
22  Q    You have sworn to tell the truth here.
23  There's no difference than if you were in a courtroom
24  and you swore to tell the truth in front of a court
25  officer.

LOUIS VECCHIA

1
2      So do you understand that there are
3  consequences for lying under oath?
4  A    Yes.
5  Q    Did you do anything to prepare for this
6  deposition?
7      MR. ZABELL:  Objection to the form of the
8  question.
9      You may answer.
10  A    No.
11  Q    Did you review any documents?
12  A    No.
13  Q    Is Helene Vecchia your wife?
14  A    Yes.
15  Q    Is Christopher Vecchia your son?
16     MR. ZABELL:  Objection to the form.
17     Wait a minute.  Are you withdrawing the
18  Christia Vecchia and replacing it with Christopher
19  Vecchia because you did say Christia?
20     MS. GOLDBERG:  If I said Christia, I meant
21  Christopher, so withdraw that.
22  Q    I said is Christopher Vecchia your son.
23  A    Yes, he is.
24  Q    Do you know Nelson Quintanilla?
25  A    Yes.

LOUIS VECCHIA

1
2    Q    Does he still work for you?
3    A    Yes -- no, he actually works --
4         MR. ZABELL:  Just answer the question.
5    A    No.
6    Q    Do you know who he works for?
7    A    Yes.
8    Q    Who does he work for?
9    A    Christopher Vecchia.
10   Q    Has Nelson Quintanilla ever worked for you?
11   A    I believe so.
12   Q    When did he work for you?
13   A    Not sure.
14   Q    Was it prior to 2009?
15   A    It's possibly.
16   Q    Do you own Suffolk Paving?
17   A    Yes.
18        MR. ZABELL:  Objection to the form.
19        Your answer remains.
20   A    Yes.
21   Q    Do you run Suffolk Paving?
22        MR. ZABELL:  Objection to the form.
23        You may answer.
24   A    Yes.
25   Q    Are there any other owners of Suffolk

LOUIS VECCHIA

1
2    Paving?
3    A    No.
4    Q    Is there anyone else that runs Suffolk
5    Paving?
6         MR. ZABELL:  Objection to the form.
7         You may answer.
8    A    You mean in what way --
9         MR. ZABELL:  Remember, you don't get to ask
10   her questions.  You answer the question to the
11   best of your ability and that's all you can do.
12   A    No.
13   Q    What does Suffolk Paving do?
14        MR. ZABELL:  Objection to the form.
15        You may answer.
16   A    Various construction jobs.
17   Q    How many individuals do you employ?
18        MR. ZABELL:  Objection to the form.
19        You may answer.
20   A    Now?
21        MR. ZABELL:  You don't get to ask her
22   questions.  I understand it's a little difficult,
23   but --
24        THE WITNESS:  Right.  She asks me a
25   question as of today.

LOUIS VECCHIA

1
2         MS. GOLDBERG:  Withdrawn.  I'm going to
3    restate the question.
4         THE WITNESS:  I'm sorry, go ahead.
5    Q    The time period --
6         MR. ZABELL:  Just so you understand, you
7    help her when she asks those open-ended questions
8    or imperfect questions, so just answer the
9    question as best you can and if you can't answer
10   the question, just advise her.  It's incumbent
11   upon her to follow up and clarify the question.
12   A    Not sure.
13   Q    Unless I state otherwise, the period of
14   time that we're going to talk about is 2005 through
15   2009.  That's the period of time that we're going to
16   talk about right now.
17        MR. ZABELL:  That's a statement to which no
18   response is required.
19   Q    How many individuals did Suffolk Paving
20   employ between the time 2005 to 2009?
21   A    Not sure.
22   Q    How many individuals did you employ in
23   2005?
24   A    Don't recall.
25   Q    2006?

LOUIS VECCHIA

1
2    A    To be accurate, I don't recall.
3    Q    2007?
4    A    Same.
5    Q    2008?
6    A    Same.
7    Q    2009?
8    A    Same.
9    Q    When Nelson Quintanilla did work for you,
10   do you recall what his position was?
11        MR. ZABELL:  Objection to the form.
12        You may answer.
13   A    Not sure.
14   Q    Do you recall what his pay rate was?
15   A    No.
16   Q    Do you recall whether he was in a union?
17   A    No.  You're referring -- no.
18   Q    Do you know Alejandro Amaya?
19   A    Yes.
20   Q    Did Alejandro Amaya ever work for you?
21   A    I believe so.
22   Q    When did Alejandro Amaya work for you?
23   A    Not sure.
24   Q    Do you remember whether it was prior to
25   2009?

LOUIS VECCHIA

1
2   A   I believe it was.
3   Q   Do you recall how many years he worked for
4 you?
5   A   No.
6   Q   Do you recall what his position was when he
7 worked for you?
8   A   No.
9   Q   Do you recall whether he was part of a
10 union?
11   A   I don't recall.
12   Q   Do you know where Alejandro Amaya works
13 today?
14       MR. ZABELL:  Objection to the form.
15   A   No.
16       MR. ZABELL:  You may answer.
17   A   No.
18   Q   Do you know whether Nelson Quintanilla ever
19 worked for Suffolk Asphalt?
20       MR. ZABELL:  Objection to the form.
21       I believe that's a statement, but you can
22 answer it.
23       THE WITNESS:  Can you repeat the question,
24 please?
25       MS. GOLDBERG:  JoAnn, would you mind,

LOUIS VECCHIA

1
2 please, repeating the question?
3       (The pending question was read.)
4   A   I believe he did.
5   Q   Do you recall when he worked for Suffolk
6 Asphalt?
7   A   No.
8   Q   Do you know Alex Amir Arevalo?
9   A   Who?
10   Q   Alex Amir Arevalo.
11   A   Not sure.
12       MR. ZABELL:  Ms. Goldberg, are you familiar
13 with the correct pronunciations of some of these
14 names?  I know they're difficult names to
15 pronounce and when you're asking him based upon
16 the pronunciation of the name, you might be a
17 little off, so I'm asking you if there's another
18 pronunciation that you're aware of for any of
19 those names, that you should state it only to get
20 a more accurate answer.  If there is a more
21 accurate answer.
22       MS. GOLDBERG:  Well, I could very well be
23 mispronouncing it.  Why don't I spell it out?
24       MR. ZABELL:  Is that going to help you in
25 any way?

LOUIS VECCHIA

1
2       THE WITNESS:  We can try.  I'm willing to
3 try.
4       MS. GOLDBERG:  Okay, we'll try.
5   Q   The first name is Alex, which is spelled
6 A-L-E-X; the middle name is Amir, A-M-I-R and the last
7 name is Arevalo, which is spelled A-R-E-V-A-L-O.
8   A   And what's the question you're asking me
9 about this person?
10   Q   Do you know this individual whose name I
11 just spelled?
12       MR. ZABELL:  Objection to the form.
13       You can answer.
14   A   I'm really not sure to be honest with you.
15       MR. ZABELL:  You can answer.
16   Q   Going back to Alejandro Amaya for a minute,
17 do you know whether Alejandro Amaya ever worked for
18 Suffolk Asphalt?
19       MR. ZABELL:  Objection to the form.
20       You may answer.
21   A   I don't recall.
22   Q   Do you know Maynor Fajardo?
23   A   Maynor Fajardo.
24       (Pause.)
25   A   Yes.

LOUIS VECCHIA

1
2   Q   Did he ever work for Suffolk Paving?
3   A   I believe so.
4   Q   Do you recall the time period that he
5 worked?
6   A   No.
7   Q   Do you recall whether he was in a union?
8   A   I don't know.
9   Q   Do you know whether Maynor Fajardo ever
10 worked for Suffolk Asphalt?
11   A   Don't recall.  I'm not sure.  I believe so,
12 though.
13   Q   Do you recall when he worked for Suffolk
14 Asphalt?
15   A   No.
16   Q   Do you know Walter Garcia?
17   A   Yes.
18   Q   Did he work for Suffolk Paving?
19   A   I believe he did.
20   Q   Do you recall whether he worked for Suffolk
21 Paving?
22   A   No.
23   Q   Do you know whether Walter Garcia ever
24 worked for Suffolk Asphalt?
25   A   I believe he did.

Page 18

```
 1              LOUIS VECCHIA
 2     Q    Do you recall when he worked for Suffolk
 3   Asphalt?
 4     A    No.
 5     Q    Do you recall whether Walter Garcia was in
 6   a union?
 7     A    I'm not sure.
 8     Q    Do you know Jose Martinez?
 9     A    Don't recall Jose Martinez.
10     Q    Do you know Pracelis Mendez?
11     A    Yes.
12     Q    Did he ever work for Suffolk Paving?
13     A    Yes.
14     Q    Do you recall when he worked for Suffolk
15   Paving?
16     A    No.
17     Q    Do you recall whether he was in a union
18   when he worked for Suffolk Paving?
19     A    No.
20     Q    Was Pracelis Mendez in a union when he
21   worked for Suffolk Paving?
22     A    No.
23     Q    Do you know whether Pracelis Mendez ever
24   worked for Suffolk Asphalt?
25     A    I believe he did.
```

Page 19

```
 1              LOUIS VECCHIA
 2     Q    Do you know --
 3     MR. ZABELL:  Hold on.
 4     Before you answer the question, I just want
 5   to make sure that when she's saying "strike that,"
 6   that's all appearing on the transcript.
 7     (Discussion off the record.)
 8     MR. ZABELL:  I want to leave the false
 9   starts.
10     When you say "strike that," it should be on
11   the record, everything that gets said in the room
12   until the point comes where we say off the record
13   should be on the record.  That's my position.
14   That's what makes it an accurate transcript.
15     So if it wasn't on the transcript
16   yesterday, you recognize that you said "strike
17   that" throughout the day yesterday?
18     MS. GOLDBERG:  I take objection to that.  I
19   did not say "strike that" throughout the day
20   yesterday.  That's an inaccurate characterization.
21     MR. ZABELL:  You didn't say "strike that"
22   at all yesterday?
23     MS. GOLDBERG:  Well, you're also now
24   misstating me again.  I didn't now just say that I
25   didn't say it at all, but I didn't say it
```

Page 20

```
 1              LOUIS VECCHIA
 2   throughout the day.
 3     MR. ZABELL:  You said it with some level of
 4   regularity, I'm not commenting on how many times,
 5   all I'm saying is when you say it from this point
 6   forward, it should be reflected on the record,
 7   just as everything else that gets said in this
 8   room should be on the record unless and until both
 9   parties agree that it should be off the record.
10     MS. GOLDBERG:  Well, I still take objection
11   to your characterization of yesterday.  I think
12   that "strike that" obviously is indicating you're
13   removing it from the record, but we can leave it
14   in for right now and to resolve it later.  We'll
15   continue with the deposition.
16     (Pause.)
17     MS. GOLDBERG:  Can you read back my last
18   question about Pracelis Mendez?
19     (The pending question was read.)
20     Q    Do you recall when Pracelis Mendez worked
21   for Suffolk Asphalt?
22     A    No.
23     Q    Do you know Osmar Pagoada, last name is
24   spelled P-A-G-O-A-D-A?
25     A    No.
```

Page 21

```
 1              LOUIS VECCHIA
 2     Q    Do you know Javier Quintanilla, last name
 3   spelled Q-U-I-N-T-A-N-I-L-L-A?
 4     A    I'm not sure.
 5     Q    Do you know Edvin Rivera?
 6     A    Yes.
 7     Q    Did Edvin Rivera ever work for Suffolk
 8   Paving?
 9     A    I believe he did.
10     Q    When did he work for Suffolk Paving?
11     A    Not sure.
12     Q    Was it before 2009?
13     A    Yes.
14     Q    Do you recall how long he worked at Suffolk
15   Paving?
16     A    No.
17     Q    Do you recall whether he was in a union
18   when he worked at Suffolk Paving?
19     A    No.
20     Q    Do you know whether Edvin Rivera ever
21   worked for Suffolk Asphalt?
22     A    Yes, he did.
23     Q    Do you know when he worked for Suffolk
24   Asphalt?
25     A    No.
```

```
 1              LOUIS VECCHIA
 2       (Ian Wallace joined the deposition.)
 3         MR. ZABELL:  Let the record reflect that
 4    Ian Wallace has arrived to the deposition.
 5    Q    Do you know Carlos Escalante?
 6    A    Yes.
 7    Q    Did Carlos Escalante ever work for Suffolk
 8    Paving?
 9    A    Yes.
10    Q    Do you recall when Carlos Escalante worked
11    for Suffolk Paving?
12    A    Not exactly.
13    Q    Do you recall how long he worked at Suffolk
14    Paving?
15    A    I'm not sure.
16    Q    Do you know whether -- withdrawn.
17         Was Carlos Escalante in a union when he
18    worked for Suffolk Paving?
19    A    No.
20    Q    Do you know whether Carlos Escalante ever
21    worked for Suffolk Asphalt?
22    A    Yes, he did.
23    Q    Do you know when Carlos Escalante worked at
24    Suffolk Asphalt?
25    A    No.
```

```
 1              LOUIS VECCHIA
 2    Q    Do you know how long he worked at Suffolk
 3    Asphalt?
 4    A    No.
 5    Q    Do you know whether he was in a union when
 6    he worked for Suffolk Asphalt?
 7    A    I believe he was, yes.
 8    Q    Was Carlos Escalante in a union when he
 9    worked for Suffolk Paving?
10    A    No.
11    Q    Was Edvin Rivera in a union when he worked
12    for Suffolk Asphalt?
13    A    I believe so.
14         MR. ZABELL:  Lou, just so you know, if
15    there's a phone call you have to take, as long as
16    there's no question pending, you can take it.
17    Q    Do you recall whether Pracelis Mendez was
18    in a union when he worked for Suffolk Asphalt?
19    A    I believe he was.
20    Q    Do you know Kevin Galeano, last name is
21    spelled G-A-L-E-A-N-O?
22    A    Sounds familiar.
23    Q    Do you know -- withdrawn.
24         Did he ever work for Suffolk Paving?
25    A    He might have.
```

```
 1              LOUIS VECCHIA
 2    Q    Do you know when that -- withdrawn.
 3         Did he work for Suffolk Paving prior to
 4    2009?
 5    A    He could have, yes.
 6    Q    Do you know whether Kevin Galeano ever
 7    worked for Suffolk Asphalt?
 8    A    I don't know.
 9    Q    Do you know Lerly Noe Rodriguez?
10    A    Yes.
11    Q    Did he ever work for Suffolk Paving?
12    A    Yes.
13    Q    When did he work for Suffolk Paving?
14    A    I'm not sure.
15    Q    Was it prior to 2009?
16    A    Yes.
17    Q    Do you know how long he worked for Suffolk
18    Paving?
19    A    No.
20    Q    Was Lerly Noe Rodriguez in a union when he
21    worked for Suffolk Paving?
22    A    No.
23    Q    Did Lerly Noe Rodriguez ever work for
24    Suffolk Asphalt?
25    A    I believe he did.
```

```
 1              LOUIS VECCHIA
 2    Q    When did he work at Suffolk Asphalt?
 3    A    I'm not sure.
 4    Q    How long did Lerly Noe Rodriguez work at
 5    Suffolk Asphalt?
 6    A    I believe he might currently be working for
 7    Suffolk Asphalt.  I'm not a hundred percent sure,
 8    though.
 9    Q    Do you know whether he is -- withdrawn.
10         Do you know how long he's been at Suffolk
11    Asphalt?
12    A    No.
13    Q    When Lerly Noe Rodriguez worked at Suffolk
14    Paving, was he in a union?
15    A    No.
16    Q    Is Lerly Noe Rodriguez in a union --
17    withdrawn.
18         Do you know whether Lerly Noe Rodriguez was
19    in a union when he worked for Suffolk Asphalt?
20    A    Yes, I believe so.
21    Q    Do you know which union?
22    A    I believe it's Local 138.
23    Q    Do you know what his classification is
24    within the union?
25    A    I think all he could do is -- he's a roller
```

Page 26

LOUIS VECCHIA

1  operator.
2      Q    Do you know what his rate of pay is?
3      A    No.
4      Q    Do you know Jose Vega Castillo?
5      A    Say the last name again.
6      Q    Castillo, it's spelled C-A-S-T-I-L-L-O.
7      A    Sounds familiar.
8      Q    Do you know whether -- withdrawn.
9           Did he ever work at Suffolk Paving?
10     A    I believe so.
11     Q    Do you know when he worked at Suffolk
12 Paving?
13     A    No.
14     Q    Do you know how long he worked at Suffolk
15 Paving?
16     A    No.
17     Q    Was he in a union when he worked at Suffolk
18 Paving?
19     A    No.
20     Q    Did Jose Vega Castillo ever work for
21 Suffolk Asphalt?
22     A    I'm not sure.
23     Q    Do you know Juan Quinteros?
24     A    Yes.

Page 27

LOUIS VECCHIA

1      Q    Did Juan Quinteros ever work for Suffolk
2  Paving?
3      A    I don't know.
4      Q    Did Juan Quinteros ever work for Suffolk
5  Asphalt?
6      A    Yes, he did and I believe he still might.
7      Q    Do you know how long he's worked at Suffolk
8  Asphalt?
9      A    No.
10     Q    Is Juan Quinteros -- withdrawn.
11          Is Juan Quinteros in a union?
12     A    Yes.
13     Q    Do you know what union?
14     A    I believe he's a laborer.
15     Q    Do you know what the union number is?
16     A    1298.
17     Q    Do you know what his classification is
18 within that union?
19     A    Laborer.
20     Q    Do you know what his rate of pay is?
21     A    No.
22     Q    Do you know what his overtime rate of pay
23 is?
24     A    No.

Page 28

LOUIS VECCHIA

1      Q    Do you know Marcos Tulio Perez?
2      A    Sounds familiar.
3      Q    Did he ever work for Suffolk Paving?
4      A    He might have.
5      Q    Do you know whether he worked at Suffolk
6  Paving prior to 2009?
7      A    I would imagine he did.
8      Q    Do you know for how long he worked at
9  Suffolk Paving?
10     A    No.
11     Q    Do you know whether Marcos Tulio Perez ever
12 worked at Suffolk Asphalt?
13     A    I don't know.
14     Q    Did you start Suffolk Paving?
15          MR. ZABELL:  Objection to the form.
16          You may answer.
17     A    Yes.
18     Q    When did you start Suffolk Paving?
19     A    In the '90s.
20     Q    Was it early '90s?
21          MR. ZABELL:  Objection to the form.
22          You may answer.
23     A    I'd say mid.
24     Q    Where is Suffolk Paving located?

Page 29

LOUIS VECCHIA

1      A    Now?
2      Q    Yes.
3           MR. ZABELL:  Remember, she's not under
4  oath.
5           THE WITNESS:  I know, no.
6           MR. ZABELL:  You don't get to ask her
7  questions.
8      A    Thirty North Dunton Avenue, Medford, New
9  York 11763.
10     Q    Has it always been at that location?
11     A    Yes.
12     Q    Has Suffolk Paving ever had a different
13 name?
14          MR. ZABELL:  Objection to the form.
15          You may answer.
16     A    I don't know.
17     Q    Does Christopher Vecchia work for Suffolk
18 Paving?
19     A    No.
20     Q    Does Helene Vecchia work for Suffolk
21 Paving?
22     A    No.
23     Q    Does Christopher Vecchia have any
24 connection to Suffolk Paving?

LOUIS VECCHIA

1
2    MR. ZABELL:  Objection to the form.
3    You may answer.
4    A    Any connection?
5    Q    Any connection.
6    A    His dad owns it.
7    Q    Does Helene Vecchia have any connection to
8  Suffolk Paving?
9    MR. ZABELL:  Same objection.
10   A    Her husband owns it.
11   Q    Does Helene Vecchia do anything for Suffolk
12 Paving?
13   MR. ZABELL:  Objection to the form of the
14  question.
15   You may answer.
16   A    She occasionally cooks for her husband.
17   Q    Does Christopher Vecchia ever do anything
18 for Suffolk Paving?
19   MR. ZABELL:  Objection to the form.
20   You may answer.
21   A    No.
22   Q    Aside from Suffolk Paving, do you own any
23 other companies?
24   A    Do I own any other companies?
25   (Pause.)

LOUIS VECCHIA

1
2    A    Can you be more specific?
3    Q    Are there any other companies that you own?
4    A    Well, I'm sure there are.
5    Q    Can you tell me their names?
6    A    All of them?
7    Q    All of them.
8    A    Oh, geez.
9    (Pause.)
10   A    Cross Island Industries; Louis Vecchia
11 Properties; Tyant Properties, LLC.
12   (Pause.)
13   A    That's all I recall right now.
14   Q    Did you start Cross Island Industries?
15   MR. ZABELL:  Objection to the form.
16   You may answer.
17   A    I believe I did.
18   Q    When did you start Cross Island Industries?
19   A    Not sure.
20   Q    Are you the sole owner of Cross Island
21 Industries?
22   A    Yes.
23   Q    What does Cross Island Industries do?
24   A    Rents equipment.
25   Q    What type of equipment does it rent?

LOUIS VECCHIA

1
2    A    All types.
3    Q    Have any of the plaintiffs ever worked for
4  Cross Island Industries?
5    A    No.
6    Q    Do you run Cross Island Industries?
7    MR. ZABELL:  Objection to the form.
8    You may answer.
9    A    Occasionally.
10   Q    Are there other people who help you run
11 Cross Island Industries?
12   MR. ZABELL:  Objection to the form.
13   You may answer.
14   A    Not really.
15   Q    How many individuals does Cross Island
16 Industries employ?
17   A    No idea.
18   Q    When did you start Louis Vecchia
19 Properties?
20   A    Not sure.
21   Q    Does Louis Vecchia Properties employ any
22 individuals?
23   A    No.
24   Q    What's the purpose of that company?
25   A    Properties.

LOUIS VECCHIA

1
2    Q    What does it do with properties?
3    A    Buys them.
4    Q    Are you the sole owner of that company?
5    A    Yes.
6    Q    Did you start Tyant Properties?
7    MR. ZABELL:  Objection to the form.
8    A    What company?
9    Q    Tyant.
10   MR. ZABELL:  Same objection.
11   A    Did I start it, yes.
12   Q    Are you the sole owner of that company?
13   A    No.
14   Q    Who else owns that company?
15   A    Robert Riley.
16   Q    Is there anybody else?
17   A    No.
18   Q    What's the purpose of Tyant Properties?
19   A    Buy properties.
20   Q    Where is Cross Island Industries located
21 today?
22   A    Today?
23   Q    Yes.
24   A    Thirty North Dunton Avenue.
25   Q    In what town?

Page 34

LOUIS VECCHIA

1
2    A    Medford.
3    Q    Has it always been at that location?
4    A    I don't think so.
5    Q    Where was it prior to being located at that
6    location?
7    A    It might have been at 18 Bear Street in
8    Selden.
9    Q    Was that your personal address?
10   A    Yes.
11   Q    When was it at the Bear Street location?
12   A    Not sure.
13   Q    Do you know how long it was at that
14   location?
15   A    No.
16   Q    Where is Tyant Properties located?
17   A    Thirty North Dunton Avenue.
18   Q    How long has that been at that location?
19   A    Three weeks.
20   Q    When did you start Tyant Properties?
21   A    A month ago.
22   Q    Does Helene Vecchia do any work for Cross
23   Island Industries?
24   A    Occasionally.
25   Q    What type of work does she do occasionally?

Page 35

LOUIS VECCHIA

1
2    A    She might do some payroll, pay some bills.
3    Q    Does Christopher Vecchia do any work for
4    Cross Island Industries?
5    A    No.
6    Q    Did you own a company called L&B Site
7    Development?
8    A    I believe -- yes.
9    Q    Is it still in existence?
10   A    No.
11   Q    Did you start that company?
12   A    I think so.
13   Q    When did you start it?
14   A    Not sure.
15   Q    How long was it in existence?
16   A    I don't even know.  A short time.
17   Q    What was the purpose of that company?
18   A    Site work.
19   Q    What type of site work did you do?
20   A    Residential site work.
21   Q    Do you know Dominic Testa?
22   A    Yes.
23   Q    How do you know him?
24   A    He worked for me at one time.
25   Q    For what company did he work for you?

Page 36

LOUIS VECCHIA

1
2    A    I'm not sure.
3    Q    Do you recall how long he worked for you?
4    A    No.
5    Q    Do you remember when he worked for you?
6    A    No.
7    Q    Did he supervise any of the plaintiffs?
8    A    Not sure.
9    Q    Do you know what his role was when he
10   worked for you?
11   A    Various things.
12   Q    Can you give me examples of the various
13   things he did for you?
14   A    Might have looked at work.
15        What else did he do?
16        (Pause.)
17   A    Maybe some dispatching.
18   Q    Would that have been for Suffolk Paving?
19   A    I'm not sure.
20   Q    Do you know who owns Suffolk Asphalt
21   Corporation?
22   A    Christopher Vecchia.
23   Q    Is he the sole owner?
24   A    Yes.
25   Q    Does he run Suffolk Asphalt Corporation?

Page 37

LOUIS VECCHIA

1
2    A    Yes.
3    Q    Do you have any involvement with Suffolk
4    Asphalt Corporation?
5    A    I'll give him occasional advice.
6    Q    What occasional advice would you give him?
7    A    Whatever he asks for.  He's my son.
8    Q    Where is Suffolk Asphalt located?
9    A    30A North Dunton Avenue in Medford.
10   Q    Do you know whether Helene Vecchia --
11   withdrawn.
12        Does Helene Vecchia do any work for Suffolk
13   Asphalt Corporation?
14        MR. ZABELL:  Objection to the form.
15        You may answer.
16   A    She helps Christopher out, also.
17        MS. GOLDBERG:  If we can just take a
18   five-minute break, is that all right?
19        MR. ZABELL:  All right.
20        (Short recess taken.)
21   Q    Again, the period that we're going to be
22   talking about is 2005 to 2009 until I state otherwise.
23        Did Helene Vecchia have any personnel
24   responsibilities at Suffolk Paving?
25   A    Yes.

10  (Pages 34 to 37)

LOUIS VECCHIA

1 | LOUIS VECCHIA
2  Q   What were her personnel responsibilities?
3  A   She was all-around.  She's like me, she
4 does everything.
5  Q   Can you tell me what she does?
6  A   Everything pertaining to a business.
7 Mostly payroll.
8  Q   What is her responsibility with payroll?
9  A   What's her responsibility for payroll?
10     Printing checks.
11  Q   Does she do anything else for payroll?
12  A   Whatever's required for payroll.
13  Q   Did Helene Vecchia input plaintiffs' hours
14 into the computer?
15     MR. ZABELL:  Objection to the form of the
16     question.
17     You may answer.
18  A   Yes.
19  Q   Was she responsible for all of payroll?
20     MR. ZABELL:  Objection to the form of the
21     question.
22  A   All of what payroll?
23     MR. ZABELL:  You may answer and you may not
24     ask her questions.
25     THE WITNESS:  Okay.

1 | LOUIS VECCHIA
2     (Pause.)
3  A   Not sure.
4  Q   Was there anyone else at Suffolk Paving who
5 worked on payroll aside from Helene Vecchia?
6     MR. ZABELL:  Objection to the form of the
7     question.
8     You may answer.
9  A   I don't know.
10  Q   Can you tell me what specifically Helene
11 Vecchia did for payroll?
12     MR. ZABELL:  Objection to the form of the
13     question.
14     You may answer.
15     THE WITNESS:  I don't understand the
16     question.
17     MR. ZABELL:  Then that's all you need to
18     tell her.
19  Q   Was Helene Vecchia responsible for keeping
20 the time records for the plaintiffs?
21     MR. ZABELL:  Objection to the form of the
22     question.
23     You may answer.
24  A   I don't think so, no.
25  Q   Was Helene Vecchia -- withdrawn.

1 | LOUIS VECCHIA
2     Did Helene Vecchia pay the bills for
3 Suffolk Paving?
4     MR. ZABELL:  Objection to the form of the
5     question.
6     You may answer.
7  A   Possibly.
8  Q   Was she responsible for accounts payable at
9 Suffolk Paving?
10     MR. ZABELL:  Objection to the form of the
11     question.
12     You may answer.
13  A   Possibly occasionally.
14  Q   Was she responsible for accounts
15 receivables?
16     MR. ZABELL:  Same objection.
17     You may answer.
18  A   Possibly occasionally.
19  Q   Did she have the power to hire individuals
20 for Suffolk Paving?
21     MR. ZABELL:  Objection to the form of the
22     question.
23     You may answer.
24  A   Various times.
25  Q   When were those times?

1 | LOUIS VECCHIA
2  A   Not sure.
3  Q   Did she have the power to fire employees at
4 Suffolk Paving?
5     MR. ZABELL:  Objection to the form of the
6     question.
7     You may answer.
8  A   Maybe if she asked me nicely.
9     No, I don't know.
10  Q   Aside from Helene Vecchia, do you know --
11 withdrawn.
12     Aside from Helene Vecchia, was there anyone
13 else at Suffolk Paving who dealt with accounts payable?
14     MR. ZABELL:  Objection to the form of the
15     question.
16     You may answer.
17  A   Myself.
18  Q   Anyone besides you?
19     MR. ZABELL:  Objection to the form of the
20     question.
21     That's a statement to which no response is
22     required.
23     (Pause.)
24     MR. ZABELL:  She can look at you all she
25     likes.  She made a statement that does not require

Page 42

LOUIS VECCHIA

1  
2  a response.
3  A    I don't know.
4      MS. GOLDBERG:  Your objection is noted for
5  the record.  I would ask that you not instruct the
6  witness.  If he does not understand my question,
7  he can let me know that he doesn't understand my
8  question.
9      MR. ZABELL:  Counselor, I told you
10  yesterday when you ask a question, I am directing
11  him to answer it.  When you make a statement, I
12  will direct him that what you are saying is a
13  statement that does not require a response.
14      You know how to ask a question, this is not
15  your first time at the rodeo, so ask your
16  questions, do not make statements and expect my
17  client to answer in the affirmative or the
18  negative, it's not going to happen.
19      MS. GOLDBERG:  First of all, I take
20  exception to your tone.
21      MR. ZABELL:  You can take as much exception
22  as you like.  Just ask him a question.  You're
23  wasting your time.  Proceed.
24      MS. GOLDBERG:  Are you done ranting and
25  raving?

Page 43

LOUIS VECCHIA

1  
2      MR. ZABELL:  I am neither ranting nor
3  raving.  Ask your questions and let's proceed.
4      MS. GOLDBERG:  Please note for the record
5  that Mr. Zabell is yelling.
6      MR. ZABELL:  That's not yelling, counselor.
7      MR. WALLACE:  Can you read back the
8  question, the last question?
9      MR. ZABELL:  Or the last statement.
10      (The record was read.)
11  A    I'm not sure.
12  Q    Did -- withdrawn.
13      When was Suffolk Asphalt started?
14      MR. ZABELL:  Objection to the form of the
15  question.
16      You may answer.
17  A    It's my son's company.
18      (Pause.)
19  A    Somewhere in the 2000's.
20  Q    Was it early 2000?
21  A    I don't recall.
22  Q    Do you recall whether it was before 2005?
23  A    Don't recall.
24  Q    Does Helene Vecchia -- withdrawn.
25      Did Helene Vecchia do the payroll for

Page 44

LOUIS VECCHIA

1  
2  Suffolk Asphalt?
3      MR. ZABELL:  Objection to the form of the
4  question.
5      You may answer the question.
6  A    Yes.
7  Q    Did she do it in the same manner that she
8  did the payroll for Suffolk Paving?
9      MR. ZABELL:  Objection to the form of the
10  question.
11      You may answer the question.
12  A    You'll have to ask her that, I don't know.
13  Q    Was she responsible for inputting the
14  employees' hours of Suffolk Paving employees into the
15  computer?
16      MR. ZABELL:  Objection to the form of the
17  question.
18      You may answer.
19      THE WITNESS:  Repeat the question.
20      (The pending question was read.)
21  A    That's vague.
22  Q    I'll rephrase.
23      MR. ZABELL:  Don't help her, just tell her
24  you can't answer the question the way it's
25  phrased.

Page 45

LOUIS VECCHIA

1  
2  A    I can't answer that.
3  Q    Did Helene Vecchia input Suffolk --
4  withdrawn.
5      Did Helene Vecchia input the hours, the
6  workers' hours, for Suffolk Asphalt into the computer?
7      MR. ZABELL:  Objection to the form of the
8  question.
9      You may answer.
10  A    Did Helene Vecchia put in the hours for the
11  employees of Suffolk Asphalt, that was your question?
12      (Pause.)
13  A    I would imagine she does, yes, that's part
14  of payroll.
15  Q    Did Helene Vecchia assist with personnel
16  matters for Suffolk Asphalt?
17      MR. ZABELL:  Objection to the form of the
18  question.
19      You may answer it.
20  A    Possibly.
21  Q    Did Helene Vecchia have any management
22  responsibility for Suffolk Paving?
23      MR. ZABELL:  Objection to the form of the
24  question.
25      You may answer it.

Page 46

LOUIS VECCHIA

2  A   I'm not sure.
3  Q   Did Helene Vecchia have any management
4 responsibilities for Suffolk Asphalt?
5       MR. ZABELL: Objection to the form of the
6 question.
7       You may answer.
8  A   Managerial?
9       MR. ZABELL: Don't ask her questions.
10      THE WITNESS: Sorry.
11      (Pause.)
12  A   I don't know.
13  Q   How big is the office of Suffolk Paving
14 located at 30 North Dunton?
15      MR. ZABELL: Objection to the form of the
16 question.
17      To the extent you understand the question,
18 you may answer it.
19  A   I'd have to measure it.
20  Q   Can you give me an approximate size?
21      (Pause.)
22  A   Thirty . . . trying to take steps here.
23 Thirty by --
24      MR. ZABELL: I don't want you to guess. If
25 you know the answer, you can give her the answer.

Page 47

LOUIS VECCHIA

2  A   I don't know.
3  Q   How many rooms are in that office?
4       MR. ZABELL: Objection to the form.
5  A   Which office?
6  Q   How many rooms do your offices comprise of
7 at 30 North Dunton?
8       MR. ZABELL: Objection to the form of the
9 question.
10  A   I don't know.
11  Q   Did Helene Vecchia do payroll for Cross
12 Island Industries?
13      MR. ZABELL: Objection to the form.
14      You may answer.
15  A   Yes.
16  Q   Did she do payroll in a similar manner as
17 to that which she did for Suffolk Paving?
18      MR. ZABELL: Objection to the form.
19      You may answer.
20  A   I don't know.
21  Q   Aside from Helene Vecchia, do you know if
22 there was anyone else that does payroll for Suffolk
23 Asphalt?
24      MR. ZABELL: Objection to the form.
25      You may answer.

Page 48

LOUIS VECCHIA

2  A   I don't know.
3  Q   Aside from Helene Vecchia, do you know if
4 there's anyone else that does payroll for Cross Island
5 Industries?
6  A   I don't know.
7  Q   Do you deal with any personnel matters
8 for -- withdrawn.
9       Did you deal with any personnel matters for
10 Suffolk Asphalt?
11      MR. ZABELL: Objection to the form.
12      You may answer.
13  A   Occasionally.
14  Q   When you say "occasionally," how often do
15 you mean?
16      MR. ZABELL: Objection to the form of the
17 question.
18  A   Whatever assistance -- my son needs
19 assistance, I will, you know . . . I'll try to help the
20 best I can, he's my son.
21  Q   How often can you estimate would you help
22 your son with a personnel matter for Suffolk Asphalt?
23      MR. ZABELL: Objection to the form of the
24 compound question.
25  A   Don't know.

Page 49

LOUIS VECCHIA

2  Q   Can you give me an example of a personnel
3 matter that you helped your son with?
4       MR. ZABELL: Objection to the form.
5  A   No.
6       MR. ZABELL: You may answer.
7  A   No.
8  Q   Is Suffolk Paving incorporated?
9  A   I believe so.
10  Q   When was it incorporated?
11  A   In the '90s.
12  Q   Do you recall when in the '90s?
13  A   I believe we said around mid '90s.
14  Q   When it was first incorporated, what was
15 the ownership structure of Suffolk Paving?
16  A   Same as it is today.
17  Q   Which is what?
18  A   I own it.
19  Q   Have there ever been any other owners
20 listed for Suffolk Paving?
21  A   Not to my knowledge.
22  Q   Is Suffolk Asphalt incorporated?
23  A   I don't know.
24  Q   Do you know the ownership structure of
25 Suffolk Asphalt?

LOUIS VECCHIA

1
2    A    Christopher Vecchia.
3    Q    What about Christopher Vecchia?
4    A    He's the owner of Suffolk Asphalt.
5    Q    Has he always been the sole owner?
6    A    I believe so.
7    Q    Is Cross Island Industries incorporated?
8    A    Yes.
9    Q    When was Cross Island Industries
10   incorporated?
11   A    I don't recall.
12   Q    What was the ownership structure of Cross
13   Island Industries when it was incorporated?
14   A    I own it.
15   Q    Has it ever changed?
16   A    Not to my knowledge.
17   Q    From 2005 to 2009, who managed Suffolk
18   Paving?
19        MR. ZABELL:  Objection to the form.
20        You may answer.
21   A    I don't know.  I mean . . . I don't know.
22   Q    Did you oversee all the employees yourself?
23        MR. ZABELL:  Objection to the form of the
24   question.
25        You may answer.

LOUIS VECCHIA

1
2    A    As much as I could.
3    Q    Was there any supervisors that you
4    employed?
5        MR. ZABELL:  Objection to the form of the
6    question.
7        You may answer.
8    A    It was various people I would put
9    responsibility onto, you know, do what they needed to
10   do for the day.
11   Q    Did you have any operations manager?
12       MR. ZABELL:  Objection to the form.
13       You may answer.
14   A    Tommy McEvilly.
15   Q    What was his title?
16   A    Right-hand man.
17   Q    When did he start working for Suffolk
18   Paving?
19   A    I don't know.
20   Q    Was it prior to 2009?
21   A    I don't know.
22   Q    What was Tom McEvilly's responsibilities?
23       MR. ZABELL:  Objection to the form.
24       You may answer.
25   A    Right-hand man, whatever he could do to

LOUIS VECCHIA

1
2    help me.
3    Q    Did he supervise the plaintiffs?
4    A    I'm sure he might have tried.
5    Q    Did he oversee the plaintiffs at work
6    sites?
7        MR. ZABELL:  Objection to the form.
8        You may answer.
9    A    Sometimes.
10   Q    When you say "sometimes," would you say it
11   was three times a week?
12       MR. ZABELL:  Objection to the form of the
13   question.
14       How would you say it was?
15       MS. GOLDBERG:  I'll rephrase that.
16       MR. ZABELL:  Are you withdrawing that
17   question?
18       MS. GOLDBERG:  Yes, I'll withdraw that
19   question.
20   Q    Would you say that Tom McEvilly supervised
21   the plaintiffs at work sites three times a week?
22       MR. ZABELL:  Objection to the form of the
23   question.
24       You may answer.
25   A    No idea.

LOUIS VECCHIA

1
2    Q    Does Tom McEvilly still work for you?
3    A    For me, yes.
4    Q    Does he still have the same role?
5        MR. ZABELL:  Objection to the form of the
6    question.
7        You may answer.
8    A    Yes.
9    Q    Does he still work for Suffolk Paving?
10       MR. ZABELL:  Objection to the form of the
11   question.
12   A    I'm not sure.
13       MR. ZABELL:  You may answer.
14   A    Not sure.
15   Q    Does Tom McEvilly -- withdrawn.
16       Has Tom McEvilly ever worked for Cross
17   Island Industries?
18   A    I believe he has.
19   Q    When did he work for Cross Island
20   Industries?
21   A    Not sure.
22   Q    Does he currently work for Cross Island
23   Industries?
24   A    I'm not sure.
25   Q    What are his responsibilities -- withdrawn.

LOUIS VECCHIA

1
2      What were his responsibilities at Cross
3   Island Industries?
4      A    Right-hand man.
5      Q    Did he supervise the employees of Cross
6   Island Industries?
7      A    When need be.
8      Q    Did Thomas McEvilly ever work for Suffolk
9   Asphalt?
10     A    I don't think so.
11     Q    Are there any other -- withdrawn.
12          Would you call Tom McEvilly a supervisor?
13          MR. ZABELL:  Objection to the form of the
14     question.
15          You may answer.
16     A    Occasionally.
17     Q    Are there any other individuals that
18   you've -- that have acted as supervisors for you for
19   Suffolk Paving?
20          MR. ZABELL:  Hold on.  I object to the form
21     of that question.
22          To the extent you understand it, you may
23     answer.
24     A    Possible.
25     Q    Can you tell me all the supervisors that

LOUIS VECCHIA

1
2   you had at Suffolk Paving from 2005 to the present?
3      A    No.
4      Q    Can you list any aside from Tom McEvilly?
5          MR. ZABELL:  Object to the form.
6          You may answer.
7      A    No, I cannot.
8      Q    Did Christopher Vecchia ever supervise any
9   employees at Suffolk Paving?
10     A    He might have.
11     Q    When would that have been?
12     A    Maybe when he was 15, 16.
13     Q    How old is he today?
14     A    Twenty-seven.
15     Q    Approximately when was the last time that
16   he supervised employees at Suffolk Paving?
17     A    I don't recall.
18     Q    Was it more than five years ago?
19     A    I have no idea.
20     Q    Could it have been less than two years ago?
21          MR. ZABELL:  Objection.  He's already
22     stated he doesn't know.
23     A    I don't know.
24     Q    Are all the bills for Suffolk Asphalt paid
25   by Helene Vecchia?

LOUIS VECCHIA

1
2          MR. ZABELL:  Objection to the form of the
3     question.
4          You may answer.
5      A    I don't know.
6      Q    Were all the bills paid for Suffolk Paving
7   paid by Helene Vecchia?
8          MR. ZABELL:  Objection to the form.
9          You may answer.
10     A    I don't know.
11     Q    Are there any employees that have worked
12   both for Suffolk Paving and for Suffolk Asphalt?
13          MR. ZABELL:  If you can answer it, give it
14     a shot.
15     A    I don't know, but . . .
16          MR. ZABELL:  Don't explain things, just
17   answer.
18     A    I don't know.  I don't know.
19     Q    Does Suffolk Paving and Suffolk Asphalt do
20   the same thing?
21          MR. ZABELL:  Objection to the form.
22          You may answer.
23     A    On occasion.
24     Q    When you say "on occasion," can you
25   estimate for me what you're talking about?

LOUIS VECCHIA

1
2          MR. ZABELL:  Hold on, hold on.
3          You're asking him to estimate what he's
4     talking about?
5          MS. GOLDBERG:  I'll rephrase.  I'll
6     rephrase and I'll withdraw the question, yes,
7     Saul, I'll withdraw the question.
8          MR. ZABELL:  Good.
9      Q    When you say occasionally, how often would
10   they do the same thing?
11          MR. ZABELL:  Objection to the form.
12          You may answer.
13     A    No idea.
14     Q    Does Suffolk Paving pave roads?
15     A    Occasionally.
16     Q    Does Suffolk Asphalt pave roads?
17     A    Occasionally.
18     Q    Does Suffolk Paving pave roads every day?
19     A    Not really.
20     Q    Does Suffolk Asphalt pave roads every day?
21     A    Not really.
22     Q    What else does Suffolk Paving do?
23          MR. ZABELL:  Objection to the form of the
24     question.
25          That's your question?

Page 58

LOUIS VECCHIA

1
2       MS. GOLDBERG: That's my question.
3       MR. ZABELL: To the extent you can, you may
4   answer it.
5   A       Built bocce ball courts, it's built tennis
6   courts. It builds various things.
7   Q       So Suffolk Paving builds things?
8   A       Yeah.
9       MR. ZABELL: Objection to the form of the
10  question.
11  A       Yeah.
12  Q       Between 2005 and 2009, how many employees
13  did Suffolk Paving employ?
14      MR. ZABELL: Objection, asked and answered.
15      You can answer.
16  A       No idea.
17  Q       Was it more than 50?
18      MR. ZABELL: Objection, asked and answered.
19      You can answer it one more time.
20  A       No idea.
21      MR. ZABELL: And that's it.
22  Q       How many employees did Suffolk Asphalt
23  employ?
24      MR. ZABELL: Objection, asked and answered.
25      You can answer it.

Page 59

LOUIS VECCHIA

1
2   A       I don't know.
3   Q       Do you know whether it was more than 50?
4       MR. ZABELL: Objection, asked and answered.
5   Last question on that subject. He's advised you
6   he has no idea and yet you seem intent on
7   continuing to question him as to whether he has an
8   idea.
9       THE WITNESS: Okay.
10      MR. WALLACE: Can we have a discussion off
11  the record?
12      MR. ZABELL: No, no, I'd rather it be on
13  the record.
14      MR. WALLACE: If the witness is not
15  providing an answer, she's entitled to narrow the
16  witness down and aid the witness perhaps in
17  narrowing it down to an approximate number.
18      If we were to stop at "I don't know" in a
19  deposition, Saul, you know very well we wouldn't
20  get much.
21      MR. ZABELL: You are not getting "I don't
22  know" --
23      MR. WALLACE: So she's --
24      MR. ZABELL: -- you're getting the answer
25  that he has no idea.

Page 60

LOUIS VECCHIA

1
2       MR. WALLACE: She's entitled to do her job
3   and to narrow the witness down to a specific point
4   in time or a specific number or some approximate
5   number. "I don't know" is simply not good enough.
6       MR. ZABELL: That would be great if that's
7   what he's testifying to. Him saying "I don't
8   know" is different than what he's testifying to.
9       MR. WALLACE: What did he say?
10      MR. ZABELL: You're here, you're at the
11  same deposition, you're taking copious notes,
12  you're handing them to Lauren, so I'm sure you
13  wrote down his actual words.
14      I'm letting you know now these questions
15  were asked probably before you came here because
16  you arrived a little late this morning. They were
17  asked then, they're being asked again, she's
18  asking the same things and there's a limit to how
19  much I'll allow her to harass my client. And I am
20  entitled to shut down the line of questions and
21  I'm giving you fair notice that I am and if you're
22  uncomfortable with that, you are free to call
23  Magistrate Tomlinson and we can discuss it with
24  her.
25      MR. WALLACE: We might have to do that.

Page 61

LOUIS VECCHIA

1
2       MR. ZABELL: I'm the one who suggested it,
3   Ian.
4       MR. WALLACE: I'm taking up your
5   suggestion, we may have to call Magistrate
6   Tomlinson. I hope we don't and I hope we can work
7   it out professionally, but if we have to, we'll
8   get her on the line.
9       MS. GOLDBERG: Saul, your objection must be
10  in a nonargumentative manner. They're completely
11  argumentative.
12      I asked him briefly this morning about
13  Suffolk Paving employees, I did not ask him about
14  Suffolk Asphalt employees. I'm entitled to ask
15  him more than one or two questions. It certainly
16  in no way, shape or form rises to harassment at
17  this point. I'm entitled to probe whether he has
18  any idea in terms of whether it's a larger or a
19  smaller number and if you say that I'm not, then
20  clearly we should just call Judge Tomlinson
21  because these are very basic questions and we can
22  move through them if there's not so many
23  objections.
24      MR. ZABELL: You have probed all that I
25  will allow you to probe. So you have one question

LOUIS VECCHIA

1  pending before him, I told you I will allow him to
2  answer it and then you'll move on.
3      MR. WALLACE: Okay. Ask him this question,
4  what's the point in arguing, we're clearly at an
5  impasse; ask him what do you want to clarify.
6      MS. GOLDBERG: No, there is a question
7  pending.
8      MR. WALLACE: The witness said I want to
9  clarify. Ask the witness what he wants to
10 clarify.
11     Q    Would you like to clarify something at this
12 point?
13     MR. ZABELL: Are you withdrawing your prior
14 question?
15     MS. GOLDBERG: I'm not withdrawing my prior
16 question.
17     MR. ZABELL: Well, then, you can pick one
18 of the two questions that's pending before you,
19 don't disclose to us which one you're answering
20 and just provide an answer, if you can.
21     A    It's a simple answer.
22     We're a seasonal company. The employees
23 vary. That's why I'm giving you the answer. I can't
24 give you an accurate answer that you're asking me

LOUIS VECCHIA

1  because we're a seasonal company and it varies and
2  that's the only reason why I'm telling you I don't know
3  because at different times you're asking me to answer
4  your questions between 2005 and 2009. Sorry.
5      MR. ZABELL: You have nothing to be sorry
6  for.
7      Q    Is Suffolk Asphalt also a seasonal company?
8      A    Yes.
9      Q    Is Cross Island Industries a seasonal
10 company?
11     A    Yes.
12     Q    For Suffolk Paving -- withdrawn.
13     Generally, how many months of the year do
14 you employ individuals?
15     MR. ZABELL: Objection to the form of the
16 question.
17     What entity are you referring to?
18     MS. GOLDBERG: Suffolk Paving.
19     A    Generally speaking, anywhere from six to
20 nine months. Varies.
21     Q    Generally speaking, what is the time frame
22 of those six months during the course of the year?
23     MR. ZABELL: Objection to the form of the
24 question.

LOUIS VECCHIA

1      You may answer.
2      A    It's different every year.
3      Q    Is there any consistency?
4      MR. ZABELL: Objection to the form of the
5  question.
6      A    Depends on Mother Nature.
7      Q    Would it be fair to say that you employ
8  individuals from March to December?
9      MR. ZABELL: Objection to the form of the
10 question.
11     A    Various.
12     Q    When you are operating -- withdrawn.
13     What is the maximum number of people that
14 you have employed at any one time?
15     MR. ZABELL: Objection to the form of the
16 question.
17     A    I can't answer that honestly; unless I
18 look, I don't know.
19     Q    Do you have an off season?
20     MR. ZABELL: Objection to the form of the
21 question.
22     You may answer, if you can.
23     A    Off season, like --
24     MR. ZABELL: Don't ask her any questions.

LOUIS VECCHIA

1      A    I don't understand the question.
2      MR. ZABELL: There you go.
3      Q    Do you have a winter break?
4      MR. ZABELL: Objection to the form of the
5  question.
6      You may answer.
7      A    Depends on the winter.
8      Q    Again, I'm referring to the time period of
9  2005 to 2009, that time period.
10     Would you say you have had about the same
11 amount of employees every July?
12     MR. ZABELL: Objection to the form of the
13 question.
14     A    I don't know.
15     MR. ZABELL: You may answer.
16     A    I can't answer that, I don't know.
17     Q    What months do you employ the most amount
18 of employees?
19     MR. ZABELL: Objection to the form of the
20 question.
21     You may answer.
22     A    Depends on the time of the year, depends on
23 the year, depends on the workload.
24     Q    When you have a lot of work, how many

Page 66

LOUIS VECCHIA

1  employees do you employ?
2  MR. ZABELL: Hold on.
3  I object to the form of the question.
4  You may answer it if you can.
5  THE WITNESS: I'm sorry, could you repeat
6  the question, please?
7  (The pending question was read.)
8  A  Anywhere between 15 and 30.
9  Q  During the months when you don't have a lot
10 of work, how many employees generally do you employ?
11 MR. ZABELL: Objection to the form of the
12 question.
13 You may answer.
14 A  Least amount as possible.
15 Q  Would you say that those numbers are the
16 same for Suffolk Asphalt?
17 A  I don't know the numbers.
18 Q  Are there any unions with which Suffolk
19 Paving has made a collective bargaining agreement with?
20 MR. ZABELL: Objection to the form.
21 You may answer.
22 A  I don't know.
23 Q  Do you employ union workers?
24 MR. ZABELL: Objection to the form.

Page 67

LOUIS VECCHIA

1  You may answer.
2  A  I don't believe -- I might have.
3  Q  Have you ever employed nonunion workers?
4  A  I might have.
5  MR. ZABELL: Objection to the form.
6  You may answer.
7  A  I might have.
8  Q  Again, 2005 to 2009 is the time period I'm
9  talking about.
10 MR. ZABELL: That's a statement to which no
11 response is required.
12 Q  Did you have a procedure for how plaintiffs
13 kept their time records?
14 MR. ZABELL: Objection to the form.
15 You may answer.
16 A  Basically . . . I would keep track of some
17 of it myself or on occasion some hand in occasionally
18 time sheets, inaccurate time sheets, you know, it
19 varied, it was very inconsistent.
20 MS. GOLDBERG: I'd like to take a
21 five-minute break.
22 (Short resist taken.)
23 MS. GOLDBERG: Can you please read back the
24 last question and answer?

Page 68

LOUIS VECCHIA

1  (The record was read.)
2  Q  Did you have a written policy regarding how
3  plaintiffs should record their hours at Suffolk Paving?
4  MR. ZABELL: Objection to the form of the
5  question.
6  You may answer.
7  A  No.
8  Q  Did you provide forms for the plaintiffs to
9  fill out to put down their hours?
10 MR. ZABELL: Objection to the form of the
11 question.
12 You may answer.
13 A  I personally did not.
14 Q  Did Suffolk Paving have such forms?
15 MR. ZABELL: Objection to the form of the
16 question.
17 You may answer.
18 A  I don't know.
19 Q  Did some of the plaintiffs fill out
20 handwritten time sheets?
21 MR. ZABELL: Objection to the form of the
22 question.
23 You may answer.
24 A  I've occasionally seen some.

Page 69

LOUIS VECCHIA

1  Q  Was there someone that instructed the
2  plaintiffs to do so?
3  MR. ZABELL: Objection to the form of the
4  question.
5  You may answer.
6  A  I don't know.
7  Q  Were the -- withdrawn.
8  Was there a form provided to the plaintiffs
9  so that they could keep track of their hours?
10 MR. ZABELL: Objection to the form of the
11 question, asked and answered.
12 You may answer again.
13 A  Not to my knowledge.
14 MS. GOLDBERG: Would you mind reading back
15 the very first question and answer before we took
16 the break?
17 (The record was read.)
18 Q  When you say that occasionally some
19 plaintiffs handed in time sheets, what time sheets are
20 you referring to?
21 MR. ZABELL: Objection to the
22 mischaracterization of the testimony.
23 To the extent you can answer that, you may.
24 A  I believe they varied. Some were actually

Page 70

LOUIS VECCHIA

1  handwritten on just pieces of this, you know,
2  loose-leaf stuff.
3      Q    I would note for the record that the
4  witness has gestured to a lined piece of paper.
5      A    Correct.
6          MR. ZABELL:  Eight and a half by 11.
7          MS. GOLDBERG:  Eight and a half by 11.
8          MR. ZABELL:  I concur, I believe that's an
9  accurate reflection of what actually occurred.
10     Q    Was there any regularity with which the
11 plaintiffs handed in time sheets?
12         MR. ZABELL:  Objection to the form.
13         You may answer.
14     A    No, not to my knowledge.
15     Q    Do you know whether -- withdrawn.
16         Did the plaintiffs hand in their time
17 sheets to you directly?
18         MR. ZABELL:  Objection to the form.
19         You may answer.
20     A    I don't recall.  I don't think so, though,
21 no.
22     Q    Who did they hand their time sheets to?
23         MR. ZABELL:  Objection to the form.
24         You may answer.

Page 71

LOUIS VECCHIA

1      A    I believe Tommy would get them every once
2  in a while.
3      Q    When you say "every once in a while," can
4  you approximate for me how often he would get the time
5  sheets?
6      A    No.
7      Q    Can you tell me whether it was more than
8  once a week that he would collect time sheets from the
9  plaintiffs?
10         MR. ZABELL:  Objection to the form.
11         You may answer.
12     A    I don't know.
13     Q    How would you keep track of plaintiffs'
14 hours?
15         MR. ZABELL:  Objection to the form.
16         You may answer.
17     A    Various ways.  Being there on jobs myself
18 personally.  How else would we do it?
19         (Pause.)
20     A    When one of the drivers was done, I
21 would -- you know, they would inform me that they were
22 finished.
23         (Pause.)
24     A    And then basically each week, you know,

Page 72

LOUIS VECCHIA

1  whatever Tommy gave me, you know.
2      Q    What did Tommy give you?
3      A    He would give me a worksheet (indicating)
4  generated by a computer of some sort of the men and
5  their hours and days and also jobs, locations.
6      Q    I'm going to give you what's been
7  previously marked as Exhibit 2.  Please review the
8  exhibit and take as much time as you need and please
9  look up when you are done reviewing it.
10         (Handing.)
11         (Witness reviewing document.)
12     A    Finished.
13     Q    Have you had time to review what's been
14 marked as Plaintiff's Exhibit 2?
15     A    Yes.
16     Q    Aside from the writing on this form, but is
17 this the form that Tom McEvilly would give to you?
18         MR. ZABELL:  I object to the form of the
19 multiple questions that have been asked.
20         You may pick one of the questions and
21 provide an answer to it.
22         THE WITNESS:  Can you repeat that for me,
23 please?
24         MS. GOLDBERG:  Your objection is

Page 73

LOUIS VECCHIA

1  inappropriate as you're giving instruction to the
2  witness.  You can object to form.  I can read back
3  the question, I can have JoAnn read back the
4  question.  If he does not understand it, he can
5  say that he does not understand it.
6          MR. ZABELL:  Counselor, I understand your
7  sensitivity regarding my objection to your
8  compound questions.  If you don't want me to
9  object in that manner, do not ask compound
10 questions, okay?
11         MS. GOLDBERG:  You are certainly permitted
12 to object.  If the witness cannot answer the
13 question, I will be glad to try to rephrase it.
14 But your comments certainly suggest to the witness
15 that he in some way, shape or form maybe should
16 have a problem with the question.  So you're
17 telling him to have a problem with the question.
18         MR. ZABELL:  That's not true.
19         MS. GOLDBERG:  That is.
20         MR. ZABELL:  I'm telling you that if you're
21 going to ask --
22         MS. GOLDBERG:  By the use of your words.
23         MR. ZABELL:  I'm telling you, counselor --
24 and I give you the courtesy of finishing, allowing

Page 74

1          LOUIS VECCHIA
2    you to finish speaking and I demand the same -- if
3    you're going to ask two questions together, I am
4    going to continue to instruct my client that he
5    may pick any one of the two and provide an answer
6    to it.
7          If you want to ask two questions, ask them
8    separately and if you have an issue with that, I'm
9    telling you now, I'd be more than happy to discuss
10   this with the magistrate.
11         MS. GOLDBERG: Are you done?
12         MR. ZABELL: Yes, I am.
13         MS. GOLDBERG: JoAnn, can you please read
14   back the last question?
15         (The pending question was read.)
16         MR. ZABELL: Same objection.
17         You may pick a question and provide an
18   answer to it.
19   A    Yes.
20   Q    Would he provide a sheet for each employee
21   that worked that week to you?
22   A    Yes.
23   Q    How were these forms created?
24   A    That I don't know.
25   Q    Who was responsible for creating these

Page 75

1    forms?
2          MR. WALLACE: Exhibit 2.
3          MS. GOLDBERG: Exhibit 2, yes.
4          MR. ZABELL: Again, as I said yesterday, I
5    don't care who asks my client questions, but only
6    one of you can ask questions at a time.
7          Mr. Wallace, if you want to assist
8    Ms. Goldberg, feel free to continue passing notes,
9    as you have been doing all along. But there
10   should only be one person questioning my client at
11   a time.
12         THE WITNESS: All right, all that being
13   said, could you repeat the question?
14         (The pending question was read.)
15   A    I really don't know. I don't.
16   Q    Do you know what program was used to create
17   these forms?
18   A    No idea.
19   Q    Did Helene Vecchia input the plaintiffs'
20   hours into the computer?
21         MR. ZABELL: Objection to the form.
22         You may answer.
23   A    I believe she would, yeah.
24   Q    How did she obtain the numbers to put into

Page 76

1          LOUIS VECCHIA
2    the computer?
3    A    From these forms.
4    Q    These forms, Exhibit 2, were these forms
5    the forms that were created from the computer?
6          MR. ZABELL: Objection to the form.
7    Objection, asked and answered.
8          You may answer.
9    A    Did these forms come from a computer?
10         MR. ZABELL: Remember, she's not under
11   oath --
12         THE WITNESS: But I -- I don't know. I
13   don't know.
14   Q    Did Exhibit 2 come from a computer?
15         MR. ZABELL: Objection, asked and answered.
16   A    I would -- yeah, I would imagine it did.
17   Q    Who gave Helene Vecchia the hours of the
18   plaintiffs to input into the computer?
19         MR. ZABELL: Her name is Helene Vecchia.
20   Q    Helene. I apologize.
21   A    Helene with an E.
22   Q    And I probably, just so you know, not
23   intentionally, but I'll probably say it again since I'm
24   not used to pronouncing it Helene, but . . .
25   A    Okay.

Page 77

1          LOUIS VECCHIA
2          MS. GOLDBERG: Can you please read back the
3    question?
4          (The pending question was read.)
5    A    I personally would review the hours once
6    Tommy gave them to me and then I would either -- if
7    they seem fine, I would agree to them or if I saw
8    discrepancies of something that wasn't there, I would
9    make a call to whoever happened to be on that job for
10   the day or you know, however it went.
11   Q    In the middle of the page on Exhibit 2 is
12   written 32 and then some notation; do you see that?
13   A    Yes.
14   Q    Is that your handwriting?
15   A    I believe it is, yes.
16   Q    I'm going to give you what's been
17   previously marked as Exhibit 1.
18         (Handing.)
19         (Witness reviewing document.)
20   A    I've reviewed it.
21   Q    Do you recognize it?
22   A    No.
23   Q    Aside from the actual writing on the
24   document, do you recognize this form?
25   A    This might be one of those time sheets that

LOUIS VECCHIA

1  LOUIS VECCHIA
2  we periodically saw.
3      Q    When would you see these sheets?
4      A    If there was a problem every once in a
5  while with payroll, whether we forgot a guy for a day
6  or something like that, I think . . . I think Tommy
7  would come to me or even Christopher would say, you
8  know, tell Helene to . . . you know, there was an
9  issue, change it or whatever or they'd review these and
10 . . . we basically review these and most of the time
11 they would be off.
12     Q    Did you use it today -- this form -- again,
13 just the form -- 2005 to 2009?
14     A    I don't know.  I don't know the time
15 frames.
16     Q    Do you still use it today?
17     A    I haven't seen one.  I haven't seen one all
18 year.
19     Q    Did the plaintiffs hand these forms to
20 Thomas McEvilly?
21     A    That you'd have to ask Tommy, I don't know.
22     Q    Do you know where these forms were kept?
23     A    No.
24     Q    Was there a certain day of the week that
25 Thomas McEvilly would give these to you?

1  LOUIS VECCHIA
2      A    Thursdays.
3      Q    When you received them, what would you do
4  with them?
5      A    We have to go back.  I was referring to
6  this sheet (indicating).
7      MR. ZABELL:  You were referring to Exhibit
8  2?
9      THE WITNESS:  Yes, I was referring to
10 Exhibit 2 I would get on Thursdays.  Sorry about
11 that.
12     Q    So going back to Exhibit 1, is there a
13 certain day of the week that Thomas McEvilly would give
14 you what's been marked as Exhibit 1?
15     A    I don't -- I really rarely saw these.
16     Q    Did the plaintiffs, to your knowledge, ever
17 fill these out?
18     A    Like I said, I believe, it's either this or
19 something close to this, there was like two or three
20 different types of things that we would -- that I think
21 they were periodically doing.
22     Q    Is there anyone that would regularly review
23 Exhibit 1?
24     A    Regularly?
25     Q    Regularly review Exhibit 1.

1  LOUIS VECCHIA
2      MR. ZABELL:  I object to the form.
3      Do not ask her questions.  To the extent
4  you can, you may answer her question.
5      A    Who would regularly review one of these
6  three forms or this particular form?
7      Q    Let me rephrase the question.
8      A    I'm sorry.
9      MR. ZABELL:  Are you withdrawing the prior
10 question?
11     MS. GOLDBERG:  No, I'm not withdrawing the
12 prior question.
13     MR. ZABELL:  So you want him to answer the
14 prior question and your rephrased question, is
15 that what you're saying?
16     MS. GOLDBERG:  He can either answer the
17 question or he cannot answer the question.
18     MR. ZABELL:  Which question do you want him
19 to answer?
20     MS. GOLDBERG:  We've moved onto another
21 question now.
22     MR. ZABELL:  So you're withdrawing the
23 previous question?
24     MS. GOLDBERG:  No.
25     MR. ZABELL:  You're just leaving an

1  LOUIS VECCHIA
2  unanswered question?
3      MS. GOLDBERG:  The witness has indicated
4  that he cannot answer the question.
5      MR. ZABELL:  No, that's not correct.  I
6  don't believe such -- I don't know if that's what
7  his indication is going to be, he may be able to
8  answer it if you want him to answer it, ask him to
9  answer it.
10     MS. GOLDBERG:  In any event, he's given
11 what his answer is to that question, I'm now
12 following up with a different question.  I'm
13 not --
14     MR. ZABELL:  I don't believe that's --
15     MS. GOLDBERG:  I'm not sure what this
16 dialogue is about.  I'm now following up with a
17 different question.
18     MR. ZABELL:  The dialogue is simply about
19 clarifying the record.  If you're going to abandon
20 the previous question, then you've abandoned it
21 and you want to move on, go ahead, move on.
22     MS. GOLDBERG:  Thank you.
23     MR. ZABELL:  You're welcome.
24     MS. GOLDBERG:  Can you please state the
25 last full question and answer, I've now lost my

Page 82

```
 1          LOUIS VECCHIA
 2   place after Mr. Zabell's interjection?
 3          MR. ZABELL: Mr. who?
 4          MS. GOLDBERG: Mr. Zabell's interjection.
 5          (The record was read.)
 6          MS. GOLDBERG: Right. He gave what his
 7   answer was to that question, so I'm moving on.
 8          MR. ZABELL: No, that's not an answer. If
 9   you want to abandon it, fine, just signify you
10   want to abandon it and move on.
11          MS. GOLDBERG: Thank you. Thank you, Saul.
12          MR. ZABELL: You're welcome.
13          I presume you want to abandon it.
14          MS. GOLDBERG: I'm going to proceed with my
15   next question, if that's acceptable.
16          MR. ZABELL: Then signify that you're
17   abandoning the question, that's fine. Please,
18   move forward.
19   Q    Was there anyone at Suffolk Paving who was
20   responsible for receiving Exhibit 1; again, I'm talking
21   about the form in general, I'm not talking about the
22   specific form with the writing, I'm using Exhibit 1 as
23   an example for the form?
24   A    I believe there were forms that were filled
25   out that some of the men periodically handed in that .
```

Page 83

```
 1          LOUIS VECCHIA
 2   . . were given to Tommy. He, I would assume, would
 3   review them before he would enter them here
 4   (indicating) and then what he would do -- then what
 5   would happen the only time I saw this was like a few
 6   times when there was an issue, whether somebody was
 7   either missing a day, missing an hour, something like
 8   that. That's the only time I would see something like
 9   this (indicating).
10   Q    When you say "something like this," just
11   let the record reflect that you're --
12   A    Yes. Exhibit 1. I'm referring to Exhibit
13   1.
14   Q    To your knowledge, was there someone
15   responsible for gathering Exhibit 1 whenever the
16   plaintiffs filled it out?
17          MR. ZABELL: Objection to the form of the
18   question.
19          You may answer.
20   A    Again, like I said, I believe Tommy would
21   occasionally get these from the men, you know, before
22   we would do the payroll, which was on a Thursday.
23   Q    Approximately how many times in a given
24   month would you see Exhibit 1?
25          MR. ZABELL: Objection to the form.
```

Page 84

```
 1          LOUIS VECCHIA
 2   A    In a month?
 3          (Pause.)
 4   A    I could not see one of them.
 5   Q    What happened to -- withdrawn.
 6          What did you do with the forms -- I'm
 7   referring to Exhibit 1 -- that you did see?
 8          MR. ZABELL: Objection to the form.
 9          You may answer.
10   A    If there was an issue with the form or with
11   a certain individual, what we would do is I was -- I
12   would contact or if I went to the job, I would see -- I
13   would go up to the site, what happened, explain to me
14   where, explain to me why and then if there was a
15   logical explanation or there was a mistake made, it
16   would either be rectified, sometimes right there on the
17   spot, sometimes we would follow up the following week,
18   you know, when we re-did the payroll the following
19   week.
20   Q    Did you keep the forms?
21   A    Me?
22          MR. ZABELL: Objection to the question, to
23   the form of the question.
24          You may answer.
25   Q    And again, referring to Exhibit 1.
```

Page 85

```
 1          LOUIS VECCHIA
 2   A    Tommy would hand me the one thing, then I
 3   would just hand it back to him and say hey, I'll -- you
 4   know, talk to him, try to find out what the story is,
 5   do you know what it was or you investigate and find out
 6   what the situation was.
 7   Q    Did Thomas McEvilly keep all of the
 8   forms -- again, Exhibit 1 -- that he received?
 9          MR. ZABELL: Objection to the form of the
10   question.
11          You may answer.
12   A    Yeah, that I don't know, sorry, I don't
13   know.
14   Q    Did you instruct him to keep the forms;
15   again, referring to Exhibit 1?
16          MR. ZABELL: Objection to the form.
17          You may answer.
18   A    No.
19   Q    Was this the same -- withdrawn.
20          Did you have the same procedure from 2005
21   to 2009 with regard to Exhibit 1 that we've just
22   discussed?
23          MR. ZABELL: Objection to the form of the
24   question.
25          You may answer.
```

Page 86

```
                LOUIS VECCHIA
1
2      A    I don't know.  That whole time frame, I
3  don't know.
4      Q    Was there ever a time that you recall
5  instructing Thomas McEvilly to keep these records?
6          MR. ZABELL:  Objection to the form.
7          You may answer.
8      A    No.
9      Q    Do you know whether he ever kept them?
10     A    I don't.
11     Q    Do you know physically where he kept them
12  in the office?
13     A    I don't even know if he kept them.
14     Q    I'm going to give you what's been
15  previously marked as Exhibit 3.
16         (Handing.)
17     A    Should I review all of them or just the top
18  page?
19     Q    Yes.  Take as much time as you need to
20  review the whole packet.
21         (Witness reviewing document.)
22     A    Okay.  Through reviewing.
23     Q    Do you recognize what's been marked as
24  Exhibit 3?
25     A    Yes.
```

Page 87

```
                LOUIS VECCHIA
1
2      Q    What do you recognize it to be?
3      A    Driver's weekly time sheet.
4      Q    Have you ever seen these before?
5      A    These particular ones?
6          MS. GOLDBERG:  I'll rephrase the question.
7      Q    Have you ever seen this form before; aside
8  from the actual writing on it, have you seen this form
9  before?
10         MR. ZABELL:  I object to the form of the
11     question.
12         You may answer.
13     A    Yes, I have seen this form prior.
14     Q    When have you seen it?
15     A    I believe the drivers used to hand them in,
16  the truck drivers from Cross Island Industries.
17     Q    Was it only drivers from Cross Island
18  Industries who would use these forms?
19     A    That's what I thought, yes.
20     Q    Did Suffolk Paving use this form?
21         MR. ZABELL:  Objection to the form.
22         You may answer.
23     A    I think at one point in the beginning of
24  Suffolk Paving's existence, these forms were created
25  for the drivers at Suffolk Paving.  I believe, I'm not
```

Page 88

```
                LOUIS VECCHIA
1
2  a hundred percent sure, but I believe.
3      Q    Did you use this form 2005 through 2009?
4          MR. ZABELL:  Objection to the form.
5          You may answer.
6      A    For the drivers, yes.
7      Q    Do you still use them today?
8      A    I believe they do.
9      Q    So you've never stopped using them?
10         MR. ZABELL:  Objection to the form.
11         You may answer.
12     A    Never stopped using them for the drivers,
13  no.
14     Q    I'll ask you to look at the first page of
15  Exhibit 3, which is P 1006; do you see that page?
16     A    P 1006, yes.
17     Q    There is various individuals' names that
18  are listed.
19         Do you see the name Kevin?
20     A    Yes, bottom left, yes.
21     Q    Do you know which Kevin that's referring
22  to?
23     A    No idea.
24     Q    Have you employed more than one Kevin?
25         MR. ZABELL:  Objection to the form.
```

Page 89

```
                LOUIS VECCHIA
1
2          You may answer.
3      A    Possibly.
4      Q    Was Kevin Galeano a driver for Suffolk
5  Paving?
6          MR. ZABELL:  Objection to the question.
7          You may answer.
8      A    Kevin Galeano.  I don't know.
9      Q    Was Maynor Fajardo a driver for Suffolk
10  Paving?
11     A    No.
12     Q    Was Lerly Noe Rodriguez a driver for
13  Suffolk Paving?
14     A    Are we referring to this sheet or --
15     Q    Now I'm just asking you the question.
16     A    We're off the sheet, the sheet's done,
17  okay.
18         (Pause.)
19     A    Lerly, as we indicated earlier, was a
20  roller operator for . . . I believe Suffolk Paving
21  first and now -- and from what time I don't know -- he
22  works for my son.
23     Q    Was he ever a driver for Suffolk Paving?
24     A    For Suffolk Paving, I'm not sure.
25     Q    Was Jose Martinez ever a driver for Suffolk
```

23  (Pages 86 to 89)

LOUIS VECCHIA

1    LOUIS VECCHIA
2  Paving?
3      A    I'm not sure I know who Jose Martinez is.
4      Q    Did you receive these forms -- again, I'm
5  not talking about these specific forms, I'm talking
6  about the form, itself, just the form, itself -- did
7  you receive these forms on a regular basis?
8          MR. ZABELL:  Objection to the form.
9      You may answer.
10     A    From who?
11         MR. ZABELL:  Remember, she's not under
12     oath, you don't get to ask her questions.
13         THE WITNESS:  Repeat the question, please.
14         (The pending question was read.)
15     A    The forms in this exhibit?
16         MR. ZABELL:  She's not under oath, you
17     don't get --
18     A    I don't know.
19     Q    Looking at Exhibit 3 simply for the form,
20  not for the specific content that's written in Exhibit
21  3, but just for the format, was this form given to you
22  on a regular basis by anybody?
23         MR. ZABELL:  Objection to the form of the
24     question.
25         You may answer.

1    LOUIS VECCHIA
2      A    I believe -- and I'm not a hundred
3  percent -- that these forms came from the drivers and
4  given to Tommy for Cross Island Industries.
5      Q    Was Thomas McEvilly involved in overseeing
6  the hours for the plaintiffs -- for the workers at
7  Cross Island Industries?
8          MR. ZABELL:  Objection to the form of the
9      multiple questions.
10         If you can, you may answer.
11         THE WITNESS:  Repeat the question again,
12     please.
13         MS. GOLDBERG:  Would you mind just reading
14     it back, please?
15         (The pending question was read.)
16         MR. ZABELL:  Same objection.
17     A    Yeah, I believe that the weekly driver
18  sheets would be given to Thomas from the drivers.
19     Q    Now looking at Exhibit 3, these specific
20  forms, including the actual writing on these forms, are
21  these for Suffolk Paving employees or are these for
22  Cross Island Industries employees?
23         MR. ZABELL:  Objection to the form of the
24     multiple questions.
25     A    Like I said, I believe I repeated that

1    LOUIS VECCHIA
2  prior.
3          Initially when Suffolk Paving was
4  developed, if you recall, we made -- somebody -- and I
5  don't know who -- made these weekly driver sheets for
6  Suffolk Paving.  After Suffolk Paving I believe came
7  Cross Island and we put the trucks in Cross Island's
8  name and the drivers would hand in these sheets for
9  Cross Island.
10     Q    Are the individuals listed on the first
11  page of Exhibit 3 the names on the left-hand column --
12  can you please read -- can you read the names of the
13  employees listed?
14         MR. ZABELL:  Are you withdrawing --
15         MS. GOLDBERG:  Yes, I'll withdraw the first
16     part of that question.
17     Q    Can you please identify the employees
18  listed on Exhibit 3?
19     A    One says Renato; one says Carlos; one says
20  Marcos; one says, I'm not sure, Ronal; one says Mario
21  and one says Kevin.
22     Q    Were the employees listed on this first
23  sheet employees of Suffolk Paving?
24     A    No idea.
25     Q    Were they employees of Cross Island

1    LOUIS VECCHIA
2  Industries?
3      A    No idea, but I believe not.
4      Q    The individuals listed on the second page,
5  were those individuals employees of Suffolk Paving?
6      A    Couldn't tell you.
7      Q    Were they employees of Cross Island
8  Industries?
9      A    Couldn't tell you, but I don't believe so.
10     Q    I'd like to return to Exhibit 2.
11         (Handing.)
12         (Witness reviewing document.)
13     A    Go ahead.
14     Q    Correct me if I'm wrong, did you say that
15  Thomas McEvilly gave you these forms earlier in your
16  testimony?
17         MR. ZABELL:  Objection to the form of the
18     multiple questions.
19         To the extent you can, you can, you may
20     answer.
21     A    Thomas would give me these forms, like I
22  indicated earlier, on Thursdays.
23     Q    Why did he give them to you on Thursdays?
24     A    To review them, make sure he didn't make a
25  mistake, make sure everything is accurate and just, you

LOUIS VECCHIA

1  know, two eyes -- four eyes are better than two.
2      Q     Is this the form that was used for all
3  Suffolk Paving employees?
4      A     This particular form says Suffolk Asphalt.
5          Do you mean Suffolk Asphalt or do you
6  mean --
7      Q     Suffolk Paving.
8      A     Suffolk Paving.
9          (Pause.)
10     A     I believe all the companies, the sheets are
11  very similar.
12     Q     Are there sheets -- withdrawn.
13         Looking at Exhibit 2, who is this time
14  sheet for?
15     A     I believe this is Lerly. Noe. That's what
16  they call him for short.
17     Q     For what period of time was this time sheet
18  for?
19     A     It's indicating from the time sheet in
20  Plaintiff's Exhibit 2 that it's -- it appears to be
21  from 10/8/2009 to 10/14/2009.
22     Q     Was Lerly working for Suffolk Paving during
23  that time?
24     A     It's possible.
25

LOUIS VECCHIA

1      Q     Is this his time sheet for that time
2  period?
3      A     It's possible.
4      Q     Did you keep these forms, again, now I'm
5  not referring to the specific information on Exhibit 2,
6  I'm referring to the form, itself, did you keep these
7  forms?
8          MR. ZABELL: Objection to the form of the
9  question.
10         You may answer.
11     A     You know, I . . . I believe we would for a
12  certain period of time, sure.
13     Q     For what period of time did you --
14     A     That I don't know. Once they go to -- let
15  her ask me the questions.
16     Q     Did you store this information in any
17  computer at Suffolk Paving?
18     A     That I don't know. I'm not very computer
19  literate, so . . . in fact, I don't like the things.
20     Q     Did you keep a hard copy of these forms?
21     A     That I don't know.
22     Q     After you reviewed them, what did you do
23  with them?
24     A     I brought them to my wife.
25

LOUIS VECCHIA

1      Q     What did she do with them at that point?
2      A     Hopefully she'd create payroll or we would
3  have no employees.
4      Q     What did she do after creating payroll with
5  these exhibits, these forms?
6      A     That I don't know.
7      Q     Did you know that you -- withdrawn.
8          Do you have any written retention policy
9  regarding the time records for employees at Suffolk
10  Paving?
11         MR. ZABELL: Objection to the form.
12         You may answer.
13     A     Could you explain to me that question, I'm
14  sorry, I --
15         MR. ZABELL: She could explain to you, but
16  she's not under oath and you're not bound --
17     A     I don't understand the question.
18     Q     Do you understand the word "retention"?
19     A     To retain.
20     Q     Do you have any written policies regarding
21  how long certain time records should be kept for
22  Suffolk Paving?
23         MR. ZABELL: Objection to the form.
24         You may answer.
25

LOUIS VECCHIA

1      A     I don't know.
2      Q     Have you ever had such a written policy
3  regarding the retention of such documents?
4          MR. ZABELL: Objection to the form.
5      A     I don't know.
6      Q     Do you currently have the time records for
7  Suffolk Paving for 2005?
8          MR. ZABELL: Objection to the form.
9          You may answer.
10     A     I don't know.
11     Q     Do you currently have the time records for
12  Suffolk Paving for 2006?
13     A     I don't know.
14     Q     Do you currently have the time records for
15  the employees of Suffolk Paving for 2007?
16     A     I don't know. I would imagine.
17     Q     Do you currently have the employee time
18  records for employees of Suffolk Paving for 2008?
19         THE WITNESS: Currently?
20         MR. ZABELL: I can't help you.
21     A     Yeah. You know, I don't know.
22     Q     Do you currently have -- withdrawn.
23         If you had them, where would they be?
24     A     No idea.
25

LOUIS VECCHIA

2  Q    Aside from Exhibit 2, was there any other
3  form you used to record plaintiffs' hours?
4        MR. ZABELL: Objection to the form of the
5  question. Objection to the characterization of
6  the testimony.
7        You may answer.
8        THE WITNESS: Repeat the question, please.
9        MS. GOLDBERG: JoAnn, would you mind please
10 reading it back?
11       (The pending question was read.)
12  A    No. Excuse me, for payroll?
13       (The pending question was read.)
14       (Pause.)
15  A    Is there any other form?
16       (Pause.)
17  A    Sometimes I would just jot them down in a
18 book in my truck, just to memorize, you know, try to
19 help my memory for a prior week.
20  Q    Aside from those notes that you're now
21 describing, are there any other forms or documents that
22 you would use to record plaintiffs' hours?
23  A    No.
24  Q    How often would you make some type of note
25 about plaintiffs' hours?

LOUIS VECCHIA

2  A    It depends on my week, where I am, who I
3  talk to and how busy we are. It all varies.
4  Q    On average, would you say that you made a
5  note about plaintiffs' hours once a week?
6  A    No, my memory's a lot better than that.
7  Q    On average, would you say you made a note
8  once a month about plaintiffs' hours?
9  A    Sometimes.
10  Q    Did you hand write those notes?
11  A    Yes.
12  Q    What would you do with those notes?
13  A    Just use them in case I had to reflect back
14 if there was a situation where somebody was short an
15 hour or a half hour or a day.
16  Q    Where did you keep those notes?
17  A    In the daily agenda book (indicating).
18  Q    Is that true for 2005 through 2009?
19  A    Yes.
20  Q    Is that true to the present as well?
21  A    Yes.
22  Q    Do you retain those notes?
23  A    Not really that organized. Once the year
24 is up, it could be in a box in my garage, in a truck,
25 but the only one I know I have is this year's.

LOUIS VECCHIA

2  Q    What else did you keep in the daily agenda
3  book?
4  A    Where I had to go, what I had to do. Maybe
5  if I'm on a job, a change order if I'm talking to
6  somebody and we're doing more work than we're supposed
7  to and I have to go back to the office, tell somebody
8  that hey, we need to bill this or do this or whatever.
9  Q    Did Cross Island Industries use the same
10 time records that Suffolk Paving did?
11  A    Meaning the same sheets as Exhibit 2?
12       MR. ZABELL: Remember, you don't get to ask
13 questions.
14  A    I believe they did.
15       MR. WALLACE: Should we break for lunch,
16 what's a good time?
17       MS. GOLDBERG: Off the record.
18       (Discussion off the record.)
19  Q    Do you have multiple jobs going on
20 simultaneously on any one day?
21       MR. ZABELL: Objection to the form.
22       You may answer.
23  A    Sure.
24  Q    Is that true from 2005 to the present?
25  A    I can't answer from that far back because

LOUIS VECCHIA

2  it's a little too far back for me to remember, but it
3  could be possible.
4  Q    Do you -- withdrawn.
5        What percentage of your time is spent at
6  job sites during the day?
7        MR. ZABELL: Objection to the form.
8        You may answer.
9  A    Honestly, that varies. I can't give you an
10 honest answer. I could spend all day on one specific
11 job, I could spend two hours on a job, I could come up
12 to a job at the end of the day, I could be on a job in
13 the morning, it varies. I can't give you an accurate
14 description of timing on that because I'm all over the
15 place.
16  Q    Do you travel to the end -- withdrawn.
17       Do you travel to each work site at the end
18 of each day?
19       MR. ZABELL: Objection to the form.
20       You may answer.
21  A    I try to. Sometimes I do it on Saturdays
22 and Sundays, also. My kids aren't fond of me, but
23 that's what I do.
24       MR. ZABELL: That's all right, I am.
25  Q    Is that true from 2005 to the present in

LOUIS VECCHIA

1
2 terms of how you would spend your day?
3     A    That's my --
4         MR. ZABELL: Objection to the form.
5     A    That is my work ethic. Except for today.
6         MR. ZABELL: Off the record.
7         (Discussion off the record.)
8     Q    In 2005, can you tell me what percentage of
9 time you spent going to work sites?
10    A    In 2005?
11    Q    Yes.
12        (Pause.)
13    A    No, I couldn't even begin to think, I'm
14 sorry.
15    Q    During 2005, were you spending all day at a
16 work site every day?
17    A    There were days that I -- I'm sure I did.
18 I don't know how many days those were, I don't know how
19 many days in a week, I don't know how many days in a
20 month.
21    Q    Were there days that you traveled from work
22 site to work site?
23        MR. ZABELL: Objection to the form.
24        You may answer.
25    A    I answered that already for you, but yes.

LOUIS VECCHIA

1
2     Q    So that's the same for 2005 to the present,
3 would that be accurate?
4     A    That would be accurate.
5     Q    How would you know when plaintiffs finished
6 working at the end of the day?
7         MR. ZABELL: Objection to the form.
8         You may answer.
9     A    I'd get my radio, I'm in communication with
10 somebody, whether it's a driver, you know, my cousins,
11 they all drive, they'll tell me we're done, you know,
12 we're done, okay, good. Make a mental note, move on.
13 How did the job come out, good, okay; bad, we had a
14 problem. You know, it varied.
15    Q    Was there a person at each work site that
16 was responsible for noting the time in which the
17 plaintiffs finished work?
18        MR. ZABELL: Objection to the form.
19        You may answer.
20    A    It varies. It varies. Some jobs -- it
21 just varies.
22    Q    Can you explain to me how it varies?
23    A    Different ways, shapes and forms, different
24 municipalities. There's actually sign-in sheets and
25 then there's inspectors on the job keeping time of

LOUIS VECCHIA

1
2 those sign-in sheets.
3         (Pause.)
4     A    There's many ways to -- there's many ways
5 to figure out the timing.
6     Q    When you were doing private jobs, was there
7 a person who was responsible for noting the time that
8 plaintiffs finished working at the end of the day?
9     A    It varied.
10    Q    How did it vary?
11    A    Different days, different times, different
12 people.
13    Q    Which people were responsible for noting
14 the times that the plaintiffs stopped working?
15        MR. ZABELL: Objection to the form.
16        You may answer.
17    A    Christopher would keep track, I would keep
18 track. I would -- Tommy would retain and store some of
19 it.
20        (Pause.)
21    A    Basically like I said, at the end of the
22 day, a truck driver or someone would say we're done.
23    Q    How would Christopher keep track?
24    A    He would . . . I think he would . . . he
25 would either call Tommy or he'd call me, he could

LOUIS VECCHIA

1
2 have -- I think just either those two or himself at the
3 end of the week, maybe Tommy would call and say you
4 know, hey, any of your guys have any overtime, you
5 know; what was your, you know, week like, day like, you
6 know.
7     Q    Has it been the same from 2005 to present?
8     A    Well, not for Christopher because -- yeah,
9 Christopher helped out back then, too. Yeah, pretty
10 much.
11    Q    Did Christopher keep any notes regarding
12 the plaintiffs' hours?
13        MR. ZABELL: Objection to the form.
14        You may answer.
15    A    That I don't know, you'll have to ask
16 Christopher.
17    Q    Aside from the notes that you talked about
18 being the daily agenda book, did you make any further
19 notes regarding plaintiffs' hours?
20        MR. ZABELL: Objection to the form.
21        You may answer.
22    A    I don't understand the question.
23        Did you make any other notes to the
24 plaintiffs' what?
25        MS. GOLDBERG: JoAnn, would you mind

LOUIS VECCHIA

1  reading back the question?
2      (The pending question was read.)
3      MR. ZABELL: You're asking him if he has or
4  if he made?
5  A    Yeah, I'm a little confused with the
6  question, maybe you could explain a little better,
7  please.
8  Q    Aside from those that you've already
9  mentioned, did you have any other records or notes
10 regarding plaintiffs' hours?
11     THE WITNESS: Can I ask a question?
12     MR. ZABELL: No.
13 A    I don't understand the question, sorry.
14 Q    I'm going to show you what's been marked as
15 Exhibit 4.
16     (Handing.)
17     (Witness reviewing document.)
18 Q    Do you recognize it -- I'm sorry, take your
19 time to review it --
20 A    Don't be sorry, it's okay.
21     (Witness reviewing document.)
22 A    Plaintiff's Exhibit 4 I have identified.
23 Q    Can you tell me what it is?
24 A    It looks like a pay stub for a one Lerly

LOUIS VECCHIA

1  Rodriguez.
2  Q    For what time period?
3  A    It says from pay period 10/08/2009 to
4  10/14/2009.
5  Q    Is this the payroll record for Suffolk
6  Paving and again, I'm actually not referring to the
7  actual information on this, but referring to the form,
8  itself?
9      MR. ZABELL: I'm going to object to the
10     form of the question.
11     You can answer.
12 A    Yes, yeah, you have to -- it clearly states
13 above Suffolk Asphalt and you're asking Suffolk Paving.
14     MR. ZABELL: Don't help her out, just
15     answer her questions.
16     THE WITNESS: All right, sorry.
17 A    No, it doesn't.
18 Q    Does Suffolk Paving's payroll look similar
19 to Exhibit 1?
20     MR. ZABELL: Objection to the form.
21     MS. GOLDBERG: Exhibit 4. My mistake, I
22 apologize.
23     MR. ZABELL: So you're withdrawing --
24     MS. GOLDBERG: Yes, let me withdraw the

LOUIS VECCHIA

1  question and restate the question.
2  Q    Is Suffolk Paving's payroll records similar
3  to Exhibit 4?
4  A    I don't know.
5  Q    Does Suffolk Paving have its own payroll?
6  A    Yes.
7  Q    Do you know what the payroll record looks
8  like?
9  A    For Suffolk Paving?
10     (Pause.)
11 A    No, I pretty much just sign the check. I
12 don't know what the rest of it looks like.
13 Q    So Exhibit 4 -- and now I'm actually
14 talking about the specific exhibit with the
15 information -- it's your testimony that Exhibit 4 is
16 not a Suffolk Paving payroll record?
17 A    You're asking me that question?
18 Q    Yes.
19 A    Yeah.  This is not a Suffolk Paving . . .
20 this has nothing to do with Suffolk Paving.
21 Q    Do you know how these forms are created and
22 I'm referring to Exhibit 4, the form, itself?
23 A    No, no idea.
24 Q    Do you know who creates Exhibit 4?

LOUIS VECCHIA

1  A    It looks like it's called
2  safeguard.lithousa on the bottom here.
3  Q    Have you kept the payroll records for
4  Suffolk Paving?
5      MR. ZABELL: Objection.
6      You may answer.
7  A    Have I kept the payroll records for Suffolk
8  Paving?
9      (Pause.)
10 A    I don't . . . I don't. I don't have them.
11 I don't -- I'm confused with the question, it's very
12 confusing.
13     We're talking about Exhibit 4, now you're
14 asking me do I keep the payroll records for Suffolk
15 Paving?
16 Q    Yes.
17 A    Are we done with this exhibit?
18 Q    Put Exhibit 4 aside.
19 A    Okay.
20 Q    Do you retain the payroll records for
21 Suffolk Paving?
22     MR. ZABELL: Objection to the form.
23     You may answer.
24 A    I would imagine so.

LOUIS VECCHIA

1
2    Q    How long do you keep the payroll records?
3    A    No idea.
4    Q    Do you keep them for more than a year?
5        MR. ZABELL: Objection. He's already
6    testified he has no idea.
7    A    Yeah, I have no idea of the time frame.
8        I would like to say we try to keep the
9    stuff as long as we can till we run out of room.
10   Q    Do you know whether payroll records for
11   Suffolk Paving are stored on any computer at Suffolk
12   Paving?
13       MR. ZABELL: Objection to the form.
14   A    Like I indicated before, the computer stuff
15   I don't do very well. I don't know it very well. I'm
16   more of an out in the field work kind of guy. These
17   questions you'll have to ask Helene.
18   Q    Do you have any written policy regarding
19   the retention of payroll records for Suffolk Paving?
20       MR. ZABELL: Objection, asked and answered.
21   Objection to the form.
22       You can answer it again.
23       THE WITNESS: Repeat the question again,
24   please.
25       (The pending question was read.)

LOUIS VECCHIA

1
2        MR. ZABELL: Same objection.
3        THE WITNESS: Didn't we answer this
4    question already?
5        MR. ZABELL: Yes, we did.
6    A    I don't know. I don't think so.
7        MS. GOLDBERG: I think we'll take a lunch
8    break now.
9        (Lunch recess taken.)
10   Q    Did Suffolk Paving implement any changes in
11   the way that they kept employees' records in 2010?
12       MR. ZABELL: Objection to the form.
13       You may answer.
14   A    Did they change, no.
15   Q    Did Suffolk Paving change anything in 2010
16   in regards to the payroll process that was used?
17   A    No.
18   Q    I'm going to show you what's been marked as
19   Plaintiff's Exhibit 5.
20       (Handing.)
21       (Witness reviewing document.)
22   A    Okay.
23   Q    Do you recognize this form?
24   A    No.
25   Q    Have you ever seen it before?

LOUIS VECCHIA

1
2    A    No. First time.
3    Q    Please describe for me how a general day at
4    Suffolk Paving works.
5        MR. ZABELL: Objection to the form of the
6    question.
7        You may answer.
8    A    How it works?
9        (Pause.)
10   A    I get up real early in the morning, about
11   4:30, I shower, I'm at the office by probably quarter
12   after five.
13       (Pause.)
14   A    And that's pretty much about it. Then I
15   just try to get work done as best as I can. Suffolk
16   Paving is really kind of winding down, doesn't have
17   many employees.
18   Q    How many employees does Suffolk Paving
19   currently have?
20   A    I would have to somewhere say anywhere
21   between three and four, me being the big one.
22   Q    Can you give me the names of the other
23   individuals?
24   A    Not a hundred percent sure, but myself,
25   this is small so I can remember this one.

LOUIS VECCHIA

1
2        (Pause.)
3    A    The mechanic in the back and I believe one
4    other guy, the yard man, the guy that keeps the yard
5    clean.
6    Q    Does Suffolk Paving currently do paving
7    jobs on a daily basis?
8    A    No, not that often.
9    Q    Was there a time when Suffolk Paving did
10   paving jobs on a daily basis?
11   A    Yes.
12   Q    When did Suffolk Paving stop doing jobs on
13   a daily basis?
14   A    Sometime about a year ago, we started . . .
15   started phasing out and I'm kind of hoping my son does
16   his own thing, cross my fingers and I can move on and
17   do other stuff.
18   Q    About a year ago when you said you started
19   phasing out, how many employees did Suffolk Paving
20   have?
21   A    Anywhere between ten and 20 over the course
22   of the year, somewhere around there.
23   Q    Did any of the workers -- withdrawn.
24       Did you fire many people when you started
25   phasing out?

LOUIS VECCHIA

1
2     A    Did I fire anybody?
3           Well, like I said earlier, we're a seasonal
4  company, so sometimes after the winter, you bring some
5  guys back according to your workload and then you use
6  who you can and you know, if you need a guy, you use
7  him; if you don't have the work, obviously you can't
8  use them, you know, somebody.
9     Q    Are any of the -- withdrawn.
10          Did any of the employees who used to work
11 for you now work for Christopher Vecchia?
12    A    Yes, yes, quite a few of them.  I think
13 most of his guys that are working for him -- and I
14 shouldn't say that, no, it wouldn't be fair to them.
15          (Pause.)
16    A    Probably half and half, some here, you
17 know, he brought in himself and some came from Suffolk
18 Paving.
19    Q    Do you recall the names of any of those
20 employees?
21    A    Give me the time frame again.
22    Q    Well, in the last year, you said that you
23 started phasing out.
24    A    Yeah.
25          (Pause.)

LOUIS VECCHIA

1
2     A    Some of the ones from -- that were rehired
3  this year.
4           (Pause.)
5     A    The guy, Sal.  I forget who else, but
6  there's maybe three or four of them, I don't recall
7  their names.
8     Q    Between 2005 and 2009, what time did the
9  plaintiffs arrive at work?
10          MR. ZABELL:  Objection to the form.
11    A    Plaintiffs?
12    Q    The plaintiffs.
13          MR. ZABELL:  You may answer.
14    A    A typical day is eight to 4:30.
15    Q    Were the plaintiffs ever required to start
16 work prior to 8:00?
17    A    On certain occasions they were, sure.
18    Q    Did they sometimes start working at 5:30 in
19 the morning?
20    A    I don't know, depends on what time of the
21 year.  Some times of the year 5:30 it's dark, you can't
22 see.  Depends on the time of the year.  It's possible.
23    Q    Were they ever required to start working at
24 five a.m.?
25    A    The workers, no.  Maybe a driver to drive a

LOUIS VECCHIA

1
2  big truck to go to the plant to get the material might,
3  depends on where you're going.
4     Q    Did the plaintiffs meet at Suffolk Paving
5  before starting their jobs at the job sites?
6     A    Rephrase that question, please.
7     Q    Did the plaintiffs gather at Suffolk Paving
8  in the morning before going to the job site?
9           MR. ZABELL:  Objection to the form.
10          You may answer.
11    A    Unfortunately, sometimes . . . did you say
12 plaintiffs or workers?
13    Q    Plaintiffs.
14    A    Yeah.
15          (Pause.)
16    A    There was a -- there was sometimes a
17 communication gap between them, so they would stop --
18 they wouldn't come to gather or get anything, they
19 would come to get maps to figure out where they would
20 have to work.  They would come get like maybe
21 a Hagstrom with highlighting the area and the roadways
22 to get there because it was -- the communication
23 barrier at times was very difficult.
24    Q    Did the plaintiffs travel together from
25 Suffolk Paving to the job sites?

LOUIS VECCHIA

1
2          MR. ZABELL:  Objection to the form.
3          You may answer.
4     A    Yes, sometimes they would, yes.
5     Q    Did the plaintiffs ever go directly to the
6  job site?
7           MR. ZABELL:  Objection to the form.
8     A    Yes, yes.
9     Q    Did the plaintiffs ever work past 6:30
10 p.m.?
11          MR. ZABELL:  Objection to the form.
12    A    They might have on occasion.
13    Q    Did they ever work past seven p.m.?
14    A    I don't know.
15          MS. GOLDBERG:  JoAnn, I'm going to mark
16 this as our next exhibit.
17          (Plaintiff's Exhibit 16, copy of Suffolk
18 Asphalt Corp. Weekly Time Sheet NOE Bates stamped
19 Def. Exh. A 000990 and attached pay stub Bates
20 stamped Def. Exh. A 000991, was marked for
21 identification.  Exhibit retained by counsel.)
22          (Handing.)
23          (Witness reviewing document.)
24    Q    Have you had an opportunity to review
25 what's been marked as Plaintiff's Exhibit 16?

Page 118

LOUIS VECCHIA

1
2    A    Yes, I have.
3        MS. GOLDBERG:  Exhibit 16 for the record is
4    two pages, the first page is noted as Def. Exh. A
5    000990, the second page is Def. Exh. A 000991.
6    Q    Can you please first identify for me what
7    page one of Exhibit 16 is?
8    A    Page one, it looks like a Suffolk Asphalt
9    Corp. weekly time sheet.
10   Q    For what individual?
11   A    Lerly Rodriguez.
12   Q    For what time period?
13   A    4/9/09 to 4/15/09.
14   Q    What is the second page of Exhibit 16?
15   A    The second page is a Suffolk Asphalt Corp.
16   payroll sheet, one of those pay stubs.
17   Q    For who?
18   A    Lerly Rodriguez.
19   Q    For what time period?
20   A    4/9/2009 to 4/15/2009.
21   Q    I'd ask you to look on the front, the first
22   page.
23       Do you see the number eight that's been
24   written somewhat in the middle of the page?
25   A    Yes, eight, yes.

Page 119

LOUIS VECCHIA

1
2    Q    Is that your handwriting?
3    A    Yes, it is.
4    Q    Can you tell me what is written next to the
5    eight?
6    A    A check mark.
7    Q    Is there a letter that appears next to the
8    eight?
9    A    That I believe is regular.
10   Q    How is it that you came to write the number
11   eight on this time sheet?
12   A    He worked on a job that was union and he
13   got paid for the eight hours for the union jobs --
14   union job.
15   Q    Why did you note a different number than
16   what's totaled on the sheet?
17       MR. ZABELL:  Objection to the form of the
18       question and objection to the characterization of
19       the evidence.
20       You may answer.
21   A    The -- and I believe and I don't know for
22   sure that this might have been a Suffolk Paving job and
23   what might have happened is I either paid him cash or I
24   paid him from the other company.  Him . . . from the
25   other.

Page 120

LOUIS VECCHIA

1
2    Q    From what other company are you referring?
3    A    It's either Suffolk Paving or cash.  I'd
4    have to look back to figure that out.
5    Q    Do you have any documents that would
6    indicate whether you paid Lerly Noe Rodriguez another
7    payment for this week?
8    A    There's probably another sheet somewhere,
9    probably there's something somewhere indicating that he
10   got paid for those hours that he got there because
11   there's no way he would let me get away with it.
12   Q    What would those other sheets be?
13   A    It might have just been a written note or
14   like I said, I might have just paid him cash for these
15   jobs.
16   Q    If you paid him cash for these jobs, did
17   you record it anywhere?
18   A    Yes.
19   Q    Where did you record it?
20   A    Sometimes I would record them actually on
21   these sheets, themselves.
22   Q    Were there times when you didn't record it
23   on the sheets --
24   A    Other times I would just have him sign
25   something that he received it.

Page 121

LOUIS VECCHIA

1
2    Q    Aside from a document that you have him
3    sign or writing it on the sheet, is there any other way
4    in which you'd record a cash payment?
5    A    For this time frame, I don't know, but
6    there are some books that I would write in, yes.  The
7    whatchamacallit book, agenda books.  Not agenda, daily
8    . . . whatever those books are, something like that
9    where it has a calendar in it (indicating).  Like an
10   agenda book, calendar.
11       MR. ZABELL:  Daily journal?
12       THE WITNESS:  Yes, exactly.
13   Q    Have you looked for those calendars,
14   agendas, what you just referred to, during the course
15   of this lawsuit?
16   A    No.
17   Q    Do you still have them?
18   A    I could probably find them.  I have to look
19   hard.
20   Q    Where do you think they are?
21   A    They could be in the garage at my son's
22   house, they could be at the office, they could be at my
23   garage, they could be in a box of stuff when I clean
24   out a car usually at the end of the week.  Usually the
25   ones I get have a leather with a zipper, so, you know .

LOUIS VECCHIA

..

3  Q    During the course of this lawsuit, did you
4  look at any of those locations that you just mentioned?
5  A    No, I didn't bother.
6  Q    Approximately how many times do you think
7  you gave cash payments to Lerly Noe Rodriguez from 2005
8  to 2009?
9  A    It depends on the jobs. I mean some of
10 these jobs I targeted with the union -- the union
11 company targeted these jobs and instead of it going to
12 nonunion companies, we would do partially, you know,
13 some of it each way so that we could, you know, get the
14 work, so . . .
15 Q    Can you estimate for me how many times a
16 year you would give Lerly Noe Rodriguez cash payments?
17 A    Once I find the books, I'll tell you
18 exactly.
19 Q    As you sit here today, do you have any
20 recollection as to the approximate number of times?
21 A    No.
22 Q    Could it be more than 50?
23 A    A year?
24 Q    A year.
25 A    No. No, we don't work 50 weeks a year. It

LOUIS VECCHIA

1  could be -- if you want me to narrow it down for you,
2  it could be anywhere from . . . maybe 25.
3  Q    So approximately 25 times a year, you would
4  give Lerly cash payments?
5  A    Yes.
6  Q    Is that true for all years from 2005 to
7  2009?
8  A    That I couldn't answer, I'd have to look
9  back to give you an accurate answer.
10 Q    Well, when you just gave me the approximate
11 number of 25, what year were you referring to?
12 A    That was probably 2008, 2009.
13 Q    Do you have any reason to believe that the
14 years prior were different?
15 A    No, I really don't know, I'd have to look.
16 Q    Is there any other record that you at any
17 time possessed regarding the cash payments that you
18 gave to Lerly Noe Rodriguez?
19 MR. ZABELL: Objection to the form.
20 You can answer.
21 A    There should be -- usually we had the guy
22 sign some papers that they were paid for all the hours
23 they worked. Like once or twice a year we would make
24 sure that we had them sign it.

LOUIS VECCHIA

2  Q    Did you keep those documents?
3  A    I hope so.
4  Q    Do you know where they are?
5  A    No.
6  Q    Do you know where they were kept?
7  A    No.
8  Q    Was that from 2005 to the present?
9  A    I don't know the years.
10 Q    Do you have payroll records from Suffolk
11 Paving for any of the plaintiffs currently?
12 MR. ZABELL: Objection to the form.
13 They were provided in discovery with all
14 documents you requested. I don't know what you're
15 asking for.
16 MS. GOLDBERG: Well, during the course of
17 his testimony, it's become apparent that there
18 were locations that were not searched and that
19 actually there are various documents outstanding,
20 so I think it's now important to directly address
21 Mr. Vecchia about certain documents and whether
22 they exist or not.
23 MR. ZABELL: I disagree with your
24 characterization. Go ahead, ask your questions.
25 Just make sure they're clear.

LOUIS VECCHIA

1  A    What's the question, sorry?
2  Q    Do you have any payroll records for any of
3  the plaintiffs for Suffolk Paving from 2005 to the
4  present in your current possession?
5  MR. ZABELL: Other than what's already been
6  turned over in discovery?
7  A    Yeah, I mean I don't know. Maybe, I don't
8  know.
9  Q    Well, I'd ask you to look at Exhibit 4.
10 (Handing.)
11 (Witness reviewing document.)
12 A    Okay.
13 Q    Do you currently have any Suffolk Paving
14 payroll records such as what's in Exhibit 4 for any of
15 the plaintiffs at Suffolk Paving?
16 MR. ZABELL: Objection to the form.
17 Are you finished asking the question?
18 MS. GOLDBERG: Yes.
19 MR. ZABELL: I object to the form of the
20 question.
21 You can answer.
22 A    I don't know. I mean I thought we provided
23 everything that we had.
24 MR. ZABELL: We did.

LOUIS VECCHIA

1
2    Q    Did you ever give Alejandro Amaya cash
3    payments?
4    A    I don't know, I'd have to check.
5    Q    What would you check to find out whether
6    you had ever given cash payments to Alejandro Amaya?
7    A    Right here (indicating).  Payroll sheets.
8    One of these sheets similar to this.
9    Q    You're referencing Exhibit 16?
10   A    Yeah.
11   Q    The first page of Exhibit 16?
12   A    Yeah.  Well, one similar to this, you know,
13   similar to it.
14   Q    Did you ever give cash payments to Alex
15   Amir Arevalo?
16   A    I don't know.
17   Q    Did you ever give cash payments to Maynor
18   Fajardo?
19   A    Oh, yeah.
20   Q    Approximately how many times did you give
21   cash payments to Maynor Fajardo?
22   A    I couldn't answer honestly, but . . . in
23   loans or for pay, which one, which one are you
24   referring to, in a loan --
25        MR. ZABELL:  You don't get to ask her

LOUIS VECCHIA

1
2    questions.
3    A    Go ahead, ask the question again.
4    Q    How many times did you give Maynor Fajardo
5    cash payments for his payroll?
6        MR. ZABELL:  Maynor Fajardo.
7    A    Is that Renato?
8        MR. ZABELL:  She's not under oath.  She
9    could be lying to you.
10   A    I don't know.
11   Q    Do you know Maynor Fajardo as any other
12   name?
13   A    I always thought that it was Renato.
14   Q    How many times did you give cash payments
15   to Maynor Fajardo, also known as Renato, for payroll
16   purposes?
17       MR. ZABELL:  I'll object to the form.
18   A    Approximately 25 to 40 times a year.
19   Q    Is that true for 2005 to 2009?
20   A    Well, there was one year where he went
21   missing for about six months, yeah, so figure about
22   three and a half years or four and a half.
23   Q    Do you have any record of the cash payments
24   that you gave to Maynor Fajardo for his payroll?
25   A    I'd have to look for those.

LOUIS VECCHIA

1
2    Q    Where would you look for those?
3    A    Same places I was going to look for the
4    others, in my agenda book and if I look at one of these
5    sheets for whatever it is, I can tell you exactly off
6    of that what I did and I also documented it and had him
7    sign something.
8    Q    What did you have him document?
9    A    What did I have him document, nothing.
10   Q    Well, a minute ago you said you had him
11   sign something.
12   A    Sign something, yeah.
13   Q    Was it a form that you had him --
14   A    Yes, it was basically that he would -- you
15   know, he had been paid for all his, you know, hours.
16   Q    Can you describe for me what was on the
17   sheet that he would sign?
18   A    Oh, no, I'm sorry.
19       (Pause.)
20   A    I don't . . . I don't know exactly what it
21   looks like.
22   Q    Was it a form where there was printed words
23   on it?
24   A    I don't know what it was.  It was basically
25   relating to that he had been paid for his time and the

LOUIS VECCHIA

1
2    hours and the amount of money that he should have
3    gotten.
4    Q    Was it a handwritten --
5    A    No, I think it was printed and he had
6    signed it.
7    Q    Was there a title at the top of the
8    document?
9    A    I don't recall the document.
10   Q    Did that document exist from 2005 to the
11   present?
12   A    To the present?
13   Q    Yes.
14   A    No.
15   Q    When did you create that form?
16   A    Sometime in 2007 to 2009 or 2006 to 2009,
17   something like that.
18   Q    Prior to the time that you had that form,
19   how would you record cash payments that you gave to any
20   of the plaintiffs for payroll?
21   A    Via my agenda book or from the weekly time
22   sheets.
23   Q    Is there any other place where those would
24   have been recorded?
25   A    Not that I know of.

Page 130

LOUIS VECCHIA

2  Q    Did you give Walter Garcia any cash
3  payments?
4  A    Yes.
5  Q    Approximately how many times did you give
6  Walter Garcia cash payments?
7  A    Probably the same amount as Lerly; 24, 25.
8  Q    Is that for all of 2005 through 2009?
9  A    I don't know the exact time frames, I have
10 to look back.
11 Q    Did you -- withdrawn.
12     How did you record any cash payments that
13 you gave to Walter Garcia?
14 A    Via the weekly time sheets, via my agenda
15 book.
16 Q    Did you ever give cash payments to Jose
17 Martinez?
18 A    I don't know because I don't really recall
19 Jose Martinez.
20 Q    Did you ever give cash payments to Pracelis
21 Mendez?
22 A    Oh, yes.
23 Q    Approximately how many times did you give
24 Pracelis Mendez cash payments for payroll?
25 A    Same as Renato, the . . .

Page 131

LOUIS VECCHIA

2  Q    Is that the same for the entire period 2005
3  to 2009?
4     MR. ZABELL: Objection to the form.
5     You may answer.
6  A    I can't answer that accurately.
7  Q    Were there some years that you gave less
8  than 25 payments?
9     MR. ZABELL: Objection to the form.
10 A    There might have been, I don't know for
11 sure.
12 Q    Were there some years between 2005 and 2009
13 that you gave him fewer than ten cash payments?
14 A    I couldn't answer that.
15 Q    Were there some years between 2005 and 2009
16 that you did not give Pracelis Mendez any cash
17 payments?
18 A    No, I'm sure I did.
19 Q    How did you record the cash payments that
20 you gave to Pracelis Mendez?
21 A    Either off the weekly time sheets or out of
22 the agenda book.
23 Q    The agenda book that you've been referring
24 to, did you have one agenda book per year?
25 A    Yeah, pretty much I would clean out all my,

Page 132

LOUIS VECCHIA

2  you know, construction stuff from the winter and you
3  know, get a new book come January, February, you know,
4  for the new year.
5  Q    Did you physically keep the same agenda
6  book, but remove the papers at the end of the year or
7  did you buy another --
8     MR. ZABELL: I'm going to object to the
9  form of the question, to the compound nature of
10 the question.
11     You may pick a question and provide an
12 answer to it.
13     THE WITNESS: Repeat the question, please.
14     (The pending question was read.)
15     MS. GOLDBERG: I hadn't finished my
16 question before Mr. Zabell objected. I'll
17 rephrase the question anyway.
18     MR. ZABELL: So you're withdrawing it?
19     MS. GOLDBERG: Yes, I'm withdrawing the
20 question.
21 Q    Did you have more than one daily agenda
22 book?
23 A    More than one?
24 Q    More than one.
25 A    Each year? I don't -- no, I don't . . . I

Page 133

LOUIS VECCHIA

2  can't answer that question, you got to explain it a
3  little better.
4  Q    Did you buy a new agenda book each year?
5     MR. ZABELL: Are you withdrawing the
6  previous question?
7     MS. GOLDBERG: The question stands, he gave
8  a response. I'm now asking the next question.
9  A    Did every year I would get a new agenda
10 book?
11     MS. GOLDBERG: Off the record.
12     (Discussion off the record.)
13     (The pending question was read.)
14 A    I would buy a new agenda book each year,
15 yes.
16 Q    So then you had one agenda book per year --
17     MR. ZABELL: That is a statement to
18 which --
19 Q    -- is that correct?
20     MR. ZABELL: Is what correct because I was
21 in the middle of saying what you had said was a
22 statement that requires no response?
23     MS. GOLDBERG: You didn't let me finish the
24 question before you jumped in.
25     MR. ZABELL: Well, when you have a

LOUIS VECCHIA

2  three-second pause at the conclusion of what you
3  have to say, I am going to assume throughout this
4  deposition that you have finished what you have to
5  say.
6       MS. GOLDBERG: I'm sorry that I didn't --
7       MR. ZABELL: Would you like to start all
8  over again?
9       MS. GOLDBERG: I'm sorry that I didn't
10  finish as quickly as you would have liked.
11      MR. ZABELL: I tell you what, I'm going to
12  withdraw my objection. What I'd like for you to
13  do is withdraw your question and start over again.
14      MS. GOLDBERG: I'll withdraw the question.
15      MR. ZABELL: And I'll give you that one
16  because I withdrew my objection.
17      MS. GOLDBERG: Thanks so much, Saul.
18      MR. ZABELL: You're welcome.
19  Q    Is it correct to say that you had one
20  agenda book per year?
21  A    Yes, it's safe to say that.
22      MR. ZABELL: But is it correct?
23  Q    Where did you put your agenda book at the
24  end of every year?
25  A    That's the question.

LOUIS VECCHIA

2       Like I said, I cleaned my truck out and I'd
3  put -- I'd get everything out of it from the whole
4  year, you know; vests, hard hats, measuring
5  instruments. I usually like to try to get it as clean
6  as I can over the winter and usually -- not usually, my
7  wife yells at me all the time, I have boxes of, you
8  know, like maybe 400 pens at the bottom of it,
9  quarters, stuff that I stored in books, maybe manuals
10  for certain pieces of equipment that I might have
11  carried in the car during the course of the year or my
12  truck during the course of the year, you know, so
13  there's -- it's in one of those boxes hopefully.
14      MR. WALLACE: A quick break.
15      (Short recess taken.)
16  Q    Did you ever give Osmar Pagoada cash
17  payments?
18  A    I'm not even sure who that is.
19  Q    Did you ever give Javier Quintanilla cash
20  payments?
21  A    I'm not . . . I'm not really overly
22  familiar with Javier, too.
23  Q    Did you ever give Edvin Rivera cash
24  payments?
25  A    Yes.

LOUIS VECCHIA

2  Q    Approximately how many cash payments did
3  you give Edvin Rivera?
4  A    Probably the same as Lerly and Walter.
5  Q    Is that true for all the years between 2005
6  and 2009?
7  A    It's close.
8  Q    Did you ever give cash payments to Carlos
9  Escalante?
10  A    Yes.
11  Q    How often did you give Carlos Escalante
12  cash payments for payroll?
13  A    The same as probably . . . Lerly and
14  Walter.
15  Q    Where did you record any cash payments that
16  you gave to Edvin Rivera?
17  A    Either through the daily worksheets or you
18  know, from my agenda book.
19  Q    Did you record the cash payments anywhere
20  that you gave to Carlos Escalante?
21  A    Same places.
22  Q    Did you ever give Kevin Galeano cash
23  payments?
24  A    Oh, no, I don't even . . .
25      (Pause.)

LOUIS VECCHIA

2  A    Kevin is . . . I don't know -- did he work
3  for us, I don't know how long he worked for us or me, I
4  don't know. But no, I don't believe I did.
5  Q    Did you ever give Jose Vega Castillo cash
6  payments?
7  A    He was for a short time, too, but I might
8  have, yes.
9  Q    Approximately how many cash payments do you
10  think you gave him?
11  A    I'm not sure.
12  Q    Did you ever give Juan Quinteros cash
13  payments?
14  A    I'm not sure. Possibly.
15  Q    Where, if anywhere, did you record the cash
16  payments you gave to Jose Vega Castillo?
17  A    If there was any cash payments, I could
18  either find them from the daily worksheets or from the
19  agenda book.
20  Q    Is it fair to say that if you gave any cash
21  payments to Juan Quinteros, it would be recorded in the
22  two places that you've been referring to?
23  A    Yes. I'm not too sure about him, though.
24  Q    Did you ever give Marcos Tulio Perez cash
25  payments?

LOUIS VECCHIA

1
2    A    Who?
3    Q    Marcos Tulio Perez.
4    A    I don't know.
5    Q    How come you gave cash payments?
6    A    Basically on these jobs, we had to be very
7    competitive on the jobs and I couldn't pay . . . I had
8    to work a different rate out with them in order to get
9    the jobs.
10    Q    Can you please explain then why you had to
11    give cash payments?
12          MR. ZABELL:  Objection, asked and answered.
13    A    Because that's what they requested.
14    Q    When you say "they requested," who is
15    "they"?
16    A    What do you call, it the plaintiffs.
17    Q    Is it your testimony today that you gave
18    cash payments because the plaintiffs requested the cash
19    payments?
20    A    They preferred it.
21    Q    Did all of the plaintiffs tell you that
22    they preferred it?
23    A    No.
24    Q    Did Nelson Quintanilla tell you that he
25    preferred cash payments?

LOUIS VECCHIA

1
2    A    I don't recall.
3    Q    Did Alejandro Amaya ever tell you that he
4    preferred cash payments?
5    A    I don't think I ever gave him any.
6    Q    Did Alex Amir Arevalo ever tell you he
7    preferred cash payments?
8    A    I don't think I ever gave him any.
9    Q    Did Maynor Fajardo ever tell you he
10    preferred cash payments?
11    A    Oh, no.
12    Q    Did Walter Garcia ever tell you he
13    preferred cash payments?
14    A    He was pretty much led through -- who's the
15    first guy you said, Renato, I call him Renato, you call
16    him Maynor.  Some of them were led by Maynor.  Maynor
17    was the spokesperson for some of them.
18    Q    What do you mean that Maynor was the
19    spokesperson for some of them?
20    A    He was the one that makes the deals for
21    the -- he was the one who makes the deals for the pave
22    crew.
23    Q    What deals did he make for the paving crew?
24    A    Whatever, that he'd prefer cash and then he
25    would say for who.  Most of the other guys I didn't

LOUIS VECCHIA

1
2    talk about, it was mostly Maynor and Mendez.
3    Q    Pracelis Mendez?
4    A    Yeah.
5    Q    Was Pracelis Mendez also a spokesperson?
6    A    Oh, yeah, a big spokesperson.
7    Q    How was he a big spokesperson?
8    A    Well, there was a point in time where he
9    told me and my son we don't even run the company, he
10    does.
11    Q    How, if anything else, did he operate as a
12    spokesperson for the plaintiffs?
13    A    Basically just . . . the amounts, what the
14    amounts were to be, which I'm not even familiar with.
15          (Pause.)
16    A    That was really it.
17    Q    When did Pracelis Mendez act as a
18    spokesperson?
19    A    I don't recall when.
20    Q    Was it throughout his employment at Suffolk
21    Paving?
22    A    It was . . . no, not for the first couple
23    of years, but soon thereafter.
24    Q    Did Pracelis Mendez ever tell you he
25    preferred cash payments?

LOUIS VECCHIA

1
2    A    Oh, yeah.
3    Q    How many times did he tell you he preferred
4    cash payments?
5    A    It was . . . once or twice.
6    Q    How many times did Maynor Fajardo also --
7    A    Same, once or twice.
8    Q    Did you -- withdrawn.
9          Did Javier Quintanilla ever tell you he
10    preferred cash payments?
11    A    Who?
12    Q    Javier Quintanilla.
13    A    I'm not sure of Javier Quintanilla.
14    Q    Did Edvin Rivera ever tell you he preferred
15    cash payments?
16    A    No, he was under the wings of the other
17    two.
18    Q    So he never told you directly that he
19    preferred cash payments?
20          MR. ZABELL:  Objection, asked and answered.
21    A    I don't recall.
22    Q    Did Carlos Escalante ever tell you that he
23    preferred cash payments?
24    A    Don't recall.
25    Q    Did Kevin Galeano ever tell you that he

Page 142

LOUIS VECCHIA

1
2    preferred cash payments?
3    A    I don't think I ever gave him any.
4    Q    Did Lerly Noe Rodriguez ever tell you he
5    preferred cash payments?
6    A    No.
7        MR. ZABELL:  Did he ever give you cash
8    payments?
9        THE WITNESS:  No, he never gave me cash,
10   either.
11   Q    Did Jose Vega Castillo ever tell you he
12   preferred cash payments?
13   A    No.
14   Q    Did Juan Quinteros ever tell you that he
15   preferred cash payments?
16   A    No.
17   Q    Did Marcos Tulio Perez ever give you cash
18   payments?
19   A    Did he ever give me cash payments?
20       MS. GOLDBERG:  Withdrawn.
21   Q    Did he ever tell you that he preferred cash
22   payments?
23   A    No.
24   Q    I think it might have been unclear, but I
25   think you might have answered my question before.

Page 143

LOUIS VECCHIA

1
2    A    I did.
3    Q    How many times did Pracelis Mendez tell you
4    that he preferred cash payments?
5    A    Once or twice.
6    Q    Did you keep files on every plaintiff?
7        MR. ZABELL:  Objection to the form.
8    A    What kind of files?
9        MR. ZABELL:  Don't ask her questions.
10   A    I don't know.
11       MR. ZABELL:  Thank you.
12   Q    Did you keep any type of personnel files at
13   Suffolk Paving for each plaintiff?
14       MR. ZABELL:  Objection to the form.
15       You may answer.
16   A    I don't know.
17   Q    Is it correct to say that in the agenda
18   book that you've referred to various times, you have
19   kept notes regarding the plaintiffs' hours?
20       MR. ZABELL:  Objection to the form.
21   A    Yes, occasionally and then some cash
22   payments.
23   Q    Is it also fair to say that you've recorded
24   cash payments in the daily agenda book?
25   A    Yes.

Page 144

LOUIS VECCHIA

1
2    Q    What, if anything, else have you recorded
3    in the daily agenda book?
4        MR. ZABELL:  I'm going to object to the
5    form of that question.
6        You can answer.
7    A    Pretty much where I had to go for the day,
8    appointments, if there was something related to a job
9    that I had to make sure my memory kept.
10   Q    Was it your practice to record in your
11   agenda book every time you gave a cash payment to one
12   of the plaintiffs?
13       MR. ZABELL:  Objection to the form.
14       You may answer.
15   A    I hope so.
16   Q    So it's your testimony today that every
17   time you made a cash payment to the plaintiffs, you
18   recorded it in the daily agenda book?
19   A    I said I hope so.
20       MR. ZABELL:  Objection to the form of the
21   question, objection to the mischaracterization of
22   the testimony.
23       You may answer.
24   A    I said I hope so.
25   Q    Did you, as a regular practice, note on the

Page 145

LOUIS VECCHIA

1
2    weekly time sheets when you gave a cash payment?
3        MR. ZABELL:  Objection to the form of the
4    question.
5        You may answer.
6    A    Sometimes what I would do is just put the
7    dollar sign sometimes to remind me to give it to them.
8    Q    Would it be fair then to say that if you've
9    given a cash payment, it's either reflected on the time
10   record or in your daily agenda book?
11       MR. ZABELL:  Objection to the form.
12   A    One or other, possibly both.
13   Q    I would like you to go back to Exhibit 16.
14   A    Okay.
15   Q    Why did you write an eight in the middle of
16   the page, on the first page of Exhibit 16?
17   A    Why?
18   Q    Yes.
19   A    Because that's what we were paying via
20   check, eight regular, just like it states in the -- we
21   discussed that before.
22   Q    So it's your testimony that Lerly Noe
23   Rodriguez would have received payment for the rest of
24   his hours, which in this case is 32, in cash?
25   A    Correct.

Page 146

LOUIS VECCHIA

2  Q   Why did you decide to pay him eight hours
3  by check?
4       MR. ZABELL:  Objection, asked and answered.
5       You can answer it again.
6  A   Because he was on a prevailing rate job and
7  he had to be paid that amount legally.
8       MS. GOLDBERG:  Let's mark this.
9       (Plaintiff's Exhibit 17, copy of Suffolk
10 Asphalt Corp. Weekly Time Sheet NOE Bates stamped
11 Def. Exh. A 000982 and attached pay stub Bates
12 stamped Def. Exh. A 000983, was marked for
13 identification.  Exhibit retained by counsel.)
14      (Handing.)
15      (Witness reviewing document.)
16 Q   Have you had an opportunity to review
17 what's been marked as Exhibit 17?
18 A   Yes, I have.
19      MS. GOLDBERG:  For the record, Exhibit 17
20 is two pages, the first page is Def. Exh. A
21 000982, second page is Def. Exh. A 000983.
22 Q   Do you recognize it?
23 A   Yes, I do.
24 Q   What is the first page of Exhibit 17?
25 A   First page of Exhibit 17 is the Suffolk

Page 147

LOUIS VECCHIA

2  Asphalt weekly time sheet for Noe.
3  Q   For what weeks?
4  A   Weeks 5/14 to 5/20 of 2009.
5  Q   What is the second page of Exhibit 17?
6  A   His pay stub.
7  Q   For what period of time?
8  A   From 5/14 of 2009 to 5/20 of 2009.
9  Q   I would ask that you look at the first page
10 and you look at the handwriting in the middle of the
11 page.  Is that your handwriting?
12 A   Yes, it is.
13 Q   Can you please read for the record what you
14 wrote?
15 A   I wrote two hours grease time and the next
16 part is 32 regular hours, nine OT hours.
17 Q   How is it that you came to write on this
18 Suffolk Asphalt time sheet?
19 A   How is it?
20      I was checking it for Helene.  Christopher
21 asked me to check it for him.
22 Q   So how come you wrote fewer number of hours
23 than what's written in the total hours books, which is
24 53?
25 A   Same situation as the last one.  He was

Page 148

LOUIS VECCHIA

2  paid cash for the other time besides the time he was on
3  the job here.
4  Q   So it's your testimony that the
5  remaining -- you've totaled 43 hours --
6  A   Eighteen hours.  That would be 26 and nine
7  is 35 -- no, wait, what am I doing?
8       (Witness reviewing document )
9  Q   Is it correct to say you've written a total
10 of 41 hours?
11      MR. ZABELL:  No, it wouldn't be correct.
12 A   Eighteen hours were paid cash.
13 Q   How did you come to arrive at the number
14 18?
15 A   I'm having a hard time seeing the -- this
16 area in here with the numbers.  I can't . . . see, this
17 could have been . . . I don't know why he's there.
18 He's got two hours at this here of prevailing rate
19 hours, but it looks like it was overtime, so he was
20 paid the overtime in the nine and the rest of the stuff
21 in white was paid in cash.
22 Q   The number of hours that you wrote, you
23 hand wrote on the first page, does that correspond to
24 what he was paid on his paycheck?
25 A   Yes.  On his paycheck he was paid 32

Page 149

LOUIS VECCHIA

2  regular hours at $44.14 an hour, then he was paid nine
3  hours of double time/overtime of $88.28 per hour, then
4  he was paid this two hours of grease time and that's
5  what he was paid in his check.  Then if you look at
6  this part, that's what he was paid in cash
7  (indicating).
8  Q   What is grease time?
9  A   Grease time is -- well, they're supposed
10 to, but rarely that they do this, they've supposed to
11 grease the equipment; my mechanic seems to tell me they
12 don't, but they get paid for it anyway.  They're
13 supposed to actually grease the machine and they never
14 do.
15 Q   So he was paid by paycheck for 43 hours; is
16 that correct?
17 A   Yes.  And the rest of it was paid in cash
18 for the private jobs.
19 Q   So is it your testimony that he was paid
20 for ten hours in cash?
21 A   Yes.
22 Q   Did you record the cash payment that you
23 made to him anywhere?
24 A   I hope so.
25 Q   Where --

LOUIS VECCHIA

2    A    Either in the agenda book or on one of
3  these -- where did they -- whatever, we'll figure that
4  out later. Either from the daily schedule or the
5  agenda book.
6    Q    Is it accurate to say that for all cash
7  payments, they would either be recorded in your daily
8  agenda book or on the time sheets, themselves?
9    A    Yes.
10    Q    For any year, was there any other place
11  that you recorded cash payments?
12    A    Not that I recall.
13        MS. GOLDBERG:  All right, why don't we take
14  a break so I can mark some of the exhibits?
15        MR. ZABELL:  Go ahead.
16        (Short recess taken.)
17        MS. GOLDBERG:  Let's mark these.
18        (Plaintiff's Exhibit 18, copy of Suffolk
19  Asphalt Weekly Time Sheet NOE Bates stamped Def.
20  Exh. A 000972 and attached pay stub Bates stamped
21  Def. Exh. A 000973, was marked for identification.
22  Exhibit retained by counsel.)
23        (Plaintiff's Exhibit 19, copy of Suffolk
24  Asphalt Corp. Weekly Time Sheet NOE Bates stamped
25  Def. Exh. A 000968 and attached pay stub Bates

LOUIS VECCHIA

2  stamped Def. Exh. A 000969, was marked for
3  identification.  Exhibit retained by counsel.)
4        (Plaintiff's Exhibit 20, copy of Suffolk
5  Asphalt Corp. Weekly Time Sheet NOE Bates stamped
6  Def. Exh. A 000966 and attached pay stub Bates
7  stamped Def. Exh. A 000967, was marked for
8  identification.  Exhibit retained by counsel.)
9        (Plaintiff's Exhibit 21, copy of WEEKLY
10  TIME SHEET for Lerly Noe Rodriguez from 27-8-09 to
11  2-9-09 Bates stamped Def. Exh. A 001001 and
12  attached SUFFOLK ASPHALT Weekly Time Sheet NOE
13  Bates stamped Def. Exh. A 000954 and pay stub
14  Bates stamped Def. Exh. A 000955, was marked for
15  identification.  Exhibit retained by counsel.)
16        (Plaintiff's Exhibit 22, copy of WEEKLY
17  TIME SHEET for Lerly Noe Rodriguez from 23 to 29
18  July Bates stamped Def. Exh. A 001004 and attached
19  SUFFOLK ASPHALT Weekly Time Sheet NOE stamped
20  Def. Exh. A 000964 and pay stub Bates stamped Def.
21  Exh. A 000965, was marked for identification.
22  Exhibit retained by counsel.)
23        (Plaintiff's Exhibit 23, copy of WEEKLY
24  TIME SHEET for Lerly Noe Rodriguez from 9-09-09 to
25  09-16-09 Bates stamped Def. Exh. A 000977 and

LOUIS VECCHIA

2  attached SUFFOLK ASPHALT Weekly Time Sheet Bates
3  stamped Def. Exh. A 000950 and pay stub Bates
4  stamped Def. Exh. A 000951, was marked for
5  identification.  Exhibit retained by counsel.)
6        (Plaintiffs Exhibit 24, copy of WEEKLY
7  TIME SHEET for Lerly Noe Rodriguez from 15 to 23
8  Sept. Bates stamped Def. Exh. A 000996 and
9  attached SUFFOLK ASPHALT Weekly Time Sheet Bates
10  stamped Def. Exh. A 000948 and pay stub Bates
11  stamped Def. Exh. A 000949, was marked for
12  identification.  Exhibit retained by counsel.)
13        (Plaintiffs Exhibit 25, copy of SUFFOLK
14  ASPHALT Weekly Time Sheet NOE Bates stamped Def.
15  Exh. A 000946 and attached pay stub Bates stamped
16  Def. Exh. A 000947, was marked for identification.
17  Exhibit retained by counsel.)
18        (Plaintiff's Exhibit 26, copy of SUFFOLK
19  ASPHALT Weekly Time Sheet NOE Bates stamped Def.
20  Exh. A 000944 and attached Def. Exh. A 000945, was marked for identification.
21  Def. Exh. A 000945, was marked for identification.
22  Exhibit retained by counsel.)
23        (Plaintiff's Exhibit 27, copy of WEEKLY
24  TIME SHEET for Lerly Noe Rodriguez Bates stamped
25  Def. Exh. A 000998 and attached SUFFOLK ASPHALT

LOUIS VECCHIA

2  Weekly Time Sheet NOE Bates stamped Def. Exh. A
3  000940 and pay stub Bates stamped Def. Exh. A
4  000941, was marked for identification.  Exhibit
5  retained by counsel.)
6        (Plaintiff's Exhibit 28, copy of WEEKLY
7  TIME SHEET for Lerly Noe Rodriguez Bates stamped P
8  0724 and attached SUFFOLK ASPHALT Weekly Time
9  Sheet NOE Bates stamped Def. Exh. A 000960 and pay
10  stub Bates stamped Def. Exh. A 000961, was marked
11  for identification.  Exhibit retained by counsel.)
12        (Plaintiff's Exhibit 29, copy of Suffolk
13  Asphalt Corp. Weekly Time Sheet MENDEZ Bates
14  stamped Def. Exh. A 000541 and attached pay stub
15  Bates stamped Def. Exh. A 000542, was marked for
16  identification.  Exhibit retained by counsel.)
17        (Plaintiff's Exhibit 30, copy of Suffolk
18  Asphalt Corp. Weekly Time Sheet MENDEZ Bates
19  stamped Def. Exh. A 000539 and attached pay stub
20  Bates stamped Def. Exh. A 000540, was marked for
21  identification.  Exhibit retained by counsel.)
22        (Plaintiff's Exhibit 31, copy of Suffolk
23  Asphalt Corp. Weekly Time Sheet MENDEZ Bates
24  stamped Def. Exh. A 000527 and attached pay stub
25  Bates stamped Def. Exh. A 000528, was marked for

Page 154

LOUIS VECCHIA

1  identification. Exhibit retained by counsel.)
2  (Plaintiff's Exhibit 32, copy of Suffolk
3  Asphalt Corp. Weekly Time Sheet MENDEZ Bates
4  stamped Def. Exh. A 000512 and attached pay stub
5  Bates stamped Def. Exh. A 000513, was marked for
6  identification. Exhibit retained by counsel.)
7  (Plaintiff's Exhibit 33, copy of WEEKLY
8  TIME SHEET for P Mendez from 7-23 to 7 29 2009
9  Bates stamped Def. Exh. A 000552 and attached
10  SUFFOLK ASPHALT Weekly Time Sheet MENDEZ Bates
11  stamped Def. Exh. A 000508 and pay stub Bates
12  stamped Def. Exh. A 000509, was marked for
13  identification. Exhibit retained by counsel.)
14  (Plaintiff's Exhibit 34, copy of WEEKLY
15  TIME SHEET for Pracelis Mendez from 7-30 to
16  8-5-2009 Bates stamped P 0836 and attached SUFFOLK
17  ASPHALT Weekly Time Sheet MENDEZ Bates stamped
18  Def. Exh. A 000506 and pay stub Bates stamped Def.
19  Exh. A 000507, was marked for identification.
20  Exhibit retained by counsel.)
21  (Plaintiff's Exhibit 35, copy of WEEKLY
22  TIME SHEET for P Mendez from 8-6 to 8-12-2009
23  Bates stamped P 0837 and attached SUFFOLK ASPHALT
24  Weekly Time Sheet MENDEZ Bates stamped Def. Exh. A
25

Page 155

LOUIS VECCHIA

1  000504 and pay stub Bates stamped Def. Exh. A
2  000505, was marked for identification. Exhibit
3  retained by counsel.)
4  (Plaintiff's Exhibit 36, copy of WEEKLY
5  TIME SHEET for P Mendez from 8.13 to 8-19-2009
6  Bates stamped Def. Exh. A  000551 and attached
7  SUFFOLK ASPHALT Weekly Time Sheet MENDEZ Bates
8  stamped Def. Exh. A 000502 and pay stub Bates
9  stamped Def. Exh. A 000503, was marked for
10  identification. Exhibit retained by counsel.)
11  (Plaintiff's Exhibit 37, copy of WEEKLY
12  TIME SHEET for Pracelis Mendez from 8-20 to
13  8-26-2009 Bates stamped P 0839 and attached WEEKLY
14  TIME SHEET for Pracelis Mendez form 8-20 to
15  8-26-2009 Bates stamped Def. Exh. A 000550 and
16  SUFFOLK ASPHALT Weekly Time Sheet MENDEZ Bates
17  stamped Def. Exh. A 000500 and pay stub Bates
18  stamped Def. Exh. A 000501, was marked for
19  identification. Exhibit retained by counsel.)
20  (Plaintiff's Exhibit 38, copy of WEEKLY
21  TIME SHEET for Pracelis Mendez from 9-03 to
22  9-09-2009 Bates stamped Def. Exh. A 000548 and
23  attached SUFFOLK ASPHALT Weekly Time Sheet MENDEZ
24  Bates stamped Def. Exh. A 000496 and pay stub
25

Page 156

LOUIS VECCHIA

1  Bates stamped Def. Exh. A 000497, was marked for
2  identification. Exhibit retained by counsel.)
3  (Plaintiff's Exhibit 39, copy of WEEKLY
4  TIME SHEET for P. Mendez from 9-17 to 9-23-2009
5  Bates stamped Def. Exh. A 000547 and attached
6  SUFFOLK ASPHALT Weekly Time Sheet MENDEZ Bates
7  stamped Def. Exh. A 000494 and pay stub Bates
8  stamped Def. Exh. A 000495, was marked for
9  identification. Exhibit retained by counsel.)
10  (Plaintiff's Exhibit 40, copy of WEEKLY
11  TIME SHEET for P. Mendez from 9-24 to 9-30-2009
12  Bates stamped P 0834 and attached SUFFOLK ASPHALT
13  Weekly Time Sheet MENDEZ Bates stamped Def. Exh. A
14  000492 and pay stub Bates stamped Def. Exh. A
15  000493, was marked for identification. Exhibit
16  retained by counsel.)
17  (Plaintiff's Exhibit 41, copy of WEEKLY
18  TIME SHEET for P. Mendez from 10.1 to 10-7-2009
19  Bates stamped P 0843 and attached SUFFOLK ASPHALT
20  Weekly Time Sheet MENDEZ Bates stamped Def. Exh. A
21  000490 and pay stub Bates stamped Def. Exh. A
22  000491, was marked for identification. Exhibit
23  retained by counsel.)
24  (Plaintiff's Exhibit 42, copy of WEEKLY
25

Page 157

LOUIS VECCHIA

1  TIME SHEET for Pracelis Mendez from 10-8 to
2  10-14-2009 Bates stamped Def. Exh. A 000546 and
3  attached SUFFOLK ASPHALT Weekly Time Sheet MENDEZ
4  Bates stamped Def. Exh. A 000488 and pay stub
5  Bates stamped Def. Exh. A 000489, was marked for
6  identification. Exhibit retained by counsel.)
7  (Plaintiff's Exhibit 43, copy of WEEKLY
8  TIME SHEET for P. Mendez from 10-22 to 10-28-2009
9  Bates stamped P 0869 and attached SUFFOLK ASPHALT
10  Weekly Time Sheet MENDEZ Bates stamped Def. Exh. A
11  000482 and pay stub Bates stamped Def. Exh. A
12  000483, was marked for identification. Exhibit
13  retained by counsel.)
14  (Plaintiff's Exhibit 44, copy of WEEKLY
15  TIME SHEET for P. Mendez from 10-29 to 11-11-2009
16  Bates stamped Def. Exh. A 000544 and attached
17  SUFFOLK ASPHALT Weekly Time Sheet MENDEZ Bates
18  stamped Def. Exh. A 000484 and pay stub Bates
19  stamped Def. Exh. A 000485, was marked for
20  identification. Exhibit retained by counsel.)
21  (Handing.)
22  Q    I've given you actually Exhibit 18 through
23  Exhibit 44. I'd ask that you take as much time as you
24  need to go through all of the exhibits and when you're
25

Page 158

LOUIS VECCHIA

1
2  done, you can indicate to me that you're finished
3  reviewing them.
4        (Witness reviewing documents.)
5    Q    We're going to start with Exhibit 18.
6        Do you recognize Exhibit 18?
7    A    Yeah.
8    Q    Exhibit 18 is two pages.
9        Can you tell me what the first page of
10  Exhibit 18 is?
11   A    Suffolk worksheet for Noe for 6/25/09 to
12  7/1/09.
13   Q    Can you tell me what page two is?
14   A    Page two is his pay stub.
15   Q    For what period of time?
16   A    From the same period of time, 6/25/09 to
17  7/1/09.
18   Q    I would ask that you look on the first page
19  of Exhibit 18.
20       Is that your writing in the middle of the
21  page?
22   A    Yes, it is.
23   Q    Can you tell me what you wrote?
24   A    Sixteen regular, three OT, one grease.
25   Q    How is it that you came to write on Noe's

Page 159

LOUIS VECCHIA

1
2  time sheet?
3        MR. ZABELL:  Object to the form.
4    A    I can't see the hours over here on the
5  black part, but whatever.  He had one day he was paid
6  cash, he had 16 hours regular and three OT and one
7  grease.  On his check he got the 16 hours, three double
8  time and the one grease.
9    Q    How come the total number of hours that you
10  wrote in the middle of the pages is less than the total
11  number in the box for total hours?
12       MR. ZABELL:  It's not.
13   A    Total hours would be 30 and he got what,
14  20, so there was . . . could be one of two things.
15  Either he -- well, he got paid cash for the day here at
16  North Isle and at . . . doing this guy, Ed's driveway
17  and the rest of the day -- see, I can't see the
18  prevailing rate overtime hours, it looks like it's
19  point . . . I can't see it on my copy.
20       MR. ZABELL:  I'm looking at two point five
21  and three point five.
22   A    Two point five and three point five is six,
23  so there would have either been underpaid that week three
24  hours, I could have done it fast and saw the three up
25  here and wrote three, so that week he might have been

Page 160

LOUIS VECCHIA

2  shorted, but if we maybe go to the next week, he
3  probably got it made up or somewhere along the line, I
4  can't skip weeks, you know, got to look at them all.
5    Q    Let's go to Exhibit 19.
6        For the record, Exhibit 19 is two pages.
7        What do you recognize the first page of
8  Exhibit 19 to be?
9    A    That's the Suffolk Asphalt weekly time
10  sheets, the dates 7/9/09 through 7/15/09, says 40 hours
11  in the column.  Noe's check, which is the second page,
12  is for that same period of time, which states he got
13  paid 24 hours of regular rate and an hour and a half of
14  grease.
15       So the 16 hours missing from it, it's the
16  same thing, it's the Avalon job, which you're going to
17  see that on all of it, is what was paid cash.
18       On the next sheet, Plaintiff's Exhibit 20,
19  it's the Suffolk Asphalt sheet with Noe 7/16 to 7/22 of
20  '09, is on the weekly time sheet on his paycheck, he's
21  paid 24 and his hour and a half grease.  To tell you
22  the truth, I don't know why that's like that, so . . .
23       (Witness reviewing document.)
24   A    I don't know why that's like that, I can't
25  answer that one.  So either he's short a half hour or

Page 161

LOUIS VECCHIA

2  two hours . . . I'd have to look at the next week and
3  see if we made it up.
4    Q    Is the handwriting on the first page your
5  handwriting?
6    A    Yes, it is.
7    Q    Do the numbers that you hand wrote
8  correspond to the numbers that he was paid in his
9  paycheck?
10   A    What I wrote in this corresponds to what
11  was paid in his paycheck, correct.
12   Q    Now turning to Exhibit 21.  Exhibit 21 is
13  three pages.  I would first ask that you identify what
14  the first page is.
15   A    It says -- I believe it says seven -- this
16  is I guess . . . is this his time sheet, I don't know,
17  what is this?
18   Q    I'm asking for you to identify it.  If you
19  can't identify it, then you can just tell me you can't
20  identify it.
21   A    Yes, this is not my handwriting, so I don't
22  know what -- the first sheet, I don't know what it is.
23   Q    Do you know what the form is, though?
24   A    It's some type of weekly time sheet.
25   Q    Can you identify the second page?

LOUIS VECCHIA

1
2    A    Second page is Suffolk Asphalt weekly time
3  sheet and it states that Noe got 32 regular hours and
4  nine OT and that's exactly what's specified on his
5  check, which is the second page of Exhibit 21.
6          Something might have happened where it was
7  either made up.  You know, you have to go through every
8  week to really justify some of this stuff because if
9  something's missing, we make it up the next week.
10    Q    Can you tell me why he was paid fewer hours
11  than what is listed on his handwritten time sheet on
12  the first page?
13    A    That I can't tell you.  I mean ten p.m.,
14  it's dark at ten p.m., I don't know how you put in ten
15  p.m.  I could tell you also that there's no lunchtime
16  taken out any of this time sheet.  No lunchtime taken
17  out of it, either, so this is an invalid time sheet.
18  It's not even telling me where he was -- there's no job
19  name even located.  I can't really -- you know, you
20  can't . . . it's not really -- it's vague.
21          (Witness reviewing documents.)
22    A    Here.  This says Suffolk Paving, too, it
23  doesn't say Suffolk Asphalt.  So maybe he doesn't know
24  where he gets his check from, I'm not sure, but I can't
25  answer to what this is.  This is something that my

LOUIS VECCHIA

1
2  signature or my handwriting is not on, I don't know how
3  accurate it is, but I could tell you just looking at it
4  it's missing a half hour a day for lunch and this is
5  just picking up from seeing it for the first time.  You
6  got no lunch taken out.
7          (Witness reviewing document.)
8    A    And at ten p.m. it's dark.
9    Q    Is that your handwriting on the second page
10  of Exhibit 21?
11    A    Yes, it is on the second page, yes, it is.
12    Q    I'd ask you now to turn to Exhibit 22.
13          Can you identify Exhibit 22?
14    A    This looks similar to 21, but I can't
15  identify it, no, I've never seen it.
16    MS. GOLDBERG:  For the record, Exhibit 22
17  is three pages.
18    Q    You don't recognize the first page, is that
19  your testimony?
20    A    I've never seen this page before, but
21  it's -- looks like maybe -- because the handwriting's
22  consistent, maybe it's Lerly's own handwriting of
23  his -- of what he believes is his time sheet.
24    Q    Is your handwriting on the second page?
25    A    On the second page is mine.

LOUIS VECCHIA

1
2    Q    Does your handwriting reflect the number of
3  hours that he was paid?
4    A    Correct.
5    Q    Let's turn to Exhibit 23.
6          Can you identify Exhibit 23, which for the
7  record is three pages?
8    A    This again is another one of their -- I
9  guess the employee's time sheets, specifically Lerly
10  Noe Rodriguez's.  He's specifying that there's 33 half
11  hours he was --
12    Q    For what time period?
13    A    I'm sorry.  For . . . looks like 9/9/09 to
14  9/16/09.  Is that correct?
15    Q    What's the second page?
16    A    The second page is Noe's -- our time sheet
17  from the same . . . it's actually not the same period
18  of time.  He's got 9/9, we have 9/10, so it's not
19  accurate as far as the dates, but he got paid -- it
20  says 24 and he got paid 32 and on his check it
21  specifies 32, so I either made it up from somewhere
22  else or I owed him or I overpaid him or something.
23    Q    How did you come up with the number 32?
24    A    Well, I don't know.  I don't know.  I must
25  have owed him hours and made it up.

LOUIS VECCHIA

1
2    Q    Look at --
3    A    Oh, maybe, no -- wait, wait, you want to
4  get to this?  Wait, here's how you could figure out how
5  you got that, I just figured it out.
6          They're not taking a half hour out for
7  lunch, these knuckleheads, so that's an hour and a
8  half, okay, so that's how it's made up.  He didn't take
9  a half hour out for lunch, it's an hour and a half and
10  I must have owed him from something from the week
11  before probably.  And Tommy probably put it down here
12  32 because he doesn't know how to do his math.
13    Q    Are the employees required to take lunch?
14    A    They're -- these guys work hard, give them
15  a little credit, they work hard.  They want a break for
16  a half hour.  Sometimes they break for 45 minutes and
17  take lunch in the heat of the sun and sometimes -- some
18  of them are a little crazy -- they play soccer.
19    Q    My question to you is were the plaintiffs
20  required to take lunch?
21    A    Yes.  Yeah, they would never work through
22  lunch.  Sometimes they'll take a lunch at 1:00 or
23  they'll take it at 1:30, they take it when it's
24  convenient for them, but they take a lunch.
25    Q    Were they required to take a 30-minute

Page 166

```
                  LOUIS VECCHIA
1
2   lunch by Suffolk Paving?
3        MR. ZABELL: Asked and answered three times
4   now.
5    A    Yeah, three times I answered the question,
6   why you keep asking me?
7        MS. GOLDBERG: I don't believe he --
8        MR. ZABELL: Why --
9    A    No, I did answer the question three times.
10  I'm not -- I answered the question three times.
11   Q    We'll move on.
12       MR. ZABELL: So you're withdrawing it?
13   Q    Exhibit 24.
14   A    Twenty-four, I'm looking at another one of
15  these, I guess plaintiffs' time sheets. It's again
16  Lerly Noe Rodriguez. He's got from the 15th to the
17  23rd of I believe it's September. It indicates to me
18  that he . . . he worked five days, he's got . . . looks
19  like five and a half hours or -- I don't know what it
20  says really, but it could be five and a half hours or
21  it could be 51 and a half hours. Could be one or the
22  other. He's got from the dates of the 15th to the
23  23rd. On page two, the dates are there from the 17th
24  to the 23rd.
25       So I don't know, he obviously mistakenly
```

Page 167

```
                  LOUIS VECCHIA
1
2   entered . . . he obviously mistakenly put the dates
3   or -- I don't know what he did.
4        Whatever he says is there, you want to
5   continue on this first sheet, I'm going to continue on
6   the second sheet if you'd like.
7        On the second sheet is a Suffolk Asphalt
8   weekly time sheet. The dates are from the 17th to the
9   23rd, which conflict the sheet above it. It looks like
10  he had no overtime hours on this sheet and I gave him
11  40 and three.
12       So he must have mistakenly made some
13  numbers here. Tommy must have talked to him and Tommy
14  must have said you really only had three hours overtime
15  and that's what he got paid. And two and a half
16  grease. So he might not be counting his grease time,
17  either or and his lunch, so right there's probably
18  what, five days . . . that's five hours right there off
19  the clock. So if you take five hours . . . there's the
20  mistakes, it's just mathematical.
21   Q    You wrote the comments on page two; is that
22  correct?
23       MR. ZABELL: Objection.
24   A    There's no comment on page two.
25   Q    I mean the numbers on page two, you've
```

Page 168

```
                  LOUIS VECCHIA
1
2   already identified that those were your handwriting,
3   correct?
4    A    Those are my handwriting.
5    Q    When you wrote those numbers, did you
6   review the first page of Exhibit 24?
7    A    No, I did not. I don't see these. Unless
8   there's a problem, unless there was a problem that week
9   or something. Usually the only time I see them is when
10  there's a problem.
11       So what had to happen here was, you know,
12  first of all, there's no like -- I mean if I do the
13  math, seven into 5:30, there's no half hour out for
14  lunch.
15       He got paid in his check on the third page
16  five and a half hours because he doesn't have the two
17  and a half hours for grease, so that's five hours right
18  there. Then you have the three hours of double time.
19   Q    Did you review any documents to come up
20  with the numbers --
21   A    I can make -- let me explain to you, when I
22  come in on a Thursday, okay and I've been up since 4:30
23  in the morning and I go and I'm out all over the place
24  all day, I came back on Thursday. I'm actually --
25  early in the morning, I try to get Tommy to get it
```

Page 169

```
                  LOUIS VECCHIA
1
2   ready for me early. On Thursday morning, I try to fill
3   it out so Helene can do the pay so when I come back,
4   the guys have it early Friday morning.
5        What I do is . . . these guys will call me,
6   sometimes the workers will call me or Christopher will
7   call me or Tommy will call me; hey, we made a mistake
8   last week, this week or whatever or I made a mistake
9   and we make it up.
10       They're not going to continue to work
11  unless they get paid for what they get paid for,
12  whether it's in cash or it's made up in a following
13  week in a check.
14       So if you look through some of these
15  things, you'll see stuff that's either owed or I'll add
16  stuff to it because I'm making up from what they told
17  me. That's the bottom line.
18   Q    When you reviewed these time sheets, did
19  you have any of the handwritten time sheets in front of
20  you as well?
21       MR. ZABELL: Objection.
22   A    No.
23       MR. ZABELL: Asked and answered.
24       THE WITNESS: Yes, she can ask me again.
25   A    No.
```

LOUIS VECCHIA

2    The handwritten ones? The only thing
3  that's handwritten is what I hand write in the middle
4  here.
5    Q    So on Thursdays when you reviewed the
6  payroll, you had only the computer time sheets in front
7  of you?
8    A    Yes. Because I don't have time to do that.
9  I don't have time to go through that. Tommy does it
10  and he reflects back a few different ways we have to do
11  it and . . .
12        MR. ZABELL: Go ahead, next question.
13        Are we done with this?
14        MS. GOLDBERG: I don't think the witness
15  was finished.
16        THE WITNESS: Oh, I'm sorry.
17        MR. ZABELL: He's finished, go ahead, ask
18  your next question.
19        MS. GOLDBERG: We need two minutes.
20        (Short recess taken.)
21    Q    I would ask that you look at Exhibit 25,
22  which for the record is two pages.
23        Can you identify what is the first page of
24  Exhibit 25?
25    A    First page is a Suffolk Asphalt weekly time

LOUIS VECCHIA

2  sheet, dates 9/24/09 to 9/30 of '09.
3    Q    What is the second page?
4    A    The second page is a pay stub from Suffolk
5  Asphalt Corporation indicating the same thing, except
6  for he got paid an extra hour.
7    Q    I would ask that you just answer my
8  questions and this will go by quicker.
9        MR. ZABELL: He did.
10        You can disregard her direction, you're
11  doing fine.
12    A    Go ahead.
13    Q    Is the second page of Exhibit 25 the
14  corresponding payroll record for the first page of
15  Exhibit 25?
16        MR. ZABELL: Objection to the form of the
17  question.
18        You may answer.
19    A    It's -- yes. It's subject to what he got
20  paid for that week minus the eight hours he got for the
21  private jobs for cash.
22    Q    So the writing on the first page of Exhibit
23  25, is that your handwriting?
24    A    Yes, it is.
25    Q    How did you come up with the number 16?

LOUIS VECCHIA

2    A    First of all, it says 16 over in the
3  right-hand corner, two plus eight is 16, then you go
4  over to the left, he had two and six, which is eight,
5  which he was paid cash for.
6    Q    It appears that you're doing a lot of math
7  and referring to numbers without knowing.
8        Just so it's clear for the record, can you
9  explain how --
10        MR. ZABELL: Wait a minute, wait a minute.
11  Okay. He told you eight and eight equals 16; we
12  presume you're aware of that. And then when he
13  adds two and six, that also equals eight. We
14  presume that you possess that level of
15  mathematical ability to add two and six and eight
16  and eight, correct?
17        MS. GOLDBERG: This is not about insulting
18  my mathematical ability, it's wanting to know
19  where he's getting eight or this eight from to
20  understand how he came to write 16.
21        MR. ZABELL: I'm going to ask you to listen
22  a little more clearly because he absolutely --
23    A    I'll do it again, I'll do it a little
24  slower, I'm sorry.
25    Q    Thank you very much.

LOUIS VECCHIA

2    A    Okay.
3    Q    I very much appreciate that. I want the
4  record to be clear and I want your testimony to be
5  clear.
6    A    On the right-hand side is 16 hours that
7  were paid to Lerly. On the left-hand side in the white
8  are eight hours, which is two plus six, okay, which he
9  got paid in cash.
10        So if you get the two plus the six, the
11  eight in cash and the 16 is -- equals 24 hours. If you
12  look on the back sheet, he actually got paid an hour
13  extra for some reason of grease time, I don't know why.
14  But he got an extra hour.
15    Q    How many total hours was he paid for on his
16  pay stub on the second page?
17    A    He was paid for 17 hours.
18    Q    So is it your testimony that you paid him
19  the 16 hours of the prevailing rate hours that he
20  accumulated for that week?
21    A    No, I paid 17 for that and then I paid him
22  the day where he was over in Miller Place doing
23  probably private residential driveways, I paid him
24  cash.
25    Q    Is 24 an accurate reflection of the number

LOUIS VECCHIA

1  of hours he worked that week?
2      A      From what this -- yeah, I guess from what
3  the sheet indicated and what . . .
4      Q      Were there any other documents that you
5  referred to when you made the notation 16?
6      A      Not to my knowledge.
7      Q      I would ask you to look at Exhibit 26.
8          Can you identify the first page of Exhibit
9  26?
10     A      First page is a Suffolk Asphalt weekly time
11 sheet for Noe, the dates are 10/1/2009 to 10/7/2009.
12     Q      I would ask that you now identify the
13 second page of Exhibit 26.
14     A      On the second page is a pay stub to Lerly
15 Rodriguez/Noe and the period from 10/1 to 10/7 of '09.
16     Q      Is that your handwriting on the first page
17 of Exhibit 26?
18     A      It certainly is, 16 regular hours.
19     Q      How did you come to write 16 on this page?
20     A      If you take the dark sheet to the right, it
21 actually said 15, I don't know why I wrote 16 and he
22 actually got paid 17, so that I don't know.
23         In the box to the right where you're going
24 to go next is 32 hours.  The difference between the two

LOUIS VECCHIA

1  was paid in cash.
2      Q      I would ask you to look at Exhibit 27.
3  Exhibit 27 is three pages.
4          Can you identify the first page?
5      A      Yes.  The first page looks like a time
6  sheet from Lerly Noe Rodriguez, obviously that I would
7  imagine, I don't know his handwriting that he supplied,
8  I'm imagining that.
9      Q      What's the date --
10     A      I'll do it, you don't have to ask me.
11         The date is 10/15 of '09 to 10/21 of '09.
12     Q      I ask that you identify the second page of
13 Exhibit 27.
14     A      The second page indicates that . . . is a
15 Suffolk Asphalt weekly time sheet with the same dates
16 corresponding from 10/15 to 10/21.  He only worked 32
17 hours, but he was paid 40 -- if you go to the third
18 page, he was paid 42 and a half.
19     Q      Can you identify the third sheet?
20     A      But it all makes sense.
21         I'm sorry?
22     Q      Can you identify the third sheet?
23     A      I'm sorry, the third sheet is his pay stub
24 with the same dates, 10/15/09 to 10/21/09.

LOUIS VECCHIA

1      Q      Is that your handwriting on the second
2  page?
3      A      Yes, yes.
4      Q      How did you come to write 40 on the second
5  page?
6      A      Again, he . . . I must have checked on
7  something, we owed him eight hours and I paid him the
8  extra eight hours and that's what he got.  I must have.
9  I mean I don't know why I would have paid him more
10 unless there was an issue that somebody told me about.
11     Q      I'd ask you to look at Exhibit 28.
12     A      Okay.  Exhibit 28.  This looks like --
13 should I go?
14     Q      Exhibit 28 is three pages, for the record.
15         Can you identify what the first page is?
16     A      The first page looks like two time frames,
17 I can't make out the top one as far as date at all.
18 Maybe you could help me, if you'd like.
19         The second one I see, it looks like the
20 sixth through the 12th, but it looks like somebody
21 tried to correct it up top for him already or maybe
22 it's his handwriting again, I'm not sure.
23     Q      I would ask you to go to the second page of
24 Exhibit 28.

LOUIS VECCHIA

1          Can you identify what page two of Exhibit
2  28 is?
3      A      Two would be a time sheet from Suffolk
4  Asphalt on 8/6 to 8/12 and it appears that he was paid
5  . . . I wrote 40 hours and one OT.
6      Q      Is that your handwriting in the middle of
7  the page?
8      A      Most definitely.
9      Q      Does that correspond with what he was paid
10 that week?
11     A      Actually, no, it doesn't.  He was paid two
12 and a half extra hours on his thing than what I wrote.
13     Q      How did you come to write the numbers 40
14 and one, 40 regular and one OT hours?
15     A      Probably because it was on his sheet and I
16 agreed to it, but he must have had an hour overtime
17 that was somewhere, I don't see it here or we owed it
18 from last week or he had an hour that maybe Tommy
19 missed from a time sheet from one of the towns that we
20 had, the time sheets from all these towns and sign-ins
21 and there's inspectors there, a lot of them give times.
22     Q      Are those inspectors there for jobs that
23 you do for municipalities?
24     A      Oh, yeah.

LOUIS VECCHIA

2  Q  Are they always there?
3  A  Oh, yeah.
4  Q  Do they remain at the job sites the whole
5  day?
6  A  Whole day.
7  Q  Are they individuals from the town?
8  A  From certain towns, yes.
9  Q  Which towns have inspectors come for the
10  entire day?
11  A  Suffolk County does, Babylon does, Islip
12  does.  There's actually -- there should be sheets to
13  correspond, we should have them somewhere in the
14  office.  I'm not big on the filing stuff, so I don't
15  know where they are.  So if you don't have those
16  sheets, I'm sure we can provide them for you.
17  Q  What sheets are you referring to?
18  A  The time sheets from the municipalities
19  that do have people there all day.
20  Q  What information is on those time sheets?
21  A  Basically mens' time.
22  Q  Who wrote on those time sheets?
23  A  Basically we would fill -- somebody from
24  our company would fill them out and then the inspector
25  would sign them after we're done.  He don't sign them

LOUIS VECCHIA

2  until we give them to him.  We don't give them to him
3  until the next day.  He watches the whole day, he gets
4  them the next day usually.
5  Q  Did you keep those records?
6  A  Oh, my goodness, I hope so.
7  Q  Was a copy provided to you of those records
8  after he signed them?
9  A  I believe they're either via fax or hand
10  delivery maybe.
11  Q  Where did you keep them?
12  A  Where did I keep them?  You're asking the
13  wrong guy.
14  Q  Who should I ask?
15  A  You could ask . . . Helene probably --
16  probably Joe Arpino in my office.
17  Q  Who is Joe Arpino?
18  A  He's . . . a very organized guy.
19  Q  What is his title?
20  A  Tommy's the right-hand man, he's the
21  left-hand man.
22  Q  Does he work for you?
23  A  He works for my son, Christopher; that's
24  why most of that stuff is Christopher's, the stuff that
25  we're talking about right now.

LOUIS VECCHIA

2  Q  Does he also work for you?
3  A  He works for Christopher.
4     Can I direct him, possibly.
5  Q  Do you give him direction?
6  A  If he needs help on something I'll help
7  him.
8  Q  What have you given him direction on?
9  A  Whatever help he needs.
10  Q  What has he needed help on?
11  A  Oh, anything.  Whether it's taking off a
12  job.  Whatever assistance I can help anybody.  If you
13  needed help stapling, I'll help you.  That's how I am.
14     MR. ZABELL:  It's true.
15  Q  I would ask that you --
16  A  Twenty-nine?
17     MR. ZABELL:  Sure, okay, 29 it is.
18  Q  Wait a minute.  We haven't done 28.
19  A  We didn't?  I thought we did.  We can do it
20  again.
21  Q  We're in the middle of doing 28.
22     I'd like you to look at the second page of
23  28.  Do you recognize that?
24  A  Yes, we did this already.  That is my
25  handwriting in the front, dates are 8/6 to 8/12, the

LOUIS VECCHIA

2  paycheck reflects two and a half more hours than what I
3  wrote.
4  Q  Let's look at Exhibit 29.
5     I would ask you to look at Exhibit 29.
6     Do you recognize page one of Exhibit 29?
7  A  Yeah.
8  Q  What do you recognize it to be?
9  A  It says -- it's a Suffolk Asphalt Corp.
10  weekly sheet for Mendez, the dates are 3/19 to 3/25 of
11  '09.
12  Q  Is that your handwriting on the first page?
13  A  It most definitely is.
14  Q  Can you tell me what the second page is?
15  A  Second page is his time sheet where he got
16  eight and a half hours in pay.
17  Q  Can you tell me how you came up with the
18  number eight that you wrote on the first page?
19  A  I'm going to -- this is an assumption, but
20  I could probably if I look back figure this out.
21     I owed him eight hours from February.  We
22  normally don't work in February, so he was probably on
23  unemployment, asked me to pay him cash.
24     Any other questions?
25  Q  Is your testimony that is 16 the correct

Page 182

LOUIS VECCHIA

1   LOUIS VECCHIA
2   numbers of hours that he worked?
3       A    No, no.
4       Q    Is 16 the correct numbers of hours he
5   worked?
6       A    No.
7           MR. ZABELL:  You said no, you answered the
8   question.
9       Q    Any other questions?
10      Q    I'd ask you to look at Exhibit 30 -- I do
11  need you to go back to Exhibit 29.
12      A    I'd love to, no problem.
13      Q    In looking at Exhibit 29, do you see the
14  line in the middle of the page, the date 3/21/2009?
15      A    Yes, I do.
16      Q    Then if you look across on that line, it
17  says eight and then next to it says owed from February.
18      A    Correct.
19      Q    Can you tell me what that means?
20      A    What I can only assume is -- and it happens
21  to me every winter -- the guys get low on unemployment,
22  things get tight for them.  If I can fit a day in for
23  them here or there to do something and help them out, I
24  do.
25      Q    When an individual is owed something from

Page 183

LOUIS VECCHIA

1   LOUIS VECCHIA
2   work he's previously done, is it regularly recorded on
3   these time sheets?
4           MR. ZABELL:  Objection to the form.
5       A    Don't know how it got there.  I'm only
6   telling you what I see.  I don't know how it got there.
7       Q    I'd ask you to look at Exhibit 30.
8       A    Exhibit 30.
9       Q    Exhibit 30 is two pages.  I'd ask you to
10  identify what it is.
11      A    Sheet one is Suffolk Asphalt Corp.'s weekly
12  time sheet.  The dates are 3/26 of '09 to 4/1 of '09.
13      Q    Can you identify page two of Exhibit 30?
14      A    Page two is a paycheck to Mendez, Pracelis
15  for the week of 3/26 to 4/01 and it's for eight and a
16  half hours of work.
17      Q    Is it for the corresponding time period of
18  the first page on --
19      A    Yes, it is, I specified that already.
20      Q    Is that your handwriting on the first page?
21      A    Yes, it is.
22      Q    How is it that you came to write eight on
23  the first page?
24      A    How I did come to write eight?
25          Once again, he must have been on a job that

Page 184

LOUIS VECCHIA

1   LOUIS VECCHIA
2   required certified payroll, so I gave him eight instead
3   of four, so I gave him eight more.  I -- I mean four
4   more and then on the other side I paid him cash for the
5   private jobs.
6       Q    So is it your testimony that 24 would
7   represent the number of hours that he worked that week?
8           MR. ZABELL:  It's his testimony --
9       A    It's his testimony -- I'm testifying that
10  he got paid for eight regular hours and he got paid
11  another 12 hours in cash.
12          (Witness reviewing document.)
13      A    Well, eight and a half.
14          MR. ZABELL:  You look confused, can I help
15  you?
16          (No response.)
17      Q    Can you explain for me again since I didn't
18  quite understand your response, can you explain to
19  me --
20          MR. ZABELL:  You're not quick, you don't
21  understand his response, is that what you said?
22      Q    How many total hours --
23      A    We're going back to 30?
24      Q    We're looking at Exhibit 30.
25          How many total hours did --

Page 185

LOUIS VECCHIA

1   LOUIS VECCHIA
2       A    Mendez worked -- I'm going to go slow.
3           Mendez worked a total of 24 hours that
4   week.
5       Q    Is it your testimony --
6       A    I'm going to give you everything, you just
7   listen.
8       Q    I would rather let me ask you the
9   questions.
10          MR. ZABELL:  She can't process it that way.
11      A    Okay, okay, go ahead.
12      Q    How many hours did you pay him in cash for
13  this week?
14          MR. ZABELL:  Which week?
15      A    Eleven and a half.  It appears to be -- if
16  you got eight and a half minus 24 is what?
17          MR. ZABELL:  Go ahead, Lauren.
18      A    Twenty-four minus eight and a half is what,
19  so he got paid 12, 11 and a half -- no, I'm sorry, he
20  got paid . . . 16 hours, he got 15.5 hours in cash for
21  that week.
22      Q    Did you rely on any documents when you
23  wrote eight regular on the first page?
24          MR. ZABELL:  Objection to the form of the
25  question.

Page 186

LOUIS VECCHIA

2    You may answer the question.
3    A    What was the question again, I'm sorry?
4         MS. GOLDBERG:  JoAnn, would you mind
5    reading it back?
6         (The pending question was read.)
7    A    I don't know, I still . . . did I rely on
8    any documents, like what documents?  It's the weekly
9    time sheet.
10        MR. ZABELL:  Next question, counsel.
11   Q    Are you finished answering the question?
12   A    Oh, yes, I'm done.  If you have any other
13   questions, I'd love to answer them.
14   Q    I'd ask you to look at Exhibit 31.
15        MR. ZABELL:  You're sure, you don't want to
16   go back?
17   A    It shows me here --
18        MR. ZABELL:  No, wait for her to ask you a
19   question.
20        THE WITNESS:  But I got this down.
21        MR. ZABELL:  I know, but she's incapable of
22   processing your answers unless she asks the
23   questions.
24        THE WITNESS:  Sorry, counselor.
25        MS. GOLDBERG:  I don't appreciate being

Page 187

LOUIS VECCHIA

2    insulted on the record.
3         MR. WALLACE:  Can we stipulate to dates?
4         MR. ZABELL:  No, we'll stipulate to
5    nothing.  She'll ask her questions if she doesn't
6    want him to go through the same standard
7    answers --
8         THE WITNESS:  Yeah, we're doing the same --
9    it's repetitive.
10        MS. GOLDBERG:  No, the problem is when he's
11   just providing --
12        MR. ZABELL:  Right, you can't process that
13   information.
14        THE WITNESS:  Can we go off the record for
15   a second?
16        MR. WALLACE:  Off the record.
17        (Short recess taken.)
18   Q    On Exhibit 31 on the front pages, is that
19   your handwriting where it says 24 reg?
20   A    Yes.
21   Q    I ask you to look at Exhibit 32.
22        Is that your handwriting on the first page
23   where it says 40 reg, one OT?
24   A    Yes.
25   Q    What do those numbers represent?

Page 188

LOUIS VECCHIA

2    A    Forty regular hours and then he got two and
3    a half -- two and a half hours of pay and then he got
4    an hour of overtime.  So he actually got a total of 43
5    and a half hours and I wrote 40 and one.
6    Q    I ask you to look at Exhibit 33.  Exhibit
7    33 is three pages.
8         On the second page in the middle, is that
9    your handwriting?
10   A    Yes, it is.
11   Q    How many hours was Mendez paid for the week
12   of 7/23/09 to 7/29/09?
13   A    How much was paid by check or by cash?
14   Q    How many hours was he paid for that week?
15   A    That week he was paid for 32 hours.
16   Thirty-two and a half actually.
17   Q    How many hours does his pay stub indicate
18   that he was paid for?
19   A    Eight and a half.
20   Q    In what way was he paid the difference
21   between the eight and a half that's indicated on his
22   pay stub and the remaining hours?
23   A    He was paid in cash I said.
24   Q    I'd ask you to look at Exhibit 34.  Exhibit
25   34 is three pages.

Page 189

LOUIS VECCHIA

2    I'd ask you to look at the middle page.
3         Is that your handwriting in the middle
4    page?
5    A    The handwriting in the middle --
6    Q    I'm sorry, in the middle on the second
7    page.
8    A    Yes, is my handwriting.
9    Q    I'd ask that you turn to Exhibit 35.
10        Is that your handwriting, 40 regular, 30
11   OT?
12   A    Yes.
13   Q    I'd ask that you look at Exhibit 36, which
14   is also three pages.
15        Is that your handwriting that says 40 . . .
16   well, can you tell me what it says after 40?
17   A    Forty regular hours and two overtime hours.
18   Q    I'd ask you to look at Exhibit 37.
19   Exhibit 37 is four pages.
20        I would ask that you look at the second
21   page.
22        Is that your handwriting at the bottom?
23   A    Yeah.
24   Q    Can you tell me what you wrote?
25   A    Hours are fraudulent, 8/27/09, paid him the

LOUIS VECCHIA

1  cash for Saturday.
2     Q    Can you look on the third page of Exhibit
3  37?
4     A    Paid him 40 regular and seven overtime.
5     Q    That's your handwriting?
6     A    Yeah.  Why would I pay that much?  Is it --
7  because the check actually shows 49 and a half hours.
8  It's a great case.
9     Q    I'd ask you to look at Exhibit 38 --
10    A    Yes, 38.
11    Q    -- which is three pages.
12         I'd ask you to look at the second page.
13         Is that your handwriting in the middle of
14  the page?
15    A    Second page, I'm sorry, yes.
16    Q    What did you write there?
17    A    Twenty-four regular.
18    Q    How is it that you wrote the number 24
19  there?
20    A    I paid him 24 regular and -- I paid him
21  actually 25 and a half regular and he got the rest in
22  cash.
23    Q    So did he work a total --
24    A    So I might have -- I could have paid him

LOUIS VECCHIA

1  for the holiday and what I then did was paid him in
2  cash for the other days.  Could be one or the other.
3  But he got paid.
4     Q    Did he get paid for 40 hours?
5         MR. ZABELL:  He didn't even work that day.
6         MS. GOLDBERG:  I would object.
7         I see, Mr. Zabell, that you're pointing to
8  stuff on the exhibit and trying to indicate to
9  your client some such thing by showing him things
10 on the document.
11        MR. ZABELL:  What thing is some such thing?
12        MS. GOLDBERG:  I don't know what you're
13 doing, but you're trying to indicate something to
14 him and I would just ask that let the witness
15 answer the question.
16        THE WITNESS:  Go ahead.
17        MR. ZABELL:  I think the witness is
18 answering your questions.  If you have another
19 question, ask it.
20    Q    Was Pracelis paid in cash for the amount of
21 hours that he was not paid on his paycheck?
22        MR. ZABELL:  Objection to the form.
23        You may answer.
24        MS. GOLDBERG:  I'm going to withdraw that

LOUIS VECCHIA

1  question.
2     Q    Did you pay Pracelis for this week in cash
3  at all?
4     A    In Plaintiff's Exhibit 38?
5     Q    Yes.
6     A    Most definitely.
7     Q    How much did you pay him in cash, for how
8  many hours?
9     A    I forgot the deal he shook me down was, I
10 forgot what his shakedown deal was, I forgot what it
11 was.
12    Q    Do you know how many hours you paid for him
13 in cash?
14    A    I don't recall off the top of my head, but
15 I forget what his shakedown number was.
16    Q    What do you mean by "shakedown?"
17    A    Where he basically threatens you and tells
18 you, you know, this is what I need to get paid or I'm
19 not coming to work no more, stuff like that.
20    Q    Is it your testimony that he was
21 threatening you that he would do something if he didn't
22 get paid a certain amount?
23    A    Threatening?  The guy tells my son he owns
24 my company, he runs it, threatens you.  Come on, have

LOUIS VECCHIA

1  you talked to the man?
2     Q    Well, I'm trying to understand from you --
3     A    He's very, very, very persuasive; very,
4  very, very conniving and very, very, very slick.  And
5  that will all come out and you'll see.
6     Q    Do you know what you paid him in cash --
7     A    Not for that week off the top of my head.
8     Q    Look at Exhibit 39.  Exhibit 39 is three
9  pages.
10        Can you identify the first page?
11    A    First page looks like Mendez was throwing
12 out these time sheets, too.
13    Q    Did you ever see the first page of Exhibit
14 39 before?
15    A    Just now.
16    Q    Have you seen it before today?
17    A    No.  But I remember a comment all of a
18 sudden he got where he didn't want cash anymore,
19 whatever that reason was.  That was his doing.
20    Q    When do you recall him making that comment?
21    A    It was probably around this time.
22    Q    On how many occasions did he make a comment
23 to you that he didn't want cash?
24    A    It was once or twice, it was once or twice.

LOUIS VECCHIA

1   He might have told Tommy more, I don't know.
2       Q    Do you know who wrote I don't want cash, I
3   want check at the bottom of the first paper?
4       A    I imagine that would be Mendez.
5       Q    I'd ask you to look at page two of Exhibit
6   39.
7            Is that your handwriting in the middle of
8   the page?
9       A    Yes, it is.
10      Q    What did you write there?
11      A    I wrote 32 hours regular, 48 -- 32 hours
12  regular.
13      Q    How is it that you came to write 32?
14      A    Paid him 32 via check and 16 cash.
15      Q    I'd ask you to look at Exhibit 40.
16      A    This actually I asked him because he was
17  actually up at my house working, I asked him to work up
18  there.
19      Q    What was he doing at your house?
20      A    Grading or doing something.
21      Q    How many days did he spend working at your
22  house?
23      A    Looks like one and he put in overtime
24  hours, that's funny. What a gem.

LOUIS VECCHIA

1       Q    Can you look at Exhibit 40, please?
2       A    Yes.
3       Q    Exhibit 40, for the record, is three page.
4            Do you recognize the first page?
5       A    First page is -- looks like another one of
6   Mendez's daily time sheets.
7       Q    Have you ever seen this before?
8       A    No.
9       Q    I'd ask you to look at the second page of
10  Exhibit 40. Do you recognize this?
11      A    Second page is -- yes.
12      Q    Is that your handwriting in the middle of
13  the page?
14      A    Yes.
15      Q    I'd ask you to look at Exhibit 41. For the
16  record, Exhibit 41 is three pages.
17           Do you recognize the first page of Exhibit
18  41?
19      A    First page of 41, I don't -- this is the
20  first time I'm seeing it, it looks like Mendez's
21  mathematical error, the time sheet.
22      Q    What mathematical error are you referring
23  to?
24      A    There's no half hours out for lunch, they

LOUIS VECCHIA

1   didn't start on a job till 8:00. They're almost
2   comical, they're almost comical.
3       Q    How is it that you know that his numbers
4   are not accurate?
5       A    Because I was questioning him at this
6   point. I don't know what to do. I just --
7            MR. ZABELL: Just answer the question
8   that's asked of you.
9       A    I was questioning his -- at this period of
10  time and maybe a few months prior to that, I was
11  questioning his credibility --
12      Q    What --
13      A    -- as a person and an employee.
14      Q    What happened, if anything, to have you
15  question his credibility?
16      A    He was a very vindictive, a very . . . he
17  turned into a different person, I'll leave it at that.
18  I don't want to get into it, but he turned into a
19  different person.
20      Q    Can you --
21      A    Very disrespectful, very arrogant, very
22  pushy. Just he turned into a different person.
23      Q    Why is it that you call him vindictive?
24      A    Because he's a very -- that's how he is.

LOUIS VECCHIA

1   We caught him a couple of times doing things that
2   weren't right, stealing fuel for his house and putting
3   it in a pickup truck that I provided for him into his
4   fuel tank at his house. There's a lot of things, but
5   they'll come out at a later date.
6       Q    I would like to discuss them now.
7            What are the behaviors that Pracelis Mendez
8   exhibited to make you have a different opinion of him?
9       A    Theft.
10      Q    When you say "theft," what do you mean?
11      A    Materials missing.
12      Q    What materials?
13      A    Sand, cement, cobblestone.
14           MR. ZABELL: Before you ask another
15  question, I'm advising you that you are ten
16  minutes beyond your seven hours. I will allow you
17  as a courtesy to continue until 5:30. Beyond
18  that, you will get no additional courtesy from me.
19           MS. GOLDBERG: Well, it has not yet been
20  seven hours, we certainly did take a lunch break
21  and so at a minimum, the seven hours would go
22  until 6:00 today.
23           MR. ZABELL: That's not true, we didn't
24  take an hour lunch break, we took a half an hour

LOUIS VECCHIA

1  lunch break.  You took many breaks throughout the
2  day which all attribute -- are attributable to
3  you, so that's your wasted time.
4      I am letting you know as a courtesy we will
5  be here until 5:30.  How you choose to use that
6  time is entirely up to you.  I strongly suggest
7  you proceed.
8      MS. GOLDBERG:  We have 16 plaintiffs in
9  this case covering a six-year period.  We have
10  many areas that we have yet --
11      MR. ZABELL:  Your inability to prepare for
12  this deposition is not my client's responsibility.
13  Continue.
14      Q    Can you continue with what you were
15  discussing about Pracelis Mendez and the different
16  materials?
17      A    I basically specified enough of them.
18  Between the diesel fuel, between the cobblestone, the
19  sand and the cement.  And the use of my truck that I
20  let him drive home to use to do side jobs is enough.
21      Q    Can you tell me what happened with the
22  diesel fuel?
23      A    He put it into his oil tank at home.
24      Q    How many times did he do this?

LOUIS VECCHIA

1      A    We . . .
2      MR. ZABELL:  If you know.
3      A    There was . . . I know surveillance at
4  the -- at my office and he came in to fill up his tank,
5  which holds a hundred and something gallons in the back
6  on a certain date, I don't recall the date right now
7  and what he did was he came back the next day for fuel,
8  but he didn't need it.  And it was gone the next day.
9  So the fuel was being used at home.
10      Q    He came back the next day for more gas?
11      A    Right.  And he didn't need it.
12      Q    Do you know how much gas he filled the car
13  up with the next day?
14      MR. ZABELL:  I'm going to object to the
15  characterization of the testimony.
16      A    It's not a car and I think you really
17  should go on, this will all come out later.
18      MR. ZABELL:  It's not gas, it's diesel
19  fuel.
20      A    It's diesel fuel.
21      Q    It's diesel fuel.
22      A    That's okay.
23      It's diesel fuel.  He takes the truck --
24      MR. ZABELL:  It's diesel fuel, leave it at

LOUIS VECCHIA

1  that.
2      THE WITNESS:  Okay.
3      MR. ZABELL:  She has an obligation to ask
4  questions.  Let her ask you the questions.
5      Q    On the second day that you saw him return
6  for more diesel fuel, do you know how much he took at
7  that time?
8      A    We weren't a hundred percent sure of the
9  gallons, but we know it was at least over 75 gallons.
10      Q    How do you know that?
11      A    By the ticker on the . . . counter on the
12  diesel truck that we have in the shop.
13      Q    How many trucks use the same fuel pump?
14      A    They all use it.
15      MR. ZABELL:  Objection to the form.
16      Q    There's one pump?
17      A    There's one pump, yeah.  There's one 4,000
18  gallon tank.
19      Q    Do multiple vehicles fill up at that pump
20  every day?
21      A    Yes.
22      Q    How much fuel is being taken by each
23  vehicle that comes to take fuel at that pump?
24      A    If you watch it.  If you're suspect and

LOUIS VECCHIA

1  somebody's credibility's in question, you then look and
2  you look to see to find where the problem lies.
3      Q    When was this that this occurred?
4      A    We have it written down somewhere in the
5  office.
6      Q    Do you recall whether it was in 2009?
7      A    It was -- yes, it was definitely in 2009.
8  It all started in the middle of 2009 and somewhere
9  around May or June.
10      Q    Did you monitor the fuel pump on the day
11  that you first saw it?
12      A    Well, we believe it happened twice before,
13  so yes, we did monitor it just because we -- so it
14  could be more, that's all we know about.
15      Q    Did you record or make any notes regarding
16  this incident?
17      A    I'm not sure.
18      Q    Did you make any notes recording the
19  readings on the fuel pump during this time?
20      A    I'm not sure.
21      Q    Is there anything that would refresh your
22  memory in terms of --
23      A    Not at this time.
24      Q    Did you give Pracelis Mendez any

LOUIS VECCHIA

1
2   disciplinary action regarding this incident?
3       A    I don't recall.
4       Q    Did you talk to Pracelis Mendez about this
5   incident?
6       A    I don't remember.
7       Q    Did you discuss this with anybody?
8       A    I'm not sure.  My wife tells me I keep too
9   much shit inside.
10      Q    Did you talk to your wife about this
11  incident?
12      A    No.
13      Q    Did you talk to Christopher about this
14  incident?
15      A    I don't recall.
16      Q    Did you talk to Tom McEvilly about this
17  incident?
18      A    Possibly.
19      Q    Who was watching the pump on the day that
20  you saw Pracelis take the fuel?
21      A    I was.
22      Q    Anybody else?
23      A    My camera, it zooms in pretty damn close to
24  read numbers off the pump.
25      Q    Where is your camera installed?

LOUIS VECCHIA

1
2       A    There's two of them.  There's one right on
3   the light and there's one right in the back of the
4   building.
5       Q    Are they on the entire time?
6       A    They . . . what is that called, they circle
7   everywhere and then if I want, I can zoom right in,
8   look at what size waist you got.
9       Q    Is it recorded on tapes what is --
10      A    It's possibly.
11      Q    Do you have this incident recorded on tape?
12      A    I'm not sure.
13      Q    Did you look at the tapes when this
14  incident occurred?
15      A    I said I'm not sure it's on tape.
16      Q    Do you recall whether you looked at the
17  tape at the time this occurred?
18      A    I don't remember.
19      Q    How long have you had the cameras at
20  Suffolk Paving?
21      A    I forget the year we installed them.  I
22  still think I'm 23.
23      Q    How come -- withdrawn.
24           Did you fire him after this incident?
25      A    No.

LOUIS VECCHIA

1
2       Q    Why didn't you fire him?
3       A    Why didn't I fire him?  Because I'm
4   probably too nice of a guy.
5       Q    You mentioned something related to
6   cobblestone; can you describe what you were referring
7   to with, was it cobblestone?
8           MR. ZABELL:  Objection to the form.
9           If you can, you may answer.
10      A    Cobblestone, it's a Belgium block or a
11  cobblestone, it's (indicating) . . . I mean they're
12  under a lot of city streets, they're paved over, buy
13  them up in quarries in New Jersey.
14      Q    Was there some incident with Pracelis
15  Mendez and some cobblestone?
16      A    At that period of time, there was things
17  missing.
18      Q    What was missing?
19      A    I think we went through it already.
20  Cobblestone, sand and cement.
21      Q    Are you saying that Pracelis Mendez stole
22  cobblestone from you?
23      A    I might be . . . I might be guessing at
24  that right now, I'm not a hundred percent sure.
25      Q    So you don't know?

LOUIS VECCHIA

1
2       A    I don't know right now, I'd have to look
3   back at some notes maybe.
4       Q    What notes would you look at?
5       A    Notes of when things were in question and
6   what might have happened.
7       Q    Is this something that you ever talked to
8   Pracelis Mendez about?
9       A    Tried to.
10      Q    When did you try to?
11      A    I guess it was . . . another time he
12  threatened me.  It was . . . actually I was just coming
13  back from out east, I was on 71 or 72 and I wanted to
14  meet him, but he didn't have time to meet me.  I wanted
15  to sit down and talk to him, go over a few issues and
16  he didn't have the time, he was going to do some DJ
17  thing or something and he didn't have the time for me
18  because I had some -- you know, certain -- I wanted to
19  just have a sit-down with him, figure out how I was
20  going to get the money back that he owed me, what . . .
21  and some of the situations in his behavior and he chose
22  not to talk to me.
23      Q    Do you remember what year this was?
24      A    2009.
25      Q    Do you recall what month?

LOUIS VECCHIA

1
2    A    That's what I'm trying to think of and I
3  don't know off the top of my head.
4         (Discussion off the record.)
5    Q    Do you recall whether it was in the middle
6  of the year?
7    A    It was more towards . . . it was warm, so
8  it could have been June, July.
9    Q    Did you ever try to talk with him again?
10   A    No, he didn't want to talk after that.
11 Basically told me I got something coming for me, he's
12 got something coming for me.
13   Q    Why do you believe that Pracelis Mendez
14 stole cobblestone from you?
15   A    I had some reports of people seeing my
16 truck on certain jobs in Brentwood on Saturdays and
17 Sundays when he wasn't working for me.
18        MS. GOLDBERG:  Can you repeat that back,
19 JoAnn?
20        (The preceding answer was read.)
21   Q    Who are those people that gave you the
22 reports?
23   A    It happens, different business owners,
24 different people, some employees.
25   Q    Did your truck have cobblestone on it at

LOUIS VECCHIA

1
2  the time?
3    A    Cobblestone, sand and cement.
4    Q    Are those materials always on your truck?
5    A    No.
6    Q    How is it that you know that cobblestone
7  was on the truck that day?
8    A    From people telling me.
9    Q    What people are you talking about?
10   A    I just said it.
11        Can you stop asking the same question,
12 please?  You're going to get the same answer out of me,
13 I'm not a dummy.  Please stop asking me the same
14 questions.
15   Q    No, I'm asking --
16   A    No, you're --
17   Q    I'm asking --
18        MR. ZABELL:  Lou, if she wants to --
19        THE WITNESS:  Let's keep going.  You're
20 going to keep asking the same questions and I'm --
21        MR. ZABELL:  It's her own time and she's
22 slowly coming to an end.
23   A    Basically other employees and other
24 business owners.
25   Q    Can you tell me -- withdrawn.

LOUIS VECCHIA

1
2         Why do you believe that Pracelis stole
3  cement from you?
4         MR. ZABELL:  Asked and answered.
5         Go ahead, answer again, it's her time.
6    A    Because people have informed me that there
7  was cobblestone and sand on Saturdays and Sundays at
8  jobs in Brentwood with his truck, pickup truck number
9  nine, at these sites.
10        He's been robbing time from me all the
11 time, why wouldn't he do that?  Come on.  Give yourself
12 some credit.
13   Q    Was he assigned to a vehicle at Suffolk
14 Paving?
15   A    Oh, yeah.  He took it home, destroyed it,
16 yeah.
17   Q    Was he assigned to one specific vehicle --
18   A    Pickup truck number nine.
19   Q    Did you allow him to take the truck home?
20   A    I was about at my wits' end there, yeah.
21 But yes, I did let him take it home.
22   Q    Was he permitted to have it on the
23 weekends?
24   A    He was not supposed to be using it on the
25 weekends and he was supposed to use it to go to the job

LOUIS VECCHIA

1
2  to start at eight a.m., that's why he got a pickup
3  truck, supposed to be at the job at eight a.m.
4    Q    When did he start -- withdrawn.
5         When did he take the pickup truck home?
6    A    What do you mean when?
7    Q    In what year?
8    A    He had it for a few years.
9         MR. WALLACE:  Ten seconds.
10   A    I think it's an '07 or '06 pickup, so I got
11 it brand new for him.
12        MS. GOLDBERG:  Ten-second break for a
13 second.
14        MR. ZABELL:  Let the record reflect that
15 counsel for the plaintiffs have left the room.
16        (Short recess taken.)
17   Q    Can you tell me the names of the business
18 owners that told you they saw Pracelis Mendez
19 stealing --
20        MR. ZABELL:  Objection, asked and answered.
21   A    I don't recall.
22        MR. ZABELL:  If you want to waste your
23 time, go ahead.
24   A    I don't recall.
25   Q    Can you recall the names of the employees

```
                  LOUIS VECCHIA
 1
 2   who told you they saw Pracelis Mendez stealing?
 3       A    I don't recall those, either.
 4            MR. ZABELL: That was asked and answered.
 5       Q    We'll turn back now to Exhibit 41.
 6            Exhibit 41, for the record, is three pages.
 7            Can you look on the second page; is that
 8   your handwriting in the middle?
 9       A    That is my handwriting.
10       Q    What did you write?
11       A    I wrote 16 regular.
12       Q    How many hours was Pracelis Mendez paid for
13   this week?
14       A    Seventeen. Seventeen plus seven in cash.
15       Q    I would ask you to look at Exhibit 42,
16   which also, for the record, is three pages.
17            Have you ever seen page one of Exhibit 42
18   before?
19       A    No.
20       Q    Is that your handwriting on the middle of
21   page two of Exhibit 42?
22       A    Yes, it is.
23       Q    What did you write?
24       A    Twenty-four.
25       Q    I'd ask you to look at Exhibit 43.
```

```
                  LOUIS VECCHIA
 1
 2       A    Aren't you going to ask me to look at the
 3   second page, if that's what we paid or that was not
 4   important?
 5       Q    We'll move onto Exhibit 43.
 6       A    Forty-three.
 7       Q    Exhibit 43, for the record, is two pages.
 8            Have you ever seen the first page of
 9   Exhibit 43 before?
10       A    No.
11       Q    Is that your handwriting on the second page
12   of Exhibit 43?
13       A    Yes.
14       Q    I'd like you to look at Exhibit 44.
15            Have you ever seen the first page of
16   Exhibit 44 before?
17       A    No.
18       Q    I ask you to look at the second page.
19            Is that your handwriting in the middle?
20       A    Second page?
21       Q    Yes, the second page.
22       A    Yes, it is.
23            MR. ZABELL: You got your two-minute
24   warning, counselor.
25       Q    How many vehicles do you have at Suffolk
```

```
                  LOUIS VECCHIA
 1
 2   Paving?
 3       A    How many vehicles? All types, makes,
 4   models? I mean you got to be -- can you be a little
 5   more specific?
 6            MS. GOLDBERG: Withdrawn.
 7       Q    Were any of the plaintiffs assigned
 8   vehicles to drive?
 9       A    Some were.
10       Q    Which ones?
11       A    What time?
12       Q    During 2005 to 2009.
13            MR. ZABELL: Don't ask her any questions,
14   she gets flustered; it's also not your job.
15       A    I'm not sure, but there was a couple.
16       Q    Was Nelson Quintanilla assigned a car?
17       A    Who, what's his name?
18       Q    Nelson Quintanilla.
19       A    Oh, Victor, no.
20       Q    Does Nelson Quintanilla also go by Victor?
21       A    I don't know. I don't know. I'm not sure.
22   I'm just assuming that's who it is.
23       Q    Was Alejandro Amaya assigned a car?
24       A    I don't think he had a license, I think
25   Mendez picked him up every morning and brought him to
```

```
                  LOUIS VECCHIA
 1
 2   work.
 3       Q    Was Alex Amir Arevalo assigned a car?
 4       A    Who?
 5       Q    Alex Amir Arevalo.
 6       A    No.
 7       Q    Was Maynor Fajardo assigned a car?
 8       A    No.
 9       Q    Was Walter Garcia assigned a car?
10       A    No.
11       Q    Was Jose Martinez assigned a car?
12       A    No.
13       Q    Was Pracelis Mendez assigned a car?
14       A    Yes.
15       Q    Was Osmar Fajardo assigned a car?
16       A    No.
17       Q    Was Javier Quintanilla assigned a car?
18       A    No.
19       Q    Was Edvin Rivera assigned a car?
20       A    No.
21       Q    Was Carlos Escalante?
22       A    Yes.
23       Q    Was Kevin Galeano?
24       A    No.
25       Q    Was Lerly Rodriguez assigned a car?
```

Page 214

LOUIS VECCHIA

1
2    A    No.
3    Q    Was Jose Vega Castillo assigned a car?
4    A    No.
5    Q    Was Juan Quinteros assigned a car?
6    A    No.
7    Q    Was Marcos Tulio Perez?
8    A    No.
9    Q    So the only two plaintiffs that were
10   assigned cars were Pracelis Mendez and Carlos
11   Escalante; is that correct?
12   A    Yes.  Well, Carlos was actually the
13   chauffeur, he went and picked up Renato, his personal
14   chauffeur.
15   Q    Did you have GPS systems installed in the
16   cars of Pracelis and Carlos Escalante?
17   A    I believe we did.
18   Q    Do you recall when you installed those, the
19   GPS systems?
20   A    I'm not sure of the dates.
21       MR. ZABELL:  Counselor, it is now 5:30.
22   You have run out of your time.
23       MS. GOLDBERG:  I don't believe that we have
24   been conducting the deposition for seven hours.
25   I'm ready and willing to proceed.  If you're

Page 215

LOUIS VECCHIA

1
2    stopping --
3        MR. WALLACE:  Can you give us another half
4    an hour?
5        MR. ZABELL:  Hold on a minute, let me step
6    outside with my client and discuss it.
7        MS. GOLDBERG:  I also need to discuss it.
8        (Short recess taken.)
9        MR. ZABELL:  My client has graciously
10   agreed to provide you with another 15 minutes of
11   questioning.
12       MS. GOLDBERG:  Thank you.
13       THE WITNESS:  You're welcome.
14   Q    Do you recall what year the GPS was
15   installed in Pracelis' car?
16       MR. ZABELL:  Objection.
17   A    No.
18       MR. ZABELL:  Asked and answered.
19   A    I don't recall the exact time.
20   Q    Do you recall whether it was before 2007?
21   A    I don't.
22   Q    Do you recall when Pracelis Mendez was
23   assigned a car, what year?
24   A    I don't remember.
25   Q    Do you recall what year Carlos Escalante

Page 216

LOUIS VECCHIA

1
2    was assigned a car?
3    A    I don't remember.
4    Q    Do you recall whether it was before 2007?
5    A    I don't.
6    Q    Why was a GPS record installed in the car?
7        MR. ZABELL:  Objection to the form of the
8    question.
9        MR. WALLACE:  System, GPS system.
10   Q    GPS system installed in the car.
11       MR. ZABELL:  I'm sorry, are you withdrawing
12   the previous question?
13       MS. GOLDBERG:  Yes, I'll withdraw the
14   previous question.
15       MR. ZABELL:  Okay.
16   Q    Why did you install a GPS system in the
17   car?
18   A    Why did we install them?
19       I don't even recall why we installed them.
20   I don't know why we installed them.  They're a
21   blessing, though.
22   Q    Can you tell me how they worked?
23   A    I believe they're globally tracked.  I
24   believe that every two minutes you could tell where
25   that vehicle is.  Every minute or two minutes you could

Page 217

LOUIS VECCHIA

1
2    tell where it is, you could tell where it started, you
3    could tell when somebody left their house, you could
4    tell when somebody . . . a 7 Eleven, you could tell
5    when they're picking up their buddies.  You could tell
6    a lot of things.
7    Q    So from the GPS records, you can tell the
8    location --
9    A    Oh, address.
10   Q    Did you monitor the GPS system?
11   A    Occasionally, occasionally.
12   Q    When you say "occasionally" --
13   A    I'm a very busy man, I barely have time --
14   you know, you hope that you have people that work for
15   you and that are really caring and doing the right
16   thing for the amount of money you pay them that you
17   shouldn't have to watch GPS.
18       GPS works really well where I was doing a
19   job -- I'll give you a for instance why GPS works very
20   well.
21       I was doing a job in Oyster Bay and this
22   tree fell on top of this guy's Mercedes and you know
23   what he told me, my truck came by and knocked the tree
24   down and that's why it fell on the Mercedes, but guess
25   what, GPS report wasn't on that street the whole day.

LOUIS VECCHIA

2  Q    Did you have occasion to look at the GPS
3  every week?
4  A    No, I don't have time for that.
5  Q    Did you look at it every three weeks?
6  A    You know what, really, every once in a
7  while I just looked to see if, you know -- because it .
8  . . it does it itself it's looking, so if I think
9  something's in question, I'm going to go look at it.
10 If I have to spend time looking at that, I'm not going
11 to be productive or I'm going to be -- the men are
12 going to be robbing me what they should be doing or
13 what they shouldn't be doing, that's going to happen
14 rather than me sit there and watch them and get
15 aggravated watching them.
16 Q    Was there something in Suffolk Paving's
17 office where you could see it came up with the address
18 of where the different vehicles were?
19      MR. ZABELL: Objection to the form of the
20 question.
21 A    What do you mean of where it was?
22      MR. ZABELL: You may answer. You may not
23 ask her a question.
24 A    I can't answer that, I don't know.
25 Q    What was in -- withdrawn.

LOUIS VECCHIA

2      Was there anything in the Suffolk Paving
3  office that allowed you to actually see where the
4  vehicles were at that moment?
5  A    See, you got to be a little more specific.
6  Q    What was --
7      MR. ZABELL: No, she doesn't. You just
8  have to answer the question if you can.
9  A    See, no, there was nothing in there that I
10 could see where the vehicle -- I can't see the vehicle
11 from there.
12 Q    How would you be able to track where the
13 vehicles were at any given moment?
14 A    I would go online.
15 Q    So the tracking mechanism for you to see
16 where your vehicles were was online?
17 A    Yes.
18 Q    Did you have reports generated regarding
19 the GPS system in the cars?
20 A    They're in trucks, pickup trucks.
21      (Pause.)
22 A    Do we have reports? I believe we can
23 make -- get reports, yeah.
24 Q    Did you have reports regularly made from
25 the GPS system?

LOUIS VECCHIA

2  A    Occasionally. Yeah, like my wife was big
3  on that, she gets an alert on her phone when somebody's
4  speeding in one of our vehicles and she's not happy
5  about that.
6  Q    How many pickup trucks do you have?
7      MR. ZABELL: Please remove your fingers in
8  front of your face, otherwise it's difficult to
9  hear you.
10 A    How many pickup trucks do I own?
11     Me or me and all my companies or . . .
12     MR. ZABELL: You don't get to ask her
13 questions.
14     MS. GOLDBERG: I'll withdraw.
15 Q    How many vehicles do you use for Suffolk
16 Paving -- withdraw that question as well.
17     How many pickup trucks do you use for
18 Suffolk Paving?
19 A    Four or five.
20 Q    Do all the trucks have the GPS system?
21 A    Of course they do.
22 Q    Was the GPS system in each vehicle
23 installed at the same time?
24 A    And when we bought newer trucks, we added
25 them to them as the newer trucks came.

LOUIS VECCHIA

2      MS. GOLDBERG: I'm going to mark this as an
3  exhibit.
4      (Plaintiff's Exhibit 45, copy of document
5  entitled, "Teluware Fleet Management - Print View"
6  three pages, was marked for identification.
7  Exhibit retained by counsel.)
8      MS. GOLDBERG: And mark this.
9      (Plaintiff's Exhibit 46, copy of System
10 Management Console website printout Bates stamped
11 P 002882, P 002880 and P 002878, was marked for
12 identification. Exhibit retained by counsel.)
13     (Handing.)
14     (Witness reviewing documents.)
15 Q    I would ask that you look at Exhibit 45 and
16 46, let me know when you've had time to review them.
17     (Handing.)
18     (Witness reviewing documents.)
19 A    I'm good.
20 Q    Let's look at Exhibit 45 first.
21     Do you recognize this and for the record,
22 Exhibit 45 is three pages?
23 A    Yes. This -- yes, I do recognize this.
24 Q    What is this?
25 A    Looks like a report that I was just

LOUIS VECCHIA

1    LOUIS VECCHIA
2    explaining to you about the . . . GPS reports.
3    Q    Did you receive these GPS reports on a
4    regular basis?
5    A    No.
6    Q    How often during the course of a year did
7    you review these records?
8    A    If I was home sick maybe, I went on the
9    computer and looked on them to see what was going on
10   for the day because I couldn't leave the house. I
11   rarely did it.
12   Q    For what purposes did you use these
13   reports?
14   A    What purposes?
15        (Pause.)
16   A    Just general purposes. It seemed like the
17   thing to do, everybody was getting them.
18   Q    Did the GPS system remain on at all times
19   of the day every day?
20   A    They should, yeah.
21   Q    Who had the ability to turn off the GPS
22   system?
23   A    Nobody.
24   Q    You see on the top left corner it says
25   Teluware Fleet Management?

1    LOUIS VECCHIA
2    A    Yes.
3    Q    Are they the company that creates these
4    reports for you?
5    A    You can actually, I believe -- I think you
6    can create the report yourself. I think what you can
7    do is go online to the thing and just press print from
8    a printer off a computer and it will print what the
9    vehicle did. I don't know how long it stays active in
10   the computer, you know, how much the . . .
11   whatchamacallit . . .
12   Q    At the top, it says vehicle - 05.
13   A    Yes, this is vehicle number five.
14   Q    Who was assigned to that vehicle?
15   A    I don't know. For what day? When?
16   Q    For the time period listed on the exhibit,
17   for 2008.
18   A    For 2008 from looking at this report?
19   Q    Yes, from these pages that you have in
20   front of you.
21   A    Come on.
22   Q    Do you recall?
23   A    Please, can't you be a little smarter?
24        These are all 2008 for this vehicle, this
25   is only three pages of one day.

LOUIS VECCHIA

1    LOUIS VECCHIA
2    Q    But do you recall --
3    A    Or two days.
4    Q    But do you recall who was assigned vehicle
5    five in 2008?
6    A    On this date?
7    Q    In 2008, do you recall who was assigned
8    vehicle five?
9    A    No, I don't.
10   Q    Was there one person assigned to vehicle
11   five for the entire year?
12   A    I don't even know what vehicle five is, I
13   have to go look on the side of whatever truck that says
14   05 on it.
15   Q    Did the --
16        MR. ZABELL: Counselor --
17   A    Go ahead, keep going.
18        Make a note that my -- the client's being a
19   little more generous, as usual.
20        MR. ZABELL: Hold on, Lou, hold on a
21   second. Let's do this the right way.
22        THE WITNESS: Okay.
23        MR. ZABELL: You've used up the additional
24   15 minutes that we've given you.
25        We will provide you, as one last and final

1    LOUIS VECCHIA
2    courtesy, an additional 15 minutes. We will go to
3    6:00, only if you agree that you will not request
4    any additional time with Mr. Vecchia.
5        MS. GOLDBERG: We cannot agree to that. We
6    will be making a request to the court for an
7    additional day.
8        MR. ZABELL: Then it doesn't pay to give
9    them any more time.
10       THE WITNESS: Next time . . .
11       MR. ZABELL: No, no, we should do this on
12   the record. It doesn't pay to give them any
13   additional time.
14       THE WITNESS: Don't keep repeating
15   questions. Ask me the question, I'm going to
16   answer it the same every time. My answer's not
17   going to change. Ask me the same question in a
18   courtroom, on the courtroom, on the stand, ask me
19   the same question.
20       MR. ZABELL: Having said that, Lou, they're
21   going to ask the court for more time.
22       Do you want to be courteous and give them
23   another 15 minutes?
24       THE WITNESS: Not if we got to come back,
25   we might as well go home. It's Friday, she might

Page 226

LOUIS VECCHIA

1    LOUIS VECCHIA
2  as well see her kids. We might as well go home.
3       If you're going to ask for more time, if
4  the judge grants it, then we're going to do it.
5  It doesn't make sense to do 15 minutes if the
6  judge grants it, but it's just, you know, there
7  was a lot of wasted time today, it was very
8  insufficient. I would lose money today if it was
9  one of my jobs, which I have.
10       MR. ZABELL: I think with that being said,
11  the record is closed and just so it is clear, this
12  deposition is ended, they have used more than
13  their seven hours of deposition time. How they
14  chose to use it is their own doing.
15       We were here, we were not disruptive, we
16  even agreed to give them an additional 45 minutes,
17  which has now turned into an additional 50
18  minutes.
19       I'm looking at my clock, I have 5:50, it is
20  time to go.
21       MS. GOLDBERG: For the record, the
22  deposition is not over, we will be seeking
23  additional time from the court for this
24  deposition. There are many areas that we did not
25  cover. We I would say maybe got close to seven

Page 227

LOUIS VECCHIA

1    LOUIS VECCHIA
2  hours, but between the lunch period that we took
3  and a couple of breaks that we took, it did not
4  arrive to seven hours and so as I said, there's 16
5  plaintiffs in this case covering six years, there
6  are hundreds of documents to be reviewed and we
7  still have many areas to be explored.
8       MR. ZABELL: We got here at five minutes to
9  ten, we started at four minutes to ten, we took --
10  defendants took no breaks, plaintiff took breaks,
11  plaintiff wanted to take lunch, we accommodated
12  them; we had a 35- or 40-minute lunch break.
13  That's it. They chose to waste their time.
14       If you're incapable of conducting a
15  seven-hour deposition in seven hours, we will not
16  be held accountable for that. Shameful.
17       (Time noted: 5:50 p.m.)
18
19
_____
20       LOUIS VECCHIA
21  Subscribed and sworn to before me
22  this _____ day of _____, 2011
23  _____
24       NOTARY PUBLIC
25

Page 228

1
2            E X H I B I T S
3
4  PLAINTIFF'S EXHIBITS:
5
6  EXHIBIT   EXHIBIT                    PAGE
    NUMBER   DESCRIPTION
7    16    Copy of Suffolk Asphalt Corp.
           Weekly Time Sheet NOE
8          Bates stamped Def. Exh. A 000990
           and attached pay stub
9          Bates stamped Def. Exh. A 000991   117
10   17    Copy of Suffolk Asphalt Corp.
           Weekly Time Sheet NOE
11         Bates stamped Def. Exh. A 000982
           and attached pay stub
12         Bates stamped Def. Exh. A 000983   146
13   18    Copy of Suffolk Asphalt
           Weekly Time Sheet NOE
14         Bates stamped Def. Exh. A 000972
           and attached pay stub
15         Bates stamped Def. Exh. A 000973   150
16   19    Copy of Suffolk Asphalt
           Weekly Time Sheet NOE
17         Bates stamped Def. Exh. A 000968
           and attached pay stub
18         Bates stamped Def. Exh. A 000969   150
19   20    Copy of Suffolk Asphalt Corp.
           Weekly Time Sheet NOE
20         Bates stamped Def. Exh. A 000966
           and attached pay stub
21         Bates stamped Def. Exh. A 000967   151
22
23
24
25

Page 229

1
2            E X H I B I T S
3
4  PLAINTIFF'S EXHIBITS: (CONTINUED)
5
6  EXHIBIT   EXHIBIT                    PAGE
    NUMBER   DESCRIPTION
7    21    Copy of WEEKLY TIME SHEET
           for Lerly Noe Rodriguez
8          from 27-8-09 to 2-9-09
           Bates stamped Def. Exh. A 001001
9          and attached SUFFOLK ASPHALT
           Weekly Time Sheet NOE
10         Bates stamped Def. Exh. A 000954
           and pay stub
11         Bates stamped Def. Exh. A 000955   151
12   22    Copy of WEEKLY TIME SHEET
           for Lerly Noe Rodriguez
13         from 23 to 29 July
           Bates stamped Def. Exh. A 001004
14         and attached SUFFOLK ASPHALT
           Weekly Time Sheet
15         Bates stamped Def. Exh. A 000964
           and pay stub
16         Bates stamped Def. Exh. 000965   151
17   23    Copy of WEEKLY TIME SHEET
           for Lerly Noe Rodriguez
18         from 9-09-09 to 09-16-09
           Bates stamped Def. Exh. A 000977
19         and attached SUFFOLK ASPHALT
           Weekly Time Sheet
20         Bates stamped Def. Exh. A 000950
           and pay stub
21         Bates stamped Def. Exh. A 000951   151
22
23
24
25

Page 230

```
1
2              EXHIBITS
3
4    PLAINTIFF'S EXHIBITS: (CONTINUED)
5
6    EXHIBIT  EXHIBIT              PAGE
     NUMBER   DESCRIPTION
7      24    Copy of WEEKLY TIME SHEET
            for Lerly Noe Rodriguez
8           from 15 to 23 Sept.
            Bates stamped Def. Exh. A 00996
9           and attached SUFFOLK ASPHALT
            Weekly Time Sheet
10          Bates stamped Def. Exh. A 000948
            and pay stub
11          Bates stamped Def. Exh. A 000949    152
12     25    Copy of SUFFOLK ASPHALT
            Weekly Time Sheet NOE
13          Bates stamped Def. Exh. A 000946
            and attached pay stub
14          Bates stamped Def. Exh. A 000947    152
15     26    Copy of SUFFOLK ASPHALT
            Weekly Time Sheet NOE
16          Bates stamped Def. Exh. A 000944
            and attached pay stub
17          Bates stamped Def. Exh. A 000945    152
18     27    Copy of WEEKLY TIME SHEET
            for Lerly Noe Rodriguez
19          Bates stamped P 0724
            and attached SUFFOLK ASPHALT
20          Weekly Time Sheet NOE
            Bates stamped Def. Exh. A 000940
21          and pay stub
            Bates stamped Def. Exh. A 000941    152
22
23
24
25
```

Page 232

```
1
2              EXHIBITS
3
4    PLAINTIFF'S EXHIBITS: (CONTINUED)
5
6    EXHIBIT  EXHIBIT              PAGE
     NUMBER   DESCRIPTION
7      33    Copy of WEEKLY TIME SHEET
            for P Mendez
8           from 7-23 to 7 29 2009
            Bates stamped Def. Exh. A 000552
9           and attached SUFFOLK ASPHALT
            Weekly Time Sheet MENDEZ
10          Bates stamped Def. Exh. 000508
            and pay stub
11          Bates stamped Def. Exh. A 000509    154
12     34    Copy of WEEKLY TIME SHEET
            for Pracelis Mendez
13          from 7-30 to 8-5-2009
            Bates stamped P 0836
14          and attached SUFFOLK ASPHALT
            Weekly Time Sheet MENDEZ
15          Bates stamped Def. Exh. A 000506
            and pay stub Bates
16          stamped Def. Exh. A 000507    154
17     35    Copy of WEEKLY TIME SHEET
            for P Mendez
18          from 8-6 to 8-12-2009
            Bates stamped P 0837
19          and attached SUFFOLK ASPHALT
            Weekly Time Sheet MENDEZ
20          Bates stamped Def. Exh. A 000504
            and pay stub Bates
21          stamped Def. Exh. A 000505    154
22
23
24
25
```

Page 231

```
1
2              EXHIBITS
3
4    PLAINTIFF'S EXHIBITS: (CONTINUED)
5
6    EXHIBIT  EXHIBIT              PAGE
     NUMBER   DESCRIPTION
7      28    Copy of WEEKLY TIME SHEET
            for Lerly Noe Rodriguez
8           Bates stamped P 0724
            and attached SUFFOLK ASPHALT
9           Weekly Time Sheet NOE
            Bates stamped Def. Exh. A 000960
10          and pay stub
            Bates stamped Def. Exh. A 000961    153
11
       29    Copy of Suffolk Asphalt Corp.
12          Weekly Time Sheet MENDEZ
            Bates stamped Def. Exh. A 000541
13          and attached pay stub
            Bates stamped Def. Exh. A 000542    153
14
       30    Copy of Suffolk Asphalt Corp.
15          Weekly Time Sheet MENDEZ
            Bates stamped Def. Exh. A 000539
16          and attached pay stub
            Bates stamped Def. Exh. A 000540    153
17
       31    Copy of Suffolk Asphalt Corp.
18          Weekly Time Sheet MENDEZ
            Bates stamped Def. Exh. A 000527
19          and attached pay stub
            Bates stamped Def. Exh. A 000528    153
20
       32    Copy of Suffolk Asphalt Corp.
21          Weekly Time Sheet MENDEZ
            Bates stamped Def. Exh. A 000512
22          and attached pay stub
            Bates stamped Def. Exh. A 000513    154
23
24
25
```

Page 233

```
1
2              EXHIBITS
3
4    PLAINTIFF'S EXHIBITS: (CONTINUED)
5
6    EXHIBIT  EXHIBIT              PAGE
     NUMBER   DESCRIPTION
7      36    Copy of WEEKLY TIME SHEET
            for P Mendez
8           from 8.13 to 8-19-2009
            Bates stamped Def. Exh. A 000551
9           and attached SUFFOLK ASPHALT
            Weekly Time Sheet MENDEZ
10          Bates stamped Def. Exh. A 000502
            and pay stub Bates
11          stamped Def. Exh. A 000503    155
12     37    Copy of WEEKLY TIME SHEET
            for Pracelis Mendez
13          from 8-20 to 8-26-2009
            Bates stamped P 0839
14          and attached SUFFOLK ASPHALT
            Weekly Time Sheet
15          for Pracelis Mendez
            from 8-20 to 8-26-2009
16          Bates stamped Def. Exh. A 000550
            and SUFFOLK ASPHALT
17          Weekly Time Sheet MENDEZ
            Bates stamped Def. Exh. A 000509
18          and pay stub
            Bates stamped Def. Exh. A 000501    155
19
       38    Copy of WEEKLY TIME SHEET
20          for Pracelis Mendez
            from 9-03 to 9-09-2009
21          Bates stamped Def. Exh. A 000548
            and attached SUFFOLK ASPHALT
22          Weekly Time Sheet MENDEZ
            Bates stamped Def. Exh. A 000496
23          and pay stub
            Bates stamped Def. Exh. A 000497    155
24
25
```

Page 234

```
 1
 2              E X H I B I T S
 3
 4    PLAINTIFF'S EXHIBITS: (CONTINUED)
 5
 6    EXHIBIT  EXHIBIT              PAGE
      NUMBER  DESCRIPTION
 7     39    Copy of WEEKLY TIME SHEET
             for P. Mendez
 8           from 9-17 to 9-23-2009
             Bates stamped Def. Exh. A 000547
 9           and attached SUFFOLK ASPHALT
             Weekly Time Sheet MENDEZ
10           Bates stamped Def. Exh. A 000494
             and pay stub
11           Bates stamped Def. Exh. A 000495   156
12     40    Copy of WEEKLY TIME SHEET
             for P. Mendez
13           from 9-24 to 9-30-2009
             Bates stamped P 0834
14           and attached SUFFOLK ASPHALT
             Weekly Time Sheet MENDEZ
15           Bates stamped Def. Exh. A 000492
             and pay stub
16           Bates stamped Def. Exh. A 000493   156
17     41    Copy of WEEKLY TIME SHEET
             for P. Mendez
18           from 10.1 to 10-7-2009
             Bates stamped P 0834
19           and attached SUFFOLK ASPHALT
             Weekly Time Sheet MENDEZ
20           Bates stamped Def. Exh. A 000490
             and pay stub
21           Bates stamped Def. Exh. A 000491   156
22
23
24
25
```

Page 235

```
 1
 2              E X H I B I T S
 3
 4    PLAINTIFF'S EXHIBITS: (CONTINUED)
 5
 6    EXHIBIT  EXHIBIT              PAGE
      NUMBER  DESCRIPTION
 7     42    Copy of WEEKLY TIME SHEET
             for Pracelis Mendez
 8           from 10-8 to 10-14-2009
             Bates stamped Def. Exh. A 000546
 9           and attached SUFFOLK ASPHALT
             Weekly Time Sheet MENDEZ
10           Bates stamped Def. Exh. A 000488
             and pay stub
11           Bates stamped Def. Exh. A 000489   156
12     43    Copy of WEEKLY TIME SHEET
             for P. Mendez
13           from 10-22 to 10-28-2009
             Bates stamped P 0869
14           and attached SUFFOLK ASPHALT
             Weekly Time Sheet MENDEZ
15           Bates stamped Def. Exh. A 000482
             and pay stub
16           Bates stamped Def. Exh. A 000483   157
17     44    Copy of WEEKLY TIME SHEET
             for P. Mendez
18           from 10-29 to 11-11-2009
             Bates stamped Def. Exh. A 000544
19           and attached SUFFOLK ASPHALT
             Weekly Time Sheet MENDEZ
20           Bates stamped Def. Exh. A 000484
             and pay stub
21           Bates stamped Def. Exh. A 000485   157
22     45    Copy of document entitled,
             "Teluware Fleet Management - Print
23           View" three pages           221
24     46    Copy of System Management Console
             website printout
25           Bates stamped P 002882, P 002880
```

Page 236

```
 1
 2                 I N D E X
 3
 4    EXAMINATION BY                     PAGE
      MS. GOLDBERG                         3
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 237

```
 1
 2            C E R T I F I C A T E
 3
 4    STATE OF NEW YORK   )
                          : SS.:
 5    COUNTY OF SUFFOLK   )
 6
 7
 8         I, JOANN O'LOUGHLIN, a Notary Public for
 9    and within the State of New York, do hereby
10    certify:
11         That the witness whose examination is
12    hereinbefore set forth was duly sworn and that
13    such examination is a true record of the testimony
14    given by that witness.
15         I further certify that I am not related
16    to any of the parties to this action by blood or
17    by marriage and that I am in no way interested in
18    the outcome of this matter.
19         IN WITNESS WHEREOF, I have hereunto set
20    my hand this 8th day of July, 2011.
21
22
                    _____
23                  JOANN O'LOUGHLIN
24
25
```

**A**

abandon 81:19 82:9,10,13
abandoned 81:20
abandoning 82:17
ability 5:2 7:5 11:11 172:15 172:18 222:21
able 81:7 219:12
above-entitled 1:21
absolutely 7:15 172:22
acceptable 82:15
accommodated 227:11
accountable 227:16
accounts 40:8,14 41:13
accumulated 173:20
accurate 7:4,6 13:2 15:20,21 19:14 62:25 70:10 93:25 101:13 103:3,4 123:10 150:6 163:3 164:19 173:25 196:5
accurately 8:7 131:6
act 140:17
acted 54:18
action 1:21 202:2 237:16
active 223:9
actual 60:13 77:23 87:8 91:20 107:8
add 169:15 172:15
added 220:24
additional 197:19 224:23 225:2,4,7,13 226:16,17,23
address 34:9 124:20 217:9 218:17
adds 172:13
advice 37:5,6
advise 6:15,25

12:10
advised 59:5
advising 197:16
affirmative 42:17
agenda 99:17 100:2 105:18 121:7,7,10 128:4 129:21 130:14 131:22 131:23,24 132:5,21 133:4 133:9,14,16 134:20,23 136:18 137:19 143:17,24 144:3,11,18 145:10 150:2,5 150:8
agendas 121:14
aggravated 218:15
ago 34:21 55:18 55:20 113:14 113:18 128:10
agree 20:9 77:7 225:3,5
agreed 177:17 215:10 226:16
agreement 66:20
ahead 12:4 81:21 93:13 124:24 127:3 150:15 170:12,17 171:12 185:11 185:17 191:17 208:5 209:23 224:17
aid 59:16
alcohol 4:15
Alejandro 1:4 13:18,20,22 14:12 16:16,17 126:2,6 139:3 212:23
alert 220:3
Alex 1:4 15:8,10 16:5 126:14 139:6 213:3,5
allow 7:17 60:19 61:25 62:2 197:17 208:19
allowed 7:12 219:3
allowing 73:25

all-around 38:3
Amaya 1:4 13:18 13:20,22 14:12 16:16,17 126:2 126:6 139:3 212:23
Amir 1:4 15:8,10 16:6 126:15 139:6 213:3,5
amount 65:12,18 66:15 129:2 130:7 146:7 191:21 192:23 217:16
amounts 140:13 140:14
answer 4:7,19,23 5:2,6,13 6:2,18 6:19 7:4,18,20 8:13 9:9 10:4 10:19,23 11:7 11:10,15,19 12:8,9 13:12 14:16,22 15:20 15:21 16:13,15 16:20 19:4 28:17,23 29:16 30:3,15,20 31:16 32:8,13 37:15 38:17,23 39:8,14,23 40:6 40:12,17,23 41:7,16 42:11 42:17 43:16 44:5,11,18,24 45:2,9,19,25 46:7,18,25,25 47:14,19,25 48:12 49:6 50:20,25 51:7 51:13,24 52:8 52:24 53:7,13 54:15,23 55:6 56:4,9,13,17,22 57:12 58:4,15 58:19,25 59:15 59:24 62:3,21 62:22,24,25 63:4 64:2,18,23 65:7,16,17,22 66:5,14,22 67:2 67:7,16,25 68:7 68:13,18,24 69:6,13,16,24 70:14,20,25

71:12,17 72:22 73:13 74:5,18 75:23 76:8 80:4 80:13,16,17,19 81:4,8,8,9,11 81:25 82:7,8 83:19 84:9,24 85:11,17,25 86:7 87:12,22 88:5,11 89:2,7 90:9,25 91:10 93:20 95:11 96:13,25 97:10 98:7 100:22,25 101:8,10,20 102:24 103:8 103:19 104:16 105:14,21 107:12,16 109:7,24 110:22 111:3 111:13 112:7 115:13 116:10 117:3 119:20 123:9,10,21 125:22 126:22 131:5,6,14 132:12 133:2 143:15 144:6 144:14,23 145:5 146:5 160:25 162:25 166:9 171:7,18 186:2,13 191:16,24 196:8 204:9 206:20 207:12 208:5 218:22 218:24 219:8 225:16
answered 58:14 58:18,24 59:4 69:12 76:7,15 102:25 110:20 138:12 141:20 142:25 146:4 166:3,5,10 169:23 182:7 208:4 209:20 210:4 215:18
answering 5:21 7:21 62:20 186:11 191:19
answers 186:22 187:7

answer's 225:16
anybody 33:16 90:22 114:2 180:12 202:7 202:22
anymore 193:19
anyway 132:17 149:12
apologize 76:20 107:23
apparent 124:17
appearing 19:6
appears 94:21 119:7 172:6 177:5 185:15
appointments 144:8
appreciate 173:3 186:25
approximate 46:20 59:17 60:4 71:5 122:20 123:11
approximately 55:15 83:23 122:6 123:4 126:20 127:18 130:5,23 136:2 137:9
area 116:21 148:16
areas 198:11 226:24 227:7
Arevalo 1:4 15:8 15:10 16:7 126:15 139:6 213:3,5
arguing 62:5
argumentative 61:11
Arpino 179:16 179:17
arrive 115:9 116:20 148:13 227:4
arrived 22:4 60:16
arriving 3:16
arrogant 196:22
aside 30:22 39:5 41:10,12 47:21 48:3 55:4 72:17 77:23 87:7 98:2 98:20 105:17 106:9 109:19

121:2
asked 5:8,13 41:8 58:14,18,24 59:4 60:15,17 60:17 61:12 69:12 72:20 76:7,15 110:20 138:12 141:20 146:4 147:21 166:3 169:23 181:23 194:17 194:18 196:9 208:4 209:20 210:4 215:18
asking 6:8 15:15 15:17 16:8 57:3 60:18 62:25 63:4 89:15 106:4 107:14 108:18 109:15 124:15 125:18 133:8 161:18 166:6 179:12 207:11,13,15 207:17,20
asks 7:6 11:24 12:7 37:7 75:6 186:22
Asphalt 1:11 2:18 14:19 15:6 16:18 17:10,14 17:24 18:3,24 20:21 21:21,24 22:21,24 23:3,6 23:12,18 24:7 24:24 25:2,5,7 25:11,19 26:22 27:6,9 28:13 36:20,25 37:4,8 37:13 43:13 44:2 45:6,11,16 46:4 47:23 48:10,22 49:22 49:25 50:4 54:9 55:24 56:12,19 57:16,20 58:22 61:14 63:8 66:17 94:5,6 107:14 117:18 118:8,15 146:10 147:2 147:18 150:19 150:24 151:5 151:12,19 152:2,9,14,19

152:25 153:8
153:13,18,23
154:4,11,18,24
155:8,17,24
156:7,13,20
157:4,10,18
160:9,19 162:2
162:23 167:7
170:25 171:5
174:11 175:16
177:5 181:9
183:11 228:7
228:10,13,16
228:19 229:9
229:14,19
230:9,12,15,19
231:8,11,14,17
231:20 232:9
232:14,19
233:9,14,16,21
234:9,14,19
235:9,14,19
**assigned** 208:13
208:17 212:7
212:16,23
213:3,7,9,11,13
213:15,17,19
213:25 214:3,5
214:10 215:23
216:2 223:14
224:4,7,10
**assist** 6:23 45:15
75:8
**assistance** 48:18
48:19 180:12
**ASSOCIATES**
2:12
**assume** 7:5 83:2
134:3 182:20
**assuming** 212:22
**assumption**
181:19
**attached** 117:19
146:11 150:20
150:25 151:6
151:12,18
152:2,9,15,20
152:25 153:8
153:14,19,24
154:5,10,17,24
155:7,14,24
156:6,13,20
157:4,10,17
228:8,11,14,17
228:20 229:9

229:14,19
230:9,13,16,19
231:8,13,16,19
231:22 232:9
232:14,19
233:9,14,21
234:9,14,19
235:9,14,19
**Attorney** 2:4,9
**attorneys** 2:12,18
3:14
**attributable**
198:3
**attribute** 198:3
**Avalon** 55:19
**Avenue** 1:15 2:5
2:9 29:9 33:24
34:17 37:9
**average** 99:4,7
**aware** 15:18
172:12
**A-L-E-X** 16:6
**A-M-I-R** 16:6
**A-R-E-V-A-L-O**
16:7
**a.m** 1:17 115:24
209:2,3

---
**B**

**B** 228:2 229:2
230:2 231:2
232:2 233:2
234:2 235:2
**Babylon** 178:11
**back** 5:9,16 6:7
16:16 20:17
43:7 67:24
69:15 73:3,4
74:14 77:2 79:5
79:12 85:3
91:14 98:10
99:13 100:7,25
101:2 105:9
106:2 113:3
114:5 120:4
123:10 130:10
145:13 168:24
169:3 170:10
173:12 181:20
182:11 184:23
186:5,16 199:6
199:8,11 203:3
205:3,13,20
206:18 210:5
225:24

**bad** 103:13
**ball** 58:5
**barely** 217:13
**bargaining** 66:20
**barrier** 116:23
**based** 15:15
**basic** 61:21
**basically** 67:17
71:25 78:10
104:21 128:14
128:24 138:6
140:13 178:21
178:23 192:18
198:18 206:11
207:23
**basis** 90:7,22
113:7,10,13
222:4
**Bates** 117:18,19
146:10,11
150:19,20,24
150:25 151:5,6
151:11,13,14
151:18,19,20
151:25 152:2,3
152:8,9,10,14
152:15,19,20
152:24 153:2,3
153:7,9,10,13
153:15,18,20
153:23,25
154:4,6,10,11
154:12,17,18
154:19,24,25
155:2,7,8,9,14
155:16,17,18
155:23,25
156:2,6,7,8,13
156:14,15,20
156:21,22
157:3,5,6,10,11
157:12,17,18
157:19 221:10
228:8,9,11,12
228:14,15,17
228:18,20,21
229:8,10,11,13
229:15,16,18
229:20,21
230:8,10,11,13
230:14,16,17
230:19,20,21
231:8,9,10,12
231:13,15,16
231:18,19,21

231:22 232:8
232:10,11,13
232:15,15,18
232:20,20
233:8,10,10,13
233:16,17,18
233:21,22,23
234:8,10,11,13
234:15,16,18
234:20,21
235:8,10,11,13
235:15,16,18
235:20,21,25
**Bay** 217:21
**Bear** 34:7,11
**beginning** 87:23
**behavior** 205:21
**behaviors** 197:8
**Belgium** 204:10
**believe** 7:3 10:11
13:21 14:2,21
15:4 17:3,11,19
17:25 18:25
21:9 23:7,13,19
24:25 25:6,20
25:22 26:11
27:7,15 31:17
35:8 49:9,13
50:6 53:18 67:3
69:25 70:9 71:2
75:24 77:15
79:18 81:6,14
82:24 83:20
87:15,25 88:2,8
89:20 91:2,17
91:25 92:6 93:3
93:9 94:11,16
95:12 100:14
113:3 119:9,21
123:14 137:4
161:15 166:7
166:17 179:9
201:13 206:13
208:2 214:17
214:23 216:23
216:24 219:22
223:5
**believes** 163:23
**best** 4:10 7:4
11:11 12:9
48:20 112:15
**better** 94:2 99:6
106:7 133:3
**beyond** 197:17
197:18

**big** 46:13 112:21
116:2 140:6,7
178:14 220:2
**bill** 100:8
**bills** 35:2 40:2
55:24 56:6
**black** 159:5
**blessing** 216:21
**block** 204:10
**blood** 237:16
**bocce** 58:5
**Bohemia** 2:14
**book** 98:18 99:17
100:3 105:18
121:7,10 128:4
129:21 130:15
131:22,23,24
132:3,6,22
133:4,10,14,16
134:20,23
136:18 137:19
143:18,24
144:3,11,18
145:10 150:2,5
150:8
**books** 121:6,7,8
122:17 135:9
147:23
**bother** 122:5
**bottom** 88:20
109:3 135:8
169:17 189:22
194:4
**bought** 220:24
**bound** 96:17
**box** 99:24 121:23
159:11 174:24
**boxes** 135:7,13
**brand** 209:11
**break** 8:13 37:18
65:4 67:22
69:17 100:15
111:8 135:14
150:14 165:15
165:16 197:21
197:25 198:2
209:12 227:12
**breaks** 8:11
198:2 227:3,10
227:10
**Brentwood**
206:16 208:8
**briefly** 61:12
**bring** 114:4
**brought** 95:25

114:17 212:25
**buddies** 217:5
**building** 203:4
**builds** 58:6,7
**built** 58:5,5
**business** 38:6
206:23 207:24
209:17
**busy** 99:3 217:13
**buy** 33:19 132:7
133:4,14
204:12
**Buys** 33:3

---
**C**

**C** 2:2 3:2,2 237:2
237:2
**calendar** 121:9
121:10
**calendars** 121:13
**call** 23:15 54:12
60:22 61:5,20
77:9 94:17
104:25,25
105:3 138:16
139:15,15
169:5,6,7,7
196:24
**called** 35:6 109:2
203:6
**camera** 202:23
202:25
**cameras** 203:19
**car** 121:24
135:11 199:13
199:17 212:16
212:23 213:3,7
213:9,11,13,15
213:17,19,25
214:3,5 215:15
215:23 216:2,6
216:10,17
**care** 75:6
**caring** 217:15
**Carlos** 1:6 22:5,7
22:10,17,20,23
23:8 92:19
136:8,11,20
141:22 213:21
214:10,12,16
215:25
**carried** 135:11
**cars** 214:10,16
219:19
**case** 1:9 99:13

145:24 190:9
198:10 227:5
**cash** 119:23
120:3,14,16
121:4 122:7,16
123:5,18 126:2
126:6,14,17,21
127:5,14,23
129:19 130:2,6
130:12,16,20
130:24 131:13
131:16,19
135:16,19,23
136:2,8,12,15
136:19,22
137:5,9,12,15
137:17,20,24
138:5,11,18,18
138:25 139:4,7
139:10,13,24
140:25 141:4
141:10,15,19
141:23 142:2,5
142:7,9,12,15
142:17,19,21
143:4,21,24
144:11,17
145:2,9,24
148:2,12,21
149:6,17,20,22
150:6,11 159:6
159:15 160:17
169:12 171:21
172:5 173:9,11
173:24 175:2
181:23 184:4
184:11 185:12
185:20 188:13
188:23 190:2
190:23 191:3
191:21 192:3,8
192:14 193:7
193:19,24
194:3,15
210:14
**Castillo** 1:6 26:5
26:7,21 137:5
137:16 142:11
214:3
**caught** 197:2
**cement** 197:14
198:20 204:20
207:3 208:3
**certain** 78:24
79:13 84:11

95:13 96:22
115:17 124:21
135:10 178:8
192:23 199:7
205:18 206:16
**certainly** 61:15
73:12,15
174:19 197:21
**certified** 184:2
**certify** 237:10,15
**change** 78:9
100:5 111:14
111:15 225:17
**changed** 50:15
**changes** 111:10
**characterization**
19:20 20:11
98:5 119:18
124:24 199:16
**chauffeur** 214:13
214:14
**check** 108:12
119:6 126:4,5
145:20 146:3
147:21 149:5
159:7 160:11
162:5,24
164:20 168:15
169:13 188:13
190:8 194:4,15
**checked** 176:7
**checking** 147:20
**checks** 38:10
**choose** 198:6
**chose** 205:21
226:14 227:13
**Christia** 9:18,19
9:20
**Christopher** 1:11
2:19 9:15,18,21
9:22 10:9 29:18
29:24 30:17
35:3 36:22
37:16 50:2,3
55:8 78:7
104:17,23
105:8,9,11,16
114:11 147:20
169:6 179:23
180:3 202:13
**Christopher's**
179:24
**circle** 203:6
**city** 204:12
**clarify** 6:22

12:11 62:6,10
62:11,12
**clarifying** 81:19
**classification**
25:23 27:18
**clean** 113:5
121:23 131:25
135:5
**cleaned** 135:2
**clear** 124:25
172:8 173:4,5
226:11
**clearly** 61:20
62:5 107:13
172:22
**client** 42:17
60:19 74:4 75:6
75:11 191:10
215:6,9
**client's** 198:13
224:18
**clock** 167:19
226:19
**close** 79:19 136:7
202:23 226:25
**closed** 226:11
**cobblestone**
197:14 198:19
204:6,7,10,11
204:15,20,22
206:14,25
207:3,6 208:7
**collect** 71:9
**collective** 66:20
**column** 92:11
160:11
**come** 76:9,14
78:7 101:11
103:13 116:18
116:19,20
132:3 138:5
147:22 148:13
159:9 164:23
168:19,22
169:3 171:25
174:20 176:5
177:14 178:9
183:24 192:25
193:6 197:6
199:18 203:23
208:11 223:21
225:24
**comes** 19:12
200:24
**comical** 196:3,3

**coming** 192:20
205:12 206:11
206:12 207:22
**Commack** 2:20
**comment** 167:24
193:18,21,23
**commenting**
20:4
**comments** 73:15
167:21
**communication**
103:9 116:17
116:22
**companies** 30:23
30:24 31:3
94:11 122:12
220:11
**company** 32:24
33:4,8,12,14
35:6,11,17,25
43:17 62:23
63:2,8,11 114:4
119:24 120:2
122:11 140:9
178:24 192:25
223:3
**competitive**
138:7
**completely** 61:10
**compound** 48:24
73:9,10 132:9
**comprise** 47:6
**computer** 38:14
44:15 45:6 72:5
75:21 76:2,5,9
76:14,18 95:18
95:19 110:11
110:14 170:6
222:9 223:8,10
**conclusion** 134:2
**concur** 70:9
**conducted** 4:5
**conducting**
214:24 227:14
**conflict** 167:9
**confused** 106:6
109:12 184:14
**confusing** 109:13
**connection** 29:25
30:4,5,7
**conniving** 193:5
**consequences** 9:3
**consistency** 64:4
**consistent** 163:22
**Console** 221:10

235:24
**construction**
11:16 132:2
**consumed** 4:15
**contact** 84:12
**content** 90:20
**continue** 20:15
74:4 75:9 167:5
167:5 169:10
197:18 198:14
198:15
**CONTINUED**
229:4 230:4
231:4 232:4
233:4 234:4
235:4
**continuing** 59:7
**convenient**
165:24
**cooks** 30:16
**copious** 60:11
**copy** 95:21
117:17 146:9
150:18,23
151:4,9,16,23
152:6,13,18,23
153:6,12,17,22
154:3,8,15,22
155:5,12,21
156:4,11,18,25
157:8,15
159:19 179:7
221:4,9 228:7
228:10,13,16
228:19 229:7
229:12,17
230:7,12,15,18
231:7,11,14,17
231:20 232:7
232:12,17
233:7,12,19
234:7,12,17
235:7,12,17,22
235:24
**corner** 172:3
222:24
**Corp** 1:11,11
2:13,18 117:18
118:9,15
146:10 150:24
151:5 153:13
153:18,23
154:4 181:9
183:11 228:7
228:10,16,19

231:11,14,17
231:20
**Corporation**
36:21,25 37:4
37:13 171:5
**correct** 3:18
15:13 70:6 81:5
93:14 133:19
133:20 134:19
134:22 143:17
145:25 148:9
148:11 149:16
161:1 164:4
164:14 167:22
168:3 172:16
176:22 181:25
182:4,18
214:11
**correspond**
148:23 161:8
177:10 178:13
**corresponding**
171:14 175:17
183:17
**corresponds**
161:10
**counsel** 3:17 5:24
7:11 117:21
146:13 150:22
151:3,8,15,22
152:5,12,17,22
153:5,11,16,21
154:2,7,14,21
155:4,11,20
156:3,10,17,24
157:7,14,21
186:10 209:15
221:7,12
**counseling** 7:13
**counselor** 42:9
43:6 73:7,24
186:24 211:24
214:21 224:16
**counter** 200:12
**counting** 167:16
**County** 178:11
237:5
**couple** 140:22
197:2 212:15
227:3
**course** 63:23
113:21 121:14
122:3 124:16
135:11,12
220:21 222:6

**court** 1:2 7:22
  8:15,24 225:6
  225:21 226:23
**courteous** 225:22
**courtesy** 73:25
  197:18,19
  198:5 225:2
**courtroom** 8:23
  225:18,18
**courts** 58:5,6
**cousins** 103:10
**cover** 226:25
**covering** 198:10
  227:5
**co-counsel** 3:15
**crazy** 165:18
**create** 75:17 96:3
  129:15 223:6
**created** 74:23
  76:5 87:24
  108:22
**creates** 108:25
  223:3
**creating** 74:25
  96:5
**credibility**
  196:12,16
**credibility's**
  201:2
**credit** 165:15
  208:12
**crew** 139:22,23
**cross** 31:10,14,18
  31:20,23 32:4,6
  32:11,15 33:20
  34:22 35:4
  47:11 48:4 50:7
  50:9,12 53:16
  53:19,22 54:2,5
  63:10 87:16,17
  91:4,7,22 92:7
  92:7,9,25 93:7
  100:9 113:16
**current** 125:5
**currently** 25:6
  53:22 97:7,12
  97:15,18,20,23
  112:19 113:6
  124:11 125:14
**CV-09-5331** 1:9
**C-A-S-T-I-L-L...**
  26:7

**D**

**D** 2:15 236:2

**dad** 30:6
**daily** 99:17 100:2
  105:18 113:7
  113:10,13
  121:7,11
  132:21 136:17
  137:18 143:24
  144:3,18
  145:10 150:4,7
  195:7
**damn** 202:23
**dark** 115:21
  162:14 163:8
  174:21
**date** 175:10,12
  176:18 182:14
  197:6 199:7,7
  224:6
**dates** 160:10
  164:19 166:22
  166:23 167:2,8
  171:2 174:12
  175:16,25
  180:25 181:10
  183:12 187:3
  214:20
**day** 19:17,19
  20:2 51:10
  57:18,20 77:10
  78:5,24 79:13
  83:7 99:15
  100:20 101:6
  101:10,12,18
  102:2,15,16
  103:6 104:8,22
  105:5 112:3
  115:14 144:7
  159:5,15,17
  163:4 168:24
  173:22 178:5,6
  178:10,19
  179:3,3,4
  182:22 191:6
  198:3 199:8,9
  199:11,14
  200:6,21
  201:11 202:19
  207:7 217:25
  223:15,25
  225:7 227:22
  237:20
**days** 72:6 102:17
  102:18,19,19
  102:21 104:11

166:18 167:18
  191:3 194:22
  224:3
**deal** 48:7,9
  192:10,11
**deals** 139:20,21
  139:23
**dealt** 41:13
**December** 64:9
**decide** 146:2
**Def** 117:19,20
  118:4,5 146:11
  146:12,20,21
  150:19,21,25
  151:2,6,7,11,13
  151:14,18,20
  151:20,25
  152:3,4,8,10,11
  152:14,16,19
  152:21,25
  153:2,3,9,10,14
  153:15,19,20
  153:24,25
  154:5,6,10,12
  154:13,19,19
  154:25 155:2,7
  155:9,10,16,18
  155:19,23,25
  156:2,6,8,9,14
  156:15,21,22
  157:3,5,6,11,12
  157:17,19,20
  228:8,9,11,12
  228:14,15,17
  228:18,20,21
  229:8,10,11,13
  229:15,16,18
  229:20,21
  230:8,10,11,13
  230:14,16,17
  230:19,20,21
  231:9,10,12,13
  231:15,16,18
  231:19,21,22
  232:8,10,11,15
  232:16,20,21
  233:8,10,11,16
  233:17,18,21
  233:22,23
  234:8,10,11,15
  234:16,20,21
  235:8,10,11,15
  235:16,18,20
  235:21
**defendants** 1:13

1:20 2:12,18
  227:10
**definitely** 177:9
  181:13 192:7
  201:8
**delivery** 179:10
**demand** 74:2
**depends** 64:7
  65:8,23,23,24
  99:2 115:20,22
  116:3 122:9
**deposition** 3:20
  3:21,24 4:4 8:5
  9:6 20:15 22:2
  22:4 59:19
  60:11 134:4
  198:13 214:24
  226:12,13,22
  226:24 227:15
**describe** 112:3
  128:16 204:6
**describing** 98:21
**description**
  101:14 228:6
  229:6 230:6
  231:6 232:6
  233:6 234:6
  235:6
**destroyed** 208:15
**developed** 92:4
**Development**
  35:7
**dialogue** 81:16
  81:18
**diesel** 198:19,23
  199:19,21,22
  199:24,25
  200:7,13
**difference** 8:23
  174:25 188:20
**different** 5:7,14
  5:19 29:13 60:8
  63:4 64:3 79:20
  81:12,17
  103:23,23
  104:11,11,11
  119:15 123:15
  138:8 170:10
  196:18,20,23
  197:9 198:16
  206:23,24
  218:18
**difficult** 11:22
  15:14 116:23
  220:8

**direct** 42:12
  180:4
**directing** 42:10
**direction** 5:24
  7:10 171:10
  180:5,8
**directions** 5:24
**directly** 70:18
  117:5 124:20
  141:18
**disagree** 124:23
**disciplinary**
  202:2
**disclose** 62:20
**discovery** 124:13
  125:7
**discrepancies**
  77:8
**discuss** 60:23
  74:9 197:7
  202:7 215:6,7
**discussed** 85:22
  145:21
**discussing**
  198:16
**discussion** 19:7
  59:10 100:18
  102:7 133:12
  206:4
**dispatching**
  36:17
**disregard** 171:10
**disrespectful**
  196:22
**disruptive**
  226:15
**DISTRICT** 1:2,2
**DJ** 205:16
**document** 72:12
  77:19,24 86:21
  93:12 106:18
  106:22 111:21
  117:23 121:2
  125:12 128:8,9
  129:8,9,10
  146:15 148:8
  160:23 163:7
  184:12 191:11
  221:4 235:22
**documented**
  128:6
**documents** 9:11
  97:4 98:21
  120:5 124:2,14
  124:19,21

158:4 162:21
  168:19 174:5
  185:22 186:8,8
  221:14,18
  227:6
**doing** 75:10
  79:21 100:6
  104:6 113:12
  148:7 159:16
  171:11 172:6
  173:22 180:21
  187:8 191:14
  193:20 194:20
  194:21 197:2
  217:15,18,21
  218:12,13
  226:14
**dollar** 145:7
**Dominic** 35:21
**double** 149:3
  159:7 168:18
**drive** 103:11
  115:25 198:21
  212:8
**driver** 89:4,9,12
  89:23,25 91:17
  92:5 103:10
  104:22 115:25
**drivers** 71:21
  87:15,16,17,25
  88:6,12 91:3,18
  92:8
**Driver's** 87:3
**driveway** 159:16
**driveways**
  173:23
**duly** 3:3 237:12
**dummy** 207:13
**Dunton** 29:9
  33:24 34:17
  37:9 46:14 47:7

**E**

**E** 2:2,2 3:2 76:21
  228:2 229:2
  230:2 231:2
  232:2 233:2
  234:2 235:2
  236:2 237:2,2
**earlier** 89:19
  93:15,22 114:3
**early** 28:21 43:20
  112:10 168:25
  169:2,4
**east** 205:13

**EASTERN** 1:2
**Edvin** 21:5,7,20
  23:11 135:23
  136:3,16
  141:14 213:19
**EDWIN** 1:5
**Ed's** 159:16
**eight** 70:7,8
  115:14 118:23
  118:25 119:5,8
  119:11,13
  145:15,20
  146:2 171:20
  172:3,4,11,11
  172:13,15,16
  172:19,19
  173:8,11 176:8
  176:9 181:16
  181:18,21
  182:17 183:15
  183:22,24
  184:2,3,10,13
  185:16,18,23
  188:19,21
  209:2,3
**Eighteen** 148:6
  148:12
**either** 6:2 7:7
  77:6 79:18
  80:16 83:7
  84:16 104:25
  105:2 119:23
  120:3 131:21
  136:17 137:18
  142:10 145:9
  150:2,4,7
  159:15,23
  160:25 162:7
  162:17 164:21
  167:17 169:15
  179:9 210:3
**Eleven** 185:15
  217:4
**employ** 11:17
  12:20,22 32:16
  32:21 58:13,23
  63:15 64:8
  65:18 66:2,11
  66:24
**employed** 51:4
  64:15 67:4
  88:24
**employee** 74:20
  97:18 196:14
**employees** 41:3

44:14,14 45:11
  50:22 54:5 55:9
  55:16 56:11
  58:12,22 61:13
  61:14 62:23
  65:12,19 66:2
  66:11 91:21,22
  92:13,17,22,23
  92:25 93:5,7
  94:4 96:4,10
  97:16,19
  111:11 112:17
  112:18 113:19
  114:10,20
  165:13 206:24
  207:23 209:25
**employee's** 164:9
**employment**
  140:20
**ended** 226:12
**enter** 83:3
**entered** 167:2
**entire** 7:18,19
  131:2 178:10
  203:5 224:11
**entirely** 198:7
**entitled** 59:15
  60:2,20 61:14
  61:17 221:5
  235:22
**entity** 63:18
**equals** 172:11,13
  173:11
**equipment** 31:24
  31:25 135:10
  149:11
**error** 195:22,23
**Escalante** 1:6
  22:5,7,10,17,20
  22:23 23:8
  136:9,11,20
  141:22 213:21
  214:11,16
  215:25
**ESQ** 2:6,8,15
**estimate** 48:21
  56:25 57:3
  122:15
**ethic** 102:5
**event** 81:10
**everybody**
  222:17
**evidence** 119:19
**exact** 130:9
  215:19

**exactly** 22:12
  121:12 122:18
  128:5,20 162:4
**examination**
  1:19 3:5 236:4
  237:11,13
**examined** 3:4
**example** 49:2
  82:23
**examples** 36:12
**exception** 42:20
  42:21
**Excuse** 98:12
**Exh** 117:19,20
  118:4,5 146:11
  146:12,20,21
  150:20,21,25
  151:2,6,7,11,13
  151:14,18,20
  151:21,25
  152:3,4,8,10,11
  152:15,16,20
  152:21,25
  153:2,3,9,10,14
  153:15,19,20
  153:24,25
  154:5,6,10,12
  154:13,19,20
  154:25 155:2,7
  155:9,10,16,18
  155:19,23,25
  156:2,6,8,9,14
  156:15,21,22
  157:3,5,6,11,12
  157:17,19,20
  228:8,9,11,12
  228:14,15,17
  228:18,20,21
  229:8,10,11,13
  229:15,16,18
  229:20,21
  230:8,10,11,13
  230:14,16,17
  230:19,20,21
  231:9,10,12,13
  231:15,16,18
  231:19,21,22
  232:8,10,11,15
  232:16,20,21
  233:8,10,11,16
  233:17,18,21
  233:22,23
  234:8,10,11,15
  234:16,20,21
  235:8,10,11,15

235:16,18,20
  235:21
**exhibit** 72:8,9,15
  75:3,4 76:4,14
  77:11,17 78:12
  79:7,10,12,14
  79:23,25 82:20
  82:22 83:12,12
  83:15,24 84:7
  84:25 85:8,15
  85:21 86:15,24
  88:15 90:15,19
  90:20 91:19
  92:11,18 93:10
  94:14,21 95:6
  98:2 100:11
  106:16,23
  107:20,22
  108:4,14,15,16
  108:23,25
  109:14,18,19
  111:19 117:16
  117:17,21,25
  118:3,7,14
  125:10,15
  126:9,11
  145:13,16
  146:9,13,17,19
  146:24,25
  147:5 150:18
  150:22,23
  151:3,4,8,9,15
  151:16,22,23
  152:5,6,12,13
  152:17,18,22
  152:23 153:4,6
  153:11,12,16
  153:17,21,22
  154:2,3,7,8,14
  154:15,21,22
  155:3,5,11,12
  155:20,21
  156:3,4,10,11
  156:16,18,23
  156:25 157:7,8
  157:13,15,21
  157:23,24
  158:5,6,8,10,19
  160:5,6,8,18
  161:12,12
  162:5 163:10
  163:12,13,16
  164:5,6 166:13
  168:6 170:21
  170:24 171:13

171:15,22
  174:8,9,14,18
  175:3,4,14
  176:12,13,15
  176:25 177:2
  181:4,5,6
  182:10,11,13
  183:7,8,9,15
  184:24 186:14
  187:18,21
  188:6,6,24,24
  189:9,13,18,19
  190:3,10 191:9
  192:5 193:9,9
  193:14 194:6
  194:16 195:2,4
  195:11,16,17
  195:18 210:5,6
  210:15,17,21
  210:25 211:5,7
  211:9,12,14,16
  221:3,4,7,9,12
  221:15,20,22
  223:16 228:6,6
  229:6,6 230:6,6
  231:6,6 232:6,6
  233:6,6 234:6,6
  235:6,6
**exhibited** 197:9
**exhibits** 96:6
  150:14 157:25
  228:4 229:4
  230:4 231:4
  232:4 233:4
  234:4 235:4
**exist** 124:22
  129:10
**existence** 35:9,15
  87:24
**expect** 4:7 42:16
**explain** 56:16
  84:13,14 96:14
  96:16 103:22
  106:7 133:2
  138:10 168:21
  172:9 184:17
  184:18
**explaining** 222:2
**explanation**
  84:15
**explored** 227:7
**extent** 46:17
  54:22 58:3
  69:24 80:3
  93:19

**extra** 171:6
  173:13,14
  176:9 177:13
**eyes** 94:2,2

———————

**F**

**F** 237:2
**face** 220:8
**fact** 8:2 95:20
**facts** 7:7
**fair** 60:21 64:8
  114:14 137:20
  143:23 145:8
**Fajardo** 1:4
  16:22,23 17:9
  89:9 126:18,21
  127:4,6,11,15
  127:24 139:9
  141:6 213:7,15
**falls** 4:2
**false** 19:8
**familiar** 15:12
  23:22 26:8 28:3
  135:22 140:14
**far** 100:25 101:2
  164:19 176:18
**fast** 159:24
**fax** 179:9
**February** 132:3
  181:21,22
  182:17
**feel** 75:9
**fell** 217:22,24
**fewer** 131:13
  147:22 162:10
**field** 110:16
**Fifth** 2:5,9
**figure** 104:5
  116:19 120:4
  127:21 150:3
  165:4 181:20
  205:19
**figured** 165:5
**files** 143:6,8,12
**filing** 178:14
**fill** 68:10,20
  79:17 169:2
  178:23,24
  199:5 200:20
**filled** 82:24 83:16
  199:13
**final** 224:25
**find** 85:4,5
  121:18 122:17
  126:5 137:18

201:3
**fine** 77:7 82:9,17
171:11
**fingers** 113:16
220:7
**finish** 74:2
133:23 134:10
**finished** 71:23
72:13 103:5,17
104:8 125:18
132:15 134:4
158:2 170:15
170:17 186:11
**finishing** 73:25
**fire** 41:3 113:24
114:2 203:24
204:2,3
**FIRM** 2:17
**first** 3:3 16:5
42:15,19 49:14
69:16 88:14
89:21 92:10,15
92:22 112:2
118:4,6,21
126:11 139:15
140:22 145:16
146:20,24,25
147:9 148:23
158:9,18 160:7
161:4,13,14,22
162:12 163:5
163:18 167:5
168:6,12
170:23,25
171:14,22
172:2 174:9,11
174:17 175:5,6
176:16,17
181:12,18
183:18,20,23
185:23 187:22
193:11,12,14
194:4 195:5,6
195:18,20,21
201:12 211:8
211:15 221:20
224:5,8,11,12
**fit** 182:22
**five** 55:18 112:12
115:24 159:20
159:21,22,22
166:18,19,20
167:18,18,19
168:16,17
220:19 223:13
224:5,8,11,12

227:8
**five-minute**
37:18 67:22
**Fleet** 221:5
222:25 235:22
**Floral** 1:15
**flustered** 212:14
**follow** 12:11
84:17
**following** 81:12
81:16 84:17,18
169:12
**follows** 3:4
**fond** 101:22
**forget** 115:5
192:16 203:21
**forgot** 78:5
192:10,11,11
**form** 4:21 9:7,16
10:18,22 11:6
11:14,18 13:11
14:14,20 16:12
16:19 28:16,22
29:15 30:2,13
30:19 31:15
32:7,12 33:7
37:14 38:15,20
39:6,12,21 40:4
40:10,21 41:5
41:14,19 43:14
44:3,9,16 45:7
45:17,23 46:5
46:15 47:4,8,13
47:18,24 48:11
48:16,23 49:4
50:19,23 51:5
51:12,23 52:7
52:12,22 53:5
53:10 54:13,20
55:5 56:2,8,21
57:11,23 58:9
61:16 63:16,24
64:5,10,16,21
65:5,13,20 66:4
66:12,21,25
67:6,15 68:5,11
68:16,22 69:4,9
69:11 70:13,19
70:24 71:11,16
72:17,18,19
73:3,16 75:22
76:6 77:24
78:12,13 80:2,6
82:21,22,23
83:17,25 84:8

84:10,23 85:9
85:16,23 86:6
87:7,8,10,13,20
87:21 88:3,4,10
88:25 90:6,6,8
90:19,21,23
91:8,23 93:17
94:3,5 95:7,9
96:12,24 97:5,9
98:3,4,15
100:21 101:7
101:19 102:4
102:23 103:7
103:18 104:15
105:13,20
107:8,11,21
108:23 109:23
110:13,21
111:12,23
112:5 115:10
116:9 117:2,7
117:11 119:17
123:20 124:12
125:17,20
127:17 128:13
128:22 129:15
129:18 131:4,9
132:9 143:7,14
143:20 144:5
144:13,20
145:3,11
155:15 159:3
161:23 171:16
183:4 185:24
191:23 200:16
204:8 216:7
218:19
**format** 90:21
**forms** 68:9,15
74:23 75:2,18
76:3,4,4,5,9
78:19,22 80:6
82:24 84:6,20
85:8,14 87:18
87:24 90:4,5,7
90:15 91:3,20
91:20 93:15,21
95:5,8,21 96:6
98:21 103:23
108:22
**forth** 237:12
**Forty** 188:2
189:17
**Forty-three**
211:6

**forward** 20:6
82:18
**four** 4:3 94:2
112:21 115:6
127:22 184:3,3
189:19 220:19
227:9
**frame** 63:22 86:2
110:7 114:21
121:5
**frames** 78:15
130:9 176:17
**FRANCIS** 2:8
**fraudulent**
189:25
**free** 60:22 75:9
**Friday** 169:4
225:25
**front** 8:24 118:21
169:19 170:6
180:25 187:18
220:8 223:20
**fuel** 197:3,5
198:19,23
199:8,10,20,21
199:22,24,25
200:7,14,23,24
201:11,20
202:20
**full** 81:25
**funny** 194:25
**further** 105:18
237:15

_____
**G**
**Galeano** 1:6
23:20 24:6 89:4
89:8 136:22
141:25 213:23
**gallon** 200:19
**gallons** 199:6
200:10,10
**gap** 116:17
**garage** 99:24
121:21,23
**Garcia** 1:4 17:16
17:23 18:5
130:2,6,13
139:12 213:9
**gas** 199:11,13,19
**gather** 116:7,18
**gathering** 83:15
**geez** 31:8
**gem** 194:25
**general** 82:21

112:3 222:16
**generally** 63:14
63:20,22 66:11
**generated** 72:5
219:18
**generous** 224:19
**gestured** 70:5
**gestures** 8:16
**getting** 59:21,24
172:19 222:17
**give** 36:12 37:5,6
46:20,25 49:2
56:13 62:25
72:3,4,7,18
73:25 77:16
78:25 79:13
86:14 93:21,23
101:9,13
112:22 114:21
122:16 123:5
123:10 126:2
126:14,17,20
127:4,14 130:2
130:5,16,20,23
131:16 134:15
135:16,19,23
136:3,8,11,22
137:5,12,24
138:11 142:7
142:17,19
145:7 165:14
177:22 179:2,2
180:5 185:6
201:25 208:11
215:3 217:19
225:8,12,22
226:16
**given** 6:13 81:10
83:2,23 90:21
91:4,18 126:6
145:9 157:23
180:8 219:13
224:24 237:14
**giving** 60:21
62:24 73:2
**glad** 73:14
**globally** 216:23
**go** 12:4 65:3 79:5
81:21 84:13
93:13 95:15
100:4,7 116:2
117:5 124:24
127:3 144:7
145:13 150:15
157:25 160:2,5

162:7 168:23
170:9,12,17
171:8,12 172:3
174:25 175:18
176:14,24
182:11 185:2
185:11,17
186:16 187:6
187:14 191:17
197:22 199:18
205:15 208:5
208:25 209:23
212:20 218:9
219:14 223:7
224:13,17
225:2,25 226:2
226:20
**going** 4:4,5,6
6:15,25 12:2,14
12:15 15:24
16:16 37:21
42:18 72:7
73:22 74:3,4
77:16 79:12
81:7,19 82:14
86:14 100:19
102:9 106:15
107:10 111:18
116:3,8 117:15
122:11 128:3
132:8 134:3,11
144:4 158:5
160:16 167:5
169:10 172:21
174:24 181:19
184:23 185:2,6
191:25 199:15
205:16,20
207:12,19,20
211:2 218:9,10
218:11,12,13
221:2 222:9
224:17 225:15
225:17,21
226:3,4
**Goldberg** 2:4,6
3:5,13 5:5,9,16
5:23 6:6,16 7:2
7:10 9:20 12:2
14:25 15:12,22
16:4 19:18,23
20:10,17 37:17
42:4,19,24 43:4
52:15,18 57:5
58:2 61:9 62:7

62:16 63:19
67:21,24 69:15
70:8 72:25
73:12,20,23
74:11,13 75:4,9
77:2 80:11,16
80:20,24 81:3
81:10,15,22,24
82:4,6,11,14
87:6 91:13
92:15 98:9
100:17 105:25
107:22,25
111:7 117:15
118:3 124:16
125:19 132:15
132:19 133:7
133:11,23
134:6,9,14,17
142:20 146:8
146:19 150:13
150:17 163:16
166:7 170:14
170:19 172:17
186:4,25
187:10 191:7
191:13,25
197:20 198:9
206:18 209:12
212:6 214:23
215:7,12
216:13 220:14
221:2,8 225:5
226:21 236:4
**good** 3:11,12
57:8 60:5
100:16 103:12
103:13 221:19
**goodness** 179:6
**gotten** 129:3
**GPS** 214:15,19
215:14 216:6,9
216:10,16
217:7,10,17,18
217:19,25
218:2 219:19
219:25 220:20
220:22 222:2,3
222:18,21
**graciously** 215:9
**Grading** 194:21
**grants** 226:4,6
**grease** 147:15
149:4,8,9,11,13
158:24 159:7,8

160:14,21
167:16,16
168:17 173:13
**great** 60:6 190:9
**guess** 46:24
161:16 164:9
166:15 174:3
205:11 217:24
**guessing** 204:23
**guiding** 7:13
**guy** 78:5 110:16
113:4,4 114:6
115:5 123:22
139:15 159:16
179:13,18
192:24 204:4
**guys** 105:4 114:5
114:13 139:25
165:14 169:4,5
182:21
**guy's** 217:22
**G-A-L-E-A-N-O**
23:21

**H**
**H** 3:2 228:2
229:2 230:2
231:2 232:2
233:2 234:2
235:2
**Hagstrom**
116:21
**half** 70:7,8 99:15
114:16,16
127:22,22
160:13,21,25
163:4 164:10
165:6,8,9,9,16
166:19,20,21
167:15 168:13
168:16,17
175:19 177:13
181:2,16
183:16 184:13
185:15,16,18
185:19 188:3,3
188:5,16,19,21
190:8,22
195:25 197:25
215:3
**hand** 67:18 70:17
70:23 78:19
85:2,3 87:15
92:8 99:10
148:23 161:7

170:3 179:9
237:20
**handed** 69:20
70:12 82:25
**handing** 60:12
72:11 77:18
86:16 93:11
106:17 111:20
117:22 125:11
146:14 157:22
221:13,17
**handwriting**
77:14 119:2
147:10,11
161:4,5,21
163:2,9,22,24
164:2 168:2,4
171:23 174:17
175:8 176:2,23
177:7 180:25
181:12 183:20
187:19,22
188:9 189:3,5,8
189:10,15,22
190:6,14 194:8
195:13 210:8,9
210:20 211:11
211:19
**handwriting's**
163:21
**handwritten**
68:21 70:2
129:4 162:11
169:19 170:2,3
**happen** 42:18
83:5 168:11
218:13
**happened** 77:9
84:5,13 119:23
162:6 196:15
198:22 201:13
205:6
**happens** 182:20
206:23
**happy** 74:9 220:4
**harass** 60:19
**harassment**
61:16
**hard** 95:21
121:19 135:4
148:15 165:14
165:15
**hats** 135:4
**head** 192:15
193:8 206:3

**hear** 220:9
**heat** 165:17
**held** 1:21 227:16
**Helene** 1:11 2:13
9:13 29:21 30:7
30:11 34:22
37:10,12,23
38:13 39:5,10
39:19,25 40:2
41:10,12 43:24
43:25 45:3,5,10
45:15,21 46:3
47:11,21 48:3
55:25 56:7
75:20 76:17,19
76:20,21,24
78:8 110:17
147:20 169:3
179:15
**help** 12:7 15:24
32:10 44:23
48:19,21 52:2
97:21 98:19
107:15 176:19
180:6,6,9,10,12
180:13,13
182:23 184:14
**helped** 49:3
105:9
**helps** 37:16
**hereinbefore**
237:12
**hereunto** 237:19
**hey** 85:3 100:8
105:4 169:7
**highlighting**
116:21
**Highway** 2:14
**hire** 40:19
**hold** 19:3 54:20
57:2,2 66:3
215:5 224:20
224:20
**holds** 199:6
**holiday** 191:2
**home** 198:21,24
199:10 208:15
208:19,21
209:5 222:8
225:25 226:2
**honest** 16:14
101:10
**honestly** 64:18
101:9 126:22
**hope** 61:6,6

124:3 144:15
144:19,24
149:24 179:6
217:14
**hopefully** 96:3
135:13
**hoping** 113:15
**hour** 83:7 99:15
99:15 149:2,3
160:13,21,25
163:4 165:6,7,9
165:9,16
168:13 171:6
173:12,14
177:17,19
188:4 197:25
197:25 215:4
**hours** 4:13,16
38:13 44:14
45:5,6,10 68:4
68:10 69:10
71:15 72:6
75:21 76:17
77:5 91:6 98:3
98:22,25 99:5,8
101:11 105:12
105:19 106:11
119:13 120:10
123:23 128:15
129:2 143:19
145:24 146:2
147:15,16,16
147:22,23
148:5,6,10,12
148:18,19,22
149:2,3,4,15,20
159:4,6,7,9,11
159:13,18,24
160:10,13,15
161:2 162:3,10
164:3,11,25
166:19,20,21
167:10,14,18
167:19 168:16
168:17,17,18
171:20 173:6,8
173:11,15,17
173:19,19
174:2,19,25
175:18 176:8,9
177:6,13,15
181:2,16,21
182:2,4 183:16
184:7,10,11,22
184:25 185:3

185:12,20,20
188:2,3,5,11,14
188:15,17,22
189:17,17,25
190:8 191:5,22
192:9,13
194:12,12,25
195:25 197:17
197:21,22
210:12 214:24
226:13 227:2,4
227:15
**house** 121:22
194:18,20,23
197:3,5 217:3
222:10
**hundred** 25:7
88:2 91:2
112:24 199:6
200:9 204:24
**hundreds** 227:6
**husband** 30:10
30:16

**I**
**Ian** 2:8 3:15 22:2
22:4 61:3
**idea** 32:17 52:25
55:19 57:13
58:16,20 59:6,8
59:25 61:18
75:19 88:23
92:24 93:3
97:25 108:24
110:3,6,7
**identification**
117:21 146:13
150:21 151:3,8
151:15,21
152:5,12,16,21
153:4,11,16,21
154:2,7,14,20
155:3,11,20
156:3,10,16,23
157:7,13,21
221:6,12
**identified** 106:23
168:2
**identify** 92:17
118:6 161:13
161:18,19,20
161:25 163:13
163:15 164:6
170:23 174:9
174:13 175:5

175:13,20,23
176:16 177:2
183:10,13
193:11
**imagine** 28:8
45:13 76:16
97:17 109:25
175:8 194:5
**imagining** 175:9
**impair** 4:19,25
6:11,12
**impasse** 62:6
**imperfect** 12:8
**implement**
111:10
**important** 7:17
7:22,24 8:14,16
124:20 211:4
**inability** 198:12
**inaccurate** 19:20
67:19
**inappropriate**
5:25 7:11,14
73:2
**incapable** 186:21
227:14
**incident** 201:17
202:2,5,11,14
202:17 203:11
203:14,24
204:14
**including** 91:20
**inconsistent**
67:20
**incorporated**
49:8,10,14,22
50:7,10,13
**incorrect** 7:15
**incumbent** 12:10
**indicate** 120:6
158:2 188:17
191:9,14
**indicated** 81:3
89:19 93:22
110:14 174:4
188:21
**indicates** 166:17
175:15
**indicating** 20:12
72:4 79:6 83:4
83:9 94:20
99:17 120:9
121:9 126:7
149:7 171:5
204:11

**indication** 81:7
**individual** 16:10
84:11 118:10
182:25
**individuals** 11:17
12:19,22 32:15
32:22 40:19
54:17 63:15
64:9 88:17
92:10 93:4,5
112:23 178:7
**Industries** 31:10
31:14,18,21,23
32:4,6,11,16
33:20 34:23
35:4 47:12 48:5
50:7,9,13 53:17
53:20,23 54:3,6
63:10 87:16,17
91:4,7,22 93:2
93:8 100:9
**inform** 71:22
**information** 6:14
7:20 95:6,17
107:8 108:16
178:20 187:13
**informed** 208:6
**Initially** 92:3
**input** 38:13 45:3
45:5 75:20
76:18
**inputting** 44:13
**inside** 202:9
**inspector** 178:24
**inspectors**
103:25 177:22
177:23 178:9
**install** 216:16,18
**installed** 202:25
203:21 214:15
214:18 215:15
216:6,10,19,20
220:23
**instance** 217:19
**instruct** 42:5
74:4 85:14
**instructed** 69:2
**instructing** 86:5
**instruction** 73:2
**instruments**
135:5
**insufficient**
226:8
**insulted** 187:2
**insulting** 172:17

**intent** 59:6
**intentionally**
76:23
**interested** 237:17
**interjection** 82:2
82:4
**invalid** 162:17
**investigate** 85:5
**involved** 91:5
**involvement** 37:3
**Island** 31:10,14
31:18,20,23
32:4,6,11,15
33:20 34:23
35:4 47:12 48:4
50:7,9,13 53:17
53:19,22 54:3,6
63:10 87:16,17
91:4,7,22 92:7
92:9,25 93:7
100:9
**Island's** 92:7
**Isle** 159:16
**Islip** 178:11
**issue** 74:8 78:9
83:6 84:10
176:11
**issues** 205:15
**Is's** 163:24

---
**J**
---

**January** 132:3
**Javier** 1:5 21:2
135:19,22
141:9,12,13
213:17
**Jefferson** 3:9
**Jericho** 2:19
**Jersey** 204:13
**JoAnn** 1:22 6:6
14:25 73:4
74:13 98:9
105:25 117:15
186:4 206:19
237:8,22
**job** 6:23 60:2
77:9 84:12
100:5 101:6,11
101:11,12,12
103:13,25
116:5,8,25
117:6 119:12
119:14,22
144:8 146:6
148:3 160:16

162:18 178:4
180:12 183:25
196:2 208:25
209:3 212:14
217:19,21
**jobs** 11:16 71:18
72:6 100:19
103:20 104:6
113:7,10,12
116:5 119:13
120:15,16
122:9,10,11
138:6,7,9
149:18 171:21
177:23 184:5
198:21 206:16
208:8 226:9
**Joe** 179:16,17
**JOHN** 1:12
**joined** 22:2
**Jose** 1:5,6 18:8,9
26:5,21 89:25
90:3 130:16,19
137:5,16
142:11 213:11
214:3
**jot** 98:17
**journal** 121:11
**Juan** 1:6 26:24
27:2,5,11,12
137:12,21
142:14 214:5
**judge** 61:20
226:4,6
**judgment** 4:19
**July** 65:12
151:18 206:8
229:13 237:20
**jumped** 133:24
**June** 1:16 201:10
206:8
**justify** 162:8

---
**K**
---

**keep** 67:17 69:10
71:14 84:20
85:7,14 86:5
95:5,7,21 99:16
100:2 104:17
104:17,23
105:11 109:15
110:2,4,8 124:2
132:5 143:6,12
166:6 179:5,11
179:12 202:8

207:19,20
224:17 225:14
**keeping** 39:19
103:25
**keeps** 113:4
**kept** 67:14 78:22
86:9,11,13
96:22 109:4,8
111:11 124:6
143:19 144:9
**Kevin** 1:6 23:20
24:6 88:19,21
88:24 89:4,8
92:21 136:22
137:2 141:25
213:23
**kids** 101:22
226:2
**kind** 110:16
112:16 113:15
143:8
**knocked** 217:23
**know** 7:19 8:14
9:24 10:6 13:18
14:12,18 15:8
15:14 16:10,17
16:22 17:8,9,16
17:23 18:8,10
18:23 19:2
20:23 21:2,5,20
21:23 22:5,16
22:20,23 23:2,5
23:14,20,23
24:2,6,8,9,17
25:9,10,18,21
25:23 26:3,5,9
26:12,15,24
27:4,8,14,16,18
27:21,23 28:2,6
28:9,12,14 29:6
29:17 34:13
35:16,21,23
36:9,20 37:10
39:9 41:9,10
42:3,7,14 44:12
46:12,25 47:2
47:10,20,21
48:2,3,6,19,25
49:23,24 50:21
50:21 51:9,19
51:21 55:22,23
56:5,10,15,18
56:18 59:2,3,18
59:19,22 60:5,8
60:14 63:3

64:19 65:15,17
66:18,23 67:19
68:19 69:7 70:2
70:16 71:13,22
71:25 72:2
74:24 75:16,17
76:12,13,22
77:10 78:8,8,14
78:14,21,22
81:6 83:21
84:18 85:4,5,12
85:13 86:2,3,9
86:11,13 88:21
89:8,21 90:3,18
92:5 94:2 95:12
95:15,19,22
96:7,8 97:2,6
97:22 98:18
99:25 102:18
102:18,19
103:5,10,11,14
105:4,5,5,6,15
108:5,8,13,22
108:25 110:10
110:15 111:6
114:6,8,17
115:20 117:14
119:21 121:5
121:25 122:12
122:13 123:16
124:4,6,9,14
125:8,9,23
126:4,12,16
127:10,11
128:15,15,20
128:24 129:25
130:9,18
131:10 132:2,3
132:3 135:4,8
135:12 136:18
137:2,3,4 138:4
143:10,16
148:17 160:4
160:22,24
161:16,22,22
161:23 162:7
162:14,19,23
163:2 164:24
164:24 165:12
166:19,25
167:3 168:11
172:18 173:13
174:22,23
175:8 176:10

178:15 183:5,6
186:7,21
191:13 192:13
192:19 193:7
194:2,3 196:4,7
198:5 199:3,13
200:7,10,11
201:15 204:25
205:2,18 206:3
207:6 212:21
212:21 216:20
217:14,22
218:6,7,24
221:16 223:9
223:10,15
224:12 226:6
**knowing** 172:7
**knowledge** 49:21
50:16 69:14
70:15 79:16
83:14 174:7
**known** 127:15
**knuckleheads**
165:7

_____
L
**L** 1:5 3:2
**laborer** 27:15,20
**larger** 61:18
**late** 60:16
**Lauren** 2:4,6
3:13 60:12
185:17
**LAW** 2:4,17
**lawsuit** 121:15
122:3
**leather** 121:25
**leave** 19:8 20:13
196:18 199:25
222:10
**leaving** 80:25
**led** 139:14,16
**left** 88:20 172:4
209:15 217:3
222:24
**left-hand** 92:11
173:7 179:21
**legally** 146:7
**Lerly** 1:6 24:9,20
24:23 25:4,13
25:16,18 89:12
89:19 94:16,23
106:25 118:11
118:18 120:6
122:7,16 123:5

123:19 130:7
136:4,13 142:4
145:22 151:10
151:17,24
152:7,24 153:7
164:9 166:16
173:7 174:15
175:7 213:25
229:7,12,17
230:7,18 231:7
**Lerly's** 163:22
**letter** 119:7
**letting** 60:14
198:5
**let's** 43:3 146:8
150:17 160:5
164:5 181:4
207:19 221:20
224:21
**level** 20:3 172:14
**license** 212:24
**lies** 201:3
**light** 203:3
**liked** 134:10
**likes** 41:25
**limit** 60:18
**line** 60:20 61:8
160:3 169:17
182:14,16
**lined** 70:5
**list** 55:4
**listed** 49:20
88:18 92:10,13
92:18,22 93:4
162:11 223:16
**listen** 6:17
172:21 185:7
**literate** 95:20
**little** 11:22 15:17
60:16 101:2
106:6,7 133:3
165:15,18
172:22,23
212:4 219:5
223:23 224:19
**LLC** 31:11
**loan** 126:24
**loans** 126:23
**Local** 25:22
**located** 28:25
33:20 34:5,16
37:8 46:14
162:19
**location** 29:11
34:3,6,11,14,18

217:8
**locations** 72:6
122:4 124:18
**logical** 84:15
**long** 6:13 21:14
22:13 23:2,15
24:17 25:4,10
26:15 27:8 28:9
34:13,18 35:15
36:3 96:22
110:2,9 137:3
203:19 223:9
**look** 41:24 64:19
72:10 88:14
107:19 118:21
120:4 121:18
122:4 123:9,16
125:10 127:25
128:2,3,4
130:10 147:9
147:10 149:5
158:18 160:4
161:2 165:2
169:14 170:21
173:12 174:8
175:3 176:12
180:22 181:4,5
181:20 182:10
182:16 183:7
184:14 186:14
187:21 188:6
188:24 189:2
189:13,18,20
190:3,10,13
193:9 194:6,16
195:2,10,16
201:2,3 203:8
203:13 205:2,4
210:7,15,25
211:2,14,18
218:2,5,9
221:15,20
224:13
**looked** 36:14
121:13 203:16
218:7 222:9
**looking** 90:19
91:19 94:14
159:20 163:3
166:14 182:13
184:24 218:8
218:10 223:18
226:19
**looks** 106:25
108:8,13 109:2

118:8 128:21
148:19 159:18
163:14,21
164:13 166:18
167:9 175:6
176:13,17,20
176:21 193:12
194:24 195:6
195:21 221:25
**loose-leaf** 70:3
**lose** 226:8
**lost** 81:25
**lot** 65:25 66:10
99:6 172:6
177:22 197:5
204:12 217:6
226:7
**Lou** 6:16 23:14
207:18 224:20
225:20
**Louis** 1:11,19
2:13 3:7 4:1 5:1
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1,10 32:1,18
32:21 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1

103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1

213:1 214:1
215:1 216:1
217:1 218:1
219:1 220:1
221:1 222:1
223:1 224:1
225:1 226:1
227:1,19
**love** 182:12
186:13
**low** 182:21
**lunch** 100:15
111:7,9 163:4,6
165:7,9,13,17
165:20,22,22
165:24 166:2
167:17 168:14
195:25 197:21
197:25 198:2
227:2,11,12
**lunchtime**
162:15,16
**lying** 9:3 127:9
**L&B** 35:6

_____
M
**machine** 149:13
**magistrate** 60:23
61:5 74:10
**making** 169:16
193:21 225:6
**man** 51:16,25
54:4 113:4
179:20,21
193:2 217:13
**managed** 50:17
**management**
45:21 46:3
221:5,10
222:25 235:22
235:24
**manager** 51:11
**Managerial** 46:8
**manner** 44:7
47:16 61:10
73:10
**manuals** 135:9
**maps** 116:19
**March** 64:9
**Marcos** 1:7 28:2
28:12 92:20
137:24 138:3
142:17 214:7
**Mario** 92:20
**mark** 117:15

119:6 146:8
150:14,17
221:2,8
marked 72:8,15
77:17 79:14
86:15,23
106:15 111:18
117:20,25
146:12,17
150:21 151:2,7
151:14,21
152:4,11,16,21
153:4,10,15,20
153:25 154:6
154:13,20
155:3,10,19
156:2,9,16,23
157:6,13,20
221:6,11
marriage 237:17
Martinez 1:5
18:8,9 89:25
90:3 130:17,19
213:11
material 116:2
materials 197:13
197:13 198:17
207:4
math 165:12
168:13 172:6
mathematical
167:20 172:15
172:18 195:22
195:23
matter 3:14 7:8
48:22 49:3
237:18
matters 45:16
48:7,9
maximum 64:14
Maynor 1:4
16:22,23 17:9
89:9 126:17,21
127:4,6,11,15
127:24 139:9
139:16,16,16
139:18 140:2
141:6 213:7
McEvilly 51:14
52:20 53:2,15
53:16 54:8,12
55:4 72:18
78:20,25 79:13
85:7 86:5 91:5
93:15 202:16

McEvilly's 51:22
mean 11:8 48:15
50:21 94:6,7
122:9 125:8,23
139:18 162:13
167:25 168:12
176:10 184:3
192:17 197:11
204:11 209:6
212:4 218:21
Meaning 100:11
means 6:16
182:19
meant 9:20
measure 46:19
measuring 135:4
mechanic 113:3
149:11
mechanism
219:15
Medford 29:9
34:2 37:9
medication 4:12
meet 116:4
205:14,14
memorize 98:18
memory 98:19
144:9 201:23
memory's 99:6
men 72:5 82:25
83:21 218:11
Mendez 1:5
18:10,20,23
20:18,20 23:17
130:21,24
131:16,20
140:2,3,5,17,24
143:3 153:13
154:4,9,11,16
154:18,23,25
155:6,8,13,15
155:17,22,24
156:5,7,12,14
156:19,21
157:2,4,9,11,16
157:18 181:10
183:14 185:2,3
188:11 193:12
194:5 197:8
198:16 201:25
202:4 204:15
204:21 205:8
206:13 209:18
210:2,12

212:25 213:13
214:10 215:22
231:12,15,18
231:21 232:7,9
232:12,14,17
232:19 233:7,9
233:12,15,17
233:20,22
234:7,9,12,14
234:17,19
235:7,9,12,14
235:17,19
Mendez's 195:7
195:21
mens 178:21
mental 103:12
mentioned
106:10 122:4
204:5
Mercedes 217:22
217:24
mid 28:24 49:13
middle 16:6
77:11 118:24
133:21 145:15
147:10 158:20
159:10 170:3
177:7 180:21
182:14 188:8
189:2,3,5,6
190:14 194:8
195:13 201:9
206:5 210:8,20
211:19
Miller 173:22
mind 14:25
69:15 91:13
98:9 105:25
186:4
mine 163:25
minimum 197:22
minus 171:20
185:16,18
minute 9:17
16:16 128:10
172:10,10
180:18 215:5
216:25
minutes 165:16
170:19 197:17
215:10 216:24
216:25 224:24
225:2,23 226:5
226:16,18
227:8,9

mischaracteriz...
69:23 144:21
mispronouncing
15:23
missed 177:20
missing 83:7,7
127:21 160:15
162:9 163:4
197:12 204:17
204:18
misstating 19:24
mistake 84:15
93:25 107:22
169:7,8
mistakenly
166:25 167:2
167:12
mistakes 167:20
models 212:4
moment 219:4
219:13
money 129:2
205:20 217:16
226:8
monitor 201:11
201:14 217:10
month 34:21
83:24 84:2 99:8
102:20 205:25
months 63:14,21
63:23 65:18
66:10 127:21
196:11
morning 3:11,12
60:16 61:12
101:13 112:10
115:19 116:8
168:23,25
169:2,4 212:25
Mother 64:7
move 61:22 62:3
81:21,21 82:10
82:18 103:12
113:16 166:11
211:5
moved 80:20
moving 82:7
multiple 72:20
91:9,24 93:18
100:19 200:20
municipalities
103:24 177:24
178:18

_____
N
_____

N 2:2 236:2
name 3:6,13
15:16 16:5,6,7
16:10 20:23
21:2 23:20 26:6
29:14 76:19
88:19 92:8
127:12 162:19
212:17
names 15:14,14
15:19 31:5
88:17 92:11,12
112:22 114:19
115:7 209:17
209:25
narrow 59:15
60:3 123:2
narrowing 59:17
nature 64:7
132:9
need 7:21 39:17
54:7 72:9 86:19
100:8 114:6
157:25 170:19
182:11 192:19
199:9,12 215:7
needed 51:9
180:10,13
needs 48:18
180:6,9
negative 42:18
neither 43:2
Nelson 1:4 9:24
10:10 13:9
14:18 138:24
212:16,18,20
never 88:9,12
141:18 142:9
149:13 163:15
163:20 165:21
new 1:2,15,23
2:5,5,10,10,14
2:20 3:9 29:9
132:3,4 133:4,9
133:14 204:13
209:11 237:4,9
newer 220:24,25
nice 204:4
nicely 41:8
nine 63:21
147:16 148:6
148:20 149:2
162:4 208:9,18
nods 8:16
Noe 1:6 24:9,20

24:23 25:4,13
25:16,18 89:12
94:16 117:18
120:6 122:7,16
123:19 142:4
145:22 146:10
147:2 150:19
150:24 151:5
151:10,12,17
151:24 152:7
152:14,19,24
153:2,7,9
158:11 160:19
162:3 164:10
166:16 174:12
175:7 228:7,10
228:13,16,19
229:7,9,12,17
230:7,12,15,18
230:20 231:7,9
Noe's 158:25
160:11 164:16
nonargumenta...
61:10
nonunion 67:4
122:12
normally 181:22
North 29:9 33:24
34:17 37:9
46:14 47:7
159:16
Notary 1:23 3:3
227:23 237:8
notation 77:12
174:6
note 43:4 70:4
98:24 99:5,7
103:12 119:15
120:13 144:25
224:18
noted 42:4 118:4
227:17
notes 60:11 75:9
98:20 99:10,12
99:16,22
105:11,17,19
105:23 106:10
143:19 201:16
201:19 205:3,4
205:5
notice 1:22 60:21
noting 103:16
104:7,13
number 27:16
59:17 60:4,5

61:19 64:14
118:23 119:10
119:15 122:20
123:12 147:22
148:13,22
159:9,11 164:2
164:23 171:25
173:25 181:18
184:7 190:19
192:16 208:8
208:18 223:13
228:6 229:6
230:6 231:6
232:6 233:6
234:6 235:6
**numbers** 66:16
66:18 75:25
148:16 161:7,8
167:13,25
168:5,20 172:7
177:14 182:2,4
187:25 196:4
202:24

**O**

**O** 3:2
**oath** 6:16 7:2
8:19,20 9:3
29:5 76:11
90:12,16 96:17
127:8
**object** 54:20 55:5
66:4 72:19 73:3
73:10,13 80:2
87:10 107:10
125:20 127:17
132:8 144:4
159:3 191:7
199:15
**objected** 132:16
**objection** 4:21
5:12,25 7:12
9:7,16 10:18,22
11:6,14,18
13:11 14:14,20
16:12,19 19:18
20:10 28:16,22
29:15 30:2,9,13
30:19 31:15
32:7,12 33:7,10
37:14 38:15,20
39:6,12,21 40:4
40:10,16,21
41:5,14,19 42:4
43:14 44:3,9,16

45:7,17,23 46:5
46:15 47:4,8,13
47:18,24 48:11
48:16,23 49:4
50:19,23 51:5
51:12,23 52:7
52:12,22 53:5
53:10 54:13
55:21 56:2,8,21
57:11,23 58:9
58:14,18,24
59:4 61:9 63:16
63:24 64:5,10
64:16,21 65:5
65:13,20 66:12
66:21,25 67:6
67:15 68:5,11
68:16,22 69:4
69:11,12,22
70:13,19,24
71:11,16 72:25
73:8 74:16
75:22 76:6,7,15
83:17,25 84:8
84:22 85:9,16
85:23 86:6
87:21 88:4,10
88:25 89:6 90:8
90:23 91:8,16
91:23 93:17
95:9 96:12,24
97:5,9 98:4,5
100:21 101:7
101:19 102:4
102:23 103:7
103:18 104:15
105:13,20
107:21 109:6
109:23 110:5
110:13,20,21
111:2,12 112:5
115:10 116:9
117:2,7,11
119:17,18
123:20 124:12
125:17 131:4,9
134:12,16
138:12 141:20
143:7,14,20
144:13,20,21
145:3,11 146:4
167:23 169:21
171:16 183:4
185:24 191:23
200:16 204:8

209:20 215:16
216:7 218:19
**objections** 61:23
**obligation** 7:3
200:4
**obtain** 75:25
**obviously** 20:12
114:7 166:25
167:2 175:7
**occasion** 56:23
56:24 67:18
117:12 218:2
**occasional** 37:5,6
**occasionally** 4:2
30:16 32:9
34:24,25 40:13
40:18 48:13,14
54:16 57:9,15
57:17 67:18
68:25 69:19
83:21 143:21
217:11,11,12
220:2
**occasions** 115:17
193:23
**occurred** 70:10
201:4 203:14
203:17
**office** 46:13 47:3
47:5 86:12
100:7 112:11
121:22 178:14
179:16 199:5
201:6 218:17
219:3
**officer** 8:25
**offices** 2:4 47:6
**Oh** 31:8 126:19
128:18 130:22
136:24 139:11
140:6 141:2
165:3 170:16
177:25 178:3
179:6 180:11
186:12 208:15
212:19 217:9
**oil** 198:24
**okay** 6:20 7:8,9
16:4 38:25 59:9
62:4 73:11
76:25 86:22
89:17 103:12
103:13 106:21
109:20 111:22
125:13 145:14

165:8 168:22
172:11 173:2,8
176:13 180:17
185:11,11
199:23 200:3
216:15 224:22
**old** 55:13
**once** 71:2,4,9
77:5 78:4 95:15
99:5,8,23
122:17 123:24
141:5,7 143:5
183:25 193:25
193:25 218:6
**ones** 87:5 115:2
121:25 170:2
212:10
**online** 219:14,16
223:7
**open-ended** 12:7
**operate** 140:11
**operating** 64:13
**operations** 51:11
**operator** 26:2
89:20
**opinion** 197:9
**opportunity** 8:4
117:24 146:16
**orally** 8:17
**order** 100:5
138:8
**organized** 99:23
179:18
**Osmar** 1:5 20:23
135:16 213:15
**OT** 147:16
158:24 159:6
162:4 177:6,15
187:23 189:11
**outcome** 237:18
**outside** 215:6
**outstanding**
124:19
**overly** 135:21
**overpaid** 164:22
**oversee** 50:22
52:5
**overseeing** 91:5
**overtime** 27:23
105:4 148:19
148:20 159:18
167:10,14
177:17 188:4
189:17 190:5
194:24

**owed** 164:22,25
165:10 169:15
176:8 177:18
181:21 182:17
182:25 205:20
**owner** 31:20 33:4
33:12 36:23
50:4,5
**owners** 10:25
49:19 206:23
207:24 209:18
**ownership** 49:15
49:24 50:12
**owns** 30:6,10
33:14 36:20
192:24
**Oyster** 217:21
**O'Loughlin** 1:23
237:8,22

**P**

**P** 2:2,2 88:15,16
153:7 154:9,17
154:23,24
155:6,14 156:5
156:12,13,19
156:20 157:9
157:10,16
221:11,11,11
231:8 232:7,13
232:17,18
233:7,13 234:7
234:12,13,17
234:18 235:12
235:13,17,25
235:25
**packet** 86:20
**page** 77:11 86:18
88:14,15 92:11
93:4 118:4,5,7
118:8,14,15,22
118:24 126:11
145:16,16
146:20,21,24
146:25 147:5,9
147:11 148:23
158:9,13,14,18
158:21 160:7
160:11 161:4
161:14,25
162:2,5,12
163:9,11,18,20
163:24,25
164:15,16
166:23 167:21

167:24,25
168:6,15
170:23,25
171:3,4,13,14
171:22 173:16
174:9,11,14,15
174:17,20
175:5,6,13,15
175:19 176:3,6
176:16,17,24
177:2,8 180:22
181:6,12,14,15
181:18 182:14
183:13,14,18
183:20,23
185:23 187:22
188:8 189:2,4,7
189:21 190:3
190:13,15,16
193:11,12,14
194:6,9 195:4,5
195:6,10,12,14
195:18,20
210:7,17,21
211:3,8,11,15
211:18,20,21
228:6 229:6
230:6 231:6
232:6 233:6
234:6 235:6
236:4
**pages** 118:4
146:20 158:8
159:10 160:6
161:13 163:17
164:7 170:22
175:4 176:15
183:9 187:18
188:7,25
189:14,19
190:12 193:10
195:17 210:6
210:16 211:7
221:6,22
223:19,25
235:23
**Pagoada** 1:5
20:23 135:16
**paid** 55:24 56:6,7
119:13,23,24
120:6,10,14,16
123:23 128:15
128:25 146:7
148:2,12,20,21
148:24,25

149:2,4,5,6,12
149:15,17,19
159:5,15
160:13,17,21
161:8,11
162:10 164:3
164:19,20
167:15 168:15
169:11,11
171:6,20 172:5
173:7,9,12,15
173:17,18,21
173:21,23
174:23 175:2
175:18,19
176:8,10 177:5
177:10,12
184:4,10,10
185:19,20
188:11,13,14
188:15,18,20
188:23 189:25
190:5,21,21,25
191:2,4,5,21,22
192:13,19,23
193:7 194:15
210:12 211:3
**paper** 70:5 194:4
**papers** 123:23
132:6
**Park** 1:15
**part** 8:3 14:9
45:13 92:16
147:16 149:6
159:5
**partially** 122:12
**particular** 80:6
87:5 94:5
**parties** 20:9
237:16
**passing** 75:9
**pause** 16:24
20:16 30:25
31:9,12 36:16
39:2 41:23
43:18 45:12
46:11,21 71:20
71:24 84:3
89:18 94:10
98:14,16
102:12 104:3
104:20 108:11
109:10 112:9
112:13 113:2
114:15,25

115:4 116:15
128:19 134:2
136:25 140:15
219:21 222:15
**pave** 57:14,16,18
57:20 139:21
**paved** 204:12
**paving** 1:11 2:13
10:16,21 11:2,5
11:13 12:19
17:2,18,21
18:12,15,18,21
21:8,10,15,18
22:8,11,14,18
23:9,24 24:3,11
24:13,18,21
25:14 26:10,13
26:16,19 27:3
28:4,7,10,15,19
28:25 29:13,19
29:22,25 30:8
30:12,18,22
36:18 37:24
39:4 40:3,9,20
41:4,13 44:8,14
45:22 46:13
47:17 49:8,15
49:20 50:18
51:18 53:9
54:19 55:2,9,16
56:6,12,19
57:14,18,22
58:7,13 61:13
63:13,19 66:20
68:4,15 82:19
87:20,25 89:5
89:10,13,20,23
89:24 90:2
91:21 92:3,6,6
92:23 93:5 94:4
94:8,9,23 95:18
96:11,23 97:8
97:13,16,19
100:10 107:7
107:14 108:6
108:10,17,20
108:21 109:5,9
109:16,22
110:11,12,19
111:10,15
112:4,16,18
113:6,6,9,10,12
113:19 114:18
116:4,7,25
119:22 120:3

124:11 125:4
125:14,16
139:23 140:21
143:13 162:22
166:2 203:20
208:14 212:2
219:2 220:16
220:18
**Paving's** 87:24
107:19 108:3
218:16
**pay** 13:14 26:3
27:21,23 35:2
40:2 106:25
107:4 117:19
118:16 126:23
138:7 146:2,11
147:6 150:20
150:25 151:6
151:13,20
152:3,10,15,20
153:3,9,14,19
153:24 154:5
154:12,19
155:2,9,18,25
156:8,15,22
157:5,12,19
158:14 169:3
171:4 173:16
174:15 175:24
181:16,23
185:12 188:3
188:17,22
190:7 192:3,8
217:16 225:8
225:12 228:8
228:11,14,17
228:20 229:10
229:15,20
230:10,13,16
230:21 231:10
231:13,16,19
231:22 232:10
232:15,20
233:10,18,23
234:10,15,20
235:10,15,20
**payable** 40:8
41:13
**paycheck** 148:24
148:25 149:15
160:20 161:9
161:11 181:2
183:14 191:22
**paying** 145:19

**payment** 120:7
121:4 144:11
144:17 145:2,9
145:23 149:22
**payments** 122:7
122:16 123:5
123:18 126:3,6
126:14,17,21
127:5,14,23
129:19 130:3,6
130:12,16,20
130:24 131:8
131:13,17,19
135:17,20,24
136:2,8,12,15
136:19,23
137:6,9,13,16
137:17,21,25
138:5,11,18,19
138:25 139:4,7
139:10,13
140:25 141:4
141:10,15,19
141:23 142:2,5
142:8,12,15,18
142:19,22
143:4,22,24
150:7,11
**payroll** 35:2 38:7
38:8,9,11,12,19
38:22 39:5,11
43:25 44:8
45:14 47:11,16
47:22 48:4 78:5
83:22 84:18
96:3,5 98:12
107:6,19 108:3
108:6,8,17
109:4,8,15,21
110:2,10,19
111:16 118:16
124:10 125:3
125:15 126:7
127:5,15,24
129:20 130:24
136:12 170:6
171:14 184:2
**pending** 5:11
6:10 8:12 15:3
20:19 23:16
44:20 62:2,8,19
66:8 74:15
75:15 77:4
90:14 91:15
98:11,13 106:3

110:25 132:14
133:13 186:6
**pens** 135:8
**people** 32:10
51:8 64:14
104:12,13
113:24 178:19
206:15,21,24
207:8,9 208:6
217:14
**percent** 25:7 88:2
91:3 112:24
200:9 204:24
**percentage** 101:5
102:8
**Perez** 1:7 28:2,12
137:24 138:3
142:17 214:7
**period** 12:5,13
12:15 17:4
37:21 65:9,10
67:9 94:18 95:3
95:13,14 107:3
107:4 118:12
118:19 131:2
147:7 158:15
158:16 160:12
164:12,17
174:16 183:17
196:10 198:10
204:16 223:16
227:2
**periodically** 78:2
79:21 82:25
**permitted** 8:11
73:12 208:22
**person** 16:9
75:11 103:15
104:7 196:14
196:18,20,23
224:10
**personal** 34:9
214:13
**personally** 68:14
71:19 77:5
**personnel** 37:23
38:2 45:15 48:7
48:9,22 49:2
143:12
**persuasive** 193:4
**pertaining** 38:6
**phasing** 113:15
113:19,25
114:23
**phone** 23:15

220:3
**phrased** 44:25
**physically** 86:11
132:5
**pick** 5:20,22 6:4
62:18 72:21
74:5,17 132:11
**picked** 212:25
214:13
**picking** 163:5
217:5
**pickup** 197:4
208:8,18 209:2
209:5,10
219:20 220:6
220:10,17
**piece** 70:5
**pieces** 70:2
135:10
**place** 1:22 82:2
101:15 129:23
150:10 168:23
173:22
**places** 128:3
136:21 137:22
**plaintiff** 143:6,13
227:10,11
**plaintiffs** 1:8 2:4
2:9 3:14 32:3
36:7 38:13
39:20 52:3,5,21
67:13 68:4,9,20
69:3,9,20 70:12
70:17 71:10,14
75:20 76:18
78:19 79:16
83:16 91:6 98:3
98:22,25 99:5,8
103:5,17 104:8
104:14 105:12
105:19,24
106:11 115:9
115:11,12,15
116:4,7,12,13
116:24 117:5,9
124:11 125:4
125:16 129:20
138:16,18,21
140:12 143:19
144:12,17
165:19 166:15
198:9 209:15
212:7 214:9
227:5
**Plaintiff's** 72:15

94:21 106:23
111:19 117:17
117:25 146:9
150:18,23
151:4,9,16,23
152:6,13,18,23
153:6,12,17,22
154:3,8,15,22
155:5,12,21
156:4,11,18,25
157:8,15
160:18 192:5
221:4,9 228:4
229:4 230:4
231:4 232:4
233:4 234:4
235:4
plant 116:2
play 165:18
please 4:24 6:6,9
14:24 15:2 43:4
66:7 67:24 72:8
72:9,24 74:13
77:2 81:24
82:17 90:13
91:12,14 92:12
92:17 98:8,9
106:8 110:24
112:3 116:6
118:6 132:13
138:10 147:13
195:2 207:12
207:13 220:7
223:23
PLLC 2:4
plus 172:3 173:8
173:10 210:14
point 8:4 19:12
20:5 60:3 61:17
62:5,13 87:23
96:2 140:8
159:19,20,21
159:22,22
196:7
pointing 191:8
policies 96:21
policy 68:3 96:9
97:3 110:18
Port 3:9
portrayal 7:7
position 13:10
14:6 19:13
possess 172:14
possessed 123:18
possession 125:5

possible 54:24
66:15 94:25
95:4 101:3
115:22
possibly 10:15
40:7,13,18
45:20 89:3
137:14 145:12
180:4 202:18
203:10
power 40:19 41:3
Pracelis 1:5
18:10,20,23
20:18,20 23:17
130:20,24
131:16,20
140:3,5,17,24
143:3 154:16
155:13,15,22
157:2 183:14
191:21 192:3
197:8 198:16
201:25 202:4
202:20 204:14
204:21 205:8
206:13 208:2
209:18 210:2
210:12 213:13
214:10,16
215:15,22
232:12 233:12
233:15,20
235:7
practice 144:10
144:25
preceding 206:20
prefer 139:24
preferred 138:20
138:22,25
139:4,7,10,13
140:25 141:3
141:10,14,19
141:23 142:2,5
142:12,15,21
143:4
prepare 9:5
198:12
present 2:21 55:2
99:20 100:24
101:25 103:2
105:7 124:8
125:5 129:11
129:12
press 223:7
presume 82:13

172:12,14
pretty 105:9
108:12 112:14
131:25 139:14
144:7 202:23
prevailing 146:6
148:18 159:18
173:19
previous 5:4,13
80:23 81:20
133:6 216:12
216:14
previously 72:8
77:17 86:15
183:2
print 221:5 223:7
223:8 235:22
printed 128:22
129:5
printer 223:8
Printing 38:10
printout 221:10
235:24
prior 7:7 10:14
13:24 24:3,15
28:7 34:5 51:20
62:14,16 80:9
80:12,14 87:13
92:2 98:19
115:16 123:15
129:18 196:11
private 104:6
149:18 171:21
173:23 184:5
probably 60:15
76:22,23
112:11 114:16
120:8,9 121:18
123:13 130:7
136:4,13 160:3
165:11,11
167:17 173:23
177:16 179:15
179:16 181:20
181:22 193:22
204:4
probe 61:17,25
probed 61:24
problem 73:17
73:18 78:4
103:14 168:8,8
168:10 182:12
187:10 201:3
procedure 67:13
85:20

proceed 7:16
42:23 43:3
82:14 198:8
214:25
process 111:16
185:10 187:12
processing
186:22
productive
218:11
professionally
61:7
program 75:17
pronounce 15:15
pronouncing
76:24
pronunciation
15:16,18
pronunciations
15:13
proper 6:13
properties 31:11
31:11 32:19,21
32:25 33:2,6,18
33:19 34:16,20
provide 62:21
68:9 72:22 74:5
74:17,20
132:11 178:16
215:10 224:25
provided 69:9
124:13 125:23
179:7 197:4
providing 59:15
187:11
Public 1:23 3:3
227:23 237:8
pump 200:14,17
200:18,20,24
201:11,20
202:19,24
purpose 3:19
32:24 33:18
35:17
purposes 127:16
222:12,14,16
pursuant 1:22
pushy 196:23
put 45:10 51:8
68:10 75:25
92:7 109:19
134:23 135:3
145:6 162:14
165:11 167:2
194:24 198:24

putting 197:3
P-A-G-O-A-D-A
20:24
P.C 2:12
p.m 117:10,13
162:13,14,15
163:8 227:17

_____

Q

Quail 3:9
quarries 204:13
quarter 112:11
quarters 135:9
question 4:8,10
4:22,24 5:4,5
5:10,11,13,15
5:17,20,22 6:2
6:3,4,5,7,7,10
6:18,19 7:6,18
7:19 8:12,13
9:8 10:4 11:10
11:25 12:3,9,10
12:11 14:23
15:2,3 16:8
19:4 20:18,19
23:16 30:14
38:16,21 39:7
39:13,16,22
40:5,11,22 41:6
41:15,20 42:6,8
42:10,14,22
43:8,8,15 44:4
44:5,10,11,17
44:19,20,24
45:8,11,18,24
46:6,16,17 47:9
48:17,24 50:24
51:6 52:13,17
52:19,23 53:6
53:11 54:14,21
56:3 57:6,7,24
57:25 58:2,10
59:5,7 61:25
62:4,7,15,17
63:17,25 64:6
64:11,17,22
65:2,6,14,21
66:4,7,8,13
67:25 68:6,12
68:17,23 69:5
69:12,16 73:4,5
73:14,17,18
74:14,15,17
75:14,15 77:3,4
80:4,7,10,12,14

80:14,17,17,18
80:21,23 81:2,4
81:11,12,17,20
81:25 82:7,15
82:17 83:18
84:22,23 85:10
85:24 87:6,11
89:6,15 90:13
90:14,24 91:11
91:15 92:16
95:10 96:14,18
98:5,8,11,13
105:22 106:2,3
106:7,12,14
107:11 108:2,2
108:18 109:12
110:23,25
111:4 112:6
116:6 119:18
125:2,18,21
127:3 132:9,10
132:11,13,14
132:16,17,20
133:2,6,7,8,13
133:24 134:13
134:14,25
142:25 144:5
144:21 145:4
165:19 166:5,9
166:10 170:12
170:18 171:17
182:8 185:25
186:2,3,6,10,11
186:19 191:16
191:20 192:2
196:8,16
197:16 201:2
205:5 207:11
216:8,12,14
218:9,20,23
219:8 220:16
225:15,17,19
questioning
75:11 196:6,10
196:12 215:11
questions 4:6 5:2
5:8,20 6:17,22
7:4,13 11:10,22
12:7,8 29:8
38:24 42:16
43:3 46:9 60:14
60:20 61:15,21
62:19 63:5
64:25 72:20,21
73:9,11 74:3,7

75:6,7 80:3
90:12 91:9,24
93:18 95:16
100:13 107:16
110:17 124:24
127:2 143:9
171:8 181:24
182:9 185:9
186:13,23
187:5 191:19
200:5,5 207:14
207:20 212:13
220:13 225:15
**quick** 135:14
184:20
**quicker** 171:8
**quickly** 134:10
**Quintanilla** 1:4,5
9:24 10:10 13:9
14:18 21:2
135:19 138:24
141:9,12,13
212:16,18,20
213:17
**Quinteros** 1:7
26:24 27:2,5,11
27:12 137:12
137:21 142:14
214:5
**quite** 114:12
184:18
**Q-U-I-N-T-A-...**
21:3

_____

**R**
**R** 2:2 237:2
**radio** 103:9
**ranting** 42:24
43:2
**rarely** 79:15
149:10 222:11
**rate** 13:14 26:3
27:21,23 138:8
146:6 148:18
159:18 160:13
173:19
**raving** 42:25
43:3
**read** 5:9,11,16,18
6:6,10 15:3
20:17,19 43:7
43:10 44:20
66:8 67:24 68:2
69:18 73:3,4
74:13,15 75:15

77:2,4 82:5
90:14 91:15
92:12,12 98:11
98:13 106:3
110:25 132:14
133:13 147:13
186:6 202:24
206:20
**reading** 69:15
91:13 98:10
106:2 186:5
**readings** 201:20
**ready** 169:2
214:25
**real** 112:10
**really** 16:14
32:14 57:19,21
75:16 79:15
99:23 112:16
123:16 130:18
135:21 140:16
162:8,19,20
166:20 167:14
199:17 217:15
217:18 218:6
**reason** 63:3
123:14 173:13
193:20
**recall** 12:24 13:2
13:10,14,16
14:3,6,9,11
15:5 16:21 17:4
17:7,11,13,20
18:2,5,9,14,17
20:20 21:14,17
22:10,13 23:17
31:13 36:3
43:21,22,23
49:12 50:11
55:17 70:21
86:4 92:4
114:19 115:6
129:9 130:18
139:2 140:19
141:21,24
150:12 192:15
193:21 199:7
201:7 202:3,15
203:16 205:25
206:5 209:21
209:24,25
210:3 214:18
215:14,19,20
215:22,25
216:4,19

223:22 224:2,4
224:7
**receivables** 40:15
**receive** 90:4,7
222:3
**received** 79:3
85:8 120:25
145:23
**receiving** 82:20
**recess** 37:20
111:9 135:15
150:16 170:20
187:17 209:16
215:8
**recognize** 5:23
19:16 77:21,24
86:23 87:2
106:19 111:23
146:22 158:6
160:7 163:18
180:23 181:6,8
195:5,11,18
221:21,23
**recollection**
122:20
**record** 5:18 19:7
19:11,12,13
20:6,8,9,13
22:3 42:5 43:4
43:10 59:11,13
68:2,4 69:18
70:4 81:19 82:5
83:11 98:3,22
100:17,18
102:6,7 107:6
108:8,17 118:3
120:17,19,20
120:22 121:4
123:17 127:23
129:19 130:12
131:19 133:11
133:12 136:15
136:19 137:15
144:10 145:10
146:19 147:13
149:22 160:6
163:16 164:7
170:22 171:14
172:8 173:4
176:15 187:2
187:14,16
195:4,17
201:16 206:4
209:14 210:6
210:16 211:7

216:6 221:21
225:12 226:11
226:21 237:13
**recorded** 129:24
137:21 143:23
144:2,18 150:7
150:11 183:2
203:9,11
**recording** 201:19
**records** 39:20
67:14 86:5
96:10,22 97:7
97:12,15,19
100:10 106:10
108:3 109:4,8
109:15,21
110:2,10,19
111:11 124:10
125:3,15 179:5
179:7 217:7
222:7
**rectified** 84:16
**referencing**
126:9
**referred** 121:14
143:18 174:6
**referring** 13:17
63:18 65:9
69:21 79:5,7,9
83:12 84:7,25
85:15 88:21
89:14 95:6,7
107:7,8 108:23
120:2 123:12
126:24 131:23
137:22 172:7
178:17 195:23
204:6
**reflect** 22:3 83:11
99:13 164:2
209:14
**reflected** 8:7 20:6
145:9
**reflection** 70:10
173:25
**reflects** 170:10
181:2
**refresh** 201:22
**reg** 187:19,23
**regard** 85:21
**regarding** 68:3
73:8 96:10,21
97:4 105:11,19
106:11 110:18
123:18 143:19

201:16 202:2
219:18
**regards** 111:16
**regular** 90:7,22
119:9 144:25
145:20 147:16
149:2 158:24
159:6 160:13
162:3 174:19
177:15 184:10
185:23 188:2
189:10,17
190:5,18,21,22
194:12,13
210:11 222:4
**regularity** 20:4
70:11
**regularly** 79:22
79:24,25 80:5
183:2 219:24
**rehired** 115:2
**related** 144:8
204:5 237:15
**relating** 128:25
**rely** 185:22 186:7
**remain** 178:4
222:18
**remaining** 148:5
188:22
**remains** 10:19
**remember** 11:9
13:24 29:4 36:5
76:10 90:11
100:12 101:2
112:25 193:18
202:6 203:18
205:23 215:24
216:3
**remind** 8:18
145:7
**remove** 132:6
220:7
**removing** 20:13
**Renato** 92:19
127:7,13,15
130:25 139:15
139:15 214:13
**rent** 31:25
**Rents** 31:24
**repeat** 14:23
44:19 66:6
72:23 75:14
90:13 91:11
98:8 110:23
132:13 206:18

**repeated** 91:25
**repeating** 15:2
225:14
**repetitive** 187:9
**rephrase** 4:10
44:22 52:15
57:5,6 73:14
80:7 87:6 116:6
132:17
**rephrased** 80:14
**replacing** 9:18
**report** 217:25
221:25 223:6
223:18
**reporter** 7:23
8:15,18
**reports** 206:15
206:22 219:18
219:22,23,24
222:2,3,13
223:4
**represent** 184:7
187:25
**representing**
3:14
**request** 225:3,6
**requested** 124:14
138:13,14,18
**require** 8:3 41:25
42:13
**required** 12:18
38:12 41:22
67:12 115:15
115:23 165:13
165:20,25
184:2
**requires** 133:22
**reside** 3:8
**residential** 35:20
173:23
**resist** 67:23
**resolve** 20:14
**respond** 8:17
**response** 8:3
12:18 41:21
42:2,13 67:12
133:8,22
184:16,18,21
**responses** 8:15
**responsibilities**
37:24 38:2 46:4
51:22 53:25
54:2
**responsibility**
6:22,24 38:8,9

45:22 51:9
198:13
**responsible**
38:19 39:19
40:8,14 44:13
74:25 82:20
83:15 103:16
104:7,13
**rest** 108:13
145:23 148:20
149:17 159:17
190:22
**restate** 12:3
108:2
**retain** 96:20
99:22 104:18
109:21
**retained** 117:21
146:13 150:22
151:3,8,15,22
152:5,12,17,22
153:5,11,16,21
154:2,7,14,21
155:4,11,20
156:3,10,17,24
157:7,14,21
221:7,12
**retention** 96:9,19
97:4 110:19
**return** 93:10
200:6
**review** 4:4 8:5
9:11 72:8,14
77:5 78:9,10
79:22,25 80:5
83:3 86:17,20
93:24 106:20
117:24 146:16
168:6,19
221:16 222:7
**reviewed** 77:20
95:23 169:18
170:5 227:6
**reviewing** 72:10
72:12 77:19
86:21,22 93:12
106:18,22
111:21 117:23
125:12 146:15
148:8 158:3,4
160:23 162:21
163:7 184:12
221:14,18
**re-did** 84:18
**right** 6:8 11:24

12:16 20:14
31:13 37:18,19
75:13 82:6
84:16 101:24
107:17 126:7
150:13 167:17
167:18 168:17
174:21,24
179:25 187:12
197:3 199:7,12
203:2,3,7
204:24 205:2
217:15 224:21
**right-hand** 51:16
51:25 54:4
172:3 173:6
179:20
**Riley** 33:15
**rises** 61:16
**Rivera** 1:5 21:5,7
21:20 23:11
135:23 136:3
136:16 141:14
213:19
**roads** 57:14,16
57:18,20
**roadways** 116:21
**robbing** 208:10
218:12
**Robert** 33:15
**rodeo** 42:15
**Rodriguez** 1:6
24:9,20,23 25:4
25:13,16,18
89:12 107:2
118:11,18
120:6 122:7,16
123:19 142:4
145:23 151:10
151:17,24
152:7,24 153:7
166:16 175:7
213:25 229:7
229:12,17
230:7,18 231:7
**Rodriguez's**
164:10
**Rodriguez/Noe**
174:16
**role** 36:9 53:4
**roller** 25:25
89:20
**Ronal** 92:20
**room** 19:11 20:8
110:9 209:15

**rooms** 47:3,6
**run** 3:9 10:21
32:6,10 36:25
110:9 140:9
214:22
**runs** 11:4 192:25

— S —
**s** 2:2 3:2 183:11
228:2 229:2
230:2 231:2
232:2 233:2
234:2 235:2
**safe** 134:21
**safeguard.litho...**
109:3
**Sal** 115:5
**sand** 197:14
198:20 204:20
207:3 208:7
**Saturday** 190:2
**Saturdays**
101:21 206:16
208:7
**Saul** 2:15 57:7
59:19 61:9
82:11 134:17
**saw** 77:7 78:2
79:15 83:5
159:24 200:6
201:12 202:20
209:18 210:2
**saying** 19:5 20:5
42:12 60:7
80:15 133:21
204:21
**says** 92:19,19,19
92:20,20,21
94:5 107:4
160:10 161:15
161:15 162:22
164:20 166:20
167:4 172:2
181:9 182:17
182:17 187:19
187:23 189:15
189:16 222:24
223:12 224:13
**schedule** 150:4
**searched** 124:18
**season** 64:20,24
**seasonal** 62:23
63:2,8,10 114:3
**second** 93:4
118:5,14,15

146:21 147:5
160:11 161:25
162:2,5 163:9
163:11,24,25
164:15,16
167:6,7 171:3,4
171:13 173:16
174:14,15
175:13,15
176:2,5,20,24
180:22 181:14
181:15 187:15
188:8 189:6,20
190:13,16
195:10,12
200:6 209:13
210:7 211:3,11
211:18,20,21
224:21
**seconds** 209:9
**see** 3:16 77:12
78:3 83:8,24
84:4,7,12 88:15
88:19 115:22
118:23 148:16
159:4,17,17,19
160:17 161:3
168:7,9 169:15
176:20 177:18
182:13 183:6
191:8 193:6,14
201:3 218:7,17
219:3,5,9,10,10
219:15 222:9
222:24 226:2
**seeing** 148:15
163:5 195:21
206:15
**seeking** 226:22
**seen** 68:25 78:17
78:17 87:4,7,8
87:13,14
111:25 163:15
163:20 193:17
195:8 210:17
211:8,15
**Selden** 34:8
**sense** 175:21
226:5
**sensitivity** 73:8
**separately** 74:8
**Sept** 152:8 230:8
**September**
166:17
**series** 4:6

**set** 237:12,19
**seven** 117:13
161:15 168:13
190:5 197:17
197:21,22
210:14 214:24
226:13,25
227:4,15
**Seventeen** 210:14
210:14
**seven-hour**
227:15
**shakedown**
192:11,16,17
**Shameful** 227:16
**shape** 61:16
73:16
**shapes** 103:23
**sheet** 74:20 79:6
87:3 89:14,16
92:23 94:15,18
94:20 95:2
117:18 118:9
118:16 119:11
119:16 120:8
121:3 128:17
146:10 147:2
147:18 150:19
150:24 151:5
151:10,12,17
151:19,24
152:2,7,9,14,19
152:24 153:2,7
153:9,13,18,23
154:4,9,11,16
154:18,23,25
155:6,8,13,15
155:17,22,24
156:5,7,12,14
156:19,21
157:2,4,9,11,16
157:18 159:2
160:18,19,20
161:16,22,24
162:3,11,16,17
163:23 164:16
167:5,6,7,8,9
167:10 171:2
173:12 174:4
174:12,21
175:7,16,20,23
175:24 177:4
177:16,20
181:10,15
183:11,12

186:9 195:22
228:7,10,13,16
228:19 229:7,9
229:12,14,17
229:19 230:7,9
230:12,15,18
230:20 231:7,9
231:12,15,18
231:21 232:7,9
232:12,14,17
232:19 233:7,9
233:12,14,17
233:19,22
234:7,9,12,14
234:17,19
235:7,9,12,14
235:17,19
**sheets** 67:19,19
68:21 69:20,20
70:12,18,23
71:6,9 77:25
78:3 91:18 92:5
92:8 94:11,13
100:11 103:24
104:2 120:12
120:21,23
126:7,8 128:5
129:22 130:14
131:21 145:2
150:8 160:10
164:9 166:15
169:18,19
170:6 177:21
178:12,16,17
178:18,20,22
183:3 193:13
195:7
**sheet's** 89:16
**she'd** 96:3
**She'll** 187:5
**shit** 202:9
**shook** 192:10
**shop** 200:13
**short** 35:16 37:20
67:23 94:17
99:14 135:15
137:7 150:16
160:25 170:20
187:17 209:16
215:8
**shorted** 160:2
**shortly** 3:16
**shot** 56:14
**show** 106:15
111:18

shower 112:11
showing 191:10
shows 186:17
  190:8
shut 60:20
sick 222:8
side 173:6,7
  184:4 198:21
  224:13
sign 108:12
  120:24 121:3
  123:23,25
  128:7,11,12,17
  145:7 178:25
  178:25
signature 163:2
signed 129:6
  179:8
signify 82:9,16
sign-in 103:24
  104:2
sign-ins 177:21
similar 47:16
  94:12 107:19
  108:3 126:8,12
  126:13 163:14
simple 62:22
simply 6:18 7:5
  60:5 81:18
  90:19
simultaneously
  100:20
sit 122:19 205:15
  218:14
site 35:6,18,19,20
  84:13 101:17
  102:16,22,22
  103:15 116:8
  117:6
sites 52:6,21
  101:6 102:9
  116:5,25 178:4
  208:9
sitting 3:17
situation 85:6
  99:14 147:25
situations 205:21
sit-down 205:19
six 63:20,23
  127:21 159:22
  172:4,13,15
  173:8,10 227:5
Sixteen 158:24
sixth 176:21
six-year 198:10

size 46:20 203:8
SJF 1:9
skip 160:4
slick 193:5
slips 4:2
slow 185:2
slower 172:24
slowly 207:22
small 112:25
smaller 61:19
smarter 223:23
soccer 165:18
sole 31:20 33:4
  33:12 36:23
  50:5
somebody 83:6
  92:4 99:14
  100:6,7 103:10
  114:8 176:11
  176:21 178:23
  217:3,4
somebody's
  201:2 220:3
something's
  162:9 218:9
somewhat
  118:24
son 9:15,22 37:7
  48:18,20,22
  49:3 89:22
  113:15 140:9
  179:23 192:24
son's 43:17
  121:21
soon 140:23
sorry 12:4 46:10
  63:5,6 66:6
  79:10 80:8
  85:12 96:15
  102:14 106:14
  106:19,21
  107:17 125:2
  128:18 134:6,9
  164:13 170:16
  172:24 175:22
  175:24 185:19
  186:3,24 189:6
  190:16 216:11
sort 72:5
Sounds 23:22
  26:8 28:3
speaking 7:24,25
  63:20,22 74:2
specific 31:2 60:3
  60:4 82:22 90:5

90:20 91:19
95:6 101:10
108:15 208:17
212:5 219:5
specifically 39:10
  164:9
specified 162:4
  183:19 198:18
specifies 164:21
specifying
  164:10
speeding 220:4
spell 15:23
spelled 16:5,7,11
  20:24 21:3
  23:21 26:7
spend 101:10,11
  102:2 194:22
  218:10
spending 102:15
spent 101:5
  102:9
spokesperson
  139:17,19
  140:5,6,7,12,18
spot 84:17
SS 237:4
stamped 117:18
  117:20 146:10
  146:12 150:19
  150:20,24
  151:2,5,7,11,13
  151:14,18,19
  151:20,25
  152:3,4,8,10,11
  152:14,15,19
  152:20,24
  153:2,3,7,9,10
  153:14,15,19
  153:20,24,25
  154:5,6,10,12
  154:13,17,18
  154:19,24,25
  155:2,7,9,10,14
  155:16,18,19
  155:23,25
  156:2,6,8,9,13
  156:14,15,20
  156:21,22
  157:3,5,6,10,11
  157:12,17,19
  157:20 221:10
  228:8,9,11,12
  228:14,15,17
  228:18,20,21

229:8,10,11,13
229:15,16,18
229:20,21
230:8,10,11,13
230:14,16,17
230:19,20,21
231:8,9,10,12
231:13,15,16
231:18,19,21
231:22 232:8
232:10,11,13
232:15,16,18
232:20,21
233:8,10,11,13
233:16,17,18
233:21,22,23
234:8,10,11,13
234:15,16,18
234:20,21
235:8,10,11,13
235:15,16,18
235:20,21,25
stand 225:18
standard 187:6
stands 5:5 133:7
stapling 180:13
start 28:15,19
  31:14,18 32:18
  33:6,11 34:20
  35:11,13 51:17
  115:15,18,23
  134:7,13 158:5
  196:2 209:2,4
started 43:13
  113:14,15,18
  113:24 114:23
  201:9 217:2
  227:9
starting 116:5
starts 19:9
state 1:23 5:25
  6:3,19 7:12,18
  12:13 15:19
  37:22 81:24
  237:4,9
stated 55:22
statement 12:17
  14:21 41:21,25
  42:11,13 43:9
  67:11 133:17
  133:22
statements 7:3
  8:2 42:16
states 1:2 107:13
  145:20 160:12

162:3
stays 223:9
stealing 197:3
  209:19 210:2
step 215:5
steps 46:22
stipulate 187:3,4
stole 204:21
  206:14 208:2
stop 7:24 59:18
  113:12 116:17
  207:11,13
stopped 88:9,12
  104:14
stopping 5:21
  215:2
store 95:17
  104:18
stored 110:11
  135:9
story 85:4
street 34:7,11
  217:25
streets 204:12
strike 19:5,10,16
  19:19,21 20:12
strongly 198:7
structure 49:15
  49:24 50:12
stub 106:25
  117:19 146:11
  147:6 150:20
  150:25 151:6
  151:13,20
  152:3,10,15,20
  153:3,10,14,19
  153:24 154:5
  154:12,19
  155:2,9,18,25
  156:8,15,22
  157:5,12,19
  158:14 171:4
  173:16 174:15
  175:24 188:17
  188:22 228:8
  228:11,14,17
  228:20 229:10
  229:15,20
  230:10,13,16
  230:21 231:10
  231:13,16,19
  231:22 232:10
  232:15,20
  233:10,18,23
  234:10,15,20

235:10,15,20
stubs 118:16
stuff 70:3 110:9
  110:14 113:17
  121:23 132:2
  135:9 148:20
  162:8 169:15
  169:16 178:14
  179:24,24
  191:9 192:20
subject 59:5
  171:19
Subscribed
  227:21
sudden 193:19
Suffolk 1:11,11
  2:13,18 10:16
  10:21,25 11:4
  11:13 12:19
  14:19 15:5
  16:18 17:2,10
  17:13,18,20,24
  18:2,12,14,18
  18:21,24 20:21
  21:7,10,14,18
  21:21,23 22:7
  22:11,13,18,21
  22:24 23:2,6,9
  23:12,18,24
  24:3,7,11,13,17
  24:21,24 25:2,5
  25:7,10,13,19
  26:10,12,15,18
  26:22 27:2,5,8
  28:4,6,10,13,15
  28:19,25 29:13
  29:18,21,25
  30:8,11,18,22
  36:18,20,25
  37:3,8,12,24
  39:4 40:3,9,20
  41:4,13 43:13
  44:2,8,14 45:3
  45:6,11,16,22
  46:4,13 47:17
  47:22 48:10,22
  49:8,15,20,22
  49:25 50:4,17
  51:17 53:9 54:8
  54:19 55:2,9,16
  55:24 56:6,12
  56:12,19,19
  57:14,16,18,20
  57:22 58:7,13
  58:22 61:13,14

63:8,13,19
66:17,19 68:4
68:15 82:19
87:20,24,25
89:4,9,13,20,23
89:24,25 91:21
92:3,6,6,23
93:5 94:4,5,6,8
94:9,23 95:18
96:10,23 97:8
97:13,16,19
100:10 107:6
107:14,14,19
108:3,6,10,17
108:20,21
109:5,8,15,22
110:11,11,19
111:10,15
112:4,15,18
113:6,9,12,19
114:17 116:4,7
116:25 117:17
118:8,15
119:22 120:3
124:10 125:4
125:14,16
140:20 143:13
146:9,25
147:18 150:18
150:23 151:4
151:12,19
152:2,9,13,18
152:25 153:8
153:12,17,22
154:3,11,17,24
155:8,17,24
156:7,13,20
157:4,10,18
158:11 160:9
160:19 162:2
162:22,23
166:2 167:7
170:25 171:4
174:11 175:16
177:4 178:11
181:9 183:11
203:20 208:13
211:25 218:16
219:2 220:15
220:18 228:7
228:10,13,16
228:19 229:9
229:14,19
230:9,12,15,19
231:8,11,14,17

231:20 232:9
232:14,19
233:9,14,16,21
234:9,14,19
235:9,14,19
237:5
**suggest** 73:15
198:7
**suggested** 61:2
**suggestion** 61:5
**sun** 165:17
**Sundays** 101:22
206:17 208:7
**Sunrise** 2:14
**supervise** 36:7
52:3 54:5 55:8
**supervised** 52:20
55:16
**supervisor** 54:12
**supervisors** 51:3
54:18,25
**supplied** 175:8
**supposed** 100:6
149:9,10,13
208:24,25
209:3
**sure** 8:6 10:13
12:12,21 13:13
13:23 15:11
16:14 17:11
18:7 19:5 21:4
21:11 22:15
24:14 25:3,7
26:23 31:4,19
32:20 34:12
35:14 36:2,8,19
39:3 41:2 43:11
46:2 52:4 53:12
53:14,21,24
60:12 81:15
88:2 89:24 90:3
92:20 93:24,25
95:13 100:23
102:17 112:24
115:17 119:22
123:25 124:25
131:11,18
135:18 137:11
137:14,23
141:13 144:9
162:24 176:23
178:16 180:17
186:15 200:9
201:18,21
202:8 203:12

203:15 204:24
212:15,21
214:20
**surveillance**
199:4
**suspect** 200:25
**swore** 8:24
**sworn** 3:3 8:22
227:21 237:12
**system** 216:9,9
216:10,16
217:10 219:19
219:25 220:20
220:22 221:9
222:18,22
235:24
**systems** 214:15
214:19

**T**
T 228:2 229:2
230:2 231:2
232:2 233:2
234:2 235:2
237:2,2
**take** 3:19 7:23
8:11,13,15,16
19:18 20:10
23:15,16 37:17
42:19,21 46:22
67:21 72:9
86:19 106:19
111:7 150:13
157:24 165:8
165:13,17,20
165:22,23,23
165:24,25
167:19 174:21
197:21,25
200:24 202:20
208:19,21
209:5 227:11
**taken** 1:22 3:21
3:25 4:12 8:19
37:20 67:23
111:9 135:15
150:16 162:16
162:16 163:6
170:20 187:17
200:23 209:10
215:8
**takes** 199:24
**talk** 12:14,16
85:4 99:3 140:2
202:4,10,13,16

205:15,22
206:9,10
**talked** 105:17
167:13 193:2
205:7
**talking** 37:22
56:25 57:4
67:10 82:20,21
90:5,5 100:5
108:15 109:14
179:25 207:9
**tank** 197:5
198:24 199:5
200:19
**tape** 203:11,15
203:17
**tapes** 203:9,13
**targeted** 122:10
122:11
**tell** 4:9 8:22,24
31:5 38:5 39:10
39:18 44:23
54:25 71:8 78:8
93:6,9 100:7
102:8 103:11
106:24 119:4
122:17 128:5
134:11 138:21
138:24 139:3,6
139:9,12
140:24 141:3,9
141:14,22,25
142:4,11,14,21
143:3 149:11
158:9,13,23
160:21 161:19
162:10,13,15
163:3 181:14
181:17 182:19
189:16,24
198:22 207:25
209:17 216:22
216:24 217:2,2
217:3,4,4,5,7
**telling** 63:3 73:18
73:21,24 74:9
162:18 183:6
207:8
**tells** 192:18,24
202:8
**Teluware** 221:5
222:25 235:22
**ten** 113:21
131:13 149:20
162:13,14,14

163:8 197:16
209:9 227:9,9
**tennis** 58:5
**Ten-second**
209:12
**terms** 61:18
102:2 201:23
**Testa** 35:21
**testified** 3:4
110:6
**testifying** 60:7,8
184:9
**testimony** 7:7
69:23 93:16
98:6 108:16
124:17 138:17
144:16,22
145:22 148:4
149:19 163:19
173:4,18
181:25 184:6,8
184:9 185:5
192:21 199:16
237:13
**Thank** 81:22
82:11,11
143:11 172:25
215:12
**Thanks** 134:17
**theft** 197:10,11
**they'd** 78:9
**thing** 56:20 57:10
85:2 113:16
160:16 170:2
171:5 177:13
191:10,12,12
205:17 217:16
222:17 223:7
**things** 36:11,13
56:16 58:6,7
60:18 79:20
95:20 159:14
169:15 182:22
191:10 197:2,5
204:16 205:5
217:6
**think** 4:18 20:11
25:25 34:4
35:12 39:24
54:10 70:21
78:6,6 79:20
87:23 102:13
104:24 105:2
111:6,7 114:12
121:20 122:6

124:20 129:5
137:10 139:5,8
142:3,24,25
170:14 191:18
199:17 203:22
204:19 206:2
209:10 212:24
212:24 218:8
223:5,6 226:10
**third** 168:15
175:18,20,23
175:24 190:3
**Thirty** 29:9
33:24 34:17
46:22,23
**Thirty-two**
188:16
**Thomas** 54:8
78:20,25 79:13
85:7 86:5 91:5
91:18 93:15,21
**thought** 87:19
125:23 127:13
180:19
**threatened**
205:12
**threatening**
192:22,24
**threatens** 192:18
192:25
**three** 3:9 4:3
34:19 52:11,21
79:19 80:6
112:21 115:6
127:22 158:24
159:6,7,21,22
159:23,24,25
161:13 163:17
164:7 166:3,5,9
166:10 167:11
167:14 168:18
175:4 176:15
188:7,25
189:14 190:12
193:9 195:4,17
210:6,16 218:5
221:6,22
223:25 235:23
**three-second**
134:2
**throwing** 193:12
**Thursday** 83:22
168:22,24
169:2
**Thursdays** 79:2

79:10 93:22,23
170:5
**ticker** 200:12
**tight** 182:22
**till** 110:9 196:2
**time** 1:21 7:23
12:5,14,15,20
17:4 35:16,24
39:20 42:15,23
55:15 58:19
60:4 63:22
64:15 65:9,10
65:23 67:9,14
67:19,19 68:21
69:20,20 70:12
70:17,23 71:5,9
72:9,14 75:7,12
77:25 78:10,14
83:5,8 86:2,4
86:19 87:3
89:21 94:14,18
94:18,20,24
95:2,2,13,14
96:10,22 97:7
97:12,15,18
100:10,16
101:5 102:9
103:16,25
104:7 106:20
107:3 110:7
112:2 113:9
114:21 115:8
115:20,22
117:18 118:9
118:12,19
119:11 121:5
123:18 128:25
129:18,21
130:9,14
131:21 135:7
137:7 140:8
144:11,17
145:2,9 146:10
147:2,7,15,18
148:2,2,15
149:4,8,9 150:8
150:19,24
151:5,10,12,17
151:19,24
152:2,7,9,14,19
152:24 153:2,7
153:8,13,18,23
154:4,9,11,16
154:18,23,25
155:6,8,13,15

155:17,22,24
156:5,7,12,14
156:19,21
157:2,4,9,11,16
157:18,24
158:15,16
159:2,8 160:9
160:12,20
161:16,24
162:2,11,16,17
163:5,23 164:9
164:12,16,18
166:15 167:8
167:16 168:9
169:18 169:18
169:19 170:6,8
170:9,25
173:13 174:11
175:6,16
176:17 177:4
177:20,21
178:18,20,21
178:22 181:15
183:3,12,17
186:9 193:13
193:22 195:7
195:21,22
196:11 198:4,7
200:8 201:20
201:24 203:5
203:17 204:16
205:11,14,16
205:17 207:2
207:21 208:5
208:10,11
209:23 212:11
214:22 215:19
217:13 218:4
218:10 220:23
221:16 223:16
225:4,9,10,13
225:16,21
226:3,7,13,20
226:23 227:13
227:17 228:7
228:10,13,16
228:19 229:7,9
229:12,14,17
229:19 230:7,9
230:12,15,18
230:20 231:7,9
231:12,15,18
231:21 232:7,9
232:12,14,17
232:19 233:7,9

233:12,14,17
233:19,22
234:7,9,12,14
234:17,19
235:7,9,12,14
235:17,19
**times** 3:24 20:4
40:24,25 52:11
52:21 63:4 83:6
83:23 104:11
104:14 115:21
116:23 120:22
120:24 122:6
122:15,20
123:4 126:20
127:4,14,18
130:5,23 141:3
141:6 143:3,18
166:3,5,9,10
177:22 197:2
198:25 222:18
**time/overtime**
149:3
**timing** 101:14
104:5
**title** 51:15 129:7
179:19
**today** 3:19 4:5,20
5:2 8:6,9 11:25
14:13 33:21,22
49:16 55:13
78:16 88:7
102:5 122:19
138:17 144:16
193:17 197:23
226:7,8
**told** 42:9 62:2
140:9 141:18
169:16 172:11
176:11 194:2
206:11 209:18
210:2 217:23
**Tom** 51:22 52:20
53:2,15,16
54:12 55:4
72:18 202:16
**Tomlinson** 60:23
61:6,20
**Tommy** 51:14
71:2 72:2,3
77:6 78:6,21
83:2,20 85:2
91:4 104:18,25
105:3 165:11
167:13,13

168:25 169:7
170:9 177:19
194:2
**Tommy's** 179:20
**tone** 42:20
**top** 86:17 129:7
176:18,22
192:15 193:8
206:3 217:22
222:24 223:12
**total** 147:23
148:9 159:9,10
159:11,13
173:15 184:22
184:25 185:3
188:4 190:24
**totaled** 119:16
148:5
**town** 33:25 178:7
**towns** 177:20,21
178:8,9
**track** 67:17
69:10 71:14
104:17,18,23
219:12
**tracked** 216:23
**tracking** 219:15
**transcript** 8:5,7
19:6,14,15
**travel** 101:16,17
116:24
**traveled** 102:21
**tree** 217:22,23
**TRIAL** 1:19
**tried** 52:4 176:22
205:9
**truck** 87:16
98:18 99:24
104:22 116:2
135:2,12 197:4
198:20 199:24
200:13 206:16
206:25 207:4,7
208:8,8,18,19
209:3,5 217:23
224:13
**trucks** 92:7
200:14 219:20
219:20 220:6
220:10,17,20
220:24,25
**true** 73:19 99:18
99:20 100:24
101:25 123:7
127:19 136:5

180:14 197:24
237:13
**truth** 8:22,24
160:22
**truthfully** 4:8,19
5:2
**try** 16:2,3,4
48:19 73:14
85:4 98:18
101:21 110:8
112:15 135:5
168:25 169:2
205:10 206:9
**trying** 46:22
191:9,14 193:3
206:2
**Tulio** 1:7 28:2,12
137:24 138:3
142:17 214:7
**turn** 163:12
164:5 189:9
210:5 222:21
**turned** 125:7
196:18,19,23
226:17
**turning** 161:12
**Turnpike** 2:19
**Twenty-four**
166:14 185:18
190:18 210:24
**Twenty-nine**
180:16
**Twenty-seven**
55:14
**twice** 123:24
141:5,7 143:5
193:25,25
201:13
**two** 4:3 5:7,19
55:20 61:15
62:19 74:3,5,7
79:19 94:2,2
101:11 105:2
118:4 137:22
141:17 146:20
147:15 148:18
149:4 158:8,13
158:14 159:14
159:20,22
160:6 161:2
166:23 167:15
167:21,24,25
168:16 170:19
170:22 172:3,4
172:13,15

173:8,10
174:25 176:17
177:2,4,12
181:2 183:9,13
183:14 188:2,3
189:17 194:6
203:2 210:21
211:7 214:9
216:24,25
224:3
**two-minute**
211:23
**Tyant** 31:11 33:6
33:9,18 34:16
34:20
**type** 31:25 34:25
35:19 98:24
143:12 161:24
**types** 32:2 79:20
212:3
**typical** 115:14

———————
U
———————
**U** 3:2
**unanswered** 81:2
**unclear** 4:8,9
142:24
**uncomfortable**
60:22
**underpaid**
159:23
**understand** 4:11
6:3 8:8,20 9:2
11:22 12:6
39:15 42:6,7
46:17 54:22
65:2 73:5,6,7
96:18,19
105:22 106:14
172:20 184:18
184:21 193:3
**unemployment**
181:23 182:21
**Unfortunately**
116:11
**union** 13:16
14:10 17:7 18:6
18:17,20 21:17
22:17 23:5,8,11
23:18 24:20
25:14,16,19,21
25:24 26:18
27:12,14,16,19
66:24 119:12
119:13,14

122:10,10
unions 66:19
UNITED 1:2
use 73:23 78:12
  78:16 87:18,20
  88:3,7 98:22
  99:13 100:9
  114:5,6,8 198:6
  198:20,21
  200:14,15
  208:25 220:15
  220:17 222:12
  226:14
usual 224:19
usually 121:24
  121:24 123:22
  135:5,6,6 168:9
  179:4

**V**

V 3:2
vague 44:21
  162:20
variation 5:14
varied 67:20
  69:25 103:14
  104:9
varies 63:2,21
  99:3 101:9,13
  103:20,20,21
  103:22
various 11:16
  36:11,12 40:24
  51:8 58:6 64:12
  71:18 88:17
  124:19 143:18
vary 62:24
  104:10
Vecchia 1:11,11
  1:12,20 2:13,13
  2:19 3:7,11 4:1
  5:1 6:1 7:1 8:1
  9:1,13,15,18,19
  9:22 10:1,9
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1,18,21,24
  30:1,7,11,17
  31:1,10 32:1,18
  32:21 33:1 34:1
  34:22 35:1,3

36:1,22 37:1,10
37:12,23 38:1
38:13 39:1,5,11
39:19,25 40:1,2
41:1,10,12 42:1
43:1,24,25 44:1
45:1,3,5,10,15
45:21 46:1,3
47:1,11,21 48:1
48:3 49:1 50:1
50:2,3 51:1
52:1 53:1 54:1
55:1,8,25 56:1
56:7 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1,20
76:1,17,19 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1,11
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1,21
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1

153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
217:1 218:1
219:1 220:1
221:1 222:1
223:1 224:1
225:1,4 226:1
227:1,19
Vega 1:6 26:5,21
  137:5,16
  142:11 214:3
vehicle 200:24
  208:13,17
  216:25 219:10
  219:10 220:22
  223:9,12,13,14
  223:24 224:4,8
  224:10,12
vehicles 200:20
  211:25 212:3,8
  218:18 219:4
  219:13,16
  220:4,15
verbal 8:15
Verbena 1:15

vests 135:4
Victor 212:19,20
View 221:5
  235:23
vindictive 196:17
  196:24

**W**

W 1:5
waist 203:8
wait 7:24 9:17
  148:7 165:3,3,4
  172:10,10
  180:18 186:18
Wallace 2:8 3:15
  22:2,4 43:7
  59:10,14,23
  60:2,9,25 61:4
  62:4,9 75:3,8
  100:15 135:14
  187:3,16 209:9
  215:3 216:9
Walter 1:4 17:16
  17:23 18:5
  130:2,6,13
  136:4,14
  139:12 213:9
want 8:18 19:4,8
  46:24 62:6,9
  73:9 74:7 75:8
  80:13,18 81:8
  81:21 82:9,10
  82:13 123:2
  165:3,15 167:4
  173:3,4 186:15
  187:6 193:19
  193:24 194:3,4
  196:19 203:7
  206:10 209:22
  225:22
wanted 205:13
  205:14,18
  227:11
wanting 172:18
wants 62:10
  207:18
warm 206:7
warning 211:24
wasn't 19:15
  77:8 206:17
  217:25
waste 209:22
  227:13
wasted 198:4
  226:7

wasting 42:23
watch 200:25
  217:17 218:14
watches 179:3
watching 202:19
  218:15
way 7:18 11:8
  15:25 44:23
  61:16 73:16
  111:11 120:11
  121:3 122:13
  185:10 188:20
  224:21 237:17
ways 71:18
  103:23 104:4,4
  170:10
WDW 1:9
website 221:10
  235:24
week 52:11,21
  71:9,25 74:21
  78:24 79:13
  84:17,19 98:19
  99:2,5 102:19
  105:3,5 120:7
  159:23,25
  160:2 161:2
  162:8,9 165:10
  168:8 169:8,8
  169:13 171:20
  173:20 174:2
  177:11,19
  183:15 184:7
  185:4,13,14,21
  188:11,14,15
  192:3 193:8
  210:13 218:3
weekends 208:23
  208:25
weekly 87:3
  91:17 92:5
  117:18 118:9
  129:21 130:14
  131:21 145:2
  146:10 147:2
  150:19,24
  151:5,9,12,16
  151:19,23
  152:2,6,9,14,19
  152:23 153:2,6
  153:8,13,18,23
  154:4,8,11,15
  154:18,22,25
  155:5,8,12,14
  155:17,21,24

156:4,7,11,14
156:18,21,25
157:4,8,11,15
157:18 160:9
160:20 161:24
162:2 167:8
170:25 174:11
175:16 181:10
183:11 186:8
228:7,10,13,16
228:19 229:7,9
229:12,14,17
229:19 230:7,9
230:12,15,18
230:20 231:7,9
231:12,15,18
231:21 232:7,9
232:12,14,17
232:19 233:7,9
233:12,14,17
233:19,22
234:7,9,12,14
234:17,19
235:7,9,12,14
235:17,19
weeks 34:19
  122:25 147:3,4
  160:4 218:5
welcome 81:23
  82:12 134:18
  215:13
went 77:10 84:12
  127:20 204:19
  214:13 222:8
weren't 197:3
  200:9
we'll 16:4 20:14
  61:7 111:7
  150:3 166:11
  187:4 210:5
  211:5
we're 12:14,15
  37:21 62:5,23
  63:2 89:16
  100:6,6 103:11
  103:12 104:22
  109:14 114:3
  158:5 178:25
  179:25 180:21
  184:23,24
  187:8 226:4
we've 80:20
  85:21 224:24
whatchamacallit
  121:7 223:11

**Whatever's** 38:12
**WHEREOF** 237:19
**white** 148:21 173:7
**wife** 9:13 95:25 135:7 202:8,10 220:2
**willing** 16:2 214:25
**winding** 112:16
**wings** 141:16
**winter** 65:4,8 114:4 132:2 135:6 182:21
**withdraw** 9:21 52:18 57:6,7 92:15 107:25 134:12,13,14 191:25 216:13 220:14,16
**withdrawing** 5:3 9:17 52:16 62:14,16 80:9 80:11,22 92:14 107:24 132:18 132:19 133:5 166:12 216:11
**withdrawn** 12:2 22:16 23:23 24:2 25:9,17 26:9 27:11 37:11 39:25 41:11 43:12,24 45:4 48:8 53:15 53:25 54:11 63:13 64:13 69:8 70:16 84:5 85:19 94:13 96:8 97:23 101:4,16 113:23 114:9 130:11 141:8 142:20 203:23 207:25 209:4 212:6 218:25
**withdrew** 134:16
**witness** 3:2 6:2 6:20 7:9,11,13 11:24 12:4 14:23 16:2 29:6 38:25 39:15 42:6 44:19 46:10 59:9,14

59:16,16 60:3 62:9,10 66:6 70:5 72:12,23 73:3,13,15 75:13 76:12 77:19 79:9 81:3 86:21 90:13 91:11 93:12 97:20 98:8 106:12,18,22 107:17 110:23 111:3,21 117:23 121:12 125:12 132:13 142:9 146:15 148:8 158:4 160:23 162:21 163:7 169:24 170:14,16 184:12 186:20 186:24 187:8 187:14 191:15 191:17,18 200:3 207:19 215:13 221:14 221:18 224:22 225:10,14,24 237:11,14,19
**wits** 208:20
**word** 96:19
**words** 60:13 73:23 128:22
**work** 10:2,8,12 13:9,20,22 17:2 17:18 18:12 21:7,10 22:7 23:24 24:3,11 24:13,23 25:2,4 26:10,21 27:2,5 28:4 29:18,21 34:22,25 35:3 35:18,19,20,25 36:14 37:12 52:5,21 53:2,9 53:19,22 54:8 61:6 65:25 66:11 100:6 101:17 102:5,9 102:16,21,22 103:15,17 110:16 112:15 114:7,10,11 115:9,16 116:20 117:9 117:13 122:14

122:25 137:2 138:8 165:14 165:15,21 169:10 179:22 180:2 181:22 183:2,16 190:24 191:6 192:20 194:18 213:2 217:14
**worked** 10:10 14:3,7,19 15:5 16:17 17:5,10 17:13,20,24 18:2,14,18,21 18:24 20:20 21:14,18,21,23 22:10,13,18,21 22:23 23:2,6,9 23:11,18 24:7 24:17,21 25:13 25:19 26:12,15 26:18 27:8 28:6 28:9,13 32:3 35:24 36:3,5,10 39:5 53:16 56:11 74:21 119:12 123:24 137:3 166:18 174:2 175:17 182:2,5 184:7 185:2,3 216:22
**workers** 45:6 66:24 67:4 91:6 113:23 115:25 116:12 169:6
**working** 25:6 51:17 94:23 103:6 104:8,14 114:13 115:18 115:23 194:18 194:22 206:17
**workload** 65:24 114:5
**works** 10:3,6 14:12 89:22 112:4,8 179:23 180:3 217:18 217:19
**worksheet** 72:4 158:11
**worksheets** 136:17 137:18
**wouldn't** 59:19 114:14 116:18 148:11 208:11

**write** 99:10 119:10 121:6 145:15 147:17 158:25 170:3 172:20 174:20 176:5 177:14 183:22,24 190:17 194:11 194:14 210:10 210:23
**writing** 72:17 77:23 82:22 87:8 91:20 121:3 158:20 171:22
**written** 68:3 77:12 90:20 96:9,21 97:3 110:18 118:24 119:4 120:13 147:23 148:9 201:5
**wrong** 93:14 179:13
**wrote** 60:13 147:14,15,22 148:22,23 158:23 159:10 159:25 161:7 161:10 167:21 168:5 174:22 177:6,13 178:22 181:3 181:18 185:23 188:5 189:24 190:19 194:3 194:12 210:11

_____
**X**
**x** 1:3,14 228:2 229:2 230:2 231:2 232:2 233:2 234:2 235:2 236:2

_____
**Y**
**yard** 113:4,4
**yeah** 58:8,11 75:24 76:16 85:12 91:17 97:22 105:8,9 106:6 107:13 108:20 110:7 114:24 116:14 125:8 126:10

126:12,19 127:21 128:12 131:25 140:4,6 141:2 158:7 165:21 166:5 174:3 177:25 178:3 181:7 187:8 189:23 190:7 200:18 208:15,16,20 219:23 220:2 222:20
**year** 63:14,23 64:3 65:23,24 78:18 99:23 110:4 113:14 113:18,22 114:22 115:3 115:21,21,22 121:24 122:16 122:23,24,25 123:4,12,24 127:18,20 131:24 132:4,6 132:25 133:4,9 133:14,16 134:20,24 135:4,11,12 150:10 203:21 205:23 206:6 209:7 215:14 215:23,25 222:6 224:11
**years** 14:3 55:18 55:20 123:7,15 124:9 127:22 131:7,12,15 136:5 140:23 209:8 227:5
**year's** 99:25
**yelling** 43:5,6
**yells** 135:7
**yesterday** 19:16 19:17,20,22 20:11 42:10 75:5
**York** 1:2,15,24 2:5,5,10,10,14 2:20 3:9 29:10 237:4,9

_____
**Z**
**Zabell** 2:12,15 3:17 4:21 5:3,7 5:12,19 6:4,9

6:15,21 7:10,15 8:2 9:7,16 10:4 10:18,22 11:6,9 11:14,18,21 12:6,17 13:11 14:14,16,20 15:12,24 16:12 16:15,19 19:3,8 19:21 20:3 22:3 23:14 28:16,22 29:4,7,15 30:2 30:9,13,19 31:15 32:7,12 33:7,10 37:14 37:19 38:15,20 38:23 39:6,12 39:17,21 40:4 40:10,16,21 41:5,14,19,24 42:9,21 43:2,5 43:6,9,14 44:3 44:9,16,23 45:7 45:17,23 46:5,9 46:15,24 47:4,8 47:13,18,24 48:11,16,23 49:4,6 50:19,23 51:5,12,23 52:7 52:12,16,22 53:5,10,13 54:13,20 55:5 55:21 56:2,8,13 56:16,21 57:2,8 57:11,23 58:3,9 58:14,18,21,24 59:4,12,21,24 60:6,10 61:2,24 62:14,18 63:6 63:16,24 64:5 64:10,16,21,25 65:3,5,13,16,20 66:3,12,21,25 67:6,11,15 68:5 68:11,16,22 69:4,11,22 70:7 70:9,13,19,24 71:11,16 72:19 73:7,19,21,24 74:12,16 75:5 75:22 76:6,10 76:15,19 79:7 80:2,9,13,18,22 80:25 81:5,14 81:18,23 82:3,8 82:12,16 83:17

83:25 84:8,22
85:9,16,23 86:6
87:10,21 88:4
88:10,25 89:6
90:8,11,16,23
91:8,16,23
92:14 93:17
95:9 96:12,16
96:24 97:5,9,21
98:4 100:12,21
101:7,19,24
102:4,6,23
103:7,18
104:15 105:13
105:20 106:4
106:13 107:10
107:15,21,24
109:6,23 110:5
110:13,20
111:2,5,12
112:5 115:10
115:13 116:9
117:2,7,11
119:17 121:11
123:20 124:12
124:23 125:6
125:17,20,25
126:25 127:6,8
127:17 131:4,9
132:8,16,18
133:5,17,20,25
134:7,11,15,18
134:22 138:12
141:20 142:7
143:7,9,11,14
143:20 144:4
144:13,20
145:3,11 146:4
148:11 150:15
159:3,12,20
166:3,8,12
167:23 169:21
169:23 170:12
170:17 171:9
171:16 172:10
172:21 180:14
180:17 182:7
183:4 184:8,14
184:20 185:10
185:14,17,24
186:10,15,18
186:21 187:4
187:12 191:6,8
191:12,18,23
196:8 197:15

197:24 198:12
199:3,15,19,25
200:4,16 204:8
207:18,21
208:4 209:14
209:20,22
210:4 211:23
212:13 214:21
215:5,9,16,18
216:7,11,15
218:19,22
219:7 220:7,12
224:16,20,23
225:8,11,20
226:10 227:8
**Zabell's** 82:2,4
**zipper** 121:25
**ZISKIN** 2:17
**zoom** 203:7
**zooms** 202:23

___

**$**

**$44.14** 149:2
**$88.28** 149:3

___

**0**

**000482** 157:12
235:15
**000483** 157:13
235:16
**000484** 157:19
235:20
**000485** 157:20
235:21
**000488** 157:5
235:10
**000489** 157:6
235:11
**000490** 156:22
234:20
**000491** 156:23
234:21
**000492** 156:15
234:15
**000493** 156:16
234:16
**000494** 156:8
234:10
**000495** 156:9
234:11
**000496** 155:25
233:22
**000497** 156:2
233:23
**000500** 155:18

**000501** 155:19
233:18
**000502** 155:9
233:10
**000503** 155:10
233:11
**000504** 155:2
232:20
**000505** 155:3
232:21
**000506** 154:19
232:15
**000507** 154:20
232:16
**000508** 154:12
232:10
**000509** 154:13
232:11 233:17
**000512** 154:5
231:21
**000513** 154:6
231:22
**000527** 153:24
231:18
**000528** 153:25
231:19
**000539** 153:19
231:15
**000540** 153:20
231:16
**000541** 153:14
231:12
**000542** 153:15
231:13
**000544** 157:17
235:18
**000546** 157:3
235:8
**000547** 156:6
234:8
**000548** 155:23
233:21
**000550** 155:16
233:16
**000551** 155:7
233:8
**000552** 154:10
232:8
**000940** 153:3
230:20
**000941** 153:4
230:21
**000944** 152:20
230:16
**000945** 152:21

230:17
**000946** 152:15
230:13
**000947** 152:16
230:14
**000948** 152:10
230:10
**000949** 152:11
230:11
**000950** 152:3
229:20
**000951** 152:4
229:21
**000954** 151:13
229:10
**000955** 151:14
229:11
**000960** 153:9
231:9
**000961** 153:10
231:10
**000964** 151:20
229:15
**000965** 151:21
229:16
**000966** 151:6
228:20
**000967** 151:7
228:21
**000968** 150:25
228:17
**000969** 151:2
228:18
**000972** 150:20
228:14
**000973** 150:21
228:15
**000977** 151:25
229:18
**000982** 146:11
146:21 228:11
**000983** 146:12
146:21 228:12
**000990** 117:19
118:5 228:8
**000991** 117:20
118:5 228:9
**000996** 152:8
**000998** 152:25
230:19
**001001** 151:11
229:8
**001004** 151:18
229:13
**002878** 221:11

**002880** 221:11
235:25
**002882** 221:11
235:25
**00996** 230:8
**05** 223:12 224:14
**06** 209:10
**07** 209:10
**0724** 153:8 231:8
**0834** 156:13
234:13,18
**0836** 154:17
232:13
**0837** 154:24
232:18
**0839** 155:14
233:13
**0843** 156:20
**0869** 157:10
235:13
**09** 160:20 171:2
174:16 175:12
175:12 181:11
183:12,12
**09-16-09** 151:25
229:18

___

**1**

**1** 77:17 78:12
79:12,14,23,25
82:20,22 83:12
83:13,15,24
84:7,25 85:8,15
85:21 107:20
**1-5** 1:12
**1:00** 165:22
**1:30** 165:23
**10-14-2009** 157:3
235:8
**10-22** 157:9
235:13
**10-28-2009** 157:9
235:13
**10-29** 157:16
235:18
**10-7-2009** 156:19
234:18
**10-8** 157:2 235:8
**10.1** 156:19
234:18
**10/08/2009** 107:4
**10/1** 174:16
**10/1/2009** 174:12
**10/14/2009** 94:22
107:5

**10/15** 175:12,17
**10/15/09** 175:25
**10/21** 175:12,17
**10/21/09** 175:25
**10/7** 174:16
**10/7/2009** 174:12
**10/8/2009** 94:22
**10:00** 1:17
**10017** 2:5,10
**1006** 88:15,16
**11** 70:7,8 185:19
**11-11-2009**
157:16 235:18
**117** 228:9
**11716** 2:14
**11725** 2:20
**11763** 29:10
**11777** 3:10
**12** 184:11 185:19
**12th** 176:21
**1298** 27:17
**138** 25:22
**146** 228:12
**15** 1:15 55:12
66:9 152:7
174:22 215:10
224:24 225:2
225:23 226:5
230:8
**15th** 166:16,22
**15.5** 185:20
**150** 228:15,18
**151** 228:21
229:11,16,21
**152** 230:11,14,17
230:21
**153** 231:10,13,16
231:19
**154** 231:22
232:11,16,21
**155** 233:11,18,23
**156** 234:11,16,21
235:11
**157** 235:16,21
**16** 55:12 117:17
117:25 118:3,7
118:14 126:9
126:11 145:13
145:16 159:6,7
160:15 171:25
172:2,3,11,20
173:6,11,19
174:6,19,20,22
181:25 182:4
185:20 194:15

198:9 210:11
227:4 228:7
**17** 146:9,17,19
146:24,25
147:5 173:17
173:21 174:23
228:10
**17th** 166:23
167:8
**18** 34:7 148:14
150:18 157:23
158:5,6,8,10,19
228:13
**19** 150:23 160:5
160:6,8 228:16

_____
**2**
**2** 72:8,15 75:3,4
76:4,14 77:11
79:8,10 93:10
94:14,21 95:6
98:2 100:11
**2-9-09** 151:11
229:8
**20** 113:21 151:4
159:14 160:18
228:19
**2000** 43:20
**2000's** 43:19
**2005** 12:14,20,23
37:22 43:22
50:17 55:2
58:12 63:5
65:10 67:9
78:13 85:20
88:3 97:8 99:8
100:24 101:25
102:8,10,15
103:2 105:7
115:8 122:7
123:7 124:8
125:4 127:19
129:10 130:8
131:2,12,15
136:5 212:12
**2006** 12:25 97:13
129:16
**2007** 13:3 97:16
129:16 215:20
216:4
**2008** 13:5 97:19
123:13 223:17
223:18,24
224:5,7
**2009** 10:14 12:15

12:20 13:7,25
21:12 24:4,15
28:7 37:22
50:17 51:20
58:12 63:5
65:10 67:9
78:13 85:21
88:3 99:18
115:8 122:8
123:8,13
127:19 129:16
129:16 130:8
131:3,12,15
136:6 147:4,8,8
154:9 201:7,8,9
205:24 212:12
232:8
**2010** 111:11,15
**2011** 1:16 227:22
237:20
**21** 151:9 161:12
161:12 162:5
163:10,14
229:7
**22** 151:16 163:12
163:13,16
229:12
**221** 235:23
**23** 151:17,23
152:7 164:5,6
203:22 229:13
229:17 230:8
**23rd** 166:17,23
166:24 167:9
**24** 4:13,16 130:7
152:6 160:13
160:21 164:20
166:13 168:6
173:11,25
184:6 185:3,16
187:19 190:19
190:21 230:7
**25** 123:3,4,12
127:18 130:7
131:8 152:13
170:21,24
171:13,15,23
190:22 230:12
**26** 148:6 152:18
174:8,10,14,18
230:15
**27** 152:23 175:3
175:4,14
230:18
**27-8-09** 151:10

229:8
**28** 153:6 176:12
176:13,15,25
177:3 180:18
180:21,23
231:7
**29** 151:17 153:12
154:9 180:17
181:4,5,6
182:11,13
229:13 231:11
232:8

_____
**3**
**3** 1:16 86:15,24
88:15 90:19,21
91:19 92:11,18
236:4
**3/19** 181:10
**3/21/2009** 182:14
**3/25** 181:10
**3/26** 183:12,15
**30** 46:14 47:7
66:9 153:17
159:13 182:10
183:7,8,9,13
184:23,24
189:10 231:14
**30A** 37:9
**30-minute**
165:25
**31** 153:22 186:14
187:18 231:17
**32** 77:12 145:24
147:16 148:25
154:3 162:3
164:20,21,23
165:12 174:25
175:17 187:21
188:15 194:12
194:12,14,15
231:20
**33** 154:8 164:10
188:6,7 232:7
**34** 154:15 188:24
188:25 232:12
**35** 148:7 154:22
189:9 227:12
232:17
**36** 155:5 189:13
233:7
**37** 155:12 189:18
189:19 190:4
233:12
**38** 155:21 190:10

190:11 192:5
233:19
**39** 156:4 193:9,9
193:15 194:7
234:7

_____
**4**
**4** 106:16,23
107:22 108:4
108:14,16,23
108:25 109:14
109:19 125:10
125:15
**4,000** 200:18
**4/01** 183:15
**4/1** 183:12
**4/15/09** 118:13
**4/15/2009** 118:20
**4/9/09** 118:13
**4/9/2009** 118:20
**4:30** 112:11
115:14 168:22
**40** 127:18 156:11
160:10 167:11
175:18 176:5
177:6,14,15
187:23 188:5
189:10,15,16
190:5 191:5
194:16 195:2,4
195:11 234:12
**40-minute**
227:12
**400** 135:8
**41** 148:10 156:18
195:16,17,19
195:20 210:5,6
234:17
**42** 156:25 175:19
210:15,17,21
235:7
**43** 148:5 149:15
157:8 188:4
210:25 211:5,7
211:9,12
235:12
**44** 157:15,24
211:14,16
235:17
**45** 165:16 221:4
221:15,20,22
226:16 235:22
**46** 221:9,16
235:24
**48** 194:12

**4875** 2:14
**49** 190:8

_____
**5**
**5** 111:19
**5/14** 147:4,8
**5/20** 147:4,8
**5:30** 115:18,21
168:13 197:18
198:6 214:21
**5:50** 226:19
227:17
**50** 58:17 59:3
122:22,25
226:17
**501** 2:5,9
**51** 166:21
**53** 147:24

_____
**6**
**6/25/09** 158:11
158:16
**6:00** 197:23
225:3
**6:30** 117:9
**6268** 2:19

_____
**7**
**7** 154:9 217:4
232:8
**7-23** 154:9 232:8
**7-30** 154:16
232:13
**7/1/09** 158:12,17
**7/15/09** 160:10
**7/16** 160:19
**7/22** 160:19
**7/23/09** 188:12
**7/29/09** 188:12
**7/9/09** 160:10
**71** 205:13
**72** 205:13
**75** 200:10

_____
**8**
**8th** 237:20
**8-12-2009** 154:23
232:18
**8-19-2009** 155:6
233:8
**8-20** 155:13,15
233:13,15
**8-26-2009** 155:14
155:16 233:13
233:15

**8-5-2009** 154:17
232:13
**8-6** 154:23
232:18
**8.13** 155:6 233:8
**8/12** 177:5
180:25
**8/27/09** 189:25
**8/6** 177:5 180:25
**8:00** 115:16
196:2

_____
**9**
**9-03** 155:22
233:20
**9-09-09** 151:24
229:18
**9-09-2009** 155:23
233:20
**9-17** 156:5 234:8
**9-23-2009** 156:5
234:8
**9-24** 156:12
234:13
**9-30-2009** 156:12
234:13
**9/10** 164:18
**9/16/09** 164:14
**9/24/09** 171:2
**9/30** 171:2
**9/9** 164:18
**9/9/09** 164:13
**90s** 28:20,21
49:11,12,13

COPY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x

NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX
AMIR AREVALO, MAYNOR FAJARDO, WALTER GARCIA,
JOSE L. MARTINEZ, PRACELIS MENDEZ, OSMAR W.
PAGOADA, JAVIER QUINTANILLA, EDWIN RIVERA,
CARLOS ESCALANTE, KEVIN GALEANO, LERLY NOE
RODRIGUEZ, JOSE VEGA CASTILLO, JUAN
QUINTEROS, and MARCOS TULIO PEREZ,

                                    Plaintiffs,

                              Case No.:
                              CV-09-5331 (SJF)(WDW)
                    -against-

SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP.,
LOUIS VECCHIA, CHRISTOPHER VECCHIA, HELENE
VECCHIA and JOHN DOES 1-5,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -x

                    4875 Sunrise Highway
                    Bohemia, New York

                    December 30, 2011
                    1:57 p.m.


        CONTINUED EXAMINATION BEFORE TRIAL of

LOUIS VECCHIA, one of the defendants in the

above-entitled action, held at the above time and

place, pursuant to Order, taken before JoAnn

O'Loughlin, a Notary Public of the State of New

York.

1

2    A P P E A R A N C E S:

3

4        LAW OFFICES OF LAUREN GOLDBERG, PLLC
              Attorney for Plaintiffs
5             501 Fifth Avenue
              New York, New York 10017
6
         BY:  LAUREN GOLDBERG, ESQ.
7

8
         LAW OFFICES OF IAN FRANCIS WALLACE, PLLC
9             Attorney for Plaintiffs
              501 Fifth Avenue
10            New York, New York 10017

11       (NOT PRESENT)

12

13       ZABELL & ASSOCIATES, P.C.
              Attorneys for Defendants
14            SUFFOLK PAVING CORP., LOUIS VECCHIA and
              HELENE VECCHIA
15            4875 Sunrise Highway
              Bohemia, New York 11716
16
         BY:  SAUL D. ZABELL, ESQ.
17

18

19

20                    *    *    *

21

22

23

24

25

1

2  L O U I S   V E C C H I A, the witness herein,

3  having been previously sworn by the Notary Public,

4  was examined and testified as follows:

5              MR. ZABELL:  I just want to note for the

6        record that it is 1:57.  Your three and a half

7        hours has already begun, we're reserving our right

8        to review the transcript at the immediate

9        conclusion of this deposition.  Proceed.

10  CONTINUED EXAMINATION BY MS. GOLDBERG:

11     Q    Mr. Vecchia, my name is Lauren Goldberg.  I

12  deposed you in June, I'm one of the attorneys that

13  represents the plaintiffs in this matter.  I'm going to

14  finish your deposition today.

15              Are you feeling well enough to be deposed

16  today?

17     A    I think so, yes.

18     Q    Is there --

19              MR. ZABELL:  I note on the record that all

20        of my objections to form and to any other relevant

21        basis have been reserved by order of the court.

22              You may continue.

23     Q    Are you feeling okay today?

24     A    Sure.

25     Q    Have you had any medication in the last 24

                         LOUIS VECCHIA

2   hours?

3       A      No.

4       Q      Have you had any alcohol in the last 24

5   hours?

6       A      No.

7       Q      Is there any reason why you wouldn't be

8   able to answer my questions truthfully today?

9       A      No, there's no reason.

10      Q      If you do not understand any of my

11  questions, please tell me and I'll do my best to

12  rephrase the question.

13             I would just like to remind you of two

14  things.  The first is that only one of us can speak at

15  a time since the court reporter is taking down

16  everything that we say.  The second thing is that you

17  cannot answer any of my questions with gestures as the

18  court reporter also cannot note gestures, so it has to

19  be a verbal response.

20             Are you ready to proceed with the

21  deposition?

22      A      Yes.

23      Q      Can you tell me, when you have a paving

24  job, who is usually the first to arrive at the job

25  site?

1                         LOUIS VECCHIA

2        A       Rephrase that question again, please.

3        Q       When you have a paving job, is there a

4    certain type of worker: a linesman, a paver, a roller,

5    whoever that may be; is there a certain type of worker

6    that arrives first at the job site?

7        A       It depends.

8        Q       So at certain jobs, the entire crew arrives

9    at once?

10       A       At times.

11       Q       Is that often the way it's done?

12       A       At times.

13       Q       So there's no regularity with which the

14   sequence of employees arrive at a job site?

15       A       It depends on the job, itself.  Ask me a

16   specific job.

17       Q       What is usually the first step in a paving

18   job?

19       A       What type of paving job?

20       Q       If you're going to pave part of a city

21   road.

22       A       What's existing?

23       Q       If you are going to be repaving part of a

24   city road, what is the first thing you do at a job site

25   when you arrive?

1                    LOUIS VECCHIA

2        A      So you're saying we're repaving then a city

3    road?  What's the question?

4               MR. ZABELL:  Lou, I'm just going to put it

5          out there, I understand.  She already advised you

6          if you don't understand the question, you should

7          tell her that.  You don't get to ask her

8          questions.

9        A      I don't understand the question.

10       Q      Again, exactly.  If you don't understand my

11   question, just say you don't understand the question.

12       A      Sorry.

13       Q      If you are going to repave a road that's

14   already existing, but in terrible condition, is there a

15   certain step that is always first?

16       A      No.

17       Q      So the sequence of events can entirely

18   change depending on the specific job that you're doing;

19   is that correct?

20       A      That is correct.

21       Q      When you're doing a paving job, again,

22   let's say repaving a road, a city road, do all of the

23   workers finish at the exact same time?

24       A      Sometimes.

25       Q      At other times, are there employees who are

1                    LOUIS VECCHIA

2    done with their specific task so they're able to leave

3    the job site earlier than others?

4        A      Sometimes.

5        Q      Can you tell me the names of the workers on

6    the job sites; for example, are there rollers, are

7    there linesmen, are there drivers; please list for me

8    the titles of the workers that you have on a job site?

9               (No response.)

10       Q      Don't look to your attorney.  Your attorney

11   has been instructed by the court to not say anything

12   during this deposition and that all his rights have

13   been preserved.

14               MR. ZABELL:  Counselor, I am warning you,

15          keep a civil tongue in your mouth.  If my client

16          wants to look at me, he can look at me; are you

17          clear?

18               MS. GOLDBERG:  That's the first comment.

19          The next time we just will be calling the judge.

20               MR. ZABELL:  You can call the judge right

21          now.  You are not in a position to advise my

22          client not to look at me.  Be guided accordingly,

23          counsel.

24       Q      Please list the names of the individuals at

25   the job sites.

Page 269

1                    LOUIS VECCHIA

2        A     Which type of job site?

3        Q     Again, let's say repaving, repaving a city

4    road.

5        A     There's chauffeurs, there are operator

6    engineers and there are laborers.

7        Q     Are there any other types of workers that

8    are on the job sites for such a job?

9        A     There could be sometimes.

10       Q     Who would those be people be?

11       A     Depends on who's there.

12       Q     Can you give me an example of someone else

13   that might be there?

14       A     You can have an engineer there, you can

15   have an inspector there, you can have a neighbor there,

16   one of the residents could come out.

17       Q     I'm referring to employees of yours that

18   would be there.

19             What other types of workers would be there

20   that you employ?

21       A     I can't ask a question, right?

22             I'm not sure.

23       Q     Are there truck drivers that participate in

24   these paving jobs?

25       A     Those would be considered the -- yes.

1                          LOUIS VECCHIA

2          Q       What do those drivers do?

3          A       When?

4          Q       What are their responsibilities on the job

5     site?

6          A       Depends.

7          Q       What does it depend on?

8          A       What they're asked to do.

9          Q       Can you give me an example of something

10    that they might be asked to do?

11         A       Drive the truck to a certain spot.

12         Q       What would the truck contain possibly?

13         A       Depends on what we're doing.  If it's -- it

14    could be asphalt.

15         Q       The truck drivers of the vehicles, are

16    those what you referred to as chauffeurs?

17         A       Those are the chauffeurs, yes.

18         Q       Do the chauffeurs generally arrive first on

19    the scene of a job site?

20         A       They have.

21         Q       Sometimes or always?

22         A       Depends.

23         Q       Is there something specific that it depends

24    on?

25         A       Yeah, if the crew didn't make it there on

1                        LOUIS VECCHIA

2    time if they stopped for breakfast for a half hour

3    instead of getting to the job when they were supposed

4    to, yes, the trucks might get there first.

5         Q       Are the truck drivers supposed to get there

6    before the rest of the crew?

7         A       Really should all be simultaneously, it

8    shouldn't really be . . .

9         Q       So everyone should be arriving at the site

10   at approximately the same time; is that correct?

11        A       Sometimes.

12        Q       When are the circumstances when that's not

13   the case?

14        A       I'm not sure of that question.

15        Q       Well, you just stated just a moment ago

16   that it usually happens simultaneously, meaning the

17   drivers and the crew arrive together; is that correct,

18   that's what you just testified, we can have JoAnn read

19   it back if you don't recall?

20             MR. ZABELL:  I think that would be a good

21        idea to have the question read back.

22             THE WITNESS:  Yes.

23             (The pending question was read.)

24        Q       Again, I'm just trying to clarify, you had

25   said that it's not that the drivers arrive at the site

1                    LOUIS VECCHIA

2    first, it should be simultaneously with the rest of the

3    crew; is that correct?

4         A       You would like it that way.

5         Q       So that's how it should be then, is that

6    what you're saying?

7         A       You would like it to be that way, yes.

8         Q       Okay.

9                 When you have paving jobs, are there time

10   constraints that you're working against when you do a

11   paving job?

12        A       Sometimes.

13        Q       What could those time restraints be?

14        A       Where?

15        Q       Well, if you're paving a road, do you have

16   to make sure that the pavement is down before it gets

17   to be 3:00 and it gets too cold to finish the rest of

18   the road; is that correct?

19        A       No, not at 3:00.  In the morning or -- a.m.

20   or p.m.?

21        Q       I asked whether there were any time

22   constraints that you have when you're doing a paving

23   job.

24        A       What type of paving job, there's . . .

25        Q       In any type of paving job that you've ever

1              LOUIS VECCHIA

2    done, what are the time constraints that you have, if

3    any?

4         A      Some you do, some you don't.

5         Q      Okay.  The ones that you do have time

6    constraints, what are those constraints?

7         A      They're all different.

8         Q      Can you give me an example?

9         A      Sometimes you could get a specific permit

10   job for a state job and you would wait for traffic to .

11   . . the outbound traffic, people going to work, so

12   you'd start at nine a.m. and then by three p.m. you

13   have to be done.

14        Q      So is it accurate then to say that on

15   certain jobs, you have to get the job done within a

16   specified time?

17        A      Depending on the job and depending on the

18   governmental agency and what they want you to do.

19        Q      Has that ever been the case in any of your

20   jobs where you had to get the job done in one day?

21        A      In one day?

22        Q      In one day.

23        A      I'm confused by the question.  You went

24   from two different things to -- you're confusing.  One

25   day or time frames, which question are you asking me?

2ea6bd3775b0c5bd

1                        LOUIS VECCHIA

2        Q        Again, just stick with my question.  If you

3    don't understand it, just tell me you don't understand.

4        A        I don't understand it.

5        Q        Have you ever had to complete a paving job

6    in one day?

7        A        Like was I told to?

8        Q        Yes.  Were you told to complete a paving

9    job in one day?

10       A        I'm sure I was asked a lot of times.

11       Q        Have there been other occasions where you

12   only have a specified amount of time to complete a job?

13       A        I'm not sure of the question.

14       Q        Well, a minute ago you just gave an example

15   as to where on one type of paving job you might be told

16   that you have to start at nine because of the traffic

17   and you have to end by three, so that would be an

18   example of a situation where there's a time constraint

19   because you can only work certain hours.

20                Do you understand what I mean by "time

21   constraint"?

22       A        Oh, yes.  We get contracts that we have 165

23   days to complete jobs, yeah, we get time restraints.

24   We have certain jobs that have to be done in a certain,

25   you know, timely fashion, yes.

1          LOUIS VECCHIA

2     Q     Is it accurate to say that the start time

3  of the pavers all depends on the job that you're doing

4  that day?

5     A     I don't understand that question.

6     Q     You have start times that all of the

7  employees have to start working every day; is that

8  correct?

9     A     Yes, we like to start the jobs at a

10  reasonable time, yes.

11     Q     You tell your employees when the job is

12  going to start; is that correct?

13     A     At times, yes.

14     Q     Are there times where you don't tell your

15  employees what time the job is going to start?

16     A     Some of the employees I don't tell, yes.

17     Q     How do they know how to arrive at the job

18  site?

19     A     They ask one of the other employees.

20     Q     For the job sites that you have a start

21  time for, how do you determine when you're going to

22  start the project?

23     A     How do we determine?

24     Q     How do you determine a start time?

25     A     Usually every day for years we start paving

```
 1                      LOUIS VECCHIA

 2    anywhere or anything between 7:30 and 8:00 every day.

 3    Usually.  Unless we have one of those nine to threes.

 4         Q     Are there occasions where you start jobs

 5    prior to 7:30?

 6         A     Occasionally.

 7         Q     When you need to start any time in the

 8    morning, especially if it's prior to 7:30, do you

 9    change the start time if you're under a time

10    constraint?

11         A     No.

12         Q     Have you ever started a job at six a.m. in

13    the morning?

14         A     I'm not sure.

15         Q     Have you ever started a job at 5:30 in the

16    morning?

17         A     I'm not sure.

18         Q     Would it be fair to say that if you know

19    you're under a time constraint and you have to get the

20    job done and you need a longer period of time, you

21    start earlier in the day?

22         A     But if the time restraint's from nine to

23    three, why would you start earlier in the day?

24         Q     Let's say the time constraint --

25               MR. ZABELL:  Don't ask her any questions.
```

1                     LOUIS VECCHIA

2          If that's how you feel, you let counsel know how

3          you feel.

4          Q       Are there occasions where you work past

5     three p.m.?

6          A       Yes.

7          Q       So when you have a project that you know is

8     going to take, let's say, nine hours or ten hours and

9     you know you need to get it done in one day, do you

10    push back the start time to start earlier that day?

11         A       No.

12         Q       Is it important for your crew to arrive on

13    time to job sites?

14         A       Be nice if they did, yes.

15         Q       Is it important?

16         A       It should be to them, yes.

17         Q       I want to show you what's been marked

18    already as exhibits 6 and 59.

19                 MR. ZABELL:  Do you have copies of those

20         exhibits, counselor?

21                 MS. GOLDBERG:  I have 6 for you.  I know 59

22         was given out at the last deposition, so I didn't

23         make multiple copies of the exhibits.

24                 MR. ZABELL:  So you don't have copies of

25         them for me?

1                      LOUIS VECCHIA

2              MS. GOLDBERG:  Well, 59 was already

3       provided, I don't know about 6, so I provided 6.

4              (Handing.)

5              MS. GOLDBERG:  But 59 is certainly already

6       provided.

7       Q      Please review what I've given you, Exhibit

8  6 and 59 and after you've had a chance to review them,

9  you can look up and let me know that you've had time to

10 review them.

11             (Witness reviewing documents.)

12      Q      Looking at Exhibit 6, do you recognize

13 Exhibit 6?

14      A      From just reviewing it, I do, yes.

15      Q      So just for the record, Exhibit 6 is two

16 pages.

17             What do you recognize the first page to be,

18 P 003576?

19      A      I'm sorry?

20      Q      Just for the court reporter, I just noted

21 what the Bates numbers are.

22      A      Oh, I'm sorry.  Okay.

23             I noticed that this is the truck drivers

24 are being told to I guess get to the -- 5:30 a.m. on

25 the job, must be paving by six.

```
 1                    LOUIS VECCHIA

 2        Q      Well, first I'd like you to just answer my

 3   question.

 4               Do you recognize this document?

 5        A      Not . . . I mean now looking at it I

 6   recognize it, but I mean I don't recall it.

 7        Q      Have you ever seen such a document before?

 8        A      I've seen a lot of documents.

 9        Q      Have you ever seen this type of document

10   before?

11        A      Not till just now, maybe in the past.

12        Q      Is this a daily sheet that was given to the

13   employees at Suffolk Paving?

14        A      It says it's a daily schedule, yes.

15        Q      Do you know who made it?

16        A      No.

17        Q      Did you see these sheets around the time

18   that they were made?

19        A      No.

20        Q      Do you know whether they're given to the

21   workers?

22        A      At times I believe they are.

23        Q      Are they regularly given to workers?

24        A      Some of them.

25        Q      Which ones are given the daily sheets?
```

1                    LOUIS VECCHIA

2        A      Usually whichever ones are driving.

3        Q      The drivers are given the daily sheets?

4        A      Whoever's driving, yeah.

5        Q      Was there a certain name you gave this

6   sheet; were they called daily sheets?

7        A      I think daily schedule's what it says here.

8        Q      Would these be given to the employees the

9   night before?

10       A      No.  What would happen is the employees . .

11   . we've been through this already, haven't we?

12       Q      Mr. Vecchia, I'm allowed to ask the

13   question.

14       A      Didn't you ask me this already?

15       Q      I did not ask you this already and even if

16   I did, I'm allowed to ask them again, but I have not

17   asked these questions.  We never discussed this sheet

18   actually.

19       A      No, but we've asked if daily schedules or

20   this was given to --

21       Q      Please just answer my question.

22       A      I'd like to know what my answer was prior.

23              (No response.)

24       A      I believe I've answered this question

25   already.  I mean I believe I answered this already.

1                    LOUIS VECCHIA

2       Q       Then you need to answer it again.

3       A       Am I allowed to go back to my transcripts

4    and find out what my answers were?

5       Q       No.

6       A       I'm not allowed to?

7       Q       No.  I'm asking this question about this

8    sheet --

9               MR. ZABELL:  You can ask her.  If she's

10              refusing to allow you to do that, it just has to

11              be on the record, but that's . . . I'm not

12              coaching, I'm not --

13      A       What's your question again, I'm sorry?

14      Q       These daily schedules that you're looking

15   at, the first page of Plaintiff's Exhibit 6, accurate

16   to say that this is a daily schedule?

17      A       Yes, it says it's a daily schedule.

18      Q       This schedule, as you've testified, was

19   given out to certain employees, correct, that's what

20   you just testified?

21      A       Yes.

22      Q       You testified that it was usually the

23   drivers who received these sheets, correct?

24      A       Yes.

25      Q       So my question is this, when were the

1                    LOUIS VECCHIA

2    drivers given these sheets; was it the night before the

3    assignment?

4         A      Sometimes.

5         Q      If it was not the night before the

6    assignment, when else would it be?

7         A      The morning of.

8         Q      Where would they be given these daily

9    schedules?

10        A      I believe in the dispatch room.

11        Q      Is that at Suffolk Paving in North Dunton?

12        A      Yes.

13        Q      Were they usually given the day of or were

14   they usually given out the night before?

15        A      They were given out sometimes the night

16   before and sometimes the morning of.

17        Q      I ask you to look at page two of Exhibit 6.

18               Is that also a daily schedule of Suffolk

19   Paving?

20        A      That's what it says, yes.

21        Q      I'd ask you to look at Exhibit 59 as well.

22   Exhibit 59 is ten pages.

23               Will you look at all ten pages of Exhibit

24   59?

25        A      Am I through with Exhibit 6 right now?

1                    LOUIS VECCHIA

2        Q        You can put Exhibit 6 to the side right

3    now, but looking at Exhibit 59 is ten pages.

4        A        Okay.

5        Q        Have you looked at every page?

6        A        I breezed through some of them, yes or most

7    of them.

8        Q        Is it fair and accurate to say that every

9    page is also one of those daily schedules that was

10   given out to some of the employees?

11                (Witness reviewing document.)

12       A        They all say these are daily schedules,

13   yes.

14       Q        Did you ever have an occasion to give these

15   daily schedules out to employees other than drivers?

16       A        Ask the question again, please.

17       Q        Was there ever an occasion where you gave

18   out the daily schedules to workers besides the drivers?

19       A        No.  There should be no reason why.

20       Q        So it was basically just the drivers who

21   received the daily schedules?

22       A        Yes.  Whoever was driving one of our

23   vehicles, yes.

24       Q        Did they either receive the daily schedule

25   the morning before a job or the day of the job?

Page 284

                        LOUIS VECCHIA

1

2       A       Say that again, please.

3       Q       Would the drivers either receive the daily

4   schedules the night before a job or the day of the job?

5       A       Sometimes they would do one or the other.

6       Q       For each new job, for each new job, did you

7   have to give the drivers a daily schedule so that they

8   would know what they were supposed to do?

9       A       Say that question again.

10      Q       Did you give the drivers a daily schedule

11  for each day?

12      A       Did I, did Louis Vecchia?

13      Q       Did anyone at Suffolk Paving --

14              MR. ZABELL:  Just answer the question.

15  Don't ask her questions.

16      A       Which time, the night before or the morning

17  of?

18      Q       I'm saying for every day of the week Monday

19  to Friday, did the drivers receive a daily schedule for

20  each day?

21      A       Usually.

22      Q       Were the daily schedules stored on the

23  computers at Suffolk Paving?

24      A       I don't know, I'm not a computer whiz.

25      Q       Who would know that?

1                          LOUIS VECCHIA

2       A       I guess anybody that's a computer whiz.  I

3  don't know if they store them or -- I don't know, I

4  have no idea.

5       Q       Did you retain copies of these documents,

6  of the daily schedules?

7       A       Did I retain them myself?

8       Q       Did Suffolk Paving retain copies of these

9  schedules?

10      A       I believe they did.

11      Q       When you say you believe they did, what

12  makes you believe they did?

13      A       Because we have lots of boxes all over the

14  place.

15      Q       Who would have been responsible for

16  retaining the documents?

17      A       I guess whoever filed them.

18      Q       Who would be filing them?

19      A       No idea.

20      Q       So if you look, now I am going to ask you

21  to turn back to Exhibit 6 for a minute, if you look at

22  the first page of Exhibit 6 and you see, for example,

23  there is a list of employees who are listed in the

24  upper left-hand corner about; you see those names?

25      A       Yes.

1           LOUIS VECCHIA

2       Q       Renato, Carlos, Marcos, Jose C, Juan,

3   Kevin, Noe, Walter, Victor; you see those names?

4       A       Yes.

5       Q       There's other names as well:  Kenny, Danny,

6   Raymond, Bill D, Guy, Tex, Tommy, Junior.

7               Are all those individuals that were working

8   for Suffolk Paving on that day?

9       A       Are all those --

10      Q       Were all those listed employees working for

11  Suffolk Paving that day?

12      A       I don't know.

13      Q       Now you see where it says 5:30 at the

14  plant, sort of across from Renato and Kenny on the

15  right-hand side?

16      A       Yes, that's Kenny 5:30 at plant.

17      Q       So what does Kenny 5:30 at plant mean?

18      A       I guess Kenny was to report to the plant at

19  5:30.

20      Q       Again, when you say "at plant," is that

21  referring to the offices of Suffolk Paving?

22      A       No.

23      Q       What plant are you referring to?

24      A       The asphalt plant.

25      Q       Where is the asphalt plant?

1                    LOUIS VECCHIA

2       A      I don't know.  It doesn't really say where

3    we were working that day, so I don't know what plant;

4    there's about 15 plants on Long Island.

5       Q      So depending on where your job is, there's

6    different plants that you arrive to?

7       A      Arrive to.

8       Q      What material do you get at those plants?

9       A      They're asphalt plants, so typically we get

10   asphalt; sometimes they store other materials that we

11   might need that we might get, also.

12      Q      So the drivers are to go to the plant,

13   obtain the materials and then go to the job site with

14   the materials; is that correct?

15      A      Correct.

16      Q      So then do you see the general note, it

17   says 5:30 a.m. on job and then the note must be paving

18   by six a.m., so can you tell me on this list who was

19   expected to be on the job by 5:30 a.m., is that

20   everybody listed on this document?

21      A      It's not really being that specific, I

22   don't know.  It's very vague.

23      Q      So this note, it says must be paving by

24   six a.m.; do you see that note?

25      A      Yes.

Page 288

LOUIS VECCHIA

1

2    Q    If you were to be paving by six a.m., is

3    there preparation work that would need to be done prior

4    to your starting actual paving?

5    A    No.

6    Q    So the employees then would be able to show

7    up the moment they're expected to be paving?

8    A    They should.

9    Q    So why then above that does it say 5:30

10   a.m. on job?

11   A    I don't know.

12   Q    Is there a reason why this job started at

13   5:30 a.m.?

14   A    Today looking at this, I have no idea.

15   Q    Is it likely that you started at 5:30 a.m.

16   because you had a time constraint under which you were

17   performing this job?

18   A    No, it says Town of Brookhaven.  Usually we

19   are not allowed to pave till . . . I think seven is

20   like the earliest or seven -- some places don't like

21   the neighbors getting disturbed too early, this could

22   be a misprint.

23   Q    So I'd ask you to look at the second page

24   of Exhibit 6.

25   A    Okay.

1                      LOUIS VECCHIA

2        Q       Do you sort of see not exactly in the

3    middle of the page, but more on the left upper it says

4    again 5:30 a.m. on job, must be paving by six a.m.;

5    again, do you recall why this particular job started at

6    5:30 a.m.?

7        A       No.

8        Q       Do you also believe that this page is a

9    misprint as well?

10       A       Oh, I don't know if it is or it isn't, I'm

11   just not sure.

12       Q       So it might be accurate?

13       A       Yeah.  I just . . . I'm not sure.  I don't

14   really recall, this is probably, you know, if it was a

15   very rare thing, I don't really recall the day or why

16   or how.

17       Q       Is it fair to say that Exhibit 6 and

18   Exhibit 59 are accurate copies of the daily schedules

19   of Suffolk Paving?

20       A       It's hard to say.  They could be, they

21   couldn't be.

22       Q       What makes you believe that they might not

23   be?

24       A       Because I'm an original type, usually I

25   like to see originals, so it's a copy.

1            LOUIS VECCHIA

2      Q      Where would the original be?

3      A      I have no idea.

4      Q      Did you use the daily schedules throughout

5   2009?

6      A      What do you mean use, can you say that

7   again?

8      Q      Did you get the drivers' daily schedules

9   for all of 2009?

10     A      I believe so.

11     Q      Did you also use daily schedules in 2008?

12     A      Yes, I believe we did.

13     Q      Again, these daily schedules were created

14  by Suffolk Paving?

15     A      By the individuals in Suffolk Paving?

16     Q      By individuals in Suffolk Paving; is that

17  correct?

18     A      I believe so, yes.

19     Q      They were generated daily to inform the

20  drivers of where they needed to go, either that day or

21  the following day, correct?

22     A      This daily schedule was made up for a

23  guideline, sometimes accurate, sometimes inaccurate,

24  to -- yeah, was a guideline to follow, yes.

25     Q      Is there anything on either one of these

1                    LOUIS VECCHIA

2    documents, Exhibit 59 or Exhibit 6, that makes you

3    believe these are not accurate copies of the daily

4    schedules that they purport to be?

5         A    Oh, no, they're just copies, I don't know

6    if they are or they aren't.

7         Q    Did you have disciplinary procedures at

8    Suffolk Paving?

9         A    Mostly discussed.

10        Q    When you say "mostly discussed," what do

11   you mean?

12        A    It was . . . disciplinary is when you

13   pretty much have to discipline somebody because you're

14   disappointed in something they were doing or not doing.

15        Q    Did you have procedures that were written

16   out defining what the disciplinary procedures were?

17        A    With who, with whom?

18        Q    With your employees.

19        A    Which ones?

20        Q    All of your employees.

21        A    Most of the -- some -- let's talk about the

22   chauffeurs.  Pretty much you could explain to them what

23   they needed to do and they did it.  Some of your

24   operators you're able to do that.  Most of your

25   laborers, you try and there is a communication barrier

1                    LOUIS VECCHIA

2    that comes in the way, it's known as selective

3    understanding English, selective, not sometimes, so you

4    would have liked to have thought you were getting your

5    point across, whatever the disciplinary thing might

6    have been, but when you would actually ask them at

7    times to either, you know, write it down, there was a

8    communication gap.

9         Q      I'm going to rephrase my question because

10   you didn't answer my question.

11        A      I'm sorry.

12        Q      Were there any written policies you had

13   written out regarding the disciplinary procedures?

14        A      Most of the disciplinary thing -- whatever

15   we did disciplinary or whatever we asked of was in the

16   dispatch room on our poster boards and was pretty much

17   there for them to read.

18        Q      Did you have any document that would

19   specify step one of a disciplinary would be oral

20   discussion; step two, for example, would be a written

21   notification, that's what I'm talking about?

22               Did you have any such type of written out

23   policy regarding what your disciplinary procedures

24   were?

25        A      With what company?

```
 1                    LOUIS VECCHIA

 2        Q      With Suffolk Paving.

 3        A      Suffolk Paving?

 4               (Pause.)

 5        A      I don't think so, no.

 6        Q      Did Suffolk Asphalt have any written out

 7   policies regarding their disciplinary procedures?

 8        A      You'd have to ask Christopher that, but I

 9   believe the unions pretty much have that, right, they

10   don't allow you to have anything.  You'd have to ask

11   Christopher that.

12        Q      Did you have any disciplinary procedures

13   that you used at Suffolk Paving?

14        A      Most of them common sense.  Just asked for

15   common sense is all I asked for.

16        Q      Have you ever loaned money to Alejandro

17   Amaya?

18        A      I could have.

19        Q      You don't recall?

20        A      I'm sure I could have.  No, not this time,

21   but I could have.

22        Q      Have you ever loaned money to Alex Amir

23   Arevalo?

24        A      I'm not sure even who that is.

25        Q      Have you ever loaned money to Nelson
```

```
1                    LOUIS VECCHIA

2    Quintanilla?

3         A      I'm sure.

4         Q      Have you ever loaned money to Walter

5    Garcia?

6         A      I'm sure.

7         Q      Have you ever loaned money to Jose

8    Martinez?

9         A      I'm not sure.

10        Q      Have you ever loaned money to Osmar

11   Pagoada?

12        A      I don't think so.

13        Q      Have you ever loaned money to Javier

14   Quintanilla?

15        A      I could have.

16        Q      Have you ever loaned money to Edvin Rivera?

17        A      I'm sure.

18        Q      Have you ever loaned money to Kevin

19   Galeano?

20        A      Could have.

21        Q      Have you ever loaned money to Lerly Noe

22   Rodriguez?

23        A      I'm not sure.

24        Q      Have you ever loaned money to Jose Vega

25   Castillo?
```

1                          LOUIS VECCHIA

2        A        I could have.

3        Q        Have you ever loaned money to Juan

4    Quinteros?

5        A        I don't think so.

6        Q        Have you ever loaned money to Marcos Tulio

7    Perez?

8        A        I could have.

9        Q        Do you believe that Alejandro Amaya owes

10   you money today?

11       A        I'm not sure.

12       Q        Why are you not sure?

13       A        'Cause I usually never kept track of it.

14   Sometimes, you know, they could have asked for a

15   hundred dollars or this or that and I wouldn't even get

16   it back from them.

17       Q        Are you referring to Alejandro Amaya or are

18   you talking about all of your employees?

19       A        Most of them.

20       Q        So is your testimony that you have loaned

21   money to most of your employees at one time or another?

22       A        Unfortunately.

23       Q        When you made those loans, did you keep

24   track of them?

25       A        I tried to.

```
 1                    LOUIS VECCHIA

 2       Q       How would you keep track of them?

 3       A       Depended on the size of the loan.

 4       Q       What would you consider a big loan?

 5       A       A big what?

 6       Q       A big loan.  A sizeable loan.

 7       A       I guess anything over $500.

 8       Q       Would you keep track of the loans that you

 9  made that were over $500?

10       A       I would try to.

11       Q       How would you try to?

12       A       By writing it down.

13       Q       Where would you write it down?

14       A       Depends on where I was at the time.

15       Q       Where you were at the time that you made

16  the loan?

17       A       Yes.

18       Q       So let's say you were in the office at

19  Suffolk Paving when you gave the loan, where would you

20  record the loan?

21       A       Which loan?

22       Q       Any loan that you gave out while you were

23  at the office of Suffolk Paving.

24       A       Either try to get one of the girls write

25  something up and I'd just sign it or I would just write
```

1           LOUIS VECCHIA

2    it down.  Many times I'd write it down on a napkin or a

3    piece of paper to remind myself to either get it at the

4    end of the week out of their paycheck or something.

5        Q     Have you ever loaned money to Carlos

6    Escalante?

7        A     I did once in the form of check, but I

8    believe that was for Renato.  I might have loaned him a

9    hundred or two here or there, but he always gave it

10   back; he was pretty good that way, Carlos.

11       Q     As you sit here today, do you believe any

12   of the plaintiffs owe you money?

13       A     Oh, yes.

14       Q     Which of the plaintiffs do you feel owe you

15   money?

16       A     Well, I actually gave the one check to

17   Carlos, it's my belief he was giving it to

18   Maynor/Renato, Renato, whatever you want to call him, I

19   believe that's where that money went or at least I was

20   told that.  But I did lend the money in Carlos' name on

21   a check.  Renaldo, Renato, Maynor I've loaned numerous

22   times monies.  I mean I think we even found out in the

23   last deposition that I -- he told me I had gave him

24   more than I thought I did.

25       Q     My question to you is which of the

1                    LOUIS VECCHIA

2    plaintiffs as you sit here today, give me the names of

3    the plaintiffs that owe you money, that you believe owe

4    you money.

5         A     Mendez Pracelis.

6               Let me see the plaintiff list, do you have

7    a plaintiff list?

8         Q     Absolutely.

9               (Attorney reviewing documents.)

10        Q     Just look at this caption right here.

11              (Handing.)

12        A     Thank you.

13              MR. ZABELL:  I think the record should

14        reflect that Ms. Goldberg has provided the

15        deponent with a Proposed Third Amended Complaint

16        And Jury Demand for review, I think it should

17        probably be marked as an exhibit.

18              MS. GOLDBERG:  I'm not marking it as an

19        exhibit, I'm using it so he can look at the names

20        in the caption.

21              MR. ZABELL:  It's up to you whether or not

22        the document you provide him you introduce as an

23        exhibit.

24              MS. GOLDBERG:  That's fine.

25              (Plaintiff's Exhibit 60, copy of PROPOSED

1              LOUIS VECCHIA

2      THIRD AMENDED COMPLAINT AND JURY DEMAND dated

3      October 24, 2001, was marked for identification.

4      Exhibit retained by counsel.)

5      Q      Mr. Vecchia, I'm giving you Exhibit 60

6   solely for the purpose of you looking at the caption so

7   you can review the list of plaintiffs in this case and

8   tell me which of the plaintiffs as you sit here today

9   you believe owe you money.

10     A      Thank you.

11            (Witness reviewing document.)

12     A      Nelson Quintanilla, Maynor, Pracelis and

13  Carlos through . . . through Maynor.

14            (Pause.)

15     A      You know and Jose Vega actually, also.  A

16  lot of these, there's some large ones and then there's

17  just some small ones and actually, Nelson Quintanilla,

18  now that I think about it, as of recently, he walked

19  off a job and we still -- I think we paid him for the

20  whole day, but I just let it go.

21     Q      How much money do you think Nelson

22  Quintanilla owes you?

23     A      Probably just four, five hours worth of

24  time.

25     Q      Is that based on what you just said, in

1                    LOUIS VECCHIA

2    that you believe he walked off a job?

3        A      Oh, he actually walked off the job, there's

4    witnesses he walked off the job, yes.

5        Q      So that's the four to five hours that you

6    believe he owes you?

7        A      Yeah, but he could keep it.

8        Q      In terms of Carlos Escalante who you

9    believe you loaned money really for Maynor, how much

10   money do you believe he owes you?

11       A      I'm not sure of the amount right now.

12       Q      Did Carlos Escalante ever pay you any back?

13       A      No.

14       Q      How much money do you believe Jose Vega

15   Castillo owes you?

16       A      Just a few hundred bucks.

17       Q      When did you loan him a few hundred bucks?

18       A      I guess it was a couple of days before he

19   disappeared, he's another one that disappeared and

20   didn't show up for work for like four weeks and then

21   came back and wanted his job back again.

22       Q      Do you remember the exact amount that you

23   gave him?

24       A      It was either two or 300.  Sometimes

25   cheaper to let them have the two or 300 and get rid of

1                      LOUIS VECCHIA

2    them.

3        Q      Did you loan Maynor money in 2004 so that

4    he could buy one of your vehicles?

5        A      Did I loan him money?

6                (Pause.)

7        A      I think he wanted a car --

8                MR. ZABELL:  Just answer the question.

9        A      I'm not sure of the year, I'm not sure.

10   I'd have to go back to records.

11       Q      Did Maynor buy one of your vehicles?

12       A      I believe he did, yes.

13       Q      Did you loan him money to buy the vehicle?

14       A      Did I hold a loan for him?

15       Q      To buy the vehicle.

16               MR. ZABELL:  Don't ask her questions, just

17       answer her questions.

18       A      I believe so.

19       Q      Do you remember the model of the car, the

20   make and model of the car?

21       A      It was a Navigator.

22       Q      Do you remember what year?

23       A      No.

24       Q      Do you remember when you bought that

25   Navigator?

1                        LOUIS VECCHIA

2        A     No.

3        Q     Did you buy that Navigator?

4        A     I'm sure I did.

5        Q     Do you remember where you bought it from?

6        A     No.

7        Q     Do you recall whether it was a year before

8    you sold it to Maynor?

9        A     I'm not sure of the time frame.

10       Q     Do you recall what you paid for the

11   Navigator?

12       A     No.

13       Q     Would you have records that indicate how

14   much you paid for the Navigator?

15       A     I'm not, me, personally, I'm not too

16   organized, but I would hope I would.

17       Q     What records do you think you would have

18   that would have the price you paid for the Navigator?

19       A     If we had a file in the vehicle, I don't

20   know.

21       Q     Was it a vehicle that you used for Suffolk

22   Paving?

23       A     I'm not sure.

24       Q     Did he make any payments to you for that

25   loan?

1              LOUIS VECCHIA

2    A    I'm not sure.  I believe he started in the

3  beginning a few and then he just stopped.

4    Q    Was there someone at Suffolk Paving who was

5  recording the payments that he made?

6    A    I don't recall.

7    Q    Do you know how much he repaid to you?

8    A    No.  Not off the top of my head.

9    Q    Did there come a time when you repossessed

10  the car that you sold Maynor?

11    A    Repossessed it?

12         (Pause.)

13    A    Yeah, I believe there was a time that that

14  happened.

15         (Plaintiff's Exhibit 61, copy of letter

16         dated June 18, 2008 to Mr. Jose Garrido Veliz from

17         Louis Vecchia, was marked for identification.

18         Exhibit retained by counsel.)

19    Q    I'm going to give you what's been marked as

20  Exhibit 61.

21         (Handing.)

22    Q    Please take a moment to look at it, let me

23  know when you've had a chance to review it.

24         (Witness reviewing document.)

25    Q    Have you had a chance to look over Exhibit

```
 1                    LOUIS VECCHIA

 2   61?

 3        A       I just looked at it, yes.

 4        Q       Do you recognize it?

 5        A       No.

 6        Q       Is that your signature in the middle of the

 7   page where above it's typewritten Louis Vecchia; is

 8   that your signature above?

 9        A       It looks like it's mine, yes.

10        Q       Can you tell me, did you personally take

11   back the car from Maynor?

12        A       Well, it is Maynor's car.  Whose name he

13   had it in, I don't know, but it was Maynor who signed

14   for the loan for the car and it was given to Maynor.

15   What Maynor did with it, maybe this is the guy he gave

16   it to, I don't know.

17        Q       So do you know Jose Garrido Veliz?

18        A       No.

19        Q       You don't know who that is?

20        A       Not at all.

21        Q       Can you tell me, did the car come back into

22   your possession?

23        A       Yes, it did.

24        Q       Can you tell me, did it come back into your

25   possession in June 2008?
```

1                    LOUIS VECCHIA

2        A      I'm not sure.

3        Q      Do you recall whether it came back into

4   your possession in the summer of 2008?

5        A      I really don't recall at all when it came

6   back.

7        Q      Do you still own the car today?

8        A      You know, I don't know.

9        Q      You don't know whether you own the car?

10       A      No.  I have a lot of vehicles.

11       Q      Do you know how many miles the car had on

12  it when you sold it to Maynor?

13       A      No.  No way.

14       Q      Would you have any record of that anywhere?

15       A      I don't know.

16       Q      Did you write it down anywhere?

17       A      I don't know how many miles are on the car

18  I got in today.

19       Q      But when you sold it to Maynor, did you

20  write that down anywhere?

21       A      I don't know, I might have, I don't recall.

22       Q      So you loaned the money to Maynor in 2004

23  for the car, correct?

24       A      I didn't say that, I said I didn't recall

25  the time or the time frame and when it was.  You asked

1                          LOUIS VECCHIA

2     that question prior.

3          Q      Maynor worked for you until 2009; is that

4     correct?

5          A      I think he disappeared for a little while

6     in between, but he had . . . I believe so.

7          Q      Do you know who Donna Schaefer is?

8                 MR. ZABELL:  Could you repeat that name?

9                 MS. GOLDBERG:  Donna Schaefer.  Donna,

10        D-O-N-N-A, Schaefer, S-C-H-A-E-F-E-R.

11         A      Plaintiff's Exhibit 61, she's the notary

12    public in the state of New York on the bottom here

13    (indicating).

14         Q      Does she work for you?

15         A      Oh, yes.

16         Q      She works in your office?

17         A      Yes, she does.

18         Q      Does she still work in your office?

19         A      Yes, she does.

20         Q      Do you know when you hired her?

21         A      No; it's a while ago, though.  I don't

22    remember those things.

23                MR. ZABELL:  It's all right, I understand.

24         Q      Why is it that you waited until after this

25    lawsuit was filed to bring a lawsuit against Maynor for

```
 1                  LOUIS VECCHIA
 2    that loan?
 3        A      'Cause he always made me promises that he
 4    would pay it, so I guess like my wife would say, my
 5    ignorant kindness, I would let it go.  I'd let things
 6    go I guess where I really shouldn't have.  So it was a
 7    mistake on my part.
 8        Q      So after he brought a lawsuit against you,
 9    is it fair to say you realized you didn't want to let
10    it go anymore?
11        A      No.  My wife had woken me up and said it's
12    about time you started collecting money from these
13    people that owe you money and we've been doing it ever
14    since.  It's not just this, it's everywhere.  Too nice
15    a guy, just ask all your plaintiffs.
16        Q      Did you ask Maynor to sign an authorization
17    allowing you to garnish wages if he did not repay your
18    loan?
19        A      I'm sorry, did I what?
20        Q      Did you ask Maynor to sign any
21    authorization allowing you to garnish his wages if he
22    did not repay his loan to you?
23        A      I don't understand that question, sorry.
24        Q      Did you ever ask Maynor to sign an
25    authorization that would allow you to garnish his wages
```

```
1                    LOUIS VECCHIA

2    if he did not repay his loan?

3         A      I don't recall.

4         Q      You might have?

5         A      I don't recall.  I have no idea.

6         Q      Aside from the loan that you made to him

7    for the vehicle, were there any other times that you

8    believe you loaned him money?

9         A      Oh, yes.

10        Q      When was the next time?

11        A      Sometime when his poor mother was suffering

12   from what he had said was a -- needed some type of

13   surgery, I had lent him money.  I forget how much.

14   Actually, I found out at his deposition that it was

15   more than what I thought it was.

16               So you're really going to get a lot of

17   vague answers on the money lending thing because unless

18   I see that we wrote or there's checks I could say oh,

19   yeah, that, I'll have a hard time recalling.

20        Q      That loan that you're now recalling, was

21   that in 2008?

22        A      I'm not sure of the year, but I believe it

23   was somewhere between six, seven and eight, something

24   like that.  I don't really recall exactly when.

25        Q      Was that --
```

1                    LOUIS VECCHIA

2       A      It was seven or eight when he disappeared,

3  so that was probably one of those years, seven or eight

4  was when I lent him the money because of his ailing

5  mother's heart or whatever it might have been, whatever

6  story he told me.

7       Q      Do you believe that was for $8,500?

8       A      No, it was for more.  I just don't even

9  recall the amount from the last deposition, I don't

10  remember the amount, but it was more.

11       Q      It was more that $8,500?

12       A      Yes.

13       Q      Was this before or after you repossessed

14  the car?

15       A      I believe it was before.  I'd like to

16  believe -- I believe it was before I repossessed the

17  car because I think he hadn't come back for -- you

18  know, for so many months he disappeared and we just

19  said hey, we're screwed out of the money now, we're

20  screwed out of the car, we might as well try to recoup

21  our costs, might as well recoup some of this back

22  somewhere.

23       Q      When you loaned Maynor, as you say, this

24  second amount, did you ask him at this point to sign an

25  authorization that would allow you to garnish his wages

1                    LOUIS VECCHIA

2    if he didn't pay you back?

3        A    I don't know how it was structured.

4        Q    After you repossessed the car, did you ever

5    give Maynor any money back that he paid you for the

6    car?

7        A    I don't think he made a lot -- any

8    payments, it was very few he made, I believe.

9            (Plaintiff's Exhibit 62, copy of SUFFOLK

10           PAVING CORP. P A Y M E N T   S C H E D U L E dated

11           10/06/2004, two pages, was marked for

12           identification.  Exhibit retained by counsel.)

13       Q    I'm going to give you what's been marked as

14   Exhibit 62.

15           (Handing.)

16       Q    Take a moment to look at it.  When you've

17   had an opportunity to look at it, let me know.

18           MR. ZABELL:  This is 62?

19           MS. GOLDBERG:  Exhibit 62.

20           (Witness reviewing document.)

21       A    Okay.

22       Q    Tell me when you've had time to review it.

23       A    Okay.

24           MR. ZABELL:  Take your time to go through

25       it.

1              LOUIS VECCHIA

2              (Witness reviewing document.)

3    A    Okay.

4    Q    Do you recognize it?

5    A    It looks like a payment for a . . .

6    Q    Have you ever seen it before?

7    A    I might have.

8    Q    Do you know who made it?

9    A    No, I don't recall.

10   Q    Did you discuss the loans that you made to

11   Maynor with anyone?

12   A    I might have splurted (sic) it out, yeah,

13   what it was or how it was or whatever.

14   Q    Who would you have blurted it out to?

15   A    Whoever was in the office at the time.  I

16   might have even asked them to do this.

17   Q    Did you discuss it with your wife?

18   A    Probably.

19   Q    Was your --

20   A    Oh, you know what, I believe this was her

21   car.  This was actually one of her cars.  So I would

22   say I probably did, yes.

23   Q    Did your wife create Exhibit 62?

24   A    I don't know, you'd have to ask her.

25   Q    Did you discuss the loans that you gave to

1                    LOUIS VECCHIA

2    Maynor with your wife?

3        A       Loans with people I like to not discuss too

4    much with my wife.   It became a very big problem.

5        Q       Was your wife in charge of keeping track of

6    whether Maynor paid you back?

7        A       I would say she had a little bit to do with

8    it because she constantly would be haunting me about it

9    and your plaintiffs, Mr. Nice Guy would be don't worry,

10   honey, we'll get it, we'll get it, he'll come out of

11   his hole, he's going through something with his wife,

12   he's going through -- we'll get it eventually.

13       Q       So aside from these two times that you now

14   just mentioned, are there other times that you believe

15   you have loaned Maynor money for which he did not pay

16   you back?

17       A       I believe actually for his daughter's sweet

18   16 maybe or something to back when; if you can tell me

19   how old his daughter was, it might jar my memory, but .

20   . .

21       Q       For that, how much did you loan him?

22       A       I don't even know, he came to me all the

23   time.

24       Q       Did you keep track of it?

25       A       I tried to in my head to some of it.

1                        LOUIS VECCHIA

2        Q      Do you have any written down anywhere?

3        A      I tried to, like I said earlier, sometimes

4    I would try to write it down somewhere and try to get

5    it back or ask him back for it.

6        Q      I'm sorry, I might have just asked you

7    this, I don't recall it.

8        A      That's okay.

9        Q      Do you recall this incident, do you

10   remember how much you loaned him for the sweet 16 or

11   something that you mentioned or you don't recall?

12       A      I really don't recall.

13       Q      Do you recall any other specific amounts of

14   money that you loaned Maynor?

15       A      Not off the top of my head, no, not right

16   now.  Could come to me when I'm driving down the road

17   and thinking of something, but not right now.

18       Q      If you repossessed the car from Maynor that

19   you sold him, how come you're suing him for the full

20   value of the car when you sold it to him?

21       A      What am I doing?

22       Q      You know that you're suing Maynor?

23       A      Do I know?  I believe -- I asked my lawyer

24   to sue him, I would hope he does his job.

25       Q      Do you know how much you're suing him for?

Page 314

                          LOUIS VECCHIA

1

2      A      Off the top of my head, no, I really don't.

3      Q      If I were to tell you that you're suing him

4   for the value of the car when he bought it, do you

5   think that that's fair?

6      A      I'm sure whatever I'm suing him for is a

7   lot less than what he owes.

8      Q      But you do have the car back, you did get

9   the car back, correct?

10     A      When did we get it back, is that . . . when

11  did he give it back, there's something called

12  depreciation, something called, you know, after certain

13  amount of time, things lose their value.

14     Q      How much money did you loan to Pracelis?

15     A      I believe it was 25,000 to put down on a

16  house, 25 or 25,000.

17     Q      Did he repay you --

18     A      I'm nuts.  I know my wife thinks so, but

19  I'm a nice guy.

20     Q      Did he repay you any of the money?

21     A      He paid some; I'm not sure of the amounts.

22     Q      Did you record the payments that he gave to

23  you anywhere?

24     A      Somebody was doing it, I don't know if I

25  did it.

1                    LOUIS VECCHIA

2       Q       Who would have done it?

3       A       I don't know.  Whoever I asked, I don't

4   even recall who I asked.  I would have to ask somebody

5   in the office and somebody will jump up and say it was

6   me.  That's how I usually do things.

7       Q       Is there someone in the office that

8   recorded the payments that Pracelis made?

9       A       If we were to go there and they're all

10  sitting there, I asked who did that, one of them would

11  probably have to jump up.

12      Q       Did your wife have any responsibility in

13  recording the payments that Pracelis made?

14      A       She might have been the one person, I don't

15  know, you'd have to ask her that.

16      Q       Is it fair to say that Pracelis worked some

17  Saturdays to repay the loan, he worked for free so that

18  you didn't have to pay him to repay the loan?

19      A       I don't recall.

20      Q       Did Pracelis ever work some prevailing wage

21  rate jobs for free to repay the loan?

22      A       Oh, I don't think so.  Not to my knowledge.

23  I don't know.

24      Q       Did you ever have Pracelis sign any type of

25  authorization allowing you to garnish his wages if he

```
 1                      LOUIS VECCHIA

 2   didn't repay you?

 3        A      I don't know.

 4        Q      Who did you discuss the loan with, if

 5   anyone?

 6        A      What was your last question again, just

 7   read back my last -- I want to go back to my last

 8   question.

 9               (The record was read.)

10        A      No, no way.  That's a definite no.  I

11   thought I said I don't know, but that's a no.

12        Q      Did you talk to anyone about the loan that

13   you made to Pracelis?

14        A      I don't know.  My wife, my wife probably,

15   if anyone.  Mendez, himself.

16        Q      Was there anyone responsible for regularly

17   recording the payments or the work that he was doing to

18   make up for the loan that he . . .

19        A      I'd like to think I was keeping something,

20   I just don't recall.

21        Q      Do you recall whether you made any notes on

22   some payments that he made?

23        A      I might have made markings when he did make

24   a payment.  I would mark it.

25        Q      Where would you make those markings?
```

1                    LOUIS VECCHIA

2      A      On something there's a folder on that, I

3   believe there was a folder on that and I just would

4   make markings, I believe.  I don't recall how we kept

5   track of that.  I'll try to find out for you, though.

6      Q      Pracelis worked for you until 2009,

7   correct?

8      A      I believe so, yes.

9      Q      Again, you filed a lawsuit against Pracelis

10  after this lawsuit was started, correct?

11     A      Did we file it after?

12            (Pause.)

13            MS. GOLDBERG:  Well, withdrawn.

14     Q      You filed the lawsuit against Pracelis

15  after this lawsuit was filed.

16            Can you tell me why you filed it --

17     A      That winter I was going to file it no

18  matter what.  He actually worked for my son back in

19  2009 with a bad attitude.  That winter I was going to

20  file for the money no matter what, whether the lawsuit

21  came.  We just happened to be busy at the time and I

22  had no time for it.  But that winter I was going to

23  file for it no matter what.

24            (Pause.)

25     A      This is not a retaliation for a lawsuit,

1              LOUIS VECCHIA

2    it's not.

3        Q    Did Pracelis Mendez ever complain to you

4    about not receiving overtime?

5        A    No, he got paid for the hours he worked.

6        Q    So he never complained to you, is that your

7    testimony?

8        A    Did he ever complain to me?

9        Q    Yes.  Did he ever complain to you about not

10   receiving overtime?

11       A    I mean he could have.  I mean if it was a

12   week he didn't get an hour, usually we'd make it up the

13   next week or whatever the time frame was.

14       Q    So is it your testimony you don't remember?

15       A    But we can never keep track of -- no, no.

16   Some of the employees would come up and say hey, boss,

17   you shorted me an hour last week, can I get it next

18   week.  Some of them come up to me and say hey, boss,

19   you shorted me a whole day last week and if they could

20   afford to wait till the next week, we'd do it the next

21   week or if they needed it badly then, we'd say please

22   give us the other check back and we'll redo their

23   checks.

24       Q    As you sit here today, do you recall

25   Pracelis Mendez ever complaining to you about not

1                    LOUIS VECCHIA

2    receiving all the overtime he worked in a week?

3        A    He -- yeah, he fraudulently tried to

4    collect overtime, yes.

5        Q    So are you saying that he complained to you

6    about not receiving overtime?

7        A    On a few occasions, yes.

8        Q    Do you remember when those occasions were?

9        A    The only times there was when the GPS was

10   disconnected in his truck, we couldn't figure out

11   whether he was lying or telling the truth.

12       Q    Was this in 2009?

13       A    I believe it was in eight and nine,

14   whenever we even actually got it.  There was a few

15   different occasions.

16       Q    Did Maynor Fajardo ever complain to you

17   about not receiving overtime?

18       A    There was occasions where he would come and

19   say hey, we were shorted hours.  It happens today.  It

20   happens . . . it happens.  We get it to him.

21       Q    Do you recall Maynor Fajardo ever

22   complaining to you about not receiving overtime for an

23   entire week or weeks?

24       A    No, no.

25       Q    Do you recall Nelson Quintanilla ever

1                      LOUIS VECCHIA

2    complaining to you about not receiving overtime?

3          A      I don't recall.  It's possible.  I don't

4    recall.  There could be somebody along the line could

5    complain we missed an hour, it's happened.  We got it

6    to them the next week or like I said, if this check had

7    to be redone and it was a lot that we shorted them, I

8    mean there's papers that I've gone through just going

9    through them and said oh, my goodness, we overpaid him

10   just by going back and looking.

11         Q      Are you familiar with the term "prevailing

12   wage"?

13         A      Prevailing wage?

14         Q      Yes.

15         A      Yes, I am.

16         Q      What is your understanding of what is

17   prevailing wage?

18         A      Prevailing wage is basically a wage set up

19   through the Davis-Bacon Act on where the unions get

20   together with the state departments and they regulate

21   and set the wages, what the wage rate should be for

22   whatever particular trade they're working with.

23         Q      When are you required to pay prevailing

24   wage rates?

25                MR. ZABELL:  I'm going to ask that you

```
1                    LOUIS VECCHIA

2         repeat that question, please.

3         Q       When are you required to pay prevailing

4    rates, prevailing wage rates?

5         A       I don't know, when?

6         Q       You don't know when?

7         A       I said I don't know, when, when, when?

8                 MR. ZABELL:   I think the record should

9         reflect that he's asking Ms. Goldberg a question,

10        even though I directed you please don't ask her

11        questions.

12                THE WITNESS:  I'm sorry.

13                (Pause.)

14        A       Whenever it's required for me to.

15        Q       What are the circumstances under when it's

16   required?

17        A       Whenever there's a job that was set up to

18   pay prevailing wage rates.

19        Q       Well, do you have to pay prevailing wage

20   rates to pave a driveway, a private driveway?

21        A       No.

22        Q       So what are the circumstances under which

23   you need to pay prevailing wage rates?

24        A       Whenever the prevailing wage rule's in

25   effect or rate is in effect.
```

1              LOUIS VECCHIA

2        Q      Is it fair to say that when you're doing

3    work for the municipalities, you have to pay prevailing

4    wage rates?

5        A      Depends on the municipality.

6        Q      So when you're doing work for some

7    municipalities, you don't need to pay prevailing wages?

8        A      Some villages and towns don't -- they

9    actually specifically put out 'cause they're spending

10   their own village people -- that's funny, village

11   people -- the villages, it's their own money that they

12   collected from their residents and the residents prefer

13   not to pay that rate.  There's a lot of that.

14       Q      When you--

15              MR. ZABELL:  Wait, wait.

16              Are you finished answering because I

17       thought you got stepped on a little bit?

18              Make sure you finish answering your

19       question --

20       A      Right.  There are some villages where they

21   collect money from the taxpayer who pays their village

22   taxes and they use that money, whether it's to fill a

23   pothole, pave a road or do whatever and they choose not

24   to pay the prevailing wage rate and by law, they don't

25   have to and certain villages on Long Island don't want

```
 1                    LOUIS VECCHIA

 2   to be abused by that rate.

 3        Q      What are the villages that don't require

 4   you to pay prevailing wage rates?

 5        A      Oh, there's quite a few of them, I'd have

 6   to look through the file.

 7        Q      Do you know off the top of your head any

 8   that don't require it?

 9        A      I know the village where I live in don't.

10        Q      Okay.  What's that village?

11        A      Village of Belle Terre.  Village of Belle

12   Terre will not -- they don't want to pay prevailing

13   wage rates.

14        Q      When you do work for the Town of

15   Brookhaven, do you have to pay prevailing wage rates?

16        A      When we're actually working in the town,

17   itself, yes.

18             MR. ZABELL:  Don't ask questions.  Just

19        answer the questions best you can.

20        Q      When you are required to pay prevailing

21   wage rates, do you have any additional paperwork that

22   you need to do for those jobs?

23        A      I believe we fill out a prevailing wage

24   rate.  I think in the office they fill out a prevailing

25   wage rate report.
```

1                    LOUIS VECCHIA

2        Q      What is the prevailing wage report that

3   they fill out, what information does it have on it?

4        A      Basically the hours the men worked and the

5   hours they got paid for it.

6        Q      Are you referring to the certified payroll

7   reports?

8        A      Certified, that's them, yeah.

9        Q      So the certified payroll records are the

10  additional records that are required for prevailing

11  wage rates jobs?

12       A      Some of them.

13       Q      Is there any additional paperwork aside

14  from the certified payroll records that are required?

15       A      Not that I'm sure of.  Not off the top of

16  my head.

17       Q      Who would fill out the certified payroll

18  records?

19       A      Where, for which company?

20       Q      For Suffolk Paving.

21       A      Over the years, I'm sure different people.

22       Q      Would it be an employee from Suffolk

23  Paving?

24       A      I'm not sure.  I'm not sure who does that.

25       Q      Are the union rates the same as prevailing

1                        LOUIS VECCHIA

2    wage rates?

3        A       They're pretty close.

4        Q       If you are employing a nonunion employee on

5    a prevailing wage rate job, do you then need to pay the

6    nonunion employee a prevailing wage?

7        A       I believe so, but you could probably check

8    with the Department of Labor, they'll give you a

9    better -- a more accurate.

10       Q       Does the prevailing wage rate change every

11   year?

12       A       Usually in July I believe it changes, but

13   it depends on how they set it up.  Usually in July some

14   of them do, I think, but I'm not accurate.  You can

15   call the Department of Labor, they'll give you that

16   information.

17       Q       When you did prevailing wage rate jobs,

18   were there inspectors from the town that were present

19   during those jobs?

20       A       Sometimes.

21       Q       What percentage of your business in 2009

22   was prevailing wage rate jobs?

23       A       I'd have to check with the accountants, I

24   don't know.

25       Q       Can you give an estimate?

1                      LOUIS VECCHIA

2        A        No.  I wouldn't do it because I wouldn't be

3    accurate.

4        Q        Can you say whether it was more or less

5    than 50 percent?

6        A        I couldn't answer it.  Sorry, I can't

7    answer the question, I don't know unless I look at

8    documents.

9        Q        So you would have no idea whether it was

10   closer to ten percent or 80 percent?

11       A        No idea.

12       Q        Did Suffolk Paving have any written rule

13   that stated that all employees had to take lunch?

14       A        Did it have any written rule?

15       Q        Written rule.

16       A        Not to my knowledge.

17       Q        Was there anyone responsible for noting the

18   times when employees would take lunch during the day?

19       A        You're talking about the plaintiffs or all

20   employees?

21       Q        Talking about the plaintiffs.

22       A        They pretty much . . . depends on, I guess,

23   how big a breakfast they stop for is when they decide

24   to have lunch.

25       Q        That wasn't my question.

1                          LOUIS VECCHIA

2        A      I'm just saying, they decide when to have

3    lunch.

4        Q      Is it fair to say then that there was no

5    one responsible for noting the time they started taking

6    lunch and the time that they stopped taking lunch

7    during the day; is that fair to say?

8        A      Yeah.  I mean they took lunch.

9        Q      They had the discretion to take lunch when

10   it worked for them?

11       A      Pretty much.

12       Q      How come you terminated Maynor Fajardo's

13   employment?

14       A      Just a really bad attitude.  Told him how

15   to do the job.  I mean that I can remember like it was

16   yesterday because I was so disappointed in him.

17              I pulled up to the job in Riverhead, his

18   truck sitting there.  I go why are you doing this where

19   you know you weren't taught to do it this way, why are

20   you doing it this way?  Carlos was just shaking his

21   head like, you know, you're getting screwed, boss and I

22   just had enough.  I had enough of his . . . just him

23   and Mendez pretty much told my son that they run the

24   company, we don't.

25       Q      What was it that Maynor Fajardo did that

Page 328

1                    LOUIS VECCHIA

2    caused you to terminate him?

3        A      To not listen to his direction of how he

4    was to be -- he was directed on how to do something.

5    Chose to just -- he really thought he ran the company.

6    He thought that we would fail without -- him and Mendez

7    thought we would fail without them, we had the best two

8    years.

9        Q      Did you ever discipline Maynor Fajardo?

10       A      I'm not really the disciplinary type.  I

11   try to guide through kind words and saying listen, this

12   is how you should attack a job, this is how you do it

13   and he had a mind of his own obviously.

14       Q      Why did you terminate Pracelis Mendez?

15       A      Very bad attitude, very arrogant, very

16   disrespectful.  Pretty sure that's why he just got

17   fired from his last job, too.  Just basically a

18   non-caring attitude, just very, very disrespectful,

19   very, you know . . . listen, the guy tampers with a

20   vehicle after a while and then complains about

21   overtime, you get a little discouraged that why would a

22   guy ask for overtime, meanwhile he's tampering with a

23   GPS; got something to hide?  So it was the sneaky,

24   hiding, the disrespectful, the know-it-all attitude I

25   guess you could say.

1               LOUIS VECCHIA

2        Q        Did you ever discipline Pracelis Mendez?

3        A        Oh, yeah, I tried a few times having . . .

4   he just was not into it.

5        Q        In what ways did you try to --

6        A        Just tried to talk to him.  Listen, Mendez,

7   what's the problem, why aren't you following

8   directions, why did you scream and yell at the guy for

9   disconnecting a GPS, why such an attitude.  Why is

10  there such an attitude.

11       Q        Why did you terminate Walter Garcia?

12       A        I'd have to ask Chris that.  I don't

13  believe we terminated Walter, I think we wanted Walter

14  to come in.  I don't think we wanted him to terminate

15  Walter.  I got to ask Christopher that, but I'm not

16  sure.  I don't think we wanted to terminate Walter.

17       Q        Why did you terminate Edvin Rivera?

18       A        Edvin didn't show up.  He was too busy in

19  North Carolina painting his brother's house and didn't

20  want to come to work.

21       Q        So is your testimony that you did not

22  terminate him, but that he did not show for work?

23       A        He didn't show for work, so at that point,

24  when he was ready, I think he said hey, I'm ready and

25  we said well, we were ready a week ago.  Just a lack of

```
                        LOUIS VECCHIA
 1

 2    respect.

 3         Q      Did you personally call Edvin Rivera to

 4    tell him that he had work?

 5         A      I personally did.

 6         Q      How many times did you call him?

 7         A      I called at least twice.

 8         Q      You called at least twice?

 9         A      At least.

10         Q      Do you remember when you called?

11         A      I'm sure we can get the phone records.

12         Q      What phone do you think you used when you

13    called him?

14         A      I used my phone, one of my phones that I've

15    had for the last 15 years, I've got the same number.

16         Q      Would it be your cell phone?

17         A      Yes.  So we can get those phone records.

18         Q      Why did you fire Carlos Escalante?

19         A      Carlos didn't show up.  Carlos was probably

20    very embarrassed of this whole lawsuit.  He didn't show

21    up the day we got served with papers and we didn't hear

22    from him after that.

23         Q      Did you personally call Carlos to tell him

24    that there was work for him?

25         A      I believe I did, I believe Christopher did
```

1                          LOUIS VECCHIA

2    and I believe Tommy did.  I believe we all did.

3          Q     Do you know how many times you called him?

4          A     Not sure.

5          Q     How come you terminated Nelson Quintanilla

6    this year?

7          A     Oh, my goodness.  Just very, very, very

8    obnoxious.  I tried to make his job easier for him and

9    he basically told me to F off.  He was on a machine.  I

10   says look, if you just press the button like this,

11   Nelson, it -- Victor we called him.  I go Victor, it

12   would make it so much easier for you, just press the

13   button and he just . . . I said come on, come over here

14   and Christopher goes go ahead, he's trying to help you,

15   he's trying to show you what to do, go ahead, you know,

16   go over there and he basically said F you, do it

17   yourself, walked away and there was laborers there

18   shaking their heads with disbelief.  I'm sure we'll see

19   them soon.

20         Q     How come you terminated Lerly Rodriguez

21   this year?

22         A     We didn't.  Just . . . we would love to

23   have Lerly back.

24         Q     It's your testimony that he just stopped

25   coming to work?

1                    LOUIS VECCHIA

2      A      Stopped coming to work.

3      Q      Did you personally call him and tell him

4   that there was work for him?

5      A      Yes.  Christopher -- I believe Christopher

6   did, I might not have called Lerly, I believe

7   Christopher might have called him.  I'm not sure if I

8   called Lerly or not, but I believe Christopher did.

9   Yeah, we liked Noe, Noe we called him.  We had no

10  problem with Noe.  It's mostly the ringleaders that we

11  have problems with, the ringleaders of your

12  organization there.

13     Q      Do you know a company named DF Stone?

14     A      DF Stone.

15            (Pause.)

16     A      Yes.

17     Q      Do you know the owner of DF Stone?

18     A      I do know the owner of DF Stone.

19            (Pause.)

20     A      You know, I'm not sure who they are, but I

21  know there's a group, there's like a whole bunch of

22  guys together in it, I think.

23     Q      Do you know an individual by the name of

24  George who's connected with DF Stone?

25     A      Yeah.

Page 333

1              LOUIS VECCHIA

2      Q      Do you know George's last name?

3      A      Heinlin.

4             He actually owes me a ton of money.

5      Q      Since I'm going to have difficulty

6   pronouncing his last name, I'm going to call him

7   George.

8      A      That's fine.

9      Q      How do you know George?

10     A      Just doing work over the years for him.

11     Q      To your understanding, is he one of the

12  owners of DF Stone?

13     A      You know, I don't know if he is.  I don't

14  know their corporate structure.

15     Q      Is he one of the managers/operators over at

16  DF Stone?

17     A      I think he has a pretty big input on stuff.

18     Q      How long have you known George?

19     A      I'm not sure.  A while.

20     Q      A long time?

21     A      I would say ten years at least.

22     Q      Have you ever done any business with

23  George?

24     A      Yes, we've done work for him.

25     Q      What type of work --

1                    LOUIS VECCHIA

2        A      We would pave for him.  He's an excavation

3   contractor, we would go and pave for him when he had

4   work.  He wasn't in our same line of work, he did a

5   different type of work, so we would actually go pave

6   for him when he needed us to.

7        Q      Do you still pave jobs for him?

8        A      He owes me money, I'm not -- I refuse to

9   pave for him.

10       Q      How much money does owe you?

11       A      I have no idea, I would have to check the

12   files.

13       Q      Is it hundreds of thousands of dollars?

14       A      Yeah.

15       Q      It's hundreds of thousands of dollars?

16       A      Uh-huh.  He's not one of my . . .

17              MR. ZABELL:  When you say "uh-huh," what do

18          you mean by that?

19              THE WITNESS:  I'd say I'm very aggravated

20          over it.  You shouldn't -- he should pay his

21          bills.

22       Q      Have you ever done anything social with

23   George?

24       A      I might have had lunch with him on

25   occasion.  I think I went to his mother's funeral.

Page 335

                        LOUIS VECCHIA

1

2   That's about it.

3        Q     Were you present on both days that Pracelis

4   Mendez was deposed?

5        A     Yes.

6              (Pause.)

7        A     I'm not sure.  Wait, let me think about it

8   for a minute.

9              Did I come back for Mendez?

10             MR. ZABELL:  Can't help you.

11             THE WITNESS:  Can we just go off the

12       record?

13             MR. ZABELL:  No.  No, no, no.  Everything's

14       on the record.  I can't help you.

15       A     I don't recall.

16             MR. ZABELL:  Just --

17       A     I believe I was, but I don't recall.

18       Q     Do you recall on one of those days when you

19   were here at your attorney's office, do you recall

20   having a conversation with George when Pracelis Mendez

21   was around?

22       A     With George?  No, absolutely not.

23       Q     When was the last time you talked to

24   George?

25       A     He's been avoiding me, he owes me money,

1                    LOUIS VECCHIA

2    I'd like to talk to him now if we can get him.

3         Q      Did Suffolk Paving have an agreement with

4    Local Union 138?

5         A      Did Suffolk Paving?  When?

6         Q      To your knowledge, has Suffolk Paving ever

7    had an agreement with Local Union 138?

8         A      There might have been a time years ago

9    where we signed a job site agreement.

10        Q      When you say "job site agreement," what

11   does that mean?

12        A      Because I can't . . . when there's a -- I

13   guess the unions will target a specific job, say

14   Suffolk Paving would get the job, they'd be like hey,

15   we'd like this job to be union or ba, ba, ba and I'd

16   sign, it's called a . . . something, a job site

17   agreement where I'd agree to pay men to the union, this

18   way they can get their dough.

19        Q      The agreement that Suffolk Paving had with

20   Local Union 138, was it always job specific?

21        A      Rephrase that question again, please.

22        Q      If I understood your testimony just two

23   minutes ago, you testified that you would have an

24   agreement with the union regarding a specific job; is

25   that correct?

1                          LOUIS VECCHIA

2       A       It would be -- yes.  Suffolk Paving in the

3  past has signed job site agreements with Local 138,

4  yes.

5       Q       Those are the only types of agreements that

6  Suffolk Paving has signed with Local Union 138; is that

7  correct?

8       A       That is correct.

9       Q       Has Suffolk Paving had any agreements with

10  Local Union 1298?

11       A       They might have signed job site agreements,

12  too, I'm not sure.  I know 138 we did, 1298 I'm not

13  sure, but it's very possible Suffolk Paving signed job

14  site agreements.

15       Q       What about Suffolk Asphalt, has Suffolk

16  Asphalt made any agreement with Local Union 138?

17       A       I believe yeah, they pay into the pension

18  fund and the welfare, the union stuff there, they're a

19  full union company, yes.

20       Q       Does Suffolk Asphalt have an agreement with

21  Local 1298?

22       A       I believe they do, yes, but you got to ask

23  Chris that, but I believe they do.  He sends checks to

24  them every week, so I would imagine that's some type of

25  agreement.

1          LOUIS VECCHIA

2          (Plaintiff's Exhibit 63, copy of SUFFOLK

3     ASPHALT Weekly Time Sheet CARLOS Bates stamped

4     Def. Exh. A 000277 and pay stub Bates stamped Def.

5     Exh. A 000278, was marked for identification.

6     Exhibit retained by counsel.)

7     Q      I'm going to show you what's been marked as

8     Exhibit 63.

9          (Handing.)

10    Q      I'm actually also going to . . . it will be

11    easier if we do this in batches of a few of these, so

12    I'm going to show you Exhibit 64 as well.

13         (Plaintiff's Exhibit 64, copy of SUFFOLK

14    ASPHALT Weekly Time Sheet CARLOS Bates stamped

15    Def. Exh. A 000275 and pay stub Bates stamped Def.

16    Exh. A 000276, was marked for identification.

17    Exhibit retained by counsel.)

18         (Handing.)

19         MS. GOLDBERG:  Sixty-five.

20         (Plaintiff's Exhibit 65, copy of SUFFOLK

21    ASPHALT Weekly Time Sheet CARLOS Bates stamped

22    Def. Exh. A 000257 and pay stub Bates stamped Def.

23    Exh. A 000258, was marked for identification.

24    Exhibit retained by counsel.)

25         (Handing.)

1          LOUIS VECCHIA

2          MS. GOLDBERG:  Sixty-six.

3          (Plaintiff's Exhibit 66, copy of Suffolk

4     Asphalt Corp. Weekly Time Sheet VICTOR Bates

5     stamped Def. Exh. A 000679 and pay stub Bates

6     stamped Def. Exh. A 000680, was marked for

7     identification.  Exhibit retained by counsel.)

8          (Handing.)

9          MS. GOLDBERG:  Sixty-seven.

10          (Plaintiff's Exhibit 67, copy of SUFFOLK

11     ASPHALT Weekly Time Sheet VICTOR Bates stamped

12     Def. Exh. A 000665 and pay stub Bates stamped Def.

13     Exh. A 000666, was marked for identification.

14     Exhibit retained by counsel.)

15          (Handing.)

16          MS. GOLDBERG:  Sixty-eight.

17          (Plaintiff's Exhibit 68, copy of SUFFOLK

18     ASPHALT Weekly Time Sheet VICTOR Bates stamped

19     Def. Exh. A 000663 and pay stub Bates stamped Def.

20     A. 000664, was marked for identification.  Exhibit

21     retained by counsel.)

22          (Handing.)

23          MS. GOLDBERG:  Sixty-nine.

24          (Plaintiff's Exhibit 69, copy of SUFFOLK

25     ASPHALT Weekly Time Sheet MARCOS Bates stamped

1              LOUIS VECCHIA

2      Def. Exh. A 000584 and pay stub Bates stamped Def.

3      Exh. A 000585, was marked for identification.

4      Exhibit retained by counsel.)

5              (Handing.)

6              MS. GOLDBERG:   Seventy.

7              (Plaintiff's Exhibit 70, copy of SUFFOLK

8      ASPHALT Weekly Time Sheet MARCOS Bates stamped

9      Def. Exh. A 000578 and pay stub Bates stamped Def.

10     Exh. 000579, was marked for identification.

11     Exhibit retained by counsel.)

12             (Handing.)

13             MS. GOLDBERG:   And for right now, the last

14     one in this group will be 71.

15             (Plaintiff's Exhibit 71, copy of SUFFOLK

16     ASPHALT Weekly Time Sheet MARCOS Bates stamped

17     Def. Exh. A 000576 and pay stub Bates stamped Def.

18     Exh. A 000577, was marked for identification.

19     Exhibit retained by counsel.)

20             (Handing.)

21             (Witness reviewing documents.)

22     Q     I would ask that you look at Exhibit 63.

23     When you have reviewed it, let me know.

24             Exhibit 63, for the record, is two pages

25     and Bates stamp number is Def. Exh. A 000277 and Def.

```
 1                    LOUIS VECCHIA

 2   Exh. A 000278.

 3              MR. ZABELL:  I point out that there is some

 4        illegibility on Plaintiff's Exhibit 63.

 5              THE WITNESS:  I can't read any of that.

 6              MR. ZABELL:  I see that there's some sort

 7        of text in there, but I can't make that out.

 8              MS. GOLDBERG:  Okay, that's noted.

 9        Q     If you could just review the rest of

10   Exhibit 63.

11              THE WITNESS:  So I can't try to figure out

12        what's in here because I can't . . .

13              MR. ZABELL:  Right.

14              THE WITNESS:  Right?

15              MR. ZABELL:  Do the best you can.

16        Q     After you've had a chance to review it, let

17   me know.

18              MR. ZABELL:  Take your time and look it

19        over.

20              THE WITNESS:  Okay.

21              (Witness reviewing document.)

22        A     Okay.

23        Q     Do you recognize Exhibit 63?

24        A     Do I recognize it as far as?  I've been

25   studying it for the last couple of minutes.
```

1                     LOUIS VECCHIA

2        Q       Do you know what the first page of Exhibit

3   63 is?

4        A       It says it's a weekly time sheet for

5   Suffolk Asphalt and it states that it's Carlos and his

6   classification is an equipment operator.

7        Q       Is it fair to say that this is the time

8   sheet by Suffolk Asphalt for Carlos for the week of

9   July 16, 2009 to July 22, 2009?

10       A       Is it fair to say it?

11       Q       Is it accurate?

12       A       I can't read part of it, so I can't say

13  it's accurate at all.  It's illegible, something that's

14  illegible can't be accurate.  We can use it as maybe

15  something, but you tell me what.  It's illegible, I

16  can't read this whole area here (indicating).

17       Q       Aside from the area that you cannot read,

18  do you recognize the form?

19       A       It's a Suffolk Asphalt weekly time sheet.

20  It says it on the top.

21       Q       Have you seen such a form before?

22       A       Yes, I've seen these forms before.

23       Q       Were these forms used to form payment for

24  the plaintiffs?

25                     MR. ZABELL:  To what?

1                    LOUIS VECCHIA

2        A      Yeah, say that again.

3        Q      Were these forms used to calculate the

4   hours to pay the plaintiffs?

5        A      They were a guideline, yes.

6        Q      When you say "guideline," what do you mean

7   by "guideline"?

8        A      They were inaccurate sometimes, so they're

9   not -- it's not always accurate.

10       Q      So if they were not accurate, would you

11  change them?

12       A      How?

13       Q      Well, if the number of hours was wrong,

14  would you change the number of hours?

15       A      Not maybe on a piece of paper.  We might

16  call it in, I might change it on the paper or I might

17  just say hey, you know, we're overpaying this guy,

18  didn't show up the day that they're saying he was

19  supposed to be there.  There's changes all the time, so

20  it's not an accurate, but it's a guideline.

21       Q      How would you know if the number was not

22  accurate?

23       A      I'd have to think back.

24       Q      So it would be based on your memory?

25       A      Or Chris' memory, yeah, whoever I could

1                    LOUIS VECCHIA

2    talk to or somebody would say to me hey or something

3    would pop up.  It happens all the time.

4         Q      Is that your handwriting on the first page

5    of Exhibit 63?

6         A      Which part?

7         Q      What looks like 34 reg handwritten.

8         A      It could be mine, yes.

9         Q      How is it that you came to write 34 reg on

10   this document?

11        A      I don't know.

12        Q      You don't know?

13        A      No 'cause I can't tell what's in this dark

14   area, I cannot tell what's here.

15        Q      Aside from what's there, I'm asking you why

16   you wrote 34 reg.

17        A      I have no clue at this time.  I have no

18   idea why I wrote that.

19        Q      If you could look at the second page of

20   Exhibit 63, you see that Carlos Escalante was paid for

21   the week of July 16th through July 22, 2009; is that

22   correct?

23        A      Yes.  It's a little sketchy, too, on this

24   reading this, but I can see the 34.  I believe it's a

25   34, yes.

1                       LOUIS VECCHIA

2        Q       So on the first page for the total number

3   of hours it says 44.

4                Can you tell me why he was paid for 34 and

5   not 44 hours?

6        A       Not at this time, no.

7        Q       You can't recall?

8        A       I can't recall.

9        Q       The weekly time sheets, were they generated

10  every week by Suffolk Asphalt?

11       A       I believe so, yeah; Chris would have

12  somebody do them.  He'd ask me to check them for him

13  and he'd put his input.  So yeah, it was a mixture of

14  people.

15       Q       So the weekly time sheets were something

16  that were reviewed on a weekly basis, is that correct,

17  before you paid --

18       A       Yeah, you would look at it, make sure you

19  got it as accurately as possible.  In a perfect world

20  it would be perfect, so you try to get as close as you

21  could.

22       Q       I'd like you to look at Exhibit 64.

23               (Witness reviewing document.)

24       A       Again, I can't make out this dark area.

25       Q       Aside from the dark area.

1                    LOUIS VECCHIA

2              Can you review the document aside from the

3     dark area?

4         A    So you want me on all these to leave this

5     area that's illegible because usually you could read

6     this part?

7         Q    I understand and you've noted that you

8     cannot read what's in the shaded area.

9              MR. ZABELL:  Counsel, wait a minute, wait a

10             minute.

11             First of all, I want to make sure both of

12             you are not talking over each other.

13             I don't believe that my client has said

14             anything untoward to you, so when you give him

15             directions, you will give him directions like a

16             professional and you will strip any attitude from

17             your directions, counselor.

18             MS. GOLDBERG:  Saul, I really don't

19             appreciate that.  You know that I have not

20             raised --

21             MR. ZABELL:  I don't care.

22             MS. GOLDBERG:  You know that I have not

23             raised my tone, so you're trying to put these

24             statements, but again, let's just stay focused on

25             continuing the deposition; so far you've been very

LOUIS VECCHIA

1

2       good, Saul.

3               MR. ZABELL:  Oh, thank you, I appreciate

4       you noticing.

5               MS. GOLDBERG:  I have absolutely noticed

6       and maybe we can finish promptly.

7               MR. ZABELL:  There's no maybe about it.

8       Q       Aside from the shaded area which you've

9   noted --

10      A       You know, I tried to understand the whole

11  thing.

12      Q       I understand that.

13              Please review the rest of the document as

14  well as the second page and for the record, Exhibit 64,

15  the first page is Def. Exh. A 000275.

16              (Witness reviewing document.)

17      A       Oh, my goodness.  I'm looking at 71, am I

18  looking at the wrong one?

19      Q       Yes.  Please look at Exhibit 64.

20  Sixty-four, for the record, Def. Exh. A 000275 and Def.

21  Exh. A 000276.

22              (Witness reviewing document.)

23      A       Okay.

24      Q       Have you had an opportunity to review

25  Exhibit 64?

```
 1                    LOUIS VECCHIA

 2        A        Yes, I reviewed it.

 3        Q        Is it fair to say that the first page of

 4   Exhibit 64 is a weekly time sheet from Suffolk Paving

 5   for Carlos Escalante?

 6        A        No, it's not.

 7        Q        It's not?

 8        A        It's not fair to say that.

 9        Q        Why is it not fair to say that?

10        A        I'll give you time to review it and you

11   tell me.  I'm going to give you time to review it.

12        Q        Mr. Vecchia, I am asking the questions, so

13   if you say it's not fair to --

14        A        I'm just saying it's not fair to say that.

15        Q        What makes you say that it's not fair to

16   say that?

17                 (No response.)

18                 MS. GOLDBERG:  Withdrawn.

19        A        Could you -- go ahead.

20                 MR. ZABELL:  Counselor, you have . . . I

21   think you might have inked yourself.

22                 MS. GOLDBERG:  Do I have it all on my nose?

23                 MR. ZABELL:  It's like from your nose all

24   the way down to your lip.

25                 MS. GOLDBERG:  All right, we'll take a
```

```
 1                    LOUIS VECCHIA

 2       two-minute break.

 3            THE WITNESS:  No, no, no, that's fine.  It

 4       doesn't bother me if it doesn't bother you.

 5            MS. GOLDBERG:  No, I don't want to sit

 6       here --

 7            MR. ZABELL:  It's your break.  You're not

 8       getting to lose any of the time.

 9            THE WITNESS:  We'll just go back, I'll try

10       to get you through this quickly.

11            MR. ZABELL:  No, no.  Stop, stop.

12            THE WITNESS:  I'm trying to help.

13            MR. ZABELL:  Don't try and help.  It's her

14       job.  If she wants to take a break, she's free to

15       take a break.  The record remains open while you

16       take your break.

17            MS. GOLDBERG:  The record does not remain

18       open.  We're allowed to take breaks.

19            MR. ZABELL:  No, you cannot take a break,

20       you're here for three and a half hours total.

21            MS. GOLDBERG:  That's not true, case law is

22       very clear on that, Saul.

23            MR. ZABELL:  Three and a half hours total.

24            THE WITNESS:  Let's not argue, let's get

25       through three and a half hours.
```

1          LOUIS VECCHIA

2          MR. ZABELL:  There will not be any

3     extension of time, you're here for three and a

4     half hours.

5          MS. GOLDBERG:  Well, Saul, you know what,

6     you're completely wrong and I've cited case law to

7     our judge stating that when we discussed how much

8     time at the last deposition breaks are not counted

9     and no human person is expected to go four hours

10    without going to the bathroom and it still being

11    counted on the record.

12         MR. ZABELL:  No, nobody is asking you to go

13    four hours.

14         MS. GOLDBERG:  Your position is completely

15    ridiculous.

16         MR. ZABELL:  We're demanding you go three

17    and a half hours.  You've started your three and a

18    half hours.  It will conclude --

19         MS. GOLDBERG:  And you know what, you're

20    taking up my time.

21         THE WITNESS:  Yes, let's stop.

22         MS. GOLDBERG:  You are absolutely taking up

23    my time.

24         MR. ZABELL:  Go ahead, ask your question.

25         MS. GOLDBERG:  Please then do not make any

1                        LOUIS VECCHIA

2          remarks about what or what I might not have on my

3          face because this was a whole distraction that

4          took, I would say, five to six minutes, which I

5          really don't appreciate.

6          Q      Please look at the first page of Exhibit

7     64.

8          A      Okay.

9          Q      Do you recognize the first page of Exhibit

10    64?

11         A      It looks like a time sheet, yes.

12         Q      Who is the time sheet for?

13         A      Says for Carlos.

14         Q      For what week?

15         A      7/23/2009 to 7/29/2009.

16         Q      Is that your handwriting in the middle of

17    the page where it says 32 reg?

18         A      Could be.  Usually I put a circle around

19    it, though.  I don't know where these check marks came

20    from, especially this dark area over here, I don't know

21    why these check marks are here.

22         Q      Can you tell me what the second page of

23    Exhibit 64 is?

24         A      It looks like a pay stub.

25         Q      Is that a pay stub for Carlos Escalante for

1                    LOUIS VECCHIA

2    the week July 23, 2009 through July 29, 2009?

3        A      That's what it says on the stub, yes.

4        Q      Do you see on the first page it says that

5    he worked 45 hours, in the TOTAL HOURS box it says 45;

6    do you see that?

7        A      I see total -- yeah, I see a box in the

8    right corner it says 45, yes.

9        Q      For the total hours.

10               Can you tell me why he was paid 32 for that

11   week and not 45?

12       A      Not at this time.  I'd have to go figure

13   out why, I don't know why.

14       Q      Would there be something that would refresh

15   your memory on why he was paid 32 and not 45?

16       A      If I had a legible area I might be able to.

17       Q      Aside from that area, if you could read --

18       A      No.

19       Q      Would that be it, would that be the only

20   thing that would help?

21       A      Let me think.

22               (Pause.)

23       A      Yeah, that would probably be it.

24       Q      Again, the first page of Exhibit 64, this

25   is one of the Suffolk Asphalt weekly time sheets that

1                    LOUIS VECCHIA

2    would be generated for the purposes of calculating how

3    many hours to pay the plaintiffs for; is that correct?

4        A        Yes, this is a Suffolk Asphalt weekly time

5    sheet.

6        Q        The second page is a Suffolk Asphalt pay

7    stub?

8        A        It is.

9        Q        The pay stubs are generated by Suffolk

10   Asphalt once a week?

11       A        Once a week, correct.

12       Q        I'd ask you to look at Exhibit 65.

13                For the record, Exhibit 65 is Def. Exh. A

14   000257 and Def. Exh. A 000258.

15                (Witness reviewing document.)

16       A        Okay.

17       Q        Do you recognize the first page of Exhibit

18   65?

19       A        I reviewed it, yes.

20       Q        Do you recognize it?

21       A        It appears to be a weekly time sheet.

22       Q        Do you see the handwriting 16 reg on the

23   page?

24       A        Yes.

25       Q        Is that your handwriting?

1              LOUIS VECCHIA

2       A      It looks like it.

3       Q      Do you recognize the second page of Exhibit

4    65?

5       A      Yes.

6       Q      Is that the corresponding pay stub for

7    Carlos Escalante?

8       A      It appears to be.

9       Q      Again, can you tell me why Carlos Escalante

10   was paid for 16 hours as opposed to 32, which is the

11   number that's noted in the TOTAL HOURS box?

12      A      No, I can't at this time.

13      Q      Okay.  I'd ask you to look at Exhibit 66.

14      A      Sure.

15             (Witness reviewing document.)

16      A      Okay.

17      Q      Do you recognize Exhibit 66?

18      A      It's a weekly time sheet.

19      Q      Is the second page of Exhibit 66 the

20   corresponding pay stub?

21      A      It appears to be.

22      Q      Do you see the handwriting 24, what appears

23   to be an R and a G?

24      A      Yeah.  I'm not sure what it is.

25      Q      Did you write that?

1                          LOUIS VECCHIA

2        A     I could have.

3        Q     Is there anyone else who could have written

4   it?

5        A     Not to my knowledge.

6        Q     Again, can you tell me why Nelson was paid

7   for 24 hours rather than 32 hours that's noted for

8   total hours?

9        A     I don't know why.

10       Q     Is there anything that would refresh your

11  memory as to why he was paid for 24 and not 32?

12       A     Not at this time.

13       Q     I ask you to look at Exhibit 67.

14             (Witness reviewing document.)

15             MR. ZABELL:  I just want to point out that

16        for all of these documents, there is an

17        illegibility problem.  I think, counsel, you

18        acknowledged it with regard to the first three,

19        but with all, just for purposes of streamlining

20        this deposition, I'm assuming you'll acknowledge

21        that there's a legibility problem with all of

22        them.

23             MS. GOLDBERG:  I wouldn't say all of them,

24        but it is certainly noted that on the ones we

25        reviewed thus far, it is.  There are many, so

1                    LOUIS VECCHIA

2          there are some that you can see.  You're just

3          referring to a few of the columns, but it is

4          acknowledged that some of them are dark and

5          shaded, which I understand he cannot see.

6                    MR. ZABELL:  And pose legibility problems.

7                    MS. GOLDBERG:  And pose legibility

8          problems.

9                    MR. ZABELL:  Then I won't bring up the

10         issue for the remainder of these exhibits through

11         Exhibit 71 as long as you have that

12         acknowledgment.

13         Q      Did you have time to look at Exhibit --

14         A      No, I'll do it now, I apologize.

15         Q      Okay.

16                (Witness reviewing document.)

17         A      Okay.  I've reviewed it.

18         Q      You see the handwriting on the first page

19     of Exhibit 67?

20         A      Yes.

21         Q      Is that your handwriting?

22         A      Again, it's missing a circle, but I believe

23     it is.  Usually I circle.

24         Q      Again, is the first page a Suffolk Asphalt

25     weekly time sheet?

1                       LOUIS VECCHIA

2      A      It is a Suffolk Asphalt weekly time sheet,

3   yes.

4      Q      Is the second page the corresponding pay

5   stub?

6      A      It appears to be, 5/14 - 5/20, it appears

7   to be, yes.

8      Q      Again, can you tell me why Nelson

9   Quintanilla was paid for 46 hours, looks like 40 hours

10  at regular time and six hours for time and a half,

11  rather than a total of 48 hours, which is the number

12  indicated in the TOTAL HOURS box on the first page?

13     A      He only got paid time and a half?

14  Surprised.

15            MR. ZABELL:  Please let the record reflect

16        that my client said that with a sarcastic tone,

17        but continue.

18     A      I don't know why.

19     Q      Is there anything that would refresh your

20  memory as to why?

21     A      No, I'd have to . . . I'd have to ask

22  Victor why or somebody why.  I mean . . .

23     Q      Actually if you look at Exhibit 67 where

24  there is the shaded columns, do you see --

25     A      Where are we looking?

1              LOUIS VECCHIA

2       Q       We are looking in the --

3       A       Shaded area?

4       Q       Yes.  The first column in the shaded area.

5              Do you see that the top box says Prev. Rate

6  and Hours underneath it?

7       A       I could see it says Prev. Rate and it says

8  Hours.  That part I could see.

9       Q       Can you see in the column next to it, it

10 says Prev. Rate and then overtime underneath it?

11      A       Yeah.  And that's what took me a few

12 minutes to try to figure out 48 hours with only five

13 days in a week, but then I finally was able to read

14 that.

15      Q       Then do you see in the last shaded column

16 at the top it says Job Name?

17      A       Yes.  Job Name.  It's a strain to see it,

18 but I can see it.  It's the stuff down below that I

19 can't see unless it goes into the white where it says

20 wellfield and marina, it's in that dark shade area,

21 it's telling me where and that, that's why I don't

22 know -- that's why I can't answer you why at this time

23 the rate, the pay was like that.  At this time, I

24 can't.

25      Q       What information is put in that column

                    LOUIS VECCHIA

1

2    where it says Prev. Rate Hours?

3              MR. ZABELL:  I mean, counselor, we went

4         through this before.  He can't tell what's in

5         there.

6              MS. GOLDBERG:  No, no.  Withdrawn.

7    Q      I'll rephrase the question.

8    A      Okay.

9    Q      Do you put the number of hours that an

10   individual worked prevailing rate hours in those boxes

11   if, in fact, he's worked a certain number of prevailing

12   rate hours that week?

13   A      Of course.  We try to keep as best track as

14   we can.

15   Q      So that's the information that would go in

16   that column?

17   A      Right.  That's why I'm just trying to

18   figure out why and where the overtime was based, was it

19   based over a few days, was it one day, I can't -- by

20   looking at this, it's hard to give you an accurate

21   definition to your answer.

22   Q      What information would be put in the column

23   for the Prev. Rate overtime?

24   A      What would be in there?

25   Q      What would be in there?

1                          LOUIS VECCHIA

2         A      Whatever day that that particular employee

3    happened to work overtime on that particular job.

4                There's Thursday through Wednesday, so if

5    they worked prevailing rate overtime, it would be in

6    one of these boxes, the number and the name of the job

7    of where it is.

8         Q      So the information that would be in the

9    shaded box would be the number of hours they worked on

10   the prevailing wage rate job?

11        A      Right.

12        Q      And the name of the job?

13        A      Right.

14        Q      Moving on to Exhibit 68.

15               (Witness reviewing document.)

16               THE WITNESS:  I have to rephrase my

17   statement from prior.

18               MR. ZABELL:  Please do.

19               THE WITNESS:  Victor owes me a whole day.

20   Laborers don't get holidays.  I must have paid him

21   for it.

22               MR. ZABELL:  You want to amend the --

23               THE WITNESS:  Laborers don't get holidays.

24   He must have got paid.  Shame on me.  Bad guy.

25        Q      Might he have worked on that day?

1                          LOUIS VECCHIA

2        A        No.

3        Q        You're positive as you sit here today that

4    he did not work May 25, 2009?

5        A        Positive.  Positive.  I mean maybe a side

6    job he might have done somewhere, but not for me or for

7    my son, so I'm positive.  Laborers don't get holidays.

8    He got one.  Mistakes are made all the time

9    unfortunately.  But I've reviewed it and found out that

10   I paid Victor a day I shouldn't have paid him.

11       Q        Can you tell me, is that your handwriting

12   on the 40 reg in the middle?

13       A        I'd like to say it's not, but

14   unfortunately, it is because I like to not make

15   mistakes.

16       Q        Let me go back to Exhibit 68.

17                Is it fair and accurate to say that the

18   first page of Exhibit 68 is a Suffolk Asphalt weekly

19   time sheet for Nelson Quintanilla for May 21, 2009

20   through May 27, 2009?

21       A        No.

22                MR. ZABELL:  Could I just ask that the

23       question be read back?

24                (The pending question was read.)

25                MR. ZABELL:  Okay.  You may answer.

1                        LOUIS VECCHIA

2        A      I believe it is.  Nelson is called Victor,

3    so I believe it is.

4        Q      The second page of Exhibit 68, is that the

5    corresponding pay stub?

6        A      Yeah, it's 6/21 or 5/21.  5/21 through

7    5/27, it is correct.

8        Q      I'd ask you to look at Exhibit 69.

9               (Witness reviewing document.)

10       A      Okay.

11       Q      The first page of Exhibit 69, is that --

12       A      Wait, I'm on 71.  Jesus, I'm sorry, my

13   apologies.

14       Q      Make sure you're reviewing Exhibit 69.

15       A      Yes, 69.

16       Q      Okay.

17              (Witness reviewing document.)

18       A      Okay.

19       Q      Is that your handwriting in the middle of

20   the page where it says 10?

21       A      You know what, it doesn't look like mine.

22       Q      Who else do you think it is?

23       A      I don't know, but it don't look like mine.

24       Q      So you don't think that's your writing?

25       A      It doesn't look like my handwriting, no.

1                        LOUIS VECCHIA

2        Q      Do you know whose handwriting that is?

3        A      No idea, but to be honest, that don't look

4    like my handwriting.

5        Q      Page two of Exhibit 69, is that a Suffolk

6    Paving pay stub for Marcos Perez for June 11, 2009

7    through June 17, 2009?

8        A      I'm looking at this . . . at this point I

9    can't say what it says, it just says PAYROLL ACCOUNT up

10   top.  It's -- the copy's really bad, it's not telling

11   me where it's from.

12       Q      If you look at the bottom, you see it says

13   Suffolk Paving Corp. and the address; is this not a

14   Suffolk Paving Corp. --

15       A      On page two or page one?

16       Q      Page two.

17       A      Says PAYROLL ACCOUNT up top, it's kind of

18   on an angle.

19       Q      Then at the very bottom of the pay stub it

20   says Suffolk Paving Corp.?

21       A      Yeah, I guess somewhat illegible in seeing

22   that it says Suffolk Paving Corp.  Yes, it is.

23       Q      So it's the pay stub account for Marcos

24   Perez during that time period?

25       A      It appears to be, yes.

1              LOUIS VECCHIA

2      Q      Did Suffolk Paving Corporation generate

3  their payroll stubs on a weekly basis?

4      A      I'm a little confused here.

5              MR. ZABELL:  I understand your confusion.

6              THE WITNESS:  Do you?

7              MR. ZABELL:  I do (indicating).

8              THE WITNESS:  Yeah.

9              MS. GOLDBERG:  Let the record note that

10         there is some communication going on.  You're

11         looking at each other, Mr. Zabell is noting a

12         certain thing on the first page.

13             MR. ZABELL:  My client said he's confused,

14         I acknowledged his confusion.

15             MS. GOLDBERG:  I know.  And you told him

16         that you're confused and you're marking --

17             MR. ZABELL:  Don't ask her questions.

18             If you can answer her question --

19             THE WITNESS:  Ask the question again and

20         I'm just going to answer it.

21     Q      Did Suffolk Paving generate its pay stubs

22  on a weekly basis?

23     A      I believe they did, yes.

24     Q      Did they generate this type of pay stub

25  every time an employee was paid?

1                          LOUIS VECCHIA

2        A      Suffolk Paving, yes.

3        Q      Is the first page of Exhibit 69 a Suffolk

4   Asphalt time sheet for Marcos for June 11, 2009 through

5   June 17, 2009?

6        A      It's a Suffolk Asphalt time sheet, yes, for

7   Marcos Perez for 6/11 to 6/17, but it's a Suffolk

8   Paving pay stub.

9        Q      I'd ask you to look at Exhibit 70.

10              (Witness reviewing document.)

11       Q      Let me just go back to Exhibit 69 for a

12  minute.  The last exhibit.

13       A      The one I turned over?

14       Q      Yes.

15       A      Yes, go ahead.

16       Q      Can you tell me why Marcos was paid for ten

17  hours rather than 16 hours, which is the total number

18  of hours in the box?

19       A      I can't tell you anything related to these

20  two things, absolutely nothing because one has nothing

21  to do with the other, it makes no sense.

22       Q      Let's turn to Exhibit 70 then.  Please

23  review Exhibit 70.

24       A      Okay.

25              MR. ZABELL:  So now we're on what exhibit?

```
 1                    LOUIS VECCHIA

 2            MS. GOLDBERG:  We're on Exhibit 70.

 3            MR. ZABELL:  Okay, thank you.

 4            (Witness reviewing document.)

 5      A     Okay.

 6      Q     Do you recognize the first page of Exhibit

 7   70?

 8      A     Looks like a weekly time sheet.

 9      Q     Is it a Suffolk Asphalt weekly time sheet

10   for Marcos Perez for the week of July 16, 2009 through

11   July 29, 2009?

12      A     It appears to be.

13      Q     Is that your handwriting in the middle of

14   the page?

15      A     Some of it is.

16      Q     Which some, which did you write?

17      A     It looks like I wrote the 27 reg and the

18   18.  I don't know what I wrote after the 18, though.

19   And there's a check mark.  What this other name is,

20   Jarbin, don't look like my handwriting.

21      Q     I'm sorry, did you say 27 or 26?

22      A     It appears that I wrote 26 reg and 18

23   something else here, I don't know why or what.  I wrote

24   something else to the 18.  So there's 26 and 18.

25   That's all I could see written here.
```

1                    LOUIS VECCHIA

2       Q      If you look at the second page, is the

3  second page a Suffolk Paving Corporation pay stub for

4  Marcos Perez for July 16, 2009 through July 22, 2009?

5       A      This is a pay stub for that period of time

6  for Marcos Perez, yes, it is.

7       Q      Again, do you know why he was just paid for

8  ten hours that week?

9       A      Looks like he was paid for more than ten.

10  Looks like he was paid for 18 or 19, I can't read --

11  it's very inillegible (sic), counselor.

12      Q      I stand corrected, you're right.  I

13  apologize.  It looks like I'm not -- my math is poor,

14  but 18 or 19 under quantity, I understand you can't

15  read that.

16      A      I can't read that.

17      Q      Let me ask the question.

18             Do you know why he was not paid for 44

19  hours as listed on the first page under TOTAL HOURS?

20      A      I don't know.

21      Q      You can turn to Exhibit 71.

22             (Witness reviewing document.)

23      Q      Have you reviewed it?

24      A      I've reviewed it to the best of my ability.

25      Q      The handwriting on the first page of

1                    LOUIS VECCHIA

2    Exhibit 71, the 19 reg, do you see that?

3         A     Yes.  I scribbled out -- looks like I

4    scribbled 16 and wrote 19 reg.  Why, I don't know.

5         Q     So that is your handwriting?

6         A     It appears to be.  Check mark I'm not sure

7    about.

8         Q     Is the first page of Exhibit 71 a weekly

9    time sheet for Marcos Tulio Perez for July 23, 2009

10   through July 29, 2009?

11        A     It appears to be.

12        Q     Can you look at the second page of Exhibit

13   71, is that a payroll stub for Marcos Perez during the

14   same corresponding time from Suffolk Paving?

15        A     7/23/2009.

16              (Witness reviewing document.)

17        A     Suffolk Paving.

18              (Witness reviewing document.)

19        A     Payroll stub is for Suffolk Paving, yes.

20   Time sheet for Suffolk Asphalt, yes.

21        Q     The pay stub again is for Marcos Perez?

22        A     I believe it is.  It doesn't -- oh, the pay

23   stub says Marcos Perez, the time sheet just says

24   Marcos, so I don't know, there's a lot of Marcoses out

25   there probably.

1                    LOUIS VECCHIA

2    Q      Here's Exhibit 72.

3           (Plaintiff's Exhibit 72, copy of SUFFOLK

4    ASPHALT Weekly Time Sheet JUAN Bates stamped Def.

5    A. 000735 and pay stub Bates stamped Def. Exh. A

6    000736, was marked for identification.  Exhibit

7    retained by counsel.)

8    Q      I would like you to look at Exhibit 72.

9           (Handing.)

10          (Witness reviewing document.)

11          (Plaintiff's Exhibit 73, copy of SUFFOLK

12   ASPHALT Weekly Time Sheet JUAN Bates stamped Def.

13   Exh. A 000739 and pay stub Bates stamped Def. Exh.

14   A 000740, was marked for identification.  Exhibit

15   retained by counsel.)

16          (Plaintiff's Exhibit 74, copy of SUFFOLK

17   ASPHALT Weekly Time Sheet JUAN Bates stamped Def.

18   Exh. A 000745 and pay stub Bates stamped Def. Exh.

19   A 000746, was marked for identification.  Exhibit

20   retained by counsel.)

21          (Plaintiff's Exhibit 75, copy of SUFFOLK

22   ASPHALT Weekly Time Sheet EDWIN Bates stamped Def.

23   Exh. A 000857, was marked for identification.

24   Exhibit retained by counsel.)

25          (Plaintiff's Exhibit 76, copy of SUFFOLK

1              LOUIS VECCHIA

2       ASPHALT Weekly Time Sheet EDWIN Bates stamped Def.

3       Exh. A 000859, was marked for identification.

4       Exhibit retained by counsel.)

5            (Plaintiff's Exhibit 77, copy of SUFFOLK

6       ASPHALT Weekly Time Sheet EDWIN Bates stamped Def.

7       Exh. A 000873, was marked for identification.

8       Exhibit retained by counsel.)

9            MS. GOLDBERG:  Exhibit 78.

10           (Plaintiff's Exhibit 78, copy of SUFFOLK

11      ASPHALT Weekly Time Sheet EDWIN Bates stamped Def.

12      Exh. A 000875, was marked for identification.

13      Exhibit retained by counsel.)

14           MS. GOLDBERG:  Exhibit 79.

15           (Plaintiff's Exhibit 79, copy of SUFFOLK

16      ASPHALT Weekly Time Sheet EDWIN Bates stamped Def.

17      Exh. A 000881, was marked for identification.

18      Exhibit retained by counsel.)

19           MS. GOLDBERG:  Exhibit 80.

20           (Plaintiff's Exhibit 80, copy of Suffolk

21      Asphalt Corp. Weekly Time Sheet EDWIN Bates

22      stamped Def. Exh. A 000910 and pay stub Bates

23      stamped Def. Exh. A 000911, was marked for

24      identification.  Exhibit retained by counsel.)

25           MS. GOLDBERG:  Exhibit 81.

1        LOUIS VECCHIA

2            (Plaintiff's Exhibit 81, copy of SUFFOLK

3        ASPHALT Weekly Time Sheet EDWIN Bates stamped Def.

4        Exh. A 000896 and pay stub Bates stamped Def. Exh.

5        A 000897, was marked for identification.  Exhibit

6        retained by counsel.)

7            (Plaintiff's Exhibit 82, copy of SUFFOLK

8        ASPHALT Weekly Time Sheet EDWIN Bates stamped Def.

9        Exh. A 000894 and pay stub Bates stamped Def. Exh.

10       A 000895, was marked for identification.  Exhibit

11       retained by counsel.)

12           (Plaintiff's Exhibit 83, copy of SUFFOLK

13       ASPHALT Weekly Time Sheet RENATO Bates stamped

14       Def. Exh. A 000796 and pay stub Bates stamped Def.

15       Exh. A 000797, was marked for identification.

16       Exhibit retained by counsel.)

17           (Plaintiff's Exhibit 84, copy of SUFFOLK

18       PAVING Weekly Time Sheet KEVIN Bates stamped Def.

19       Exh. A 000344 and pay stub Bates stamped Def. Exh.

20       A 000345, was marked for identification.  Exhibit

21       retained by counsel.)

22           (Handing.)

23       Q    Is that your writing on the first page of

24   Exhibit 72?

25       A    Which part?

1                    LOUIS VECCHIA

2       Q       Let me rephrase the question.

3               Did you write anything on the first page of

4    Exhibit 72?

5       A       It looks like my handwriting's the 22 reg;

6    30 don't look like mine at all.

7       Q       Is it fair to say that page one is a

8    Suffolk Asphalt time sheet --

9       A       It's fair to say that, yes.

10      Q       -- for Juan for the week of June 25th

11   through July 1, 2009; is that fair to say?

12      A       It's fair to say that, yes.

13      Q       Is it fair to say that the second page is a

14   Suffolk Asphalt pay stub for Juan during the same

15   corresponding time?

16      A       It appears to be.

17      Q       Do you know why Juan was not paid 32 hours

18   as the number indicated in the TOTAL HOURS box?

19      A       I can only assume, I can't answer that

20   honestly.  Being that close, maybe he came in late one

21   day or something, I don't know.

22      Q       Okay.

23      A       You know, being that short of a thing, I

24   don't know.

25      Q       Can you look at Exhibit 73, please?

1          LOUIS VECCHIA

2          (Witness reviewing document.)

3     A     This looks completely different.

4          (Witness reviewing document.)

5     A     I'm ready, counselor.

6     Q     Do you recognize the first page of Exhibit

7  73?

8     A     Yeah, but it's a little different than the

9  others.  Yes, it's a Suffolk Asphalt week time sheet.

10    Q     Is it for Juan Quinteros for the week of

11  June 11, 2009 through June 17, 2009?

12    A     I can't answer that, it just says it's for

13  Juan.

14    Q     Can you tell me, is that your handwriting

15  in the middle of the page?

16    A     It appears to be.

17    Q     Can you look at Exhibit 74, please?

18          (Witness reviewing document.)

19    A     Holiday.  What would have been the 25th,

20  Monday, would that have been Memorial Day?  It's

21  Christopher's birthday.

22          MR. ZABELL:  How old was he?

23          THE WITNESS:  That year he was 25.  That

24  was his 25th birthday.

25    Q     Have you had a chance to review it?

1              LOUIS VECCHIA

2    A    Just give me a few more minutes, please, if

3    you don't mind.

4    Q    Okay.

5         (Witness reviewing document.)

6    A    I note on the record that I can't read this

7    unlegible (sic) dark area.

8    Q    That's noted.

9    A    Okay, thank you.

10   Q    Is it fair to say that the first page of

11   Exhibit 64 is a Suffolk Asphalt weekly time sheet for

12   Juan for the period of May 21, 2009 to May 27, 2009?

13   A    It's fair to say.

14   Q    Is the second page of Exhibit 74 the

15   corresponding pay stub for that time period for Juan

16   Quinteros?

17   A    Yes, it is the same time frame.

18   Q    Is it your handwriting on the first page of

19   Exhibit 74, the 40 reg; is that your handwriting?

20   A    It appears to be.

21   Q    Do you know why he was not paid for 44

22   hours as indicated in the TOTAL HOURS on the first

23   sheet?

24   A    I don't know why, but I know he was

25   overpaid for that week.  It's obvious.  It's holidays.

1                    LOUIS VECCHIA

2    Laborers don't get holidays.

3              MR. ZABELL:  She didn't ask you that.

4       Q    Why don't you review Exhibit 75 through 78,

5    they're all single pages, so just review those and let

6    me know when you've had a chance to look at 75 through

7    78?

8              MR. ZABELL:  So you want him to look at

9         four different exhibits at the same time?

10             MS. GOLDBERG:  Well, I want him to look at

11        each exhibit separately --

12      A    There's five actually.

13      Q    But it will just make things go faster if

14   you look at all of them.

15             (Witness reviewing documents.)

16             MR. ZABELL:  No, there's just four.

17             THE WITNESS:  Seventy-five, 76, 77, 78 and

18        79.

19             MR. ZABELL:  Did you want him to look at 79

20        as well?

21      Q    Look at Exhibit 75 with me.

22             Do you see the 26 reg handwriting on that

23   page?

24      A    I don't know, could be an eight, could be a

25   six.

```
 1                    LOUIS VECCHIA

 2       Q      Whatever that number is within the circle,

 3  did you write that?

 4       A      I could have, yes.

 5       Q      Please look at Exhibit 76.

 6              Do you see the handwriting 40 and then what

 7  appears to be an R and then 8 OT; is that your

 8  handwriting?

 9              (Witness reviewing document.)

10       A      Yes, what would you like to know?

11       Q      Is that your handwriting on Exhibit 76?

12       A      Yes, it is, most definitely.

13       Q      Exhibit 77, is that your handwriting?

14       A      Yes.

15       Q      What did you write there, what does that

16  say?

17       A      I don't know.  But it's my handwriting.

18       Q      You can't read that that says 40, you don't

19  know that that number says 40 on Exhibit 77?

20       A      I'm not sure what's in the middle of it.

21       Q      You're not sure what's after 40, but do you

22  acknowledge that it's 40 on the page?

23       A      Right.

24       Q      Looking at Exhibit 78, do you see where

25  it's written 32 reg; is that your handwriting?
```

Page 377

```
1                    LOUIS VECCHIA

2      A      It appears to be, yes.

3      Q      Actually I do apologize, but just going

4  back to 75 for a minute.

5             MR. ZABELL:  Apology accepted.

6      A      Seventy-five?

7      Q      Yes.

8      A      You want me to look at it again?

9      Q      I just want to know whether, in fact, that

10  is a Suffolk Asphalt weekly time sheet for Edvin.

11     A      It appears to be.

12     Q      Exhibit 76, is that a Suffolk Asphalt

13  weekly time sheet for Edvin?

14     A      Yes, appears to be.

15     Q      Is Exhibit 77 a Suffolk Asphalt weekly time

16  sheet for Edvin?

17     A      It appears to be, yes.

18     Q      And 78, is that a Suffolk Asphalt weekly

19  time sheet for Edvin?

20     A      It appears to be, yes.

21     Q      Please look at Exhibit 79.

22     A      Okay.

23     Q      Is that your handwriting in the middle

24  where it says 8 reg?

25     A      Yes.
```

                        LOUIS VECCHIA

1

2    Q     Is 79 a Suffolk Asphalt weekly time sheet?

3    A     Yes.

4    Q     Now I want you to take a moment and I want

5    you to review Exhibit 80.

6          (Witness reviewing document.)

7    A     Okay.  This is for Edvin again.

8          (Witness reviewing document.)

9    A     Reviewed it.

10    Q     Looking at Exhibit 80, the first page --

11    just for the record, Exhibit 80 is two pages -- is the

12    24 and again what looks like an R and some letter after

13    it, is that your handwriting?

14    A     I have a hard time reading my handwriting,

15    too, sometimes, but I believe it is, yes.

16    Q     The first page of Exhibit 80, is that a

17    Suffolk Asphalt weekly time sheet for Edvin for March

18    26, 2009 through April 1, 2009?

19    A     From March 26th, yes, it appears to be.

20    Q     Is page two of Exhibit 80 the corresponding

21    Suffolk Asphalt pay stub for that time period --

22    A     It appears to be.

23    Q     -- for Edvin?

24    A     It appears to be.

25    Q     Please review Exhibit 81.

1                    LOUIS VECCHIA

2        A      Okay.

3               (Witness reviewing document.)

4        A      Okay.

5        Q      The writing in the middle of Exhibit 81,

6    the 40 reg and the 9 OT, is that your handwriting?

7        A      Appears to be.

8        Q      The first page of Exhibit 81, is that a

9    Suffolk Asphalt weekly time sheet for Edvin for May 14,

10   2009 through May 20, 2009?

11       A      It states that.

12       Q      Is the second page of Exhibit 81 the

13   corresponding pay stub from Suffolk Asphalt?

14       A      Maybe with all my strain of the eyes, it

15   looks like 6/14, is that 6/14 or 5/14 in that, I can't

16   really make it out?

17              MR. ZABELL:  If you can't make it out,

18       then --

19       A      I can't answer you honestly if it is or it

20   isn't.

21       Q      Okay.

22       A      It might be.

23       Q      I need you to turn back to Exhibit 80,

24   we're done with Exhibit 81 for now.

25              Can you tell me why Edvin was paid for 24

1                    LOUIS VECCHIA

2    hours instead of the 32 hours that are noted on the

3    computer time records?

4        A      I don't know at this time.

5        Q      Is there anything else that would help

6    refresh your memory as to why he was paid 24 hours and

7    not 32?

8        A      No.

9        Q      Can you please look at Exhibit 82?

10       A      Sure.

11              (Witness reviewing document.)

12       A      I've looked at it.

13       Q      Is that your handwriting on the first page?

14       A      Forty reg.

15       Q      Is that your handwriting?

16       A      Yes.

17       Q      Is it fair to say the first page is a

18   Suffolk Asphalt weekly time sheet?

19       A      It's very fair to say that.

20       Q      Is the second page a corresponding payroll

21   stub for that time period?

22       A      Uh-hum.

23       Q      Do you know why Edvin was paid for 40 hours

24   as opposed to 48 hours, which is the number in the

25   TOTAL HOURS box on the first page?

Page 381

```
 1                   LOUIS VECCHIA

 2              (No response.)

 3      Q      I don't know why you're looking at your

 4   counsel, if you can just answer the question.

 5              MR. ZABELL:  He's allowed to look at me all

 6        he likes.

 7      A      Yeah, all your plaintiffs looked at their

 8   things, spent many times doing that.  That's not nice

 9   to say.

10      Q      Please answer my question.

11      A      Don't make me put you in Saul's category.

12              Maybe I got smart and didn't pay a guy for

13   a holiday that he wasn't supposed to get it.

14      Q      Can you look at Exhibit 83?

15              (Witness reviewing document.)

16      A      I don't know.  Jesus.

17              (Witness reviewing document.)

18      A      This might take me a long time, can you

19   explain this one?

20      Q      I have one question for you actually, it's

21   on the first page of Exhibit 83, is that your

22   handwriting?

23      A      Looks like it.

24      Q      Did you also write in the numbers eight in

25   the boxes or is it just the writing below that's yours?
```

1                      LOUIS VECCHIA

2          A      Looks like just the writing, it looks like

3    just the writing below is mine.

4          Q      So the 16 reg and the 1 OT is yours?

5          A      That looks like mine.

6          Q      Is the first page a weekly time sheet for

7    Suffolk Asphalt for Renato?

8          A      Yes, it doesn't look like the typical ones

9    that we've looked at in the past exhibits.

10         Q      Is it fair to say the second page was the

11   corresponding pay stub from Suffolk Asphalt?

12         A      I don't know if that's -- I don't know if

13   it corresponds that same week, counselor.  This might

14   be an 8/20.  It might be an eight on the pay stub and

15   not a six where it's clearly stated as six on this time

16   sheet that is not . . . you see what I'm saying,

17   though?

18         Q      If that's your answer.

19                MR. ZABELL:  Are you acknowledging yes?

20         Q      If that's your answer.

21         A      Are you agreeing with me that it's

22   different?

23         Q      If that's your answer.  It's not my job to

24   agree or disagree, just to ask you the questions.

25                Can you look at Exhibit 84?

1                      LOUIS VECCHIA

2        A      Sure.

3               (Witness reviewing document.)

4        Q      Can you look at Exhibit 84, which is two

5   pages, the first page of Exhibit 84 is Def. Exh. A

6   000344, second page is Def. Exh. A 000345?

7        A      Okay.

8        Q      Is that your handwriting on the first page?

9        A      Yes.  I'm a little disappointed there's no

10  circle, but it appears to be mine.  I like to be

11  consistent.

12       Q      Is this a Suffolk Paving time sheet for

13  Kevin for the week of August 27, 2009 through September

14  2, 2009?

15       A      Yeah.  Hopefully it's the right Kevin.  Go

16  ahead.

17       Q      Is the second page the corresponding

18  payroll stub from Suffolk Paving?

19       A      I can't read the top.  It says PAYROLL

20  ACCOUNT; again, it's kind of cut off.

21       Q      Then in the bottom, though, it does say

22  Suffolk Paving?

23       A      See, that's where it gets a little dark and

24  I got to strain my eyes to see.  But I believe it does

25  say Suffolk Paving Corp. and it says eight . . . what's

1                    LOUIS VECCHIA

2    the time frame we're looking for here?  This one does

3    appear to be 8/27 to 9/02.  We're able to read this

4    one.

5                    (Plaintiff's Exhibit 85, copy of SUFFOLK

6           PAVING Weekly Time Sheet OSMAR Bates stamped Def.

7           Exh. A 001027 and pay stub Bates stamped Def. Exh.

8           A 001028, was marked for identification.  Exhibit

9           retained by counsel.)

10   Q       I'd ask you to look at Exhibit 85.

11           For the record, Exhibit 85 is two pages,

12   Def. Exh. A 001027 and Def. Exh. A 001028.

13           (Handing.)

14           (Witness reviewing document.)

15   A       Who's this for, Osmar.  I don't even know

16   who Osmar is.

17           (Witness reviewing document.)

18   A       I've reviewed it.

19   Q       Is that your handwriting on the first page?

20   A       It looks a little neater for me, but it

21   appears to be.

22   Q       Is it fair to say that the first page of

23   Exhibit 85 is a weekly time sheet for Osmar for August

24   6, 2009 through August 12, 2009?

25   A       It's safe to say.

1                    LOUIS VECCHIA

2        Q       Is it fair to say that page two of Exhibit

3    85 is the corresponding payroll stub from Suffolk

4    Paving for that period of time?

5        A       Appears to be.

6        Q       Can you tell me why Osmar was paid for 40

7    hours rather than the 48 hours which is indicated in

8    the TOTAL HOURS box on the first page?

9        A       I can't explain that right now.  It says

10   one day owed.  Maybe he made a mistake and thought he

11   was owed a day and somebody just put it down to make a

12   mental note, he wasn't owed a day.  It's speculation at

13   this point.

14       Q       Is there any other document that would

15   refresh your memory to further clarify?

16       A       No.  I mean it just makes no sense if the

17   guy was owed a day, we would have paid it for him.

18   Maybe somebody marked it down there as a note to hey,

19   you know, he's owed a day and maybe Osmar was wrong.

20       Q       Can you look at Exhibit 86, please?

21              (Plaintiff's Exhibit 86, copy of Suffolk

22          Paving Corp. Weekly Time Sheet ALLEJANDRO Bates

23          stamped Def. Exh. A 000071 and pay stub Bates

24          stamped Def. Exh. A 000072, was marked for

25          identification.  Exhibit retained by counsel.)

1              LOUIS VECCHIA

2              (Plaintiff's Exhibit 87, copy of SUFFOLK

3      PAVING Weekly Time Sheet ALLEHANDRO Bates stamped

4      Def. Exh. A 000050 and pay stub Bates stamped Def.

5      Exh. A 000051, was marked for identification.

6      Exhibit retained by counsel.)

7              (Handing.)

8      A      I almost certainly will.

9              MS. GOLDBERG:  Eighty-six is two pages, for

10     the record and it's Def. Exh. A 000071 and Def.

11     Exh. A 000072.

12             (Witness reviewing document.)

13     Q      Is that your handwriting on the first page

14     of Exhibit 86?

15     A      Looks like it could be that, yes.

16     Q      Fair to say that the first page is a

17     Suffolk Paving time sheet for Alejandro for April 23,

18     2009 through April 29, 2009?

19     A      Yes.

20     Q      Is it fair to say that the second page of

21     Exhibit 86 is the corresponding pay stub for Alejandro

22     during that time from Suffolk Paving?

23     A      It appears to be, yes.

24     Q      Do you know why Alejandro was paid 40 hours

25     rather than the 48 hours which is indicated in the

```
1                    LOUIS VECCHIA

2    TOTAL HOURS box on the first page?

3         A     At this time I don't know.

4         Q     Is there anything that would help refresh

5    your memory as to why?

6         A     Not at this time, sorry.

7         Q     Can you please look at Exhibit 87?

8               (Handing.)

9               (Witness reviewing document.)

10        A     Go ahead, counselor, I've reviewed it.

11        Q     Looking at the first page of Exhibit 87, is

12   that your handwriting, the 24 PR?

13        A     Yes.

14        Q     The first page of Exhibit 87, is it fair to

15   say it's a Suffolk Paving weekly time sheet for

16   Alejandro for July 2, 2009 through July 8, 2009?

17        A     Yes.

18        Q     Is the second page of Exhibit 87 the

19   corresponding pay stub from Suffolk Paving Corp.?

20        A     It's another holiday in here.  Oh, Saturday

21   we were off.  Yes, it is.

22        Q     Can you tell me why Alejandro was paid for

23   24 hours as opposed to the 32 hours that are indicated

24   on the first page in the TOTAL HOURS box?

25        A     Maybe this guy, Scott, up here paid him the
```

1                      LOUIS VECCHIA

2    other, I don't know.

3        Q      What guy, Scott?

4        A      Up here, Scott (indicating).

5               MR. ZABELL:  Let the record reflect that

6        the deponent is pointing to the top of the

7        document identified as Exhibit 87 where it says

8        "scott."

9        A      Yeah, I don't know, maybe Scott paid him.

10       Q      Do you know who Scott is?

11       A      No, I have no idea who Scott is.

12              (Plaintiff's Exhibit 88, copy of Suffolk

13       Paving Corp. Weekly Time Sheet MARCOS Bates

14       stamped Def. Exh. A 000592 and pay stub Bates

15       stamped Def. Exh. A 000593, was marked for

16       identification.  Exhibit retained by counsel.)

17       Q      I'd ask you to look at Exhibit 88.

18              (Handing.)

19              (Witness reviewing document.)

20       A      Go ahead, counselor.

21       Q      You've looked at the first page of Exhibit

22       88; is that your handwriting, the 18 reg?

23       A      Yes.

24       Q      The first page, is it accurate to say it's

25       a Suffolk Paving Corp. time sheet for Marcos for the

1                       LOUIS VECCHIA

2    week of April 30, 2009 to May 5, 2009?

3         A      Yeah, it appears it is, yes.

4         Q      Is page two the corresponding pay stub for

5    that time period?

6         A      Yes.

7         Q      Can you tell me why Marcos was paid for 18

8    hours as opposed to the 27 hours that's indicated on

9    the TOTAL HOURS box on the first page?

10        A      If I was able to read maybe where he was on

11   that day I could maybe, but I can't at this time, I

12   apologize.

13        Q      I'd ask you to look at Exhibit 89.

14               (Plaintiff's Exhibit 89, copy of Suffolk

15          Paving Weekly Time Sheet MARCOS Bates stamped Def.

16          Exh. A 000580 and pay stub Bates stamped Def. Exh.

17          A 000581, was marked for identification.  Exhibit

18          retained by counsel.)

19               (Handing.)

20               (Witness reviewing document.)

21        A      Go ahead.  I've reviewed it.

22        Q      Can you tell me, is this a Suffolk Paving

23   time sheet for Marcos for July 9, 2009 through July 15,

24   2009?

25        A      I'm not sure.

1                    LOUIS VECCHIA

2       Q       Is that your handwriting in the top left

3    corner?

4       A       It's possible.

5       Q       Can you read what that says?

6       A       No.

7       Q       Did you write 8 reg --

8       A       That looks --

9       Q       -- on the first page?

10      A       That looks like me, yes.

11      Q       Is it fair to say that the second page is a

12   Suffolk Paving pay stub for Marcos for the week of July

13   9, 2009 through July 15, 2009?

14      A       It's fair to say it's from July 9, 2009 to

15   July 15th, correct.

16      Q       Do you know why he was paid eight hours as

17   opposed to the 32 hours indicated on the first page?

18      A       No.

19      Q       Is it fair to say that this is a time sheet

20   for either Suffolk Paving or Suffolk Asphalt?

21      A       It's fair to say it's something.

22      Q       Is it fair to say it's from one of the two

23   companies?

24      A       Yeah, I would imagine.

25      Q       I'd ask you to look at Exhibit 90.

1              LOUIS VECCHIA

2              (Plaintiff's Exhibit 90, copy of SP Weekly

3         Time Sheet MARCOS Bates stamped Def. Exh. A 000564

4         and pay stub Bates stamped Def. Exh. A 000565, was

5         marked for identification.  Exhibit retained by

6         counsel.)

7              (Handing.)

8              (Witness reviewing document.)

9    A       Go ahead.

10   Q       On the first page, is that your handwriting

11   24 PR, 16 reg?

12   A       Looks like it, yes.

13   Q       By PR, is that meant to mean prevailing

14   rate; is that what you meant by the PR?

15   A       I believe so.  I just can't . . . I can't

16   help you because your inadequate copies here, but I

17   believe it should be PR.

18   Q       PR, does that stand for prevailing rate?

19   A       Yes.

20   Q       Is this a time sheet from either Suffolk

21   Asphalt or Suffolk Paving for Marcos for the week of

22   September 17, 2009 through September 23, 2009?

23   A       Is it that long?

24             (Witness reviewing document.)

25   A       It appears to be.

1                        LOUIS VECCHIA

2        Q       Is page two the corresponding payroll for

3   Marcos for that period of time?

4        A       Sorry?

5        Q       Is page two of Exhibit 90 Suffolk Paving's

6   pay stub for Marcos for that period of time?

7        A       Yes, it appears to be.

8        Q       Can you tell me, you see where it says 32

9   under the column at the very top where it says

10  prevailing rate hours, says 32?

11       A       Yes.

12       Q       Can you tell me why he was only paid for 24

13  hours as opposed to --

14       A       If I was able to read this, I probably

15  would be able to tell you because maybe one of the jobs

16  wasn't prevailing wage, it was mismarked prevailing

17  wage job and it really wasn't.

18       Q       Okay.

19       A       You know what I mean?

20       Q       All right.

21               Can you look at Exhibit 91?

22               (Plaintiff's Exhibit 91, copy of SUFFOLK

23       PAVING Weekly Time Sheet KEVIN Bates stamped Def.

24       Exh. A 000362 and pay stub Bates stamped Def. Exh.

25       A 000363, was marked for identification.  Exhibit

1              LOUIS VECCHIA

2        retained by counsel.)

3                (Handing.)

4                (Witness reviewing document.)

5        Q      Are you done with Exhibit 91 yet?

6        A      Yes, I believe I am.

7        Q      Is that your handwriting on the first page,

8   8 PR, 32 reg?

9        A      Yes.

10       Q      Is the first page of Exhibit 91 the Suffolk

11  Paving weekly time sheet for Kevin for June 25, 2009

12  through July 1, 2009?

13       A      Appears to be.

14       Q      Is the second page the corresponding pay

15  stub from Suffolk Paving?

16       A      Yes, it appears to be.

17       Q      Can you tell me why he was paid for a total

18  of 40 hours when the TOTAL HOURS on the first page is

19  42.5?

20       A      I have no idea.

21       Q      Any document that would help refresh your

22  memory why?

23       A      No.

24       Q      I ask you to look at Exhibit 92.

25                (Plaintiff's Exhibit 92, copy of CROSS

1              LOUIS VECCHIA

2         ISLAND Weekly Time Sheet ALEX Bates stamped Def.

3         Exh. A 000117, was marked for identification.

4         Exhibit retained by counsel.)

5              (Handing.)

6              (Witness reviewing document.)

7    Q     Is that your handwriting in the middle of

8    the page, 24 reg?

9    A     Yes.  Looks like it.

10   Q     Is this a weekly time sheet for Cross

11   Island Industries for Alex?

12   A     It says it's for Cross Island.

13   Q     Right.  Weekly time sheet for Cross Island.

14   A     That's what it says, yes.

15   Q     Look at Exhibit 93.

16             (Plaintiff's Exhibit 93, copy of CROSS

17        ISLAND Weekly Time Sheet ALEX Bates stamped Def.

18        Exh. A 000119, was marked for identification.

19        Exhibit retained by counsel.)

20             (Handing.)

21             (Witness reviewing document.)

22   Q     Is that your handwriting in the middle of

23   the page where it says 16 reg?

24   A     Yes.

25   Q     Again, is this a Cross Island weekly time

1                    LOUIS VECCHIA

2    sheet for Alex for May 28, 2009 through June 3, 2009?

3         A     Yes.

4               MS. GOLDBERG:  Exhibit 94.

5               (Plaintiff's Exhibit 94, copy of Suffolk

6         Asphalt Corp. Weekly Time Sheet RENATO Bates

7         stamped Def. Exh. A 000828 and pay stub Bates

8         stamped Def. Exh. A 000829, was marked for

9         identification.  Exhibit retained by counsel.)

10              (Handing.)

11              (Witness reviewing document.)

12        Q     Can you tell me, is that your handwriting

13   in the middle of the page on the first page of Exhibit

14   94 --

15        A     It appears to be.

16        Q     -- the 8 reg?

17              Is this a Suffolk Asphalt Corporation

18   weekly time sheet for Renato for February 19, 2009

19   through February 25, 2009?

20        A     It appears to be.

21        Q     Is the second page the corresponding pay

22   stub from Suffolk Asphalt?

23        A     Why would he work in the shop?

24              (Witness reviewing document.)

25        A     Yeah, okay, yeah, it all appears to be

1               LOUIS VECCHIA

2    that.

3        Q    Do you know why he was paid for eight hours

4    as opposed to 16 hours, which is the total number

5    indicated on the first page?

6        A    Maybe somebody made a mistake on his time.

7        Q    I ask you to look at 95.

8             (Plaintiff's Exhibit 95, copy of Suffolk

9    Asphalt Corp. Weekly Time Sheet RENATO Bates

10   stamped Def. Exh. A 000821 and pay stub Bates

11   stamped Def. Exh. A 000822, was marked for

12   identification.  Exhibit retained by counsel.)

13            (Handing.)

14            (Witness reviewing document.)

15       Q    Can you tell me, is that your

16   handwriting --

17       A    I'm not done reviewing it yet.

18       Q    Actually, my only question on this exhibit

19   is whether that's your handwriting.

20            MR. ZABELL:  I think he said he needed to

21       review the document.

22            MS. GOLDBERG:  I'm just asking him to look

23       at the handwriting on the first page of Exhibit

24       95, that's all I'm asking him to do.

25       A    I'm not sure if it is.

1                     LOUIS VECCHIA

2        Q       You don't know if that's your handwriting?

3        A       It could be.

4                MR. ZABELL:  Not if you're not going to

5        give him an opportunity to review the document.

6                MS. GOLDBERG:  How long does it take to

7        look at 8 reg and say whether that's your

8        handwriting or not; that's all I'm asking him to

9        do?

10               MR. ZABELL:  I don't know, you're not

11       asking me the question.

12       Q       Can you please look at Exhibit 95?

13               Is that your handwriting in the middle of

14   the page in a circle?

15       A       Looks like it.

16       Q       I'd ask you to look at the first page of

17   Exhibit 96.

18               (Plaintiff's Exhibit 96, copy of Suffolk

19       Asphalt Corp. Weekly Time Sheet RENATO Bates

20       stamped Def. Exh. A 000814 and pay stub Bates

21       stamped Def. Exh. A 000815, was marked for

22       identification.  Exhibit retained by counsel.)

23               (Handing.)

24               (Witness reviewing document.)

25       Q       Is that your handwriting in the middle of

1                     LOUIS VECCHIA

2    the page, the 8 RG?

3         A     Yes, it appears to be.

4               MS. GOLDBERG:  Exhibit 97.

5               (Plaintiff's Exhibit 97, copy of Suffolk

6         Asphalt Corp. Weekly Time Sheet RENATO Bates

7         stamped Def. Exh. A 000812 and pay stub Bates

8         stamped Def. Exh. A 000813, was marked for

9         identification.  Exhibit retained by counsel.)

10              (Handing.)

11              (Witness reviewing document.)

12        Q     Is that your handwriting in the middle of

13   the page on the first page of Exhibit 97?

14        A     Would you like me to review both of these

15   or just the one?

16        Q     I just want to know whether this is your

17   handwriting on the first page of Exhibit 97.

18        A     It appears to be, yes.

19              Is that it?

20        Q     Yes.

21        A     Okay.

22        Q     Exhibit 98.

23              (Plaintiff's Exhibit 98, copy of SUFFOLK

24        ASPHALT Weekly Time Sheet RENATO Bates stamped

25        Def. Exh. A 000806 and pay stub Bates stamped Def.

1                     LOUIS VECCHIA

2        Exh. A 000807, was marked for identification.

3        Exhibit retained by counsel.)

4               (Handing.)

5               (Witness reviewing document.)

6     A     You want me to review both?

7     Q     No, just the first page.

8     A     Just the one, okay.

9     Q     Is that your handwriting on the first page

10   of Exhibit 98?

11    A     Yes.  Just the check marks aren't mine.

12    Q     Is this a weekly time sheet for Suffolk

13   Asphalt for Renato for May 14, 2009 to May 20, 2009?

14    A     That is a time sheet for him.

15    Q     Can you tell me why he was paid for a total

16   of 41 hours rather than the 53 hours?

17    A     You want me to review the second sheet; you

18   said no?

19    Q     Yes.  Please review the second sheet.

20    A     You didn't give me time to review that.

21          (Witness reviewing document.)

22    A     So how many hours are you actually saying

23   he got paid for?

24    Q     My question to you is this, do you know why

25   he was paid for a total of 41 hours as opposed to 53

1              LOUIS VECCHIA

2    that's in the box?

3         A     You got to help me do my math, counselor,

4    here.  If you look at the hours he was paid, it looks

5    like it was 52 or 51.  Forty-nine and two, counselor,

6    is 51 and you asked 49, I believe.

7         Q     Well, if you look at his pay stub on the

8    second page, the quantity of regular hour rate is 32

9    and the time and a half hour was nine.

10        A     Right.

11        Q     So 32 plus the --

12        A     What about his grease time, the two hours

13   he got down below, counselor?

14        Q     Okay.  So 41, I stand corrected, 43 hours,

15   so do you know why he was paid 43 hours as opposed to

16   the 53 that's noted on the TOTAL HOURS box?

17        A     No, I don't.

18        Q     Exhibit 99.

19              (Plaintiff's Exhibit 99, copy of SUFFOLK

20         ASPHALT Weekly Time Sheet RENATO Bates stamped

21         Def. Exh. A 000804 and pay stub Bates stamped Def.

22         Exh. A 000805, was marked for identification.

23         Exhibit retained by counsel.)

24              (Handing.)

25        A     Am I reviewing everything?

```
 1                   LOUIS VECCHIA

 2        Q      Review the whole thing.

 3        A      Okay.

 4               MR. ZABELL:  Please.

 5               (Witness reviewing document.)

 6        Q      Is that your handwriting on the first page?

 7        A      You want me to review both?

 8        Q      I just want you to look at the first page.

 9        A      Okay.

10        Q      Is that your handwriting, the 40 reg?

11        A      Yes, everything there is mine except for

12   the checks and those little other squigglies and the

13   seven crossed out to the zero, I don't know whose that

14   is, that might have been a mistake by somebody else.

15        Q      Can you look at Exhibit 100?

16               (Plaintiff's Exhibit 100, copy of SUFFOLK

17          ASPHALT Weekly Time Sheet RENATO Bates stamped

18          Def. Exh. A 000798 and pay stub Bates stamped Def.

19          Exh. 000799, was marked for identification.

20          Exhibit retained by counsel.)

21               (Handing.)

22        A      Would you like me to --

23        Q      Just look at the front.  Actually, I just

24   want you to look at the writing on the first page.

25               (Witness reviewing document.)
```

Page 402

1                           LOUIS VECCHIA

2        A       Okay.  The handwriting -- don't even pay

3    attention to anything else, just the handwriting?

4        Q       Just the handwriting.

5                Is that your handwriting?

6        A       It looks like mine, yes.

7                MS. GOLDBERG:  Exhibit 101.

8                (Plaintiff's Exhibit 101, copy of SUFFOLK

9        ASPHALT Weekly Time Sheet RENATO Bates stamped

10       Def. Exh. A 000794 and pay stub Bates stamped Def.

11       Exh. A 000795, was marked for identification.

12       Exhibit retained by counsel.)

13       A       Review both?

14       Q       Just the handwriting.

15       A       Looks like mine.  A little neater.

16       Q       Is that your handwriting in the middle of

17   the page: 40 reg, 3 OT, no grease?

18       A       That is my handwriting.

19               MS. GOLDBERG:  Exhibit 102.

20               (Plaintiff's Exhibit 102, copy of SUFFOLK

21       ASPHALT Weekly Time Sheet RENATO Bates stamped

22       Def. Exh. A 000788 and pay stub Bates stamped Def.

23       Exh. A 000789, was marked for identification.

24       Exhibit retained by counsel.)

25               (Handing.)

```
1                    LOUIS VECCHIA

2              (Witness reviewing document.)

3      A     Same thing, review the handwriting?

4      Q     Is that your handwriting --

5      A     It looks like my handwriting, yes.

6      Q     Look at 103.

7              (Plaintiff's Exhibit 103, copy of SUFFOLK

8      ASPHALT Weekly Time Sheet RENATO Bates stamped

9      Def. Exh. A 000786 and pay stub Bates stamped Def.

10     Exh. A 000787, was marked for identification.

11     Exhibit retained by counsel.)

12     A     Just the handwriting again?

13     Q     Just the handwriting.

14             MR. ZABELL:  Lou, slow down.

15             THE WITNESS:  I'm just trying to help her.

16             MR. ZABELL:  I know.  You're throwing me

17     off.

18             THE WITNESS:  Just trying to help.

19             (Witness reviewing document.)

20     Q     Is the handwriting yours on Exhibit 103,

21     the first page, the 40 regular, is that your

22     handwriting?

23     A     Yes.

24     Q     Here's 104.

25             (Plaintiff's Exhibit 104, copy of Suffolk
```

1          LOUIS VECCHIA

2      Asphalt Corp. Weekly Time Sheet WALTER Bates

3      stamped Def. Exh. A 000463, was marked for

4      identification.  Exhibit retained by counsel.)

5             (Handing.)

6             (Witness reviewing document.)

7      Q      In looking at Exhibit 104, is that your 0

8  handwritten on the page?

9      A      Don't look like mine.

10            MS. GOLDBERG:  Exhibit 105.

11            (Plaintiff's Exhibit 105, copy of SUFFOLK

12     ASPHALT Weekly Time Sheet WALTER Bates stamped

13     Def. Exh. A 000443 and pay stub Bates stamped Def.

14     Exh. A 000444, was marked for identification.

15     Exhibit retained by counsel.)

16            (Handing.)

17            (Witness reviewing document.)

18     Q      Is that your handwriting in the middle of

19  the page, 40 reg?

20     A      Yes.

21            MS. GOLDBERG:  Exhibit 106.

22            (Plaintiff's Exhibit 106, copy of SUFFOLK

23     ASPHALT Weekly Time Sheet WALTER Bates stamped

24     Def. Exh. A 000433 and pay stub Bates stamped Def.

25     Exh. A 000434, was marked for identification.

1                    LOUIS VECCHIA

2        Exhibit retained by counsel.)

3               (Handing.)

4        Q      Is that your handwriting on the first page

5    of 106 where it says 24, then 16 crossed out reg, 1

6    grease, 3 OT?

7               (Witness reviewing document.)

8        A      I don't . . . let me just look to see.  I

9    don't believe the 24 is mine.  That 24 does not look

10   like my handwriting.

11       Q      Do you know whose handwriting that would

12   be?

13       A      No.

14       Q      Is the other your handwriting, the other

15   notations?

16       A      It looks like it could possibly be.  The

17   check marks were definitely not mine.

18       Q      Do you know whose the check marks were, who

19   wrote those?

20       A      No.  The 24 doesn't look like mine.

21       Q      I ask you to look at Exhibit 107.

22              (Plaintiff's Exhibit 107, copy of SUFFOLK

23       ASPHALT Weekly Time Sheet WALTER Bates stamped

24       Def. Exh. A 000429, was marked for identification.

25       Exhibit retained by counsel.)

```
 1                      LOUIS VECCHIA
 2              (Handing.)
 3              (Witness reviewing document.)
 4      Q      Is that your handwriting on the first page
 5  of Exhibit 107?
 6      A      I believe it is, yes.
 7              MS. GOLDBERG:  Exhibit 108.
 8              (Plaintiff's Exhibit 108, copy of SUFFOLK
 9      ASPHALT Weekly Time Sheet WALTER Bates stamped
10      Def. Exh. A 000427 and pay stub Bates stamped Def.
11      Exh. A 000428, was marked for identification.
12      Exhibit retained by counsel.)
13              (Handing.)
14              (Witness reviewing document.)
15      Q      Is that your handwriting on the first page
16  of 108, the 16 reg and 1, I don't know what the word
17  after that is?  Is that your handwriting?
18      A      I believe it is.
19      Q      Do you know what that word is after 1?
20      A      No, that's what I'm trying to make out.  I
21  can't make it out.
22              MS. GOLDBERG:  Exhibit 109.
23              (Plaintiff's Exhibit 109, copy of SUFFOLK
24      ASPHALT Weekly Time Sheet WALTER Bates stamped
25      Def. Exh. A 000425 and pay stub Bates stamped Def.
```

1              LOUIS VECCHIA

2         Exh. A 000426, was marked for identification.

3         Exhibit retained by counsel.)

4              (Handing.)

5              (Witness reviewing document.)

6    Q        Is that your handwriting on the first page

7  where it says 16 reg and 3 reg OT; is that your

8  handwriting?

9    A         The one above I think is mine, too, the 32.

10   Q         So you think all of it is your handwriting?

11   A         Everything but the checks is mine.

12   Q         Here's 110.

13             (Plaintiff's Exhibit 110, copy of SUFFOLK

14       ASPHALT Weekly Time Sheet WALTER Bates stamped

15       Def. Exh. A 000407 and pay stub Bates stamped Def.

16       Exh. A 000408, was marked for identification.

17       Exhibit retained by counsel.)

18             (Handing.)

19             (Witness reviewing document.)

20   Q         Is that your handwriting on the middle of

21  the page where it says 16 reg?

22   A         Appears to be.

23             MS. GOLDBERG:   Exhibit 111.

24             (Plaintiff's Exhibit 111, copy of SUFFOLK

25       ASPHALT Weekly Time Sheet JOSE C Bates stamped

1                    LOUIS VECCHIA

2        Def. Exh. A 000218 and pay stub Bates stamped Def.

3        Exh. A 000219, was marked for identification.

4        Exhibit retained by counsel.)

5              (Handing.)

6              (Witness reviewing document.)

7        Q     Is that your handwriting in the middle of

8    the first page where it says 16 reg?

9        A     Yes.  Everything but that check mark.

10   They're too neat for me.

11       Q     If you could now look at Exhibit 112.

12             (Plaintiff's Exhibit 112, copy of SUFFOLK

13       ASPHALT Weekly Time Sheet JOSE C Bates stamped

14       Def. Exh. A 000208, was marked for identification.

15       Exhibit retained by counsel.)

16             (Handing.)

17             (Witness reviewing document.)

18       Q     Is that your handwriting in the middle of

19   the page where there's a 22 reg and there's a cross-out

20   over 22 with a 30 underneath it?

21       A     The 22 reg is mine.  The 30 is not.

22       Q     Do you know whose the 30 is?

23       A     No.

24       Q     I ask you to look at Exhibit 113.

25             (Plaintiff's Exhibit 113, copy of SUFFOLK

1              LOUIS VECCHIA

2       ASPHALT Weekly Time Sheet CARLOS Bates stamped

3       Def. Exh. A 000287 and pay stub Bates stamped Def.

4       Exh. A 000288, was marked for identification.

5       Exhibit retained by counsel.)

6              (Handing.)

7              (Witness reviewing document.)

8       Q      Is that your handwriting on the first page

9  of Exhibit 113, the 11 reg?

10      A      Yes, looks like it.

11      Q      The last one that I'm going to do today,

12 Exhibit 114.

13             (Plaintiff's Exhibit 114, copy of SUFFOLK

14      ASPHALT Weekly Time Sheet CARLOS Bates stamped

15      Def. Exh. A 000279 and pay stub Bates stamped Def.

16      Exh. A 000380, was marked for identification.

17      Exhibit retained by counsel.)

18             (Handing.)

19             (Witness reviewing document.)

20      Q      Is that your handwriting on the first page,

21 the 24 reg?

22      A      Looks like it.

23      Q      So is it fair and accurate to say that you

24 would review the weekly time sheets for Suffolk Paving

25 every week before the plaintiffs were paid?

```
 1                    LOUIS VECCHIA

 2       A     Yes, it would be true.

 3       Q     Is it also fair to say that you would

 4  review the weekly time sheets for Suffolk Asphalt

 5  before the plaintiffs were paid?

 6       A     I would assist in it, yes.

 7       Q     Would you review the time sheets?

 8       A     Sometimes.

 9       Q     Would you regularly note when you found

10  inconsistencies with the number of hours that was

11  printed on the time sheets?

12       A     Say the question again, I'm sorry?  If I

13  reviewed -- say it one more time.

14       Q     I'll withdraw the question.

15             Did you regularly review the Suffolk

16  Asphalt weekly time sheets before the plaintiffs were

17  paid on a weekly basis?

18       A     Most of the time.

19       Q     Would you note in your handwriting when you

20  found that the total number of hours was listed

21  incorrectly on the computer time sheets?

22       A     No, I've made mistakes, I paid them for

23  holidays that I wasn't supposed to, so I can't answer

24  that.

25       Q     But is it fair to say that you would put
```

1                    LOUIS VECCHIA

2    the number of hours you believe the plaintiffs worked

3    if it was different than the number printed --

4         A    If there was a mistake made on printing on

5    the time sheet, I would correct the mistake, yes.  It's

6    fair to say that I would correct the mistake.

7         Q    Both Suffolk Asphalt and Suffolk Paving

8    used the same weekly time sheet forms; is that correct?

9         A    Similar.

10        Q    When you say "similar," what were the

11   differences?

12        A    I don't know.  Some -- I'm noticing that

13   some look different as we're going through them;

14   different designs, you know, different layouts.

15        Q    Aside from the somewhat aesthetically --

16        A    You said different.

17        Q    Withdrawn.

18        A    They're different.

19        Q    Did Suffolk Asphalt keep the weekly time

20   sheets for all of its employees in 2009?

21        A    I don't know.

22        Q    Did Suffolk Paving keep all of its time

23   sheets?

24        A    Are we just talking about your people or

25   the company's?

1                    LOUIS VECCHIA

2        Q      All employees.

3               Did Suffolk Paving keep the time sheets for

4    all its employees in 2009?

5        A      No.

6        Q      Did Suffolk Paving retain its time sheets

7    during 2009 at all?

8        A      "Retain" meaning hold onto them?

9        Q      Keeping them?

10       A      I would hope so.

11       Q      Did you plea to a violation in June 2011?

12       A      Did I plea to a violation?

13       Q      Yes.

14       A      Did I?  Oh, yeah, yeah, for using vulgar

15   language.

16       Q      What was the violation for?

17       A      Using vulgar language.

18       Q      Using vulgar language?

19       A      I believe that's what it was, right?

20              MR. ZABELL:  I'm not --

21       A      I don't recall what it was, but I believe

22   that's what it was.

23       Q      So your violation was for using vulgar

24   language?

25       A      Yes.

1                    LOUIS VECCHIA

2       Q       Where were you when you used the vulgar

3  language?

4       A       Thirty North Dunton Avenue.  My place of

5  business.

6       Q       I didn't realize it was illegal to use

7  vulgar language.

8       A       I didn't, either.  Pretty disturbed with

9  myself.

10      Q       Who told you it was for vulgar language?

11      A       That's what -- that was what was said --

12              MR. ZABELL:  Wait, wait.  I'm going to

13      object.  Stop, stop.  Stop one second.

14              I'm going to advise you that if the answer

15      to that question requires you to reveal the

16      content of a conversation between yourself and any

17      of your attorneys, you are simply to state that

18      you cannot answer that question.  If you can

19      answer that question without revealing the content

20      of a conversation between yourself and an

21      attorney, then you may answer it.

22              THE WITNESS:  So what was the question

23      again, I'm sorry?

24              MS. GOLDBERG:  Can you read back the

25      question?

1          LOUIS VECCHIA

2          (The pending question was read.)

3     A     I'm not sure.  I was in the courtroom, so I

4     forget which side it was.  I forget.  It was a judge,

5     it was a district attorney.

6     Q     Did you have to say something to the judge?

7     A     I believe I did, yeah.

8     Q     What did you have to say to the judge?

9          (No response.)

10         MS. GOLDBERG:  Withdrawn.

11    Q     What did you say to the judge?

12    A     I'm not sure, I forget now, the exact

13    words.  I can't be exact, so . . . if you want

14    something exact, I can't give it to you.  You could

15    probably look it up, though.

16         MR. ZABELL:  She has.

17    A     You can look it up.  I don't want to give

18    the wrong answer, I don't remember exactly what I said.

19    Q     Both Suffolk Asphalt and Suffolk Paving

20    generated these time sheets on a weekly basis as part

21    of its business; is that correct?

22         MR. ZABELL:  What documents are you

23         referring to?

24         MS. GOLDBERG:  I'm referring to time

25         sheets, weekly time sheets that we've been

```
 1                    LOUIS VECCHIA
 2        discussing.
 3               MR. ZABELL:  Oh, because you said "these."
 4               MS. GOLDBERG:  Time sheets.
 5        A    For all its employees did you say?
 6        Q    Yes.  For its employees.
 7        A    Yeah, for most of them.
 8        Q    And for the plaintiffs?
 9        A    Yes, for most of the plaintiffs.
10        Q    Did you ever have any other current or
11   former employees bring any wage complaints against you
12   aside from the plaintiffs in this lawsuit?
13        A    Yes, once before, I believe.
14        Q    What was that complaint for?
15        A    That was a prevailing wage complaint, I
16   believe.
17        Q    Who were the individuals that were making
18   complaints?
19        A    I forgot.  I forget at the time, it's a
20   while ago.
21        Q    Did it go to court?
22        A    No, I settled it.
23        Q    You settled it.
24               MR. ZABELL:  Okay.  I am now advising you
25        that it is 5:30.  As we have started this
```

1              LOUIS VECCHIA

2    deposition two minutes early, we have allowed you

3    to continue this deposition for three hours and 32

4    minutes.  This now concludes our obligation

5    pursuant to Magistrate Judge Tomlinson's order to

6    sit for three and one half hours for the

7    deposition.  The deposition is now concluded.

8         Mr. Vecchia, step up and walk into my

9    office, please.

10

11

12         (Continued on page 417 to include jurat.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 417

1              LOUIS VECCHIA

2         MS. GOLDBERG:  I only have one comment to

3     say and that it appears that there have been

4     various documents that have not been turned over

5     and I would say that this deposition is left open

6     to the extent that additional documents are

7     recovered and we would have the right to depose

8     him on those documents.

9         MR. ZABELL:  To the extent that counsel is

10    making up things, we disagree with her

11    characterizations and her inability to review

12    documents and prepare them in a timely manner for

13    this deposition rests solely upon the shoulders

14    that hold her head.

15         (Time noted: 5:30 p.m.)

16

17                    _____

18                       LOUIS VECCHIA

19    Subscribed and sworn to before me

20    this _____ day of _____, 2012

21    _____

22         NOTARY PUBLIC

23

24

25

```
 1
 2                        E X H I B I T S
 3
 4     PLAINTIFF'S EXHIBITS:
 5
 6     EXHIBIT      EXHIBIT                          PAGE
       NUMBER       DESCRIPTION
 7       60         Copy of PROPOSED THIRD AMENDED
                    COMPLAINT AND JURY DEMAND
 8                  dated October 24, 2001             298
 9       61         Copy of letter
                    dated June 18, 2008
10                  to Mr. Jose Garrido Veliz
                    from Louis Vecchia                 303
11
         62         Copy of SUFFOLK PAVING CORP.
12                  P A Y M E N T   S C H E D U L E
                    dated 10/06/2004, two pages        310
13
         63         Copy of SUFFOLK ASPHALT
14                  Weekly Time Sheet CARLOS
                    Bates stamped Def. Exh. A 000277
15                  and pay stub Bates stamped
                    Def. Exh. A 000278                 338
16
         64         Copy of SUFFOLK ASPHALT
17                  Weekly Time Sheet CARLOS
                    Bates stamped Def. Exh. A 000275
18                  and pay stub Bates stamped
                    Def. Exh. A 000276                 338
19
         65         Copy of SUFFOLK ASPHALT
20                  Weekly Time Sheet CARLOS
                    Bates stamped Def. Exh. A 000257
21                  and pay stub Bates stamped
                    Def. Exh. A 000258                 338
22
         66         Copy of Suffolk Asphalt Corp.
23                  Weekly Time Sheet VICTOR
                    Bates stamped Def. Exh. A 000679
24                  and pay stub Bates stamped
                    Def. Exh. A 000680                 339
25
```

```
 1

 2                    E X H I B I T S

 3

 4   PLAINTIFF'S EXHIBITS: (CONTINUED)

 5

 6   EXHIBIT      EXHIBIT                         PAGE
     NUMBER       DESCRIPTION
 7     67         Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet VICTOR
 8                Bates stamped Def. Exh. A 000665
                  and pay stub Bates stamped
 9                Def. Exh. A 000666              339

10     68         Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet VICTOR
11                Bates stamped Def. Exh. A 000663
                  and pay stub Bates stamped
12                Def. A. 000664                  339

13     69         Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet MARCOS
14                Bates stamped Def. Exh. A 000584
                  and pay stub Bates stamped
15                Def. Exh. A 000585              339

16     70         Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet MARCOS
17                Bates stamped Def. Exh. A 000578
                  and pay stub Bates stamped
18                Def. Exh. 000579               340

19     71         Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet MARCOS
20                Bates stamped Def. Exh. A 000576
                  and pay stub Bates stamped
21                Def. Exh. A 000577             340

22     72         Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet JUAN
23                Bates stamped Def. A. 000735
                  and pay stub Bates stamped
24                Def. Exh. A 000736             369

25
```

```
 1

 2                        E X H I B I T S

 3

 4    PLAINTIFF'S EXHIBITS: (CONTINUED)

 5

 6    EXHIBIT      EXHIBIT                        PAGE
      NUMBER       DESCRIPTION
 7    73           Copy of SUFFOLK ASPHALT
                   Weekly Time Sheet JUAN
 8                 Bates stamped Def. Exh. A 000739
                   and pay stub Bates stamped
 9                 Def. Exh. A 000740                369

10    74           Copy of SUFFOLK ASPHALT
                   Weekly Time Sheet JUAN
11                 Bates stamped Def. Exh. A 000745
                   and pay stub Bates stamped
12                 Def. Exh. A 000746                369

13    75           Copy of SUFFOLK ASPHALT
                   Weekly Time Sheet EDWIN
14                 Bates stamped Def. Exh. A 000857  369

15    76           Copy of SUFFOLK ASPHALT
                   Weekly Time Sheet EDWIN
16                 Bates stamped Def. Exh. A 000859  369

17    77           Copy of SUFFOLK ASPHALT
                   Weekly Time Sheet EDWIN
18                 Bates stamped Def. Exh. A 000873  370

19    78           Copy of SUFFOLK ASPHALT
                   Weekly Time Sheet EDWIN
20                 Bates stamped Def. Exh. A 000875  370

21    79           Copy of SUFFOLK ASPHALT
                   Weekly Time Sheet EDWIN
22                 Bates stamped Def. Exh. A 000881  370

23    80           Copy of Suffolk Asphalt Corp.
                   Weekly Time Sheet EDWIN
24                 Bates stamped Def. Exh. A 000910
                   and pay stub Bates stamped
25                 Def. Exh. A 000911                370
```

1

2                    E X H I B I T S

3

4    PLAINTIFF'S EXHIBITS: (CONTINUED)

5

| 6 | EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|---|
| 7 | 81 | Copy of SUFFOLK ASPHALT Weekly Time Sheet EDWIN | |
| 8 | | Bates stamped Def. Exh. A 000896 and pay stub Bates stamped | |
| 9 | | Def. Exh. A 000897 | 371 |
| 10 | 82 | Copy of SUFFOLK ASPHALT Weekly Time Sheet EDWIN | |
| 11 | | Bates stamped Def. Exh. A 000894 and pay stub Bates stamped | |
| 12 | | Def. Exh. A 000895 | 371 |
| 13 | 83 | Copy of SUFFOLK ASPHALT Weekly Time Sheet RENATO | |
| 14 | | Bates stamped Def. Exh. A 000796 and pay stub Bates stamped | |
| 15 | | Def. Exh. A 000797 | 371 |
| 16 | 84 | Copy of SUFFOLK PAVING Weekly Time Sheet KEVIN | |
| 17 | | Bates stamped Def. Exh. A 000344 and pay stub Bates stamped | |
| 18 | | Def. Exh. A 000345 | 371 |
| 19 | 85 | Copy of SUFFOLK PAVING Weekly Time Sheet OSMAR | |
| 20 | | Bates stamped Def. Exh. A 001027 and pay stub Bates stamped | |
| 21 | | Def. Exh. A 001028 | 384 |
| 22 | 86 | Copy of Suffolk Paving Corp. Weekly Time Sheet ALLEJANDRO | |
| 23 | | Bates stamped Def. Exh. A 000071 and pay stub Bates stamped | |
| 24 | | Def. Exh. A 000072 | 385 |

25

Page 422

1

2                        E X H I B I T S

3

4    PLAINTIFF'S EXHIBITS: (CONTINUED)

5

6    EXHIBIT      EXHIBIT                        PAGE
     NUMBER       DESCRIPTION
7      87         Copy of SUFFOLK PAVING
                  Weekly Time Sheet ALLEHANDRO
8                 Bates stamped Def. Exh. A 000050
                  and pay stub Bates stamped
9                 Def. Exh. A 000051                386

10     88         Copy of Suffolk Paving Corp.
                  Weekly Time Sheet MARCOS
11                Bates stamped Def. Exh. A 000592
                  and pay stub Bates stamped
12                Def. Exh. A 000593                388

13     89         Copy of Suffolk Paving
                  Weekly Time Sheet MARCOS
14                Bates stamped Def. Exh. A 000580
                  and pay stub Bates stamped
15                Def. Exh. A 000581                389

16     90         Copy of SP Weekly Time Sheet MARCOS
                  Bates stamped Def. Exh. A 000564
17                and pay stub Bates stamped
                  Def. Exh. A 000565                391
18
       91         Copy of SUFFOLK PAVING
19                Weekly Time Sheet KEVIN
                  Bates stamped Def. Exh. A 000362
20                and pay stub Bates stamped
                  Def. Exh. A 000363                392
21
       92         Copy of CROSS ISLAND
22                Weekly Time Sheet ALEX
                  Bates stamped Def. Exh. A 000117   393
23

24

25

```
 1

 2                    E X H I B I T S

 3

 4    PLAINTIFF'S EXHIBITS: (CONTINUED)

 5

 6    EXHIBIT      EXHIBIT                        PAGE
      NUMBER       DESCRIPTION
 7      93         Copy of CROSS ISLAND
                   Weekly Time Sheet ALEX
 8                 Bates stamped Def. Exh. A 000119    394

 9      94         Copy of Suffolk Asphalt Corp.
                   Weekly Time Sheet RENATO
10                 Bates stamped Def. Exh. A 000828
                   and pay stub Bates stamped
11                 Def. Exh. A 000829                  395

12      95         Copy of Suffolk Asphalt Corp.
                   Weekly Time Sheet RENATO
13                 Bates stamped Def. Exh. A 000821
                   and pay stub Bates stamped
14                 Def. Exh. A 000822                  396

15      96         Copy of Suffolk Asphalt Corp.
                   Weekly Time Sheet RENATO
16                 Bates stamped Def. Exh. A 000814
                   and pay stub Bates stamped
17                 Def. Exh. A 000815                  397

18      97         Copy of Suffolk Asphalt Corp.
                   Weekly Time Sheet RENATO
19                 Bates stamped Def. Exh. A 000812
                   and pay stub Bates stamped
20                 Def. Exh. A 000813                  398

21      98         Copy of SUFFOLK ASPHALT
                   Weekly Time Sheet RENATO
22                 Bates stamped Def. Exh. A 000806
                   and pay stub Bates stamped
23                 Def. Exh. A 000807                  398

24

25
```

Page 424

1

2                           E X H I B I T S

3

4    PLAINTIFF'S EXHIBITS: (CONTINUED)

5

6    EXHIBIT      EXHIBIT                           PAGE
     NUMBER       DESCRIPTION
7      99         Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet RENATO
8                 Bates stamped Def. Exh. A 000804
                  and pay stub Bates stamped
9                 Def. Exh. A 000805                400

10     100        Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet RENATO
11                Bates stamped Def. Exh. A 000798
                  and pay stub Bates stamped
12                Def. Exh. 000799                  401

13     101        Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet RENATO
14                Bates stamped Def. Exh. A 000794
                  and pay stub Bates stamped
15                Def. Exh. A 000795                402

16     102        Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet RENATO
17                Bates stamped Def. Exh. A 000788
                  and pay stub Bates stamped
18                Def. Exh. A 000789                402

19     103        Copy of SUFFOLK ASPHALT
                  Weekly Time Sheet RENATO
20                Bates stamped Def. Exh. A 000786
                  and pay stub Bates stamped
21                Def. Exh. A 000787                403

22     104        Copy of Suffolk Asphalt Corp.
                  Weekly Time Sheet WALTER
23                Bates stamped Def. Exh. A 000463  403

24

25

```
1

2                    E X H I B I T S

3

4    PLAINTIFF'S EXHIBITS: (CONTINUED)

5

6    EXHIBIT    EXHIBIT                          PAGE
     NUMBER     DESCRIPTION
7    105        Copy of SUFFOLK ASPHALT
                Weekly Time Sheet WALTER
8               Bates stamped Def. Exh. A 000443
                and pay stub Bates stamped
9               Def. Exh. A 000444                404

10   106        Copy of SUFFOLK ASPHALT
                Weekly Time Sheet WALTER
11              Bates stamped Def. Exh. A 000433
                and pay stub Bates stamped
12              Def. Exh. A 000434                404

13   107        Copy of SUFFOLK ASPHALT
                Weekly Time Sheet WALTER
14              Bates stamped Def. Exh. A 000429   405

15   108        Copy of SUFFOLK ASPHALT
                Weekly Time Sheet WALTER
16              Bates stamped Def. Exh. A 000427
                and pay stub Bates stamped
17              Def. Exh. A 000428                406

18   109        Copy of SUFFOLK ASPHALT
                Weekly Time Sheet WALTER
19              Bates stamped Def. Exh. A 000425
                and pay stub Bates stamped
20              Def. Exh. A 000426                406

21   110        Copy of SUFFOLK ASPHALT
                Weekly Time Sheet WALTER
22              Bates stamped Def. Exh. A 000407
                and pay stub Bates stamped
23              Def. Exh. A 000408                407

24

25
```

Page 426

1

2                        E X H I B I T S

3

4    PLAINTIFF'S EXHIBITS: (CONTINUED)

5

6    EXHIBIT        EXHIBIT                        PAGE
     NUMBER         DESCRIPTION
7    111            Copy of SUFFOLK ASPHALT
                    Weekly Time Sheet JOSE C
8                   Bates stamped Def. Exh. A 000218
                    and pay stub Bates stamped
9                   Def. Exh. A 000219                407

10   112            Copy of SUFFOLK ASPHALT
                    Weekly Time Sheet JOSE C
11                  Bates stamped Def. Exh. A 000208   408

12   113            Copy of SUFFOLK ASPHALT
                    Weekly Time Sheet CARLOS
13                  Bates stamped Def. Exh. A 000287
                    and pay stub Bates stamped
14                  Def. Exh. A 000288                408

15   114            Copy of SUFFOLK ASPHALT
                    Weekly Time Sheet CARLOS
16                  Bates stamped Def. Exh. A 000279
                    and pay stub Bates stamped
17                  Def. Exh. A 000380                409

18

19

20

21

22

23

24

25

1

2                          I N D E X

3

4    EXAMINATION BY                                    PAGE
     MS. GOLDBERG
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK    )
                          :  SS.:
5    COUNTY OF SUFFOLK    )

6

7

8           I, JOANN O'LOUGHLIN, a Notary Public for

9    and within the State of New York, do hereby

10   certify:

11          That the witness whose examination is

12   hereinbefore set forth was previously sworn and

13   that such examination is a true record of the

14   testimony given by that witness.

15          I further certify that I am not related

16   to any of the parties to this action by blood or

17   by marriage and that I am in no way interested in

18   the outcome of this matter.

19          IN WITNESS WHEREOF, I have hereunto set

20   my hand this 9th day of January, 2012.

21                    _JoAnn O'Loughlin_

22                    _____

23                         JOANN O'LOUGHLIN

24

25

**A**

**ability** 367:24
**able** 265:8 268:2
288:6 291:24
352:16 358:13
384:3 389:10
392:14,15
**above-entitled**
262:21
**absolutely** 298:8
335:22 347:5
350:22 365:20
**abused** 323:2
**accepted** 377:5
**account** 363:9,17
363:23 383:20
**accountants** 325:23
**accurate** 273:14
275:2 281:15
283:8 289:12,18
290:23 291:3
325:9,14 326:3
342:11,13,14
343:9,10,20,22
359:20 361:17
388:24 409:23
**accurately** 345:19
**acknowledge**
355:20 376:22
**acknowledged**
355:18 356:4
364:14
**acknowledging**
382:19
**acknowledgment**
356:12
**Act** 320:19
**action** 262:21
428:16
**actual** 288:4
**additional** 323:21
324:10,13 417:6
**address** 363:13
**advise** 268:21
413:14
**advised** 267:5
**advising** 415:24
**aesthetically**
411:15

**afford** 318:20
**agency** 273:18
**aggravated** 334:19
**ago** 271:15 274:14
306:21 329:25
336:8,23 415:20
**agree** 336:17
382:24
**agreeing** 382:21
**agreement** 336:3,7
336:9,10,17,19,24
337:16,20,25
**agreements** 337:3,5
337:9,11,14
**ahead** 331:14,15
348:19 350:24
365:15 383:16
387:10 388:20
389:21 391:9
**ailing** 309:4
**alcohol** 265:4
**Alejandro** 262:4
293:16 295:9,17
386:17,21,24
387:16,22
**Alex** 262:4 293:22
394:2,11,17 395:2
422:22 423:7
**ALLEHANDRO**
386:3 422:7
**ALLEJANDRO**
385:22 421:22
**allow** 281:10
293:10 307:25
309:25
**allowed** 280:12,16
281:3,6 288:19
349:18 381:5
416:2
**allowing** 307:17,21
315:25
**Amaya** 262:4
293:17 295:9,17
**amend** 360:22
**Amended** 298:15
299:2 418:7
**Amir** 262:4 293:22
**amount** 274:12
300:11,22 309:9

309:10,24 314:13
**amounts** 313:13
314:21
**angle** 363:18
**answer** 265:8,17
279:2 280:21,22
281:2 284:14
292:10 301:8,17
323:19 326:6,7
358:22 359:21
361:25 364:18,20
372:19 373:12
379:19 381:4,10
382:18,20,23
410:23 413:14,18
413:19,21 414:18
**answered** 280:24
280:25
**answering** 322:16
322:18
**answers** 281:4
308:17
**anybody** 285:2
**anymore** 307:10
**apologies** 362:13
**apologize** 356:14
367:13 377:3
389:12
**Apology** 377:5
**appear** 384:3
**appears** 353:21
354:8,21,22 357:6
357:6 363:25
366:12,22 368:6
368:11 372:16
373:16 374:20
376:7 377:2,11,14
377:17,20 378:19
378:22,24 379:7
383:10 384:21
385:5 386:23
389:3 391:25
392:7 393:13,16
395:15,20,25
398:3,18 407:22
417:3
**appreciate** 346:19
347:3 351:5
**approximately**

271:10
**April** 378:18
386:17,18 389:2
**area** 342:16,17
344:14 345:24,25
346:3,5,8 347:8
351:20 352:16,17
358:3,4,20 374:7
**Arevalo** 262:4
293:23
**argue** 349:24
**arrive** 265:24
266:14,25 270:18
271:17,25 275:17
277:12 287:6,7
**arrives** 266:6,8
**arriving** 271:9
**arrogant** 328:15
**aside** 308:6 312:13
324:13 342:17
344:15 345:25
346:2 347:8
352:17 411:15
415:12
**asked** 270:8,10
272:21 274:10
280:17,19 292:15
293:14,15 295:14
305:25 311:16
313:6,23 315:3,4
315:10 400:6
**asking** 273:25
281:7 321:9
344:15 348:12
350:12 396:22,24
397:8,11
**asphalt** 262:11
270:14 286:24,25
287:9,10 293:6
337:15,16,20
338:3,14,21 339:4
339:11,18,25
340:8,16 342:5,8
342:19 345:10
352:25 353:4,6,10
356:24 357:2
361:18 365:4,6
366:9 368:20
369:4,12,17,22

370:2,6,11,16,21
371:3,8,13 372:8
372:14 373:9
374:11 377:10,12
377:15,18 378:2
378:17,21 379:9
379:13 380:18
382:7,11 390:20
391:21 395:6,17
395:22 396:9
397:19 398:6,24
399:13 400:20
401:17 402:9,21
403:8 404:2,12,23
405:23 406:9,24
407:14,25 408:13
409:2,14 410:4,16
411:7,19 414:19
418:13,16,19,22
419:7,10,13,16,19
419:22 420:7,10
420:13,15,17,19
420:21,23 421:7
421:10,13 423:9
423:12,15,18,21
424:7,10,13,16,19
424:22 425:7,10
425:13,15,18,21
426:7,10,12,15
**assignment** 282:3,6
**assist** 410:6
**ASSOCIATES**
263:13
**assume** 372:19
**assuming** 355:20
**attack** 328:12
**attention** 402:3
**attitude** 317:19
327:14 328:15,18
328:24 329:9,10
346:16
**attorney** 263:4,9
268:10,10 298:9
413:21 414:5
**attorneys** 263:13
264:12 413:17
**attorney's** 335:19
**August** 383:13
384:23,24

**authorization**
307:16,21,25
309:25 315:25
**Avenue** 263:5,9
413:4
**avoiding** 335:25
**a.m** 272:19 273:12
276:12 278:24
287:17,18,19,24
288:2,10,13,15
289:4,4,6

**B**

**B** 418:2 419:2
420:2 421:2 422:2
423:2 424:2 425:2
426:2
**ba** 336:15,15,15
**back** 271:19,21
277:10 281:3
285:21 295:16
297:10 300:12,21
300:21 301:10
304:11,21,24
305:3,6 309:17,21
310:2,5 312:6,16
312:18 313:5,5
314:8,9,10,11
316:7,7 317:18
318:22 320:10
331:23 335:9
343:23 349:9
361:16,23 365:11
377:4 379:23
413:24
**bad** 317:19 327:14
328:15 360:24
363:10
**badly** 318:21
**barrier** 291:25
**based** 299:25
343:24 359:18,19
**basically** 283:20
320:18 324:4
328:17 331:9,16
**basis** 264:21 345:16
364:3,22 410:17
414:20
**batches** 338:11

**Bates** 278:21 338:3
338:4,14,15,21,22
339:4,5,11,12,18
339:19,25 340:2,8
340:9,16,17,25
369:4,5,12,13,17
369:18,22 370:2,6
370:11,16,21,22
371:3,4,8,9,13,14
371:18,19 384:6,7
385:22,23 386:3,4
388:13,14 389:15
389:16 391:3,4
392:23,24 394:2
394:17 395:6,7
396:9,10 397:19
397:20 398:6,7,24
398:25 400:20,21
401:17,18 402:9
402:10,21,22
403:8,9 404:2,12
404:13,23,24
405:23 406:9,10
406:24,25 407:14
407:15,25 408:2
408:13 409:2,3,14
409:15 418:14,15
418:17,18,20,21
418:23,24 419:8,8
419:11,11,14,14
419:17,17,20,20
419:23,23 420:8,8
420:11,11,14,16
420:18,20,22,24
420:24 421:8,8,11
421:11,14,14,17
421:17,20,20,23
421:23 422:8,8,11
422:11,14,14,16
422:17,19,20,22
423:8,10,10,13,13
423:16,16,19,19
423:22,22 424:8,8
424:11,11,14,14
424:17,17,20,20
424:23 425:8,8,11
425:11,14,16,16
425:19,19,22,22
426:8,8,11,13,13

426:16,16
**bathroom** 350:10
**beginning** 303:3
**begun** 264:7
**belief** 297:17
**believe** 279:22
280:24,25 282:10
285:10,11,12
289:8,22 290:10
290:12,18 291:3
293:9 295:9 297:8
297:11,19 298:3
299:9 300:2,6,9
300:10,14 301:12
301:18 303:2,13
306:6 308:8,22
309:7,15,16,16
310:8 311:20
312:14,17 313:23
314:15 317:3,4,8
319:13 323:23
325:7,12 329:12
330:25,25 331:2,2
332:5,6,8 335:17
337:17,22,23
344:24 345:11
346:13 356:22
362:2,3 364:23
368:22 378:15
383:24 391:15,17
393:6 400:6 405:9
406:6,18 411:2
412:19,21 414:7
415:13,16
**Belle** 323:11,11
**best** 265:11 323:19
328:7 341:15
359:13 367:24
**better** 325:9
**big** 296:4,5,6 312:4
326:23 333:17
**Bill** 286:6
**bills** 334:21
**birthday** 373:21,24
**bit** 312:7 322:17
**blood** 428:16
**blurted** 311:14
**boards** 292:16
**Bohemia** 262:15

263:15
**boss** 318:16,18
327:21
**bother** 349:4,4
**bottom** 306:12
363:12,19 383:21
**bought** 301:24
302:5 314:4
**box** 352:5,7 354:11
357:12 358:5
360:9 365:18
372:18 380:25
385:8 387:2,24
389:9 400:2,16
**boxes** 285:13
359:10 360:6
381:25
**break** 349:2,7,14
349:15,16,19
**breakfast** 271:2
326:23
**breaks** 349:18
350:8
**breezed** 283:6
**bring** 306:25 356:9
415:11
**Brookhaven**
288:18 323:15
**brother's** 329:19
**brought** 307:8
**bucks** 300:16,17
**bunch** 332:21
**business** 325:21
333:22 413:5
414:21
**busy** 317:21 329:18
**button** 331:10,13
**buy** 301:4,11,13,15
302:3

**C**

**C** 263:2 264:2,2
286:2 310:10
407:25 408:13
418:12 426:7,10
428:2,2
**calculate** 343:3
**calculating** 353:2
**call** 268:20 297:18

325:15 330:3,6,23
332:3 333:6
343:16
**called** 280:6 314:11
314:12 330:7,8,10
330:13 331:3,11
332:6,7,8,9
336:16 362:2
**calling** 268:19
**caption** 298:10,20
299:6
**car** 301:7,19,20
303:10 304:11,12
304:14,21 305:7,9
305:11,17,23
309:14,17,20
310:4,6 311:21
313:18,20 314:4,8
314:9
**care** 346:21
**Carlos** 262:6 286:2
297:5,10,17,20
299:13 300:8,12
327:20 330:18,19
330:19,23 338:3
338:14,21 342:5,8
344:20 348:5
351:13,25 354:7,9
409:2,14 418:14
418:17,20 426:12
426:15
**Carolina** 329:19
**cars** 311:21
**case** 262:9 271:13
273:19 299:7
349:21 350:6
**Castillo** 262:6
294:25 300:15
**category** 381:11
**cause** 295:13 307:3
322:9 344:13
**caused** 328:2
**cell** 330:16
**certain** 266:4,5,8
267:15 270:11
273:15 274:19,24
274:24 280:5
281:19 314:12
322:25 359:11

364:12
certainly 278:5
    355:24 386:8
certified 324:6,8,9
    324:14,17
certify 428:10,15
chance 278:8
    303:23,25 341:16
    373:25 375:6
change 267:18
    276:9 325:10
    343:11,14,16
changes 325:12
    343:19
characterizations
    417:11
charge 312:5
chauffeurs 269:5
    270:16,17,18
    291:22
cheaper 300:25
check 297:7,16,21
    318:22 320:6
    325:7,23 334:11
    345:12 351:19,21
    366:19 368:6
    399:11 405:17,18
    408:9
checks 308:18
    318:23 337:23
    401:12 407:11
choose 322:23
Chose 328:5
Chris 329:12
    337:23 343:25
    345:11
Christopher
    262:11 293:8,11
    329:15 330:25
    331:14 332:5,5,7
    332:8
Christopher's
    373:21
circle 351:18
    356:22,23 376:2
    383:10 397:14
circumstances
    271:12 321:15,22
cited 350:6

city 266:20,24
    267:2,22 269:3
civil 268:15
clarify 271:24
    385:15
classification 342:6
clear 268:17 349:22
clearly 382:15
client 268:15,22
    346:13 357:16
    364:13
close 325:3 345:20
    372:20
closer 326:10
clue 344:17
coaching 281:12
cold 272:17
collect 319:4
    322:21
collected 322:12
collecting 307:12
column 358:4,9,15
    358:25 359:16,22
    392:9
columns 356:3
    357:24
come 269:16 303:9
    304:21,24 309:17
    312:10 313:16,19
    318:16,18 319:18
    327:12 329:14,20
    331:5,13,13,20
    335:9
comes 292:2
coming 331:25
    332:2
comment 268:18
    417:2
common 293:14,15
communication
    291:25 292:8
    364:10
companies 390:23
company 292:25
    324:19 327:24
    328:5 332:13
    337:19
company's 411:25
complain 318:3,8,9

319:16 320:5
complained 318:6
    319:5
complaining
    318:25 319:22
    320:2
complains 328:20
complaint 298:15
    299:2 415:14,15
    418:7
complaints 415:11
    415:18
complete 274:5,8
    274:12,23
completely 350:6
    350:14 373:3
computer 284:24
    285:2 380:3
    410:21
computers 284:23
conclude 350:18
concluded 416:7
concludes 416:4
conclusion 264:9
condition 267:14
confused 273:23
    364:4,13,16
confusing 273:24
confusion 364:5,14
connected 332:24
consider 296:4
considered 269:25
consistent 383:11
constantly 312:8
constraint 274:18
    274:21 276:10,19
    276:24 288:16
constraints 272:10
    272:22 273:2,6,6
contain 270:12
content 413:16,19
continue 264:22
    357:17 416:3
Continued 265:19
    264:10 416:12
    419:4 420:4 421:4
    422:4 423:4 424:4
    425:4 426:4
continuing 346:25

contractor 334:3
contracts 274:22
conversation
    335:20 413:16,20
copies 277:19,23,24
    285:5,8 289:18
    291:3,5 391:16
copy 289:25 298:25
    303:15 310:9
    338:2,13,20 339:3
    339:10,17,24
    340:7,15 369:3,11
    369:16,21,25
    370:5,10,15,20
    371:2,7,12,17
    384:5 385:21
    386:2 388:12
    389:14 391:2
    392:22 393:25
    394:16 395:5
    396:8 397:18
    398:5,23 400:19
    401:16 402:8,20
    403:7,25 404:11
    404:22 405:22
    406:8,23 407:13
    407:24 408:12,25
    409:13 418:7,9,11
    418:13,16,19,22
    419:7,10,13,16,19
    419:22 420:7,10
    420:13,15,17,19
    420:21,23 421:7
    421:10,13,16,19
    421:22 422:7,10
    422:13,16,18,21
    423:7,9,12,15,18
    423:21 424:7,10
    424:13,16,19,22
    425:7,10,13,15,18
    425:21 426:7,10
    426:12,15
copy's 363:10
corner 425:24
    352:8 390:3
Corp 262:11,11
    263:14 310:10
    339:4 363:13,14
    363:20,22 370:21

contractor 334:3
383:25 385:22
    387:19 388:13,25
    395:6 396:9
    397:19 398:6
    404:2 418:11,22
    420:23 421:22
    422:10 423:9,12
    423:15,18 424:22
corporate 333:14
Corporation 364:2
    367:3 395:17
correct 267:19,20
    271:10,17 272:3
    272:18 275:8,12
    281:19,23 287:14
    287:15 290:17,21
    305:23 306:4
    314:9 317:7,10
    336:25 337:7,8
    344:22 345:16
    353:3,11 362:7
    390:15 411:5,6,8
    414:21
corrected 367:12
    400:14
corresponding
    354:6,20 357:4
    362:5 368:14
    372:15 374:15
    378:20 379:13
    380:20 382:11
    383:17 385:3
    386:21 387:19
    389:4 392:2
    393:14 395:21
corresponds
    382:13
costs 309:21
counsel 268:23
    277:2 299:4
    303:18 310:12
    338:6,17,24 339:7
    339:14,21 340:4
    340:11,19 346:9
    355:17 369:7,15
    369:20,24 370:4,8
    370:13,18,24
    371:6,11,16,21
    381:4 384:9

385:25 386:6
388:16 389:18
391:6 393:2 394:4
394:19 395:9
396:12 397:22
398:9 399:3
400:23 401:20
402:12,24 403:11
404:4,15 405:22,25
406:12 407:3,17
408:4,15 409:5,17
417:9
**counselor** 268:14
277:20 346:17
348:20 359:3
367:11 373:5
382:13 387:10
388:20 400:3,5,13
**counted** 350:8,11
**COUNTY** 428:5
**couple** 300:18
341:25
**course** 359:13
**court** 262:2 264:21
265:15,18 268:11
278:20 415:21
**courtroom** 414:3
**create** 311:23
**created** 290:13
**crew** 266:8 270:25
271:6,17 272:3
277:12
**Cross** 393:25
394:10,12,13,16
394:25 422:21
423:7
**crossed** 401:13
405:5
**cross-out** 408:19
**current** 415:10
**cut** 383:20
**CV-09-5331** 262:9

**D**

**D** 263:16 286:6
310:10 418:12
427:2
**daily** 279:12,14,25
280:3,6,7,19

281:14,16,17
282:8,18 283:9,12
283:15,18,21,24
284:3,7,10,19,22
285:6 289:18
290:4,8,11,13,19
290:22 291:3
**Danny** 286:5
**dark** 344:13 345:24
345:25 346:3
351:20 356:4
358:20 374:7
383:23
**dated** 299:2 303:16
310:10 418:8,9,12
**daughter** 312:19
**daughter's** 312:17
**Davis-Bacon**
320:19
**day** 273:20,21,22
273:25 274:6,9
275:4,7,25 276:2
276:21,23 277:9
277:10 282:13
283:25 284:4,11
284:18,20 286:8
286:11 287:3
289:15 290:20,21
299:20 318:19
326:18 327:7
330:21 343:18
359:19 360:2,19
360:25 361:10
372:21 373:20
385:10,11,12,17
385:19 389:11
417:20 428:20
**days** 274:23 300:18
335:3,18 358:13
359:19
**December** 262:16
**decide** 326:23
327:2
**Def** 338:4,4,15,15
338:22,22 339:5,6
339:12,12,19,19
340:2,2,9,9,17,17
340:25,25 347:15
347:20,20 353:13

353:14 369:4,5,12
369:13,17,18,22
370:2,6,11,16,22
370:23 371:3,4,8
371:9,14,14,18,19
383:5,6 384:6,7
384:12,12 385:23
385:24 386:4,4,10
386:10 388:14,15
389:15,16 391:3,4
392:23,24 394:2
394:17 395:7,8
396:10,11 397:20
397:21 398:7,8,25
398:25 400:21,21
401:18,18 402:10
402:10,22,22
403:9,9 404:3,13
404:13,24,24
405:24 406:10,10
406:25,25 407:15
407:15 408:2,2,14
409:3,3,15,15
418:14,15,17,18
418:20,21,23,24
419:8,9,11,12,14
419:15,17,18,20
419:21,23,24
420:8,9,11,12,14
420:16,18,20,22
420:24,25 421:8,9
421:11,12,14,15
421:17,18,20,21
421:23,24 422:8,9
422:11,12,14,15
422:16,17,19,20
422:22 423:8,10
423:11,13,14,16
423:17,19,20,22
423:23 424:8,9,11
424:12,14,15,17
424:18,20,21,23
425:8,9,11,12,14
425:16,17,19,20
425:22,23 426:8,9
426:11,13,14,16
426:17
**defendants** 262:13
262:20 263:13

**defining** 291:16
**definite** 316:10
**definitely** 376:12
405:17
**definition** 359:21
**Demand** 298:16
299:2 418:7
**demanding** 350:16
**Department** 325:8
325:15
**departments**
320:20
**depend** 270:7
**Depended** 296:3
**depending** 267:18
273:17,17 287:5
**depends** 266:7,15
269:11 270:6,13
270:22,23 275:3
296:14 322:5
325:13 326:22
**deponent** 298:15
388:6
**depose** 417:7
**deposed** 264:12,15
335:4
**deposition** 264:9,14
265:21 268:12
277:22 297:23
308:14 309:9
346:25 350:8
355:20 416:2,3,7
416:7 417:5,13
**depreciation**
314:12
**DESCRIPTION**
418:6 419:6 420:6
421:6 422:6 423:6
424:6 425:6 426:6
**designs** 411:14
**determine** 275:21
275:23,24
**DF** 332:13,14,17,18
332:24 333:12,15
**differences** 411:11
**different** 273:7,24
287:6 319:15
324:21 334:5
373:3,8 375:9

**defining** 382:22 411:3,13
411:14,14,16,18
**difficulty** 333:5
**directed** 321:10
328:4
**direction** 328:3
**directions** 329:8
346:15,15,17
**disagree** 382:24
417:10
**disappeared**
300:19,19 306:5
309:2,18
**disappointed**
291:14 327:16
383:9
**disbelief** 331:18
**disciplinary** 291:7
291:12,16 292:5
292:13,14,15,19
292:23 293:7,12
328:10
**discipline** 291:13
328:9 329:2
**disconnected**
319:10
**disconnecting**
329:9
**discouraged**
328:21
**discretion** 327:9
**discuss** 311:10,17
311:25 312:3
316:4
**discussed** 280:17
291:9,10 350:7
**discussing** 415:2
**discussion** 292:20
**dispatch** 282:10
292:16
**disrespectful**
328:16,18,24
**distraction** 351:3
**district** 262:2,2
414:5
**disturbed** 288:21
413:8
**document** 279:4,7
279:9 283:11

287:20 292:18
298:22 299:11
303:24 310:20
311:2 341:21
344:10 345:23
346:2 347:13,16
347:22 353:15
354:15 355:14
356:16 360:15
362:9,17 365:10
366:4 367:22
368:16,18 369:10
373:2,4,18 374:5
376:9 378:6,8
379:3 380:11
381:15,17 383:3
384:14,17 385:14
386:12 387:9
388:7,19 389:20
391:8,24 393:4,21
394:6,21 395:11
395:24 396:14,21
397:5,24 398:11
399:5,21 401:5,25
403:2,19 404:6,17
405:7 406:3,14
407:5,19 408:6,17
409:7,19
**documents** 278:11
279:8 285:5,16
291:2 298:9 326:8
340:21 355:16
375:15 414:22
417:4,6,8,12
**doing** 267:18,21
270:13 272:22
275:3 291:14,14
307:13 313:21
314:24 316:17
322:2,6 327:18,20
333:10 381:8
**dollars** 295:15
334:13,15
**Donna** 306:7,9,9
**dough** 336:18
**Drive** 270:11
**rivers** 268:7
269:23 270:2,15
271:5,17,25

278:23 280:3
281:23 282:2
283:15,18,20
284:3,7,10,19
287:12 290:8,20
**driveway** 321:20
321:20
**driving** 280:2,4
283:22 313:16
**Dunton** 282:11
413:4
**D-O-N-N-A** 306:10

―――――
**E**
**E** 263:2,2 264:2
310:10,10,10
418:2,12,12,12
419:2 420:2 421:2
422:2 423:2 424:2
425:2 426:2 427:2
428:2,2
**earlier** 268:3
276:21,23 277:10
313:3
**earliest** 288:20
**early** 288:21 416:2
**easier** 331:8,12
338:11
**EASTERN** 262:2
**Edvin** 294:16
329:17,18 330:3
377:10,13,16,19
378:7,17,23 379:9
379:25 380:23
**EDWIN** 262:5
369:22 370:2,6,11
370:16,21 371:3,8
420:13,15,17,19
420:21,23 421:7
421:10
**effect** 321:25,25
**eight** 308:23 309:2
309:3 319:13
375:24 381:24
382:14 383:25
390:16 396:3
**Eighty-six** 386:9
**either** 283:24 284:3
290:20,25 292:7

296:24 297:3
300:24 390:20
391:20 413:8
**embarrassed**
330:20
**employ** 269:20
**employee** 324:22
325:4,6 360:2
364:25
**employees** 266:14
267:25 269:17
275:7,11,15,16,19
279:13 280:8,10
281:19 283:10,15
285:23 286:10
288:6 291:18,20
295:18,21 318:16
326:13,18,20
411:20 412:2,4
415:5,6,11
**employing** 325:4
**employment**
327:13
**engineer** 269:14
**engineers** 269:6
**English** 292:3
**entire** 266:8 319:23
**entirely** 267:17
**equipment** 342:6
**Escalante** 262:6
297:6 300:8,12
330:18 344:20
348:5 351:25
354:7,9
**especially** 276:8
351:20
**ESQ** 263:6,16
**estimate** 325:25
**events** 267:17
**eventually** 312:12
**everybody** 287:20
**Everything's**
335:13
**exact** 267:23
300:22 414:12,13
414:14
**exactly** 267:10
289:2 308:24
414:18

**examination**
262:19 264:10
427:4 428:11,13
**examined** 264:4
**example** 268:6
269:12 270:9
273:8 274:14,18
285:22 292:20
**excavation** 334:2
**Exh** 338:4,5,15,16
338:22,23 339:5,6
339:12,13,19
340:2,3,9,10,17
340:18,25 341:2
347:15,20,21
353:13,14 369:5
369:13,13,18,18
369:23 370:3,7,12
370:17,22,23
371:4,4,9,9,14,15
371:19,19 383:5,6
384:7,7,12,12
385:23,24 386:4,5
386:10,11 388:14
388:15 389:16,16
391:3,4 392:24,24
394:3,18 395:7,8
396:10,11 397:20
397:21 398:7,8,25
399:2 400:21,22
401:18,19 402:10
402:11,22,23
403:9,10 404:3,13
404:14,24,25
405:24 406:10,11
406:25 407:2,15
407:16 408:2,3,14
409:3,4,15,16
418:14,15,17,18
418:20,21,23,24
419:8,9,11,14,15
419:17,18,20,21
419:24 420:8,9,11
420:12,14,16,18
420:20,22,24,25
421:8,9,11,12,14
421:15,17,18,20
421:21,23,24
422:8,9,11,12,14

422:15,16,17,19
422:20,22 423:8
423:10,11,13,14
423:16,17,19,20
423:22,23 424:8,9
424:11,12,14,15
424:17,18,20,21
424:23 425:8,9,11
425:12,14,16,17
425:19,20,22,23
426:8,9,11,13,14
426:16,17
**exhibit** 278:7,12,13
278:15 281:15
282:17,21,22,23
282:25 283:2,3
285:21,22 288:24
289:17,18 291:2,2
298:17,19,23,25
299:4,5 303:15,18
303:20,25 306:11
310:9,12,14,19
311:23 338:2,6,8
338:12,13,17,20
338:24 339:3,7,10
339:14,17,20,24
340:4,7,11,15,19
340:22,24 341:4
341:10,23 342:2
344:5,20 345:22
347:14,19,25
348:4 351:6,9,23
352:24 353:12,13
353:17 354:3,13
354:17,19 355:13
356:11,13,19
357:23 360:14
361:16,18 362:4,8
362:11,14 363:5
365:3,9,11,12,22
365:23,25 366:2,6
367:21 368:2,8,12
369:2,3,6,8,11,14
369:16,19,21,24
369:25 370:4,5,8
370:9,10,13,14,15
370:18,19,20,24
370:25 371:2,5,7
371:10,12,16,17

371:20,24 372:4
372:25 373:6,17
374:11,14,19
375:4,11,21 376:5
376:11,13,19,24
377:12,15,21
378:5,10,11,16,20
378:25 379:5,8,12
379:23,24 380:9
381:14,21 382:25
383:4,5 384:5,8
384:10,11,23
385:2,20,21,25
386:2,6,14,21
387:7,11,14,18
388:7,12,16,17,21
389:13,14,17
390:25 391:2,5
392:5,21,22,25
393:5,10,24,25
394:4,15,16,19
395:4,5,9,13
396:8,12,18,23
397:12,17,18,22
398:4,5,9,13,17
398:22,23 399:3
399:10 400:18,19
400:23 401:15,16
401:20 402:7,8,12
402:19,20,24
403:7,11,20,25
404:4,7,10,11,15
404:21,22 405:2
405:21,22,25
406:5,7,8,12,22
406:23 407:3,13
407:17,23,24
408:4,11,12,15,24
408:25 409:5,9,12
409:13,17 418:6,6
419:6,6 420:6,6
421:6,6 422:6,6
423:6,6 424:6,6
425:6,6 426:6,6
exhibits 277:18,20
277:23 356:10
375:9 382:9 418:4
419:4 420:4 421:4
422:4 423:4 424:4

425:4 426:4
existing 266:22
267:14
expected 287:19
288:7 350:9
explain 291:22
381:19 385:9
extension 350:3
extent 417:6,9
eyes 379:14 383:24

**F**

F 331:9,16 428:2
face 351:3
fact 359:11 377:9
fail 328:6,7
fair 276:18 283:8
289:17 307:9
314:5 315:16
322:2 327:4,7
342:7,10 348:3,8
348:9,13,14,15
361:17 372:7,9,11
372:12,13 374:10
374:13 380:17,19
382:10 384:22
385:2 386:16,20
387:14 390:11,14
390:19,21,22
409:23 410:3,25
411:6
Fajardo 262:4
319:16,21 327:25
328:9
Fajardo's 327:12
familiar 320:11
far 341:24 346:25
355:25
fashion 274:25
faster 375:13
February 395:18
395:19
feel 277:2,3 297:14
feeling 264:15,23
Fifth 263:5,9
figure 319:10
341:11 352:12
358:12 359:18
file 302:19 317:11

317:17,20,23
323:6
filed 285:17 306:25
317:9,14,15,16
files 334:12
filing 285:18
fill 322:22 323:23
323:24 324:3,17
finally 358:17
find 281:4 317:5
fine 298:24 333:8
349:3
finish 264:14
267:23 272:17
322:18 347:6
finished 322:16
fire 330:18
fired 328:17
first 265:14,24
266:6,17,24
267:15 268:18
270:18 271:4
272:2 278:17
279:2 281:15
285:22 342:2
344:4 345:2
346:11 347:15
348:3 351:6,9
352:4,24 353:17
355:18 356:18,24
357:12 358:4
361:18 362:11
364:12 365:3
366:6 367:19,25
368:8 371:23
372:3 373:6
374:10,18,22
378:10,16 379:8
380:13,17,25
381:21 382:6
383:5,8 384:19,22
385:8 386:13,16
387:2,11,14,24
388:21,24 389:9
390:9,17 391:10
393:7,10,18
395:13 396:5,23
397:16 398:13,17
399:7,9 401:6,8

401:24 403:21
405:4 406:4,15
407:6 408:8 409:8
409:20
five 299:23 300:5
351:4 358:12
375:12
focused 346:24
folder 317:2,3
follow 290:24
following 290:21
329:7
follows 264:4
forget 308:13 414:4
414:4,12 415:19
forgot 415:19
form 264:20 297:7
342:18,21,23
former 415:11
forms 342:22,23
343:3 411:8
forth 428:12
Forty 380:14
Forty-nine 400:5
found 297:22
308:14 361:9
410:9,20
four 299:23 300:5
300:20 350:9,13
375:9,16
frame 302:9 305:25
318:13 374:17
384:2
frames 273:25
FRANCIS 263:8
fraudulently 319:3
free 315:17,21
349:14
Friday 284:19
front 401:23
full 313:19 337:19
fund 337:18
funeral 334:25
funny 322:10
further 385:15
428:15

**G**

G 354:23

Galeano 262:6
294:19
gap 292:8
Garcia 262:4 294:5
329:11
garnish 307:17,21
307:25 309:25
315:25
Garrido 303:16
304:17 418:10
general 287:16
generally 270:18
generate 364:2,21
364:24
generated 290:19
345:9 353:2,9
414:20
George 332:24
333:7,9,18,23
334:23 335:20,22
335:24
George's 333:2
gestures 265:17,18
getting 271:3
288:21 292:4
327:21 349:8
girls 296:24
give 269:12 270:9
273:8 283:14
284:7,10 298:2
303:19 310:5,13
314:11 318:22
325:8,15,25
346:14,15 348:10
348:11 359:20
374:2 397:5
399:20 414:14,17
given 277:22 278:7
279:12,20,23,25
280:3,8,20 281:19
282:2,8,13,14,15
283:10 304:14
428:14
giving 297:17 299:5
go 281:3 287:12,13
290:20 299:20
301:10 307:5,6,10
310:24 315:9
316:7 327:18

331:11,14,15,16
334:3,5 335:11
348:19 349:9
350:9,12,16,24
352:12 359:15
361:16 365:11,15
375:13 383:15
387:10 388:20
389:21 391:9
415:21
**goes** 331:14 358:19
**going** 264:13
266:20,23 267:4
267:13 273:11
275:12,15,21
277:8 285:20
292:9 303:19
308:16 310:13
312:11,12 317:17
317:19,22 320:8
320:10,25 333:5,6
338:7,10,12
348:11 350:10
364:10,20 377:3
397:4 409:11
411:13 413:12,14
**Goldberg** 263:4,6
264:10,11 268:18
277:21 278:2,5
298:14,18,24
306:9 310:19
317:13 321:9
338:19 339:2,9,16
339:23 340:6,13
341:8 346:18,22
347:5 348:18,22
348:25 349:5,17
349:21 350:5,14
350:19,22,25
355:23 356:7
359:6 364:9,15
366:2 370:9,14,19
370:25 375:10
386:9 395:4
396:22 397:6
398:4 402:7,19
404:10,21 406:7
406:22 407:23
413:24 414:10,24

415:4 417:2 427:4
**good** 271:20 297:10
347:2
**goodness** 320:9
331:7 347:17
**governmental**
273:18
**GPS** 319:9 328:23
329:9
**grease** 400:12
402:17 405:6
**group** 332:21
340:14
**guess** 278:24 285:2
285:17 286:18
296:7 300:18
307:4,6 326:22
328:25 336:13
363:21
**guide** 328:11
**guided** 268:22
**guideline** 290:23,24
343:5,6,7,20
**guy** 286:6 304:15
307:15 312:9
314:19 328:19,22
329:8 343:17
360:24 381:12
385:17 387:25
388:3
**guys** 332:22

**H**

**H** 264:2 310:10
418:2,12 419:2
420:2 421:2 422:2
423:2 424:2 425:2
426:2
**half** 264:6 271:2
349:20,23,25
350:4,17,18
357:10,13 400:9
416:6
**hand** 428:20
**Handing** 278:4
298:11 303:21
310:15 338:9,18
338:25 339:8,15
339:22 340:5,12

340:20 369:9
371:22 384:13
386:7 387:8
388:18 389:19
391:7 393:3 394:5
394:20 395:10
396:13 397:23
398:10 399:4
400:24 401:21
402:25 404:5,16
405:3 406:2,13
407:4,18 408:5,16
409:6,18
**handwriting** 344:4
351:16 353:22,25
354:22 356:18,21
361:11 362:19,25
363:2,4 366:13,20
367:25 368:5
373:14 374:18,19
375:22 376:6,8,11
376:13,17,25
377:23 378:13,14
379:6 380:13,15
381:22 383:8
384:19 386:13
387:12 388:22
390:2 391:10
393:7 394:7,22
395:12 396:16,19
396:23 397:2,8,13
397:25 398:12,17
399:9 401:6,10
402:2,3,4,5,14,16
402:18 403:3,4,5
403:12,13,20,22
404:18 405:4,10
405:11,14 406:4
406:15,17 407:6,8
407:10,20 408:7
408:18 409:8,20
410:19
**handwriting's**
372:5
**handwritten** 344:7
404:8
**happen** 280:10
**happened** 303:14
317:21 320:5

360:3
**happens** 271:16
319:19,20,20
344:3
**hard** 289:20 308:19
359:20 378:14
**haunting** 312:8
**head** 303:8 312:25
313:15 314:2
323:7 324:16
327:21 417:14
**heads** 331:18
**hear** 330:21
**heart** 309:5
**Heinlin** 333:3
**held** 262:21
**HELENE** 262:11
263:14
**help** 331:14 335:10
335:14 349:12,13
352:20 380:5
387:4 391:16
393:21 400:3
403:15,18
**hereinbefore**
428:12
**hereunto** 428:19
**hey** 309:19 318:16
318:18 319:19
329:24 336:14
343:17 344:2
385:18
**he'll** 312:10
**hide** 328:23
**hiding** 328:24
**Highway** 262:15
263:15
**hired** 306:20
**hold** 301:14 412:8
417:14
**hole** 312:11
**holiday** 373:19
381:13 387:20
**holidays** 360:20,23
361:7 374:25
375:2 410:23
**honest** 363:3
**honestly** 372:20
379:19

**honey** 312:10
**hope** 302:16 313:24
412:10
**Hopefully** 383:15
**hour** 271:2 318:12
318:17 320:5
400:8,9
**hours** 264:7 265:2
265:5 274:19
277:8,8 299:23
300:5 318:5
319:19 324:4,5
343:4,13,14 345:3
345:5 349:20,23
349:25 350:4,9,13
350:17,18 352:5,5
352:9 353:3
354:10,11 355:7,7
355:8 357:9,9,10
357:11,12 358:6,8
358:12 359:2,9,10
359:12 360:9
365:17,17,18
367:8,19,19
372:17,18 374:22
374:22 380:2,2,6
380:23,24,25
385:7,7,8 386:24
386:25 387:2,23
387:23,24 389:8,8
389:9 390:16,17
392:10,13 393:18
393:18 396:3,4
399:16,16,22,25
400:4,12,14,15,16
410:10,20 411:2
416:3,6
**house** 314:16
329:19
**human** 350:9
**hundred** 295:15
297:9 300:16,17
**hundreds** 334:13
334:15

**I**

**IAN** 263:8
**idea** 271:21 285:4
285:19 288:14

290:3 308:5 326:9
326:11 334:11
344:18 363:3
388:11 393:20
**identification**
299:3 303:17
310:12 338:5,16
338:23 339:7,13
339:20 340:3,10
340:18 369:6,14
369:19,23 370:3,7
370:12,17,24
371:5,10,15,20
384:8 385:25
386:5 388:16
389:17 391:5
392:25 394:3,18
395:9 396:12
397:22 398:9
399:2 400:22
401:19 402:11,23
403:10 404:4,14
404:25 405:24
406:11 407:2,16
408:3,14 409:4,16
**identified** 388:7
**ignorant** 307:5
**illegal** 413:6
**illegibility** 341:4
355:17
**illegible** 342:13,14
342:15 346:5
363:21
**imagine** 337:24
390:24
**immediate** 264:8
**important** 277:12
277:15
**inability** 417:11
**inaccurate** 290:23
343:8
**inadequate** 391:16
**incident** 313:9
**include** 416:12
**inconsistencies**
410:10
**incorrectly** 410:21
**indicate** 302:13
**indicated** 357:12

**indicating** 306:13
342:16 364:7
388:4
**individual** 332:23
359:10
**individuals** 268:24
286:7 290:15,16
415:17
**Industries** 394:11
**inform** 290:19
**information** 324:3
325:16 358:25
359:15,22 360:8
**inillegible** 367:11
**inked** 348:21
**input** 333:17
345:13
**inspector** 269:15
**inspectors** 325:18
**instructed** 268:11
**interested** 428:17
**introduce** 298:22
**Island** 287:4
322:25 394:2,11
394:12,13,17,25
422:21 423:7
**issue** 356:10

**J**

**January** 428:20
**jar** 312:19
**Jarbin** 366:20
**Javier** 262:5
294:13
**Jesus** 362:12
381:16
**JoAnn** 262:22
271:18 428:8,22
**job** 265:24,24
266:3,6,14,15,16
266:18,19,24
267:18,21 268:3,6
268:8,25 269:2,8
269:8 270:4,19
271:3 272:11,23

272:24,25 273:10
273:10,15,17,20
274:5,9,12,15
275:3,11,15,17,20
276:12,15,20
277:13 278:25
283:25,25 284:4,4
284:6,6 287:5,13
287:17,19 288:10
288:12,17 289:4,5
299:19 300:2,3,4
300:21 313:24
321:17 325:5
327:15,17 328:12
328:17 331:8
336:9,10,13,14,15
336:16,20,24
337:3,11,13
349:14 358:16,17
360:3,6,10,12
361:6 382:23
392:17
**jobs** 266:8 269:24
272:9 273:15,20
274:23,24 275:9
276:4 315:21
323:22 324:11
325:17,19,22
334:7 392:15
**JOHN** 262:12
**Jose** 262:5,6 286:2
294:7,24 299:15
300:14 303:16
304:17 407:25
408:13 418:10
426:7,10
**Juan** 262:6 286:2
295:3 369:4,12,17
372:10,14,17
373:10,13 374:12
374:15 419:22
420:7,10
**judge** 268:19,20
350:7 414:4,6,8
414:11 416:5
**July** 325:12,13
342:9,9 344:21,21
352:2,2 366:10,11
367:4,4 368:9,10

372:11 387:16,16
389:23,23 390:12
390:13,14,15
393:12
**jump** 315:5,11
**June** 264:12 303:16
304:25 363:6,7
365:4,5 372:10
373:11,11 393:11
395:2 412:11
418:9
**Junior** 286:6
**jurat** 416:12
**Jury** 298:16 299:2
418:7

**K**

**keep** 268:15 295:23
296:2,8 300:7
312:24 318:15
359:13 411:19,22
412:3
**keeping** 312:5
316:19 412:9
**Kenny** 286:5,14,16
286:17,18
**kept** 295:13 317:4
**Kevin** 262:6 286:3
294:18 371:18
383:13,15 392:23
393:11 421:16
422:19
**kind** 328:11 363:17
383:20
**kindness** 307:5
**know** 274:25
275:17 276:18
277:2,7,9,21
278:3,9 279:15,20
280:22 284:8,24
284:25 285:3,3
286:12 287:2,3,22
288:11 289:10,14
291:5 292:7
295:14 299:15
302:20 303:7,23
304:13,16,17,19
305:8,8,9,11,15
305:17,21 306:7

306:20 309:18
310:3,17 311:8,20
311:24 312:22
313:22,23,25
314:12,18,24
315:3,15,23 316:3
316:11,14 321:5,6
321:7 323:7,9
325:24 326:7
327:19,21 328:19
331:3,15 332:13
332:17,18,20,21
332:23 333:2,9,13
333:13,14 337:12
340:23 341:17
342:2 343:17,21
344:11,12 346:19
346:22 347:10
350:5,19 351:19
351:20 352:13
355:9 357:18
358:22 362:21,23
363:2 364:15
366:18,23 367:7
367:18,20 368:4
368:24 372:17,21
372:23,24 374:21
374:24,24 375:6
375:24 376:10,17
376:19 377:9
380:4,23 381:3,16
382:12,12 384:15
385:19 386:24
387:3 388:2,9,10
390:16 392:19
396:3 397:2,10
398:16 399:24
400:15 401:13
403:16 405:11,18
406:16,19 408:22
411:12,14,21
**knowledge** 315:22
326:16 336:6
355:5
**known** 292:2
333:18
**know-it-all** 328:24

**L**

**L** 262:5 264:2
310:10 418:12
**Labor** 325:8,15
**laborers** 269:6
291:25 331:17
360:20,23 361:7
375:2
**lack** 329:25
**language** 412:15,17
412:18,24 413:3,7
413:10
**large** 299:16
**late** 372:20
**Lauren** 263:4,6
264:11
**law** 263:4,8 322:24
349:21 350:6
**lawsuit** 306:25,25
307:8 317:9,10,14
317:15,20,25
330:20 415:12
**lawyer** 313:23
**layouts** 411:14
**eave** 268:2 346:4
**left** 289:3 390:2
417:5
**left-hand** 285:24
**legibility** 355:21
356:6,7
**legible** 352:16
**lend** 297:20
**lending** 308:17
**lent** 308:13 309:4
**Lerly** 262:6 294:21
331:20,23 332:6,8
**letter** 303:15
378:12 418:9
**let's** 267:22 269:3
276:24 277:8
291:21 296:18
346:24 349:24,24
350:21 365:22
**liked** 292:4 332:9
**likes** 381:6
**line** 320:4 334:4
**linesman** 266:4
**inesmen** 268:7
**lip** 348:24
**list** 268:7,24 285:23

287:18 298:6,7
299:7
**listed** 285:23
286:10 287:20
367:19 410:20
**listen** 328:3,11,19
329:6
**little** 306:5 312:7
322:17 328:21
344:23 364:4
373:8 383:9,23
384:20 401:12
402:15
**live** 323:9
**loan** 296:3,4,6,6,16
296:19,20,21,22
300:17 301:3,5,13
301:14 302:25
304:14 307:2,18
307:22 308:2,6,20
312:21 314:14
315:17,18,21
316:4,12,18
**loaned** 293:16,22
293:25 294:4,7,10
294:13,16,18,21
294:24 295:3,6,20
297:5,8,21 300:9
305:22 308:8
309:23 312:15
313:10,14
**loans** 295:23 296:8
311:10,25 312:3
**Local** 336:4,7,20
337:3,6,10,16,21
**long** 287:4 322:25
333:18,20 356:11
381:18 391:23
397:6
**longer** 276:20
**look** 268:10,16,16
268:22 278:9
282:17,21,23
285:20,21 288:23
298:10,19 303:22
303:25 310:16,17
323:6 326:7
331:10 340:22
341:18 344:19

345:18,22 347:19
351:6 353:12
354:13 355:13
356:13 357:23
362:8,21,23,25
363:3,12 365:9
366:20 367:2
368:12 369:8
372:6,25 373:17
375:6,8,10,14,19
375:21 376:5
377:8,21 380:9
381:5,14 382:8,25
383:4 384:10
385:20 387:7
388:17 389:13
390:25 392:21
393:24 394:15
396:7,22 397:7,12
397:16 400:4,7
401:8,15,23,24
403:6 404:9 405:8
405:9,20,21
408:11,24 411:13
414:15,17
**looked** 283:5 304:3
380:12 381:7
382:9 388:21
**looking** 278:12
279:5 281:14
283:3 288:14
299:6 320:10
347:17,18 357:25
358:2 359:20
363:8 364:11
376:24 378:10
381:3 384:2
387:11 404:7
**looks** 304:9 311:5
344:7 351:11,24
354:2 357:9 366:8
366:17 367:9,10
367:13 368:3
372:5 373:3
378:12 379:15
381:23 382:2,2,5
384:20 386:15
390:8,10 391:12
394:9 397:15

400:4 402:6,15
403:5 405:16
409:10,22
**lose** 314:13 349:8
**lot** 274:10 279:8
299:16 305:10
308:16 310:7
314:7 320:7
322:13 368:24
**lots** 285:13
**Lou** 267:4 403:14
**Louis** 262:11,20
263:14 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1,12 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
298:1 299:1 300:1
301:1 302:1 303:1
303:17 304:1,7
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 361:1
362:1 363:1 364:1
365:1 366:1 367:1
368:1 369:1 370:1

371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1 397:1
398:1 399:1 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:1 415:1
416:1 417:1,17
418:10
**love** 331:22
**lunch** 326:13,18,24
327:3,6,6,8,9
334:24
**lying** 319:11

---

**M**

**M** 310:10 418:12
**machine** 331:9
**Magistrate** 416:5
**making** 415:17
417:10
**managers/operat...**
333:15
**manner** 417:12
**March** 378:17,19
**Marcos** 262:7
286:2 295:6
339:25 340:8,16
363:6,23 365:4,7
365:16 366:10
367:4,6 368:9,13
368:21,23,24
388:13,25 389:7
389:15,23 390:12
391:3,21 392:3,6
419:13,16,19
422:10,13,16
**Marcoses** 368:24
**marina** 358:20
**mark** 316:24
366:19 368:6

408:9
**marked** 277:17
298:17 299:3
303:17,19 310:11
310:13 338:5,7,16
338:23 339:6,13
339:20 340:3,10
340:18 369:6,14
369:19,23 370:3,7
370:12,17,23
371:5,10,15,20
384:8 385:18,24
386:5 388:15
389:17 391:5
392:25 394:3,18
395:8 396:11
397:21 398:8
399:2 400:22
401:19 402:11,23
403:10 404:3,14
404:25 405:24
406:11 407:2,16
408:3,14 409:4,16
**marking** 298:18
364:16
**markings** 316:23
316:25 317:4
**marks** 351:19,21
399:11 405:17,18
**marriage** 428:17
**Martinez** 262:5
294:8
**material** 287:8
**materials** 287:10
287:13,14
**math** 367:13 400:3
**matter** 264:13
317:18,20,23
428:18
**Maynor** 262:4
297:21 299:12,13
300:9 301:3,11
302:8 303:10
304:11,13,14,15
305:12,19,22
306:3,25 307:16
307:20,24 309:23
310:5 311:11
312:2,6,15 313:14

313:18,22 319:16
319:21 327:12,25
328:9
**Maynor's** 304:12
**Maynor/Renato**
297:18
**mean** 274:20 279:5
279:6 280:25
286:17 290:6
291:11 297:22
318:11,11 320:8
327:8,15 334:18
336:11 343:6
357:22 359:3
361:5 385:15
391:13 392:19
**meaning** 271:16
412:8
**meant** 391:13,14
**medication** 264:25
**Memorial** 373:20
**memory** 312:19
343:24,25 352:15
355:11 357:20
380:6 385:15
387:5 393:22
**men** 324:4 336:17
**Mendez** 262:5
298:5 316:15
318:3,25 327:23
328:6,14 329:2,6
335:4,9,20
**mental** 385:12
**mentioned** 312:14
313:11
**middle** 289:3 304:6
351:16 361:12
362:19 366:13
373:15 376:20
377:23 379:5
394:7,22 395:13
397:13,25 398:12
402:16 404:18
407:20 408:7,18
**miles** 305:11,17
**mind** 328:13 374:3
**mine** 304:9 344:8
362:21,23 372:6
382:3,5 383:10

399:11 401:11
402:6,15 404:9
405:9,17,20 407:9
407:11 408:21
**minute** 274:14
285:21 335:8
346:9,10 365:12
377:4
**minutes** 336:23
341:25 351:4
358:12 374:2
416:2,4
**mismarked** 392:16
**misprint** 288:22
289:9
**missed** 320:5
**missing** 356:22
**mistake** 307:7
385:10 396:6
401:14 411:4,5,6
**mistakes** 361:8,15
410:22
**mixture** 345:13
**model** 301:19,20
**moment** 271:15
288:7 303:22
310:16 378:4
**Monday** 284:18
373:20
**money** 293:16,22
293:25 294:4,7,10
294:13,16,18,21
294:24 295:3,6,10
295:21 297:5,12
297:15,19,20
298:3,4 299:9,21
300:9,10,14 301:3
301:5,13 305:22
307:12,13 308:8
308:13,17 309:4
309:19 310:5
312:15 313:14
314:14,20 317:20
322:11,21,22
333:4 334:8,10
335:25
**monies** 297:22
**months** 309:18
**morning** 272:19

276:8,13,16 282:7
282:16 283:25
284:16
**mother** 308:11
**mother's** 309:5
334:25
**mouth** 268:15
**Moving** 360:14
**multiple** 277:23
**municipalities**
322:3,7
**municipality** 322:5

**N**

**N** 263:2 310:10
418:12 427:2
**name** 264:11 280:5
297:20 304:12
306:8 332:23
333:2,6 358:16,17
360:6,12 366:19
**named** 332:13
**names** 268:5,24
285:24 286:3,5
298:2,19
**napkin** 297:2
**Navigator** 301:21
301:25 302:3,11
302:14,18
**neat** 408:10
**neater** 384:20
402:15
**need** 276:7,20
277:9 281:2
287:11 288:3
321:23 322:7
323:22 325:5
379:23
**needed** 290:20
291:23 308:12
318:21 334:6
396:20
**neighbor** 269:15
**neighbors** 288:21
**Nelson** 262:4
293:25 299:12,17
299:21 319:25
331:5,11 355:6
357:8 361:19

362:2
**never** 280:17
295:13 318:6,15
**new** 262:2,15,23
263:5,5,10,10,15
284:6,6 306:12
428:4,9
**nice** 277:14 307:14
312:9 314:19
381:8
**night** 280:9 282:2,5
282:14,15 284:4
284:16
**nine** 273:12 274:16
276:3,22 277:8
319:13 400:9
**Noe** 262:6 286:3
294:21 332:9,9,10
**nonunion** 325:4,6
**non-caring** 328:18
**North** 282:11
329:19 413:4
**nose** 348:22,23
**notary** 262:23
264:3 306:11
417:21 428:8
**notations** 405:15
**note** 264:5,19
265:18 287:16,17
287:23,24 364:9
374:6 385:12,18
410:9,19
**noted** 278:20 341:8
346:7 347:9
354:11 355:7,24
374:8 380:2
400:16 417:15
**notes** 316:21
**noticed** 278:23
347:5
**noticing** 347:4
411:12
**notification** 292:21
**noting** 326:17
327:5 364:11
**number** 330:15
340:25 343:13,14
343:21 345:2
354:11 357:11

359:9,11 360:6,9 365:17 372:18 376:2,19 380:24 396:4 410:10,20 411:2,3 418:6 419:6 420:6 421:6 422:6 423:6 424:6 425:6 426:6
**numbers** 278:21 381:24
**numerous** 297:21
**nuts** 314:18

## O

**O** 264:2
**object** 413:13
**objections** 264:20
**obligation** 416:4
**obnoxious** 331:8
**obtain** 287:13
**obvious** 374:25
**obviously** 328:13
**occasion** 283:14,17 334:25
**Occasionally** 276:6
**occasions** 274:11 276:4 277:4 319:7 319:8,15,18
**October** 299:3 418:8
**office** 296:18,23 306:16,18 311:15 315:5,7 323:24 335:19 416:9
**offices** 263:4,8 286:21
**oh** 274:22 278:22 289:10 291:5 297:13 300:3 306:15 308:9,18 311:20 315:22 320:9 323:5 329:3 331:7 347:3,17 368:22 387:20 412:14 415:3
**okay** 264:23 272:8 273:5 278:22 283:4 288:25 310:21,23 311:3

313:8 323:10 341:8,20,22 347:23 351:8 353:16 354:13,16 356:15,17 359:8 361:25 362:10,16 362:18 365:24 366:3,5 372:22 374:4,9 377:22 378:7 379:2,4,21 383:7 392:18 395:25 398:21 399:8 400:14 401:3,9 402:2 415:24
**old** 312:19 373:22
**once** 266:9 297:7 353:10,11 415:13
**ones** 273:5 279:25 280:2 291:19 299:16,17 355:24 382:8
**open** 349:15,18 417:5
**operator** 269:5 342:6
**operators** 291:24
**opportunity** 310:17 347:24 397:5
**opposed** 354:10 380:24 387:23 389:8 390:17 392:13 396:4 399:25 400:15
**oral** 292:19
**order** 262:22 264:21 416:5
**organization** 332:12
**organized** 302:16
**original** 289:24 290:2
**originals** 289:25
**Osmar** 262:5 294:10 384:6,15 384:16,23 385:6 385:19 421:19
**OT** 376:7 379:6 382:4 402:17

405:6 407:7
**outbound** 273:11
**outcome** 428:18
**overpaid** 320:9 374:25
**overpaying** 343:17
**overtime** 318:4,10 319:2,4,6,17,22 320:2 328:21,22 358:10 359:18,23 360:3,5
**owe** 297:12,14 298:3,3 299:9 307:13 334:10
**owed** 385:10,11,12 385:17,19
**owes** 295:9 299:22 300:6,10,15 314:7 333:4 334:8 335:25 360:19
**owner** 332:17,18
**owners** 333:12
**O'Loughlin** 262:23 428:8,22

## P

**P** 263:2,2 278:18 310:10 418:12
**page** 278:17 281:15 282:17 283:5,9 285:22 288:23 289:3,8 304:7 342:2 344:4,19 345:2 347:14,15 348:3 351:6,9,17 351:22 352:4,24 353:6,17,23 354:3 354:19 356:18,24 357:4,12 361:18 362:4,11,20 363:5 363:15,15,16 364:12 365:3 366:6,14 367:2,3 367:19,25 368:8 368:12 371:23 372:3,7,13 373:6 373:15 374:10,14 374:18 375:23 376:22 378:10,16

378:20 379:8,12 380:13,17,20,25 381:21 382:6,10 383:5,6,8,17 384:19,22 385:2,8 386:13,16,20 387:2,11,14,18,24 388:21,24 389:4,9 390:9,11,17 391:10 392:2,5 393:7,10,14,18 394:8,23 395:13 395:13,21 396:5 396:23 397:14,16 398:2,13,13,17 399:7,9 400:8 401:6,8,24 402:17 403:21 404:8,19 405:4 406:4,15 407:6,21 408:8,19 409:8,20 416:12 418:6 419:6 420:6 421:6 422:6 423:6 424:6 425:6 426:6 427:4
**pages** 278:16 282:22,23 283:3 310:11 340:24 375:5 378:11 383:5 384:11 386:9 418:12
**Pagoada** 262:5 294:11
**paid** 299:19 302:10 302:14,18 310:5 312:6 314:21 318:5 324:5 344:20 345:4,17 352:10,15 354:10 355:6,11 357:9,13 360:20,24 361:10 361:10 364:25 365:16 367:7,9,10 367:18 372:17 374:21 379:25 380:6,23 385:6,17 386:24 387:22,25 388:9 389:7 390:16 392:12

393:17 396:3 399:15,23,25 400:4,15 409:25 410:5,17,22
**painting** 329:19
**paper** 297:3 343:15 343:16
**papers** 320:8 330:21
**paperwork** 323:21 324:13
**part** 266:20,23 307:7 342:12 344:6 346:6 358:8 371:25 414:20
**participate** 269:23
**particular** 289:5 320:22 360:2,3
**parties** 428:16
**Pause** 293:4 299:14 301:6 303:12 317:12,24 321:13 332:15,19 335:6 352:22
**pave** 266:20 288:19 321:20 322:23 334:2,3,5,7,9
**pavement** 272:16
**paver** 266:4
**pavers** 275:3
**paving** 262:11 263:14 265:23 266:3,17,19 267:21 269:24 272:9,11,15,22,24 272:25 274:5,8,15 275:25 278:25 279:13 282:11,19 284:13,23 285:8 286:8,11,21 287:17,23 288:2,4 288:7 289:4,19 290:14,15,16 291:8 293:2,3,13 296:19,23 302:22 303:4 310:10 324:20,23 326:12 336:3,5,6,14,19 337:2,6,9,13

348:4 363:6,13,14
363:20,22 364:2
364:21 365:2,8
367:3 368:14,17
368:19 371:18
383:12,18,22,25
384:6 385:4,22
386:3,17,22
387:15,19 388:13
388:25 389:15,22
390:12,20 391:21
392:23 393:11,15
409:24 411:7,22
412:3,6 414:19
418:11 421:16,19
421:22 422:7,10
422:13,18
**Paving's** 392:5
**pay** 300:12 307:4
310:2 312:15
315:18 320:23
321:3,18,19,23
322:3,7,13,24
323:4,12,15,20
325:5 334:20
336:17 337:17
338:4,15,22 339:5
339:12,19 340:2,9
340:17 343:4
351:24,25 353:3,6
353:9 354:6,20
357:4 358:23
362:5 363:6,19,23
364:21,24 365:8
367:3,5 368:21,22
369:5,13,18
370:22 371:4,9,14
371:19 372:14
374:15 378:21
379:13 381:12
382:11,14 384:7
385:23 386:4,21
387:19 388:14
389:4,16 390:12
391:4 392:6,24
393:14 395:7,21
396:10 397:20
398:7,25 400:7,21
401:18 402:2,10

402:22 403:9
404:13,24 406:10
406:25 407:15
408:2 409:3,15
418:15,18,21,24
419:8,11,14,17,20
419:23 420:8,11
420:24 421:8,11
421:14,17,20,23
422:8,11,14,17,20
423:10,13,16,19
423:22 424:8,11
424:14,17,20
425:8,11,16,19,22
426:8,13,16
**paycheck** 297:4
**payment** 311:5
316:24 342:23
**payments** 302:24
303:5 310:8
314:22 315:8,13
316:17,22
**payroll** 324:6,9,14
324:17 363:9,17
364:3 368:13,19
380:20 383:18,19
385:3 392:2
**pays** 322:21
**pending** 271:23
361:24 414:2
**pension** 337:17
**people** 269:10
273:11 307:13
312:3 322:10,11
324:21 345:14
411:24
**percent** 326:5,10
326:10
**percentage** 325:21
**Perez** 262:7 295:7
363:6,24 365:7
366:10 367:4,6
368:9,13,21,23
**perfect** 345:19,20
**performing** 288:17
**period** 276:20
363:24 367:5
374:12,15 378:21
380:21 385:4

389:5 392:3,6
**permit** 273:9
**person** 315:14
350:9
**personally** 302:15
304:10 330:3,5,23
332:3
**phone** 330:11,12,14
330:16,17
**phones** 330:14
**piece** 297:3 343:15
**place** 262:22
285:14 413:4
**places** 288:20
**plaintiff** 298:6,7
**plaintiffs** 262:8
263:4,9 264:13
297:12,14 298:2,3
299:7,8 307:15
312:9 326:19,21
342:24 343:4
353:3 381:7
409:25 410:5,16
411:2 415:8,9,12
**Plaintiff's** 281:15
298:25 303:15
306:11 310:9
338:2,13,20 339:3
339:10,17,24
340:7,15 341:4
369:3,11,16,21,25
370:5,10,15,20
371:2,7,12,17
384:5 385:21
386:2 388:12
389:14 391:2
392:22 393:25
394:16 395:5
396:8 397:18
398:5,23 400:19
401:16 402:8,20
403:7,25 404:11
404:22 405:22
406:8,23 407:13
407:24 408:12,25
409:13 418:4
419:4 420:4 421:4
422:4 423:4 424:4
425:4 426:4

**plant** 286:14,16,17
286:18,20,23,24
286:25 287:3,12
**plants** 287:4,6,8,9
**plea** 412:11,12
**please** 265:11 266:2
268:7,24 278:7
280:21 283:16
284:2 303:22
318:21 321:2,10
336:21 347:13,19
350:25 351:6
357:15 360:18
365:22 372:25
373:17 374:2
376:5 377:21
378:25 380:9
381:10 385:20
387:7 397:12
399:19 401:4
416:9
**PLLC** 263:4,8
**plus** 400:11
**point** 292:5 309:24
329:23 341:3
355:15 363:8
385:13
**pointing** 388:6
**policies** 292:12
293:7
**policy** 292:23
**poor** 308:11 367:13
**pop** 344:3
**pose** 356:6,7
**position** 268:21
350:14
**positive** 361:3,5,5,7
**possession** 304:22
304:25 305:4
**possible** 320:3
337:13 345:19
390:4
**possibly** 270:12
405:16
**poster** 292:16
**pothole** 322:23
**PR** 387:12 391:11
391:13,14,17,18
393:8

**Pracelis** 262:5
298:5 299:12
314:14 315:8,13
315:16,20,24
316:13 317:6,9,14
318:3,25 328:14
329:2 335:3,20
**prefer** 322:12
**preparation** 288:3
**prepare** 417:12
**present** 263:11
325:18 335:3
**preserved** 268:13
**press** 331:10,12
**pretty** 291:13,22
292:16 293:9
297:10 325:3
326:22 327:11,23
328:16 333:17
413:8
**Prev** 358:5,7,10
359:2,23
**prevailing** 315:20
320:11,13,17,18
320:23 321:3,4,18
321:19,23,24
322:3,7,24 323:4
323:12,15,20,23
323:24 324:2,10
324:25 325:5,6,10
325:17,22 359:10
359:11 360:5,10
391:13,18 392:10
392:16,16 415:15
**previously** 264:3
428:12
**price** 302:18
**printed** 410:11
411:3
**printing** 411:4
**prior** 276:5,8
280:22 288:3
306:2 360:17
**private** 321:20
**probably** 289:14
298:17 299:23
309:3 311:18,22
315:11 316:14
325:7 330:19

352:23 368:25
392:14 414:15
**problem** 312:4
329:7 332:10
355:17,21
**problems** 332:11
356:6,8
**procedures** 291:7
291:15,16 292:13
292:23 293:7,12
**proceed** 264:9
265:20
**professional**
346:16
**project** 275:22
277:7
**promises** 307:3
**promptly** 347:6
**pronouncing** 333:6
**Proposed** 298:15
298:25 418:7
**provide** 298:22
**provided** 278:3,3,6
298:14
**public** 262:23
264:3 306:12
417:21 428:8
**pulled** 327:17
**purport** 291:4
**purpose** 299:6
**purposes** 353:2
355:19
**pursuant** 262:22
416:5
**push** 277:10
**put** 267:4 283:2
314:15 322:9
345:13 346:23
351:18 358:25
359:9,22 381:11
385:11 410:25
**P.C** 263:13
**p.m** 262:17 272:20
273:12 277:5
417:15

**Q**
**quantity** 367:14
400:8

**question** 265:12
266:2 267:3,6,9
267:11,11 269:21
271:14,21,23
273:23,25 274:2
274:13 275:5
279:3 280:13,21
280:24 281:7,13
281:25 283:16
284:9,14 292:9,10
297:25 301:8
306:2 307:23
316:6,8 321:2,9
322:19 326:7,25
336:21 350:24
359:7 361:23,24
364:18,19 367:17
372:2 381:4,10,20
396:18 397:11
399:24 410:12,14
413:15,18,19,22
413:25 414:2
**questions** 265:8,11
265:17 267:8
276:25 280:17
284:15 301:16,17
321:11 323:18,19
348:12 364:17
382:24
**quickly** 349:10
**Quintanilla** 262:4
262:5 294:2,14
299:12,17,22
319:25 331:5
357:9 361:19
**Quinteros** 262:7
295:4 373:10
374:16
**quite** 323:5

**R**
**R** 263:2 354:23
376:7 378:12
428:2
**raised** 346:20,23
**ran** 328:5
**rare** 289:15
**rate** 315:21 320:21
321:25 322:13,24

323:2,24,25 325:5
325:10,17,22
358:5,7,10,23
359:2,10,12,23
360:5,10 391:14
391:18 392:10
400:8
**rates** 320:24 321:4
321:4,18,20,23
322:4 323:4,13,15
323:21 324:11,25
325:2
**Raymond** 286:6
**read** 271:18,21,23
292:17 316:7,9
341:5 342:12,16
342:17 346:5,8
352:17 358:13
361:23,24 367:10
367:15,16 374:6
376:18 383:19
384:3 389:10
390:5 392:14
413:24 414:2
**reading** 344:24
378:14
**ready** 265:20
329:24,24,25
373:5
**realize** 413:6
**realized** 307:9
**really** 271:7,8
287:2,21 289:14
289:15 300:9
305:5 307:6
308:16,24 313:12
314:2 327:14
328:5,10 346:18
351:5 363:10
379:16 392:17
**reason** 265:7,9
283:19 288:12
**reasonable** 275:10
**recall** 271:19 279:6
289:5,14,15
293:19 302:7,10
303:6 305:3,5,21
305:24 308:3,5,24
309:9 311:9 313:7

313:9,11,12,13
315:4,19 316:20
316:21 317:4
318:24 319:21,25
320:3,4 335:15,17
335:18,19 345:7,8
412:21
**recalling** 308:19,20
**receive** 283:24
284:3,19
**received** 281:23
283:21
**receiving** 318:4,10
319:2,6,17,22
320:2
**recognize** 278:12
278:17 279:4,6
304:4 311:4
341:23,24 342:18
351:9 353:17,20
354:3,17 366:6
373:6
**record** 264:6,19
278:15 281:11
296:20 298:13
305:14 314:22
316:9 321:8
335:12,14 340:24
347:14,20 349:15
349:17 350:11
353:13 357:15
364:9 374:6
378:11 384:11
386:10 388:5
428:13
**recorded** 315:8
**recording** 303:5
315:13 316:17
**records** 301:10
302:13,17 324:9
324:10,14,18
330:11,17 380:3
**recoup** 309:20,21
**recovered** 417:7
**redo** 318:22
**redone** 320:7
**referred** 270:16
**referring** 269:17
286:21,23 295:17

313:9,11,12,13
324:6 356:3
414:23,24
**reflect** 298:14
321:9 357:15
388:5
**refresh** 352:14
355:10 357:19
380:6 385:15
387:4 393:21
**refuse** 334:8
**refusing** 281:10
**reg** 344:7,9,16
351:17 353:22
361:12 366:17,22
368:2,4 372:5
374:19 375:22
376:25 377:24
379:6 380:14
382:4 388:22
390:7 391:11
393:8 394:8,23
395:16 397:7
401:10 402:17
404:19 405:5
406:16 407:7,7,21
408:8,19,21 409:9
409:21
**regard** 355:18
**regarding** 292:13
292:23 293:7
336:24
**regular** 357:10
400:8 403:21
**regularity** 266:13
**regularly** 279:23
316:16 410:9,15
**regulate** 320:20
**related** 365:19
428:15
**relevant** 264:20
**remain** 349:17
**remainder** 356:10
**remains** 349:15
**remarks** 351:2
**remember** 300:22
301:19,22,24
302:5 306:22
309:10 313:10
318:14 319:8

327:15 330:10
414:18
remind 265:13
297:3
Renaldo 297:21
Renato 286:2,14
297:8,18,21
371:13 382:7
395:6,18 396:9
397:19 398:6,24
399:13 400:20
401:17 402:9,21
403:8 421:13
423:9,12,15,18,21
424:7,10,13,16,19
repaid 303:7
repave 267:13
repaving 266:23
267:2,22 269:3,3
repay 307:17,22
308:2 314:17,20
315:17,18,21
316:2
repeat 306:8 321:2
rephrase 265:12
266:2 292:9
336:21 359:7
360:16 372:2
report 286:18
323:25 324:2
reporter 265:15,18
278:20
reports 324:7
repossessed 303:9
303:11 309:13,16
310:4 313:18
represents 264:13
require 323:3,8
required 320:23
321:3,14,16
323:20 324:10,14
requires 413:15
reserved 264:21
reserving 264:7
residents 269:16
322:12,12
espect 330:2
response 265:19
268:9 280:23

348:17 381:2
414:9
responsibilities
270:4
responsibility
315:12
responsible 285:15
316:16 326:17
327:5
rest 271:6 272:2,17
341:9 347:13
restraints 272:13
274:23
restraint's 276:22
rests 417:13
retain 285:5,7,8
412:6,8
retained 299:4
303:18 310:12
338:6,17,24 339:7
339:14,21 340:4
340:11,19 369:7
369:15,20,24
370:4,8,13,18,24
371:6,11,16,21
384:9 385:25
386:6 388:16
389:18 391:5
393:2 394:4,19
395:9 396:12
397:22 398:9
399:3 400:23
401:20 402:12,24
403:11 404:4,15
405:2,25 406:12
407:3,17 408:4,15
409:5,17
retaining 285:16
retaliation 317:25
reveal 413:15
revealing 413:19
review 264:8 278:7
278:8,10 298:16
299:7 303:23
310:22 341:9,16
346:2 347:13,24
348:10,11 365:23
373:25 375:4,5
378:5,25 396:21

397:5 398:14
399:6,17,19,20
401:2,7 402:13
403:3 409:24
410:4,7,15 417:11
reviewed 340:23
345:16 348:2
353:19 355:25
356:17 361:9
367:23,24 378:9
384:18 387:10
389:21 410:13
reviewing 278:11
278:14 283:11
298:9 299:11
303:24 310:20
311:2 340:21
341:21 345:23
347:16,22 353:15
354:15 355:14
356:16 360:15
362:9,14,17
365:10 366:4
367:22 368:16,18
369:10 373:2,4,18
374:5 375:15
376:9 378:6,8
379:3 380:11
381:15,17 383:3
384:14,17 386:12
387:9 388:19
389:20 391:8,24
393:4 394:6,21
395:11,24 396:14
396:17 397:24
398:11 399:5,21
400:25 401:5,25
403:2,19 404:6,17
405:7 406:3,14
407:5,19 408:6,17
409:7,19
RG 398:2
rid 300:25
ridiculous 350:15
right 264:7 268:20
269:21 282:25
283:2 293:9
298:10 300:11
306:23 313:15,17

322:20 340:13
341:13,14 348:25
352:8 359:17
360:11,13 367:12
376:23 383:15
385:9 392:20
394:13 400:10
412:19 417:7
rights 268:12
right-hand 286:15
ringleaders 332:10
332:11
Rivera 262:5
294:16 329:17
330:3
Riverhead 327:17
road 266:21,24
267:3,13,22,22
269:4 272:15,18
313:16 322:23
Rodriguez 262:6
294:22 331:20
roller 266:4
rollers 268:6
room 282:10
292:16
rule 326:12,14,15
rule's 321:24
run 327:23

S

S 263:2 264:2
310:10 418:2,12
419:2 420:2 421:2
422:2 423:2 424:2
425:2 426:2
safe 384:25
sarcastic 357:16
Saturday 387:20
Saturdays 315:17
Saul 263:16 346:18
347:2 349:22
350:5
Saul's 381:11
saying 267:2 272:6
284:18 319:5
327:2 328:11
343:18 348:14
382:16 399:22

says 279:14 280:7
281:17 282:20
286:13 287:17,23
288:18 289:3
331:10 342:4,20
345:3 351:13,17
352:3,4,5,8 358:5
358:7,7,10,16,19
359:2 362:20
363:9,9,12,17,20
363:22 368:23,23
373:12 376:18,19
377:24 383:19,25
385:9 388:7 390:5
392:8,9,10 394:12
394:14,23 405:5
407:7,21 408:8
scene 270:19
Schaefer 306:7,9
306:10
schedule 279:14
281:16,17,18
282:18 283:24
284:7,10,19
290:22
schedules 280:19
281:14 282:9
283:9,12,15,18,21
284:4,22 285:6,9
289:18 290:4,8,11
290:13 291:4
schedule's 280:7
scott 387:25 388:3
388:4,8,9,10,11
scream 329:8
screwed 309:19,20
327:21
scribbled 368:3,4
second 265:16
288:23 309:24
344:19 347:14
351:22 353:6
354:3,19 357:4
362:4 367:2,3
368:12 372:13
374:14 379:12
380:20 382:10
383:6,17 386:20
387:18 390:11

393:14 395:21
399:17,19 400:8
413:13
see 279:17 285:22
285:24 286:3,13
287:16,24 289:2
289:25 298:6
308:18 331:18
341:6 344:20,24
352:4,6,7,7
353:22 354:22
356:2,5,18 357:24
358:5,7,8,9,15,17
358:18,19 363:12
366:25 368:2
375:22 376:6,24
382:16 383:23,24
392:8 405:8
seeing 363:21
seen 279:7,8,9
311:6 342:21,22
selective 292:2,3
sends 337:23
sense 293:14,15
365:21 385:16
separately 375:11
September 383:13
391:22,22
sequence 266:14
267:17
served 330:21
set 320:18,21
321:17 325:13
428:12,19
settled 415:22,23
seven 288:19,20
308:23 309:2,3
401:13
Seventy 340:6
Seventy-five
375:17 377:6
shade 358:20
shaded 346:8 347:8
356:5 357:24
358:3,4,15 360:9
shaking 327:20
331:18
Shame 360:24
sheet 279:12 280:6

280:17 281:8
338:3,14,21 339:4
339:11,18,25
340:8,16 342:4,8
342:19 348:4
351:11,12 353:5
353:21 354:18
356:25 357:2
361:19 365:4,6
366:8,9 368:9,20
368:23 369:4,12
369:17,22 370:2,6
370:11,16,21
371:3,8,13,18
372:8 373:9
374:11,23 377:10
377:13,16,19
378:2,17 379:9
380:18 382:6,16
383:12 384:6,23
385:22 386:3,17
387:15 388:13,25
389:15,23 390:19
391:3,20 392:23
393:11 394:2,10
394:13,17 395:2,6
395:18 396:9
397:19 398:6,24
399:12,14,17,19
400:20 401:17
402:9,21 403:8
404:2,12,23
405:23 406:9,24
407:14,25 408:13
409:2,14 411:5,8
418:14,17,20,23
419:7,10,13,16,19
419:22 420:7,10
420:13,15,17,19
420:21,23 421:7
421:10,13,16,19
421:22 422:7,10
422:13,16,19,22
423:7,9,12,15,18
423:21 424:7,10
424:13,16,19,22
425:7,10,13,15,18
425:21 426:7,10
426:12,15

sheets 279:17,25
280:3,6 281:23
282:2 345:9,15
352:25 409:24
410:4,7,11,16,21
411:20,23 412:3,6
414:20,25,25
415:4
shop 395:23
short 372:23
shorted 318:17,19
319:19 320:7
shoulders 417:13
show 277:17 288:6
300:20 329:18,22
329:23 330:19,20
331:15 338:7,12
343:18
sic 311:12 367:11
374:7
side 283:2 286:15
361:5 414:4
sign 296:25 307:16
307:20,24 309:24
315:24 336:16
signature 304:6,8
signed 304:13
336:9 337:3,6,11
337:13
similar 411:9,10
simply 413:17
simultaneously
271:7,16 272:2
single 375:5
sit 297:11 298:2
299:8 318:24
349:5 361:3 416:6
site 265:25 266:6
266:14,24 268:3,8
269:2 270:5,19
271:9,25 275:18
287:13 336:9,10
336:16 337:3,11
337:14
sites 268:6,25 269:8
275:20 277:13
sitting 315:10
327:18
situation 274:18

six 276:12 278:25
287:18,24 288:2
289:4 308:23
351:4 357:10
375:25 382:15,15
Sixty-eight 339:16
Sixty-five 338:19
Sixty-four 347:20
Sixty-nine 339:23
Sixty-seven 339:9
Sixty-six 339:2
size 296:3
sizeable 296:6
SJF 262:9
sketchy 344:23
slow 403:14
small 299:17
smart 381:12
sneaky 328:23
social 334:22
sold 302:8 303:10
305:12,19 313:19
313:20
solely 299:6 417:13
somebody 291:13
314:24 315:4,5
320:4 344:2
345:12 357:22
385:11,18 396:6
401:14
somewhat 363:21
411:15
son 317:18 327:23
361:7
soon 331:19
sorry 267:12
278:19,22 281:13
292:11 307:19,23
313:6 321:12
326:6 362:12
366:21 387:6
392:4 410:12
413:23
sort 286:14 289:2
341:6
SP 391:2 422:16
speak 265:14
specific 266:16
267:18 268:2

270:23 273:9
287:21 313:13
336:13,20,24
specifically 322:9
specified 273:16
274:12
specify 292:19
speculation 385:12
spending 322:9
spent 381:8
splurted 311:12
spot 270:11
squigglies 401:12
SS 428:4
stamp 340:25
stamped 338:3,4,14
338:15,21,22
339:5,6,11,12,18
339:19,25 340:2,8
340:9,16,17 369:4
369:5,12,13,17,18
369:22 370:2,6,11
370:16,22,23
371:3,4,8,9,13,14
371:18,19 384:6,7
385:23,24 386:3,4
388:14,15 389:15
389:16 391:3,4
392:23,24 394:2
394:17 395:7,8
396:10,11 397:20
397:21 398:7,8,24
398:25 400:20,21
401:17,18 402:9
402:10,21,22
403:8,9 404:3,12
404:13,23,24
405:23 406:9,10
406:24,25 407:14
407:15,25 408:2
408:13 409:2,3,14
409:15 418:14,15
418:17,18,20,21
418:23,24 419:8,8
419:11,11,14,14
419:17,17,20,20
419:23,23 420:8,8
420:11,11,14,16
420:18,20,22,24

420:24 421:8,8,11
421:11,14,14,17
421:17,20,20,23
421:23 422:8,8,11
422:11,14,14,16
422:17,19,20,22
423:8,10,10,13,13
423:16,16,19,19
423:22,22 424:8,8
424:11,11,14,14
424:17,17,20,20
424:23 425:8,8,11
425:11,14,16,16
425:19,19,22,22
426:8,8,11,13,13
426:16,16
**stand** 367:12
391:18 400:14
**start** 273:12 274:16
275:2,6,7,9,12,15
275:20,22,24,25
276:4,7,9,21,23
277:10,10
**started** 276:12,15
288:12,15 289:5
303:2 307:12
317:10 327:5
350:17 415:25
**starting** 288:4
**state** 262:23 273:10
306:12 320:20
413:17 428:4,9
**stated** 271:15
326:13 382:15
**statement** 360:17
**statements** 346:24
**states** 262:2 342:5
379:11
**stating** 350:7
**stay** 346:24
**step** 266:17 267:15
292:19,20 416:8
**stepped** 322:17
**stick** 274:2
**Stone** 332:13,14,17
332:18,24 333:12
333:16
**stop** 326:23 349:11
349:11 350:21

413:13,13,13
**stopped** 271:2
303:3 327:6
331:24 332:2
**store** 285:3 287:10
**stored** 284:22
**story** 309:6
**strain** 358:17
379:14 383:24
**streamlining**
355:19
**strip** 346:16
**structure** 333:14
**structured** 310:3
**stub** 338:4,15,22
339:5,12,19 340:2
340:9,17 351:24
351:25 352:3
353:7 354:6,20
357:5 362:5 363:6
363:19,23 364:24
365:8 367:3,5
368:13,19,21,23
369:5,13,18
370:22 371:4,9,14
371:19 372:14
374:15 378:21
379:13 380:21
382:11,14 383:18
384:7 385:3,23
386:4,21 387:19
388:14 389:4,16
390:12 391:4
392:6,24 393:15
395:7,22 396:10
397:20 398:7,25
400:7,21 401:18
402:10,22 403:9
404:13,24 406:10
406:25 407:15
408:2 409:3,15
418:15,18,21,24
419:8,11,14,17,20
419:23 420:8,11
420:24 421:8,11
421:14,17,20,23
422:8,11,14,17,20
423:10,13,16,19
423:22 424:8,11

424:14,17,20
425:8,11,16,19,22
426:8,13,16
**stubs** 353:9 364:3
364:21
**studying** 341:25
**stuff** 333:17 337:18
358:18
**Subscribed** 417:19
**sue** 313:24
**suffering** 308:11
**Suffolk** 262:11,11
263:14 279:13
282:11,18 284:13
284:23 285:8
286:8,11,21
289:19 290:14,15
290:16 291:8
293:2,3,6,13
296:19,23 302:21
303:4 310:9
324:20,22 326:12
336:3,5,6,14,19
337:2,6,9,13,15
337:15,20 338:2
338:13,20 339:3
339:10,17,24
340:7,15 342:5,8
342:19 345:10
348:4 352:25
353:4,6,9 356:24
357:2 361:18
363:5,13,14,20,22
364:2,21 365:2,3
365:6,7 366:9
367:3 368:14,17
368:19,20 369:3
369:11,16,21,25
370:5,10,15,20
371:2,7,12,17
372:8,14 373:9
374:11 377:10,12
377:15,18 378:2
378:17,21 379:19
379:13 380:18
382:7,11 383:12
383:18,22,25
384:5 385:3,21
386:2,17,22

387:15,19 388:12
388:25 389:14,22
390:12,20,20
391:20,21 392:5
392:22 393:10,15
395:5,17,22 396:8
397:18 398:5,23
399:12 400:19
401:16 402:8,20
403:7,25 404:11
404:22 405:22
406:8,23 407:13
407:24 408:12,25
409:13,24 410:4
410:15 411:7,7,19
411:22 412:3,6
414:19,19 418:11
418:13,16,19,22
419:7,10,13,16,19
419:22 420:7,10
420:13,15,17,19
420:21,23 421:7
421:10,13,16,19
421:22 422:7,10
422:13,18 423:9
423:12,15,18,21
424:7,10,13,16,19
424:22 425:7,10
425:13,15,18,21
426:7,10,12,15
428:5
**suing** 313:19,22,25
314:3,6
**summer** 305:4
**Sunrise** 262:15
263:15
**supposed** 271:3,5
284:8 343:19
381:13 410:23
**sure** 264:24 269:22
271:14 272:16
274:10,13 276:14
276:17 289:11,13
293:20,24 294:3,6
294:9,17,23
295:11,12 300:11
301:9,9 302:4,9
302:23 303:2
305:2 308:22

314:6,21 322:18
324:15,21,24,24
328:16 329:16
330:11 331:4,18
332:7,20 333:19
335:7 337:12,13
345:18 346:11
354:14,24 362:14
368:6 376:20,21
380:10 383:2
389:25 396:25
414:3,12
**surgery** 308:13
**Surprised** 357:14
**sweet** 312:17
313:10
**sworn** 264:3 417:19
428:12
**S-C-H-A-E-F-E-R**
306:10

**T**
**T** 310:10 418:2,12
419:2 420:2 421:2
422:2 423:2 424:2
425:2 426:2 428:2
428:2
**take** 277:8 303:22
304:10 310:16,24
326:13,18 327:9
341:18 348:25
349:14,15,16,18
349:19 378:4
381:18 397:6
**taken** 262:22
**talk** 291:21 316:12
329:6 336:2 344:2
**talked** 335:23
**talking** 292:21
295:18 326:19,21
346:12 411:24
**tampering** 328:22
**tampers** 328:19
**target** 336:13
**task** 268:2
**taught** 327:19
**taxes** 322:22
**taxpayer** 322:21
**tell** 265:11,23 267:7

268:5 274:3
275:11,14,16
287:18 299:8
304:10,21,24
310:22 312:18
314:3 317:16
330:4,23 332:3
342:15 344:13,14
345:4 348:11
351:22 352:10
354:9 355:6 357:8
359:4 361:11
365:16,19 373:14
379:25 385:6
387:22 389:7,22
392:8,12,15
393:17 395:12
396:15 399:15
**telling** 319:11
358:21 363:10
**ten** 277:8 282:22,23
283:3 326:10
333:21 365:16
367:8,9
**term** 320:11
**terminate** 328:2,14
329:11,14,16,17
329:22
**terminated** 327:12
329:13 331:5,20
**terms** 300:8
**Terre** 323:11,12
**terrible** 267:14
**testified** 264:4
271:18 281:18,20
281:22 336:23
**testimony** 295:20
318:7,14 329:21
331:24 336:22
428:14
**Tex** 286:6
**text** 341:7
**thank** 298:12
299:10 347:3
366:3 374:9
**they'd** 336:14
**thing** 265:16
266:24 289:15
292:5,14 308:17

347:11 352:20
364:12 372:23
401:2 403:3
**things** 265:14
273:24 306:22
307:5 314:13
315:6 365:20
375:13 381:8
417:10
**think** 264:17
271:20 280:7
288:19 293:5
294:12 295:5
297:22 298:13,16
299:18,19,21
301:7 302:17
306:5 309:17
310:7 314:5
315:22 316:19
321:8 323:24
325:14 329:13,14
329:16,24 330:12
332:22 333:17
334:25 335:7
343:23 348:21
352:21 355:17
362:22,24 396:20
407:9,10
**thinking** 313:17
**thinks** 314:18
**Third** 298:15 299:2
418:7
**Thirty** 413:4
**thought** 292:4
297:24 308:15
316:11 322:17
328:5,6,7 385:10
**thousands** 334:13
334:15
**three** 264:6 273:12
274:17 276:23
277:5 349:20,23
349:25 350:3,16
350:17 355:18
416:3,6
**threes** 276:3
**throwing** 403:16
**Thursday** 360:4
**till** 279:11 288:19

318:20
**time** 262:21 265:15
267:23 268:19
271:2,10 272:9,13
272:21 273:2,5,16
273:25 274:12,18
274:20,23 275:2
275:10,15,21,24
276:7,9,9,19,20
276:22,24 277:10
277:13 278:9
279:17 284:16
288:16 293:20
295:21 296:14,15
299:24 302:9
303:9,13 305:25
305:25 307:12
308:10,19 310:22
310:24 311:15
312:23 314:13
317:21,22 318:13
327:5,6 333:20
335:23 336:8
338:3,14,21 339:4
339:11,18,25
340:8,16 341:18
342:4,7,19 343:19
344:3,17 345:6,9
345:15 348:4,10
348:11 349:8
350:3,8,20,23
351:11,12 352:12
352:25 353:4,21
354:12,18 355:12
356:13,25 357:2
357:10,10,13
358:22,23 361:8
361:19 363:24
364:25 365:4,6
366:8,9 367:5
368:9,14,20,23
369:4,12,17,22
370:2,6,11,16,21
371:3,8,13,18
372:8,15 373:9
374:11,15,17
375:9 377:10,13
377:15,19 378:2
378:14,17,21

379:9 380:3,4,18
380:21 381:18
382:6,15 383:12
384:2,6,23 385:4
385:22 386:3,17
386:22 387:3,6,15
388:13,25 389:5
389:11,15,23
390:19 391:3,20
392:3,6,23 393:11
394:2,10,13,17,25
395:6,18 396:6,9
397:19 398:6,24
399:12,14,20
400:9,12,20
401:17 402:9,21
403:8 404:2,12,23
405:23 406:9,24
407:14,25 408:13
409:2,14,24 410:4
410:7,11,13,16,18
410:21 411:5,8,19
411:22 412:3,6
414:20,24,25
415:4,19 417:15
418:14,17,20,23
419:7,10,13,16,19
419:22 420:7,10
420:13,15,17,19
420:21,23 421:7
421:10,13,16,19
421:22 422:7,10
422:13,16,19,22
423:7,9,12,15,18
423:21 424:7,10
424:13,16,19,22
425:7,10,13,15,18
425:21 426:7,10
426:12,15
**timely** 274:25
417:12
**times** 266:10,12
267:25 274:10
275:6,13,14
279:22 292:7
297:2,22 308:7
312:13,14 319:9
326:18 329:3
330:6 331:3 381:8

**titles** 268:8
**today** 264:14,16,23
265:8 288:14
295:10 297:11
298:2 299:8 305:7
305:18 318:24
319:19 361:3
409:11
**told** 274:7,8,15
278:24 297:20,23
309:6 327:14,23
331:9 364:15
413:10
**Tomlinson's** 416:5
**Tommy** 286:6
331:2
**ton** 333:4
**tone** 346:23 357:16
**tongue** 268:15
**top** 303:8 313:15
314:2 323:7
324:15 342:20
358:5,16 363:10
363:17 383:19
388:6 390:2 392:9
**total** 345:2 349:20
349:23 352:5,7,9
354:11 355:8
357:11,12 365:17
367:19 372:18
374:22 380:25
385:8 387:2,24
389:9 393:17,18
396:4 399:15,25
400:16 410:20
**town** 288:18 323:14
323:16 325:18
**towns** 322:8
**track** 295:13,24
296:2,8 312:5,24
317:5 318:15
359:13
**trade** 320:22
**traffic** 273:10,11
274:16
**transcript** 264:8
**transcripts** 281:3
**TRIAL** 262:19
**tried** 295:25 312:25

313:3 319:3 329:3 329:6 331:8 347:10
**truck** 269:23 270:11,12,15 271:5 278:23 319:10 327:18
**trucks** 271:4
**true** 349:21 410:2 428:13
**truth** 319:11
**truthfully** 265:8
**try** 291:25 296:10 296:11,24 309:20 313:4,4 317:5 328:11 329:5 341:11 345:20 349:9,13 358:12 359:13
**trying** 271:24 331:14,15 346:23 349:12 359:17 403:15,18 406:20
**Tulio** 262:7 295:6 368:9
**turn** 285:21 365:22 367:21 379:23
**turned** 365:13 417:4
**twice** 330:7,8
**two** 265:13 273:24 278:15 282:17 292:20 297:9 300:24,25 310:11 312:13 328:7 336:22 340:24 363:5,15,16 365:20 378:11,20 383:4 384:11 385:2 386:9 389:4 390:22 392:2,5 400:5,12 416:2 418:12
**two-minute** 349:2
**type** 266:4,5,19 269:2 272:24,25 274:15 279:9 289:24 292:22 308:12 315:24

328:10 333:25 334:5 337:24 364:24
**types** 269:7,19 337:5
**typewritten** 304:7
**typical** 382:8
**typically** 287:9

**U**

U 264:2 310:10 418:12
**uh-huh** 334:16,17
**Uh-hum** 380:22
**underneath** 358:6 358:10 408:20
**understand** 265:10 267:5,6,9,10,11 274:3,3,4,20 275:5 306:23 307:23 346:7 347:10,12 356:5 364:5 367:14
**understanding** 292:3 320:16 333:11
**understood** 336:22
**unfortunately** 295:22 361:9,14
**union** 265:13 336:4 336:7,15,17,20,24 337:6,10,16,18,19
**unions** 293:9 320:19 336:13
**UNITED** 262:2
**unlegible** 374:7
**untoward** 346:14
**upper** 285:24 289:3
**use** 290:4,6,11 322:22 342:14 413:6
**usually** 265:24 266:17 271:16 275:25 276:3 280:2 281:22 282:13,14 284:21 288:18 289:24 295:13 315:6 318:12 325:12,13

346:5 351:18 356:23

**V**

V 264:2
**vague** 287:22 308:17
**value** 313:20 314:4 314:13
**various** 417:4
**Vecchia** 262:11,11 262:12,20 263:14 263:14 264:11 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1,12 281:1 282:1 283:1 284:1 284:12 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1,5 300:1 301:1 302:1 303:1,17 304:1,7 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1 313:1 314:1 315:1 316:1 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1,12 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1

367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1 412:1 413:1 414:1 415:1 416:1,8 417:1,17 418:10
**Vega** 262:6 294:24 299:15 300:14
**vehicle** 301:13,15 302:19,21 308:7 328:20
**vehicles** 270:15 283:23 301:4,11 305:10
**Veliz** 303:16 304:17 418:10
**verbal** 265:19
**Victor** 286:3 331:11,11 339:4 339:11,18 357:22 360:19 361:10 362:2 418:23 419:7,10
**village** 322:10,10 322:21 323:9,10 323:11,11
**villages** 322:8,11 322:20,25 323:3
**violation** 412:11,12 412:16,23
**vulgar** 412:14,17 412:18,23 413:2,7 413:10

**W**

W 262:5
**wage** 315:20

320:12,13,17,18 320:18,21,24 321:4,18,19,23,24 322:4,24 323:4,13 323:15,21,23,25 324:2,11 325:2,5 325:6,10,17,22 360:10 392:16,17 415:11,15
**wages** 307:17,21,25 309:25 315:25 320:21 322:7
**wait** 273:10 318:20 322:15,15 335:7 346:9,9 362:12 413:12,12
**waited** 306:24
**walk** 416:8
**walked** 299:18 300:2,3,4 331:17
**WALLACE** 263:8
**Walter** 262:4 286:3 294:4 329:11,13 329:13,15,16 404:2,12,23 405:23 406:9,24 407:14 424:22 425:7,10,13,15,18 425:21
**want** 264:5 273:18 277:17 297:18 307:9 316:7 322:25 323:12 329:20 346:4,11 349:5 355:15 360:22 375:8,10 375:19 377:8,9 378:4,4 398:16 399:6,17 401:7,8 401:24 414:13,17
**wanted** 300:21 301:7 329:13,14 329:16
**wants** 268:16 349:14
**warning** 268:14
**wasn't** 326:25 334:4 381:13 385:12 392:16,17

410:23
**way** 266:11 272:4,7
  292:2 297:10
  305:13 316:10
  327:19,20 336:18
  348:24 428:17
**ways** 329:5
**WDW** 262:9
**Wednesday** 360:4
**week** 284:18 297:4
  318:12,13,17,18
  318:19,20,21
  319:2,23 320:6
  329:25 337:24
  342:8 344:21
  345:10 351:14
  352:2,11 353:10
  353:11 358:13
  359:12 366:10
  367:8 372:10
  373:9,10 374:25
  382:13 383:13
  389:2 390:12
  391:21 409:25
**weekly** 338:3,14,21
  339:4,11,18,25
  340:8,16 342:4,19
  345:9,15,16 348:4
  352:25 353:4,21
  354:18 356:25
  357:2 361:18
  364:3,22 366:8,9
  368:8 369:4,12,17
  369:22 370:2,6,11
  370:16,21 371:3,8
  371:13,18 374:11
  377:10,13,15,18
  378:2,17 379:9
  380:18 382:6
  384:6,23 385:22
  386:3 387:15
  388:13 389:15
  391:2 392:23
  393:11 394:2,10
  394:13,17,25
  395:6,18 396:9
  397:19 398:6,24
  399:12 400:20
  401:17 402:9,21

403:8 404:2,12,23
405:23 406:9,24
407:14,25 408:13
409:2,14,24 410:4
410:16,17 411:8
411:19 414:20,25
418:14,17,20,23
419:7,10,13,16,19
419:22 420:7,10
420:13,15,17,19
420:21,23 421:7
421:10,13,16,19
421:22 422:7,10
422:13,16,19,22
423:7,9,12,15,18
423:21 424:7,10
424:13,16,19,22
425:7,10,13,15,18
425:21 426:7,10
426:12,15
**weeks** 300:20
  319:23
**welfare** 337:18
**wellfield** 358:20
**went** 273:23 297:19
  334:25 359:3
**weren't** 327:19
**we'll** 312:10,10,12
  318:22 331:18
  348:25 349:19
**we're** 264:7 267:2
  270:13 309:19,19
  323:16 343:17
  349:18 350:16
  365:25 366:2
  379:24 384:2,3
  411:13
**we've** 280:11,19
  307:13 333:24
  382:9 414:25
**WHEREOF**
  428:19
**whichever** 280:2
**white** 358:19
**whiz** 284:24 285:2
**Whoever's** 280:4
**wife** 307:4,11
  311:17,23 312:2,4
  312:5,11 314:18

315:12 316:14,14
**winter** 317:17,19
  317:22
**withdraw** 410:14
**withdrawn** 317:13
  348:18 359:6
  411:17 414:10
**witness** 264:2
  271:22 278:11
  283:11 299:11
  303:24 310:20
  311:2 321:12
  334:19 335:11
  340:21 341:5,11
  341:14,20,21
  345:23 347:16,22
  349:3,9,12,24
  350:21 353:15
  354:15 355:14
  356:16 360:15,16
  360:19,23 362:9
  362:17 364:6,8,19
  365:10 366:4
  367:22 368:16,18
  369:10 373:2,4,18
  373:23 374:5
  375:15,17 376:9
  378:6,8 379:3
  380:11 381:15,17
  383:3 384:14,17
  386:12 387:9
  388:19 389:20
  391:8,24 393:4
  394:6,21 395:11
  395:24 396:14
  397:24 398:11
  399:5,21 401:5,25
  403:2,15,18,19
  404:6,17 405:7
  406:3,14 407:5,19
  408:6,17 409:7,19
  413:22 428:11,14
  428:19
**witnesses** 300:4
**woken** 307:11
**word** 406:16,19
**words** 328:11
  414:13
**work** 273:11

274:19 277:4
288:3 300:20
306:14,18 315:20
316:17 322:3,6
323:14 329:20,22
329:23 330:4,24
331:25 332:2,4
333:10,24,25
334:4,4,5 360:3
361:4 395:23
**worked** 306:3
  315:16,17 317:6
  317:18 318:5
  319:2 324:4
  327:10 352:5
  359:10,11 360:5,9
  360:25 411:2
**worker** 266:4,5
**workers** 267:23
  268:5,8 269:7,19
  279:21,23 283:18
**working** 272:10
  275:7 286:7,10
  287:3 320:22
  323:16
**works** 306:16
**world** 345:19
**worry** 312:9
**worth** 299:23
**wouldn't** 265:7
  295:15 326:2,2
  355:23
**write** 292:7 296:13
  296:24,25 297:2
  305:16,20 313:4
  344:9 354:25
  366:16 372:3
  376:3,15 381:24
  390:7
**writing** 296:12
  362:24 371:23
  379:5 381:25
  382:2,3 401:24
**written** 291:15
  292:12,13,20,22
  293:6 313:2
  326:12,14,15
  355:3 366:25
  376:25

**wrong** 343:13
  347:18 350:6
  385:19 414:18
**wrote** 308:18
  344:16,18 366:17
  366:18,22,23
  368:4 405:19

## X

**x** 262:3,14 418:2
  419:2 420:2 421:2
  422:2 423:2 424:2
  425:2 426:2 427:2

## Y

**Y** 310:10 418:12
**yeah** 270:25 274:23
  280:4 289:13
  290:24 300:7
  303:13 308:19
  311:12 319:3
  324:8 327:8 329:3
  332:9,25 334:14
  337:17 343:2,25
  345:11,13,18
  352:7,23 354:24
  358:11 362:6
  363:21 364:8
  373:8 381:7
  383:15 388:9
  389:3 390:24
  395:25,25 412:14
  412:14 414:7
  415:7
**year** 301:9,22
  302:7 308:22
  325:11 331:6,21
  373:23
**years** 275:25 309:3
  324:21 328:8
  330:15 333:10,21
  336:8
**yell** 329:8
**yesterday** 327:16
**York** 262:2,15,24
  263:5,5,10,10,15
  306:12 428:4,9

## Z

**Zabell** 263:13,16

264:5,19 267:4
268:14,20 271:20
276:25 277:19,24
281:9 284:14
298:13,21 301:8
301:16 306:8,23
310:18,24 320:25
321:8 322:15
323:18 334:17
335:10,13,16
341:3,6,13,15,18
342:25 346:9,21
347:3,7 348:20,23
349:7,11,13,19,23
350:2,12,16,24
355:15 356:6,9
357:15 359:3
360:18,22 361:22
361:25 364:5,7,11
364:13,17 365:25
366:3 373:22
375:3,8,16,19
377:5 379:17
381:5 382:19
388:5 396:20
397:4,10 401:4
403:14,16 412:20
413:12 414:16,22
415:3,24 417:9
**zero** 401:13

**$**
**$500** 296:7,9
**$8,500** 309:7,11

**0**
**0** 404:7
**000050** 386:4 422:8
**000051** 386:5 422:9
**000071** 385:23
  386:10 421:23
**000072** 385:24
  386:11 421:24
**000117** 394:3
  422:22
**000119** 394:18
  423:8
**000208** 408:14
  426:11
**000218** 408:2 426:8

**000219** 408:3 426:9
**000257** 338:22
  353:14 418:20
**000258** 338:23
  353:14 418:21
**000275** 338:15
  347:15,20 418:17
**000276** 338:16
  347:21 418:18
**000277** 338:4
  340:25 418:14
**000278** 338:5 341:2
  418:15
**000279** 409:15
  426:16
**000287** 409:3
  426:13
**000288** 409:4
  426:14
**000344** 371:19
  383:6 421:17
**000345** 371:20
  383:6 421:18
**000362** 392:24
  422:19
**000363** 392:25
  422:20
**000380** 409:16
  426:17
**000407** 407:15
  425:22
**000408** 407:16
  425:23
**000425** 406:25
  425:19
**000426** 407:2
  425:20
**000427** 406:10
  425:16
**000428** 406:11
  425:17
**000429** 405:24
  425:14
**000433** 404:24
  425:11
**000434** 404:25
  425:12
**000443** 404:13
  425:8

**000444** 404:14
  425:9
**000463** 404:3
  424:23
**000564** 391:3
  422:16
**000565** 391:4
  422:17
**000576** 340:17
  419:20
**000577** 340:18
  419:21
**000578** 340:9
  419:17
**000579** 340:10
  419:18
**000580** 389:16
  422:14
**000581** 389:17
  422:15
**000584** 340:2
  419:14
**000585** 340:3
  419:15
**000592** 388:14
  422:11
**000593** 388:15
  422:12
**000663** 339:19
  419:11
**000664** 339:20
  419:12
**000665** 339:12
  419:8
**000666** 339:13
  419:9
**000679** 339:5
  418:23
**000680** 339:6
  418:24
**000735** 369:5
  419:23
**000736** 369:6
  419:24
**000739** 369:13
  420:8
**000740** 369:14
  420:9
**000745** 369:18

420:11
**000746** 369:19
  420:12
**000786** 403:9
  424:20
**000787** 403:10
  424:21
**000788** 402:22
  424:17
**000789** 402:23
  424:18
**000794** 402:10
  424:14
**000795** 402:11
  424:15
**000796** 371:14
  421:14
**000797** 371:15
  421:15
**000798** 401:18
  424:11
**000799** 401:19
  424:12
**000804** 400:21
  424:8
**000805** 400:22
  424:9
**000806** 398:25
  423:22
**000807** 399:2
  423:23
**000812** 398:7
  423:19
**000813** 398:8
  423:20
**000814** 397:20
  423:16
**000815** 397:21
  423:17
**000821** 396:10
  423:13
**000822** 396:11
  423:14
**000828** 395:7
  423:10
**000829** 395:8
  423:11
**000857** 369:23
  420:14

**000859** 370:3
  420:16
**000873** 370:7
  420:18
**000875** 370:12
  420:20
**000881** 370:17
  420:22
**000894** 371:9
  421:11
**000895** 371:10
  421:12
**000896** 371:4 421:8
**000897** 371:5 421:9
**000910** 370:22
  420:24
**000911** 370:23
  420:25
**001027** 384:7,12
  421:20
**001028** 384:8,12
  421:21
**003576** 278:18

**1**
**1** 372:11 378:18
  382:4 393:12
  405:5 406:16,19
**1-5** 262:12
**1:57** 262:17 264:6
**10** 362:20
**10/06/2004** 310:11
  418:12
**100** 401:15,16
  424:10
**10017** 263:5,10
**101** 402:7,8 424:13
**102** 402:19,20
  424:16
**103** 403:6,7,20
  424:19
**104** 403:24,25
  404:7 424:22
**105** 404:10,11
  425:7
**106** 404:21,22
  405:5 425:10
**107** 405:21,22
  406:5 425:13

**108** 406:7,8,16
425:15
**109** 406:22,23
425:18
**11** 363:6 365:4
373:11 409:9
**110** 407:12,13
425:21
**111** 407:23,24
426:7
**112** 408:11,12
426:10
**113** 408:24,25
409:9 426:12
**114** 409:12,13
426:15
**11716** 263:15
**12** 384:24
**1298** 337:10,12,21
**138** 336:4,7,20
337:3,6,12,16
**14** 379:9 399:13
**15** 287:4 330:15
389:23 390:13
**15th** 390:15
**16** 312:18 313:10
342:9 353:22
354:10 365:17
366:10 367:4
368:4 382:4
391:11 394:23
396:4 405:5
406:16 407:7,21
408:8
**16th** 344:21
**165** 274:22
**17** 363:7 365:5
373:11 391:22
**18** 303:16 366:18
366:18,22,24,24
367:10,14 388:22
389:7 418:9
**19** 367:10,14 368:2
368:4 395:18

**2**
383:14 387:16
**20** 379:10 399:13
**2001** 299:3 418:8

**2004** 301:3 305:22
**2008** 290:11 303:16
304:25 305:4
308:21 418:9
**2009** 290:5,9 306:3
317:6,19 319:12
325:21 342:9,9
344:21 352:2,2
361:4,19,20 363:6
363:7 365:4,5
366:10,11 367:4,4
368:9,10 372:11
373:11,11 374:12
374:12 378:18,18
379:10,10 383:13
383:14 384:24,24
386:18,18 387:16
387:16 389:2,2,23
389:24 390:13,13
390:14 391:22,22
393:11,12 395:2,2
395:18,19 399:13
399:13 411:20
412:4,7
**2011** 262:16 412:11
**2012** 417:20 428:20
**21** 361:19 374:12
**22** 342:9 344:21
367:4 372:5
408:19,20,21
**23** 352:2 368:9
386:17 391:22
**24** 264:25 265:4
299:3 354:22
355:7,11 378:12
379:25 380:6
387:12,23 391:11
392:12 394:8
405:5,9,9,20
409:21 418:8
**25** 314:16 361:4
373:23 393:11
395:19
**25th** 372:10 373:19
373:24
**25,000** 314:15,16
**26** 366:21,22,24
375:22 378:18
**26th** 378:19

**27** 361:20 366:17
366:21 374:12
383:13 389:8
**28** 395:2
**29** 352:2 366:11
368:10 386:18
**298** 418:8

**3**
**3** 395:2 402:17
405:6 407:7
**3:00** 272:17,19
**30** 262:16 372:6
389:2 408:20,21
408:22
**300** 300:24,25
**303** 418:10
**310** 418:12
**32** 351:17 352:10
352:15 354:10
355:7,11 372:17
376:25 380:2,7
387:23 390:17
392:8,10 393:8
400:8,11 407:9
416:3
**338** 418:15,18,21
**339** 418:24 419:9
419:12,15
**34** 344:7,9,16,24,25
345:4
**340** 419:18,21
**369** 419:24 420:9
420:12,14,16
**370** 420:18,20,22
420:25
**371** 421:9,12,15,18
**384** 421:21
**385** 421:24
**386** 422:9
**388** 422:12
**389** 422:15
**391** 422:17
**392** 422:20
**393** 422:22
**394** 423:8
**395** 423:11
**396** 423:14
**397** 423:17

**398** 423:20,23

**4**
**40** 357:9 361:12
374:19 376:6,18
376:19,21,22
379:6 380:23
385:6 386:24
393:18 401:10
402:17 403:21
404:19
**400** 424:9
**401** 424:12
**402** 424:15,18
**403** 424:21,23
**404** 425:9,12
**405** 425:14
**406** 425:17,20
**407** 425:23 426:9
**408** 426:11,14
**409** 426:17
**41** 399:16,25
400:14
**417** 416:12
**42.5** 393:19
**43** 400:14,15
**44** 345:3,5 367:18
374:21
**45** 352:5,5,8,11,15
**46** 357:9
**48** 357:11 358:12
380:24 385:7
386:25
**4875** 262:15 263:15
**49** 400:6

**5**
**5** 389:2
**5/14** 357:6 379:15
**5/20** 357:6
**5/21** 362:6,6
**5/27** 362:7
**5/30** 276:15 278:24
286:13,16,17,19
287:17,19 288:9
288:13,15 289:4,6
415:25 417:15
**50** 326:5
**501** 263:5,9
**51** 400:5,6

**52** 400:5
**53** 399:16,25
400:16
**59** 277:18,21 278:2
278:5,8 282:21,22
282:24 283:3
289:18 291:2

**6**
**6** 277:18,21 278:3,3
278:8,12,13,15
281:15 282:17,25
283:2 285:21,22
288:24 289:17
291:2 384:24
**6/11** 365:7
**6/14** 379:15,15
**6/17** 365:7
**6/21** 362:6
**60** 298:25 299:5
418:7
**61** 303:15,20 304:2
306:11 418:9
**62** 310:9,14,18,19
311:23 418:11
**63** 338:2,8 340:22
340:24 341:4,10
341:23 342:3
344:5,20 418:13
**64** 338:12,13
345:22 347:14,19
347:25 348:4
351:7,10,23
352:24 374:11
418:16
**65** 338:20 353:12
353:13,18 354:4
418:19
**66** 339:3 354:13,17
354:19 418:22
**67** 339:10 355:13
356:19 357:23
419:7
**68** 339:17 360:14
361:16,18 362:4
419:10
**69** 339:24 362:8,11
362:14,15 363:5
365:3,11 419:13

**7**

**7/23/2009** 351:15
368:15
**7/29/2009** 351:15
**7:30** 276:2,5,8
**70** 340:7 365:9,22
365:23 366:2,7
419:16
**71** 340:14,15
347:17 356:11
362:12 367:21
368:2,8,13 419:19
**72** 369:2,3,8 371:24
372:4 419:22
**73** 369:11 372:25
373:7 420:7
**74** 369:16 373:17
374:14,19 420:10
**75** 369:21 375:4,6
375:21 377:4
420:13
**76** 369:25 375:17
376:5,11 377:12
420:15
**77** 370:5 375:17
376:13,19 377:15
420:17
**78** 370:9,10 375:4,7
375:17 376:24
377:18 420:19
**79** 370:14,15
375:18,19 377:21
378:2 420:21

**8**

**8** 376:7 377:24
387:16 390:7
393:8 395:16
397:7 398:2
**8/20** 382:14
**8/27** 384:3
**8:00** 276:2
**80** 326:10 370:19
370:20 378:5,10
378:11,16,20
379:23 420:23
**1** 370:25 371:2
378:25 379:5,8,12
379:24 421:7

**82** 371:7 380:9
421:10
**83** 371:12 381:14
381:21 421:13
**84** 371:17 382:25
383:4,5 421:16
**85** 384:5,10,11,23
385:3 421:19
**86** 385:20,21
386:14,21 421:22
**87** 386:2 387:7,11
387:14,18 388:7
422:7
**88** 388:12,17,22
422:10
**89** 389:13,14
422:13

**9**

**9** 379:6 389:23
390:13,14
**9th** 428:20
**9/02** 384:3
**90** 390:25 391:2
392:5 422:16
**91** 392:21,22 393:5
393:10 422:18
**92** 393:24,25
422:21
**93** 394:15,16 423:7
**94** 395:4,5,14 423:9
**95** 396:7,8,24
397:12 423:12
**96** 397:17,18
423:15
**97** 398:4,5,13,17
423:18
**98** 398:22,23
399:10 423:21
**99** 400:18,19 424:7

451

Errata Sheet

Name of Witness_____

| Page | Line No. | From | To |
|------|----------|------|-----|
| | | | |

452

LAWYER'S NOTES PERTAINING TO EBT

453

LAWYER'S NOTES PERTAINING TO EBT