**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 661-5306                                                                                                   FAX: (646) 349-5308

December 16, 2016

**VIA ECF**

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
Long Island Courthouse,
100 Federal Plaza
Central Islip, New York 11722

      **Re:**   *Quintanilla, et al. v. Suffolk Paving Corp., et al*
             **Civil Action No.  09 Civ. 5331 (AKT)**

Hon. Magistrate Judge Tomlinson:

    I represent the Plaintiffs in this action and write to request a status conference and/or further direction from the court. In issue is the date the court will issue a written memorandum decision and order on the motion for summary judgment filed by Defendants on September 12, 2013 [DN 140].

    On September 30, 2014, the court issued an order "granting in part and denying in part" Defendants' Motion for Summary Judgment and which further stated: "Memorandum Decision and Order to follow." To date, it seems the court has yet to issue this decision.

                                            Respectfully submitted,

                                                    /s/

                                               Ian F. Wallace