**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 661-5306                                                                    FAX: (646) 349-5308

April 9, 2018

**VIA ECF**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
Long Island Courthouse,
100 Federal Plaza
Central Islip, New York 11722

      **Re:**    *Quintanilla, et al. v. Suffolk Paving Corp., et al*
               **Civil Action No.  09 Civ. 5331 (AKT)**

Hon. Magistrate Judge Tomlinson:

      I write to respectfully request that this court provide the parties with proposed dates by which to schedule a trial in this action.

      Of the dates that this court had previously provided for a possible trial of this action in 2017 [*see* DN 155], the parties were unable to unable to agree on mutually convenient dates.

                        Respectfully submitted,

                              /s/

                        Ian F. Wallace

cc:    Saul Zabell (via ECF)
       *Attorney for Defendants*