**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

NELSON QUINTANILLA, ALEJANDRO
AMAYA, ALEX AMIR AREVALO, MAYNOR
FAJARDO, WALTER GARCIA, JOSE L.
MARTINEZ, PRACELIS MENDEZ, OSMAR W.
PAGOADA, JAVIER QUINTANILLA, EDVIN
RIVERA, CARLOS ESCALANTE, KEVIN
GALEANO, LERLY NOE RODRIGUEZ, JOSE
VEGA CASTILLO, JUAN QUINTEROS, and
MARCOS TUILIO PEREZ,                                             **ORDER**

                        Plaintiffs,
      - against -

                                                        CV 09-5331 (AKT)

SUFFOLK PAVING CORP., SUFFOLK
ASPHALT CORP. LOUIS VECCHIA,
CHRISTOPHER VECCHIA, HELENE
VECCHIA and JOHN DOES 1-5,

                        Defendants.
-----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Counsel for the defendants has submitted a letter [DE 161] requesting the substantive written decision of the Court on defendants' motion for summary judgment which was previously granted in part and denied in part in a short-form order. Counsel are advised that the substantive decision will be posted shortly.

      Based on some unforeseen and unanticipated circumstances, however, the Court is not able to proceed with trial on November 5, 2018 as previously set. The Court regrets any inconvenience this causes the parties. The Court's existing trial schedule in December does not permit an additional trial to be included. Based upon the jury selection schedules in Central

Islip, the next available jury selection date thereafter is January 14, 2019.  The Court is committed to setting and keeping January 14, 2018 as a hard and fast trial date which will not be moved.  Counsel are directed to notify the Court by September 25, 2018 whether they have any conflict with the January 14, 2019 jury selection and trial date.

**SO ORDERED.**

Dated: Central Islip, New York
       September 13, 2018

                                    /s/ A. Kathleen Tomlinson
                                    A. KATHLEEN TOMLINSON
                                    U.S. Magistrate Judge