Counseling and Advising Clients Exclusively on Laws of the Workplace

**Zabell & Associates, P.C.**

EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Zabell & Associates, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax.  631-563-7475
www.laborlawsny.com

**Saul D. Zabell**
Email: SZabell@laborlawsny.com

September 14, 2018

***VIA* ELECTRONIC CASE FILING**

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court - EDNY
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: **Nelson Quintanilla, et al. v. Suffolk Paving Corp., et al.**
       **Case No.: CV-09-5331 (SJF) (AKT)**

Your Honor:

   This firm is counsel to all defendants in this action. We write in connection with the Court's order of January 13, 2018 establishing a trial date of January 14, 2019. Unfortunately, this law firm and more specifically, trial counsel has a previously scheduled conflict on January 16 and 17 resulting from an actual litigation this firm is involved in. Additionally, we have been advised that the principles of Defendant are scheduled to be out of the state through the month of March 2019. We therefore, respectfully request that the trial date be adjourned to any time after the last day of March 2019.

   We thank the Court for consideration of this application and remain available should Your Honor require additional information in connection with this submission.

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

Saul D. Zabell

cc: Ian F. Wallace, Esq. (*via* Electronic Case Filing)
  Clients