**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 661-5306                                                                                              FAX: (646) 349-5308

September 20, 2018

**VIA ECF**
Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
Long Island Courthouse,
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Quintanilla, et al. v. Suffolk Paving Corp., et al*
              Civil Action No.  09 Civ. 5331 (AKT)

Hon. Magistrate Judge Tomlinson:

      I write in response to this court's order, dated September 18, 2018.

      In light of Defendants' counsel's letter of September 14, 2018 [DE 163], and his representation that the individually named Defendants are "scheduled to be out of state through the month of March 2019," Plaintiffs respectfully request that this court schedule a trial date to commence during the first week of April 2019.

                                              Respectfully submitted,

                                                          /s/

                                                      Ian F. Wallace

cc:      Saul Zabell (via ECF)
           *Attorney for Defendants*