

Counseling and Advising Clients Exclusively on Laws of the Workplace

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax.  631-563-7475
www.Laborlawsny.com

**Saul D. Zabell**
Email: Szabell@laborlawsny.com

January 28, 2019

<u>*VIA* ELECTRONIC CASE FILING</u>

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court - EDNY
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: <u>Nelson Quintanilla, et al. v. Suffolk Paving Corp., et al.</u>
      <u>Case No.: CV-09-5331 (SJF) (AKT)</u>

Your Honor:

  This firm is counsel to defendants in the above referenced action. We write in connection with the Court's September 30, 2014 Order on Defendant' Motion for Summary Judgment and the Trial Order of October 24, 2018 [ECF Doc. 166]. We write to respectfully request the issuance of a written decision on the Motion. As it stands, the motion was granted in part and denied in part. Consequently, for purposes of preparing for trial, it is imperative that the parties know which claims are to be tried.

  We thank the Court for consideration of this application and remain available should Your Honor require additional information in connection with this submission.

Respectfully submitted,

ZABELL & COLLOTTA, P.C.

Saul D. Zabell

cc: Ian F. Wallace, Esq. (*via* Electronic Case Filing)
  Clients