

| | Counseling and Advising Clients Exclusively on Laws of the Workplace |
|---|---|
| Zabell & Collotta, P.C.<br>1 Corporate Drive<br>Suite 103<br>Bohemia, New York 11716<br>Tel. 631-589-7242<br>Fax. 631-563-7475<br>www.Laborlawsny.com | **Saul D. Zabell**<br>Email: Szabell@laborlawsny.com |

February 5, 2019

<u>VIA ELECTRONIC CASE FILING</u>

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court · EDNY
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: Nelson Quintanilla, et al. v. Suffolk Paving Corp., et al.
      <u>Case No.: CV-09-5331 (SJF) (AKT)</u>

Your Honor:

  This firm is counsel to defendants in the above referenced action. We write in furtherance of our January 28, 2019 application regarding the Court's Memorandum and Order [ECF Doc. 167].

  At present, motions *in limine* are due on or before February 13, 2019. In the absence of a written decision on defendants' motion, we respectfully ask that the parties be advised as to what claims are to be tried. Such information would allow for targeted motions *in limine*. This would prevent wasting both law firm and judicial resources on motions which may no longer apply to the dispute.

  We thank the Court for consideration of this application and remain available should Your Honor require additional information in connection with this submission.

Respectfully submitted,

ZABELL & COLLOTTA, P.C.

Saul D. Zabell

cc: Ian F. Wallace, Esq. (*via* Electronic Case Filing)
  Clients