APPENDIX A

Excerpts from Various Plaintiffs' Depositions
Referenced by the Court

9

1                          E. Rivera

2         Q      That you remember, okay.

3                How is your memory, sir?

4         A      That I remember, that I don't owe

5   anybody money.

6         Q      Clearly, you do.  But that's okay.

7   We are going to tell them where they live and

8   you can deal with them directly, okay?  Okay?

9         A      Okay, that's fine.

10        Q      Do you have any identification on

11  you?

12        A      Yes.

13        Q      May I see it?  You can hand it to

14  me directly.

15        A      (Handing.)

16        Q      Is this the only form of

17  identification you have?

18        A      Yes.

19        Q      You don't have anything else in

20  that big wallet of yours?

21                MR. McNAMARA:  Objection, Counsel.

22               He already provided his license.  That

23               should be more than sufficient.

24        Q      Do you have anything in there with

25  your picture on it?

10
1                          E. Rivera

2         A     No, that's it.

3         Q     Are you sure?

4         A     Sure.

5         Q     You are not fibbing to me, are

6    you?

7               MR. McNAMARA:  Objection.

8         Q     Because I have eyes too.

9         A     That's the only thing I have.

10        Q     So I didn't see any form of

11   identification --

12              MR. McNAMARA:  Objection.

13        Q     -- with a picture on it as you

14   just opened up your wallet in front of the

15   table?

16              MR. McNAMARA:  Objection.

17        Q     I think I saw something.

18        A     I told you I don't have anything

19   else.

20        Q     I think you are lying to me.

21              MR. McNAMARA:  Objection.

22        Q     We are going to start the day off

23   bad again.

24              MR. McNAMARA:  Objection.

25        Q     You don't want that.

11

1                          E. Rivera

2                    MR. McNAMARA:  Objection.

3          Q      It's not going to be good for you.

4                    MR. McNAMARA:  Objection.

5          Q      My court reporter will get angry.

6                    MR. McNAMARA:  Objection.

7          Q      Do you want to apologize for lying

8    to me already?

9                    MR. McNAMARA:  Objection.

10          Q      You need to answer.

11          A      I am not saying a lie.

12          Q      Let me see your wallet.

13                    MR. McNAMARA:  No, objection, no.

14          Q      Are you refusing?

15                    MR. McNAMARA:  I am instructing my

16            client not to --

17          Q      You need to use your words.  If

18    you shake your head no, you need to use your

19    words like a big boy.

20          A      I am not going to show you my

21    wallet.

22          Q      Why?  What are you afraid of what

23    is in your wallet?

24                    MR. McNAMARA:  I am directing my

25            client not to provide his wallet.

```
                                                    12
 1                          E. Rivera
 2                MR. ZABELL:  Nobody is listening
 3          to you.
 4          Q     Why are you afraid to show me what
 5     is in your wallet?
 6                MR. McNAMARA:  Objection.
 7                Mr. Rivera, you do have to answer
 8          the questions.
 9          A     I am not going to answer that,
10     because I don't have anything to hide.
11          Q     Hey, big boy over there, your
12     attorney, just said that you have to answer my
13     question.
14                Why are you afraid to show me what
15     is in your wallet?
16                MR. McNAMARA:  Objection.
17                MR. ZABELL:  You look very warm
18          and cuddly today.
19                MR. McNAMARA:  Thank you very
20          much.
21          Q     Pay attention.
22          A     I am not going to show you my
23     wallet.
24          Q     Why not?  What are you afraid of?
25          A     I am not afraid.  What should I be
```

                                                          13
 1                           E. Rivera
 2      afraid of?
 3            Q      If you are not afraid, then let's
 4      see what is in it, unless you are lying to me
 5      again.
 6                    MR. McNAMARA:  Objection.
 7            A      Can I have my license back?  You
 8      already looked at it.
 9            Q      Not yet.  See?  You ask me a
10      question, I give you an answer.  You are
11      supposed to answer me quickly like that.
12                    MR. McNAMARA:  Objection.
13            Q      What are you afraid to show me
14      that is in your wallet?
15                    MR. McNAMARA:  Objection.
16            Q      Do you have drugs in there?
17                    MR. McNAMARA:  Objection.
18            A      I told you that I am not afraid.
19            Q      Then why wouldn't you show me?
20                    MR. McNAMARA:  Objection.
21            A      It's something personal.
22            Q      What is personal in there?
23                    MR. McNAMARA:  Objection.
24            A      My wallet.  It's my wallet.
25            Q      Do you have drugs in there?

Case 2:09-cv-05331-AKT  Document 169-1  Filed 02/22/19  Page 7 of 70 PageID #: 9544
Case 2:09-cv-05331-AKT  Document 150-10  Filed 10/28/13  Page 14 of 210 PageID #: 7016

1                        E. Rivera

2                   MR. McNAMARA:  Objection.

3         A    No.

4         Q    Do you have a condom in there?

5                   MR. McNAMARA:  Objection.

6         A    No.

7         Q    What is so personal in there; love

8    notes?

9                   MR. McNAMARA:  Objection.

10        A    Nothing of that.

11        Q    Then what is it?  What is so

12   personal in there?

13        A    Things that are mine that have no

14   interest to you.

15        Q    How do you know that they have no

16   interest to me?  I have lots of interests and

17   right now, the fact that you want to hide this

18   from me, it is piquing my interests.  So

19   identify what is in there that you don't want me

20   to see.

21                  MR. McNAMARA:  Objection.

22        Q    If you do, maybe I will give you a

23   donut.

24                  MR. McNAMARA:  Objection.

25        A    Thanks for the donut, but I'm

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 8 of 156 PageID #: 5539

8

1                    N. Quintanilla

2          A     Yes.

3          Q     With whom do you live at

4    8 Pennsylvania Avenue?

5          A     My wife, my children, my sister,

6    and my niece; my sister's daughter.

7          Q     How many children do you have?

8          A     Two with my wife.

9          Q     What are the ages of the two

10   children that you have with your wife?

11         A     My daughter is seven years-old,

12   and my son is sixteen months old.

13         Q     When I asked you how many children

14   you had, rather than answering the question, you

15   provided a qualifier.  So I'm going to ask you

16   again and ask you not to answer the question

17   with a qualifier.

18         A     Okay.

19         Q     How many children do you have?

20         A     Two.

21         Q     Do you have any more than two

22   children?

23         A     No.

24         Q     Do you know why you said to me

25   that you only have two children with your wife?

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 9 of 156 PageID #: 5540

9

```
 1                      N. Quintanilla
 2           A      Yes.
 3           Q      Why did you say you only have two
 4    children with your wife?
 5           A      Because they are the only ones
 6    that I have.
 7           Q      Do you have any children not with
 8    your wife?
 9           A      With my wife.
10           Q      Do you have any children not with
11    your wife?
12           A      No.
13           Q      Do you understand why I ask that
14    question?
15           A      No.
16           Q      When you provide an answer that
17    puts a qualifier in there, and here the
18    qualifier was, with my wife, it leads me to
19    believe that there are other answers that you
20    are not providing.  So if you had answered, no,
21    I only have two children, I would not have asked
22    any further questions.
23           A      Okay.
24           Q      But because you said, I only have
25    two children with my wife, it begs me to ask
```

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 10 of 156 PageID #: 5541

                                                              10
1                          N. Quintanilla

2     additional questions.

3                      Do you understand that?

4          A      Yes.

5          Q      Is there anything else you'd like

6     to tell me?

7          A      No.

8          Q      Are you sure?

9          A      Sure.

10         Q      What is your wife's name?

11         A      Anna Evelyn Flores.

12         Q      Are you actually married to

13    Anna Evelyn Flores?

14         A      No.

15         Q      So she's not your wife?

16         A      No.

17         Q      Why would you lie about that?

18         A      I have no reason to lie.

19         Q      I know, but you lied.  You called

20    her your wife when she's just the woman you live

21    with.

22         A      Well, since the Hispanics --

23    whenever they ask about our wives, we all say

24    it's my wife, even if we're not married.

25         Q      Really?

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 11 of 156 PageID #: 5542

11

```
 1                          N. Quintanilla
 2          A       Really.
 3          Q       Do you have any other wives?
 4          A       No.
 5          Q       Girlfriends?
 6          A       No.
 7          Q       Any children that people have
 8   claimed to be yours?
 9          A       No.
10          Q       How old are you?
11          A       Almost forty.
12          Q       When were you born?
13          A       January 8, '72.
14          Q       Do you have a Social Security
15   number?
16          A       Yes.
17          Q       How many?
18          A       One.
19          Q       What is your Social Security
20   number?
21          A       ▇▇▇▇▇▇▇.
22          Q       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24   ▇▇▇▇▇▇▇▇
25       ▇  ▇▇
```

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 19 of 156 PageID #: 5550

```
                                                      19
 1                        N. Quintanilla

 2            A      About an hour.

 3            Q      Did you meet with this fellow next

 4      to you?

 5            A      No.

 6            Q      Where did you first meet the

 7      fellow next to you?

 8            A      Today.

 9            Q      Nice enough guy; right?

10            A      Yes.

11                   MR. McNAMARA:   Thank you.

12            Q      Did you meet with him before this

13      deposition began?

14            A      No.

15            Q      When you met with your attorneys

16      in the City, who did you meet with?

17            A      With my other friends.

18            Q      Who?

19            A      Mendez, Carlos.

20            Q      Pracelis Mendez?

21            A      Yes.   Pracelis Mendez,

22      Carlos Escalante, Walter Garcia, Alejandro Amaya,

23      and Edwin Rivera.

24            Q      You all met together with the

25      lawyers at the same time?
```

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 20 of 156 PageID #: 5551

20

```
 1                      N. Quintanilla

 2           A      Yes.

 3           Q      You all got your stories straight

 4    when you met with the lawyers; right?

 5           A      No.

 6           Q      Everybody's story was different?

 7           A      No, since we all didn't work

 8    together; no.

 9           Q      So you all worked different times

10    and different schedules; right?

11           A      No.  In one group, we were all

12    together, and in the other one, it was only

13    Mendez.  Sometimes they would change them.

14    Sometimes they would send someone else to work

15    with Mendez.

16           Q      So the schedules were different?

17           A      It was always at the same time.

18    We always got to the yard at the same time.

19           Q      Do you drive?

20           A      Yes.

21           Q      Do you have your own vehicle?

22           A      Yes.

23           Q      For how long have you had your own

24    vehicle?

25           A      Since 2000.
```

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 34 of 156 PageID #: 5565

34

```
1                    N. Quintanilla
2    were let go.
3                    The reason you were let go was for
4    lack of work; correct?
5         A    Yes.
6         Q    So why are you trying to hide that
7    reason now?
8                    You're better than that.
9         A    No, I'm not hiding anything.
10        Q    You kind of are when you're not
11   answering the question.
12                   You can take a moment and ask your
13   lawyer, and he'll tell you.  He'll tell you.  Go
14   ahead.
15                   Do you want a moment?
16        A    No -- okay.
17                   MR. ZABELL:  Okay.  He wants a
18            moment with you, go ahead.
19                   MR. McNAMARA:  All right.  Thank
20            you.
21                   (Whereupon, a recess was taken at
22            this time.)
23        Q    You all right?
24        A    Yes.
25        Q    You had the opportunity to speak
```

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 35 of 156 PageID #: 5566

35

```
 1                    N. Quintanilla
 2   with your attorney during that break?
 3        A     Yes.
 4        Q     Did he answer all your questions
 5   satisfactorily?
 6        A     Yes.
 7        Q     Are you getting your money's
 8   worth?
 9        A     Yes.
10        Q     How much did you pay, by the way?
11        A     I don't know.
12        Q     Nothing; right?
13        A     Nothing.
14        Q     So you are getting your money's
15   worth?
16              MR. McNAMARA:  Objection.
17        A     Yes.
18        Q     Before you took a break, you said
19   you applied for unemployment benefits?
20        A     Yes.
21        Q     And you said that you told
22   unemployment that the reason why you weren't
23   employed was because of lack of work; correct?
24        A     Yes.
25        Q     And you didn't lie to them?
```

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 48 of 156 PageID #: 5579

48

```
 1                    N. Quintanilla

 2          A       I don't remember.

 3          Q       Was it a Saturday?

 4          A       No.

 5          Q       It can't be a Sunday because you

 6   didn't work Sundays; right?

 7          A       Yes.

 8          Q       So if your soccer ball is only in

 9   your car on Saturday and you take it out on

10   Sunday, is it true that you played soccer during

11   the week?

12          A       Yes.

13          Q       Explain to me how that happens.

14          A       Look, look --

15          Q       I'm looking.

16          A       -- I always have my ball.  I would

17   put it in my car; okay?  When -- we never knew

18   when there was going to be time, but when there

19   was time, we...

20          Q       But you don't always have your

21   soccer ball in your car; do you?

22          A       No.

23          Q       So when you say you always have

24   your soccer ball in your car, you're lying;

25   right?
```

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 49 of 156 PageID #: 5580

49

```
 1                      N. Quintanilla
 2         A     I didn't say -- I said that I have
 3    a ball, but not always.  Not always.
 4         Q     Before you said always.
 5               Were you incorrect in what you
 6    were saying?
 7         A     No.
 8         Q     So you always have a ball in your
 9    car?
10         A     Yes.
11         Q     Okay.  Go to your car and get the
12    ball, please.
13               MR. McNAMARA:  Objection.
14         Q     Go.
15               MR. McNAMARA:  Objection,
16         Counselor.
17               You don't have to go to the car to
18         get the ball.
19               MR. ZABELL:  Yes, he does.
20               MR. McNAMARA:  He does not have to
21         go get the ball.
22         A     I don't have the ball in the car.
23         Q     So you don't always have the ball
24    in your car; do you?
25         A     No.
```

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 64 of 156 PageID #: 5595

64

```
 1                        N. Quintanilla
 2          A      Well, we gave them all of our work
 3     hours and our check stubs.
 4          Q      Did you provide them with any
 5     information; you, specifically you?
 6          A      No.
 7          Q      Do you have any idea how many
 8     hours you worked in 2001?
 9          A      In 2001, at that time, we would
10     start at 7:00 a.m., and we would get out at
11     6:00, 7:00, or 8:00 p.m.
12          Q      Every day?
13          A      Not every day.  Some days, we got
14     out at 5:00, 5:00, 6:00.
15          Q      Did you ever end any days earlier
16     than that?
17          A      At that time -- not at that time.
18          Q      What if it rained?  Would you ever
19     leave after a half day if it rained; yes or no?
20          A      Yes.
21          Q      So you just lied to me again;
22     correct?
23                 MR. McNAMARA:  Objection.
24          Q      Yes or no?
25          A      But --
```

South Shore Court Reporting
(631)-235-6218

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 65 of 156 PageID #: 5596

```
                                                     65
 1                         N. Quintanilla

 2          Q      Yes or no?

 3          A      Okay, yes.

 4          Q      Please stop lying to me.

 5          A      Okay.

 6          Q      You promise not to lie to me?

 7          A      Yes.

 8          Q      Because if you keep lying to me,

 9   it's going to become a real problem.

10          A      Okay.

11          Q      Do you understand that?

12          A      Okay.

13          Q      I want you to say, I'm not going

14   to lie to you at this deposition anymore.

15          A      Yes.

16          Q      Can you say that?

17          A      Yes.

18          Q      Please do.

19                 MR. McNAMARA:  Objection.

20          A      Please --

21          Q      Please say:  I'm not going to lie

22   to you anymore.

23                 MR. McNAMARA:  Objection.

24          A      I'm not going to lie to you

25   anymore.
```

Case 2:09-cv-05331-AKT  Document 150-1  Filed 10/28/13  Page 85 of 156 PageID #: 5616

```
                                              85
 1                      N. Quintanilla
 2    you brought to us during lunch.
 3                   Did you have an opportunity to do
 4    that?
 5         A     Yes.
 6         Q     Are they true and accurate copies?
 7         A     Yes.
 8         Q     You had a full and adequate
 9    opportunity to review the documents to ensure
10    that they're adequate copies; right?
11         A     Yes.
12         Q     Okay.  Thank you, sir.
13                   I'm now handing you back your
14    original documents.  (Handing.)
15                   Do you have those?
16         A     Okay.
17         Q     Did I hand them back to you; yes
18    or no?
19         A     Yes.
20         Q     Did you ever provide these
21    documents to your attorneys?
22         A     Yes.
23         Q     You did?
24         A     Yes.
25         Q     Do you know why they didn't turn
```

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 86 of 156 PageID #: 5617

86

```
1                      N. Quintanilla
2      them over to me?
3              A      I don't know.
4              Q      Was it Patrick's fault?
5                     MR. McNAMARA:  Objection.
6              A      No.
7              Q      Was it Ian's fault?
8                     MR. McNAMARA:  Objection.
9              A      I don't know.
10             Q      Was it Lauren's fault?
11                    MR. McNAMARA:  Objection.
12             A      I don't know.
13             Q      You don't know?  Me neither.
14                    Do you work for a company called
15     DF Stone Contracting now?
16             A      Yes.  That's Sunstone, but it's
17     just days.  I'm not working full-time.
18             Q      You're just working days there,
19     but you're not working nights; correct?
20             A      No.  I only work -- when they do
21     asphalt, they call me, and when they don't, I
22     don't.  They only call me some days.
23             Q      Do you work with anybody that you
24     worked with at Suffolk Paving or
25     Suffolk Asphalt?
```

Case 2:09-cv-05331-AKT  Document 150-1  Filed 10/28/13  Page 103 of 156 PageID #: 5634

103

```
 1                    N. Quintanilla
 2          Q     Did you say, no, but I really want
 3    to work?
 4          A     No.
 5          Q     It was entirely your choice;
 6    correct?
 7          A     Yes.
 8          Q     And it was your ego that wouldn't
 9    let you say, no, I want to stay here and work?
10          A     Yes.
11          Q     Is your ego providing for your
12    family now?
13                    MR. McNAMARA:  Objection.
14          A     I don't have to answer that
15    question.
16          Q     Yes, you do.  Answer the question.
17          A     No.
18          Q     Are you sorry you made the choice
19    that you made?
20          A     No.
21          Q     You're happy with the choice that
22    you made?
23          A     Yes.
24          Q     Did you tell the woman that you
25    call your wife about the choice that you made?
```

Case 2:09-cv-05331-AKT  Document 150-1  Filed 10/28/13  Page 104 of 156 PageID #: 5635

104

1                    N. Quintanilla

2          A     Yes.

3          Q     Did you tell your wife that you

4    lost your job because of your ego?

5          A     I didn't say that it was because

6    of my ego, but I said I had lost my job because

7    they had sent me home.

8          Q     But they didn't send you home;

9    right?

10         A     Yes.

11         Q     You chose to go home?

12         A     Yes.

13         Q     How did you get home?

14         A     In my friend's car.

15         Q     Who?

16         A     Juan Quinteros.

17         Q     Did he quit too?

18         A     No.

19         Q     He did what he was told and wanted

20   to work; right?

21         A     No, because they didn't say

22   anything to him.

23         Q     Why do you think they said

24   something to you?

25         A     I don't know.

Case 2:09-cv-05331-AKT   Document 150-1   Filed 10/28/13   Page 131 of 156 PageID #: 5662

                                                          131
1                        N. Quintanilla

2                   (Whereupon, a recess was taken at

3            this time.)

4        Q      Are you okay?

5        A      Yes.

6        Q      You're going to tell the truth;

7    right?

8        A      Yes.

9        Q      If you don't, your nose is going

10   to grow like Pinocchio.

11                  MR. McNAMARA:  I just want to say

12             on the record that any questioning

13             regarding Nelson's unemployment and/or

14             the Department of Labor will be subject

15             to the confidentiality agreement.

16                  MR. ZABELL:  I will object to that

17             designation, and, Counselor, you know

18             what steps you need to take in order to

19             enforce your designation or to test the

20             appropriateness with the Court.

21                  MR. McNAMARA:  Right.

22                  MR. ZABELL:  Correct?

23                  MR. McNAMARA:  Yes.

24       Q      Now, why did you lie to the

25   New York State Department of Labor, Division of

Case 2:09-cv-05331-AKT Document 150-1 Filed 10/28/13 Page 132 of 156 PageID #: 5663

132

```
 1                       N. Quintanilla
 2   Unemployment, regarding the end of your
 3   employment with Suffolk Paving or
 4   Suffolk Asphalt?
 5               You may want to ask your attorney
 6   if you should assert your rights to not
 7   incriminate yourself.
 8        A      Can I speak --
 9               MR. McNAMARA:  Would you come and
10          translate for us?
11               THE INTERPRETER:  Sure.
12               MR. ZABELL:  Can I, please?
13               MR. McNAMARA:  I'm sorry.  Please.
14               THE INTERPRETER:  Yes, I will.
15               MR. McNAMARA:  Thank you.
16               (Whereupon, a recess was taken at
17          this time.)
18        Q      You guys met and spoke outside?
19        A      Yes.
20        Q      Is there something you want to
21   say?
22        A      No.
23               MR. ZABELL:  Go ahead.  Help him
24          out, Counselor.
25               MR. McNAMARA:  We discussed
```

120
```
 1                    A. Amir Arevalo

 2    Eddie?

 3         A      No Eddie.  Eric, Eric.

 4         Q      What did Eric look like;

 5    handsome, like me?

 6         A      About his height (indicating).

 7         Q      Ugly, like him?

 8                MR. McNAMARA:  Handsome, like

 9          me.

10         A      No, no, no, no, no.

11         Q      Don't call your attorney ugly.

12    That's not nice.

13         A      No, no, like his height though.

14                MR. ZABELL:  How tall are you,

15          Counselor?

16                MR. McNAMARA:  I tell people

17          that I'm 5'10".

18                MR. ZABELL:  How tall are you,

19          Counselor?

20                MR. McNAMARA:  I'm 5'9".

21         Q      So he's about his height?

22         A      Yes.

23         Q      White?

24         A      White.  Not like very white, but

25    he's white.  I would say he's white.
```

121

```
 1                      A. Amir Arevalo

 2           Q       As white as your attorney?

 3    Because that's one white guy.

 4           A       No.

 5           Q       As white as me?

 6           A       No, whiter.

 7           Q       Whiter than me?

 8           A       You're whiter.

 9           Q       Was he Hispanic?

10           A       Hispanic.

11           Q       So Eddie or Eric is Hispanic?

12           A       He's Hispanic.

13           Q       And you would speak to him;

14    right?

15           A       Yes.

16           Q       And you would work Saturdays and

17    Sundays with him; right?

18           A       Yes.

19           Q       All the time?

20           A       Sometimes, sometimes.

21           Q       How many times a month?

22           A       Might be once or twice.

23           Q       Once or two times a month?

24           A       No.   That would be maybe a

25    month, but it was rare.   Saturdays and
```

126

1                          A. Amir Arevalo

2      remember the project that it was.

3               Q       What year?

4               A       It was every year.

5               Q       So you remember doing it every

6      year, but you can't remember any of the names

7      of the jobs you worked on?

8                       MR. McNAMARA:  Objection.

9               A       No, I don't remember the

10     projects.  I do remember the projects, for

11     example, schools, main streets.  That's it.

12              Q       What school?

13              A       The name, I don't remember.

14              Q       When I think you're lying, your

15     cheek flexes.

16              A       Wow.

17                      MR. ZABELL:  Let the record

18              reflect that the witness laughed and

19              said "wow."

20              Q       You know that?

21              A       No, my body doesn't tremble.

22              Q       Do you play poker?

23              A       No.

24              Q       Why; because of that?

25                      MR. McNAMARA:  Objection.

43

```
 1                       J. Quinteros
 2          A      I don't understand that.              01:12:0
 3          Q      Good.   Then just answer the          01:12:07
 4    question.                                          01:12:11
 5                 MR. ZABELL:  Patrick, tell him        01:12:14
 6           to answer the question.                     01:12:17
 7                 MR. McNAMARA:  Mr. Quinteros,         01:12:17
 8           please answer the question that             01:12:17
 9           Counselor asked you.                        01:12:31
10          A      In the office where they give         01:12:34
11    you the Social Security numbers.                   01:12:38
```



```
12          Q                                            01:12:41
13                                                       01:13:45
14                                                       01:12:48
15                 MR. McNAMARA:  Objection.             01:12:1
16          A      I don't understand.                   01:12:5
17          Q                                            01:12:53
18                                                       01:12:55
19                                                       01:13:04
20          A      No, I never used -- I've never        01:13:10
21    used a false Social Security number.  I've         01:13:14
22    always had my own.                                 01:13:19
23          Q      Where did you get your Social         01:13:17
24    Security number?                                   01:13:23
25                 MR. McNAMARA:  Objection.             01:13:23
```

44

```
 1                      J. Quinteros
 2          A       At the office where they give        01:13:25
 3   you a Social Security number.  I don't              01:13:30
 4   remember where it was.                              01:13:33
 5          Q       Then why were you refusing to        01:13:34
 6   answer my question before?                          01:13:39
 7          A       Because there are immigration        01:13:41
 8   issues, and we're not going to speak about          01:13:41
 9   that here.                                           01:13:45
10          Q       But if you have no                   01:13:45
11   immigration -- you don't get to tell me what        01:13:47
12   you're going to talk about.                         01:13:50
13                  MR. McNAMARA:  Objection,            01:13:52
14          Counselor.                                   01:13:53
15          Q       Do you understand that?              01:13:53
16                  MR. McNAMARA:  Counselor, please     01:13:54
17          lower your voice.                            01:13:56
18          Q       Do you understand that?              01:13:57
19          A       (No verbal response.)                01:13:59
20          Q       Yoo-hoo, you with us?                01:14:00
21                  MR. McNAMARA:  Objection.            01:14:04
22          A       (No verbal response.)
23          Q       (Whistling.)
24                  MR. McNAMARA:  Counselor, please
25          stop whistling at the witness.
```

45

```
 1                      J. Quinteros
 2               MR. ZABELL:  I'm just trying to
 3          get him to answer the question in under
 4          two minutes.                                  01:14:11
 5          A       You're playing with me.  You're       01:14:11
 6    not respecting me.                                  01:14:14
 7          Q       I won't respect you if you don't      01:14:16
 8    start answering these questions --                  01:14:17
 9               MR. McNAMARA:  Objection.                01:14:17
10          Q       -- because you're not respecting      01:14:18
11    the process.                                        01:14:21
12               MR. McNAMARA:  Objection.                01:14:23
13          Q       When you sue this nice man            01:14:24
14    (indicating), you put yourself here.  When          01:14:27
15    you sue the man that gives you a living and         01:14:32
16    provides food for you and your family, you          01:14:38
17    give me the right to ask you all sorts of           01:14:41
18    questions.                                          01:14:43
19               MR. McNAMARA:  Objection.                01:14:46
20          Q       Do you understand that?               01:14:47
21          A       You can ask anything, but not         01:14:48
22    immigration.                                        01:14:54
23          Q       No, no.  I can ask anything at        01:14:55
24    all.                                                01:14:56
25               Do you understand?                       01:15:04
```

46

```
 1                      J. Quinteros
 2          A      I'm not going to answer any          01:15:04
 3   immigration things.                                01:15:07
 4          Q      You don't have a choice.             01:15:07
 5                 MR. McNAMARA:  Objection.            01:15:09
 6          Counselor, please lower your voice.         01:15:11
 7          Q      If you're going to take the          01:15:11
 8   position that you're not going to answer           01:15:11
 9   anything, then I'm going to tell you to walk       01:15:13
10   right out of here right now, and then I'll         01:15:14
11   call the Court, and then we'll see what            01:15:14
12   happens.                                           01:15:17
13                 Do you understand that?              01:15:25
14          A      (No verbal response.)                01:15:27
15          Q      Do you understand that, wiseguy?     01:15:29
16                 MR. McNAMARA:  Objection.            01:15:31
17          A      (No verbal response.)                01:15:33
18          Q      Yes or no?                           01:15:37
19          A      (No verbal response.)                01:15:37
20                 MR. ZABELL:  Let the record          01:15:50
21          reflect that fifteen seconds have gone      01:15:51
22          by since I asked the question.              01:15:52
23                 MR. McNAMARA:  Objection.            01:15:52
24                 MR. ZABELL:  What's the basis of     01:15:55
25          your objection?  Was it not fifteen         01:15:56
```

84

```
 1                    L. N. Rodriguez

 2     was a little, it was a little, and just in

 3     January and in February, very little, very

 4     little.

 5           Q      Do you know a fellow by the name

 6     of Maynor Fajardo?

 7           A      Yes, he was our foremen.

 8           Q      Is Maynor Fajardo an honest man?

 9           A      He's a coworker, and he likes to

10     joke around.  That's everything.  That's all I

11     can say.

12           Q      So he's not always truthful and

13     honest; correct?

14           A      If he has to tell you truth, he

15     tells you the truth.

16           Q      And if he doesn't have to tell you

17     the truth, he'll lie to you?

18           A      No, it's odd for him.  It's not

19     normal for him to tell lies.

20           Q      But sometimes he does?

21           A      Like all humans.

22           Q      You know, not all humans lie.

23                  MR. McNAMARA:  Objection.

24           A      Okay.  I don't know of anyone.

25           Q      All the people you know lie?
```

85

1                       L. N. Rodriguez

2                  MR. McNAMARA:  Objection.

3         A        Not everyone lies at the same

4    level.

5         Q        Do your daughters lie to you?

6         A        I guess they did, but I don't

7    realize it.

8         Q        Does your wife lie to you?

9         A        I guess so, but I don't realize

10   it.

11        Q        Do you lie to her?

12        A        I said that I did.  I said that I

13   lied to her.

14        Q        Did you ever lie to

15   Maynor Fajardo?

16        A        Just joking around.  Just joking,

17   though, but not about work.

18        Q        Did Maynor Fajardo ever lie to

19   you?

20                 MR. McNAMARA:  Objection.

21        A        No.  I don't remember that he ever

22   lied to me.

23        Q        Did you ever borrow money from

24   Suffolk Asphalt?

25        A        No, I never received a favor like

23

1                         J. Vega Castillo

2    Mr. Vega or Mr. Castillo.

3         A      Mr. Castillo.

4         Q      Mr. Castillo, I don't want you to

5    lie to me, and I can sense from the look in your

6    eyes that you don't want to lie to me, okay?

7                It's very important that you

8    listen to all of the questions before giving an

9    answer, because right now, I have found an

10   inconsistency in your testimony that if I

11   thought you were being a wiseguy, I would have

12   to accuse you of lying to me, okay?

13               MR. MCNAMARA:  Objection.

14        Q      I don't think you're being a

15   wiseguy.  I just think you're trying to think of

16   a story as I ask these questions.  It's very

17   important that you only tell me the truth.

18               Can you do that?

19        A      I can do that, but the thing is

20   that I don't have exact dates.

21        Q      You already testified to me that

22   you have a good memory, right?

23        A      Okay.

24        Q      I want you to use that good memory

25   and tell me if you remember testifying today

24

1                          J. Vega Castillo

2       that the last time that you spoke to Tommy was

3       in November 2009?

4               A       (No verbal response.)

5               Q       Do you remember that?  I see you

6       shaking your head yes.

7               A       Yes.

8               Q       You're not lying to me today,

9       right?

10              A       No, I'm going to try not to.

11              Q       You haven't lied to me yet?

12              A       And I don't need to lie.

13              Q       You haven't lied to me at all

14      today, right?

15              A       No.

16              Q       The last time you spoke to Tommy

17      was in November 2009, correct?

18              A       Yes.

19              Q       And you changed your telephone

20      number in April 2010?

21              A       Yes, around there, around those

22      months.

23              Q       It could have been May, right?

24              A       Probably.

25              Q       May or April.  When you changed

162

1                    C. Escalante Vargas

2          A       Yes.  I called unemployment and I

3     collected unemployment.

4          Q       Right.

5          A       I received until February.

6          Q       When you weren't able to work,

7     right?

8          A       Exactly.

9          Q       Did you tell Lauren Goldberg and

10    Ian Wallace that you were doing that?

11                 MR. McNAMARA:  Objection.

12         A       No.

13         Q       Yes?

14         A       No.

15         Q       Do they know that you did that?

16         A       No.

17         Q       Did they know that you committed

18    fraud?

19         A       No.

20         Q       You never told them that you

21    committed fraud?

22                 MR. McNAMARA:  Objection.

23         A       No.

24         Q       Do you know the type of fraud that

25    you committed is punishable by prison?

163

```
 1                    C. Escalante Vargas
 2                    MR. McNAMARA:  Objection.
 3          Q      Did you know that?
 4          A      No, I don't know it.
 5          Q      You understand that there are
 6    ramifications for everything that you've said
 7    here today?
 8                    MR. McNAMARA:  Objection.
 9          A      Yes.
10          Q      Whether those ramifications be
11    with your wife in Honduras or the District
12    Attorney's Office here in New York; you are
13    aware of that, are you not?
14          A      I don't understand the question.
15    Can you repeat it?
16          Q      Sure.  You admitted to committing
17    fraud.  I am obligated to report that fraud.
18                    MR. McNAMARA:  Objection.
19          Q      Your lawyer is obligated to report
20    that fraud, and there are ramifications for that
21    fraud.
22                    MR. McNAMARA:  Objection.
23          Q      Meaning, there are penalties that
24    you are going to have to pay and a punishment
25    that you may receive.
```

164

```
1                    C. Escalante Vargas

2                    Have you been made aware of that?

3                    MR. McNAMARA:  Objection.

4          A    No.

5          Q    And if your wife was to find out

6   about all your lies and your fraud, there will

7   be penalties to pay there, as well, correct?

8                    MR. McNAMARA:  Objection.

9          A    Penalties of what?

10          Q    What will your wife do if she

11   finds out that you cheated on her?

12                    MR. McNAMARA:  Objection.

13          A    I don't know what she would do.

14   If she tells me that I have to divorce, well,

15   that is what I have to do, because she would be

16   right.

17          Q    Is that what you want?

18          A    Not because of my daughters.

19          Q    But if you divorce her, you can go

20   sleep with whoever you want.

21          A    That's what I don't want now.

22          Q    Do you feel the least little bit

23   guilty for what you have done?

24                    MR. McNAMARA:  Objection.

25          Q    For the lying, the stealing, the
```

Case 2:09-cv-05331-AKT   Document 169-1   Filed 02/22/19   Page 40 of 70 PageID #: 9577
Case 2:09-cv-05331-AKT   Document 150-16   Filed 10/28/13   Page 165 of 189 PageID #: 8573

165

```
 1                    C. Escalante Vargas

 2    cheating; no?

 3          A     No.  I think that you are always

 4    guilty when you, all of a sudden, you have had a

 5    lot of -- really too many consequences.

 6          Q     So you don't feel guilty, right?

 7                MR. McNAMARA:  Objection.

 8          A     A little bit, yes.

 9          Q     Just a little bit, though?

10          A     Yes.

11          Q     Do you really want to continue

12    with this lawsuit?

13                MR. McNAMARA:  Objection.

14          A     Yes.

15          Q     Just because you might get money,

16    right?

17                MR. McNAMARA:  Objection.

18          A     And if I don't get any money, it's

19    the same thing to me.

20          Q     You took a shot, right?

21                MR. McNAMARA:  Objection.

22          A     That's how it is.

23          Q     Just like lying to a woman, right?

24                MR. McNAMARA:  Objection.

25          Q     You took a shot, maybe you'll get
```

45

M. Tulio Perez

1    M. Tulio Perez

2    to ask him about his immigration status.

3        MR. MCNAMARA:  What's the point to

4    what you're asking?

5        MR. ZABELL:  ████████ ████████

6    ████████ ████████████ ████████████

7    ████████

8        MR. MCNAMARA:  He told you when he

9    came here.

10       MR. ZABELL:  Yes, in 2001.  I

11   don't know when he came here in 2001.

12       MR. MCNAMARA:  So ask when he came

13   to New York.

14   Q    When did you come to New York?

15   A    In 2001.

16   Q    ████████████████████████████████

17       MR. MCNAMARA:  Objection.

18       Do not answer the question.

19   Q    ████████████████████████████████

20       MR. MCNAMARA:  Objection.

21       Do not answer the question.

22   A    He's saying that I can't answer.

23   Q    Sure, you can answer.

24       MR. MCNAMARA:  No, I am not

25   allowing it.

46

1                      M. Tulio Perez

2          Q     ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

3                MR. MCNAMARA:  Do not answer the

4          question.

5          Q     ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

6    It's not exactly known as the land of the free.

7          A     (No verbal response.)

8          Q     Come on, answer the question.

9          A     (No verbal response.)

10         Q     Are you going to answer, or are

11   you going to just look silly?

12         A     He said that I can't answer the

13   question.

14         Q     Don't be a moron.

15               MR. MCNAMARA:  Counsel, stop

16         calling my client insulting names.

17         Q     I'm going to continue to ask these

18   questions.

19               MR. MCNAMARA:  I instructed him

20         not to answer earlier questions.

21               MR. ZABELL:  Stop it.

22         Q     Answer the question.

23         A     (No verbal response.)

24         Q     Are you going to answer, or are

25   you going to sit there and look foolish?

47

1                    M. Tulio Perez
2              MR. MCNAMARA:  Counsel, ask the
3         question again.
4              MR. ZABELL:  No.
5    Q    Nothing?  You're just going to
6    look stupid.
7              MR. MCNAMARA:  Objection.  Stop
8         calling him names.
9              MR. ZABELL:  He's sitting there
10        with a grin on his face, not answering
11        any questions.
12   Q    Do you know what color shirt
13   you're wearing?
14             MR. MCNAMARA:  Objection.
15             Mr. Perez, please answer the
16        question.
17   Q    Do you know what day of the week
18   it is?
19   A    It's the 17th, Monday.
20   Q    Do you know what color shirt
21   you're wearing?
22             MR. MCNAMARA:  Objection.
23   A    Red.
24   Q    Do you know what color your
25   attorney is?

48

1                          M. Tulio Perez

2                    MR. MCNAMARA:  Objection.

3          A      White.

4          Q      Do you know what my name is?

5          A      No.

6          Q      How many fingers am I holding up?

7                    MR. MCNAMARA:  Let the record show

8          Mr. Zabell is holding up two fingers.

9          Q      Mr. Perez and only Mr. Perez.

10         A      Two.

11                   MR. ZABELL:  Let the record

12             reflect that Mr. Perez is accurate.

13         Q      See?  You can answer questions,

14    right?

15         A      Not the ones that he tells me not

16    to answer.

17         Q      Stop saying that.  You're not a

18    lawyer.  In this room, your role is simply to

19    respond to my questions.  If you can't do that,

20    we will throw you out and bring you back when

21    you can.

22                  Do you understand?

23                   MR. MCNAMARA:  Objection.

24         Q      Do you understand?

25         A      I understand.

76

1                    M. Tulio Perez

2          whether or not to agree.  I'm trying to

3          help you, but you're refusing to accept

4          my assistance.

5                    MR. MCNAMARA:  You helping me is

6          you walking all over me.  That's what you

7          think anyway.

8                    MR. ZABELL:  You want to fight

9          back, go ahead, I'll keep quiet while you

10         fight back.

11                   MR. MCNAMARA:  I'm not trying to

12         fight back.  I think my objection was

13         appropriate.  And I think I was

14         appropriate --

15                   MR. ZABELL:  Do you want me to go

16         over the order with you?  You were

17         reading it just before.

18                   Pull it out, I'll show you.  That

19         is the only restrictions, "For these

20         reasons, defendant will not be permitted

21         to inquire into the immigrations status

22         of plaintiffs who only seek recovery of

23         back pay."

24                   MR. MCNAMARA:  I'm aware.

25                   MR. ZABELL:  I'm allowed to ask

                    South Shore Court Reporting
                         (631)-235-6218

```
 1                     M. Tulio Perez

 2

 3

 4

 5            MR. MCNAMARA:   I believe --

 6            MR. ZABELL:   Patrick, I know you

 7       believe in it for this one, but for all

 8       the others that we did, you didn't seem

 9       to care.

10

11

12                                            We

13       know that, I know that, I'm not asking

14       him about that.

15

16

17

18

19

20

21

22

23

24

25
```

78

1                     M. Tulio Perez

2          ultimately at trial, in order to obtain

3          funds that they did not work for.  That

4          is the basic premise of this lawsuit.

5               So I am asking him impeaching

6          questions just so I can impeach him and

7          credibility issues are always admissible.

8               MR. MCNAMARA:  I agree with that.

9               MR. ZABELL:  So either you can

10         capitulate, allow these questions to be

11         asked, or I have to proceed down this

12         very deadly line with you with Judge

13         Tomlinson, or any other Magistrate.

14              If you want, I'll give you an

15         opportunity to think about it.  You don't

16         have to answer me on the fly, because I

17         don't want you, again, accusing me of

18         hijacking you or bullying you.  Am I

19         clear?

20              MR. MCNAMARA:  You have been very

21         clear.

22              (Whereupon, a recess was taken

23         from 12:26 p.m. to 1:12 p.m.)

24    Q          Are you ready now?

25    A          I'm ready.

79

1                          M. Tulio Perez

2          Q       You're going to answer my

3    questions, right?

4          A       It depends on the questions.

5          Q       You know you don't have the right

6    to make that determination.  I'm going to ask

7    those questions, and if your attorney doesn't

8    put his hand on your shoulder and say, "don't

9    answer that question," you have an obligation to

10   answer that question.

11                 Do you understand that?

12         A       That's fine.

13                 MR. ZABELL:  Patrick, you're okay

14         with that little hand gesture?

15                 MR. MCNAMARA:  I'll be clear of

16         when the witness doesn't have to answer

17         the question.

18                 MR. ZABELL:  Okay, very good.

19         Q       ███████████████████████████

     ██████████████████████████  ████████████████

     ██████████████

22                 MR. MCNAMARA:  Objection.

23         Q       Yes or no?

24         A       I think so.

25         Q       Do you remember what that number

80

1                          M. Tulio Perez

2        was?

3               A      No.

4               Q      Do you remember it to be

5        ████████████ ?

6               A      ██████████████████  █████████

        ██████████████████

8               Q      Have you ever used any other

9        Social Security numbers?

10              A      No.

11              Q      Do you use that number to file

12       your income tax returns?

13              A      Yes.

14              Q      Did you ever use any other Social

15       Security number at Suffolk Paving?

16              A      Only that one.

17              Q      ████████████████████████████

        ████████████████████

19                     MR. MCNAMARA:   Objection.

20              Q      You can answer.  Are you going to

21       answer?

22                     MR. MCNAMARA:   Mr. Perez, you can

23              answer this question.

24              A      ████████████████████

25              Q      ████████████████████████████████

                         South Shore Court Reporting
                              (631)-235-6218

Case 2:09-cv-05331-AKT   Document 169-1   Filed 02/22/19   Page 50 of 70 PageID #: 9587
Case 2:09-cv-05331-AKT   Document 150-12   Filed 10/28/13   Page 78 of 202 PageID #: 7541

1                           M. Tulio Perez

2          ▮?

3               A        ▮

4               Q        How much did you make when you

5     worked at Fasco per hour?

6               A        Approximately, about $10.

7               Q        $10 an hour?

8               A        Yes.

9               Q        You worked there in all of 2003

10    and all of 2004?

11              A        Half of -- I started in 2002.

12              Q        Please tell me what years you

13    worked at Fasco.

14              A        2002, 2003 and in the middle, I

15    went to Suffolk Paving.

16              Q        The middle of 2003?

17              A        2004, about June or less.

18              Q        What did you do at Suffolk Paving

19    in 2004?

20              A        I raked and I did the screw on the

21    machine.

22              Q        How much did you get paid an hour

23    in 2004 at Suffolk Paving?

24              A        $21.90.

25              Q        That's a big difference from $10

129

```
 1                        K. Galeano

 2    sixty hours.

 3                   There were days you didn't work.

 4    There were times that you took off to go

 5    somewhere.

 6                   MR. MCNAMARA:  Objection.

 7         Q      There were days it rained.  So

 8    don't lie to me and say that you always worked

 9    sixty hours.  You admitted before that was a

10    lie.

11                   MR. MCNAMARA:  Objection.

12         Q      Stop your lying.  You have some

13    nerve continuing to lie.

14                   MR. MCNAMARA:  Objection.

15         A      No, no, no.

16         Q      Yes, yes, yes, stop lying.

17                   Do you understand?

18         A      Yes, I understand.

19         Q      Is it possible for you to stop

20    lying?  Is it possible; yes or no?

21                   MR. MCNAMARA:  Objection.

22         A      I'm not lying.

23         Q      You already admitted to lying,

24    right?

25                   MR. MCNAMARA:  Objection.
```

130

```
 1                    K. Galeano

 2          Q     Right.  Not pero, no but.

 3                You already admitted to lying.

 4                MR. MCNAMARA:  Objection.

 5          Q     Yes or no?

 6          A     I haven't lied.

 7          Q     Now you're saying you haven't

 8   lied.  Didn't you tell me before that you lied?

 9                MR. MCNAMARA:  Objection.

10          Q     Yes or no?

11          A     Yes.

12          Q     Yes.  If you're saying you lied,

13   don't say that you're not lying.

14                MR. MCNAMARA:  Objection.

15          Q     You already admitted to being a

16   liar.

17                MR. MCNAMARA:  Objection.

18          Q     Do you understand that?

19                MR. MCNAMARA:  Objection.

20          A     I'm not lying to you.

21          Q     You've already admitted to lying

22   today.

23                MR. MCNAMARA:  Objection.

24          Q     Am I right; yes or no?

25                MR. MCNAMARA:  Objection.
```

127

 1                         A. Amaya

 2     correct?

 3          A      Yes.

 4          Q      All the time; correct?

 5          A      Not overtime.

 6          Q      All the time?

 7          A      Yes.

 8          Q      Do you know that your lawyer

 9     claimed in your complaint that you didn't get

10     paid prevailing-wage rates?  Did you know that?

11          A      Let me --

12          Q      Yes or no?

13          A      Let me explain.

14          Q      No, don't explain.  Just answer.

15          A      Yes.

16          Q      But you just testified you got

17     paid prevailing-wage rates; didn't you?

18          A      Yes.

19          Q      So your lawyers are lying now;

20     right?

21                 MR. McNAMARA:  Objection.

22          A      I don't know.  I don't know.

23          Q      They're lying to try and steal

24     money for you; correct?

25                 MR. McNAMARA:  Objection.

128

1                          A. Amaya

2          Q       Correct?

3                  MR. McNAMARA:   Objection.

4          A       I am not lying.   I wouldn't be

5     here if --

6          Q       But you hired somebody to lie for

7     you; correct?

8                  MR. McNAMARA:   Objection.

9          Q       Correct?

10         A       I didn't hire anyone to lie.

11         Q       That's what your lawyers are doing

12    when they say you never received prevailing-wage

13    rates.

14                 MR. McNAMARA:   Objection.

15         Q       They're lying for you.

16         A       They're not.

17         Q       So you'll lie for your benefit,

18    and you'll hire someone else to lie for your

19    benefit; right?

20                 MR. McNAMARA:   Objection.

21         Q       Right?

22         A       (No verbal response.)

23         Q       Right?

24         A       No.

25         Q       Did you lie to me here today?

129

1                          A. Amaya

2           A      No.

3           Q      Do you remember earlier today

4    saying that you did lie to me?

5           A      (No verbal response.)

6           Q      Yes?

7           A      Yes.

8           Q      So you did lie to me; right?

9           A      Yes.

10          Q      Then, stop denying it.  If you're

11   admitting that you lied to me, don't deny that

12   you lied to me.

13                 MR. McNAMARA:  Objection.

14          Q      Do you understand?

15          A      (No verbal response.)

16          Q      Do you understand what I am saying

17   to you?

18                 MR. McNAMARA:  Objection.

19          A      (No verbal response.)

20          Q      Yes or no?

21          A      (No verbal response.)

22          Q      Yes or no?

23                 MR. McNAMARA:  Objection.

24          A      No.

25          Q      You don't understand what I'm

175

1                           M. Fajardo

2      Washington?

3               A       On June 23rd.

4               Q       Of what year?

5               A       2008.

6               Q       So she made it back to the United

7      States before you?

8               A       Yes.

9               Q       Did you pay for her travel to the

10     United States?

11              A       All of my siblings and me.

12              Q       Is that a yes?

13              A       Yes.

14              Q       Do you visit her here in the

15     United States?

16              A       Yes.

17              Q       When in 2009 did you visit her in

18     the State of Washington?

19              A       September of 2009, when I got

20     fired.

21              Q       For how long did you visit her in

22     September 2009?

23              A       Three days.

24                      MR. WALLACE:   He is only asking

25              about the dates for the lawsuit.

176

```
 1                              M. Fajardo
 2            Q      Is she okay now?
 3            A      Yes.
 4            Q      That's good.
 5                   Did you drive out to Seattle,
 6     Washington to see her, or did you fly there?
 7            A      No, my brother came to get me.
 8            Q      In a car?
 9            A      In a car, yes.
10            Q      So you drove out to see her?
11            A      My brother drove with his wife.
12            Q      And you sat in the backseat?
13            A      No, in the front.
14            Q      Who sat in the backseat?
15            A      My brother's wife.
16            Q      Was she okay with that?
17            A      Yes, because she was sleeping.
18            Q      The whole time?
19            A      Almost always.
20            Q      It took three days to get there?
21            A      Three-and-a-half days.
22            Q      How many days to drive back?
23            A      It was not three days exactly.  It
24     was almost three days, because it was just me
25     and my brother.
```

177
```
 1                      M. Fajardo
 2         Q      You drove?
 3         A      No.
 4         Q      Your brother drove?
 5         A      Yes.
 6         Q      The whole time?
 7         A      He has a stick shift and I can't
 8  drive a stick.
 9         Q      You must be a lot of fun to drive
10  with.
11                So your brother drove for three
12  days straight?
13         A      Yes, but he stopped.
14         Q      It took three days to drive there,
15  you stayed three days, and then three days to
16  drive back?
17         A      Yes.  Because my mother was going
18  to go to my other brother's.
19         Q      Where does he live?
20         A      In Houston.
21         Q      Did you visit your other brother
22  in Houston?
23         A      No.
24         Q      You don't like him?
25         A      No, we don't have communication.
```

178
1                          M. Fajardo

2            Q      Why, because you don't like him?

3            A      No.   Because he is the eldest, and

4     he's the one that would keep us indoors to keep

5     us straight.

6            Q      Did you ever lie to him?

7            A      No.

8            Q      Un poquito?

9            A      No.

10           Q      So when in September 2009 did you

11    drive to see your mother, what day?

12                  MR. WALLACE:   Objection, asked and

13           answered.

14           A      It's -- that was at the end of

15    September.

16           Q      How soon after you stopped working

17    for Suffolk Paving did you go see your brother?

18           A      I was not working for Suffolk

19    Paving.

20           Q      Who were you working for?

21           A      No one.

22                  MR. WALLACE:   Listen to the

23           question.

24                  Can you repeat the question?

25                  MR. ZABELL:   I have his answer.

4

```
 1
 2     S T E V E N    R I N A L D I, the Spanish
 3              Interpreter herein, was duly sworn to
 4              interpret the questions from English into
 5              Spanish and the answers from Spanish into
 6              English to the best of his ability:
 7     K E V I N    G A L E A N O, the Witness herein,
 8              having been duly sworn through the
 9              Interpreter, was examined and testified
10              as follows:
11     EXAMINATION BY
12     MR. ZABELL:
13         Q      State your name for the record,
14     please.
15         A      Kevin Galeano.
16         Q      State your address for the record,
17     please.
18         A      ████████████████████████████████
19     ███████
20         Q      Who are you?
21         A      Kevin Galeano.
22         Q      How do I know that?
23         A      Pardon me?
24         Q      How do I know that is who you
25     really are?
```

5

```
1                         K. Galeano

2         A       That is my name.

3         Q       Do you have a driver's license?

4         A       No.

5         Q       Any identification?

6         A       Yes.

7         Q       May I see it?

8         A       Yes.  (Handing.)

9         Q       That's it?

10        A       Yes.

11        Q       Nothing else?

12        A       No.

13        Q       Why is this so hot?

14        A       I had it in my pocket.

15        Q       You're a skinny guy, you can't

16   generate that much heat.

17        A       I was sitting on it.

18        Q       Let's me make a copy, okay?

19        A       Okay.

20                (Mr. Galeano's passport was marked

21           as Defendants' Exhibit 1 for

22           identification, as of this date.)

23        Q       Mr. Galeano, if that's your real

24   name --

25                MR. MCNAMARA:  Objection.
```

56

```
 1                         K. Galeano

 2                    MR. MCNAMARA:  Objection.

 3          Q      Do you understand that?

 4                    MR. MCNAMARA:  Objection.

 5          A      Yes, I understand.

 6          Q      If you answer something that is

 7   not a question that I ask, I'm going to ask you

 8   to leave.

 9                    Do you understand that?

10          A      Yes, I understand.

11          Q      If that happens, I'm going to ask

12   the Judge to sanction or penalize you.

13                    Do you understand that?

14                    MR. MCNAMARA:  Objection.

15          A      Yes, I understand.

16          Q      Can you just answer the questions

17   that I ask you; yes or no?

18          A      Yes, I can answer.

19          Q      Are you going to stop lying to me?

20                    MR. MCNAMARA:  Objection.

21          A      No, I'm not lying.

22          Q      Are you going to stop lying to me;

23   yes or no?

24                    MR. MCNAMARA:  Objection.

25          A      I'm not lying.
```

57

```
 1                        K. Galeano

 2          Q      You already acknowledged that you

 3     lied.

 4          A      If I was lying, I wouldn't lie.

 5          Q      You've already acknowledged that

 6     you lied to me.

 7          A      No, because --

 8          Q      Yes or no?

 9          A      No, I have not lied to you.

10          Q      Now you're lying again.

11                 MR. MCNAMARA:  Objection.

12          Q      It's not good, it looks poorly.

13          A      Yes, I am in agreement, in the

14     beginning when you asked me about my

15     documentation.

16          Q      So stop lying, okay?  Can you

17     agree to stop lying?

18                 MR. MCNAMARA:  Objection.

19          Q      Can you agree to stop lying?

20          A      Yes, I can agree, but I am not

21     lying.  I'm telling the truth.

22          Q      Now you're not lying, but before

23     you lied to me, correct?

24          A      No, I have not lied.

25          Q      You just admitted that you lied to
```

58

```
 1                        K. Galeano

 2     me.

 3                  MR. MCNAMARA:  Objection.

 4          Q     Ask your lawyer, he'll tell you.

 5     Okay?  No lies.

 6          A     No lies.

 7          Q     Do you want to apologize to me for

 8     lying before?

 9                  MR. MCNAMARA:  Objection.

10          A     If I did, I apologize.

11          Q     I accept your apology.  Just don't

12     do it again, okay?

13          A     Okay.

14          Q     With whom do you live at 28 Frank

15     Street?

16          A     My sister, my brother-in-law and

17     their children.

18          Q     You said you have two children,

19     right?

20          A     No, I didn't say I have two

21     children.

22          Q     How many children do you have?

23          A     I have a daughter.

24          Q     ████████████████████████████████

25     ████████████████████████████████████
```

59

```
 1                        K. Galeano

 2                   MR. MCNAMARA:  Objection.

 3          A       No, I didn't say that I had two

 4   children.

 5          Q       How many children do you have?

 6          A       One child.

 7          Q       How old is your child?

 8          A       Two years.

 9          Q       Where does she live?

10          A       She also lives in Brentwood.

11          Q       Does she live with you?

12          A       No.

13          Q       Who does she live with?

14          A       With her mother.

15          Q       Who is her mother?

16          A       Lourdes Suarez.

17          Q       Are you married to Lourdes Suarez?

18          A       No.

19          Q       Were you ever married to Lourdes

20   Suarez?

21          A       No, never.

22          Q       Is she married to someone else?

23          A       Now, presently, she is.

24          Q       When you were dating her, was she

25   married?
```

60

```
 1                        K. Galeano

 2          A      What do you mean?  I don't

 3    understand.

 4          Q      At the time two years ago when you

 5    created your daughter, was Lourdes Suarez

 6    married to someone else?

 7                 MR. MCNAMARA:  Objection.

 8          A      No, no, she was not married.

 9          Q      What is your daughter's name?

10          A      Caitlin Galeano.

11          Q      Do you provide for Caitlin?

12          A      Can you repeat the question?

13          Q      Do you provide for Caitlin

14    Galeano?

15          A      Yes.

16          Q      How much do you provide?

17          A      Could you explain that so it's a

18    little clearer?

19          Q      Do you give money every month to

20    support Caitlin?

21          A      Yes.

22          Q      How much?

23          A      $100.

24          Q      That's it?

25          A      A week.
```

61

```
 1                         K. Galeano

 2          Q      That's it?

 3                 MR. MCNAMARA:  Objection.

 4          A      A week.  I also take care of her,

 5   I buy her food and clothing.

 6          Q      Is there a court order ordering

 7   you to provide for Caitlin Galeano?

 8                 MR. MCNAMARA:  Objection.

 9          A      No, no, no court order.

10          Q      How much do you pay a month in

11   rent?

12          A      I pay $350.

13          Q      A week?

14          A      A month.

15          Q      Do you have any other children?

16          A      No.

17          Q      In this country or in any other?

18          A      I just have one here in this

19   country.

20          Q      Did you ever lie to Lourdes

21   Suarez?

22          A      If at any time have I what?

23          Q      Lied.

24                 MR. MCNAMARA:  Objection.

25          A      About what?
```

62

```
 1                        K. Galeano

 2            Q      About anything.

 3            A      About my daughter, no.

 4            Q      About anything.  Did you ever lie

 5    to get your way?

 6                   MR. MCNAMARA:  Objection.

 7            A      No.

 8            Q      You never lied to stay out of

 9    trouble, even a little lie?

10            A      I don't think so.  I don't think I

11    ever had to.

12            Q      Come on, tell the truth.  You

13    never made a little white lie just to stay out

14    of trouble?

15            A      I've never had any trouble, never

16    had any trouble with her.

17            Q      You never lied and told her she

18    looked good when she didn't?

19            A      If I said she looked pretty, it's

20    because she looked pretty.

21            Q      Did you ever lie to your mother?

22            A      Maybe when I was a kid.

23            Q      Why did you lie, to stay out of

24    trouble?

25            A      Yes, so I wouldn't get
```

104

1                    K. Galeano

2          A     Maybe if I was making $50 an hour

3    all the time, but it was not all the time that I

4    was making $50.

5          Q     $50 an hour is more than some

6    lawyers make, did you know that?  Did you know

7    that?

8          A     I didn't know that.

9                MR. MCNAMARA:  Objection.

10         Q     Did you ever file for unemployment

11   benefits?

12         A     No, never.

13         Q     Did you ever receive food stamps?

14               MR. MCNAMARA:  Objection.

15         A     No, never.

16         Q     Did you ever, on behalf of

17   yourself or anybody else, receive any public

18   benefits like welfare?

19         A     I don't understand that last thing

20   you said.

21         Q     Did you ever receive any welfare

22   benefits?

23               MR. MCNAMARA:  Objection.

24         A     I don't know what that is.

25         Q     Any benefits from the State or the

105

1                           K. Galeano

2       Federal Government?

3              A     No, never.

4              Q     What about for your children?

5                    MR. MCNAMARA:  Objection.

6              A     For my children, I don't know,

7       their mother, maybe.

8              Q     What about health insurance

9       benefits?

10             A     For me?

11             Q     No, for your children.

12             A     Yes, for my daughter, yes.

13             Q     What about your son?

14             A     No, I just have a daughter.

15             Q     You testified before that you had

16      a son.

17             A     No, I never said I had two

18      children.

19             Q     Are you lying?

20                   MR. MCNAMARA:  Objection.

21             Q     Are you denying that you have a

22      son?

23             A     No, I have a daughter.

24             Q     What is the boy's name?

25                   MR. MCNAMARA:  Objection.