UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NELSON QUINTANILLA, ALEJANDRO AMAYA, ALEX AMIR AREVALO, MAYNOR FAJARDO, WALTER GARCIA, JOSE L. MARTINEZ, PRACELIS MENDEZ, OSMAR W. PAGOADA, JAVIER QUINTANILLA, EDWIN RIVERA, CARLOS ESCALANTE, KEVIN GALEANO, LERLY NOE RODRIGUEZ, JOSE VEGA CASTILLO, JUAN QUINTEROS, and MARCOS TULIO PEREZ,

Plaintiffs,

– against –

SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP., LOUIS VECCHIA, CHRISTOPHER VECCHIA, HELENE VECCHIA and JOHN DOES 1-5,

Defendants.

NOTICE OF APPEARANCE

Case No.: 09-CV-05331 (AKT)

PLEASE TAKE NOTICE, that Ryan M. Eden, Esq. of the law firm of Zabell & Associates, P.C. hereby appears as co-counsel for Defendants, **SUFFOLK PAVING CORP., SUFFOLK ASPHALT CORP., LOUIS VECCHIA, CHRISTOPHER VECCHIA,** and **HELENE VECCHIA**, in connection with the above-captioned action.

Dated: Bohemia, New York
April 3, 2019

**ZABELL & ASSOCIATES, PC**
*Attorneys for Defendants*

By: _____
Ryan M. Eden, Esq.
1 Corporate Drive, Suite 103
Bohemia, New York 11716
Tel.: (631) 589-7242
Fax: (631) 563-7475
reden@laborlawsny.com