UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NELSON QUINTANILLA, ALEJANDRO AMAYA,
ALEX AMIR AREVALO, MAYNOR FAJARDO,
WALTER GARCIA, JOSE L. MARTINEZ,
PRACELIS MENDEZ, OSMAR W. PAGOADA,
JAVIER QUINTANILLA, EDWIN RIVERA,
CARLOS ESCALANTE, KEVIN GALEANO,
LERLY NOE RODRIGUEZ, JOSE VEGA
CASTILLO, JUAN QUINTEROS, and MARCOS
TULIO PEREZ,

                             **Plaintiffs,**

              – against –

SUFFOLK PAVING CORP., SUFFOLK ASPHALT
CORP., LOUIS VECCHIA, CHRISTOPHER
VECCHIA, HELENE VECCHIA and
JOHN DOES 1-5,

                             **Defendants.**

Case No.: 09-CV-05331 (AKT)

DEFENDANTS' STATEMENT
ON VOIR DIRE QUESTIONS

       Please take notice that Defendants do not object to the use of the Court's Standard Voir Dire Questions. Further, Defendants do not propose the use of any Non-Standard Voir Dire Questions.

Dated: Bohemia, New York
       April 3, 2019

                                  ZABELL & ASSOCIATES, PC
                                  *Attorneys for Defendants*

By:                                  
                                  Saul D. Zabell, Esq.
                                  Ryan M. Eden, Esq.
                                  1 Corporate Drive, Suite 103
                                  Bohemia, New York 11716
                                  Tel.: (631) 589-7242
                                  Fax: (631) 563-7475
                                  szabell@laborlawsny.com
                                  reden@laborlawsny.com