UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NELSON QUINTANILLA, *et al.*,            Civil Action No.: 09 Civ. 5331 (AKT)

                                         Plaintiffs,

            v.

SUFFOLK PAVING CORP., SUFFOLK
ASPHALT CORP., LOUIS VECCHIA,
CHRISTOPHER VECCHIA,
HELENE VECCHIA and JOHN DOES 1-5,

                                         Defendants.
-----------------------------------------------------------X

## STATEMENT BY JOSE VEGA CASTILLO

1.     Soy un demandante en esta demanda.

2.     No puedo asistir al juicio en esta acción el 8 de abril de 2019 para testificar en persona en mi favor porque estoy actualmente detenido contra mi voluntad y no tengo libertad de movimiento en absoluto.

3.     Entiendo que mi abogado registrado, Ian Wallace, está buscando una orden de este tribunal para despedir voluntariamente mis reclamaciones de salarios impagos conforme a la Ley "Fair Labor Standards Act" para que yo pueda continuar con mis reclamaciones de la ley estatal que quedan frentes los tribunales estatales.

4.     Estoy de acuerdo con lo anterior y firmo esta declaración para comunicar a este tribunal mi intención de litigar las reclamaciones de la ley del estado de Nueva York, o bajo el "Common Law," incluidas las de la Ley del Trabajo de Nueva York ("New York Labor Law") y por incumplimiento de contrato, en un tribunal estatal de conformidad con la CPLR § 205 (a).

Dated:     April 4, 2019
                   Kearney, New Jersey

                        Signed by:   *Jose Castillo*
                                          Jose Vega Castillo

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NELSON QUINTANILLA, *et al.*,            Civil Action No.: 09 Civ. 5331 (AKT)

                       Plaintiffs,

    v.

SUFFOLK PAVING CORP., SUFFOLK
ASPHALT CORP., LOUIS VECCHIA,
CHRISTOPHER VECCHIA,
HELENE VECCHIA and JOHN DOES 1-5,

                       Defendants.
-----------------------------------------------------------X

## STATEMENT BY JOSE VEGA CASTILLO

1. Soy un demandante en esta demanda.

2. No puedo asistir al juicio en esta acción el 8 de abril de 2019 para testificar en persona en mi favor porque estoy actualmente detenido contra mi voluntad y no tengo libertad de movimiento en absoluto.

3. Entiendo que mi abogado registrado, Ian Wallace, está buscando una orden de este tribunal para despedir voluntariamente mis reclamaciones de salarios impagos conforme a la Ley "Fair Labor Standards Act" para que yo pueda continuar con mis reclamaciones de la ley estatal que quedan frentes los tribunales estatales.

4. Estoy de acuerdo con lo anterior y firmo esta declaración para comunicar a este tribunal mi intención de litigar las reclamaciones de la ley del estado de Nueva York, o bajo el "Common Law," incluidas las de la Ley del Trabajo de Nueva York ("New York Labor Law") y por incumplimiento de contrato, en un tribunal estatal de conformidad con la CPLR § 205 (a).

Dated:    April 1[?], 2019
          _Kearney_, New Jersey

                    Signed by: _Jose Castillo_
                               Jose Vega Castillo